UNITED STATES POSTAL SERVICE

December 23, 2021

Dear Molina Haynes:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5116 9900 0841 8134 18**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | December 3, 2021, 12:55 pm |
| **Location:** | NASHVILLE, TN 37203 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt<br>Return Receipt Electronic |
| **Recipient Name:** | ATTN SERVICE OF PROCESS Tennessee Department Of |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004