UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| KIMBERLY SHAW,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:21-CV-00251-DCLC |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after a complaint is filed. If a plaintiff misses the 90-day deadline, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, upon a showing of good cause by the plaintiff, "the court must extend the deadline for service for an appropriate period." *Id.*

Plaintiff filed this complaint on October 13, 2021 [Doc. 1]. Pursuant to Rule 4(m), Plaintiff had until January 11, 2022, to serve Defendant. As of the filing of this Order, Plaintiff has not returned the summons as executed as to Defendant. Therefore, it is hereby **ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **February 15, 2022**, why this case should not be dismissed without prejudice for failure to prosecute as it appears she has failed to serve Defendant within the time allowed by Fed. R. Civ. P. 4(m).

SO ORDERED:

s/ Clifton L. Corker
United States District Judge