IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| KIMBERLY SHAW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Civil Action No. 1:21-cv-251 |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

Please accept this as Plaintiff's response to the Show Cause Order entered by the Court on February 8, 2022 (ECF No. 8).

The Court issued summons for this matter on October 28, 2022 (ECF No. 2). Our office subsequently served Defendant through the Tennessee Department of Commerce and Insurance (the "Department") by letter dated November 30, 2021 pursuant to TCA § 56-2-504. *See* Exhibit A. Service was made to the Department on December 3, 2021. ECF No. 6.

For reasons unclear, it appears the Department has failed to notify Defendant of service and file the affidavit of the commissioner required by TCA § 56-2-504(b). In an attempt to rectify this apparent oversight by the Department, Plaintiff filed a request for issuance of alias summons on February 8, 2022, to make a second attempt at serving Defendant through the Department. ECF No. 7. Our office will continue to make every effort to ensure Defendant is properly served as soon as possible.

As such, for good cause shown, Plaintiff requests that the Court extend the time for service as contemplated by Fed. R. Civ. P. 4(m).

Dated this 8th of February, 2022.

Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS FOR PLAINTIFF

BY: */s R. Chandler Wilson*
R. Chandler Wilson (TN #034491)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
FAX: (423) 634-2505
cwilson@buchanandisability.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, the foregoing filing, Plaintiff's Response to Show Cause Order, was filed electronically with the Clerk of the Court. Parties may access this filing through the Court's CM/ECF System.

BY: */s/ R. Chandler Wilson*
R. Chandler Wilson