TN Department of Commerce & Insurance

FILED

FEB 17 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

February 11, 2022

Lincoln National Life Ins. Co.
2908 Poston Ave C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7019 1120 0000 4182 6949
Cashier # 220461

Re: Kimberly Shaw V. Lincoln National Life Ins. Co.

Docket # 121Cv251

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served December 09, 2021, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
900 Georgia Avenue
Chattanooga, Tn 37402

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| KIMBERLY SHAW<br>*Plaintiff(s)*<br>v.<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>*Defendant(s)* | ) | Civil Action No. 1:21-cv-251 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston (NAIC CoCode: 65315)
by and through
Commissioner of the Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Suite 660
Nashville, Tennessee 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. chandler Wilson
414 McCallie Ave.
Chattanooga, TN 37402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 29, 2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-251

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: