**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| **KIMBERLY SHAW,** | ) |
| | ) CIVIL ACTION NO. 1:21cv00251-DCLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Clifton L. Corker |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

# DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Lincoln Life Assurance Company of Boston[1] files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Effective October 1, 2021, Lincoln Life Assurance Company of Boston** has merged with **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 3rd day of March 2022.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission Pro Hac Vice Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of March 2022, a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

R. Chandler Wilson, Esq.
Email: cwilson@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers