UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KIMBERLY SHAW<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:21-CV-00251 |

ORDER

This ERISA matter is before the Court to set forth a scheduling order. According to the parties' Rule 26(f) report, this matter will likely be resolved on the existing record pursuant to the parties' cross motions for summary judgment [Doc. 19]. The district court, in conducting a review of a plan administrator's decision to deny benefits, may not consider evidence not presented to the administrator. *Perry v. Simplicity Engineering*, 900 F.2d 963 (6th Cir. 1990). Defendant has already produced to Plaintiff a copy of the ERISA administrative record [Doc. 19, ¶ 5] and the parties have conferred and agreed to the following deadlines:

1. The parties shall complete discovery on or before **October 3, 2022**;

2. The parties shall file the Stipulated Administrative Record on or before **October 31, 2022;**

3. The parties will have up to and including **November 21, 2022**, to file cross motions for summary judgment; and

4. The parties will have up to and including **December 5, 2022**, to file a response

to each motion for summary judgment, and up to and including **December 12, 2022** to file their reply briefs.

SO ORDERED:

s/ Clifton L Corker
United States District Judge