**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **KIMBERLY SHAW,** | ) | |
| | ) | CIVIL ACTION NO. 1:21cv00251-DCLC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Clifton L. Corker |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | **)** | |
| **COMPANY OF BOSTON,** | **)** | Chief Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

**STIPULATED ADMINISTRATIVE RECORD**

Pursuant to the Scheduling Order entered by the Court on April 18, 2022 (Document 20), Plaintiff Kimberly Shaw and Defendant Lincoln Life Assurance Company of Boston submit this Joint Administrative Record. Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto. The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy (Lincoln/Shaw 0001-0069);
2. July 19, 2021, correspondence containing decisions on appeal (Lincoln/Shaw 0127-0136);
3. The Administrative Record (Lincoln/Shaw 0070-0126, 0137-2956).

Respectfully submitted this 31st day of October 2022.

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/ R. Chandler Wilson

R. Chandler Wilson (Tenn. Bar #034491
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
PH: (423) 634-2505
Email: cwilson@buchanandisability.com

COUNSEL FOR PLAINTIFF