**NOTICE OF PROTECTION PROVIDED BY**
**CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTEE ASSOCIATION**

This notice provides a brief summary regarding the protections provided to policyholders by the California Life and Health Insurance Guarantee Association (" the Association" ). The purpose of the Association is to assure that policyholders will be protected, within certain limits, in the unlikely event that a member insurer of the Association becomes financially unable to meet its obligations. Insurance companies licensed in California to sell life insurance, health insurance, annuities and structured settlement annuities are members of the Association. The protection provided by the Association is not unlimited and is not a substitute for consumers' care in selecting insurers. This protection was created under California law, which determines who and what is covered and the amounts of coverage.

Below is a brief summary of the coverages, exclusions and limits provided by the Association. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations or the rights or obligations of the Association.

**COVERAGE**

- **Persons Covered**
  Generally, an individual is covered by the Association if the insurer was a member of the Association *and* the individual lives in California at the time the insurer is determined by a court to be insolvent. Coverage is also provided to policy beneficiaries, payees or assignees, whether or not they live in California.

- **Amounts of Coverage**
  The basic coverage protections provided by the Association are as follows.

  - Life Insurance, Annuities and Structured Settlement Annuities
    For life insurance policies, annuities and structured settlement annuities, the Association will provide the following:

    - Life Insurance
      80% of death benefits but not to exceed $300,000
      80% of cash surrender or withdrawal values but not to exceed $100,000

    - Annuities and Structured Settlement Annuities
      80% of the present value of annuity benefits, including net cash withdrawal and net cash surrender values but not to exceed $250,000

    The maximum amount of protection provided by the Association to an individual, for *all* life insurance, annuities and structured settlement annuities is $300,000, regardless of the number of policies or contracts covering the individual.

  - Health Insurance
    The maximum amount of protection provided by the Association to an individual, as of July 1, 2016, is $546,741. This amount will increase or decrease based upon changes in the health care cost component of the consumer price index to the date on which an insurer becomes an insolvent insurer. Changes to this amount will be posted on the Association's website www.califega.org.



**Lincoln/ Shaw 0001**

EXHIBIT

1

**COVERAGE LIMITATIONS AND EXCLUSIONS FROM COVERAGE**

The Association may not provide coverage for this policy. Coverage by the Association generally requires residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

The following policies and persons are among those that are excluded from Association coverage:

- A policy or contract issued by an insurer that was not authorized to do business in California when it issued the policy or contract
- A policy issued by a health care service plan (HMO), a hospital or medical service organization, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society
- If the person is provided coverage by the guaranty association of another state
- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which do not guaranty annuity benefits to an individual
- Employer and association plans, to the extent they are self-funded or uninsured
- A policy or contract providing any health care benefits under Medicare Part C or Part D
- An annuity issued by an organization that is only licensed to issue charitable gift annuities
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as certain investment elements of a variable life insurance policy or a variable annuity contract
- Any policy of reinsurance unless an assumption certificate was issued
- Interest rate yields (including implied yields) that exceed limits that are specified in Insurance Code Section 1607.02(b)(2)(C).

**NOTICES**

Insurance companies or their agents are required by law to give or send you this notice. Policyholders with additional questions should first contact their insurer or agent. To learn more about coverages provided by the Association, please visit the Association's website at www.califega.org, or contact either of the following:

California Life and Health Insurance
Guarantee Association
P.O. Box 16860
Beverly Hills, CA 90209-3319
(323) 782-0182

California Department of Insurance
Consumer Communications Bureau
300 South Spring Street
Los Angeles, CA 90013
(800) 927-4357

**Insurance companies and agents are not allowed by California law to use the existence of the Association or its coverage to solicit, induce or encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and California law, then California law will control.**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Dignity Health**

**Policy Number: GF3-860-004109-01**

**Effective Date:** **January 1, 2015**

**Governing Jurisdiction** is **California** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2016.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02116

**If discussions with Liberty, its agent or other representative, have failed to produce a satisfactory resolution to any problem, you may contact the California Insurance Department for assistance. Department of Consumer Services Division- 300 S. Spring Street, Los Angeles, CA 90013. Phone- 1-800-927-HELP.**

SECRETARY

PRESIDENT

**NON-PARTICIPATING**

## TABLE OF CONTENTS


SECTION 1 .................................................................. SCHEDULE OF BENEFITS

SECTION 2 .................................................................. DEFINITIONS

SECTION 3 .................................................................. ELIGIBILITY AND EFFECTIVE DATES

SECTION 4 .................................................................. DISABILITY INCOME BENEFITS

SECTION 5 .................................................................. EXCLUSIONS

SECTION 6 .................................................................. TERMINATION PROVISIONS

SECTION 7 .................................................................. GENERAL PROVISIONS

SECTION 8 .................................................................. PREMIUMS

SECTION 9 .................................................................. APPLICATION

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Applicable to Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, 13, 14, A1, AA, AB, AC, AE, AF, AG, BA, BB, BC, BD, C1, C2, C5, CF, CG, CI, D1, D2, D4, D5, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, G2, G6, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC
Employees working a minimum of 40 regularly scheduled hours bi-weekly

Applicable to Class 11, 12
Full-time Employees working a minimum of 72 regularly scheduled hours bi-weekly
Part-time Employees working a minimum of 40 regularly scheduled hours bi-weekly

Applicable to Class A9, B9, C9, CH, RE, RF
Employees working a minimum of 80 regularly scheduled hours bi-weekly

Applicable to Class B8, C8, CJ, D8, F8, G8
Applicable to all represented Employees:

Employees working a minimum of 36 regularly scheduled hours bi-weekly

Applicable to all non-represented Employees:

Employees working a minimum of 40 regularly scheduled hours bi-weekly

Applicable to Class BF, IE
Employees working a minimum of 64 regularly scheduled hours bi-weekly

Applicable to Class MA, MB, MC, MG
Applicable to all represented Employees:

Employees working a minimum of 40 regularly scheduled hours bi-weekly, Employees working 32 hours as of 12/31/02

Applicable to all non-represented Employees:

Employees working a minimum of 40 regularly scheduled hours bi-weekly

**Long Term Disability Benefits:**

Class 1A: All Employees working at Northridge Hospital in Northridge, CA enrolled in the 40.00% benefit option.

Class 1B: All Employees working at Northridge Hospital in Northridge, CA electing the 50.00% benefit option.

Class 1C: All Employees working at Northridge Hospital in Northridge, CA electing the 60.00% benefit option.

Class 2A: All Employees working at Saint Francis Hospital (except SEIU and CNA represented Employees) and St. Mary's Hospital in San Francisco (other than CNA and SEIU represented Employees) enrolled in the 40.00% benefit option.

Class 2B: All Employees working at Saint Francis Hospital (except SEIU and CNA represented Employees) and St. Mary's Hospital in San Francisco (other than CNA and SEIU represented Employees) electing the 50.00% benefit option.

Class 2C: All Employees working at Saint Francis Hospital (except SEIU and CNA represented Employees) and St. Mary's Hospital in San Francisco (other than CNA and SEIU represented Employees) electing the 60.00% benefit option.

Class 2G: All grandfathered full-time and part-time Employees, except SEIU and CNA represented Employees working at Saint Francis Hospital in San Francisco, CA insured under the coverage prior to January 1, 1999 electing the 66.67% benefit option.

Class 3B: All SEIU and CNA Employees working at Saint Francis Medical Center and SEIU and CNA Employees working at St. Mary's Hospital in San Francisco, CA enrolled in the 50.00% benefit option.

Class 3G: All grandfathered SEIU and CNA contractual Employees working at Saint Francis Hospital in San Francisco, CA insured under the coverage prior to January 1, 2001 electing the 66.67% benefit option.

Class 4A: All non-contractual Employees working at Sequoia Hospital in Redwood City, CA enrolled in the 40.00% benefit option.

Class 4B: All non-contractual Employees working at Sequoia Hospital in Redwood City, CA electing the 50.00% benefit option.

Class 4C: All non-contractual Employees working at Sequoia Hospital in Redwood City, CA electing the 60.00% benefit option.

Class 4G: All grandfathered non-contractual Employees working at Sequoia Hospital in Redwood City, CA insured under the coverage prior to January 1, 1999 electing the 66.67% benefit option.

Class 5A: All AFSCME represented Employees at Sequoia Hospital in Redwood City, CA enrolled in the 40.00% benefit option.

Class 5B: All AFSCME represented Employees at Sequoia Hospital in Redwood City, CA electing the 50.00% benefit option.

Class 5C: All AFSCME represented Employees at Sequoia Hospital in Redwood City, CA electing the 60.00% benefit option.

Class 6A: All SEIU represented Employees working at Sequoia Hospital in Redwood City, CA enrolled in the 40.00% benefit option.

Class 6B: All SEIU represented Employees working at Sequoia Hospital in Redwood City, CA electing the 50.00% benefit option.

Class 6C: All SEIU represented Employees working at Sequoia Hospital in Redwood City, CA electing the 60.00% benefit option.

Class 7A: All Employees, including exempt non-contractual Employees and non-exempt Employees working at Woodland Hospital in Woodland, CA enrolled in the 40.00% benefit option.

Class 7B: All non-exempt Employees working at Woodland Hospital in Woodland, CA electing the 50.00% benefit option.

Class 7C: All non-exempt Employees working at Woodland Hospital in Woodland, CA electing the 60.00% benefit option.

Class 7D: All exempt, non-contractual Employees working at Woodland Hospital in Woodland, CA electing the 50.00% benefit option.

Class 7E: All exempt, non-contractual Employees working at Woodland Hospital in Woodland, CA electing the 60.00% benefit option.

Class 7G: All grandfathered Employees working at Woodland Hospital in Woodland, CA insured under the coverage prior to January 1, 1999 electing the 66.67% benefit option.

Class 8A: All Employees working at St. Bernardine Medical Center and Employees (excluding residents) working at St. Mary Medical Center in Long Beach, CA enrolled in the 40.00% benefit option.

Class 8B: All Employees working at St. Bernardine Medical Center and Employees (excluding residents) working at St. Mary Medical Center in Long Beach, CA electing the 50.00% benefit option.

Class 8C: All Employees working at St. Bernardine Medical Center and Employees (excluding residents) working at St. Mary Medical Center in Long Beach, CA electing the 60.00% benefit option.

Class 9A: All Employees (excluding residents) working at St. Elizabeth Community Hospital in Red Bluff, CA and Mercy Medical Center and Northstate Office in Redding, CA enrolled in the 40.00% benefit option.

Class 9B: All Employees (excluding residents and managers) working at St. Elizabeth Community Hospital in Red Bluff, CA and Mercy Medical Center and Northstate Office in Redding, CA electing the 50.00% benefit option.

Class 9C: All Employees (excluding residents) working at St. Elizabeth Community Hospital in Red Bluff, CA and Mercy Medical Center and Northstate Office in Redding, CA electing the 60.00% benefit option.

Class 9D: All managers working at St. Elizabeth Community Hospital in Red Bluff, CA and Mercy Medical Center and Northstate Office in Redding, CA electing the 50.00% benefit option.

Class 9G: All grandfathered Employees and managers working at St. Elizabeth Community Hospital in Red Bluff, CA and Mercy Medical Center and Northstate Office in Redding, CA insured under the coverage prior to January 1, 1999 electing the 66.67% benefit option.

Class 10: All CNA represented Employees at Sequoia Hospital in Redwood City, CA enrolled in the 60.00% benefit option.

Class 11: All full-time manager and above Employees working at Sierra Nevada Memorial Hospital enrolled in the 60% benefit.

Class 12: All part-time manager and above Employees working at Sierra Nevada Memorial Hospital enrolled in the 60% benefit.

Class 13: All members of the Dignity Health Corporate Executive Management Team (EMT) who are covered for non-contributory group Disability income insurance benefits under the Sponsor's plan.

Class 14: All Dignity Health Corporate Executive Employees not covered under any other class.

Class A1: All Employees working at St. John's Hospital in Oxnard, CA and St. John's Pleasant Valley Hospital in Camarillo, CA enrolled in the 40.00% benefit option.

Class A9: All bi-weekly Employees, excluding bi-weekly management, working at TrinityCare in Monterey Park, CA enrolled in the 40.00% benefit.

Class AA: All non-exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento enrolled in the 40.00% benefit.

Class AB: All non-exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento electing the 50.00% benefit option.

Class AC: All non-exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento electing the 60.00% benefit option.

Class AE: All residents working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento enrolled in the 40.00% benefit option.

Class AF: All residents working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento electing the 50.00% benefit option.

Class AG: All residents working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento electing the 60.00% benefit option.

Class B8: All senior managers working at St. Rose Dominican Hospital in Henderson, NV electing the 50.00% benefit.

Class B9: All bi-weekly Employees, excluding bi-weekly management, working at TrinityCare in Monterey Park, CA electing the 50.00% benefit.

Class BA: All exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento enrolled in the 40.00% benefit.

Class BB: All exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento electing the 50.00% benefit option.

Class BC: All exempt Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento enrolled in the 60.00% benefit.

Class BD: All grandfathered Employees, excluding residents, working at Mercy General Hospital, Mercy San Juan Medical Center, and Methodist Hospital of Sacramento prior to January 1, 2010 electing the 66.67% benefit Plan.

Class BF: All management Employees at supervisor level or above working at St. Joseph's Medical Center and St. Joseph's Behavioral Health Center enrolled in the 60.00% benefit option.

Class C1: All exempt managers working at St. John's Pleasant Valley Hospital in Camarillo, CA and St. John's Regional Medical Center in Oxnard, CA electing the 60.00% benefit option.

Class C2: All Employees, excluding exempt managers, working at St. John's Pleasant Valley Hospital in Camarillo, CA and St. John's Regional Medical Center in Oxnard, CA electing the 60.00% benefit.

Class C5: All residents working at St. Mary Medical Center in Long Beach, CA enrolled in the 40.00% benefit.

Class C8: All senior managers working at St. Rose Dominican Hospital in Henderson, NV electing in the 60.00% benefit.

Class C9: All bi-weekly Employees, excluding bi-weekly management, working at TrinityCare in Monterey Park, CA electing the 60.00% benefit.

Class CF: All residents working at Mercy Medical Center and Northstate Office in Redding, CA enrolled in the 40.00% benefit option.

Class CG: All residents working at Mercy Medical Center and Northstate Office in Redding, CA electing the 50.00% benefit option.

Class CH: All bi-weekly management working at TrinityCare in Monterey Park, CA enrolled in the 40.00% benefit.

Class CI: All residents working at Mercy Medical Center and Northstate Office in Redding, CA electing the 60.00% benefit option.

Class CJ: All Employees working at St. Rose Dominican Hospital in Henderson, NV enrolled in the 40.00% benefit option.

Class D1: All Employees, excluding exempt managers, working at St. John's Pleasant Valley Hospital in Camarillo, CA and St. John's Regional Medical Center in Oxnard, CA electing the 50.00% benefit.

Class D2: All exempt managers working at St. John's Pleasant Valley Hospital in Camarillo, CA and St. John's Regional Medical Center in Oxnard, CA electing the 50.00% benefit.

Class D4: All residents working at St. Joseph's Hospital in Phoenix, AZ enrolled in the 40.00% benefit.

Class D5: All residents working at St. Mary Medical Center in Long Beach, CA electing the 50.00% benefit.

Class D8: All Employees, excluding senior managers, working at St. Rose Dominican Hospital in Henderson, NV electing the 50.00% benefit.

| | |
|---|---|
| Class DA: | All Employees working at Mercy Medical Center in Mt. Shasta, CA enrolled in the 40.00% benefit option. |
| Class DB: | All Employees working at Mercy Medical Center in Mt. Shasta, CA, excluding department managers, electing the 50.00% benefit option. |
| Class DC: | All department managers working at Mercy Medical Center in Mt. Shasta, CA electing the 50.00% benefit. |
| Class DD: | All Employees working at Mercy Medical Center in Mt. Shasta, CA electing the 60.00% benefit option. |
| Class E4: | All residents working at St. Joseph's Hospital in Phoenix, AZ electing the 50.00% benefit. |
| Class E5: | All residents working at St. Mary Medical Center in Long Beach, CA electing the 60.00% benefit. |
| Class EA: | All Employees, excluding residents and Employees who are director or VP level and above working at Mercy Medical Center in Merced enrolled in the 40.00% benefit option. |
| Class EB: | All Employees, excluding residents and Employees who are director or VP level and above working at Mercy Medical Center in Merced electing the 50.00% benefit option. |
| Class EC: | All director or VP level and above working at Mercy Medical Center in Merced electing the 50.00% benefit. |
| Class ED: | All Employees, excluding residents and Employees who are director or VP level and above working at Mercy Medical Center in Merced electing the 60.00% benefit option. |
| Class EE: | All director or VP level and above working at Mercy Medical Center in Merced enrolled in the 60.00% benefit option. |
| Class EF: | All residents working at Mercy Medical Center in Merced enrolled in the 40.00% benefit option. |
| Class EG: | All residents working at Mercy Medical Center in Merced electing the 50.00% benefit option. |
| Class EH: | All residents working at Mercy Medical Center in Merced electing the 60.00% benefit option. |
| Class EI: | All director or VP level and above working at Mercy Medical Center in Merced electing the 40.00% benefit option. |
| Class F4: | All residents working at St. Joseph's Hospital in Phoenix, AZ electing the 66.67% benefit option. |
| Class F8: | All Employees, excluding senior managers, working at St. Rose Dominican Hospital in Henderson, NV electing the 60.00% benefit. |
| Class G2: | All grandfathered Employees and exempt managers working at St. John's Regional Medical Center in Oxnard, CA prior to January 1, 1999 electing the 66.67% benefit option. |

Class G6: All Employees, excluding residents, managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ electing the 66.67% benefit option.

Class G8: All grandfathered Employees working at St. Rose Dominican Hospital in Henderson, NV prior to January 1, 1999 electing a 66.67% benefit option.

Class GA: All Employees, excluding residents, managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ enrolled in the 40.00% benefit option.

Class GB: All managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ enrolled in the 40.00% benefit option.

Class GC: All Employees, excluding residents, managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ electing the 50.00% benefit option.

Class GD: All managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ electing the 50.00% benefit option.

Class GE: All managers, directors, and physicians working at Chandler Regional Medical Center, Mercy Gilbert Medical Center, and St. Joseph's Hospital in Phoenix, AZ electing the 66.67% benefit option.

Class IA: All exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation enrolled in the 40.00% benefit option.

Class IE: All full-time Employees, excluding management Employees at supervisor level or above, working at St. Joseph's Medical Center and St. Joseph's Behavioral Health Center in Stockton, CA enrolled in the 60.00% benefit option.

Class JA: All Employees working at Bakersfield Memorial Hospital and Mercy Healthcare in Bakersfield, CA enrolled in the 40.00% benefit option.

Class JB: All Employees working at Bakersfield Memorial Hospital and Mercy Healthcare in Bakersfield, CA electing the 50.00% benefit option.

Class JC: All Employees working at Bakersfield Memorial Hospital and Mercy Healthcare in Bakersfield, CA electing the 60.00% benefit option.

Class JD: All grandfathered Employees working at Bakersfield Memorial Hospital prior to January 1, 1999, and Mercy Healthcare in Bakersfield, CA prior to January 1, 2004 electing the 66.67% benefit option.

Class KA: All Employees working at MedProVidex enrolled in the 40.00% benefit option.

Class KB: All Employees working at MedProVidex electing the 50.00% benefit option.

Class KC: All Employees working at Medprovidex electing the 60.00% benefit option.

Class LA: All non-contractual Employees working at Mark Twain Hospital electing the 40.00% benefit option.

| | |
|---|---|
| Class LB: | All non-contractual Employees working at Mark Twain Hospital electing the 50.00% benefit option. |
| Class LC: | All non-contractual Employees working at Mark Twain Hospital enrolled in the 60.00% benefit option. |
| Class MA: | All Employees working at Arroyo Grande Community Hospital, French Hospital Medical Center, and Marian Medical Center enrolled in the 40.00% benefit option. |
| Class MB: | All Employees working at Arroyo Grande Community Hospital, French Hospital Medical Center, and Marian Medical Center electing the 50.00% benefit option. |
| Class MC: | All Employees working at Arroyo Grande Community Hospital, French Hospital Medical Center, and Marian Medical Center electing the 60.00% benefit option. |
| Class MG: | All Grandfathered Employees working at Marian Medical Center prior to January 1, 1999 electing the 66.67% benefit option. |
| Class NA: | All Employees working at Glendale Memorial Hospital in Glendale, CA, and Employees (excluding residents) working at California Medical Center enrolled in the 40.00% benefit option. |
| Class NB: | All Employees working at Glendale Memorial Hospital in Glendale, CA, and Employees (excluding residents) working at California Medical Center electing the 50.00% benefit option. |
| Class NC: | All Employees working at Glendale Memorial Hospital in Glendale, CA, and Employees (excluding residents) working at California Medical Center electing the 60.00% benefit option. |
| Class PA: | All Employees working at Dominican Hospital and Dominican Oaks, including managers, enrolled in the 40.00% benefit option. |
| Class PB: | All Employees, excluding managers, working at Dominican Hospital and Dominican Oaks electing the 50.00% benefit option. |
| Class PC: | All Employees, excluding managers, working at Dominican Hospital and Dominican Oaks electing the 60.00% benefit option. |
| Class PE: | All managers working at Dominican Hospital and Dominican Oaks electing the 50.00% benefit option. |
| Class PF: | All managers working at Dominican Hospital and Dominican Oaks electing the 60.00% benefit option. |
| Class QG: | All grandfathered Employees and managers working at Dominican Hospital in Santa Cruz, CA insured under the coverage prior to January 1, 1999 electing the 66.67% benefit option. |
| Class RA: | All Employees, excluding exempt managers, working at Dignity Health Medical Foundation enrolled in the 40.00% benefit option. |
| Class RB: | All Employees, excluding exempt managers, working at Dignity Health Medical Foundation electing the 50.00% benefit option. |

| | |
|---|---|
| Class RC: | All Employees, excluding exempt managers, working at Dignity Health Medical Foundation electing the 60.00% benefit option. |
| Class RE: | All bi-weekly management working at TrinityCare in Monterey Park, CA electing the 50.00% benefit option. |
| Class RF: | All bi-weekly management working at TrinityCare in Monterey Park, CA electing the 60.00% benefit option. |
| Class SA: | All exempt managers working at Dignity Health Medical Foundation enrolled in the 40.00% benefit option. |
| Class SB: | All exempt managers working at Dignity Health Medical Foundation electing the 50.00% benefit option. |
| Class SC: | All exempt managers working at Dignity Health Medical Foundation electing the 60.00% benefit option. |
| Class SF: | All grandfathered full-time and part-time Employees working for the Dignity Health System offices prior to January 1, 1999 electing the 66.67% benefit option. |
| Class SG: | All grandfathered employees working at Dignity Health Medical Foundation prior to January 1, 1999 electing the 66.67% benefit option. |
| Class TE: | All full-time Employees working for the Dignity Health System offices enrolled in the 40.00% benefit option. |
| Class TF: | All full-time Employees working for the Dignity Health System offices electing the 50.00% benefit option. |
| Class TG: | All full-time Employees working for the Dignity Health System offices electing the 60.00% benefit option. |
| Class UA: | All Employees working at Community Hospital of San Bernardino, CA enrolled in the 40.00% benefit option. |
| Class UB: | All Employees working at Community Hospital of San Bernardino, CA electing the 50.00% benefit option. |
| Class UC: | All Employees working at Community Hospital of San Bernardino, CA electing the 60.00% benefit option. |
| Class WD: | All resident Employees working at California Hospital Medical Center in Los Angeles, CA enrolled in the 40.00% benefit option. |
| Class WE: | All resident Employees working at California Hospital Medical Center in Los Angeles, CA electing the 50.00% benefit option. |
| Class WF: | All resident Employees working at California Hospital Medical Center in Los Angeles, CA electing the 60.00% benefit option. |
| Class XA: | All non-exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation enrolled in the 40.00% benefit option. |

Class XB: All non-exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation electing the 50.00% benefit option.

Class XC: All non-exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation electing the 60.00% benefit option.

Class XE: All exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation electing the 50.00% benefit option.

Class XF: All exempt Employees working at Bruceville Terrace, Mercy Education Resources, Mercy Hospital of Folsom, Greater Sacramento Service Area, and Mercy Foundation electing the 60.00% benefit option.

Class XG: All grandfathered Employees of Mercy Hospital of Folsom and Greater Sacramento Service Area prior to January 1, 2010 electing the 66.67% benefit option.

Class TA: All SEIU-UHW represented and part-time Employees working for the Dignity Health System Offices eligible for a 40% benefit

Class TB: All SEIU-UHW represented and part-time Employees working for the Dignity Health System Offices electing a 50% benefit

Class TC: All SEIU-UHW represented and part-time Employees working for the Dignity Health System Offices electing a 60% benefit

**Note:** This policy does not cover the following Employees: Temporary and seasonal Employees, and Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

Applicable to Class 1A, 1B, 1C, 7A, 7B, 7C, 7D, 7E, AA, AB, AC, B8, BA, BB, BC, C8, CJ, D8, F8, IA, PA, PB, PC, PE, PF, XA, XB, XC, XE, XF

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following 30 days of continuous, Active Employment

Applicable to Class 2A, 2B, 2C, 4A, 4B, 4C, 8A, 8B, 8C, 9A, 9B, 9C, 11, A1, C1, C2, CH, D1, D2, DA, DB, DC, DD, G6, GA, GB, GC, GD, GE, JA, JB, JC, KA, KB, KC, MA, MB, MC, RA, RB, RC, RE, RF, SA, SB, SC, UA, UB, UC

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following 30 days of continuous, Active Employment.

   Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 30 days prior to the change in classification.

Applicable to Class 2G, 3G, 4G, 7G, 9G, BD, C5, D4, D5, E4, E5, EF, EG, EH, F4, G2, G8, JD, MG, QG, SF, SG, WD, WE, WF, XG

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   None

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
   None

Applicable to Class 3B, 5A, 5B, 5C, 6A, 6B, 6C, 10, 12, A9, B9, C9, EA, EB, ED

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   First of the month following 60 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
   First of the month following 60 days of continuous, Active Employment.

   Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 60 days prior to the change in classification.

Applicable to Class 9D

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
   first of the month following 30 days of continuous, Active Employment.

   Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 30 days prior to the change in classification.

Applicable to Class 13, 14

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
   First of the month following 30 days of continuous, Active Employment.

   Note: Covered Employees changing from non-executive status to a executive status will have an effective date of the first of the month following classification.

Applicable to Class AE, AF, AG

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   None

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
   the July 1 next following the date of hire

Applicable to Class BF

1. If the Covered Person is employed by the Sponsor on the policy effective date -
   First of the month following the date of hire

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following the date of hire.

Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification. Covered Employees changing from non-benefited temporary status to benefited will be effective the first of the month following date of classification.

Applicable to Class CF, CG, CI

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following the date of hire

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following the date of hire

Applicable to Class EC, EE, EI, LA, LB, LC

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following the date of hire

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following the date of hire

Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification. Covered Employees changing from non-benefited temporary status to benefited will be effective the first of the month following date of classification.

Applicable to Class IE

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following 30 days of continuous, Active Employment.

Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 30 days prior to the change in classification. Covered Employees changing from non-benefited temporary status to a benefited status will be effective the first of the month following 30 days.

Applicable to Class NA, NB, NC

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following 30 days of continuous, Active Employment.

Note: Covered Employees at Glendale Memorial Hospital changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 30 days prior to the change in classification.

Applicable to Class TE, TF, TG, TA, TB, TC

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following 30 days of continuous, Active Employment

Note: Covered Employees changing from non-benefited status to a benefited status will have an effective date of the first of the month following classification, provided the Employee has been in continuous, Active Employment by the Sponsor for at least 30 days prior to the change in classification.

**Employee Contributions Required:**

Applicable to Class 1A, 2A, 2B, 3B, 4A, 4B, 5A, 6A, 6B, 7A, 7D, 7E, 8A, 9A, 9D, 10, 11, 12, 13, 14, A1, A9, AA, AE, AF, AG, B8, BA, BB, BC, BF, C1, C5, C8, CF, CH, CJ, D2, D4, DA, DC, E4, EA, EC, EE, EF, EI, F4, GA, GB, GD, GE, IA, IE, JA, KA, LA, LB, LC, MA, NA, PA, PE, PF, RA, SA, SB, SC, TE, TF, TG, UA, WD, XA, XE, XF, TA

No

Applicable to Class 1B, 1C, 2C, 2G, 3G, 4C, 4G, 5B, 5C, 6C, 7B, 7C, 7G, 8B, 8C, 9B, 9C, 9G, AB, AC, B9, BD, C2, C9, CG, CI, D1, D5, D8, DB, DD, E5, EB, ED, EG, EH, F8, G2, G6, G8, GC, JB, JC, JD, KB, KC, MB, MC, MG, NB, NC, PB, PC, QG, RB, RC, RE, RF, SF, SG, UB, UC, WE, WF, XB, XC, XG, TB, TC

Yes

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

180 days

**Amount of Insurance:**

Applicable to Class 1A, 2A, 4A, 5A, 6A, 7A, 8A, 9A, A1, A9, AA, AE, BA, C5, CF, CH, CJ, D4, DA, EA, EF, EI, GA, GB, IA, JA, KA, LA, MA, NA, PA, RA, SA, TE, UA, WD, XA, TA:

40.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 1B, 2B, 3B, 4B, 5B, 6B, 7B, 7D, 8B, 9B, 9D, AB, AF, B8, B9, BB, CG, D1, D2, D5, D8, DB, DC, E4, EB, EC, EG, GC, GD, JB, KB, LB, MB, NB, PB, PE, RB, RE, SB, TF, UB, WE, XB, XE, TB:

50.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 1C, 2C, 4C, 5C, 6C, 7C, 7E, 8C, 9C, 10, 11, 12, AC, AG, BC, BF, C1, C2, C8, C9, CI, DD, E5, ED, EE, EH, F8, IE, JC, KC, LC, MC, NC, PC, PF, RC, RF, SC, TG, UC, WF, XC, XF, TC:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 2G, 3G, 4G, 7G, 9G, BD, F4, G2, G6, G8, GE, JD, MG, QG, SF, SG, XG:

66.67% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 13:

70.00% of Basic Monthly Earnings between $21,429.00 and $64,286.00, less Other Income Benefits and Other Income Earnings as described in Section 4.

Applicable to Class 14:

70.00% of Basic Monthly Earnings between $21,429.00 and $42,857.00, less Other Income Benefits and Other Income Earnings as described in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

| | |
|---|---|
| Applicable to Class 1A, 2A, 4A, 5A, 6A, 7A, 8A, 9A, A1, A9, AA, AE, BA, C5, CF, CH, CJ, D4, DA, EA, EF, EI, GA, GB, IA, JA, KA, LA, MA, NA, PA, RA, SA, TE, UA, WD, XA, TA: | $37,500.00 |

| | |
|---|---|
| Applicable to Class 1B, 2B, 3B, 4B, 5B, 6B, 7B, 7D, 8B, 9B, 9D, AB, AF, B8, B9, BB, CG, D1, D2, D5, D8, DB, DC, E4, EB, EC, EG, GC, GD, JB, KB, LB, MB, NB, PB, PE, RB, RE, SB, TF, UB, WE, XB, XE, TB: | $30,000.00 |
| Applicable to Class 1C, 2C, 4C, 5C, 6C, 7C, 7E, 8C, 9C, 10, 11, 12, AC, AG, BC, BF, C1, C2, C8, C9, CI, DD, E5, ED, EE, EH, F8, IE, JC, KC, LC, MC, NC, PC, PF, RC, RF, SC, TG, UC, WF, XC, XF, TC: | $25,000.00 |
| Applicable to Class 2G, 3G, 4G, 7G, 9G, BD, F4, G2, G6, G8, GE, JD, MG, QG, SF, SG, XG: | $22,498.87 |
| Applicable to Class 13: | $64,286.00 |
| Applicable to Class 14: | $42,857.00 |

**Own Occupation Duration:**

24 Month Own Occupation

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time or part-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each policy anniversary so designated by the Sponsor and Liberty during which an Employee may enroll for coverage under this policy.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

Applicable to Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, 11, 12, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, BF, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, IE, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:

**"Basic Monthly Earnings"** means the Covered Person's gross monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

Applicable to Class 13, 14:

**"Basic Monthly Earnings"** means gross salary or wages earned from the Sponsor as of the Covered Person's last day of active work before his Disability or Partial Disability began, calculated on a monthly basis. Earnings include: averaged bonuses earned over the 24 month period before Disability or Partial Disability began, or over the period of Employment, if less. Earnings also include contributions made through a salary reduction agreement with the Sponsor to any of the following: an internal revenue code (irc) section 401(k), 403(b) or 457 deferred compensation arrangement; an executive nonqualified deferred compensation arrangement; and fringe benefits under an irc Section 125 plan. The term does not include: commissions; awards; overtime pay; the grant, award, sale, conversion and/or exercise of shares of stock or stock options; the Sponsor's contributions to any deferred compensation arrangement or pension plan; or any other compensation from the Sponsor.

**"Consumer Price Index"** means the government publication " The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

**"Disability"** or **"Disabled"** means:

i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.

**"Domestic Partner"** means an adult who has chosen to share their life in an intimate and committed relationship of mutual caring. A domestic partnership shall be established in California when both persons file a Declaration of Domestic Partnership with the Secretary of State pursuant to this division, and, at the time of filing, all of the following requirements are met:

1. Neither person is married to someone else or is a member of another domestic partnership with someone else that has not been terminated, dissolved, or adjudged a nullity.
2. The two persons are not related by blood in a way that would prevent them from being married to each other in this state.
3. Both persons are at least 18 years of age.
4. Either of the following:
    a. Both persons are members of the same sex.
    b. One or both of the persons meet the eligibility criteria under Title II of the Social Security Act as defined in Section 402(a) of Title 42 of the United States Code for old-age insurance benefits or Title XVI of the Social Security Act as defined in Section 1381 of Title 42 of the United States Code for aged individuals. Notwithstanding any other provision of this section, persons of opposite sexes may not constitute a domestic partnership unless one or both of the persons are over 62 years of age.
    c. Both persons are capable of consenting to the domestic partnership.

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse or Domestic Partner, if living, otherwise the Covered Person's children under age 26.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Liberty.

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

Applicable to Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:

**"Family Status Change"** means any one of the following events that may occur:
1. the Employee's marriage or divorce;
2. the Employee's filing or rescinding of a Domestic Partner certification;
3. the birth of a child to the Employee;
4. the adoption of a child by the Employee;
5. the death of the Employee's spouse or Domestic Partner or child;
6. the commencement or termination of employment of the Employee's spouse or Domestic Partner;
7. the change from part-time employment to full-time employment by the Employee's spouse or Domestic Partner;
8. the change from full-time employment to part-time employment by the Employee's spouse or Domestic Partner;
9. the taking of unpaid leave of absence by the Employee's spouse or Domestic Partner.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the net Monthly Benefit payable to the Covered Person prior to his death.

**"Substantial and Material Acts"** means acts that are normally required for the performance of the Covered Person's Own Occupation and cannot be reasonably omitted or modified.

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person is not Totally Disabled and that while actually working in his Own Occupation, as a result of Injury or Sickness the Covered Person is unable to earn 80% or more of his Indexed Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or
2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the State where the policy is delivered, and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**"Proof"** means written proof covering the occurrence, the character and the extent of the loss for which the claim is made.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments and derives from the same loss as benefits under this policy;
2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and
3. is payable upon Disability, if the payment derives from the same loss as benefits under this policy and does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan of the Sponsor which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**" Treatment"** means receiving care or services provided by or under the direction of a Physician including diagnostic measures resulting in a positive diagnosis, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Applicable to Long Term Disability Class 11, 12, 13, 14, BF, IE:**

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Applicable to Long Term Disability Class 11, 12, 13, 14, BF, IE:**

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:**

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or
2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, ED, EF, EG, EH, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, enrollment will default to the 40.00% Plan. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

Applicable to Long Term Disability Class 3B, 3G:

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, enrollment will default to the 50.00% plan. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

Applicable to Long Term Disability Class 10, EC, EE, EI, LA, LB, LC:

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, enrollment will default to the 60.00% plan. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

If a Covered Person fails to enroll for a change in his coverage option during any Annual Enrollment Period he will continue to be insured for the same coverage option during the next policy year and no change in that coverage can be made during the next policy year, unless the Covered Person experiences a Family Status Change.

**Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:**

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

The Covered Person must apply for the change in coverage within 31 Days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. an Employee will be insured for non-contributory coverage on his Eligibility Date.
   b. an Employee will be insured for contributory coverage on the date the Employee makes application for insurance if he enrolls on or before the 31st day after his Eligibility Date; or
   c. an Employee who does not enroll for contributory coverage on or before the 31st day after his Eligibility Date, or terminated his insurance while continuing to be eligible may not enroll for contributory coverage until the next Annual Enrollment Period or following a Family Status Change.

**Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:**

**Effective Date of Insurance** (Continued)

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   An Employee will be insured for the selected contributory coverage on the first day of the next policy anniversary.

3. For Coverage Applied for Due to a Family Status Change

   An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the first of the month following the date the Employee applies or enrolls for the change in coverage.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC:

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within the Sponsor's approved rehired time period following his termination date:

1. all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date; and

2. if an Employee is re-hired by the Sponsor he will be insured for the same coverage that was in effect for him on the date his employment terminated and no change in that coverage may be made during the rest of that policy year, unless he experiences a Family Status Change. He may make changes in his coverage options at the next Annual Enrollment Period.

If a former Employee is re-hired by the Sponsor outside of the Sponsor's approved rehire time period following his termination date, he is considered to be a new Employee when determining his Eligibility Date.

Applicable to Long Term Disability Class 11, 12, 13, 14, BF, IE:

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 90 days of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 90 days after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond 12 months. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

## SECTION 4 - DISABILITY INCOME BENEFITS

### LONG TERM DISABILITY COVERAGE

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The Proof must be at the Covered Person's expense.

For purposes of determining Disability, the Injury or Sickness must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:
   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness, he will receive a Monthly Benefit, subject to any other provisions of this policy. The Proof must be at the Covered Person's expense.

To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning less than 80% of his Basic Monthly Earnings.

For purposes of determining Partial Disability, the Injury or Sickness must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 12 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits under the heading titled, "Amounts of Insurance", without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by the current annual percentage increase in the Consumer Price Index.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Six Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1. after Disability had continued for 180 or more consecutive days; and
2. while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to six times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount that the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy under:

   a. any benefit paid under temporary disability benefit under Workers Compensation;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any governmental compulsory benefit act or law; or
   e. any other act or law of like intent.

2. The amount of Disability Retirement Benefits the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy.

3. The amount of Disability Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy; or
   b. his dependent spouse, dependent child or dependent children receives because of such Disability.

4. Any amount the Covered Person receives from or on behalf of a third party for loss of time benefits as a result of injury caused or contributed to by the third party, not including attorney's fees paid by the claimant.

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment for which the Covered Person becomes employed after the Covered Person's Disability or Partial Disability began.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Social Security Assistance**

Liberty may offer help to a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be offered only if Liberty determines that assistance would be beneficial.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for loss of past or future wages will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person unreasonably refuses to be examined or evaluated at reasonable intervals;

2. the date the Covered Person's current Partial Disability earnings exceed 80% of his Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80% of Indexed Basic Monthly Earnings has been exceeded.

3. the date the Covered Person is no longer Disabled according to this policy;

4. the end of the Maximum Benefit Period; or

5. the date the Covered Person dies.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than one hundred eighty continuous days; and

2. performs all the Substantial and Material Acts of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for one hundred eighty continuous days or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

## SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. active Participation in a Riot;
4. the committing of or attempting to commit a felony;
5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person.

No benefit will be paid during any period of incarceration after the conviction of a crime.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or substantially contributed to by a Pre-Existing Condition or medical or surgical treatment of a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a physical or mental condition, whether diagnosed or undiagnosed, resulting from an Injury or Sickness for which the Covered Person received Physician's advice or Treatment within three months prior to the Covered Person's effective date of coverage.

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;
2. the date the Covered Person is no longer in an eligible class;
3. the date the Covered Person's class is no longer included for insurance;
4. the last day for which any required Employee contribution has been made;
5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

Applicable to Long Term Disability Class 11, 12, 13, 14, BF, IE

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

Applicable to Long Term Disability Class 1A, 1B, 1C, 2A, 2B, 2C, 2G, 3B, 3G, 4A, 4B, 4C, 4G, 5A, 5B, 5C, 6A, 6B, 6C, 7A, 7B, 7C, 7D, 7E, 7G, 8A, 8B, 8C, 9A, 9B, 9C, 9D, 9G, 10, A1, A9, AA, AB, AC, AE, AF, AG, B8, B9, BA, BB, BC, BD, C1, C2, C5, C8, C9, CF, CG, CH, CI, CJ, D1, D2, D4, D5, D8, DA, DB, DC, DD, E4, E5, EA, EB, EC, ED, EE, EF, EG, EH, EI, F4, F8, G2, G6, G8, GA, GB, GC, GD, GE, IA, JA, JB, JC, JD, KA, KB, KC, LA, LB, LC, MA, MB, MC, MG, NA, NB, NC, PA, PB, PC, PE, PF, QG, RA, RB, RC, RE, RF, SA, SB, SC, SF, SG, TE, TF, TG, UA, UB, UC, WD, WE, WF, XA, XB, XC, XE, XF, XG, TA, TB, TC

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. less than 25.00% of all the Employees eligible for any contributory insurance are insured for it; or

   d. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Termination of Coverage Option(s)**

**Participation Requirements**

Liberty may terminate coverage or any coverage option afforded hereunder on any premium due date by giving written notice to the Sponsor at least 31 days in advance:

1. if the overall participation for all coverage options falls below 25.00% of the Employees eligible for benefits under this policy; and

2. if less than 10.00% of the Employees eligible for each coverage option are insured for it.

Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**LONG TERM DISABILITY COVERAGE**

**Conversion Privilege**

When a Covered Person's employment terminates with the Sponsor and he is no longer insured under this policy, he may be eligible to convert and become insured under Liberty's Group Disability Conversion Policy without submitting Evidence of Insurability.

**Eligibility for Group Disability Conversion Insurance**

To be eligible to purchase group disability conversion insurance, the Covered Person:

1. must have been insured under this policy for 12 consecutive months immediately prior to termination of his employment. The time insured under this policy as well as the one it replaced, if any, will be considered in determining the Covered Person's eligibility to convert to Liberty's Group Disability Conversion Policy; and

2. the Covered Person must apply for the group disability conversion insurance and submit the first quarterly premium to Liberty within 31 days after termination of coverage under this policy due to termination of employment.

**Benefits Available under the Group Disability Conversion Policy**

If a Covered Person is eligible to convert to Liberty's Group Disability Conversion Policy, the Disability benefits and amount of Disability coverage he will be eligible to receive will be determined by Liberty in accordance with its established underwriting guidelines. The Disability benefits and amount of Disability coverage may not be the same as he was eligible to receive under this policy.

**Ineligibility for Group Disability Conversion Insurance**

An individual may be ineligible for this Conversion Privilege if:

1. his coverage under this policy ceases for any of the following reasons:

    a. this policy terminates;
    b. this policy is amended to exclude from coverage the class of Employees to which the individual belongs;
    c. the individual no longer belongs to a class of Employees eligible for coverage under this policy;
    d. the individual retires (when an individual receives payment from any employer's Retirement Policy as recognition of past services or has concluded his working career);
    e. the individual failed to pay any required premiums, when due;

2. he is or becomes eligible for long term disability coverage under another group policy within 31 days after termination of employment;
3. he is Disabled or Partially Disabled under the terms of this policy;
4. he recovers from a Disability and does not return to work for the Sponsor;
5. he is not in Active Employment due to an Injury, Sickness or Mental Illness; or
6. he is on a Leave of Absence.

## SECTION 7 - GENERAL PROVISIONS

**Entire Contract; Changes**

This policy, the application of the employer, and the individual applications, if any, of the employees constitute the entire contract between the parties, and any statement made by the employer or by any employee shall, in the absence of fraud, be deemed a representation and not a warranty. No such statement shall (avoid the insurance or reduce the benefits under this policy or) be used in defense to a claim hereunder unless it is contained in a written application, nor shall any such statement of the employer, except a fraudulent misstatement, be used at all to void this policy after it has been in force for two years from the date of its issue, nor shall any such statement of any employee eligible for coverage under the policy, except a fraudulent misstatement, be used at all in defense to a claim for loss incurred or Disability or Partial Disability (as defined in the policy) commencing after the insurance coverage with respect to which claim is made has been in effect for two years from the date it became effective.

No change in this policy shall be valid unless approved by an executive officer of the insurer and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this policy or to waive any of its provisions.

**Time Limit on Certain Defenses**

(a) After two years from the date of issue of this policy, no misstatements, except fraudulent misstatements, made by the applicant in the application for such policy shall be used to void the policy or to deny a claim for loss incurred or Disability (as defined in the policy) commencing after the expiration of such two-year period. (b) No claim for loss incurred or Disability (as defined in the policy) commencing after two years from the date of issue of this policy shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or specific description effective on the date of loss had existed prior to the effective date of coverage of this policy.

**Grace Period**

A grace period of 45 days will be granted for the payment of premiums accruing after the first premium, during which grace period the policy shall continue in force, but the employer shall be liable to the insurer for the payment of the premium accruing for the period the policy continues in force.

**Notice of Claim**

Written notice of claim must be given to the insurer within 20 days after the occurrence or commencement of any loss covered by the policy, or as soon thereafter as is reasonably possible. Subject to the qualifications set forth below, if the insured Covered Person suffers loss of time on account of Disability for which indemnity may be payable for at least two years, the Covered Person shall at least once in every six months after having given notice of claim, give to the insurer notice of continuance of said Disability, except in the event of legal incapacity. The period of six months following any filing of proof by the insured or any payment by the insurer on account of such claim or any denial of liability in whole or in part by the insurer shall be excluded in applying this provision. Delay in giving of such notice shall not impair the insured Covered Person's right to any indemnity which would otherwise have accrued during the period of six months preceding the date on which such notice is actually given.

**Claims Forms**

The insurer, upon receipt of a written notice of claim, will furnish to the claimant such forms as are usually furnished by it for filing proofs of loss. If such forms are not furnished within 15 days after the giving of such notice the claimant shall be deemed to have complied with the requirements of this policy as to proof of loss upon submitting, within the time fixed in the policy for filing proofs of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made.

**Proofs of Loss**

Written proof of loss must be furnished to the insurer, in the case of claim for loss for Long Term Disability benefits, within 90 days after the termination of the period for which the insurer is liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.

**Time of Payment of Claim**

Indemnities payable under this policy for any loss other than Long Term Disability benefits will be paid as they accrue immediately upon receipt of due written proof of such loss. Subject to due written proof of such loss, all accrued indemnity for Long Term Disability benefits will be paid Monthly to the insured employee and any balance remaining unpaid upon the termination of the period of liability will be paid immediately upon receipt of due written proof.

**Payment of Claims**

If any indemnity of this policy shall be payable to the estate of the insured employee or employee who is a minor or otherwise not competent to give a valid release, the insurer may pay such indemnity up to an amount not exceeding $1,000 to any relative by blood or connection by marriage of the insured employee who is deemed by the insurer to be equitable entitled thereto. Any payment made by the insurer in good faith pursuant to this provision shall fully discharge the insurer to the extent of such payment.

**Physical Examination and autopsy**

The insurer at its own expense shall have the right and opportunity to examine the person of any individual whose injury or sickness is the basis of claim when and as often as it may reasonably require during the pendency of a claim hereunder and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions**

No action at law or in equity shall be brought to recover on this policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this policy. No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

**Misstatement of Age**

If the age of any individual covered under this policy has been misstated, the amount payable shall be such as the premium paid for the coverage of such individual would have purchased at the correct age.

**Conformity with state statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the state in which the insured resides on such date is hereby amended to conform to the minimum requirements of such statutes.

# SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 3 years except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;
2. a division, subsidiary or Associated Company is added to or deleted from this policy;
3. when the number of Covered Persons changes by 25.00% or more from the number insured on this policy's effective date; or
4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.
2. All payments made to or by Liberty shall be in United States dollars.
3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.
5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.
6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:
    1. the current policy year; and
    2. the immediately preceding policy year.

**Waiver of Premium**

With respect to Long Term Disability benefits, premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| removed classes TA, TB, TC, and SE from the policy. Updated the class descriptions for TE, TF, TG, SF, XA, XB, XC, IA, XE, XF, and XG. | ADOP-SCH-1 R (1)<br>ADOP-SCH-3 R (1)<br>ADOP-DEF-2.2 R (1)<br>ADOP-DEF-5.13 R (1)<br>ADOP-ELG-4 R (1)<br>ADOP-ELG-5 R (1)<br>ADOP-ELG-6 R (1)<br>ADOP-ELG-7 R (1)<br>ADOP-TER-3 R (1) | ADOP-SCH-1<br>ADOP-SCH-3<br>ADOP-DEF-2.2<br>ADOP-DEF-5.13<br>ADOP-ELG-4<br>ADOP-ELG-5<br>ADOP-ELG-6<br>ADOP-ELG-7<br>ADOP-TER-3 |

The effective date of this change is July 12, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 12th day of June, 2015.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

Nancy Goodwin



Case 1:21-cv-00251-DCLC-SKL Document 22-1 Filed 11/01/22 Page 63 of 69
PageID #: 136

## AMENDMENT NO. 2

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| revised the Minimum Hourly Requirements for non-represented Employees | ADOP-SCH-1 R (2) | ADOP-SCH-1 R (1) |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 29th day of January, 2016.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

## AMENDMENT NO. 3

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
| --- | --- | --- |
| updated the Minimum Hourly Requirements for classes MA, MB, MC, MG, LA, LB, LC, 5A, 5B, 5C, BF, IE, B8, C8, CJ, D8, F8 and G8 | ADOP-SCH-1 R (3) | ADOP-SCH-1 R (2) |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 16th day of March, 2016.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

Nancy Goodwin

## AMENDMENT NO. 4

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| added classes TA, TB, and TC | ADOP-SCH-1 R(4)<br>ADOP-SCH-3 R(2)<br>ADOP-DEF-2.2 R(2)<br>ADOP-DEF-5.13 R(2)<br>ADOP-ELG-4 R(2)<br>ADOP-ELG-5 R(2)<br>ADOP-ELG-6 R(2)<br>ADOP-ELG-7 R(2)<br>ADOP-TER-3 R(2) | ADOP-SCH-1 R(3)<br>ADOP-SCH-3 R(1)<br>ADOP-DEF-2.2 R(1)<br>ADOP-DEF-5.13 R(1)<br>ADOP-ELG-4 R(1)<br>ADOP-ELG-5 R(1)<br>ADOP-ELG-6 R(1)<br>ADOP-ELG-7 R(1)<br>ADOP-TER-3 R(1) |

The effective date of this change is January 1, 2017.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 6th day of September, 2017.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 5

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| removed Conversion Privilege | | ADOP-TER-4 |

The effective date of this change is January 1, 2018.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 7th day of September, 2017.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**





Case 1:21-cv-00251-DCLC-SKL Document 22-1 Filed 11/01/22 Page 67 of 69
PageID #: 140

# AMENDMENT NO. 6

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| revised class descriptions for TA, TB, TC, and BF and updated Employee contribution section | Form ADOP-SCH-1 R(5) | Form ADOP-SCH-1 R(4) |

The effective date of this change is January 1, 2018.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 19th day of September, 2017.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ____________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 7

It is agreed the following changes are hereby made to this policy: GF3-860-004109-01

| Changes | Additions | Deletions |
|---|---|---|
| updated the Minimum Hourly Requirement | Form ADOP- SCH-1 R(6) | Form ADOP- SCH-1 R(5) |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 12th day of October, 2017.

Issued to and Accepted by:

Dignity Health
**Sponsor**

By ________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**