**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3840737 Claim Last Updated 07/20/2021 Printed On 2/18/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KIMBERLY SHAW | SSN | - | Birth Date | |
| Address | C/O ERIC BUCHANAN & ASSOCIATES | Salary Amount $ | 9158.93 | Mode | M |
| | PO BOX 11208 | Date of Hire | 08/26/2014 | | |
| | | Last Work Date | 04/20/2017 | | |
| | CHATTANOOGA, TN 37401-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc CLINICAL COORDINATOR PULMONARY

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/19/2017 | |
| Disability Date | 04/21/2017 | Close Date | 12/08/2020 | Reopen Date | 10/18/2019 | |
| Sick Days Left | | Max Ben Date | 03/20/2034 | RTW FT / PT | | 04/21/2017 |
| Ben Begin Date | 10/18/2017 | Apprv Thru Date | 12/07/2020 | Gross Ben $ | | |

Diagnosis 1 Code/Desc M79.7 Fibromyalgia

Diagnosis 2 Code/Desc G60.8 Other hereditary and idiopathic neuropathies

Policyholder Information

Customer ID 06 - 004109 DIGNITY HEALTH

Subsidiary 0001 DIGNITY HEALTH

Location 25300000 DOMINICAN SANTA CRUZ

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2015

Class PC ALL EMPLOYEES, EXCLUDING MANAGERS, WORKING AT DOMINICAN HOSPITAL A

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 180 Day SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 6 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | PC | 10/01/2014 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 3840737 **Accommodation Number**

**Note type:**

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

Sec

●

**02/18/2022 10:42 AM - CLAIM Note 189**
Claim/Event/Leave: 3840737
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [02/18/2022 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**12/20/2021 8:52 AM - CLAIM Note 188**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [12/20/2021 - STANTON, TIMOTHY]EMAILED RCVD FROM ANONYMOUS

**12/17/2021 9:15 AM - CLAIM Note 187**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : ANONYMOUS CALLER
Text: [12/17/2021 - DANIELL, JANE]AN ANONYMOUS CALLER (FEMALE) CALLED AND STATED THAT SHE WAS CALLING WITH INFORMATION ABOUT THIS CLMT. SHE PROVIDED CLAIM 3840737. ADVISED I COULD TRANSFER TO TIM STANTON. SHE STATED THAT IS FINE. TIM WAS OUT OF THE OFFICE ASKED IF SHE WANTED TO TRANSFER TO VM AND SHE STATED SHE COULD SEND AN EMAIL. PROVIDED DISABILITYDOCUMENTS@LFG.COM. SHE WANTED TO MAKE SURE THAT THE INFORMATION GOT TO THE CORRECT PERSON. ADVISED THE CLM IS ASSIGNED TO TIM THUS HE WILL RECEIVENOTIFICATION WHEN THE EMAIL IS REC'D.

**09/03/2021 10:47 AM - CLAIM Note 186**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/03/2021 - MITCHELL, CATHERINE]INVOICE DATED 7/20/2021 FROM MLS. INV # 109710-1 , IN THE AMT OF $50.00 FOR PMR, PAIN MEDICINE PEER REVIEW . INVOICE PAID IN FULL

**08/12/2021 10:09 AM - CLAIM Note 185**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/12/2021 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 07/02/2021 AND DATED 07/02/2021 FROM MLS GROUP OF COMPANIES. INV # 110589-1, IN THE AMOUNT OF $420.00 FOR PEER REVIEW PERFORMED BY N. NICHOLE BARRY, WILLIAM M BARRETO WITH A SPECIALTY IN RHEUMATOLOGY, PMR & PAIN MEDICINE. DATES OF SERVICE 07/02/2021 INVOICE PAID IN FULL.

**08/06/2021 11:51 AM - CLAIM Note 184**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : FILE COPY
Text: [08/06/2021 - NILES, CATHY]REQUEST TO SEND A COPY OF THE COMPLETE CLAIM FILE TO THE ATTY HAS BEEN COMPLETED. SENT TO EMAIL MAIL@BUCHANANDISABILITY.COM THRU ONEDRIVE.

**08/05/2021 4:31 PM - CLAIM Note 183**
Claim/Event/Leave: 3840737
NoteSubject : LTR to Atty
Other Subject : COPY OF CLAIM FILE
Text: [08/05/2021 - GRYGIEL, COURTNEY]AS PER ATTORNEY'S REQUEST COPY OF CLAIM FILE AND LTD POLICY SENT.

**07/19/2021 2:34 PM - CLAIM Note 182**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : UPHOLD
Text: [07/19/2021 - GRYGIEL, COURTNEY]APPEAL UPHOLD. LTD BENEFITS APPROVED THROUGH 12/7/20. FOLLOWING IME AND TSA --LTD DENIED NOT TD ANY OCC. ON APPEAL TWO SPECIALIST PEER REVIEW DONE (IM/RHEUM AND PMR PAIN) DO NOT SUPPORT R/LS. ATTORNEY PROVIDEDRTR OF CLINICAL REPORTS AND RESPONSE RECEIVED FROM AP SUBMITTED BACK FOR ADDENDUMS TO PEER REVIEWERS. ADDENDUMS DID NOT SUPPORT ALTERING PRIOR ASSESSMENT. MAINTAIN DENIAL. LETTER SENT TO ATTORNEY OUTLINING BASIS FOR DENIAL.

**07/07/2021 4:26 PM - CLAIM Note 181**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : INVOICE
Text: [07/07/2021 - GRYGIEL, COURTNEY]MLS INV#110589-1 IN THE AMOUNT OF 420.00 FOR ADDENDUM N. NICHOLE BARRY-RHEUMATOLOGY WILLIAM M BARRETO PMR PAIN PEER REFERRED TO J. BEST FOR PROCESSING.

**06/30/2021 2:03 PM - CLAIM Note 180**
Claim/Event/Leave: 3840737
NoteSubject : LTR to Atty
Other Subject :
Text: [06/30/2021 - GRYGIEL, COURTNEY]UPDATED LETTER SENT TO ATTORNEY REGARDING INFORMATION RECEIVED AND IN RESPONSE TO RTR.

**06/25/2021 3:11 PM - CLAIM Note 179**
Claim/Event/Leave: 3840737
NoteSubject : Peer Review
Other Subject : ADDEDNUM
Text: [06/25/2021 - GRYGIEL, COURTNEY]ATTORNEYS RESPONSE TO RTR AND PEER REVIEWS RECEIVED AND REFERRED TO VENDOR FOR ADDENDUM TO PEER REVIEWS.

**06/08/2021 11:19 AM - CLAIM Note 178**
Claim/Event/Leave: 3840737
NoteSubject : LTR to Atty
Other Subject :
Text: [06/08/2021 - GRYGIEL, COURTNEY]PMR/PAIN PEER AND IM/RHEUM PEER REVIEWS RECEIVED. AS REQUESTED IN ATTORNEYS 6/1/21 CORRESPONDENCE PROVIDED 14 DAYS FOR RTR AND RESPOND TO REPORTS.

**06/02/2021 10:57 AM - CLAIM Note 177**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : LETTER FROM ATTORNEY
Text: [06/02/2021 - GRYGIEL, COURTNEY]RE'C LETTER FROM ATTORNEY HUDSON ELLIS. LETTER NOTES THAT LETTER OF DECISION OR REQUEST FOR EXTENSION NEEDS TO BE MADE WITHIN 7 DAYS. LETTER FAXED ON 6/2/21 TO ATTORNEY'S OFFICE ADVISING OF NEED FOR EXTENSION BASED ON COMPLETION OF MEDICAL REVIEW. ATTORNEY HAS ALSO REQUESTED RTR AND PROVIDE REASONABLE PERIOD OF TIME TO REVIEW OR RESPOND. (ATTORNEY REQUESTS AT LEAST 14 DAYS FROM RECEIVING THE EVIDENCE).

**06/02/2021 7:57 AM - CLAIM Note 176**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/02/2021 - GRYGIEL, COURTNEY]UPDATED LETTER SENT TO ATTORNEY RE: DELAY FOR MEDICAL REVIEW.

**05/19/2021 7:56 AM - CLAIM Note 175**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : FILE COPY
Text: [05/19/2021 - HOFFNER, FAYE]CLAIM FILE FOR 3840737 ALL NON CORRESPONDENCE ONLY IN DOC LIST EXCEPT OUTGOING AND INVOICES COMPLETED BY ADMIN AND SUBMITTED VIA MLS CASE # 107611 FOR REVIEW. RESPONDED TO REQUESTOR OF SUBMISSION TO MLS

**05/17/2021 8:51 PM - CLAIM Note 174**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/17/2021 - REFERRED TO MLS GROUP OF COMPANIES FOR PANEL REVIEW.

**05/17/2021 3:59 PM - CLAIM Note 173**
Claim/Event/Leave: 3840737
NoteSubject : Peer Review
Other Subject : MLS
Text: [05/17/2021 - GRYGIEL, COURTNEY]REFERRAL MADE FOR RHEUM AND PMR/PAIN PEER WITH MLS. PRIOR PANEL REVIEWS CANX.

**05/05/2021 2:35 PM - CLAIM Note 172**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject :
Text: [05/05/2021 - SKOGLUND, JENNIFER]DISCUSSED IN CC WITH DR. GEIMER WHO SUGGESTED PMR AND RHEUM REVIEW OR PANEL AND DETERMINE IM, PSYCH REVIEWS IF NECESSARY

**04/29/2021 8:51 PM - CLAIM Note 171**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/29/2021 - REFERRED TO RELIABLE REVIEW SERVICES FOR PANEL REVIEW.

**04/29/2021 2:55 PM - CLAIM Note 170**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/29/2021 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED CSR@RELIABLERS.COM.

**04/29/2021 2:25 PM - CLAIM Note 169**
Claim/Event/Leave: 3840737
NoteSubject : Peer Review
Other Subject : PANEL
Text: [04/29/2021 - GRYGIEL, COURTNEY]REFERRAL MADE TO RRS FOR PMR/PAIN, IM/PULM AND PSYCH PEERS.

**04/27/2021 3:11 PM - PHONE Note 36**
Claim/Event/Leave: 3840737
NoteSubject : Other Called
Other Subject : ATTORNEY
Text: [04/27/2021 - GRYGIEL, COURTNEY]S/W WREN AT ATTYS OFFICE. SHE CONFIRMED WITH ATTY CHANDLER WILSON EVERYTHING HAS BEEN SUBMITTED FOR CONSIDERATION WITH APPEAL.

**04/26/2021 2:17 PM - CLAIM Note 168**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : IN
Text: [04/26/2021 - GRYGIEL, COURTNEY]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 07/19/2017. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD ANY, DATE OF DENIAL WAS 12/08/2020. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 06/06/2021. LETTER OF APPEAL RECEIVED 04/14/2021. ATTORNEY REPRESENTED. ACTION PLAN: **REVIEW FOR AP

**04/20/2021 7:50 AM - CLAIM Note 167**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [04/20/2021 - AVERILL, REBECCA]ASSIGNED TO COURTNEY GRYGIEL

**04/19/2021 8:50 PM - CLAIM Note 166**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/19/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/19/2021 10:52 AM - CLAIM Note 165**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/19/2021 - RICHARD, LINDSAY]REVIEWED AND AGREE WITH REFERRAL TO ARU FOR REVIEW

**04/19/2021 10:10 AM - CLAIM Note 164**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Appeals
Other Subject :
Text: [04/19/2021 - STANTON, TIMOTHY]RCVD LETTER OF APPEAL FROM ERIC BUCHANAN AND ASSOCIATES OPINING EE HAS NO RELIABLE WORK CAPACITY WHICH INCL RF AND FCE FROM A P/T (DESPITE PRIOR SURVEILLANCE SHOWING HIGH ACTIVITY AND PM/R PHYSICIAN IME WHICH INDIC EE CAN DO AT LEAST LIGHT DUTY W BREAKS AND TSA IDENTIFIED ALT OCCS) ... RECOMM REFL TO APPEALS REVIEW CONSULTANT

**12/17/2020 10:07 AM - CLAIM Note 163**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : ADMIN
Text: [12/17/2020 - KEEFER, DAWN]FULL FILE REQUEST HAS BEEN COMPLETED FOR CLAIM #10213692 AND FORWARDED VIA

Text: [12/17/2020 - KEEPER, DAWN]FULL FILE REQUEST HAS BEEN COMPLETED FOR CLAIM #10213692 AND FORWARDED VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED MAIL@BUCHANANDISABILITY.COM

**12/16/2020 1:21 PM - CLAIM Note 162**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [12/16/2020 - MULLEN, AIMEE]SUBMITTED FILE COPY REQUEST TO BE PROCESSED

**12/16/2020 1:12 PM - CLAIM Note 161**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [12/16/2020 - MULLEN, AIMEE]RECEIVED CLAIM FILE COPY REQUEST

**12/14/2020 4:59 PM - PHONE Note 35**
Claim/Event/Leave: 3840737
NoteSubject : Other Called
Other Subject : ATTRRNEY OFFICE
Text: [12/14/2020 - KENNEDY, CHENTA]T.C FROM ATTORNEY OFFICE -WANT TO GO OVER THE LAST CK - WENT OVER ISSUED DATE- AMOUNT - OFFSETS AND NET AMOUNT- NO OTHER QUESTIONS

**12/11/2020 2:37 PM - PHONE Note 34**
Claim/Event/Leave: 3840737
NoteSubject : Called Other
Other Subject : ATTY
Text: [12/11/2020 - BURLESON, MATTHEW]ATTEMPTED TO CALL BACK LAW OFFICE, LINE DISCONNECTED

**12/11/2020 2:13 PM - PHONE Note 33**
Claim/Event/Leave: 3840737
NoteSubject : Other Called
Other Subject : ATTY OFFICE CALLED
Text: [12/11/2020 - BURLESON, MATTHEW]LAURA CALLED FOR TAX INFORMATION AND EOB. WILL REACH OUT TO MENTOR AND THEN MAKE GOOD FAITH EFFORT TO CALL BACK.

**12/11/2020 1:30 PM - PHONE Note 32**
Claim/Event/Leave: 3840737
NoteSubject : Other Called
Other Subject : BUCHANAN AND ASSOC
Text: [12/11/2020 - ALEXANDER, DEMONICA]LAURA CALLED FROM BUCHANAN AND ASSOCIATES AND STATED THAT SHE WAS PLAYING PHONE TAG WITH ADCM AND NEEDED TO GATHER INFO IN REGARDS TO WHY EE DID NOT RECEIVE FULL PAYMENT. DCM ADVISED THAT CLAIM WAS CLOSED NOT TD AO DUE TO ALT OCCS BEING IDENTIFIED BASED ON R/L IN PLACE. DCM ADVISED THAT LETTER WAS MAILED OUT ADVISING OF CLAIM CLOSURE. LAURA STATED THAT LETTER WAS NEVER RECEIVED. DCM CONFIRMED MAILING ADDRESS ON LETTER AND ADVISED THAT LETTER WAS DATED 12/08/2020. LAURA ASKED THAT LETTER BE FAXED TO 423-634-2505. NFQ. DCM THANKED FOR TIME. CALL ENDED

**12/10/2020 2:34 PM - PHONE Note 31**
Claim/Event/Leave: 3840737
NoteSubject : Called Other
Other Subject :
Text: [12/10/2020 - STANTON, TIMOTHY]LAURA MILLER W ERIC BUCHANAN AND ASSOCIATES LVMM FOR RTC. CALLED 423.634.2506 AND RECEPT INDICATED SHE WAS IN MEETING W MR BUCHANAN AND TOOK MESSAGE THAT I WAS RETURNING HER CALL.

**12/07/2020 1:41 PM - CLAIM Note 160**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/07/2020 - CRAM, BRIAN]AGREE WITH CLAIM CLOSURE NOT TD AO.

**12/07/2020 11:14 AM - CLAIM Note 159**
Claim/Event/Leave: 3840737
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [12/07/2020 - STANTON, TIMOTHY]53 YOF OOW FOR FIBRO. OWN OCC WAS MEDIUM AND AVAILABLE PART-TIME. CID WAS 10/18/2019. INT MED PEER 09/2017 SUPP R&LS WITHIN FULL TIME LIGHT. 08/2019 RHEUM AND PULM PEER REVIEWS OUTLINED UPDATED R&LS AND TSA IDENTIFIEDALT OCCS SO CLAIM DENIED NOT TD ANY OCC AT 10/18/19 CID. EE CONT TO C/O PAIN *ALL OVER* YET EXAMS UNREMARKABLE AND REFLECT NO SWELLING OR DEFORMITY, NEG SLR; NO TREMOR; NO INDICATION OF MUSCLE LOSS AND NO ABNORMAL REFLEXES OR COORDINATION DEFICITS; NOEFFUSIONS OR INCR PAIN ON ROM AND ABLE TO DO ADLS; WELL KNOWN TX PLAN FOR FIBRO IS INCREASE ACTIVITY. 08/2019 SURVEILLANCE SHOWED EE WALKING W/O CANE AND USED EXTREMITIES IN A FLUID MANNER. 06/2019 SURVEILLANCE SHOWED EE WALKING NORMALLY, AGAIN W/OCANE, ASCENDING STAIRS AND CARRYING MULTIPLE BAGS SIMULTANEOUSLY WITHOUT ISSUE .. EE ATTY REP FOR APPEAL. INT MED ICP REVIEW FOR ARU INDIC DX FIBRO, NOTED NO ESCALATION OF CARE OF CHANGE IN RX IN OVER A YEAR, YET OPINED EE ONLY HAS CAPACITY FOR PART-TIME SEDENTARY, AND SO CLAIM REINSTATED .. UPDATED RECORDS RCVD AND EE SENT FOR PM&R IME COMPLETED 11/10/20

BY DR MEFFORD WHO INDIC NO R&LS FOR PERIPHERALS JOINTS; RE FIBRO AND SOB, EE CAN DO AT LEAST LIGHT DUTY, POSSIBLY EVEN MEDIUM, SO LONG AS ABLETO TAKE BREAKS; NOTED NO SIGNIF SIDE EFFECTS FROM RX OR ANY SIGNIF MEMORY ISSUES .. FILE SENT FOR TSA WHICH IDENTIFIED ALTERNATE OCCUPATIONS WITHIN THE SUPPORTED R&LS AND WORK HISTORY AND MEETING WAGES. THEREFORE RECOMMEND CLOSE AS NO LONGER DISABLED UNDER ANY OCC.

**12/04/2020 1:39 PM - CLAIM Note 158**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [12/04/2020 - MULLEN, AIMEE]RECEIVED TSA

**12/04/2020 12:36 PM - CLAIM Note 157**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject : TSA REPORT
Text: [12/04/2020 - SCUNGIO, VANESSA]TSA REPORT THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $5,495 IN THE NATIONAL ECONOMY.[12/04/2020 - SCUNGIO, VANESSA]THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN EMPLOYEE S PHYSICAL ABILITIES ANDWITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS EMPLOYEE COULD PERFORM; OUTPATIENT SERVICES DIRECTOR, HEALTH SERVICES MANAGER, AND DIRECTOR VOLUNTEER SERVICES. I HAVE NOT MET WITH THE EMPLOYEE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED.

**12/03/2020 8:52 PM - CLAIM Note 156**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/3/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SCUNGIO, VANESSA. CLAIM/AS EVENT IS PENDING REVIEW.

**11/23/2020 8:51 PM - CLAIM Note 155**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/23/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**11/23/2020 12:36 PM - CLAIM Note 154**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject :
Text: [11/23/2020 - STANTON, TIMOTHY]IME RCVD. ISSUED REFL FOR TSA

**11/20/2020 7:08 AM - CLAIM Note 153**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/20/2020 - HERTERICH, KIMBERLY]INVOICE DATED 11/12/2020 FROM HUB ENTERPRISES. INV #353356 , IN THE AMT OF $1024.00 FOR INVESTIGATION SERVICES. INVOICE PAID IN FULL.

**11/19/2020 12:50 PM - CLAIM Note 152**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [11/19/2020 - MULLEN, AIMEE]ISSUED $5195 VENDOR PMT TO ECN/GENEX FOR INVOICE BOCA 95921 DATED 11/19/20

**11/19/2020 12:12 PM - CLAIM Note 151**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [11/19/2020 - MULLEN, AIMEE]RECEIVED IME AND INVOICE

**11/12/2020 12:19 PM - CLAIM Note 150**
Claim/Event/Leave: 3840737
NoteSubject : Surveillance
Other Subject :
Text: [11/12/2020 - STANTON, TIMOTHY]EE SMOKED WHILE IN ROCKING CHAIR THEN BRIEFLY WALKED, BRISKLY AND W/O CANE, ALONG PORCH INTO HOME (8:37 WAS TIME); DRIVEN (AS PASSENGER) TO MEDICAL FACILITY WHERE SHE WALKED GINGERLY, NO USE OF CANE, IN AND OUT FROM; THEN WENT TO TO IME - WHILE THERE WENT IN USING CANE, WALKING SLOWLY AS IF IN PAIN, AND WHILE HOLDING LADY'S SHOULDER[11/12/2020 - STANTON, TIMOTHY]CORRN: WALKED NON-GINGERLY

**10/20/2020 5:36 PM - CLAIM Note 149**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd

Other Subject : CRAIG
Text: [10/20/2020 - STANTON, TIMOTHY]7/8/20

**10/06/2020 10:07 AM - CLAIM Note 148**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : CRUMP
Text: [10/06/2020 - STANTON, TIMOTHY]FROM DR CRUMP RCVD 7/2/20 TELEMED VISIT PA MULLINS

**10/01/2020 8:50 PM - CLAIM Note 147**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/1/2020 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**10/01/2020 9:36 AM - CLAIM Note 146**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject :
Text: [10/01/2020 - STANTON, TIMOTHY]IME SCHED FOR 10/13 (PENDING ATTY CONFIRMATION) - ISSUED REFL FOR OBS (PER 9/1 SIU CONSULT)[11/17/2020 - STANTON, TIMOTHY]IME WAS ON 11/10/20 W DR MEFFERD. AWAIT REPORT.

**09/23/2020 7:57 AM - CLAIM Note 145**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO NOV 2020
Text: [09/23/2020 - STANTON, TIMOTHY]53 YOF OOW FOR FIBRO. OWN OCC WAS MEDIUM AND AVAILABLE PART-TIME. CID WAS 10/18/2019. INT MED PEER 09/2017 SUPP R&LS WITHIN FULL TIME LIGHT. 08/2019 RHEUM AND PULM PEER REVIEWS OUTLINED UPDATED R&LS AND TSA IDENTIFIEDALT OCCS SO CLAIM DENIED NOT TD ANY OCC AT 10/18/19 CID. EE ATTY REP FOR APPEAL. EE CONT TO C/O PAIN *ALL OVER* YET EXAMS UNREMARKABLE AND REFLECT NO SWELLING OR DEFORMITY, NEG SLR; NO TREMOR; NO INDICATION OF MUSCLE LOSS ABNORMAL REFLEXES ORCOORDINATION DEFICITS; NO EFFUSIONS OR INCR PAIN ON ROM AND ABLE TO DO ADLS; WELL KNOWN TX PLAN FOR FIBRO IS INCREASE ACTIVITY. 08/2019 SURVEILLANCE SHOWED EE WALKING W/O CANE AND USED EXTREMITIES IN A FLUID MANNER. 06/2019 SURVEILLANCE SHOWED EE WALKING NORMALLY, AGAIN W/O CANE, ASCENDING STAIRS AND CARRYING MULTIPLE BAGS SIMULTANEOUSLY WITHOUT ISSUE .. INT MED ICP REVIEW ON APPEAL INDIC DX FIBRO, NOTED NO ESCALATION OF CARE OF CHANGE IN RX IN OVER A YEAR, YET OPINED EE ONLY HAS CAPACITY FOR PART-TIME SEDENTARY AND SO CLAIM REINSTATED. PEER TO PEER REPLY FROM DR CRUMP INDIC NO FCES DONE OR ANY TESTING OF THIS SORT; NO FORMAL NEUROCOGNITIVE OR NEUROPSYCH TESTING DONE; AND NO REFLS TO BEHAVIORAL HEALTH OR PT / OT. ..EE REFERRED FOR IME TO EVALUATEONGOING R&LS.[10/05/2020 - STANTON, TIMOTHY].. IME SCHED FOR 10/13 AT THIS TIME

**09/22/2020 2:44 PM - CLAIM Note 144**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : DD
Text: [09/22/2020 - STANTON, TIMOTHY]FROM ATTY RCVD UPDATE DIRECT DEPOSIT INFO - SET THIS UP

**09/15/2020 1:30 PM - CLAIM Note 143**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : PYMT
Text: [09/15/2020 - STANTON, TIMOTHY]ISSUED $24.46 TO SHARECARE FOR MEDICAL RECORDS (LOCN PARKRIDGE MEDICAL GROUP); 9/10/2020 INVOICE 1135284

**09/10/2020 8:51 PM - CLAIM Note 142**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/10/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR IME.

**09/10/2020 2:05 PM - CLAIM Note 141**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : PYMT
Text: [09/10/2020 - STANTON, TIMOTHY]ISSUED $20 TO SCENIC CITY RHEUMATOLOGY FOR MED RECORDS; 8/31/20 INVOICE 1

**09/10/2020 12:40 PM - CLAIM Note 140**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject :
Text: [09/10/2020 - STANTON, TIMOTHY]ISSUED REFL FOR IME

**09/09/2020 5:25 PM - CLAIM Note 139**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP

NoteSubject : LTR to AP
Other Subject : 2NDS
Text: [09/09/2020 - STANTON, TIMOTHY]SENT 2ND REQS TO DR CRAIG AND DR CRUMP

**09/01/2020 1:20 PM - CLAIM Note 138**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : SIU CONSULT
Text: [09/01/2020 - BREWSTER, TRISHA]CLAIM PRESENTED IN SIU CONSULT WHERE IT WAS DETERMINED TO OBTAIN SURVEILLANCE AROUND EXAMINATION IF ONE IS SCHEDULED; IF NO PHYSICAL EXAM IS SCHEDULED, CONSIDER TWO DAYS

**09/01/2020 12:05 PM - CLAIM Note 137**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject :
Text: [09/01/2020 - STANTON, TIMOTHY]SENT M/R TO DR CRAIG AT SCENIC CITY RHEUMATOLOGY (NEW PRACTICE; VS ARTHRITIS ASSOCIATES)

**09/01/2020 12:01 PM - CLAIM Note 136**
Claim/Event/Leave: 3840737
NoteSubject : Medical Status
Other Subject : CRAIG
Text: [09/01/2020 - STANTON, TIMOTHY]RCVD NOTICE OF NEW ADDRESS/PHONE (UPDATED S1)

**09/01/2020 11:08 AM - CLAIM Note 135**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [09/01/2020 - STANTON, TIM] CONTACTED DR. CRAIG, AND DR. CRUMP FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**05/27/2020 11:31 AM - CLAIM Note 134**
Claim/Event/Leave: 3840737
NoteSubject : Medical Status
Other Subject : CRUMP
Text: [05/27/2020 - STANTON, TIMOTHY]P2P REPLY RCD FROM DR CRUMP: RE ANY FCE USING STANDARDIZED TESTING INDICATES NO; RE DDD, NEUROPATHY, AND SLEEP APNEA ANY EVALUATIONS AFTER 2017 INDICATES NO; RE FORMAL NEUROCOGNITIVE OR NEUROPSYCH TESTING INDICATES NO;RE SPECIALTY REFL TO BEHAVIORAL HEALTH OR PT/OT ALSO INDICATES NO.

**05/26/2020 8:50 PM - CLAIM Note 133**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO KAYLA GOODRICH.

**05/26/2020 8:50 PM - CLAIM Note 132**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:3/20/2034

**05/26/2020 4:16 PM - CLAIM Note 131**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [05/26/2020 - GOODRICH, KAYLA]REFERRAL RECVD AND CHANGED BENEFIT END DATE TO 3/20/2034. SSDB OFFSET IS APPLIED THRU SAME DATE. NO OTHER INCOME. PAYMENT TO BE SENT TO ATTY.

**05/26/2020 8:20 AM - CLAIM Note 130**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO SEPT 2020
Text: [05/26/2020 - STANTON, TIMOTHY]53 YOF OOW FOR FIBRO. OWN OCC WAS MEDIUM AND AVAILABLE PART-TIME. CID 10/18/2019. INT MED PEER 09/2017 SUPP R&LS WITHIN FULL TIME LIGHT. 08/2019 RHEUM AND PULM PEER REVIEWS OUTLINED UPDATED R&LS AND TSA IDENTIFIED ALTOCCS. CLAIM DENIED NOT TD ANY OCC AT 10/18/19 CID. EE ATTY REP FOR APPEAL. EE CONT TO C/O PAIN *ALL OVER* YET EXAMS UNREMARKABLE AND REFLECT NO SWELLING OR DEFORMITY, NEG SLR; NO TREMOR; NO INDICATION OF MUSCLE LOSS OR ABNORMAL REFLEXES OR COORDINATION; AND ABLE TO DO ADLS W PAIN RX; NO EFFUSIONS OR INCR PAIN ON ROM. WELL KNOWN TX PLAN FOR FIBRO IS INCREASE ACTIVITY. 08/2019 SURVEILLANCE, WHILE BRIEF, SHOWED EE WALKED W/O CANE AND USED EXTREMITIES IN A FLUID MANNER. 06/2019 SURVEILLANCE SHOWED EEWALKING NORMALLY, AGAIN W/O CANE, ASCENDING STAIRS AND CARRYING MULTIPLE BAGS SIMULTANEOUSLY WITHOUT ISSUE. ADDIT INT MED ICP REVIEW ON APPEAL INDIC DX FIBRO, NOTED NO ESCALATION OF CARE OF CHANGE IN RX IN OVER A YEAR, YET OPINED EE ONLY HAS CAPACITY FOR PART-TIME

SEDENTARY. CLAIM REOPENED ... PLAN IS UPDATE IN 2-3 MOS. CLARIFY ANY ESCALATION IN CARE OR TREATMENT. CONSIDER IME FOR ONGOING R&LS.[08/31/2020 - STANTON, TIMOTHY]...5/18/20 INT MED RVW

**05/26/2020 8:11 AM - CLAIM Note 129**
Claim/Event/Leave: 3840737
NoteSubject : Reopen
Other Subject :
Text: [05/26/2020 - STANTON, TIMOTHY]REOPEN ADDIT INFO. ADDIT REVIEW BY INT MED ICP ON APPEAL OPINED EE ONLY WITH PART-TIME WORK CAPACITY.

**05/22/2020 11:38 AM - CLAIM Note 128**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : OUT
Text: [05/22/2020 - MACK, LINDSAY]OVERTURN. THE REVIEW OF THE FILE AND INFORMATION RECEIVED ON APPEAL OFFERS FINDINGS THAT WOULD ALTER THE PREVIOUS CLAIM DETERMINATION. RECOMMEND OVERTURNING DENIAL AND REINSTATING LTD BENEFITS EFFECTIVE 10/18/19. LETTER EMAILED TO CLMT'S ATTORNEY.

**05/21/2020 2:38 PM - CLAIM Note 127**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [05/21/2020 - ARVENITIS, KERRY]AGREE WITH OT, AS THE CLAIMANT IS LIMITED TO PART-TIME WORK CAPACITY.

**05/19/2020 8:56 AM - CLAIM Note 126**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : REFERRAL TO MGR
Text: [05/19/2020 - MACK, LINDSAY]CLAIM REFERRED TO MANAGER.

**05/19/2020 8:56 AM - CLAIM Note 125**
Claim/Event/Leave: 3840737
NoteSubject : Peer Review
Other Subject : INT MED
Text: [05/19/2020 - MACK, LINDSAY]RECEIVED AND REVIEWED INTERNAL MEDICINE ICP REPORT.

**05/04/2020 2:08 PM - CLAIM Note 124**
Claim/Event/Leave: 3840737
NoteSubject : LTR to Atty
Other Subject : STATUS / MED REVIEW
Text: [05/04/2020 - MACK, LINDSAY]EMAILED APPEAL STATUS LETTER TO ATTORNEY NOTIFYING OF MEDICAL REFERRAL.

**05/04/2020 2:03 PM - CLAIM Note 123**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : STATUS
Text: [05/04/2020 - MACK, LINDSAY]FULL FILE REVIEW COMPLETED BY ARC. CLAIM REFERRED FOR CLINICAL REVIEW BY INT. MED.

**04/24/2020 10:15 AM - CLAIM Note 122**
Claim/Event/Leave: 3840737
NoteSubject : LTR to Atty
Other Subject : ACKN
Text: [04/24/2020 - MACK, LINDSAY]EMAILED APPEAL ACKN LETTER TO ATTORNEY.

**04/24/2020 9:54 AM - CLAIM Note 121**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : PRESCREEN
Text: [04/24/2020 - MACK, LINDSAY]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 07/19/2017. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD ANY OCC, DATE OF DENIAL LETTER WAS 10/16/2019. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 04/13/2020. LETTER OF APPEAL RECEIVED 04/14/2020. ATTORNEY REPRESENTED. ACTION PLAN: PENDING FURTHER REVIEW; APPEAL RECEIVED TIMELY CONSIDERING MAILING TIME ALLOWANCE.

**04/23/2020 8:47 AM - CLAIM Note 120**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [04/23/2020 - LAMBERT, AUBREY]ASSIGNED TO LINDSAY MACK

**04/22/2020 8:50 PM - CLAIM Note 119**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/22/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION

Text: 4/22/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/22/2020 1:54 PM - CLAIM Note 118**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/22/2020 - CRAM, BRIAN]AGREE WITH ARU REFERRAL.

**04/22/2020 11:49 AM - CLAIM Note 117**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Appeals
Other Subject :
Text: [04/22/2020 - STANTON, TIMOTHY]EE IS A 53YOF OOW FOR FIBRO. OWN OCC WAS MEDIUM AND 09/2017 INT MED PEER SUPPORTED R&LS WITHIN LIGHT. 08/2019 RHEUM AND PULM PEER REVIEWS OUTLINED UPDATED R&LS AND TSA IDENTIFIED ALT OCCS. CLAIM DENIED NOT TD ANY OCC AT 10/18/19 CID .. EE IS ATTY REP FOR APPEAL. I HAVE REVIEW THESE AND MAJORITY ARE OLD AND WELL BEFORE 10/18/19 CID. 2019 PARKSIDE MEDICAL (GP) RECORDS NOTE EE SELF-REPORTED C/O PAIN *ALL OVER*; EE WALKS W CANE; YET EXAMS IS UNREMARKABLE AND REFLECTSNO SWELLING OR DEFORMITY, NEG SLR; NO TREMOR; NO INDICATION OF MUSCLE LOSS OR ABNORMAL REFLEXES OR COORDINATION; AND ABLE TO DO ADLS W PAIN RX. 2019 RECORDS ARTHRITIS ASSOCIATES (DR CRAIG) RECORDS ALSO REPORT PAIN, STIFFNESS, AND WEAKNESS; NOTES 18OR 18 TENDER POINTS YET NO JOINT SWELLING; WHILE CREPITUS OF B/L KNEES, NOTES NO EFFUSIONS OR INCR PAIN ON ROM. WELL KNOWN TX PLAN FOR FIBRO IS INCREASE ACTIVITY. IN REVIEW OF 08/2019 SURVEILLANCE, WHILE BRIEF, EE WALKED W/O CANE AND USED EXTREMITIES IN A FLUID MANNER. 06/2019 SURVEILLANCE SHOWED EE WALKING NORMALLY, AGAIN W/O CANE, ASCENDING STAIRS AND CARRYING MULTIPLE BAGS SIMULTANEOUSLY WITHOUT ISSUE ... IN TOTALITY OF EVIDENCE INCLUDING REVIEW OF RECENT RECORDS COMPARED W RECORDS OUTLINEDIN 08/2019 PEER REVIEWS W ASSESSMENTS THEREOF, THE FEW UPDATED RECORDS REFLECT THE SAME SELF REPORTED COMPLAINTS OF PAIN WITHOUT OBJECTIVE EVIDENCE OF LOSS OF SENSORY, MUSCLE STRENGTH, COORDINATION, OR OTHER OBJECTIVE FINDINGS TO ALTER PRIOR ASSESSMENT ... THEREFORE RECOMMEND REFERRAL TO APPEALS REVIEW CONSULTANT.

**04/22/2020 11:17 AM - CLAIM Note 116**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/22/2020 - STANTON, TIMOTHY]RCVD APPEAL AND* RECORDS (270 PPS). EXHIBIT 1: PA-C MULLINS / DR CRUMP (GP) 4/30/19, 8/1/19, 11/11/19 .. EXHIBIT 2: NORRIS NP 7/10/17; DR MORSE 6/5/17, 5/31/17, 5/20/17, AND 5/19/17; CPAP INFO 6/10-7/9/17; SLEEP STUDY5/20/17; 5/31/17 DME RX .. EXHIBIT 3: DR CRAIG (RHEUM) 12/18/19 RF.. EXHIBIT 4: DR CRAIG 8/5/19 OV W LABS.. EXHIBIT 5: DR ARORA (NEURO) 5/23/17, 6/27/17, 6/8/17 EMG/NCV, 6/26/17 L/S MRI .. EXHIBIT 6: DR PATEL (GP) 7/31/17 OV .. EXHIBIT 7: DR HAUBACH(GP) 1/5/16, 8/17/16, 8/30/16, 12/14/16, 12/28/16 8/16/17 OVNS AND LABS, DR WOLFE 11/14/16 ALLERGY TESTING .. EXHIBIT 8: DOMINICAN HOSPITAL 6/12/17 ED VISIT

**04/15/2020 8:15 AM - CLAIM Note 115**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : STATUS
Text: [04/15/2020 - STANTON, TIMOTHY]AT THIS TIME, AWAIT MAIL FOR CONTENTS OF CD SENT IN SUPPORT OF APPEAL FOR AT THIS TIME MISSING MEDICAL TO ASSESS.

**04/15/2020 8:12 AM - CLAIM Note 114**
Claim/Event/Leave: 3840737
NoteSubject : Appeal
Other Subject :
Text: [04/15/2020 - STANTON, TIMOTHY]RCVD LETTER OF APPEAL FROM HUDSON T ELLIS OF ERIC BUCHANAN & ASSOCIATES. NOTE THE FAX WAS RCVD TOTALLING 11 PPS AND NOTES A CD WAS MAILED WITH THE EXHIBITS / SUPPORT.

**04/15/2020 8:11 AM - CLAIM Note 113**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [04/15/2020 - STANTON, TIMOTHY]RCVD ATTY REQ FOR EMAIL COMMUNICATION AND DD APP SHOULD BENES BE REINS. EMAILED DD APP TO ATTY.

**11/07/2019 3:03 PM - CLAIM Note 112**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [11/07/2019 - STANTON, TIMOTHY]RCVD LETTER OF REP FROM ATTORNEY WHICH INCL REQUEST FOR COPY OF COMPLETE CLAIM FILE[04/15/2020 - STANTON, TIMOTHY].. NOTE FILE WAS SENT 11/14/19. COPY OF SHIPPING LABEL IN DOC LIST.

**11/07/2019 3:01 PM - CLAIM Note 111**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : REASSIGN
Text: [11/07/2019 - STANTON, TIMOTHY]REASSIGNED THIS CLAIM TO MYSELF

Text: [11/07/2019 - STANTON, TIMOTHY]REASSIGNED THIS CLAIM TO MYSELF

**10/18/2019 10:40 AM - PHONE Note 30**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LVMM REG CLOSURE
Text: [10/18/2019 - LAROCCA, KRISTIE]LVMM REG CLOSURE AND RIGHT TO APPEAL

**10/17/2019 10:01 AM - CLAIM Note 110**
Claim/Event/Leave: 3840737
NoteSubject : LTR to EE
Other Subject : SENT OVERNIGHT
Text: [10/17/2019 - HOWARD, HOLLY]TRACKING 776742432738

**10/16/2019 1:24 PM - CLAIM Note 109**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [10/16/2019 - CRAM, BRIAN]AGREE WITH DENIAL OF BENEFITS BEYOND THE AO CID.

**10/16/2019 10:34 AM - CLAIM Note 108**
Claim/Event/Leave: 3840737
NoteSubject : Closed
Other Subject : RECOMMENDATION
Text: [10/16/2019 - LAROCCA, KRISTIE]52 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) AWARDED SSDI. DOD 4/21/17. LTD BB 10/18/17. CID 10/18/19. AT DOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. FILE REVIEWS FOR CID WITH IM/PULMO AND RHEUMATOLOGY/IM. R&LS PULMO - LIGHT WORK CAP. R&LS FROM RHEUMATOLOGY - SED WORK CAP. TSA SUPPORTED ALTOCCS. ALTHOUGH TSA INCLUDED BOTH SED AND LIGHT ALT OCCS DCM ONLY INCLUDED SED OCCS IN CLOSURE LETTER AS IT IS THE LEAST PHYSICALLY DEMANDING WORK CAP SUPPORTED BY THE MEDICAL REVIEWS. BASED ON MEDICAL REVIEWS AND TSA DCM RECOMMENDS CLOSURE OF CID FOR NOT TD ANY

**10/15/2019 7:58 PM - CLAIM Note 107**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject : TSA REPORT
Text: [10/15/2019 - SCUNGIO, VANESSA]TSA REPORT SUMMARY: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN EMPLOYEE S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS EMPLOYEE COULD PERFORM; OUTPATIENT SERVICES DIRECTOR, HEALTH SERVICES MANAGER, VOLUNTEER SERVICES, AUTOMOBILE CLUB SAFETY PROGRAM, AND MEDICAL CLERK. I HAVE NOT MET WITH THE EMPLOYEE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED.

**10/11/2019 2:29 AM - CLAIM Note 106**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 10/10/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SCUNGIO, VANESSA. CLAIM/AS EVENT IS PENDING REVIEW.

**10/11/2019 2:27 AM - CLAIM Note 105**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 10/10/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**10/03/2019 9:49 AM - CLAIM Note 104**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/03/2019 - MASON, TAMMY]INVOICE RECEIVED ON 9/28/19 FROM HUB . INVOICE # 316341 IN THE AMOUNT OF $ 42.80 FOR MEDICAL CANVASS. INVOICE PAID IN FULL.

**10/02/2019 1:43 PM - PHONE Note 29**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject :
Text: [10/02/2019 - LAROCCA, KRISTIE]EE LEFT VMM PROVIDING NEW PHONE NUMBER. DCM ENTERED INTO SYSTEM. EE ASKED IF THERE WAS ANYTHING DCM NEEDED FROM EE. DCM ADVISED EE'S FILE IS UNDERGOING MEDICAL ASSESSMENT FOR CID. WE WILL NOTIFY HER OF DETERMINATIONONCE RCVD. EE VOICED UNDERSTANDING.

**10/01/2019 7:46 AM - CLAIM Note 103**

Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [10/01/2019 - LAROCCA, KRISTIE]52 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) PENDING SSDI (HEARING LEVEL WITH ALLSUP) DOD 4/21/17. LTD BB 10/18/17. ATDOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE WAS BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. HOWEVER CLAIMANT MOVED 12/2017. CLMT HAD FOV WITH RA 6/12 AND F/U WILL BE 8/23. ACTIONPLAN: FILE REVIEWS WITH IM/PULMO AND RHEUMATOLOGY/IM. AP RESPONSE RCVD FROM DR. CRUMP. FILE REFERRED BACK TO CP'S FOR ADDENDUMS. CONSIDER ROR WHILE WE COMPLETE OUR INVESTIGATION OF CID IF ADDENDUMS NOT RCVD BEFORE 10/18

**10/01/2019 7:31 AM - CLAIM Note 102**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : FOOD CITY PHARM
Text: [10/01/2019 - LAROCCA, KRISTIE]RCVD

**09/17/2019 6:14 PM - OVERPMT Note 5**
Claim/Event/Leave: 3840737
NoteSubject : OP/SS
Other Subject : OP PAID IN FULL
Text: [09/17/2019 - MCGARY, KIRSTIE]RECEIVED PAYMENT IN FULL OF $36,405.93 ON 9/12/19. FULL RECOVERY COMPLETE. OP FILE CLOSED.

**09/11/2019 2:36 PM - CLAIM Note 101**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/11/2019 - MASON, TAMMY]INVOICE RECEIVED ON 8/20/19 FROM HUB . INVOICE # 311874 IN THE AMOUNT OF $ 1536.00 FOR INVESTIGATION. INVOICE PAID IN FULL.

**09/10/2019 6:27 PM - CLAIM Note 100**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : CRUMP
Text: [09/10/2019 - LAROCCA, KRISTIE]LTR REQUESTING RESPONSE BY 9/18

**09/10/2019 6:21 PM - CLAIM Note 99**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : SLEEP/IM CP REVIEW
Text: [09/10/2019 - LAROCCA, KRISTIE]RCVD- NO IMPAIRMENT FROM OSA, AP CONTACT ATTEMPTED

**08/26/2019 2:16 PM - CLAIM Note 98**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : SLEEP SPEC
Text: [08/26/2019 - LAROCCA, KRISTIE]FILE REFERRED TO SLEEP SPECIALIST FOR REVIEW. EXPECTED DATE OF COMPLETION 9/6

**08/22/2019 2:57 PM - CLAIM Note 97**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : RHEUM CP REVIEW
Text: [08/22/2019 - LAROCCA, KRISTIE]RCVD - SED WORK CAP SUPPORTED, DR. CRAIG DECLINED TO S/W CP[08/22/2019 - LAROCCA, KRISTIE]CP SUGGESTED MEDICAL REVIEW FOR OSA

**08/20/2019 8:01 AM - OVERPMT Note 4**
Claim/Event/Leave: 3840737
NoteSubject : OP/SS
Other Subject : **OP CREATION
Text: [08/20/2019 - MCGARY, KIRSTIE]********* FOR CRYSTAL GALLO ********* THE OVERPAYMENT DUE IS $36,405.93 FOR THE PERIOD OF 01/18/18 THRU 07/17/19. CLAIMANT WAS ORIGINALLY PAID $93,066.48. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $50,660.55. ATTORNEY FEES AND EXCESS FEES WERE CREDITED IN THE AMOUNT OF $6,000.00. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH ALLSUP. FOLLOW UPSET FOR REPAYMENT.

**08/07/2019 10:36 AM - CLAIM Note 96**
Claim/Event/Leave: 3840737
NoteSubject : Other

NoteSubject : Other
Other Subject : PMR CC
Text: [08/07/2019 - LAROCCA, KRISTIE]DISCUSSED FILE IN PMR CC. PMR CP RECOMMENDED FULL FILE REVIEW WITH RHEUMATOLOGY WITH AP CONTACT.

**08/06/2019 2:28 AM - CLAIM Note 95**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO CRYSTAL GALLO.

**08/06/2019 2:27 AM - CLAIM Note 94**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JAKE DONAHUE.

**08/06/2019 2:27 AM - CLAIM Note 93**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: AWARDED SSDI

**08/05/2019 6:48 PM - OVERPMT Note 3**
Claim/Event/Leave: 3840737
NoteSubject : OP/SS
Other Subject : REJECTED REFERRAL
Text: [08/05/2019 - MCGARY, KIRSTIE]********* FOR JAKE DONAHUE ******** REJECTED DUPLICATE SSDI REFERRAL.

**08/05/2019 9:21 AM - OVERPMT Note 2**
Claim/Event/Leave: 3840737
NoteSubject : OP/SS
Other Subject : SS NOA INFO
Text: [08/05/2019 - DONAHUE, JAKE]DATE OF ENTITLEMENT 2/18. BENEFIT AMOUNT IS 2,414.00 12/18 $2,481.00 (COLA). OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITED ARE $3,350.00 + $2,650.00 IN EXCESS FEES. RETRO PAID WAS $30,545.00 (2/18 - 4/19). NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. F/U SET TO RECALC

**08/03/2019 2:30 AM - CLAIM Note 92**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 8/2/2019 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**07/18/2019 10:32 AM - CLAIM Note 91**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : LTD FORMS AND MEDICA
Text: [07/18/2019 - LAROCCA, KRISTIE]RCVD FROM EE

**07/17/2019 4:31 PM - CLAIM Note 90**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/17/2019 - PILAR, SARAH]INVOICE RECEIVED ON 7/2/2019 FROM RELEASEPOINT. INVOICE #710023-13 IN THE AMOUNT OF $81.00. INVOICE PAID.

**07/15/2019 10:00 AM - PHONE Note 28**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : UPDATE
Text: [07/15/2019 - LAROCCA, KRISTIE]EE HAS NOV 8/1WITH DR. CRUMP PCP (EVERY 3 MONTHS). AND HAS NOV RA DR. CRAIG 8/5 (EVERY 4 MONTHS) EE STATES SHE'S DOING ABOUT THE SAME. SOME GOOD DAYS BUT MOSTLY BAD. EE TAKES 2-4 NAP EACH DAY. ENERGY IS 'WEIRD'. EVEN ON A GOOD DAY EE TRIES TO DO AS MUCH AS SHE CAN BUT THEN SHE CRASHES RIGHT AFTER. THERE IS NO CONSISTENCY.

**07/11/2019 11:41 AM - CLAIM Note 89**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDRO PAYMENT
Text: [07/11/2019 - NEAULT, TAMIE]INVOICE RECEIVED ON 6/27/2018, FROM HUB, DATED 6/25/2019, INV# 305245, IN THE AMOUNT OF $1472.00, FOR INVESTIGATION FEES. INVOICE PAID IN FULL

**07/05/2019 9:31 AM - CLAIM Note 88**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : CRUMP
Text: [07/05/2019 - LAROCCA, KRISTIE]DETAILED LETTER OUTLINING R&LS

**06/18/2019 12:39 PM - CLAIM Note 87**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : CRUMP
Text: [06/18/2019 - LAROCCA, KRISTIE]RCVD

**06/08/2019 2:30 AM - CLAIM Note 86**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 6/7/2019 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**06/07/2019 1:03 PM - CLAIM Note 85**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [06/07/2019 - LAROCCA, KRISTIE]51 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) PENDING SSDI (HEARING LEVEL WITH ALLSUP) DOD 4/21/17. LTD BB 10/18/17. ATDOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE WAS BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. HOWEVER CLAIMANT MOVED 12/2017. CLMT HAD FOV WITH RA 6/12 AND F/U WILL BE 8/23. ACTIONPLAN: 1. UPDATE MEDICAL AFTER F/U VISIT WITH RA. CONSIDER CONSULT TO ASSESS IF MED WORK CAP IS A POSSIBILITY. DEPENDING ON CONSULT CONSIDER NONMEDICAL REVIEW.

**06/07/2019 1:02 PM - CLAIM Note 84**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : PHARM CANVAS REQ
Text: [06/07/2019 - LAROCCA, KRISTIE]REQUESTED PHARM CANVAS

**06/07/2019 12:57 PM - CLAIM Note 83**
Claim/Event/Leave: 3840737
NoteSubject : LTR to EE
Other Subject : CID N&P
Text: [06/07/2019 - LAROCCA, KRISTIE]CID N&P FORMS DUE 6/28 AND MEDICAL DUE 7/28

**06/07/2019 12:53 PM - CLAIM Note 82**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : MED REQ - RP
Text: [06/07/2019 - LAROCCA, KRISTIE]REQUESTED MEDICAL FROM DR. CRAIG AND DR. CRUMP

**05/04/2019 2:02 PM - OVERPMT Note 1**
Claim/Event/Leave: 3840737
NoteSubject : OP/SS
Other Subject :
Text: [05/04/2019 - SAUCIER, DIANE]**************FOR JAKE DONAHUE***************REFERRAL RECEIVED DUE TO FAVORABLE DECISION - AWARD COULD TAKE UP TO 60 DAYS. SET 30 FOLLOW UP TO REVIEW FOR RECEIPT OF AWARD.

**05/01/2019 2:28 AM - CLAIM Note 81**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JAKE DONAHUE.

**05/01/2019 2:28 AM - CLAIM Note 80**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: AWARDED SSDI WITH ALLSUP

**04/10/2019 11:29 AM - PHONE Note 27**

Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : UPDATE
Text: [04/10/2019 - LAROCCA, KRISTIE]EE SEEING RA CRAIG EVERY 4 MONTHS. NOV TODAY 4/10. EE HAD SSDI HEARING ON 3/14. STILL WAITING TO HEAR THE RESULTS. THE ATTNY FEELS EE WILL BE APPROVED. EE'S HIPS AND LEGS ARE WORSE. HAVING A HORRIBLE TIME WITH HIPSAND QUADS. INTENSE PAIN. FEELS LIKE MUSCLE IS BEING PULLED OFF THE BONE. EE HAS TROUBLE GETTING UP FROM A CHAIR OR BETTER. EVERYTHING ELSE IS THE SAME. EE WILL DISCUSS HER HIPS AND QUADS WITH AP TODAY. EE DOESN'T DO MUCH. SHE MAY CHOOSE ONE THING TO DO EACH DAY. EE HAS F/U WITH PCP WITH 4/30. DCM REMINDED EE SSDI IS AN OFFSET.

**04/10/2019 11:21 AM - PHONE Note 26**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LVMM FOR UPDATE
Text: [04/10/2019 - LAROCCA, KRISTIE]LEFT VMM FOR UPDATE

**04/10/2019 10:38 AM - CLAIM Note 79**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [04/10/2019 - LAROCCA, KRISTIE]51 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) PENDING SSDI (HEARING LEVEL WITH ALLSUP) DOD 4/21/17. LTD BB 10/18/17. ATDOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE WAS BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. HOWEVER CLAIMANT MOVED 12/2017. CLMT HAD FOV WITH RA 6/12 AND F/U WILL BE 8/23. ACTIONPLAN: 1. UPDATE MEDICAL AFTER F/U VISIT WITH RA. CONSIDER CONSULT TO ASSESS IF MED WORK CAP IS A POSSIBILITY. DEPENDING ON CONSULT CONSIDER NONMEDICAL REVIEW.

**11/14/2018 11:07 AM - CLAIM Note 78**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VNDR PMT
Text: [11/14/2018 - THEOFRASTOU, ELIZABETH]INVOICE RECEIVED ON 11/8/18 FROM RELEASEPOINT. INV # 708906, IN THE AMOUNT OF $36 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**10/16/2018 2:29 AM - CLAIM Note 77**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/15/2018 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**10/15/2018 2:35 PM - CLAIM Note 76**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : IM CC
Text: [10/15/2018 - LAROCCA, KRISTIE]DISCUSSED FILE IN IM CC. RECOMMEND REVIEW AT ANYOCC. NOT LIKELY EE WILL REGAIN MED WORK CAP AND SED WORK CAP IS ALSO QUESTIONABLE. CONSIDER UPDATING MEDICAL AND PHARM. AS WELL AS SURVEILLANCE

**10/10/2018 9:24 AM - CLAIM Note 75**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [10/10/2018 - LAROCCA, KRISTIE]51 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) PENDING SSDI (HEARING LEVEL WITH ALLSUP) DOD 4/21/17. LTD BB 10/18/17. ATDOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE WAS BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. HOWEVER CLAIMANT MOVED 12/2017. CLMT HAD FOV WITH RA 6/12 AND F/U WILL BE 8/23. ACTIONPLAN: 1. UPDATE MEDICAL AFTER F/U VISIT WITH RA. CONSIDER CONSULT TO ASSESS IF MED WORK CAP IS A POSSIBILITY. DEPENDING ON CONSULT CONSIDER NONMEDICAL REVIEW.

**10/04/2018 11:11 AM - CLAIM Note 74**
Claim/Event/Leave: 3840737
NoteSubject : Surveillance
Other Subject :

Other Subject :
Text: [10/04/2018 - AUSTIN, JESSICA]RCVD SURVEILLANCE REPORT FROM HUB

**10/01/2018 7:18 AM - CLAIM Note 73**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : CRAIG
Text: [10/01/2018 - LAROCCA, KRISTIE]RCVD

**09/22/2018 2:28 AM - CLAIM Note 72**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 9/21/2018 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**09/21/2018 10:44 AM - PHONE Note 25**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : UPDATE
Text: [09/21/2018 - LAROCCA, KRISTIE]EE STATES SHE SAW DR. CRAIG ON 8/22 - HE INCREASED HER XANAFLEX. THAT'S ANTISPASMATIC /MUSCLE RELAXANT. EE EXPERIENCING GENERALIZED PAIN AND MUSCLE PAIN. EE TAKES THIS FOR FIBRO. EE STILL TAKING GABAPENTIN, TRAMADOL. EE STARTED HAVING NERVE PAIN ON BOTH SIDES OF LOWER BACK. DR. CRAIG SAID THIS IS JUST PART OF FIBRO. AP STATES THEY MAY HAVE TO ADDRESS ARTHRITIS IN SHOULDERS SEPARATELY BUT WILL HOLD OFF FOR NOW. AP OFFERED EE TO HAVE CORTISONE INJECTION IF NEEDED. EE DOESN'T NEED IT YET. EE HAS SEVERE FATIGUE. EE STATES SHE'S NO BETTER AND NOT REALLY MUCH WORSE. NOV CRUMP ON 10/15 AND NOV CRAIG 11/27, EE WILL SEE BOTH APPROX. EVERY 3 MONTHS. TRYING TO GET EE STABLE. SO EE WILL HAVE SOME 'GOOD DAYS'.EE HURTS EACH DAY RIGHT NOW. EE STARTED DOING SOME WATER EXERCISE CLASSES AND CHRONIC PAID YOGA. EE LIKES THESE. FEELS A BIT AFTER THOSE. WIFE CAN TELL SHE DOES BETTER AFTER HER CLASS, THE NEXT DAY.

**09/21/2018 10:29 AM - PHONE Note 24**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LEFT VMM FOR UPDATE
Text: [09/21/2018 - LAROCCA, KRISTIE]LEFT VMM FOR UPDATE

**09/21/2018 9:59 AM - CLAIM Note 71**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : CRUMP
Text: [09/21/2018 - LAROCCA, KRISTIE]RCVD

**09/17/2018 2:59 PM - CLAIM Note 70**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : RELEASE POINT
Text: [09/17/2018 - LAROCCA, KRISTIE]DCM REQUESTED UPDATED MEDICAL THROUGH RELEASE POINT

**09/17/2018 1:19 PM - PHONE Note 23**
Claim/Event/Leave: 3840737
NoteSubject : Called AP
Other Subject : PATEL
Text: [09/17/2018 - LAROCCA, KRISTIE]LOV 7/31/17 FOR CONSULTATION NEVER SEEN AGAIN

**09/17/2018 1:17 PM - PHONE Note 22**
Claim/Event/Leave: 3840737
NoteSubject : Called AP
Other Subject : ARORA
Text: [09/17/2018 - LAROCCA, KRISTIE]LOV 6/27/2017

**06/13/2018 9:39 AM - CLAIM Note 69**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject :
Text: [06/13/2018 - LAROCCA, KRISTIE]51 YOF, PULMONARY CLINCIAL COORDINATOR (MED OA) 5'7", 208LBS, LTD ONLY. APPROVED WITH M&N UNDETERMINED (AS RECORDS FROM DR. WOLF MENTION M&N) PENDING SSDI (HEARING LEVEL WITH ALLSUP) DOD 4/21/17. LTD BB 10/18/17. ATDOD EE WAS 72HR/BIWEEKLY (36H/WK) EE STARTED WORKING PART TIME AS OF 4/21/17 AND CHANGED HER JOB STATUS TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE WAS BACK OOW FULL TIME IN 8/18/17. EE OOW DUE TO CHRONIC FATIGUE SYNDROME ANDWEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. HOWEVER CLAIMANT MOVED 12/2017. CLMT HAD FOV WITH RA 6/12 AND F/U WILL BE 8/23. ACTIONPLAN: 1. UPDATE MEDICAL AFTER F/U VISIT WITH RA. CONSIDER CONSULT TO ASSESS IF MED WORK CAP IS A POSSIBILITY. DEPENDING ON CONSULT CONSIDER NONMEDICAL

REVIEW.

**06/13/2018 9:21 AM - PHONE Note 21**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject :
Text: [06/13/2018 - LAROCCA, KRISTIE]EE STATES SHE SAW DR. WILLIAM CRAIG RA FOV 6/12/18 - 423-826-0800. NOV 8/22. NOV DR. CRUMP 7/13. HE DREW BLOOD AND DID PHYSICAL EXAM. CONFIRMED FIBRO AND CHRONIC FATIGUE. ADJUSTED SOME MEDS. TO HOPE TO GIVE EE 'AFEW GOOD DAYS HERE AND THERE'. EE STATES HER SYMPTOMS ARE UNCHANGED IF NOT WORSE. EE WAS SLEEPING 16-20 HR/DAY A COUPLE WKS AGO. ANY LITTLE ACTIVITY INCREASES HER PAIN GREATLY. EE TRIED TO DO SOME LIGHT YOGA. THE DAY SHE DOES IT SHE'S DOWN AND IN PAIN BUT THE NEXT DAY SHE FEELS BETTER AND WIFE NOTICED HER MOOD IS BETTER THE NEXT DAY. EE WILL TRY TO DO THAT 2-3 X PER WK. EE HAS UPPER RESP INFECTION RIGHT NOW. STEROID SHOT YESTERDAY FOR THAT.

**06/13/2018 9:11 AM - PHONE Note 20**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LVMM FOR UPDATE
Text: [06/13/2018 - LAROCCA, KRISTIE]DCM LEFT VMM ASKING FOR RTC WITH UPDATE ON, FOV DATE AND CONTACT INFO FOR RHEUMATOLOGIST AND GENERAL UPDATE OF CONDITION AND TREATMENT.[06/13/2018 - LAROCCA, KRISTIE] CORRECTION WE HAVE CONTACT INFO FOR RA MD

**03/12/2018 9:29 AM - CLAIM Note 68**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/12/2018 - CRAM, BRIAN]AGREE WITH SIU REFERRAL.

**03/12/2018 8:59 AM - CLAIM Note 67**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : RECOMMENDATION
Text: [03/12/2018 - LAROCCA, KRISTIE]CLMT OOW FOR FATIGUE AND WEAKNESS. COMORBIDS ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. ON SEVERAL MEDS. IM CP REVIEW SUPPORTED SED WORK CAP. OCC IS MED. CLMT HAS FOV WITH RA PROVIDER JULY. GIVEN SPECIALIST VISIT ISNOT UNTIL JULY DCM RECOMMENDS SURVEILLANCE TO GAIN A BETTER UNDERSTANDING OF EE'S CURRENT ACTIVITY LEVEL.

**02/16/2018 3:35 PM - CLAIM Note 66**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : MULLINS PA-C
Text: [02/16/2018 - LAROCCA, KRISTIE]R&L FORM

**02/13/2018 2:30 AM - CLAIM Note 65**
Claim/Event/Leave: 3840737
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 2/12/2018 - REFERRED TO ALLSUP INC. AS SS ADVOCATE.

**02/12/2018 3:16 PM - PHONE Note 19**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject :
Text: [02/12/2018 - LAROCCA, KRISTIE]EE LEFT VMM THAT SHE FAXED SSDI DENIAL. ASKED FOR RTC TO DISCUSS NEXT STEPS. DCM RTC AND S/W EE. OFFERED VENDOR. EE WOULD LIKE VENDOR.

**02/01/2018 10:29 AM - CLAIM Note 64**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : CRUMP
Text: [02/01/2018 - LAROCCA, KRISTIE]MED REQ

**02/01/2018 10:20 AM - PHONE Note 18**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/01/2018 - LAROCCA, KRISTIE]EE HAS FOV 7/19/18 (EE IS ON THE WAITING LIST) NATALIE BRAGGS RHEUMATOLOGY CHI MEMORIAL HOSP - 423-362-7990. NO OTHER NEW PROVIDERS. LOV CRUMP WAS 12/29, NOV LATE MARCH AND THEN AGAIN IN EARLY JULY. SYMPTOMS HAVEN'T CHANGED - OVERALL MUSCLE AND BONE PAIN, ABILITY TO WALK DISTANCES (MORE THAN 300FT) HAS DECREASED. EE IS NOW USING A WHEELCHAIR. THE CONFUSION COMES AND GOES. ALWAYS HAS A CANE IF SHE IS NOT IN A CANE. LOV WITH FORMER PROVIDERS WAS 9/15 AND THESERECORDS ARE ON FILE. DCM WILL REQUEST MEDICAL FROM DR. CRUMP AT THIS TIME AND WILL F/U WITH RA IN JULY

**12/11/2017 9:03 AM - CLAIM Note 63**

Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : ER EMAIL
Text: [12/11/2017 - LAROCCA, KRISTIE]ER CONFIRMED OOW FULL TIME

**12/06/2017 9:45 AM - CLAIM Note 62**
Claim/Event/Leave: 3840737
NoteSubject : Partial RTW
Other Subject : SET UP FULL BENS
Text: [12/06/2017 - KEEFER, JESSICA]DCM CONFIRMED EE NO LONGER WORKING PT. SET UP FULL BENS THRU 10/17/19. FED TAX WITHHOLDING HAS ALREADY BEEN SET UP IN THE AMOUNT OF $325.00. PARTIAL REFERRAL CLOSED

**12/05/2017 2:54 PM - CLAIM Note 61**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject :
Text: [12/05/2017 - LAROCCA, KRISTIE]IM CP REVIEW SUPPORTED R&LS THROUGH APPROX. END OF DECEMBER HOWEVER EE HAS MOVED BACK TO HER HOMETOWN IN TN FOR AFFORDABLE LIVING. LAST VISITS IN CA ARE APPROX. SEPT AND EE FOV ARE IN DECEMBER WITH NEW PCP. EE TO OBTAIN NEW NEUROLOGIST AND RA. THEREFORE DCM WILL F/U IN ANOTHER MONTH OR TWO FOR MEDICAL RECORDS AND F/U OF CLINICAL REVIEW(S)

**12/05/2017 2:49 PM - CLAIM Note 60**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : FULL LTD BENEFIT
Text: [12/05/2017 - LAROCCA, KRISTIE]BASED ON EE DISCUSSION AND AP TREATMENT NOTE DATED 8/18 EE WAS BACK OOW FULL TIME DUE TO EXACERBATION OF SYMPTOMS. THEREFORE DCM NOTIFYING PS TO ISSUE FULL BENEFIT AS EE WAS BACK OOW FULL TIME EFFECTIVE 8/18 AND LTD BB10/18

**12/05/2017 2:46 PM - PHONE Note 17**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject :
Text: [12/05/2017 - LAROCCA, KRISTIE]EE LEFT VMM DCM RTC AND S/W EE, EE SAW PROVIDER 8/18 AND WAS TAKEN OFF WORK FULL TIME AS OF 8/18. EE HAD TO CHANGE INSURANCE AND HASN'T SEEN NEURO OR RA. EE WILL SEE DR. CRUMP FOV 12/28. EE NO LONGER SEEING DR. SEDWICK DUE TO INS. EE STATES SHE IS LIKELY FINISHED WITH NEURO BOTH ARORA AND PATEL. EE HAD NERVE CONDUCTION TEST BY ARORA SHOWING DELAYS. EE WENT TO PATEL FOR SECOND OPINION AND HER NOTES SAID ITS LIKELY NOT NEUROLOGICAL AND SHE IS GROSSLY INTACT THEREFORE THEY ARE MOVING HER TO A RHEUMATOLOGIST. EE WOULD LIKE TO SEE DR. BRANDS BUT HASN'T MADE THAT OV YET. EE HAS APPLIED FOR SSDI APPROX. 3-4 WKS AGO. EE WILL BE CHANGING PROVIDERS AS SHE MOVED FROM CA TO TN (HER HOME TOWN) DCM ASKED EE TO ADVISE NEW PROVIDERS AS SHE GETS THEM. DCM WILL F/U WITH PS TO ISSUE PAYMENT[12/05/2017 - LAROCCA, KRISTIE]DCM ADVISED SSDI FOR SELF AND DEPENDENTS ARE OFFSETS. EE WILL FAX/MAIL PROOF ONCE RCVS LETTER FROM SSDI

**11/28/2017 2:24 PM - PHONE Note 16**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LEFT VMM
Text: [11/28/2017 - LAROCCA, KRISTIE]EE LEFT VMM 11/22 DCM WAS OUT OF THE OFFICE, DCM RTC AND LEFT VMM ASKING TO CONFIRM WORK STATUS AS PER OUR LAST DISCUSSIONS EE WAS WORKING PART TIME. 8/3 ICP EE STATED SHE WAS WORKING PART TIME WITH CHANGE IN STATUS TOPART TIME AS OF 9/1. CLAIM NOTES TO PRESENT DO NOT INDICATE EE ADVISED SHE WAS BACK OOW FULL TIME

**11/27/2017 2:27 PM - CLAIM Note 59**
Claim/Event/Leave: 3840737
NoteSubject : Partial RTW
Other Subject : PARTIAL CALL
Text: [11/27/2017 - KEEFER, JESSICA]CALLED EE TO ADVISE I AM IN NEED OF HER PAYSTUBS TO CALCULATE HER PARTIAL DISABILITY AND SHE ADVISED THAT SHE IS OUT OF WORK FULL TIME AND HAS BEEN SINCE AUGUST. EXPLAINED THAT I AM SORRY FOR THE MISUNDERSTANDING AND I WOULD REACH OUT TO HER CASE MANAGER TO CONFIRM THAT. WE DISCUSSED THAT SHE RECEIVES 60% OF HER PREDIS SALARY LESS HER FEDERAL WITHHOLDING AND WE WOULD GET BENEFITS SET UP OPON CONFIRMATION FROM ER. THANKED EE AND CALL ENDED.

**11/22/2017 10:55 AM - PHONE Note 15**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : CSU
Text: [11/22/2017 - STEPCHIN, LORRAINE]EE CALLED QUESTIONING DD PYMT INFO, TOLD HER CALCS STILL BEING DONE, EMAIL TO DCM TO CALL ABOUT CALCS, NFQS THANKED AND ENDED CALL.[11/22/2017 - STEPCHIN, LORRAINE]SENT EM TO DCM

**11/14/2017 3:05 PM - CLAIM Note 58**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :

Other Subject :
Text: [11/14/2017 - ANDERSON, LAURA]FIT IN THE AMOUNT OF $325 PER W4S

**11/14/2017 2:55 PM - CLAIM Note 57**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [11/14/2017 - ANDERSON, LAURA]COMPLETED INITIAL PAYMENT CALCULATION BASED ON SCREEN SHOT IN DOC LIST- $52.84 X40X52=$109,907.20/12=$9,158.93 BME THE BENEFIT IS 60% OR $5,495.36. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST. DID NOT SET UP SCHEDULED PAYMENT DUE TO <REASON>[11/14/2017 - ANDERSON, LAURA]**-- DID NOT SCHED DUE TO EE WORKING PT--** CA JURISDICTION NO SSET OFFSET

**11/13/2017 12:37 PM - CLAIM Note 56**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [11/13/2017 - ANDERSON, LAURA]EMAILED ER FOR SALARY INFO

**10/25/2017 2:58 PM - PHONE Note 14**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : REG APPROVAL
Text: [10/25/2017 - LAROCCA, KRISTIE]EE LEFT VMM THANKING DCM FOR APPROVAL. ASKED FOR AMOUNT OF LTD PAYMENT AND PAY CYCLE. DCM RTC AND S/W EE ADVISING PAY CYCLE AND APPROX. LTD BEN. ADVISED PS FINALIZING CALC

**10/25/2017 9:16 AM - CLAIM Note 55**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : ADD DD
Text: [10/25/2017 - MCLENDON, CARLA]ACCT ROUTING

**10/09/2017 8:12 AM - CLAIM Note 54**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : CP UPDATE
Text: [10/09/2017 - LAROCCA, KRISTIE]CP NOTED S/W AP AND INDICATED EE TO SEE RA AND NEURO

**09/29/2017 2:30 AM - CLAIM Note 53**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF PARTIAL DISABILITY HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEFER.

**09/29/2017 2:30 AM - CLAIM Note 52**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR PARTIAL DISABILITY. COMMENTS: CLMT BEGAN PART TIME RTW ON 4/21/17

**09/28/2017 8:08 AM - CLAIM Note 51**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [09/28/2017 - BREWSTER, TRISHA]GIVEN THE CLINICAL REVIEW FINDINGS, THE OCC DEMANDS AND THE RTW PART TIME, AGREE WITH RECOMMENDATION TO APPROVE CLAIM AT THIS TIME ALONG WITH OUTLINED ACTION PLAN

**09/27/2017 3:27 PM - CLAIM Note 50**
Claim/Event/Leave: 3840737
NoteSubject : Approved
Other Subject : REFER TO MANAGER
Text: [09/27/2017 - LAROCCA, KRISTIE]50 YOF, PULMONARY CLINCIAL COORDINATOR, 5'7", 208LBS, LTD ONLY. DOD 4/21/17. LTD BB 10/18/17. AT DOD EE WAS 72HR/BIWEEKLY (36H/WK) EE HAS BEEN WORKING PART TIME SINCE 4/21/17 AND JOB STATUS WILL CHANGE TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE OOW DUE TO CHRONIC FATIGUE SYNDROME AND WEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA, OSA, LUMBAR RADIC, ARTHRALGIA. TX NOTES FROM KISHYINIA DIFFICULT TOREAD. THEY LIST SEVERAL MEDS - VENTOLIN, PREDNISONE, ADVAIR, SPIRVA, PROZAC, SINGULAIR, ZURTECIANG, FICONASE, GABAPENTIN, XANIFLUX, ATIVAN. TX NOTE FROM DR. WOLF (ALLERGY DISCUSSES M&N). IM CP REVIEW SUPPORTS R&LS OF SED, 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING. WALKING 30 MIN PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. R&LS 3 MONTHS (END OF DECEMBER) WITH RE-EVAL AT THAT TIME. DCM RECOMMENDS LTDAPPROVAL WITH M&N UNDETERMINED BASED ON IM CP REVIEW. ACTION PLAN: 1. F/U FOR MEDICAL APPROX. END OF DECEMBER PER IM CP.

**09/27/2017 3:21 PM - CLAIM Note 49**

Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : IM CP REVIEW
Text: [09/27/2017 - LAROCCA, KRISTIE]RCVD - RESTRICTION TO SEDENTARY ACTIVITIES WITH WEIGHT RESTRICTION OF 20 POUNDS FOR OCCASIONAL LIFTING, CARRYING, PUSHING AND PULLING IS RECOMMENDED. OCCASIONAL IS DEFINED AS THREE TIMES PER HOUR. WALKING IS RESTRICTED TO 30 MINUTES PER HOUR. STANDING IS UNRESTRICTED. CROUCHING, SQUATTING, BENDING, CLIMBING OF LADDER AND STAIR ARE LIMITED. THESE RESTRICTIONS AND LIMITATIONS ARE RECOMMENDED FOR A PERIOD OF 3 MONTHS FROM THE TIME OF THIS REVIEW. IT IS ANTICIPATEDFULL TIME WORK CAPACITY OF 36 TO 40 HOURS PER WEEK WOULD BE SUSTAINABLE WITHIN THESE PARAMETERS. A RE-EVALUATION OF THE CLAIMANT S FUNCTIONAL STATUS AT THE END OF THE 3 MONTHS IS ALSO RECOMMENDED.

**09/27/2017 3:10 PM - CLAIM Note 48**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : SEDWICH
Text: [09/27/2017 - LAROCCA, KRISTIE]RCVD

**09/27/2017 10:20 AM - CLAIM Note 47**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : MORSE (SLEEP)
Text: [09/27/2017 - LAROCCA, KRISTIE]RCVD. NO WORK RESTRICTIONS

**09/21/2017 11:33 AM - CLAIM Note 46**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : SEDWHICK
Text: [09/21/2017 - LAROCCA, KRISTIE]TX NOTE 8/18/17 AND 9/15/17

**09/21/2017 2:28 AM - CLAIM Note 45**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO LAURA ANDERSON.

**09/20/2017 11:39 AM - PHONE Note 13**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject :
Text: [09/20/2017 - LAROCCA, KRISTIE]DCM CONFIRMED THE FORM WAS FROM DR. SEDWICK, THE FUNCT CAP WAS AS OF 9/15/17 COMPLETED BY PCP DR. SEDWICK, EE WILL SEND HER LAST TWO OV NOTES. EE HAS MOVED FROM CA TO TN AND IS IN A HOTEL. DCM CHANGED CONTACT INFO. EE WILL BE OBTAINING NEW PROVIDERS. EE DOESN'T HAVE NEW TX PROVIDERS YET. EE WILL SEE HER OLD PCP IN TN. EE STATES SHE HAS A TREMOR WHEN SHE STANDS. SHE'S HAD THAT FOR A WHILE. EE CONFIRMED WE HAVE ALL INFO EXCEPT TWO OV THAT SHE WILL FAX TODAY.DCM ADVISED FILE IN WITH CP AND WE WILL CONTACT EE ONCE WE HAVE LTD DETERMINATION

**09/20/2017 2:29 AM - CLAIM Note 44**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**09/20/2017 2:28 AM - CLAIM Note 43**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/18/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**09/18/2017 4:51 PM - PHONE Note 12**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LVMM
Text: [09/18/2017 - LAROCCA, KRISTIE]DCM LEFT VMM TO CONFIRM WHICH PROVIDER COMPLETED THE FORM SHE SUBMITTED. DCM NOTED FORM STATES SHE IS GOING THRU CONTINUED WORKUP TO DETERMINE ETIOLOGY. DCM ASKED WHAT EXAMS/TESTING IS STILL PENDING WITH ALL CURRENT AND NEW PROVIDERS. DCM ALSO QUESTIONED FORM INDICATING FUNCTIONAL CAPACITY ON 9/15 - DID SHE HAVE AN FCE ON 9/15? DCM ADVISED WE WANT TO SEND FILE FOR REVIEW WITH CP HOWEVER NEED TO UNDERSTAND CURRENT TREATMENT AND CONFIRM WE HAVE ALL MEDICAL

**09/18/2017 4:49 PM - CLAIM Note 42**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : UNCLEAR PROVIDER
Text: [09/18/2017 - LAROCCA, KRISTIE]EE SUBMITTED FORM COMPLETED BY PHYSICIAN. SIGNATURE IS ILLEGIBLE

Text: [09/18/2017 - LAROCCA, KRISTIE]EE SUBMITTED FORM COMPLETED BY PHYSICIAN. SIGNATURE IS ILLEGIBLE.

**09/14/2017 3:27 PM - PHONE Note 11**
Claim/Event/Leave: 3840737
NoteSubject : AP Called
Other Subject : CSU
Text: [09/14/2017 - NAI, TIMOTHY]DR. MORSE'S OFFICE CALLED TO F/U ON INVOICE - CSU ADVISED INVOICE RECD AND WAS PAID ON 9/11 - THANKED AND CALL ENDED

**09/13/2017 12:51 PM - PHONE Note 10**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject :
Text: [09/13/2017 - RICE, RACHEL]REC'D VM FROM EE ON BEHALF OF ADCM - SHE STATED SHE HAS THE SLEEP TEST FROM DR. MORSE IF ADCM NEEDS IT FAXED - SHE HAD APPT WITH DR. SEDGWICK 3 WKS AGO AND HAS NOV 9/15/2017 - SHE IS GOING TO HAVE HER COMPLETE A FUNCTION FORM AND PROVIDE UPDATED NOTES TO ADCM - HER EMAIL ADDRESS IS --- RTRND P/C TO EE - LEFT VM LETTING HER KNOW WE REC'D THE RECORDS FROM DR. MORSE AND ALSO REC'D FROM DR. SEDGWICK THROUGH 7/20/2017 SO WE NEED MED RECS FROM DR. SEDGWICK AFTER 7/20/2017 - DCM WILL UPDATE HER EMAIL IN OUR SYSTEM - CALL IF QUESTIONS - MSG CONCLUDED

**09/11/2017 1:53 PM - CLAIM Note 41**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : DR. SEDGWICK
Text: [09/11/2017 - RICE, RACHEL]REC'D TRMT NOTES

**09/11/2017 12:52 PM - CLAIM Note 40**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/11/2017 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 9/5/17, FROM AARON B MORSE MD, NO INVOICE #, IN THE AMT OF $50.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL

**09/08/2017 10:56 AM - CLAIM Note 39**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject :
Text: [09/08/2017 - LAROCCA, KRISTIE]50 YOF, PULMONARY CLINCIAL COORDINATOR, 5'7", 208LBS, LTD ONLY. DOD 4/21/17. LTD BB 10/18/17. AT DOD EE WAS 72HR/BIWEEKLY (36H/WK) EE HAS BEEN WORKING PART TIME SINCE 4/21/17 (4-5HR/DAY) AND JOB STATUS WILL CHANGE TO'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE OOW DUE TO CHRONIC FATIGUE SYNDROME AND WEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA. TX NOTES FROM KISHYINIA DIFFICULT TO READ. THEY LIST SEVERAL MEDS- VENTOLIN, PREDNISONE, ADVAIR, SPIRVA, PROZAC, SINGULAIR, ZURTECIANG, FICONASE, GABAPENTIN, XANIFLUX, ATIVAN. TX NOTE FROM DR. WOLF (ALLERGY DISCUSSES M&N) IF APPROVED CONSIDER M&N UNDETERMINED. CLMT TAKES A NAP 3X/WK, EE TEACHES PATIENTS AND USES A CHAIR NOW, EE USES A CANE, AND RECENTLY GOT A WHEELCHAIR FOR WHEN SHE NEEDS TO WALK LONG DISTANCES. IM CC 8/14 RECOMMENDED OBTAINING ALL RECORDS WITH FULL FILE AND AP CONTACT. ACTION PLAN: 1. DCM LEFT VMM FOR EE TO CONFIRM WE HAVE ALLRECORDS TO SUPPORT HER CLAIM. ONCE THIS IS CONFIRMED DCM WILL SEND FOR FULL FILE REVIEW WITH AP CONTACT. DCM WILL CONSIDER STARTING WITH IM CP.

**09/08/2017 10:55 AM - PHONE Note 9**
Claim/Event/Leave: 3840737
NoteSubject : Called EE
Other Subject : LVMM
Text: [09/08/2017 - LAROCCA, KRISTIE]DCM LEFT VMM ADVISING WHAT WE HAVE FOR MEDICAL. DCM ASKED TO CONFIRM THIS IS ALL MEDICAL.

**09/08/2017 9:14 AM - CLAIM Note 38**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : PATEL (NEURO)
Text: [09/08/2017 - LAROCCA, KRISTIE]TX NOTE 7/31/17 INDICATES CHRONIC FATIGUE AND MUSCLE WEAKNESS

**09/08/2017 9:12 AM - CLAIM Note 37**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : MORSE (SLEEP)
Text: [09/08/2017 - LAROCCA, KRISTIE]TX NOTE 5/31 AND SPLIT SLEEP STUDY 5/30 INDICATE SEVERE OSA AND RESTLESS LEG. CPAP RX AT 10CM

**09/05/2017 4:14 PM - PHONE Note 8**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : CSU
Text: [09/05/2017 - STACY, MARCIA]EE CALLED. SHE HAS MEDICAL RECORDS FROM DR. MORSE (SLEEP HEALTH) AND DR.

PATEL (NEUROLOGIST), SHE WILL FAX THOSE RECORDS SHORTLY. SHE STATED DCM WOULD NOT NEED TO PAY THE INVOICE FOR THE RECORDS, WHICH IS IN DOC LIST. IWILL GIVE MSG TO DCM.[09/05/2017 - STACY, MARCIA]EMAILED NOTE TO DCM.

**08/28/2017 12:48 PM - CLAIM Note 36**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : MED REQ
Text: [08/28/2017 - LAROCCA, KRISTIE]TO SEDGWICK PATEL AND MORSE WITH AUTHS

**08/28/2017 10:29 AM - CLAIM Note 35**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : PROVIDERS
Text: [08/28/2017 - LAROCCA, KRISTIE]DCM ADDED PROVIDERS SEDGWICK AND PATEL PER CIF[08/28/2017 - LAROCCA, KRISTIE]AND MORSE

**08/28/2017 10:29 AM - CLAIM Note 34**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : CLMT FORMS
Text: [08/28/2017 - LAROCCA, KRISTIE]RCVD AUTHS, AQ, CIF, SUP, FAM, TEE

**08/25/2017 3:14 PM - CLAIM Note 33**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : ARORA (NEURO)
Text: [08/25/2017 - LAROCCA, KRISTIE]SENSORY NEUROPATHY, DISC BULGE L4-5, EMG, - TX NOTE INDICATES GENERALIZED WEAKNESS NOT DUE TO SENSORY NEUROPATHY BUT SENDING EE TO STANFORD FOR 2ND OPINION.

**08/21/2017 3:05 PM - CLAIM Note 32**
Claim/Event/Leave: 3840737
NoteSubject : LTR to EE
Other Subject : 2ND N&P
Text: [08/21/2017 - LAROCCA, KRISTIE]2ND N&P TO EE

**08/21/2017 2:56 PM - CLAIM Note 31**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : ARORA
Text: [08/21/2017 - LAROCCA, KRISTIE]MED REQ

**08/21/2017 2:56 PM - PHONE Note 7**
Claim/Event/Leave: 3840737
NoteSubject : Called AP
Other Subject : ARORA (NEURO)
Text: [08/21/2017 - LAROCCA, KRISTIE]LOV 6/27

**08/21/2017 11:39 AM - CLAIM Note 30**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : CLMT FORMS
Text: [08/21/2017 - LAROCCA, KRISTIE]AQ, CIF, SUP, FAM, TEE, AUTHS

**08/21/2017 11:37 AM - CLAIM Note 29**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : DOMINICAN HOSP
Text: [08/21/2017 - LAROCCA, KRISTIE]RCVD

**08/17/2017 8:01 AM - CLAIM Note 28**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : VND PMT
Text: [08/17/2017 - KANE, AMANDA]RECD INV FROM HUB ENTERPRISES ON 8/16/17, INV # 235036 DATED 8/15/17, IN THE AMT OF $1120.00 FOR SUREILLANCE HOURS 8/11/17-8/12/17. INV PD

**08/16/2017 3:14 PM - CLAIM Note 27**
Claim/Event/Leave: 3840737
NoteSubject : Surveillance
Other Subject : 8/11-8/12
Text: [08/16/2017 - LAROCCA, KRISTIE]SUMMARY OF INVESTIGATION: SURVEILLANCE WAS CONDUCTED ON FRIDAY, AUGUST 11, 2017 FROM 6:02 A.M. TO 2:02 P.M. AND ON SATURDAY, AUGUST 12, 2017 FROM 7:00 A.M. TO 3:06 P.M. ON FRIDAY, AUGUST 11, 2017, THE CLAIMANT WAS OBSERVED AND VIDEO WAS OBTAINED AS SHE WALKED UTILIZING A CANE,

CARRIED A BLANKET, AND OPENED THE FRONT DOOR OF THE RESIDENCE. ON SATURDAY, AUGUST 12, 2017, THE CLAIMANT WAS NOT OBSERVED; HOWEVER; HER REGISTERED FORD VEHICLE WAS PRESENT.

**08/15/2017 2:30 AM - CLAIM Note 26**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/14/2017 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**08/14/2017 3:46 PM - CLAIM Note 25**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : R&LS
Text: [08/14/2017 - LAROCCA, KRISTIE]DCM REQUESTED R&LS

**08/14/2017 3:41 PM - CLAIM Note 24**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : IM CONSULT
Text: [08/14/2017 - LAROCCA, KRISTIE]FILE DISCUSSED IN CONSULT. PFT'S ON FILE ARE NORMAL. RECOMMEND FULL FILE REVIEW WITH AP CONTACT. DOESN'T APPEAR ANYONE IS ADVISING R&LS. DCM WILL REQUEST R&L FORM.

**08/09/2017 11:27 AM - CLAIM Note 23**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : LING
Text: [08/09/2017 - LAROCCA, KRISTIE]RCVD RECORDS FROM 10/18/16-3/20/17. RECORDS INDICATE ASTHMA, THRUSH, DEPRESSION, CIM

**08/04/2017 3:02 PM - CLAIM Note 22**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : DOMINICAN HOSP
Text: [08/04/2017 - LAROCCA, KRISTIE]MED REQ

**08/03/2017 3:54 PM - PHONE Note 6**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject : UPDATE
Text: [08/03/2017 - LAROCCA, KRISTIE]20HR PER WK. EE STATES SO FAR 4-5 HR/DAY ISNT TOO BAD. EE STILL HAS TO TAKE A NAP 3X A WK. ER HAS MADE ACCOMMODATIONS. EE TEACHES PATIENTS AND SHE HAS A CHAIR NOW. IF SHE STANDS FOR MORE THAN 5 MIN HIPS AND LEGS GET FATIGUED. EE HAS A CANE THAT HELPS HER BALANCE. EE JUST GOT A WHEELCHAIR IF SHE NEEDS TO GO LONG DISTANCES. EE HOPING TO BE ABLE TO STAY WITH PART TIME. EE REALLY LIKES HER JOB. DOESN T WANT TO BE ON FULL DISABILITY. EE DOESN T MIND TAKING ANAP. EE SEEING PROVIDERS APPROX MONTHLY. EE SAW NEURO 7/31, NOV PCP 8/23, LOV PCP 7/20. NEUROLOGY SAYS BASICALLY THAT THERE ARE NO NEUROLOGICAL DEFICITS. EE DOESN T KNOW IF THEY'RE GOING TO CONTINUE WORKING HER UP. EE IS TRYING TO GO TO STANFORDNEUROLOGY BUT HER INS WONT PAY FOR IT SINCE SHE HAS NEUROLOGY NEAR HER. THEY ARE PROBABLY LEANING TOWARD CHRONIC FATIGUE OR FIBRO. EE WAS TESTED NEGATIVE FOR LYME BUT EE IS GOING TO LOOK INTO IT FURTHER. EE WAS VERY ILL DEC 29/2015- JANUARY 2016.WAS IN HOSP FOR 10 DAYS WITH BAD ASTHMA, THEN BACK IN WITH BLOOD CLOT IN LUNGS AND HASN T BEEN WELL SINCE. DOMINICAN HOSP. EE ASKED IF THIS INFO WOULD BE HELPFUL AS SHE FEELS HER CURRENT CONDITION STEMS FROM THIS. DCM ADVISED SHE IS NOT MEDICALLY CERTIFIED HOWEVER HER BELIEF IS TOO MEDICAL DOCUMENTATION IS BETTER THAN NOT ENOUGH. EE WILL FAX DOMINICAN AUTH TO HOSP AND DCM WILL REQUEST RECORDS. EE WILL ALSO PROVIDE AUTH TO DCM.

**08/02/2017 2:29 AM - CLAIM Note 21**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 8/1/2017 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**07/31/2017 5:47 PM - CLAIM Note 20**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : OA
Text: [07/31/2017 - LAROCCA, KRISTIE]MED WITH COG DEMANDS

**07/28/2017 8:22 AM - CLAIM Note 19**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject :
Text: [07/28/2017 - SULLIVAN, NANCY]REVIEWED FILE. REPORT COMPLETED, DROPPED INTO SYS 1 W TCMS NOTIFIED. I CLOSED MY FILE GIVEN TASK COMPLETION.[07/28/2017 - SULLIVAN, NANCY]I DROPPED A REVISED REPORT INTO SYS 1 WITH MENTAL COGNITIVE DEMANDS AS REQUESTED.

**07/28/2017 2:33 AM - CLAIM Note 18**

**07/28/2017 2:33 AM - CLAIM Note 18**
Claim/Event/Leave: 3840737
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/27/2017-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SULLIVAN, NANCY. CLAIM/AS EVENT IS PENDING REVIEW.

**07/28/2017 2:32 AM - CLAIM Note 17**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/27/2017 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**07/27/2017 2:25 PM - CLAIM Note 16**
Claim/Event/Leave: 3840737
NoteSubject : LTR to EE
Other Subject : ACK. N&P 9/9
Text: [07/27/2017 - LAROCCA, KRISTIE]ACK. N&P 9/9

**07/27/2017 2:15 PM - CLAIM Note 15**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : AGREE
Text: [07/27/2017 - DURLING, BARBARA]AGREE WITH TIER ONE RECOMMENDATION.

**07/27/2017 1:12 PM - CLAIM Note 14**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Special Invest
Other Subject : RECOMMENDATION
Text: [07/27/2017 - LAROCCA, KRISTIE]PENDED CLAIM. OOW FOR CHRONIC FATIGUE. COMORBID M&N. FIELD ICP INDICATES EE IS STILL BEING WORKED UP FOR EXACT DX. DCM RECOMMENDS TIER ONE OF SURVEILLANCE TO OBTAIN MORE INFORMATION ON CLMT'S ACTIVITY LEVEL OUTSIDE OF WORKING HOURS. DCM RECOMMENDS POSSIBLY 2 DAYS OF SURVEILLANCE INCLUDING AT LEAST ONE WEEKEND DAY.

**07/27/2017 1:09 PM - CLAIM Note 13**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : FILE REVIEW
Text: [07/27/2017 - LAROCCA, KRISTIE]50 YOF, PULMONARY CLINCIAL COORDINATOR, 5'7", 208LBS, LTD ONLY. DOD 4/21/17. LTD BB 10/18/17. AT DOD EE WAS 72HR/BIWEEKLY (36H/WK) EE HAS BEEN WORKING PART TIME SINCE 4/21/17 AND JOB STATUS WILL CHANGE TO 'A PART TIME EMPLOYEE' PERMANENTLY AS OF 9/1/17, 50% STATUS. EE OOW DUE TO CHRONIC FATIGUE SYNDROME AND WEAKNESS. EE STATES THIS CONDITION HAS GOTTEN PROGRESSIVELY WORSE. COMORBIDS - ASTHMA. TX NOTES FROM KISHYINIA DIFFICULT TO READ. THEY LIST SEVERAL MEDS- VENTOLIN, PREDNISONE, ADVAIR, SPIRVA, PROZAC, SINGULAIR, ZURTECIANG, FICONASE, GABAPENTIN, XANIFLUX, ATIVAN. TX NOTE FROM DR. WOLF (ALLERGY DISCUSSES M&N) IF APPROVED CONSIDER M&N UNDETERMINED. ACTION PLAN: 1. F/U WITH EE REG SYMPTOMS AND ACTIVITY OUTSIDE OF WORKING HOURS, F/U FOR MEDICAL AND ISSUE N&P FOR MEDICAL AND CLMT FORMS. CONSIDER NONMEDICAL REVIEW.

**07/27/2017 2:29 AM - CLAIM Note 12**
Claim/Event/Leave: 3840737
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/25/2017 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**07/26/2017 9:42 AM - CLAIM Note 11**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : REFERRAL
Text: [07/26/2017 - BREWSTER, TRISHA]ASSIGNED TO KRISTIE LAROCCA TODAY

**07/25/2017 4:20 PM - CLAIM Note 10**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject :
Text: [07/25/2017 - GILLHAM, CORIE]EDD PAYMENT INFORMATION REC'D

**07/25/2017 2:51 PM - CLAIM Note 9**
Claim/Event/Leave: 3840737
NoteSubject : Med Records Rcvd
Other Subject : KISHYINIA
Text: [07/25/2017 - GILLHAM, CORIE]TX NOTES 11/14/2016 THRU 12/28/2016

**07/21/2017 2:10 PM - CLAIM Note 8**
Claim/Event/Leave: 3840737
NoteSubject : LTR to AP
Other Subject : CHEN

Text: [07/21/2017 - GILLHAM, CORIE]DCM SENT MR REQ FOR MEDICAL FROM 4/21/2016 THRU THE PRESENT. DUE 8/4/2017

**07/21/2017 2:09 PM - CLAIM Note 7**
Claim/Event/Leave: 3840737
NoteSubject : Action Plan
Other Subject : PENDED
Text: [07/21/2017 - GILLHAM, CORIE]*****ELIG INFORMATION IN SYSTEM ONE DATED 7/21/2017, CLASS PC, (ALL EMPLOYEES, EXCLUDING MANAGERS, WORKING AT DOMINICAN HOSPITAL AND DOMINICAN OAKS, CONTRIBUTING TO A 60% BENEFIT OPTION) 60 %, ER CONTRIB, NO DEDS, LTD BBD10/18/2017**** EE IS A 50 YOF WORKING AT DIGNITY HEALTH AS A PULMONARY CLINICAL COORDINATOR, JOB DUTIES INCLUDE ADMINISTRATIVE WORK, 50/50 SITTING AND WALKING. NO LIFTING, SED OCC. EE WILL BEGIN PERMANENTLY WORKING 50% ON 9/1/2017, EE HAS BEEN WORKING PT SINCE 4/21/2017. LDW: 4/20/2017, DOD 4/21/2017, DX: CHRONIC FATIGUE SYNDROME, WEAKNESS. EE ADVISED THAT SXS FOR FATIGUE AND MUSCLE WEAKNESS STARTED IN 12/2016 AND HAVE PROGRESSIVELY GOTTEN WORSE. EE IS SEEING SEVERAL PHYSICIANS FOR HERDX. AP S ARE STILL WORKING ON AN EXACT DIAGNOSIS. EE IS TX ING WITH DR ANDREA LING AND DAVID KIPPS, 831-425-1906, BEGAN TREATING IN 11/2016, LOV 3/20/2017. EE IS SEEING AN ALLERGY ANDASHMA DR, DR DR KISHYINIA, PHONE: 831-479-6933, FOV: 11/14/2016, LOV: 5/3/2017. TX PLAN: MAINTAIN ON ASHMA MEDICATION, SEVERE ASTHMATIC ALL HER LIFE. EE WAS HOSPITALIZED FOR ASHMA IN 2016, HER ASHMA SXS ARE BETTER, BUT SHE IS CLAIMING FOR CHRONIC FATIGUE, EE CANNOT WORK FT, AND IS TOO TIRED ANDSORE. LTD CLAIM IS PENDING ALL MEDICAL RECORDS FROM 4/21/2017 THRU THE PRESENT, LTD FORMS TASKS ARE SET FOR 8/04/2017, 8/21/2017, 9/05/2017

**07/21/2017 1:54 PM - PHONE Note 5**
Claim/Event/Leave: 3840737
NoteSubject : Called AP
Other Subject : LING
Text: [07/21/2017 - GILLHAM, CORIE]DCM CALLED DR LING AND CONFIRMED FAX NUMBER TO BE 831-423-7579

**07/21/2017 1:52 PM - PHONE Note 4**
Claim/Event/Leave: 3840737
NoteSubject : EE Called
Other Subject :
Text: [07/21/2017 - GILLHAM, CORIE]EE IS A 50 YOF WORKING AT DIGNITY HEALTH AS A PULMONARY CLINICAL COORDINATOR, JOB DUTIES INCLUDE ADMINISTRATIVE WORK, 50/50 SITTING AND WALKING. NO LIFTING, SED OCC. EE WILL BEGIN PERMANENTLY WORKING 50% ON 9/1/2017, EEHAS BEEN WORKING PT SINCE 4/21/2017. LDW: 4/20/2017, DOD 4/21/2017, DX: CHRONIC FATIGUE SYNDROME, WEAKNESS. EE ADVISED THAT SXS FOR FATIGUE AND MUSCLE WEAKNESS STARTED IN 12/2016 AND HAVE PROGRESSIVELY GOTTEN WORSE. EE IS SEEING SEVERAL PHYSICIANS FOR HER DX. AP S ARE STILL WORKING ON AN EXACT DIAGNOSIS. EE IS TX ING WITH DR ANDREA LING AND DAVID KIPPS, 831-425-1906, BEGAN TREATING IN 11/2016, LOV 3/20/2017. EE IS SEEING AN ALLERGY ANDASHMA DR, DR DR KISHYINIA, PHONE: 831-479-6933, FOV: 11/14/2016, LOV: 5/3/2017. TX PLAN: MAINTAIN ON ASHMA MEDICATION, SEVERE ASTHMATIC ALL HER LIFE. EE WAS HOSPITALIZED FOR ASHMA IN 2016, HER ASHMA SXS ARE BETTER, BUT SHE IS CLAIMING FOR CHRONIC FATIGUE, EE CANNOT WORK FT, AND IS TOO TIRED ANDSORE. EE IS ABLE TO WORK PT, CANNOT WALK THAT MUCH. DCM ADVISED OF OO REVIEW PROCESS AND FOR EE TO FILL OUT LTD FORMS AND SEND BACK FORMS AND EDD AWARD INFORMATION, EE UNDERSTOOD. CALL ENDED.

**07/21/2017 1:19 PM - PHONE Note 3**
Claim/Event/Leave: 3840737
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: [07/21/2017 - GILLHAM, CORIE]DCM FOUND ADDITIONAL NUMBER, DCM CALLED, AND LEFT A VM FOR A RC

**07/21/2017 1:17 PM - PHONE Note 2**
Claim/Event/Leave: 3840737
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: [07/21/2017 - GILLHAM, CORIE]CORIE DCM CALLED, (831) 600-5445 AND LEFT A VM FOR A RC// NUMBER IS FOR MONTERY BAY MURALS///

**07/21/2017 1:10 PM - CLAIM Note 6**
Claim/Event/Leave: 3840737
NoteSubject : Other
Other Subject : ELIG INFO
Text: [07/21/2017 - GILLHAM, CORIE]ELIG INFORMATION REC'D

**07/20/2017 2:49 PM - CLAIM Note 5**
Claim/Event/Leave: 3840737
NoteSubject : LTR to ER
Other Subject :
Text: [07/20/2017 - GILLHAM, CORIE]DCM SENT FOR ELIG INFORMATION

**07/20/2017 2:46 PM - PHONE Note 1**
Claim/Event/Leave: 3840737
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [07/20/2017 - GILLHAM, CORIE]DCM CALLED, AND LEFT A VM FOR A RC

**07/20/2017 1:28 PM - CLAIM Note 4**
Claim/Event/Leave: 3840737
NoteSubject : Initial Entry
Other Subject :
Text: [07/20/2017 - RIVERA YAGNICH, CAMILLE]CLAIM LEFT IN PROCESS. LTD BENEFITS ONLY IN ELIGIBILITY. PLEASE VERIFY. ASSIGNED TO AN LTD CM PER LOADING INSTRUCTIONS.

**07/20/2017 1:26 PM - CLAIM Note 3**
Claim/Event/Leave: 3840737
NoteSubject : Initial Entry
Other Subject :
Text: [07/20/2017 - RIVERA YAGNICH, CAMILLE]CLAIM RECEIVED WITHOUT LDW OR DOD. USED DEFAULTS

**07/19/2017 6:19 PM - CLAIM Note 1**
Claim/Event/Leave: 3840737
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: CSR: KOUK LTD KIMSHAW1019@GMAIL.COM EE IS WORKING 16-20 HOURS PER WEEK 09/01/2017 TIME UNDER RESTRICTION EXPIRES UNKNOWN LAST DAY AT WORK UNKNOWN FIRST FULL DAY OUT

**07/19/2017 6:19 PM - CLAIM Note 2**
Claim/Event/Leave: 3840737
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: CHRONIC FATIGUE

**From:**DisabilityDocuments
**Sent:**Fri, 14 Jan 2022 16:48:09 +0000
**To:**SA-EMLRIP114-P
**Subject:**FW: Re: Timothy Stanton RE: Claim# 3840737 EMAIL #2
**Attachments:**KimShawDocs2.zip

---

**From:** Integrity <somehavenone@protonmail.com>
**Sent:** Friday, January 14, 2022 4:42:30 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; FraudHotLine <FraudHotLine@lfg.com>
**Subject:** Fw: Re: Timothy Stanton RE: Claim# 3840737 EMAIL #2

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, December 30th, 2021 at 4:59 PM, Integrity <somehavenone@protonmail.com> wrote:

> The first email would not hold all of the attachments. Here is the second zip file.
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Thursday, December 30th, 2021 at 4:50 PM, Integrity <somehavenone@protonmail.com> wrote:
>
>> This is where the claimant is pet sitting until mid February.
>>
>> This is likely where you'll win your case. She can do way more than she pretends. I have video of it myself.
>>
>> Here are somethings you may want to follow up on. She was posting business on FB, Esty, Ebay, etc. Some were under her name and she used variations on her name for others.

**Lincoln/ Shaw 0096**

She also worked part time for a long time teaching Chinese children English. She normally always worked 4 hour shifts. I don't think the Chinese company took her SS# because it was coming from China. They deposited her pay checks onto a debit card.

If you don't win this one, it's on you. I won't reach out again. Best of luck.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, December 17th, 2021 at 1:02 PM, FraudHotLine <FraudHotLine@lfg.com> wrote:

---

Thank you for submitting this information to Lincoln Financial Group.  This information will be reviewed by our Special Investigative Unit.

**Mack Scott, CFE, CLU, FLMI, PCS**
Sr. Compliance Consultant
AML, Fraud and Investigations, Legal Department
336-814-0770 Office
336-402-0961 Mobile

**LincolnFinancial.com**

Registered Principal of Lincoln Financial Distributors, Inc., a broker/ dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Integrity <somehavenone@protonmail.com>
**Sent:** Friday, December 17, 2021 9:38 AM
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>;

FraudHotLine <FraudHotLine@lfg.com>
**Subject:** Timothy Stanton RE: Claim# 3840737

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Kimberly Shaw

I tried reaching out to you approximately 4 weeks ago. This claimant is scamming the system. She just purchased a van, converted it into a camper and is now traveling the US. She is posting on social media, etc.

Right now she is at . Her plans are to leave there, drive to Chicago, then PA, then the upper part of Michigan for the month of February. She is not only driving multiple hours per day through inclement weather, but also lifting her "wheel chair" in and out of the van. While she's in Michigan she will be using a snowblower, etc. She does not plan to be home until March.

I have video, etc but I cannot risk her knowing who is providing the information. If you can get someone to follow her, you'll win this case for sure.

Good luck, as she is one that doesn't need the help.

Sent with ProtonMail Secure Email.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

This message was secured by **Zix**®.

**From:**SIU
**Sent:**Fri, 31 Dec 2021 14:43:43 +0000
**To:**Scott, Mack
**Cc:**Stanton, Timothy
**Subject:**RE: Timothy Stanton Claim# 3840737 EMAIL #2

Looks like her report should be made to Social Security. She is SS awarded but we don't have her on claim anymore.

Thanks

Curt

**Curtis Moore**
Sr. SIU Analyst
Group Protection
603-200-6191 Office
704-651-6618 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** FraudHotLine <FraudHotLine@lfg.com>
**Sent:** Friday, December 31, 2021 9:00 AM
**To:** SIU <SIU@lfg.com>
**Subject:** FW: Timothy Stanton Claim# 3840737 EMAIL #2

Email two of two.

**Mack Scott, CFE, CLU, FLMI, PCS**
Sr. Compliance Consultant
AML, Fraud and Investigations, Legal Department
336-814-0770 Office
336-402-0961 Mobile

LincolnFinancial.com

Registered Principal of Lincoln Financial Distributors, Inc., a broker/ dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor Chester Rd., Radnor, PA 19087-

5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Integrity <somehavenone@protonmail.com>
**Sent:** Thursday, December 30, 2021 5:00 PM
**To:** FraudHotLine <FraudHotLine@lfg.com>
**Cc:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Timothy Stanton RE: Claim# 3840737 EMAIL #2

The first email would not hold all of the attachments. Here is the second zip file.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, December 30th, 2021 at 4:50 PM, Integrity <somehavenone@protonmail.com> wrote:

> This is where the claimant is pet sitting until mid February.
>
> This is likely where you'll win your case. She can do way more than she pretends. I have video of it myself.
> Here are somethings you may want to follow up on. She was posting business on FB, Esty, Ebay, etc. Some were under her name and she used variations on her name for others.
> She also worked part time for a long time teaching Chinese children English. She normally always worked 4 hour shifts. I don't think the Chinese company took her SS# because it was coming from China. They deposited her pay checks onto a debit card.
>
> If you don't win this one, it's on you. I won't reach out again. Best of luck.
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Friday, December 17th, 2021 at 1:02 PM, FraudHotLine <FraudHotLine@lfg.com> wrote:
>
>> This message was sent securely using Zix®
>>
>> Thank you for submitting this information to Lincoln Financial Group.
>> This information will be reviewed by our Special Investigative Unit.

**Mack Scott, CFE, CLU, FLMI, PCS**
Sr. Compliance Consultant
AML, Fraud and Investigations, Legal Department
336-814-0770 Office
336-402-0961 Mobile

LincolnFinancial.com

Registered Principal of Lincoln Financial Distributors, Inc., a broker/ dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Integrity <somehavenone@protonmail.com>
**Sent:** Friday, December 17, 2021 9:38 AM
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; FraudHotLine <FraudHotLine@lfg.com>
**Subject:** Timothy Stanton RE: Claim# 3840737

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Kimberly Shaw

I tried reaching out to you approximately 4 weeks ago. This claimant is scamming the system. She just purchased a van, converted it into a camper and is now traveling the US. She is posting on social media, etc.

Right now she is at . Her plans are to leave there, drive to Chicago, then PA, then the upper part of Michigan for the month of February. She is not only driving multiple hours per day through inclement weather, but also lifting her "wheel chair" in and out of the van. While she's in Michigan she will be using a snowblower, etc. She does not plan to be home until March.

I have video, etc but I cannot risk her knowing who is providing the information. If you can get someone to follow her, you'll win this case for sure.

Good luck, as she is one that doesn't need the help.

Sent with ProtonMail Secure Email.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

This message was secured by Zix®.

8:42

# Commerce Profile




## Kim Shaw

Follow

## Things in Common

62 mutual friends including **Alisa Anderson** and **Alexis Brunk**

Also member of **HIXSON YARD SALE PAGE**, **Fibromyalgia awareness** and 7 other groups

## Kim's Listings

Share

News Feed | Marketplace | Dating | Shop 9+ | Notifications | Menu

8:52

https://www.etsy.com/shop/wort...

Etsy Search for anything

1

# WorthyDigitalDesigns

Chattanooga, Tennessee

8 Sales ★★★★★

Search items

All (9)




Social Justice Tee with Ins...
**$19.78** FREE shipping



T-Shirt Hoodie - Long Slee...
**$26.45** FREE shipping

Hand Drawn Baby Imag...
PNG. DXF. SVG. PDF. 300+...
$2.49

Solar System
PNG. DXF. SVG. PDF. 300+...
$2.49

8:53

Etsy Search for anything

Close

Facebook

## Shop members



**Kim**

Owner, I Am In Charge Of Everything.

About me: Chattanooga, TN States lived: 8 Medically retired Education: much, & yet, not enough 42 States / 13 Countries Married Pets: &

## Production partners

**Custom Cat**

Detroit, MI

CustomCat takes care of printing my design on various items.

**Printify**

Miami, FL

I partner with Printify using Monster Digital to print and fulfill my orders. All designs are mine. Two locations allow product delivery anywhere in the USA within 1-3 days of receiving an order.

## Shop policies

8:54

Worthy Digital

Designs for All

WorthyDigital.co

Search it




Worthy & Enough
WE ARE ALL

# Worthy and Enough

@IamWorthyandEnough · Personal Blog

Visit Group

Home Groups Reviews Videos More ▾ Like Message •••

## GENERAL

502 people like this including 10 of your friends

518 people follow this

Personal Blog · Product/Service · Digital Creator

## ADDITIONAL CONTACT INFO

http://worthyandenough.co/

worthyenough@worthyandenough.co

Typically replies within a day
Send Message

## MORE INFO

**About**

I believe that EVERYONE is to be respected & I will speak against anything that challenges the concepts of ✓ FAIRNESS or ✓ EQUITY.
My business will... **See more**

Lincoln/ Shaw 0108

We Believe that EVERYONE is Worthy & Enough

We adhere to the TRUTH that EVERYONE is Worthy & Enough.
Our mission is to provide products and services that assist in furthering this TRUTH,
both for individuals and society as a whole.

Worthy & Enough
WE ARE ALL

## Worthy and Enough

@IamWorthyandEnough · Personal Blog

Visit Group

### About

See All

I believe that EVERYONE is to be respected & I will speak against anything that challenges the concepts of ✓ FAIRNESS or ✓ EQUITY.
My business will always be one of INCLUSIVITY.
I am, You Are, We Are All Worthy & Enough **See less**

Worthy... Visit Group Like **Message** ...

Lincoln/ Shaw 0109




Group by Worthy and Enough

## Worthy and Enough

Private group · 8 members

Joi...

About    Discussion

### About this group

**Private**
Only members can see who's in the group and what they post.

**Visible**
Anyone can find this group.

**General**

**History**
Group created on April 18, 2021 **See more**

### Members · 8

There are Pages in this group. Pages may be managed by multiple people who can see all






## Kym Shah

@thekymshah · Advertising/Marketing

Follow

Home Reviews Videos More ▾ Like Message •••

### About

See All

- I am committed to bringing you great information on tools and resources to help your business not only grow, but explode.
- 14 people like this
- 14 people follow this
- http://kymshah.com/
- Send Message
- kym@kymshah.com
- Advertising/Marketing · Personal Blog · News & Media Website

page (7)

Yes Unsure No

## Photos

See All




## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

**Page created - May 14, 2021**

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

**Create Post**

Photo/Video Check in Tag Friends

**Kym Shah**
August 11 ·

Designs for All

Worthy Digital Designs
SVG-DXF-PNG-PDF Zipped Downloads
Don't see it? Ask

MESSENGER

Kym Shah updated their business hours.

Send message

Like Comment Share

Kym Shah
May 29 ·

Worthy Digital
Designs for All

Worthy Digital Designs
SVG-DXF-PNG-PDF Zipped Downloads
Don't see it? Ask

Kym Shah updated their website address.

Learn More

Like Comment Share

Kym Shah updated their cover photo.
May 29 ·

Lincoln/ Shaw 0113

**From:** DisabilityDocuments
**Sent:** Friday, December 17, 2021 9:39 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Timothy Stanton RE: Claim# 3840737

---

**From:** Integrity <somehavenone@protonmail.com>
**Sent:** Friday, December 17, 2021 2:37:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; FraudHotLine <FraudHotLine@lfg.com>
**Subject:** Timothy Stanton RE: Claim# 3840737

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Kimberly Shaw

I tried reaching out to you approximately 4 weeks ago. This claimant is scamming the system. She just purchased a van, converted it into a camper and is now traveling the US. She is posting on social media, etc.

Right now she is at . Her plans are to leave there, drive to Chicago, then PA, then the upper part of Michigan for the month of February. She is not only driving multiple hours per day through inclement weather, but also lifting her "wheel chair" in and out of the van. While she's in Michigan she will be using a snowblower, etc. She does not plan to be home until March.

I have video, etc but I cannot risk her knowing who is providing the information. If you can get someone to follow her, you'll win this case for sure.

Good luck, as she is one that doesn't need the help.

Sent with ProtonMail Secure Email.

**Invoice** **109710-1**

**Date of Invoice** 7/21/2021

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Courtney Grygiel

| | |
|---|---|
| **Case ID:** | 3840737 |
| **Referral ID:** | 109710 |
| **Name:** | Kimberly Shaw |
| **Employer:** | |
| **Physician:** | |
| **Specialty:** | PMR & Pain Medicine |
| **Svc Date:** | 7/20/2021 |

| Item | Rate |
|---|---|
| Physician expense for Peer Reviews | $50.00 |

| | |
|---|---|
| **Invoice Total** | $50.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $50.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/ Shaw 0115**

**From:**Grygiel, Courtney
**Sent:**Thu, 5 Aug 2021 20:31:38 +0000
**To:**ClaimsHOAdmin
**Subject:**File Copy Request Form Shaw 3840737 attorney request
**Attachments:**File Copy Request Form Shaw 3840737 attorney request.docx

Please send complete copy of claim file to attorney's office at :
MAIL@BUCHANANDISABILITY.COM

Thank you,

Courtney



**Courtney Grygiel**
Appeal Specialist
Group Protection

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

T: 888-437-7611 Ext 13301
(F) 603-427-2110 (SDN) 8-731-3301
LincolnFinancial.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 888-437-7611 ext 13301 and permanently delete the original and any copy of any e-mail and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

HUDSON ELLIS
ERIC BUCHANAN & ASSOCIATES, PLLC
P.O. BOX 11208
CHATTANOOGA TN 37401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 5, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

This letter responds to your correspondence received in our office on July 27, 2021 requesting copies of Kimberly Shaw's claim file and a copy of the Dignity Health Group Disability Income Policy. The file includes any and all communications, including telephone entries, claim notes, medical reports and written correspondence contained in this file. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Lincoln Financial Group.

In response to the questions posed in your letter, Ms. Shaw's net monthly benefit was $2756.36.

In response to deductions from Ms. Shaw's paycheck for her portion of the premium for coverage this information would need to be obtained from the customer or client.

Our records show Ms. Shaw was covered under the LTD class PC.

Lincoln Life Assurance Company of Boston adheres to all ERISA regulations and procedural requirements. No internal claims and/or appeal administration guidelines and/or protocols, medical literature, or training materials were used to make this claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________________

**RELEASE AUTHORIZATION**

To: ____________________________

____________________________

____________________________

____________________________

Dear ________________________,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________________

Client Name: KShaw

Date: ____________________

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize ______________________________________________and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: _ _______ DOB: _ ________

Name of Physician/Facility: ________________________________
Address: ________________________________
________________________________

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)……………………………………………………**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:___________________________……………………**INITIALS:**_____
3. All records at this facility……………………………………………………**INITIALS:** [initials]

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** [signature: KShaw]

**Date:** ________________________ **Relationship to Patient:** ____________________

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 7/26/2021 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 7 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached request

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

July 26, 2021

VIA FASCIMILE: (603) 422-7909

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We are in receipt of your letter dated July 19, 2021 denying Kimberly D. Shaw's claim for Long Term Disability benefits.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide a complete copy of the LTD Policy and Summary Plan Description.

3. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

4. Please state whether the money deducted from Ms. Shaw's paycheck for her portion of the premium for the coverage in question was pre-tax or after-tax dollars;

5. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by Ms. Shaw authorizing you to provide the above information.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:mo

Enclosure

**LIMITED POWER OF ATTORNEY**

I, Kimberly D. Shaw, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 18 day of May, 2020.

[signature]
Client Signature

STATE OF TENNESSEE
COUNTY OF HAMILTON

On this 18 day of MAY, 2020, personally appeared Kimberly D. Shaw, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

[signature]
NOTARY PUBLIC

ANGELA COWART STATE OF TENNESSEE NOTARY PUBLIC HAMILTON COUNTY

My Commission Expires: 9/17/2021

**Invoice** **109710-1**

**Date of Invoice** 7/21/2021

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Courtney Grygiel

**Case ID:** 3840737
**Referral ID:** 109710
**Name:** Kimberly Shaw
**Employer:**
**Physician:**
**Specialty:** PMR & Pain Medicine
**Svc Date:** 7/20/2021

| Item | Rate |
|---|---|
| Physician expense for Peer Reviews | $50.00 |

**Invoice Total** $50.00
**Receipt Total** $0.00
**Invoice Balance** $50.00

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/ Shaw 0126**

7/2/2021

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | Kimberly Shaw |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Grygiel, Courtney |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 3840737 |

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Progress notes | Scenic City Rheumatology | 01/28/21-03/10/21 |
| UR Report | N. Barry MD | 06/08/21 |
| Misc | | 01/28/21-06/23/21 |

## SUMMARY OF PEER OUTREACH

TELECONFERENCE #1:

1) AP NAME: Charles Crump MD
2) DATE: 5/27/2021
3) TIME: 7:27 AM ET
4) PERSON SPOKEN WITH: voicemail
5) POSITION OF PERSON SPOKEN WITH: voicemail

SUMMARY OF CONVERSATION: A message was left with call back number.

TELECONFERENCE #2:

1) AP NAME: Charles Crump MD
2) DATE: 6/1/2021
3) TIME: 9:04 AM ET
4) PERSON SPOKEN WITH: assistant
5) POSITION OF PERSON SPOKEN WITH: assistant

SUMMARY OF CONVERSATION: The claimant sees PA, Ginger Mullins according to assistant. A message was left for her . Dr. Crump left the practice last year. No callback was received from the treating provider.

Reviewer Panel Discussion:
Dr. Barreto agreed that she would need 4 months for reconditioning, but based on her cervical and lumbar spine she has no restrictions.

## SUMMARY OF MEDICAL DOCUMENTATION

Additional records include a statement from provider Dr. Craig that he "does not agree or disagree" with the limitations given by reviewers. He refers to medical form filled out on 1-2021, stating she can sit for 4-6 hours, and stand or walk for 1 hour in an 8 hour day, due to fibromyalgia and osteoarthritis, and can carry up to 10 pounds less than 1/3 of the day.

## QUESTION

**1. Does the additional information provide any additional restrictions and limitations or alter the prior assessment? If so, please list additional restrictions and limitations and provide medical rationale or support.**

No it does not. No additional clinical information pertaining to her rheumatological diagnosis was provided. The provider gave his medical opinion regarding her functional level, based on her diagnosis of fibromyalgia and osteoarthritis.
A provider's opinion is not clinical information. It's opinion. Clinical information would be findings on examination/imaging/lab tests, response to treatment etc. not opinion.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



N. Nichole Barry, M.D.
Board Certified: American Board of Internal Medicine; Rheumatology
Clinical Assistant Professor Department of Functional Restoration at Stanford University Medical Center
American College of Rheumatology
American College of Sports Medicine
Northern California Rheumatology Association
Boards of Directors of the Lupus Foundation of Northern California

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

7/2/2021

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | Kimberly Shaw |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Grygiel, Courtney |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 3840737 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Progress notes | Scenic City Rheumatology | 01/28/21-03/10/21 |
| UR Report | N. Barry MD | 06/08/21 |
| Misc | | 01/28/21-06/23/21 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: William Craig MD
2) DATE: 5/24/2021
3) TIME: 2:16 PM ET
4) PERSON SPOKEN WITH: N/A
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/24/2021 at 1:16 pm PST and it is noted that the office is closed. No ability to leave a message.

TELECONFERENCE #2:

1) AP NAME: William Craig MD
2) DATE: 5/26/2021
3) TIME: 11:56 AM ET
4) PERSON SPOKEN WITH: nurse's voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/26/2021 at 10:54 am pst and detailed message left with nurse's voicemail.

TELECONFERENCE #3:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:53 AM ET
4) PERSON SPOKEN WITH: voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/27/2021 at 9:52 am pst and detailed message left with voicemail.

TELECONFERENCE #4:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:01 AM ET
4) PERSON SPOKEN WITH: Dr. Craigs Assistant
5) POSITION OF PERSON SPOKEN WITH: Dr. Craigs Assistant

SUMMARY OF CONVERSATION: 5/27/2021 11:01 AM PT discussion with Dr. Craigs Assistant identified that he does not do P2P calls for disability and would need questions faxed.

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

TELECONFERENCE #5:

1) AP NAME: William Craig MD
2) DATE: 6/1/2021
3) TIME: 3:52 PM ET
4) PERSON SPOKEN WITH: Fax
5) POSITION OF PERSON SPOKEN WITH: Fax

SUMMARY OF CONVERSATION: Questions were faxed to Dr. Craig per his request.

06/08/21 8:05 AM no reply received to faxed questions

Reviewer Panel Discussion:
Dr. Barry identified that she has no restrictions based on her diagnosis of fibromyalgia.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 54-year-old female ( who ceased work on 04/21/2017 reportedly, due to fibromyalgia. All available data has been reviewed.

Additional documentation is provided for review.

03/10/2021 (W. Craig, MD) progress report outlines follow-up for fibromyalgia syndrome. The claimant continues to have widespread pain in the joints of the shoulders, hips, knees as well as the muscles of the neck, back, arms, and legs. Physical examination reveals mild osteoarthritic changes in the hands with intrinsic tightness in the PIP joints. There is limited range of motion of both shoulders with tenderness anteriorly. There is limited range of motion of the cervical spine. Trigger points are present. There is diffuse lumbar spasticity and trigger points. There is tightness to the hamstrings, however, negative straight leg raise.

01/28/2021 (W. Craig, MD) Medical opinion form indicates the claimant has osteoarthritis, fibromyalgia, joint pain, and fatigue. The claimant is able to sit 30 minutes at one time up to 4-6 hours per day, and stand or walk 20-30 minutes, up to one hour per day. The claimant can lift up to 10 pounds occasionally. It opines that the claimant is unable to work a normal workday. The claimant is noted with problems with stamina and endurance. There is also a reasonable degree of pain, fatigue, or other limitations. The claimant's pain is noted to be moderately severe.

**QUESTION**

**1. Does the additional information provide any additional restrictions and limitations or alter the prior assessment? If so, please list additional restrictions and limitations and provide medical rationale or support.**

No. The severity and scope of the claimants reported complaints are consistent with the medical conditions, however, there is indication of some deconditioning. There is no indication that the claimant has undergone any recent active treatment and continues with active home exercises. Aerobic and muscle strengthening exercises are the most effective way of reducing pain and improving global well-being in people with fibromyalgia, and that stretching and aerobic exercises increase health-related quality of life. In addition, combined exercise produces the biggest beneficial effect on symptoms of depression. Exercise therapy seems to be an effective component of treatment, yielding improvement in pain and other symptoms, as well as decreasing the burden of fibromyalgia on the quality of life. Exercise is generally acceptable by individuals with fibromyalgia and was found to improve the ability to do daily activities and the quality of life and to decrease tiredness and pain. Despite long-standing complaints related to fibromyalgia and fatigue, there are no specific objective findings related to non-rheumatological conditions that would support restrictions and limitations.

**REFERENCE (S):**

Maffei M. E. (2020). Fibromyalgia: Recent Advances in Diagnosis, Classification, Pharmacotherapy and Alternative Remedies. International journal of molecular sciences, 21(21), 7877. https://doi.org/10.3390/ijms21217877

Sosa-Reina, M. D., Nunez-Nagy, S., Gallego-Izquierdo, T., Pecos-Martín, D., Monserrat, J., & Álvarez-Mon, M. (2017). Effectiveness of Therapeutic Exercise in Fibromyalgia Syndrome: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. BioMed research international, 2017, 2356346. https://doi.org/10.1155/2017/2356346

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



William Barreto, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:**ejones@mlsgroupllc.com
**Sent:**Fri, 2 Jul 2021 13:19:50 -0400
**To:**VendorReferrals
**Subject:**Invoice for 110589, Completed 7/2/2021 1:10 PM
**Attachments:**Invoice_110589-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached for your most recent invoice.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **110589-1**

**Date of Invoice** 7/2/2021 1

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Courtney Grygiel

| | |
|---|---|
| **Case ID:** | 3840737 |
| **Referral ID:** | 110589 |
| **Name:** | Kimberly Shaw |
| **Employer:** | |
| **Physician:** | N. Nichole Barry, William M Barreto, |
| **Specialty:** | Rheumatology,PMR & Pain Medicine |
| **Svc Date:** | 7/2/2021 |

| Item | Rate |
|---|---|
| Peer Review | $420.00 |

| | |
|---|---|
| **Invoice Total** | $420.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $420.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/ Shaw 0145**

**From:**njackson@mlsgroupllc.com
**Sent:**Fri, 2 Jul 2021 13:15:49 -0400
**To:**Grygiel, Courtney
**Cc:**VendorReferrals
**Subject:**MLS review notification for case - 3840737 ID: MLS110589
**Attachments:**Report_MLS_D2__R01_110589-1_v1.doc, Report_MLS_D2__R02_110589-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached final reports. Invoice to follow.

Amy Doyle
adoyle@mlsgroupllc.com

Nancy Jackson
njackson@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, June 30, 2021 2:02:19 PM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw |
| Attachments: | wmswglsqai67kkmj3tel_10756117.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 30, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

We have received the additional medical information submitted in response to the clinical review performed as part of your client's appeal review. This information has been referred for further medical review and we will proceed with our review of this appeal once the medical reviews and assessment have been completed. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of this eligibility for benefits under the terms of the Policy.

Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act. In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 23, 2021

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899560665347981

Courtney Grygiel
Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And via Fax to: (603) 422-7909

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Courtney Grygiel:

I am attaching the following additional medical evidence to this letter that we ask Lincoln to consider in support of Ms. Shaw's appeal:

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **16** | Dr. William Craig Response to Insurance Company Medical Review | 10 |

Dr. Craig provided a response to Lincoln's peer review in which he attached his own medical opinion form.

This additional evidence, along with the evidence already in Lincoln's possession, should be more than sufficient to demonstrate Ms. Shaw's entitlement to ongoing disability benefits under her long term disability claim. As we have now provided the additional evidence we were planning on submitting, please proceed with reviewing this claim for a decision.

Please also accept this as a request that, if you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This regulation requires you, as an ERISA administrator, to provide us with all new evidence considered, relied on, or generated in connection with the claim. The regulation also requires you to give this information to us with enough time for us to have a reasonable period to review or respond to it before the date your decision is due. The ERISA Regulations do not provide for tolling of the administrator's deadline when an administrator sends new evidence to a claimant for comment or response. That so, please make sure that you reserve enough time before your decision deadline for us to review and return our response to you (we request at least 14 days from receiving the evidence) and enough time for you to make a decision after you receive our response.

Should you have any questions or wish to discuss this case further, I would be happy to speak with you at any time.

Sincerely,

Chandler Wilson

RCW:rno

Enclosures

List of Records Submitted in the Case of
**Kimberly Shaw**

Claim #3840737

Exhibits 1 - 8 submitted via letter dated April 14, 2020
Exhibits 9 – 15 submitted via letter dated April 14, 2021
Exhibit 16 submitted via letter dated May 23, 2021

| **Ex. No.** | **Contents** | **No. Pages** |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |
| **9** | Social Security File | 1114 |
| **10** | Dr. Milan Patel Medical Records dated 05-23-2017 to 08-01-2017 | 49 |
| **11** | Dr. Charles Crump Medical Records dated 03-31-2020 to 01-06-2021 | 52 |
| **12** | Dr. William Craig Medical Opinion Form dated 01-28-2021 | 3 |

**Lincoln/ Shaw 0151**

| | | |
|---|---|---|
| **13** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **14** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **15** | Benchmark Physical Therapy Functional Capacity Evaluation dated 02-23-2021 | 27 |
| **16** | Dr. Wiliam Craig Response to Insurance Company Medical Review | 10 |

# Exhibit

# 16

Lincoln/ Shaw 0153

Eric L. Buchanan
*Licensed In Tennessee and Georgia*

Hudson T. Ellis
*Licensed In Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 10, 2021

FAXED
JUN 22 2021

Via Fax: 423-648-1115

Dr. William Craig
Arthritis Associates
1035 Executive Dr. #105
Hixson, TN 37343

RE: Kimberly D. Shaw
DOB:

Dear Dr. Craig:

We represent your patient, Kimberly D. Shaw, and we are helping her with her claim Long Term Disability Benefits. Lincoln Life Assurance Company of Boston, the insurer of Ms. Shaw's benefits, has retained Drs. William Barreto and Nichole Barry to assist in the review of Ms. Shaw claim and they have sent the reviews that we have attached.

If you have time, it would be helpful if you would review and respond. After conducting a review of medical records both Drs. Barreto and Barry conclude that Ms. Shaw has no restrictions and limitations affecting her ability to maintaining a full-time job and dismiss the findings of the Functional Capacity Evaluation dated February 23, 2021.

Please indicate your opinion:

_____ I agree with the opinions of Drs. Barreto and Barry that Ms. Shaw is able to engage in full time work.

_____ I disagree with the opinions of Drs. Barreto and Barry and agree with the restrictions and limitations indicated by the February 23, 2021 Functional Capacity Evaluation.

_____ I disagree with the opinions Drs. Barreto and Barry as well as the findings of the Functional Capacity Evaluation and have provided the attached Medical Opinion Form outlining my opinion as to Ms. Shaw's restrictions and limitations.

I make the above opinion based on my personal treatment and examinations of Ms.Shaw and to a reasonable degree of medical certainty.

I do not agree nor disagree! See my medical opinion form dated 1/28/21 & office notes [signature] 6/17/21

Dr. William Craig (signature) Date

If you would like to discuss this further, please contact our office at (423) 634-2506. Thank you.

Sincerely,

Hudson T. Ellis

HTE:mo

Enclosures

**MEDICAL OPINION FORM (physical)**

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Osteoarthritis + Fibromyalgia
Joint pain, fatigue

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/min (circled: min) at one time

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/min (circled: min) at one time

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ______ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ____ No ✓

If yes, for approximately how many hours? ________

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

Yes ✓ No ____ If yes, how much rest? 15-20 hours/minutes for every 1-2 hrs/minutes of work

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

Yes ✓ No ____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

Yes ✓ No ____

9. How severe is the pain reasonably suffered by the patient?

Extreme ____ Severe ____ Moderately Severe ✓ Moderate ____ Mild ____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

Yes ✓ No ____

If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

____ several hours 3 or more days a week

✓ daily for several hours a day

____ other: ____________

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being,** more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ________

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. ____________

[signature] 01-28-21
Physician's Signature Date

W. David Craig MD
Print Physician's Name

Physician's Address SCENIC CITY RHEUMATOLOGY
3770 OCOEE PLACE NW
SUITE 100
CLEVELAND, TN 37312

# TRANSACTION REPORT

JAN/28/2021/THU 08:49 AM

BROADCAST

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | JAN/28 | 08:47AM | 14236342505 | 0:02:05 | 5 | MEMORY OK | G3 | 8076 |
| 002 | | 08:41AM | Debbie | | 5 | OK | | 8076 |
| TOTAL | | | | 0:02:05 | 10 | | | |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 16
Page 6 of 10

Lincoln/ Shaw 0159

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
This is a lady that I follow with fibromyalgia syndrome. She continues to have widespread pain not only in the joints of her shoulders hips and knees but also in the muscles of her neck and back arms and legs. She recently has been experiencing short-term memory loss. She even forgot her address to put in the GPS unit twice yesterday. She will be seeing her psychiatrist soon to talk about these issues. She was sent phrase functional capacity exam. She was in bed for a week after that due to the fatigue and joint pain it brought on. She is experiencing growing pain and occasional radiation down the legs. She has been having G.I. issues include constipation bloating has lost 36 pounds since September. Next month she is having a EGD and colonoscopy. However she attributes the weight loss to trulsity, Metformin and Provigil and just doesn't feel hungry.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue**. Negative for chills, fever or unintentional weight loss.
EYES: Negative for, blurred vision, eye pain and dry eyes.
E/N/T: Positive for **dry mouth**. Negative for frequent rhinorrhea or oral sores/ulcers.
CARDIOVASCULAR: Positive for **palpitations**. Negative for chest pain or Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation**. Negative for dysphagia, diarrhea, heartburn, hematochezia, melena, nausea or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness, myalgias and neck pain**. Negative for joint swelling.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **ataxia**. Negative for dizziness, headaches, memory loss, paresthesias or seizures.
HEMATOLOGIC/LYMPHATIC: Positive for **easy bruising**. Negative for excessive bleeding or lymphadenopathy.
ENDOCRINE: Positive for **abnormal thyroid**. Negative for hair loss.
PSYCHIATRIC: Positive for **anxiety, depression and difficulty concentrating**. Negative for sleep disturbance.

**Past Medical History / Family History / Social History:**

Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Primary generalized (osteo)arthritis

**Allergies:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
busPIRone 30 mg oral tablet [take 1 tablet (30 mg) by oral route 2 times per day]
Provigil 200 mg oral tablet [take 1 tablet (200 mg) by oral route once daily in the morning]
metFORMIN 500 mg oral Tablet, Extended Release 24 hr [take 1 tablet (500 mg) by oral route once daily with the evening meal]
Trulicity 0.75 mg/0.5 mL subcutaneous Pen Injector [inject 0.5 milliliter (0.75 mg) by subcutaneous route every 7 days]
tiZANidine 4 mg oral tablet [TAKE 1 TABLET FOUR TIMES A DAY]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
gabapentin 600 mg oral tablet [TAKE 1 TABLET THREE TIMES A DAY]

## Objective:

**Vitals:**

Current: 3/10/2021 10:57:32 AM
Ht: 5 ft, 8 in; Wt: 176.8 lbs; BMI: 26.9**BP: 120**/68 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**EYES:** normal conjunctiva; PERRLA;
**E/N/T:** NOSE: normal appearance; OROPHARYNX: clear;
**NECK:** thyroid exam reveals normal size; carotid exam reveals no bruits;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; normal bowel sounds; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
**RHEUMATIC EXAM:**
**Other-** see detailed exam; She has mild osteoarthritic changes in the hands with intrinsic tightness in the PIP joints. No synovitis present. There is limited range of motion of both shoulders with tenderness anteriorly. Limited range of motion the C-spine to about 80° left rotation 60° right rotation. There are cervical, trapezius, and rhomboid trigger points present. She has diffuse lumbar spasticity and trigger points. Finger to floor 12 inches. No pain on range of motion of either hip. Very tight hamstrings and negative SLR. Crepitations in both knees. GTBs and thigh trigger points are present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; sensation: grossly normal; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

**Lab/Test Results:**

**BMI plan: healthy diet and exercise encouraged:** yes (03/10/2021),
**Patient Global Assessment:** 5 (03/10/2021),
**HAQ II Score:** 2.0 (03/10/2021),
**Fatigue score:** 6 (03/10/2021),
**COVID vaccine:** 3/9/21 (03/10/2021),

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

## Assessment:

M15.0 Primary generalized (osteo)arthritis
M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)

## Plan:

**Primary generalized (osteo)arthritis**Fibromyalgia and osteoarthritis with recent flare.
She has been disabled since 2017.
She went for a functional capacity exam, and was in bed for a whole week due to exacerbation of FM due to the exertion. Fibromyalgia patients have difficulty with job performance and this did not surprise me. She continues to experience intermittent flareups, and the profound fatigue and exhaustion. As well as severe muscle and joint pain making it difficult to function both at sedentary work as manual labor such as repetitive motion.
Back in Aug flare of depression requiring a visit to Valley and adjustment in her medicines. Oliver Gregory is following and increased Cymbalta 100
Syncopal episode while at Valley cardiology workup done and following.
Left lateral breast, axillary tenderness, and she thinks she is palpated lymphadenopathy. Still has not seen GYN yet .
Coven 19 precautions.
Joint and muscle stretching as tolerated.
Massage therapy as tolerated.
Recheck in 4 months.

**Obstructive sleep apnea (adult) (pediatric)**Continue CPAP

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M15.0 Primary generalized (osteo)arthritis

Orders:

M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Courtney Grygiel | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/23/2021 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 16 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached letter and exhibit 16

Also Note: This letter and exhibit 16 were sent via certified mail no. 9415511899560665347981

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 23, 2021

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899560665347981

Courtney Grygiel
Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And via Fax to: (603) 422-7909

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Courtney Grygiel:

I am attaching the following additional medical evidence to this letter that we ask Lincoln to consider in support of Ms. Shaw's appeal:

| Ex. No. | Contents | No. Pages |
| --- | --- | --- |
| **16** | Dr. William Craig Response to Insurance Company Medical Review | 10 |

Dr. Craig provided a response to Lincoln's peer review in which he attached his own medical opinion form.

This additional evidence, along with the evidence already in Lincoln's possession, should be more than sufficient to demonstrate Ms. Shaw's entitlement to ongoing disability benefits under her long term disability claim. As we have now provided the additional evidence we were planning on submitting, please proceed with reviewing this claim for a decision.

Please also accept this as a request that, if you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This regulation requires you, as an ERISA administrator, to provide us with all new evidence considered, relied on, or generated in connection with the claim. The regulation also requires you to give this information to us with enough time for us to have a reasonable period to review or respond to it before the date your decision is due. The ERISA Regulations do not provide for tolling of the administrator's deadline when an administrator sends new evidence to a claimant for comment or response. That so, please make sure that you reserve enough time before your decision deadline for us to review and return our response to you (we request at least 14 days from receiving the evidence) and enough time for you to make a decision after you receive our response.

Should you have any questions or wish to discuss this case further, I would be happy to speak with you at any time.

Sincerely,

Chandler Wilson

RCW:rno

Enclosures

List of Records Submitted in the Case of
**Kimberly Shaw**

Claim #3840737

Exhibits 1 - 8 submitted via letter dated April 14, 2020
Exhibits 9 – 15 submitted via letter dated April 14, 2021
Exhibit 16 submitted via letter dated June 23, 2021

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |
| **9** | Social Security File | 1114 |
| **10** | Dr. Milan Patel Medical Records dated 05-23-2017 to 08-01-2017 | 49 |
| **11** | Dr. Charles Crump Medical Records dated 03-31-2020 to 01-06-2021 | 52 |
| **12** | Dr. William Craig Medical Opinion Form dated 01-28-2021 | 3 |

| | | |
|---|---|---|
| **13** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **14** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **15** | Benchmark Physical Therapy Functional Capacity<br>Evaluation dated 02-23-2021 | 27 |
| **16** | Dr. William Craig Response to Insurance<br>Company Medical Review | 10 |

# Exhibit

# 16

Jun. 16. 2021 2:12PM No. 2296 P. 2/44

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 10, 2021

FAXED
JUN 22 2021

Via Fax: 423-648-1115

Dr. William Craig
Arthritis Associates
1035 Executive Dr. #105
Hixson, TN 37343

RE: Kimberly D. Shaw
DOB:

Dear Dr. Craig:

We represent your patient, Kimberly D. Shaw, and we are helping her with her claim Long Term Disability Benefits. Lincoln Life Assurance Company of Boston, the insurer of Ms. Shaw's benefits, has retained Drs. William Barreto and Nichole Barry to assist in the review of Ms. Shaw claim and they have sent the reviews that we have attached.

If you have time, it would be helpful if you would review and respond. After conducting a review of medical records both Drs. Barreto and Barry conclude that Ms. Shaw has no restrictions and limitations affecting her ability to maintaining a full-time job and dismiss the findings of the Functional Capacity Evaluation dated February 23, 2021.

Please indicate your opinion:

_____ I agree with the opinions of Drs. Barreto and Barry that Ms. Shaw is able to engage in full time work.

_____ I disagree with the opinions of Drs. Barreto and Barry and agree with the restrictions and limitations indicated by the February 23, 2021 Functional Capacity Evaluation.

_____ I disagree with the opinions Drs. Barreto and Barry as well as the findings of the Functional Capacity Evaluation and have provided the attached Medical Opinion Form outlining my opinion as to Ms. Shaw's restrictions and limitations.

I make the above opinion based on my personal treatment and examinations of Ms.Shaw and to a reasonable degree of medical certainty.

I do not agree nor disagree! See my medical opinion form dated 1/28/21 & office notes [signature] 6/17/21

______________________________ ____________________
Dr. William Craig (signature) Date

If you would like to discuss this further, please contact our office at (423) 634-2506. Thank you.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosures

**MEDICAL OPINION FORM (physical)**

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Osteoarthritis + Fibromyalgia
Joint pain, fatigue

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/min (circled: min) at one time

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/min (circled: min) at one time

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ____ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ____ No ✓

If yes, for approximately how many hours? ____

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

   Yes ✓ No ____ If yes, how much rest? 15-20 hours/minutes for every 1-2 hrs/minutes of work

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

   Yes ✓ No ____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

   Yes ✓ No ____

9. How severe is the pain reasonably suffered by the patient?

   Extreme ____ Severe ____ Moderately Severe ✓ Moderate ____ Mild ____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

    Yes ✓ No ____

    If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

    ____ several hours 3 or more days a week

    ✓ daily for several hours a day

    ____ other: ____

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being,** more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ________

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. ____________

[signature] 01-28-21
Physician's Signature Date

W. David Craig, MD
Print Physician's Name

Physician's Address: SCENIC CITY RHEUMATOLOGY
3770 OCOEE PLACE NW
SUITE 100
CLEVELAND, TN 37312

7500763500 P.01/01

# TRANSACTION REPORT

JAN/28/2021/THU 08:49 AM

BROADCAST

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 001 | JAN/28 | 08:47AM | 14236342505 | 0:02:05 | 5 | MEMORY OK G3 | 8076 |
| 002 | | 08:41AM | Debbie | | 5 | OK | 8076 |
| TOTAL | | | | 0:02:05 | 10 | | |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 16
Page 6 of 10

# Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
This is a lady that I follow with fibromyalgia syndrome. She continues to have widespread pain not only in the joints of her shoulders hips and knees but also in the muscles of her neck and back arms and legs. She recently has been experiencing short-term memory loss. She even forgot her address to put in the GPS unit twice yesterday. She will be seeing her psychiatrist soon to talk about these issues. She was sent phrase functional capacity exam. She was in bed for a week after that due to the fatigue and joint pain it brought on. She is experiencing growing pain and occasional radiation down the legs. She has been having G.I. issues include constipation bloating has lost 36 pounds since September. Next month she is having a EGD and colonoscopy. However she attributes the weight loss to trulsity, Metformin and Provigil and just doesn't feel hungry.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue**. Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Positive for **dry mouth**. Negative for frequent rhinorrhea or oral sores/ulcers.
CARDIOVASCULAR: Positive for **palpitations**. Negative for chest pain or Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation**. Negative for dysphagia, diarrhea, heartburn, hematochezia, melena, nausea or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness, myalgias and neck pain**. Negative for joint swelling.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **ataxia**. Negative for dizziness, headaches, memory loss, paresthesias or seizures.
HEMATOLOGIC/LYMPHATIC: Positive for **easy bruising**. Negative for excessive bleeding or lymphadenopathy.
ENDOCRINE: Positive for **abnormal thyroid**. Negative for hair loss.
PSYCHIATRIC: Positive for **anxiety, depression and difficulty concentrating**. Negative for sleep disturbance.

**Past Medical History / Family History / Social History:**

Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations**;
Positive for
**Asthma**;
Postive for
**Gastroesophageal Reflux Disease**;
Positive for
**Fibromyalgia and Osteoarthritis**;
Positive for
**Hypothyroidism**;

CURRENT MEDICAL PROVIDERS:

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;**;

**Family History:**

Positive for **Coronary Artery Disease ( father )**;
Positive for **Multiple Sclerosis ( mother )**;

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Primary generalized (osteo)arthritis

**Allergies:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 3/10/2021 11:24 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]

# Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
busPIRone 30 mg oral tablet [take 1 tablet (30 mg) by oral route 2 times per day]
Provigil 200 mg oral tablet [take 1 tablet (200 mg) by oral route once daily in the morning]
metFORMIN 500 mg oral Tablet, Extended Release 24 hr [take 1 tablet (500 mg) by oral route once daily with the evening meal]
Trulicity 0.75 mg/0.5 mL subcutaneous Pen Injector [inject 0.5 milliliter (0.75 mg) by subcutaneous route every 7 days]
tiZANidine 4 mg oral tablet [TAKE 1 TABLET FOUR TIMES A DAY]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
gabapentin 600 mg oral tablet [TAKE 1 TABLET THREE TIMES A DAY]

## Objective:

### Vitals:

Current: 3/10/2021 10:57:32 AM
Ht: 5 ft, 8 in; Wt: 176.8 lbs; BMI: 26.9**BP: 120**/68 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **4**

### Exams:

PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**EYES:** normal conjunctiva; PERRLA;
**E/N/T:** NOSE: normal appearance; OROPHARYNX: clear;
**NECK:** thyroid exam reveals normal size; carotid exam reveals no bruits;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; normal bowel sounds; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
**RHEUMATIC EXAM:**
**Other**- see detailed exam; She has mild osteoarthritic changes in the hands with intrinsic tightness in the PIP joints. No synovitis present. There is limited range of motion of both shoulders with tenderness anteriorly. Limited range of motion the C-spine to about 80° left rotation 60° right rotation. There are cervical, trapezius, and rhomboid trigger points present. She has diffuse lumbar spasticity and trigger points. Finger to floor 12 inches. No pain on range of motion of either hip. Very tight hamstrings and negative SLR. Crepitations in both knees. GTBs and thigh trigger points are present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; sensation: grossly normal; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

### Lab/Test Results:

**BMI plan: healthy diet and exercise encouraged:** yes (03/10/2021),
**Patient Global Assessment:** 5 (03/10/2021),
**HAQ II Score:** 2.0 (03/10/2021),
**Fatigue score:** 6 (03/10/2021),
**COVID vaccine:** 3/9/21 (03/10/2021),

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Mar 10, 2021 10:55 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/10/2021 05:19:52 PM
Printed on 06/22/2021 at 1:39 pm.

## Assessment:

M15.0 Primary generalized (osteo)arthritis
M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)

## Plan:

**Primary generalized (osteo)arthritis**Fibromyalgia and osteoarthritis with recent flare.
She has been disabled since 2017.
She went for a functional capacity exam, and was in bed for a whole week due to exacerbation of FM due to the exertion. Fibromyalgia patients have difficulty with job performance and this did not surprise me. She continues to experience intermittent flareups, and the profound fatigue and exhaustion. As well as severe muscle and joint pain making it difficult to function both at sedentary work as manual labor such as repetitive motion.
Back in Aug flare of depression requiring a visit to Valley and adjustment in her medicines. Oliver Gregory is following and increased Cymbalta 100
Syncopal episode while at Valley cardiology workup done and following.
Left lateral breast, axillary tenderness, and she thinks she is palpated lymphadenopathy. Still has not seen GYN yet .
Coven 19 precautions.
Joint and muscle stretching as tolerated.
Massage therapy as tolerated.
Recheck in 4 months.

**Obstructive sleep apnea (adult) (pediatric)**Continue CPAP

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M15.0 Primary generalized (osteo)arthritis

Orders:

M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)



PAGE 16/16 * RCVD AT 6/23/2021 2:38:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):10-20

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | June 8, 2021 |
| To: | HUDSON ELLIS<br>ERIC BUCHANAN & ASSOCIATES, PLLC<br>P.O. BOX 11208<br>CHATTANOOGA TN 37401 |
| Attn: | |
| Fax: | (423) 634-2505 |
| From: | Courtney Grygiel<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages (Including Cover): | 19 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 8, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Dignity Health Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

As requested in your correspondence dated June 1, 2021, we will provide you with the opportunity to review and comment on new/ additional evidence that has been generated on Kimberly Shaw's appeal before a decision is rendered on this appeal.

Please find attached a copy of the medical review conducted by N. Nichole Barry, M.D., board certified in Internal Medicine and Rheumatology and William Barretto, M.D., board certified in Physical Medicine and Rehabilitation and Pain Management which is new or additional evidence in connection with this appeal. You may review the independent medical reviews conducted and provide a response to us, which we will consider in making our decision on this appeal. If we do not receive your response by June 23, 2021, we will proceed with making a determination on your appeal.

Any information you wish to submit in support of this claim may be faxed, emailed or mailed to my attention at:

Lincoln Financial Group
Attn: Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909
Disabilitydocuments@lfg.com

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by June 23, 2021, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Attachments: 3840737-MEDICAL-CP/PEER REVIEW-06.08.2021
3840737-MEDICAL-CP/PEER REVIEW-06.08.2021
3840737-MEDICAL-CP/PEER REVIEW-06.08.2021

| | | |
|---|---|---|
| RE: Claimant Name | : | Kimberly Shaw |
| Client | : | Lincoln Life Assurance Company of Boston - 92 |
| Referred By | : | Grygiel, Courtney |
| Type of Review | : | Disability |
| Type of Service | : | LTD |
| Claim Number: | : | 3840737 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15- |

| | | |
|---|---|---|
| | | 11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |

| | | |
|---|---|---|
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: William Craig MD
2) DATE: 5/24/2021
3) TIME: 2:16 PM ET
4) PERSON SPOKEN WITH: N/A
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/24/2021 at 1:16 pm PST and it is noted that the office is closed. No ability to leave a message.

TELECONFERENCE #2:

1) AP NAME: William Craig MD
2) DATE: 5/26/2021
3) TIME: 11:56 AM ET
4) PERSON SPOKEN WITH: nurse's voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/26/2021 at 10:54 am pst and detailed message left with nurse's voicemail.

TELECONFERENCE #3:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:53 AM ET
4) PERSON SPOKEN WITH: voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/27/2021 at 9:52 am pst and detailed message left with voicemail.

TELECONFERENCE #4:

1) AP NAME: William Craig MD

2) DATE: 5/27/2021
3) TIME: 10:01 AM ET
4) PERSON SPOKEN WITH: Dr. Craigs Assistant
5) POSITION OF PERSON SPOKEN WITH: Dr. Craigs Assistant

SUMMARY OF CONVERSATION: 5/27/2021 11:01 AM PT discussion with Dr. Craigs Assistant identified that he does not do P2P calls for disability and would need questions faxed.

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

TELECONFERENCE #5:
1) AP NAME: William Craig MD
2) DATE: 6/1/2021
3) TIME: 3:52 PM ET
4) PERSON SPOKEN WITH: Fax
5) POSITION OF PERSON SPOKEN WITH: Fax

SUMMARY OF CONVERSATION: Questions were faxed to Dr. Craig per his request.

Reviewer Panel Discussion:
Dr. Barry identified that she has no restrictions based on her diagnosis of fibromyalgia.

**SUMMARY OF MEDICAL DOCUMENTATION**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type (E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Records Reviewed:

The claimant is a 54-year-old female ( who ceased work on 04/21/2017 reportedly, due to fibromyalgia. All available data has been reviewed.

This is a female claimant with long-standing complaints related to fibromyalgia, to include fatigue, headaches, muscle spasms, muscle stiffness, muscle tenderness, and muscle weakness. The claimant has been seen chronically dating back to at least 2017 with symptoms noted back to

2015. Over 2400 pages of medical records were reviewed to include multiple progress notes, laboratory studies/results, imaging studies, sleep study results, therapy notes, psychotherapy documentation, functional capacity evaluation, emergency room progress reports/flowsheets, Social Security documentation, etc.

Dates Under Review: 12/7/20 to present.

01/28/2021 (W. Craig, DO) Medical Opinion Form outlined osteoarthritis, fibromyalgia, joint pain, and fatigue. It is noted by the Rheumatologist that the claimant can sit 30 minutes at one time up to 4-6 hours out of an 8 hour day. The claimant can walk 20-30 minutes up to one hour out of an 8 hour day. The claimant is recommended for no more than 10 pounds of lifting and carrying.

01/06/2021 (G. Mullins, PA-C) progress report outlines a three-month telehealth checkup. The claimant continues medications to include tramadol for fibromyalgia. Pain is 8/10. Pain level is improved to 3/10. The claimant has been working on weight loss and continues to follow-up for psychiatric and rheumatological conditions. The claimant is to continue medications as prescribed.

11/10/2020 (W. Craig, DO) progress report outlines a severe flareup of pain. The claimant is under a lot of stress. The claimant has been experiencing a lot of joint pain and severe fatigue. The claimant endorses pain and swelling in the hand. The claimant notes several hours of morning stiffness. Pain is in the neck, shoulders, back, hips, knees, and feet. Physical examination reveals osteoarthritic changes in both hands. The claimant has marked tenderness across the DIP and PIP joints and has swelling of the long, ring, and small finger PIP joints. There is intrinsic tightness. There is bilateral upper epicondylar tenderness. There is marked anterior tenderness of the bicipital tendon. There is mild AC joint crepitus and painful range of motion of the bilateral shoulders. Range of motion of the cervical spine is limited. There is diffuse paraspinal lumbar tenderness and spasticity. The claimant has tight hamstrings but negative straight leg raise. There is crepitus in both knees with moderate painful range of motion. There is tenderness in both ankles but no swelling. Trigger points are present.

**QUESTION**

**1. Please note all diagnoses supported by the medical evidence (including comorbids). For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type

(E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Provided documentation does not indicate impairment or restrictions and limitations from 12/7/20 to present in relation to any PM&R or Pain Medicine diagnoses. Rheumatologic diagnoses such as FMS and Chronic Fatigue are being reviewed by a Rheumatologist.

Despite long-standing complaints related to fibromyalgia and fatigue, there are no specific objective findings related to non-rheumatological conditions that would support restrictions and limitations.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

As noted above, the overall conditions do not preclude the claimant from sustained reliable full time capacity (8/hours/day 5 days/ week) 12/7/20 to present. See above.

**3. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope of the claimants reported complaints are consistent with the medical conditions, however, there is indication of some deconditioning. There is no indication that the claimant has undergone any recent active treatment and continues with active home exercises. Aerobic and muscle strengthening exercises are the most effective way of reducing pain and improving global well-being in people with fibromyalgia, and that stretching and aerobic exercises increase health-related quality of life. In addition, combined exercise produces the biggest beneficial effect on symptoms of depression. Exercise therapy seems to be an effective component of treatment, yielding improvement in pain and other symptoms, as well as decreasing the burden of fibromyalgia on the quality of life. Exercise is generally acceptable by individuals with fibromyalgia and was found to improve the ability to do daily activities and the quality of life and to decrease tiredness and pain.

**4. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

02/23/2021 functional capacity evaluation notes the claimant gave reliable valid effort during testing. There is a reliability score 44/50 (88%) the claimant demonstrated patterns of movement

and physiological responses that were consistent with maximal effort. The reviewer opines that the claimant did not demonstrate the ability to perform sustained work activities over an 8-hour day at this time. The claimant does not demonstrate the ability to perform sustained lower extremity activities even at a sedentary level. The claimant does not demonstrate the ability to walk for any sustained periods, carry, or stand for more than 1-2 hours total over an 8-hour day. The claimant is unable to tolerate/maintain the positions of bending, crouching, or kneeling, stair climbing, balance, standing, to perform handling right/left, and prolonged standing to perform bimanual handling at this time.

Given the length of disability, deconditioning, obesity, and multiple other comorbidities, I do not agree with the claimant's current FCE results. There is no indication that the claimant has undergone a recent conditioning program such as physical therapy, work conditioning, or work hardening. There is no indication of consistent exercise, aquatic therapy, yoga, acupuncture, etc. to address ongoing pain complaints. Claimants with fibromyalgia are encouraged to stay consistently active.

**REFERENCE (S):**

Maffei M. E. (2020). Fibromyalgia: Recent Advances in Diagnosis, Classification, Pharmacotherapy and Alternative Remedies. International journal of molecular sciences, 21(21), 7877. https://doi.org/10.3390/ijms21217877

Sosa-Reina, M. D., Nunez-Nagy, S., Gallego-Izquierdo, T., Pecos-Martín, D., Monserrat, J., & Álvarez-Mon, M. (2017). Effectiveness of Therapeutic Exercise in Fibromyalgia Syndrome: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. BioMed research international, 2017, 2356346. https://doi.org/10.1155/2017/2356346

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

RE: Claimant Name : Kimberly Shaw
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Grygiel, Courtney
Type of Review : Disability
Type of Service : LTD
Claim Number: : 3840737

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |

| | | |
|---|---|---|
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15-11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |

| | | |
|---|---|---|
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Charles Crump MD
2) DATE: 5/27/2021
3) TIME: 7:27 AM ET
4) PERSON SPOKEN WITH: voicemail
5) POSITION OF PERSON SPOKEN WITH: voicemail

SUMMARY OF CONVERSATION: A message was left with call back number.

TELECONFERENCE #2:

1) AP NAME: Charles Crump MD
2) DATE: 6/1/2021
3) TIME: 9:04 AM ET
4) PERSON SPOKEN WITH: assistant
5) POSITION OF PERSON SPOKEN WITH: assistant

SUMMARY OF CONVERSATION: The claimant sees PA, Ginger Mullins according to assistant. A message was left for her . Dr. Crump left the practice last year. No callback was received from the treating provider.

Reviewer Panel Discussion:

Dr. Barreto agreed that she would need 4 months for reconditioning, but based on her cervical and lumbar spine she has no restrictions.

**SUMMARY OF MEDICAL DOCUMENTATION**

On 8-31-2016 inflammatory markers, serologies negative/normal.

On 5-23-2017 she was seen by neurology. Reported muscle pain and weakness since 11-2016 when she was weaning off steroids, which were treating her asthma. Reports ongoing stiffness, muscle aches and fatigue. Neurological examination was normal, with no focal weakness. Assessment: fibromyalgia.

On5-31-2017 she was assessed as having severe sleep apnea.

On 6-8-2017 Nerve condition study demonstrated mild sensory neuropathy of lower extremities.

On 6-27-2017 she was seen by neurology for follow-up. Assessment was weakness is not caused by the mild sensory neuropathy. Advised to check B12, folate, RPR and serum/urinne protein electrophoresis for neuropathy workup, and send to Stanford for second opinion.

On 9-15-2017 she was seen by PMD for ongoing fatigue, arthralgias, tremors weakness, since 1-2016, after hospitalization for severe asthma. Seen by multiple physicians. Examination documented no synovitis, difficulty rising from sitting, strength 5/5 except left leg which was 4/5. Assessment chronic fatigue, chronic pain, memory disturbance, depression, OSA. Patient planning on moving to Kentucky, will finish testing there.

On 12-28-2017 she was seen by PMD as new patient since she moved to Tennessee from California. Diagnoses include fibromyalgia, tramadol is started, refilled Cymbalta, gabapentin, trazadone, and tizanidine. Examination documented generalized tenderness, no synovitis, normal neuro exam.

On 6-4-2018 she underwent psychological evaluation for DDS. Assessed as depressive disorder; anxiety

On 6-10-2018 she was seen by rheumatology for an initial visit. Fibromyalgia for 3 years, Also noted she has DDD cervical and lumbar spine. Examination documented mild OA of hands, no synovitis, normal neuro exam, 18/18 fibromyalgia trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted she meets criteria for fibromyalgia. Advised to continue medications, denied request for low dose naltrexone. Encouraged to exercise.

On 8-22-2018 she was seen by Rheumatology. Reported fibromyalgia for 3 years. Examination documented no synovitis, 18/18 trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted primary care will prescribe pain medications. Recommend increase tizanidine.

On 11-27-2018 she was seen by rheumatology. Reports xanaflex helpful. Examination unchanged. Assessment fibromyalgia, stable.

On 4-10-2019, 8-5-2019 she was seen by Rheumatology. Reports arthralgias, headaches, muscle tenderness, fatigue, Examination documented no synovitis, diffuse tenderness. Assessment fibromyalgia state with gabapentin, Zanaflex, and Cymbalta.

On 7-8-2020 she was seen by Rheumatology. Reported doing about the same. She had tried Lyrica but reported no better than gabapentin, and may be causing weight gain. Examination is unchanged. Advised to stop Lyrica, and restart gabapentin.

On 3-11-2020 she was seen by Rheumatology. Reports ongoing symptoms, pain is moderate. Examination unchanged. Advised to try Lyrica in place of gabapentin.

On 11-10-2020 she was seen by Rheumatology. Reported increased pain and "going for disability exam this afternoon". Examination documented no synovitis with tenderness of multiple joints and soft tissue. No change in medication rendered.

On 3-31-2020, 7-2-2020, 9-30-2020, 1-6-2021 she was seen by PMD for fibromyalgia. Reported taking tramadol 100mg TID, with pain 3/10 when taking not and 8/10 without it. Examination unremarkable. Tramadol is refilled.

On 11-10-2020 she underwent IME. Assessment was able to do at least light to moderate duty job due to fibromyalgia. Noted to be grossly reconditioned.
On 2-23-2021 she underwent FCE. Assessed as unable to maintain work activities over 8 hours. Limited due to pain and fatigue.

**QUESTION**

**1. Please note all rheumatological diagnoses supported by the medical evidence. For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Based on the records provided, the patient's rheumatologic diagnosis is fibromyalgia. No findings on examination imaging or lab testing indicate the presence of an inflammatory or autoimmune condition.
Fibromyalgia, or central sensitization syndrome, is a pain syndrome, characterized by hyperalgesia to painful stimuli. It is now referred to as central sensitization syndrome, to emphasize the cause as being related to issues with amplified pain receptors of the central nervous system. It is not associated with a pathological process, and is not progressive. The optimal treatment, as recommended by the American College of Rheumatology, is focused around exercise and activity, not by limiting it, and therefore, does not support any need for functional limitations. IN fact, the deconditioned state that results from limiting activity will lead to a worsening of the pain and fatigue associated with fibromyalgia. Basically, the less the patient do, the greater their symptoms become.
Therefore based on the diagnosis of fibromyalgia, functional limitations are not supported.
It was noted that she is severely deconditioned, and therefore, a period of adjustment as activity increases is reasonable, with gradual increase in activity over 4 months.
Lastly, the claimant does have other medical issues, including depression, anxiety, lumbar radiculopathy, peripheral neuropathy, asthma, which may affect function, however, these are non-rheumatologic and beyond the scope of this determination.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

I cannot comment on co-morbid, non-rheumatological conditions.
From a rheumatological perspective, limitations are not supported. Full-time hours are reasonable.

**3. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

The FCE noted that the claimant was limited based purely on self-restriction, due to pain and fatigue, which, in part may be due to fibromyalgia, and some due to her other conditions such as sleep apnea, depression, anxiety, lumbar radiculopathy, peripheral neuropathy. The component due to fibromyalgia does not support a need for limitations. The pain is centrally amplified. It was also noted in the IME that she is severely deconditioned as well. It is reasonable that she will experience discomfort, both in muscle pain and fatigue, as she increases her level of exertion. This will improve over time, as will the pain and fatigue associated with fibromyalgia. Patients with fibromyalgia are very reluctant to increase activity, due to fear that their fatigue and pain will worsen, yet when they start to exercise regularly, the opposite happens.

<u>CONFLICT OF INTEREST</u>:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



N. Nichole Barry, M.D.
Board Certified: American Board of Internal Medicine; Rheumatology
Clinical Assistant Professor Department of Functional Restoration at Stanford University Medical Center
American College of Rheumatology
American College of Sports Medicine
Northern California Rheumatology Association
Boards of Directors of the Lupus Foundation of Northern California

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/2/2021

William Craig MD
Re: Kimberly Shaw

Hi Dr. William Craig MD,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with William M Barreto, regarding your patient, referenced above. In lieu of a teleconference, William M Barreto has provided the following questions:

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or (assigners email address or email we set up in system for peers).

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amy Doyle
Peer Review Services
MLS Group of Companies, LLC

| | | |
|---|---|---|
| RE: | Claimant Name : | Kimberly Shaw |
| | Client : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By : | Grygiel, Courtney |
| | Type of Review : | Disability |
| | Type of Service : | LTD |
| | Claim Number: : | 3840737 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15- |

| | | |
|---|---|---|
| | | 11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |

| | | |
|---|---|---|
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: William Craig MD
2) DATE: 5/24/2021
3) TIME: 2:16 PM ET
4) PERSON SPOKEN WITH: N/A
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/24/2021 at 1:16 pm PST and it is noted that the office is closed. No ability to leave a message.

TELECONFERENCE #2:

1) AP NAME: William Craig MD
2) DATE: 5/26/2021
3) TIME: 11:56 AM ET
4) PERSON SPOKEN WITH: nurse's voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/26/2021 at 10:54 am pst and detailed message left with nurse's voicemail.

TELECONFERENCE #3:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:53 AM ET
4) PERSON SPOKEN WITH: voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/27/2021 at 9:52 am pst and detailed message left with voicemail.

TELECONFERENCE #4:

1) AP NAME: William Craig MD

2) DATE: 5/27/2021
3) TIME: 10:01 AM ET
4) PERSON SPOKEN WITH: Dr. Craigs Assistant
5) POSITION OF PERSON SPOKEN WITH: Dr. Craigs Assistant

SUMMARY OF CONVERSATION: 5/27/2021 11:01 AM PT discussion with Dr. Craigs Assistant identified that he does not do P2P calls for disability and would need questions faxed.

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

TELECONFERENCE #5:
1) AP NAME: William Craig MD
2) DATE: 6/1/2021
3) TIME: 3:52 PM ET
4) PERSON SPOKEN WITH: Fax
5) POSITION OF PERSON SPOKEN WITH: Fax

SUMMARY OF CONVERSATION: Questions were faxed to Dr. Craig per his request.

Reviewer Panel Discussion:
Dr. Barry identified that she has no restrictions based on her diagnosis of fibromyalgia.

**SUMMARY OF MEDICAL DOCUMENTATION**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type (E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Records Reviewed:

The claimant is a 54-year-old female ( who ceased work on 04/21/2017 reportedly, due to fibromyalgia. All available data has been reviewed.

This is a female claimant with long-standing complaints related to fibromyalgia, to include fatigue, headaches, muscle spasms, muscle stiffness, muscle tenderness, and muscle weakness. The claimant has been seen chronically dating back to at least 2017 with symptoms noted back to

2015. Over 2400 pages of medical records were reviewed to include multiple progress notes, laboratory studies/results, imaging studies, sleep study results, therapy notes, psychotherapy documentation, functional capacity evaluation, emergency room progress reports/flowsheets, Social Security documentation, etc.

Dates Under Review: 12/7/20 to present.

01/28/2021 (W. Craig, DO) Medical Opinion Form outlined osteoarthritis, fibromyalgia, joint pain, and fatigue. It is noted by the Rheumatologist that the claimant can sit 30 minutes at one time up to 4-6 hours out of an 8 hour day. The claimant can walk 20-30 minutes up to one hour out of an 8 hour day. The claimant is recommended for no more than 10 pounds of lifting and carrying.

01/06/2021 (G. Mullins, PA-C) progress report outlines a three-month telehealth checkup. The claimant continues medications to include tramadol for fibromyalgia. Pain is 8/10. Pain level is improved to 3/10. The claimant has been working on weight loss and continues to follow-up for psychiatric and rheumatological conditions. The claimant is to continue medications as prescribed.

11/10/2020 (W. Craig, DO) progress report outlines a severe flareup of pain. The claimant is under a lot of stress. The claimant has been experiencing a lot of joint pain and severe fatigue. The claimant endorses pain and swelling in the hand. The claimant notes several hours of morning stiffness. Pain is in the neck, shoulders, back, hips, knees, and feet. Physical examination reveals osteoarthritic changes in both hands. The claimant has marked tenderness across the DIP and PIP joints and has swelling of the long, ring, and small finger PIP joints. There is intrinsic tightness. There is bilateral upper epicondylar tenderness. There is marked anterior tenderness of the bicipital tendon. There is mild AC joint crepitus and painful range of motion of the bilateral shoulders. Range of motion of the cervical spine is limited. There is diffuse paraspinal lumbar tenderness and spasticity. The claimant has tight hamstrings but negative straight leg raise. There is crepitus in both knees with moderate painful range of motion. There is tenderness in both ankles but no swelling. Trigger points are present.

**QUESTION**

**1. Please note all diagnoses supported by the medical evidence (including comorbids). For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type

(E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Provided documentation does not indicate impairment or restrictions and limitations from 12/7/20 to present in relation to any PM&R or Pain Medicine diagnoses. Rheumatologic diagnoses such as FMS and Chronic Fatigue are being reviewed by a Rheumatologist.

Despite long-standing complaints related to fibromyalgia and fatigue, there are no specific objective findings related to non-rheumatological conditions that would support restrictions and limitations.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

As noted above, the overall conditions do not preclude the claimant from sustained reliable full time capacity (8/hours/day 5 days/ week) 12/7/20 to present. See above.

**3. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope of the claimants reported complaints are consistent with the medical conditions, however, there is indication of some deconditioning. There is no indication that the claimant has undergone any recent active treatment and continues with active home exercises. Aerobic and muscle strengthening exercises are the most effective way of reducing pain and improving global well-being in people with fibromyalgia, and that stretching and aerobic exercises increase health-related quality of life. In addition, combined exercise produces the biggest beneficial effect on symptoms of depression. Exercise therapy seems to be an effective component of treatment, yielding improvement in pain and other symptoms, as well as decreasing the burden of fibromyalgia on the quality of life. Exercise is generally acceptable by individuals with fibromyalgia and was found to improve the ability to do daily activities and the quality of life and to decrease tiredness and pain.

**4. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

02/23/2021 functional capacity evaluation notes the claimant gave reliable valid effort during testing. There is a reliability score 44/50 (88%) the claimant demonstrated patterns of movement

and physiological responses that were consistent with maximal effort. The reviewer opines that the claimant did not demonstrate the ability to perform sustained work activities over an 8-hour day at this time. The claimant does not demonstrate the ability to perform sustained lower extremity activities even at a sedentary level. The claimant does not demonstrate the ability to walk for any sustained periods, carry, or stand for more than 1-2 hours total over an 8-hour day. The claimant is unable to tolerate/maintain the positions of bending, crouching, or kneeling, stair climbing, balance, standing, to perform handling right/left, and prolonged standing to perform bimanual handling at this time.

Given the length of disability, deconditioning, obesity, and multiple other comorbidities, I do not agree with the claimant's current FCE results. There is no indication that the claimant has undergone a recent conditioning program such as physical therapy, work conditioning, or work hardening. There is no indication of consistent exercise, aquatic therapy, yoga, acupuncture, etc. to address ongoing pain complaints. Claimants with fibromyalgia are encouraged to stay consistently active.

**REFERENCE (S):**

Maffei M. E. (2020). Fibromyalgia: Recent Advances in Diagnosis, Classification, Pharmacotherapy and Alternative Remedies. International journal of molecular sciences, 21(21), 7877. https://doi.org/10.3390/ijms21217877

Sosa-Reina, M. D., Nunez-Nagy, S., Gallego-Izquierdo, T., Pecos-Martín, D., Monserrat, J., & Álvarez-Mon, M. (2017). Effectiveness of Therapeutic Exercise in Fibromyalgia Syndrome: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. BioMed research international, 2017, 2356346. https://doi.org/10.1155/2017/2356346

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

RE: Claimant Name : Kimberly Shaw
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Grygiel, Courtney
Type of Review : Disability
Type of Service : LTD
Claim Number: : 3840737

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |

| | | |
|---|---|---|
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15-11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |

| | | |
|---|---|---|
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Charles Crump MD
2) DATE: 5/27/2021
3) TIME: 7:27 AM ET
4) PERSON SPOKEN WITH: voicemail
5) POSITION OF PERSON SPOKEN WITH: voicemail

SUMMARY OF CONVERSATION: A message was left with call back number.

TELECONFERENCE #2:

1) AP NAME: Charles Crump MD
2) DATE: 6/1/2021
3) TIME: 9:04 AM ET
4) PERSON SPOKEN WITH: assistant
5) POSITION OF PERSON SPOKEN WITH: assistant

SUMMARY OF CONVERSATION: The claimant sees PA, Ginger Mullins according to assistant. A message was left for her . Dr. Crump left the practice last year. No callback was received from the treating provider.

Reviewer Panel Discussion:

Dr. Barreto agreed that she would need 4 months for reconditioning, but based on her cervical and lumbar spine she has no restrictions.

**SUMMARY OF MEDICAL DOCUMENTATION**

On 8-31-2016 inflammatory markers, serologies negative/normal.

On 5-23-2017 she was seen by neurology. Reported muscle pain and weakness since 11-2016 when she was weaning off steroids, which were treating her asthma. Reports ongoing stiffness, muscle aches and fatigue. Neurological examination was normal, with no focal weakness. Assessment: fibromyalgia.

On5-31-2017 she was assessed as having severe sleep apnea.

On 6-8-2017 Nerve condition study demonstrated mild sensory neuropathy of lower extremities.

On 6-27-2017 she was seen by neurology for follow-up. Assessment was weakness is not caused by the mild sensory neuropathy. Advised to check B12, folate, RPR and serum/urinne protein electrophoresis for neuropathy workup, and send to Stanford for second opinion.

On 9-15-2017 she was seen by PMD for ongoing fatigue, arthralgias, tremors weakness, since 1-2016, after hospitalization for severe asthma. Seen by multiple physicians. Examination documented no synovitis, difficulty rising from sitting, strength 5/5 except left leg which was 4/5. Assessment chronic fatigue, chronic pain, memory disturbance, depression, OSA. Patient planning on moving to Kentucky, will finish testing there.

On 12-28-2017 she was seen by PMD as new patient since she moved to Tennessee from California. Diagnoses include fibromyalgia, tramadol is started, refilled Cymbalta, gabapentin, trazadone, and tizanidine. Examination documented generalized tenderness, no synovitis, normal neuro exam.

On 6-4-2018 she underwent psychological evaluation for DDS. Assessed as depressive disorder; anxiety

On 6-10-2018 she was seen by rheumatology for an initial visit. Fibromyalgia for 3 years, Also noted she has DDD cervical and lumbar spine. Examination documented mild OA of hands, no synovitis, normal neuro exam, 18/18 fibromyalgia trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted she meets criteria for fibromyalgia. Advised to continue medications, denied request for low dose naltrexone. Encouraged to exercise.

On 8-22-2018 she was seen by Rheumatology. Reported fibromyalgia for 3 years. Examination documented no synovitis, 18/18 trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted primary care will prescribe pain medications. Recommend increase tizanidine.

On 11-27-2018 she was seen by rheumatology. Reports xanaflex helpful. Examination unchanged. Assessment fibromyalgia, stable.

On 4-10-2019, 8-5-2019 she was seen by Rheumatology. Reports arthralgias, headaches, muscle tenderness, fatigue, Examination documented no synovitis, diffuse tenderness. Assessment fibromyalgia state with gabapentin, Zanaflex, and Cymbalta.

On 7-8-2020 she was seen by Rheumatology. Reported doing about the same. She had tried Lyrica but reported no better than gabapentin, and may be causing weight gain. Examination is unchanged. Advised to stop Lyrica, and restart gabapentin.

On 3-11-2020 she was seen by Rheumatology. Reports ongoing symptoms, pain is moderate. Examination unchanged. Advised to try Lyrica in place of gabapentin.

On 11-10-2020 she was seen by Rheumatology. Reported increased pain and "going for disability exam this afternoon". Examination documented no synovitis with tenderness of multiple joints and soft tissue. No change in medication rendered.

On 3-31-2020, 7-2-2020, 9-30-2020, 1-6-2021 she was seen by PMD for fibromyalgia. Reported taking tramadol 100mg TID, with pain 3/10 when taking not and 8/10 without it. Examination unremarkable. Tramadol is refilled.

**Lincoln/ Shaw 0210**

On 11-10-2020 she underwent IME. Assessment was able to do at least light to moderate duty job due to fibromyalgia. Noted to be grossly reconditioned.
On 2-23-2021 she underwent FCE. Assessed as unable to maintain work activities over 8 hours. Limited due to pain and fatigue.

**QUESTION**

**1. Please note all rheumatological diagnoses supported by the medical evidence. For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Based on the records provided, the patient's rheumatologic diagnosis is fibromyalgia. No findings on examination imaging or lab testing indicate the presence of an inflammatory or autoimmune condition.
Fibromyalgia, or central sensitization syndrome, is a pain syndrome, characterized by hyperalgesia to painful stimuli. It is now referred to as central sensitization syndrome, to emphasize the cause as being related to issues with amplified pain receptors of the central nervous system. It is not associated with a pathological process, and is not progressive. The optimal treatment, as recommended by the American College of Rheumatology, is focused around exercise and activity, not by limiting it, and therefore, does not support any need for functional limitations. IN fact, the deconditioned state that results from limiting activity will lead to a worsening of the pain and fatigue associated with fibromyalgia. Basically, the less the patient do, the greater their symptoms become.
Therefore based on the diagnosis of fibromyalgia, functional limitations are not supported.
It was noted that she is severely deconditioned, and therefore, a period of adjustment as activity increases is reasonable, with gradual increase in activity over 4 months.
Lastly, the claimant does have other medical issues, including depression, anxiety, lumbar radiculopathy, peripheral neuropathy, asthma, which may affect function, however, these are non-rheumatologic and beyond the scope of this determination.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

I cannot comment on co-morbid, non-rheumatological conditions.
From a rheumatological perspective, limitations are not supported. Full-time hours are reasonable.

**3. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

The FCE noted that the claimant was limited based purely on self-restriction, due to pain and fatigue, which, in part may be due to fibromyalgia, and some due to her other conditions such as sleep apnea, depression, anxiety, lumbar radiculopathy, peripheral neuropathy. The component due to fibromyalgia does not support a need for limitations. The pain is centrally amplified. It was also noted in the IME that she is severely deconditioned as well. It is reasonable that she will experience discomfort, both in muscle pain and fatigue, as she increases her level of exertion. This will improve over time, as will the pain and fatigue associated with fibromyalgia. Patients with fibromyalgia are very reluctant to increase activity, due to fear that their fatigue and pain will worsen, yet when they start to exercise regularly, the opposite happens.

<u>CONFLICT OF INTEREST</u>:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



N. Nichole Barry, M.D.
Board Certified: American Board of Internal Medicine; Rheumatology
Clinical Assistant Professor Department of Functional Restoration at Stanford University Medical Center
American College of Rheumatology
American College of Sports Medicine
Northern California Rheumatology Association
Boards of Directors of the Lupus Foundation of Northern California

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

Page - 7 Claimant Name: Kimberly Shaw Claim Number: 3840737

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/2/2021

William Craig MD
Re: Kimberly Shaw

Hi Dr. William Craig MD,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with William M Barreto, regarding your patient, referenced above. In lieu of a teleconference, William M Barreto has provided the following questions:

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or (assigners email address or email we set up in system for peers).

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amy Doyle
Peer Review Services
MLS Group of Companies, LLC

6/8/2021

| | | |
|---|---|---|
| RE: Claimant Name | : | Kimberly Shaw |
| Client | : | Lincoln Life Assurance Company of Boston - 92 |
| Referred By | : | Grygiel, Courtney |
| Type of Review | : | Disability |
| Type of Service | : | LTD |
| Claim Number: | : | 3840737 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |

| | | |
|---|---|---|
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15-11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |

| | | |
|---|---|---|
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Charles Crump MD
2) DATE: 5/27/2021
3) TIME: 7:27 AM ET
4) PERSON SPOKEN WITH: voicemail
5) POSITION OF PERSON SPOKEN WITH: voicemail

SUMMARY OF CONVERSATION: A message was left with call back number.

TELECONFERENCE #2:

1) AP NAME: Charles Crump MD
2) DATE: 6/1/2021
3) TIME: 9:04 AM ET
4) PERSON SPOKEN WITH: assistant
5) POSITION OF PERSON SPOKEN WITH: assistant

SUMMARY OF CONVERSATION: The claimant sees PA, Ginger Mullins according to assistant. A message was left for her . Dr. Crump left the practice last year. No callback was received from the treating provider.

Reviewer Panel Discussion:
Dr. Barreto agreed that she would need 4 months for reconditioning, but based on her cervical and lumbar spine she has no restrictions.

**SUMMARY OF MEDICAL DOCUMENTATION**

On 8-31-2016 inflammatory markers, serologies negative/normal.

On 5-23-2017 she was seen by neurology. Reported muscle pain and weakness since 11-2016 when she was weaning off steroids, which were treating her asthma. Reports ongoing stiffness, muscle aches and fatigue. Neurological examintion was normal, with no focal weakness. Assessment: fibromyalgia.

On5-31-2017 she was assessed as having severe sleep apnea.

On 6-8-2017 Nerve condition study demonstrated mild sensory neuropathy of lower extremities.

On 6-27-2017 she was seen by neurology for follow-up. Assessment was weakness is not caused by the mild sensory neuropathy. Advised to check B12, folate, RPR and serum/urinne protein elctropheresis for neuropathy workup, and send to Stanford for second opinion.

On 9-15-2017 she was seen by PMD for ongoing fatigue, arthralgias, tremors weakness, since 1-2016, after hospitalization for severe asthma. Seen by multiple physicians. Examination documented no synovitis, difficulty rising from sitting, strength 5/5 except left leg which was 4/5. Assessment chronic fatigue, chronic pain, memory disturbance, depression, OSA. Patient planning on moving to Kentucky, will finish testing there.

On 12-28-2017 she was seen by PMD as new patient since she moved to Tennessee from California. Diagnoses include fibromyalgia, tramadol is started, refilled cymbalta, gabapentin, trazadone, and tizanidine. Examination documented generalized tenderness, no synovitis, normal neuro exam.

On 6-4-2018 she underwent psychological evaluation for DDS. Assessed as depressive disorder; anxiety

On 6-10-2018 she was seen by rheumatology for an initial visit. Fibromyalgia for 3 years, Also noted she has DDD cervical and lumbar spine. Examination documented mild OA of hands, no synovitis, normal neuro exam, 18/18 fibromyalgia trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted she meets criteria for fibromyalgia. Advised to continue medications, denied request for low dose naltrexone. Encouraged to exercise.

On 8-22-2018 she was seen by Rheumatology. Reported fibromyalgia for 3 years. Examination documented no synovitis, 18/18 trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted primary care will prescribe pain medications. Recommend increase tizanidine.

On 11-27-2018 she was seen by rheumatology. Reports xanaflex helpful. Examination unchanged. Assessment fibromyalgia, stable.

On 4-10-2019, 8-5-2019 she was seen by Rheumatology. Reports arthralgias, headaches, muscle tenderness, fatigue, Examination documented no synovitis, diffuse tenderness . Assessment fibromyalgia state with gabapentin, zanaflex, and cymbalta.

On 7-8-2020 she was seen by Rheumatology. Reported doing about the same. She had tried Lyrica but reported no better than gabapentin, and may be causing weight gain. Examination is unchanged. Advised to stop Lyrica, and restart gabapentin.

On 3-11-2020 she was seen by Rheumatology. Reports ongoing symptoms, pain is moderate. Examination unchanged. Advised to try Lyrica in place of gabapentin.

On 11-10-2020 she was seen by Rheumatology. Reported increased pain and "going for disability exam this afternoon". Examination documented no synovitis with tenderness of multiple joints and soft tissue. No change in medication rendered.

On 3-31-2020, 7-2-2020, 9-30-2020, 1-6-2021 she was seen by PMD for fibromyalgia. Reported taking tramadol 100mg TID, with pain 3/10 when taking not and 8/10 without it. Examination unremarkable. Tramadol is refilled.

On 11-10-2020 she underwent IME. Assessment was able to do at least light to moderate duty job due to fibromyalgia. Noted to be grossly reconditioned.
On 2-23-2021 she underwent FCE. Assessed as unable to maintain work activities over 8 hours. Limited due to pain and fatigue.

**QUESTION**

**1. Please note all rheumatological diagnoses supported by the medical evidence. For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Based on the records provided, the patient's rheumatologic diagnosis is fibromyalgia. No findings on examination imaging or lab testing indicate the presence of an inflammatory or autoimmune condition.
Fibromyalgia, or central sensitization syndrome, is a pain syndrome, characterized by hyperalgesia to painful stimuli. It is now referred to as central sensitization syndrome, to emphasize the cause as being related to issues with amplified pain receptors of the central nervous system. It is not associated with a pathological process, and is not progressive. The optimal treatment, as recommended by the American College of Rheumatology , is focused around exercise and activity, not by limiting it, and therefore, does not support any need for functional limitations. IN fact, the deconditioned state that results from limiting activity will lead to a worsening of the pain and fatigue associated with fibromyalgia. Basically the less the patient do, the greater their symptoms become.
Therefore based on the diagnosis of fibromyalgia, functional limitations are not supported.
It was noted that she is severely deconditioned, and therefore, a period of adjustment as activity increases is reasonable, with gradual increase in activity over 4 months.
Lastly, the claimant does have other medical issues, including depression, anxiety, lumbar radiculopathy, peripheral neuropathy, asthma, which may affect function, however, these are non-rheumatologic and beyond the scope of this determination.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

I cannot comment on co-morbid, non-rheumatological conditions.
From a rheumatological perspective , limitations are not supported. Full-time hours are reasonable.

**3. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

The FCE noted that the claimant was limited based purely on self-restriction, due to pain and fatigue, which, in part may be due to fibromyalgia, and some due to her other conditions such as sleep apnea, depression, anxiety, lumbar radiculopathy, peripheral neuropathy. The component due to fibromyalgia does not support a need for limitations. The pain is centrally amplified. It was also noted in the IME that she is severely deconditioned as well. It is reasonable that she will experience discomfort, both in muscle pain and fatigue, as she increases her level of exertion. This will improve over time, as will the pain and fatigue associated with fibromyalgia. Patients with fibromyalgia are very reluctant to increase activity, due to fear that their fatigue and pain will worsen, yet when they start to exercise regularly the opposite happens.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

N. Nichole Barry, M.D.
Board Certified: American Board of Internal Medicine; Rheumatology
Clinical Assistant Professor Department of Functional Restoration at Stanford University Medical Center
American College of Rheumatology
American College of Sports Medicine
Northern California Rheumatology Association
Boards of Directors of the Lupus Foundation of Northern California

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

Page - 7 Claimant Name: Kimberly Shaw Claim Number: 3840737

6/8/2021

RE: Claimant Name : Kimberly Shaw
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Grygiel, Courtney
Type of Review : Disability
Type of Service : LTD
Claim Number: : 3840737

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15- |

| | | |
|---|---|---|
| | | 11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |

| | | |
|---|---|---|
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: William Craig MD
2) DATE: 5/24/2021
3) TIME: 2:16 PM ET
4) PERSON SPOKEN WITH: N/A
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/24/2021 at 1:16 pm PST and it is noted that the office is closed. No ability to leave a message.

TELECONFERENCE #2:

1) AP NAME: William Craig MD
2) DATE: 5/26/2021
3) TIME: 11:56 AM ET
4) PERSON SPOKEN WITH: nurse's voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/26/2021 at 10:54 am pst and detailed message left with nurse's voicemail.

TELECONFERENCE #3:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:53 AM ET
4) PERSON SPOKEN WITH: voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/27/2021 at 9:52 am pst and detailed message left with voicemail.

TELECONFERENCE #4:

1) AP NAME: William Craig MD

2) DATE: 5/27/2021
3) TIME: 10:01 AM ET
4) PERSON SPOKEN WITH: Dr. Craigs Assistant
5) POSITION OF PERSON SPOKEN WITH: Dr. Craigs Assistant

SUMMARY OF CONVERSATION: 5/27/2021 11:01 AM PT discussion with Dr. Craigs Assistant identified that he does not do P2P calls for disability and would need questions faxed.

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

TELECONFERENCE #5:

1) AP NAME: William Craig MD
2) DATE: 6/1/2021
3) TIME: 3:52 PM ET
4) PERSON SPOKEN WITH: Fax
5) POSITION OF PERSON SPOKEN WITH: Fax

SUMMARY OF CONVERSATION: Questions were faxed to Dr. Craig per his request.

06/08/21 8:05 AM no reply received to faxed questions

Reviewer Panel Discussion:
Dr. Barry identified that she has no restrictions based on her diagnosis of fibromyalgia.

**SUMMARY OF MEDICAL DOCUMENTATION**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type (E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Records Reviewed:

The claimant is a 54-year-old female ( who ceased work on 04/21/2017 reportedly, due to fibromyalgia. All available data has been reviewed.

This is a female claimant with long-standing complaints related to fibromyalgia, to include fatigue, headaches, muscle spasms, muscle stiffness, muscle tenderness, and muscle weakness. The claimant has been seen chronically dating back to at least 2017 with symptoms noted back to 2015. Over 2400 pages of medical records were reviewed to include multiple progress notes, laboratory studies/results, imaging studies, sleep study results, therapy notes, psychotherapy documentation, functional capacity evaluation, emergency room progress reports/flowsheets, Social Security documentation, etc.

Dates Under Review: 12/7/20 to present.

01/28/2021 (W. Craig, DO) Medical Opinion Form outlined osteoarthritis, fibromyalgia, joint pain, and fatigue. It is noted by the Rheumatologist that the claimant can sit 30 minutes at one time up to 4-6 hours out of an 8 hour day. The claimant can walk 20-30 minutes up to one hour out of an 8 hour day. The claimant is recommended for no more than 10 pounds of lifting and carrying.

01/06/2021 (G. Mullins, PA-C) progress report outlines a three-month telehealth checkup. The claimant continues medications to include tramadol for fibromyalgia. Pain is 8/10. Pain level is improved to 3/10. The claimant has been working on weight loss and continues to follow-up for psychiatric and rheumatological conditions. The claimant is to continue medications as prescribed.

11/10/2020 (W. Craig, DO) progress report outlines a severe flareup of pain. The claimant is under a lot of stress. The claimant has been experiencing a lot of joint pain and severe fatigue. The claimant endorses pain and swelling in the hand. The claimant notes several hours of morning stiffness. Pain is in the neck, shoulders, back, hips, knees, and feet. Physical examination reveals osteoarthritic changes in both hands. The claimant has marked tenderness across the DIP and PIP joints and has swelling of the long, ring, and small finger PIP joints. There is intrinsic tightness. There is bilateral upper epicondylar tenderness. There is marked anterior tenderness of the bicipital tendon. There is mild AC joint crepitus and painful range of motion of the bilateral shoulders. Range of motion of the cervical spine is limited. There is diffuse paraspinal lumbar tenderness and spasticity. The claimant has tight hamstrings but negative straight leg raise. There is crepitus in both knees with moderate painful range of motion. There is tenderness in both ankles but no swelling. Trigger points are present.

**<u>QUESTION</u>**

**1. Please note all diagnoses supported by the medical evidence (including comorbids). For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type (E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Provided documentation does not indicate impairment or restrictions and limitations from 12/7/20 to present in relation to any PM&R or Pain Medicine diagnoses. Rheumatologic diagnoses such as FMS and Chronic Fatigue are being reviewed by a Rheumatologist.

Despite long-standing complaints related to fibromyalgia and fatigue, there are no specific objective findings related to non-rheumatological conditions that would support restrictions and limitations.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

As noted above, the overall conditions do not preclude the claimant from sustained reliable full time capacity (8/hours/day 5 days/ week) 12/7/20 to present. See above.

**3. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope of the claimants reported complaints are consistent with the medical conditions, however, there is indication of some deconditioning. There is no indication that the claimant has undergone any recent active treatment and continues with active home exercises. Aerobic and muscle strengthening exercises are the most effective way of reducing pain and improving global well-being in people with fibromyalgia, and that stretching and aerobic exercises increase health-related quality of life. In addition, combined exercise produces the biggest beneficial effect on symptoms of depression. Exercise therapy seems to be an effective component of treatment, yielding improvement in pain and other symptoms, as well as decreasing the burden of fibromyalgia on the quality of life. Exercise is generally acceptable by individuals with fibromyalgia and was found to improve the ability to do daily activities and the quality of life and to decrease tiredness and pain.

**4. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

02/23/2021 functional capacity evaluation notes the claimant gave reliable valid effort during testing. There is a reliability score 44/50 (88%) the claimant demonstrated patterns of movement and physiological responses that were consistent with maximal effort. The reviewer opines that the claimant did not demonstrate the ability to perform sustained work activities over an 8-hour day at this time. The claimant does not demonstrate the ability to perform sustained lower extremity activities even at a sedentary level. The claimant does not demonstrate the ability to walk for any sustained periods, carry, or stand for more than 1-2 hours total over an 8-hour day. The claimant is unable to tolerate/maintain the positions of bending, crouching, or kneeling, stair climbing, balance, standing, to perform handling right/left, and prolonged standing to perform bimanual handling at this time.

Given the length of disability, deconditioning, obesity, and multiple other comorbidities, I do not agree with the claimant's current FCE results. There is no indication that the claimant has undergone a recent conditioning program such as physical therapy, work conditioning, or work hardening. There is no indication of consistent exercise, aquatic therapy, yoga, acupuncture, etc. to address ongoing pain complaints. Claimants with fibromyalgia are encouraged to stay consistently active.

**REFERENCE (S):**

Maffei M. E. (2020). Fibromyalgia: Recent Advances in Diagnosis, Classification, Pharmacotherapy and Alternative Remedies. International journal of molecular sciences, 21(21), 7877. https://doi.org/10.3390/ijms21217877

Sosa-Reina, M. D., Nunez-Nagy, S., Gallego-Izquierdo, T., Pecos-Martín, D., Monserrat, J., & Álvarez-Mon, M. (2017). Effectiveness of Therapeutic Exercise in Fibromyalgia Syndrome: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. BioMed research international, 2017, 2356346. https://doi.org/10.1155/2017/2356346

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:**njackson@mlsgroupllc.com
**Sent:**Tue, 8 Jun 2021 09:17:01 -0400
**To:**VendorReferrals
**Subject:**MLS review notification for case - 3840737 ID: MLS 107611
**Attachments:**AP questions Dr Craig__R02_107611-1_v2.pdf, Invoice_107611-1_v1.pdf, Report_MLS_D2__R01_107611-1_v1.doc, Report_MLS_D2__R02_107611-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached final reports and invoice. Thank you!

Amy Doyle
adoyle@mlsgroupllc.com

Nancy Jackson
njackson@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mlsgroupllc.com

6/2/2021

William Craig MD
Re: Kimberly Shaw

Hi Dr. William Craig MD,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with William M Barreto, regarding your patient, referenced above. In lieu of a teleconference, William M Barreto has provided the following questions:

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or (assigners email address or email we set up in system for peers).

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amy Doyle
Peer Review Services
MLS Group of Companies, LLC

**Invoice** **107611-1**

**Date of Invoice** 6/8/2021 9

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Courtney Grygiel

| | |
|---|---|
| **Case ID:** | 3840737 |
| **Referral ID:** | 107611 |
| **Name:** | Kimberly Shaw |
| **Employer:** | |
| **Physician:** | N. Nichole Barry, William M Barreto, |
| **Specialty:** | Rheumatology,PMR & Pain Medicine |
| **Svc Date:** | 6/8/2021 |

| Item | Rate |
|---|---|
| Peer Review | $6510.00 |

| | |
|---|---|
| **Invoice Total** | $6510.00 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $6510.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/ Shaw 0232**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, June 8, 2021 11:51:17 AM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw |
| Attachments: | bmh847jtczyehlkuyilt_10614762.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 8, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Please see attached letter and reports.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Attachments: 3840737-RESPOND-OTHER THIRD PARTY-06.08.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | June 8, 2021 |
| To: | HUDSON ELLIS<br>ERIC BUCHANAN & ASSOCIATES, PLLC<br>P.O. BOX 11208<br>CHATTANOOGA TN 37401 |
| Attn: | |
| Fax: | (423) 634-2505 |
| From: | Courtney Grygiel<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 19 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 8, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Dignity Health Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

As requested in your correspondence dated June 1, 2021, we will provide you with the opportunity to review and comment on new/ additional evidence that has been generated on Kimberly Shaw's appeal before a decision is rendered on this appeal.

Please find attached a copy of the medical review conducted by N. Nichole Barry, M.D., board certified in Internal Medicine and Rheumatology and William Barretto, M.D., board certified in Physical Medicine and Rehabilitation and Pain Management which is new or additional evidence in connection with this appeal. You may review the independent medical reviews conducted and provide a response to us, which we will consider in making our decision on this appeal. If we do not receive your response by June 23, 2021, we will proceed with making a determination on your appeal.

Any information you wish to submit in support of this claim may be faxed, emailed or mailed to my attention at:

Lincoln Financial Group
Attn: Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909
Disabilitydocuments@lfg.com

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by June 23, 2021, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Attachments: 3840737-MEDICAL-CP/PEER REVIEW-06.08.2021
3840737-MEDICAL-CP/PEER REVIEW-06.08.2021
3840737-MEDICAL-CP/PEER REVIEW-06.08.2021

| | | |
|---|---|---|
| RE: | Claimant Name | : Kimberly Shaw |
| | Client | : Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : Grygiel, Courtney |
| | Type of Review | : Disability |
| | Type of Service | : LTD |
| | Claim Number: | : 3840737 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15- |

| | | |
|---|---|---|
| | | 11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |

| | | |
|---|---|---|
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: William Craig MD
2) DATE: 5/24/2021
3) TIME: 2:16 PM ET
4) PERSON SPOKEN WITH: N/A
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/24/2021 at 1:16 pm PST and it is noted that the office is closed. No ability to leave a message.

TELECONFERENCE #2:

1) AP NAME: William Craig MD
2) DATE: 5/26/2021
3) TIME: 11:56 AM ET
4) PERSON SPOKEN WITH: nurse's voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/26/2021 at 10:54 am pst and detailed message left with nurse's voicemail.

TELECONFERENCE #3:

1) AP NAME: William Craig MD
2) DATE: 5/27/2021
3) TIME: 10:53 AM ET
4) PERSON SPOKEN WITH: voicemail.
5) POSITION OF PERSON SPOKEN WITH: N/A

SUMMARY OF CONVERSATION: 05/27/2021 at 9:52 am pst and detailed message left with voicemail.

TELECONFERENCE #4:

1) AP NAME: William Craig MD

2) DATE: 5/27/2021
3) TIME: 10:01 AM ET
4) PERSON SPOKEN WITH: Dr. Craigs Assistant
5) POSITION OF PERSON SPOKEN WITH: Dr. Craigs Assistant

SUMMARY OF CONVERSATION: 5/27/2021 11:01 AM PT discussion with Dr. Craigs Assistant identified that he does not do P2P calls for disability and would need questions faxed.

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

TELECONFERENCE #5:

1) AP NAME: William Craig MD
2) DATE: 6/1/2021
3) TIME: 3:52 PM ET
4) PERSON SPOKEN WITH: Fax
5) POSITION OF PERSON SPOKEN WITH: Fax

SUMMARY OF CONVERSATION: Questions were faxed to Dr. Craig per his request.

Reviewer Panel Discussion:
Dr. Barry identified that she has no restrictions based on her diagnosis of fibromyalgia.

**SUMMARY OF MEDICAL DOCUMENTATION**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type (E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Records Reviewed:

The claimant is a 54-year-old female ( who ceased work on 04/21/2017 reportedly, due to fibromyalgia. All available data has been reviewed.

This is a female claimant with long-standing complaints related to fibromyalgia, to include fatigue, headaches, muscle spasms, muscle stiffness, muscle tenderness, and muscle weakness. The claimant has been seen chronically dating back to at least 2017 with symptoms noted back to

2015. Over 2400 pages of medical records were reviewed to include multiple progress notes, laboratory studies/results, imaging studies, sleep study results, therapy notes, psychotherapy documentation, functional capacity evaluation, emergency room progress reports/flowsheets, Social Security documentation, etc.

Dates Under Review: 12/7/20 to present.

01/28/2021 (W. Craig, DO) Medical Opinion Form outlined osteoarthritis, fibromyalgia, joint pain, and fatigue. It is noted by the Rheumatologist that the claimant can sit 30 minutes at one time up to 4-6 hours out of an 8 hour day. The claimant can walk 20-30 minutes up to one hour out of an 8 hour day. The claimant is recommended for no more than 10 pounds of lifting and carrying.

01/06/2021 (G. Mullins, PA-C) progress report outlines a three-month telehealth checkup. The claimant continues medications to include tramadol for fibromyalgia. Pain is 8/10. Pain level is improved to 3/10. The claimant has been working on weight loss and continues to follow-up for psychiatric and rheumatological conditions. The claimant is to continue medications as prescribed.

11/10/2020 (W. Craig, DO) progress report outlines a severe flareup of pain. The claimant is under a lot of stress. The claimant has been experiencing a lot of joint pain and severe fatigue. The claimant endorses pain and swelling in the hand. The claimant notes several hours of morning stiffness. Pain is in the neck, shoulders, back, hips, knees, and feet. Physical examination reveals osteoarthritic changes in both hands. The claimant has marked tenderness across the DIP and PIP joints and has swelling of the long, ring, and small finger PIP joints. There is intrinsic tightness. There is bilateral upper epicondylar tenderness. There is marked anterior tenderness of the bicipital tendon. There is mild AC joint crepitus and painful range of motion of the bilateral shoulders. Range of motion of the cervical spine is limited. There is diffuse paraspinal lumbar tenderness and spasticity. The claimant has tight hamstrings but negative straight leg raise. There is crepitus in both knees with moderate painful range of motion. There is tenderness in both ankles but no swelling. Trigger points are present.

**QUESTION**

**1. Please note all diagnoses supported by the medical evidence (including comorbids). For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Comorbidities: Polyarthropathy (M13.0), depression with anxiety (F41.8), fatigue (R53.83), moderate persistent asthma with status asthmaticus (J45.42), hypothyroidism, unspecified type

(E03.9), vitamin D deficiency (E55.9), type II diabetes mellitus with other specified complication (E11.69), obesity (E66)

Diagnoses (ICD): fibromyalgia (M79.7), primary generalized osteoarthritis (M15.0)

Provided documentation does not indicate impairment or restrictions and limitations from 12/7/20 to present in relation to any PM&R or Pain Medicine diagnoses. Rheumatologic diagnoses such as FMS and Chronic Fatigue are being reviewed by a Rheumatologist.

Despite long-standing complaints related to fibromyalgia and fatigue, there are no specific objective findings related to non-rheumatological conditions that would support restrictions and limitations.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

As noted above, the overall conditions do not preclude the claimant from sustained reliable full time capacity (8/hours/day 5 days/ week) 12/7/20 to present. See above.

**3. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope of the claimants reported complaints are consistent with the medical conditions, however, there is indication of some deconditioning. There is no indication that the claimant has undergone any recent active treatment and continues with active home exercises. Aerobic and muscle strengthening exercises are the most effective way of reducing pain and improving global well-being in people with fibromyalgia, and that stretching and aerobic exercises increase health-related quality of life. In addition, combined exercise produces the biggest beneficial effect on symptoms of depression. Exercise therapy seems to be an effective component of treatment, yielding improvement in pain and other symptoms, as well as decreasing the burden of fibromyalgia on the quality of life. Exercise is generally acceptable by individuals with fibromyalgia and was found to improve the ability to do daily activities and the quality of life and to decrease tiredness and pain.

**4. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

02/23/2021 functional capacity evaluation notes the claimant gave reliable valid effort during testing. There is a reliability score 44/50 (88%) the claimant demonstrated patterns of movement

and physiological responses that were consistent with maximal effort. The reviewer opines that the claimant did not demonstrate the ability to perform sustained work activities over an 8-hour day at this time. The claimant does not demonstrate the ability to perform sustained lower extremity activities even at a sedentary level. The claimant does not demonstrate the ability to walk for any sustained periods, carry, or stand for more than 1-2 hours total over an 8-hour day. The claimant is unable to tolerate/maintain the positions of bending, crouching, or kneeling, stair climbing, balance, standing, to perform handling right/left, and prolonged standing to perform bimanual handling at this time.

Given the length of disability, deconditioning, obesity, and multiple other comorbidities, I do not agree with the claimant's current FCE results. There is no indication that the claimant has undergone a recent conditioning program such as physical therapy, work conditioning, or work hardening. There is no indication of consistent exercise, aquatic therapy, yoga, acupuncture, etc. to address ongoing pain complaints. Claimants with fibromyalgia are encouraged to stay consistently active.

**REFERENCE (S):**

Maffei M. E. (2020). Fibromyalgia: Recent Advances in Diagnosis, Classification, Pharmacotherapy and Alternative Remedies. International journal of molecular sciences, 21(21), 7877. https://doi.org/10.3390/ijms21217877

Sosa-Reina, M. D., Nunez-Nagy, S., Gallego-Izquierdo, T., Pecos-Martín, D., Monserrat, J., & Álvarez-Mon, M. (2017). Effectiveness of Therapeutic Exercise in Fibromyalgia Syndrome: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. BioMed research international, 2017, 2356346. https://doi.org/10.1155/2017/2356346

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.

Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

RE: Claimant Name : Kimberly Shaw
Client : Lincoln Life Assurance Company of Boston - 92
Referred By : Grygiel, Courtney
Type of Review : Disability
Type of Service : LTD
Claim Number: : 3840737

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 04/19/21-05/17/21 |
| Claim log | Case Notes | 07/19/17-05/17/21 |
| Progress notes | Parkridge Medical Group Southside | 12/28/17-01/06/21 |
| Progress notes | Arthritis Associates | 06/12/18-08/05/19 |
| Progress notes | M. Patel MD | 05/23/17-03/03/18 |
| Progress notes | Pajaro Valley Neurology Medical Associates | 05/23/17-06/27/17 |
| Progress notes | CHI Memorial | 10/17/17-03/02/20 |
| Progress notes | Scenic City Rheumatology | 03/11/20-01/28/21 |
| Progress notes | Dominican Medical Group | 10/29/14-09/15/17 |
| Progress notes | Allergy and Asthma Associates | 11/14/16-05/03/17 |
| Progress notes | Sleep Health MD | 05/19/17-11/21/17 |
| Progress notes | Santa Cruz Pulmonary Medical Group | 01/01/16-03/30/16 |
| Progress notes | J. Sedgwick MD | 09/17/17 |

| | | |
|---|---|---|
| Progress notes | Pulmonary Medicine | 01/18/18 |
| Progress notes | Dignity Health | 12/30/15-11/29/17 |
| IME/IMO/FCE/PCE | P. Mefferd DO | 11/10/20 |
| IME/IMO/FCE/PCE | C. Humphreys PT DPT CFE | 02/23/21 |
| UR Report | M. Dirlam MD PhD FACP | 05/18/20 |
| UR Report | J. Bradley MD | Undated |
| UR Report | K. Yawigu MD FACR | 08/21/19-10/04/19 |
| UR Report | K. Berry-Sawyer PhD | 05/22/18-06/04/18 |
| X-Ray | Capitola Family Practice | 01/05/16-10/05/16 |
| X-Ray | Dominican Medical Group | 12/30/15 |
| X-Ray | Pikeville Medical Center | 03/07/12-07/31/14 |
| X-Ray | Santa Cruz Pulmonary Medical Group | 01/05/16-02/16/16 |
| X-Ray | Parkridge Medical Group Southside | 11/19/20 |
| MRI | Pikeville Medical Center | 04/16/13 |
| MRI | Capitola Family Practice | 05/13/15-06/12/17 |
| MRI | Pajaro Valley Neurology Medical Associates | 06/26/17 |
| CT | Parkridge Medical Group Southside | 11/19/20 |
| CT | Capitola Family Practice | 01/19/16-06/12/17 |
| CT | CHI Memorial | 10/17/17-03/02/20 |
| EMG | Pajaro Valley Neurology Medical Associates | 06/08/17 |
| Lab | Arthritis Associates | 06/12/18 |
| Lab | Parkridge Medical Group Southside | 01/31/19-12/30/20 |
| Lab | Quest | 08/30/16-05/12/17 |
| Lab | Dominican Medical Group | 05/12/15-06/12/17 |
| Lab | Focus Diagnostics | 04/12/17 |
| Lab | CHI Memorial | 03/02/20 |
| Other Test | Dominican Medical Group | 01/09/15-02/16/16 |

| | | |
|---|---|---|
| Other Test | Capitola Family Practice | 01/09/15-08/30/16 |
| Job | Dignity Health | 08/07/14 |
| Misc | | 09/26/14-04/14/21 & Undated |
| ROI | | 07/31/17-04/14/21 & Illegible & Undated |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Charles Crump MD
2) DATE: 5/27/2021
3) TIME: 7:27 AM ET
4) PERSON SPOKEN WITH: voicemail
5) POSITION OF PERSON SPOKEN WITH: voicemail

SUMMARY OF CONVERSATION: A message was left with call back number.

TELECONFERENCE #2:

1) AP NAME: Charles Crump MD
2) DATE: 6/1/2021
3) TIME: 9:04 AM ET
4) PERSON SPOKEN WITH: assistant
5) POSITION OF PERSON SPOKEN WITH: assistant

SUMMARY OF CONVERSATION: The claimant sees PA, Ginger Mullins according to assistant. A message was left for her . Dr. Crump left the practice last year. No callback was received from the treating provider.

Reviewer Panel Discussion:

Dr. Barreto agreed that she would need 4 months for reconditioning, but based on her cervical and lumbar spine she has no restrictions.

**SUMMARY OF MEDICAL DOCUMENTATION**

On 8-31-2016 inflammatory markers, serologies negative/normal.

On 5-23-2017 she was seen by neurology. Reported muscle pain and weakness since 11-2016 when she was weaning off steroids, which were treating her asthma. Reports ongoing stiffness, muscle aches and fatigue. Neurological examination was normal, with no focal weakness. Assessment: fibromyalgia.

On5-31-2017 she was assessed as having severe sleep apnea.

On 6-8-2017 Nerve condition study demonstrated mild sensory neuropathy of lower extremities.

On 6-27-2017 she was seen by neurology for follow-up. Assessment was weakness is not caused by the mild sensory neuropathy. Advised to check B12, folate, RPR and serum/urinne protein electrophoresis for neuropathy workup, and send to Stanford for second opinion.

On 9-15-2017 she was seen by PMD for ongoing fatigue, arthralgias, tremors weakness, since 1-2016, after hospitalization for severe asthma. Seen by multiple physicians. Examination documented no synovitis, difficulty rising from sitting, strength 5/5 except left leg which was 4/5. Assessment chronic fatigue, chronic pain, memory disturbance, depression, OSA. Patient planning on moving to Kentucky, will finish testing there.

On 12-28-2017 she was seen by PMD as new patient since she moved to Tennessee from California. Diagnoses include fibromyalgia, tramadol is started, refilled Cymbalta, gabapentin, trazadone, and tizanidine. Examination documented generalized tenderness, no synovitis, normal neuro exam.

On 6-4-2018 she underwent psychological evaluation for DDS. Assessed as depressive disorder; anxiety

On 6-10-2018 she was seen by rheumatology for an initial visit. Fibromyalgia for 3 years, Also noted she has DDD cervical and lumbar spine. Examination documented mild OA of hands, no synovitis, normal neuro exam, 18/18 fibromyalgia trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted she meets criteria for fibromyalgia. Advised to continue medications, denied request for low dose naltrexone. Encouraged to exercise.

On 8-22-2018 she was seen by Rheumatology. Reported fibromyalgia for 3 years. Examination documented no synovitis, 18/18 trigger points. Assessment "pain in unspecified joints", fibromyalgia. Noted primary care will prescribe pain medications. Recommend increase tizanidine.

On 11-27-2018 she was seen by rheumatology. Reports xanaflex helpful. Examination unchanged. Assessment fibromyalgia, stable.

On 4-10-2019, 8-5-2019 she was seen by Rheumatology. Reports arthralgias, headaches, muscle tenderness, fatigue, Examination documented no synovitis, diffuse tenderness. Assessment fibromyalgia state with gabapentin, Zanaflex, and Cymbalta.

On 7-8-2020 she was seen by Rheumatology. Reported doing about the same. She had tried Lyrica but reported no better than gabapentin, and may be causing weight gain. Examination is unchanged. Advised to stop Lyrica, and restart gabapentin.

On 3-11-2020 she was seen by Rheumatology. Reports ongoing symptoms, pain is moderate. Examination unchanged. Advised to try Lyrica in place of gabapentin.

On 11-10-2020 she was seen by Rheumatology. Reported increased pain and "going for disability exam this afternoon". Examination documented no synovitis with tenderness of multiple joints and soft tissue. No change in medication rendered.

On 3-31-2020, 7-2-2020, 9-30-2020, 1-6-2021 she was seen by PMD for fibromyalgia. Reported taking tramadol 100mg TID, with pain 3/10 when taking not and 8/10 without it. Examination unremarkable. Tramadol is refilled.

On 11-10-2020 she underwent IME. Assessment was able to do at least light to moderate duty job due to fibromyalgia. Noted to be grossly reconditioned.
On 2-23-2021 she underwent FCE. Assessed as unable to maintain work activities over 8 hours. Limited due to pain and fatigue.

**QUESTION**

**1. Please note all rheumatological diagnoses supported by the medical evidence. For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Based on the records provided, the patient's rheumatologic diagnosis is fibromyalgia. No findings on examination imaging or lab testing indicate the presence of an inflammatory or autoimmune condition.
Fibromyalgia, or central sensitization syndrome, is a pain syndrome, characterized by hyperalgesia to painful stimuli. It is now referred to as central sensitization syndrome, to emphasize the cause as being related to issues with amplified pain receptors of the central nervous system. It is not associated with a pathological process, and is not progressive. The optimal treatment, as recommended by the American College of Rheumatology, is focused around exercise and activity, not by limiting it, and therefore, does not support any need for functional limitations. IN fact, the deconditioned state that results from limiting activity will lead to a worsening of the pain and fatigue associated with fibromyalgia. Basically, the less the patient do, the greater their symptoms become.
Therefore based on the diagnosis of fibromyalgia, functional limitations are not supported.
It was noted that she is severely deconditioned, and therefore, a period of adjustment as activity increases is reasonable, with gradual increase in activity over 4 months.
Lastly, the claimant does have other medical issues, including depression, anxiety, lumbar radiculopathy, peripheral neuropathy, asthma, which may affect function, however, these are non-rheumatologic and beyond the scope of this determination.

**2. Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion. Does the overall functional and medical evidence support the claimant has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.**

I cannot comment on co-morbid, non-rheumatological conditions.
From a rheumatological perspective, limitations are not supported. Full-time hours are reasonable.

**3. Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.**

The FCE noted that the claimant was limited based purely on self-restriction, due to pain and fatigue, which, in part may be due to fibromyalgia, and some due to her other conditions such as sleep apnea, depression, anxiety, lumbar radiculopathy, peripheral neuropathy. The component due to fibromyalgia does not support a need for limitations. The pain is centrally amplified. It was also noted in the IME that she is severely deconditioned as well. It is reasonable that she will experience discomfort, both in muscle pain and fatigue, as she increases her level of exertion. This will improve over time, as will the pain and fatigue associated with fibromyalgia. Patients with fibromyalgia are very reluctant to increase activity, due to fear that their fatigue and pain will worsen, yet when they start to exercise regularly, the opposite happens.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

N. Nichole Barry, M.D.
Board Certified: American Board of Internal Medicine; Rheumatology
Clinical Assistant Professor Department of Functional Restoration at Stanford University Medical Center
American College of Rheumatology
American College of Sports Medicine
Northern California Rheumatology Association
Boards of Directors of the Lupus Foundation of Northern California

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS
MLS Group of Companies, LLC
MLS National Medical Evaluation Services

6/2/2021

William Craig MD
Re: Kimberly Shaw

Hi Dr. William Craig MD,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with William M Barreto, regarding your patient, referenced above. In lieu of a teleconference, William M Barreto has provided the following questions:

What are the restrictions and limitations?
What objective evidence supports those restrictions and limitations?
Does the patient have imaging to support restrictions and limitations?
What is the expected prognosis for any impairing conditions?

Please fax or email your response by (5 days from letter sent date) to 248-356-6757 or (assigners email address or email we set up in system for peers).

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amy Doyle
Peer Review Services
MLS Group of Companies, LLC

Subject: FW: Kimberly Shaw, Claim #3840737 - 19LD20707 Shaw, Kimberly v. Lincoln Life Assurance Co of Boston
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-06-02 07:41:18

From: Bilbra, Madeline <mbilbra@buchanandisability.com>
Sent: Tuesday, June 1, 2021 3:00 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Cc: Orlic, Ren <rorlic@buchanandisability.com>
Subject: Kimberly Shaw, Claim #3840737 - 19LD20707 Shaw, Kimberly v. Lincoln Life Assurance Co of Boston

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find attached a letter from Ms. Shaw?s attorney. This letter was also sent to your office via fax.

If you have any questions, please contact our office.


Madeline Bilbra

Legal Assistant

414 McCallie Avenue Chattanooga, TN 37402

PO Box 11208 Chattanooga, TN 37401

Office: (423) 634-2506 Fax: (423) 634-2505

Email:mbilbra@buchanandisability.com

Website: www.buchanandisability.com <http://www.buchanandisability.com/>



*********************************************

This e-mail message and any attached files is sent from a law firm and may contain information that is privileged or confidential. If you are not the intended recipient or person responsible for delivering this communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Attn: Courtney Grygiel | FROM: Madeline G. Bilbra, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/1/2021 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 1, 2021

Via Fax: (603) 422-7909

Attn: Courtney Grygiel
Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

And via email: disabilitydocuments@lfg.com

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Ms. Shaw in a claim for disability benefits under the above-referenced policy.

ERISA states that if a decision cannot be made within 45 days, the insurance carrier must request an extension and provide the specific reason why they were unable to meet the deadline. We filed our client's appeal on April 14, 2021. Accordingly, the 45-day deadline passed on May 29, 2021 without Lincoln requesting such an extension. Therefore, Lincoln's decision was not timely made and, should we not receive a decision or a request for an extension in the next 7 days, we will be forced to file suit based on the deemed exhaustion of our client's claim.

Please also accept this as a request that, if you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This regulation requires you, as an ERISA administrator, to provide us with all new evidence considered, relied on, or generated in connection with the claim. The regulation also requires you to give this information to us with enough time for us to have a reasonable period to review or respond to it before the date your decision is due. The ERISA Regulations do not provide for tolling of the administrator's deadline when an administrator sends new evidence to a claimant for comment or response. That so, please make sure that you reserve enough time before your decision deadline for us to review

and return our response to you (we request at least 14 days from receiving the evidence) and enough time for you to make a decision after you receive our response.

If you want to discuss this claim, please call my office at (423) 634-2506.

Sincerely,

Hudson T. Ellis

HTE:mgb

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, June 2, 2021 7:55:18 AM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw |
| Attachments: | dcwcewqqy9aqlogkziew_10576520.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 2, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Dignity Health Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your client's LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.)

Ms. Shaw's file remains under medical review and assessment. Upon receipt of the completed medical review, we will proceed with the assessment of your appeal. We will make every effort to render a determination as soon as possible.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Attn: Courtney Grygiel | FROM: Madeline G. Bilbra, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/1/2021 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 1, 2021

Via Fax: (603) 422-7909

Attn: Courtney Grygiel
Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

And via email: disabilitydocuments@lfg.com

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Ms. Shaw in a claim for disability benefits under the above-referenced policy.

ERISA states that if a decision cannot be made within 45 days, the insurance carrier must request an extension and provide the specific reason why they were unable to meet the deadline. We filed our client's appeal on April 14, 2021. Accordingly, the 45-day deadline passed on May 29, 2021 without Lincoln requesting such an extension. Therefore, Lincoln's decision was not timely made and, should we not receive a decision or a request for an extension in the next 7 days, we will be forced to file suit based on the deemed exhaustion of our client's claim.

Please also accept this as a request that, if you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This regulation requires you, as an ERISA administrator, to provide us with all new evidence considered, relied on, or generated in connection with the claim. The regulation also requires you to give this information to us with enough time for us to have a reasonable period to review or respond to it before the date your decision is due. The ERISA Regulations do not provide for tolling of the administrator's deadline when an administrator sends new evidence to a claimant for comment or response. That so, please make sure that you reserve enough time before your decision deadline for us to review

and return our response to you (we request at least 14 days from receiving the evidence) and enough time for you to make a decision after you receive our response.

If you want to discuss this claim, please call my office at (423) 634-2506.

Sincerely,

Hudson T. Ellis

HTE:mgb

# Lincoln Financial Group - Independent Evaluation

## Panel Review

Requested By: courtney grygiel
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x13301
Fax: (603) 427-2110

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | DIGNITY HEALTH | Date Sent: | 4/29/2021 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KIMBERLY SHAW | Claim #: | 3840737 |
| Claimant Address: | C/O ERIC BUCHANAN & ASSOCIATESPO BOX 11208 | Claimant SSN: | - |
| | | Claimant DOB: | |
| City: | CHATTANOOGA | Claimant Tel. #: | |
| State: | TN | Claimant DOD: | 4/21/2017 |
| Zip: | 37401-0000 | Primary Diagnosis: | Fibromyalgia |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Other | Physician: Phone/Fax | see below |

Referral Questions:

Vendor Chosen: Reliable Review Services

Claimant Name: KIMBERLY SHAW

**Lincoln/ Shaw 0264**

# Lincoln Financial Group - Independent Evaluation

## Panel Review

For PMR/Pain:
Please note all diagnoses supported by the medical evidence (including comorbids).
For all diagnoses listed, separately and in combination, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations from 12/7/20 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, reaching/overhead,). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.
Please comment on whether and how the combined effect of co-morbid conditions impacts the claimant's overall level of impairment, and reference documentation supporting your opinion.
Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications and, if applicable, describe any related impairments and effect on the claimant's functional capacity from 12/7/20 to present.
Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.
Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.
Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

Provider information:
Charles Crump M.D. 423-493-5240 fax#423-493-5263
William Craig, M.D. 423-893-6890 fax#423-648-1115

For Psych review/ questions:
What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?
Please provide a description of the claimant's impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations from 12/7/20 to the present. Please include the expected duration for any restrictions and limitations identified.
Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) from 12/7/20 to the present?
Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, is there evidence that the side effects contribute to claimant's impairment from 12/7/20 to the present? Please explain your medical rationale.
Are the severity and scope of the claimant's reported symptoms, consistent with the intensity and scope of treatment? Please provide medical evidence to support your answer.

IM/Pulmonary questions: Please address all IM and pulmonary conditions only.
Please identify the primary impairing Diagnosis (es) with ICD 10 code(s). Please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).
Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations as of 12/7/20 to ongoing, and comment on the expected duration.

a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/7/20 to present? Please explain your medical rationale.

Please review and explain the results of the 2-23-21 FCE. Did the claimant display full effort throughout the testing? Do you agree with the conclusions of the FCE? Please provide medical data to support your opinion.

If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Charles Crump M.D. 423-493-5240 fax#423-493-5263
William Craig, M.D. 423-893-6890 fax#423-648-1115

Instructions For Vendor:

Claimant Name: KIMBERLY SHAW

# Lincoln Financial Group - Independent Evaluation

## Panel Review

Plesae have file reviewed by baord certified psychiatrist and PMR/Pain and IM/Pulmonary. If possible please have panel peer to peer conducted with Psych and PMR/pain reviewers.

Provider contact info: Charles Crump M.D. 423-493-5240 fax#423-493-5263
William Craig, M.D. 423-893-6890 fax#423-648-1115

Attorney Information (if applicable):

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

tele# 877-634-2506
Fax# 423-634-2505

Claimant Name: KIMBERLY SHAW

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, April 26, 2021 10:06:42 PM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw |
| Attachments: | glds87sfwuglarvxsjxf_10356940.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 26, 2021

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Dignity Health Group Disability Policy. We are writing in reference to your client's claim for LTD benefits under the Policy.

We understand this is all of the information you intend to submit for our consideration of this LTD appeal. Consequently, this file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 13301 or email disabilitydocuments@lfg.com or fax 603-422-7909.

To assist us in evaluating your client's eligibility for benefits we will be referring this file for additional medical reviews and assessment. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of this appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

# Shaw, Kim

50 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORKS
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

12/28/2017 PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744

## Current Medications

Taking
- Gabapentin 600 MG Tablet 1 tablet Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day

- Medication List reviewed and

## Reason for Appointment

1. Use to be kennedy

## Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Fibromyalgia - M79.7
7. Epstein Barr virus infection - B27.90
8. Fatigue - R53.83
9. Flu vaccine need - Z23

## Treatment

**1. Annual physical exam**

LAB: CBC (INCLUDES DIFF/PLT)(Q-6399) (Ordered for 01/02/2018)
LAB: COMPREHENSIVE METABOLIC PANEL (Q-10231) (Ordered for 01/02/2018)
LAB: HEMOGLOBIN A1c (Q-496) (Ordered for 01/02/2018)
LAB: LIPID PANEL WITH REFLEX TO DIRECT LDL (Q-14852) (Ordered for 01/02/2018)
LAB: T4, FREE (Q-866) (Ordered for 01/02/2018)
LAB: TSH, 3RD GENERATION (Q-899) (Ordered for 01/02/2018)
LAB: URINALYSIS, COMPLETE (Q-5463) (Ordered for 01/02/2018)
LAB: VITAMIN B12 (Q-927) (Ordered for 01/02/2018)
Notes: low carb diet and try to walk 30m d... with assistance. fall prec rec.

**2. Polyarthropathy**

LAB: LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Ordered for 01/02/2018)
Notes: needs spep and sle lab. and rheumatology...
Referral To:NATALIE BRAGGS Rheumatology
Reason:*poss SLE , UCTD vs fibromyalgia

**3. Moderate persistent asthma with status asthmaticus**

Notes: refer top pul w her extensive hx of asthma... Call if sob. or

reconciled with the patient

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
N.K.D.A.

**Review of Systems**

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue.
Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, postnasal drainage, Throat:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations.
Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm aches, joint pain, weakness, Positive

issue.
Referral To:NATHAN MULL Pulmonary Diseases
Reason:*moderate severe asthma hx and osa

**4. Depression with anxiety**
Notes: improved oveall but w some bad days even on the incr cymbalta...

**5. Encounter for long-term (current) use of other medications**
Notes: stable sxs.... on med.s csmd ckd. cpmc done..., counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication.

**6. Fibromyalgia**
Start Tramadol HCl Tablet, 50 MG, 1 tablet as needed, Orally, BID prn pain, 1 month, 30, Refills 0
Notes: poss SLE or UCTD. reck some SLE wu and lyme titer w bands. will conbert ot prn ultram. csmd ckid. cpmc done... tol it in past...

**7. Fatigue**
LAB: EPSTEIN BARR VIRUS ANTIBODY PANEL (Q-6421) (Ordered for 01/02/2018)
LAB: PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS (Q-747) (Ordered for 01/02/2018)
LAB: ANA, IFA W/REFL TO TITER/ PATTERN/LUPUS/SLE ABS (Q-90072) (Ordered for 01/02/2018)

**8. Others**
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, Once a day
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day
Refill Tizanidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally

for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, depression, anxiety, fatigue, focus problems.

Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day

**Immunization**

FLU 4V (FLUZONE QUAD), 3 YRS+, NO PRES - ALL PAYORS : 0.5 mL given by ADA ZAMORA on Left Deltoid

**Follow Up**

3mMAGGIE cs AND 6M OV ,ME

**History of Present Illness**

Patient History:

Here for ckup. no cp sob. she had PE sp a hospitalization few yrs ago and has not been able to work. she is on disability and walks with a cane bc fo general weakness. she is moving back here now... she has no cp sob and not very active.. she has had an extensive wu for hiv ms with neg RA SLe wu. CTS were nl . no etio for the weakness ... no falls.. she is workignon n a low fat diet. she does have chronic back pain...she does feel weak and notes some leg tremors also... no rash.. she notes the fatigue is severe but random. her pains are mild to moderrate in general in mm and joints.. no jt swelling...

She brought extensive wu w here today.. note occ red rash on face... she is on cpap for severe osa... she has been of steroid for over 1 yr... she is driving wo issue per pt and her wife Jamie today... her asthma is stable... she is compliant w meds... she is needing ultram conversion and is willing to dc the lortab which is used 2x week as rescue med for severe pain at 10/10. ultram helped in past..Hx EBV in past...

I rev her prev summary record w her... she has a very complicated hx... still undetermined dx but sounds like at least severe fibromyalgia...she agrees to see pulm here and get rheumatology eval.

**Vital Signs**

Wt 195 lbs, Ht 68 in, BMI 29.65, BP 100/68, HR 72, Respiratory Rate 16.

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar arca..

HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect, insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Procedure Codes**
90686 FLU VACC IIV4 NO PRSV 0.5 ML IM
90471 ADMIN IMMUNIZATION

**Electronically signed by CHARLES CRUMP , MD on 12/29/2017 at 11:51 AM CST**

**Sign off status: Completed**

**346311DCS DIAGNOSTIC CTR SOUTHSIDE
1700 BROAD ST
CHATTANOOGA, TN 374081834
Tel: 423-698-2435
Fax: 423-697-6110**

**Treatment**

**1. Fibromyalgia**

Notes: Patient has been referred to Dr. Craig per patient request. She already has an appointment with a rheumatologist Dr. Braggs 7/19/2018. She is wanting to see if she can get in with Dr. crag sooner, patient advised not to cancel her July appointment just in case. Stable sxs. Pt was counseled, cautioned and defined addictive, habituation and withdrawal

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1000 of 1114

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Sep 18, 2018

PARKRIDGE DIAGNOSTIC CENTER
2205 MCCALLIE AVE
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37404

Re: Long Term Disability Benefits
Claim# 3840737 4530546
Claimant: SHAW, KIMBERLY
Claimant DOB:

Dear 8665308217 On-site,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2017 to Present**

Restrictions Form - Seen By: CRUMP, DR CHARLES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jefferson David
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual.
INSURANCE

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|

To be completed by physician:

1. DATE FIRST TREATED —
   DATE LAST TREATED —
   NEXT OFFICE VISIT —

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ________ TO ________

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM________TO________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 417-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________

Relationship:

Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA Psychotherapy 2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SHAW, KIMBERLY |
| RP ID: | 4530546 |
| Access Code: | DIAGCE |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: September 20, 2018

**RP ID:** 4530546

Patient Name: SHAW, KIMBERLY

Provider Name: PARKRIDGE DIAGNOSTIC CENTER

**Quality Assurance Information**

Scope Requested: **From April 1, 2017 to Present**

Special Request:
Restrictions Form - Seen By: CRUMP, DR CHARLES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Page 20 is cut off

Chart Reviewed By: MDELEO

ReleasePoint

**Medical Record Overview**

**Date:** **September 20, 2018**

**Patient Name:** SHAW, KIMBERLY

**Records From:** CRUMP, DR CHARLES
2205 MCCALLIE AVE
CHATTANOOGA, TN 37404
(423) 698-2435

**Request Scope:** From April 1, 2017 to Present

**Chart Range:** 12/28/2017 - 07/13/2018

**RP ID:** 4530546

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 28 2017 | Jul 13 2018 | 17 | 2 |
| Request Corr. | | | 8 | 19 |

**Total Page Count:** 25

**Notes From QC:**

Page 20 is cut off

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| PATIENT: | Kimberly Shaw |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 8/22/2018 |
| VISIT TYPE: | Office Visit |
| DOCUMENT TYPE: | Chart Note |

## History of Present Illness

1. Fibromyalgia

The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Zanaflex helping.
No s/e
Started swimming.

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/12/2018.

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| gabapentin 300 mg capsule | take 2 - 3 capsule by oral route 3 times every day | // | | | Y |
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | | | Y |
| tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | // | | | Y |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | // | | | Y |
| Spiriva with HandiHaler 18 mcg | inhale 1 capsule by inhalation | // | | | Y |

| | | | | | |
|---|---|---|---|---|---|
| and inhalation capsules | route every bedtime | | | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | // | | | Y |
| Zyrtec 10 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | // | | | Y |
| Probiotic 10 billion cell capsule | | // | | | Y |
| B Complex 1 tablet | take 1 Tablet by Oral route once | // | | | Y |
| Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | // | | | Y |
| Cymbalta 30 mg capsule,delayed release | take 1 Capsule by oral route every day | 06/12/2018 | | | N |
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | | | N |
| tizanidine 4 mg tablet | take 1 in a.m. and 2 at night | 07/24/2018 | 08/22/2018 | 08/22/2018 | N |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

## Family History

Reviewed, no changes. Last detailed document: 06/12/2018.

## Social History (Detailed)

Tobacco use reviewed.
Preferred language is English.
EDUCATION/EMPLOYMENT/OCCUPATION
The patient has a(n) graduate school education. Earned MBA degree.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | disabled | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Constitutional | Negative | Chills, Fever and Weight loss. |
| ENMT | Negative | Mouth sores and Nasal drainage. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Known TB exposure. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations, Leg swelling and Raynaud's. |
| GI | Positive | Nausea. |
| GI | Negative | Black tarry stools, Blood in stool, Constipation, Diarrhea, Difficulty swallowing saliva, Heartburn and Vomiting. |

| | | |
|---|---|---|
| Endocrine | Positive | Heat intolerance. |
| Endocrine | Negative | Cold intolerance. |
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Numbness in extremity. |
| Neuro | Negative | Memory impairment and Seizures. |
| Psych | Positive | Difficulty concentrating, Insomnia. |
| Psych | Negative | Emotional changes. |
| Integumentary | Negative | Hair loss and Rash. |
| MS | Positive | Back pain, Joint pain, Joint stiffness, Muscle weakness, Neck pain. |
| MS | Negative | Joint swelling. |
| Hema/Lymph | Negative | Easy bruising. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min. | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:13 AM | 125/81 | 73 | | | 5.0 | 8.00 | 172.72 | 197.00 | 89.358 | 29.95 | 2.07 | |

## Disease Activity Measures

Patient Global: 5.0
MD Global: 3.5
Pain Score: 7.0
Fatigue Score: 7.0
RAPID 3: 16.7

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | No rash.<br>No skin changes.<br>Good pulses. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Elbow - Left: epicondylar pain, Right: epicondylar pain. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. Finger to floor measurement = 6cm. |

| | | |
|---|---|---|
| Musculoskeletal | Normal | Occiput to wall measurement = 0cm. Modified Schober's measurement >5cm. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | | |
| 2. | Assessment | Other fatigue (R53.83). |
| | | |
| 3. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | | |
| 4. | Assessment | Fibromyalgia (M79.7). |
| | | |
| 5. | Assessment | Asthma (J45.909). |
| | | |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |
| | | |

PLAN DETAILS:
increase Zanaflex to 4mg QID
Swimming at the Y.
Dr Crump will have to continue to write her pain meds, and I will not give her any Rx for pain meds.
She has long term disability approved through Prudential and waiting SSI appeal and will need these records sent in.

## Pain Management Plan

Pain Scale: 7/10.

## Fall Risk Plan

The patient has not fallen in the last year.

## Medications

PRESCRIBED TODAY:

| Medication | Directions |
|---|---|
| tizanidine 4 mg tablet | take 1 by oral route four times daily |

RENEWED TODAY:

| Medication | Instructions | Renewed |
|---|---|---|
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 08/22/2018 |

*Provider:*
CRAIG, WILLIAM DAVID 08/22/2018 8:51 AM

Electronically signed by WILLIAM D. CRAIG DO on 09/11/2018 08:23 AM

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| Patient: | Kimberly Shaw |
| Date of Birth: | |
| Date: | 6/12/2018 |
| Visit Type: | Office Visit |
| Document Type: | Chart Note |

This 51 year old female presents for Fibromyalgia.

## History of Present Illness

1. Fibromyalgia

The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Here for evaluation for possible FM vs CTD. Symptoms started in 2015 after a severe asthma attack that required high dose prednisone to treat. She was on prednisone for several months until asthma exacerbation finally resolved and was weaned off.

Since that time she has had severe life changing diffuse pain in her muscles and joints. She has no joint swelling. It first it was thought that she had steroid myopathy but after 6 months of continued pain that was not the case. She was then diagnosed with fibromyalgia. She was living in California at the time. She was a respiratory therapist and had to quit her job. She moved back home and was approved long term disability last year and appealing SSI

She has a HX of OSA and wears a CPAP faithfully. It has not helped the pain or fatigue.

She had days of exhaustion that she does not even get out of bed.

Multiple lab testing has been normal including thyroid function, ESR, CPK, Vit D, CBC, CMP ANA.

She had hx of cervical and lumbar DDD and an EMG reported mild sensory neuropathy.

She has areas of trigger points, s/s of IBS, poor sleep, chronic pain, mild depression, extreme fatigue.

The current medications of Cymbalta, gabapentin, trazodone and tramadol do help to some degree.

Recently started yoga and appears to be helping some too.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Asthma | | |
| Osteoarthritis | | |

| Surgery/Treatment | Date | Comment |
|---|---|---|
| Fibromyalgia | | |

## ALLERGIES

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

Reviewed, updated.

## FAMILY HISTORY (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Heart disease | | N |
| Mother | | | | Multiple sclerosis | | N |
| Mother | | | | Osteoporosis | | N |

## SOCIAL HISTORY (Detailed)

Preferred language is English.

EDUCATION/EMPLOYMENT/OCCUPATION

The patient has a(n) graduate school education. Earned MBA degree.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | disabled | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT

Currently married.

Does not have children.

SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| **no/never** | | Never smoker | | | |

ALCOHOL

There is a history of alcohol use.

consumed occasionally.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise, Weight gain. |
| Constitutional | Negative | Chills, fever and weight loss. |
| ENMT | Negative | Mouth sores and nasal drainage. |
| Eyes | Negative | Dry eyes and vision loss. |
| Respiratory | Positive | Cough. |
| Respiratory | Negative | Dyspnea and known TB exposure. |
| Cardio | Negative | Chest pain, irregular heartbeat/palpitations, leg swelling and Raynaud's. |
| GI | Negative | Black tarry stools, blood in stool, constipation, diarrhea, difficulty swallowing saliva, heartburn, nausea and vomiting. |

| | | |
|---|---|---|
| Endocrine | Positive | Heat intolerance. |
| Endocrine | Negative | Cold intolerance. |
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Lightheadedness, Memory impairment, Numbness in extremity. |
| Neuro | Negative | Seizures. |
| Psych | Positive | Difficulty concentrating. |
| Psych | Negative | Emotional changes and insomnia. |
| Integumentary | Negative | Hair loss and rash. |
| MS | Positive | Arthralgias, Back pain, Joint pain, Joint stiffness, Muscle pain, Muscle spasms, Muscle stiffness, Muscle weakness, Musculoskeletal tenderness, Myalgia. |
| MS | Negative | Joint swelling and neck pain. |
| Hema/Lymph | Negative | Easy bruising and lymphadenopathy. |

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:10 AM | 96/65 | 64 | | | 5.0 | 8.00 | 172.72 | 199.00 | 90.265 | 30.26 | 2.08 | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:10 AM | Courtney Edwards |

## Disease Activity Measures

Patient Global: 9.0
MD Global: 6.5
Pain Score: 7.0
Fatigue Score: 8.0
RAPID 3: 20.7

PHYSICAL EXAM

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | No rash.<br>No skin changes.<br>Good pulses. |
| Constitutional | Normal | Level of distress Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic |

| | | |
|---|---|---|
| | | spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Elbow - Left: epicondylar pain, Right: epicondylar pain. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. Finger to floor measurement = 6cm. |
| Musculoskeletal | Normal | Occiput to wall measurement = 0cm. Modified Schober's measurement >5cm. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

**Completed Orders (this encounter)**

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |

## ASSESSMENT/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | Plan Orders | ANA PANEL (9) to be performed and ANA SCREEN to be performed. |
| 2. | Assessment | Other fatigue (R53.83). |
| 3. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |
| 4. | Assessment | Fibromyalgia (M79.7). |
| 5. | Assessment | Asthma (J45.909). |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |

**Dictated Plan Details:** She meets criteria for FM. I will check an ANA and panel for completeness
Otherwise complete work up by other was normal or negative except for mild sensory neuropathy by EMG's
I discussed the benignity of lack of efficacy of treatment of FM.

We discussed a multi-disciplined approach.
She will educate herself as able.
She will continue the yoga class and consider a water exercise class.
She will continue current meds.
I will allow her to increase cymbalta to 90 mg/d for 2 weeks only for flares.
I will increase Zanaflex to 2mg BID and 4mg at night.
She has a planet fitness membership.
see in 2 mo
Dr Crump will have to continue to write her pain meds, and I will not give her any Rx for pain meds.
She asked about a trial of Naltrexone, I am not unpressed with the data and it is off label and will not at this time.
She has long term disability approved through Prudential and waiting SSI appeal and will need these records sent in.
See in 2 months.

## Pain Management Plan

Pain Scale: 7/10.
Method: Numeric Pain Intensity Scale.

**Instruction(s)/Education:**
Giving encouragement to exercise

MEDICATIONS *(Started, Stopped or Renewed this visit)*

| Started | Medication | Directions | PRN Status | PRN Reason | Instruction | Stopped |
|---|---|---|---|---|---|---|
| | Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | N | | | |
| | B Complex 1 tablet | take 1 Tablet by Oral route once | N | | | |
| 06/12/2018 | Cymbalta 30 mg capsule,delayed release | take 1 Capsule by oral route every day | N | | | |
| | Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | N | | | |
| | gabapentin 300 mg capsule | take 2 - 3 capsule by oral route 3 times every day | N | | | |
| | Probiotic 10 billion cell capsule | | N | | | |
| | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | |
| | Spiriva with HandiHaler 18 mcg and inhalation capsules | inhale 1 capsule by inhalation route every bedtime | N | | | |
| | tizanidine 4 mg | take 1 Tablet by oral route | N | | | |

| | | | |
|---|---|---|---|
| | tablet | 2 times every day | |
| | tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | N |
| | trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | N |
| | Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | N |
| 06/12/2018 | Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | N |
| | Zyrtec 10 mg tablet | take 1 tablet by oral route every day | N |

*Provider: WILLIAM D. CRAIG DO 06/12/2018 05:42 PM*

Electronically signed by WILLIAM D. CRAIG DO on 07/01/2018 12:33 PM

**Arthritis Associates PLLC**
1035 Executive Drive
Hixson, TN, 373437908

**Shaw, Kimberly**

**Person #:** 51602
**Sex:** F
**DOB:**

**Ordering:** CRAIG, WILLIAM DAVID **Performing #:** Orchard **Location:** Arthritis Associates PLLC
**Tests Ordered :** ANA PANEL (9) (ORD194), ANA SCREEN (ORD193)

**ANA SCREEN (Collection Date: 06/12/2018 10:58, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SCREEN | 3.00 | | | 0.00-10.00 | |

**ANA PROFILE (Collection Date: 06/12/2018 10:58, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Centromere | 0.00 | Units/ml | | 0.00-100.00 | |
| Chromatin | 8.00 | Units/ml | | 0.00-99.00 | |
| dsDNA | 3.00 | IU/mL | | 0.00-40.00 | |
| RNP/SM | 40.00 | Units/mL | | 0.00-83.00 | |
| SCL70 | 2.00 | Units/mL | | 0.00-32.00 | |
| SM | 7.00 | Units/mL | | 0.00-89.00 | |
| SSA | 14.00 | Units/mL | | 0.00-91.00 | |
| SSB | 4.00 | Units/mL | | 0.00-73.00 | |
| ssDNA | 27.00 | Units/mL | | 0.00-99.00 | |

Request Corr. rporated 1.626.628.9628 Tue Sep 25 19:42:23 2018 MDT Page 1 of 1

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Sep 25, 2018

ARTHRITIS ASSOCIATES
1035 EXECUTIVE DR
ATTN: MEDICAL RECORDS
HIXSON, TN 37343

**Re: Disability Benefits**
Claim# 3840737 4530522
Claimant: SHAW, KIMBERLY
Claimant DOB:

**REQUEST FOR STATUS**

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Sep 18 2018**we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 478-0097

- [X] I am FAXING records to: (213) 478-0097
- [ ] I am MAILING records on or before (DATE): ____________ (See mailing address above)
- [ ] Records are being reviewed, and will be released no later than (DATE): ____________
- [ ] Records cannot be released because:

______________________________________________

- [ ] Other status information we should know:

______________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,

Aida Torregoza

Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (213) 478-0097

# Quality Assurance Report

## Request Information

Report Date: September 30, 2018

**RP ID:** 4530522

Patient Name: SHAW, KIMBERLY

Provider Name: ARTHRITIS ASSOCIATES

## Quality Assurance Information

Scope Requested: **From May 1, 2018 to Present**

Special Request:
Restrictions form - Seen By: CRAIG, DR. WILLIAM DAVID

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
ITEMS REQUESTED NOT FOUND We only received Medical records, we're missing completed form seen by Dr. Willliam David Craig from May 1, 2018 to Present.

Chart Reviewed By: MAGUI

ReleasePoint

## Medical Record Overview

**Date:** September 30, 2018

**Patient Name:** SHAW, KIMBERLY

**Records From:** CRAIG, DR. WILLIAM DAVID
1035 EXECUTIVE DR
HIXSON, TN 37343
(423) 826-0800

**Request Scope:** From May 1, 2018 to Present

**Chart Range:** 06/12/2018 - 08/22/2018

**RP ID:** 4530522

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 12 2018 | Aug 22 2018 | 11 | 2 |
| Labs/Diagnostics | Jun 12 2018 | Jun 12 2018 | 1 | 13 |
| Request Corr. | | | 1 | 14 |

**Total Page Count:** 13

**Notes From QC:**

ITEMS REQUESTED NOT FOUND

We only received Medical records, we're missing completed form seen by Dr. Willliam David Craig from May 1, 2018 to Present.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# Restrictions Form

Return To: Kristie Laracca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – 12/28/17
   DATE LAST TREATED – 2/15/18
   NEXT OFFICE VISIT – 3/28/18

   Fibromyalgia M79.7 Moderate Persistent Asthma J45.42
   Polyarthropathy M13.0
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally < 10mins.
- [ ] LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Pt is unable to sit or stand for longer than 10mins @ a time. Pt is unable to lift or grab ≥8lbs.

4. RESTRICTIONS IMPOSED FROM 2/15/18 TO 2/15/19.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Medications have been prescribed. At this time, patient is unable to return to her chosen occupation.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Diffuse muscle pain, SOB noted with walking short distances ≥200ft [illegible] poor concentration.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| Ginger Mullins, PA-C | MSPAS, PA-C Internal Medicine | |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 1700 Broad Street Suite 140 | (423) 698-2435 | 352297438 |
| Street Address | Telephone Number | Fax Number |
| | | 423 697-6173 |
| Chattanooga, TN 37408 | [illegible signature] PA-C | 2/15/18 |
| City, State & Zip Code | Signature | Date |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of [illegible]
Group [illegible] Disability Claims
P.O. Box [illegible]
[illegible], KY [illegible]
Phone No.: [illegible]
[illegible] Fax No.: [illegible]

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, government agency, SIIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees; the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGEMENT

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of any health information for purposes of treatment, payment and health care operations.

[illegible] 1 EA-Psychotherapy 2015

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

Date of Birth: ________ Claim Number: 3840737

Date: 8/1/17

A copy of this authorization will be considered as valid as the original.

PL-TCA-Psychotherapy 2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefit Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No: [illegible]-7811
Secure Fax No.: [illegible]-5718

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to use or disclose the Information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the Information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the Information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing, diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The Information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to re-disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1029 of 1114

Lincoln/ Shaw 0303

Case 1:21-cv-00251-DCLC-SKL Document 22-3 Filed 11/01/22 Page 224 of 974 PageID #: 376

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

_______________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: _______ Claim Number: 3840787

Date: [handwritten date]

A copy of this authorization will be considered as valid as the original.

GL 7-CA Authorization Standard 2016

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: ______________________ Telephone #

Medical Record or Account#: ______________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to receive the information)

______________________
(Street, City, State and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge Summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

**ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; **OR**
- ☐ Other: ______________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be redisclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________ Kimberly Shaw ______________ Date: ______________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. Initials: KS Dept: ______

Note: If the substance abuse treatment information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of redisclosure statement must be provided to the recipient of the information:

The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.



[illegible]

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800 524-0542 Fax 877-862-0269

# Attending Physician Statement

## 1. Claimant Information

Kimberly — First name
MI
Shaw — Last name

Date of birth (mm/dd/yyyy)    Social Security Number    Gender [ ] Male [X] Female

[X] Please check if your life insurance policy is sponsored through your employer, and provide the information below:

Employer's Name    Location/Division

| Control Number(s): 52617 | Branch Code(s): |
|---|---|

[ ] Please check if you have an Individual Life Insurance policy that was not purchased through an employer, and provide your policy number(s):

| Policy Number(s) |
|---|

## 2. Condition History/Prognosis

| 1. Clinical Diagnosis | ICD Code is Required | Date when significant loss of function occurred (mm/dd/yyyy) |
|---|---|---|
| Primary | FIBRO | MARCH 2017 |
| Secondary | | |
| Secondary | | |

2. Do you feel the claimant is competent to endorse checks and direct the use of proceeds? [X] Yes [ ] No

3. Return-to-work/recovery expected target date (mm/dd/yyyy) unknown / Not Expected

4. Please describe any medical obstacles preventing return-to-work/recovery
Pain, Profound weakness, Profound fatigue, Memory Disturbance
Need for opiates, problems c̄ concentration

Return this page with the completed form.
GL.2016.123 Ed. 8/2016

*WILIAPS01*

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800 524 0542 Fax 877-862-0269

# Attending Physician Statement

## 2. Condition History/Prognosis (continued)

5. Has the patient reached maximum medical improvement? [ ] Yes [ ] No

6. What was the date of the patient's first office visit? (mm/dd/yyyy) 12/28/2017 Most recent visit (mm/dd/yyyy) 03/28/2018 Next scheduled visit (mm/dd/yyyy) 07/13/2018

## 3. Clinical Workup

1. Provide clinical observations which, in your professional opinion, qualify partial or total disability. (circled: total disability) If chronic or a prior condition, please explain what has changed.

2. Dominant hand ☐ Left ☒ Right Height 68 Weight 192

3. Please provide information regarding pertinent tests, therapies, procedures and surgeries:

| Tests/Therapies | Date | Results at Onset of Disability | Date | Current Results |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Procedures/Surgeries | Date | Type of Procedure/Surgery | Outcome/Complication |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Please attach any related diagnostic information to support the claim.

4. List current medications including their dose and frequency.

See attachment

Return this page with the completed form.
GL.2016.123 Ed. 8/2016

*WILIAPS02*

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Attending Physician Statement

## 4. Other Treating Physicians/Hospitalization

| First Name | Last Name | Speciality | Phone Number |
|---|---|---|---|
| William | Craig | Rheum | 423-826-0800 |
| | | Appt 6/12/18 | |
| | | | |

| Hospital Name | Date of Admission | Date of Release | Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

MA0180425588000002000030000900000

Return this page with the completed form.
GL.2016.123 Ed. 8/2016

* W I L I A P S 0 3 *

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Attending Physician Statement

## 5. Physical Capacity

1. Based on a normal day, what is the patient's capacity in terms of:

| | 0% | 1-33% | 34-66% | 67-100% |
|---|---|---|---|---|
| Walking | ☒ | ☐ | ☐ | ☐ |
| Sitting | ☐ | ☒ 10% | ☐ | ☐ |
| Standing | ☒ | ☐ | ☐ | ☐ |
| Climbing Stairs | ☒ | ☐ | ☐ | ☐ |
| Climbing Ladders | ☒ | ☐ | ☐ | ☐ |
| Balancing/Heights | ☒ | ☐ | ☐ | ☐ |
| Stooping | ☒ | ☐ | ☐ | ☐ |
| Kneeling/Crawling | ☒ | ☐ | ☐ | ☐ |
| Reaching Desk Level | ☐ | ☒ 10% | ☐ | ☐ |
| Reaching Overhead | ☒ | ☐ | ☐ | ☐ |
| Right Handling/Fingering | ☐ | ☒ 10% | ☐ | ☐ |
| Left Handling/Fingering | ☒ | ☐ | ☐ | ☐ |
| Lifting/Carrying (up to 10 pounds) | ☒ | ☐ | ☐ | ☐ |
| Lifting/Carrying (up to 20 pounds) | ☒ | ☐ | ☐ | ☐ |
| Lifting/Carrying (up to 50 pounds) | ☒ | ☐ | ☐ | ☐ |

2. Are there any other restrictions/limitations that are medically necessary? ☒ Yes ☐ No

If yes, please explain Will need frequent breaks, work < 2hrs A DAY

3. Visual impairment (if applicable) N/A

| Date | Test | OD% | OS% |
|---|---|---|---|
| | Visual Field Percentage | | |
| | Visual Acuity - Corrected | | |
| | Visual Acuity - Not Corrected | | |

Return this page with the completed form.
GL.2016.123 Ed. 8/2016

*WILIAPS04*

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Attending Physician Statement

## 6. Behavioral Health

(Please complete this section if the disabling condition is due to a behavioral health disorder)

1. When was the patient first diagnosed with the behavioral health disorder?
2. Do you provide medications management? ☐ Yes ☐ No
   **If Yes, indicate if the patient adheres to treatment recommendations and provide the treatment response**
3. Do you provide counseling/therapy? ☐ Yes ☐ No
   **If Yes, indicate if the patient adheres to treatment recommendations and provide the treatment response**
4. Has formal psychological testing been completed? ☐ Yes ☐ No **If Yes, please provide the following:**

*Type of testing* — *Date* (mm/dd/yyyy) / /

*Name of testing provider (Provide a copy of report, if available)*

5. Is there a history of alcohol or substance abuse? **If Yes, the patient (please check one):**
   ☐ *is actively using* ☐ *has been in remission for* ____ *months* ____ *years*

## 7. Fraud Notice

Physician's first name: CHARLES
MI:
Physician's Last name: CRUMP M.D.
Street address: 1700 BROAD ST
Apt/Suite (optional): # 140
City: CHATTANOOGA
State: TN
ZIP Code: 37408
Specialty: INTERNAL MED
Telephone number: 423-

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company or other person, or knowing that he is facilitating commission of a fraud, submits incomplete, false, fraudulent, deceptive or misleading facts or information when filing an insurance application or a statement of claim for payment of a loss or benefit commits a fraudulent insurance act, is/may be guilty of a crime and may be prosecuted and punished under state law. Penalties include fines, civil damages and criminal penalties, including confinement in prison. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant or if the applicant conceals, for the purpose of misleading, information concerning any fact material thereto.

**I have read and understand the terms and requirements of the fraud warning as I certify the above statements are true.**

X
Physician signature [signature] MD

04 / 25 / 2018
month / day / year

© 2016 Prudential Financial, Inc. and its related entities.
Prudential, the Prudential logo, and the Rock symbol are service marks of Prudential Financial, Inc. and its related entities, registered in many jurisdictions worldwide.

**Return this page with the completed form.**
GL.2016.123 Ed. 8/2016

*WILIAPS05*

741507

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 1. Your Policy / Plan Information

[X] Please check if your life insurance policy is sponsored through your employer, and provide the information below:

| Employer's Name | Location/Division |
|---|---|
| Control Number(s): 5 2 6 1 7 | Branch Code(s): |

[ ] Please check if you have an Individual Life Insurance policy that was not purchased through an employer, and provide your policy number(s):

Policy Number(s)

## 2. Your Personal Information

K i m b e r l y — First name
MI
S h a w — Last name

Date of birth (mm/dd/yyyy)

Social Security Number

Gender [ ] Male [X] Female

Street address

Apt/Suite (optional)

City

State

ZIP Code

Your Mailing Address (if different from home address)

Street address

Apt/Suite (optional)

City

State

ZIP Code

Primary telephone number

Work telephone number

Education: Highest Grade Completed M.B.A.

Additional schooling/training (licenses/certificates) RESPIRATORY THERAPIST

**Return this page with the completed form.**
GL.2016.122 Ed. 8/2016

*WILICLM01*

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 3. Your Employment Information

1. What is your current occupation from which you've been disabled? PULMONARY COORDINATOR From 8/2014 To 8/2017

2. If you were not employed, were you: ☐ Retired ☐ Homemaker ☐ Student ☐ Other

   If other, please describe:

3. What job category best describes your essential job duties? (Please check the appropriate box).

| ☐ **Sedentary** | ☒ **Light** | ☐ **Medium** | ☐ **Heavy** | ☐ **Very Heavy** |
|---|---|---|---|---|
| Negligible Weight<br>Mostly Sitting | Up to 10 lbs. frequently<br>Up to 20 lbs. occasionally<br>and/or<br>Frequent Walk/Stand<br>and/or<br>Constant Push/Pull | Up to 25 lbs. frequently<br>Up to 50 lbs. occasionally | 25 to 50 lbs. frequently<br>50 to 100 lbs. occasionally | More than 50 lbs. frequently<br>100 lbs. occasionally |

☐ **Other** (Please describe)

4. Describe your Job Duties REVIEW & PROVIDE DOCUMENTATION FOR PATIENT INSURANCE; REVIEW PATIENT MEDICAL RECORDS & DEVELOP TREATMENT PLAN; PROVIDE PATIENT EDUCATION & PROVIDE SUPERVISON OF PATIENT EXERCISE

5. Please provide information on your most current employer

DIGNITY HEALTH - DOMINICAN HOSPITAL
Employer name

1555 SOQUEL DR
Street address — Apt/Suite

SANTA CRUZ — CA — 95065-
City — State — ZIP Code

831-462-7678
Phone number

08/24/2014
Date of hire (mm/dd/yyyy)

☐ Self-Employed

6. Base salary on last day worked: $ 52.84 per hour ☒ per week ☐ per month ☐ per year ☐

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 4. Your Work History

1. Please provide information about your prior employers/occupations:

DOMINICAN HOSPITAL
Employer name

08/2014 to 08/2017
Dates of employment

$ 54.82
Base salary/hourly wage — year/(hour)

1555 SOQUEL DR SANTA CRUZ, CA 95065
Employer address

PULMONARY COORDINATOR
Occupation/job title

PULMONARY REHAB; PATIENT EDUCATION; EXERCISE SUPERVISION
Brief job description

PIKEVILLE HOSPITAL
Employer name

01/2012 to 08/2014
Dates of employment

$ 100,000
Base salary/hourly wage — (year)/hour

911 BYPASS RD PIKEVILLE, KY 41501
Employer address

DIRECTOR PULMONARY SVCS.
Occupation/job title

ADMIN - 80 FTE'S OVER 4 DEPTS.
Brief job description

## 5. Information Regarding your Disability

1. 08/17/2017
Date last worked (mm/dd/yyyy)

WORSENING BEGAN 03/ /2017
Date of disability (mm/dd/yyyy)

06/ /2016
Date first treated for this condition (mm/dd/yyyy)

2. Estimated/expected to return to work NOT EXPECTED TO RETURN

3. As of what date are you claiming Waiver of Premium benefits? 08-17-2017

4. What medical condition is preventing you from working?

5. Check all that apply to this disability ☐ Work Related ☐ Accident/injury ☒ Sickness ☐ Motor vehicle accident

6. If Accident/injury, please describe

7. Are you currently working for another Employer ☐ Yes ☒ No

8. If yes, please provide the occupation

Date hired (mm/dd/yyyy)

9. Are you able to care for all of your activities of daily living (grooming, dressing, bathing, etc.)? ☐ Yes ☒ No

If No, what activities do you require assistance? Please explain

REQUIRE ASSISTANCE: (1) WHEN DRYING FOLLOWING SHOWER; (2) PREPARING MEALS;

Return this page with the completed form.
GL.2016.122 Ed. 8/2016

* W I L I C L M 0 3 *

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 6. Treatment Provider for Your Disability

1. Please provide information on the Treatment Provider for your current disability.

CHARLES
Physician's First Name

MI

CRUMP
Last Name

423-698-2435
Primary Telephone Number

- -
Fax Number

1700 BROAD ST
Office Address

140
Apt/Suite

CHATTANOOGA
City

TN ~~TN~~ 37408-
State ZIP Code

INTERNAL MEDICINE
Specialty

12/28/2017
First Office Visit (mm/dd/yyyy)

03/28/2018
Last Office Visit (mm/dd/yyyy)

## 7. Additional Treating Providers

JACQULINE
Physician's First Name

SEDGWICK
Last Name

INTERNAL MEDICINE
Specialty

831-475-1630
Primary Telephone Number

- -
Fax Number

528 CAPITOLA AVE
Office Address

Apt/Suite

CAPITOLA
City

CA 95010-
State ZIP Code

03/ /2017
First Office Visit (mm/dd/yyyy)

09/15/2017
Last Office Visit (mm/dd/yyyy)

Return this page with the completed form.
GL.2016.122 Ed. 8/2016

*WILICLM04*

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 7. Additional Treating Providers (continued)

Physician's First Name

Last Name

Specialty

Primary Telephone Number - -

Fax Number - -

Office Address

Apt/Suite

City

State

ZIP Code -

First Office Visit (mm/dd/yyyy) / /

Last Office Visit (mm/dd/yyyy) / /

**List any Hospital/Facility confinement(s) for this disability.**

| Name of Hospital/Facility and Address | Period Confined From | Period Confined To |
|---|---|---|
| | | |
| | | |

Prudential

The Prudential Insurance Company of America
Waiver of Premium Unit
P.O. Box 70183, Philadelphia, PA 19176
Tel 800-524-0542 Fax 877-862-0269

# Claim for Total Disability Benefits—Claimant Statement

## 9. Income Information

1. Are you currently receiving vocational assistance or retraining for another occupation? Yes X No
2. Have you been approved for Social Security Disability Benefits or Canada/Quebec Pension? Yes X No *Appeal in Process
3. Do you have Group Long Term Disability coverage with Prudential? Yes X No * LTD with Liberty Mutal Approved @ 100% October 2017

**Please Note:** Eligibility for Social Security Disability or other disability plans does not automatically qualify you under the Prudential policy's disability benefit provision. Eligibility will be assessed based on the information submitted from your attending physician(s).

## 10. Signature

***FLORIDA RESIDENTS*** *— Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.*

***NEW YORK RESIDENTS*** *— Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.*

**I have read and understand the terms and requirements of the fraud warnings included as part of this form. I certify that the above statements are true.**

X [signature] 05/04/2018
Claimant's signature month / day / year

**Or if the Claimant is unable to sign, the signature and address of the Claimant's legal representative.**

X / /
Claimant's representative signature Relationship month / day / year

Representative's address

**For Claimant's Legal Representative only. If the claimant is unable to sign this form, the claimant's legal representative may sign. Only those representatives who are court-appointed guardians or have a power of attorney specific to this type of claim may sign. Supporting documentation of the appointment must be submitted to Prudential with this form.**

**Return this page with the completed form.**
GL.2016.122 Ed. 8/2016



* W I L I C I M 0 7

# Summary of Today's Visit

Shaw , Kim DOB:
Account No 8X101585095
Gender:Female
Race:White
Ethnicity:Not Hispanic or Latino
Preferred Language:English
03/28/2018 visit with MAGDALENA SANTOS, NP-C

## Medication List

- Not-Taking Hydrocodone-Acetaminophen : 7.5-325 MG 1 tablet as needed Orally every 6 hrs

**Other medications you are on** Current Med list

- Taking B Complex : - Orally 2 times a day
- Taking Ashwagandha : 500 MG Orally 2 times a day
- Taking Flonase Allergy Relief : 50 MCG/ACT 1 spray in each nostril Nasally once a day
- Taking Ferrous Bisglycinate Chelate : 15 MG Orally
- Taking Vitamin D3 : 5000 UNIT 1 capsule Orally once a day
- Taking Probiotic : - Orally
- Taking Pepcid : 20 MG 1 tablet at bedtime Orally once a day
- Taking Prilosec OTC : 20 MG 1 tablet Orally once a day
- Taking Valacyclovir HCl : 1 GM 1 tablet Orally once a day
- Taking Acyclovir : 5 % 1 application to affected area Externally Six times a day
- Taking Tizanidine HCl : 4 MG 1 tablet as needed Orally Three times a day,90 day(s) ,270 Tablet ,Refills: 1
- Taking Trazodone HCl : 50 MG 1 tablet at bedtime as needed Orally once a day,90 day(s) ,90 ,Refills: 1
- Taking Advair Diskus : 250-50 MCG/DOSE 1 puff Inhalation Twice a day
- Taking Spiriva Respimat : 1.25 MCG/ACT 2 puffs Inhalation once a day
- Taking Albuterol Sulfate HFA : 108 (90 Base) MCG/ACT 2 puffs as needed Inhalation every 6 hrs
- Taking Albuterol Sulfate : (2.5 MG/3ML) 0.083% 3 ml as needed Inhalation Three times a day
- Taking Zyrtec Allergy : 10 MG 1 tablet Orally once a day
- Taking Singulair : 10 MG 1 tablet in the evening Orally once a day
- Taking Tramadol HCl : 50 MG 1 tablet as needed Orally BID prn pain,30 day(s) ,60 ,Refills: 0
- Taking Cymbalta : 60 MG 1 capsule Orally once a day
- Taking Gabapentin : 300 MG 2 to 3 tablets Orally TID as needed

Notes:
Patient has been referred to Dr. Craig per patient request. She already has an appointment with a rheumatologist Dr. Braggs 7/19/2018. She is wanting to see if she can get in with Dr. crag sooner, patient advised not to cancel her July appointment just in case. Stable sxs. Pt was counseled, cautioned and defined addictive, habituation and withdrawal adverse properties of medication. Side effects discussed with patient. CSMD reviewed. CS agreement signed.

Pt currently has a 2mths supply of tramadol 50mg bid, at the pharmacy. Pt is requesting tramadol rx to be increased to allow her the extra needed when pain is at its worst. I infomed pt that I would need to discuss this with Dr. Crump, I will let her know what was decided.


*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

Labs had been done at last visit. Patient has been referred to a rheumatologist for further eval and treat.
. Patient followed by pulmonologist, at this time reports that symptoms are stable.
Improved with Cymbalta, continue current regimen.
. Signs and symptoms stable, denies any adverse reactions to current regimen
Signs and symptoms stable

---


*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

**Shaw, Kim**
51 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORKS
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

03/28/2018 PROGRESS NOTE: MAGDALENA SANTOS, NP-C

## Reason for Appointment

1. 3mos cs

## History of Present Illness

Patient History:

51y/o female present for three-month follow-up. Pt informed me she is filing the paperwork for disability. Patient has polyarthropathy had labs done, results were normal, was referred to Dr. Braggs has an appointment for 7/19/2018 but is wanting to be referred instead to Dr. William Craig, she believes that she can get a sooner appt w him. Patient has fibromyalgia and fatigue, is currently on tramadol, reports her pain level daily is 5/10 on pain scale but can climb up to 7/10 when performing daily activities, pain at its worst can be 9/10. She states she found a rx of tramadol that she had in CA and has been taking up to 100mg of tramadol bid when pain is at its worst. Pt is wanting her rx for tramadol to be increased to allow her the ability take 100mg bid when needed. She feels that fibromyalgia pain has reduced her quality of life. She reports that when the weather changes her fibromyalgia feels worse even at times interfering with her ability to change her own clothes. Due to the effects of the pain she experiences from fibromyalgia patient does suffer from depression but has improved symptoms on Cymbalta, denies any suicidal ideation. Patient has persistent asthma related issues was referred to Dr. Mull-pulmonologist saw him 1/2018. No cp or sob. No n/v/d. No unexplained weight changes or night sweats. No gib or urinary symptoms.

## Current Medications

**Taking**

- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- B Complex - Capsule Orally BID
- Ashwagandha 500 MG Capsule Orally BID

**Not-Taking**

- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Medication List reviewed and reconciled with the patient

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Allergies**
Xolair: anaphylaxis: Allergy

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma.** Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Positive for: diarrhea constipation.
Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Positive for: back pain joint pain muscle pain.
Neurology: Positive for: headaches, dizziness. Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus.**

**Vital Signs**
Ht 68 in, Wt 192.2 lbs, BMI 29.22, Weight Change -4.8 lb, BP 124/78, HR 67, Oxygen sat % 98.

**Examination**
General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar area..
HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.
Neck: supple, no mass, trachea midline, no thyroid abnormality.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect , insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Assessments**
1. Fibromyalgia - M79.7 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Epstein Barr virus infection - B27.90
7. Fatigue - R53.83

**Treatment**

**1. Fibromyalgia**
Notes: Patient has been referred to Dr. Craig per patient request. She already has an appointment with a rheumatologist Dr. Braggs 7/19/2018. She is wanting to see if she can get in with Dr. crag sooner, patient advised not to cancel her July appointment just in case. Stable sxs. Pt was counseled, cautioned and defined addictive, habituation and withdrawal adverse properties of medication. Side effects discussed with patient. CSMD reviewed. CS agreement signed.
Pt currently has a 2mths supply of tramadol 50mg bid, at the pharmacy. Pt is requesting tramadol rx to be increased to allow her the extra needed when pain is at its worst. I infomed pt that I would need to discuss this with Dr. Crump, I will let her know what was decided.

**2. Polyarthropathy**
Notes: Labs had been done at last visit. Patient has been referred to a rheumatologist for further eval and treat.
Referral To:WILLIAM CRAIG Rheumatology
Reason:poss SLE, UCTD vs fibromyalgia|**see note

**3. Moderate persistent asthma with status asthmaticus**
Notes: . Patient followed by pulmonologist, at this time reports that symptoms are stable.

**4. Depression with anxiety**
Notes: Improved with Cymbalta, continue current regimen.

**5. Encounter for long-term (current) use of other medications**
Notes: . Signs and symptoms stable, denies any adverse reactions to current regimen.

**6. Epstein Barr virus infection**
Notes: Signs and symptoms stable.

**Follow Up**
Keep appt w Crump. F/u prn.

[signature] NPC

**Electronically signed by MAGDALENA SANTOS , NP-C on 03/30/2018 at 12:20 PM CDT**
**Electronically co-signed by CHARLES CRUMP on 04/04/2018 at 11:56 AM CDT**
**Sign off status: Completed**

**Shaw, Kim**
50 Y old Female, DOB:
Account Number: 8X101585095

Home: 8
Guarantor: Shaw, Kim Insurance: BCBSTN PPO
NETWORK S Payer ID: SB890
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

**02/15/2018** **PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**

- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider

**Not-Taking**

- Hydrocodone-Acetaminophen 7.5-325

## Reason for Appointment

1. Needs form filled out
2. Med refill

## History of Present Illness

Patient History:

Pt has been referred to PULM and RHEUM for eval/txmt. Her mother Terry McClendon is present w/ her today. Pt was respiratory therapist and pulmonary rehab coordinator for about 30yrs. She is on long term disability for fibromyalgia/chronic fatigue syndrome/severe OSA/ severe asthma. She has seen PULM-appmt went and RHEUM appmt is in July 2018. She is walking w/ a cane and if she has to walk more than a 200 ft then she will need a wheel chair. She can stand and "do simple something for 5-10mins" then will have to sit down due to pain-hip flexors and thighs bilaterally and fatigue. On her worst days-she states that she has shoulder/trap pain and has decreased concentration-difficult to read and then remember what she has just read. + anxiety and dpn-she is taking Cymbalta 60mg/day-helping w/ dpn but varies on how she feels. Denies physcial or verbal abuse present or past. She has seen counselor while in CA but didn't feel that it was very useful. Denies suicidal thoughts. She takes Tramadol as needed. She has noticed tremors in bilateral LE-worse w/ standing. She feels that her "muscles are being pulled from my bones". No regular exercise due to pain. Pt states she can't even carry a gallon milk.

## Vital Signs

Ht 68 in, Wt 197 lbs, BMI 29.95, Weight Change 2 lb, BP 132/68, Temp 99.2 F, HR 74, Respiratory Rate 16, Oxygen sat % 98.

## Past Orders

Lab:ANA, IFA W/REFL TO TITER/ PATTERN/LUPUS/SLE ABS (Q-90072) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

ANA SCREEN, IFA NEGATIVE NEGATIVE -

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

MG Tablet 1 tablet as needed Orally every 6 hrs

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s).
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
Xolair: anaphylaxis: Allergy

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Negative for:, abdominal pain, constipation, diarrhea, nausea, reflux, vomiting. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for:,

| | | |
|---|---|---|
| LYME DISEASE AB (IGG) WB | NEGATIVE | NEGATIVE - |
| 18 KD (IGG) BAND | NON-REACTIVE | - |
| 23 KD (IGG) BAND | NON-REACTIVE | - |
| 28 KD (IGG) BAND | NON-REACTIVE | - |
| 30 KD (IGG) BAND | NON-REACTIVE | - |
| 45 KD (IGG) BAND | NON-REACTIVE | - |
| 58 KD (IGG) BAND | NON-REACTIVE | - |
| 66 KD (IGG) BAND | NON-REACTIVE | - |
| 93 KD (IGG) BAND | NON-REACTIVE | - |
| LYME DISEASE AB (IGM) WB | NEGATIVE | NEGATIVE - |
| 41 KD (IGM) BAND | NON-REACTIVE | - |
| 39 KD (IGG) BAND | NON-REACTIVE | - |
| **41 KD (IGG) BAND** | **REACTIVE A** | **-** |
| 23 KD (IGM) BAND | NON-REACTIVE | - |
| 39 KD (IGM) BAND | NON-REACTIVE | - |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:TSH, 3RD GENERATION (Q-899) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | |
|---|---|---|
| TSH, 3RD GENERATION | 1.45 | - mIU/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:COMPREHENSIVE METABOLIC PANEL (Q-10231) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | |
|---|---|---|
| **GLUCOSE** | **107** | **H 65-99 - mg/dL** |

joint swelling, joint redness, morning stiffness, muscle pain, weakness, **Positive for: myalgia.** Neurology: Negative for: LOC, seizures, , memory changes, dizziness,, numbness, syncope, migraines, tremors, **Positive for:, weakness.** Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus.**

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 8 | | 7-25 - mg/dL |
| CREATININE | 0.78 | | 0.50-1.05 - mg/dL |
| eGFR NON-AFR. AMERICAN | 89 | | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 103 | | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 - (calc) |
| **SODIUM** | **134** | **L** | **135-146 - mmol/L** |
| POTASSIUM | 4.0 | | 3.5-5.3 - mmol/L |
| CHLORIDE | 99 | | 98-110 - mmol/L |
| CARBON DIOXIDE | 26 | | 20-31 - mmol/L |
| CALCIUM | 9.3 | | 8.6-10.4 - mg/dL |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 - g/dL |
| ALBUMIN | 4.4 | | 3.6-5.1 - g/dL |
| GLOBULIN | 2.6 | | 1.9-3.7 - g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 - (calc) |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 - mg/dL |
| ALKALINE PHOSPHATASE | 73 | | 33-130 - U/L |
| AST | 15 | | 10-35 - U/L |
| ALT | 16 | | 6-29 - U/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:HEMOGLOBIN A1c (Q-496) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | |
|---|---|---|
| HEMOGLOBIN A1c | 5.6 | <5.7 - % of total Hgb |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

**Examination**

General Examination:

Constitutional: alert and oriented, interacting appropriately, NAD, overweight.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT, EOMI, hearing is grossly normal.

Respiratory: regular breathing rate and effort, no wheezing/rales/rhonchi.

Heart: regular rate and rhythm, normal S1S2, no murmurs, click or rubs.

Chest: normal shape and expansion.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.

Musculoskeletal: no swelling or deformity, pt pushes herself up from seated position and uses the bar and has to push herself up from laying flat after rolling over to her left side, decreased flexibility of the spine-pt is only able to reach just below the knees and that is w/ one hand on the exam table and the knees slightly bent, C-spine w/ full ROM but pt mentions pain w/ end points, bilateral shoulders w/ active FF to ~ 160 but she mentions pain and will not go further, + tenderness along the entire paraspinals but none noted over the L-spine, neg. bilateral SLR, however, she mentions low back tightness w/ the right SLR, no pain or crepitus w/ bilateral hip ROM, + tenderness over bilateral greater trochanteric bursa, pedal pulses equal and strong, no pedal edema.

Neurology: appropriate for age, awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor, DTRs 1-2+ in all 4 extremities.

Psych: appropriate mood and affect , normal speech, insight and judgement seem withine normal.

**Assessments**

1. Encounter for completion of form with patient - Z02.89 (Primary)
2. Fibromyalgia - M79.7
3. Depression with anxiety - F41.8
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Polyarthropathy - M13.0
6. Poor concentration - R41.840

**Treatment**

**1. Encounter for completion of form with patient**
Notes: Forms completed and faxed.

**2. Fibromyalgia**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Continue Gabapentin Capsule, 300 MG, 2 to 3 tablets, Orally, TID as needed, Notes: Verbal order per provider
Notes: Encouraged healthy eating habits and daily exercise/stretching/walk in a pool.

**3. Moderate persistent asthma with status asthmaticus**
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider

**4. Polyarthropathy**
Notes: Keep appmt w/ RHEUM.

**5. Others**
Notes: Forms completed.

**Follow Up**
keep

**Electronically signed by GINGER MULLINS , PA-C on 02/20/2018 at 07:10 PM CST**

**Sign off status: Completed**

---

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

---

**Shaw, Kim**
50 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORK S
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

12/28/2017 **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

### Current Medications

**Taking**

- Gabapentin 600 MG Tablet 1 tablet Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day

- Medication List reviewed and

### Reason for Appointment

1. Use to be kennedy

### Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Fibromyalgia - M79.7
7. Epstein Barr virus infection - B27.90
8. Fatigue - R53.83
9. Flu vaccine need - Z23

### Treatment

**1. Annual physical exam**

LAB: CBC (INCLUDES DIFF/PLT)(Q-6399) (Ordered for 01/02/2018)
LAB: COMPREHENSIVE METABOLIC PANEL (Q-10231) (Ordered for 01/02/2018)
LAB: HEMOGLOBIN A1c (Q-496) (Ordered for 01/02/2018)
LAB: LIPID PANEL WITH REFLEX TO DIRECT LDL (Q-14852) (Ordered for 01/02/2018)
LAB: T4, FREE (Q-866) (Ordered for 01/02/2018)
LAB: TSH, 3RD GENERATION (Q-899) (Ordered for 01/02/2018)
LAB: URINALYSIS, COMPLETE (Q-5463) (Ordered for 01/02/2018)
LAB: VITAMIN B12 (Q-927) (Ordered for 01/02/2018)
Notes: low carb diet and try to walk 30m d... with assistance. fall prec rec.

**2. Polyarthropathy**

LAB: LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Ordered for 01/02/2018)
Notes: needs spep and sle lab. and rheumatology...
Referral To:NATALIE BRAGGS Rheumatology
Reason:*poss SLE , UCTD vs fibromyalgia

**3. Moderate persistent asthma with status asthmaticus**

Notes: refer top pul w her extensive hx of asthma... Call if sob. or

reconciled with the patient

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
N.K.D.A.

**Review of Systems**

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue.
Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, postnasal drainage, Throat:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations.
Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm aches, joint pain, weakness, Positive

issue.
Referral To:NATHAN MULL Pulmonary Diseases
Reason:*moderate severe asthma hx and osa

**4. Depression with anxiety**
Notes: improved oveall but w some bad days even on the incr cymbalta...

**5. Encounter for long-term (current) use of other medications**
Notes: stable sxs.... on med.s csmd ckd. cpmc done... , counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication.

**6. Fibromyalgia**
Start Tramadol HCl Tablet, 50 MG, 1 tablet as needed, Orally, BID prn pain, 1 month, 30, Refills 0
Notes: poss SLE or UCTD. reck some SLE wu and lyme titer w bands. will conbert ot prn ultram. csmd ckid. cpmc done... tol it in past...

**7. Fatigue**
LAB: EPSTEIN BARR VIRUS ANTIBODY PANEL (Q-6421) (Ordered for 01/02/2018)
LAB: PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS (Q-747) (Ordered for 01/02/2018)
LAB: ANA, IFA W/REFL TO TITER/ PATTERN/LUPUS/SLE ABS (Q-90072) (Ordered for 01/02/2018)

**8. Others**
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, Once a day
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day
Refill Tizanidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally

for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, depression, anxiety, fatigue, focus problems.

Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day

**Immunization**

FLU 4V (FLUZONE QUAD), 3 YRS+, NO PRES - ALL PAYORS : 0.5 mL given by ADA ZAMORA on Left Deltoid

**Follow Up**

3mMAGGIE cs AND 6M OV ,ME

**History of Present Illness**

Patient History:

Here for ckup. no cp sob. she had PE sp a hospitalization few yrs ago and has not been able to work. she is on disability and walks with a cane bc fo general weakness. she is moving back here now... she has no cp sob and not very active.. she has had an extensive wu for hiv ms with neg RA SLe wu. CTS were nl . no etio for the weakness ... no falls.. she is workignon n a low fat diet. she does have chronic back pain...she does feel weak and notes some leg tremors also... no rash.. she notes the fatigue is severe but random. her pains are mild to moderrate in general in mm and joints.. no jt swelling...

She brought extensive wu w here today.. note occ red rash on face... she is on cpap for severe osa... she has been of steroid for over 1 yr... she is driving wo issue per pt and her wife Jamie today... her asthma is stable... she is compliant w meds... she is needing ultram conversion and is willing to dc the lortab which is used 2x week as rescue med for severe pain at 10/10. ultram helped in past..Hx EBV in past...

I rev her prev summary record w her... she has a very complicated hx... still undetermined dx but sounds like at least severe fibromyalgia...she agrees to see pulm here and get rheumatology eval.

**Vital Signs**

Wt 195 lbs, Ht 68 in, BMI 29.65, BP 100/68, HR 72, Respiratory Rate 16.

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar area..

HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect , insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Procedure Codes**
90686 FLU VACC IIV4 NO PRSV 0.5 ML IM
90471 ADMIN IMMUNIZATION

Chrl A. Crump J

**Electronically signed by CHARLES CRUMP , MD on 12/29/2017 at 11:51 AM CST**

**Sign off status: Completed**

---

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

---

Parkridge Medical Group

1700 Broad Street, Suite 140
Chattanooga, Tennessee 37408
(423) 493-5240
Fax (423) 493-5241

Internal Medicine

HARLES A. CRUMP, JR., M.D.
JOHN E. TAPP, II, M.D.
GINGER D. MULLINS, PA-C
STEVEN N. SMITH, NP-C
LISA BROOKS, NP-C

PARKRIDGE MEDICAL GROUP
Southside
1700 Broad Street, Suite 140
Chattanooga, Tennessee · 37404-3230
(423) 493-5240 · Fax (423) 493-5263
*Website: www.ParkridgeMedicalGroup.com*

March 4, 2019

Dear Madam,

Ms. Shaw initially became my patient in the late 1990s and then reestablished care upon returning to the Chattanooga area in September 2017. I have reviewed her records from her time in California, including from her primary care physician, sleep medicine and neurology. Ms. Shaw is a reliable historian.

On December 29, 2015 Ms. Shaw was hospitalized for ten days with a viral respiratory infection and status asthmaticus. Ms. Shaw was again hospitalized in January 2016 for four days suffering from a pulmonary embolism. She was treated with four months of anticoagulation therapy. Throughout the remainder of 2016 she developed recurrent upper respiratory infections, costochondritis, increasing fatigue and widespread muscle pain. She was treated throughout 2016 with oral steroids, antibiotics, inhaled beta agonists, inhaled anticholinergics and inhaled corticosteroids.

Ms. Shaw then developed severe, unremitting fatigue and chronic widespread pain in late 2016. This has continued and worsened through to the present.

Because of this pain and fatigue she has been unable to work since August 2017. Prior to August 2017, per the patient and medical records, Ms. Shaw was working a reduced schedule of no more than two hours per day 2 to 3 days a week for several months due to fatigue, muscle pain and poor concentration. Ms. Shaw is a Respiratory Therapist caring for patients diagnosed with chronic lung disease. Her job was to develop a treatment plan, in coordination with the treating physician, to assist these patients with medication management, pulmonary rehabilitation and disease education. Ms. Shaw reports that she often felt unsure of her clinical decision abilities and was no longer comfortable caring for patients.

Ms. Shaw satisfies the diagnostic criteria for Fibromyalgia as set out in Social Security document SSR 12 2p Titles II and XVI Evaluation of Fibromyalgia. Specifically, Ms. Shaw has a long history of chronic widespread pain, that is pain in all quadrants of the body and axial skeletal pain that has persisted for almost two years. Ms. Shaw also demonstrates repeated manifestations of six or more Fibromyalgia symptoms, signs, or coexisting conditions, including Chronic fatigue, Cognitive or memory problems, waking from sleep unrefreshed and Severe Obstructive Sleep Apnea, widespread muscle pain, muscle weakness, irritable bowel syndrome, dizziness, numbness and tingling of extremities and frequent headache.

Ongoing medical evaluations, including testing for HIV, Systemic Lupus Erythematosus, Lyme Disease, Multiple Sclerosis and Rheumatoid Arthritis have excluded conditions that better explain these repeated manifestations of symptoms, signs, or coexisting conditions.

Using the 2010 American College of Rheumatology Criteria, she has a Widespread Pain Index of 14 out of a possible 19. She has a Symptom Score of 8 out of a possible 12. The 2010 Criteria state that the diagnosis of Fibromyalgia is documented if the WPI score is greater than 7 and the SS score is greater than 5. The Widespread Pain Index of 14 and Symptom Score of 8 confirms the presence of Fibromyalgia and also confirms that her symptoms are severe and functionally limiting.

Intensity and Persistence of pain and other symptoms and how they limit her ability to work. Her typical pain level on most days is at severity 4 out of 10. This is true despite her need to take prescribed narcotic pain medicines. When she increases her activity pain severity can reach 9 out of 10. Unfortunately, the pain medicines, which she needs, tend to further hamper cognition.

Good and Bad days analysis, as recommended by Social Security July 25, 2012 Policy Interpretation Ruling SSR 12 20 Titles II and XVI Evaluation of Fibromyalgia. During a 7 day week Ms. Shaw typically experiences 2 to 3 bad days when she can do very little, 2 to 3 medium days when she can somewhat more, and, perhaps, 1 good day a week when she can do more but is still limited. Thus, on a bad day she can feed herself and her pets, but is unable to drive a car or perform mild household chores due to severe pain and fatigue. On medium days she can leave home and drive a car locally for medical appointments and short errands. However, her fatigue precludes folding laundry and she cannot concentrate enough to read more than a few pages of a book. She can be active outside the home for 1 or 2 hours on these days. On her occasional good day she can be out of the house for 3 or 4 hours, for example, shopping for groceries. However, even on good days she has to lie down to rest for about two to three hours during the middle of the day.

There are adverse effects of attempting to increase her activities. When she pushes too hard, Ms. Shaw typically suffers a flare up of pain, fatigue and other symptoms that last for 48 hours or more. She told me of a recent example, Starting on a good day she had to force herself to do several hours of errands for 3 days in a row. Usually, she would limit such increased efforts

to one single day. When she pushed through for 3 days her pain and fatigue increased dramatically, forcing her to do almost nothing for several days afterward.

As recommended by SSR 2012 2p, I calculated her Symptom Score. For the symptom of Fatigue her score is 2 to 3, moderate to severe. For the symptom Waking Unrefreshed, her score is 2 ,moderate severity. For Cognitive Symptoms, concentration and memory, her score is 2, moderate severity. In addition she has other important symptoms including frequent headaches, irritable bowel syndrome, dizziness, and medication side effects. Thus, her somatic symptoms in general score is 2. In summary, her Widespread Pain Index is 14 and Symptom Score is 8. Persons with such severe illness are typically not able to perform work outside the home. These high scores on the WPI and SS scales are consistent with the severe symptoms and functional limitations that Ms. Shaw reports on her Good and Bad Day report.

As is well established in the Fibromyalgia literature, except for tender points and diffusely increased sensitivity to pain, even persons with very severe and or disabling Fibromyalgia often have relatively normal 12 physical examination findings. Their functional limitations reflect poor stamina, intense pain, decreased concentration and fatigue rather than swollen joints or markedly decreased range of motion. Ms. Shaw has some limitation of neck and shoulder movement due to pain. Muscle strength is fair. Except where it is limited by pain, range of motion of joints is normal. Heart, lung and abdominal exams are normal. Physical exam is fully consistent with the severity and limitations that are documented by the Widespread Pain Index, Symptom Score and Good Days Bad Days reports. It would be fair, in this case, to assess her Fibromyalgia related impairments as being equivalent to that affecting a person with inflammatory arthritis, multiple sclerosis or other listed impairments.

Ms. Shaw has a Medically Determinable Impairment that could reasonably be expected to produce the pain and other symptoms that Ms. Shaw consistently reports. Her pain and related symptoms have a substantial adverse effect on her ability to perform basic activities. Her impairments are severe.

Ms. Shaw requires a cane to assist with balance when walking any distance. She must be pushed in a wheelchair for any distance greater than 200 feet as she is unable due to muscle weakness and severe fatigue to operate the wheelchair herself. She has an electronic mobility scooter which gives her some independence.

Limitations

1. She should not lift even very light weights repeatedly, as doing so makes her pain worse.

2. Standing or Walking, On most days she cannot stand for greater than 10 minutes without significant pain or walk any meaningful distance without pain and increased balance issues.

3. Sitting is limited to less than 2 hrs. Prolonged sitting worsens her pain. When traveling by car greater than 1 to 2 hours, Ms. Shaw requires a reclining or supine position.

4. She should not push or pull repetitively. Any repetitive activity of this type will make her much worse.

5. She should not do any motion repetitively. Repetitive Handling of objects, e.g. filing or typing, would worsen symptoms.

Due to Severe Obstructive Sleep Apnea, diagnosed 2016, her sleep is of poor quality. She is compliant with CPAP treatment. The Trazadone she takes for sleep further clouds her thinking. She has very poor stamina, irritable bowel, frequent infections, and a modest degree of anxiety and depression due to the stress of prolonged illness.

Because of limitations of current treatments for Fibromyalgia and related symptoms such as chronic fatigue, it is not likely that her condition will improve substantially. Given her severe symptoms, frequent exacerbations and the fact that modest increases in activity make her worse, it is difficult to imagine that there are any jobs in the economy that she could perform on a reliable basis.

Please contact my office with any further questions.

Sincerely,

Charles A. Crump, MD

21-Feb-2019 09:04 +15034867909 p.1

Kimberly Shaw 2/18/2019

## New Clinical Fibromyalgia Diagnostic Criteria – Part 1.

To answer the following questions, patients should take into consideration

- how you felt the past week,
- while taking your current therapies and treatments, and
- exclude your pain or symptoms from other known illnesses such as arthritis, Lupus, Sjogren's, etc.

**Determining Your Widespread Pain Index (WPI)**
The WPI Index score from Part 1 is between 0 and 19.

Check each area you have felt pain in over the past week.

- [x] Shoulder girdle, left
- [x] Shoulder girdle, right
- [x] Upper arm, left
- [x] Upper arm, right
- [ ] Lower arm, left
- [ ] Lower arm, right
- [x] Hip (buttock) left
- [x] Hip (buttock) right
- [x] Upper leg left
- [x] Upper leg right
- [ ] Lower leg left
- [ ] Lower leg right
- [x] Jaw left
- [x] Jaw right
- [ ] Chest
- [x] Abdomen
- [x] Neck
- [x] Upper back
- [x] Lower back
- [ ] None of these areas




Count up the number of areas checked and enter your Widespread Pain Index or WPI score score here 14.

## Symptom Severity Score (SS score) - Part 2a.

Indicate your level of symptom severity over the past week using the following scale.

**Fatigue**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate; considerable problems; often present and/or at a moderate level
- [x] 3 = Severe: pervasive, continuous, life disturbing problems

**Waking unrefreshed**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate: considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

**Cognitive symptoms**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate: considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

Tally your score for Part 2a (not the number of checkmarks) and enter it here 6.

21-Feb-2019 09:05 - +15034867989 p.2

Kimberly Shaw

## Symptom Severity Score (SS score)- Part 2b

2/18/19 [initials]

Check each of the following OTHER SYMPTOMS that you have experienced over the past week?

- ☒ Muscle pain
- ☒ Irritable bowel syndrome
- ☒ Fatigue/tiredness
- ☒ Thinking or remembering problem
- ☒ Muscle Weakness
- ☒ Headache
- ☐ Pain/cramps in abdomen
- ☒ Numbness/tingling
- ☒ Dizziness
- ☐ Insomnia
- ☒ Depression
- ☒ Constipation
- ☐ Pain in upper abdomen
- ☐ Nausea
- ☒ Nervousness
- ☐ Chest pain
- ☐ Blurred vision
- ☐ Fever
- ☒ Diarrhea
- ☒ Dry mouth
- ☒ Itching
- ☐ Wheezing
- ☐ Raynauld's
- ☐ Hives/welts
- ☐ Ringing in ears
- ☐ Vomiting
- ☒ Heartburn
- ☐ Oral ulcers
- ☐ Loss/change in taste
- ☐ Seizures
- ☐ Dry eyes
- ☒ Shortness of breath
- ☐ Loss of appetite
- ☐ Rash
- ☐ Sun sensitivity
- ☐ Hearing difficulties
- ☒ Easy bruising
- ☐ Hair loss
- ☐ Frequent urination
- ☐ Painful urination
- ☐ Bladder spasms

Count up the number of symptoms checked above.
*If you tallied:

| | |
|---|---|
| 0 symptoms | Give yourself a score of 0 |
| 1 to 10 | Give yourself a score of 1 |
| 11 to 24 | Give yourself a score of 2 |
| 25 or more | Give yourself a score of 3 |

Enter your score for Part 2b here (17) = (2)

Now add Part 2a AND 2b scores, and enter 8.
This is your Symptom Severity Score (SS score), which can range from 0 to 12.

## What Your Scores Mean

A patient meets the diagnostic criteria for fibromyalgia if the following 3 conditions are met:

1a. The WPI score (Part 1) is greater than or equal to 7 AND the SS score (Part 2a & b) is greater than or equal to 5

OR

1b. The WPI score (Part 1) is from 3 to 6 AND the SS score (Part 2a & b) is greater than or equal to 9.

2. Symptoms have been present at a similar level for at least 3 months.

3. You do not have a disorder that would otherwise explain the pain.

For example:
If your WPI (Part 1) was 9 and your SS score (Parts 2a & b) was 6, then you would meet the new FM diagnostic criteria.

If your WPI (Part 1) was 5 and your SS score (Parts 2a & b) was 7, then you would NOT meet the new FM diagnostic criteria.

*The new FM diagnostic criteria did not specify the number of "Other Symptoms" required to score the point rankings from 0 to 3. Therefore, we estimated the number of symptoms needed to meet the authors' descriptive categories of:

0 = No symptoms
1 = Few symptoms
2 = A moderate number
3 = A great deal of symptoms

* Wolfe F. et al. Arthritis Care Res 62(5):600-610, 2010.

For information about Fibromyalgia Network, call our office Monday through Friday, 9:00 a.m. to 5:00 p.m. (PST) at (800) 853-2929 or visit us online at www.fmnetnews.com.

This survey is not meant to substitute for a diagnosis by a medical professional. Patients should not diagnose themselves. Patients should always consult their medical professional for advice and treatment. This survey is intended to give you insight into research on the diagnostic criteria and measurement of symptom severity for fibromyalgia.

PARKRIDGE MEDICAL GROUP
Southside

Shaw, Kimberly D
51 Y old Female, DOB:
Account Number: 8X101585095

Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S
Home:
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:
Home:
Advance Directive: NAD(12/28/2017)

01/31/2019 PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744

## Current Medications

Taking

- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to

## Reason for Appointment

1. Cpx

## Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Moderate persistent asthma with status asthmaticus - J45.42
3. Encounter for long-term (current) use of other medications - Z79.899
4. Rhinosinusitis - J32.9
5. Fibromyalgia - M79.7
6. Depression with anxiety - F41.8
7. Fatigue, unspecified type - R53.83
8. Polyarthropathy - M13.0

## Treatment

**1. Annual physical exam**

LAB: CBC With Platelet And Differential(P-CBCWD)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP)
LAB: Thyroxine Free (free T4)(P-FT4)
LAB: Hemoglobin A1C(P-HA1C)
LAB: Lipid Panel(P-LIPID)
LAB: TSH(P-TSH)
LAB: Urinalysis (UA) with Microscopy Automated(P-UA)

Notes: low carb diet and will start a low impact wlaking program when over this infection. lose 10 pds. declined colon.

**2. Moderate persistent asthma with status asthmaticus**

Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

affected area Externally Six times a day, Notes: prn

- Augmentin 875-125 MG Tablet 1 tablet Orally every 12 hrs
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally

**Discontinued**

- MethylPREDNISolone 4 MG Tablet Therapy Pack as directed Orally As directed
- Medication Last reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

## Allergies

Xolair: anaphylaxis - Allergy

## Review of Systems

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue. Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, Positive for:, postnasal drainage, Throat:, Negative for:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:,

Notes: she will call Dr Czarnecki and call for appt as friends w his wife. will call if worse. I think she has viral issue. she will hold the augmentin at home and will use her nebs as dir 4x d. note sat 99%. add prednisone note needed 60mg in past. will start w 40mg and decrease by 10mg week for 4 weeks and she will call Dr Czarnecki for appt in next few weeks. call if worse or issue... hold the augmentin for poss rhinosinusitis in case she cont or gets worse. she will give it a few more days. exam was bening.

**3. Encounter for long-term (current) use of other medications**

LAB: Vitamin B12(P-B12)
LAB: Vitamin D 25-Hydroxy(P-VD25H)
Notes: stable sxs and ck la.b . csmd ckd cpmc done. , side effects/risks/benefits of medication reviewed, counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication.

**4. Rhinosinusitis**

Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Start Augmentin Tablet, 875-125 MG, 1 tablet, Orally, twice a day, 14 day(s), 28 Tablet, Refills 0, Notes: Verbal order per provider
Notes: as above. call if worse.

**5. Fibromyalgia**

Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per provider
Continue Gabapentin Tablet, 600 MG, 1 tablet, Orally, TID as needed, Notes: Verbal order per provider
Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Notes: cont meds. applying SSI. severe issues.

**6. Depression with anxiety**

Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: holdign her own but still issue w pain.

**7. Fatigue, unspecified type**

Notes:

chronic poss the ebv. reck lab

.

**8. Polyarthropathy**

Notes: fal prec dw pt.ck feet daily . no bare feet.

**9. Others**

Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day

chest pain, edema, palpitations.
Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern.
Genital, Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm pains/aches, occ joint pain, general weakness, Negative for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, hx depression, anxiety, focus problems.

Continue Probiotic Capsule, -, Orally
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Magnesium Bisglycinate Tablet, 100 MG, as directed, Orally, once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Start PredniSONE Tablet, 10 MG, take 4 tabs for 7 days, 3 tabs for 7 days, 2 tabs for 7 days, 1 tablet for 7 days, Orally, As directed, 70, Refills 0, Notes: Verbal order per provider

**Follow Up**
3m PA 6m Me

**History of Present Illness**
Patient History:
Here ckup. she has sinus pressure w mild DOE and dry to scant sputum occ yellow wo fever for past week. she did a medrol dose pak and felt vbetter until today when she dcd the MDP... she says in 2016 she was on and off steroids for months... she has augmentin also and has not stopped it... no rigors... she says she has hard script for the augmentin and needs e scribe. her fibromyalgia is mod to severe w general aches in all body part... csmd ckd cpmc done. she is on the the gabap and ultram wo sedation during the day.... pain 10/10 daily but down to 3-4/10 on tx. no falls. she is here alone today... depression anxiety issues at times but overall doing well... she is tol meds wo issue... she idd see Dr Paxson pulmonary also and she told him she only wanted to see him 1x yr... she is also stressed out bc applying for SSI disability...

**Vital Signs**
Ht 68 in, Wt 201 lbs, BMI 30.56, Weight Change -.6 lb, BP 122/62, HR 80, Respiratory Rate 16, Oxygen sat % 98.

**Examination**
General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: moist, warm,warm,,good turgor, mild redness to cheeks..
HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear,tympanic membranes normal bilaterally
Nasal passageways are red and swolloen B turbs.
Neck: supple, no mass, trachea midline, no thyroid abnormality.
Respiratory: clear to auscultation bilaterally, no

wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.
Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, mildly-tender on R side, mildly distended, bowel sounds are normal,no rebound or guarding.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, mildly tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact,DTRs 3+ in all 4 extremities,no tremor,strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect ,insight and judgement normal,good eye contact.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

Chl A. Crump J

**Electronically signed by CHARLES CRUMP , MD on 02/01/2019 at 06:14 AM CST**

**Sign off status: Completed**

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

MV lipids CMP, thyroid, CPK CBC in 6 wks

Mar 05, 2019 08:18 AM

Shaw, Kimberly D, F.

# CUMULATIVE REPORT

## Vitamin B12(P-B12)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Vitamin B12 | 943 H (180-914 pg/mL) |

## CBC With Platelet And Differential(P-CBCWD)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| WBC (? steroids / sick) | 17.4 H (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 5.20 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 47.3 (37.4-48.3 %) |
| MCV | 91.0 (81.0-102.0 fL) |
| MCH | 30.2 (26.9-35.0 pg) |
| MCHC | 33.2 (30.4-34.8 g/dL) |
| Platelet Count | 494 H (137-397 K/cumm) |
| Neutrophils Automated | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 21.2 (14.0-48.0 %) |
| Monocytes Automated | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 1.5 (1.0-8.0 %) |
| Basophils Automated | 0.8 (0.0-1.5 %) |

## Comprehensive Metabolic Panel (CMP)(P-CMP)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Sodium | 139 (134-145 mEq/L) |
| Potassium | 3.8 (3.4-5.4 mEq/L) |
| Chloride | 97 (97-109 mEq/L) |
| CO2 | 27 (22-32 mEq/L) |
| Glucose | 116 H (65-99 mg/dL) |
| BUN | 17 (5-26 mg/dL) |
| Creatinine | 1.0 (0.5-1.5 mg/dL) |
| | 10.1 |

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Calcium | 7.7 (8.5-10.3 mg/dL) |
| Protein | 4.9 (6.1-8.3 g/dL) |
| Albumin | 78 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 37 (38-126 IU/L) |
| ALT (SGPT) | 21 (7-52 IU/L) |
| AST (SGOT) | 0.4 (13-39 IU/L) |
| Bilirubin, Total | 1.8 (0.2-1.5 mg/dL) |
| A/G Ratio | >60 (1.1-2.5 mg/dL) |
| GFR/Black | 58 L (>60 mL/min/1.73m2) |
| GFR/White | (>60 mL/min/1.73m2) |

### Thyroxine Free (free T4)(P-FT4)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Thyroxine Free (free T4) | 0.53 L (0.58-1.64 ng/dL) |

Starting Synthroid re √ 6wks

### Hemoglobin A1C(P-HA1C)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Hemoglobin A1C | 6.3 H (<5.7 %) |

### LDL Cholesterol, Direct(P-LDL)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| LDL Cholesterol, Direct | 102 H (0-99 mg/dL) |

### Lipid Panel(P-LIPID)

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Cholesterol / HDL Ratio | 6.60 H (0.00-4.44 Ratio) |
| Cholesterol | 330 H (75-200 mg/dL) |
| HDL Cholesterol | 50 (>39 mg/dL) |
| LDL Cholesterol (Calculation) | SEE COMMENT (<130 mg/dL) |
| LDL/HDL Ratio | SEE COMMENT (<3.3 Ratio) |
| Non-HDL Cholesterol | 280 H (<130 mg/dL) |
| Triglycerides | 978 H (<150 mg/dL) |

watch low (fat) (carb) diet
want to start Chol Med ? along with Omega 3 fish oil
Crestor sent in

### TSH(P-TSH)

Shaw, Kimberly D, F, 03/21/1967

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| TSH | 12.66 H (0.34-5.66 mIU/L) |

Need to start Synthroid 50mcg

## Urinalysis (UA) with Microscopy Automated(P-UA)

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Appearance | CLEAR (CLEAR) |
| Urine Bilirubin | NEGATIVE (NEGATIVE) |
| Urine Blood | NEGATIVE (NEGATIVE) |
| Urine Color | YELLOW (YELLOW) |
| Urine Glucose | NEGATIVE (NEGATIVE) |
| Urine Ketones | NEGATIVE (NEGATIVE) |
| Urine Leukocytes Esterase | 1+ A (NEGATIVE) |
| Urine Nitrites | NEGATIVE (NEGATIVE) |
| Urine pH | 7.5 (5.0-9.0) |
| Urine Protein | NEGATIVE (NEGATIVE) |
| Urine Specific Gravity | 1.007 (1.005-1.030) |
| Urine Type | Clean Catch |
| Urine Urobilinogen | 0.2 (0.2-1.0 E U/dL) |

## Urinalysis, Microscopic only(P-UMIC)

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Bacteria | NONE SEEN (NONE SEEN /HPF) |
| Urine Casts | 0-2 Hyaline (0-2 Hyaline /LPF) |
| Urine Epithelial Cells | 0-2 (0-2 /HPF) |
| Urine RBC | 0-2 (0-2 /HPF) |
| Urine WBC | 0-2 (0-2 /HPF) |

## Vitamin D 25-Hydroxy(P-VD25H)

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Vitamin D 25-Hydroxy | 11.6 L (30.0-100.0 ng/mL) |

Start Vit D3
10,000 IU
MWFS
or 4d a week

Shaw, Kimberly D, F, 03/21/1987

Shaw, Kimberly D
51 Y old Female, DOB:
Account Number: 8X10158-095

Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S
Appointment Facility: 34631 1DCS DIAGNOSTIC CTR SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address 9,
Home
Advance Directive: NAD(12/28/2017)

10/15/2018

PROGRESS NOTE: MAGDALENA SANTOS, NP-C

### Reason for Appointment

1. 3mos CS

### History of Present Illness

Patient History:

51-year-old female present for her 3 month follow-up. Patient has a history of fibromyalgia and polyarthropathy, on multiple medications, followed by Dr. Craig rheumatologist has an upcoming appointment on 11/27/2018. Patient experiences chronic pain of which she reports pain level while on meds 4/10, pain at its worse 9/10. Patient reports that she will restart yoga and water exercises as tolerated, will be registering at Siskens and use their their pool. History of Epstein-Barr and asthma reports only using Spiriva daily has not been using Advair, reports her symptoms are stable. History of depression with anxiety on Cymbalta, she reports Dr. Craig gave her an additional 30 mg to use 2 weeks at a time when needed. No cp or sob, no n/v/d. Pt states Dr. Craig adjusted her her tizanidine.

### Current Medications

Taking

- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.

OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
Xolair: anaphylaxis - Allergy

**Review of Systems**
General ROS:
Constitutional: Negative for:, fever, chills, fatigue, weight change. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing, dyspnea on exertion. Cardiology: Negative for:, chest pain, edema, palpitations, leg pains during walking. Gastroenterology: Negative for:, abdominal pain, diarrhea or constipation. Musculoskeletal: **Positive for:, back pain, joint pain.** Neurology: Negative for:, dizziness, numbness of upper or lower extremities, memory changes, gait abnormality, confusion. Psychology: **Positive for:, anxiety, depression, stress.**

**Vital Signs**
Ht 68 in, Wt 200 lbs, BMI 30.41, Weight Change -2 lb, BP 118/72, HR 75, Oxygen sat % 98.

**Examination**
General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, no rash.
HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear, TMs norm, pharynx/tonsils norm.
Neck: supple,no mass,trachea midline.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled,no murmurs, click or rubs, No lower extremity edema.
Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft,no rebound or guarding, ND/NT, BS norm throughout.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod

tenderness in large muscle groups of extremities and upper torso and back, sl tender mcp jts and elbows shoulders and knees to rotate and extend.

Neurology: CN's II-XII grossly intact,no tremor.
Psych: appropriate mood and affect ,insight and judgement normal.
Extremities: no clubbing,pulses 2 plus bilaterally,no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Assessments**

1. Fibromyalgia - M79.7 (Primary)
2. Encounter for long-term (current) use of other medications - Z79.899
3. Depression with anxiety - F41.8
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Polyarthropathy - M13.0
6. Epstein Barr virus infection - B27.90, High IgG 2018

**Treatment**

**1. Fibromyalgia**
Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day, 30 day(s), 120 Tablet, Refills 2
Notes: ONE SCRIPT WITH 2 REFILLS PRINTED AND GIVEN TO PT, FIL DATE OF 10/30/2018
Stable sxs. Pt of R/B/SE's of medication. CSMD reviewed. CS agreement signed. Patient followed by rheumatologist Dr. Craig. Patient will be going to Sisken to do water exercises. Will be restarting yoga.

**2. Encounter for long-term (current) use of other medications**
Notes: . Sxs stable, denies having any adverse reactions to current regimen. Pt will be having labs done at time of physical in January.

**3. Depression with anxiety**
Notes: . improved with current regimen.

**4. Moderate persistent asthma with status asthmaticus**
Notes: . Patient reports that her symptoms are stable.

**5. Polyarthropathy**
Notes:

Improved with pain medications.

.

**Follow Up**
Keep appts as scheduled.

**Electronically signed by MAGDALENA SANTOS , NP-C on 10/19/2018 at 02:12 PM CDT**
**Electronically co-signed by CHARLES CRUMP on 11/05/2018 at 03:28 PM CDT**

Sign off status: Completed

346311DCS DIAGNOSTIC CTR SOUTHSIDE
1700 BROAD ST
STE 140
CHATTANOOGA, TN 374081834
Tel: 423-698-2435
Fax: 423-697-6110

Patient: Shaw, Kimberly D DOB: Progress Note: MAGDALENA SANTOS, NP-C 10/15/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Kimberly Shaw Brief

Claimant was 50 years old at alleged onset date of 8/18/17 and has a combination of severe impairments making it impossible for her to work an 8-hour day and a 5-day workweek on a regular and continuing basis. She grids out at 201.04. Therefore, there are no jobs for her in the regional and nationa economi

Her allegations include fibromyalgia, chronic fatigue syndrome, severe obstructive sleep apnea, depression, anxiety, lumbar radiculopathy, ambulatory dysfunction, degenerative disc disease, muscle weakness, sensory neuropathy, and asthma.

Her work during the relevant period includes pulmonary clinical coordinator, director of pulmonary services, pulmonary education coordinator, cardiac cath lab tech, and respiratory Therapist.

But symptoms from her medical impairments would prevent her from returning to any of these occupations or any other jobs in the economy. Treating source statements indicate she cannot sit, stand, or walk more than ten minutes and cannot lift more than 8 pounds. She has tremors and needs to walk with a cane. She has profound fatigue and takes taps during the day. In addition, a consultative exam indicated she has problems with short-term memory and concentration, and comprehension. She has 18 of 18 tenderpoints for fibromyalgia and is in constant pain. These and other symptoms and impairments would preclude Ms. Shaw from performing a job even at a sedentary level.

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151

Date: April 24, 2019

Kimberly Dawn Shaw

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

### If You Disagree With My Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please write the Social Security number associated with this case on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

### Time Limit To File An Appeal

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866) 964-0029. Its address is:

Social Security
Suite 140
1290 Premier Dr
Chattanooga, TN 37421-9953

Kristie Luffman-Minor
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Beth Matter
Allsup, Inc.
300 Allsup Place
Belleville, IL 62223

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Kimberly Dawn Shaw (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | (Social Security Number) |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated June 21, 2018 (20 CFR 404.929 *et seq.*). The claimant appeared and testified at a hearing held on March 14, 2019, in Chattanooga, TN. David M Boatner, an impartial vocational expert, also appeared at the hearing. The claimant is represented by Beth Matter, a non-attorney representative.

The claimant is alleging disability since August 18, 2017.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2021.**

**2. The claimant has not engaged in substantial gainful activity since August 18, 2017, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

**3. The claimant has the following severe impairments: spine disorder, fibromyalgia, obstructive sleep apnea (OSA), asthma, peripheral neuropathy, and depression (20 CFR 404.1520(c)).**

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except that she is limited to occasional climbing of ramps and stairs, balance, stoop, kneel, crouch, and crawl, but can never climb ladders, ropes or scaffolds, or be exposed to heights and dangerous machinery. She also must avoid concentrated exposure to fumes, dusts, gases, and other pulmonary irritants, as well as**

See Next Page

**extreme heat and cold, and vibrations. In addition, the claimant can deal with changes in a routine work setting on an infrequent and gradual basis.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520(c).

The claimant has the following degree of limitation in the four broad areas of mental functioning set out in the disability regulations for evaluating mental disorders and in the mental disorders listings in 20 CFR, Part 404, Subpart P, Appendix 1: no limitation in understanding, remembering, or applying information; no limitation in interacting with others; no limitation in concentrating, persisting, or maintaining pace; and a moderate limitation in adapting or managing oneself.

According to the medical evidence of record, the claimant has received treatment at Pajaro Valley Neurology Medical Associates, where she complained of chronic pain and muscle weakness, associated with increased stiffness, muscle achiness, and fatigue. On exam, she seemed to have tender multiple points and having difficulty moving around, as well as decreased vibration sensation in the lower extremities, which was deemed as underlying fibromyalgia and chronic fatigue syndrome. Thereafter, the claimant underwent a nerve conduction velocity test (NCV), which revealed sensory neuropathy; and a magnetic resonance imaging (MRI) of the lumbar spine that showed disc bulge at the L4/5 level (Ex.1F).

In addition, the records from Dominican Hospital indicate that the claimant underwent an MRI study of the cervical spine, which yielded results consisting with diffuse spondylosis throughout the cervical spine and associated uncovertebral osteopathy formation causing moderate right neural foraminal impingement (Ex.5F).

The claimant also has a history of pulmonary conditions, as evidenced by the records of Sleep Health, where results from polysomnographic studies revealed obstructive sleep apnea (OSA), for which she was prescribed a continuous positive airway pressure (CPAP) machine (Ex.2F). Moreover, the claimant was treated at Pulmonary Medicine Center, for recurrent symptoms associated with asthma and OSA. Although pulmonary function tests (PFT) were normal, she was diagnosed with persistent asthma and prescribed inhalant medication (Ex.11F).

With regard to her depressive disorder, the claimant underwent a consultative psychological evaluation at the request of the State's agency division of disability determinations, where she endorsed symptoms of depressed mood, irritability, "short fused," frustrated, and very low energy level. On mental status exam, she struggled with digit span tasks, and she had difficulty recalling all three objects after a three-minute delay. Based on her responses to the examiner's question, the claimant showed evidence of mild-to-moderate short-term memory impairment and sustained concentration, and she exhibited mildly depressed mood with a congruent affect (Ex.12F).

See Next Page

After reviewing the entire record, I find that the claimant's allegations of symptoms are generally consistent with the diagnoses and treatment recorded in the treating providers' records, as well as her claimed restrictions in activities of daily living, which support the intensity, persistence and limiting effects of the alleged symptoms.

As for the opinion evidence, the undersigned finds persuasive the assessment by Kimberlee Berry-Sawyer, PhD, the consultative psychological examiner (Ex.12F), because it is consistent with her observations from her clinical interview and mental status examination. Similarly, the undersigned finds persuasive the assessments by the Eric Stanley, M.D., the State agency's mental health consultant (Ex.3A), because they are consistent with the consultative examiner's findings. Also, as a State agency consultant, Dr. Stanley is well-versed about the agency's regulations and policies regarding disability determination, and he is a highly qualified expert, holding a doctorate degree, whose assessments are supported by detailed explanation, rationale and analysis of the medical evidence of record.

Conversely, the undersigned finds less persuasive the assessments by the State agency's medical consultants (Ex.1A, 3A), because they did not have the opportunity to review the evidence received at the hearing level (Ex.14F-19F), which substantiate the limitations outlined in the above residual functional capacity.

The undersigned also finds less persuasive the opinions by the claimant's treating providers (Ex.7F, 14F, 15F), because they are overly restrictive and unsupported by the medical evidence of record. Moreover, some of these opinions were rendered for purposes of obtaining private short/long-term disability benefits, which do not follow the same adjudicative process as the Social Security Administration (Ex.14F, 15F).

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a Pulmonary Clinical Coordinator (DOT#097-221-010), and as a Cardiologist Technician (DOT#078.362-030), occupations of light exertion, skilled with a specific vocational preparation (SVP) of seven. However, the demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

See Next Page

Even if the claimant had the residual functional capacity for the full range of sedentary work, a finding of "disabled" would be directed by Medical-Vocational Rule 201.14.

**11. The claimant has been under a disability as defined in the Social Security Act since August 18, 2017, the alleged onset date of disability (20 CFR 404.1520(g)).**

**DECISION**

Based on the application for a period of disability and disability insurance benefits protectively filed on September 4, 2017, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since August 18, 2017.

/s/ *Kristie Luffman-Minor*
Kristie Luffman-Minor
Administrative Law Judge

April 24, 2019
Date

INSERT THIS END FIRST

| | |
|---|---|
| Claimant Name: | **Kimberly Dawn Shaw** |
| Document Description: | **ALJ Decision Amended** |
| Undated: | **N** |
| Sensitive: | **N** |

RQID:0000000000000000255446719 SITE:X49 DR:S
SSN: DOCTYPE:3114 RF:D CS:e93b

**AMENDED DECISION**

**FAVORABLE-INITIAL ADULT**

**DATE:** April 25, 2019

**CLAIMANT:** Kimberly Dawn Shaw

**SSN:** 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

**ALJ :** Kristie Luffman-Minor

**WRITER:** Andrea Greenlee

**COMMENTS: ALJ decision did not make a decision on the fee agreement executed by Beth Matter, the rep that attended the hearing. Only the prior rep withdrew and waived charging a fee, not Mrs. Matter.**

---

| **Disposition: (circle one)** | **Favorable Indicator Code: (circle one)** | **IMPAIRMENT CODES – INSERT** | |
|---|---|---|---|
| | | **Body System** (link) | **Impairment** (link) |
| Reversal-Favorable (FREV)<br><br>Affirmation-Favorable (FAFF) | Fully favorable (F)<br><br>Favorable Other (O) | Primary<br><br>Secondary | |

| **Basis for Allowance – Regulation Basis 1 (circle one basis for each claim type)** | **Title 2 DIB** | **Title 2 DWB** | **Title 2 CDB** | **Title 16 Adult** | **Title 16 Child** |
|---|---|---|---|---|---|
| Impairment Meets Listing | DIB-A1 | DWB-A1 | CDB-A1 | Claimant Age 18 Or Older –A61 | Claimant Under Age 18- A61 |
| Impairment Medically Equals Listing | DIB-B1 | DWB-B1 | CDB-B1 | Claimant Age 18 Or Older –A62 | Claimant Under Age 18- A65 |
| Medical & Vocational Considerations- | DIB-C1 | DWB-C1 | CDB-C1 | Claimant Age 18 Or Older –A63 | |
| SSI Child – Functionally Equals | | | | | Claimant Under Age 18 – A66 |
| Other-(insert) | | | | | |

| DA&A Codes | CODE |
|---|---|
| Alcoholism is a condition, but is not material | X |
| Drug Addiction is a condition, but is not material | Y |
| Both Drug Addiction & Alcoholism are conditions, but are not material | Z |
| No medical evidence of DAA, but DAA was previously on the record | W |
| DAA not a condition or involved in any way | I |

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151

Date: APR 26 2019

Kimberly Dawn Shaw

## Notice of Amended Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

### If You Disagree With My Amended Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

### Time Limit To File An Appeal

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal.** Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866)964-0029. Its address is:

Social Security
Suite 140
1290 Premier Dr
Chattanooga, TN 37421-9953

Kristie Luffman-Minor
Administrative Law Judge

Enclosures:
Amended Decision Rationale

cc: Beth Matter
Allsup, Inc.
300 Allsup Place
Belleville, IL 62223

Form HA-L76 (03-2010)

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**AMENDED DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Kimberly Dawn Shaw (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | (Social Security Number) |

On April 24, 2019, a fully favorable decision was rendered in this matter. I granted a period of disability and disability insurance benefits under Title II of the Social Security Act based on an application filed on September 4, 2017. The prior decision failed discuss the fee agreement executed between the claimant and the representative that appeared at the hearing, Mrs. Beth Matter. Upon further review, the fee agreement at Exhibit 6B is valid.

Therefore, the decision dated April 24, 2019 is **HEREBY AMENDED** to **FIND** that the **FEE AGREEMENT IS APPROVED.**

The decision remains otherwise unchanged.

Kristie Luffman Minor
Kristie Luffman Minor
Administrative Law Judge

4/26/19
Date

INSERT THIS END FIRST

| | |
|---|---|
| Claimant Name: | Kimberly Dawn Shaw |
| Document Description: | Fee- Request For Review Of Rep Fee |
| Note: | NAN-See ALJ Amd decision re Fee / |
| Undated: | N |
| Sensitive: | N |

RQID·00000000000000000256135729 SITE:X21 DR:S
SSN: DOCTYPE:5048 RF:D CS:9452

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

**FACSIMILE TRANSMITTAL SHEET**

| | | | |
|---|---|---|---|
| TO: | Office of the Regional Chief Judge | FROM: | Cindy Chastain |
| COMPANY: | Office of the Regional Chief Judge | DATE: | 5/6/2019 |
| FAX: | (404) 562-1152 | SENDER'S PHONE / FAX NUMBERS: | |
| PHONE: | | | (888) 396-6238 (618) 641-4377 |
| RE: | Kimberly Shaw | | |
| NOTES / COMMENTS: | | TOTAL NO. OF PAGES INCLUDING COVER: | 12 |

Please find request for Administrative Review. If anything further is needed please call the number listed above and an associate will assist.

Thank you

Cindy Chastain
Allsup-Accounting
888-396-6238

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

Allsup
Life Reclaimed

May 2, 2019

Social Security Adminstration
Office of the Regional Chief Judge
Atlanta Federal Center, Suite 20T10
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

Re: Administrative Review of a disapproved Fee Agreement-
Ms. Kimberly Shaw, SSN:

Dear Regional Chief Judge:

Enclosed herewith please find the administrative review.

I received a Fully Favorable decision that did not include the Fee Page; I called the office of Hearing Operations in Chattanooga TN and spoke with Kean she stated the fee page was not included due to Allsup waiving their fees, per the 1696 attached Allsup is charging a fee and requesting Direct Payment.

I have included the signed 1696's, Fee Agreements and Withdrawal letters for all Allsup representatives that worked on this claim.

I am asking that you review the Fee Agreement and send a revised decision for full fee amount.

Again, thank you for your courtesy in this case. I look forward to working with you in the future.

Sincerely,

Beth Matter

Beth Matter
Social Security Consultant
BFM/cbc

300 Allsup Place | Belleville IL 62223 | www.allsup.com

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

# FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| TO: | Title II Disability Unit | FROM: | Allsup |
| COMPANY: | SSA | DATE: | 6/25/2018 |
| FAX: | (423) 892-1255 | SENDER'S PHONE / FAX NUMBERS: | (800) 560-1410 (618) 236-5503 |
| PHONE: | (866) 365-3040 | | |
| RE: | Kimberly Shaw | | |

NOTES / COMMENTS: TOTAL NO. OF PAGES INCLUDING COVER: 9

Attached is disability paperwork

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

Social Security Administration

Please read the instructions before completing this form.

Form Approved OMB No. [illegible]

| | |
|---|---|
| Name (Claimant) (Print or Type) Kimberly Shaw | Social Security Number |
| Wage Earner (If Different) | Social Security Number |

## Part I CLAIMANT'S APPOINTMENT OF REPRESENTATIVE

I appoint this individual, Allsup, 300 Allsup Place, Belleville, IL 62223 Beth Matter (Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☒ Title XVI (SSI) ☐ Title XVIII (Medicare) ☐ Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative

☐ I appoint, or I now have, more than one representative. My principal representative is:

(Name of Principal Representative)

| | | |
|---|---|---|
| Signature (Claimant) [signature] | Address | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date 6/18/18 |

## Part II REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT

I, Beth Matter, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.

☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

☐ YES ☒ NO

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| Signature (Representative) [signature] | Address Allsup, LLC, 300 Allsup Place, Belleville, IL 62223 | |
| Telephone Number (with Area Code) (800) 560-1410 | Fax Number (with Area Code) | Date 06/25/2018 |

## Part III FEE ARRANGEMENT

(Select an option, sign and date this section.)

☒ I am charging a fee and requesting direct payment of the fee from withheld past-due benefits. (SSA must authorize the fee unless a regulatory exception applies.)

☐ I am charging a fee but waiving direct payment of the fee from withheld past-due benefits – I do not qualify for or do not request direct payment. (SSA must authorize the fee unless a regulatory exception applies.)

☐ I am waiving fees and expenses from the claimant and any auxiliary beneficiaries – By checking this block I certify that my fee will be paid by a third party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone acting on my behalf for services relating to my representation. [illegible] Do not check this block if a third party Entity will pay the fee.)

☐ I am waiving fees from any source – I am waiving my right to charge and collect any fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

| | |
|---|---|
| Signature (Representative) [signature] | Date 06/25/2018 |

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

REPRESENTATIVE COPY

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1099 of 1114

**Lincoln/ Shaw 0373**

FEE AGREEMENT

Claimant: Kimberly Shaw SSN:

I, Kimberly Shaw (hereafter to be referred to as claimant), have appointed a representative from Allsup Incorporated* to represent me in administrative proceedings in connection with my claim for benefits under the provisions of the Social Security Act.

My representative and I understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee my representative charges to or collects from me for services my representative provides in proceedings before SSA in connection with my claim(s) for benefits.

We agree that if SSA favorably decides my claim(s) for benefits, I will pay my representative a fee equal to the lesser of twenty-five percent (25%) of the past-due benefits resulting from my claim(s) or $6,000. We understand that the fee is payable in full immediately upon receipt of the past-due benefits from SSA.

A) [For Title II Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and any auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my claim.

B) [For Title XVI Benefits]

We understand that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my claim.

C) [For Concurrent Titles II and XVI Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my Social Security Claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my SSI Claim. We further understand that the fee for both claims may not exceed the lesser of $6,000 or 25% for the combined past-due benefits.

D)

If a favorable allowance of my claim is made, an escrow payment is required to act as security of the authorization of a fee. Any money in excess of the fee authorized by the Social Security Administration will be refundable to me when the Social Security Administration approves a fee.

We have both received signed copies of this agreement.

| | |
|---|---|
| [signature] Claimant | 6/18/18 Date |
| [signature] Representative | 06/25/2018 Date |
| Representative | Date |

*Not associated with any governmental agency.

Revised 12

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1100 of 1114

**Lincoln/ Shaw 0374**

Form Approved OMB No. 0960-0730

# Identifying Information For Possible Direct Payment of Authorized Fees

## Information About the Claimant

| First Name | Middle Name |
| --- | --- |
| KIMBERLY | |

| Last Name | Suffix | Social Security Number |
| --- | --- | --- |
| SHAW | | |

| Wage Earner's Name (if different than above) | Wage Earner's Social Security Number (if different) |
| --- | --- |
| | ___-__-____ |

Type of Benefits ☑ Title II (RSDI) ☑ Title XVI (SSI)

## Information about You, the Representative

| Name | Social Security Number |
| --- | --- |
| Beth E. Matter | |

| P.O. Box, Street, Apt. or Suite No. | City |
| --- | --- |
| 300 Allsup Place | Belleville |

| State | ZIP Code or Postal Zone | Country |
| --- | --- | --- |
| IL | 62223 | U.S.A. |

| Phone Number (including area code) | Fax Number (optional) |
| --- | --- |
| 800-560-1410 | |

Employer Identification Number (EIN), if applicable. If you are representing the claimant(s) as a partner or an employee of a firm or other business entity, you may provide the EIN of the firm or business. See instructions on Page 2 for more information.

8 2 2 2 0 8 5 0 6 (Please post payment to Allsup's account)

## Information about Other Claimants You are Representing in Connection with this Claim

List below the Social Security Numbers and names of all other claimants not mentioned above. If all claimants will not fit on this form, list on a separate form or blank paper.

| Claimant's Social Security Number | Claimant's Name |
| --- | --- |
| ___-__-____ | |
| ___-__-____ | |
| ___-__-____ | |
| ___-__-____ | |
| ___-__-____ | |

Form SSA-1695-F3 (07-2013) Destroy Prior Editions



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1101 of 1114

**Lincoln/ Shaw 0375**

## Privacy Act Notice

### Collection and Use of Personal Information

Sections 206(a) and 1631(d) of the Social Security Act, as amended, authorize us to collect the information on this form. We will use the information you provide to facilitate direct payment of authorized fees and to meet the reporting requirements of the law.

Your response is voluntary. However, failing to provide us with all or part of the information could result in nonpayment for your service.

We rarely use the information you provide for any purpose other than for determining continuing eligibility. In accordance with 5 U.S.C. § 552a(b) of the Privacy Act, however, we may disclose the information provided on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or any agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans' Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We can use information from these matching programs to establish or verify a person's eligibility for federally-funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

A complete list of routine uses for this information is available in our System of Records Notices entitled, Attorney Fee File, 60-0003 and Master Representative Payee File, 60-0222. These notices, additional information regarding this form, and information regarding our programs and systems, are available on-line at http://www.socialsecurity.gov or at your local Social Security office.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

Allsup
Life Reclaimed

June 25, 2018

ADMINISTRATIVE LAW JUDGE
OFFICE OF HEARING OPERATIONS
SUITE 200
1232 PREMIER DR
CHATTANOOGA TN 37421-4151

Dear Judge:

Please be advised that I have withdrawn as representative for Ms. Kimberly Shaw. SSN
I am not charging a fee for my services.

Sincerely,

Regina Carlton

Regina Carlton
Representative

CC: KIMBERLY SHAW

300 Allsup Place | Belleville, IL 62223 | www.allsup.com

## GFI FaxMaker

✓ Fax Sent

A fax has been successfully sent to number: 8 14238921255. Fax details are listed below.

Fax details:

- Date and time: 6/25/2018 6:37:53 PM
- Subject: TSK - 16368921 - Kimberly Shaw (Fax sent to 8 14238921255)
- Sender name: Allsup Status
- Sender email: status@allsup.com
- Line speed: 14400 bps
- Connection time: 05:45
- Pages: 9
- Resolution: Fine
- Remote fax ID:
- Line number: 14
- Retries: 0

Regards,
GFI

Copyright © GFI Software

Social Security Administration

Please read the instructions before completing this form.

Form Approved OMB No. 0960-0527

Name (Claimant) (Print or Type): X KIMBERLY D. SHAW

Social Security Number: X

Wage Earner (If Different)

Social Security Number

Part I

## CLAIMANT'S APPOINTMENT OF REPRESENTATIVE

I appoint this individual Regina M. Carlton, Allsup, LLC 300 Allsup Place, Belleville, IL 62223

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II (RSDI) [X] Title XVI (SSI) [ ] Title XVIII (Medicare) [ ] Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g., clerks), partners, and/or parties under contractual arrangements (e.g., copying services) for or with my representative.

[ ] I appoint, or I now have, more than one representative. My principal representative is:

(Name of Principal Representative)

| Signature (Claimant) | Address |
|---|---|
| X [signature] | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) X | Date X 2/14/18 |

Part II

## REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT

I, Regina M. Carlton, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: [ ] I am an attorney. [X] I am a non-attorney eligible for direct payment under SSA law.

[ ] I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. [ ] YES [X] NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. [ ] YES [X] NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| Signature (Representative) | Address |
|---|---|
| [signature] | Allsup, LLC 300 Allsup Place, Belleville, IL 62223 |
| Telephone Number (with Area Code) (800) 560-1410 | Fax Number (with Area Code) | Date 02/16/2018 |

Part III

## FEE ARRANGEMENT

*(Select an option, sign and date this section.)*

[X] I am charging a fee and requesting direct payment of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

[ ] I am charging a fee but waiving direct payment of the fee from withheld past-due benefits -- I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

[ ] I am waiving fees and expenses from the claimant and any auxiliary beneficiaries -- By checking this block I certify that my fee will be paid by a third-party entity or government agency, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

[ ] I am waiving fees from any source -- I am waiving my right to charge and collect any fee, under sections 206 and 1631 (d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

Signature (Representative) [signature] Date 02/16/2018

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

REPRESENTATIVE COPY

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1105 of 1114

**Lincoln/ Shaw 0379**

FEE AGREEMENT

Claimant: X KIMBERLY D. SHAW ...... SSN: )

I, X KIMBERLY SHAW ...... (hereafter to be referred to as claimant), have appointed a representative(s) from Allsup, LLC* to represent me in administrative proceedings in connection with my claim(s) for benefits under the provisions of the Social Security Act.

My representative(s) and I understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee my representative(s) charges to or collects from me for services my representative provides in proceedings before SSA in connection with my claim(s) for benefits.

We agree that if SSA favorably decides my claim(s) for benefits, I will pay my representative(s) a fee equal to the lesser of twenty-five percent (25%) of the past-due benefits resulting from my claim(s) or $6,000.00. We understand that the fee is payable in full immediately upon receipt of the past-due benefits from SSA.

A) [For Title II Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and any auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my claim.

B) [For Title XVI Benefits]

We understand that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my claim.

C) [For Concurrent Titles II and XVI Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my Social Security Claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my SSI Claim. We further understand that the fee for both claims may not exceed the lesser of $6,000.00 or 25% for the combined past-due benefits.

If a favorable allowance of my claim is made, an escrow payment is required to act as security of the authorization of a fee. Any money in excess of the fee authorized by the Social Security Administration will be refundable to me when the Social Security Administration approves a fee.

We have both received signed copies of this agreement.

| | |
|---|---|
| [signature] Claimant Signature | X 02/14/18 Date |
| [signature] Representative | 02/16/2018 Date |
| Representative | Date |

*Not associated with any governmental agency.

Allsup
Life Reclaimed

June 25, 2018

ADMINISTRATIVE LAW JUDGE
OFFICE OF HEARING OPERATIONS
SUITE 200
1232 PREMIER DR
CHATTANOOGA TN 37421-4151

Dear Judge :

Please be advised that I have withdrawn as representative for Ms. Kimberly Shaw, SSN
I am not charging a fee for my services.

Sincerely,

Regina Carlton

Regina Carlton
Representative

CC: KIMBERLY SHAW

INSERT THIS END FIRST

**Client Name:** Kimberly Dawn Shaw

**Document Description:** Disability Determination Transmittal

**Form Name:** 831

**Printed by:** J. Lamlian

RQID:BD555703868 SITE:PC7 DR:S
SSN: DOCTYPE:0035 RF: CS:cffd

| | |
|---|---|
| **Request ID:** | BD555703868 |
| **Site ID:** | PC7 |
| **SSN:** | |
| **Document Type:** | 0035 |

**Form Specific Information:**

Decision Date: 04/26/2019
Claim: DIB

SOCIAL SECURITY ADMINISTRATION

# DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | 2. DDS CODE | 3. FILING DATE | 4. SSN | BIC (If CDB or DWB) |
|---|---|---|---|---|
| ODO | | 09/04/17 | | |

5. NAME & ADDRESS OF CLAIMANT
KIMBERLY D SHAW

6. WE'S NAME (If CDB or DWB)

7. TYPE CLAIM (Title II)
DIB ☒ FZ ☐ DWB ☐ CDB-R ☐ CDB-D ☐ RD-R ☐ RD-D ☐ RD ☐ P-R ☐ P-D ☐ MQFE ☐

8. TYPE CLAIM (Title XVI)
DI ☐ DS ☐ DC ☐ BI ☐ BS ☐ BC ☐

9. DATE OF BIRTH

10. PRIOR ACTION PD ☐ PT ☐

11. REMARKS

12. DISTRICT OFFICE ADDRESS
SUITE 140
CHATTANOOGA TN 37421

DO CODE 568

13. DO REPRESENTATIVE

14. DATE

11A. ☐ Presumptive Disability ______

11.B. ☐ Impairment ______

## DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. ☒ Disability Began 08/18/17
B. Disability Ceased

| 16A. PRIMARY DIAGNOSIS | BODY SYS | CODE NO | 16B. SECONDARY DIAGNOSIS | CODE NO |
|---|---|---|---|---|
| Fibromyalgia | 20 | 7290 | Affective/Mood Disorders | 2960 |

17. DIARY MRP — MO/YR 05/26 — REASON 7

18. CASE OF BLINDNESS AS DEFINED IN SEC 1614(a)(2)(216)(i)
A. ☐ Not Disab for Cash Bene Purp
B. ☐ Disab for Cash Benefit Purp Beg

19. CLAIMANT NOT DISABLED
A. ☐ Through Date of Current Deter
B. ☐ Through ______
C. ☐ Before Age22 (CDB only)

20. VOCATIONAL BACKGROUND — OCC YRS UNK — ED YRS 16

21. VR ACTION — SC IN A. ☐ SC OUT B. ☐ Prev Ref C. ☐

22. REG-BASIS CODE
23. MED LIST NO
24. MOB CODE
25. REVISED DET ☒
25A. Init ☐ Recon ☐ DHU ☐ ALJ ☒ App Coun ☐ Dist Ct ☐

26. LIST NO > A. B. C. D. E. F.

27. RATIONALE ☐ See Attached SSA-4268-U4/C4 ☐ Check if Vocational Rule Met. Cite Rule SEE REMARKS- ITEM 34

28. A. ☒ Period of Disability B. ☐ Disability Period C. ☒ Estab Beg 08/18/17 D. ☒ Continues E. ☐ Term ______

29. LTR/PAR NO
30. DISABILITY EXAMINER-DDS
31. DATE
32. PHYSICIAN SIGNATURE
33. DATE
32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print, or Type)
32B SPEC. CODE

34 REMARKS
This revises the determination dated 06/07/18

Decision of ALJ KRISTIE LUFFMAN-MINOR on 04/26/2019, Attorney Representation

MULTIPLE IMPAIRMENTS CONSIDERED
☐ 34A. COMBINED MULTIPLE NONSEVERE-SEVERE
☐ 34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE
36. REV DET CODES D-5
37. SSA REPRESENTATIVE Joseph Lamlian, CS
SSA CODE 7
38. DATE 05/18/19

Form SSA-831 (3/89)

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1109 of 1114

TOTAL P.002

**Lincoln/ Shaw 0383**

WHOSE *Records to be Disclosed*

NAME *(First, Middle, Last, Suffix)*
X KIMBERLY DAWN SHAW

SSN X

Birthday *(mm/dd/yy)* X

Form Approved
OMB No. 0960-0623

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

**SIGN ▶**
X [signature]

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Date Signed 02/14/18

Street Address X

Phone Number (with area code)

City X State ZIP

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

**SIGN ▶** X [signature]

Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above)

**SIGN ▶**

Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

## Explanation of Form SSA-827, "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. **Send only comments relating to our time estimate to this address, not the completed form.***

Social Security Administration

**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type)
X KIMBERLY D. SHAW

Social Security Number
X

Wage Earner (If Different)

Social Security Number

Part I

## CLAIMANT'S APPOINTMENT OF REPRESENTATIVE

I appoint this individual, **Regina M. Carlton, Allsup, LLC 300 Allsup Place, Belleville, IL 62223**
(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

[X] Title II (RSDI) [X] Title XVI (SSI) [ ] Title XVIII (Medicare) [ ] Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

[X] I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

[ ] I appoint, or I now have, more than one representative. My principal representative is:

(Name of Principal Representative)

Signature (Claimant)
X Kimberly D. Shaw

Address
X

Telephone Number (with Area Code)

Fax Number (with Area Code)
X

Date
X 2/14/18

Part II

## REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT

I, **Regina M. Carlton**, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: [ ] I am an attorney. [X] I am a non-attorney eligible for direct payment under SSA law.
[ ] I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. [ ] YES [X] NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.
[ ] YES [X] NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

Signature (Representative)
Regina Carlton

Address
**Allsup, LLC 300 Allsup Place, Belleville, IL 62223**

Telephone Number (with Area Code)
**(800) 560-1410**

Fax Number (with Area Code)

Date
02/16/2018

Part III

## FEE ARRANGEMENT

*(Select an option, sign and date this section.)*

[X] **I am charging a fee and requesting direct payment** of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

[ ] **I am charging a fee but waiving direct payment** of the fee from withheld past-due benefits — I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

[ ] **I am waiving fees and expenses from the claimant and any auxiliary beneficiaries** — By checking this block I certify that my fee will be paid by a third-party entity or government agency, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

[ ] **I am waiving fees from any source** — I am waiving my right to charge and collect any fee, under sections 206 and 1631 (d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

Signature (Representative)
Regina Carlton

Date 02/16/2018

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

REPRESENTATIVE COPY


Shaw# 4978
Verba

SOCIAL SECURITY ADMINISTRATION

SOCIAL SECURITY ADMINISTRATION
1290 PREMIER DRIVE
CHATTANOOGA TN 37421

OFFICIAL BUSINESS

Find Information,
File Online@
socialsecurity.gov

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 37421 $ 000.50⁰
02 1W
0004887199 MAR 20 2020

RECEIVED
MAR 2 3 2020
BY: [signature]

Eric Buchanan + Associates
PO Box 11208
Chattanooga, TN 37401

Do not bend

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 1114 of 1114

# Exhibit

# 10

Lincoln/ Shaw 0389

# Medical Records - CONFIDENTIAL

**FROM:** CA - Milan C. Patel, MD, INC
Idelis H
MILAN C. PATEL, M.D., SOQUEL, CA 95073-2473
Phone: (831) 477-9912
Fax: (831) 476-2815

**TO:**

**Name: SHAW, KIMBERLY D**

**DOB:**

**Date Range: to 01/13/2021**

**This document contains the following records of the patient:**

- **Facesheet**
- **Vaccination History**
- **Encounters and Procedures**
- **Medication List**
- **Letters**
- **Admin Documents**
- **Allergy List**
- **Denied Medications**
- **Patient Primary Insurance Card**
- **Patient Photo ID**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7259-A-7279]

# Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | SHAW, KIMBERLY D |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: DIGNITY HEALTH MEDICAL NETWORK SERVICES-SANTA CRUZ - BCBS-CA BLUE CROSS OF CALIFORNIA (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now |
| Default Pharmacy | WALGREENS #03158 (ERX)<br>1718 SOQUEL AVE<br>SANTA CRUZ<br>CA 950621306<br>Ph (831) 425-3911<br>Fax (831) 425-2074 |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 6 ft 9 in 07/31/2017 |
| Weight | 198 lbs 07/31/2017 |
| BMI | 21.2 07/31/2017 |
| Blood Pressure | 140 / 80<br>07/31/2017 |

**Problems**
- Fatigue - Onset: 08/28/2017

**Surgical History**

Cholecystectomy
Appendectomy
Tonsillectomy

**Medications**

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |

| | | |
|---|---|---|
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADoL 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
**XOLAIR**: Wheezing (Moderate to severe)

**Past Medical History**

| | |
|---|---|
| Allergic Rhinitis | Y |
| Alzeihmer's disease | N |
| Anemia | N |
| Aneurysm | N |
| Anxiety Disorder | N |
| Arthritis | Y |
| Asthma | Y |
| Atrial Fibrillation | N |
| Back Problems | N |
| Bleeding Disorder | N |
| Breast Cancer | N |
| COPD | N |
| Cancer | N |
| Cataracts | N |
| Cerebral Palsy | N |
| Chronic Pain | Y |
| Coronary Artery Disease | N |
| Dementia | N |
| Depression | Y |
| Depressive Phycosis | N |
| Diabetes | N |
| Facial Pain | Y |
| Fibromyalgia | N |
| Gerd | N |
| Glacoma | N |
| Gout | N |
| Head Trauma/Injury | N |
| Headaches | Y |
| Heart Attack (MI) | N |
| Heart Disease | N |
| Heart Problems | N |
| Hepatitis | N |
| Hypercholesterolemia | N |
| Hypertension | N |
| Hyperthyroidism | N |
| Hypothyroidism | N |
| Kidney Disease | N |
| Legally Blind | N |
| Liver Disease | N |
| Lupus | N |
| Macular Degeneration | N |
| Mental Retardation | N |
| Migraines | N |
| Multiple Sclerosis | N |
| Neck Injury | N |
| Osteoarthritis | N |
| Osteomyolitus | N |
| Osteoporosis | N |
| Peripheral Neuropathy | N |
| Ptosis of the eye | N |
| Rheumatoid Arthritis | N |
| Seizures/Epilepsy | N |
| Sleep Disorder | Y |
| Stroke | N |
| Subdural hematoma | N |
| TIA | N |
| Thyroid Problems | N |
| Tremors | N |
| Trigeminal Neuralgia | N |
| Ulcers | N |
| Vertigo | N |

**Social History**

Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 07/31/2017
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

**Family History**

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

**GYN History**
(not configured)

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Vaccination History

None recorded.

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/31/2017**

### Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 7259 | **Appt. Date/Time** | 07/31/2017 02:15PM |
| **DOB** | | **Service Dept.** | DR. PATEL, MD |
| **Provider** | MILAN C. PATEL, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

### Chief Complaint

chronic pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

### Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Wt:** | 198 lbs 07/31/2017 02:43 pm | **Ht:** | 6 ft 9 in 07/31/2017 03:05 pm | **BP:** | 140/80 07/31/2017 03:05 pm |
| **Pulse:** | 68 bpm 07/31/2017 03:05 pm | **BMI:** | 21.2 07/31/2017 03:05 pm | | |

### Allergies

Reviewed Allergies

**XOLAIR**: Wheezing (Moderate to severe)

### Medications

Reviewed Medications

| | |
|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 filled |

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Problems

Reviewed Problems
- Fatigue - Onset: 08/28/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Allergic Rhinitis: **Y**
Arthritis: **Y**
Asthma: **Y**
Chronic Pain: **Y**
Depression: **Y**
Facial Pain: **Y**
Headaches: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

**Generic HPI Template**
Reported by patient.
Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.
Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her

morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## ROS

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:** Auscultation: normal breath sounds.

**Heart:** Rate And Rhythm: RRR. Murmurs: none.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4**,

**SHAW, KIMBERLY D (id #7259, dob:**

**triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:**Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:**Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:**Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Assessment / Plan

**. Chronic fatigue syndrome** -

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**. Muscle weakness** -

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**)iscussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.
2. Patient does not need regular neurological followup at this time.
3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

## Return to Office

Vone recorded.

## Encounter Sign-Off

Encounter signed-off by Milan C. Patel, MD, 08/28/2017.
Encounter performed and documented by Milan C. Patel, MD
Encounter reviewed & signed by Milan C. Patel, MD on 08/28/2017 at 11:41pm

## Medication List

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |

| | | |
|---|---|---|
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADoL 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Letters

MILAN C. PATEL, M.D., INC. • MILAN C. PATEL, M.D., SOQUEL CA 95073-2473
SHAW, KIMBERLY D (id #7259, dob:

**SHAW, KIMBERLY D (id #7259, dob:**

Milan C. Patel, M.D. Board Certified
4767 Soquel Drive
Soquel, CA 95073
831-477-9912 FAX 831-476-2815

Date: 08/28/2017

RE: Kimberly Shaw, DOB: PT ID #7259

Dear Dr. Jacqueline Sedgwick,

I would like to thank you for referring Kimberly Shaw to our practice for consultation and evaluation of chronic pain , on 07/31/2017. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: MILAN C. PATEL, MD

ENCOUNTER REASON/DATE

chronic pain
07/31/2017 - 02:15PM - DR. PATEL, MD

PROBLEMS:

Reviewed Problems
- Fatigue - Onset: 08/28/2017

ALLERGIES:

Reviewed Allergies
**XOLAIR**: Wheezing (Moderate to severe)

MEDICATIONS:

Reviewed Medications

**acyclovir 5 % topical ointment** 12/16/16 filled
APPLY A SMALL AMOUNT TID UTD

**Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** 04/18/17 filled

**Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** 07/20/16 filled

**amoxicillin 500 mg capsule** 04/19/17 filled

| | | |
|---|---|---|
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

FAMILY HISTORY:

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History:

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## Additional History

None recorded

## History of Present Illness:

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## Review of Systems:

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports**nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and

no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**
Weight: well-nourished. Ambulation: ambulates independently.

**Head:**
Size/Trauma: normocephalic and atraumatic.

**Mental Status:**
Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:**
Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:**
Auscultation: normal breath sounds.

**Heart:**
Rate And Rhythm: RRR. Murmurs: none.

**Skin:**
Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:**
CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:**
Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:**
Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:**
Reflexes Right: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:**
Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:**
Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:**

Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Procedure Documentation

None recorded

## Assessment/Plan

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded

MILAN C. PATEL, M.D., INC. • MILAN C. PATEL, M.D., SOQUEL CA 95073-2473
SHAW, KIMBERLY D (id #7259, dob:

Milan C. Patel, M.D. Board Certified
4767 Soquel Drive
Soquel, CA 95073
831-477-9912 FAX 831-476-2815

MILAN C. PATEL, MD INC
MILAN C. PATEL, M.D. 4767 SOQUEL DRIVE
SOQUEL, CA 95073-2473
Phone: (831) 477-9912, Fax: (831) 476-2815

Date: 08/01/2017

Dear Kimberly Shaw,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

MILAN C. PATEL, MD

# Patient Care Summary for Kimberly D Shaw

## Most Recent Encounter
07/31/2017 Milan C Patel: Milan C. Patel, M.D., 4767 Soquel Drive, Soquel, CA 95073-2473, Ph. tel:+1-831-4779912

## Reason for Visit
chronic pain

## Assessment and Plan

None recorded.

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
| --- | --- | --- |
| **Appointments** | None recorded. | |
| **Lab** | None recorded. | |
| **Referral** | None recorded. | |
| **Procedures** | None recorded. | |
| **Surgeries** | None recorded. | |
| **Imaging** | None recorded. | |

**SHAW, KIMBERLY D (id #7259, dob:**

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| acyclovir 5 % topical ointment<br>APPLY A SMALL AMOUNT TID UTD | | |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | | |
| Advair Diskus 500 mcg-50 mcg/dose powder for inhalation | | |
| amoxicillin 500 mg capsule | | |
| azithromycin 250 mg tablet | | |
| azithromycin 500 mg tablet | | |
| clarithromycin 500 mg tablet | | |
| clotrimazole 10 mg troche | | |
| duloxetine 30 mg capsule,delayed release | | |
| duloxetine 60 mg capsule,delayed release | | |
| EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector | | |
| fluoxetine 20 mg capsule | | |
| gabapentin 300 mg capsule | | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | |
| levofloxacin 500 mg tablet | | |
| lorazepam 0.5 mg tablet | | |
| metronidazole 0.75 % topical cream | | |
| montelukast 10 mg tablet | | |
| prednisone 1 mg tablet | | |
| prednisone 20 mg tablet | | |
| prednisone 5 mg tablet | | |
| Qvar 80 mcg/actuation Metered Aerosol oral inhaler | | |
| Spiriva Respimat 1.25 mcg/actuation solution for inhalation<br>INHALE 2 INHALATIONS BY MOUTH DAILY | | |
| tizanidine 4 mg tablet | | |
| tramadol 50 mg tablet | | |
| trazodone 50 mg tablet | | |
| valacyclovir 1 gram tablet | | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler | | |

## Medications Administered

None recorded.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202

RQID:9607068446AY3695 SITE:S48 DR:S
SSN: DOCTYPE:0001 RF:D CS:90d5

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

Effective March 01, 2018

Vendor # *00776644-
PO # 3151564
TCN # 9607068446
**FAX 1-877-337-7890**

MILAN PATEL
4767 SOQUEL DR
SOQUEL CA 95073

PAY TO: MILAN PATEL
4767 SOQUEL DR
SOQUEL CA 95073

**ATTN: DR PATEL**
NAME: KIMBERLY SHAW
AKA: KENNEDY,KENNEDY-SHAW,MCCLENDON, KIMBERLY DAWN
DOB:
SSN:

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which **we will pay $20.00.** Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.

If needed, would you examine this patient at government expense? ✓ Yes ____ No
Signature *Milan C. Patel MD* Date 3/13/18

**PAYMENT INFORMATION**

**TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS**
**NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:**

**PAYABLE TO:**
NAME: Milan Patel, M.D.
PAYMENT ADDRESS: 4767 Soquel Drive
CITY: Soquel STATE: CA ZIP: 95073 PHONE: 831-477-9912
TAX ID # 26-1958791 COPY SERVICE NAME: n/a
PROVIDER SIGNATURE *(signature)* Date 3/13/18 Amount Billed $ 20.00

Roger Warren/001/KRC C9 - 0V Voucher # 3151564 DDS 3
Enclosure (s):
DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

# IMPORTANT INFORMATION: PLEASE READ

Attention: Medical Records Providers

Beginning April 2012, adults filing online for Social Security disability benefits on their own behalf will be able to electronically sign and submit their Authorization to Disclose Information to the Social Security Administration (Form SSA-827). This means that you may see a number of our authorizations with your patients' electronic signature instead of a "wet" (pen-and-ink) signature on the form.

Here's what you need to know about this new process:

- The Health Insurance Portability and Accountability Act (HIPAA) and other applicable laws permit the use of electronic signatures on authorizations.
- The only change to the current HIPAA-compliant SSA-827 form you are already accepting will be in the completed signature block, where some will now indicate that the applicant electronically signed using our new process.
- Initially, we will only be accepting electronically signed authorizations from adults filing online for disability benefits on their own behalf, so you will continue to see wet-signed SSA-827s also.

We are encouraging you to treat the new electronic signature the same as you would a "wet" signature on the SSA-827. This new process will speed up the disability claims process for your patients, which can result in quicker access to cash benefits and medical insurance coverage, often decreasing the number of uninsured and underinsured patients you serve.

Learn more about this new process at http://www.ssa.gov/disability/professionals/eAuthorization.htm.

The Tennessee DDS toll free fax number is 1-877-337-7890.
Misdialing may result in the loss of Personal Identifying Information (PII) and HIPPA violations.
To avoid faxing errors, register for Electronic Records Express (ERE) through the Social Security Administration's secure website. It's easy, fast and free!
Visit http://www.ssa.gov/ere/ to learn more about ERE.

If you have any questions, please contact your Tennessee Disability Professional Relations Officer at:
1-800-342-1117
Eastern Tennessee: ext. 7776
Central Tennessee: ext. 7775
Western Tennessee: ext. 4858

Thank you for your help with this important initiative.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

Form Approved
OMB No. 0960-0623

WHOSE *Records to be Disclosed*
NAME *(Last, Middle, First, Suffix)*
X KIMBERLY DAWN SHAW
SSN X
Birthday (mm/dd/yy) X

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records;* **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS** (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

4767 SOQUEL DR
SOQUEL CA 95073

MILAN PATEL

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL** authorizing disclosure
**SIGN ▶** X [signature]
Date Signed: 02/14/18
Phone Number (with area code): X 831 [illegible] 5145
Street: X
City: X
State / ZIP

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)
(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*
**SIGN ▶** X [signature]
Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above)
**SIGN ▶**
Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form **SSA-827** (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted Page 1 of 2

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled: Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

March 01, 2018

Dear Office Manager:

Here at DDS Fiscal we are striving to promote excellence in our services. In order to process payment for medical records you provide us, our system requires the federal tax identification number for your facility. Disability Determination Section was unable to locate your facility in our system. Please completely fill out the bottom of our Authorization and Claim for Payment Invoice. As soon as we receive all necessary information, we will get this added to our system so we can process your payment in a timely manner. Please complete all lines or this will delay your payment. If you use a copy service to copy your medical records, please provide the name and tax identification number for it as well. **Please realize payment to the copy service can not be processed without the federal tax identification number of both the facility and copy service due to the restrictions of the SSA system.**

We greatly appreciate your cooperation in this matter.

DDS Fiscal Staff

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

CLAIMANT: KIMBERLY D SHAW A/N: DOB:

# RANGE OF MOTION

| CERVICAL SPINE | Normals | |
|---|---|---|
| Flexion | 50° | |
| Extension | 60° | |
| Right Lateral Flexion | 45° | |
| Left Lateral Flexion | 45° | |
| Right Rotation | 80° | |
| Left Rotation | 80° | |

| DORSOLUMBAR SPINE | Normals | |
|---|---|---|
| Flexion | 90° | |
| Extension | 25° | |
| Right Lateral Flexion | 25° | |
| Left Lateral Flexion | 25° | |

## HAND - FINGERS

(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion | | Extension | |
|---|---|---|---|---|---|
| | | Normal 90° | | Normal 0° | |
| | | Right | Left | Right | Left |
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | | Normal 70° | | Normal 0° | |
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

| SHOULDER | Normals | Right | | Left | |
|---|---|---|---|---|---|
| | | Active | Passive | Active | Passive |
| Abduction | 150° | | | | |
| Forward Elevation | 150° | | | | |
| Internal Rotation | 80° | | | | |
| External Rotation | 90° | | | | |

| ELBOW | Normals | Right | | Left | |
|---|---|---|---|---|---|
| | | Active | Passive | Active | Passive |
| Flexion | 150° | | | | |
| Extension | 0° | | | | |
| Pronation | 80° | | | | |
| Supination | 80° | | | | |

HS-1807

DDS-102
Rev. 3/04

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

**HIP**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Abduction | 40° | | | | |
| Adduction | 20° | | | | |
| Flexion | 120° | | | | |
| Extension | 30° | | | | |
| Internal Rotation | 40° | | | | |
| External Rotation | 50° | | | | |

**KNEE**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Flexion | 130° | | | | |
| Extension | 0° | | | | |

**ANKLE**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Dorsiflexion | 20° | | | | |
| Plantar flexion | 40° | | | | |

**WRIST**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Dorsiflexion | 60° | | | | |
| Plantar flexion | 60° | | | | |

Please give descriptions of Gait and Station: ____________________

____________________

____________________

Signature ____________________, M.D.
Date ____________________

Roger Warren/001/KRC
HS-1528 (7-83)

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

RQID:9604488808AU3096 SITE:S48 DR:S
SSN: DOCTYPE:0001 RF:D CS:f555

Vendor # *00764418-
PO # 3024983
TSN # 9604488808
**FAX 1-877-337-7890**

Effective November 01, 2017

Milan Patel
4767 Soquel Dr
Soquel CA 95703

PAY TO: Milan Patel
4767 Soquel Dr
Soquel CA 95703

**ATTN: Dr Patel**
NAME: KIMBERLY SHAW
AKA: KIMBERLY DAWN, MCCLENDON, KENNEDY, KENNEDY SHAW
DOB:
SSN:

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which **we will pay $20.00.** Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.

If needed, would you examine this patient at government expense? ____ Yes X No
Signature Milan C. Patel MD Date 11/15/17

**PAYMENT INFORMATION**

**TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS**
**NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:**

**PAYABLE TO:**
NAME: ________
PAYMENT ADDRESS: ________
CITY: ______ STATE: ____ ZIP: ____ PHONE: ______
TAX ID # ______ COPY SERVICE NAME: ______
PROVIDER SIGNATURE ______ Date ____ Amount Billed $ ____

Roger Warren/CC1/TPG 09 - C1 Voucher # 3024983 DDS 3
Enclosure (s):
DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

**HIP**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | | | | |
| Adduction | 20° | | | | |
| Flexion | 120° | | | | |
| Extension | 30° | | | | |
| Internal Rotation | 40° | | | | |
| External Rotation | 50° | | | | |

**KNEE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 130° | | | | |
| Extension | 0° | | | | |

**ANKLE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | | | | |
| Plantar flexion | 40° | | | | |

**WRIST**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | | | | |
| Plantar flexion | 60° | | | | |

Please give descriptions of Gait and Station: ______

Signature ______ , M.D.
Date ______

Roger Warren/001/TPG
HS-152B (7-83)

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

November 01, 2017

Dear Office Manager:

Here at DDS Fiscal we are striving to promote excellence in our services. In order to process payment for medical records you provide us, our system requires the federal tax identification number for your facility. Disability Determination Section was unable to locate your facility in our system. Please completely fill out the bottom of our Authorization and Claim for Payment Invoice. As soon as we receive all necessary information, we will get this added to our system so we can process your payment in a timely manner. Please complete all lines or this will delay your payment. If you use a copy service to copy your medical records, please provide the name and tax identification number for it as well. **Please realize payment to the copy service can not be processed without the federal tax identification number of both the facility and copy service due to the restrictions of the SSA system.**

We greatly appreciate your cooperation in this matter.

DDS Fiscal Staff

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

DDS-TVI

SHAW, KIMBERLY D (id #7259, dob:

## Medical Records - CONFIDENTIAL

**FROM:** CA - Milan C. Patel, MD, INC
Idelis Hidalgo
MILAN C. PATEL M.D., SOQUEL CA 95073-2473
Phone: (831) 477-9912
Fax: (831) 476-2815

**TO:** PRINCY ARORA MD
64 ASPEN WAY, WATSONVILLE, CA 95076-3084
Phone: (831) 786-1660
Fax: (831) 786-1663

**Attention: Medical Records**

**Name: SHAW, KIMBERLY D**

**DOB:**

**Date Range: 01/01/2017 to 07/31/2017**

**This document contains the following records of the patient:**
- **Admin Documents**

**Note:** Please fax over EMG report. Thank you

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7259-A-7279]

PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

05/23/2017

---

05/23/17 : 03:15pm
NEURO CONSULT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 05/23/17

Dear: Dr. JACQUELINE SEDGWICK

## HISTORY OF PRESENT ILLNESS

The patient is here for neurological consultation. The patient is a 50-year-old female with past medical history of asthma. The patient is here for evaluation of chronic pain and muscle weakness. The patient reports that she was admitted at Dominican for status asthmaticus in January 2016 and had been on steroids for several months after that. In November 2016, she was trying to get weaned off the steroids and she started having muscle pains. She was presumed to have some steroid myopathy; however, no formal testing was done. The pain started after that where she would have sharp shooting pain in her feet, both calves, and also in upper extremities. The pain has been off and on, getting worse. She feels increased stiffness, muscle achiness, and fatigue. She denies any headaches, any double vision, or any lateralizing type of weakness. She has been taking tramadol, which helps her with the pain.

## PAST MEDICAL HISTORY

Significant for asthma.

## MEDICATIONS

She is currently on gabapentin, Cymbalta, Singulair, and Zyrtec.

## SOCIAL HISTORY

Works as a respiratory therapist.

**Review of Systems:**
Constitutional: fatigue
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Neurological: pain in the foot/feet

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthria.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

05/23/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +1 Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, dec vibration and proprioception.

Gait: gait normal

## IMPRESSION

Chronic pain/possible underlying fibromyalgia.

## PLAN

In summary, this is a 50-year-old female with chronic pain for the past several months. On exam, seems to be tender at multiple points and having difficulty moving around secondary to underlying pain. She does not have any focal weakness. She does have decreased vibration sensation in lower extremities. In my opinion, most likely she may have underlying fibromyalgia and chronic fatigue syndrome. However, I will do nerve conduction studies of the lower extremities to evaluate for any underlying neuropathy as well as myopathy. The rest of the plan can be made after that.

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Patient education information given.
Y

**Follow-up:** Per clinical course and NCV studies

With best regards,

PRINCY ARORA M.D

# SIGNED BY PRINCY ARORA, MD (PA) 05/24/2017 09:13AM

6/8/2017

# Pajaro Valley Neurology Medical Assoc.

64 Aspen Way Ste. 101
Watsonville, CA 95076
831-786-1660 Fax 831-786-1663

**Patient:** SHAW, KIMBERLY **DOB:** **Physician:** Princy Arora, M.D.
**SEX:** Female **Ref. Phys:** DR.SEDGWICK temp.34.2

**Chief Complaint:**
Patient is a 50 year old Female who presents with numbness tingling pain in the bilateral lower extremity .

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right Tibial (AHB) | | | | | | | | | | | |
| Ankle | | 4.92 | <6.0 | 8.53 | >3.0 | 4.38 | Knee-Ankle | 9.06 | 36 | 39.74 | >41.0 |
| Knee | | 13.98 | | 3.02 | | 6.64 | | | | | |
| Right Peroneal (EDB) | | | | | | | | | | | |
| Ankle | | 4.30 | <5.5 | 4.53 | >2.5 | 6.09 | B Fib-Ankle | 7.58 | 35 | 46.17 | >40.0 |
| B Fib | | 11.88 | | 3.44 | | 7.27 | | | | | |
| Left Tibial (AHB) | | | | | | | | | | | |
| Ankle | | 6.02 | <6.0 | 10.93 | >3.0 | 3.13 | | | | | |
| Left Peroneal (EDB) | | | | | | | | | | | |
| Ankle | | 3.91 | <5.5 | 3.72 | >2.5 | 5.39 | B Fib-Ankle | 7.81 | 33 | 42.25 | >40.0 |
| B Fib | | 11.72 | | 2.43 | | 6.09 | | | | | |

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| Right Sup Peron (Ant Lat Mall) | | | | | | | | | | |
| 14 cm | | 2.19 | <4.6 | 12.08 | >5.0 | 14 cm-Ant Lat Mall | 2.19 | 14 | 63.93 | |
| Right Sural (Lat Mall) | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |
| Left Sup Peron (Ant Lat Mall) | | | | | | | | | | |
| 14 cm | | 2.50 | <4.6 | 8.14 | >5.0 | 14 cm-Ant Lat Mall | 2.50 | 14 | 56.00 | |
| Left Sural (Lat Mall) | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (µV) |
|---|---|---|---|---|

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 2

**Right Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 34.80 | 0.00 | 34.80 | 0.00 |

**Left Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 35.10 | 0.00 | 35.10 | 0.00 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

**NCV Findings:**
the right tibial motor decreased velocity. The right peroneal motor normal latency, normal amplitude and normal velocity. The right sup peron sensory normal latency, normal amplitude and normal velocity. The right sural sensory no response. The left tibial motor increased latency. The left peroneal motor normal latency, normal amplitude and normal velocity. The left sup peron sensory normal latency, normal amplitude and normal velocity. The left sural sensory no response.

**EMG Findings:**
Needle exam of the left AntTibialis, the left PostTibiailis, the left VastusMed, the left RectFemoris, the right AntTibialis, the right PostTibiailis and the right VastusMed were unremarkable.

**Impression:Polyneuropathy**
The above electrodiagnostic study reveals evidence of mild sensory peripheral neuropathy of bilateral lower extremities.

______________________
Princy Arora M.D.

Patient: SHAW, KIMBERLY Test Date: 6/8/2017 p. 3



Patient: SHAW, KIMBERLY Test Date: 6/8/2017 p. 4



Princy Arora M.D & Narinder Bhullar M.D
Office Visit Note

Patient Name SHAW, KIMBERLY D.O.B: AGE: 50

Date: 06/08/2017 PT. Language: English Dr. SEDGWICK

16 Kim Shaw

EMG ↓

PLAN:

EMG/NCV: ________ EEG: ROUTINE / 24HR

REFERRED TO: ________

FOLLOW-UP IN: ________

MEDS: ________

**MRI/CT/X-rays**
SHAW, KIMBERLY
Patient ID: 0000013909
DOB:
Age: 50 years Gender: F

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

06/26/2017

---

06/26/17 : 09:15am
MRI Lumbar Spine
PA
Status: F

Patient Name:SHAW, KIMBERLY
DOB: Age: 50 Sex: F
Chart#: 109688
Accession Number: 682753
Procedure: MRI Lumbar Spine
Date of Service: Jun 26, 2017
Referring Physician:PRINCY ARORA, MD

South County Imaging
108 Green Valley Rd. #B
Freedom , CA 95019-3110
Phone #: 831-476-7711
Fax #: 831-476-6189

EXAM DATE: 6/26/2017 9:15 AM
PROCEDURE: MRI Lumbar Spine
CLINICAL INDICATION: Low back pain DDD
COMPARISON: None

TECHNIQUE: On a 1.5 Tesla MRI, the following sequences were performed: Sagittal T1, sagittal T2, sagittal STIR, axial proton density stacked and axial T2 images angled to the disc space.

FINDINGS: The vertebral bodies demonstrate normal height and alignment with no fracture and no spondylolisthesis. There is normal marrow signal with no mass or edema. Minimal disc space narrowing is present at the L3-4 level with disc desiccation at this level as well as disc desiccation at the L5-S1. The conus is normal in appearance and ends posterior to the L1-L2 level.
L1-L2: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L2-L3: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L3-L4: Demonstrates minimal disc bulge with no canal stenosis or neuroforaminal narrowing.
L4-L5: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L5-S1: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
The surrounding soft tissues are within normal limits.

IMPRESSION: L3-L4 disc does demonstrate minimal broad-based disc bulge with no significant spinal canal stenosis. Remaining levels are well maintained.

Thank you for referring your patient to us.

Dictated: 6/26/2017 10:11 AM
Electronically Signed by: Kevin McHugh, MD 6/26/2017 10:13 AM
Dictated by:

Performed by: Radiology Medical Group of Santa Cruz County, 1661 Soquel Dr, Santa Cruz, CA 95065

# SIGNED BY PRINCY ARORA, MD (PA) 06/26/2017 11:27AM

**Progress Note**
SHAW, KIMBERLY
**Patient ID: 0000013909**
**DOB:**
**Age: 50 years Gender: F**

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

06/27/2017

06/27/17 : 03:53pm
FOLLOW UP OFFICE VISIT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 06/27/17

Dear: JACQUELINE SEDGWICK

**FOLLOW UP VISIT:**
The patient is here for followup. The nerve conduction studies are consistent with mild sensory neuropathy. She had an MRI which showed a small disc bulge at L4-5.

Allergies:
XOLAIR

Review of Systems:
General: Well appearing, well nourished in no distress.
Constitutional: negative
Head: negative
Eyes: negative, conjunctiva clear, EOM intact, PERRL
Ears: negative, Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Nose: negative, no external lesions, mucosa non-inflamed, septum and turbinates normal
Mouth: Mucous membranes moist, no mucosal lesions.
Throat: no erythema, exudates or lesions.
Neck: Supple without lymphadenopathy.
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Breast: negative
Neurological: negative
Psychiatric: negative
Hematologic/Lymphatic: negative
Allergic/Immunologic: negative
Heart: RRR, no murmur or gallop. Normal S1, S2. No S3, S4.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Abdomen: Soft, NT/ND, no HSM, no masses

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthia.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

06/27/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tono was normal.

Deep tendon: Deep tendon reflexes were +2. Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, intact vibration and proprioception.

Gait: gait normal

**IMPRESSION/PLAN:**
Generalized weakness. In my opinion, I think the weakness is not secondary to any underlying sensory neuropathy. My recommendations are to do B12, folate, RPR, serum, and urine protein electrophoresis to evaluate for any underlying neuropathy workup. My other recommendations are to send the patient to Stanford for a second opinion.

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

Patient education information given.
Y

**Follow-up:** STANFORD REFERRAL

**With best regards,**

PRINCY ARORA M.D

\# SIGNED BY PRINCY ARORA, MD (PA) 08/01/2017 03:56PM

Milan C Patel, M.D. 4767 Soquel Drive Soquel, CA 95073 Phone: 831-477-9912 Fax:831-476-2815

Last Name: SHAW First Name: KIMBERLY D. DOB: Date: 7/31/17

Street Address: City: ZIP CODE:

Home#: WK#: Cell #:

Emergency Contact: JAMIE SHAW Phone #: 2ND Phone: –

Ethnicity: Caucasian Primary Language: English Race: Hispanic/Non Hispanic

Insurance Information: SS#: For Billing Purposes Only Gender: M (F)

Primary Insurance: Secondary Insurance:

1ST ID #: Secondary ID#:

Primary /Referring Physician: J. SEDGWICK

Where and when was your last MRI/CT/XRAYS: RMB / DOMINICAN JUNE 12 HEAD CT & MRI JUNE 26 BACK MRI

Pharmacy: WALGREENS SOQUEL

WE WOULD LIKE TO INVITE YOU TO USE OUR ONLINE PATIENT PORTAL WITH 24/7 ACCESS TO PERSONAL HEALTH INFO, TEST RESULTS, REFILL REQUEST, BILLING AND SCHEDULING. PLEASE PROVIDE AN EMAIL AND WE WILL SEND AN INVITATION. THANK YOU.

E:MAIL:

**Please Read the Following...**

All Co-Pays are due upon check-in.

We ask that you call within a 24hr. period to cancel or change an appointment.

All extensive forms such as **DMV Medical Evaluation** reports that this office processes, are subject to a $25.00 processing fee.

**We do not manage long term Disability or patients that are already on disability before becoming a patient at our office.**

There is a two week period to process forms that are submitted to our office.

There is a two week period for EMG reports to be completed and sent to the referring doctor's office.

**Please call you pharmacy for refills on prescriptions, even new ones that do not have refills. We ask for at least 1 week's time to process the request with your pharmacy.**

Thank you for your cooperation and we look forward meeting your healthcare needs.

Patient Signature: X [signature]

Please sign here giving your permission of the use of our automated phone system to call to confirm appointments and updates on account status. X [signature] Thank you,

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 10
Page 42 of 49

**Lincoln/ Shaw 0431**

Milan C Patel, M.D. 4767 Soquel Drive Soquel, CA 95073 Phone: 831-477-9912 Fax:831-476-2815

Last Name: ____________ First Name: ____________ DOB: ________ Date: ________

NOTICE OF PRIVACY PRACTICES ACKNOWLEDGEMENT

I understand that, under the Health Insurance Portability & Accountability Act of 1996 ("HIPAA"), I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to:

- Conduct, plan and direct my treatment and follow-up among the multiple healthcare providers who may be involved in that treatment directly and indirectly.
- Obtain payment from third-party payers.
- Conduct normal healthcare operations such as quality assessments and physical certifications.

I have received, read, and understand your *Notice of Privacy Practices* containing a more complete description of the uses and disclosures of my health information. I understand that this organization has the right to change its *Notice of Privacy Practices* from time to time and that I may contact this organization at any time at the address above to obtain a current copy of the *Notice of Privacy Practices.*

I understand that I may request in writing that you restrict how my private information is used or disclosed to carry out treatment, payment, or health care operations. I also understand you are not required to agree to my requested restrictions, but if you do agree then you are bound to abide to such restrictions.

Patient Name: Kimberly Shaw

Relationship to Patient: Self

Signature: [signature]

Date: 8/21/17

## Allergy List

**XOLAIR**: Wheezing (Moderate to severe)

## Denied Medications

| Name | Denied Date |
| --- | --- |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | |
| **gabapentin 300 mg capsule** | |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** | |
| **duloxetine 60 mg capsule,delayed release** | |
| **azithromycin 250 mg tablet** | |
| **clotrimazole 10 mg troche** | |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | |
| **tramadol 50 mg tablet** | |
| **montelukast 10 mg tablet** | |
| **azithromycin 500 mg tablet** | |
| **prednisone 1 mg tablet** | |
| **duloxetine 30 mg capsule,delayed release** | |
| **hydrocodone 5 mg-acetaminophen 325 mg tablet** | |
| **clarithromycin 500 mg tablet** | |
| **trazodone 50 mg tablet** | |
| **amoxicillin 500 mg capsule** | |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | |
| **fluoxetine 20 mg capsule** | |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | |
| **valacyclovir 1 gram tablet** | |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | |
| **levofloxacin 500 mg tablet** | |
| **prednisone 20 mg tablet** | |
| **tizanidine 4 mg tablet** | |
| **metronidazole 0.75 % topical cream** | |

**acyclovir 5 % topical ointment**
APPLY A SMALL AMOUNT TID UTD

**prednisone 5 mg tablet**

**lorazepam 0.5 mg tablet**

## Patient Primary Insurance Card

| | |
|---|---|
| **Upload Date** | 07-31-2017 |

Anthem. BlueCross

Members: When submitting inquiries, always include your ID number from the face of this card. Care must be furnished/referred by the medical group shown on this card. Possession or use of this card does not guarantee payment.

Providers: Please submit claims to your local Blue Plan. To ensure prompt claims processing, please include the 3-digit alpha prefix that precedes the patient ID number listed on the front of this card.

anthem.com/ca

| | |
|---|---|
| Member/Provider Services | 1-800-574-3903 |
| Pharmacist Questions | 1-800-824-0898 |
| Mail Order Pharmacy | 1-866-297-1013 |
| Chiropractic Benefits | 1-800-678-9133 |
| Future Moms | 1-800-828-5891 |
| 24/7 NurseLine | 1-800-700-9184 |

Anthem Blue Cross is the trade name of Blue Cross of California Independent licensee of the Blue Cross Association.

Anthem BlueCross

Dignity Health

KIMBERLY SHAW

Identification Number
XDM667A24343

MED PLAN: H6M
MED OFFICE:
PHYSICIANS MEDICAL GROUP OF S
1-831-465-7800
PCP: JACQUELINE H SEDGWICK
1-831-476-1630

| | |
|---|---|
| Group No: | 174023HCA1 |
| Plan Code: | 040 |
| RxBin/PCN: | 003858/A4 |
| RxGroup: | WLHA |
| Coverages: | Medical - Pharmacy Chiro |

| | |
|---|---|
| Office Visit Copay: | $10 |
| Specialist Copay: | $10 |
| Emergency Room: | $50 |

Issue Date. 04/21/2017

Blue Cross HMO

## Patient Photo ID

**Upload Date** 07-31-2017

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 10
Page 47 of 49

**Lincoln/ Shaw 0435**

**SHAW, KIMBERLY D (id #7259, dob:**

14270E32868770402

[redacted]

CLASS: C - Veh w/GVWR ≤26000, No M/C
ENDORSEMENTS: None
RESTRICTIONS: None

This license is issued as a license to drive a motor vehicle; it does not establish eligibility for employment, voter registration or public benefits.

032167

Rev 04/16/2010

CALIFORNIA DRIVER LICENSE

DL

CLASS C

EXP /2019 END NONE

LN SHAW

FN KIMBERLY DAWN



DOB

RSTR NONE

SEX F HAIR BRN EYES BLU

HGT 5'-09" WGT 185 lb ISS

DD 09/26/201455018/DDFD/19 09/26/2014

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 10
Page 48 of 49

**Lincoln/ Shaw 0436**

# Exhibit

# 11

Lincoln/ Shaw 0438

# AFTER VISIT SUMMARY

CHI Memorial

Kimberly D. Shaw MRN: 05614013 DOB:

3/2/2020 CHI Memorial Hospital Hixson Emergency Department 423-495-7164

## Instructions

**Your medications have changed today**
See your updated medication list for details.

**Read the attached information**
Diarrhea Adult Easy-to-Read (English)

**Pick up these medications from any pharmacy with your printed prescription**
diphenoxylate-atropine • hyoscyamine • ondansetron

**Call Charles A Crump, MD in 1 day (around 3/3/2020)**
Specialty: Internal Medicine
Contact: 2205 MCCALLIE AVENUE
Chattanooga TN 37404
423-493-5240

## Today's Visit

You were seen by Deann K Champion, MD and Heather Marie Whaley, MD

**Reason for Visit**
Diarrhea

**Diagnoses**

- Diarrhea, unspecified type
- Fever, unspecified fever cause
- Nauseous

**Lab Tests Completed**
CBC With Automated Differential
Comprehensive Metabolic Panel
Lactic Acid, Plasma (Sepsis)
Lipase
Procalcitonin
Rapid Influenza A&B Screen
Urinalysis, Reflex Culture if Indicated

**Lab Tests in Progress**
Blood Culture #1
Blood Culture #2

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 1 of 52

## Today's Visit (continued)

**Imaging Tests**
CT abdomen/pelvis without iv contrast

**Done Today**
Insert peripheral IV

**Medications Given**
acetaminophen (TYLENOL) last given at 7:14 PM
HYDROmorphone (DILAUDID) last given at 6:23 PM
lactated ringers (LR) stopped at 8:09 PM
ondansetron (ZOFRAN) last given at 6:24 PM

**Your End of Visit Vitals**

Blood Pressure
110/68

BMI
30.87

Weight
203 lb

Height
5' 8"

Temperature (Oral)
99.2 °F

Pulse
89

Respiration
16

Oxygen Saturation
96%

BSA
2.1 $m^2$

## Allergies (Review Complete on: 03/02/20)

| Agent | Severity | Comments |
|---|---|---|
| Omalizumab | | Other reaction(s): Unknown |

# Your Results

**CT abdomen/pelvis without IV contrast**
Resulted on 3/2/2020
Authorized by
Heather Marie Whaley, MD

**Narrative**

HISTORY: Fever, diarrhea, abdominal pain. Patient reports history of cholecystectomy and appendectomy. PROCEDURE: CT abdomen and pelvis without IV contrast. CT imaging performed using low-dose technique. Auto Exposure Controls were utilized during the CT exam to meet ALARA standards for radiation dose reduction. Adjustment of mA and/or kV according to patient size was made. CT ABDOMEN AND PELVIS: Lung bases are clear. The liver, spleen, pancreas, adrenal glands, and kidneys are unremarkable. Status post cholecystectomy. No bile duct dilatation. No radiodense bile duct calculus. No adenopathy, ascites, or pneumoperitoneum. Status post appendectomy. Bowel segments are otherwise unremarkable. No diverticulosis diverticulitis, colitis or proctitis pattern. Nonspecific nondistended although fluid-filled small bowel throughout the abdomen and pelvis. No ventral hernia. No inguinal hernia. No pelvic ureter or bladder calculus. Bladder decompressed limiting bladder wall assessment although unremarkable bladder contour. And the fibroid uterus pattern with lobular contour to the uterus; largest fibroid at the posterior lateral uterine fundus measuring 3.8 cm diameter. No adnexal mass.

**Impression**

1. No acute abdominal or pelvic pathology. 2. Nonspecific diffusely fluid filled although nondistended small bowel segments with no infiltration of the small bowel mesentery. 3. Status post cholecystectomy and appendectomy. 4. Multi fibroid uterus pattern, largest fibroid posterior left lateral fundus measuring 3.8 cm. Further characterization can be offered with follow up nonemergent, scheduled ultrasound of the pelvis if clinically needed.
Workstation: MCTHURADD003

## Your Results (continued)

**URINALYSIS W/ REFLEX URINE CULTURE**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| Color, UA | **Yellow** | Yellow |
| Appearance, UA | **Clear** | Clear |
| Glucose, UA | **Negative** mg/dL | Negative |
| Protein, UA | **Negative** mg/dL | Negative |
| Bilirubin, UA | **Negative** | Negative |
| Urobilinogen, UA | **<2.0** EU/dL | <2.0 |
| pH, UA | **6.0** | 4.6 - 8.0 |
| Blood, UA | **Negative** | Negative |
| Ketones, UA | **Negative** mg/dL | Negative |
| Nitrite, UA | **Negative** | Negative |
| Leukocytes, UA | **Negative** | Negative |
| Specific Gravity, UA | **1.013** | 1.005 - 1.030 |
| Ascorbic Acid, UA | **Negative** mg/dL | Negative |
| RBC, UA | **1** /HPF | 0 - 3 |
| WBC, UA | **2** /HPF | 0 - 5 |
| Squamous Epithelial, UA | **1** /HPF | 0 - 13 |

**RAPID INFLUENZA A&B**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Deann K Champion, MD

| Test | Result | Reference Range |
|---|---|---|
| Influenza A | **Negative** | Negative |
| Influenza B | **Negative** | Negative |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 4 of 52

Your Results (continued)

**CBC W/ AUTO DIFFERENTIAL**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| ^ WBC | 11.9 K/uL | 4.5 - 10.5 |
| RBC | 5.36 M/uL | 4.00 - 5.60 |
| Hemoglobin | 15.5 g/dL | 12.0 - 16.0 |
| Hematocrit | 46.3 % | 36.0 48.0 |
| MCV | 86.4 fL | 80.0 100.0 |
| MCH | 28.9 pg | 26.0 34.0 |
| MCHC | 33.5 g/dL | 32.0 36.0 |
| RDW | 12.7 % | 12.0 16.0 |
| Platelet Count | 375 K/uL | 150 400 |
| MPV | 9.5 fL | 9.2 13.0 |
| % Neut | 91.0 % | |
| % Lymphs | 5.1 % | |
| % Monos | 2.9 % | |
| % Eos | 0.8 % | |
| % Baso | 0.1 % | |
| % Immature Grans | 0.1 % | |
| ^ # Neut | 10.82 K/uL | 2.02 8.40 |
| v # Lymphs | 0.60 K/uL | 0.67 4.30 |
| # Monos | 0.34 K/uL | 0.21 1.20 |
| # Eos | 0.09 K/uL | 0.00 0.53 |
| # Baso | 0.01 K/uL | 0.00 0.16 |
| # Immature Grans | 0.01 K/uL | 0.00 - 0.11 |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 5 of 52

## Your Results (continued)

**COMPREHENSIVE METABOLIC PANEL**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| Sodium | 138 mmol/L | 135 - 148 |
| Potassium | 3.6 mmol/L | 3.5 - 5.3 |
| Chloride | 104 mmol/L | 96 - 112 |
| ▼ CO2 | 23 mmol/L | 24 - 34 |
| Calcium | 9.3 mg/dL | 8.5 - 10.4 |
| ▲ Glucose | 144 mg/dL | 60 - 99 |
| BUN | 14 mg/dL | 6 - 23 |
| ▲ Creatinine | 1.03 mg/dL | 0.55 - 1.02 |
| eGFR, Non-African American | 62 mL/min | >60 |
| eGFR, African American | 72 mL/min | >60 |
| Protein, Total | 7.9 g/dL | 6.0 - 8.5 |
| Albumin | 3.9 g/dL | 3.5 - 5.0 |
| Globulin | 4.0 g/dL | 2.5 - 4.1 |
| A/G Ratio | 1.0 | 0.7 - 1.9 |
| Alkaline Phosphatase | 78 U/L | 45 - 117 |
| ALT | 39 U/L | 5 - 65 |
| AST | 22 U/L | 5 - 40 |
| Total Bilirubin | 1.1 mg/dL | 0.0 - 1.2 |

**LIPASE**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| Lipase | 107 U/L | 73 - 393 |

**PROCALCITONIN**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| Procalcitonin | 0.21 ng/mL | <0.50 |

**LACTIC ACID, SERUM**
Collected on 3/2/2020
Resulted on 3/2/2020
Authorized by Jason Bryan, NP

| Test | Result | Reference Range |
|---|---|---|
| Lactic Acid, Sepsis | 1.8 mmol/L | 0.3 - 2.4 |

## If You Feel Sick

**Call 911 immediately if you have:**

- Increasing shortness of breath and/or chest heaviness at rest

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 6 of 52

## If You Feel Sick (continued)

- Palpitations or able to feel your heart beat in your chest and feel like you could pass out

**Call your provider if you have:**

- Temperature greater than 100.4 degrees or higher for more than one day
- Severe uncontrolled pain
- Persistent nausea and vomiting, and are unable to keep fluids down
- Redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around the site)
- Excessive redness, bleeding, swelling, or drainage from the wound
- Headache or visual disturbances
- Hives
- Persistent dizziness or light headedness
- Extreme fatigue
- Unable to urinate after 8 hours at home
- Have not had a bowel movement 4 days after last movement
- Any other questions or concerns you may have after discharge
- Frothy or pink sputum when you cough

# Changes to Your Medication List

For your medication safety, please share this medication list with your regular family doctor and keep this medication list with you at all times in the event of an emergency

## START taking these medications

START **diphenoxylate-atropine** 2.5-0.025 mg per tablet
Commonly known as: LOMOTIL
Quantity: 20 tablet

Take 1 tablet by mouth 4 (four) times daily as needed for Diarrhea. Max Daily Amount: 4 tablets

START **hyoscyamine** 0.125 mg tablet
Commonly known as: LEVSIN
Quantity: 30 tablet

Take 1 tablet (0.125 mg total) by mouth every 4 (four) hours as needed for Cramping.

START **ondansetron** 4 MG tablet
Commonly known as: ZOFRAN
Last time this was given: Ask your nurse or doctor
Quantity: 20 tablet

Take 1 tablet (4 mg total) by mouth every 6 (six) hours.

## Pneumonia Immunization Follow-Up Information

**Immunization follow-up information for your primary care providers:**

1. For patients who did not receive Pneumococcal Conjugate Vaccine (PCV13) or Influenza Vaccine while hospitalized :
   - Discuss benefits of vaccination with the patient.
   - Evaluate risks/benefits of administering PCV13 or Influenza Vaccine.

2. For patients who received Pneumococcal Conjugate Vaccine (PCV13) while hospitalized :
   - Follow-up with primary provider for sequential vaccine and follow-up doses.

## Additional Information

**Alcohol**

Alcohol is a cardiac depressant. Ask your doctor whether alcohol is a problem for you.

**Pneumonia/ Flu Vaccine Information:**

I understand that the pneumonia vaccine is recommended for people 65 and older and people with chronic health conditions, once in a lifetime. It should be repeated every 5 10 years if received before age 65. The flu vaccine should be given every year for people 50 and older, younger for those with chronic health conditions.

This instruction sheet has been fully explained to me in my primary language. I have read it or have had it read to me. I understand what it says and had an opportunity to ask and receive answers to my questions.

Please provide this summary of care to the next provider.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 8 of 52

## National Helplines

**Poison Control:** 1-800-222-1222
**Crisis Text Line:** Text "GO" to 741 741 24/7 Free. Confidential.
**National Suicide Prevention Hotline:** 1 800 273 8255 24/7. Press 1 for veterans
**Disaster Distress Helpline:** 1 800 985 5990 (TTY 1 800 846 8517) 24/7
**National Domestic Violence Hotline:** 1-800-799-7233 24/7

## General Information

**Important Information**

X Rays and EKGs
The interpretation of your X-Ray(s) / EKGs as given to you by the Emergency Department provider is a preliminary report. All X-Rays and EKGs are reviewed by specialists. If there is a change in the interpretation or treatment plan you will be notified. Some fractures and illnesses fail to show up on preliminary tests. If your symptoms continue notify your physician.

TEST RESULTS
If you have had lab cultures, the results will be available in a few days. If any change in treatment is indicated you will be contacted.

REFERRALS
The Emergency Department exists to provide evaluation and stabilizing treatment of life or limb-threatening medical emergencies. The physicians and staff make every effort to ensure your safety and treat your medical problems. However, the limited resources of the Emergency Department are often insufficient to provide complete or definitive treatment for most medical problems. Therefore, it is important that you follow-up with your primary medical doctor.

If you have been referred to a specialist physician from our Emergency Department, it means that we believe you may have a condition which requires the expertise of a specialist. These physicians work in a partnership with the Emergency Department and have agreed to see referred patients in their office for further evaluation. It is your responsibility to call the office of the specialist physician to make an appointment. In addition, you should be aware that financial charges and payments for the services of a specialist physician are entirely determined by the physician's office, and not by CHI Memorial or the Emergency Department. We do not have the ability to refer patients to physicians working with specific insurance companies. If your insurance company requires that you see a participating specialist, it is your responsibility to contact your insurance company to make those arrangements.

BILLING
Please be advised that you will receive two bills for your Emergency Department visit - one from CHI Memorial and one from Chattanooga Emergency Medicine OR Clinical Core Partners. Billing from CHI Memorial includes charges for nursing care, medication, imaging and diagnostic testing services. Billing from Chattanooga Emergency Medicine OR Clinical Core Partners include charges for physician/physician assistant/nurse practitioner services.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 9 of 52

# Diarrhea, Adult

Diarrhea is when you pass loose and watery poop (*stool*) often. Diarrhea can make you feel weak and cause you to lose water in your body (get *dehydrated*). Losing water in your body can cause you to:

- Feel tired and thirsty.
- Have a dry mouth.
- Go pee (*urinate*) less often.

Diarrhea often lasts 2–3 days. However, it can last longer if it is a sign of something more serious. It is important to treat your diarrhea as told by your doctor.

## Follow these instructions at home:

### Eating and drinking





Follow these instructions as told by your doctor:

- Take an ORS (*oral rehydration solution*). This is a drink that helps you replace fluids and minerals your body lost. It is sold at pharmacies and stores.
- Drink plenty of fluids, such as:
  - Water.
  - Ice chips.
  - Diluted fruit juice.
  - Low-calorie sports drinks.
  - Milk, if you want.
- Avoid drinking fluids that have a lot of sugar or caffeine in them.
- Eat bland, easy-to-digest foods in small amounts as you are able. These foods include:
  - Bananas.
  - Applesauce.
  - Rice.
  - Low-fat (*lean*) meats.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 10 of 52

- Toast.
- Crackers.
- Avoid alcohol.
- Avoid spicy or fatty foods.

**Medicines**

- Take over the counter and prescription medicines only as told by your doctor.
- If you were prescribed an antibiotic medicine, take it as told by your doctor. **Do not** stop using the antibiotic even if you start to feel better.

**General instructions**



- Wash your hands often using soap and water. If soap and water are not available, use a hand sanitizer. Others in your home should wash their hands as well. Hands should be washed:
  - After using the toilet or changing a diaper.
  - Before preparing, cooking, or serving food.
  - While caring for a sick person.
  - While visiting someone in a hospital.
- Drink enough fluid to keep your pee (*urine*) pale yellow.
- Rest at home while you get better.
- Watch your condition for any changes.
- Take a warm bath to help with any burning or pain from having diarrhea.
- Keep all follow-up visits as told by your doctor. This is important.

## Contact a doctor if:

- You have a fever.
- Your diarrhea gets worse.
- You have new symptoms.
- You cannot keep fluids down.
- You feel light headed or dizzy.
- You have a headache.
- You have muscle cramps.

## Get help right away if:

- You have chest pain.
- You feel very weak or you pass out (*faint*).
- You have bloody or black poop or poop that looks like tar.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 11 of 52

- You have very bad pain, cramping, or bloating in your belly (*abdomen*).
- You have trouble breathing or you are breathing very quickly.
- Your heart is beating very quickly.
- Your skin feels cold and clammy.
- You feel confused.
- You have signs of losing too much water in your body, such as:
  - Dark pee, very little pee, or no pee.
  - Cracked lips.
  - Dry mouth.
  - Sunken eyes.
  - Sleepiness.
  - Weakness.

## Summary

- Diarrhea is when you pass loose and watery poop (*stool*) often.
- Diarrhea can make you feel weak and cause you to lose water in your body (get *dehydrated*).
- Take an ORS (*oral rehydration solution*). This is a drink that is sold at pharmacies and stores.
- Eat bland, easy-to-digest foods in small amounts as you are able.
- Contact a doctor if your condition gets worse. Get help right away if you have signs that you have lost too much water in your body.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 05/24/2019 Document Reviewed: 05/24/2019

Elsevier Interactive Patient Education © 2020 Elsevier Inc.

# MyChart Signup

**Sign Up for MyChart, Your Online Medical Record**

CHI Memorial's MyChart gives you secure online access to your medical record and allows you to view test results, after-visit paperwork or discharge instructions, your key medical information and more. Best of all, MyChart allows you to check your important health information 24 hours-a-day – whenever it's convenient for you.

**How to Sign Up**

If you have difficulty with the instructions below, please call the MyChart Support Line at 1(844) 528-8383.

1. Visit https://mychart.memorial.org
2. Click on "Sign Up Now," and follow the on screen directions.
3. When prompted, enter your MyChart activation code exactly as it appears below.
   a. Your MyChart access code: R7F2W-CCN66-M3CZ2
   b. Expires: 4/1/2020 9:47 PM

The activation code listed above should only be used by the identified patient or their personal (legal) representative for creating their MyChart account. Third party providers wanting to receive access to patients' records, can contact *(423) 495-8285*. Requests are usually faxed to *(423) 495-4740* or email *officeaccessrequest@memorial.org* to discuss other options including the EpicCare Link tool.

4. Please know that your MyChart username cannot be changed, so think of one that is secure and easy to remember.
5. Your MyChart password can be changed at any time, but it must be between 8 and 20 characters long.

**Please note that it may take up to 24 hours after discharge from the hospital for your health information to appear in MyChart.*

**MyChart Support Line**

For forgotten MyChart passwords or technical problems, please call 1(844) 528 8383.

For questions about test results or other medical information, please call your doctor's office. Please note that MyChart is not to be used for urgent needs. For medical emergencies, dial **911**.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 13 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 01/06/2021

PARKRIDGE MEDICAL GROUP
Southside

# Shaw, Kimberly D

**53 Y old Female, DOB:**
**Account Number: 8X101585095**

**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PFFS MEDICARE BLUEADVANTAGE Payer ID: SB890**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**

**01/06/2021** **GINGER D. MULLINS, PA-C CHN#: 1659469690**

### Current Medications

Taking
- CPAP (E0601) ---- ----
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Amitiza 8 MCG Capsule 1 capsule with food and water Orally Twice a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day, Notes: Verbal order per provider
- BusPIRone HCl 30 MG Tablet 1 tablet Orally as needed for anxiety up to Twice a day
- Gabapentin 600 MG Tablet 1 tablet Orally three a day
- Provigil 200 MG Tablet 1 tablet in the morning Orally Once a day

### Reason for Appointment

1. 3M recheck pain/DM w/ fbw 1wk prior-CMP/A1C
2. TeleHealth Visit
3. TeleHealth Visit

### History of Present Illness

Patient History:

TELEHEALTH VISIT

Discussed with patient: You have chosen to receive care through the use of telemedicine. Telemedicine enables healthcare providers at different locations to provide safe, effective, and convenient care through the use of technology. As with any healthcare service, there are risks associated with the use of telemedicine, including equipment failure, poor image resolution, and information security issues. You also understand that I cannot physically examine you and that you may need to come in to the office to complete the assessment.

Patient has given verbal consent for today's virtual check-in. Yes (X) No ()

Patient verbally understands the risks and benefits of telemedicine as explained. All questions regarding telemedicine answered.

I conducted this encounter from [ Parkridge Medical Group ] office via secure, live, face-to-face video conference with the patient using Healow Agent. KIMBERLY SHAW was located at CHATANOOGA. Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained.

The direct interaction between patient and provider totaled 24 min(s).

Pt presents for lab review and CS monitoring.

Pt w/ Fibromyalgia. She takes Tramadol HCl Tablet, 50MG, 2 TID. Pt states she was out for 1wk due to express scripts. W/out pain medication, pain level is 8/10. Pain level improved to 3/10. She denies feeling tired on med or overly groggy. Denies falls.

Pt has been working on weight loss.

Pt was seen at ER and DX'd w/ LUL pneumonia. States having to use rescue inhaler a bit more. She sees Dr. Czarnecki on 1/13/21.

Pt is seeing PSYCH and RHEUM.

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 14 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 01/06/2021

- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- MetFORMIN HCl ER 500 MG Tablet Extended Release 24 Hour 1 tablet with evening meal Orally Once a day
- Tramadol HCl 50 MG Tablet Take 2 tabs by mouth TID, Dx: M13.0, Exempt
- Trulicity 0.75 MG/0.5ML Solution Pen-injector as directed Subcutaneous 0.75mg once a week
- Levothyroxine Sodium 75 MCG Tablet TAKE 1 TABLET DAILY IN THE MORNING ON AN EMPTY STOMACH
- Trelegy Ellipta 100-62.5-25 MCG/INH Aerosol Powder Breath Activated USE 1 INHALATION DAILY
- Rosuvastatin Calcium 10 MG Tablet TAKE 1 TABLET DAILY
- Trazodone HCl 50 MG Tablet TAKE 1 TABLET DAILY AT BEDTIME AS NEEDED
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.
Hyperglycemia.
Pneumonia 11/20.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 68 yrs
Father: alive 71 yrs
Sister(s): alive 47 yrs
1 sister(s) .

## Vital Signs

Ht **68 in**, Wt **185 lbs**, BMI **28.13**.

## Past Orders

**Lab:Comprehensive Metabolic Panel (CMP)(P-CMP)**

| Collection Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
|---|---|---|---|
| Order Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
| Result: | GFR 71 | Normal except GFR 72 | |
| Sodium | 142 (Ref Range: 135-145 mEq/L) | 141 (Ref Range: 135-145 mEq/L) | 141 (Ref Range: 135-145 mEq/L) |
| Potassium | 4.5 (Ref Range: 3.5-5.3 mEq/L) | 4.1 (Ref Range: 3.5-5.3 mEq/L) | 3.9 (Ref Range: 3.5-5.3 mEq/L) |
| Chloride | 101 (Ref Range: 97-108 mEq/L) | 102 (Ref Range: 97-108 mEq/L) | 100 (Ref Range: 97-108 mEq/L) |
| CO2 | 28 (Ref Range: 22-32 mEq/L) | 28 (Ref Range: 22-32 mEq/L) | 29 (Ref Range: 22-32 mEq/L) |
| Glucose | **102 H** (Ref Range: 65-99 mg/dL) | 92 (Ref Range: 65-99 mg/dL) | **104 H** (Ref Range: 65-99 mg/dL) |
| BUN | 11 (Ref Range: 6-20 mg/dL) | 8 (Ref Range: 6-20 mg/dL) | 11 (Ref Range: 6-20 mg/dL) |
| Creatinine | 0.92 (Ref Range: 0.50-1.00 mg/dL) | 0.91 (Ref Range: 0.50-1.00 mg/dL) | 0.84 (Ref Range: 0.50-1.00 mg/dL) |
| Calcium | **10.6 H** (Ref Range: 8.6-10.4 mg/dL) | 9.6 (Ref Range: 8.6-10.4 mg/dL) | 9.8 (Ref Range: 8.6-10.4 mg/dL) |
| Protein | 7.1 (Ref Range: 6.0-8.3 g/dL) | 6.5 (Ref Range: 6.0-8.3 g/dL) | 7.6 (Ref Range: 6.0-8.3 g/dL) |
| Albumin | 5.0 (Ref Range: 3.5-5.3 g/dL) | 4.4 (Ref Range: 3.5-5.3 g/dL) | 4.9 (Ref Range: 3.5-5.3 g/dL) |
| Alkaline Phosphatase | 64 (Ref Range: 35-121 IU/L) | 72 (Ref Range: 35-121 IU/L) | 79 (Ref Range: 35-121 IU/L) |
| ALT (SGPT) | 22 (Ref Range: <5-47 IU/L) | 18 (Ref Range: <5-47 IU/L) | 27 (Ref Range: <5-47 IU/L) |
| AST (SGOT) | 20 (Ref Range: <5-40 IU/L) | 16 (Ref Range: <5-40 IU/L) | 20 (Ref Range: <5-40 IU/L) |

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 01/06/2021

no children.

### Social History

Alcohol Use Patient uses alcohol socially.
Tobacco Status Patient is a never smoker.
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability-terminated per pt at the 11/11/19 OV.

### Allergies

Xolair: anaphylaxis - Allergy

### Hospitalization/Major Diagnostic Procedure

PR Valley 08/9/2020

### Review of Systems

General ROS:

Constitutional: Negative for:, malaise, fever, body aches, **Positive for: fatigue-improved**.
Resp/Pulmonology: Negative for:, cough, wheezing, chest pain with breathing, **Positive for:, asthma**.
Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, nausea, reflux, vomiting, **Positive for: constipation**.
Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding.
Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**. Neurology: Negative for: LOC, seizures, , memory changes, dizziness,weakness, syncope, migraines, tremors, **Positive for: feet n/t/burning pain**.
Psychology: Negative

| | | | |
|---|---|---|---|
| Bilirubin, Total | 0.6 (Ref Range: <0.2-1.2 mg/dL) | 0.3 (Ref Range: <0.2-1.2 mg/dL) | 0.6 (Ref Range: <0.2-1.2 mg/dL) |
| A/G Ratio | 2.4 (Ref Range: 1.1-2.5 mg/dL) | 2.1 (Ref Range: 1.1-2.5 mg/dL) | 1.8 (Ref Range: 1.1-2.5 mg/dL) |
| GFR/Black | 82 (Ref Range: >59 mL/min/1.73m2) | 83 (Ref Range: >59 mL/min/1.73m2) | 92 (Ref Range: >59 mL/min/1.73m2) |
| GFR/White | 71 (Ref Range: >59 mL/min/1.73m2) | 72 (Ref Range: >59 mL/min/1.73m2) | 79 (Ref Range: >59 mL/min/1.73m2) |
| Notes: | | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV |

**Lab:Hemoglobin A1C(P-HA1C)**

| Collection Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
|---|---|---|---|
| Order Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
| Result: | 5.6 | 6.5 | |
| Hemoglobin A1C | 5.6 (Ref Range: <5.7 %) | **6.5 H** (Ref Range: <5.7 %) | **6.4 H** (Ref Range: <5.7 %) |
| Notes: | | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV |

**Lab:Vitamin D 25-Hydroxy(P-VD25H)**

| Collection Date | 12/30/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|
| Order Date | 12/30/2020 | 03/24/2020 | 07/25/2019 |
| Result: | 91.4 | | |
| Vitamin D 25-Hydroxy | 91.4 (Ref Range: 30.0-100.0 ng/mL) | 55.6 (Ref Range: 30.0-100.0 ng/mL) | 38.6 (Ref Range: 30.0-100.0 ng/mL) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov |

### Examination

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 16 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 01/06/2021

for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety-seeing Dr. Gregory**.

General Examination:
Constitutional: alert and oriented, interacting appropriately, NAD.
HEENT: Head - NC/AT,hearing is grossly normal.
Respiratory: regular breathing rate and effort.
Neurology: appropriate for age,awake & alert, no tremor.
Psych: appropriate mood and affect , normal speech, insight and judgement normal.

**Assessments**

1. Fibromyalgia - M79.7 (Primary), Dr. Craig, 2018
2. Depression with anxiety - F41.8
3. Familial hypercholesterolemia - E78.01
4. Hypothyroidism, unspecified type - E03.9, neg abx, 2019
5. Vitamin D deficiency - E55.9, 11, 2019
6. Polyarthropathy - M13.0
7. Encounter for long-term (current) use of other medications - Z79.899
8. Type 2 diabetes mellitus with other specified complication - E11.69
9. Constipation, unspecified constipation type - K59.00
10. Hyperlipidemia LDL goal <70 - E78.5

**Treatment**

**1. Fibromyalgia**
Refill Tramadol HCl Tablet, 50 MG, Take 2 tabs by mouth TID, Dx: M13.0, Exempt, orally, as directed, 30 days, 180, Refills 2

**2. Type 2 diabetes mellitus with other specified complication**
Continue Trulicity Solution Pen-injector, 0.75 MG/0.5ML, as directed, Subcutaneous, 0.75mg once a week
Refill MetFORMIN HCl ER Tablet Extended Release 24 Hour, 500 MG, 1 tablet with evening meal, Orally, Once a day, 90 days, 90, Refills 1

**3. Constipation, unspecified constipation type**
Stop Amitiza Capsule, 8 MCG, 1 capsule with food and water, Orally, Twice a day
Start Linzess Capsule, 290 MCG, 1 capsule at least 30 minutes before the first meal of the day on an empty stomach, Orally, Once a day, 90 day(s), 90, Refills 1

**4. Hyperlipidemia LDL goal <70**
Start Crestor Tablet, 5 MG, 1 tablet, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1

**5. Others**
Stop Rosuvastatin Calcium Tablet, 10 MG, TAKE 1 TABLET DAILY
Notes: CSMD reviewed.

12/16/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 MM1472416 10/06/2020 4580724 30.00 Y R BW5451769 03

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 17 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 01/06/2021

11/16/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 MM1472416 10/06/2020 4580724 30.00 N N BW5451769 03 10/02/2020 MODAFINIL 200 MG TABLET 90.00 90 5006 BG2076114 09/25/2020 4580659 - N N BW5451769 01

In 6mths-pt will need PE w/ fbw 1wk prior.

**Follow Up**
3 Months-recheck pain/CS-teleHealth



**Electronically signed by GINGER MULLINS , PA-C on 01/07/2021 at 06:57 AM CST**

**Electronically co-signed by JOHN TAPP on 01/09/2021 at 04:54 PM CDT**

**Sign off status: Completed**

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

**Progress Note: GINGER D. MULLINS, PA-C 01/06/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 11
Page 18 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

PARKRIDGE MEDICAL GROUP
Southside

**Shaw, Kimberly D**
**53 Y old Female, DOB:**
**Account Number: 8X101585095**

**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PFFS MEDICARE BLUEADVANTAGE Payer ID: SB890**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**

**09/30/2020** **PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

### Current Medications

Taking
- CPAP (E0601) ---- ----
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three

### Reason for Appointment

1. 3MOS CS
2. Flu Vaccine (Non-Medicare)
3. Flu Vaccine (Medicare)
4. Flu Vaccine (Medicare)

### History of Present Illness

Patient History:

Pt presents for lab review and CS monitoring.

Pt w/ Fibromyalgia. She takes Tramadol HCl Tablet, 50MG, 2 TID. Pt states she was out for 1wk due to express scripts. W/out pain medication, pain level is 7-8/10. Pain level improved to 3/10. She denies feeling tired on med or overly groggy. Denies falls.

On 8/10/20 she admitted herself to Valley due to "I guess a break down"-was crying and couldn't stop. She then did the outpt therapy for almost 4wks-Dr. Gregory-was started on Provigil and seeing counselor. Will see him at the office on 10/11. Pt was increased on Cymbalta, started on buspirone and provigil.

At the last OV:

Stop Linzess Capsule, 145 MCG, 1 capsule at least 30 minutes before the first meal of the day on an empty stomach, Orally, Once a day

Start Amitiza Capsule, 8 MCG, 1 capsule with food and water, Orally, Twice a day, 3 months, 180 Capsule, Refills 1

She is taking only 1 day due to when taking 2/day bloating/gas. No blood in the stool.

### Vital Signs

Ht **68 in**, Wt **206 lbs**, BMI **31.32**, Weight Change -3 lb, BP **116/78**, Temp **97.1 F**, HR **73**, Respiratory Rate **16**, Oxygen sat % **98**.

### Past Orders

**Lab:Vitamin B12(P-B12)**

| Collection Date | 09/23/2020 | 03/24/2020 | 01/31/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 01/31/2019 |
| Result: | Normal | | |
| Vitamin B12 | 656 (Ref Range: 232-1245 pg/mL) | 700 (Ref Range: 232-1245 pg/mL) | **943 H** (Ref Range: 180-914 pg/mL) |

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 19 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

times a day, Notes: Verbal order per provider
- Amitiza 8 MCG Capsule 1 capsule with food and water Orally Twice a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day, Notes: Verbal order per provider
- BusPIRone HCl 30 MG Tablet 1 tablet Orally as needed for anxiety up to Twice a day
- Tramadol HCl 50MG Tablet TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN M 79.7
- Trelegy Ellipta 100-62.5-25 MCG/INH Aerosol Powder Breath Activated 1 puff Inhalation Once a day
- Gabapentin 600 MG Tablet 1 tablet Orally three a day
- Provigil 200 MG Tablet 1 tablet in the morning Orally Once a day Discontinued
- Lyrica 100 MG Capsule 1 capsule Orally TWO TIMES A DAY, Notes: DR. CRAIG
- Medication List reviewed and reconciled with the patient

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week.
KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm
KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.
Hyperglycemia.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Lab:CBC With Platelet And Differential(P-CBCWD)**

| Collection Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
| Result: | Normal | | |
| WBC | | | |

**Family History**
Mother: alive 68 yrs
Father: alive 71 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Allergies**
Xolair: anaphylaxis - Allergy

**Hospitalization/Major Diagnostic Procedure**
PR Valley 08/9/2020

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches, **Positive for: fatigue-improved**.
Resp/Pulmonology: Negative for:, cough, wheezing, chest pain with breathing, **Positive for:, asthma**.
Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, nausea, reflux, vomiting, **Positive for: constipation, diarrhea from Linzess**.
Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding.
Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**.
Neurology: Negative for: LOC, seizures, , memory changes, dizziness,weakness, syncope, migraines, tremors, **Positive for:**

| | | | |
|---|---|---|---|
| | 6.2 (Ref Range: 3.8-11.5 K/uL) | 9.1 (Ref Range: 3.8-11.5 K/uL) | 8.8 (Ref Range: 3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.98 (Ref Range: 3.60-5.30 M/mm3) | 5.10 (Ref Range: 3.60-5.30 M/mm3) | 4.68 (Ref Range: 3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 15.3 (Ref Range: 11.5-15.5 gm/dL) | 15.3 (Ref Range: 11.5-15.5 gm/dL) | 14.4 (Ref Range: 11.5-15.5 gm/dL) |
| Hematocrit (HCT) | 44.4 (Ref Range: 35.2-46.4 %) | 45.6 (Ref Range: 35.2-46.4 %) | 43.6 (Ref Range: 35.2-46.4 %) |
| MCV | 89.2 (Ref Range: 79.0-99.0 fL) | 89.4 (Ref Range: 79.0-99.0 fL) | 93.2 (Ref Range: 79.0-99.0 fL) |
| MCH | 30.7 (Ref Range: 26.9-35.0 pg) | 30.0 (Ref Range: 26.9-35.0 pg) | 30.8 (Ref Range: 26.9-35.0 pg) |
| MCHC | 34.5 (Ref Range: 30.4-34.8 g/dL) | 33.6 (Ref Range: 30.4-34.8 g/dL) | 33.0 (Ref Range: 30.4-34.8 g/dL) |
| Platelet Count | 342 (Ref Range: 137-397 K/cumm) | **410 H** (Ref Range: 137-397 K/cumm) | 324 (Ref Range: 137-397 K/cumm) |
| Neutrophils Automated | 47.3 (Ref Range: 41.0-77.0 %) | 57.9 (Ref Range: 41.0-77.0 %) | 56.1 (Ref Range: 41.0-77.0 %) |
| Lymphocytes Automated | 39.7 (Ref Range: 14.0-48.0 %) | 34.8 (Ref Range: 14.0-48.0 %) | 33.4 (Ref Range: 14.0-48.0 %) |
| Monocytes Automated | 8.0 (Ref Range: 4.0-13.0 %) | 4.3 (Ref Range: 4.0-13.0 %) | 6.8 (Ref Range: 4.0-13.0 %) |
| Eosinophils Automated | 3.7 (Ref Range: 0.0-8.0 %) | 1.8 (Ref Range: 0.0-8.0 %) | 2.6 (Ref Range: 1.0-8.0 %) |
| Basophils Automated | 1.1 (Ref Range: 0.0-1.5 %) | 1.0 (Ref Range: 0.0-1.5 %) | 0.9 (Ref Range: 0.0-1.5 %) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov |

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 21 of 52

**feet n/t/burning pain**.
Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety- seeing Dr. Gregory**.

**Lab:Comprehensive Metabolic Panel (CMP)(P-CMP)**

| Collection Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
| Result: | Normal except GFR 72 | | |
| Sodium | 141 (Ref Range: 135-145 mEq/L) | 141 (Ref Range: 135-145 mEq/L) | 140 (Ref Range: 135-145 mEq/L) |
| Potassium | 4.1 (Ref Range: 3.5-5.3 mEq/L) | 3.9 (Ref Range: 3.5-5.3 mEq/L) | 4.7 (Ref Range: 3.5-5.3 mEq/L) |
| Chloride | 102 (Ref Range: 97-108 mEq/L) | 100 (Ref Range: 97-108 mEq/L) | 102 (Ref Range: 97-108 mEq/L) |
| CO2 | 28 (Ref Range: 22-32 mEq/L) | 29 (Ref Range: 22-32 mEq/L) | 24 (Ref Range: 22-32 mEq/L) |
| Glucose | 92 (Ref Range: 65-99 mg/dL) | **104 H** (Ref Range: 65-99 mg/dL) | **102 H** (Ref Range: 65-99 mg/dL) |
| BUN | 8 (Ref Range: 6-20 mg/dL) | 11 (Ref Range: 6-20 mg/dL) | 14 (Ref Range: 6-20 mg/dL) |
| Creatinine | 0.91 (Ref Range: 0.50-1.00 mg/dL) | 0.84 (Ref Range: 0.50-1.00 mg/dL) | 0.88 (Ref Range: 0.50-1.00 mg/dL) |
| Calcium | 9.6 (Ref Range: 8.6-10.4 mg/dL) | 9.8 (Ref Range: 8.6-10.4 mg/dL) | 9.6 (Ref Range: 8.6-10.4 mg/dL) |
| Protein | 6.5 (Ref Range: 6.0-8.3 g/dL) | 7.6 (Ref Range: 6.0-8.3 g/dL) | 7.3 (Ref Range: 6.0-8.3 g/dL) |
| Albumin | 4.4 (Ref Range: 3.5-5.3 g/dL) | 4.9 (Ref Range: 3.5-5.3 g/dL) | 4.8 (Ref Range: 3.5-5.3 g/dL) |
| Alkaline Phosphatase | 72 (Ref Range: 35-121 IU/L) | 79 (Ref Range: 35-121 IU/L) | 62 (Ref Range: 35-121 IU/L) |
| ALT (SGPT) | 18 (Ref Range: <5-47 IU/L) | 27 (Ref Range: <5-47 IU/L) | 20 (Ref Range: <5-47 IU/L) |
| AST (SGOT) | 16 (Ref Range: <5-40 IU/L) | 20 (Ref Range: <5-40 IU/L) | 14 (Ref Range: <5-40 IU/L) |
| Bilirubin, Total | 0.3 (Ref Range: <0.2-1.2 mg/dL) | 0.6 (Ref Range: <0.2-1.2 mg/dL) | 0.6 (Ref Range: <0.2-1.2 mg/dL) |

| | | | |
|---|---|---|---|
| A/G Ratio | 2.1 (Ref Range: 1.1-2.5 mg/dL) | 1.8 (Ref Range: 1.1-2.5 mg/dL) | 1.9 (Ref Range: 1.1-2.5 mg/dL) |
| GFR/Black | 83 (Ref Range: >59 mL/min/1.73m2) | 92 (Ref Range: >59 mL/min/1.73m2) | 87 (Ref Range: >59 mL/min/1.73m2) |
| GFR/White | 72 (Ref Range: >59 mL/min/1.73m2) | 79 (Ref Range: >59 mL/min/1.73m2) | 75 (Ref Range: >59 mL/min/1.73m2) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov |

**Lab:Creatine Kinase(P-CPK)**

| Collection Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
| Result: | Normal | | |
| Creatine Kinase | 63 (Ref Range: 20-180 u/L) | 46 (Ref Range: 20-180 u/L) | 56 (Ref Range: 20-180 u/L) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov |

**Lab:Thyroxine Free (free T4)(P-FT4)**

| Collection Date | 09/23/2020 | 03/24/2020 | 11/11/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 11/11/2019 |
| Result: | Normal | | In Therapeutic Range |
| Thyroxine Free (free T4) | 1.15 (Ref Range: 0.86-1.76 ng/dL) | 1.16 (Ref Range: 0.86-1.76 ng/dL) | 1.40 (Ref Range: 0.86-1.76 ng/dL) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | MULLINS,GINGER D 11/12/2019 07:38:09 AM CST > |

**Lab:Hemoglobin A1C(P-HA1C)**

| Collection Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 23 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

| Order Date | 09/23/2020 | 03/24/2020 | 07/25/2019 |
|---|---|---|---|
| Result: | 6.5 | | |
| Hemoglobin A1C | **6.5 H** (Ref Range: <5.7 %) | **6.4 H** (Ref Range: <5.7 %) | 5.5 (Ref Range: <5.7 %) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov |

**Lab:Lipid Panel(P-LIPID)**

| Collection Date | 09/23/2020 | 03/24/2020 | 04/26/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 04/26/2019 |
| Result: | LDL 34 | | LDL 42 |
| Cholesterol / HDL Ratio | 2.00 (Ref Range: 0.00-4.44 Ratio) | 2.81 (Ref Range: 0.00-4.44 Ratio) | 2.43 (Ref Range: 0.00-4.44 Ratio) |
| Cholesterol | 114 (Ref Range: <200 mg/dL) | 177 (Ref Range: <200 mg/dL) | 119 (Ref Range: <201 mg/dL) |
| HDL Cholesterol | 57 (Ref Range: >39 mg/dL) | 63 (Ref Range: >39 mg/dL) | 49 (Ref Range: >39 mg/dL) |
| LDL Cholesterol (Calculation) | 34 (Ref Range: <130 mg/dL) | 66 (Ref Range: <130 mg/dL) | 42 (Ref Range: <130 mg/dL) |
| LDL/HDL Ratio | 0.6 (Ref Range: <3.3 Ratio) | 1.1 (Ref Range: <3.3 Ratio) | 0.9 (Ref Range: <3.3 Ratio) |
| Non-HDL Cholesterol | 57 (Ref Range: <130 mg/dL) | 114 (Ref Range: <130 mg/dL) | 70 (Ref Range: <130 mg/dL) |
| Triglycerides | 116 (Ref Range: <150 mg/dL) | **238 H** (Ref Range: <150 mg/dL) | 139 (Ref Range: <150 mg/dL) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV |

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

**Lab:TSH(P-TSH)**

| Collection Date | 09/23/2020 | 03/24/2020 | 11/11/2019 |
|---|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 | 11/11/2019 |
| Result: | Therapeutic | | In Therapeutic Range |
| TSH | 1.51 (Ref Range: 0.27-4.20 mU/L) | 1.24 (Ref Range: 0.27-4.20 mU/L) | 0.89 (Ref Range: 0.27-4.20 mU/L) |
| Notes: | | ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV | MULLINS,GINGER D 11/12/2019 07:38:09 AM CST > |

**Examination**

General Examination:

Constitutional: alert and oriented,interacting appropriately,NAD, obese.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT,EOMI,hearing is grossly normal.

Respiratory: regular breathing rate and effort, clear to auscultation bilaterally, good air exchange.

Heart: regular rate and rhythm, no murmurs, click or rubs.

Chest: normal shape and expansion.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.

Musculoskeletal: no swelling or deformity, diffuse tenderness along the spine and paraspinals, neg. bilateral SLR, normal bilateral hip ROM and no pain w/ this, pedal pulses equal and strong.

Neurology: appropriate for age,awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor.

Psych: appropriate mood and affect ,normal speech,insight and judgement seem within reason.

**Assessments**

1. Fibromyalgia - M79.7 (Primary), Dr. Craig
2. Type 2 diabetes mellitus with other specified complication - E11.69
3. Familial hypercholesterolemia - E78.01
4. Encounter for immunization - Z23
5. Hyperglycemia - R73.9
6. Encounter for long-term (current) use of other medications - Z79.899
7. Hypothyroidism, unspecified type - E03.9
8. Flu vaccine need - Z23
9. Polyarthropathy - M13.0
10. Needs flu shot - Z23
11. Moderate persistent asthma with status asthmaticus - J45.42
12. Vitamin D deficiency - E55.9

**Treatment**

**1. Fibromyalgia**

Refill Tramadol HCl Tablet, 50MG, TAKE 2 TABLETS BY MOUTH

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

THREE TIMES DAILY AS NEEDED FOR PAIN, M 79.7, 30 days, 180, Refills 2

**2. Type 2 diabetes mellitus with other specified complication**
Start MetFORMIN HCl ER Tablet Extended Release 24 Hour, 500 MG, 1 tablet with evening meal, Orally, Once a day, 30 day(s), 30, Refills 2
Start Trulicity Solution Pen-injector, 0.75 MG/0.5ML, as directed, Subcutaneous, 0.75mg once a week, 90 day(s), 3 Boxes, Refills 0
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 12/30/2020)
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 12/30/2020)
Notes: Will watch KFTs. After pt left, she told Scarlett that she can afford/wants to try Trulicity. Escribed. Discussed potential SEs of med. Stop if severe uppper abd pain w/or w/out n/v.

Eye exam yearly. Foot exam yearly. Carb goal is 40-50g/meal. Walk 30mins/day..

**3. Familial hypercholesterolemia**
Continue Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, Notes: Written Order Per Provider

**4. Encounter for long-term (current) use of other medications**
Notes: counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication..

**5. Hypothyroidism, unspecified type**
Continue Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day

**6. Moderate persistent asthma with status asthmaticus**
Continue Trelegy Ellipta Aerosol Powder Breath Activated, 100-62.5-25 MCG/INH, 1 puff, Inhalation, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider

**7. Vitamin D deficiency**
Continue Vitamin D3 Capsule, 10000 UNIT, 1 capsules, Orally, 5d week, Notes: Written Order Per Provider
LAB: Vitamin D 25-Hydroxy(P-VD25H) (Ordered for 12/30/2020)
Notes: Take w/source of calcium.

**8. Others**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Notes: Will let Dr. Gregroy manage trazodone.

CSMD Reviewed.

09/15/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 6576 MM1472416 07/02/2020 560201920928530.00 Y R BE6824317 03

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 26 of 52

SHAW, Kimberly D **DOB:** (53 yo F) **Acc No.** 8X101585095 **DOS:** 09/30/2020

09/08/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 6576 MM1472416 07/02/2020 560201920928530.00 Y R BE6824317 03

08/31/2020 MODAFINIL 200 MG TABLET 30.00 30 5006 BG2076114 08/31/2020 4580287 - N N BW5451769 03

08/12/2020 MODAFINIL 100 MG TABLET 30.00 30 5006 BG2076114 08/12/2020 4580086 - N N BW5451769 03

.

**Immunization**

FLU 4V (FLUZONE QUAD), 6MO+ (0.5 ML), NO PRES - ALL PAYORS : 0.5 mL (Dose No:1) (Route: Intramuscular) given by SCARLETT MCDONALD on Left Deltoid

**Procedure Codes**

G0008 G0008
90686 FLU VACC IIV4 NO PRSV 0.5 ML IM

**Follow Up**

3 Months (Reason: recheck pain/DM w/ fbw 1wk prior-CMP/A1C)

**Electronically signed by GINGER MULLINS , PA-C on 09/30/2020 at 03:52 PM CDT**

**Electronically co-signed by JOHN TAPP on 10/03/2020 at 03:02 PM CDT**

**Sign off status: Completed**

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

---

PARKRIDGE MEDICAL GROUP
Southside

# Shaw, Kimberly D

53 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN
PFFS MEDICARE BLUEADVANTAGE Payer ID: SB890
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address ,
Home
Advance Directive: NAD(12/28/2017)

**07/02/2020** **GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

Taking

- CPAP (E0601) ---- ----
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- Trelegy Ellipta 100-62.5-25 MCG/INH Aerosol Powder Breath Activated 1 puff Inhalation Once a day
- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider

## Reason for Appointment

1. 3MOS CS
2. Wants all Rx's to Express Scripts.

## History of Present Illness

Patient History:

TELEHEALTH VISIT

Discussed with patient: You have chosen to receive care through the use of telemedicine. Telemedicine enables healthcare providers at different locations to provide safe, effective, and convenient care through the use of technology. As with any healthcare service, there are risks associated with the use of telemedicine, including equipment failure, poor image resolution, and information security issues. You also understand that I cannot physically examine you and that you may need to come in to the office to complete the assessment.

Patient has given verbal consent for today's virtual check-in. Yes

Patient verbally understands the risks and benefits of telemedicine as explained. All questions regarding telemedicine answered.

I conducted this encounter from Parkridge Medical Group office via secure, live, face-to-face video conference with the patient using Healow Agent. Ms. Shaw was located at home, Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained.

The direct interaction between patient and provider totaled 20 min(s).

Pt presents for CS monitoring.

She wants all RXs sent to Express Scripts including the Tramadol except for the Linzess.

She states w/ Linzess costs over >$300/90 day supply.

Pt w/ fibromyalgia. She takes Tramadol HCl 50mg 2 tabs TID. W/out the Tramadol, pain is 6-7/10. W/ Tramadol, pain is improved to 3/10. Denies falls. Denies SE's to med.

Dr. Craig is writing the Lyrica and Tizanidine. She sees him every 4-6mths. Will f/u on 7/17.

Denies CP.

Asthma has been "fine"-doing well w/ inhaler.

She had 6 day event monitor in April w/ Dr. Allan-PAC's and short runs of SVT's for about 3secs. Per pt nothing to do for now. She is down to 1 cup of caffeine/day.

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 28 of 52

- BusPIRone HCl 15 MG Tablet 1/2-1 tablet Orally as needed for anxiety up to Twice a day
- Lyrica 100 MG Capsule 1 capsule Orally TWO TIMES A DAY, Notes: DR. CRAIG
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Linzess 145 MCG Capsule 1 capsule at least 30 minutes before the first meal of the day on an empty stomach Orally Once a day
- Tramadol HCl 50MG Tablet TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN M 79.7
- Medication List reviewed and reconciled with the patient

**Past Medical History**

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

**Surgical History**

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**

Mother: alive 68 yrs
Father: alive 71 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability-terminated per pt at the 11/11/19 OV.

**Allergies**

Xolair: anaphylaxis - Allergy

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General ROS:
Constitutional: Negative for:, malaise, fever, body aches, **Positive for: fatigue**.
Resp/Pulmonology: Negative for:,

Mood is "fine" w/ Cymbalta. Some increase in stress w/ pandemic-2 of her best friends and her sister + for COVID-19. She has been out of the house 3 x since March 2nd. Will go outside for sunshine "some".

First Point of Contact Screening:
Do you have any of the following symptoms?
Symptoms over the past 7 days *none*
In the past 3 weeks, have you traveled either within the U.S. or internationally? *No*
In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? *No*
Have you been exposed to a person confirmed to have COVID-19? *No*

**Vital Signs**

Ht 68 in, Wt 209 lbs, BMI 31.77.

**Examination**

General Examination:
Constitutional: alert and oriented, interacting appropriately, NAD.
HEENT: Head - NC/AT,hearing is grossly normal.
Respiratory: regular breathing rate and effort.
Neurology: appropriate for age,awake & alert, no tremor.
Psych: appropriate mood and affect , normal speech, insight and judgement normal.

**Assessments**

1. Fibromyalgia - M79.7 (Primary), Dr. Craig
2. Polyarthropathy - M13.0
3. Depression with anxiety - F41.8
4. Hypothyroidism, unspecified type - E03.9
5. Vitamin D deficiency - E55.9
6. Hyperglycemia - R73.9
7. Familial hypercholesterolemia - E78.01
8. Moderate persistent asthma with status asthmaticus - J45.42
9. Encounter for long-term (current) use of other medications - Z79.899
10. Constipation, unspecified constipation type - K59.00

**Treatment**

**1. Fibromyalgia**
Refill Tramadol HCl Tablet, 50MG, TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN, M 79.7, 30 days, 180, Refills 3
Notes: Elec sent RX.

**2. Polyarthropathy**
Notes: Continue care w/ Dr. Craig.

**3. Depression with anxiety**
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 1, Notes: Verbal order per provider
Continue BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day

**4. Hypothyroidism, unspecified type**

cough, wheezing, chest pain with breathing, **Positive for:, asthma-"super good"**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Negative for:, abdominal pain, nausea, reflux, vomiting, **Positive for: constipation, diarrhea from Linzess**. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**. Neurology: Negative for: LOC, seizures, , memory changes, dizziness,weakness, syncope, migraines, tremors, **Positive for: feet n/t/burning pain**. Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety**.

Refill Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 days, 90, Refills 1

**5. Hyperglycemia**
Notes: Limit sugary food/bev intake.

**6. Familial hypercholesterolemia**
Refill Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 1, Notes: Written Order Per Provider

**7. Moderate persistent asthma with status asthmaticus**
Refill Trelegy Ellipta Aerosol Powder Breath Activated, 100-62.5-25 MCG/INH, 1 puff, Inhalation, Once a day, 90 days, 3, Refills 1

**8. Encounter for long-term (current) use of other medications**
Notes: counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication..

**9. Constipation, unspecified constipation type**
Stop Linzess Capsule, 145 MCG, 1 capsule at least 30 minutes before the first meal of the day on an empty stomach, Orally, Once a day
Start Amitiza Capsule, 8 MCG, 1 capsule with food and water, Orally, Twice a day, 3 months, 180 Capsule, Refills 1
Notes:

Hopefully this will be a better fit. If not, will see if she wants to afford Linzess 72mcg/day to qod. Pt will call if issues.

.

**10. Others**
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 days, 90, Refills 1, Notes: Verbal order per provider
Notes: CSMD Reviewed.

06/22/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 BC4953231 06/17/2020 4579435 30.00 Y N BW5451769 03

06/04/2020 PREGABALIN 100 MG CAPSULE 60.00 30 5006 BC3086180 06/04/2020 4579269 - Y N BW5451769 03

05/18/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 BC4953231 05/14/2020 4579043 30.00 N N BW5451769 03

04/24/2020 PREGABALIN 100 MG CAPSULE 60.00 30 5006 BC3086180 03/25/2020 4578456 - N R BW5451769 03

04/07/2020 TRAMADOL HCL 50 MG TABLET 138.00 30 5006 BC4953231 04/07/2020 4578638 23.00 N N BW5451769 03

.

**Follow Up**
keep



**Electronically signed by GINGER MULLINS , PA-C on 07/02/2020 at 02:13 PM CDT**

**Electronically co-signed by CHARLES CRUMP on 07/02/2020 at 03:40 PM CDT**

**Sign off status: Completed**

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

---

PARKRIDGE MEDICAL GROUP
Southside

**Shaw, Kimberly D**
**53 Y old Female, DOB:**
**Account Number: 8X101585095**
**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PFFS MEDICARE BLUEADVANTAGE**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**
**Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address: ,**
**Home:**
**Advance Directive: NAD(12/28/2017)**

**03/31/2020** **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

### Current Medications

Taking
- Lyrica 100 MG Capsule 1 capsule Orally TWO TIMES A DAY, Notes: DR. CRAIG
- CPAP (E0601) ---- ----
- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- BusPIRone HCl 15 MG Tablet 1/2-1 tablet Orally as needed for anxiety up to Twice a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider

### Reason for Appointment

1. Cpx

### Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Hyperglycemia - R73.9, 6.3a1c, 2019
3. Familial hypercholesterolemia - E78.01
4. Hypothyroidism, unspecified type - E03.9, neg abx, 2019
5. Vitamin D deficiency - E55.9, 11, 2019
6. Depression with anxiety - F41.8
7. Fibromyalgia - M79.7, Dr. Craig, 2018
8. Polyarthropathy - M13.0
9. Encounter for long-term (current) use of other medications - Z79.899
10. Moderate persistent asthma with status asthmaticus - J45.42, Dr. Paxson, 2018
11. Epstein Barr virus infection - B27.90, High IgG 2018
12. Constipation, unspecified constipation type - K59.00

### Treatment

**1. Annual physical exam**
Notes: low carb diet try to walk 20m d. lose 10 pds. call for colon when ready.

**2. Hyperglycemia**
LAB: Urinalysis (UA) with Microscopy Automated(P-UA) (Ordered for 10/01/2020)
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 10/01/2020)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 10/01/2020)
LAB: Urinalysis (UA) with Microscopy Automated(P-UA) (Ordered for 03/31/2021)
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 03/31/2021)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 03/31/2021)
Notes: above.

**3. Familial hypercholesterolemia**
Continue CoQ10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Refill Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 32 of 52

- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day M79.7, EXEMPT
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Trelegy Ellipta 100-62.5-25 MCG/INH Aerosol Powder Breath Activated 1 puff Inhalation Once a day Discontinued
- Stool Softener 250 MG Capsule 1 capsule as needed Orally Once a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Gabapentin 600 MG Tablet 1 tablet Orally TID, DX: M79.7, Notes: Verbal order per provider
- PredniSONE 10 MG (21) Tablet Therapy Pack as directed Orally Daily
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

### Family History

Mother: alive 68 yrs
Father: alive 71 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

### Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability-terminated per pt at the 11/11/19 OV.

### Allergies

Xolair: anaphylaxis - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

day, 90 days, 90 Tablet, Refills 1, Notes: Written Order Per Provider
LAB: Lipid Panel(P-LIPID) (Ordered for 10/01/2020)
LAB: Lipid Panel(P-LIPID) (Ordered for 03/31/2021)
Notes: High Cholesterol: Care Instructions material was published to portal.

**4. Hypothyroidism, unspecified type**
Refill Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1
LAB: Thyroxine Free (free T4)(P-FT4) (Ordered for 10/01/2020)
LAB: TSH(P-TSH) (Ordered for 10/01/2020)
LAB: Thyroxine Free (free T4)(P-FT4) (Ordered for 03/31/2021)
LAB: TSH(P-TSH) (Ordered for 03/31/2021)
Notes: stable.

**5. Vitamin D deficiency**
Continue Vitamin D3 Capsule, 10000 UNIT, 1 capsules, Orally, 5d week, Notes: Written Order Per Provider
Notes: stable.

**6. Depression with anxiety**
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, 90 day(s), 90 Capsule, Refills 1, Notes: Verbal order per provider
Refill BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day, 90 day(s), 180, Refills 1
Notes: stable sxs on meds.

**7. Fibromyalgia**
Continue Lyrica Capsule, 100 MG, 1 capsule, Orally, TWO TIMES A DAY, Notes: DR. CRAIG
Stop Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet
Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per provider
Start Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, three times a day M79.7 Exempt, 30 day(s), 180, Refills 2, Notes: Written Order Per Provider
Notes: cont w Dr Craig incr tramadol watch for sedation call if any issues.

**8. Polyarthropathy**
Notes: per Dr Craig.

**9. Encounter for long-term (current) use of other medications**
LAB: CBC With Platelet And Differential(P-CBCWD) (Ordered for 10/01/2020)
LAB: Creatine Kinase(P-CPK) (Ordered for 10/01/2020)
LAB: Vitamin B12(P-B12) (Ordered for 10/01/2020)
LAB: Vitamin B12(P-B12) (Ordered for 03/31/2021)
LAB: CBC With Platelet And Differential(P-CBCWD) (Ordered for 03/31/2021)
LAB: Creatine Kinase(P-CPK) (Ordered for 03/31/2021)
Notes: stable sxs on meds. stable overall lab.

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, chronic fatigue.
Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, Positive for:, postnasal drainage, Throat:, Negative for:, sore throat.
Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations.
Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern, Positive for:, constipation.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:, mm pains/aches, multiple joint pains, general weakness, Negative for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, hx depression, anxiety, focus problems.

**10. Moderate persistent asthma with status asthmaticus**
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Trelegy Ellipta Aerosol Powder Breath Activated, 100-62.5-25 MCG/INH, 1 puff, Inhalation, Once a day
Notes: cont with Dr Czarnecki.

**11. Epstein Barr virus infection**
Notes: as above for wt loss.

**12. Constipation, unspecified constipation type**
Start Linzess Capsule, 145 MCG, 1 capsule at least 30 minutes before the first meal of the day on an empty stomach, Orally, Once a day, 90 day(s), 90, Refills 3
Notes: high fiber diet drink 64oz water d. add metamucil and linzess.

**13. Others**
Continue CPAP (E0601) ----, ----
Continue Probiotic Capsule, -, Orally, Notes: prn
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Magnesium Bisglycinate Tablet, 100 MG, as directed, Orally, once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, Notes: prn

**Preventive Medicine**
Universal PAF (Patient Assessment Form):
High Risk Medications
Medications reviewed for potentially harmful drug-disease interactions in the elderly: *Yes*
Patient is on high risk medication(s): *Yes*
Cognitive Assessment
How is your memory compared to last year? *Same*
Pain Screening
Overall pain presence in day-to-day life (0-10 scale): *5*
Pain Management plan: *Medications, Education*
State Controlled Substances Monitoring Database *03/31/2020*
Signed Controlled Substance Agreement *03/31/2020*
Controlled Substance Agreement compliant: *Yes*

Annual Review of Long-Term Medications
Is Patient taking diuretic, ACE inhibitor or ARB: *No*
Is Patient taking Anticonvulsants (Phenobarbital, Carbamazepine, Phenytoin, Valproic Acid ): *No*
Is Patient taking Digoxin: *No*
Discussed Ninety (90) days Medication Refills: *No*
Rheumatoid Arthritis Diagnosis
Patient has Rheumatoid Arthritis: *No*
AAA Screening (65-75 y/o, male only)
Has the patient smoked at least 100 cigarettes in his lifetime *No*
I discussed the following with my patient:
Discussed: *Fall risk prevention, Physical Activity, Diet Modifications, High Risk Medications, 90 Day Refill, Skin protections and sunscreens*
Behavioral Health Referral
Referral Provided: *No*
Fall Risk Assessment
Date Screening Completed *03/31/2020*
Increased Fall Risk factors: *No fall risk factors*
History Falls in Past Year: *No falls in the past year*
Functional Status
Basic ADLs: *No difficulties with bathing, grooming, dressing, eating, toileting and transferring*
Instrumental ADLs: *No difficulties*
Recommendations: *No recommendations necessary*
Sensory Impairment: *No impairment*
Ambulatory Status
Patient: *uses a cane*
Physical Activity Compared to Prior Year
Activity is: *Same as prior year*
Breast Cancer Screening (50-74 y/o, female, every 27 months)
Screening mammography completed: *will call*
Colorectal Cancer Screening (50-75 y/o)
Colorectal screening not completed due to: *will call 2020*
Lung Cancer Screening (Annual)
Patient 55-80 y/o AND has smoked greater than or equal to 30 pack years of cigarettes AND a current smoker (or one who quit smoking in the last 15 years) *No*
Screening not needed *No screening needed*
Osteoporosis Screening
Risk Factors: *Other risk factors*
DEXA Date *will call for dxa*
Glaucoma Screening
Date: *due 2020*
Depression Screening
PHQ 2 Smart Form: *Completed*
Urinary Incontinence
During the last 3 months, have you leaked urine (even a small amount): *No*
Female
Date of last Menstrual Cycle: *current in 2020*
Pap and Pelvic Exam: *will call*
Pap and Pelvic Exam Findings: *will call*
Monthly Self Breast Exam: *Yes*
Immunizations
Influenza Vaccine: *10/31/2020*
Pneumococcal Vaccine: *PCV13*

PCV13 Date: *03/31/2015*
Hepatitis B Series: *Patient Refused/Declined*
Tetanus/Diphtheria/Pertussis (TDAP) Vaccine: *Patient Refused/Declined*
Herpes Zoster Vaccine: *History of chicken pox- vaccine indicated*
Vaccination Status: *Rx for vaccine given*
Hepatitis C Screening *No*
Annual Wellness Visit
Medicare Start Date: *02/29/2020*
Date of IPPE: *03/31/2020*
Individualized Prevention Plan: *Written copy given to patient, Explained importance, Patient verbalized understanding, Age appropriate cancer screening reviewed and updated*
Advance Care Plan
Status: *Information given / discussed*
Universal PAF completed
: *Yes*
Date *03/31/2020*
Current Providers: Dr Czarnecki Pulmonary, , Dr Craig Rheum, Dr Allan cadrio,.
Quality Measures:
Weight Assessment
Above Normal BMI Follow-Up *Lifestyle education regarding diet*

**Follow Up**
3m

**History of Present Illness**
Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Several days*
Feeling down, depressed, or hopeless? *Not at all*
Total Score *1*

Here ckup. no cp but chornic sob. no wheeze or cough. hx incr bg incr lipids with hypothyroid and low D3. depression hx but doing well overall. polyarthropathy noted with daily pain 10/10. . no falls. she walks with a cane . constiaption noted. . no fever chills. she is in process of reclaiming her disability w Lincoln as they dcd her payments... she is appealing the case w attorney.. she gained 5 pds.. she cant exercsie much bc of jt pains and Dr Craig added lyrica..her pains are a little better but not much with fibro and general oa esp shoudlers... she has chrnic fatiuge and fibromyalgia... chronic fatiuge. cont. She is seeing Dr Czarnecki. she is on tx w him wo issue... still occ palps. no tia sxs. she is on cpap. still some constipation issues. she declined linzess bf but wants it now... . deneis gib. no issue w meds. mod asthma stable... hypothyroid hx with incr bg ... she is off the gabap... she has to take the ultram bc of pain 10/10 and it knocks the edge off and has to take 2 at a tiems.. pain decr in half in gereral on the tx... no sedaton on day meds. csmd ckd cpmc done. she will set up mammo and is due for colon and is due for another osa test and will call oece the C virus gone to set up.

Lab rev and stable except for the borderline a1c. she admits to eating mroe sugar and carbs.

First Point of Contact Screening:
Do you have any of the following symptoms?

Symptoms over the past 7 days *none*
In the past 3 weeks, have you traveled either within the U.S. or internationally? *No*
In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? *No*
Have you been exposed to a person confirmed to have COVID-19? *No*

**Vital Signs**

Ht 68 in, Wt 208 lbs, BMI 31.62, Weight Change 5 lb, BP 118/62, HR 79, Respiratory Rate 16, Oxygen sat % 98.

**Past Orders**

Lab:Vitamin B12(P-B12) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Vitamin B12 | 700 | | 232-1245 - pg/mL |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:CBC With Platelet And Differential(P-CBCWD) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| WBC | 9.1 | | 3.8-11.5 - K/uL |
| Red Blood Cell Count (RBC) | 5.10 | | 3.60-5.30 - M/mm3 |
| Hemoglobin (Hgb) | 15.3 | | 11.5-15.5 - gm/dL |
| Hematocrit (HCT) | 45.6 | | 35.2-46.4 - % |
| MCV | 89.4 | | 79.0-99.0 - fL |
| MCH | 30.0 | | 26.9-35.0 - pg |
| MCHC | 33.6 | | 30.4-34.8 - g/dL |
| **Platelet Count** | **410** | **H** | **137-397 - K/cumm** |
| Neutrophils Automated | 57.9 | | 41.0-77.0 - % |
| Lymphocytes Automated | 34.8 | | 14.0-48.0 - % |
| Monocytes Automated | 4.3 | | 4.0-13.0 - % |
| Eosinophils Automated | 1.8 | | 0.0-8.0 - % |
| Basophils Automated | 1.0 | | 0.0-1.5 - % |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Comprehensive Metabolic Panel (CMP)(P-CMP) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Sodium | 141 | | 135-145 - mEq/L |
| Potassium | 3.9 | | 3.5-5.3 - mEq/L |
| Chloride | 100 | | 97-108 - mEq/L |
| CO2 | 29 | | 22-32 - mEq/L |
| **Glucose** | **104** | **H** | **65-99 - mg/dL** |
| BUN | 11 | | 6-20 - mg/dL |
| Creatinine | 0.84 | | 0.50-1.00 - mg/dL |
| Calcium | 9.8 | | 8.6-10.4 - mg/dL |
| Protein | 7.6 | | 6.0-8.3 - g/dL |

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 37 of 52

| | | | |
|---|---|---|---|
| Albumin | 4.9 | | 3.5-5.3 - g/dL |
| Alkaline Phosphatase | 79 | | 35-121 - IU/L |
| ALT (SGPT) | 27 | | <5-47 - IU/L |
| AST (SGOT) | 20 | | <5-40 - IU/L |
| Bilirubin, Total | 0.6 | | <0.2-1.2 - mg/dL |
| A/G Ratio | 1.8 | | 1.1-2.5 - mg/dL |
| GFR/Black | 92 | | >59 - mL/min/1.73m2 |
| GFR/White | 79 | | >59 - mL/min/1.73m2 |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Creatine Kinase(P-CPK) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Creatine Kinase | 46 | | 20-180 - u/L |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Thyroxine Free (free T4)(P-FT4) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Thyroxine Free (free T4) | 1.16 | | 0.86-1.76 - ng/dL |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Hemoglobin A1C(P-HA1C) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| **Hemoglobin A1C** | **6.4** | **H** | **<5.7 - %** |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Lipid Panel(P-LIPID) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Cholesterol / HDL Ratio | 2.81 | | 0.00-4.44 - Ratio |
| Cholesterol | 177 | | <200 - mg/dL |
| HDL Cholesterol | 63 | | >39 - mg/dL |
| LDL Cholesterol (Calculation) | 66 | | <130 - mg/dL |
| LDL/HDL Ratio | 1.1 | | <3.3 - Ratio |
| Non-HDL Cholesterol | 114 | | <130 - mg/dL |
| **Triglycerides** | **238** | **H** | **<150 - mg/dL** |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:TSH(P-TSH) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| TSH | 1.24 | | 0.27-4.20 - mU/L |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Urinalysis (UA) with Microscopy Automated(P-UA) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| **Urine Appearance** | **CLOUDY** | **A** | **CLEAR -** |
| Urine Bilirubin | NEGATIVE | | NEGATIVE - |
| Urine Blood | NEGATIVE | | NEGATIVE - |
| Urine Color | YELLOW | | YELLOW - |
| Urine Glucose | NEGATIVE | | NEGATIVE - |
| **Urine Ketones** | **TRACE** | **A** | **NEGATIVE -** |

| | | | |
|---|---|---|---|
| **Urine Leukocytes Esterase** | **3+** | **A** | **NEGATIVE -** |
| Urine Nitrites | NEGATIVE | | NEGATIVE - |
| Urine pH | 6.5 | | 5.0-9.0 - |
| **Urine Protein** | **1+** | **A** | **NEGATIVE -** |
| Urine Specific Gravity | 1.022 | | 1.005-1.030 - |
| Urine Type | Clean Catch | | - |
| Urine Urobilinogen | 0.2 | | 0.2-1.0 - E.U./dL |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Urinalysis, Microscopic only(P-UMIC) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| **Urine Bacteria** | **2+** | **A** | **NONE SEEN - /HPF** |
| Urine Casts | 0-2 Hyaline | | 0-2 Hyaline - /LPF |
| **Urine Epithelial Cells** | **5-10** | **A** | **0-2 - /HPF** |
| **Urine RBC** | **6-10** | **A** | **0-2 - /HPF** |
| **Urine WBC** | **20-50** | **A** | **0-2 - /HPF** |

Notes: eclinicalworks, support 03/25/2020 12:32:08 : This order was created by the Interface. ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

Lab:Vitamin D 25-Hydroxy(P-VD25H) (Order Date - 03/24/2020) (Collection Date - 03/24/2020)

| | | | |
|---|---|---|---|
| Vitamin D 25-Hydroxy | 55.6 | | 30.0-100.0 - ng/mL |

Notes: ZAMORA,ADA 03/30/2020 03:25:32 PM CDT > AT OV

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: moist, warm,, fair turgor, mild redness to cheeks.

HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear,tympanic membranes normal bilaterally

Nasal passageways are red and swolloen B turbs.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, sl-tender on R side, sl distended, bowel sounds are normal,no rebound or guarding.

Musculoskeletal: steady gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, mod tender mcp jts and elbows shoulders, to rotate and extend.

Neurology: CN's II-XII grossly intact,DTRs 3+ in all 4 extremities,no tremor,strength normal proximally and distally in all 4 extremities.

Eric Buchanan & Associates, PLLC
~~Kimberly Shaw~~, Exhibit 11
Page 39 of 52

Psych: appropriate mood and affect ,insight and judgement normal,good eye contact.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Procedure Codes**

G0402 INIT PREV PE LTD DUR 1ST 12 MOS MCR
96160 PT-FOCUSED HLTH RISK ASSMT



**Electronically signed by CHARLES CRUMP , MD on 04/02/2020 at 03:18 PM CDT**

**Sign off status: Completed**

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

---

Jan 22, 2021 06:24 AM

Shaw, Kimberly D, F,

[redacted] 423-774-0546

# CUMULATIVE REPORT

## Comprehensive Metabolic Panel (CMP)(P-CMP)

| COLLECTION DATE | 12/30/2020 | 09/23/2020 | 03/24/2020 |
|---|---|---|---|
| Order Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
| Result Date | 12/31/2020 | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | MULLINS, GINGER | CRUMP, CHARLES |
| Sodium | 142 (135-145 mEq/L) | 141 (135-145 mEq/L) | 141 (135-145 mEq/L) |
| Potassium | 4.5 (3.5-5.3 mEq/L) | 4.1 (3.5-5.3 mEq/L) | 3.9 (3.5-5.3 mEq/L) |
| Chloride | 101 (97-108 mEq/L) | 102 (97-108 mEq/L) | 100 (97-108 mEq/L) |
| CO2 | 28 (22-32 mEq/L) | 28 (22-32 mEq/L) | 29 (22-32 mEq/L) |
| Glucose | **102 H (65-99 mg/dL)** | 92 (65-99 mg/dL) | **104 H (65-99 mg/dL)** |
| BUN | 11 (6-20 mg/dL) | 8 (6-20 mg/dL) | 11 (6-20 mg/dL) |
| Creatinine | 0.92 (0.50-1.00 mg/dL) | 0.91 (0.50-1.00 mg/dL) | 0.84 (0.50-1.00 mg/dL) |
| Calcium | **10.6 H (8.6-10.4 mg/dL)** | 9.6 (8.6-10.4 mg/dL) | 9.8 (8.6-10.4 mg/dL) |
| Protein | 7.1 (6.0-8.3 g/dL) | 6.5 (6.0-8.3 g/dL) | 7.6 (6.0-8.3 g/dL) |
| Albumin | 5.0 (3.5-5.3 g/dL) | 4.4 (3.5-5.3 g/dL) | 4.9 (3.5-5.3 g/dL) |
| Alkaline Phosphatase | 64 (35-121 IU/L) | 72 (35-121 IU/L) | 79 (35-121 IU/L) |
| ALT (SGPT) | 22 (<5-47 IU/L) | 18 (<5-47 IU/L) | 27 (<5-47 IU/L) |
| AST (SGOT) | 20 (<5-40 IU/L) | 16 (<5-40 IU/L) | 20 (<5-40 IU/L) |
| Bilirubin, Total | 0.6 (<0.2-1.2 mg/dL) | 0.3 (<0.2-1.2 mg/dL) | 0.6 (<0.2-1.2 mg/dL) |
| A/G Ratio | 2.4 (1.1-2.5 mg/dL) | 2.1 (1.1-2.5 mg/dL) | 1.8 (1.1-2.5 mg/dL) |
| GFR/Black | 82 (>59 mL/min/1.73m2) | 83 (>59 mL/min/1.73m2) | 92 (>59 mL/min/1.73m2) |
| GFR/White | 71 (>59 mL/min/1.73m2) | 72 (>59 mL/min/1.73m2) | 79 (>59 mL/min/1.73m2) |

## Hemoglobin A1C(P-HA1C)

| COLLECTION DATE | 12/30/2020 | 09/23/2020 | 03/24/2020 |
|---|---|---|---|
| Order Date | 12/30/2020 | 09/23/2020 | 03/24/2020 |
| Result Date | 12/31/2020 | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | MULLINS, GINGER | CRUMP, CHARLES |
| Hemoglobin A1C | 5.6 | **6.5 H** | **6.4 H** |

| COLLECTION DATE | 12/30/2020 | 09/23/2020 | 03/24/2020 |
|---|---|---|---|
| | (<5.7 %) | **(<5.7 %)** | **(<5.7 %)** |

**Vitamin D 25-Hydroxy(P-VD25H)**

| COLLECTION DATE | 12/30/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 12/30/2020 | 03/24/2020 |
| Result Date | 12/31/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Vitamin D 25-Hydroxy | 91.4 (30.0-100.0 ng/mL) | 55.6 (30.0-100.0 ng/mL) |

**Urinalysis (UA) with Microscopy Automated(P-UA)**

| COLLECTION DATE | 09/30/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 10/01/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Urine Appearance | CLEAR (CLEAR ) | **CLOUDY A (CLEAR )** |
| Urine Bilirubin | NEGATIVE (NEGATIVE ) | NEGATIVE (NEGATIVE ) |
| Urine Blood | NEGATIVE (NEGATIVE ) | NEGATIVE (NEGATIVE ) |
| Urine Color | YELLOW (YELLOW ) | YELLOW (YELLOW ) |
| Urine Glucose | NEGATIVE (NEGATIVE ) | NEGATIVE (NEGATIVE ) |
| Urine Ketones | NEGATIVE (NEGATIVE ) | **TRACE A (NEGATIVE )** |
| Urine Leukocytes Esterase | NEGATIVE (NEGATIVE ) | **3+ A (NEGATIVE )** |
| Urine Nitrites | NEGATIVE (NEGATIVE ) | NEGATIVE (NEGATIVE ) |
| Urine pH | 6.0 (5.0-9.0 ) | 6.5 (5.0-9.0 ) |
| Urine Protein | NEGATIVE (NEGATIVE ) | **1+ A (NEGATIVE )** |
| Urine Specific Gravity | 1.009 (1.005-1.030 ) | 1.022 (1.005-1.030 ) |
| Urine Type | Clean Catch | Clean Catch |
| Urine Urobilinogen | 0.2 (0.2-1.0 E.U./dL) | 0.2 (0.2-1.0 E.U./dL) |

**Vitamin B12(P-B12)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Vitamin B12 | 656 (232-1245 pg/mL) | 700 (232-1245 pg/mL) |

**CBC With Platelet And Differential(P-CBCWD)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| WBC | 6.2 (3.8-11.5 K/uL) | 9.1 (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.98 (3.60-5.30 M/mm3) | 5.10 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 15.3 (11.5-15.5 gm/dL) | 15.3 (11.5-15.5 gm/dL) |
| Hematocrit (HCT) | 44.4 (35.2-46.4 %) | 45.6 (35.2-46.4 %) |
| MCV | 89.2 (79.0-99.0 fL) | 89.4 (79.0-99.0 fL) |
| MCH | 30.7 (26.9-35.0 pg) | 30.0 (26.9-35.0 pg) |
| MCHC | 34.5 (30.4-34.8 g/dL) | 33.6 (30.4-34.8 g/dL) |
| Platelet Count | 342 (137-397 K/cumm) | **410 H (137-397 K/cumm)** |
| Neutrophils Automated | 47.3 (41.0-77.0 %) | 57.9 (41.0-77.0 %) |
| Lymphocytes Automated | 39.7 (14.0-48.0 %) | 34.8 (14.0-48.0 %) |
| Monocytes Automated | 8.0 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 3.7 (0.0-8.0 %) | 1.8 (0.0-8.0 %) |
| Basophils Automated | 1.1 (0.0-1.5 %) | 1.0 (0.0-1.5 %) |

**Creatine Kinase(P-CPK)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Creatine Kinase | 63 (20-180 u/L) | 46 (20-180 u/L) |

**Thyroxine Free (free T4)(P-FT4)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Thyroxine Free (free T4) | 1.15 (0.86-1.76 ng/dL) | 1.16 (0.86-1.76 ng/dL) |

**Lipid Panel(P-LIPID)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| Cholesterol / HDL Ratio | 2.00 (0.00-4.44 Ratio) | 2.81 (0.00-4.44 Ratio) |
| Cholesterol | 114 (<200 mg/dL) | 177 (<200 mg/dL) |
| HDL Cholesterol | 57 (>39 mg/dL) | 63 (>39 mg/dL) |
| | 34 | 66 |

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| LDL Cholesterol (Calculation) | (<130 mg/dL) | (<130 mg/dL) |
| LDL/HDL Ratio | 0.6<br>(<3.3 Ratio) | 1.1<br>(<3.3 Ratio) |
| Non-HDL Cholesterol | 57<br>(<130 mg/dL) | 114<br>(<130 mg/dL) |
| Triglycerides | 116<br>(<150 mg/dL) | **238**<br>**H**<br>**(<150 mg/dL)** |

**TSH(P-TSH)**

| COLLECTION DATE | 09/23/2020 | 03/24/2020 |
|---|---|---|
| Order Date | 09/23/2020 | 03/24/2020 |
| Result Date | 09/23/2020 | 03/25/2020 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES |
| TSH | 1.51<br>(0.27-4.20 mU/L) | 1.24<br>(0.27-4.20 mU/L) |

**Urinalysis, Microscopic only(P-UMIC)**

| COLLECTION DATE | 03/24/2020 |
|---|---|
| Order Date | 03/24/2020 |
| Result Date | 03/25/2020 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Bacteria | **2+**<br>**A**<br>**(NONE SEEN /HPF)** |
| Urine Casts | 0-2 Hyaline<br>(0-2 Hyaline /LPF) |
| Urine Epithelial Cells | **5-10**<br>**A**<br>**(0-2 /HPF)** |
| Urine RBC | **6-10**<br>**A**<br>**(0-2 /HPF)** |
| Urine WBC | **20-50**<br>**A**<br>**(0-2 /HPF)** |

Shaw, Kimberly D, F,

Parkridge Medical Center (COCPC) PMC MAIN ED
EMERGENCY PROVIDER REPORT
REPORT#:1119-0290   REPORT STATUS: FSign
DATE:11/19/20  TIME: 1143

| | |
|---|---|
| PATIENT: SHAW,KIMBERLY DAWN | UNIT #: F000033378 |
| ACCOUNT#: F00115035912 | ROOM/BED: ED - 14 |
| DOB: AGE: 53 SEX: | PCP PHYS: Crump,Charles A Jr MD |
| ADM DATE: 11/19/20 | INI AUTH: Scott,Jamie S MD MD |
| | LAST SIG: Scott,Jamie S MD MD |
| REP SERV DT: 11/19/20 | REP SERV TM: 1143 |

* ALL edits or amendments must be made on the electronic/computer document *

## HPI-General Illness

### Free Text HPI Notes
**Free Text HPI Notes**
53F with pmh asthma presents with a 3 day history of body aches, SOB, intermittent HA, nausea and vomiting. No alleviating factors identified. No known sick contacts or exposures to COVID. Denies fever, chest pain.

### General
**Initial Greet Date/Time** 11/19/20 1126

### Presentation
**Chief Complaint** __ (SOB)

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Review of Systems
**Constitutional**
Denies: Fever.
**Respiratory**
Reports: Cough, non-productive, Shortness of breath.
**Cardiovascular**
Denies: Chest pain.
**GI**
Reports: Nausea, Vomiting. Denies: Abdominal pain, Diarrhea.
**GU Female**
Denies: Dysuria, Hematuria.
**Musculoskeletal**
Reports: Myalgia.
**Skin**
Denies: Rash.
**Neurologic**

Reports: Headache.

## Past Medical History - Adult

**Stated Complaint** SOB, FLU LIKE SYMPTOMS
**Allergies**
**Coded Allergies:**
omalizumab (From XOLAIR) (wheezing 08/10/20)

**Home Medications**
**Active Scripts**
DULoxetine (CYMBALTA) 120 MG PO DAILY
  DULoxetine (CYMBALTA) 120 MG PO DAILY #60 CAP
  Prov: 09/01/20

**Reported Medications**
GABAPENTIN (NEURONTIN) 600 MG PO TID
tiZANidine (ZANAFLEX) 8 MG PO BEDTIME
tiZANidine (ZANAFLEX) 4 MG PO BID PRN fibromyalgia
traZODone (DESYREL) 50 MG PO BEDTIME
LUBIPROSTONE (AMITIZA) 24 MCG PO BID
LEVOTHYROXINE (SYNTHROID) 75 MCG PO DAILY
ROSUVASTATIN (CRESTOR) 5 MG PO DAILY
CHOLECALCIFEROL (MAXIMUM D3) 10,000 UNIT PO MON,TUES,WED,THUR,FR
ALBUTEROL (ALBUTEROL NEB) 0.63 MG INH Q8H PRN PRN asthma
[Trelegy Ellipta] (Unknown Dose) INH DAILY
traMADol (ULTRAM) 100 MG PO TID
MODAFINIL (PROVIGIL) 200 MG PO DAILY
busPIRone (BUSPAR) 30 MG PO BID

**Past Medical History:**
Reports: Asthma, Depression/mood disorder, Diabetes mellitus (pre diabetic), Thyroid disorder.
**Additional Medical History**
fibromyalgia
**Alcohol Use** Denies EtOH use
**Drug Use** Marijuana
**Other Social History** Disabled, Good social support
**Occupation**
disabled

## Physical Exam

### Vital Signs

**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 11/19 1135 |

| | | |
|---|---|---|
| B/P | 111/63 | 11/19 1135 |
| B/P Mean | 79 | 11/19 1135 |
| O2 Delivery | Room air | 11/19 1135 |
| Temp | 98.7 | 11/19 1135 |
| Pulse | 87 | 11/19 1135 |
| Resp | 18 | 11/19 1135 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 11/19 1508 |
| B/P | 126/69 | 11/19 1508 |
| B/P Mean | 88 | 11/19 1508 |
| O2 Delivery | Room air | 11/19 1508 |
| Pulse | 64 | 11/19 1508 |
| Resp | 20 | 11/19 1508 |
| Temp | 98.7 | 11/19 1135 |

**Review of Vital Signs** Reviewed

## Basic Physical Exam

**Basic PE** GEN: Well appearing/NAD, HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, NECK: Supple, RESP: No resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

## Physical Exam

**General/Const**

**General/Const** Awake, Alert, No acute distress

**Resp/Chest**

**Text/Dict Notes**

mildly tachypneic, rales on the R. faint wheezes on the R

**Skin**

**Skin** Warm, Dry

## Interpretation & Diagnostics

## Lab Results Interpretation

**Results**

Laboratory Tests

**11/19/20 1218:**

7.0 | 16.0 H / 46.7 H | 415 H

140 | 108 H | 11 | 111 H
4.8 | 27.0 | 1.0

**Laboratory Tests:**

| | 11/19 1218 |
|---|---|
| Chemistry | |
| Sodium (136 - 145 mmol/l) | 140 |
| Potassium (3.5 - 5.2 mmol/L) | 4.8 |
| Chloride (98 - 107 MMOL/L) | 108 H |
| Carbon Dioxide (22 - 30 mmol/L) | 27.0 |
| Anion Gap (10.0 - 20.0 MMOL/L) | 9.8 L |
| BUN (7 - 20 mg/dl) | 11 |
| Creatinine (0.55 - 1.3 mg/dL) | 1.0 |
| Est GFR (African Amer) (60) | 74 |
| Est GFR (Non-Af Amer) (60) | 64 |
| Glucose (74 - 106 mg/dL) | 111 H |
| Calcium (8.4 - 10.0 MG/DL) | 9.9 |
| Hematology | |
| WBC (3.6 - 10.8 K/uL) | 7.0 |
| RBC (3.70 - 4.92 M/uL) | 5.25 H |
| Hgb (11.7 - 15.1 g/dL) | 16.0 H |
| Hct (35 - 45 %) | 46.7 H |
| MCV (85 - 100 fL) | 89.0 |
| MCH (27.8 - 34.2 pg) | 30.5 |
| MCHC (31.9 - 35.1 g/dL) | 34.3 |
| RDW (12.1 - 15.5 %) | 13.0 |
| Plt Count (136 - 382 K/uL) | 415 H |
| MPV (6.6 - 10.6 fL) | 9.6 |
| Neut % (Auto) (38 - 73 %) | 62.6 |
| Lymph % (Auto) (17 - 49 %) | 29.1 |
| Mono % (Auto) (3 - 12 %) | 5.0 |
| Eos % (Auto) (0 - 6.0 %) | 2.2 |
| Baso % (Auto) (0 - 2.0 %) | 1.0 |
| Absolute Neuts (auto) (1.6 - 6.0 K/uL) | 4.4 |
| Absolute Lymphs (auto) (1.0 - 3.4 K/uL) | 2.0 |
| Absolute Monos (auto) (0.2 - 0.8 K/uL) | 0.4 |
| Absolute Eos (auto) (0 - 0.40 K/uL) | 0.2 |
| Absolute Basos (auto) (0.0 - 0.1 K/uL) | 0.1 |
| Add Manual Diff | NO |
| Nucleated RBCs/100 WBC (0 - 5 %) | 0 |

Microbiology:

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 11/19 1218 NASAL | Influenza Types A,B Direct EIA - COMP |

| | |
|---|---|
| 11/19 1218 NASAL | Influenza Type A Antigen Screen - COMP |
| 11/19 1142 NASOPHARG | Coronavirus COVID-19 PCR - COMP |

Recent Impressions:
**RADIOLOGY - CHEST 1V 11/19 1202**
*** Report Impression - Status: SIGNED Entered: 11/19/2020 1207

Impression:
No acute abnormality.

Impression By: DR.WHIRO1 - ROBERT WHITTAKER, M.D.
**COMPUTERIZED TOMOGRAPHY - CTA CHEST W/WO CONT 11/19 1422**
*** Report Impression - Status: SIGNED Entered: 11/19/2020 1440

Impression:
There is no pulmonary embolus identified. No acute abnormality. The lungs are clear.

Dose reduction techniques utilized for this exam include ALARA (As Low As Reasonably Achievable) and AEC (Automated Exposure Control).

Impression By: DR.GRAER - ERNEST ROBIN GRAY, III, MD.

## Re-Evaluation & MDM

### Free Text MDM Notes

**Free Text MDM Notes**
53F with SOB, body aches, will test for COVID/flu, history of asthma with rales on L. suspect pna. will treat empirically with rocpehin/azithromycin, give breathing txs and reassess. maintaining sats but tachypneic on exam. Pt reports that she had a PE in 2016 and it felt exactly the same way. was on anticoagulants for 6 months but has not been on them since that time. will cta chest to eval.

### Re-Evaluation/Progress #1

**Text/Dict Note**
CTA and CXR negative, breathing has improved and her sats are 100% on RA. will treat for atypical PNA with azithromycin, prednisone. Pt has all of her inhalers and a nebulizer at home and is a retired RT. Discussed return precautions with pt who verbalizes understanding and feels comfortable going home at this time.
**Time of Re-Eval** 1518

### ED Course

**Medication(s) Ordered**
Medication(s) Ordered:
**Anti-Infective Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ceftriaxone Sodium Sterile Water | 1,000 MG 10 ML | X1ED ONE IV | 11/19 1145 11/19 1147 | DC | 11/19 1226 |

**Autonomic Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Albuterol/Ipratropium | 3 ML | X1ED ONE INH | 11/19 1145 11/19 1146 | DC | |

**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ketorolac Tromethamine | 15 MG | X1ED ONE IV | 11/19 1145 11/19 1146 | DC | 11/19 1227 |

**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol | 75 ML | ONCE PRN IV | 11/19 1145 | DC | 11/19 1421 |

**Electrolytic, Caloric, And Wat**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | X1ED ONE IV | 11/19 1145 11/19 1244 | DC | 11/19 1245 |
| Sodium Chloride | 60 ML | ONCE PRN IV | 11/19 1145 | DC | 11/19 1421 |

**Gastrointestinal Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ondansetron HCl | 4 MG | X1ED ONE IV | 11/19 1500 11/19 1501 | DC | 11/19 1504 |

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|

| | | |
|---|---|---|
| Pulse Ox | 99 | 11/19 1135 |
| B/P | 111/63 | 11/19 1135 |
| B/P Mean | 79 | 11/19 1135 |
| O2 Delivery | Room air | 11/19 1135 |
| Temp | 98.7 | 11/19 1135 |
| Pulse | 87 | 11/19 1135 |
| Resp | 18 | 11/19 1135 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 11/19 1508 |
| B/P | 126/69 | 11/19 1508 |
| B/P Mean | 88 | 11/19 1508 |
| O2 Delivery | Room air | 11/19 1508 |
| Pulse | 64 | 11/19 1508 |
| Resp | 20 | 11/19 1508 |
| Temp | 98.7 | 11/19 1135 |

All vital signs available at the time of this entry have been reviewed.

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Atypical pneumonia
**Secondary Impressions:** Asthma exacerbation
**Time of Impression** 1518

## Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 1515
)( **Date** 11/19/20

## Discharge/Care Plan
**(Auto) Prescriptions**
**Current Visit Scripts**
AZITHROMYCIN (ZITHROMAX Z-PAK (5-DAY)) 250 MG PO ASDIR
AZITHROMYCIN (ZITHROMAX Z-PAK (5-DAY)) 250 MG PO ASDIR #6 TAB

predniSONE 40 MG PO DAILY
5 Days #10 TAB

**Patient Instructions** ED PNEUMONITIS Adult
**Referrals**
Crump,Charles A Jr MD (PCP): 2-3 DAYS IF NOT IMPROVED

Electronically Signed by Scott,Jamie S MD on 11/19/20 at 1518

RPT #: 1119-0290
***END OF REPORT***

# Exhibit

# 12

**MEDICAL OPINION FORM (physical)**

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Osteoarthritis + Fibromyalgia
Joint pain, fatigue

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/min at one time (min circled)

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/min at one time (min circled)

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ____ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ____ No ✓

If yes, for approximately how many hours? ________

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 12
Page 1 of 3

**Lincoln/ Shaw 0492**

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

Yes ✓ No ____ If yes, how much rest? 15-20 hours/minutes (circled) for every 1-2 hrs (circled)/minutes of work

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

Yes ✓ No ____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

Yes ✓ No ____

9. How severe is the pain reasonably suffered by the patient?

Extreme ____ Severe ____ Moderately Severe ✓ Moderate ____ Mild ____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

Yes ✓ No ____

If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

____ several hours 3 or more days a week

✓ daily for several hours a day

____ other: ____________________

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being,** more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ________

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. ____________

[signature] 01-28-21

Physician's Signature Date

W. David Craig, MD

Print Physician's Name

Physician's Address SCENIC CITY RHEUMATOLOGY
3770 OCOEE PLACE NW
SUITE 100
CLEVELAND, TN 37312

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 12
Page 3 of 3

**Lincoln/ Shaw 0494**

# Exhibit

# 13

Lincoln/ Shaw 0495

# Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
She is in really bad flare. She looks the worst I've seen her in quite some time. I walked in the door and she was lying on the table looking exhausted . Has not been sleeping well. She is under a lot of stress for multiple reasons she says, and ended up seeking help at Valley for a few days and is in outpatient counseling. She is been experiencing a lot of joint and muscle pain. Severe fatigue. She is having pain and some swelling in both hands. Several hours a morning stiffness. She is hurting in her neck, shoulders, back, hips, knees and feet. Not sleeping well at night. She has noticed a few lymph nodes and tenderness lateral left breast and left armpit. She has had difficulty in breathing and thinks her asthma is getting worse. Also she aspirated last night woke her up from sleep coughing. She has a new diagnosis of diabetes. While she was at Valley she had a syncopal episode. Cardiologist did a 10 day hold. She did have infrequent PACs. They have added Provigil which seems to be helping the fatigue, increased Cymbalta 120 mg a day and Busdpar 30 mg BID. Oliver Gregory is following.

**ROS:**
CONSTITUTIONAL: Positive for **chills and fatigue.** Negative for fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Positive for **dry mouth.** Negative for frequent rhinorrhea or oral sores/ulcers.
CARDIOVASCULAR: Positive for **palpitations**. Negative for chest pain or Raynaud's.
RESPIRATORY: Positive for **dyspnea**. Negative for recent cough or exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation, heartburn and nausea.** Negative for dysphagia, diarrhea, hematochezia, melena or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.**
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **ataxia, dizziness, memory loss and paresthesias.** Negative for headaches or seizures.
HEMATOLOGIC/LYMPHATIC: Positive for **easy bruising.** Negative for excessive bleeding or lymphadenopathy.
ENDOCRINE: Positive for **abnormal thyroid.** Negative for hair loss.
PSYCHIATRIC: Positive for **anxiety, depression and difficulty concentrating.** Negative for sleep disturbance.

**Past Medical History / Family History / Social History:**

Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Primary generalized (osteo)arthritis

**Allergies:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]

CPT © is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
busPIRone 30 mg oral tablet [take 1 tablet (30 mg) by oral route 2 times per day]
Provigil 200 mg oral tablet [take 1 tablet (200 mg) by oral route once daily in the morning]
metFORMIN 500 mg oral Tablet, Extended Release 24 hr [take 1 tablet (500 mg) by oral route once daily with the evening meal]
Trulicity 0.75 mg/0.5 mL subcutaneous Pen Injector [inject 0.5 milliliter (0.75 mg) by subcutaneous route every 7 days]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
tiZANidine 4 mg oral tablet [TAKE 1 TABLET FOUR TIMES A DAY]
gabapentin 600 mg oral tablet [take 1 tablet (600 mg) by oral route 3 times per day]

## Objective:

**Vitals:**

Current: 11/10/2020 10:49:42 AM
Ht: 5 ft, 8 in; Wt: 194.2 lbs; BMI: 29.5**BP: 128**/72 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **7**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy; no axillary adenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; On exam she has osteoarthritic changes in both hands. Mark tenderness across the DIP a PIP joints and actually has swelling of the long ring and small finger PIP joints today. Mark degree of intrinsic tightness. No MCP wrist synovitis. Bilateral lateral upper condyle tenderness. Marked anterior tenderness at the bicipital tendon. Mild AC joint crepitations with pain on range of motion of both shoulders. Limited rotation of the cervical spine. Diffuse paraspinal lumbar tenderness and spasticity. Tight hamstrings but negative straight leg raising test. No pain on range of motion of either hip. Crepitations in both knees with moderate pain on range of motion. Tenderness in both ankles but no swelling. She has anterior chest wall, posterior cervical, bilateral trap, bilateral SAB, bilateral lumbar, bilateral gluteal, bilateral GTB, bilateral inner thigh, and above the ankle trigger points present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

**Lab/Test Results:**

**Patient Global Assessment:** 7 (11/10/2020),
**HAQ II Score:** 2.3 (11/10/2020),
**Fatigue score:** 6 (11/10/2020),
**BMI plan: healthy diet and exercise encouraged:** yes (11/10/2020),

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

## Assessment:

M79.7 Fibromyalgia
M15.0 Primary generalized (osteo)arthritis

## Plan:

**Fibromyalgia**Fibromyalgia and osteoarthritis with recent flare.
She has been disabled since 2017. This afternoon she is going for a disability exam.
Fibromyalgia patients have difficulty with job performance. This is due to multiple factors including the intermittent nature of her flare flareups, and the profound fatigue and exhaustion that can occur. Also due to severe muscle and joint pain making it difficult to function both at sedentary work as manual labor such as repetitive motion.
Recent flare of depression requiring a visit to Valley and adjustment in her medicines. Oliver Gregory is following.
Syncopal episode while at Valley cardiology workup done and following.
Left lateral breast, axillary tenderness, and she thinks she is palpated lymphadenopathy. I did not palpated lymphadenopathy today. I told her it is imperative for her to see her GYN right away for further evaluation.
I will continue the ties and it been 4 times a day it definitely helps.
Coven 19 precautions.
Joint and muscle stretching as tolerated.
Massage therapy as tolerated.
Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

M15.0 Primary generalized (osteo)arthritis

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
Last visit I switched her to Lyrica since she had never tried it before. She says it's not any better than gabapentin and she is gaining weight for no other reason. She would like to switch back. Her trip to New York was canceled due to the pandemic.

Mrs. Shaw presents with fibromyalgia. The diagnosis was arrived at by tenderness upon pressure at specified tender points, symptoms present continuously for over 3 months, and pain present in all four body quadrants (upper and lower, front and back). At this point in time, he/she describes the intensity of these tender points as moderate. The symptom complex has been stable and nonprogressive. Since last here, patient rates their overall quality of life as about the same. Primary joints affected include the lumbar spine, hips, and both knees. Tender spots include entire back and both shoulders. Pain is described as: aching, throbbing.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue**. Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Negative for frequent rhinorrhea and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Negative for dysphagia, heartburn, hematochezia, melena, nausea and vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Negative for ataxia, memory loss, paresthesias and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss.
PSYCHIATRIC: Positive for **sleep disturbance**. Negative for anxiety or difficulty concentrating.

**Past Medical History / Family History / Social History:**

Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:

CPT © is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Fibromyalgia
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Other fatigue

**Allergies:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Trelegy Ellipta [daily]
albuterol sulfate [prn]
busPIRone 15 mg oral tablet [take 1 tablet (15 mg) by oral route up to 2 times per day prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
tiZANidine 4 mg oral tablet [take 1 tablet (4 mg) by oral route 4 times a day]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]

## Objective:

**Vitals:**

Current: 7/8/2020 10:36:12 AM
Ht: 5 ft, 8 in; Wt: 209.6 lbs; **BMI: 31.9BP: 124**/71 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; There is no synovitis present in the hands or wrist. Diffuse tenderness is noted. The range of motion the elbows. Good range of motion of both shoulders. Tenderness anteriorly of both shoulders with pain on range of motion. Limited range of motion of the C-spine and L spine. Marked cervical, trapezius, lumbar and GTB trigger points are all positive. Good range of motion of both hips. Crepitations in both knees without effusions. No ankle swelling or tenderness.

**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

## Assessment:

M79.7 Fibromyalgia
M25.50 Pain in unspecified joint
R53.83 Other fatigue

## Plan:

**Fibromyalgia**Refractory fibromyalgia.
Side effects to Lyrica.
Discontinue Lyrica.
Switch back to gabapentin 600 mg TID.
We talked about exercises that she could do. She's thinking about going back to Siskin rehab for their exercise program, and I suggested that she consider pool therapy.
Continue Cymbalta.
Healthy diet.
She did inform me today that after her attorney said in records, her disability was approved again.

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 13
Page 8 of 13

**Lincoln/ Shaw 0503**

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

M25.50 Pain in unspecified joint
R53.83 Other fatigue

CPT ® is a registered trademark of the American Medical Association

## Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

## Subjective:

**CC:** Mrs. Shaw is a 52 year old female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
Has not been doing well over the past two months. Back in December had a respiratory infection, chest x-ray negative, flu test negative but had bronchitis and was on antibiotics and steroids. She had one episode of syncope. She's been to the emergency room once due to diarrhea and fever. When she is sick or under stress that flares up the fibromyalgia. She continues to have widespread pain from the bone to the skin with numbness and tingling weakness, pain on movement, inability to rest, and then there are some days where she feels quite well.
Patient to be evaluated for fibromyalgia. The diagnosis was arrived at by tenderness upon pressure at specified tender points, symptoms present continuously for over 3 months, and pain present in all four body quadrants (upper and lower, front and back). At this point in time, he/she describes the intensity of these tender points as moderate. The symptom complex has been progressive worsening. Since last here, patient rates their overall quality of life as slightly worse. Primary joints affected include the lumbar spine, hips, and both knees. Tender spots include entire back and both shoulders.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue.** Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Negative for frequent rhinorrhea and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation and diarrhea.** Negative for dysphagia, heartburn, hematochezia, melena, nausea or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **dizziness and headaches.** Negative for ataxia, memory loss, paresthesias or seizures.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss.
PSYCHIATRIC: Positive for **sleep disturbance.** Negative for anxiety or difficulty concentrating.

**Past Medical History / Family History / Social History:**

Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

CURRENT MEDICAL PROVIDERS:
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;**;

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint

**Allergies:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
tiZANidine 4 mg oral tablet [take 1 tablet (4 mg) by oral route 4 times a day]
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
busPIRone 15 mg oral tablet [take 1 tablet (15 mg) by oral route up to 2 times per day prn]

## Objective:

**Vitals:**

Current: 3/11/2020 10:21:33 AM
Ht: 5 ft, 8 in; Wt: 202.4 lbs; **BMI: 30.8BP: 128**/72 mm Hg **(left arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; She has no joint swelling in the small joints of the hands and wrist and elbows. Good range of motion of both shoulders. Limited range of motion the C-spine. Limited range of motion of lumbar spine with mark tenderness bilateral sacroiliac joints. Negative figure for maneuver. Pain on range of motion of both hips. Mild patellofemoral crepitations of both knees but no effusions. Tenderness in both ankles. She has cervical, trapezius, rhomboid, paraspinal lumbar, lateral GTB, inner and outer thigh and knee trigger points present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

## Assessment:

M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)
M25.50 Pain in unspecified joint
R53.83 Other fatigue

## Plan:

**Fibromyalgia**Difficult to control fibromyalgia.
If we try to increase the dose of Zanaflex, it causes drowsiness.
Her disability insurance has cut her off, and she is going to see Dr. Betsy Keller at Ithaca College in New York for a pulmonary/cardiac functional capacity test.
After that tests I suggest that we try Lyrica. She's never been on it before.
She will discontinue gabapentin and switch to Lyrica 100 mg BID. Side effects discussed
Continue Zanaflex
Continue Cymbalta.

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

Exercise as tolerated.
Recheck in four months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

G47.33 Obstructive sleep apnea (adult) (pediatric)
M25.50 Pain in unspecified joint
R53.83 Other fatigue

CPT © is a registered trademark of the American Medical Association

# Exhibit

# 14

Lincoln/ Shaw 0509

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
She is in really bad flare. She looks the worst I've seen her in quite some time. I walked in the door and she was lying on the table looking exhausted . Has not been sleeping well. She is under a lot of stress for multiple reasons she says, and ended up seeking help at Valley for a few days and is in outpatient counseling. She is been experiencing a lot of joint and muscle pain. Severe fatigue. She is having pain and some swelling in both hands. Several hours a morning stiffness. She is hurting in her neck, shoulders, back, hips, knees and feet. Not sleeping well at night. She has noticed a few lymph nodes and tenderness lateral left breast and left armpit. She has had difficulty in breathing and thinks her asthma is getting worse. Also she aspirated last night woke her up from sleep coughing. She has a new diagnosis of diabetes. While she was at Valley she had a syncopal episode. Cardiologist did a 10 day hold. She did have infrequent PACs. They have added Provigil which seems to be helping the fatigue, increased Cymbalta 120 mg a day and Busdpar 30 mg BID. Oliver Gregory is following.

**ROS:**
CONSTITUTIONAL: Positive for **chills and fatigue.** Negative for fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Positive for **dry mouth.** Negative for frequent rhinorrhea or oral sores/ulcers.
CARDIOVASCULAR: Positive for **palpitations.** Negative for chest pain or Raynaud's.
RESPIRATORY: Positive for **dyspnea.** Negative for recent cough or exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation, heartburn and nausea.** Negative for dysphagia, diarrhea, hematochezia, melena or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.**
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **ataxia, dizziness, memory loss and paresthesias.** Negative for headaches or seizures.
HEMATOLOGIC/LYMPHATIC: Positive for **easy bruising.** Negative for excessive bleeding or lymphadenopathy.
ENDOCRINE: Positive for **abnormal thyroid.** Negative for hair loss.
PSYCHIATRIC: Positive for **anxiety, depression and difficulty concentrating.** Negative for sleep disturbance.

**Past Medical History / Family History / Social History:**

Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for

CPT® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Primary generalized (osteo)arthritis

**Allergies:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 11/10/2020 11:10 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]

CPT ® is a registered trademark of the American Medical Association

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
busPIRone 30 mg oral tablet [take 1 tablet (30 mg) by oral route 2 times per day]
Provigil 200 mg oral tablet [take 1 tablet (200 mg) by oral route once daily in the morning]
metFORMIN 500 mg oral Tablet, Extended Release 24 hr [take 1 tablet (500 mg) by oral route once daily with the evening meal]
Trulicity 0.75 mg/0.5 mL subcutaneous Pen Injector [inject 0.5 milliliter (0.75 mg) by subcutaneous route every 7 days]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
tiZANidine 4 mg oral tablet [TAKE 1 TABLET FOUR TIMES A DAY]
gabapentin 600 mg oral tablet [take 1 tablet (600 mg) by oral route 3 times per day]

## Objective:

**Vitals:**

Current: 11/10/2020 10:49:42 AM
Ht: 5 ft, 8 in; Wt: 194.2 lbs; BMI: 29.5**BP: 128**/72 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **7**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy; no axillary adenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; On exam she has osteoarthritic changes in both hands. Mark tenderness across the DIP a PIP joints and actually has swelling of the long ring and small finger PIP joints today. Mark degree of intrinsic tightness. No MCP wrist synovitis. Bilateral lateral upper condyle tenderness. Marked anterior tenderness at the bicipital tendon. Mild AC joint crepitations with pain on range of motion of both shoulders. Limited rotation of the cervical spine. Diffuse paraspinal lumbar tenderness and spasticity. Tight hamstrings but negative straight leg raising test. No pain on range of motion of either hip. Crepitations in both knees with moderate pain on range of motion. Tenderness in both ankles but no swelling. She has anterior chest wall, posterior cervical, bilateral trap, bilateral SAB, bilateral lumbar, bilateral gluteal, bilateral GTB, bilateral inner thigh, and above the ankle trigger points present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

**Lab/Test Results:**

**Patient Global Assessment:** 7 (11/10/2020),
**HAQ II Score:** 2.3 (11/10/2020),
**Fatigue score:** 6 (11/10/2020),
**BMI plan: healthy diet and exercise encouraged:** yes (11/10/2020),

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
busPIRone 30 mg oral tablet [take 1 tablet (30 mg) by oral route 2 times per day]
Provigil 200 mg oral tablet [take 1 tablet (200 mg) by oral route once daily in the morning]
metFORMIN 500 mg oral Tablet, Extended Release 24 hr [take 1 tablet (500 mg) by oral route once daily with the evening meal]
Trulicity 0.75 mg/0.5 mL subcutaneous Pen Injector [inject 0.5 milliliter (0.75 mg) by subcutaneous route every 7 days]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
tiZANidine 4 mg oral tablet [TAKE 1 TABLET FOUR TIMES A DAY]
gabapentin 600 mg oral tablet [take 1 tablet (600 mg) by oral route 3 times per day]

## Objective:

**Vitals:**

Current: 11/10/2020 10:49:42 AM
Ht: 5 ft, 8 in; Wt: 194.2 lbs; BMI: 29.5**BP: 128**/72 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **7**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy; no axillary adenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; On exam she has osteoarthritic changes in both hands. Mark tenderness across the DIP a PIP joints and actually has swelling of the long ring and small finger PIP joints today. Mark degree of intrinsic tightness. No MCP wrist synovitis. Bilateral lateral upper condyle tenderness. Marked anterior tenderness at the bicipital tendon. Mild AC joint crepitations with pain on range of motion of both shoulders. Limited rotation of the cervical spine. Diffuse paraspinal lumbar tenderness and spasticity. Tight hamstrings but negative straight leg raising test. No pain on range of motion of either hip. Crepitations in both knees with moderate pain on range of motion. Tenderness in both ankles but no swelling. She has anterior chest wall, posterior cervical, bilateral trap, bilateral SAB, bilateral lumbar, bilateral gluteal, bilateral GTB, bilateral inner thigh, and above the ankle trigger points present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

**Lab/Test Results:**

**Patient Global Assessment:** 7 (11/10/2020),
**HAQ II Score:** 2.3 (11/10/2020),
**Fatigue score:** 6 (11/10/2020),
**BMI plan: healthy diet and exercise encouraged:** yes (11/10/2020),

CPT ® is a registered trademark of the American Medical Association

## Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Tue, Nov 10, 2020 10:48 am
**Provider:** Craig, William D, DO (Supervisor: Craig, William D, DO; Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 11/10/2020 12:20:19 PM
Printed on 02/23/2021 at 8:07 am.

## Assessment:

M79.7 Fibromyalgia
M15.0 Primary generalized (osteo)arthritis

## Plan:

**Fibromyalgia**Fibromyalgia and osteoarthritis with recent flare.
She has been disabled since 2017. This afternoon she is going for a disability exam.
Fibromyalgia patients have difficulty with job performance. This is due to multiple factors including the intermittent nature of her flare flareups, and the profound fatigue and exhaustion that can occur. Also due to severe muscle and joint pain making it difficult to function both at sedentary work as manual labor such as repetitive motion.
Recent flare of depression requiring a visit to Valley and adjustment in her medicines. Oliver Gregory is following.
Syncopal episode while at Valley cardiology workup done and following.
Left lateral breast, axillary tenderness, and she thinks she is palpated lymphadenopathy. I did not palpated lymphadenopathy today. I told her it is imperative for her to see her GYN right away for further evaluation.
I will continue the ties and it been 4 times a day it definitely helps.
Coven 19 precautions.
Joint and muscle stretching as tolerated.
Massage therapy as tolerated.
Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

M15.0 Primary generalized (osteo)arthritis

CPT ® is a registered trademark of the American Medical Association

# Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
Last visit I switched her to Lyrica since she had never tried it before. She says it's not any better than gabapentin and she is gaining weight for no other reason. She would like to switch back. Her trip to New York was canceled due to the pandemic.

Mrs. Shaw presents with fibromyalgia. The diagnosis was arrived at by tenderness upon pressure at specified tender points, symptoms present continuously for over 3 months, and pain present in all four body quadrants (upper and lower, front and back). At this point in time, he/she describes the intensity of these tender points as moderate. The symptom complex has been stable and nonprogressive. Since last here, patient rates their overall quality of life as about the same. Primary joints affected include the lumbar spine, hips, and both knees. Tender spots include entire back and both shoulders. Pain is described as: aching, throbbing.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue.** Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Negative for frequent rhinorrhea and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Negative for dysphagia, heartburn, hematochezia, melena, nausea and vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Negative for ataxia, memory loss, paresthesias and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss.
PSYCHIATRIC: Positive for **sleep disturbance.** Negative for anxiety or difficulty concentrating.

**Past Medical History / Family History / Social History:**

Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Fibromyalgia
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Other fatigue

**Allergies:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]

CPT ® is a registered trademark of the American Medical Association

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Trelegy Ellipta [daily]
albuterol sulfate [prn]
busPIRone 15 mg oral tablet [take 1 tablet (15 mg) by oral route up to 2 times per day prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
tiZANidine 4 mg oral tablet [take 1 tablet (4 mg) by oral route 4 times a day]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]

## Objective:

**Vitals:**

Current: 7/8/2020 10:36:12 AM
Ht: 5 ft, 8 in; Wt: 209.6 lbs; **BMI: 31.9BP: 124**/71 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; There is no synovitis present in the hands or wrist. Diffuse tenderness is noted. The range of motion the elbows. Good range of motion of both shoulders. Tenderness anteriorly of both shoulders with pain on range of motion. Limited range of motion of the C-spine and L spine. Marked cervical, trapezius, lumbar and GTB trigger points are all positive. Good range of motion of both hips. Crepitations in both knees without effusions. No ankle swelling or tenderness.

**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

## Assessment:

M79.7 Fibromyalgia
M25.50 Pain in unspecified joint
R53.83 Other fatigue

## Plan:

**Fibromyalgia**Refractory fibromyalgia.
Side effects to Lyrica.
Discontinue Lyrica.
Switch back to gabapentin 600 mg TID.
We talked about exercises that she could do. She's thinking about going back to Siskin rehab for their exercise program, and I suggested that she consider pool therapy.
Continue Cymbalta.
Healthy diet.
She did inform me today that after her attorney said in records, her disability was approved again.

CPT ® is a registered trademark of the American Medical Association

## Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 02/23/2021 at 8:08 am.

Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

M25.50 Pain in unspecified joint
R53.83 Other fatigue

CPT © is a registered trademark of the American Medical Association

## Shaw, Kimberly D

Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

## Subjective:

**CC:** Mrs. Shaw is a 52 year old female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
Has not been doing well over the past two months. Back in December had a respiratory infection, chest x-ray negative, flu test negative but had bronchitis and was on antibiotics and steroids. She had one episode of syncope. She's been to the emergency room once due to diarrhea and fever. When she is sick or under stress that flares up the fibromyalgia. She continues to have widespread pain from the bone to the skin with numbness and tingling weakness, pain on movement, inability to rest, and then there are some days where she feels quite well.
Patient to be evaluated for fibromyalgia. The diagnosis was arrived at by tenderness upon pressure at specified tender points, symptoms present continuously for over 3 months, and pain present in all four body quadrants (upper and lower, front and back). At this point in time, he/she describes the intensity of these tender points as moderate. The symptom complex has been progressive worsening. Since last here, patient rates their overall quality of life as slightly worse. Primary joints affected include the lumbar spine, hips, and both knees. Tender spots include entire back and both shoulders.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue**. Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Negative for frequent rhinorrhea and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Positive for **constipation and diarrhea**. Negative for dysphagia, heartburn, hematochezia, melena, nausea or vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Positive for **dizziness and headaches**. Negative for ataxia, memory loss, paresthesias or seizures.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss.
PSYCHIATRIC: Positive for **sleep disturbance**. Negative for anxiety or difficulty concentrating.

**Past Medical History / Family History / Social History:**

Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

CURRENT MEDICAL PROVIDERS:
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;**;

**Family History:**

Positive for **Coronary Artery Disease ( father );**
Positive for **Multiple Sclerosis ( mother );**

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Fibromyalgia
Other fatigue
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint

**Allergies:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 3/11/2020 05:39 PM by Craig, William D
tiZANidine 4 mg oral tablet [take 1 tablet (4 mg) by oral route 4 times a day]
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**
Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]
Trelegy Ellipta [daily]
albuterol sulfate [prn]
busPIRone 15 mg oral tablet [take 1 tablet (15 mg) by oral route up to 2 times per day prn]

## Objective:

**Vitals:**

Current: 3/11/2020 10:21:33 AM
Ht: 5 ft, 8 in; Wt: 202.4 lbs; **BMI: 30.8BP: 128**/72 mm Hg **(left arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; She has no joint swelling in the small joints of the hands and wrist and elbows. Good range of motion of both shoulders. Limited range of motion the C-spine. Limited range of motion of lumbar spine with mark tenderness bilateral sacroiliac joints. Negative figure for maneuver. Pain on range of motion of both hips. Mild patellofemoral crepitations of both knees but no effusions. Tenderness in both ankles. She has cervical, trapezius, rhombold, paraspinal lumbar, lateral GTB, inner and outer thigh and knee trigger points present.
**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

## Assessment:

M79.7 Fibromyalgia
G47.33 Obstructive sleep apnea (adult) (pediatric)
M25.50 Pain in unspecified joint
R53.83 Other fatigue

## Plan:

**Fibromyalgia**Difficult to control fibromyalgia.
If we try to increase the dose of Zanaflex, it causes drowsiness.
Her disability insurance has cut her off, and she is going to see Dr. Betsy Keller at Ithaca College in New York for a pulmonary/cardiac functional capacity test.
After that tests I suggest that we try Lyrica. She's never been on it before.
She will discontinue gabapentin and switch to Lyrica 100 mg BID. Side effects discussed
Continue Zanaflex
Continue Cymbalta.

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**


Office/Outpatient Visit
**Visit Date:** Wed, Mar 11, 2020 10:18 am
**Provider:** Craig, William D, DO
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 03/11/2020 05:41:35 PM
Printed on 02/23/2021 at 8:08 am.

Exercise as tolerated.
Recheck in four months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

G47.33 Obstructive sleep apnea (adult) (pediatric)
M25.50 Pain in unspecified joint
R53.83 Other fatigue

CPT © is a registered trademark of the American Medical Association

# Exhibit

# 15

Lincoln/ Shaw 0523

BenchMark
PHYSICAL THERAPY

FUNCTIONAL TESTING CENTERS

545 North Mount Juliet Suite 1101 ● Mount Juliet, TN 37122 ● Phone 615-553-4645 ● Fax 615-553-4794

February 23, 2021

Referral Physician: Eric Buchanan

**<u>RE: Kimberly Shaw (</u> [Evaluated: February 23, 2021]**

**Thank you for the opportunity to evaluate Ms. Shaw's functional abilities. Please contact me if you have any questions regarding the summarized data below. A detailed 25-30 page summary is sent to the FCE authorizing entity.**

**Client Arrived At: 12:30 PM, Test Ended At: 3:00PM Total Evaluation Process Time: 4 hours**
*Please note that evaluation duration includes testing time for data collection as well as data interpretation/ report preparation and report review/processing to physician referral source and payor.*

**PURPOSE OF ASSESSMENT**
Ms. Shaw was referred for a Functional Capacity Evaluation to determine her ability to perform the duties of Any Occupation. Ms. Shaw has been referred with the diagnosis of **Multiple Diagnosis**. She was present for evaluation on 2/23/2021 at our Benchmark Functional Testing Center.

**MEDICAL HISTORY**

Fibromyalgia
Polyarthropathy
Depression with Anxiety
Hypothyroidism
Vitamin D Deficiency
Hyperglycemia
Familial Hypercholesterolemia
Moderate Persistent Asthma with Status Asthmaticus
Chronic Fatigue Syndrome
DDD
Pulmonary Embolism
DM

## CURRENT MEDICATIONS

Singulair
Zyrtex Allergy
Albuterol Sulfate
Symbicort
Spiriva Respimat
Cymbalta
Tizanidine HCl
Gabapentin
Tramadol
Flonase Allergy Relief
Probiotic
Pepcid
Magnesium Bisglycinate
Prilosec
Trazodone
Valacyclovir HCl
Acyclovir
Ferrous Bisglycinate Chelate
Synthroid
Rosuvastatin Calcium
Augmentin
Prednisone

## RELIABILITY AND CONSISTENCY OF EFFORT

The results of this evaluation suggest that Ms. Shaw gave **a reliable**, valid effort during testing, with 23 consistency measures yielding a reliability score of 44 out of 50 (88%). This client's demonstrated patterns of movement and physiological responses were **consistent** with maximal effort. There was consistency between the test results and the referral diagnosis.

## RESIDUAL FUNCTIONAL ASSESSMENT SUMMARY

Ms. Shaw does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

**LIFTING ABILITIES SUMMARY:**
Ms. Shaw's acceptable **Occasional Lifting** capabilities are at the **Sedentary** Physical Demand Category according to the U.S. Department of Labor Guidelines for work over an 8-hour workday, as follows:
**Floor to Knuckle Lift= xx lbs., Knuckle to Shoulder Lift= 5 lbs., Shoulder to Overhead Lift = 1 lbs.**
**Two Hand Carry = 5 lbs.**

**WORK ABILITIES SUMMARY:**
**Ms. Shaw demonstrated the abilities noted below:**
Client demonstrated sufficient strength to perform the following activities:

***In the Medium category:*** Pushing, Pulling.

***In the Sedentary category:*** High Lift, Mid Lift, Low Lift, Full Lift, Carrying, Overall Strength.

Client is able to perform the following activities:

***On a Constant basis:*** Kneeling, Handling Right, Bi-Manual Handling.

***On a Frequent basis:*** Handling Left.

***On an Occasional basis:*** Sitting, Standing, Walking, Bending, Reach Immediate (Front) Right, Reach Immediate (Front) Left, Reach Overhead (Front) Right, Reach Overhead (Front) Left.

## Functional Abilities Summary

Ms. Shaw's demonstrated abilities in this evaluation (FCE) are summarized below.

| Activities Rated by Strength Level | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance (PDC Category) | Equivalent Strength Level Occasional 0 to 2.6 hours/day | Frequent 2.7 to 5.3 hours/day | Constant 5.4 to 8 hours/day | Job Demand (PDC Category) | Deficit |
| Low Lift (floor to waist) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Mid Lift (waist to shoulder) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| High Lift (shoulder and above) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Carry | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Push (static) | Medium | 21 - 50 lb | 11 - 25 lb | 1 - 10 lb | | |
| Pull (static) | Medium | 21 - 50 lb | 11 - 25 lb | 1 - 10 lb | | |
| Overall Strength Category | Sedentary | 1 - 10 lb | negligible | negligible | | |

| Activities Rated by Frequency and Duration | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance | | | | Job Demand | Deficit |
| Walk | Occasional | | | | | |
| Climb (stairs) | n/a | | | | | |
| Balance | Not Able | | | | | |
| Stoop/Bend | Occasional | | | | | |
| Kneel | Constant | | | | | |
| Crouch/Squat | Not Able | | | | | |
| Crawl | n/a | | | | | |
| Reach Immediate | Left: | (Front) Occasional | Right: | (Front) Occasional | | |
| Reach Overhead | Left: | (Front) Occasional | Right: | (Front) Occasional | | |
| Handling | Left: Frequent | Right: Constant | Both: Constant | | | |
| Sitting | Occasional | | | | | |
| Standing | Occasional | | | | | |
| Other Activities | | | | | | |
| Grip/Grasping Strength (Dynamometer Position 2) | Left: 55 lb | | Right: 51.3 lb | | | ? |
| Cardiovascular Fitness | Average | | | | | |

## FUNCTIONAL ABILITIES

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[1] | %IS | <30 40 50 60 70 80 90 100 110 120 130 140+ |
|---|---|---|---|---|
| Walking - 12 Ft | 2/23/2021 | 4.1 | 37.9 | |
| Carry_to_Max - 5 Lb | 2/23/2021 | n/a | 38.3 | |
| Balance - 10 paces | 2/23/2021 | n/a | 12 | |
| Bending | 2/23/2021 | n/a | 37.8 | |
| Crouching | 2/23/2021 | Incomplete Test | | |
| Kneeling | 2/23/2021 | 6.2 | 111.8 | |
| Reach Immediate (L) | 2/23/2021 | 6.7 | 46.4 | |
| Reach Immediate (R) | 2/23/2021 | 7.2 | 50.4 | |
| Reach Overhead (L) | 2/23/2021 | 3.6 | 34.9 | |
| Reach Overhead (R) | 2/23/2021 | 7.7 | 32.8 | |
| Handling (L) | 2/23/2021 | 5.1 | 94.9 | |
| Handling (R) | 2/23/2021 | 3.6 | 112.5 | |
| Bi-Manual Handling | 2/23/2021 | 2.3 | 105.8 | |
| | | | | <30 40 50 60 70 80 90 100 110 120 130 140+ |
| PDC Category → | | | | Occasional[2] (<30–70) · Frequent[3] (70–100) · Constant[4] (100–140+) |

[1] **Coefficient of Variance**. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[2] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[3] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[4] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

**Evaluator/Physician Signature Page**

**CONCLUSIONS**

Results of this evaluation are a reliable indicator of Ms. Shaw's ability to perform the above-listed work tasks.

Sincerely,

Christopher Ryan Humphreys, PT, DPT, CFE

Christopher Ryan Humphreys, PT, DPT, CFE
Certified Functional Evaluator
TN PT License #8689

________________________________________________________**Physician Signature/Date**

☐ I have read and agree with this evaluee's Functional Abilities as documented in the above summarized report.

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 1: Position 1 - MMVE | Isometric Grip Strength test using Position 1 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 2: Position 2 | Isometric Grip Strength test using Position 2 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Position 2 is the standard grip width, with published normative values. Multiple trials are employed to assess consistency of effort. | |  |
| 3: Position 3 - MMVE | Isometric Grip Strength test using Position 3 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 4: Position 4 - MMVE | Isometric Grip Strength test using Position 4 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client experienced increased pain with prolonged sitting. Client request to stand to relieve pain. |  |
| 5: Position 5 - MMVE | Isometric Grip Strength test using Position 5 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 6: Rapid Exchange | Isometric Grip Strength test using Position 2 on the grip dynamometer. The subject is directed to RAPIDLY grip and release the dynamometer (less than one second) with each hand, while the evaluator quickly alternates hands for a total of six trials. | |  |
| 7: Push | Isometric whole-body push with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Push duration is 5 seconds, with average strength measured over the last 3 seconds of the push. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 97 |  |
| 8: Pull | Isometric whole-body pull with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Pull duration is 5 seconds, with average strength measured over the last 3 seconds of the pull. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Client reports increased bilateral upper arm pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Client request to lay down following this activity.<br>Heart Rate - 85 |  |
| 9: Waist to Shoulder Occasional | Progressive dynamic lifting test where subject lifts weighted box from Waist level to Shoulder level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral scapula region pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Heart Rate - 119 |  |
| 10: Shoulder to Overhead Occasional | Progressive dynamic lifting test where subject lifts weighted box from Shoulder level to maximum vertical reach and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate - 108 |  |

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 11: Floor to Waist Occasional | Progressive dynamic lifting test where subject lifts weighted box from Floor level to Waist level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client states that they are unable to assume the test position. Client unable to return to starting test position (standing) without assistance from physical therapist.<br>Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate 113<br>Client request to lay down following this activity. |  |
| 12: Walking | A determination of walking ability based on the subject walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased bilateral hip pain during this activity.<br>Client request to sit following each trial due to pain.<br>Client demonstrates impaired balance.<br>Heart Rate - 99 |  |
| 13: Carry_to_Max | A determination of maximum acceptable (or maximum job demand) carry weight based on the subject carrying an increasing amount of weight with each repetition (trial) until test is stopped by subject or evaluator. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 98<br>Client request to lay down following this activity due to pain. |  |
| 14: Balance | A determination of balance ability based on the subject performing heel-toe walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Test stopped by physical therapist due to inability to complete test without assistance from physical therapist.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Heart Rate - 103 |  |
| 15: Bending | A determination of bending ability based on the subject bending forward from, then returning to an upright position a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports unable to complete 2nd trial due to pain.<br>Heart Rate - 105.<br>Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. |  |
| 16: Crouching | A determination of crouching tolerance based on the subject repeatedly performing a simple task while maintaining a crouched position at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture.<br>Client states that they are unable to assume the test position.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Heart Rate - 113 |  |

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 17: Kneeling | A determination of kneeling ability based on the subject repeatedly kneeling from a standing position, performing a task, then returning to standing at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming Kneeling posture and returning to a standing position. Client report able to kneel however severe difficulty with transferring to and from kneeling position. Client required chair (pulled herself up using her arms) to return to standing position at completion of test.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased right upper back pain during this activity.<br>Heart Rate - 110 |  |
| 18: Reach Immediate | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the IMMEDIATE plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral elbow pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 89 |  |
| 19: Reach Overhead | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the OVERHEAD plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 85 |  |
| 20: Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs with each hand at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 92 |  |
| 21: Bi-Manual Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs using both hands at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 102 |  |
| | | | |

Reference Tables

| **Activity Frequency** - Dictionary of Occupational Titles Volume II, Fourth Edition, Revised 1991 | | **Lifting Activity Height Definitions** |
|---|---|---|
| **Constant (C)** | 67 – 100% of the workday | **High** – above shoulder |
| **Frequent (F)** | 34 – 66% of the workday | **Mid** – knuckle to shoulder |
| **Occasional (O)** | 0 – 33% of the workday | **Low** – floor to knuckle |
| **Not Present (N)** | Activity is not performed | **Full** – full vertical work plane |

| **Physical Demand Characteristics Of Work** (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| **Physical Demand Level** | OCCASIONAL **0-33% of the workday** | FREQUENT **34-66% of the workday** | CONSTANT **67-100% of the workday** |
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

BenchMark PHYSICAL THERAPY

FUNCTIONAL TESTING CENTERS

545 North Mount Juliet Suite 1101 ● Mount Juliet, TN 37122 ● Phone 615-553-4645 ● Fax 615-553-4794

## CLIENT INFORMATION: Report Date: February 23, 2021

Client: **Kimberly Shaw** ID#: DOB: Age: **53**

Address: Sex: **F** Dom. Hand: **R**

Height: **68** in Weight: **175** lb



Evaluation Date: **02/23/2021** Occupation: **Any**

... Referred by: **Eric Buchanan** Employer: **None**

... Resting Pulse Rate: **85** Insurance Co: **Self Pay**

... Blood Pressure (sitting): **135/85** Physician: **n/a**

Tested By: **Christopher Ryan Humphreys, PT, DPT, CFE**

| Injury/Illness: Diagnosis | Side | Onset Date | ICD Code |
|---|---|---|---|
| **Multiple Diagnosis** | **B** | **12/30/2015** | **m79.7** |

## JOB INFORMATION:

Company: **None**

Job Title: **Any**

## HISTORY:

**Mechanism and History of Injury:**

Ms. Shaw reports symptoms began 12/30/2015. Symptoms have not improved since initial onset. Ms. Shaw states that she did not drive to this evaluation today. As of the date of this evaluation, Ms. Shaw reports she is not currently working.

**Intake Interview:**

Ms. Shaw was present for an evaluation of her physical abilities on 2/23/2021.

POST TEST BP= 125 / 80 HR= 88

**In compliance with the American Physical Therapy Association (APTA) guidelines for Functional Testing, it is understood that this client's referring physician has performed a physical evaluation of client's injured body part, prior to making this FCE referral. The referral by their physician indicates that the physician has determined that this client is able to participate in a Functional Capacity Evaluation. A medical health history was completed by the client and reviewed by the evaluator prior to testing.**

## SUMMARY:

Ms. Shaw's evaluation results are summarized below.

| | |
|---|---|
| **Pain Drawing Chart**<br>**Ms. Shaw's description of her symptoms as she reported on 2/23/2021.**<br>(reproduced from chart completed by examinee)<br><br>**Symptom Key:**<br>**~ Aching**<br>**/ Stabbing**<br>**X Burning**<br>**• Pins&Needles**<br>**O Numbness** |  |
| **Additional Pain Drawing Chart as reported on 2/23/2021.**<br><br>**Symptom Key:**<br>**~ Aching**<br>**/ Stabbing**<br>**X Burning**<br>**• Pins&Needles**<br>**O Numbness** |  |

## *ARCON MTM* Functional Abilities Summary

Methods-Time Measurement (MTM) data provides a quantifiable description of the functions required of a worker in the performance of certain physical job demands. An evaluee's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), which is the time an average worker with average training could perform the listed activity, assuming the activity is performed over an average eight hour day. Percent of Industrial Standard (%IS) is the client's demonstrated ability as a percent of the Industrial Standard, where 100% and up indicates performance at or above the Standard, while below 100% indicates performance below the Standard.

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[5] | %IS |
|---|---|---|---|
| Walking - 12 Ft | 2/23/2021 | 4.1 | 37.9 |
| Carry_to_Max - 5 Lb | 2/23/2021 | n/a | 38.3 |
| Balance - 10 paces | 2/23/2021 | n/a | 12 |
| Bending | 2/23/2021 | n/a | 37.8 |
| Crouching | 2/23/2021 | Incomplete Test | |
| Kneeling | 2/23/2021 | 6.2 | 111.8 |
| Reach Immediate (L) | 2/23/2021 | 6.7 | 46.4 |
| Reach Immediate (R) | 2/23/2021 | 7.2 | 50.4 |
| Reach Overhead (L) | 2/23/2021 | 3.6 | 34.9 |
| Reach Overhead (R) | 2/23/2021 | 7.7 | 32.8 |
| Handling (L) | 2/23/2021 | 5.1 | 94.9 |
| Handling (R) | 2/23/2021 | 3.6 | 112.5 |
| Bi-Manual Handling | 2/23/2021 | 2.3 | 105.8 |

Scale: <30 40 50 60 70 80 90 100 110 120 130 140+

PDC Category →: Occasional[6] (<30–70) | Frequent[7] (70–100) | Constant[8] (100–140+)

---

[5] **Coefficient of Variance**. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[6] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[7] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[8] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

## *ARCON* ST - Static Strength Report:

The client was evaluated using the *ARCON* ST static strength testing system. The results report an individual's ability to lift, push, or pull in various common work postures as an ***Average Force*** or strength sustained during the activity. ***Peak Force*** is also reported for comparison purposes. Demonstrated strength (Average Force) is compared to essential job demands and/or safe lifting recommendations based on research conducted for the National Institute for Occupational Safety and Health (NIOSH). ***Occasional Lift*** is calculated as 50%* of the Average Force value (90% for Push and Pull) and represents a suggested safe occasional performance level for this activity.

| *Individual Test Results* | | Strength Data | | | Job Related Strength and Lifting Recommendations‡ | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | Average Force | CV† (%) | Peak Force | Desired Strength | % of Desired | Occasional Lift (Table ST1) |
| Push(1) | 2/23/2021 | 30 lb | .0% | 30 lb | n/a | n/a | 27 lb (Medium) |
| Pull(2) | 2/23/2021 | 36.7 lb | 6.4% | 40 lb | n/a | n/a | 33 lb (Medium) |

("**n/a**" indicates results that are not available or applicable for the listed task)

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 97 |  |
| (2) Client reports increased bilateral hip pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Client reports increased bilateral upper arm pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Client request to lay down following this activity.<br>Heart Rate - 85 |  |

* For this **lifting safety factor**, 50-55% is considered conservative, 60-65% is considered moderate, and 70-75% is considered moderately aggressive in relation to long-term safety in performing similar activities at work.

‡ Donald B. Chaffin, Ph.D.; Gary D. Herrin, Ph.D.; W. Monroe Keyserling, M.S.; "Pre-Employment Strength Testing, An Updated Position", Journal of Occupational Medicine, Vol 20. No.6, June, 1978.

† Based on the NIOSH guideline for validity, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% cannot be considered as valid, consistent and reproducible.

**ST Test Graphs** *(in order of Test Results)*







| Table ST1 - Physical Demand Characteristics Of Work (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| **Physical Demand Level** | **OCCASIONAL** 0-33% of the workday | **FREQUENT** 34-66% of the workday | **CONSTANT** 67-100% of the workday |
| Sedentary | 1 - 10 lb. (< 5 kg.) | Negligible | Negligible |
| Light | 11 - 20 lb. (5 - 9 kg.) | 1 - 10 lbs. (< 5 kg.) | Negligible |
| Medium | 21 - 50 lb. (10 - 22 kg.) | 11 - 25 lbs. (5 - 11 kg.) | 1 - 10 lbs. (< 5 kg.) |
| Heavy | 51 - 100 lb. (23 - 45 kg.) | 26 - 50 lbs. (12 - 23 kg.) | 11 - 20 lbs. (5 - 9 kg.) |
| Very Heavy | Over 100 lb. (> 45 kg.) | Over 50 lbs. (> 23 kg.) | Over 20 lbs. (> 9 kg.) |

## ***ARCON* LC - Dynamic Lifting Capacity Report:**

The client was evaluated using the *ARCON* LC Dynamic Lifting Capacity system. This process is designed to quantify an individual's dynamic lifting capacity (whole body strength). The *ARCON* LC is based on the PILE (Progressive Isoinertial Lifting Evaluation) Protocol† developed at the University of Texas Southwestern Medical Center at Dallas. This protocol has been adapted and enhanced for automated test sequencing and data collection to provide safe, efficient and accurate administration of the test. In addition, results are correlated to the appropriate U.S. Department of Labor's *Physical Demand Characteristic (PDC)* work ability rating (see ***Table PDC*** in Reference Tables, above) for application to the competitive labor market.

The test consists of repeatedly lifting and lowering a weighted box to a shelf set at a standard height, during a fixed testing interval (four lifts in 20 seconds when assessing ***frequent*** lifting ability, and one lift in 10 seconds when assessing ***occasional*** lifting ability). Box weight starts at a low level and is progressively increased until one of the endpoints described in ***Table LC2*** are achieved.

At the end of each lifting cycle (weight level) the client is asked to rate his or her perception of the weight on a scale of 1 to 9 (see ***Table LC1***). A rating of 8 or 9 is interpreted as "excessive discomfort" and terminates the test (psychophysical endpoint). The client's maximum safe lifting weight (shown in bold face in the "weight" column of the results table below) is the weight lifted in the last ***completed*** cycle with a ***perceived*** weight level of 8 or less. The client's PDC work ability rating is obtained by comparing the safe lifting weight to the weight range for that level as shown in Table PDC.

<table>
<tr><td colspan="4">Waist to Shoulder Occasional</td><td colspan="3">30 in. to 54 in. lift</td><td>1 lift/cycle   2/23/2021</td></tr>
<tr><td colspan="7">Heart Rate: Start = n/a; 80% target = 137; 85% limit = 146</td><td>Weight Limit = 80 lb</td></tr>
<tr><td></td><td colspan="6">Occasional PDC Level = Sedentary (1 - 10 lb)</td><td>Endpoint = Psychophysical</td></tr>
<tr><td>Cycle #</td><td>Weight</td><td>Reps</td><td>Peak HR</td><td>HR % Max</td><td>Total Work</td><td>Perceived Load</td><td rowspan="2">
</td></tr>
<tr><td>1</td><td>5 lb</td><td>4</td><td>n/a</td><td>n/a</td><td>80 lb-ft</td><td>8</td></tr>
<tr><td>Comment:</td><td colspan="6">Client reports increased mid back pain during this activity.<br>Client reports increased bilateral scapula region pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Heart Rate - 119</td><td></td></tr>
</table>

† ***Progressive Isoinertial Lifting Evaluation, I. A Standardized Protocol and Normative Database***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.
***Progressive Isoinertial Lifting Evaluation, II. A Comparison with Isokinetic Lifting in a Disabled Chronic Low-Back Pain Industrial Population***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.

| ***Shoulder to Overhead Occasional*** | | ***54 in. to overhead lift*** | | | | | ***1 lift/cycle*** | ***2/23/2021*** |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***137***; 85% limit = ***146*** | | | | | | | Weight Limit = ***80 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | | Endpoint = ***Psychophysical*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** |  | |
| 1 | **1 lb** | 4 | n/a | n/a | 32 lb-ft | 8 | | |
| **Comment:** | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate - 108 | | | | | |  | |



| ***Floor to Waist Occasional*** | | ***0 in. to 30 in. lift*** | | | | | ***1 lift/cycle*** | ***2/23/2021*** |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***137***; 85% limit = ***146*** | | | | | | | Weight Limit = ***80 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | | Endpoint = ***Safety*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** |  | |
| 1 | 1 lb | 0 | n/a | n/a | 0 | 0 | | |
| **Comment:** | Client states that they are unable to assume the test position. Client unable to return to starting test position (standing) without assistance from physical therapist.<br>Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate 113<br>Client request to lay down following this activity. | | | | | |  | |

| Table LC1 Rating of Perceived Load | |
|---|---|
| VALUE | DEFINITION |
| 1 | Like Nothing |
| 2 | Very Light |
| 3 | Light |
| 4 | Light-Medium |
| 5 | Medium |
| 6 | Medium-Heavy |
| 7 | Heavy |
| 8 | Very Heavy |
| 9 | Too Heavy |

| Table LC2 - Test Endpoint Conditions | |
|---|---|
| CONDITION | DESCRIPTION |
| Psychophysical | Voluntary test termination by the client based on complaints of fatigue, excessive discomfort, or inability to complete the required number of movements during the testing interval (cycle). |
| Physiological | Achievement of an age-determined target heart rate (based on a percent of client's maximal heart rate - normally 85%, or in excess of 75% continuously for one minute). |
| Safety | Achievement of a predetermined anthropometric safe lifting limit based on the client's adjusted body weight; or intervention by the ARCON operator based upon an evaluation of the client's signs & symptoms. |

## *ARCON* HD - Grip Strength Report:

The client was evaluated using the *ARCON* HD grip strength testing system. This process is designed to quantify an individual's grip strength in one or more standard grip positions, and to compare such strength to expected biomechanical patterns and recognized population norms (note: "n/a" for grip positions with no published norms).

| *Individual Test Results* | | STRENGTH DATA | | NORMATIVE DATA‡ | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | CV† (%) | Population Norm | Standard Deviation | Comp. to Norm |
| Position 1 - MMVE - Left | 2/23/2021 | 40 lb | n/a | n/a | n/a | n/a |
| Position 1 - MMVE - Right | 2/23/2021 | 50 lb | n/a | n/a | n/a | n/a |
| Position 2 - Left | 2/23/2021 | 55 lb | 7.4% | 57.3 lb | +/- 10.7 | normal |
| Position 2 - Right | 2/23/2021 | 51.3 lb | 1.8% | 65.8 lb | +/- 11.6 | low |
| Position 3 - MMVE - Left | 2/23/2021 | 54 lb | n/a | n/a | n/a | n/a |
| Position 3 - MMVE - Right | 2/23/2021 | 55 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Left(1) | 2/23/2021 | 45 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Right | 2/23/2021 | 50 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Left | 2/23/2021 | 35 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Right | 2/23/2021 | 40 lb | n/a | n/a | n/a | n/a |
| Rapid Exchange - Left | 2/23/2021 | 58 lb | n/a | n/a | n/a | n/a |
| Rapid Exchange - Right | 2/23/2021 | 65 lb | n/a | n/a | n/a | n/a |

("**n/a**" indicates results that are not available or applicable for the listed task)

The following table compares the client's grip strength on opposite body sides, and reports a percent difference in strength for the *weaker hand* compared to the stronger hand. In cases of reported injury, an *expected strength* is calculated based on the measured strength of the uninjured side (note: ***right*** hand dominant subjects are assumed to be 10% stronger on the right side, while ***left*** hand dominant subjects are assumed have equal strength on both sides‡). When demonstrated strength is ***less*** than expected strength, the percent of *strength deficit* is reported.

| *Left Hand vs. Right Hand* | | STRENGTH DATA ( * indicates Dominant Hand ) | | | INJURED SIDE COMPARISON | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | LEFT | RIGHT | Weaker Hand | Injured Side | Expected Strength | Strength Deficit |
| Position 1 - MMVE | 2/23/2021 | 40 | * 50 | -20 % | n/a | n/a | n/a |
| Position 2 | 2/23/2021 | 55 | * 51.3 | -7 % | n/a | n/a | n/a |
| Position 3 - MMVE | 2/23/2021 | 54 | * 55 | -2 % | n/a | n/a | n/a |
| Position 4 - MMVE | 2/23/2021 | 45 | * 50 | -10 % | n/a | n/a | n/a |
| Position 5 - MMVE | 2/23/2021 | 35 | * 40 | -12 % | n/a | n/a | n/a |
| Rapid Exchange | 2/23/2021 | 58 | * 65 | -11 % | n/a | n/a | n/a |

‡ Virgil Mathiowetz, MS, OTR, Nancy Kashman, OTR, Gloria Volland, OTR, Karen Weber, OTR, Mary Dowe, OTS, Sandra Rogers, OTS, "Grip and Pinch Strength: Normative Data for Adults", Occupational Therapy Program, University of Wisconsin-Milwaukee, Milwaukee, WI, Arch Phys Med Rehabil 66:69-72, February, 1985.

† Based on common guidelines for consistency of effort, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% are likely to indicate an unreliable or inconsistent performance.

The client was asked to perform a Rapid Exchange Grip Test (REG test) as a means to assess the reliability of effort in the standard grip test. Research[§] has shown that REG strength ***exceeding*** the maximum expected grip strength (positive REG score, denoted below as + REG) is a probable indication of submaximal or unreliable effort in the standard test.

| *Rapid Exchange Results* | MAX. EXPECTED | | RAPID EXCHANGE TEST | | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | DATE | FORCE | % Chg | + REG |
| Rapid Exchange - Left | 2/23/2021 | 60.5 | 2/23/2021 | 58 lb | -3.7 % | no |
| Rapid Exchange - Right | 2/23/2021 | 60.5 | 2/23/2021 | 65 lb | 7.9 % | yes |

The Maximum Voluntary Effort (MVE) protocol was used to determine if the client exerted a maximal effort during the grip test. This protocol consisted of successive grip tests over the full range of five positions of the hand dynamometer. Research[£] has shown that both normal and injured hand strength should be greater in positions 2, 3 and 4, and less in positions 1 and 5. The table below shows the client's MVE results.

| *MVE Results* | Hand Strength vs. Position | |
|---|---|---|
| In the graphs to the right, maximal effort is indicated by a "humped" or bell shaped curve (may be skewed toward position 2 or 4, based on client's hand size), while sub-maximal effort is indicated by a flat or randomly varying curve. | (chart, left) | (chart, right) |







| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client experienced increased pain with prolonged sitting. Client request to stand to relieve pain. | |




[§] Hildreth, D. H. & Lister, G. D. (1989). Detection of submaximal effort by use of the rapid exchange grip. Journal of Hand Surgery, 14A: 742-745.
[£] Harold M. Stokes, M.D., "The Seriously Uninjured Hand - Weakness of Grip", Journal of Occupational Medicine, Vol. 25, No. 9, Sept. 1983.

**HD Test Graphs** *(in order of Test Results)*




Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 15
Page 21 of 27

**Lincoln/ Shaw 0544**

## *ARCON MTM* Functional Abilities Evaluation:

*ARCON MTM* evaluates occupational Physical Demand Characteristics (PDC) based on Methods-Time Measurement (MTM) data, the most widely developed and validated work analysis system in the world. MTM data is used to establish fair labor standards by numerous employers and unions and has been accepted in the courts and in arbitration as a valid standard of work performance. The MTM system has been used in personnel selection and disability evaluation for over forty years (Acker and Thompson, 1960; Anderson and Edstrom; Birdsong, 1972; Birdsong and Chyatte, 1970; Brickey, Drewes; 1961; Farrell, 1993; Foulke; Grant et al., 1975; Mink, 1975; McQuaid and Winkler; Poocke; Todd et al., 1979; Wilcock, 1980; Wilcock and Mink, 1982; Yokomizo, 1985).

A client's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), the time it takes an average worker with average skill to perform a specific motion throughout an average eight hour day (Karger and Hancock, 1982; Karger and Bayha, 1987; Maynard et al., 1948; MTM Assoc, 1972, 1980).

The *ARCON MTM* Report presents data from the evaluation in tabular form, as shown and defined below:

| Trial | Body Side | Wgt/Pos. | Dist/Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| **Trial** | An ascending **count** of the number of times a functional activity or task is repeated for determination of consistency and endurance. A series of Trials comprise a **Set**. MTM tests may consist of several sets of data. |
| **Body Side** | Indicating if the activity was performed with the right, left or both body members, if applicable. Dominant side, if applicable, is indicated by "Dom.". |
| **Wgt/Pos.** | The **weight** of the object being handled in the activity, or the **body position** used for this activity (e.g. sitting or standing - varies by activity). |
| **Dist/Plane** | **Distance** over which the activity was performed (for return trips, the distance is one way through the round trip), or the **plane** in which the activity was performed (e.g. immediate or overhead - varies by activity). |
| **Reps** | Number of **repetitions** of the predefined pattern of movement that comprise a single trial of a functional activity or task. The definition of Reps for each activity is shown in a footnote below the results table. |
| **Time (sec)** | The client's **time to perform** a single trial (or **average time** for a set) of the activity. |
| **Effort Factor** | The evaluator may optionally note the level of effort exhibited by the client during the activity, with ascending levels of ***Poor***, ***Poor-to-Fair***, ***Fair***, ***Average***, ***Good***, ***Excellent*** and ***Excessive***. The assumed level of effort is ***Average*** unless otherwise noted. Levels ***below*** or ***above*** average will apply an appropriate leveling factor to the average time (and therefore the %IS) for the current set (**Avg** row). |
| **% IS** | The client's time compared to the Industrial Standard (IS) time, and reported as a **percent of Industrial Standard**. A client can score at, above or below 100% IS, representing an ability that meets, exceeds or falls below the Industrial Standard for that activity. |
| **CV (%)** | **Coefficient of variance** (CV) is a statistical representation of consistency of client trial times. A minimum of three trials must be collected to calculate a CV. The empirically derived CV for MTM data is 8%. This evaluation uses a consistency threshold of 10% to allow for a 'learning curve' that is present in these activities. Many factors can affect test scores. CV's slightly greater than 10% should not automatically be interpreted as indication of lack of client reliability. Reliability must be determined by a suitably qualified evaluator. This data is computed at the end of a set, hence the CV is presented in the **Avg** table row for sets with three or more trials. When multiple sets are performed, the CV reported in the MTM Summary Table is calculated from all trials and thus does NOT represent the consistency within sets. |
| **HR** | **Heart Rate**, if present, is the client's peak measured heart rate during that trial or set. |
| **PE** | The Borg **Perceived Exertion** (PE) Scale is a self-report scale of degree of exertion by the client during the activity. Perceived exertion "integrates various information, including the many signals elicited from the peripheral muscles and joints, from the central cardiovascular and respiratory functions, and from the central nervous system" (Borg, 1982). This data is collected at the end of a set, hence PE is shown in the **Avg** row. |
| **IM** | If checked, **Inappropriate Body Mechanics** were exhibited by the client during this set (**Avg** row). |
| **SC** | If checked, **Symptom Complaints or Behaviors** were exhibited by the client during this set (**Avg** row). |
| *The following items appear within or below the table of results* | |
| **Avg: S1** | The **averages per set** (ie. S1 represents Set 1). Performance time is averaged across all trials. The average time forms the basis for a comparison to the Industrial Standard to calculate the average percent IS. |
| **Comments** (shown below results table) | Comments in reference to the performance of this activity, if any, as noted by the evaluator. Pictures associated with the activity are presented to the right of the comments box if included by the evaluator. |

## Walking: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 12 Ft | 3 | 65.07 | | 39.3 | | | | | |
| 2 | None | None | 12 Ft | 3 | 65.98 | | 38.8 | | | | | |
| 3 | None | None | 12 Ft | 3 | 71.31 | | 35.9 | | | | | |
| **Avg: S1** | **None** | **None** | **12 Ft** | **3** | **67.4** | | **› 37.9 ‹** | **4.1** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Walking | Comment Picture |
|---|---|
| Client reports increased bilateral hip pain during this activity.<br>Client request to sit following each trial due to pain.<br>Client demonstrates impaired balance.<br>Heart Rate - 99 |  |

## Carry_to_Max: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Both | 2.5 Lb | 12 Ft | 1 | 21.06 | | 46.7 | | | | | |
| 2 | Both | 5 Lb | 12 Ft | 1 | 25.71 | | 38.3 | | | | | |
| **Max: S1** | **Both** | **5 Lb** | **12 Ft** | **1** | **25.7** | | **› 38.3 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates … for this activity)

| Comments for Carry_to_Max | Comment Picture |
|---|---|
| Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 98<br>Client request to lay down following this activity due to pain. |  |

## Balance: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 10 paces | 1 | 51.20 | | 12.0 | | | | | |
| 2 | None | None | 10 paces | 1 | Stopped | | Operator | | | | | |
| **Avg: S1** | **None** | **None** | **10 paces** | **1** | **51.2** | | **› 12.0 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates One Way Trips for this activity)

| Comments for Balance | Comment Picture |
|---|---|
| Test stopped by physical therapist due to inability to complete test without assistance from physical therapist.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Heart Rate - 103 |  |

## Bending: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 33.17 | | 39.7 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | Stopped | | Subject | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **33.1** | **+5%** | **› 37.8 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Bending | Comment Picture |
|---|---|
| Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports unable to complete 2nd trial due to pain.<br>Heart Rate - 105. Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. |  |

## Crouching: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | Stopped | | Operator | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **n/a** | | **› n/a ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Crouching | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture.<br>Client states that they are unable to assume the test position.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Heart Rate - 113 |  |

## Kneeling: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 7.89 | | 120.9 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 8.51 | | 112.1 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 9.18 | | 103.9 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **8.5** | | **› 111.8 ‹** | **6.2** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Kneeling | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming Kneeling posture and returning to a standing position. Client report able to kneel however severe difficulty with transferring to and from kneeling position. Client required chair (pulled herself up using her arms) to return to standing position at completion of test.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased right upper back pain during this activity.<br>Heart Rate - 110 |  |

## Reach Immediate: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 13.35 | | 46.0 | | | | | |
| 2 | Right | Sitting | Front | 6 | 11.95 | | 51.3 | | | | | |
| 3 | Right | Sitting | Front | 6 | 11.22 | | 54.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **12.1** | | **› 50.4 ‹** | **7.3** | | **n/a** | | |
| 1 | Left | Sitting | Front | 6 | 12.12 | | 50.6 | | | | | |
| 2 | Left | Sitting | Front | 6 | 13.27 | | 46.2 | | | | | |
| 3 | Left | Sitting | Front | 6 | 14.29 | | 42.9 | | | | | |
| **Avg: S2** | **Left** | **Sitting** | **Front** | **6** | **13.2** | | **› 46.4 ‹** | **6.7** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Reach Immediate | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased bilateral elbow pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 89 |  |

## Reach Overhead: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 17.63 | | 34.8 | | | | | |
| 2 | Right | Sitting | Front | 6 | 17.75 | | 34.6 | | | | | |
| 3 | Right | Sitting | Front | 6 | 20.78 | | 29.5 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **18.7** | | **› 32.8 ‹** | **7.8** | | **n/a** | | |
| 1 | Left | Sitting | Front | 6 | 17.5 | | 35.1 | | | | | |
| 2 | Left | Sitting | Front | 6 | 18.37 | | 33.4 | | | | | |
| 3 | Left | Sitting | Front | 6 | 16.81 | | 36.5 | | | | | |
| **Avg: S2** | **Left** | **Sitting** | **Front** | **6** | **17.5** | | **› 34.9 ‹** | **3.6** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Reach Overhead | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 85 |  |

## Handling: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 14.35 | | 114.3 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 14.08 | | 116.5 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 15.31 | | 107.1 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **14.5** | | **› 112.5 ‹** | **3.6** | | **n/a** | | |
| 1 | Left | Standing | Immediate | 12 | 17.27 | | 95.0 | | | | | |
| 2 | Left | Standing | Immediate | 12 | 18.37 | | 89.3 | | | | | |
| 3 | Left | Standing | Immediate | 12 | 16.21 | | 101.2 | | | | | |
| **Avg: S2** | **Left** | **Standing** | **Immediate** | **12** | **17.2** | | **› 94.9 ‹** | **5.1** | | **n/a** | | |

(**Reps** indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 92 |  |

## Bi-Manual Handling: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | 8.43 | | 102.5 | | | | | |
| 2 | None | Standing | Immediate | 6 | 8.01 | | 107.9 | | | | | |
| 3 | None | Standing | Immediate | 6 | 8.07 | | 107.1 | | | | | |
| **Avg: S1** | **None** | **Standing** | **Immediate** | **6** | **8.1** | | **› 105.8 ‹** | **2.3** | | **n/a** | | |

(**Reps** indicates Pegs/Hand for this activity)

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 102 |  |

# nConsultation Report

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:
Claim# 3840737

Encounter Date: Oct 18 2016 1:00PM

**Reason For Visit**
Seeking second opinion

Patient isa delightful 49 year old woman with history of longstanding asthma.

Initially very well controlled but starting last November she developed what sounds like viral illness. She required admission early January at which point she was treated for an asthma exacerbation with systemic steroids and a theophylline drip. Unfortunately a few weeks later she developed a pulmonary embolus from her immobility. Her echocardiogram at that time was normal. Patient stopped her anticoagulation after 3 months of therapy.

Patient currently, has been off and and systemic steroids since late last year.

Remains on prednisone 10mg and has been on it for over 2 weeks.

28th had a sore throat which she thought was related to Qvar. Then developed a cough which was intially dry but then filled up and coughing up thick yellow sputum. This is the point she started prednisone and then a zpak and then levaquin X 10 days.

Was around 2 weeks that she was coughing.

Qvar was added to ADvair 500/50 BID. Used an entire ventolin inhaler. Stopped qvar.

Currently uses ventolin q daily. Not waking up at night time. Wheezing improved. Cough has been gone X 2 days.

Still gets SOB with exertion and she had to stop 2/2 chest tightness.

Off theophylline since January.

Getting full body pain with weaning of prednisone. Has been on oral prednisone the majority of this year, has been off for maybe 8 weeks total since November 2015.

Goes crazy on prednisone. It is really troubling her psyche and her wifes.

There is likely mold and stagnant water in the building she works in. Symptoms used to get worse when she was at work.

**ROS**
Asthma: Yes 45 years
COPD:
INH: Yes has been on steroid inhaler since pre teen
Hospitalizations: Yes

nConsultation Report

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Oct 18 2016 1:00PM WMH MRN:

Pets: Yes two poodles
Jacuzzi: No
Stagnant water: No
Dust/fumes/down/mold: No
States: Tennessee, Kentucky, WA, and a traveler FL, AZ, MA, HI
Travel: Yes
Occupation: respiratory therapist
Apnea: Yes
Snoring: Yes no gasping arousals, has had a septoplasty. Feels somewhat rested and sleeps around 8 hours. sometimes gets daytime headaches.
Sinus: Yes not taking anything for it at this point as it has improved
GERD: Yes takes zantac
Tobacco: No never
ETOH:No rare
Drugs:
Hobbies: would like to camping
Vaccines: No.

**Allergies**

No Known Drug Allergies.

**Current Meds**

Rec: 18Oct2016. List Reconciled and Reviewed.
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; Qty26; R0; RPT.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
* Dup resent for 90d/s to ES, 13 Oct 2016
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; RPT.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)

**nConsultation Report**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Oct 18 2016 1:00PM WMH MRN:

Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 30 Aug 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**nConsultation Report**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Oct 18 2016 1:00PM WMH MRN:

**Vital Signs**
Adult Female Vital Signs Recorded by Den Uijl, Kacey on October 18,2016 01:08 PM
Height: 69 in, Weight: 199.125 lb, BMI: 29.41 , BSA: 2.06
BP: 119/72 mm Hg Right Upper Extremity Sitting
Temp: 98.7 F Oral
HR: 68 b/min R Radial ;
O2 Sat: 97 (%SpO2) RA
.
**Results**
XR Chest 2 Views 05 Oct 2016 01:17 PM
- XR Chest 2 Views
Report
COMPARISONS: March 3, 2016

PROCEDURE: AP and lateral radiograph obtained in the upright position..

CLINICAL HISTORY: Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospiitalized twice earlier this year.

FINDINGS:
The lungs are clear. Cardiac silhouette is normal in size. Bones and soft tissues demonstrate no definite acute findings.

CONCLUSIONS:
No acute cardiopulmonary disease noted.

***FINAL***
Dictated by: Martinez, Roy MD
Electronically signed by: Martinez, Roy MD
Transcribed by: IP, D: 10/05/2016 13:28, T: 10/05/2016 13:28,
S: 10/05/2016 13:28
***FINAL***
Sedimentation Rate 31 Aug 2016 03:05 PM
- ESR: 11 Reference Range: 0-20
CRP High Sensitivity 31 Aug 2016 03:05 PM
- CRP hs Inflam/Infect: 2.5 Reference Range: 0.0-5.0
Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative
ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40.

**Assessment**
Oral thrush (112.0) (B37.0).
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016.

**Orders**
ANCA Abs ( Total w MPO and PR3 ); Requested for: 18 Oct 2016.
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY;

**nConsultation Report**

| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
|---|---|---|---|
| Encounter: | Oct 18 2016 1:00PM | WMH MRN: | |

Qty1; R3; Rx.
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Qty50; R2; Rx.
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Qty20; R1; Rx.
PredniSONE 1 MG Oral Tablet;TAKE AS DIRECTED; Qty100; R2; Rx.

**Plan**

Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: appears severe at this point. Difficulty weaning off and staying off prednisone.
-I have counseled patient and her partner regarding natural progression of asthma.
-We discussed possible therapies including nucala or xolair if she qualifies. To check tests such as eosinophil and IgE we need to get her off steroids completely
-will refer to Dr. James Wolfe with allergy to see if she may benefit from allergy shots
-will cont wean prednisone to 5mg X 7 days and then wean by 1mg per week
-cont advair and albuterol PRN
-will add on spiriva
-cont singulair
-hold off PFTs for now

2) weakness: I suspect a possible myopathy. Brief autoimmune panel negative consisting of ESR, CRP, RF, ANA
-will obtain an ANCA
-hold off immunoglobulin test for now given on steroids

3) Thrush
-clotrimazole lozenges

4) PND:
-start flonase and zyrtec back up

5) Vaccines:
-holding off influenza given s/p recent illness

6) Anxiety 2/2 steroids
-ativan PRN

7) fatigue: likely multifactorial from deconditioning and steroid myopathy vs. possible OSA
-can consider sleep study in future

-f/u 1 month or PRN
Amended : Andrea W Ling M.D.; 10/18/2016 2:39 PM PST.

**Signature**

Electronically signed by : Andrea W Ling M.D.; 10/18/2016 2:38 PM PST; Author.
Electronically signed by : Andrea W Ling M.D.; 10/18/2016 2:39 PM PST; Author.

Andrea W Ling M.D.

# nHistory and Physical

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 30 2016 2:20PM

**Reason For Visit**
Patient presents for annual assessment.

**HPI**
49-year-old G0 P0 with female partner long-term who is here for Pap smear. She states she had a slightly abnormal Pap smear many years ago but just needed some type of cream and then her Pap smear was normal. She's never had a colposcopy or cryosurgery or LEEP. Her periods are somewhat irregular since she was on long-term prednisone for asthma exacerbation. Her asthma is much better she's using Advair 500/50 twice a day and plans to go down to 250/50 one she's finished the current Diskus. She states that her rosacea improved with topical Flagyl but still flares when she exercises or gets flushed. He has achy joints all over her body ever since she tapered off her prednisone including all of her large and small joints bilaterally. She hasn't noticed any joint swelling. He would like to wean off her Prozac she is only taking 20 mg a day. Her mood is been excellent.

**Allergies**
Rec: 30Aug2016. List Reconciled and Reviewed.
No Known Drug Allergies.

**Current Meds**
Rec: 30Aug2016. List Reconciled and Reviewed.
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx.

**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach,

nHistory and Physical

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 30 2016 2:20PM WMH MRN:

Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Durham, Melisa on August 30,2016 02:27 PM
Height: 69 in, Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 112/75 mm Hg Left Upper Extremity Sitting
HR: 74 b/min ;
Resp: 18 r/min ;
O2 Sat: 98 (%SpO2)
PHQ2 Total: Negative ;
Last Pap: unknown ;
Last Mammogram: Mammo Test Result: Normal ;

nHistory and Physical

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 30 2016 2:20PM WMH MRN:

Falls Screening: No fall in the past year ;

.

**Physical Exam**

On examination she appeared in good health. Neck: without thyroid enlargement or masses, no significant LAN. Lungs clear. Heart regular rhythm, normal sounds and absence of murmurs, rubs or gallops. Breasts: No dominant masses no axillary or supraclavicular or infraclavicular adenopathy. Abdomen: Nontender, nondistended without evidence of organomegaly, no masses; pelvic exam: EGBUS no lesions, vagina without discharge, cervix without lesions; bimanual exam reveals nontender normal sized uterus no adnexal masses or tenderness no cervical motion tenderness; Extremities no edema

Skin: Erythema of the central and inferior area of the face with some telangiectasias no comedones slight dryness and scale on the chin

Extremities there is no joint deformity or swelling in hands and wrists and knees.

**Assessment**

Asthma, mild intermittent (493.90) (J45.20); Last Impression: Aug 30 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (PrimaryCare/DMF).
Rosacea (695.3) (L71.9); Last Impression: Aug 30 2016 | Has been responding to topical metronidazole | Haubach, Carol M (PrimaryCare/DMF).
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: Aug 30 2016 | Rule out lupus - given facial rash | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: Aug 30 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (PrimaryCare/DMF).
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Orders**

ANA IFA Screen wRfx Titer Only; Requested for: 30 Aug 2016.
CCP Cyclic Citrullinated Peptide Ab IgG; Requested for: 30 Aug 2016.
CRP C-Reactive Protein ( Non High Sensitivity ); Requested for: 30 Aug 2016.
Rheumatoid Factor; Requested for: 30 Aug 2016.
Sedimentation Rate ESR; Requested for: 30 Aug 2016.
UA wMicroscopic No Cult If Ind; Requested for: 30 Aug 2016.
Uric Acid; Requested for: 30 Aug 2016.
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Qty60; R6; Rx.
ThinPrep TIS Pap + HPV mRNA E6/E7; Requested for: 30 Aug 2016.

**Plan**

Return to clinic to 3 months sooner if needed.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 08/30/2016 4:59 PM PST; Author.

Carol M Haubach M.D.

Shaw, Kimberly

DOB

MAR 30 2016 BP: 128/70 WT: 196 O2SAT: 98

PULSE: 65 TEMP: 96.7°

Feels good, back to full time work since mid-March. Continues on Xarelto 20 mg daily. Breathing ok but fatigue in day, time variable. No wheezing, but tired climbing stairs.

Current meds: Advair 250/50 BID, Pro Ventolin Singulair 10 mg QPM, NOW on prednisone 5 mg daily since March 22nd

Prozac reduced to usual dose 20 mg day on March 15th

Alert

Lungs – clear

CV – RR, no m

Ext – Ø

I: Well controlled asthma

P: (1) ↓ prednisone to 5 mg/day

(2) Continue Xarelto through mid-May

(3) All other meds same, keep Prozac 20 mg/day

(4) Return in mid-May, 2016.

[signature]

Shaw, Kimberly

MAR 08 2016 BP: 120/72 WT: 189 O2SAT: 97 RA DOB:

NA 3/30/16 PULSE: 77 TEMP: 97.1

Back to work part-time as of 2-22-16 → 2-26-16
4 hrs/day, full-time as of 2-29-16 without restrictions.
Was seen at DHSC ED on 3-3-16 for evaluation exertional
dyspnea, last week and 5 lbs. LE ultrasound done, found
negative. Also had CT PA which was reportedly negative
WBC 17,100 due likely prednisone 20mg/day.
H/H 14.5/43.2, P 391K. Glucose ↑ 141.
On prednisone daily since late Nov., 2015. On
Advair 250/50 ⓣ BID, PRN Ventolin inhaler, no longer on
theophylline, montelukast 10mg QPM, Zyrtec 10mg QPM,
Prozac 40mg/day, gabapentin 600mg TID, Xarelto 20mg QAM
Takes lorazepam 1mg up to twice daily.
Alert
Heeni do WD
Mouth - Clear
Lungs - Completely clear. No cough
I. Well controlled asthma, dyspnea 2° anxiety episode { J45.998 J45.30
P: (1) ↓ prednisone to 10mg per day as of 3-9-2016
(2) Make Zyrtec PRN
(3) Continue all other meds same. Extend Xarelto thru mid-May
(4) Return in late March, early April.
(5) Renew lorazepam
(6) Rx written for prednisone, Xarelto and lorazepam 1 mg #100
NR

[signature]

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 505 of 1114

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

DAVID L. KIPPS, M.D., FCCP
RANDALL J. REA, M.D., FCCP
MICHAEL J. ELLISON, M.D., FCCP
LAURA L. LIKAR, M.D., FCCP

February 18, 2016

Dominican Employee Health
Dominican Hospital
1555 Soquel Drive
Santa Cruz, CA 95065

RE: Kimberly Shaw
DOB:

Because of a mild relapse in her asthmatic bronchitis, please revise the date that she could resume part-time work for 4 hours daily to Monday, February 22, 2016. She now feels able to resume full-time employment without restrictions by Monday, February 29, 2016.

If further questions remain, please contact my office.

Sincerely,

David L. Kipps, M.D.

Shaw, Kimberly

2-16-16 Will ↓ prednisone starting tomorrow to 20mg/day. gave pt. another 13 tablets 20mg prednisone to her to have in reserve. To stop theophylline also, at 300mg/day - KMK    DOB:

**Date:** 02/18/16 : 10:51am
**Title:** Phone call.

Pt said you asked her to call in today and advise you on how she was doing.
Pt doing much better and would like a note from you stating it's ok for her to go back to work on Monday 2/22/16 for 4hrs a day for the week and then full time starting the week of 2/29/16.
If questions c/b

-RPM

Gave message to Kipps, he will call pt back.
-RPM

**Date:** 02/24/16 : 09:03am
**Title:** Disability request
Pt came in to pick up her excuse letter.Pt requesting for online disability to be updated.It is done online.

aby questions

v.v    Need to do by physician assistant.

2/26/16 unable to update the above info on line. Contacted patient to advise and let Dr. Kipps know. (PA)
Also, pt states if this is not updated she will not get her disability payment. (PA)

SANTA CRUZ PULMONARY MEDICAL GR[OUP]
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

DAVID L. KIPPS, M.D., FCCP
RANDALL J. REA, M.D., FCCP

MICHAEL J. ELLISON, M.D., FCCP
LAURA L. LIKAR, M.D., FCCP

February 9, 2016

Dominican Employee Health
Dominican Hospital
1555 Soquel Drive
Santa Cruz, CA 95065

RE: Kimberly Shaw
DOB:

Kim Shaw was seen today by me in my office having recovered from acute asthmatic bronchitis, being today well except for limited physical endurance. She has my medical clearance to return working part-time for four hours daily on February 10, with no limitations other than four hours. On February 22, she can resume full-time employment without restrictions.

If further information needed, please contact my office.

Sincerely,

David L. Kipps, M.D.

Shaw, Kimberly
DOB:

NA 3/8/16

FEB 0 9 2016 BP: 110/60 WT: 184 O2SAT: 98

PULSE: 68 TEMP: 97.1

Has had nausea and ↑ jittery, stopped theophylline on 2-7-16, had been on theophylline 300mg SR BID; still on montelukast 10mg QPM, Advair 250/50 i BID, PRN Ventolin inhaler — not needed since last hospitalization. Last prednisone dose on 2-7-16, then on 10mg/day. No prednisone available. On Xarelto 15mg BID

Afebrile then 20mg/day on

Lungs - perfectly clear 2-12-16

w-RR, no [illegible]

Ext-Ø

I: Resolved acute PE, asthmatic bronchitis

P: (1) Resume work on Wednesday, Feb 10th, full time employment on Monday, Feb 22

(2) Packet of prednisone 20mg # 18

(3) On Xarelto planned for 3 mos, on day 3 [illegible] as of Friday, Xarelto

(4) Letter to resume work → Employee Health.

(5) Return in 1 mo.

[signature]

2-12-16 phone Resumed working part-time 2-10, developed [illegible] several hours ↑ wheezing

Unable to work today, worked only 1 hour yesterday.

To start prednisone 40mg/day now. On theophylline 300mg QAM. also

Shaw, Kimberly

Lungs - faint wheezing expir. wheezing DOB:

↑ RR, no ©

ext - ∅ edema

IMP. S/P RUL pulmonary embolism
Resolving asthmatic bronchitis
Past h/o tumors

Plan: (1) Keep on Advair 250/50 ⊤ BID
(2) Pre- and post-BD spirometry
(3) ↓ Theophylline to 300mg BID, ↓ prednisone to 10mg/day
(4) Use PRN Ventolin
(5) Continue Xarelto 15mg BID
(6) Prozac 40mg daily
(7) Return in 2 weeks.

Kps

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

after order/ emerg

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Messages**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 48 years **Gender:** F

01/19/2016

**Date:** 01/19/16 : 04:53pm
**Title:** Phone Call.

Jamie, Kimberly's wife called and said Kim was worsening.
More SOB and more fatigue.
Jamie took her to DSCH 1/19/16 @ 4:50pm.
If questions call Jamie back.
415.497.9322

-RPM

See how she is doing.
No answer when called
at 815 AM

Shaw, Kimberly
DOB:

Resolving viral pharyngitis
Fatigue
Mild dyspepsia

Plan: (1) Underdosed on oral theophylline, increase dose to 300mg BID; new Rx written #60
(2) Continue prednisone taper as planned, off in 15 days
(3) Use Advair 115/21 ii sprays BID while still on prednisone; continue on montelukast 10mg QPM
(4) Refill lorazepam 1mg PRN up to 2/day (#100 MAX)
(5) Finish fluconazole as planned this week
(6) Return on January 26 at 9AM
(7) Return to work on February 1st

[signature]

JAN 26 2016 BP: 110/70 WT: 185 O2SAT: 98
PULSE: 72 TEMP: 96.8

Hospitalized again for right pulmonary embolism to RLL 1-19 → 1-22-16 on Xarelto 15mg BID x 3 wks. and 20mg QAM for 3 mo. total. Still gets dizzy when she gets up out of bed. Still on prednisone 20mg daily. Theophylline 300mg QAM, 300mg mid-day, 200mg each evening. Advair 500/50 and Breo Ellipta 200/25. Singulair 10mg QAM. On prednisone 20mg/day x 4 days. Still breathless. Had acute SOB on 1-20-16. Has sunny nebulized albuterol solution

Shaw, Kimberly
DOB:

JAN 1 3 2016 P.C.P. Haulbach, Carol
AGE
ALLERGIES NKDA

BP: 112/76 WT: 181 O2SAT: 96 % RA

PULSE: 75 TEMP: 97.2

Hospitalized 10 days, discharged on 1-9-16.
Discharge meds: Prednisone 20 mg TID x 5 days, then
20 mg BID x 5 days, 20 mg daily x 5 days, 10 mg x 5 day.
Theophylline 300 mg daily
Fluconazole 100 mg daily
Lorazepam 1 mg TID
Montelukast 10 mg evenings
Prozac 40 mg daily
Gabapentin 600 mg TID (300 mg tabs)
Advair 500/50 i BID
No antibiotic
Needs to resume work by second week February.
No outdoor activities. Quite weak
Trouble concentrating. Will go to return work
by Feb 15th. Sleeps well at night.
Afebrile
Lungs - clear; minimal tussive wheeze
No tubular breath sounds
CV - RR, no m/r/g, $S_1$ $S_2$
EXT - ∅
THROAT - clear of exudate

IMP: Improving decompensated asthmatic bronchitis, underdosed on theophylline

Shaw, Kimberly

DOB

MAR 30 2016

BP: 128/70 WT: 196 O2SAT: 98

PULSE: 65 TEMP: 96.7°

Feels good, back to full time work since mid-March. Continues on Xarelto 20 mg daily. Breathing OK but fatigue in day time variable. No wheezing, but tired climbing stairs.

Current meds: Advair 250/50 BID, Pro Ventolin Singulair 10 mg QPM. Now on prednisone 5 mg daily since March 22nd

Prozac reduced to usual dose 20 mg day on March 15th

Alert

Lungs - clear

CV - RR, no M

Ext - Ø

I: Well controlled asthma

P: (1) ↓ prednisone to 5 mg/day

(2) Continue Xarelto through mid-May

(3) All other meds same, keep Prozac 20 mg/day

(4) Return in mid-May, 2016.

[signature]

Shaw, Kimberly

MAR 08 2016 BP: 120/72 WT: 189 O2SAT: 97 RA DOB:

NA 3/30/16 PULSE: 77 TEMP: 97.1

Back to work part-time as of 2-22-16 → 2-26-16
4 hrs/day, full-time as of 2-29-16 without restrictions.
Was seen at DHSC ED on 3-3-16 for evaluation exertional
dyspnea at work and sides. LE ultrasound done, found
negative. Also had CT PA which was reportedly negative.
WBC 17,100 due likely prednisone 20mg/day.
H/H 14.5/43.2, P 391 K. Glucose ↑ 141.
On prednisone daily since late Nov., 2015. On
Advair 250/50 ī BID, PRN Ventolin inhaler, no longer on
theophylline, montelukast 10mg QPM, Zyrtec 10mg QPM,
Prozac 40mg/day, gabapentin 600mg TID, Xarelto 20mg QAM
Takes lorazepam 1 mg up to twice daily.

Alert
Neck - No JVD
Mouth - Clear
Lungs - Completely clear. No cough
I: Well controlled asthma, dyspnea 2° anxiety episode
P: (1) ↓ prednisone to 10mg per day as of 3-9-2016
(2) Make Zyrtec PRN
(3) Continue all other meds same. Extend Xarelto thru mid-May
(4) Return in late March, early April.
(5) Renew lorazepam
(6) Rx written for prednisone, Xarelto and lorazepam 1 mg #100
NR

[signature]

NOT PERMANENT PART OF PATIENT RECORD:

## Consultation

SHAW, KIMBERLY D - 52-78-66

* Final Report *

| | |
|---|---|
| Result type: | Consultation |
| Result Date: | 01 January 2016 12:33 |
| Result status: | Auth (Verified) |
| Result Title: | PULMONARY CONSULTATION |
| Source Of Report: | Kipps MD, David L on 01 January 2016 13:56 |
| Verified By: | Kipps MD, David L on 02 January 2016 07:12 |
| Encounter info: | 40041964, DSCH, Inpatient, 12/30/2015 - 01/09/2016 |
| Contributor system: | DSCHTRAN |

*** Final Report ***

**PULMONARY CONSULTATION (Verified)**

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40041964

PATIENT LOCATION: 2NE 2323 00

ATTENDING PHYSICIAN:

REFERRING PHYSICIAN:

CONSULTANT: David L. Kipps, M.D.

DATE OF CONSULTATION: 01/01/2016

ATTENDING PHYSICIAN:
Dr. Michael Suval

REASON FOR CONSULTATION:
Pulmonary consultation requested today by Dr. Suval for assistance in management of decompensated asthmatic bronchitis, apparently triggered by a viral upper respiratory infection occurring on 12/27/2015.

HISTORY OF PRESENT ILLNESS:
This is the third Dominican hospitalization for this depressed appearing 48-year-old married white female, a nonsmoker, who has a lifelong history of asthma. She has been hospitalized since 12/30/2015 when admitted via the emergency department in status asthmaticus.

She is a Dominican respiratory therapist who primarily works in the pulmonary rehabilitation program at the Community Hospital campus. She has never been previously intubated for asthma, and was last hospitalized overnight for acute asthma 18 years ago, and was last seen in the emergency department for asthma in 2006.

She appears to be quite compliant with her inhalers which include non-absorbed corticosteroids, having been well maintained on either Advair 250/50 or 500/50 one inhalation twice daily, the higher dose Advair used during winter months. For the past 6 months, she has been switched to Breo Ellipta at beginning dose of 100/25 mcg 1 inhalation daily. With this medication, she noted a recent flare in her asthma occurring around Thanksgiving time this year, which was treated with increased use of albuterol inhaler and 5 days of prednisone, continuing to use her Breo Ellipta 100/25, at standard dose. She improved and felt to be at baseline status until she became sick again on 12/27/2015 when she shared a respiratory infection with her wife, developing quickly worsening chest congestion, productive cough of yellow mucus, and worsening exertional dyspnea. She was seen the next day by her primary physician, Carol Haubach MD, who placed her on prednisone 40 mg daily and doxycycline 100 mg b.i.d. Patient began to use also nebulized albuterol at home which is unusual for her. She continued on the same dose of Breo Ellipta. Despite this therapy, she continued to worsen, with markedly increased exertional dyspnea which scared her, and was seen again by her physician on the morning of 12/30, who referred to Dominican Emergency Department, arriving there at 1116 hours, with initial temperature of 36.7 degrees centigrade, heart rate is 78 and regular, respiratory rate 18, and blood pressure 143/69 with a room air oxygen saturation of 100%. While in the emergency department, she received two respiratory treatments containing albuterol 5 mg mixed with ipratropium 0.5 mg, with partial relief. She also was given 60 mg of prednisone shortly before noon.

Two-view chest x-ray showed normal size heart with clear lung fields, interpretation being no acute cardiopulmonary disease. Her EKG was also unremarkable, showing sinus arrhythmia, heart rate is 61 per minute, with QRS axis of +45 degrees showing isoelectric ST segments with biphasic T-wave inversions in the anterior precordial leads and lead 3. She remained quite bronchospastic and exertionally dyspneic, requiring hospitalization.

Since admission she has received IV Solu-Medrol 60 mg q.6h., IV antibiotics (azithromycin and ceftriaxone) for the past 3 days, and routinely administered DuoNeb by nebulization. She continues also on Breo Ellipta at her dose of 100/25 mcg daily. Since admission, she has noted worsening sore throat, and has oral monilia evident by exam. She was started on fluconazole yesterday, at 100 mg daily.

She has never used higher doses of Breo Ellipta, having used in the past variable doses Advair Diskus. She has a history of allergic rhinitis and took montelukast in the past, drug discontinued for unclear reasons.

NOT PERMANENT PART OF PATIENT RECORD:

Consultation

SHAW, KIMBERLY D - 52-78-66

* Final Report *

ALLERGIES:
She has no known drug allergies.

PAST MEDICAL HISTORY:
She has a long history of depression which she feels has worsened being perimenopausal. She has taken Prozac 20 mg daily for some time. As noted, there is a lifelong history of asthma requiring multiple hospitalizations in childhood. She has had an appendectomy in 2002 and most recently underwent laparoscopic cholecystectomy on 05/21/2015 by Dr. Louis Lee.

SOCIAL HISTORY:
She is employed by Dominican as a respiratory therapist, directing the outpatient pulmonary rehabilitation program. She is a nonsmoker, and no one else smokes at her residence. She is married, patient's wife has recently been ill with a respiratory infection, not treated with antibiotics. They recently adopted a young daughter, child has been healthy.

CURRENT MEDICATIONS:
Taken at time of admission consist of the following:
1. Breo Ellipta 100/25 mcg one inhalation daily.
2. Nebulized albuterol 2.5 mg every 2-4 hours.
3. Prozac 20 mg daily.
4. Baclofen 5-10 mg q. 4-6h. p.r.n. muscle spasm.
5. Gabapentin 600 mg t.i.d. p.r.n. muscle pain.
6. Ambien 5 mg q.h.s.
7. Recently used prednisone 40 mg daily beginning on 05/28/2015.
8. Naprosyn 500 mg q.12h. p.r.n. muscle pain.

PHYSICAL EXAMINATION:
GENERAL: The patient is an alert and cooperative white female who is breathing easily room air, yet still remains exertionally dyspneic.
VITAL SIGNS: Temperature 36.9 degrees centigrade, heart rate 90, respiratory rate 20, blood pressure 135/81 and room air oxygen saturation 95%.
HEAD: Atraumatic, no sinus tenderness.
EYES: Sclerae nonicteric, pupils equal and briskly reactive.
MOUTH: Excoriations over the hard palate, with monilial exudate evident along the uvula and posterior pharyngeal wall. She had a brisk gag response. Her voice is mildly hoarse.
Neck: Supple, no palpable adenopathy or neck vein distention.
LUNGS: Symmetric chest expansion without splinting, bilateral moderate pitched expiratory wheezing in all lung fields with no tubular breath sounds or crackles appreciated. Heart: Regular heart tones without murmur or gallop.
ABDOMEN: Soft, nontender, with well-healed laparoscopic cholecystectomy scars. She has normoactive bowel sounds.
EXTREMITIES: Show no peripheral edema, calf asymmetry or compression tenderness. There is no digital clubbing.

PERTINENT LABORATORY DATA:

NOT PERMANENT PART OF PATIENT RECORD:

## Consultation

SHAW, KIMBERLY D - 52-78-66

* Final Report *

Serum electrolytes this morning show mild elevation in serum chloride due to IV normal saline use: Sodium 141, potassium 4.2, chloride 110 and serum CO2 23; BUN 12, with serum creatinine of 0.8. She has fasting hyperglycemia from IV Solu-Medrol with a sugar today of 175 mg/dL. Large panel otherwise unremarkable with normal serum magnesium of 2.3 mg/dL and calcium 9.0 mg/dL. Her serum albumin is mildly reduced from IV hydration to 3.4 g/dL. Her white blood count is elevated this morning to 14,400, believed secondary to IV steroid use: White cell differential is left-shifted with lymphopenia. Her hemoglobin/hematocrit have remained stable at 11.8/36.2% and platelet count also normal at 377,000. No arterial blood gases have been drawn.

IMPRESSION:
This lifelong asthmatic required hospitalization 2 days ago for status asthmaticus, apparently triggered by a likely viral upper respiratory infection shared with her partner. Her admission 2 view chest x-ray was completely clear, and pneumonia is doubted. In retrospect, she is underdosed on Breo Ellipta 100/25 mcg used once daily, and apparently needs higher maintenance dose inhaled corticosteroids. She can resume use of Advair 250/50 or 500/50 twice daily or use higher dose Breo Ellipta 200/25 mcg once daily. This was discussed in detail with the patient. She has steroid hyperglycemia and oral monilial pharyngitis is evident. Finally, she notes worsening depression and may benefit from increased doses of Prozac.

PLAN:
1. Discontinue azithromycin and ceftriaxone as pneumonia unlikely, continue fluconazole for oral monilia.
2. Reduce IV Solu-Medrol by 50%, and double dose of Prozac to 40 mg daily.
3. Resume montelukast, used in the past without side effects, dose 10 mg each evening.
4. Needs to either resume after discharge twice daily Advair Diskus or use higher dose Breo Ellipta as discussed above.
5. Home in several days when largely wheeze free, anticipate 2-3 more days in the hospital.

Thank you for requesting pulmonary consultation. I will follow and assist in her respiratory management.

DAVID L. KIPPS, M.D., FCCP

DLK/EG
D: 01/01/2016 12:33:46
T: 01/01/2016 13:56:35

Internal Job: 682908237
External Job: 1261468

Printed by: Kipps MD, David L
Printed on: 01/13/2016 12:33

NOT PERMANENT PART OF PATIENT RECORD:

## Consultation

SHAW, KIMBERLY D - 52-78-66

* Final Report *

cc:
Michael Suval, D.O.

Carol Haubach, M.D.
CAROL HAUBACH

**Signature Line**

Electronically Signed By:
Kipps MD, David L
On 01/02/16 07:12
Co Signature By:
Modified Signature By:
Kipps MD, David L
On 01/02/16 07:12

Printed by: Kipps MD, David L
Printed on: 01/13/2016 12:33

# History and Physical

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 30 2015 5:28PM

History and Physical

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40041964

PATIENT LOCATION: EDIP 09 00

ATTENDING PHYSICIAN: Michael Suval, DO

ADMISSION DATE: 12/30/2015

ADMITTING DIAGNOSIS:
Status asthmaticus.

HISTORY OF PRESENT ILLNESS:
This patient is a 48-year-old woman who has a long history of asthma who presents to the emergency department for worsening symptoms of asthma. The patient states that she initially developed symptoms approximately 4 days ago in which she had a loose cough and noticed increased wheezing. The patient uses both rescue as well as control inhalers at home and noted that she was not getting better. The patient presented to her primary care physician's office 2 days ago, was placed on doxycycline and oral prednisone 40 mg daily. The patient continued to do poorly at home having significant bronchospasm specifically with movement and with cough. She states she has had cough productive of yellow sputum. She denies hemoptysis.

As her symptoms were not improving, the patient went to her primary care physician today for further evaluation. Patient was given a single treatment in her primary care physician's office without significant relief. The patient was then directed to the emergency department. While in the emergency department, the patient was given multiple med neb treatments, as well as 60 mg of prednisone IV without significant resolution of symptoms. Patient continues to be markedly bronchospastic particularly with any exertion. Given the patient's failure at outpatient therapy, the patient is admitted to the hospital for

## History and Physical

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 30 2015 5:28PM WMH MRN:

further evaluation and treatment.

PAST MEDICAL HISTORY:
Significant for:
1. The usual childhood diseases.
2. Asthma for greater than 30 years. Patient was last seen in a hospital setting for asthma approximately 10 years ago. Patient has never been intubated. Patient rarely uses home oral steroids.
3. Depression.

The patient denies history of other cardiac, pulmonary, renal, or endocrine disease.

PAST SURGICAL HISTORY:
Significant for foot surgery as well as removal of a ganglion cyst.

ALLERGIES:
The patient has no known drug allergies.

MEDICATIONS ON ADMISSION:
1. Gabapentin 600 mg t.i.d. p.r.n. pain.
2. Baclofen 5-10 mg q.4-6h. p.r.n. spasm.
3. Prozac 40 mg daily.
4. Ventolin inhaler p.r.n.
5. Ambien 5 mg q.h.s.
6. Breo inhaler 100/25 mcg one puff daily.
7. As previously stated, both prednisone and doxycycline.
8. Zanaflex 4 mg 1-2 caps at bedtime p.r.n. muscle spasm.
9. Naprosyn one tablet q.12h. p.r.n. pain.

SOCIAL HISTORY:
Patient is a nonsmoker and rarely drinks alcohol. She lives in a very supportive household with her partner, who is present at bedside. The patient is employed as respiratory therapist.

FAMILY HISTORY:
Reviewed and noncontributory to the current disease process.

REVIEW OF SYSTEMS:
A 10-point review of systems is conducted at time of admission including HEENT,
cardiovascular, pulmonary, GI, GU, endocrine, musculoskeletal and psychiatric.
These are all negative except for that which is mentioned in history of present
illness and past medical history.

PHYSICAL EXAMINATION:
GENERAL: This patient is a pleasant appearing 48-year-old woman she is alert and oriented x3. She is in moderate distress secondary to bronchospasm.
VITAL SIGNS: Blood pressure is 130/62, apical rate is 82, respirations are 18 and unlabored. O2 saturation is 98% on room air. Patient is afebrile.
HEENT: Normocephalic, atraumatic. PERRLA. EOMI. Funduscopic exam is unremarkable. Mucous membranes are moist. EACs are patent. Tympanic membranes
are intact.
NECK: Supple without jugular venous distention or hepatojugular reflux. There
is no thyromegaly or cervical lymphadenopathy appreciated. Carotids are 2/4 and

**History and Physical**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 30 2015 5:28PM WMH MRN:

without evidence of bruit.
Cardiovascular: Normal sinus rhythm. S1 and S2 are clearly auscultated without
S3, S4, murmur, gallop, thrill, click, or rub.
LUNGS: Diminished breath sounds bilaterally with poor air exchange specifically
in the bases. The patient has both inspiratory and expiratory wheezing. No rhonchi or rales are appreciated.
ABDOMEN: Soft, nontender. Bowel sounds auscultated x4. There is no hepatosplenomegaly appreciated on this examination.
EXTREMITIES: No cyanosis, clubbing, or edema. Strength is 5/5 and bilaterally
symmetrical in both upper and lower extremities. Distal pulses are intact.
NEUROLOGIC: Exam is without focal deficit or lateralizing signs. Cranial nerves 2-12 are tested and are intact.
GU, breast and rectal exam were deferred at this time.

LABORATORY DATA:
WBCs are 11.5, hemoglobin 12.3, hematocrit 36.9, platelet count is 351,000. Indices are normochromic and normocytic. Differential is unremarkable.

Sodium is 138, potassium 3.2, chloride 106, bicarbonate is 20, BUN of 12, creatinine 0.8. Calcium is 9.3.

Chest x-ray is unremarkable.

IMPRESSION:
1. Acute exacerbation of chronic asthma.
2. Asthma.
3. Depression.

PLAN:
Patient is admitted to a general medical floor bed. She will be treated aggressively with the use of beta agonist therapy, inhaled steroids, IV steroids
and IV antibiotics. Respiratory Therapy has been consulted to assist in this patient's management. VTE prophylaxis will be done with sequential compression
devices.

CODE STATUS:
Patient is a FULL CODE.

LENGTH OF STAY:
It is anticipated this patient's hospital stay will be greater than two midnights.

MICHAEL SUVAL, DO

MS/EG
D: 12/30/2015 17:28:56
T: 12/30/2015 20:20:45

Internal Job: 682752853
External Job: 1261156

**History and Physical**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 30 2015 5:28PM WMH MRN:

cc:

CAROL HAUBACH

Electronically Signed By:
Suval, Michael MD
On 12/31/15 06:31
Co Signature By:
Modified Signature By:

Michael J Suval D.O.

# History and Physical

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 12 2015 10:32PM

PATIENT: SHAW, KIM D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 39715487

PATIENT LOCATION: 2WST 2117 00

ATTENDING PHYSICIAN: Hannah B. Farquharson, MD

ADMISSION DATE: 05/12/2015

ADMITTING DIAGNOSIS:
Biliary colic.

HISTORY OF PRESENT ILLNESS:
The patient is a very pleasant 48-year-old female, who was at her baseline level of health on the morning of admission when woken up, getting prepared for work, had a normal fruit-based smoothie, went to work in her usual state of health, did not have lunch and noticed at approximately 12:30 in the afternoon acute onset of right upper quadrant abdominal pain. The pain is described as sharp and stabbing, nonradiating, coming in waves and then releasing with associated nausea but no actual emesis. The patient also noticed she had increased flatulence and abdominal distention with bloating. She walked home from work due to feeling so ill.

The patient denies any fevers, chills. There was no previous prodromal generalized malaise. No diaphoresis. However, once home she did have episode of large watery bowel movement without relief of pain. There has been no other constipation or diarrhea prior to this isolated episode. The patient has had no recent travel or unusual food intake.

REVIEW OF SYSTEMS:
Complete 14-point review of systems performed. Pertinent findings included in the history of present illness as above. Otherwise negative.

PAST MEDICAL HISTORY:

**History and Physical**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 12 2015 10:32PM | WMH MRN: | |

1. Moderate persistent asthma.
2. L5-S1 disk herniation with associated radiculopathy.

PAST SURGICAL HISTORY:
1. Tonsillectomy.
2. Appendectomy.
3. Rhizotomy of the L5-S1 root.
4. Foot surgery of the fifth metatarsal.

MEDICATIONS:
1. Breo Ellipta, one inhalation q.h.s.
2. Ventolin albuterol inhaler as needed for shortness of breath or wheezing.
3. Prozac 20 mg p.o. daily.
4. Gabapentin 600 mg p.o. t.i.d.
5. Baclofen 10 mg every 4-6 hours as needed, regularly taking approximately 3-4 times a day.
6. Zanaflex 4 mg p.o. q.h.s.
7. Vitamin D supplement.

ALLERGIES:
No known drug allergies.

FAMILY HISTORY:
Significant for father with coronary artery disease, undergoing coronary artery
bypass grafting in his mid 50s as well as COPD and history of chronic tobacco dependency. Mother has a mild multiple sclerosis.

SOCIAL HISTORY:
The patient is married, has an adolescent daughter who are both at the bedside
and present for patient''s admission. The patient rarely drinks; social alcohol
intake only. She does not smoke tobacco or marijuana and has no other illicit substance use. Patient is employed as the coordinator for the outpatient pulmonary rehabilitation clinic for Dominican Hospital, as well as performing inpatient pulmonary rehab teaching.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 36.7, heart rate 66 and regular, blood pressure 138/76, respiratory rate 18, pulse oximetry saturation 100% on room air.
GENERAL: The patient is in moderate distress, folded over holding abdomen with emesis basin.
HEENT: Head is normocephalic and atraumatic. The pupils are equally reactive from 3-2 mm bilaterally, equal light reflexion. Extraocular movements are intact. The conjunctivae are clear. The oropharynx is with dry mucous membranes. The tympanic membranes are visualized and clear.
NECK: Supple. Spontaneous full range of motion. No lymphadenopathy in the submental, cervical or supraclavicular regions. The thyroid palpates without nodularity or megaly. The trachea is midline. There is no jugular venous distention.
CARDIOVASCULAR: S1, S2 auscultated in a regular rate and rhythm. No murmurs, gallops, or rubs.
PULMONARY: The lungs are clear to auscultation bilaterally.
ABDOMEN: Active bowel sounds in all 4 quadrants. Soft, mild distention with exquisite tenderness to palpation of the right upper quadrant. There is no rebound. There is no guarding. There is no hepatosplenomegaly.
EXTREMITIES: No clubbing, no cyanosis, no edema. Dorsalis pedis, radialis

**History and Physical**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 12 2015 10:32PM | WMH MRN: | |

pulses palpate at 2+ symmetric throughout all extremities. There is no gross deformity.
INTEGUMENT: Warm, dry and pink with capillary refill less than or equal to 2.5 seconds in all extremities. No rashes. Non-diaphoretic.
NEUROLOGIC: The patient is alert and oriented x3. Cranial nerves 2-12 are grossly intact.

OBJECTIVE DATA:
1. CBC: White blood cell count 7.6, hemoglobin 14.3, hematocrit 43.3, platelets 370.
2. Complete metabolic panel: Sodium 141, potassium 3.7, chloride 109, CO2 20, BUN 6, creatinine 0.8, glucose 94, calcium 10. Total protein 7.3, albumin 4.1, total bilirubin 0.4, ALT 17, AST 15, alk phos 53, lipase 167. HCG less than 5.
3. Urinalysis: Specific gravity 1.002; otherwise, remarkably within normal parameters.

RADIOGRAPHIC:
Gallbladder ultrasound: Cholelithiasis without definite evidence of cholecystitis or biliary obstruction.

ASSESSMENT:
The patient is a very pleasant, healthy 48-year-old female in the setting of acute onset, waxing and waning, sharp stabbing right upper quadrant pain with no fevers or chills. No elevated white blood cell count or transaminases. Increased flatulence, mildly obese and in her mid 40s consistent with a cholelithiasis and possibly choledocholithiasis. The patient is being admitted to the hospital and managed for pain control and nausea with further evaluation for surgical versus ERCP intervention if indicated pending MRCP in the morning.

PLAN:
Course of care has been discussed with the patient and her wife bedside. All questions have been answered. Advanced directives are not in place. The patient is a FULL CODE.

It is my best medical judgment at time of admission patient will have a less than 2 midnight stay.

HANNAH B. FARQUHARSON, MD

HBF/SR
D: 05/12/2015 20:07:00
T: 05/12/2015 22:32:56

Internal Job: 655020630
External Job: 1221889

**History and Physical**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 12 2015 10:32PM | WMH MRN: | |

cc:

CAROL HAUBACH

FamilyPractice CHWDR

# nHistory and Physical

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Dec 29 2014 3:20PM

**Reason For Visit**
Patient presents for WWE with PAP but is also has URI since Friday.

**HPI**
47-year-old woman here with 4 days of cough which is dry right nasal congestion with yellow thick mucus from the right nostril. Slight sore throat some right-sided pleuritic chest discomfort with deep inspiration. She has been using her albuterol inhaler more often for wheezing seems to be controlling the wheezing in between treatments. Not short of breath currently. Doesn't feel she needs prednisone she has been on in the past for asthma exacerbations. She works as a respiratory technician in the hospital. she did have her flu shot. She is not a smoker. Her temperature has been about 99?°. She's had body aches and chills. She's wanted to lay in bed however she's been having to travel to the Central Valley because her partner's mother is in a coma. She would like to go back on Ambien because the trazodone though it helps her sleep please her feeling very dry in the morning and foggy area she did not have side effects with the Ambien and was only taking 5 mg.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF 2 TIMES A DAY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 1 OR 2 TABLETS EVERY 8 HOURS AS NEEDED.; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS WITH FOOD AS NEEDED.; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;; RPT
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY. TITRATE AS DISCUSSED.; Rx.

**Active Problems**
Asthma, mild intermittent (493.90); Last Impression: 29 Oct 2014 | Continue current medications. We'll give her Pneumovax today. She had her flu shot already | Haubach, Carol M (Family Medicine)
Bunion (727.1); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Depression (311); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts
Insomnia (780.52); Last Impression: 29 Oct 2014 | chronic intermittent. will d/c ambien try trazodone | Haubach, Carol M (Family Medicine)
Lumbago (724.2)
Lumbar disc herniation (722.10); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 29 Oct 2014 | add alleve, refer to dr ryan | Haubach, Carol M (Family Medicine).

**PSH**
Appendectomy; 2003

nHistory and Physical

Patient: KIMBERLY SHAW
Encounter: Dec 29 2014 3:20PM

MRN: 11371144
WMH MRN:

Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father; CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0); and possible MS.

**Personal Hx**

Never a smoker (V49.89); lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Zenker,Amy on 29 Dec 2014 02:31 PM
BP:100/68,
HR: 76 b/min,
Resp: 18 r/min,
Temp: 98.4 F,
Height: 175 cm, Weight: 188 lb, BMI: 27.8 kg/m2,
BMI Calculated: 27.85 ,
BSA Calculated: 2.01 ,
LMP: 10Dec2014,
O2 Sat: 97 (%SpO2),
PHQ2 Total: Negative.

**Physical Exam**

GENERAL: alert, comfortable in no apparent distress

EYES: PERRL EOMI Clear without discharge or erythema

EARS: TM's grey with normal landmarks bilaterally only partial view of the right TM due to excessive wax buildup

NOSE: Clear without congestion or rhinorrhea

SINUS: No sinus tenderness.

OROPHARYNX: Clear without exudates. Tonsillary hypertrophy absent

NECK: Supple No significant adenopathy.

LUNGS: No tachypnea Clear without wheezing, crackles or retractions.

HEART: RRR without murmur

.

**Assessment**

Influenza-like illness (487.1); Last Impression: Dec 29 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or wheezing to return to clinic as she may require prednisone. | Haubach, Carol M (PrimaryCare/DMF).
Insomnia (780.52); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: Dec 29 2014 | Ambien renewed trazodone discontinued | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Amoxicillin-Pot Clavulanate 875-125 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS UNTIL GONE;

nHistory and Physical

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 29 2014 3:20PM WMH MRN:

Qty20; R0; Rx.
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP;
Qty15; R3; Rx.

**Plan**

Rtc next available 40min WWE.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/29/2014 3:05 PM PST; Author.

Carol M Haubach M.D.

Dignity Health Medical Group.
Dominican
A Service of Dignity Health Medical Foundation

Physical Medicine &Rehabilitation
1595 Soquel Drive, Suite 110
Santa Cruz, CA 95065
Direct 831.462.4444
Fax 831.462.4488

Patient Name: Kimberly Shaw
Date of Birth: _

Date: 11/21/14
MRN: 1137114

New Patient Questionnaire MRN # 1137114

Reason for visit: NP - Est Care - L5/S1 Annular Tear Sciatica

Mark in the areas of your body where you now feel your typical pain. Include all affected areas. Use the appropriate symbols indicated below: PAIN = XXXXXX NUMBNESS = OOOOOO




DESCRIBE YOUR PAIN

Place a check next to all that apply.

| | | | | |
|---|---|---|---|---|
| ✓ Sharp | ✓ Electric | ✓ Constant | ✓ Intermittent | __ Stiffness |
| ✓ Dull | __ Throbbing | ✓ Burning | ✓ Debilitating | |
| ✓ Achy | __ Numbness | ✓ Tingling | ✓ Radiating | |

Are you experiencing any weakness since your pain began? No

Are your symptoms the result of trauma? If yes, please briefly describe. Unknown
MVA 1987

Circle your least and greatest pain levels over the past two weeks:

(No Pain) 0 1 (2) 3 4 5 6 7 · 8 9 10 (Severe Pain)

11/21/14

What makes your pain worse? Driving/Riding in car, Pulling, Lifting, Bending for any period of time

9/3/13

Dignity Health Medical Group.
Dominican
A Service of Dignity Health Medical Foundation

Physical Medicine &Rehabilitation
1595 Soquel Drive, Suite 110
Santa Cruz, CA 95065
*Direct 831.462.4444*
*Fax 831.462.4488*

What makes your pain better? Rest, leg elevation, ice

When did you first notice your symptoms? 2006

PREVIOUS TREATMENT

Put a check next to each type of treatment you have had for your symptoms in the past.

✓ Hot pack ___ Ultrasound ✓ Ice ___ Massage ___ TENS/E-Stim
___ Yoga/Tai-chi ✓ Exercises ___ Traction ✓ Bed Rest ___ Pool therapy
✓ Injections ___ Braces/splints ___ Surgery ___ Acupuncture
___ Chiropractic adjustments ✓ Osteopathic manipulation ✓ Rhizotomy L5/S1 2006

What medications do you, or have you, used for your symptoms? Gabapentin 300 TID, Aleve 500 BID, Zanaflex

SPECIAL TESTS

Please indicate whether you have had any tests related to your symptoms

✓ Xrays ✓ MRI ___ EMG/Nerve test
___ Bone Scan ___ CT

PAST MEDICAL HISTORY

Please list any other medical problems you have had.
Asthma, MILD ANXIETY/DEPRESSION

Please list any surgeries you have had with the year they occurred.
Appy 2003, ORIF Ⓡ 5th Metatarsal 2004, Ⓡ wrist Ganglion Cyst 2012

FAMILY HISTORY

Please indicate if any immediate members of your family have had any of the following

| | Mother | Father | Sibling |
|---|---|---|---|
| Heart Disease | | ✓ | |
| Stroke | | | |
| Cancer | | | |
| Spine problems | | | |
| Osteoarthritis | | | |
| Autoimmune disease | ✓ | | |

? MS

Dignity Health Medical Group
Dominican
A Service of Dignity Health Medical Foundation

Physical Medicine &Rehabilitation
1595 Soquel Drive, Suite 110
Santa Cruz, CA 95065
*Direct* 831.462.4444
*Fax* 831.462.4488

## SOCIAL HISTORY

Please indicate if any of the following currently apply to you:

| | Current | Past | Year Quit? |
|---|---|---|---|
| Use of tobacco | | | |
| Consumption of alcohol | ✓ | | socially |
| Uses of recreational drugs | | | |
| Use of medical marijuana | | | |

Are you working? Yes
If yes, what type of work do you do? Pulmonary Clinical Coordinator
If not, are you retired? _____

## REVIEW OF SYSTEMS

Check all that apply.

Constitutional
____Fever/Chills
____Sweats
____Unexplained weight loss
✓ Fatigue

Cardiovascular
____Chest Pain
____Fainting
____Irregular heart beat

Respiratory
✓ Shortness of breath
____Cough
____Wheezing

Gastrointestinal
____Nausea/vomiting
____Diarrhea
____Constipation
____Bloody stools

Genitourinary
____Bladder incontinence
____Bladder urgency
____Pain/burning with urination

Hematologic
____Anemia
____Bleeding disorder
____Easy bruising

Musculoskeletal
✓ Joint stiffness/swelling
____Muscle pain
____Fractures

Neurologic
____Headaches
____Seizures
____Confusion
____Memory loss
____Numbness

Psychiatric
✓ Anxiety/depression
____Sleep disorder
____Stress

Skin
____Rashes
____Skin sores

9/3/13

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001MR2017002564!
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 6/12/2017 3:20:00PM
**Resulted:** 6/12/2017 3:20:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**MR Brain wo+w Con** **Stage:** **Final**

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| MR Brain wo+w Con | | | | |

Report
MRI brain with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

**Patient: SHAW, KIMBERLY** **EMRN: 11371144**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

* * * F I N A L * * *

Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25

* * * F I N A L * * *

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001MR2017002564!
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 6/12/2017 2:54:00PM
**Resulted:** 6/12/2017 2:54:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**MR C Spine wo+w Con**

**Stage:** Final

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| MR C Spine wo+w Con | | | | |

Report
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

**Patient: SHAW, KIMBERLY** **EMRN: 11371144**

| Test | Result | Units | Flag Reference Range |
| --- | --- | --- | --- |

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

* * * F I N A L * * *

Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06

* * * F I N A L * * *

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001CT20170137843
**Ordering Provider:** Whaley,Brad
**Performing Location:**

**Collected:** 6/12/2017 10:44:00AM
**Resulted:** 6/12/2017 10:44:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CT Head wo Con**

**Stage:** Final

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CT Head wo Con | | | | |

Report
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

* * * F I N A L * * *

Dictated by: Williams, Richard A.MD
Electronically signed by: Williams, Richard A.MD
Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02

* * * F I N A L * * *

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001CT20160277509
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 12/12/2016 7:44:00AM
**Resulted:** 12/12/2016 7:44:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CT Chest wo Con/Hi Res**

**Stage:** Final

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

* * * F I N A L * * *

Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57

* * * F I N A L * * *

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| 0 | | | | |

CT SINUS COMP/FACIAL LTD WO CONT Reported On

ORGANIZER NOTES

REPORT
CT SINUSES PERFORMED 18 NOVEMBER 2016.

CLINICAL HISTORY: ASTHMATIC WITH DAILY COUGH.

TECHNIQUE: THIN SECTION AXIAL IMAGES WERE PERFORMED THROUGH THE PARANASAL SINUSES. IMAGES WERE REVIEWED IN BOTH SOFT TISSUE AND BONE ALGORITHM. MULTIPLANAR REFORMATION WAS PERFORMED IN THE CORONAL PLANE. LOW-DOSE CT PROTOCOL WAS EMPLOYED WITH DOSE REDUCTION TECHNIQUE.

DOSE:
1. DLP 255 MGY-CM.
2. CT DI. 17.2 MGY.

FINDINGS: THERE IS SOME MINIMAL MUCOSAL THICKENING INVOLVING THE INFERIOR RIGHT MAXILLARY SINUS WITHOUT AIR-FLUID LEVELS. THE LEFT MAXILLARY SINUS IS WELL PNEUMATIZED WITHOUT AIR-FLUID LEVELS OR MUCOSAL THICKENING. THE ETHMOID, SPHENOID AND FRONTAL SINUSES ARE WELL PNEUMATIZED WITHOUT AIR-FLUID LEVELS OR MUCOSAL THICKENING. THE MASTOID AIR CELLS ARE WELL PNEUMATIZED.

THE OSTIOMEATAL COMPLEXES ARE PATENT. THERE IS A CONGENITAL CONCHA BULLOSA INVOLVING THE LEFT MIDDLE TURBINATE. THERE IS CONGENITAL SEPTAL DEVIATION TO THE LEFT WITH A CONGENITAL BONY BAR. THE OSSEOUS STRUCTURES DEMONSTRATED NO EVIDENCE OF EXPANSION OR EROSIONS.

IMPRESSION:
1. MINIMAL MUCOSAL THICKENING INVOLVING THE INFERIOR RIGHT MAXILLARY SINUS WITHOUT EVIDENCE OF ACUTE SINUSITIS.
2. PATENCY OF THE OSTIOMEATAL COMPLEXES.

* * * F I N A L * * *

DICTATED BY: SCHMETZ, MARK MD
ELECTRONICALLY SIGNED BY: SCHMETZ, MARK MD
TRANSCRIBED BY: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17, S: 11/18/2016 10:20

* * * F I N A L * * *

SCAN
MRN #_ 113711144

CT CHEST WO CON/HI RES Reported On:

ORGANIZER NOTES:

REPORT
HISTORY: 49-YEAR-OLD FEMALE WITH ASTHMA EXACERBATION. PERSISTENT COUGH.

TECHNIQUE: AXIAL TOMOGRAPHIC IMAGES OF CHEST OBTAINED FOLLOWING HIGH-RESOLUTION PROTOCOL. EXAM IS COMPARED WITH RADIOGRAPHS OF CHEST PERFORMED OCTOBER 5, AND CT CHEST PERFORMED NOVEMBER 18. SUPINE IMAGES OBTAINED ON EXPIRATION; PRONE IMAGES ON INSPIRATION.

VISUALIZED PORTIONS OF THYROID GLAND APPEAR UNREMARKABLE. NO AXILLARY OR SUPRACLAVICULAR ADENOPATHY. NO MEDIASTINAL MASSES OR ADENOPATHY. TRACHEA AND PROXIMAL BRONCHI ARE NORMAL. NO AREAS OF CONSOLIDATION OR INTERSTITIAL LUNG DISEASE. NO BRONCHIECTASIS. NO PULMONARY NODULES OR FOCAL AREAS OF GROUNDGLASS ATTENUATION IDENTIFIED. NO PLEURAL EFFUSION. NO HIATAL HERNIA OR RETROCRURAL ADENOPATHY. PATIENT STATUS POST CHOLECYSTECTOMY.

IMPRESSION: UNREMARKABLE HIGH-RESOLUTION CT OF CHEST
DOSE:

CTDIVOL: 6.92 MGY
DLP: 1083.51 MGY- CENTIMETER

ONE OR MORE OF THE FOLLOWING DOSE REDUCTION TECHNIQUES WERE USED: AUTOMATED EXPOSURE CONTROL, ADJUSTMENT OF THE MA AND OR KV ACCORDING TO PATIENT'S SIZE.

* * * F I N A L * * *
DICTATED BY: RODRIGUEZ, JUAN MD
ELECTRONICALLY SIGNED BY: RODRIGUEZ, JUAN MD
TRANSCRIBED BY: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
* * * F I N A L * * *

PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

SCAN

MRN #__________

Flag General Low High
Abnormal ! ↓ ↑ Critical ❶ ⓪ ⓘ Severe △ ❶ ❶

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001CT20160258814
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 11/18/2016 9:09:00AM
**Resulted:** 11/18/2016 9:09:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CT Sinus Comp/Facial Ltd wo Cont** **Stage:** **Final**

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CT Sinus Comp/Facial Ltd wo Cont | | | | |

Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

* * * F I N A L * * *

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

```
Dictated by:  Schmetz, Mark MD
Electronically signed by:  Schmetz, Mark MD
Transcribed by:  IP, D:  11/18/2016 10:17, T:  11/18/2016 10:17,
S:  11/18/2016 10:20
                    * * * F I N A L * * *
```

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001XR20160549421
**Ordering Provider:** Kipps,David L
**Performing Location:**

**Collected:** 10/5/2016 1:17:00PM
**Resulted:** 10/5/2016 1:17:00PM
**Verified By:** Kipps, David L
**Auto Verify:** N

**XR Chest 2 Views** **Stage:** **Final**

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| XR Chest 2 Views | | | | |

```
Report
COMPARISONS: March 3, 2016

PROCEDURE: AP and lateral radiograph obtained in the upright
position..

CLINICAL HISTORY: Recurrent asthma exacerbations, evaluate for
pneumonia. Prior chest xrays at Dominican Hospital, hospiitalized
twice earlier this year.

FINDINGS:
The lungs are clear. Cardiac silhouette is normal in size. Bones
and soft tissues demonstrate no definite acute findings.

CONCLUSIONS:
No acute cardiopulmonary disease noted.

                    * * * F I N A L * * *
Dictated by:  Martinez, Roy MD
Electronically signed by:  Martinez, Roy MD
Transcribed by:  IP, D:  10/05/2016 13:28, T:  10/05/2016 13:28,
S:  10/05/2016 13:28
                    * * * F I N A L * * *
```

0

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

### Results

**Lab Accession #** RADDMF631709
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 8/30/2016 4:00:00PM
**Resulted:** 8/30/2016 4:00:00PM
**Verified By:** Haubach, Carol M
**Auto Verify:** N

**Mammogram Bilateral**

**Stage:** Final

0

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| Mammogram Bilateral | | | |

```
Dominican Breast Center
1661 Soquel Dr. Bldg G
Santa Cruz, CA 95065-1709
Phone #: 831-476-7711
Fax #: 831-476-6189

Patient Name:SHAW, KIMBERLY
DOB:            Age: 49 Sex: F
Chart #: 109688
Accession Number: 631709
Procedure: MG Screening Digital BILAT w
Date of Service: Aug 30, 2016
Referring Physician:CAROL HAUBACH, MD


EXAM DATE: 8/30/2016 4:00 PM

PROCEDURE:  MG Screening Digital BILAT with CAD

CLINICAL HISTORY:  Screening.

COMPARISON EXAM: 01/09/2015, 09/11/2007.

TECHNIQUE: GE SenoClaire Combination full-field digital mammography (FFDM) with CAD
and digital breast tomosynthesis (DBT).

BREAST DENSITY: ACR Category 3- The breasts are heterogeneously dense, which may
obscure small masses.

FINDINGS:  No suspicious masses, microcalcifications or other signs of malignancy.

IMPRESSION:  No mammographic evidence of malignancy.
```

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

BI-RADS ASSESSMENT: 1- Negative.

RECOMMENDATION: Annual screening mammography.

In compliance with MQSA regulations and ACR guidelines, a notification letter stating the results of this exam is being sent to your patient. In addition, in accordance with California state law, the patient was informed she has dense breast tissue.

Imaging Guidelines for Early Breast Cancer Detection in Women without Symptoms:
Annual screening mammography: Yearly mammograms are recommended starting at age 40 and continuing as long as a woman is in good health.
Screening breast MRI: Recommended in addition to mammography for women with a greater than 20% lifetime risk of developing breast cancer as determined by risk assessment models.
Automated screening breast ultrasound (ABUS): An option for women with dense breast tissue as an adjunct to mammography.

Thank you for referring your patient to us.

Dictated: 8/31/2016 7:44 AM
Electronically Signed by: Kenneth Averill, MD 8/31/2016 7:48 AM
Dictated by:

Performed by: Radiology Medical Group of Santa Cruz County, 1661 Soquel Dr, Santa Cruz, CA 95065

0

## US LOWER EXTREM VENOUS DUPLEX BILAT Reported On:

3-8-2016 Kn

ORGANIZER NOTES:

REPORT
RADIOLOGIST: SIRC, EVAN
US LOWER EXTREM VENOUS DUPLEX BIL

INDICATIONS:
BILAT CALF PAIN, C/P

TECHNIQUE:
MULTIPLE SONOGRAPHIC IMAGES OF THE LOWER EXTREMITY DEEP VENOUS SYSTEM WERE OBTAINED UTILIZING GRAYSCALE, COMPRESSIVE SONOGRAPHY, AS WELL AS COLOR FLOW AND SPECTRAL WAVE DOPPLER IMAGING WITH AUGMENTATION.

COMPARISON: NONE.

FINDINGS:

THERE IS NORMAL COMPRESSIBILITY WITHIN THE BILATERAL COMMON FEMORAL, DEEP FEMORAL, SUPERFICIAL FEMORAL AND POPLITEAL VEINS.
THESE VESSELS DEMONSTRATE NORMAL COLOR FLOW AND SPECTRAL WAVEFORMS ON DOPPLER INTERROGATION.

THE VISUALIZED PROXIMAL CALF VEINS WERE DIFFICULT TO COMPRESS BUT DEMONSTRATED NORMAL APPEARING COLOR FLOW.

IMPRESSION:

NO SONOGRAPHIC EVIDENCE FOR DVT. ✓

* * * F I N A L * * *

DICTATED BY: SIRC, EVAN MD, ECISA CPOE MD #3453
ELECTRONICALLY SIGNED BY: SIRC, EVAN MD
, D: 03/03/2016 12:07, T: 03/03/2016 12:07, S: 03/03/2016 12:07

* * * F I N A L * * *

## PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ǀ ↓ ↑ Critical: ⓿ ⊙ ⊙ Severe: ⚠ ⊕ ⊕

REPORT

3-8-2016

RADIOLOGIST: SIRC, EVAN

CT PULMONARY ANGIOGRAM (CT ANGIOGRAM OF THE CHEST WITH ATTENTION TO THE PULMONARY ARTERIES).

CLINICAL INDICATION: RECURRENCE OF CHEST PAIN, DYSPNEA, REMINISCENT OF PAST PE

TECHNIQUE: AFTER THE ADMINISTRATION OF 100 ML OF ISOVUE 370 INTRAVENOUS CONTRAST, MULTIPLE THIN SECTION CONTIGUOUS AXIAL IMAGES WERE OBTAINED THROUGH THE CHEST WITH A TIMED BOLUS IN THE PULMONARY ARTERIES. CORONAL AND SAGITTAL REFORMATIONS WERE PERFORMED. 3D-RECONSTRUCTIONS WERE ALSO ACQUIRED.

DOSE REPORT:
TOTAL DLP = 601.14 MGY-CM
CTDIVOL = 54.76 MGY

COMPARISON: CHEST RADIOGRAPH DONE EARLIER TODAY AS WELL AS A PRIOR CT PULMONARY ANGIOGRAM DONE JANUARY 19, 2016

FINDINGS:

VASCULATURE: THE PULMONARY ARTERY CONTRAST BOLUS IS ADEQUATE FOR EVALUATION TO THE LEVEL OF THE DISTAL SEGMENTAL PULMONARY ARTERIES. THE SMALLER SUBSEGMENTAL VESSELS ARE NOT WELL OPACIFIED. NO ACUTE PE DEMONSTRATED. THE PREVIOUSLY DESCRIBED SMALL VOLUME OF THROMBUS WITHIN THE RIGHT LOWER LOBE SEGMENTAL ARTERIES HAS RESOLVED.

NO THORACIC AORTIC ANEURYSM OR DISSECTION. HEART SIZE IS WITHIN NORMAL LIMITS.

LUNGS: LUNGS ARE CLEAR.
PLEURA: NO PLEURAL EFFUSION OR PNEUMOTHORAX.
MEDIASTINUM: NO ADENOPATHY OR MASS.
BONES: NO SUSPICIOUS LYTIC OR BLASTIC BONE LESIONS.
UPPER ABDOMEN: GROSSLY UNREMARKABLE.

IMPRESSION:

RESOLUTION OF THE PREVIOUSLY DESCRIBED SMALL SEGMENTAL PE IN THE RIGHT LOWER LOBE. NO ACUTE PE DEMONSTRATED.

* * * F I N A L * * *

DICTATED BY: SIRC, EVAN MD, ECISA CPOE MD #3453
ELECTRONICALLY SIGNED BY: SIRC, EVAN MD
, D: 03/03/2016 12:55, T: 03/03/2016 12:55, S: 03/03/2016 12:57

* * * F I N A L * * *

XR CHEST 1 VIEW PORTABLE Reported On:

ORGANIZER NOTES:

3-8-2016

REPORT
RADIOLOGIST: MARTINEZ, ROY
CHEST X-RAY SINGLE VIEW

CLINICAL INDICATION: SHORTNESS OF BREATH AND 48-YEAR-OLD.

PROCEDURE: PORTABLE AP SITTING CHEST RADIOGRAPH OBTAINED AT 1051 HOURS.

COMPARISON EXAMINATION: FEBRUARY 16 , 2016

FINDINGS: THE SOFT TISSUES AND OSSEOUS STRUCTURES ARE UNREMARKABLE. THE COSTOPHRENIC ANGLES ARE CLEAR AND HEART SIZE IS NORMAL. PULMONARY PREGNANT DISPLAYS NO ACUTE INFILTRATES.

IMPRESSION: NO ACTIVE DISEASE.

* * * F I N A L * * *

DICTATED BY: MARTINEZ, ROY MD
ELECTRONICALLY SIGNED BY: MARTINEZ, ROY MD
, D: 03/03/2016 11:10, T: 03/03/2016 11:10, S: 03/03/2016 11:10

* * * F I N A L * * *

PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: ❶ ⊙ ⊙ Severe: ⚠ ❶ ❶

## XR CHEST 2 VIEWS Reported On:

ORGANIZER NOTES:

REPORT
RADIOLOGIST: RODRIGUEZ, JUAN
HISTORY: 48-YEAR-OLD FEMALE WITH BRONCHITIS.

FINDINGS: 2 VIEWS OF THE PATIENT'S CHEST. EXAM IS COMPARED WITH PRIOR STUDY DATED DECEMBER 30. TRACHEA IS MIDLINE. UNCHANGED APPEARANCE OF THE CARDIOVASCULAR SILHOUETTE. SYMMETRIC LUNG VOLUMES WITH NO AREAS OF CONSOLIDATION, EFFUSION OR PNEUMOTHORAX. NO SIGNS OF FAILURE. NO GROSS BONY ABNORMALITIES

IMPRESSION: STABLE APPEARANCE

* * * F I N A L * * *

DICTATED BY: RODRIGUEZ, JUAN MD
ELECTRONICALLY SIGNED BY: RODRIGUEZ, JUAN MD
, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35

* * * F I N A L * * *

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

XR CHEST 1 VIEW PORTABLE Reported On:

ORGANIZER NOTES:

REPORT
RADIOLOGIST: MARTINEZ, ROY
CHEST X-RAY SINGLE VIEW

CLINICAL INDICATION: SHORTNESS OF BREATH AND 48-YEAR-OLD.

PROCEDURE: PORTABLE AP SITTING CHEST RADIOGRAPH OBTAINED AT 1051 HOURS.

COMPARISON EXAMINATION: FEBRUARY 16 , 2016

FINDINGS: THE SOFT TISSUES AND OSSEOUS STRUCTURES ARE UNREMARKABLE. THE COSTOPHRENIC ANGLES ARE CLEAR AND HEART SIZE IS NORMAL. PULMONARY ~~PREGNANT~~ DISPLAYS NO ACUTE INFILTRATES.

IMPRESSION: NO ACTIVE DISEASE.

* * * F I N A L * * *

DICTATED BY: MARTINEZ, ROY MD
ELECTRONICALLY SIGNED BY: MARTINEZ, ROY MD
, D: 03/03/2016 11:10, T: 03/03/2016 11:10, S: 03/03/2016 11:10

* * * F I N A L * * *

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: I ↓ ↑ Critical: Severe: ⚠

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**X-Ray / EKG**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

02/16/2016

---

**Date:** 02/16/16 : 1:58pm
**Title:** XR Chest 2 Views
**Providers:** DK
Status: F

Report
Radiologist: Erdman, Daniel
Clinical Indication: R06.02, Z86.711 has recurrent exertional dyspnea since Feb 11, 2016

Technique: PA and lateral chest radiographs are submitted.

Comparisons: Chest exam dated January 19, 2016.

Findings: The heart appears normal in size. The lungs appear clear with no definite significant consolidation or atelectasis and no definite suspicious pulmonary nodules or masses are identified. Pulmonary vascular markings are within normal limits. There is no evidence of pleural effusion or pneumothorax. Degenerative changes of the thoracic spine are again apparent. No acute osseous abnormalities are identified.

Conclusions: No evidence of significant acute cardiopulmonary disease. Other findings discussed above.
***FINAL***
Dictated by: Erdman, Daniel E MD
Electronically signed by: Erdman, Daniel E MD
, D: 02/16/2016 14:23, T: 02/16/2016 14:23, S: 02/16/2016 14:24
***FINAL***

Facility: DSCH

# Echocardiogram, Transthoracic

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 20 2016 8:46AM

Echocardiogram, Transthoracic

CONCLUSIONS
Normal LV systolic function. No sig valvular issues noted. Trace TR suggestive of normal PA pressure. No evidence of RV enlargment or strain. No pericardial effusion.

MEASUREMENTS
EDV(Teich): 80.7 ml
IVSd: 0.9 cm
LVIDd: 4.2 cm
LVPWd: 0.9 cm
%FS: 37.3 %
EF(Cube): 75.3 %
EF(Teich): 67.6 %
ESV(Cube): 18.8 ml
ESV(Teich): 26.0 ml
LVIDs: 2.6 cm
LVIDs Index: 1.4 cm/m2
SI(Cube): 31.7 ml/m2
SI(Teich): 30.0 ml/m2
SV(Cube): 57.8 ml
SV(Teich): 54.6 ml
LAESV(A-L): 37.8 ml
LAESV Index (A-L): 20.8 ml/m2
LAAs A2C: 13.9 cm2
LAESV A-L A2C: 31.9 ml
LAESV MOD A2C: 31.3 ml
LALs A2C: 5.1 cm
LAAs A4C: 16.5 cm2
LAESV A-L A4C: 43.6 ml
LAESV MOD A4C: 41.3 ml
LALs A4C: 5.3 cm
TAPSE: 1.6 cm
MV A Vel: 0.9 m/s
MV Dec Slope: 3.8 m/s2
MV DecT: 203.4 ms
MV E Vel: 0.7 m/s
MV E/A Ratio: 0.8
E/E': 5.5
E': 0.1 m/s
MV PHT: 53.2 ms
MVA By PHT: 4.1 cm2
P Vein D: 0.5 m/s
P Vein S/D Ratio: 1.8
P Vein S: 0.9 m/s

**Echocardiogram, Transthoracic**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 20 2016 8:46AM | WMH MRN: | |

TR maxPG: 39.3 mmHg
TR Vmax: 3.1 m/s

STRUCTURED FINDINGS

ECG RHYTHM: Sinus rhythm.

STUDY QUALITY: This was a technically adequate study.

LEFT VENTRICLE: The left ventricular size is normal.
Left ventricular wall thickness is normal.
LV systolic function is hyperdynamic.
Left ventricular systolic function is hyperdynamic with an estimated EF of >70%.
The diastolic filling pattern indicates impaired relaxation.

RIGHT VENTRICLE: The right ventricle is normal in size.

LEFT ATRIUM: The left atrium is normal in size.

RIGHT ATRIUM: The right atrial size is normal.

AORTIC VALVE: The aortic valve is trileaflet and appears structurally normal.
There is no evidence of aortic regurgitation.
There is no evidence of aortic stenosis.

MITRAL VALVE: The mitral valve is normal.
There is trace mitral regurgitation.

TRICUSPID VALVE: The tricuspid valve appears structurally normal.
Trace tricuspid regurgitation present.

PULMONIC VALVE: There is no pulmonic regurgitation present.

AORTA: The aortic root size is normal.

IVC/HEPATIC VEINS: Normal inferior vena cava with normal inspiratory collapse consistent with estimated right atrial pressure of 3-8 mmHg.

PERICARDIUM: There is no pericardial effusion.

Non CHW Provider

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001US20160009492
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 7:22:00AM
**Resulted:** 1/20/2016 7:22:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**US Lower Extrem Venous Duplex Bilat** **Stage:** **Final**

0

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| US Lower Extrem Venous Duplex Bilat | | | |

```
Report
Radiologist: Martinez, Roy
US Lower Extrem Venous Duplex Bil

INDICATIONS:
PE, eval for DVT

TECHNIQUE:
Multiple sonographic images of the lower extremity deep venous
system was obtained utilizing grayscale, color-flow, compressive
sonography and doppler imaging with augmentation.  The images were
reviewed on a PACS workstation.

COMPARISON:
None

FINDINGS:
There is normal compressibility and flow within the common
femoral, deep femoral, superficial femoral and popliteal veins
bilaterally.

IMPRESSION:
1. Unremarkable, bilateral lower extremity deep venous ultrasound.
                                                            * * *
F I N A L * * *
Dictated by:  Martinez, Roy MD
Electronically signed by:  Martinez, Roy MD
, D:  01/20/2016 08:55, T:  01/20/2016 08:55, S:  01/20/2016 08:55
                              * * * F I N A L * * *
```

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001CT20160013679
**Ordering Provider:** Grady,John
**Performing Location:**

**Collected:** 1/19/2016 8:58:00PM
**Resulted:** 1/19/2016 8:58:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CT Angio Chest w Con** **Stage:** **Final**

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CT Angio Chest w Con | | | | |

Report
Radiologist: Lin, Jennifer
CT Chest with Contrast

Clinical Indication: Shortness of breath, suspect PE

Techniques: Axial images were obtained at one mm slice thicknesses from the thoracic outlet to the upper abdomen following the administration of 100cc of Isovue 300 intravenous contrast. Sagittal and coronal reconstructed images were also performed.

Dose report:
DLP = 587 mGy-cm
CTDI = 27.0, 18.4 mGy

Findings:

There are small filling defects within the right lower lobe segmental pulmonary arteries consistent with pulmonary emboli. No filling defects are noted on the left. The pulmonary arteries are normal in size.

The aorta is normal in size and appearance.

The lungs are clear. There is no pleural effusion. The heart is normal in size. There is no pericardial effusion.

There is no hilar, mediastinal or axillary lymphadenopathy.

Mild degenerative changes are noted throughout the thoracic spine.

Impression:
1. Small pulmonary emboli within the right lower lobe segmental

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag Reference Range |
| --- | --- | --- | --- |

pulmonary arteries.

These findings are consistent with the preliminary report provided by Nightshift radiology.

* * *

F I N A L * * *
Dictated by: Lin, Jennifer MD, MD
Electronically signed by: Lin, Jennifer MD
, D: 01/20/2016 10:55, T: 01/20/2016 10:55, S: 01/20/2016 10:57
* * * F I N A L * * *

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF00001XR20160005139
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/5/2016 6:46:00AM
**Resulted:** 1/5/2016 6:46:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**XR Chest 2 Views**

**Stage:** Final

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| XR Chest 2 Views | | | | |

```
Report
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with
prior study dated December 30. Trachea is midline. Unchanged
appearance of the cardiovascular silhouette. Symmetric lung
volumes with no areas of consolidation, effusion or pneumothorax.
No signs of failure. No gross bony abnormalities

Impression: Stable appearance
                                                          * * *
F I N A L * * *
Dictated by:  Rodriguez, Juan MD
Electronically signed by:  Rodriguez, Juan MD
, D:  01/05/2016 08:45, T:  01/05/2016 08:45, S:  01/05/2016 12:35
                              * * * F I N A L * * *
```

0

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Liker, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

**X-Ray / EKG**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/05/2016

---

**Date:** 01/05/16 : 07:46am
**Title:** XR Chest 2 Views
**Providers:** DK
Status: F

Report
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with prior study dated December 30. Trachea is midline. Unchanged appearance of the cardiovascular silhouette. Symmetric lung volumes with no areas of consolidation, effusion or pneumothorax. No signs of failure. No gross bony abnormalities

Impression: Stable appearance
***FINAL***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35
***FINAL***

Facility: DSCH

## XR CHEST 2 VIEWS Reported On:

ORGANIZER NOTES:

REPORT
RADIOLOGIST: SCHMETZ, MARK
CHEST 2 VIEWS PERFORMED 30 DECEMBER 2015.

CLINICAL HISTORY: COUGH.

TECHNIQUE: 2 VIEWS OF THE CHEST WAS SUBMITTED.

FINDINGS: THE CARDIOMEDIASTINAL SILHOUETTE WAS OF NORMAL SIZE AND CONFIGURATION. NO FOCAL CONSOLIDATIONS OR EFFUSIONS WERE DEMONSTRATED.

THE OSSEOUS STRUCTURES DEMONSTRATES MILD DIFFUSE SPONDYLOSIS THROUGHOUT THE THORACIC SPINE.

IMPRESSION:
1. NO ACUTE CARDIOPULMONARY DISEASE.
* * * F I N A L * * *

DICTATED BY: SCHMETZ, MARK MD
ELECTRONICALLY SIGNED BY: SCHMETZ, MARK MD
, D: 12/30/2015 12:29, T: 12/30/2015 12:29, S: 12/30/2015 12:29
* * * F I N A L * * *

## PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF2285388219
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 9:56:00AM
**Resulted:** 5/13/2015 9:56:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**MR Cholangiopancreatography (MRCP)**

**Stage:** Final

0

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| MR Cholangiopancreatography (MRCP) | | | |

1. Single 13 mm stone in the gallbladder. No gallbladder wall thickening or surrounding fluid to suggest cholecystitis.
2. No biliary ductal dilatation, ductal stone or pancreatic abnormality.
3. Otherwise unremarkable study.

M.R.C.P. done 5/13/2015.
History: Right upper quadrant abdominal pain and cholelithiasis by ultrasound.
Technique: In and out of phase gradient echo, T2 weighted breath-hold axial and coronal, fiesta axial and 3-D M.R.C.P. images of the abdomen were obtained using the 1.5 Tesla Signa HD scanner.
Findings: The liver is without focal parenchymal abnormalities. The gallbladder contains an approximately 13 mm stone and is without wall thickening or surrounding edema. There is no intra or extrahepatic biliary ductal dilatation. The common bile duct in the head of the pancreas measures approximately 5 mm. No ductal stone or mass is identified. The pancreas is unremarkable. The pancreatic duct is visible and is normal in caliber. The spleen and adrenal glands are unremarkable. Both kidneys are unremarkable. The stomach, duodenum and included portions of small bowel and colon are unremarkable. There is no free fluid or retroperitoneal lymphadenopathy.

0

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** RADDMF533604
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/9/2015 7:00:00AM
**Resulted:** 1/9/2015 7:00:00AM
**Verified By:** Haubach, Carol M
**Auto Verify:** N

**Mammogram Bilateral** **Stage:** **Final**

0

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mammogram Bilateral | | | | |

Patient Name:SHAW, KIMBERLY
DOB: Age: 47 Sex: F
Chart #: 109688
Accession Number: 533604
Procedure: MG Screening Digital BILAT w

Dominican Breast Center
1661 Soquel Dr. Bldg G
Santa Cruz, CA 95065-1709
Phone #: 831-476-7711
Fax #: 831-476-6189

Date of Service: Jan 09, 2015
Referring Physician:CAROL HAUBACH, MD
PROCEDURE: MG Screening Digital BILAT with CAD
CLINICAL HISTORY: Screening.
TECHNIQUE: GE full field digital mammography with CAD.
COMPARISON EXAMS: 09/11/2007.
BREAST COMPOSITION: ACR Category 3: The breast tissue is heterogeneously dense. This may lower the sensitivity of mammography.
FINDINGS: No suspicious masses, microcalcifications or other signs of malignancy.
IMPRESSION: No mammographic evidence of malignancy.
RECOMMENDATION: Routine annual mammography.
BI-RADS Category 1: Negative.
Since mammography does not detect all breast cancers, complete breast cancer screening should include monthly self-breast examinations and an annual physical examination.
A letter will be mailed to the patient indicating the results of this exam.
Thank you for referring your patient to us.
Dictated: 1/23/2015 11:59 AM
Electronically Signed by: Kenneth Averill, MD 1/26/2015 1:54 PM
Dictated by: Janelle A. Rasi MD
Confidentiality Notice: This information accompanying this facsimile transmission is legally privileged, confidential information belonging to the sender. The information is intended for the use of the ordering and/or admitting physician or above-named entity. If you are the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this in error, please call (831)476-0821
Performed by: Radiology Medical Group of Santa Cruz County, 1661 Soquel Dr, Santa

**Patient: SHAW, KIMBERLY** **EMRN: 11371144**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| Cruz, CA 95065 | | | |
| 0 | | | |

DOMINICAN BREAST CENTER, L.L.C.

Patient Name: SHAW, KIMBERLY
DOB: Age: 47 Sex: F
Chart #: 109688
Accession Number: 533604
Procedure: MG Screening Digital BILAT w
Date of Service: Jan 09, 2015
Referring Physician: CAROL HAUBACH, MD

Dominican Breast Center
1661 Soquel Dr. Bldg G
Santa Cruz, CA 95065-1709
Phone #: 831-476-7711
Fax #: 831-476-6189

**EXAM DATE:** 1/9/2015 8:00 AM
**PROCEDURE:** MG Screening Digital BILAT with CAD

**CLINICAL HISTORY:** Screening

**TECHNIQUE:** GE full field digital mammography with CAD.

**COMPARISON EXAMS:** 09/11/2007.

**BREAST COMPOSITION:** ACR Category 3: The breast tissue is heterogeneously dense. This may lower the sensitivity of mammography.

**FINDINGS:** No suspicious masses, microcalcifications or other signs of malignancy.

**IMPRESSION:** No mammographic evidence of malignancy.

**RECOMMENDATION:** Routine annual mammography.

**BI-RADS** Category 1: Negative.

Since mammography does not detect all breast cancers, complete breast cancer screening should include monthly self-breast examinations and an annual physical examination.

A letter will be mailed to the patient indicating the results of this exam.

Thank you for referring your patient to us.

Dictated: 1/23/2015 11:59 AM
Electronically Signed by: Kenneth Averill, MD 1/26/2015 1:54 PM
Dictated by: Janelle A. Rasi MD

SCAN
MRN # 1137144

PIKEVILLE MEDICAL CENTER

**Pikeville Medical Center**
Diagnostic Imaging Department
911 Bypass Road
Pikeville, KY 41501

| | | | |
|---|---|---|---|
| Patient Name: | SHAW, KIMBERLY | Patient Location: | Diagnostic Center// |
| Birthdate/Age/Sex: | 47 years/Female | Patient Type: | REGULAR OUTPATIENT |
| | | Ordering Physician: | PARKER,CARMAN |
| MRN: | 00300195 | Chart Provider: | N/A |
| Account Number: | 1421203975 | | |

## Diagnostic Radiology

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-14-0057088 | XR Spine Lumbosacral Minimum 4 Views | 7/31/2014 11:18:00 AM EDT | PARKER,CARMAN |

### Reason for Exam

Degeneration of lumbar or lumbosacral intervertebral disc

### Report

LUMBAR SPINE - MULTIPLE VIEWS

COMPARISON: 4/16/2013.

Lumbar lordosis is maintained. No other malalignments appreciated.

The vertebral body heights are within normal limits. No aggressive bone abnormalities identified. There is mild disk space narrowing at the L5-S1 level.

Gas and stool is noted within the colon.

**IMPRESSION:** No radiographic evidence of lumbar spine fracture, malalignment, or aggressive bone abnormality. Degenerative disk disease at the L5-S1 level.

****END OF REPORT****

Bradley Wells, M.D.
Radiologist

Dictated: 7/31/2014 11:34 AM

PIKEVILLE MEDICAL CENTER

Patient Name: SHAW, KIMBERLY
MRN: 00300195

**Diagnostic Radiology**

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-14-0057088 | **XR Spine Lumbosacral Minimum 4 Views** | 7/31/2014 11:18:00 AM EDT | PARKER, CARMAN |

Transcribed: 7/31/2014 11:47 AM

*** Final Report ***
Dictated: Wells, Bradley 07/31/2014 11:34 am
Transcribed by: MH 07/31/2014 11:48 am

Authenticated by: Wells, Bradley 08/01/2014 10:11 am

Technical Comments

Consent Signed?
Pregnancy status obtained? Yes

PIKEVILLE MEDICAL CENTER

**Pikeville Medical Center**
Diagnostic Imaging Department
911 Bypass Road
Pikeville, KY 41501

Patient Name: SHAW, KIMBERLY
Birthdate/Age/Sex: 47 years/Female
MRN: 00300195
Account Number: 1335305940

Patient Location: Diagnostic Center//
Patient Type: REGULAR OUTPATIENT
Ordering Physician: HARFOUSH , OBAEDA
Chart Provider: N/A

**Diagnostic Radiology**

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-13-0087766 | XR Chest 2 Views w/ Apical Lordotic | 12/19/2013 5:16:04 PM EST | HARFOUSH , OBAEDA |

**Reason for Exam**

739.2

**Report**

PA AND LATERAL CHEST

The lung volumes are adequate. There is no evidence of pleural effusion, pneumothorax or consolidative air space disease. The cardiomediastinal silhouette is unremarkable.

The bony thorax is intact. Soft tissues are unremarkable. Apical lordotic view is unremarkable.

IMPRESSION: No acute cardiopulmonary process.

****END OF REPORT****

Bradley Wells, M.D.
Radiologist

Dictated: 12/19/2013 5:20 PM
Transcribed: 12/19/2013 6:18 PM

*** Final Report ***
Dictated: Wells , Bradley 12/19/2013 5:20 pm
Transcribed by: RN 12/19/2013 6:19 pm

Authenticated by: Wells , Bradley 12/20/2013 8:36 am

PIKEVILLE MEDICAL CENTER

Patient Name: SHAW, KIMBERLY
MRN: 00300195

**Diagnostic Radiology**

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-13-0087766 | **XR Chest 2 Views w/ Apical Lordotic** | 12/19/2013 5:16:04 PM EST | HARFOUSH , OBAEDA |

Technical Comments

Consent Signed?
Pregnancy status obtained? Yes

PIKEVILLE MEDICAL CENTER

**Pikeville Medical Center**
Diagnostic Imaging Department
911 Bypass Road
Pikeville, KY 41501

Patient Name: SHAW, KIMBERLY
Birthdate/Age/Sex: 7 years/Female
MRN: 00300195
Account Number: 1310605322

Patient Location: PMC Rad Service Area//
Patient Type: REGULAR OUTPATIENT
Ordering Physician: JONES , PAULA
Chart Provider: N/A

MRN # 1137144

## Magnetic Resonance Imaging

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| MR-13-0003655 | MRI Spine Lumbar w/o Contrast | 4/16/2013 3:41:52 PM EDT | JONES , PAULA |

**Reason for Exam**

724.2 lumbago

**Report**

MRI LUMBAR SPINE WITHOUT CONTRAST - 4/16/2013

Alignment of the lumbar spine is anatomic. There is no acute fracture or subluxation visualized. There is no bone marrow edema. There is disk desiccation which is mild throughout the lower lumbar spine levels. The conus terminates at the L2 level.

L1-L2 - No canal stenosis or neural foraminal narrowing.

L2-L3 - No canal stenosis or neural foraminal narrowing.

L3-L4 - There is a minimal broad-based disk bulge with bilateral facet and ligamentum flavum hypertrophy. There is no canal stenosis or neural foraminal narrowing.

L4-L5 - No canal stenosis or neural foraminal narrowing. Bilateral facet and ligamentum flavum hypertrophy which is mild.

L5-S1 - There is bilateral facet and ligamentum flavum hypertrophy. No canal stenosis or neural foraminal narrowing.

**IMPRESSION:**

1. No acute fracture or subluxation.

2. Minimal disk bulge at L3-L4 without canal stenosis or neural foraminal narrowing.

PIKEVILLE MEDICAL CENTER

Patient Name: SHAW, KIMBERLY
MRN: 00300195

**Magnetic Resonance Imaging**

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| MR-13-0003655 | MRI Spine Lumbar w/o Contrast | 4/16/2013 3:41:52 PM EDT | JONES , PAULA |

****END OF REPORT****

Paul Matharoo, M.D.
Radiologist

Dictated: 4/16/2013 3:55 PM
Transcribed: 4/16/2013 4:30 PM

*** Final Report ***
Dictated: MATHAROO , PAUL 04/16/2013 3:55 pm
Transcribed by: MH 04/16/2013 4:33 pm

Signed: MATHAROO , PAUL 04/17/2013 6:47 pm

Technical Comments

Pregnancy status obtained? Yes

**PIKEVILLE MEDICAL CENTER**

Pikeville Medical Center
Diagnostic Imaging Department
911 Bypass Road
Pikeville, KY 41501

Patient Name: SHAW, KIMBERLY
Birthdate/Age/Sex: 47 years/Female

MRN: 00300195
Account Number: 1225501475

Patient Location: OPX//
Patient Type: REGULAR OUTPATIENT
Ordering Physician: Sharma , Devesh
Chart Provider: N/A

## Diagnostic Radiology

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-12-0063753 | **XR Hand Complete Right** | 9/11/2012 8:25:33 AM EDT | Sharma , Devesh |

### Reason for Exam

Pain in joint involving hand

### Report

RIGHT HAND

There is mild degenerative change seen involving the distal interphalangeal joints of the first, second and third fingers. No other osseous or articular abnormalities are identified.

**IMPRESSION:** Mild DJD.

William A. Kendall, M.D.
Radiologist

Dictated: 9/11/2012 8:28 AM
Transcribed: 9/11/2012 8:31 AM

*** Final Report ***
Dictated: WILLIAM KENDALL 09/11/2012 8:28 am
Transcribed by: AH 09/11/2012 8:32 am

Signed: WILLIAM KENDALL 09/11/2012 9:05 am

### Technical Comments

Consent Signed?
Pregnancy status obtained? No

Patient Name: SHAW, KIMBERLY Chart Request ID: 4461577
MRN: 00300195 Print Date/Time: 11/20/2014 4:29:53 PM
Page 1 of 1

PIKEVILLE MEDICAL CENTER

**Pikeville Medical Center**
Diagnostic Imaging Department
911 Bypass Road
Pikeville, KY 41501

Patient Name: SHAW, KIMBERLY
Birthdate/Age/Sex: 47 years/Female
MRN: 00300195
Account Number: 1206706010

Patient Location: Diagnostic Center//
Patient Type: REGULAR OUTPATIENT
Ordering Physician: KINGERY , JENNIFER
Chart Provider: N/A

## Diagnostic Radiology

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-12-0016957 | **XR Wrist Complete Right** | 3/7/2012 3:33:28 PM EST | KINGERY , JENNIFER |

### Reason for Exam

pain in joint involving hand

### Report

RIGHT WRIST

Examination of the wrist shows no evidence of fractures, dislocations or other pathological bone or joint changes.

IMPRESSION: Negative wrist.

William A. Kendall, M.D.
Radiologist

Dictated: 3/7/2012 3:36 PM
Transcribed: 3/7/2012 3:46 PM

*** Final Report ***
Dictated: WILLIAM KENDALL 03/07/2012 3:36 pm
Transcribed by: MH 03/07/2012 3:48 pm

Signed: WILLIAM KENDALL 03/07/2012 4:21 pm

### Technical Comments

Consent Signed?
Pregnancy status obtained? Yes

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
WHITNEY M. RASSBACH, M.D.
KRISTI M. ANNECONE, F.N.P.
CARRIE A. KAUFMANN, F.N.P.-B.C.
KINGA P. OLSON, F.N.P.-C.

MINORU YAMATE, M.D.
*FOUNDER*

December 28, 2016

SCAN
MRN # 1137144

Andrea Ling, M.D.
700 Frederick Street, Ste. 203
Santa Cruz, CA 95062

RE: Kimberly ("Kim") SHAW
DOB:

Dear Andrea,

I saw Ms. Kimberly Shaw, a 49-year-old pulmonary coordinator at Dominican Hospital, at your kind request on November 14 and November 28, 2016 for allergy evaluation. The patient came to the office with her female married partner who was helpful in providing part of the history for the patient.

Pertinent findings at the initial PHYSICAL EXAMINATION included normal vital signs, an excessive weight of 208 pounds on a 69-inch frame, a mild leftward septal deflection, a small perforation in the mid-septum and mild polyps in both middle meatii on anterior rhinoscopy and a normal chest examination except for a mild wet-sounding cough.

SKIN TESTS to an extensive battery of inhalant allergens revealed prominent reactivity to oak, olive, ash, elm, birch, alder and grasses. There was mild to moderate reactivity to weeds, dust mite, cat and dog dander. Skin tests to molds were found to be negative.

PULMONARY FUNCTION TESTS revealed a normal vital capacity and $FEV_1$; the mid-flow rate was mildly reduced at 87% of predicted. Pulse oximetry revealed an $O_2$ sat of 99%.

An eNO level (exhaled fraction of nitric oxide) was found to be normal at 21 ppb.

Blood laboratory studies obtained on November 16, 2016 included a normal CBC without significant eosinophilia, normal quantitative immunoglobulins except for a mildly reduced IgG of 619, a normal IgE of 24, 1 of 14 pneumococcal serotypes in the low seroprotective range and negative IgG and IgE antibodies to Stachybotrys.

Previous blood laboratory studies obtained by yourself on August 31, 2016 included a normal sed rate of 11, a normal CRP of 2.5, a negative rheumatoid factor and negative ANA.

Chest x-rays obtained on March 3 and October 5, 2016 were found to be normal.

A CT scan of the sinuses obtained on November 18, 2016 was reviewed and found to be normal except for minimal thickening at the base of the right maxillary sinus and a mild leftward septal deflection. There was no evidence of previous endoscopic sinus surgery. A CT scan of the chest obtained on November 18, 2016 and a high resolution CT scan of the chest obtained on December 12, 2016 were reviewed and found to be completely normal.

MOORPARK OFFICE: 4050 MOORPARK AVENUE, SAN JOSE, CALIFORNIA 95117-1840 TELEPHONE (408) 243-2700 FAX (408) 984-1594
BLOSSOM HILL OFFICE: 393 BLOSSOM HILL ROAD, SUITE 315, SAN JOSE, CALIFORNIA 95123-1654 TELEPHONE (408) 281-7400 FAX (408) 281-2443
REGIONAL OFFICE: 200 JOSE FIGUERES AVENUE, SUITE 470, SAN JOSE CALIFORNIA 95116-1593 TELEPHONE (408) 254-0300 FAX (408) 254-2300
GILROY OFFICE: 9360 NO NAME UNO, SUITE 250, GILROY, CALIFORNIA 95020-3535 TELEPHONE (408) 848-1800 FAX (408) 848-1840
SANTA CRUZ OFFICE: 3329 MISSION DRIVE, SANTA CRUZ, CALIFORNIA 95065-1827 TELEPHONE (831) 479-6933 FAX (831) 479-6940
FREMONT OFFICE: 2287 MOWRY AVENUE, SUITE E, FREMONT, CALIFORNIA 94538-1622 TELEPHONE (510) 797-5555 FAX (510) 797-5596
MOUNTAIN VIEW OFFICE: 285 SOUTH DRIVE, SUITE 1, MOUNTAIN VIEW, CALIFORNIA 94040-4318 TELEPHONE (650) 210-9292 FAX (650) 968-1632
MONTEREY OFFICE: 337 EL DORADO STREET, SUITE A-1, MONTEREY, CA 93940-4638 TELEPHONE (831) 649-4044 FAX (831) 649-6340
RESEARCH CENTER: 4050 MOORPARK AVENUE, SUITE 6, SAN JOSE, CALIFORNIA 95117-1840 TELEPHONE (408) 553-0709 FAX (408) 553-0757

PULMONARY FUNCTION TESTS obtained by yourself on February 16, 2016 included normal spirometry and normal diffusion capacity.

ASSESSMENT:

1. The patient has a history of chronic bronchial asthma dating back to the first few years of life. Over the years the patient has experienced intermittent episodes of coughing and wheezing treated with Advair 250/50 one spray b.i.d. for the last 15 years, Singulair 10 mg q.d. for the last year, Spiriva one spray q.d. for the last several weeks and Ventolin on an as-needed basis. Over the years the patient has experienced approximately one episode per year of an increase in chest symptoms often provoked by viral upper respiratory tract infections and stress. In 2006, while living in Las Vegas, the patient required nebulized albuterol in a local emergency room for several hours because of an exacerbation of asthma. Otherwise, the patient has done fairly well until November 2015 when she developed quite a bit of coughing and wheezing following a viral illness. Despite treatment with Medrol and a course of antibiotics, the chest symptoms persisted which led to a hospitalization at Dominican Hospital for status asthmaticus. Despite the severe exacerbation of asthma, the patient's $O_2$ sat throughout the hospitalization was noted to be normal. Following discharge the patient did well until mid-January when she was re-hospitalized for increasing shortness of breath. A D-dimer was noted to be elevated and a pulmonary angiogram revealed a small PE. Since being discharged from the hospital in January, the patient indicated that she has continued to experience recurrent episodes of a cough productive of yellow sputum, wheezing, chest tightness and dyspnea. As a consequence of the pulmonary symptoms, the patient indicated that she has been treated with repeated courses of prednisone, initially 60 mg q.d. When I saw the patient, the dose of prednisone had been reduced by yourself to two mg q.d. At the initial visit the patient was noted to have a normal chest examination, normal spirometric indices, and a normal eNO level indicating the absence of a significant inflammatory process involving the bronchial airways. The results of skin testing indicate that inhalant allergy to pollens, dust mite and dog dander (the patient has two indoor dogs) may be contributing to the recurrent pulmonary symptoms. The patient has been concerned that exposure to possible mold in the workplace as a consequence of water leakage may be contributing to the recurrent pulmonary symptoms. However, this is unlikely to be the case given the negative skin tests to molds including Stachybotrys which is the major mold related to indoor water leaks.
2. The patient has a long-standing history of symptoms of year-round allergic rhinitis including nasal congestion, rhinorrhea and sneezing. The results of skin testing indicate that the upper airway symptoms are due in part to the patient's pollen, dust mite and animal dander allergy. Flonase and Zyrtec have been of help in diminishing the upper airway symptoms.
3. Although the patient was noted to have small polyps on anterior rhinoscopy and although she has a history of purulent postnasal drainage and occasional cough productive of purulent sputum, a CT scan of the sinuses did not reveal any significant abnormalities. Additionally, a high resolution CT scan of the chest did not reveal any abnormalities including no evidence of bronchiectasis. Although the patient indicated that she previously underwent a septoplasty, submucous resection of the turbinates and endoscopic sinus surgery, the current CT scan of the sinuses does not reveal any evidence of previous endoscopics sinus surgery.
4. The patient has a history of chronic anxiety and depression which may be due in part to frequent use of prednisone. Prozac and Ativan utilized on an as-needed basis has been of some help in diminishing the above symptoms.
5. The patient has a history of right lower extremity paresthesias and pain attributed to sciatica secondary to an annular tear of the disk at L5-S1. Gabapentin and Zanaflex utilized for the last three years has been of some help in diminishing the above symptoms.

December 28, 2016

6. Blood laboratory studies revealed a mild decrease in IgG and, except for one mildly elevated pneumococcal serotype, no evidence of immunity to Strep pneumoniae despite the fact that the patient indicated that she previously was treated with Pneumovax.

RECOMMENDATIONS: I had a long discussion with the patient about the fact that her frequent pulmonary symptoms and need for numerous medications including repeated courses of prednisone are out of proportion to the current normal chest examination, normal spirometric indices and normal eNO level. I suspect that the patient's underlying heightened level of anxiety and depression for which she is being treated with Xanax and Prozac is contributing in a major way to her chronic pulmonary symptoms. Although the patient has been concerned that exposure to possible mold in the workplace as a consequence of a water leak may be contributing to her symptoms, I doubt this is the case given the negative skin tests to molds and negative immunologic studies to Stachybotrys.

I asked the patient to continue Advair 250/50 one spray b.i.d., Spiriva one spray q.d., Singulair 10 mg q.d. and albuterol on an as-needed rather than regular basis. Also, I asked the patient to continue Flonase and Zyrtec on an as-needed or regular basis for relief of the upper airway symptoms. Additionally, I understand that the patient is continuing to taper off prednisone per your schedule. When I saw the patient at the follow-up visit on November 28, 2016, she was on prednisone one mg q.d.

In view of the normal CT scan of the sinuses and normal high resolution CT of the chest, I indicated to the patient that there is no role at this time for a prolonged course of antibiotics.

Preventative dust and dog dander control measures were discussed with the patient and her partner. In an attempt to decrease the contribution of inhalant allergy to the chronic nasopulmonary disorder, a course of allergy immunotherapy will be instituted. I see from your notes that you raised the possibility of use of biologic agents including Xolair and Nucala. However, at this time the low IgE level is below the minimum level of 30 kU/L required by insurance companies to administer Xolair. Additionally, the patient does not have evidence of significant peripheral eosinophilia that is a requirement for use of IL5 antibodies such as Nucala. However, since prednisone may be contributing to both a low IgE level and normal eosinophil count, these studies will be repeated several weeks after prednisone is eventually discontinued. If the patient is noted to have a higher IgE level and/or evidence of peripheral eosinophilia off prednisone, consideration will be given to use of one of the latter biologics.

After the patient comes off prednisone, she will be immunized with Pneumovax and repeat pneumococcal serotypes will be obtained one month thereafter to assess the humoral arm of the immune system.

The patient was scheduled for a follow-up visit in one month.

Best regards,

James D. Wolfe, M.D.

JDW:jk

cc: Carol Haubach, M.D.

MRN # 1137144

Shaw, Kimberly

11-28-16

The Eval of AS/Sinusitis

R. 60

Meds

Pred 1mg last ~~week~~ Sat

Ventolin HFA 2p 3x/wk

advair 250/50 1p bid

Spiriva 2p qd

prozac 20 qd

singulair 10 qd

Zyrtec 10 qd

Flonase 2/2 qd

gabapentin 600 TID

Xanaflex 4 PRN

ativan 0.5 PRN

CC: pt is here for a F/U

⊕ s/s to report

Finished pred taper Sat 11/20/16

[illegible]

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

## PULMONARY FUNCTION FLOW SHEET

Patient: Shaw, Kimberly Birth Date: ______________

| Date | Age | Ht. | Wt. | FVC actual | FVC %pred | $FEV_1$ actual | $FEV_1$ %pred | $FEV_1$/FVC% | FEF 25-75% actual | FEF 25-75% %pred | WPF | 02 Sat | BP | eNO | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/16 | 49 | 69 | 208 | 4.49 | 113 | 3.32 | 105 | .74 | 2.40 | 77 | 8.55/130 | 98% | 112/64 | 19 | BB-MD |
| 11/28/16 | 49 | / | 200 | 4.12 | 104 | 3.18 | 100 | 77 | 2.73 | 87 | 9.25/[illegible] | 96% | 115/67 | 21 | (GH) |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

SCAN

MRN # 1137114Y

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB Date: 11/14/16

**TREES:**

| | | P/P | ID |
|---|---|---|---|
| 1-1 | Oak (mix) | | |
| 2 | Walnut (mix) | | |
| 3 | Olive | | |
| 4 | Ash | | |
| 5 | Privet | | |
| 6 | Acacia (mix) | | |
| 7 | Mulberry | | |
| 8 | Elm (American) | | |
| 9 | Elm (Fallblooming) | | |
| 10 | Birch | | |
| 2-1 | Alder | | |
| 2 | Cottonwood | | |
| 3 | Willow | | |
| 4 | Maple | | |
| 5 | Box Elder | | |
| 6 | Sycamore | – | |
| 7 | Pepper Tree | | |
| 8 | Pine (mix) | | |
| 9 | Juniper | | |
| 10 | Cedar | | |
| 3-1 | Sweet Gum | | |
| 2 | Eucalyptus | | |

**GRASSES:**

| | | P/P | ID |
|---|---|---|---|
| 3 | Bermuda | | |
| 4 | June (Kentucky) | | |
| 5 | Brome | | |
| 6 | Cultivated Oat | | |
| 7 | Meadow Fescue | | |
| 8 | Red Top | | |
| 9 | Perennial Rye | | |
| 10 | Timothy | | |
| 4-1 | Johnson | | |

**WEEDS:**

| | | P/P | ID |
|---|---|---|---|
| 2 | Sage (mix) | | |
| 3 | Nettle | – | |
| 4 | Mugwort | | |
| 5 | Western Ragweed | | |
| 6 | False Ragweed | – | |
| 7 | Cocklebur | – | |
| 8 | Marshelder | | |
| 9 | Russian Thistle | | |
| 10 | Atriplex (Scale) | | |
| 5-1 | Lamb's Quarters | – | |
| 2 | Pigweed (Redroot) | | |
| 3 | Palmer's Amaranth | – | |
| 4 | Sheep Sorrel | | |
| 5 | Yellow Dock | | |
| 6 | English Plantain | | |
| 7 | Hemp | – | |
| 8 | Mustard | | |

**PERENNIALS:**

| | | P/P | ID |
|---|---|---|---|
| ~~9~~ | ~~House Dust~~ | | |
| 10 | Dust Mite (f) | | |
| 6-1 | Dust Mite (p) | | |
| 2 | Cat (Hair) | | |
| 3 | Dog | | |
| 4 | Horse | | |
| 5 | Rabbit | | |
| 6 | Guinea Pig | – | |
| 7 | Hamster | | |
| 8 | Cockroach (mix) | | |
| 9 | Control 3 | – | — |
| 10 | Histamine | | |
| 7-1 | Feather (Chicken) | – | |
| 2 | Feather (mix) | – | — |
| 3 | Tobacco | – | |

**MOLDS:**

| | | P/P | ID |
|---|---|---|---|
| 4 | Dematiaceae | – | |
| 5 | Alternaria | – | |
| 6 | Hormodendrum | – | |
| 7 | Helminthosporium | – | |
| 8 | Aspergillus | – | |
| 9 | Aspergillus Fumigatus | – | |
| 10 | Penicillium Mold | – | |
| 8-1 | Curvularia | – | |
| 2 | Candida Albicans | – | |
| 3 | Paecilomyces | – | |
| 4 | Botrytis | – | |
| 5 | Trichophyton | – | |
| 6 | Fusarium | – | |
| 7 | Chaetomium | – | |
| 8 | Phycomycetes | – | |
| 9 | Rhizopus | – | |
| 10 | Mycogone | – | |

**INTRADERMALS:**

| | | |
|---|---|---|
| Tree Mix | | |
| Grass Mix | | |
| Weed Mix | | |
| Mold Mix 2 | | — |

BB
P/P Applied By

BB
ID Applied By

BS
P/P Read By

BB
ID Read By

117BL - Rev. 07/12

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 579 of 1114

Lincoln/ Shaw 0634

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB ___ Date: 11/14/16

| SELECT: | | (P/P) | ID |
|---|---|---|---|
| 1-1 | Milk | – | |
| 2 | Milk (Casein) | – | |
| 3 | Egg White | – | |
| 4 | Egg Yolk | – | |
| 5 | Peanut ++ | ○ | |
| 6 | Soybean ++ | ○ | |
| 7 | Wheat | – | |
| 8 | Rice | – | |
| 9 | Corn | – | |
| 10 | Oat | – | |
| 2-1 | Beef | – | |
| 2 | Pork | – | |
| 3 | Chicken | – | |
| 4 | Turkey | – | |
| 5 | Shrimp | – | |
| 6 | Codfish | – | |
| 7 | Salmon | – | |
| 8 | Tuna | – | |
| 9 | Chocolate | – | |
| 10 | Sesame Seed | – | |
| 3-1 | Almond | – | |
| 2 | Walnut | – | |
| 3 | Pecan | – | |
| 4 | Cashew | – | |
| 5 | Orange | – | |
| 6 | Banana | – | |
| 7 | Strawberry | – | |
| 8 | Cantaloupe | – | |
| 9 | Tomato | – | |
| 10 | Pea, Green | – | |
| **SEAFOOD/MEAT:** | | **(P/P)** | **ID** |
| 4-1 | Crab | | |
| 2 | Lobster | | |
| 3 | Oyster | | |
| 4 | Clam | | |
| 5 | Scallop | | |
| 6 | Perch | | |
| 7 | Bass | | |
| 8 | Catfish | | |
| 9 | Mackerel | | |
| 10 | Trout | | |
| 5-1 | Halibut | | |
| 2 | Lamb | | |

| SPICES: | | (P/P) | ID |
|---|---|---|---|
| 3 | Pepper | | |
| 4 | Onion | | |
| 5 | Garlic | | |
| 6 | Coconut | | |
| 7 | Cinnamon | | |
| 8 | Vanilla | | |
| 9 | Ginger | | |
| 10 | Gum (mix) | | |
| 6-1 | Mustard | | |
| 2 | Mushroom | | |
| 3 | Olive | | |
| **BEVERAGES:** | | **(P/P)** | **ID** |
| 4 | Coffee | | |
| 5 | Tea | | |
| 6 | Goats Milk | | |
| **FRUITS:** | | **(P/P)** | **ID** |
| 7 | Lemon | | |
| 8 | Grapefruit | | |
| 9 | Pineapple | | |
| 10 | Apple | | |
| 7-1 | Pear | | |
| 2 | Grape | | |
| 3 | Apricot | | |
| 4 | Peach | | |
| 5 | Plum | | |
| 6 | Cherry | | |
| 7 | Watermelon | | |
| 8 | Blueberry | | |
| 9 | Raspberry | | |
| 10 | Blackberry | | |
| 8-1 | Cranberry | | |
| 2 | Honeydew | | |
| 3 | Avocado | | |
| **NUTS:** | | **(P/P)** | **ID** |
| 4 | Hazelnut | | |
| 5 | Brazil Nut | | |
| 6 | Pistachio | | |

| LEGUMES/VEGETABLES: | | (P/P) | ID |
|---|---|---|---|
| 7 | Navy Bean | | |
| 8 | String Bean | | |
| 9 | Pinto Bean | | |
| 10 | Lima Bean | | |
| 9-1 | Kidney Bean | | |
| 2 | Lentil | | |
| 3 | Potato, White | | |
| 4 | Sweet Potato | | |
| 5 | Carrot | | |
| 6 | Celery | | |
| 7 | Lettuce | | |
| 8 | Squash | | |
| 9 | Asparagus | | |
| 10 | Cucumber | | |
| 10-1 | Broccoli | | |
| 2 | Cabbage | | |
| 3 | Cauliflower | | |
| 4 | Brussel Sprouts | | |
| 5 | Spinach | | |
| 6 | Pepper, Green | | |
| 7 | Eggplant | | |
| **GRAINS:** | | **(P/P)** | **ID** |
| 8 | Rye | | |
| 9 | Barley | | |
| 10 | Buckwheat | | |
| 11-1 | Yeast | | |
| 2 | Hops | | |
| 3 | Malt | | |
| 4 | Millet | | |
| **SEEDS:** | | **(P/P)** | **ID** |
| 5 | Cottonseed | | |
| 6 | Flaxseed | | |
| 7 | Sunflower | | |
| 8 | Poppy Seed | | |
| 9 | Control | | |
| 10 | Histamine | | |

BB
P/P Applied By ___ ID Applied By ___

BB
P/P Read By ___ ID Read By ___

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 580 of 1114

Lincoln/ Shaw 0635

Quest Diagnostics

Date of Service: 10/19/2016
Specimen: EN792695E

Patient Name: SHAW, KIMBERLY
DOB: AGE: 49Y Gender: F

Health ID: 8573016460771856

LING,ANDREA W
DHMG DOMINICAN DFS #288
700 FREDERICK ST STE 203
SANTA CRUZ, CA 95062-2239
Phone: 8314251906

COMMENTS: FASTING:NO

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| ANCA VASCULITIDES | | | EN |
| MYELOPEROXIDASE ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to myeloperoxidase (MPO) are commonly
associated with the following small-vessel vasculitides:
microscopic polyangitis, polyarteritis nodosa,
Churg-Strauss syndrome, necrotizing and crescentic
glomerulonephritis and occasionally Wegeners
granulomatosis. The perinuclear IFA pattern, (p-ANCA)
is based largely on autoantibody to myeloperoxidase
which serves as the primary antigen.

These autoantibodies are present in active disease state.
```

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to proteinase-3 (PR-3) are accepted as
characteristic for granulomatosis with polyangiitis
(Wegener's), and are detectable in 95% of the
histologically proven cases. The cytoplasmic IFA
pattern, (c-ANCA), is based largely on autoantibody
to PR-3 which serves as the primary antigen.

These autoantibodies are present in active disease
state.
```

**PERFORMING SITE:**

EN Quest Diagnostics, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Enrique Terrazas, M.D., CLIA: 05D0642827

The contents of this laboratory test report are based on tests performed by Quest Diagnostics. The report is NOT an official laboratory report. If you require your official laboratory report, please contact your physician.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Date of Service: 11/16/2016
Specimen: EN541711G

Patient Name: SHAW, KIMBERLY
DOB: AGE: 49Y Gender: F

Health ID: 8573016460771856

WOLFE,JAMES D
ALLERGY & ASTHMA ASSOC
3329 MISSION DR
SANTA CRUZ, CA 95065
Phone: 8314796933

**COMMENTS:** FASTING:NO

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | UL |
| WHITE BLOOD CELL COUNT | 7.8 | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.58 | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.4 | 11.7-15.5 g/dL | |
| HEMATOCRIT | 41.1 | 35.0-45.0 % | |
| MCV | 89.6 | 80.0-100.0 fL | |
| MCH | 29.3 | 27.0-33.0 pg | |
| MCHC | 32.7 | 32.0-36.0 g/dL | |
| RDW | 14.9 | 11.0-15.0 % | |
| PLATELET COUNT | 337 | 140-400 Thousand/uL | |
| MPV | 8.8 | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 4664 | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2519 | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 398 | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 187 | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | 0-200 cells/uL | |
| NEUTROPHILS | 59.8 | % | |
| LYMPHOCYTES | 32.3 | % | |
| MONOCYTES | 5.1 | % | |
| EOSINOPHILS | 2.4 | % | |
| BASOPHILS | 0.4 | % | |
| IMMUNOGLOBULINS | | | UL |
| IMMUNOGLOBULIN A | 205 | 81-463 mg/dL | |
| **IMMUNOGLOBULIN G** | **619 L** | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 50 | 48-271 mg/dL | |
| IMMUNOGLOBULIN E | 24 | <OR=114 kU/L | UL |
| STREPTOCOCCUS PNEUMONIAE IGG AB (14 SEROTYPES) | | | TXC |
| SEROTYPE 1 (1) | 0.3 | mcg/mL | |
| SEROTYPE 3 (3) | <0.3 | mcg/mL | |
| SEROTYPE 4 (4) | <0.3 | mcg/mL | |
| SEROTYPE 5 (5) | 1.0 | mcg/mL | |
| SEROTYPE 8 (8) | 1.6 | mcg/mL | |
| SEROTYPE 9 (9N) | 1.2 | mcg/mL | |
| SEROTYPE 12 (12F) | <0.3 | mcg/mL | |
| SEROTYPE 14 (14) | <0.3 | mcg/mL | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

| Quest Diagnostics<br>Specimen: EN541711G | Patient Name: SHAW, KIMBERLY<br>DOB: AGE: 49Y Gender: F<br>Health ID: 8573016460771856 | ALLERGY & ASTHMA ASSOC |
|---|---|---|

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| SEROTYPE 19 (19F) | 1.5 | mcg/mL | |
| SEROTYPE 23 (23F) | <0.3 | mcg/mL | |
| SEROTYPE 26 (6B) | 0.9 | mcg/mL | |
| SEROTYPE 51 (7F) | 0.4 | mcg/mL | |
| SEROTYPE 56 (18C) | 2.8 | mcg/mL | |
| SEROTYPE 68 (9V) | 0.8 | mcg/mL | |

Note: Serotype designations are American nomenclature, with Danish nomenclature in parentheses.

Studies from the 1980's using radioimmunoassay suggested that vaccine-induced S. pneumoniae type-specific antibody levels of approximately 2.0 mcg/mL were protective against invasive pneumococcal disease. Newer methods (ELISA and multiplexed immunoassay) incorporating an adsorption step to remove cross-reactive antibodies yield results that are comparable to each other, but are lower than those obtained with the original radioimmunoassay. Rigorous studies of protective antibody levels as determined by the newer methods have not been performed. In addition to antibody quantity, protection also depends on antibody avidity and opsonophagocytic activity.

Evaluation of the response to pneumococcal vaccination is best accomplished by comparing pre-vaccination and post-vaccination antibody levels. A 2- to 4-fold increase in type-specific antibodies measured 4-6 weeks after vaccination is expected in immunocompetent adults. The number of serotypes for which a 2- to 4-fold increase is observed varies greatly among individuals; a consensus panel has suggested that individuals older than 5 years should respond to at least approximately 70% of pneumococcal serotypes. Adults >65 years old may exhibit a smaller (<2-fold) increase in type-specific antibody levels.

This test was developed and its analytical performance characteristics have been determined by Focus Diagnostics. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGE | | | EZ |
| S CHARTARUM (RGM24) IGE | <0.10 | KU/L | |
| CLASS | 0 | | |

INTERPRETATION

| SPECIFIC IGE CLASS | KU/L | LEVEL OF ALLERGEN SPECIFIC IGE ANTIBODY |
|---|---|---|
| 0 | <0.10 | ABSENT/UNDETECTABLE |
| 0/1 | 0.10-0.34 | VERY LOW LEVEL |
| 1 | 0.35-0.69 | LOW LEVEL |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Specimen: EN541711G

Patient Name: SHAW, KIMBERLY
DOB: AGE: 49Y Gender: F

Health ID: 8573016460771856

ALLERGY & ASTHMA ASSOC

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| 2 0.70-3.49 MODERATE LEVEL<br>3 3.50-17.4 HIGH LEVEL<br>4 17.5-49.9 VERY HIGH LEVEL<br>5 50-100 VERY HIGH LEVEL<br>6 >100 VERY HIGH LEVEL<br><br>The clinical relevance of allergen results of 0.10-0.34 kU/L are undetermined and intended for specialist use.<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | |
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGG | 4.5 | < OR = 17.2 mcg/mL | EZ |
| This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | |

**PERFORMING SITE:**

EZ Quest Diagnostics/Nichols SJC, 33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042 Laboratory Director: Jon Nakamoto, MD,PhD, CLIA: 05D0643352
TXC Focus Diagnostics, 33608 Ortega Highway, San Juan Capistrano, CA 92675-2042 Laboratory Director: Hollis J Batterman, MD, CLIA. 05D0644251
UL Quest Diagnostics, 3714 Northgate Blvd, Sacramento, CA 95834-1617 Laboratory Director: M. Rose Akin, M D., FCAP, CLIA: 05D0644209

The contents of this laboratory test report are based on tests performed by Quest Diagnostics. The report is NOT an official laboratory report. If you require your official laboratory report, please contact your physician.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012017163000499
**Ordering Provider:** Whaley,Brad
**Performing Location:**

**Collected:** 6/12/2017 10:22:00AM
**Resulted:** 6/12/2017 10:56:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 141 | mMOL/L | | 136-145 |
| Potassium | 4.1 | mMOL/L | | 3.4-5.0 |
| Chloride | 108 | mMOL/L | H | 98-107 |
| CO2 | 25 | mmol/L | | 19-27 |
| Glucose Level | 114 | mg/dL | H | 70-99 |
| BUN | 10.0 | mg/dL | | 9.8-20.1 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.2 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.90 | gm/dL | | 6.40-8.30 |
| Albumin | 3.9 | gm/dL | | 3.5-5.0 |

Values are on average approximately 0.3 g/dL higher in ambulatory patients.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Alkphos | 56.0 | Units/L | | 40.0-150.0 |
| ALT | 37 | Units/L | | 0-55 |
| AST | 22 | Units/L | | 5-34 |
| Bili Total | 0.5 | mg/dL | | 0.2-1.2 |
| eGFR Afr/Am | >60 | mL/min/1.73m2 | | >=60 |

---

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

The eGFR should only be used in individuals ages 18 to 85. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| eGFR NonAfr/Am | >60 | mL/min/1.73m2 | | >=60 |

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag Reference Range |
| --- | --- | --- | --- |

----------------------------------------

| | |
| --- | --- |
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

The eGFR should only be used in individuals ages 18 to 85. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012017163000499
**Ordering Provider:** Whaley,Brad
**Performing Location:**

**Collected:** 6/12/2017 10:22:00AM
**Resulted:** 6/12/2017 10:32:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 6.0 | thousand/uL | | 5.0-11.0 |
| RBC | 4.75 | million/uL | | 4.20-5.40 |
| Hgb | 13.6 | gm/dL | | 12.0-16.0 |
| Hct | 40.8 | % | | 36.0-48.0 |
| MCV | 85.8 | fL | | 83.0-99.0 |
| MCH | 28.5 | pg | | 27.0-32.0 |
| MCHC | 33.3 | gm/dL | | 32.0-36.0 |
| RDW | 14.4 | % | | 11.5-14.5 |
| Plt | 306 | thousand/uL | | 130-400 |
| MPV | 7.4 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012017163000499
**Ordering Provider:** Whaley,Brad
**Performing Location:**

**Collected:** 6/12/2017 10:22:00AM
**Resulted:** 6/12/2017 10:33:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 56.7 | % | | 40.0-74.0 |
| Lymph% | 33.2 | % | | 19.0-48.0 |
| Mono% | 6.2 | % | | 3.5-9.0 |
| Eos% | 2.9 | % | | 0.0-7.0 |
| Baso% | 1.0 | % | | 0.0-1.5 |
| ABS Neut | 3.4 | thousand/uL | | 1.9-8.0 |
| ABS Lymph | 2.0 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.4 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.2 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN149114S
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 5/12/2017 11:39:00AM
**Resulted:** 5/13/2017 3:00:00AM
**Verified By:** Chen, Robert
**Auto Verify:** N

**CK_Total**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CK TOTAL | 62 | U/L | | 29-143 |

Printed by: Rodriguez, Johanna | 4/11/2018 2:40:00PM

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** MCF_858A5784-30AE-4C77-B7
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Other

**Collected:** 4/14/2017 7:54:00AM
**Resulted:** 4/14/2017 7:54:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**ASCVD Risk**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CV Calculator Lifetime Risk | 27 | % | | |
| Age: 50<br>Sex: F<br>Race: WH<br>Total Cholesterol: 173<br>HDL Cholesterol: 50<br>Systolic Blood Pressure: 128<br>Being treated for hypertension: No<br>Diabetes: No<br>Smoker: No | | | | |
| CV Calculator Ten Year Risk | 1.15 | % | | |
| Age: 50<br>Sex: F<br>Race: WH<br>Total Cholesterol: 173<br>HDL Cholesterol: 50<br>Systolic Blood Pressure: 128<br>Being treated for hypertension: No<br>Diabetes: No<br>Smoker: No | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

| | | | |
|---|---|---|---|
| **Patient:** | SHAW, KIMBERLY | **Age/Sex/DOB:** | 51 yrs F |
| | | **EMRN:** | 11371144 |
| | | **OMRN:** | 11371144 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | EN130738Q | **Collected:** | 4/12/2017 10:44:00AM |
| **Ordering Provider:** | Sedgwick,Jacqueline H | **Resulted:** | 4/15/2017 7:00:00AM |
| **Performing Location:** | Focus Diagnostics<br>Hollis Batterman, MD, 33608 Ortega Highway<br>San Juan Capistrano, CA 92675-2042 | **Verified By:** | Sedgwick, Jacqueline H |
| | | **Auto Verify:** | N |

**Parvovirus B19 DNA Qual RT PCR** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PARVOVIRUS B19 DNA, QL PCR | NOT DETECTED | | | |

REFERENCE RANGE: NOT DETECTED
This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| | |
|---|---|
| SOURCE | PLASMA |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN314002Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/14/2017 12:12:00PM
**Resulted:** 4/15/2017 3:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**H pylori Ag EIA Stool**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RESULT: | Detected | | A | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130840Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:48:00AM
**Resulted:** 4/17/2017 5:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**QuantiFERON (R) TB Gold**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QUANTIFERON(R)-TB GOLD<br>Negative test result. M. tuberculosis complex infection unlikely. | NEGATIVE | | | NEGATIVE |
| NIL | 0.04 | IU/mL | | |
| TB-NIL<br>The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.) | 0.01 | IU/mL | | |
| MITOGEN-NIL | >10.00 | IU/mL | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Focus Diagnostics
Hollis Batterman, MD, 33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/17/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Coccidioides Ab Panel Serum**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CF TITER | <1:2 | | | |
| IGG ID (F ANTIGEN) | NEGATIVE | | | |
| IGM ID (TP ANTIGEN) | NEGATIVE | | | |

REFERENCE RANGES: CF titer: <1:2
IgG ID (F antigen): NEGATIVE
IgM ID (TP antigen): NEGATIVE

The Complement Fixation (CF) assay was developed and its performance characteristics have been determined by Quest Diagnostics Infectious Disease. Performance characteristics refer to the analytical performance of the test.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

| | | | |
|---|---|---|---|
| **Patient:** | SHAW, KIMBERLY | **Age/Sex/DOB:** | 51 yrs F |
| | | **EMRN:** | 11371144 |
| | | **OMRN:** | 11371144 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | EN350751R | **Collected:** | 5/1/2017 3:02:00PM |
| **Ordering Provider:** | Sedgwick,Jacqueline H | **Resulted:** | 5/9/2017 2:00:00AM |
| **Performing Location:** | QUEST DIAGNOSTICS SACRAMENTO<br>3714 NORTHGATE BLVD<br>SACRAMENTO, CA 95834-1617 | **Verified By:** | Sedgwick, Jacqueline H |
| | | **Auto Verify:** | N |

**Fecal Globin Occult Blood InSureFIT** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| FECAL GLOBIN | Not Detected | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 5:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**RPR Screen (Dx) wRfx Titer /FTA / TPPA**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RPR (STS), QUAL | NON-REACTIVE | | | NON-REACTIVE |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 8:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Hepatitis Acute Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HEPATITIS A Ab IgM | NON-REACTIVE | | | NON-REACTIVE |
| HEP B CORE Ab, IgM | NON-REACTIVE | | | NON-REACTIVE |
| HEPATITIS C Ab | NON-REACTIVE | | | NON-REACTIVE |
| SIGNAL TO CUT-OFF | 0.03 | | | <1.00 |
| HEPATITIS B SURFACE Ag | NON-REACTIVE | | | NON-REACTIVE |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 11:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**ASO Anti-Streptolysin O Ab**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ANTI-STREPTOLYSIN O (ASO) | 32 | IU/mL | | < OR = 200 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 11:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**CRP C-Reactive Protein ( Non High Sensitivity )**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-REACTIVE PROTEIN | 0.26 | mg/dL | | <0.80 |

Please be advised that patients taking Carboxypenicillins may exhibit falsely decreased C-Reactive Protein levels due to an analytical interference in this assay.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 12:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Lipid Panel wRfx Direct LDL**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 173 | mg/dL | | 125-200 |
| TRIGLYCERIDES | 196 | mg/dL | H | <150 |
| HDL CHOLESTEROL | 50 | mg/dL | | > OR = 46 |
| LDL CHOLESTEROL (CALC) | 84 | mg/dL (calc) | | <130 |
| Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease. | | | | |
| CHOLESTEROL/HDL RATIO | 3.5 | (calc) | | < OR = 5.0 |
| Non-HDL Cholesterol | 123 | mg/dL (calc) | | |
| Target for non-HDL cholesterol is 30 mg/dL higher than LDL cholesterol target. | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 12:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**LD ( LDH )**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| LACTATE DEHYDROGENASE (LDH) | 176 | U/L | | 120-250 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**IgE Immunoglobulin E**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| IMMUNOGLOBULIN E (IgE) | 204 | kU/L | H | <OR=114 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 11:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Protein Electrophoresis Serum**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PROTEIN, TOTAL | 6.8 | g/dL | | 6.1-8.1 |
| ALBUMIN | 4.0 | g/dL | | 3.8-4.8 |
| ALPHA-1-GLOBULIN | 0.3 | g/dL | | 0.2-0.3 |
| ALPHA-2-GLOBULIN | 0.7 | g/dL | | 0.5-0.9 |
| GAMMA GLOBULIN | 0.8 | g/dL | | 0.8-1.7 |
| INTERPRETATION | Normal Electrophoretic Pattern | | | |
| BETA 1 GLOBULIN | 0.6 | g/dL | | 0.4-0.6 |
| BETA 2 GLOBULIN | 0.4 | g/dL | | 0.2-0.5 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 1:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**PTH Intact wCalcium**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PTH INTACT | 52 | pg/mL | | 14-64 |

| Interpretive Guide | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
| Primary | Normal or High | High |
| Secondary | High | Normal or Low |
| Tertiary | High | High |
| Non-Parathyroid | | |
| Hypercalcemia | Low or Low Normal | High |

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CALCIUM, SERUM | 9.4 | mg/dL | | 8.6-10.4 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 2:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**UA wMicroscopic and Cult If Ind**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| UR APPEARANCE | CLEAR | | | CLEAR |
| UR COLOR | YELLOW | | | YELLOW |
| UR SPECIFIC GRAV | 1.017 | | | 1.001-1.035 |
| UR PH | 5.5 | | | 5.0-8.0 |
| OCCULT BLOOD UR | NEGATIVE | | | NEGATIVE |
| UR BILIRUBIN | NEGATIVE | | | NEGATIVE |
| UR GLUCOSE | NEGATIVE | | | NEGATIVE |
| UR KETONES | NEGATIVE | | | NEGATIVE |
| PROTEIN | NEGATIVE | | | NEGATIVE |
| UR RBC | NONE SEEN | /HPF | | < OR = 2 |
| WBC | NONE SEEN | /HPF | | < OR = 5 |
| BACTERIA | NONE SEEN | /HPF | | NONE SEEN |
| UR SQUAMOUS EPITH | NONE SEEN | /HPF | | < OR = 5 |
| UR HYALINE CASTS | NONE SEEN | /LPF | | NONE SEEN |
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | | |
| NITRITE | NEGATIVE | | | NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 1:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**HIV 1/2 Ag/Ab 4th Gen wRfx**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HIV AG/AB, 4TH GEN | NON-REACTIVE | | | NON-REACTIVE |

HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.

PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)

The performance of this assay has not been clinically validated in patients less than 2 years old.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Focus Diagnostics
Hollis Batterman, MD, 33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/15/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Lyme Abs Total wRfx to Blot IgG/IgM**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| LYME AB SCREEN | <0.90 | INDEX | | |

REFERENCE RANGE: <0.90

| Index | Interpretation |
|---|---|
| < 0.90 | NEGATIVE |
| 0.90-1.09 | EQUIVOCAL |
| > 1.09 | POSITIVE |

As recommended by the Food and Drug Administration (FDA), all samples with positive or equivocal results in a Borrelia burgdorferi antibody screen will be tested using a blot method. Positive or equivocal screening test results should not be interpreted as truly positive until verified as such using a supplemental assay (e.g., B. burgdorferi blot).

The screening test and/or blot for B. burgdorferi antibodies may be falsely negative in early stages of Lyme disease, including the period when erythema migrans is apparent.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 9:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG)**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| EBV VCA AB (IgM)<br>Value Interpretation<br>----- --------------<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | < OR = 0.90 | | | |
| EBV VCA AB (IgG)<br>Value Interpretation<br>----- --------------<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | 4.23 | | H | |
| EBV EBNA AB (IgG)<br>Value Interpretation<br>----- --------------<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | 4.50 | | H | |
| INTERPRETATION | Suggestive of a past Epstein-Barr virus infection. In infants, a similar pattern may occur as a result of passive maternal transfer of antibody. | | | |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** F434E012-542E-4CA4-9087-469
**Ordering Provider:** Haubach,Carol M
**Performing Location:**

**Collected:** 12/28/2016 10:35:00AM
**Resulted:** 12/28/2016 10:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Tobacco Screening**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| SBIRT Screen - Tobacco Screening Result<br>Never a smoker (SNOMED CT: 266919005) | Never a smoker | | | - |

Printed by: Rodriguez, Johanna | 4/11/2018 2:41:00PM

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN792695E
**Ordering Provider:** Ling,Andrea W
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 10/19/2016 12:51:00PM
**Resulted:** 10/21/2016 2:00:00PM
**Verified By:** Ling, Andrea W
**Auto Verify:** N

**ANCA Abs ( Total w MPO and PR3 )**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| MYELOPEROXIDASE AB | <1.0 | AI | | |

Value Interpretation
----- --------------
<1.0 No Antibody Detected
\> or = 1.0 Antibody Detected

Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally Wegeners granulomatosis. The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves as the primary antigen.

These autoantibodies are present in active disease state.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PROTEINASE-3 AB | <1.0 | AI | | |

**Patient:** SHAW, KIMBERLY **EMRN:** 11371144

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

| Value | Interpretation |
|---|---|
| <1.0 | No Antibody Detected |
| > or = 1.0 | Antibody Detected |

Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic for granulomatosis with polyangiitis (Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern,(c-ANCA), is based largely on autoantibody to PR-3 which serves as the primary antigen.

These autoantibodies are present in active disease state.

## Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016244000702
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 8/31/2016 3:05:00PM
**Resulted:** 8/31/2016 3:17:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Sedimentation Rate**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ESR | 11 | mm/hr | | 0-20 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016244000702
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 8/31/2016 3:05:00PM
**Resulted:** 8/31/2016 3:25:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**URIC ACID**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| URIC ACID | 5.8 | mg/dL | | 3.5-7.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016244000702
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 8/31/2016 3:05:00PM
**Resulted:** 8/31/2016 3:25:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CRP High Sensitivity**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CRP hs Inflam/Infect | 2.5 | mg/L | | 0.0-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB0000120162440007O2
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 8/31/2016 3:05:00PM
**Resulted:** 8/31/2016 5:30:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Rheumatoid Factor Qual**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Rheumatoid Factor | Negative^Negative | | | Negative |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016244000701
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 8/31/2016 3:05:00PM
**Resulted:** 9/2/2016 11:00:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**ANA by IFA, IgG**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ANA by IFA, IgG Titer. | <1:40 | | | <1:40 |

<1:40
INTERPRETIVE INFORMATION: ANA by IFA, IgG
Anti-nuclear antibodies (ANA) are seen in a variety of systemic rheumatic diseases and are determined by indirect fluorescence assay (IFA) using HEp-2 substrate with an IgG-specific conjugate. ANA titers less than or equal to 1:80 have variable relevance while titers greater than or equal to 1:160 are considered clinically significant. These antibodies may precede clinical disease onset; however, healthy individuals and those with advanced age have been reported to be positive for ANA. When observed, one of the five basic patterns is reported: homogeneous, peripheral/rim, speckled, centromere, or nucleolar. If cytoplasmic fluorescence is observed, it is noted. IFA methodology is subjective and has occasionally been shown to lack sensitivity for anti-SSA/Ro antibodies.
Negative results do not necessarily rule out the presence of SSc. If clinical suspicion remains, consider further testing for U3-RNP, PM/Scl, or Th/To antibodies associated with SSc.
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jerry W. Hussong, MD - Lab. Director

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN686508B
**Ordering Provider:** Haubach,Carol M
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3620 NORTHGATE BLVD PATHOLOGY LAB
SACRAMENTO, CA 95834-1619

**Collected:** 8/30/2016 12:00:00AM
**Resulted:** 8/31/2016 2:00:00PM
**Verified By:** Haubach, Carol M
**Auto Verify:** N

**ThinPrep TIS Pap + HPV mRNA E6/E7**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HPV mRNA E6/E7 | Not Detected | | | Not Detected |

This test was performed using the APTIMA HPV Assay (Gen-Probe Inc.). This assay detects E6/E7 viral messenger RNA (mRNA) from 14 high-risk HPV types (16,18,31,33,35,39,45,51,52,56,58,59,66,68).

| | |
|---|---|
| CLINICAL INFORMATION: | NO ABNLS |
| INTERPRETATION/RESULT: | Negative for intraepithelial lesion or malignancy. |
| LMP: | IRREGULAR |
| PREV. PAP: | ? |
| PREV. BX: | NONE GIVEN |
| SOURCE: | Cervix |
| STATEMENT OF ADEQUACY: | Satisfactory for evaluation. Endocervical/transformation zone component present. |
| COMMENT: | This Pap test has been evaluated with computer assisted technology. |
| CYTOTECHNOLOGIST: | LMP, CT(ASCP) CT Screening Location: 3620 Northgate Blvd. Sacramento, CA 95834 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:00:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 141 | mMOL/L | | 136-145 |
| Potassium | 4.3 | mMOL/L | | 3.4-5.0 |
| Chloride | 106 | mMOL/L | | 98-107 |
| CO2 | 23 | mmol/L | | 19-27 |
| Glucose Level | 118 | mg/dL | H | 70-99 |
| BUN | 11.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.3 | mg/dL | | 8.4-10.2 |
| Protein, Total | 7.20 | gm/dL | | 6.40-8.30 |
| Albumin | 4.1 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 62.0 | Units/L | | 40.0-150.0 |
| ALT | 22 | Units/L | | 0-55 |
| AST | 16 | Units/L | | 5-34 |
| Bili Total | 0.3 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:00:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

--------------------------------------------------------------------------------

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:05:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 10.1 | thousand/uL | | 5.0-11.0 |
| RBC | 4.94 | million/uL | | 4.20-5.40 |
| Hgb | 14.3 | gm/dL | | 12.0-16.0 |
| Hct | 42.7 | % | | 36.0-48.0 |
| MCV | 86.6 | fL | | 83.0-99.0 |
| MCH | 28.9 | pg | | 27.0-32.0 |
| MCHC | 33.4 | gm/dL | | 32.0-36.0 |
| RDW | 15.8 | % | H | 11.5-14.5 |
| Plt | 410 | thousand/uL | H | 130-400 |
| MPV | 8.1 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:05:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 82.7 | % | H | 40.0-74.0 |
| Lymph% | 13.1 | % | L | 19.0-48.0 |
| Mono% | 3.1 | % | L | 3.5-9.0 |
| Eos% | 0.4 | % | | 0.0-7.0 |
| Baso% | 0.7 | % | | 0.0-1.5 |
| ABS Neut | 8.4 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 1.3 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.3 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000629
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:07:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Hemoglobin A1c**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HgbA1C | 5.9 | % | | 4.0-6.0 |

The presence of hemoglobin variants, such as sickle cell trait (HbAS), may interfere with HbA1c measurements obtained by the methodology used at Dominican Hospital Laboratory. If this patient has a known or suspected hemoglobin variant, a sample may be referred for testing on methodologies not affected by such interferences.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:24:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Thyroid Stimulating Hormone**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TSH | 0.72 | uIU/ml | | 0.35-4.94 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016207000628
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 7/25/2016 2:41:00PM
**Resulted:** 7/25/2016 4:24:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**FREE T4**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| FT4 | 0.87 | ng/dL | | 0.70-1.48 |

Performance of this test has not been established with neonatal specimens.

Dignity Health.

Dominican Hospital
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex:F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

***Special Chemistry Other***

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| HgbA1C | 5.9 $1 | % | 4.0-6.0 |

**Interpretive Data**
$1: HgbA1C
The presence of hemoglobin variants, such as sickle cell trait (HbAS), may interfere with HbA1c measurements obtained by the methodology used at Dominican Hospital Laboratory. If this patient has a known or suspected hemoglobin variant, a sample may be referred for testing on methodologies not affected by such interferences.

SCAN
MRN# 1137144

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant
Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96895874
Date/Time Printed: 7/25/2016 17:41 PDT

Dignity Health

Dominican Hospital
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex:F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

## *CBC*

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| **Procedure** | | **Units** | **Reference Range** |
| WBC | 10.1 | thousand/uL | 5.0-11.0 |
| RBC | 4.94 | million/uL | 4.20-5.40 |
| Hgb | 14.3 | gm/dL | 12.0-16.0 |
| Hct | 42.7 | % | 36.0-48.0 |
| Plt | **410 H** | thousand/uL | 130-400 |
| MCV | 86.6 | fL | 83.0-99.0 |
| MCH | 28.9 | pg | 27.0-32.0 |
| MCHC | 33.4 | gm/dL | 32.0-36.0 |
| RDW | **15.8 H** | % | 11.5-14.5 |
| MPV | 8.1 | fL | 6.0-10.0 |
| ABS Neut | **8.4 H** | thousand/uL | 1.9-8.0 |
| ABS Lymph | 1.3 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.3 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | **82.7 H** | % | 40.0-74.0 |
| Lymph% | **13.1 L** | % | 19.0-48.0 |
| Mono% | **3.1 L** | % | 3.5-9.0 |
| Eos% | 0.4 | % | 0.0-7.0 |

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96901036
Date/Time Printed: 7/25/2016 17:41 PDT

## CBC

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Baso% | 0.7 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | Per 100 WBC | 0.0-1.0 |

## Chemistry General

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Sodium | 141 | mMOL/L | 136-145 |
| Potassium | 4.3 | mMOL/L | 3.4-5.0 |
| Chloride | 106 | mMOL/L | 98-107 |
| CO2 | 23 | mmol/L | 19-27 |
| Glucose Level | 118 [H] | mg/dL | 70-99 |
| BUN | 11.0 | mg/dL | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | >60 [S1] | mL/min/1.73m2 | >=60 |
| Calcium | 9.3 | mg/dL | 8.4-10.2 |
| Protein,Total | 7.20 | gm/dL | 6.40-8.30 |
| Albumin | 4.1 [S2] | gm/dL | 3.5-5.0 |
| Bili Total | 0.3 | mg/dL | 0.2-1.2 |
| ALT | 22 | Units/L | 0-55 |
| AST | 16 | Units/L | 5-34 |
| Alkphos | 62.0 | Units/L | 40.0-150.0 |

Interpretive Data

$1: GFR Estimated

---

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

$2: Albumin

Values are on average approximately 0.3 g/dL higher in ambulatory patients.

## *Special Chemistry Other*

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| FT4 | 0.87 $3 | ng/dL | 0.70-1.48 |
| TSH | 0.72 | uIU/mL | 0.35-4.94 |

**Interpretive Data**

$3: FT4

Performance of this test has not been established with neonatal specimens.

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes

MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Name: **SHAW, KIMBERLY D**
Account: 87666293

Date/Time Printed: 7/25/2016 17:41 PDT
Page 3 of 3

Patient: KIMBERLY SHAW

Generated at 03/08/2016 09:03 AM for RodriguezVentura, Sandra

CBC W/ DIFF Reported On: 03/03/2016 10:48 AM.

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
CLIA# 05D0606603

| | NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|---|
| ↑ | WBC | 17.1 thousand/uL | 5.0-11.0 | |
| | RBC | 4.90 million/uL | 4.20-5.40 | |
| | Hgb | 14.5 gm/dL | 12.0-16.0 | |
| | Hct | 43.2 % | 36.0-48.0 | |
| | MCV | 88.1 fL | 83.0-99.0 | |
| | MCH | 29.6 pg | 27.0-32.0 | |
| | MCHC | 33.7 gm/dL | 32.0-36.0 | |
| | RDW | 14.4 % | 11.5-14.5 | |
| | Plt | 391 thousand/uL | 130-400 | |
| | MPV | 7.7 fL | 6.0-10.0 | |

PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: ❶ ⓞ ⓞ Severe: ⚠ ❶ ❶

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 9:48:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 17.1 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.90 | million/uL | | 4.20-5.40 |
| Hgb | 14.5 | gm/dL | | 12.0-16.0 |
| Hct | 43.2 | % | | 36.0-48.0 |
| MCV | 88.1 | fL | | 83.0-99.0 |
| MCH | 29.6 | pg | | 27.0-32.0 |
| MCHC | 33.7 | gm/dL | | 32.0-36.0 |
| RDW | 14.4 | % | | 11.5-14.5 |
| Plt | 391 | thousand/uL | | 130-400 |
| MPV | 7.7 | fL | | 6.0-10.0 |

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 9:48:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 74.0 | % | | 40.0-74.0 |
| Lymph% | 19.5 | % | | 19.0-48.0 |
| Mono% | 5.2 | % | | 3.5-9.0 |
| Eos% | 0.6 | % | | 0.0-7.0 |
| Baso% | 0.7 | % | | 0.0-1.5 |
| ABS Neut | 12.7 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 3.3 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.9 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.1 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 10:04:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 141 | mMOL/L | | 136-145 |
| Potassium | 3.5 | mMOL/L | | 3.4-5.0 |
| Chloride | 106 | mMOL/L | | 98-107 |
| CO2 | 22 | mmol/L | | 19-27 |
| Glucose Level | 141 | mg/dL | H | 70-99 |
| BUN | 12.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.9 | mg/dL | | 0.6-1.1 |
| Calcium | 10.0 | mg/dL | | 8.4-10.2 |
| Protein, Total | 7.10 | gm/dL | | 6.40-8.30 |
| Albumin | 3.8 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 62.0 | Units/L | | 40.0-150.0 |
| ALT | 20 | Units/L | | 0-55 |
| AST | 14 | Units/L | | 5-34 |
| Bili Total | 0.5 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 10:04:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

------------------------------------------------------------

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 10:18:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Troponin-I**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TROPONIN I | <0.01 | ng/mL | | <=0.03 |

Negative: <0.03 ng/mL (99% of healthy people will be below 0.03 ng/mL)

0.03 - 0.30 ng/mL represents a continuum of patients from normal to unstable angina to acute myocardial infarction

>0.30 ng/mL is suggestive of acute myocardial infarction

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000607
**Ordering Provider:** Keenan,David
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 10:28:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**hCG Qual**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| hCG Qual | Negative^Negative | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016063000554
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 3/3/2016 9:28:00AM
**Resulted:** 3/3/2016 10:56:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PT**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PT | 21.5 | seconds | H | 12.1-14.1 |
| INR | 1.9 | Unit | | |

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

# KIMBERLY SHAW

US

Female

| | | | |
|---|---|---|---|
| Contact: | | MRN: | 265314 |
| Guardian: | | Next of Kin: | JAMIE SHAW |

Table of Contents

Encounters
Results

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|
| E/R (1) | Discharged | Attending: SARAH FELDMANN, TERRY LAPID<br>Admitting: SARAH FELDMANN | 2WST | 03/03/2016 - 03/03/2016 | Dominican Santa Cruz Hospital |

## RESULTS

### Order Type: Laboratory Collected On: 03/03/2016 10:28 AM

| STATUS | PLACER ORDER ID | FILLER ORDER ID | PROVIDERS ON ORDER | INTERPRETATION |
|---|---|---|---|---|
| F | 3413546453 | 000012016063000607 | DAVID KEENAN (Ordering) | Normal |

## HCG QUAL Reported On: 03/03/2016 11:28 AM

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
.CLIA# 05D0606603

| NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|
| hCG Qual | Negative √ | | |

## PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: ❶ ⓪ ⓪ Severe: ⚠ ❶ ❶

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016047000676
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 2/16/2016 1:00:00PM
**Resulted:** 2/16/2016 1:13:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC w/ Indices**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 11.9 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.54 | million/uL | | 4.20-5.40 |
| Hgb | 13.7 | gm/dL | | 12.0-16.0 |
| Hct | 41.1 | % | | 36.0-48.0 |
| MCV | 90.5 | fL | | 83.0-99.0 |
| MCH | 30.1 | pg | | 27.0-32.0 |
| MCHC | 33.3 | gm/dL | | 32.0-36.0 |
| RDW | 14.6 | % | H | 11.5-14.5 |
| Plt | 328 | thousand/uL | | 130-400 |
| MPV | 7.0 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016047000676
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 2/16/2016 1:00:00PM
**Resulted:** 2/16/2016 1:21:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PT & PTT**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PT | 19.6 | seconds | H | 12.1-14.1 |
| INR | 1.7 | Unit | | |

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PTT | 33 | seconds | | 23-36 |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

## Laboratory Data - COAGULATION

Ordered By:
Placer Order: 3338616271
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 02/16/16 02:00 PM
Lab's Date:
Clinic Receipt: 02/16/16 02:22 PM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **PT** | **19.6 seconds** | **High** | [12.1-14.1] | F | DSCH |
| APTT | 33 seconds | | [23-36] | F | DSCH |

## Laboratory Data - MISC. M's

Ordered By:
Placer Order: 3226993609
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/22/16 07:05 AM
Lab's Date:
Clinic Receipt: 01/22/16 07:30 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.2 mg/dL | | [1.6-2.6] | F | DSCH |

**Comments:** THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

## Laboratory Data - BASIC MET PANEL

Ordered By:
Placer Order: 3225322329
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/21/16 06:45 AM
Lab's Date:
Clinic Receipt: 01/21/16 07:55 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 138 mMOL/L | | [136-145] | F | DSCH |
| CREAT | 0.7 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.7 mg/dL | | [8.4-10.2] | F | DSCH |
| GFR EST | >60 mL/min/1.73m2 | | [>=60] | F | DSCH |

**Comments:**
---------------------------------------------------
---------------------------------------------------
-
>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

---

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

## Laboratory Data - COAGULATION

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 01/21/16 06:45 AM |
| Placer Order: 3225322393 | Source: | Lab's Date: |
| Filler Order: 0000120160 | Lab's Order Status: F | Clinic Receipt: 01/21/16 07:21 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **PT** | **14.4 seconds** | **High** | [12.1-14.1] | F | DSCH |

## Laboratory Data - COMP MET PANEL

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 01/21/16 06:45 AM |
| Placer Order: 3225322329 | Source: | Lab's Date: |
| Filler Order: 0000120160 | Lab's Order Status: F | Clinic Receipt: 01/21/16 07:55 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 138 mMOL/L | | [136-145] | F | DSCH |
| CREAT | 0.7 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.7 mg/dL | | [8.4-10.2] | F | DSCH |
| **PROTEIN, TOTAL** | **5.70 gm/dL** | Low | [6.40-8.30] | F | DSCH |
| **ALBUMIN** | **3.0 gm/dL** | Low | [3.5-5.0] | F | DSCH |
| **Comments:** Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | | |
| ALT (SGPT) | 18 Units/L | | [0-55] | F | DSCH |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1905
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

| | | | | | |
|---|---|---|---|---|---|
| AST (SGOT) | 7 Units/L | | [5-34] | F | DSCH |
| ALK PHOS | 50.0 Units/L | | [40.0-150.0] | F | DSCH |
| BILIRUBIN TOTAL | 0.4 mg/dL | | [0.2-1.2] | F | DSCH |

## Laboratory Data - HEPATIC PANEL

Ordered By:
Placer Order: 3225322329
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/21/16 06:45 AM
Lab's Date:
Clinic Receipt: 01/21/16 07:55 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **ALBUMIN** | **3.0 gm/dL** | **Low** | [3.5-5.0] | F | DSCH |
| **Comments:** Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | | |
| ALK PHOS | 50.0 Units/L | | [40.0-150.0] | F | DSCH |
| ALT (SGPT) | 18 Units/L | | [0-55] | F | DSCH |
| AST (SGOT) | 7 Units/L | | [5-34] | F | DSCH |
| BILIRUBIN TOTAL | 0.4 mg/dL | | [0.2-1.2] | F | DSCH |

## Laboratory Data - PROTEIN STUDIES

Ordered By:
Placer Order: 3225322329
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/21/16 06:45 AM
Lab's Date:
Clinic Receipt: 01/21/16 07:55 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **PROTEIN, TOTAL** | **5.70 gm/dL** | **Low** | [6.40-8.30] | F | DSCH |

## Laboratory Data - MISC. M's

Ordered By:
Placer Order: 3222186599
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/21/16 06:45 AM
Lab's Date:
Clinic Receipt: 01/21/16 07:52 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.3 mg/dL | | [1.6-2.6] | F | DSCH |
| **Comments:** THERAPEUTIC RANGE FOR OB/GYN: 4.0 - 7.0 mg/dL | | | | | |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

## Laboratory Data - PLEURAL FLUID

Ordered By:
Placer Order: 3225322329
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/21/16 06:45 AM
Lab's Date:
Clinic Receipt: 01/21/16 07:55 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **PROTEIN, TOTAL** | **5.70 gm/dL** | **Low** | [6.40-8.30] | F | DSCH |

## Laboratory Data - IMMUNOGLOBULINS

Ordered By:
Placer Order: 3223419147
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/20/16 12:57 PM
Lab's Date:
Clinic Receipt: 01/22/16 10:41 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| IGE | 58 ZZ | | [<=214] | F | |

**Comments:** REFERENCE INTERVAL: Immunoglobulin E, Serum
Access complete set of age- and/or gender-specific
reference
intervals for this test in the ARUP Laboratory Test
Directory
(aruplab.com).
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jerry W. Hussong, MD - Lab.
Director

## Laboratory Data - BASIC MET PANEL

Ordered By:
Placer Order: 3176309851
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/09/16 06:44 AM
Lab's Date:
Clinic Receipt: 01/09/16 07:51 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **SODIUM** | **134 mMOL/L** | **Low** | [136-145] | F | DSCH |
| CREAT | 0.9 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.8 mg/dL | | [8.4-10.2] | F | DSCH |
| GFR EST | >60 mL/min/1.73m2 | | [>=60] | F | DSCH |

**Comments:**

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

---

```
--------------------------------------------------
--------------------------------------------------
-
>60   Normal
30-59  Moderately Reduced
15-29  Severely Reduced
<15  Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or
serum creatinine, age, gender, and average surface
area for adults (1.73 m2) using the IDMS-traceable
MDRD equation.

For African-American patients, multiply the eGFR
result by 1.210.

The eGFR should only be used in individuals ages 18
to 70. In addition, the eGFR has not been validated
for use with pregnant women, patients with serious
co-morbid conditions, or persons with extremes of
body size, muscle mass, or nutritional status. eGFR
estimating equations have poorer agreement with
measured GFR for ill hospitalized patients and for
people with near normal kidney function.
```

## Laboratory Data - COMP MET PANEL

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 01/09/16 06:44 AM |
| Placer Order: 3176309851 | Source: | Lab's Date: |
| Filler Order: 0000120160 | Lab's Order Status: F | Clinic Receipt: 01/09/16 07:51 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **SODIUM** | **134 mMOL/L** | **Low** | [136-145] | F | DSCH |
| CREAT | 0.9 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.8 mg/dL | | [8.4-10.2] | F | DSCH |

## Laboratory Data - BASIC MET PANEL

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 01/08/16 06:29 AM |
| Placer Order: 3168345415 | Source: | Lab's Date: |
| Filler Order: 0000120160 | Lab's Order Status: F | Clinic Receipt: 01/08/16 07:36 AM |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **SODIUM** | **135 mMOL/L** | **Low** | [136-145] | F | DSCH |
| CREAT | 0.8 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.5 mg/dL | | [8.4-10.2] | F | DSCH |
| GFR EST | >60 mL/min/1.73m2 | | [>=60] | F | DSCH |

**Comments:**

```
--------------------------------------------------
--------------------------------------------------
-
>60  Normal
30-59  Moderately Reduced
15-29  Severely Reduced
<15  Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or
serum creatinine, age, gender, and average surface
area for adults (1.73 m2) using the IDMS-traceable
MDRD equation.

For African-American patients, multiply the eGFR
result by 1.210.

The eGFR should only be used in individuals ages 18
to 70. In addition, the eGFR has not been validated
for use with pregnant women, patients with serious
co-morbid conditions, or persons with extremes of
body size, muscle mass, or nutritional status. eGFR
estimating equations have poorer agreement with
measured GFR for ill hospitalized patients and for
people with near normal kidney function.
```

## Laboratory Data - COMP MET PANEL

Ordered By:
Placer Order: 3168345415
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/08/16 06:29 AM
Lab's Date:
Clinic Receipt: 01/08/16 07:36 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| **SODIUM** | **135 mMOL/L** | **Low** | [136-145] | F | DSCH |
| CREAT | 0.8 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 8.5 mg/dL | | [8.4-10.2] | F | DSCH |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

## Laboratory Data - MISC. M's

Ordered By:
Placer Order: 3172314443
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/08/16 06:29 AM
Lab's Date:
Clinic Receipt: 01/08/16 07:33 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.2 mg/dL | | [1.6-2.6] | F | DSCH |

**Comments:** THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

## Laboratory Data - MISC. M's

Ordered By:
Placer Order: 3168748489
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/07/16 06:25 AM
Lab's Date:
Clinic Receipt: 01/07/16 10:19 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.3 mg/dL | | [1.6-2.6] | F | DSCH |

**Comments:** THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

## Laboratory Data - BASIC MET PANEL

Ordered By:
Placer Order: 3159148217
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/06/16 06:48 AM
Lab's Date:
Clinic Receipt: 01/06/16 08:42 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 136 mMOL/L | | [136-145] | F | DSCH |
| CREAT | 1.0 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 9.1 mg/dL | | [8.4-10.2] | F | DSCH |
| **GFR EST** | **59 mL/min/1.73m2** | **Low** | [>=60] | F | DSCH |

**Comments:**
----------------------------------------------------
----------------------------------------------------
-
>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

---

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

## Laboratory Data - COMP MET PANEL

Ordered By:
Placer Order: 3159148217
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/06/16 06:48 AM
Lab's Date:
Clinic Receipt: 01/06/16 08:42 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 136 mMOL/L | | [136-145] | F | DSCH |
| CREAT | 1.0 mg/dL | | [0.6-1.1] | F | DSCH |
| CALCIUM | 9.1 mg/dL | | [8.4-10.2] | F | DSCH |

## Laboratory Data - MISC. M's

Ordered By:
Placer Order: 3164767979
Filler Order: 0000120160

Copy To:
Source:
Lab's Order Status: F

Collected: 01/06/16 06:48 AM
Lab's Date:
Clinic Receipt: 01/06/16 12:12 PM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.4 mg/dL | | [1.6-2.6] | F | DSCH |

**Comments:** THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Patient Chart**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

## Laboratory Data - MISC. M's

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 01/05/16 07:19 AM |
| Placer Order: 3158644983 | Source: | Lab's Date: |
| Filler Order: 0000120160 | Lab's Order Status: F | Clinic Receipt: 01/05/16 08:43 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| MAGNESIUM | 2.1 mg/dL | | [1.6-2.6] | F | DSCH |

**Comments:** THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016022000140
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/22/2016 6:05:00AM
**Resulted:** 1/22/2016 6:29:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg<br>THERAPEUTIC RANGE FOR OB/GYN:<br>4.0 - 7.0 mg/dL | 2.2 | mg/dL | | 1.6-2.6 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016021000235
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:10:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Lactic Acid**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lactic Acid | 2.0 | mMOL/L | | 0.5-2.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016021000234
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:18:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 16.7 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.12 | million/uL | L | 4.20-5.40 |
| Hgb | 12.4 | gm/dL | | 12.0-16.0 |
| Hct | 37.4 | % | | 36.0-48.0 |
| MCV | 90.6 | fL | | 83.0-99.0 |
| MCH | 30.0 | pg | | 27.0-32.0 |
| MCHC | 33.1 | gm/dL | | 32.0-36.0 |
| RDW | 13.6 | % | | 11.5-14.5 |
| Plt | 271 | thousand/uL | | 130-400 |
| MPV | 7.2 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016021000234
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:18:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 93.6 | % | H | 40.0-74.0 |
| Lymph% | 3.6 | % | L | 19.0-48.0 |
| Mono% | 2.6 | % | L | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.2 | % | | 0.0-1.5 |
| ABS Neut | 15.6 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 0.6 | thousand/uL | L | 0.9-5.2 |
| ABS Mono | 0.4 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** DOMLAB000012016021000234
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:20:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PT**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PT | 14.4 | seconds | H | 12.1-14.1 |
| INR | 1.1 | Unit | | |

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

Printed by: Rodriguez, Johanna | 4/11/2018 2:44:00PM

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB0000120160210000193
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:50:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.3 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016021000234
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:53:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 138 | mMOL/L | | 136-145 |
| Potassium | 4.3 | mMOL/L | | 3.4-5.0 |
| Chloride | 108 | mMOL/L | H | 98-107 |
| CO2 | 23 | mmol/L | | 19-27 |
| Glucose Level | 168 | mg/dL | H | 70-99 |
| BUN | 14.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.7 | mg/dL | | 0.6-1.1 |
| Calcium | 8.7 | mg/dL | | 8.4-10.2 |
| Protein, Total | 5.70 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.0 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 50.0 | Units/L | | 40.0-150.0 |
| ALT | 18 | Units/L | | 0-55 |
| AST | 7 | Units/L | | 5-34 |
| Bili Total | 0.4 | mg/dL | | 0.2-1.2. |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016021000234
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/21/2016 5:45:00AM
**Resulted:** 1/21/2016 6:53:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000714
**Ordering Provider:** Bhuria,Himanshu
**Performing Location:**

**Collected:** 1/20/2016 11:57:00AM
**Resulted:** 1/20/2016 2:08:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Procalcitonin Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Procalcitonin Lvl | <0.05 | ng/mL | | <=0.10 |

Normal (adults): <0.1 ng/ml

Suspected Lower Respiratory Tract Infection (adults):
0.1 - 0.25 ng/ml: Low likelihood for bacterial infection; Antibiotics discouraged.
>0.25 ng/ml: Increased likelihood of bacterial infection: Antibiotics encouraged.

Suspected Sepsis (adults):
0.1 - 0.5 ng/ml: Low likelihood for sepsis; Antibiotics discouraged.
>0.5 ng/ml - 2.0 ng/ml: Increased likelihood for sepsis; Antibiotics encouraged.
>2.0 ng/ml: High risk of sepsis/septic shock; Antibiotics encouraged.

Interpretation of Procalcitonin results should always be performed in conjunction with evaluation of signs and symptoms that may suggest the presence of bacterial infection as well as diseases and conditions that may account for a patient's apparent systemic inflammatory response. Conditions associated with falsely elevated Procalcitonin include recent trauma/burns, recent major surgery, pancreatitis, cardiogenic shock, certain malignancies, or treatment with drugs that stimulate release of pro-inflammatory cytokines.

Clinical follow-up with re-measurement of Procalcitonin should be performed in all patients in whom antibiotics were withheld and who show no clinical improvement.

For more information on ordering and interpretations of Procalcitonin levels please refer to the Dignity health Antimicrobial Stewardship Guidelines for Procalcitonin Algorithm and Guidelines for Antibiotic Therapy Decisions.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000338
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 7:43:00AM
**Resulted:** 1/20/2016 8:11:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Lactic Acid**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lactic Acid | 2.5 | mMOL/L | H | 0.5-2.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** .SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000145
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 6:28:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 15.4 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.18 | million/uL | L | 4.20-5.40 |
| Hgb | 12.6 | gm/dL | | 12.0-16.0 |
| Hct | 38.2 | % | | 36.0-48.0 |
| MCV | 91.3 | fL | | 83.0-99.0 |
| MCH | 30.1 | pg | | 27.0-32.0 |
| MCHC | 32.9 | gm/dL | | 32.0-36.0 |
| RDW | 14.0 | % | | 11.5-14.5 |
| Plt | 239 | thousand/uL | | 130-400 |
| MPV | 7.9 | fL | | 6.0-10.0 |
| Scan | Scan^Scan | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000145
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 6:42:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PT**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PT | 14.5 | seconds | H | 12.1-14.1 |
| INR | 1.1 | Unit | | |

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000145
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 6:45:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 134 | mMOL/L | L | 136-145 |
| Potassium | 3.8 | mMOL/L | | 3.4-5.0 |
| Chloride | 102 | mMOL/L | | 98-107 |
| CO2 | 18 | mmol/L | L | 19-27 |
| Glucose Level | 182 | mg/dL | H | 70-99 |
| BUN | 12.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 8.8 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.20 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.3 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 55.0 | Units/L | | 40.0-150.0 |
| ALT | 18 | Units/L | | 0-55 |
| AST | 7 | Units/L | | 5-34 |
| Bili Total | 0.4 | mg/dL | | 0.2-1.2 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

### Results

**Lab Accession #** DOMLAB000012016020000145
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 6:46:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

---

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000096
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 6:46:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.4 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** I1371144
**OMRN:** I1371144
**Home:** (831) 600-5145
**Work:**

## Results

**Lab Accession #** DOMLAB000012016020000145
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/20/2016 4:33:00AM
**Resulted:** 1/20/2016 7:06:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 96.6 | % | H | 40.0-74.0 |
| Lymph% | 2.5 | % | L | 19.0-48.0 |
| Mono% | 0.8 | % | L | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.1 | % | | 0.0-1.5 |
| ABS Neut | 14.8 | thousand/uL | H | 1.9-8.0 |
| Auto-Differential confirmed by Smear review. No significant leukocyte abnormalities seen. Manual Differential not indicated. | | | | |
| ABS Lymph | 0.4 | thousand/uL | L | 0.9-5.2 |
| ABS Mono | 0.1 | thousand/uL | L | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB00001201601900092
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 10:53:00PM
**Resulted:** 1/19/2016 11:26:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**BNP**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| B-Natriuretic Peptide | 20.3 | pg/mL | | 0.0-100.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000992
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 10:53:00PM
**Resulted:** 1/19/2016 11:26:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Troponin-I**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TROPONIN I | <0.01 | ng/mL | | <=0.03 |

Negative: <0.03 ng/mL (99% of healthy people will be below 0.03 ng/mL)

0.03 - 0.30 ng/mL represents a continuum of patients from normal to unstable angina to acute myocardial infarction

>0.30 ng/mL is suggestive of acute myocardial infarction

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB00001201601900086
**Ordering Provider:** Grady,John
**Performing Location:**

**Collected:** 1/19/2016 7:52:00PM
**Resulted:** 1/19/2016 8:00:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Arterial Blood Gas**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Specimen Type | ARTERIAL | | | |
| Site of Draw | lr | | | |
| pH Bld Gas | 7.637 | | AA | 7.350-7.450 |
| Critical Results Called(Read-Back Confirmed)to Dr. Grady @2100 by cp . | | | | |
| pCO2. | 17.8 | mm Hg | AA | 35.0-45.0 |
| Critical Results Called(Read-Back Confirmed)to Dr. Grady @2100 by cp . | | | | |
| HCO3 | 18.6 | mMOL/L | L | 22.0-26.0 |
| BE | 0.3 | mMOL/L | | -2.0-2.0 |
| tHb | 14.1 | gm/dL | | 14.0-18.0 |
| O2Hb | 98.1 | % | H | 94.0-97.0 |
| COHb | 0.1 | % | | <=1.5 |
| MetHb | 0.4 | % | | 0.0-1.5 |
| Ionized Ca Bld Gas | 4.60 | mg/dL | | 4.50-5.30 |
| FiO2 | 21 | % | | |
| Specimen Comment | see comments | | | |
| Room air abg | | | | |
| pO2. | 118.7 | mm Hg | H | 75.0-100.0 |
| ALLENS TEST | Normal^Normal | | | Normal |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000860
**Ordering Provider:** Grady,John
**Performing Location:**

**Collected:** 1/19/2016 7:52:00PM
**Resulted:** 1/19/2016 8:00:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**POCT - Lactate Whole Blood**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lactic Acid (POCT) | 3.8 | mmol/L | AA | 0.5-2.2 |

Critical Results Called(Read-Back Confirmed)to Dr. Grady @2100 by cp .

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000798
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 5:17:00PM
**Resulted:** 1/25/2016 6:01:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Culture Blood**

**Stage:** Final

Specimen Source:
Body Site:
FINAL815
No growth at 132 Hours

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CULTURE BLOOD | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB0000120160190000797
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 5:11:00PM
**Resulted:** 1/20/2016 5:29:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Culture Blood**

**Stage:** **Final**

Specimen Source:
Body Site:
FINAL815
No growth at 132 Hours

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CULTURE BLOOD | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000799
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 5:11:00PM
**Resulted:** 1/19/2016 5:52:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**D-Dimer Quantitative**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| D-Dimer, Quant. | 710 | ng/mL | H | 0-474 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000796
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 5:11:00PM
**Resulted:** 1/19/2016 6:14:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Lactic Acid**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lactic Acid | 3.8 | mMOL/L | AA | 0.5-2.0 |

Lactic Acid results called (read-back confirmed) to Dr. Grady/ED @ 01/19/2016 19:14:08 PST by wm.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000782
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 4:38:00PM
**Resulted:** 1/19/2016 4:53:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC w/ Indices**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 16.1 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.68 | million/uL | | 4.20-5.40 |
| Hgb | 13.8 | gm/dL | | 12.0-16.0 |
| Hct | 41.7 | % | | 36.0-48.0 |
| MCV | 89.1 | fL | | 83.0-99.0 |
| MCH | 29.5 | pg | | 27.0-32.0 |
| MCHC | 33.1 | gm/dL | | 32.0-36.0 |
| RDW | 13.6 | % | | 11.5-14.5 |
| Plt | 281 | thousand/uL | | 130-400 |
| MPV | 7.3 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000782
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 4:38:00PM
**Resulted:** 1/19/2016 5:10:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 136 | mMOL/L | | 136-145 |
| Potassium | 4.0 | mMOL/L | | 3.4-5.0 |
| Chloride | 105 | mMOL/L | | 98-107 |
| CO2 | 18 | mmol/L | L | 19-27 |
| Glucose Level | 165 | mg/dL | H | 70-99 |
| BUN | 15.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 10.0 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.90 | gm/dL | | 6.40-8.30 |
| Albumin | 3.5 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 65.0 | Units/L | | 40.0-150.0 |
| ALT | 21 | Units/L | | 0-55 |
| AST | 9 | Units/L | | 5-34 |
| Bili Total | 0.3 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016019000782
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 1/19/2016 4:38:00PM
**Resulted:** 1/19/2016 5:10:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016009000121
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/9/2016 5:44:00AM
**Resulted:** 1/9/2016 6:23:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 22.3 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.16 | million/uL | L | 4.20-5.40 |
| Hgb | 12.6 | gm/dL | | 12.0-16.0 |
| Hct | 37.9 | % | | 36.0-48.0 |
| MCV | 91.0 | fL | | 83.0-99.0 |
| MCH | 30.3 | pg | | 27.0-32.0 |
| MCHC | 33.3 | gm/dL | | 32.0-36.0 |
| RDW | 12.9 | % | | 11.5-14.5 |
| Plt | 297 | thousand/uL | | 130-400 |
| MPV | 7.3 | fL | | 6.0-10.0 |
| Scan | Scan^Scan | | | |

## Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016009000121
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/9/2016 5:44:00AM
**Resulted:** 1/9/2016 6:49:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Basic Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 134 | mMOL/L | L | 136-145 |
| Potassium | 4.2 | mMOL/L | | 3.4-5.0 |
| Chloride | 102 | mMOL/L | | 98-107 |
| CO2 | 23 | mmol/L | | 19-27 |
| Glucose Level | 180 | mg/dL | H | 70-99 |
| BUN | 12.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.9 | mg/dL | | 0.6-1.1 |
| Calcium | 8.8 | mg/dL | | 8.4-10.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016009000121
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/9/2016 5:44:00AM
**Resulted:** 1/9/2016 6:49:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB0000120160090000121
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/9/2016 5:44:00AM
**Resulted:** 1/9/2016 8:54:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 87.6 | % | H | 40.0-74.0 |
| Lymph% | 8.6 | % | L | 19.0-48.0 |
| Mono% | 3.5 | % | | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.3 | % | | 0.0-1.5 |
| ABS Neut | 19.5 | thousand/uL | H | 1.9-8.0 |
| Auto-Differential confirmed by Smear review. No significant leukocyte abnormalities seen. Manual Differential not indicated. | | | | |
| ABS Lymph | 1.9 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.8 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.1 | Per 100 WBC | | 0.0-1.0 |

BAMP Reported On: 01/09/2016 07:49 AM

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
CLIA# 05D0606603

| | NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|---|
| ↓ | Sodium | 134 mMOL/L | 136-145 | |
| | Potassium | 4.2 mMOL/L | 3.4-5.0 | |
| | Chloride | 102 mMOL/L | 98-107 | |
| | CO2 | 23 mmol/L | 19-27 | |
| ↑ | Glucose Level | 180 mg/dL | 70-99 | |
| | BUN | 12.0 mg/dL | 7.0-18.7 | |
| | Creatinine | 0.9 mg/dL | 0.6-1.1 | |
| | Calcium | 8.8 mg/dL | 8.4-10.2 | |

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Patient: KIMBERLY SHAW Generated 01/11/2016 11:49 AM

## GFR ESTIMATED Reported On: 01/09/2016 07:49 AM

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
CLIA# 05D0606603

| NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|
| GFR Estimated | >60 mL/min/1.73m2 | >=60 | |

Notes:

---

Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: Severe: ⚠

CBC W/ DIFF Reported On: 01/09/2016 07:23 AM

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
CLIA# 05D0606603

| | NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|---|
| ↑ | WBC | 22.3 thousand/uL | 5.0-11.0 | |
| ↓ | RBC | 4.16 million/uL | 4.20-5.40 | |
| | Hgb | 12.6 gm/dL | 12.0-16.0 | |
| | Hct | 37.9 % | 36.0-48.0 | |
| | MCV | 91.0 fL | 83.0-99.0 | |
| | MCH | 30.3 pg | 27.0-32.0 | |
| | MCHC | 33.3 gm/dL | 32.0-36.0 | |
| | RDW | 12.9 % | 11.5-14.5 | |
| | Plt | 297 thousand/uL | 130-400 | |
| | MPV | 7.3 fL | 6.0-10.0 | |
| | Scan | Scan | | |

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016008000685
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/8/2016 4:10:00PM
**Resulted:** 1/8/2016 4:42:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 4.4 | mMOL/L | | 3.4-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016008000388
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/8/2016 9:39:00AM
**Resulted:** 1/8/2016 10:34:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 3.7 | mMOL/L | | 3.4-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016008000100
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/8/2016 5:29:00AM
**Resulted:** 1/8/2016 6:32:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.2 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016008000132
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/8/2016 5:29:00AM
**Resulted:** 1/8/2016 6:32:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Theophylline Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Theophylline Level | 9.4 | mcg/mL | L | 10.0-20.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** DOMLAB000012016008000132
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/8/2016 5:29:00AM
**Resulted:** 1/8/2016 6:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Basic Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 135 | mMOL/L | L | 136-145 |
| Potassium | 3.8 | mMOL/L | | 3.4-5.0 |
| Chloride | 103 | mMOL/L | | 98-107 |
| CO2 | 26 | mmol/L | | 19-27 |
| Glucose Level | 155 | mg/dL | H | 70-99 |
| BUN | 11.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 8.5 | mg/dL | | 8.4-10.2 |

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016008000132
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/8/2016 5:29:00AM
**Resulted:** 1/8/2016 6:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

---

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016007000151
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/7/2016 5:25:00AM
**Resulted:** 1/7/2016 7:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Theophylline Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Theophylline Level | 9.3 | mcg/mL | L | 10.0-20.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016007000378
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/7/2016 5:25:00AM
**Resulted:** 1/7/2016 9:18:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 4.0 | mMOL/L | | 3.4-5.0 |

Printed by: Rodriguez, Johanna | 4/11/2018 2:46:00PM

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** DOMLAB000012016007000379
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/7/2016 5:25:00AM
**Resulted:** 1/7/2016 9:18:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.3 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016006000143
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/6/2016 5:48:00AM
**Resulted:** 1/6/2016 7:40:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Basic Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 136 | mMOL/L | | 136-145 |
| Potassium | 4.4 | mMOL/L | | 3.4-5.0 |
| Chloride | 102 | mMOL/L | | 98-107 |
| CO2 | 26 | mmol/L | | 19-27 |
| Glucose Level | 148 | mg/dL | H | 70-99 |
| BUN | 8.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 1.0 | mg/dL | | 0.6-1.1 |
| Calcium | 9.1 | mg/dL | | 8.4-10.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016006000143
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/6/2016 5:48:00AM
**Resulted:** 1/6/2016 7:40:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | 59 | mL/min/1.73m2 | L | >=60 |

---

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB0000120160060000143
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/6/2016 5:48:00AM
**Resulted:** 1/6/2016 7:40:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Theophylline Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Theophylline Level | 9.6 | mcg/mL | L | 10.0-20.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016006000455
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/6/2016 5:48:00AM
**Resulted:** 1/6/2016 11:11:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.4 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016005000107
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/5/2016 6:19:00AM
**Resulted:** 1/5/2016 7:42:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.1 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016005000175
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/5/2016 6:19:00AM
**Resulted:** 1/5/2016 7:49:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Theophylline Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Theophylline Level | 11.6 | mcg/mL | | 10.0-20.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016005000515
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 1/5/2016 6:19:00AM
**Resulted:** 1/5/2016 10:47:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 4.1 | mMOL/L | | 3.4-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016004000713
**Ordering Provider:** Kipps,David
**Performing Location:**

**Collected:** 1/4/2016 3:07:00PM
**Resulted:** 1/4/2016 3:59:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Theophylline Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Theophylline Level | 13.0 | mcg/mL | | 10.0-20.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016004000153
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/4/2016 5:49:00AM
**Resulted:** 1/4/2016 6:55:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 14.6 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.21 | million/uL | | 4.20-5.40 |
| Hgb | 12.3 | gm/dL | | 12.0-16.0 |
| Hct | 38.3 | % | | 36.0-48.0 |
| MCV | 90.9 | fL | | 83.0-99.0 |
| MCH | 29.3 | pg | | 27.0-32.0 |
| MCHC | 32.2 | gm/dL | | 32.0-36.0 |
| RDW | 13.1 | % | | 11.5-14.5 |
| Plt | 366 | thousand/uL | | 130-400 |
| MPV | 7.5 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** DOMLAB000012016004000153
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/4/2016 5:49:00AM
**Resulted:** 1/4/2016 6:55:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 79.1 | % | H | 40.0-74.0 |
| Lymph% | 14.6 | % | L | 19.0-48.0 |
| Mono% | 6.2 | % | | 3.5-9.0 |
| Eos% | 0.1 | % | | 0.0-7.0 |
| Baso% | 0.0 | % | | 0.0-1.5 |
| ABS Neut | 11.5 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 2.1 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.9 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016004000247
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/4/2016 5:49:00AM
**Resulted:** 1/4/2016 7:24:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.3 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016004000153
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/4/2016 5:49:00AM
**Resulted:** 1/4/2016 7:26:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 136 | mMOL/L | | 136-145 |
| Potassium | 4.2 | mMOL/L | | 3.4-5.0 |
| Chloride | 105 | mMOL/L | | 98-107 |
| CO2 | 24 | mmol/L | | 19-27 |
| Glucose Level | 124 | mg/dL | H | 70-99 |
| BUN | 10.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 1.0 | mg/dL | | 0.6-1.1 |
| Calcium | 8.9 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.00 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.4 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 51.0 | Units/L | | 40.0-150.0 |
| ALT | 15 | Units/L | | 0-55 |
| AST | 9 | Units/L | | 5-34 |
| Bili Total | 0.3 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016004000153
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/4/2016 5:49:00AM
**Resulted:** 1/4/2016 7:26:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

---

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** DOMLAB000012016003000421
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/3/2016 6:35:00PM
**Resulted:** 1/4/2016 8:38:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CULTURE RESPIRATORY/GRAM**

**Stage:** **Final**

Specimen Source:
Body Site:
FINAL815
2+ Normal upper respiratory flora
Resembling Strep. viridans Group
GRAMSTAIN805
>25 White Blood Cells/LPF seen, and <10 Epithelial cells/LPF seen.
Moderate Gram Positive Cocci
Culture in progress

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CULTURE RESPIRATORY/GRAM | | | | |

Printed by: Rodriguez, Johanna | 4/11/2018 2:47:00PM

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016003000187
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/3/2016 5:44:00AM
**Resulted:** 1/3/2016 6:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 13.4 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.46 | million/uL | | 4.20-5.40 |
| Hgb | 13.2 | gm/dL | | 12.0-16.0 |
| Hct | 40.4 | % | | 36.0-48.0 |
| MCV | 90.7 | fL | | 83.0-99.0 |
| MCH | 29.6 | pg | | 27.0-32.0 |
| MCHC | 32.7 | gm/dL | | 32.0-36.0 |
| RDW | 13.2 | % | | 11.5-14.5 |
| Plt | 407 | thousand/uL | H | 130-400 |
| MPV | 7.7 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016003000187
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/3/2016 5:44:00AM
**Resulted:** 1/3/2016 6:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 78.1 | % | H | 40.0-74.0 |
| Lymph% | 16.4 | % | L | 19.0-48.0 |
| Mono% | 5.4 | % | | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.1 | % | | 0.0-1.5 |
| ABS Neut | 10.5 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 2.2 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.7 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB00001201600300O142
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/3/2016 5:44:00AM
**Resulted:** 1/3/2016 7:14:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg<br>THERAPEUTIC RANGE FOR OB/GYN:<br>4.0 - 7.0 mg/dL | 2.4 | mg/dL | | 1.6-2.6 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016003000187
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/3/2016 5:44:00AM
**Resulted:** 1/3/2016 7:20:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 139 | mMOL/L | | 136-145 |
| Potassium | 4.4 | mMOL/L | | 3.4-5.0 |
| Chloride | 104 | mMOL/L | | 98-107 |
| CO2 | 25 | mmol/L | | 19-27 |
| Glucose Level | 129 | mg/dL | H | 70-99 |
| BUN | 10.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.3 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.80 | gm/dL | | 6.40-8.30 |
| Albumin | 3.7 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 60.0 | Units/L | | 40.0-150.0 |
| ALT | 16 | Units/L | | 0-55 |
| AST | 9 | Units/L | | 5-34 |
| Bili Total | 0.4 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016003000187
**Ordering Provider:** Likar,Laura
**Performing Location:**

**Collected:** 1/3/2016 5:44:00AM
**Resulted:** 1/3/2016 7:20:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Phosphorus Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Phosphorus | 5.3 | mg/dL | H | 2.3-4.7 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

Patient: SHAW, KIMBERLY

Age/Sex/DOB: 51 yrs F
EMRN: 11371144
OMRN: 11371144
Home:
Work:

## Results

Lab Accession # DOMLAB000012016003000187
Ordering Provider: Suval,Michael J
Performing Location:

Collected: 1/3/2016 5:44:00AM
Resulted: 1/3/2016 7:20:00AM
Verified By: <Verification Not Required>
Auto Verify: Y

GFR Estimated

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016002000178
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/2/2016 5:53:00AM
**Resulted:** 1/2/2016 6:46:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 12.2 | thousand/uL | H | 5.0-11.0 |
| RBC | 3.89 | million/uL | L | 4.20-5.40 |
| Hgb | 11.5 | gm/dL | L | 12.0-16.0 |
| Hct | 35.6 | % | L | 36.0-48.0 |
| MCV | 91.5 | fL | | 83.0-99.0 |
| MCH | 29.5 | pg | | 27.0-32.0 |
| MCHC | 32.2 | gm/dL | | 32.0-36.0 |
| RDW | 13.3 | % | | 11.5-14.5 |
| Plt | 334 | thousand/uL | | 130-400 |
| MPV | 7.6 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016002000178
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/2/2016 5:53:00AM
**Resulted:** 1/2/2016 6:46:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 79.5 | % | H | 40.0-74.0 |
| Lymph% | 14.2 | % | L | 19.0-48.0 |
| Mono% | 6.3 | % | | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.0 | % | | 0.0-1.5 |
| ABS Neut | 9.7 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 1.7 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.8 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016002000107
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/2/2016 5:53:00AM
**Resulted:** 1/2/2016 6:51:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.1 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016002000178
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/2/2016 5:53:00AM
**Resulted:** 1/2/2016 7:16:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 138 | mMOL/L | | 136-145 |
| Potassium | 4.7 | mMOL/L | | 3.4-5.0 |
| Chloride | 111 | mMOL/L | H | 98-107 |
| CO2 | 22 | mmol/L | | 19-27 |
| Glucose Level | 126 | mg/dL | H | 70-99 |
| BUN | 9.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.7 | mg/dL | | 0.6-1.1 |
| Calcium | 8.2 | mg/dL | L | 8.4-10.2 |
| Protein, Total | 5.50 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.1 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 45.0 | Units/L | | 40.0-150.0 |
| ALT | 12 | Units/L | | 0-55 |
| AST | 8 | Units/L | | 5-34 |
| Bili Total | 0.3 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016002000178
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/2/2016 5:53:00AM
**Resulted:** 1/2/2016 7:16:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016001000115
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/1/2016 5:50:00AM
**Resulted:** 1/1/2016 6:38:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 14.4 | thousand/uL | H | 5.0-11.0 |
| RBC | 3.99 | million/uL | L | 4.20-5.40 |
| Hgb | 11.8 | gm/dL | L | 12.0-16.0 |
| Hct | 36.2 | % | | 36.0-48.0 |
| MCV | 90.9 | fL | | 83.0-99.0 |
| MCH | 29.6 | pg | | 27.0-32.0 |
| MCHC | 32.5 | gm/dL | | 32.0-36.0 |
| RDW | 13.4 | % | | 11.5-14.5 |
| Plt | 377 | thousand/uL | | 130-400 |
| MPV | 7.7 | fL | | 6.0-10.0 |
| Scan | Scan^Scan | | | |

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016001000209
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/1/2016 5:50:00AM
**Resulted:** 1/1/2016 7:10:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg<br>THERAPEUTIC RANGE FOR OB/GYN:<br>4.0 - 7.0 mg/dL | 2.3 | mg/dL | | 1.6-2.6 |

# Capitola Family Practice

**528 Capitola Ave**
**Capitola,CA 95010**
**(831) 475-1630**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016001000115
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/1/2016 5:50:00AM
**Resulted:** 1/1/2016 7:24:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY -

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016001000115
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/1/2016 5:50:00AM
**Resulted:** 1/1/2016 7:30:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 141 | mMOL/L | | 136-145 |
| Potassium | 4.2 | mMOL/L | | 3.4-5.0 |
| Chloride | 110 | mMOL/L | H | 98-107 |
| CO2 | 23 | mmol/L | | 19-27 |
| Glucose Level | 175 | mg/dL | H | 70-99 |
| BUN | 12.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.0 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.10 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.4 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 52.0 | Units/L | | 40.0-150.0 |
| ALT | 13 | Units/L | | 0-55 |
| AST | 8 | Units/L | | 5-34 |
| Bili Total | 0.3 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012016001000115
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 1/1/2016 5:50:00AM
**Resulted:** 1/1/2016 8:38:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 91.7 | % | H | 40.0-74.0 |
| Lymph% | 4.9 | % | L | 19.0-48.0 |
| Mono% | 3.3 | % | L | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.1 | % | | 0.0-1.5 |
| ABS Neut | 13.2 | thousand/uL | H | 1.9-8.0 |
| Previous Results Reviewed_ | | | | |
| ABS Lymph | 0.7 | thousand/uL | L | 0.9-5.2 |
| ABS Mono | 0.5 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000163
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 6:56:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

PT

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PT | 12.9 | seconds | | 12.1-14.1 |
| INR | 1.0 | Unit | | |

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000163
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 7:11:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 8.4 | thousand/uL | | 5.0-11.0 |
| RBC | 3.99 | million/uL | L | 4.20-5.40 |
| Hgb | 12.2 | gm/dL | | 12.0-16.0 |
| Hct | 36.3 | % | | 36.0-48.0 |
| MCV | 90.8 | fL | | 83.0-99.0 |
| MCH | 30.6 | pg | | 27.0-32.0 |
| MCHC | 33.7 | gm/dL | | 32.0-36.0 |
| RDW | 13.2 | % | | 11.5-14.5 |
| Plt | 358 | thousand/uL | | 130-400 |
| MPV | 7.9 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000126
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 7:22:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 3.8 | mMOL/L | | 3.4-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000126
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 7:22:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg<br>THERAPEUTIC RANGE FOR OB/GYN:<br>4.0 - 7.0 mg/dL | 2.3 | mg/dL | | 1.6-2.6 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000163
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 7:34:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 141 | mMOL/L | | 136-145 |
| Potassium | 3.8 | mMOL/L | | 3.4-5.0 |
| Chloride | 113 | mMOL/L | H | 98-107 |
| CO2 | 19 | mmol/L | | 19-27 |
| Glucose Level | 173 | mg/dL | H | 70-99 |
| BUN | 10.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.0 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.70 | gm/dL | | 6.40-8.30 |
| Albumin | 3.7 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 59.0 | Units/L | | 40.0-150.0 |
| ALT | 15 | Units/L | | 0-55 |
| AST | 9 | Units/L | | 5-34 |
| Bili Total | 0.5 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000163
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 7:34:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015365000163
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/31/2015 5:44:00AM
**Resulted:** 12/31/2015 9:11:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 90.1 | % | H | 40.0-74.0 |
| Lymph% | 7.1 | % | L | 19.0-48.0 |
| Mono% | 2.7 | % | L | 3.5-9.0 |
| Eos% | 0.0 | % | | 0.0-7.0 |
| Baso% | 0.1 | % | | 0.0-1.5 |
| ABS Neut | 7.6 | thousand/uL | | 1.9-8.0 |
| ABS Lymph | 0.6 | thousand/uL | L | 0.9-5.2 |
| ABS Mono | 0.2 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.0 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.0 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015364000822
**Ordering Provider:** Suval,Michael J
**Performing Location:**

**Collected:** 12/30/2015 6:16:00PM
**Resulted:** 12/30/2015 6:41:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Potassium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium | 3.8 | mMOL/L | | 3.4-5.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015364000572
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 12/30/2015 12:42:00PM
**Resulted:** 12/30/2015 12:49:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 11.5 | thousand/uL | H | 5.0-11.0 |
| RBC | 4.10 | million/uL | L | 4.20-5.40 |
| Hgb | 12.3 | gm/dL | | 12.0-16.0 |
| Hct | 36.9 | % | | 36.0-48.0 |
| MCV | 89.9 | fL | | 83.0-99.0 |
| MCH | 30.0 | pg | | 27.0-32.0 |
| MCHC | 33.4 | gm/dL | | 32.0-36.0 |
| RDW | 13.2 | % | | 11.5-14.5 |
| Plt | 351 | thousand/uL | | 130-400 |
| MPV | 7.4 | fL | | 6.0-10.0 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** DOMLAB000012015364000572
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 12/30/2015 12:42:00PM
**Resulted:** 12/30/2015 12:49:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 80.5 | % | H | 40.0-74.0 |
| Lymph% | 13.3 | % | L | 19.0-48.0 |
| Mono% | 5.1 | % | | 3.5-9.0 |
| Eos% | 0.5 | % | | 0.0-7.0 |
| Baso% | 0.6 | % | | 0.0-1.5 |
| ABS Neut | 9.3 | thousand/uL | H | 1.9-8.0 |
| ABS Lymph | 1.5 | thousand/uL | | 0.9-5.2 |
| ABS Mono | 0.6 | thousand/uL | | 0.2-1.0 |
| ABS Eos | 0.1 | thousand/uL | | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | | 0.0-0.2 |
| nRBC Auto | 0.1 | Per 100 WBC | | 0.0-1.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015364000572
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 12/30/2015 12:42:00PM
**Resulted:** 12/30/2015 1:07:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Basic Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 138 | mMOL/L | | 136-145 |
| Potassium | 3.2 | mMOL/L | L | 3.4-5.0 |
| Chloride | 106 | mMOL/L | | 98-107 |
| CO2 | 20 | mmol/L | | 19-27 |
| Glucose Level | 111 | mg/dL | H | 70-99 |
| BUN | 12.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.3 | mg/dL | | 8.4-10.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB000012015364000572
**Ordering Provider:** Provider,Non CHW
**Performing Location:**

**Collected:** 12/30/2015 12:42:00PM
**Resulted:** 12/30/2015 1:07:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

>60 Normal
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2472228087
**Ordering Provider:** Tirado,Oliva
**Performing Location:**

**Collected:** 7/8/2015 4:07:00PM
**Resulted:** 7/8/2015 4:29:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 139 | mMOL/L | | 136-145 |
| Potassium | 4.1 | mMOL/L | | 3.4-5.0 |
| Chloride | 107 | mMOL/L | | 98-107 |
| CO2 | 22 | mmol/L | | 19-27 |
| Glucose Level | 96 | mg/dL | | 70-99 |
| BUN | 10.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.9 | mg/dL | | 8.4-10.2 |
| Protein, Total | 7.50 | gm/dL | | 6.40-8.30 |
| Albumin | 4.2 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 62.0 | Units/L | | 40.0-150.0 |
| ALT | 15 | Units/L | | 0-55 |
| AST | 15 | Units/L | | 5-34 |
| Bili Total | 0.6 | mg/dL | | 0.2-1.2 |

## Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

### Results

**Lab Accession #** DOMLAB2472283871
**Ordering Provider:** Tirado,Oliva
**Performing Location:**

**Collected:** 7/8/2015 4:07:00PM
**Resulted:** 7/8/2015 4:29:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

Interpetation of Estimated GFR:

60 or more Mildly Reduced (60-89) or Normal (90 or more)
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

An Estimated GFR of <60 for 3 months or more signifies possible chronic kidney disease.

Multiply the Estimated GFR by 1.21 for African Americans.

Estimated GFR (eGFR) is calculated from plasma or serum creatinine,age, and gender, using the MDRD equation. The calculation assumes steady-state and is not useful if renal function is changing rapidly or in dialysis patients. eGFR is calculated based on average body surface for young adults (1.73 m2).

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2472228089
**Ordering Provider:** Tirado,Oliva
**Performing Location:**

**Collected:** 7/8/2015 4:07:00PM
**Resulted:** 7/13/2015 5:25:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**QuantiFERON Gold TB**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| .Quantiferon TB | Negative | | | Negative |

A negative result indicates M. tuberculoses infection is unlikely except when illness is consistent with TB disease or when progression to disease is likely due to immunosuppression. Epidemiological, historical, medical and diagnostic findings should be taken into account when interpreting Quantiferon-TB GOLD results. False negative results can occur in early infection, in cancer patients, and patients with altered immune function. Repeat testing is suggested 8 to 10 weeks after exposure for patients who are exposed to TB.

The NIL value adjusts for sample background, heterophile antibody interference and non-specific IFN production. The Mitogen-NIL acts as a positive control. The TB-NIL assesses the patient response to ESAT-6, TB7.7, or CFP-10 antigens. The "positive," "negative" or "indeterminate" result is determined by an FDA approved algorithm.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| .Nil | 0.02 | Int Unit/mL | | |
| .Mitogen-Nil | >10.00 | Int Unit/mL | | |
| .TB-Nil | 0.00 | Int Unit/mL | | |

Test performed at: HealthCare Clinical Lab
A member of Dignity Health
2102 N. California St.
Stockton, CA 95204
CLIA # 05D0609125
1-888-LAB-HCCL
Medical Director: Stephen G. Connolly, M.D.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2316727989
**Ordering Provider:** CHWDR,OrthopedicSurgery
**Performing Location:**

**Collected:** 5/21/2015 3:34:00PM
**Resulted:** 5/22/2015 6:48:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**TropI POC**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Troponin I (POCT) | 0.00 | ng/mL | | 0.00-0.08 |

Performed By:Mauerman, Eric V.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2314955117
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:10:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Troponin-I**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| TROPONIN I | <0.01 | ng/mL | | <=0.03 |

Negative: <0.03 ng/mL (99% of healthy people will be below 0.03 ng/mL)

0.03 - 0.30 ng/mL represents a continuum of patients from normal to unstable angina to acute myocardial infarction

>0.30 ng/mL is suggestive of acute myocardial infarction

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** DOMLAB2315024073
**Ordering Provider:** CHWDR,OrthopedicSurgery
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:18:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 139 | mMOL/L | | 136-145 |
| Potassium | 3.6 | mMOL/L | | 3.4-5.0 |
| Chloride | 111 | mMOL/L | H | 98-107 |
| CO2 | 20 | mmol/L | | 19-27 |
| Glucose Level | 127 | mg/dL | H | 70-99 |
| BUN | 10.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 9.1 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.50 | gm/dL | | 6.40-8.30 |
| Albumin | 3.6 | gm/dL | | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 56.0 | Units/L | | 40.0-150.0 |
| ALT | 41 | Units/L | | 0-55 |
| AST | 60 | Units/L | H | 5-34 |
| Bili Total | 0.8 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2315058957
**Ordering Provider:** CHWDR,OrthopedicSurgery
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:18:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

Interpetation of Estimated GFR:

60 or more Mildly Reduced (60-89) or Normal (90 or more)
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

An Estimated GFR of <60 for 3 months or more signifies possible chronic kidney disease.

Multiply the Estimated GFR by 1.21 for African Americans.

Estimated GFR (eGFR) is calculated from plasma or serum creatinine,age, and gender, using the MDRD equation. The calculation assumes steady-state and is not useful if renal function is changing rapidly or in dialysis patients. eGFR is calculated based on average body surface for young adults (1.73 m2).

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2315026069
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:09:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 13.55 | thousand/uL | H | 5.00-11.00 |
| RBC | 4.51 | million/uL | | 4.20-5.40 |
| Hgb | 13.5 | gm/dL | | 12.0-16.0 |
| Hct | 39.9 | % | | 36.0-48.0 |
| MCV | 88.4 | fL | | 83.0-99.0 |
| MCH | 30.0 | pg | | 27.0-32.0 |
| MCHC | 34.0 | gm/dL | | 32.0-36.0 |
| RDW | 11.6 | % | | 11.5-14.5 |
| Plt | 263 | thousand/uL | | 130-400 |
| MPV | 8.1 | fL | | 6.0-10.0 |
| Scan | DIFM | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2315085253
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:54:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Morphology**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Normal Morph | Normal RBC Morph | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2315085191
**Ordering Provider:** Lapid,Terry
**Performing Location:**

**Collected:** 5/21/2015 3:30:00PM
**Resulted:** 5/21/2015 4:54:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Manual Differential**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Man Segs | 75 | % | H | 40-74 |
| Man Bands | 15 | % | H | 0-8 |
| Man Lymphs | 6 | % | L | 19-48 |
| Man Monos | 2 | % | L | 4-9 |
| Man Eos | 1 | % | | 0-7 |
| Man Basos | 1 | % | | 0-2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2285896973
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 8:17:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Comprehensive Metabolic Panel**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sodium | 144 | mMOL/L | | 136-145 |
| Potassium | 4.5 | mMOL/L | | 3.4-5.0 |
| Chloride | 112 | mMOL/L | H | 98-107 |
| CO2 | 24 | mmol/L | | 19-27 |
| Glucose Level | 99 | mg/dL | | 70-99 |
| BUN | 8.0 | mg/dL | | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | | 0.6-1.1 |
| Calcium | 8.7 | mg/dL | | 8.4-10.2 |
| Protein, Total | 6.00 | gm/dL | L | 6.40-8.30 |
| Albumin | 3.2 | gm/dL | L | 3.5-5.0 |
| Values are on average approximately 0.3 g/dL higher in ambulatory patients. | | | | |
| Alkphos | 43.0 | Units/L | | 40.0-150.0 |
| ALT | 14 | Units/L | | 0-55 |
| AST | 16 | Units/L | | 5-34 |
| Bili Total | 0.5 | mg/dL | | 0.2-1.2 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2287076383
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 8:17:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**GFR Estimated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| GFR Estimated | >60 | mL/min/1.73m2 | | >=60 |

Interpetation of Estimated GFR:

60 or more Mildly Reduced (60-89) or Normal (90 or more)
30-59 Moderately Reduced
15-29 Severely Reduced
<15 Kidney Failure

An Estimated GFR of <60 for 3 months or more signifies possible chronic kidney disease.

Multiply the Estimated GFR by 1.21 for African Americans.

Estimated GFR (eGFR) is calculated from plasma or serum creatinine,age, and gender, using the MDRD equation. The calculation assumes steady-state and is not useful if renal function is changing rapidly or in dialysis patients. eGFR is calculated based on average body surface for young adults (1.73 m2).

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2285457257
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 8:17:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Lipase**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lipase | 47 | Units/L | | 8-78 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2285896989
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 8:01:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Magnesium Level**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mg | 2.3 | mg/dL | | 1.6-2.6 |

THERAPEUTIC RANGE FOR OB/GYN:
4.0 - 7.0 mg/dL

Printed by: Rodriguez, Johanna | 4/11/2018 2:49:00PM

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2287076409
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 7:43:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Differential Auto**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Neut% | 40.0 | % | | 40.0-74.0 |
| Lymph% | 44.0 | % | | 19.0-48.0 |
| Mono% | 6.8 | % | | 3.5-9.0 |
| Eos% | 7.2 | % | H | 0.0-7.0 |
| Baso% | 2.1 | % | H | 0.0-1.5 |
| ABS Neut | 2.88 | thousand/uL | | 1.90-8.00 |
| ABS Lymph | 3.16 | thousand/uL | | 0.90-5.20 |
| ABS Mono | 0.49 | thousand/uL | | 0.16-1.00 |
| ABS Eos | 0.52 | thousand/uL | | 0.00-0.80 |
| ABS Baso | 0.15 | thousand/uL | | 0.00-0.20 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2285897009
**Ordering Provider:** CHWDR,FamilyPractice
**Performing Location:**

**Collected:** 5/13/2015 6:49:00AM
**Resulted:** 5/13/2015 7:43:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**CBC Hemogram**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC Instr | 7.20 | | | |
| WBC | 7.20 | thousand/uL | | 5.00-11.00 |
| RBC | 4.36 | million/uL | | 4.20-5.40 |
| Hgb | 12.9 | gm/dL | | 12.0-16.0 |
| Hct | 39.8 | % | | 36.0-48.0 |
| MCV | 91.2 | fL | | 83.0-99.0 |
| MCH | 29.6 | pg | | 27.0-32.0 |
| MCHC | 32.4 | gm/dL | | 32.0-36.0 |
| RDW | 11.9 | % | | 11.5-14.5 |
| Plt | 304 | thousand/uL | | 130-400 |
| MPV | 7.0 | fL | | 6.0-10.0 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2285312323
**Ordering Provider:** Benford,Jacob
**Performing Location:**

**Collected:** 5/12/2015 3:50:00PM
**Resulted:** 5/12/2015 4:34:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Urinalysis Microscopic**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| URBC | 0-2 | | | 0-2 |
| Urine WBCs | 0-4 | | | 0-4 |
| UBacteria | None Seen | | | |
| UA Squam Epithelial | 0-5 | | | |
| Hyaline Casts | 0-5 | | | 0-5 |
| Sprm Instr | Not Present. | | | |
| Yst Instr | Not Present. | | | |
| SRC Instr | Not Present. | | | |
| Cryst Instr | Not Present. | | | |
| Path Instr | Not Present. | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** DOMLAB2284944687
**Ordering Provider:** Benford,Jacob
**Performing Location:**

**Collected:** 5/12/2015 3:50:00PM
**Resulted:** 5/12/2015 4:34:00PM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**UA w/ Culture if indicated**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Appearance | CLEAR | | | |
| Color | YELLOW | | | |
| UpH | 8.0 | pH | | 6.0-8.0 |
| UBlood | NEGATIVE | | | |
| UBilirubin | NEGATIVE | | | |
| UGlucose | NEGATIVE | | | |
| UKetones | NEGATIVE | | | |
| ULeukocyte Esterase | NEGATIVE | | | |
| UProtein | NEGATIVE | | | |
| Specific Gravity | 1.002 | ION.CON | L | 1.005-1.030 |
| UA Urobilinogen | Normal | | | Normal |
| UCIF Yes/No | No | | | |
| UNitrite | NEGATIVE | | | NEGATIVE |

SCAN
MRN # 1137144

Sleep HEALTH MD
Better Sleep for Life

AARON B. MORSE MD,INC
1665 DOMINICAN WAY SUITE 222A
SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337, Fax: (831) 476-5292

Date: 05/31/2017

RE: Kimberly Shaw, DOB: PT ID #38558

Andrea Ling MD,

FOLLOW UP PROGRESS NOTE

## ENCOUNTER REASON/DATE

None recorded
05/31/2017 - 03:00PM - SANTA CRUZ OFFICE

## HISTORY OF PRESENT ILLNESS

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea Index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: healthy-appearing, well-developed, and **obese.** Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:**
Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:**
Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present.** Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of (1).**

**Lungs:**
Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:**
Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::**
Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

## Assessment/Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

**3. Fatigue**
R53.83: Other fatigue

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD
  Pressure (cm H2O): 10 cm. H2O pressure
- SLEEP APNEA: CARE INSTRUCTIONS
- CPAP PROTOCOL

Return to Office
- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

Sincerely,

Electronically Signed by: AARON B. MORSE, MD

EXHIBIT NO. 4F
PAGE: 265 OF 283

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE (831) 465-0556 • FAX: (831) 476-5292

Patient: Kimberly Shaw | Referring Physician: Jacqueline Sedgwick, MD
DOB: Gender: F | Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The Pre-treatment portion is the diagnostic part of the study and the Treatment portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**
An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2). left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3.scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

## RESULTS

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 756 of 1114

Lincoln/ Shaw 0811

Case 1:21-cv-00251-DCLC-SKL Document 22-3 Filed 11/01/22 Page 732 of 974
PageID #: 884

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient:** Kimberly Shaw **Referring Physician:** Jacqueline Sedgwick, MD
**DOB:** **Gender:** F **Athena ID:** 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

## TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

RESULTS

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA), respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1685 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient:** Kimberly Shaw **Referring Physician:** Jacqueline Sedgwick, MD
**DOB:** Gender: F Athena ID: 38558

## SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

Sleep HEALTH.MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE (831) 465-0586 • FAX: (831) 476-5292

## SPLIT NIGHT REPORT

| | | | |
|---|---|---|---|
| **Patient Name :** | Shaw, Kimberly | **Project :** | Split Night |
| **Hospital # :** | | | |
| **Study Date :** | 5/20/2017 | **Referring Physician :** | Jacqueline Sedgwick, MD |
| **SSC/SIN :** | | **Sleep Specialist :** | Aaron Morse, MD, FCCP |
| **Gender :** | F | | |
| **D.O.B. :** | | **Study Indications :** | |
| **Age :** | 50 years | **Physical Findings :** | |
| **Height :** | 69.0 | | |
| **Weight :** | 200.0 | **Medications :** | Montelukast Tramadol Valacyclovir Clotrimazole Duloxetine Gabapentin Trazodone Zolpidem 5 mg sample Zyrtec Zantac |
| **B.M.I. :** | 29.5 | | |

**Recording Technologist Matthew Minugh, RPSGT**

**Scoring Technologist Lindsey May, RPSGT, RST**

Sleep onset was greatly delayed. During the dx portion, OH, RERA and few OA noted. Respiratory events were greatly improved with CPAP. Few REM related CA noted at the final pressure. PLM with associated arousals and awakenings noted during both portions of the study. EKG revealed NSR.

EXHIBIT NO. 4F
PAGE: 269 OF 283

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

### Pre-Treatment Analysis

| | | | |
|---|---|---|---|
| Lights Out: | 10:44:37 PM | # REM Episodes: | 0 |
| Lights On: | 1:41:01 AM | # of Awakenings*: | 3 |

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| Total Recording Time (TRT): | 176.4 | | | 100% |
| Total Sleep Time (TST): | 96.0 | 100% | | |
| Total Stage N1: | 6.5 | 6.8 | 02-09% | 3.7 |
| Total Stage N2: | 84.5 | 88.0 | 47-67% | 47.9 |
| Total Stage N3: | 5.0 | 5.2 | 03-21% | 2.8 |
| Total Stage R: | 0.0 | 0.0 | 20-25% | 0.0 |
| Total Movement Time: | 0.0 | | | |
| Total Wake Time: | 80.4 | | | |
| WASO: | 11.7 | | | |
| Wake Time During SPT: | 2.0 | | | |
| Latency to Sleep Onset: | 68.7 | | | |
| Latency to REM Sleep: | | | | |
| Latency to Persistent Sleep: | 3.0 | | | |
| Sleep Efficiency: | 54.4% | | | |
| Sleep Maintenance: | 98.0% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| Sleep Time (min): | 96.0 | 0.0 | 57.90 | 38.1 | 96.0 |
| Obstructive Apnea: | 2 | | 1.00 | 1 | 2 |
| Mixed Apnea: | 0 | | 0.00 | 0 | 0 |
| Central Apnea: | 0 | | 0.00 | 0 | 0 |
| All Apneas: | 2 | | 1.00 | 1 | 2 |
| Hypopneas: | 71 | | 37.00 | 35 | 72 |
| Apneas+Hypopneas: | 73 | | 38.00 | 36 | 74 |
| Apneas+Hypop+RERAs: | 82 | | 45.00 | 38 | 83 |
| RERA: | 9 | | 7.00 | 2 | 9 |
| Apnea Index: | 1.3 | | 0.63 | 1.6 | 1.3 |
| Hypopnea Index: | 44.4 | | 23.13 | 55.1 | 45.0 |
| A/H Index: | 45.6 | | 23.75 | 56.7 | 46.3 |
| RDI: | 51.3 | | 28.13 | 59.8 | 51.9 |

*RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 760 of 1114

Lincoln/ Shaw 0815

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 14.3 | 0.0 | 14.3 |
| Max Dur (sec) | 0.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.5 | 0.0 | 16.5 |
| Max Dur (sec) | 0.0 | 25.0 | 0.0 | 25.0 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals** *

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 44.4 | 71 |
| Non-REM Events: | 44.4 | 71 |
| REM Events: | 0.0 | 0 |

** Respiratory Arousals = Apnea Arousals + Hypopnea Arousals + RERA's.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

## Pre-Treatment Analysis

PLMs Analysis (by Sleep Stage)

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 85 | 53.1 |
| Leg movements meeting PLM criteria | 78 | 48.8 |
| Leg movements NOT meeting PLM criteria | 7 | 4.4 |
| Leg movements with arousal meeting PLM criteria | 1 | 0.6 |
| Leg movements without arousal meeting PLM criteria | 77 | 48.1 |

SPONTANEOUS EEG Arousals *

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 7.5 | 12 |
| Non-REM Events: | 7.5 | 12 |
| REM Events: | 0.0 | 0 |

*EEG Arousals not associated with Respiratory or PLMs activity.

Oxygen Saturation

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 94 | | 95 | 94 |
| Min. SpO2%: | - | - | - | 85 | 85 |
| SpO2% <=89% (min): | 0.8 | 0.5 | 0.0 | 1.3 | 0.50 |
| Time in Range | | | | | |
| 90 – 100% (min): | 73.40 | 95.50 | 0.00 | 168.90 | 95.50 |
| 80 – 89% (min): | 0.50 | 0.50 | 0.00 | 1.00 | 0.50 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| < 50% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| % Artifact / Bad Data: | 6.1 | 0.0 | 0.0 | 6.1 | 0.00 |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <60 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <70 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <75 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <80 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <85 | 0.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.3 |
| <90 | 0.9 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.4 | 0.8 |
| <95 | 6.3 | 3.6 | 0.0 | 0.0 | 56.7 | 32.1 | 63.0 | 35.7 |
| <89 | 0.8 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.3 | 0.7 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| | | | | | | | | | | | | | |

Page 5

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0585 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

### Treatment Analysis

Lights Out: 1:41:01 AM
Lights On: 5:52:31 AM

# REM Episodes: 4
# of Awakenings*: 9

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| Total Recording Time (TRT): | 251.5 | | | 100% |
| Total Sleep Time (TST): | 225.7 | 100% | | |
| Total Stage N1: | 21.0 | 9.3 | 03-08% | 8.3 |
| Total Stage N2: | 119.5 | 52.9 | 47-67% | 47.5 |
| Total Stage N3: | 19.5 | 8.6 | 03-21% | 7.8 |
| Total Stage R: | 65.7 | 29.1 | 20-29% | 26.1 |
| Total Movement Time: | 0.0 | | | |
| Total Wake Time: | 25.8 | | | |
| WASO: | 17.5 | | | |
| Wake Time During SPT: | 7.2 | | | |
| Latency to Sleep Onset: | 8.3 | | | |
| Latency to REM Sleep: | 86.5 | | | |
| Latency to Persistent Sleep: | 0.5 | | | |
| Sleep Efficiency: | 89.7% | | | |
| Sleep Maintenance: | 92.8% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| Sleep Time (min): | 160.0 | 65.7 | 163.20 | 62.5 | 225.7 |
| Obstructive Apnea: | 1 | 0 | 1.00 | 0 | 1 |
| Mixed Apnea: | 0 | 0 | 0.00 | 0 | 0 |
| Central Apnea: | 0 | 3 | 3.00 | 0 | 3 |
| All Apneas: | 1 | 3 | 4.00 | 0 | 4 |
| Hypopneas: | 22 | 1 | 17.00 | 6 | 23 |
| Apneas+Hypopneas: | 23 | 4 | 21.00 | 6 | 27 |
| Apneas+Hypop+RERAs: | 44 | 5 | 37.00 | 12 | 49 |
| RERA: | 21 | 1 | 16.00 | 6 | 22 |
| Apnea Index: | 0.4 | 2.7 | 1.06 | 0.0 | 1.1 |
| Hypopnea Index: | 8.3 | 0.9 | 4.52 | 5.8 | 6.1 |
| A/H Index: | 8.6 | 3.7 | 5.58 | 5.8 | 7.2 |
| RDI: | 16.5 | 4.6 | 9.84 | 11.5 | 13.0 |

*RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 12.7 | 16.0 | 0.0 | 13.5 |
| Max Dur (sec) | 16.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.6 | 0.0 | 16.6 |
| Max Dur (sec) | 0.0 | 20.5 | 0.0 | 20.5 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 21.5 | 81 |
| Non-REM Events: | 26.3 | 70 |
| REM Events: | 5.5 | 6 |

** Respiratory Arousals = Apnea Arousals + Hypopnea Arousals + RERA's.*

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 33 | 8.8 |
| Leg movements meeting PLM criteria | 32 | 8.5 |
| Leg movements NOT meeting PLM criteria | 1 | 0.3 |
| Leg movements with arousal meeting PLM criteria | 3 | 0.8 |
| Leg movements without arousal meeting PLM criteria | 29 | 7.7 |

**Spontaneous EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 34 | 9.0 |
| Non-REM Events: | 9.4 | 25 |
| REM Events: | 4.6 | 5 |

** EEG Arousals not associated with Respiratory or PLMs activity.*

Sleep HEALTH.MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 96 | 96 | 96 | 96.00 |
| Min. SpO2%: | - | - | - | 93 | 93 |
| SpO2% <=89% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| Time in Range | | | | | |
| 90 – 100% (min): | 24.60 | 160.00 | 65.70 | 250.30 | 225.70 |
| 80 – 89% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| < 50% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| % Artifact / Bad Data: | 1.2 | 0.0 | 0.0 | 1.2 | 0.00 |

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <60 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <70 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <75 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <80 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <85 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <90 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <95 | 1.1 | 0.4 | 0.0 | 0.0 | 4.3 | 1.7 | 5.4 | 2.1 |
| <89 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1655 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

## Treatment Analysis

TITRATION (CPAP & Bi-Level) Analysis

| IPAP | EPAP | TIB | REM | NREM | Apneas | | | | Hypopneas | | RERAs | | All | | | Arsl | Min | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (min) | (min) | (min) | CA# | OA# | MA# | Index | # | Index | # | Index | AHI | Resp | RDI | Index | SpO2 | SpO2 |
| 4 | 4 | 2.8 | 0.0 | 2.8 | 0 | 0 | 0 | 0.0 | 2 | 42.9 | 0 | 0.0 | 42.9 | 2 | 42.9 | 42.9 | 93 | 95 |
| 5 | 5 | 18.2 | 0.0 | 18.2 | 0 | 0 | 0 | 0.0 | 1 | 3.3 | 5 | 16.5 | 3.3 | 6 | 19.8 | 36.3 | 94 | 95 |
| 6 | 6 | 30.4 | 0.0 | 28.4 | 0 | 0 | 0 | 0.0 | 5 | 10.6 | 1 | 2.1 | 10.6 | 6 | 12.7 | 14.8 | 94 | 95 |
| 7 | 7 | 21.4 | 0.0 | 21.4 | 0 | 1 | 0 | 2.8 | 0 | 0.0 | 1 | 2.8 | 2.8 | 2 | 5.6 | 8.4 | 95 | 96 |
| 8 | 8 | 44.4 | 20.0 | 12.4 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 7 | 13.0 | 0.0 | 7 | 13.0 | 28.9 | 95 | 98 |
| 9 | 9 | 5.9 | 0.0 | 5.9 | 0 | 0 | 0 | 0.0 | 5 | 50.8 | 0 | 0.0 | 50.8 | 5 | 50.8 | 50.8 | 93 | 97 |
| 10 | 10 | 11.6 | 0.0 | 11.6 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 2 | 10.3 | 0.0 | 2 | 10.3 | 20.7 | 93 | 97 |
| 11 | 11 | 17.5 | 0.0 | 16.5 | 0 | 0 | 0 | 0.0 | 4 | 14.5 | 5 | 18.2 | 14.5 | 9 | 32.7 | 50.9 | 96 | 97 |
| 12 | 12 | 14.1 | 0.0 | 14.1 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 4.3 | 96 | 97 |
| 13 | 13 | 12.4 | 0.0 | 11.4 | 0 | 0 | 0 | 0.0 | 5 | 26.3 | 1 | 5.3 | 26.3 | 6 | 31.6 | 47.4 | 95 | 96 |
| 14 | 14 | 61.3 | 45.7 | 14.1 | 3 | 0 | 0 | 3.0 | 1 | 1.0 | 0 | 0.0 | 4.0 | 4 | 4.0 | 10.0 | 95 | 97 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| | | | | | | | | | | | | | |

AARON B. MORSE, M.D., FCCP
DIRECTOR
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE (831) 465-0586 • FAX: (831) 476-5292



SCAN
MRN # 137 1194

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient:** Kimberly Shaw **Referring Physician:** Jacqueline Sedgwick, MD
**DOB:** **Gender:** F **Athena ID:** 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The Pre-treatment portion is the diagnostic part of the study and the Treatment portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**
An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3 scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

5/31/17
Sca

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient: Kimberly Shaw | Referring Physician: Jacqueline Sedgwick, MD
DOB: Gender: F | Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

## TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA), respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient: Kimberly Shaw | Referring Physician: Jacqueline Sedgwick, MD
DOB: Gender: F | Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

DEAR: JACQUELINE SEDGWICK

FOLLOW UP VISIT:
THE PATIENT IS HERE FOR FOLLOWUP. THE NERVE CONDUCTION STUDIES ARE CONSISTENT WITH MILD SENSORY NEUROPATHY. SHE HAD AN MRI WHICH SHOWED A SMALL DISC BULGE AT L4-5.

ALLERGIES:
XOLAIR

REVIEW OF SYSTEMS:
GENERAL: WELL APPEARING, WELL NOURISHED IN NO DISTRESS.
CONSTITUTIONAL: NEGATIVE
HEAD: NEGATIVE
EYES: NEGATIVE, CONJUNCTIVA CLEAR, EOM INTACT, PERRL
EARS: NEGATIVE, EAR CANALS CLEAR, TYMPANIC MEMBRANES CLEAR, OSSICLES NORMAL APPEARANCE.
NOSE: NEGATIVE, NO EXTERNAL LESIONS, MUCOSA NON-INFLAMED, SEPTUM AND TURBINATES NORMAL
MOUTH: MUCOUS MEMBRANES MOIST, NO MUCOSAL LESIONS.
THROAT: NO ERYTHEMA, EXUDATES OR LESIONS.
NECK: SUPPLE WITHOUT LYMPHADENOPATHY.
CARDIOVASCULAR: NEGATIVE
RESPIRATORY: NEGATIVE
GASTROINTESTINAL: NEGATIVE
GENITOURINARY: NEGATIVE
MUSCULOSKELETAL: NEGATIVE
SKIN: NEGATIVE
BREAST: NEGATIVE
NEUROLOGICAL: NEGATIVE
PSYCHIATRIC: NEGATIVE
HEMATOLOGIC/LYMPHATIC: NEGATIVE
ALLERGIC/IMMUNOLOGIC: NEGATIVE
HEART: RRR, NO MURMUR OR GALLOP. NORMAL S1, S2. NO S3, S4.
LUNGS: CTA BILATERALLY, NO WHEEZES, RHONCHI, RALES. BREATHING UNLABORED.
ABDOMEN: SOFT, NT/ND, NO HSM, NO MASSES

NEUROLOGICAL EXAMINATION:
THE PATIENT WAS ALERT, AWAKE, AND ORIENTED X3.
THERE WAS NO APHASIA, NO DYSARTHRIA.

CRANIAL NERVES II-XII: THE PUPILS WERE 2MM REACTIVE BILATERALLY. THERE WAS NO PTOSIS, NO NYSTAGMUS. EXTRAOCULAR MOVEMENTS WERE INTACT. VISUAL FIELDS WERE INTACT. VISUAL ACUITY WAS /20 UNCORRECTED BILATERALLY. FUNDUS NORMAL. INTACT CORNEALS. PINPRICK, LIGHT TOUCH, AND TEMPERATURE WERE INTACT IN V1, V2, AND V3

DISTRIBUTIONS BILATERALLY. THERE WAS NO FACIAL DROOP. INTACT HEARING, INTACT GAG, TONGUE IS IN MIDLINE, AND SYMMETRICAL SHOULDER SHRUG.

MOTOR EXAMINATION: MOTOR EXAMINATION OF BILATERAL UPPER EXTREMITIES, DELTOIDS, BICEPS, BRACHIORADIALIS, AND WRIST FLEXORS AND EXTENSORS WERE 5/5. I DID NOT APPRECIATEA AND PRONATOR DRIFT. IN THE LOWER EXTREMITY EXAM BILATERALLY, HIP FLEXORS AND EXTENSORS, KNEE FLEXORS AND EXTENSORS, TIBIALIS ANTERIOR, AND GASTROCNEMIUS WERE 5/5. TONE WAS NORMAL.

DEEP TENDON: DEEP TENDON REFLEXES WERE +2. PLANTARS WERE FLEXORS.

ON CEREBELLAR EXAM: ON CEREBELLAR EXAM, FINGER-TO-NOSE AND HEEL-TO-SHIN TESTS WERE NEGATIVE. THERE WAS NO ATAXIA OR DYSMETRIA PRESENT.

ON SENSORY EXAM: ON SENSORY EXAM NORMAL PINPRICK, LIGHT TOUCH, AND TEMPERATURE 2 INCHES ABOVE THE ANKLES BILATERALLY SYMMETRICAL, INTACT VIBRATION AND PROPRIOCEPTION.

GAIT: GAIT NORMAL

IMPRESSION/PLAN:
GENERALIZED WEAKNESS. IN MY OPINION, I THINK THE WEAKNESS IS NOT SECONDARY TO ANY UNDERLYING SENSORY NEUROPATHY. MY RECOMMENDATIONS ARE TO DO B12, FOLATE, RPR SERUM, AND URINE PROTEIN ELECTROPHORESIS TO EVALUATE FOR ANY UNDERLYING NEUROPATHY WORKUP. MY OTHER RECOMMENDATIONS ARE TO SEND THE PATIENT TO STANFORD FOR A SECOND OPINION.

already done

30 MINUTES SPENT WITH PATIENT, GREATER THAN 50% OF THE OFFICE VISIT WAS DEDICATED TO COUNSELING, REVIEWING TESTS /T/ LABS, TREATMENT OPTIONS AND FOLLOW UP PLANS.
30

PATIENT EDUCATION INFORMATION GIVEN.
-Y-

FOLLOW-UP: STANFORD REFERRAL

WITH BEST REGARDS,

PRINCY ARORA M.D

8/25/17
Please try again to get Stanford ref. authorized

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: ⓘ ⓘ ⓘ Severe: ⚠ ⓘ ⓘ

# SIGNED BY PRINCY ARORA, MD (PA) 08/01/2017 03:56PM

Flag: General, Low, High

Abnormal: ! ↓ ↑ Critical: Severe: ⚠

**DDS Psychological Evaluation**

| | |
|---|---|
| Claimant: Kimberly D. Shaw | Evaluated by: Kimberlee Berry-Sawyer, Ph.D., H.S.P. |
| SSN: | Date of Evaluation: 22 May 2018 |
| Date of Birth: Age: 50 | Date of Report: 4 June 2018 |
| Requested by: C. Alford-Woullard | Contact Number for Dr. Berry-Sawyer: 1-(888) 894-0710 |

**Reason for Referral:**

Ms. Shaw was referred by C. Alford-Woullard, Examiner with the Tennessee Disability Determination Services for: Clinical Interview, Mental Status Examination, and Review of Records.

The reason for the referral was to gain more information relating to Ms. Shaw's level of functioning and abilities, and to determine the impact of any possible mental health diagnoses on these. The patient is making this current claim for disability based on the complications arising from the following alleged difficulties: "Fibromyalgia; Severe Obstructive Sleep Apnea; Asthma; Chronic Fatigue Syndrome; Depression; Lumbar Radiculopathy; Ambulatory Dysfunction; Degenerative Disc Disease; Muscle Weakness; Sensory Neuropat".

The following records were reviewed as part of this evaluation:

**SSA Function Report - Adult dated 3/9/18

Ms. Shaw was the sole informant for the interview.

**Procedures Administered:**

* Clinical Interview
* Mental Status Exam
* Records Review

**Physical and Behavioral Description:**

Ms. Shaw is a 51 year-old Caucasian female who appeared her stated age. She was asked to produce a form of identification, and did so in the form of Tennessee Driver's license. Ms. Shaw was evaluated in Chattanooga, Tennessee.

Ms. Shaw is right-handed. Her level of cleanliness and hygiene was good. Her clothing was appropriate to season and situation. She was dressed casually and neatly. She wore glasses and did not use a hearing aid. She has short graying brown hair, which was clean, neatly groomed and she was wearing a baseball cap. She has a tattoo on her wrist. She had no observable abnormalities with her teeth. She is about 5 feet 8 inches tall and weighs about 192 pounds. She states she has not lost or gained weight recently. She is overweight and had a normal posture. She entered the office in a wheelchair, but was able to walk a few steps to a chair.

**Personal and Family History:**

Ms. Shaw lives with her wife, Jaimie, in a house which they own. She states that they have been living there for 8 months; since August 2017. She states that she receives the following sources of income: her spouse's income and her long-term disability (through her employment) since October 2017. She states that she has received long-term disability since December 2015. She states that she has private health insurance through the affordable care act.

Ms. Shaw is married. She has been in this relationship for 10 years and describes this relationship as supportive and healthy. Ms. Shaw states that she has been married two times previously, and both marriages ended in divorce.

Ms. Shaw does not have any children.

Ms. Shaw states that she was raised by her mother and father. She states that she achieved the developmental milestones of learning to walk, talk and achieve toilet training all within normal limits. She denies any history of abuse while growing up.

Ms. Shaw states that she completed high school, college, and achieved an MBA. She states that she mostly received A's and B's. She states that she never had to repeat a grade. She denied having ever been in special education classes. She states that she did not have behavioral difficulties in school.

**Substance-Abuse History:**

Ms. Shaw states that she drinks lightly, 1 to 2 times per week. Ms. Shaw states that she used to drink more socially, but not heavily or on a regular basis.

Ms. Shaw states that she does not currently use drugs. Ms. Shaw states that she has used the following drugs in the past: Marijuana. She states that she used it only on occasion. She states that she has never been to a facility for substance abuse rehabilitation. She states that she has never received a DUI.

**Legal History:**

Ms. Shaw states that she has never been charged with a crime.

**Psychiatric History:**

Ms. Shaw states that she has never had any periods of inpatient hospitalization for mental health problems. Ms. Shaw reports that she has had outpatient mental health treatment. She states that she saw a therapist for a short-time while living in California for symptoms of depression and anxiety. She states that she has been prescribed medications for depression and anxiety for the past 25 years.

Ms. Shaw denies any homicidal ideation. Ms. Shaw denies any suicidal ideation. Ms. Shaw denies experiencing any visual or auditory hallucinations. She does not appear to be experiencing ideas of reference. She does not appear to be experiencing any delusional thinking. She reports that her appetite has been normal over the past month. She states that she typically gets varying amounts of sleep. She states that she has periods of having no sleep problems (and can sleep 14 hours a day), and periods when she is in more than normal pain, and has difficulty sleeping. She states that she has had sleep difficulties since December 2015. She also reports that she has severe obstructive sleep apnea and uses a CPAP machine. She states that she uses medication, Trazadone, which works most nights.

In addition, Ms. Shaw states that she experienced a near fatal accident at the age of 20, and since that time feels like her life is a gift. She also states that since then, whenever she is unhappy, she leaves the situation.

When asked to describe her mood over the past month, Ms. Shaw states that she has been depressed, irritable, short with people, frustrated, and has a very low energy level. She states that it is very depressing/frustrating to not be able to do the things she used to be able to do (e.g., scuba diving, kayaking, etc.). She states that she is not a worrier; however over the past several years she experiences a feeling of impending doom on occasion and feels like things are closing in on her.

Ms. Shaw states that she will experience a will have a panic attack less than twice a month. She states that she had one last night, and during the attack her heart rate increased. She states that her panic attacks typically occur in the evening, and in the past, she experienced a period of time where they occurred almost nightly. Ms. Shaw states that she also has crying spells that are triggered by a lack of rest. Ms. Shaw states that in an average week she has "moderate days and bad days". She states that her pain is always at a level 4 or 5, and on bad days she experiences pain at a 9 or 10 level. She states that on bad days she can barely walk to the bathroom, and this occurs 3 to 4 times a week.

**Mental Status:**

Ms. Shaw was oriented to person, place, and time. She was alert throughout the interview. She wore sunglasses for the initial part of the evaluation, and when she took the glasses off, she exhibited good eye contact. She did not display any facial tics or tremors. Her rate of speech was normal and her clarity of speaking was normal. Her volume of speech was normal. Her responses were coherent and easy to understand. Her thought processes included seemingly clear and logical thinking. During the mental status exam Ms. Shaw was able to recall all three named items immediately after they were said to her. In the serial 3 subtractions from 20, she completed all six iterations successfully. She struggled some in the Digit Span tasks, successfully completing 5 digits forwards and 4 digits backwards. She was able to spell the word "world" correctly, and was also able to spell it backwards correctly. She was able to recall only two of the three previously named objects after a three-minute delay. She correctly recalled both her date of birth and her Social Security number. She easily named four recent U.S. Presidents. She

easily named five large US cities. She knew how many weeks and months are in a year. She appears able to follow instructions; both written and spoken. She was able to name common objects, such as an ink pen and a watch. She showed good use of basic vocabulary and good basic math skills. She was able to complete simple addition, subtraction, multiplication, and division tasks in her head. She showed a good capacity for abstract thinking and understanding.

Ms. Shaw appears to fall into the at least the average range of intellectual functioning. She states she has some problems with her short-term memory and concentration abilities. She reports that some typical examples of these difficulties include: having difficulty remembering certain conversations, difficulty concentrating, some slower processing of information, difficulty expressing her thoughts, and sometimes has difficulties with comprehension. She states that she can read 5 to 10 pages at a time, and then becomes tired and has to go back and re-read what she just read. In addition, Ms. Shaw also states that she believes that her memory difficulties started to affect her effectiveness at her job. She states that she needed to read a chart and make clinical judgments for the treatment plans (for pulmonary rehabilitation) she was writing, and her concentration and memory difficulties made her feel like she was not on top of things.

Based on her responses, Ms. Shaw showed evidence of mild to moderate impairment in her short-term memory. She showed evidence of mild to moderate impairment in her ability to sustain concentration. She showed evidence of mild impairment in her long-term and remote memory functioning.

Ms. Shaw was cooperative throughout the interview. Her mood at the time of the evaluation appeared mildly depressed. Her affect was mood congruent. She showed no evidence of malingering. She gave a reasonable amount of effort throughout the interview. She correctly identified the shape of a ball, the colors of the American flag and the current President of the United States.

**Other Relevant Medical History:**

Ms. Shaw states that she was hospitalized for 10 days for Status Asthmaticus and a viral infection in December. She states that 10 days after she was discharged, she was then hospitalized for a pulmonary embolism, and states that her health has declined since that time. Ms. Shaw states that she also has Fibromyalgia, Chronic Fatigue Syndrome, Asthma, Severe Obstructive Sleep Apnea, Lumbar Radiculopathy, Ambulatory Dysfunction, Degenerative Disc Disease, and chronic pain. In addition, she states that she has a history of gallbladder removal surgery and an appendectomy. She further states that she has had pins implanted in her foot, and states that at the age of 20 she was in a roll over motor vehicle accident. She states that at present she uses a cane as well as a wheelchair.

**Current Medications:**

Ms. Shaw states that she is on the following medications: Trazadone, Singulair, Gabapentin, Advair, Cymbalta, Pro-Air, Tramadol, Tizanadine, and Duloxetine.

**Work History:**

Ms. Shaw states that her most recent job was working as a pulmonary clinical coordinator for a hospital. She states that she ran the pulmonary rehabilitation program and coordinated the inpatient education program for 3 years (August 2014 to August 2017). Ms. Shaw states that she was the director of pulmonary services for a hospital in Kentucky for 3 years and worked in a cardiac catheterization lab for about 7 years. She states that she was a respiratory therapist before that. Ms. Shaw states that her longest span of employment was working as a Respiratory Therapist per diem for 12 years. She states that she has never been fired or let go. She states that she has never been in the US Military.

**Activities of Daily Living and Current Functioning:**

Ms. Shaw states that she manages her medications with some difficulty. Ms. Shaw states that she manages her finances with little or no difficulty. She states that she can prepare simple meals (i.e., sandwich, cereal, microwave dinners). She states that she can do some chores some days (including loading the washing machine), but becomes exhausted easily. She states that she can fold a handful of clothes at a time. She states that she has a driver's license but drives less than once a week due to fatigue. She states that her hobbies are coloring, watching television and going out on the deck to watch the world around her. She states that she tries to work on a straw bale garden. She states that her main social supports are her wife, her parents, and some "really good friends". Ms. Shaw states that she is not part of a church or social organization.

**Summary:**

Ms. Shaw is a 51-year-old female who states that this application for disability is part of the appeal's process. Ms. Shaw appeared to be a good historian.

Ms. Shaw appears to fall into the high average range of intellectual functioning. She showed evidence of mild to moderate impairment in her short-term memory. She showed evidence of mild impairment in her ability to sustain concentration. She showed evidence of mild impairment in her long-term and remote memory functioning.

Ms. Shaw's current psychiatric state was mildly depressed. She reports a history of significant depressive states and reports ongoing anxiety, frustration, and sleep difficulties. It is likely that her medical difficulties further impact upon her affective distress. She shows evidence of a mild impairment in her social relating. She appears to be mildly to moderately impaired in her ability to adapt to change. She appears able to follow instructions, both written and spoken. She appears to have had a very stable work history. She appears able to handle finances.

**Diagnostic Impression:**

300.4 Persistent Depressive Disorder with intermittent major depressive episodes, without major episode

300 Unspecified Anxiety Disorder

Thank you for referring this claimant to me. If I can be of further assistance, please do not hesitate to contact me.

Kimberlee Berry-Sawyer Ph.D., H.S.P.

Kimberlee Berry-Sawyer, Ph.D., H.S.P.
Licensed Psychologist
Tennessee License No. 2607

# Disability Determination Explanation

This Disability Determination Explanation is for the *DIB* claim at the *Reconsideration* level.

---

## CLAIMANT INFORMATION

### CLAIMANT INFORMATION

**Name**: Kimberly Dawn Shaw

**SSN**:

**Phone Number**:

**Secondary Phone Number**

**Address:**

| Mailing | Residence |
|---|---|
| | |

**Claimant Gender**: F

**Self Reported Height**: 68 inches

**Self Reported Weight**: 190.0 lbs

**BMI**: 28.9

**Special Indications**: None.

### RELEVANT DATES

**Below table represents the Relevant Dates**

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI | Blind DLI |
|---|---|---|---|---|---|---|---|
| | 51 years 2 months (Closely approaching advanced age) | 08/18/2017 | 50 years 4 months (Closely approaching advanced age) | 07/01/2012 | 12/31/2021 | | |

**Does the individual have an attorney / appointed representative?** Yes

**Representative's name, address and phone number:** Regina M Carlton

<u>ALLEGATIONS OF IMPAIRMENTS</u>

**The individual filed for Initial claim for disability on** ***09/04/2017*** **due to the following illnesses, injuries, or conditions:**

Fibromyalgia; Severe Obstructive Sleep Apnea; Asthma; Chronic Fatigue Syndrome; Depression; Lumbar Radiculopathy; Ambulatory Dysfunction; Degenerative Disc Disease; Muscle Weakness; Sensory Neuropathy;

**The individual alleges inability to function and/or work as of**

08/18/2017

---

## RECONSIDERATION ISSUES

**Since you last told us about your medical conditions, has there been any <u>CHANGE</u> (for better or worse) in your physical or mental conditions?**

Yes

**Approximate date the change occurred:** 01/01/2018

**Claimant-supplied Information:**

I EXPERIENCE THE FOLLOWING SYMPTOMS: PAIN, NUMBNESS, TINGLING, MUSCLE SPASMS, STIFFNESS, DIZZINESS, LACK OF BALANCE, SHORTNESS OF BREATH, TREMORS, WEAKNESS, FATIGUE, UPSET STOMACH, NAUSEA, HEADACHES, LIMITED RANGE OF MOTION AND FEELINGS OF DEPRESSION (SADNESS, FRUSTRATION). I EXPERIENCE THE FOLLOWING LIMITATIONS: SITTING, STANDING AND WALKING FOR LONG PERIODS OF TIME, REACHING, CLIMBING STAIRS, LIFTING, CARRYING, BENDING, SQUATTING, KNEELING, USING MY RIGHT HAND, CONCENTRATING AND MEMORY.

**Since you last told us about your medical conditions, do you have any <u>NEW</u> physical or mental conditions?**

No

**Does the prior determination substantively and technically resolve all pertinant adjudicative issues?**

Yes

**Has the individual worked since last completing a disability report?**

No

**Prior Electronic Filings**

There are no prior electronic filings.

**Alleged Onset Date:**

08/18/2017

**Has the individual performed work after the Alleged Onset Date(AOD)?**

No

**Has any period(s) of work been determined to be an unsuccessful work attempt, or involved subsidies/special conditions, impairment-related work expenses, or other technical issue(s)?**

No

---

## EVIDENCE OF RECORD

**The following reconsideration evidence has been received**

| | |
|---|---|
| **Source of Evidence** | MEDICAL AND PSYCHOLOGICAL A |
| **EF Received** | 06/05/2018 |
| **Medical Opinion** | Yes |
| **Evidence Type** | CE Rprt |
| **Level** | Reconsideration |

| | |
|---|---|
| **Opinion** | 1 of 1 |
| **Source Name** | KIMBERLEE BERRY-SAWYER |
| **Medical Opinion Date** | 05/22/2018 |
| **Is the Medical Opinion from an Acceptable Medical Source** | Yes |

**Document Medical Opinion**

Ms. Shaw appears to fall into the high average range of intellectual functioning. She showed evidence of mild to moderate impairment in her short-term memory. She showed evidence of mild impairment in her ability to sustain concentration. She showed evidence of mild impairment in her long-term and remote memory functioning.

| | |
|---|---|
| **Source of Evidence** | DIGNITY HEALTH MEDICAL GROU |
| **EF Received** | 04/30/2018 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Reconsideration |

| | |
|---|---|
| **Source of Evidence** | DIGNITY HEALTH MEDICAL GROU |
| **EF Received** | 04/26/2018 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Reconsideration |

| | |
|---|---|
| **Source of Evidence** | DIGNITY HEALTH MEDICAL GROU |
| **EF Received** | 04/05/2018 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Reconsideration |

| | |
|---|---|
| Source of Evidence | DIGNITY HEALTH MEDICAL GROU |
| EF Received | 04/04/2018 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Reconsideration |

| | |
|---|---|
| Source of Evidence | DR MILAN PATEL |
| EF Received | 03/13/2018 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Reconsideration |

| | |
|---|---|
| Source of Evidence | PAXSON, CHAD |
| EF Received | 03/12/2018 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Reconsideration |

| | |
|---|---|
| Source of Evidence | MEMORIAL NORTH PARK |
| EF Received | 03/12/2018 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Reconsideration |

| | |
|---|---|
| Source of Evidence | Claimant |
| EF Received | 03/09/2018 |
| Medical Opinion | No |
| Evidence Type | Atty/Rep Submit Evidnce |
| Level | Reconsideration |

Notes

3373- ADLS

**The following initial evidence has been received**

| | |
|---|---|
| Source of Evidence | Claimant |
| EF Received | 01/19/2018 |

| | |
|---|---|
| | |
| Medical Opinion | No |
| Evidence Type | 3369-Work Hx |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Claimant |
| EF Received | 12/05/2017 |
| Medical Opinion | No |
| Evidence Type | 3373-Funct Rprt-Adult |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Pulmonary |
| EF Received | 12/01/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Pulmonary |
| EF Received | 12/01/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Claimant-supplied Evidence |
| EF Received | 11/29/2017 |
| Medical Opinion | No |
| Evidence Type | Clmt Submit Evidnce |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Sleep Health MD |
| EF Received | 11/27/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Hospital |
| EF Received | 11/22/2017 |

| | |
|---|---|
| | |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Sleep Health MD |
| EF Received | 11/21/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Hospital |
| EF Received | 11/21/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dr Milan Patel |
| EF Received | 11/15/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dr Milan Patel |
| EF Received | 11/15/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | DR PRINCY AURORA |
| EF Received | 11/10/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Unknown Name |
| EF Received | 10/28/2017 |
| Medical Opinion | No |

| | |
|---|---|
| | |
| **Evidence Type** | 3369-Work Hx |
| **Level** | Initial |

**The following evidence has been requested:**

| Source of Evidence | EF Request Date | Level |
|---|---|---|
| Claimant | 05/11/2018 | Reconsideration |
| Claimant | 05/11/2018 | Reconsideration |
| Claimant | 04/30/2018 | Reconsideration |
| Claimant | 04/30/2018 | Reconsideration |
| Claimant | 04/30/2018 | Reconsideration |
| Claimant | 04/30/2018 | Reconsideration |
| Claimant | 04/30/2018 | Reconsideration |
| Claimant | 03/14/2018 | Reconsideration |
| Claimant | 03/01/2018 | Reconsideration |
| Claimant | 03/01/2018 | Reconsideration |
| Claimant | 12/29/2017 | Initial |
| Claimant | 12/29/2017 | Initial |
| Claimant | 12/01/2017 | Initial |
| Claimant | 11/17/2017 | Initial |
| Claimant | 11/14/2017 | Initial |
| Capitola Family Practice | 11/14/2017 | Initial |
| Allergy and Asthma Associat | 11/14/2017 | Initial |
| Dominican Aptos Family Prac | 11/14/2017 | Initial |
| Capitola Family Practice | 11/01/2017 | Initial |
| Capitola Family Practice | 11/01/2017 | Initial |
| Capitola Family Practice | 11/01/2017 | Initial |
| Allergy and Asthma Associat | 11/01/2017 | Initial |
| Allergy and Asthma Associat | 11/01/2017 | Initial |
| Dominican Aptos Family Prac | 11/01/2017 | Initial |
| Claimant | 11/01/2017 | Initial |
| Dominican Aptos Family Prac | 11/01/2017 | Initial |

## CLAIM COMMUNICATIONS

No general claim communications have been created.

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**

No

**Reconsideration Analysis**
worsening, no new condition,. new treatment10/17/17:CT SPINE No acute fracture or spondylolisthesis of the lumbar spine.

I have reviewed the initial file, including the medical assessments and vocational assessment, and agree that they are correct for the determination.

DR PAXSON
01/18/18:OV FOR OSA/ Mild persistent asthma without complication (493.90) (J45.3G) 2. Obstructive sleep apnea (327.23) (G47.33)
01/18/16:PFTS

DIGNITY HEALTH MEDICAL GROUP
5/19/17:SLEEP EVAL
6/20/16:PFTS
7/20/17:MRI BRAIN Normal MRI of the brain, demonstrating no evidence of demyelinating disease
7/10/17:SLEEP STUDY
12/12/16:CT UNREMARKABLE HIGH RESOLUTION
11/18/16:f/u asthma
2/16/16:pft
12/31/15:asthma

MEMORIAL NORTH PARK
10/17/17:CT SPINE No acute fracture or spondylolisthesis of the lumbar spine.

## 416 - MEDICAL EVALUATION

No 416-Medical Evaluation have been associated with this claim.

## MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY (MDI)

**Additional Allegations/Impairments:**

obesity,

**ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)**

**Does the individual have one or more medically determinable impairments?**
Yes

| IMPAIRMENT | PRIORITY | SEVERITY |
| --- | --- | --- |
| 7240 - Spine Disorders | Primary | Severe |
| 4930 - Asthma | Other | Severe |
| 2780 - Obesity | Other | Severe |
| 2960 - Depressive, Bipolar and Related Disorders | Secondary | Severe |

**PSYCHIATRIC REVIEW TECHNIQUE (PRT)**

**PRT1**

**Indicate whether this Psychiatric Review Technique (PRT) assessment is for:**
Current Evaluation

**'A' CRITERIA OF THE LISTINGS**

**12.04-Depressive, Bipolar, and Related Disorders**
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

**'B' CRITERIA OF THE LISTINGS**

12.04-Depressive, Bipolar, and Related Disorders

**Understand, remember, or apply information:** Mild
**Interact with others:** Mild
**Concentrate, persist, or maintain pace:** Mild
**Adapt or manage oneself:** Moderate

**'C' CRITERIA OF THE LISTINGS**

Evidence does not establish the presence of the "C Criteria"

**PRT - ADDITIONAL EXPLANATION**

recon DIB depression; notes worsening sx; depression, memory, conc.

cl supplied dr patel
7/31/17 exam
Mental Status: Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge. current events and past history

Dominican hosp
8/12/17 neck fibro ct head
psych coop, approp mood affect normal judgment
mri brain neg

sleep health
7/17 sleep apnea
psych good judgment, normal mood affect and alert, oriented x4

Sedgwick MD
9/17 depression, no SI. anxiety, pain.
Dignity health 7/2017; pain and weakness; cpap for 2 mos helps. diff with memory and conc.
1/2018; Dr. Paxon
asthma, osa
anx/dep on problem list; noted to be calm, pleasant mood

psych CE:6/2018 neat and clean , lives with wife. has MBA.
reports meds for dep/anx for 25 years, pcp.
sx; some diff sleeping depending on pain; mood depressed, frustrated, irritable, occ panic attacks, crying spells with lack of sleep, pain.
mse; oriented, logical, good historian, 3/3 5 min recall, 2/3 3 min recall, able to follow instructions
adl; manages meds, cooks, chores limited physically, hobby of coloring,
unspec anx, persistent dep do
mo; mild to mod, mild, mild, mild to mod.

Physical problems appear to be the main cause of decreased functioning. Cl reports self care, meal prep, meds, social time. diff sleeping, overwhelmed with large meal prep. Drives with diff. RA.

overwhelmed.

Totality of the evidence indicates mild to moderate overall mental limitations. The cl's report of sx/lim is consistent with the evidence.
The MO by the panelist is persuasive and well supported.

The initial assessment was well supported and persuasive given the available evidence at the time, but new evidence supports more severe limitations.

These findings complete the medical portion of the disability determination.

**MC/PC Signature**

Eran Stanley, M.D. (037) 06/06/2018

**ADULT LISTINGS CONSIDERED**

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 1.04 | Spine Disorders | | |
| 12.04 | Depressive, Bipolar and Related Disorders | | PRT 1 |

**ADULT MEDICAL DISPOSITION**

**RFC Assessment Necessary** (Physical and/or Mental)

---

## ASSESSMENT OF POLICY ISSUES

**SYMPTOMS EVALUATION**

**List the claimant's symptoms:**

Pain
Weakness
Fatigue
Understanding and memory limitations
Sustained concentration and persistence limitations
Social interaction limitations
Ability to adapt limitations

**Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?**

Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**

No

**When considering the following factors, which were the most informative in assessing the consistency of the individual's statements about their symptom related limitations with all the evidence in file?**

ADLs
Medication Treatment
Treatment other than medication

**What is your assessment of the consistency of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?**

Partially Consistent

**Assessment of consistency regarding symptom related limitations:**

see prt and rfc

EVALUATING MEDICAL OPINIONS

**The following displays medical opinions from all sources:**

| | |
|---|---|
| Source of Evidence | MEDICAL AND PSYCHOLOGICAL A |
| Source Name | KIMBERLEE BERRY-SAWYER |
| Level | Reconsideration |
| Medical Opinion Date | 05/22/2018 |
| AMS | Yes |
| Document Supportability and Consistency | see prt |

## RESIDUAL FUNCTIONAL CAPACITY

PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

RFC2

**Indicate whether this Physical Residual Functional Capacity (RFC) assessment is for:**

Current Evaluation

**Does the individual have exertional limitations?**

Yes

**Rate the individual's exertional limitations:**

**Occasionally (occasionally is cumulatively 1/3 or less of an 8 hour day) lift and/or carry (including upward pulling):**

20 pounds

**Frequently (frequently is cumulatively more than 1/3 up to 2/3 of an 8 hour day) lift and/or carry (including upward pulling):**

10 pounds

**Stand and/or walk (with normal breaks) for a total of:**
About 6 hours in an 8-hour workday

**Sit (with normal breaks) for a total of:**
About 6 hours in an 8-hour workday

**Push and/or pull (including operation of hand and/or foot controls):**
Unlimited, other than shown, for lift and/or carry

**Does the individual have postural limitations?**
No
**Does the individual have manipulative limitations?**
No
**Does the individual have visual limitations?**
No
**Does the individual have communicative limitations?**
No
**Does the individual have environmental limitations?**
Yes

**Rate the individual's environmental limitations:**

**Extreme cold:** Avoid concentrated exposure

**Extreme heat:** Avoid concentrated exposure

**Wetness:** Unlimited

**Humidity:** Unlimited

**Noise:** Unlimited

**Vibration:** Avoid concentrated exposure

**Fumes, odors, dusts, gases, poor ventilation, etc.:** Avoid concentrated exposure

**Hazards (machinery, heights, etc.):** Unlimited

**RFC - Additional Explanation**
RCDIB AOD 8/18/17 FD 9/4/17;allg; FM; severe OSA; asthma; CFS; lumbar radiculopathy; ambulatory dysfxn ; DDD; muscle weakness; sensory neuropathy

Allg: mod to extreme fatigue throughout day; post exertional malaise; widespread muscle & jt pain; full body weakness; trembling & muscle tremors in arms and legs; constant need to sit in relining position or lay down during day; lim concentration; lim lift, squat, bend, stand, reach, walk, sit, kneel, use hands; muscle pain & weakness; lift 5 lbs max; walk 1 block; less than 100'; rest few min; uses cane, wheelchair; ADL: makes coffee; watch TV; prep simple meal; takes 2-3 hr naps 4-5days/week; self care; use internet; pet care; self care w fatigue; wipe counters, put away laundry, drives car, shop in store and by computer, read, needs someone to push wheelchair, unable to use arms 2/2 fatigue and shaking of arm muscles

9/11/12 Xray R hand: mild deg chg of DIP jts of 1st, 2nd, and 3rd fingers
4/16/13 MRI L spine: minimal disc bulge L3-4 w/o canal stenosis or neural foraminal narrowing
12/2013 CXR nl
7/31/14 Xray L spine: DDD L5-S1
2/2016 PFTs included normal spirometry and normal diffusion capacity; h/o asthma
8/30/16 appeared in good health; neck nl; lungs clear; heart nl; abd nl; ext: no edema; no joint deformity or swelling in hands, wrists, knees
12.12/16 seen for asthma exacerbation
12/28/16 5'9" 208 lbs; (BMI 30.7) PFTs normal VC; and normal FEV1; puls ox 99%
5/20/17 sleep study indicates cl 's respiratory events were greatly improved w CPAP
5/31/17 allg: freq fatigue during day; leg restlessness; Exam: obese; nl ambulation; NAD; lungs nl; CV nl; MSK: nl gait/station; no cyanosis; Assess: severe OSA tolerated CPAP well in sleep lab
6/12/17 MR C spine: mild diffuse spondylosis; uncovertebral osteophyte formation w mod R neural foraminal impingement; no focal disc protrusions, no central canal stenosis or focal cervical cord myelopathy; MR brain nl
7/31/17 Exam: nl strength; C spine FROM; back FRoM; non tender; FrOM of UE and LE; Reflexes intact; coordination nl; sens nl; gait/posture nl
8/25/17 note states nerve conductions studies c/w mild sensory neuropathy of bil lower ext; Exam: neuro: normal including strength findings; DTRs intact; sensory exam intact; gait nl; tone nl;
10/17/17 CT L spine: s/p L hemilaminectomy L4/5; no evid of residual recurrent disc protrusion
11/29/17; f/u asthma; has been well since treatment of anaphylaxis with an injection 2/2017; denies wheezing or night time awakenings or need for rescue inhalers; allg myalgias and bone pain worsen at time of menstrual cycle
1/18/18; Exam: WD; WN NAD; EENT nl; neck nl; chest nl; heart nl; lungs CTAB; GI nl; MS nl tone
PFT: FVC 4.31; FEV1 3.09

MO (Sedgwick) 9/2017 possible chronic fatigue; states can't work since needs help going frm sit to stand; MO not fully supported by the overall obj evid as noted above; MO not persuasive

Previous administrative MO (McNeil); partially persuasive; however, severity of lim opined regarding stand/walk, posturals not fully supported by the obj evid w nl gait, nl str; nl RoM

cl's sxs/statements not fully c/w the obj evid with fairly normal exams; severity of lim alleged not fully supported by the obj evid w nl gait; nl MS tone; nl str; MER not fully supportive of med necessity of assistive devices for ambulation

Imp severe but singly or combined SOLL. Comb of imp w consideration of pain reduces fxn as assessed; expected to sustain 8h workday 40 hr workweek at RFC assessed

MOD=AoD

Primary: d/o spine
secondary: asthma, mild obesity

These findings complete the medical portion of the disability determination.

**MC/PC Signature**

Karla Montague-Brown, M.D. (012)    05/03/2018

**MENTAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT**

**MRFC1**

**Indicate whether this Mental Residual Functional Capacity (MRFC) assessment is for:**

**The questions below help determine the individual's ability to perform sustained work activities. However, the actual mental residual functional capacity assessment is recorded in the narrative discussion(s) , which describes how the evidence supports each conclusion. This discussion(s) is documented in the explanatory text boxes following each category of limitation (i.e., understanding and memory, sustained concentration and persistence, social interaction and adaptation). Any other assessment information deemed appropriate may be recorded in the MRFC - Additional Explanation text box.**

**Does the individual have understanding and memory limitations?**
No

**Does the individual have sustained concentration and persistence limitations?**
No

**Does the individual have social interaction limitations?**
No

**Does the individual have adaptation limitations?**
Yes

**Rate the individual's adaptation limitations:**

**The ability to respond appropriately to changes in the work setting.**
Moderately limited

**The ability to be aware of normal hazards and take appropriate precautions.**
Not significantly limited

**The ability to travel in unfamiliar places or use public transportation.**
Not significantly limited

**The ability to set realistic goals or make plans independently of others.**
Not significantly limited

**Explain in narrative form the adaptation capacities and/or limitations:**
see ae

**MRFC - Additional Explanation**

A.THE CLAIMANT CAN UNDERSTAND AND REMEMBER SIMPLE, DETAILED, AND COMPLEX TASKS BUT CANNOT MAKE INDEPENDENT DECISIONS AT AN EXECUTIVE LEVEL.
B. THE CLAIMANT CAN CONCENTRATE AND PERSIST FOR THE ABOVE TASKS FOR AN 8 HOUR DAY WITH CUSTOMARY BREAKS, WITHIN THE RESTRICTIONS APPLIED ABOVE.
C. THE CLAIMANT CAN INTERACT WITH THE PUBLIC. ABLE TO WORK W/ CO-WORKERS AND SUPERVISORS, WITHIN THE RESTRICTIONS APPLIED ABOVE.
D. CLAIMANT CAN ADAPT TO INFREQUENT CHANGE AND SET INDEPENDENT GOALS, WITHIN THE RESTRICTIONS APPLIED ABOVE.

These findings complete the medical portion of the disability determination.

**MC/PC Signature**

Eran Stanley, M.D. (037) 06/06/2018

RECONCILING MEDICAL OPINIONS

**Are there medical opinions about the individual's abilities and limitations that are more restrictive than your findings?**

No

---

## ASSESSMENT OF VOCATIONAL FACTORS

ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK

A finding about the capacity for PRW has not been made. However, this information is not material because all potentially applicable Medical-Vocational Guidelines would direct a finding of "not disabled" given the individual's age, education, and RFC. Therefore, the individual can adjust to other work.

**Past Relevant Work:**

Past Relevant Work is expedited.

**Additional Past Work Titles:**

| | |
|---|---|
| **Job Title:** | Pulmonary Clinical Coordinator |
| **Start Date:** | AUGUST 2014 |
| **End Date:** | AUGUST 2017 |

| | |
|---|---|
| **Job Title:** | Director Pulmonary Services |
| **Start Date:** | JANUARY 2012 |
| **End Date:** | AUGUST 2014 |
| **DOT Title:** | hospital services director S8 |
| **DOT Code:** | 187.117-058 |

| | |
|---|---|
| **Job Title:** | Pulmonary Edcuation Coordinato |
| **Start Date:** | APRIL 2009 |
| **End Date:** | DECEMBER 2011 |

| | |
|---|---|
| **Job Title:** | Cardiac Cath Lab Tech |
| **Start Date:** | MARCH 2002 |
| **End Date:** | APRIL 2009 |

| | |
|---|---|
| **Job Title:** | Respriatory Therapist |
| **Start Date:** | SEPTEMBER 1991 |
| **End Date:** | MARCH 2002 |

APPLICATION OF MEDICAL – VOCATIONAL RULES: Other Work

**Past Relevant Work is expedited.**

**Is the individual limited to unskilled work because of the impairments?**
No

**Based on the seven strength factors of the physical RFC (lifting/carrying, standing, walking, sitting, pushing, and pulling), the individual demonstrates the maximum sustained work capability for the following:**
LIGHT

**The highest grade of school completed by the individual is:**
16

**Indicate the rule used to direct a determination or as a framework.**
202.13 - Cl App Adv Age HS Unskilled-None

**Select one of the following:**
Rule Used as a Framework

**Cite up to three occupations in which there are a significant number of jobs that exist in the national economy, select the appropriate Social Security Ruling (SSR), OR select the appropriate exception:**

83-14: Other work with combined impairments

---

## DETERMINATION

**Based on the documented findings, select the determination:**
Not Disabled

**Is there medical evidence of DAA?**
There is no evidence of any substance abuse disorder/DAA issue

**DIB Claim/255037513**

**Indicate which of the following Acquiescence Rulings are applicable**
None of the ARs considered apply to this claim

REGULATION BASIS CODE (RBC)

**Regulation Basis Code:**
J1-20CFR404.1520(g)-DIB CLAIM

PERSONALIZED DISABILITY EXPLANATION (PDE)

**PDE Text:**
see pdn in ef

---

## SIGNATURES

**Adult MC/PC Signature**

Karla Montague-Brown, M.D. (012) 05/03/2018

**This reconsideration file has been thoroughly reviewed to ensure that the total evidence of record is sufficient and consistent to support the proposed determination.**

**Disability Adjudicator/Examiner Signature:**

C. Alford-Woullard 06/07/2018

eCAT version: 10.6.13

trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

928
D68/SLC

**Social Security**
**Notice of Reconsideration**

From: Social Security Administration

DATE: 06/07/18

KIMBERLY D SHAW

CLAIM NUMBER:

CLAIM FOR
[x] Disability Insurance Benefits
[] Disabled Widow, Widower Benefits
[] Childhood Disability Benefits

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. The attached page identifies the legal requirements for this type of claim. Also attached is an explanation of how we decided this claim.

OTHER BENEFITS
Based on the application you filed, entitlement to any other benefits, except those which entitlement has already been established, cannot be established. In the future, if you think entitlement to benefits can be established, you will need to file again.

YOUR RIGHT TO APPEAL
If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Disability Adjudication and Review. If you want a hearing you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office or on the Internet at http://www.socialsecurity.gov/disability/appeal. As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the Disability Report - Appeal. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online after you complete the online Request for Hearing by Administrative Law Judge. Read the enclosed leaflet for full explanation of your right to appeal.

IF YOU WANT HELP WITH YOUR APPEAL
You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case. Many representatives charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative. If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 Appointment of Representative. Any local Social Security office can give you this form.

NEW APPLICATION
You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this

Eric Buchanan & Associates, PLLC
Kimberly Shaw Exhibit 9
Page 799 of 1114

decision and you file a new application instead of appealing, you might lose some benefits or not qualify for any benefits. Also, we could deny the new application using this decision, if the facts are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

IF YOU HAVE ANY QUESTIONS

We invite you to visit our website at www.social.security.gov on the internet to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office.

If you do call or visit any office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment.

Summarized below are the legal requirements for the type of disability claim referred to in this letter: DISABILITY INSURANCE CLAIM

To be considered disabled, a person must be unable to perform any substantial gainful work due to a medical condition which has lasted or can be expected to last for a continuous period of at least 12 months. The impairment must be so severe as to prevent the person from working not only in the person's usual occupation but in any other substantial gainful work considering age, education, training, and work experience. This condition must be disabling at a time when the person meets the earnings requirements of the law.

DISABLED WIDOW (WIDOWER) CLAIM

A widow, widower, or surviving divorced wife (age 50-60) must meet the disability requirement of the law within a specified 7-year period. A person may be considered disabled only if he or she has a physical or mental impairment that is so severe as to ordinarily prevent a person from working. The disability must have lasted or be expected to last a continuous period of at least 12 months.

CHILDHOOD DISABILITY BENEFITS

Childhood disability benefits may be paid to a person age 18 or older if the person has a disability which began before age 22. The impairment, whether physical or mental, must be so severe that it prevents the person from engaging in any substantial gainful work, considering age, education and previous training. In addition, the condition must have lasted or be expected to last for a continuous period of at least 12 months.

SUSPECT SOCIAL SECURITY FRAUD?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Enclosure: SSA Pub. No. 70-10281 568

cc: REGINA M CARLTON
300 ALLSUP PLACE
BELLEVILLE IL 62223

SOCIAL SECURITY ADMINISTRATION

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| KIMBERLY D SHAW | | | RCDIB |

The following reports were used to decide this claim in addition to those listed on the previous notice:

DR MILAN PATEL 05/23/17 08/03/17
DIGNITY HEALTH MEDICAL GROUP - 12/31/15 05/19/17
DR CHAD PAXSON DO 01/18/18 01/18/18
MEMORIAL NORTH PARK 10/17/17 10/17/17

MEDICAL AND PSYCHOLOGICAL ASSO Psychologist Consultative Exam 05/22/18

We requested but did not receive any other reports. However, the above reports contained enough information to evaluate this claim.

We have looked again at all the information regarding your condition.

You said you are unable to work because of fibromyalgia, sleep apnea, asthma, fatigue, depression, back problems, muscle weakness, and neuropathy.

We also discovered obesity.

Although you do have fibromyalgia, the evidence shows that you are able to stand, move about and use your arms, hands and legs in a satisfactory manner.

Although you do have back pain, evidence shows you are able to stand, walk and bend in a satisfactory manner.

Although you have stated that you are short of breath, medical records show your breathing capacity to be adequate for many daily activities.

Although you are overweight, you have no other related problems preventing you from functioning satisfactorily.

The evidence shows your neuropathy has has not resulted in disabling weakness, paralysis or loss of control of your limbs.

Although you experience depression, your records show that you are able to communicate with others, act in your own interest and perform most ordinary activities.

We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

The determination on this claim was made by an agency of the State. It was not made by the doctors or other people or agencies who submitted reports. Any evidence they gave us was used in making the determination. Doctors and other people in the State agency who are

SOCIAL SECURITY ADMINISTRATION AY3695/D68/A3/SLC

**EXHIBIT NO. 4A**
**PAGE: 1 OF 1**

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ]
2. DDS CODE: S48
3. FILING DATE: 09/04/17
4. SSN:
BIC (if CDB or DWB CLAIM):

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code)
KIMBERLY DAWN SHAW

6. WE'S NAME (if CDB or DWB CLAIM)

7. TYPE CLAIM (Title II): DIB [X] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]

8. TYPE CLAIM (Title XVI): DI [ ] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ]

9. DATE OF BIRTH

10. PRIOR ACTION: PD [X] PT [ ]

11. REMARKS
RECON FILED 02/21/18
RECEIPTED 02/28/18
AOD 08/18/17
DLI 12/31/2021

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)
1290 PREMIER DR
CHATTANOOGA TN 37421-9953
DO-BO CODE: 568

13. DO-BO REPRESENTATIVE (866) 964-0029
14. DATE
11A. [ ] Presumptive Disability ____________
11B. [ ] Impairment ____________

## DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [ ] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS: Disorders of back (discogenic and degenerative)
BODY SYS.: 01
CODE NO.: 7240

16B. SECONDARY DIAGNOSIS: Depressive, Bipolar and Related Disorders
CODE NO.: 2960

17. DIARY TYPE | MO./YR. | REASON

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [X] Through Date of Current Determination
B. [ ] Through 12/31/21
C. [ ] Before Age 22 (CDB only)

20. VOCATIONAL BACKGROUND
OCC. YRS.:
ED YRS.: 16
21. VR ACTION: SC IN A. [ ] SC OUT B. [ ] Prev Ref C. [ ]

22. REG-BASIS CODE: J1
23. MED LIST NO.:
24. MOB CODE:
25. REVISED DET [X]
25A. Initial A. [ ] Recon B. [X] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO. > A. B. C. D. E. F.

27. RATIONALE
[X] See Attached SSA-4268-U4/C4
[ ] Check if Vocational Rule Met. Cite Rule >

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab Beg. ____________ AND D. [ ] Continues E. [ ] Term ____________

29. LTR/PAR NO.
30. DISABILITY EXAMINER-DDS: C. Alford-Woullard
31. DATE: 06/07/18
32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: RFC2 in DDE 05/03/2018
33. DATE: 05/03/18
32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type): Karla P Montague-Brown M.D.
32B. SPEC. CODE: 12

34. REMARKS
REGINA M CARLTON
300 ALLSUP PLACE BELLEVILLE IL 62223
recon affirmation

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE
36. REV.DET. CODES
37. SSA REPRESENTATIVE
SSA CODE
38. DATE

Form SSA-831-U3 (3/89 - TN 11/00) DMA=Y

Electronic Input: [ ] DECISION [ ] CASE CONTROL

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 802 of 1114

**Lincoln/ Shaw 0857**

eCAT DEVELOPMENT SUMMARY WORKSHEET (INITIAL/RECON) DMAF

CLAIM#: AY3695 ADJ: D68 UNIT: A3
RCPT DATE: 02/28/18 Alford-Woullard, C
TYPE: DIB LEV: RC PROC TIME: 59
CLMNT: SHAW, KIMBERLY ---CLAIMANT ADDRESS---
W/E:
BIC: DB: AGE: 51 SEX: F EDUC:16
FOR : PD:
DLI: 12/31/2021 AOD: 08/18/17 SLC:
BODY SYS: 01 Musculoskeletal DO: 568 CHATTANOOGA TN
STOP WORK DATE: 08/18/17 CDB ATTAIN DATE: _________
A-PH: EX: EX:
MED HOLD:
CTRL DT: _________ PP END DT: _________ POD: _________

| RECON------ | PREV REVIEW PHYSICIAN | PREV CE CONSULTANT |
|---|---|---|
| IN DENIAL | DR WRIGHT | |
| 02/02/18 | DR MCNEIL | |

ALLEGATIONS: Fibromyalgia; Severe Obstructive Sleep Apnea; Asthma; Chronic Fatigue Syndrome; Depression; Lumbar Radiculopathy; Ambulatory Dysfunction; Degenerative Disc Disease; Muscle Weakness; Sensory Neuropat

REMARKS: WORSENING, NO NEW CONDITION, NEW TREATMENT
final worksheet
6/7/18

DEVELOPMENT PROFILE Date & Method of Req (E-Electronic;F-Fld;M-Mail;T-Tel)

| SOURCE | REQ | LTR# | FU | FU | RECVD | |
|---|---|---|---|---|---|---|
| Claimant | 030118 M | 19N | | | 030918 | ADLS |
| Claimant NOT RCVD | 030118 M | 19P | | | | |
| Claimant CANCELLED | 030118 M | 72R | | | | |
| DR C. CRUMP CANCELLED MSS REQ/CE INT REQ DR CH CRUMP 2205 MCCALLIE AVE CHATTANOOGA TN 37404 | 030118 E | 3 | 031418 (M) | | | 23 102 |
| DR M. PATEL MSS REQ/CE INT REQ DR MI PATEL 4767 SOQUEL DR SOQUEL CA 95073 | 030118 M | 3 | | | 031318 | 052317 080317 TVI 102 EMG, MRI |
| DR C. PAXSON MSS REQ/CE INT REQ DR CH PAXSON 725 GLENWOOD DR STE E-500 CHATTANOOGA TN 37404 | 030118 F | 3 | | | 031218 | 011818 011818 PFTS, OSA |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 803 of 1114

Lincoln/ Shaw 0858

```
eCAT                   DEVELOPMENT SUMMARY                          DMAF
CLAIM#: AY3695                    WORKSHEET                 ADJ: D68  UNIT: A3
RCPT DATE: 02/28/18           (INITIAL/RECON)               Alford-Woullard, C
TYPE: DIB        LEV: RC
CLMNT:              SHAW, KIMBERLY
  W/E:
------------------------------------------------------------------------------
|DEVELOPMENT PROFILE   Date & Method of Req (E-Electronic;F-Fld;M-Mail;T-Tel)|
|   SOURCE           | REQ  |LTR# | FU    | FU    |RECVD |                   |
|DIGNITY HEALTH MEDIC|030118|3    |031418|       |043018|123115  051917     |
| MSS REQ/CE INT REQ |  M   |     | (M)  |       |      |TVI  23  102       |
|                    |      |     |      |       |      |pfts, mri, ct      |
|DIGNITY HEALTH MEDICAL GROUP -   |      |       |      |                   |
|DR JACQUELINE SEDGWICK           |      |       |      |                   |
|528 CAPITOLA AVE                 |      |       |      |                   |
|CAPITOLA CA 95010                |      |       |      |                   |
|                    |      |     |      |       |      |                   |
|MEMORIAL NORTH PARK |030118|24   |      |       |031218|101717  101717     |
| MSS REQ            |  E   |     |      |       |      |CT, XR, EKG        |
|                    |      |     |      |       |      |                   |
|MEMORIAL NORTH PARK              |      |       |      |                   |
|2051 HAMMILL ROAD                |      |       |      |                   |
|HIXSON TN 37343                  |      |       |      |                   |
|                    |      |     |      |       |      |                   |
------------------------------------------------------------------------------
|CE TYP|SRCE TEL# & NAME  REQ   |EXAM  |REMINDER  | KEPT | FU   | FU   |RECVD |
|24    |(615)895-0710  043018 E|052218|051118(M)|052218|060518|      |060618 |
|Psycho| MEDICAL AND PSYCHOLOGI|0900AM|051918(T)| YES  | (M)  |   PMT CONFRMD|
|T/P? N|DOESN'T PERFORM CE'S         |          |      |      |      |      |
|MEDICAL AND PSYCHOLOGICAL ASSO      |          |      |      |      |      |
|5600 BRAINERD RD  STE C-22          |          |      |      |      |      |
|CHATTANOOGA TN 37411                |          |      |      |      |      |
|                                    |          |      |      |      |      |
------------------------------------------------------------------------------
```

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 804 of 1114

**Lincoln/ Shaw 0859**

eCAT    DEVELOPMENT SUMMARY WORKSHEET (INITIAL/RECON)    DMAF
CLAIM#: AY3695    ADJ: D68 UNIT: A3
RCPT DATE: 02/28/18    Alford-Woullard, C
TYPE: DIB    LEV: RC
CLMNT: SHAW, KIMBERLY
W/E:

---

SEVERITY OF IMPAIRMENT RATING (REVIEW PHYSICIAN):

---

SEVERITY AT A.O.D.- RATING ________ RFC _____ INIT ____

SEVERITY AT LATER DATE - DATE ________ RATING _______ RFC _____ INIT ____
(IF APPLICABLE)

| | ONSET | CURRENT RATING | RFC RATING (IN 12 MOS) | INIT | DATE |
|---|---|---|---|---|---|
| ( ) 0. DURATION DENIAL | ________ | __________ | __________ | ____ | ________ |

| | ONSET | RFC | INIT | DATE |
|---|---|---|---|---|
| ( ) 1. NO IMPAIR | | | ____ | ________ |
| ( ) 2. NOT SEVERE | | | ____ | ________ |
| ( ) 3. MOD IMPAIR | ________ | ____ | ____ | ________ |
| ( ) 4. MOD SEVERE | ________ | ____ | ____ | ________ |
| ( ) 5. MEETS LIST | ________ | | ____ | ________ |
| ( ) 6. EQUALS LIST | ________ | | ____ | ________ |
| ( ) 7. M/E INSUFF | | | ____ | ________ |
| ( ) DWB CASE DOES NOT MEET OR EQUAL LIST | | | ____ | ________ |

REMARKS:

---

DETERMINATION: ALLOWED __________ (init & date) LISTING ________ REEXAM DATE________

DENIED __________ (init & date) GRID RULE #________

NO DETERM __________ (init & date) REASON ____________________

( ) CAPABLE ( ) INCAPABLE ( ) UNRESOLVED VR REFERRAL: ( ) YES ( ) NO

---

FORMAL SUPERVISORY AUDIT:
( ) SCA ( ) CAI ______________________/______________
(Signature) (Date)

COMMENTS:______________________________________________

MATERIAL NOT RETAINED (note source & reason):____________________

DEVELOPMENT DECISIONS REQUIRING EXPLANATION (per POMS DI 20503.001C.1):

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 805 of 1114

Lincoln/ Shaw 0860

NARRATIVE

Date: 03/23/18 02:08PM By: Rita Jones
RCV'D CALL FROM DIGNITY HEALTH MEDICAL GROUP RQSTING THE BARCODE LTR TO SEND CLT'S MER'S...I FAXED THE RQST TO 831-475-1629...ANY ?'S CALL ALOMA @ 831-475-1630...CIU

Date: 04/09/18 09:14AM By: Chassaka Alford-Woullard
Clld cals rep to go over application 800 560 1410, confirmed worsening, no new condition, new treatment. cl understands to cooperate during exams.

Date: 04/09/18 09:20AM By: Chassaka Alford-Woullard
rep will call see get mer from dr crumo amd dignity health

Date: 04/30/18 01:39PM By: Chassaka Alford-Woullard
requesting mse per samc.

Date: 05/16/18 07:00PM By: ************************
Unsuccessful CE Reminder Call on 05/16/18 at 09:59AM

Date: 05/17/18 07:00PM By: ************************
Unsuccessful CE Reminder Call on 05/17/18 at 09:46AM

Date: 05/18/18 07:00PM By: ************************
Unsuccessful CE Reminder Call on 05/18/18 at 09:07AM

Date: 05/19/18 07:00PM By: ************************
CE Reminder Call on 05/19/18 at 08:48AM

Date: 06/06/18 01:03PM By: Chassaka Alford-Woullard
CALLED ABOUT TREATMENT IN CA, CL SAID THAT IT WAS LONG AGO SHE DONT REMEMBER.
.

Date: 06/06/18 02:10PM By: Deanna Pinkham-Clausius
approving mental to be returned to mc rating queue, adls & mse rcvd; call made to find out about tx noted in ce

Date: 06/07/18 10:45AM By: Sheril Hughes
eol

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
P.O. BOX 775
NASHVILLE, TENNESSEE 37202

PHONE (615) 743-7310

TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0D68

REGINA M CARLTON
300 ALLSUP PLACE
BELLEVILLE IL 62223

TDN:

NAME: KIMBERLY D SHAW
A/N:

DOB:

This agency is processing SOCIAL SECURITY DISABILITY CLAIM on the person named above. As the claimant's representative, you are entitled to receive a copy of all correspondence directed to him/her. As such, we have included the attachment(s).

Thank you for your cooperation in this matter.

C Alford-Woullard
Disability Examiner

D68/CXA
A3 - 06

DDS D19

Enclosure: Claimant correspondence

WHOSE Records to be Disclosed
NAME (First, Middle, Last, Suffix)
X KIMBERLY DAWN SHAW
SSN X
Birthday (mm/dd/yy) X

Form Approved
OMB No. 0960-0623

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
OF WHAT *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** *including*, and not limited to :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS** (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure**
**SIGN ▶** X Kimberly Shaw
Date Signed 02/14/18
Phone Number (with area code)

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)**
(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Street Address
City | State | ZIP

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*
**SIGN ▶** X [signature]
Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above)
**SIGN ▶**
Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Kimberly Dawn Shaw**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Female**

Date of Birth:

2. Claimant's Alleged Onset Date: **08/18/2017**

3. Potential Onset Date:

4. Reason for Potential Onset Date:

5. Explanation for Potential Onset Date, when applicable:

**Miscellaneous Information**

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2021**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case:

**Prior Filing Information**

7. Prior Filing(s):

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this case.

## (3367) Observations

9. Observations/Perceptions:

## (3367) Development

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **H. Charre**
Phone Number: **866-964-0029**
Name of Person Completing Form:
Date:

**Form SSA-3367 EDCS**

# DISABILITY REPORT - APPEAL - Form SSA-3441

## (3441) Section 1 - Information About the Disabled Person

1.A. Name (First, Middle Initial, Last, Suffix): **Kimberly Dawn Shaw**

1.B. Social Security Number:

1.C. Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada:

Check this box if you do not have a phone or number where we can leave a message

1.D. Alternate Phone Number - another number where we may reach you, if any:

1.E. Email Address (Optional): **CIC@ALLSUPINC.COM**

## (3441) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim. (e.g., friend or relative)

**2.A.** Name (First, Middle, Last)

**2.B.** Relationship to Disabled Person

**2.C.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable.
City, State/Province, ZIP/Postal Code,
Country (if not U.S.)

**2.D.** Daytime Phone Number, including area code
(include IDD and country codes if outside
the U.S. or Canada)

**2.E.** Can this person speak and understand English?

If no, what language does the contact person prefer?

**2.F.** Who is completing this form? **Someone else (Please complete the information below).**

| | |
|---|---|
| **2.G.** Name (First, Middle, Last) | **REGINA CARLTON** |
| **2.H.** Relationship to Disabled Person | **Appointed Representative(Non-Atty/Staff)** |
| **2.I.** Mailing Address (Street or PO Box)<br>Include apartment number or unit if applicable.<br>City, State/Province, ZIP/Postal Code,<br>Country (if not U.S.) | <br>**300 ALLSUP PLACE**<br>**BELLEVILLE, IL 62223** |
| **2.J.** Daytime Phone Number, including area code (include IDD and country codes if outside the U.S. or Canada) | **800-560-1410** |



## (3441) Section 3 - Medical Conditions

Date of Last disability report: **02/22/2018**

**3.A. Since you last told us about your medical conditions,** has there been any **CHANGE** (for better or worse) in your physical or mental conditions?

**No**

Approximate date change occurred:

If "Yes", please describe in detail:

**3.B. Since you last told us about your medical conditions,** do you have any **NEW** physical or mental conditions? **No**

Approximate date of new conditions:

If "Yes", please describe in detail:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

## (3441) Section 4 - Medical Treatment

**4.A.** Have you used any other names on your medical or educational records? Examples are maiden name, other married name or nickname.

**No**

If yes, please list the other names used here:

**4.B. Since you last told us about your medical treatment**, have you seen a doctor or other health care provider, received treatment at a hospital or clinic, or **do you have a future appointment scheduled**?

**EXHIBIT NO. 8E**
**PAGE: 3 OF 8**

**Yes**

**4.C.** What type(s) of condition(s) were you treated for, or will you be seen for?

**Physical and Mental (including emotional or learning problems)**

**If you answered "Yes" to 4.B.**, please tell us who may have NEW medical records about any of your **physical or mental** conditions (including emotional or learning problems).

Use the following pages to provide information for up to three (3) providers. **Complete one page for each provider**. If you have more than three providers, list them in SECTION 10 - REMARKS on the last page.

Please include:

- doctors' offices
- hospitals (including emergency room visits)
- clinics
- mental health center
- other health care facilities.

**Only list the providers you have seen since you last told us about your medical treatment.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | | | | | | | |
| Name of health care professional who treated you | **WILLIAM CRAIG DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **423-826-0800 - Voice** | | Patient ID# (if known) | | | |
| Mailing Address | | **1035 EXECUTIVE DR STE 105<br>HIXSON, TN 37343** | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **06/12/2018** | Date | | Date in | | Date out | |
| Last Visit | **06/12/2018** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **08/22/2018** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **FIBROMYALGIA** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **TREATMENT(S) RECEIVED: MONITORS CONDITION, EXAMS AND PRESCRIBES MEDICATION.** | | | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | | | | | | | |
| **Yes** | | | | | | | |
| **KIND OF TEST** | | | | | **DATES OF TESTS** | | |
| **Blood Test (Not HIV)** | | | | | **06/12/2018** | | |

| |
|---|
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. |



| **4.D.** Name of Facility or Office | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of health care professional who treated you | **CHARLES CRUMP DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **423-689-2435 - Voice** | | Patient ID# (if known) | | | |
| Mailing Address | | **1700 BROAD ST STE 140<br>CHATTANOOGA, TN 37408** | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **01/01/2017** | Date | | Date in | | Date out | |
| Last Visit | **03/28/2018** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **07/13/2018** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **ALL GENERAL MEDICAL CONDITIONS** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **TREATMENT(S) RECEIVED: MONITORS CONDITION, EXAMS AND PRESCRIBES MEDICATION.** | | | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | | | | | | | |
| **No** | | | | | | | |
| **KIND OF TEST** | | | | | **DATES OF TESTS** | | |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | | | | | | | |

**If you have been treated by more providers, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 5 - Other Medical Information

---

**5. Since you last told us about your other medical information**, does anyone else have **medical information** about any of your **physical or mental** conditions (including emotional and learning problems) or are you scheduled to see anyone else?



This may include:

- workers' compensation
- vocational rehabilitation services
- insurance companies who have paid you disability benefits
- prisons and correctional facilities
- attorneys
- social service agencies
- welfare agencies
- school/education records

**No** (Go to SECTION 6 - MEDICINES)

**If you need to list more people or organizations, use SECTION 10 - REMARKS on the last page.**

---

### (3441) Section 6 - Medicines

---

**6. Are you <u>currently</u> taking any medicines (prescription or non-prescription)? Yes**

Yes (Please complete the information below. You may need to look at your medicine containers.)

| Name of Medicine | If Prescribed, Give Name of Doctor | Reason for Medicine | Side Effects You Have |
|---|---|---|---|
| **ADVAIR INHALER** | **CHARLES CRUMP DR** | **ASTHMA** | **NONE** |
| **ALBUTEROL** | **CHARLES CRUMP DR** | **ASTHMA** | **NONE** |
| **CYMBALTA** | **WILLIAM CRAIG DR** | **FIBROMYALGIA AND DEPRESSION** | **NONE** |
| **FLONASE** | **CHARLES CRUMP DR** | **ALLERGIES** | **NONE** |
| **GABAPENTIN** | **CHARLES CRUMP DR** | **PAIN** | **NONE** |
| **PEPCID** | **CHARLES CRUMP DR** | **ACID REFLUX** | **NONE** |
| **PRILOSEC** | **CHARLES CRUMP DR** | **ACID REFLUX** | **NONE** |
| **SINGULAIR** | **CHARLES CRUMP DR** | **ASTHMA** | **NONE** |
| **SPIRIVA** | **CHARLES CRUMP DR** | **ASTHMA** | **NONE** |

| | | | |
|---|---|---|---|
| TRAMADOL | CHARLES CRUMP DR | PAIN | I EXPERIENCE THE FOLLOWING SIDE EFFECTS: DROWSINESS AND ITCHINESS/RASH. |
| TRAZODONE | CHARLES CRUMP DR | SLEEP AID | NONE |
| ZANAFLEX | WILLIAM CRAIG DR | FIBROMYALGIA | I EXPERIENCE THE FOLLOWING SIDE EFFECTS: DROWSINESS. |
| ZYRTEC | No one prescribed this | ALLERGIES | NONE |

**If you need to list more medicines, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 7 - Activities

---

**7. Since you last told us about your activities,** has there been any **change** (for better or worse) in your daily activities due to your **physical or mental** conditions? (Examples of daily activities are household tasks, personal care, getting around, hobbies and interests, social activities, etc.)

**Yes**

If yes, please describe in detail:

**I EXPERIENCE DIFFICULTY WITH THE FOLLOWING PERSONAL CARE NEEDS BECAUSE OF MY SYMPTOMS: BATHING, CARING FOR MY HAIR, FEEDING MYSELF, GETTING DRESSED, SHAVING AND USING THE TOILET. I EXPERIENCE DIFFICULTY WITH THE FOLLOWING DAILY ACTIVITIES BECAUSE OF MY SYMPTOMS: CHORES, COOKING, HOBBIES, SHOPPING, SOCIAL ACTIVITIES AND SPENDING TIME WITH OTHERS.**

**If you need more space, use SECTION 10- REMARKS on the last page.**

---

## (3441) Section 8 - Work and Education

---

**8.A. Since you last told us about your work,** have you worked or has your work changed?
If yes, you will be asked to provide additional information.

**No**

**8.B. Since you last told us about your education,** have you completed or are you enrolled in any type of specialized job training, trade school, or vocational school?

**No**

If yes, what type?

Date(s) attended:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 9 - Vocational Rehabilitation, Employment, or Other Support Services

---

**9.** Since you last told us about your vocational rehabilitation, have you participated, or are you participating in:

- an individual work plan with an employment network under the Ticket to Work Program?
- an individualized plan for employment with a vocational rehabilitation agency or any other organization?
- a Plan to Achieve Self-Support (PASS)?
- an individualized education program (IEP) through an educational institution (if a student age 18-21)?
- any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**No** (Go to SECTION 10 - REMARKS)

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 10 - Remarks

---

Use this space to provide any information you could not show in earlier sections of this form or any additional information you feel we should know about. Please be sure to include the number of the question you are answering (For example, 3A, 4D, etc.).

**NO REMARKS**

---

**I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED ALL THE INFORMATION ON THIS FORM, AND ON ANY ACCOMPANYING STATEMENTS OR FORMS, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT ANYONE WHO KNOWINGLY GIVES A FALSE OR MISLEADING STATEMENT ABOUT A MATERIAL FACT IN THIS INFORMATION, OR CAUSES SOMEONE ELSE TO DO SO, COMMITS A CRIME AND MAY BE SENT TO PRISON, OR MAY FACE OTHER PENALTIES, OR BOTH.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| Address (Number and street, city, state and ZIP code) | e-mail Address (optional)<br>CIC@ALLSUPINC.COM |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |

**Form SSA-3441 EDCS**

October 28, 2017, 10:20
PAGE 1

NH SG-SSA-16

: UNIT: CJOINT :

KIMBERLY DAWN SHAW

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On October 27, 2017, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS KIMBERLY DAWN SHAW.

I HAVE USED THE FOLLOWING NAME(S):
KIMBERLY DAWN MCCLENDON
KIMBERLY D MCCLENDON
KIMBERLY D MCCLENDON
KIMBERLY DAWN KENNEDY SHAW
KIMBERLY DAWN KENNEDY

MY SOCIAL SECURITY NUMBER IS

MY DATE OF BIRTH IS

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON August 18, 2017.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO JAIMIE SHAW. WE WERE MARRIED ON October 19, 2013 IN CA BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS AND SOCIAL SECURITY NUMBER IS .

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AGREE WITH THE EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT.
WORK:FOREIGN-2016=N 2017=N USTAXESPD-2016=? 2017=?
OTHER NAMES USED: KIMBERLY DAWN KENNEDY-SHAW

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS

February 22, 2018, 11:56


NH

```
---------------------
: UNIT: SAMRCN      :
:                   :
:                   :
:                   :
:                   :
:                   :
:                   :
---------------------
```

KIMBERLY DAWN SHAW

REQUEST FOR RECONSIDERATION

On February 21, 2018, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

- o Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.
- o If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.
- o If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS KIMBERLY DAWN SHAW.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE I REMAIN TOTALLY DISABLED DUE TO MY CONDITION.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I AM REPRESENTED BY ALLSUP REPRESENTATIVE, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE February 21, 2018.

NH

---------------------
: UNIT: SAMHRG :
---------------------

KIMBERLY DAWN SHAW

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On June 21, 2018, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- o Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.
- o If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.
- o If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS KIMBERLY DAWN SHAW.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE I REMAIN TOTALLY DISABLED DUE TO MY CONDITION.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

NH

I AM REPRESENTED BY REGINA CARLTON, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE June 21, 2018.

SOCIAL SECURITY ADMINISTRATION

**Refer To:**
Kimberly Dawn Shaw

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 200
1232 PREMIER DRIVE
CHATTANOOGA, TN 37421-3707
Tel: 877-833-2721
Fax: 423-855-6407

July 16, 2018

Kimberly Dawn Shaw

Dear Kimberly Dawn Shaw:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**



See Next Page

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter.** You **must** request an interpreter so we can provide an interpreter **free of charge.** When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception. You must inform us about or give us evidence no later than five business days before the date of your hearing. The ALJ may choose to not consider the evidence if you fail to provide it timely.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

**You May See The Evidence in Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely yours,

Rod Chamberlain
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
Form SSA-L1697-U3 (Acknowledgement of Representation)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Why You Should Have Your Hearing By Video)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to SSA)
Form HA-L32 (Electronic Disability Claims Processing Insert)
Barcode Sheet

cc: Regina Carlton
300 Allsup Place
Belleville, IL 62223

**SOCIAL SECURITY ADMINISTRATION**

**Refer To:**
Kimberly Dawn Shaw

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 200
1232 PREMIER DRIVE
CHATTANOOGA, TN 37421-3707
Tel: 877-833-2721
Fax: 423-855-6407

July 16, 2018

Kimberly Dawn Shaw

Dear Kimberly Dawn Shaw:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

**Suspect Social Security Fraud? Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**



See Next Page

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter.** You **must** request an interpreter so we can provide an interpreter **free of charge.** When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception. You must inform us about or give us evidence no later than five business days before the date of your hearing. The ALJ may choose to not consider the evidence if you fail to provide it timely.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

**You May See The Evidence in Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely yours,

Rod Chamberlain
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Why You Should Have Your Hearing By Video)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to SSA)

cc: Regina Carlton
300 Allsup Place
Belleville, IL 62223

Social Security Administration

Form Approved
OMB No. 0960-0671

# OBJECTION TO APPEARING BY VIDEO TELECONFERENCING

| | |
|---|---|
| Name: Kimberly Dawn Shaw | |
| Social Security Number: | |
| Wage Earner: | RQID:0000000000000000235353629 SITE:X49 DR:S<br>SSN: DOCTYPE:3267 RF:D CS:bdd7 |
| Hearing Office: Chattanooga | |

**[ ] I do not want to appear at my hearing by video teleconference. Please schedule my hearing so that I may appear in person.**

**Please return this form only if you object to a hearing by video teleconference.**

Additional Comments: ______________________________

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|
| | | |

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you are opting-out of an appearance via video teleconferencing. Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form HA-55 (04-2015)

## SOCIAL SECURITY HEARING PROCESS
## WHAT HAPPENS NEXT?

* Your hearing request and your file are now at the Office of Hearings Operations (OHO).

* We may look at your case to see if we can make a decision in your favor without a hearing. If we do not make a decision this way, we will prepare your case for an administrative law judge (ALJ). We prepare cases in the order we get them.

* An ALJ will review your file after we prepare it. We will then schedule a hearing for your case. You will get a notice informing you when and where we will hold your hearing. We will send you the notice at least 75 days before the date of your hearing. If you have a representative, we will also send the notice to that person.

* You will come to your hearing and talk to the ALJ. Other people, such as witnesses or your representative, can also come to your hearing. If the ALJ wants any more evidence, or if you ask for more time to give us more evidence, the ALJ will tell you how long we will wait for that evidence.

* The ALJ will make a decision after your hearing if he or she has all of the evidence. Otherwise, the ALJ will make a decision when he or she gets the evidence needed to make a decision.

* You can expect to wait another 3 months after the hearing until you receive your written decision in the mail.

* We cannot talk to you about the outcome of your case before we mail you the written decision.

* Remember: In order to make your case go as quickly as possible, please be sure to send us all of your medical and other evidence as soon as possible. Your representative, if you have one, may also send evidence to us. Having the evidence sooner could help the ALJ decide your case sooner.

# Why You Should Have Your Hearing By Video Teleconference

If you are participating in a hearing before an administrative law judge, Social Security can make the process more convenient for you, through video teleconferencing (VTC) technology.

## What is VTC?

VTC allows you and other hearing participants to see and hear each other clearly on color monitors. The judge remains in his or her office, and you go to a site that may be more convenient to where you live. A technician is there to make sure the teleconferencing equipment is connected and working properly.

## How is a hearing by VTC different?

Except for the equipment, a hearing by VTC is no different from a hearing at which you appear in person. The judge can see and speak with you and anyone who comes to the hearing with you, such as your representative or witnesses. You can see the judge and anyone who is with the judge, or anyone at another video hearing site, such as a medical or vocational expert. Transmission of the hearing is secure, and your privacy is protected. We do not videotape hearings, but we do make audio recordings, as we do for all hearings.

## What are the advantages of a hearing by VTC?

Often an appearance by VTC can be scheduled faster than an in-person appearance. That means less waiting time. In addition, a VTC location may be closer to your home. That might make it easier for you to have witnesses or other people accompany you.

**www.socialsecurity.gov**

## How is a hearing by VTC scheduled?

Prior to scheduling your hearing, we will notify you that we may schedule you to appear by VTC, and provide you the opportunity to object to appearing by video. If you have questions after you receive acknowledgment of your request for a hearing, please contact your hearing office.

Social Security Administration
SSA Publication No. 70-067
ICN 443300
Unit of Issue – HD (one hundred)
October 2014 (April 2008 edition may be used)

**NOTICE TO REPRESENTATIVE OF CLAIMANT BEFORE THE SOCIAL SECURITY ADMINISTRATION** **TOE 420**

Regina Carlton
300 Allsup Place
Belleville, IL 62223

Date: July 11, 2018
Claimant: Kimberly Dawn Shaw
Wage Earner:
Social Security Number:

We have received written notice that the claimant has appointed you to act as the representative in connection with this claim(s) under the Social Security Act (the Act). We will, therefore, be dealing directly with you on matters pertaining to this claim(s).

Generally, to charge a fee for services, you must use one of two, mutually exclusive fee approval processes. You must file either a fee petition or a fee agreement with us. In either case, you cannot charge more than the fee amount we approve.

**Fee Petition Process**

You may ask for approval of a fee by giving us a fee petition when you have completed your services to the claimant. This written request must describe in detail the amount of time you spent on each service provided and the amount of fee you are requesting.

**Fee Agreement Process**

If you and the claimant have a written fee agreement, that you have not already submitted, either of you must give it to us before we decide the claim(s). We usually will approve the agreement if you both sign it; the fee you agreed on is no more than 25 percent of the past-due benefits, or $6,000 (or a higher amount we set and announce in the Federal Register), whichever is less; we approve the claim(s); and the claim results in past-due benefits.

If you do not file a fee agreement, you must use form **SSA-1560-U5 (PETITION TO OBTAIN APPROVAL OF A FEE FOR REPRESENTING A CLAIMANT BEFORE THE SOCIAL SECURITY ADMINISTRATION)** to petition for approval of the fee you wish to charge. File the SSA-1560-U5 when the proceedings are complete and your services have ended. If you are an attorney or a non-attorney whom SSA has found eligible to receive direct payment and you seek direct payment from the claimant's title II or title XVI past-due benefits, you must file the SSA-1560-U5, or a notice of intent to petition for a fee within 60 days of the notice of the favorable determination. Further information and instructions for completion are given on the form itself.

After we approve a fee, you must look to the claimant for payment, except when you are an attorney or non-attorney who is eligible to receive direct payment and there are past-due benefits payable under title II or title XVI of the Act as a result of a favorable determination on the claim. In such cases, we will pay up to 25 percent of such past-due benefits directly to you toward payment of the approved fee and charge you the assessment required by section 206(d) and 1631(2)(2)(c) of the Social Security Act. You cannot charge or collect this expense from the claimant.

If you wish to waive either a fee or direct payment of a fee and you have not already done so, you should sign and date the appropriate box below or send us a letter with an appropriate statement. Early filing of the waiver will enable us to prevent the automatic withholding of past-due benefits for a possible direct payment.

- **WAIVER OF FEE -** I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligation, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| | |

- **WAIVER OF DIRECT PAYMENT BY ATTORNEY OR NON-ATTORNEY ELIGIBLE TO RECEIVE DIRECT PAYMENT -** I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative) | Date |
|---|---|
| | |

Social Security Administration     Form **SSA-L1697-U3 (2-2005)**
Destroy Prior Editions

## Electronic Disability Claims Processing

Social Security is changing from a paper to an electronic disability claims process in order to improve the quality and timeliness of our decisions. Your client's disability claim file is being processed electronically. Your claimant's rights under the Social Security Act remain the same.

Your client's case is available to be viewed electronically using the Appointed Representative Services (ARS). If you do not already have access to ARS, please contact your local hearing office to initiate the registration process. Once you have access, your client's case will be viewable at https://secure.ssa.gov/acu/LoginWeb/.

NOTE: If you are requesting direct payment of the authorized fee, you must access your clients' files electronically using ARS.

Additional evidence should be submitted within the timeframes for the submission of evidence discussed in the notice. **The preferred way to submit evidence to the electronic folder is by using one of the following three methods:**

- **Send the evidence using the Eletronic Records Express (ERE) website. If you have not registered to use the ERE website, contact your local hearing office.**
- **Fax the evidence using this fax number -- (877)470-5099. Remember that the enclosed barcode must be the first page for each document being faxed.**
- **Send the evidence to the contract scanner listed below. The barcode must be the first page of each document. DO NOT SEND ORIGINAL DOCUMENTS. DOCUMENTS ARE NOT RETURNED.**

  **CHATTANOOGA, TN OHO**

  **P. O. BOX 8861**

  **LONDON, KY 40742-8861**

**You may also send the evidence by mail or deliver it to the hearing office but there may be a delay in associating the evidence with the electronic file.**

**NOTE:** The attached barcode pertains to your client's disability claim file only. Please keep the original barcode sheet for submitting all documents on this case. Bar codes may be used more than once when faxing evidence into the electronic file.

**SOCIAL SECURITY ADMINISTRATION**

**Refer To:**
Kimberly Dawn Shaw

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 200
1232 PREMIER DRIVE
CHATTANOOGA, TN 37421-3707
Tel: 877-833-2721
Fax: 423-855-6407

July 16, 2018

Kimberly Dawn Shaw

Dear Kimberly Dawn Shaw:

In order to obtain records to update your file we need a current Authorization to Release Information. Please sign the enclosed form(s) and return it to our office within ten (10) days. A return envelope is enclosed for your convenience.

Sincerely yours,

Rod Chamberlain
Hearing Office Director

cc: Regina Carlton
300 Allsup Place
Belleville, IL 62223

Enclosure (SSA-827)

Form HA-827 (05-2008)

Form Approved
OMB No. 0960-0623

**WHOSE** *Records to be Disclosed*

| | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Kimberly Dawn Shaw | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

**1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
**3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits** , including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

| | | | | |
|---|---|---|---|---|
| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL authorizing disclosure** **SIGN >>** | **IF not signed by subject of disclosure, specify basis for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** (Parent/guardian/personal representative sign here if two signatures required by State law) >> | | | |
| Date Signed | Street Address | | | |
| Phone Number (with area code) | City | | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| | |
|---|---|
| **SIGN >>** | **IF** needed, second witness sign here (e.g., if signed with "X" above) **SIGN >>** |
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

INSERT THIS END FIRST

**Please include this barcode cover sheet as the first page of each set of documents returned.**

**Fax the evidence to this fax number:**

**877-470-5099**

RQID:0000000000000000235353628 SITE:X49 DR:S
SSN: DOCTYPE:5032 RF:D CS:cd7e

**Claimant: Kimberly Dawn Shaw**

**SSN:**

RECEIVED
JUL 1 8 2018
BY: ....................

INSERT THIS END FIRST

| | |
|---|---|
| Claimant Name: | Kimberly Dawn Shaw |
| Document Description: | Appointment Of Representative |
| Undated: | N |
| Sensitive: | N |

RQID:000000000000000235801784 SITE:X49 DR:S
SSN: DOCTYPE:5040 RF:D CS:892e

RECEIVED
JUL 1 8 2018

CPMS

Social Security Administration
Please read the instructions before completing this form.

Form Approved
OMB No. 0960-0527

| | |
|---|---|
| Name (Claimant) (Print or Type)<br>Kimberly Shaw | Social Security Number |
| Wage Earner (If Different) | Social Security Number |

Part I **CLAIMANT'S APPOINTMENT OF REPRESENTATIVE**

I appoint this individual, Allsup, 300 Allsup Place Belleville, IL 62223 Beth Matter (Name and Address)
to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☒ Title XVI (SSI) ☐ Title XVIII (Medicare) ☐ Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My principal representative is:

(Name of Principal Representative)

| | | |
|---|---|---|
| Signature (Claimant)<br>[signature] | Address | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date<br>6/18/18 |

Part II **REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT**

I, Beth Matter, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. ☐ YES ☒ NO

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| Signature (Representative)<br>Beth Matter | Address<br>Allsup, LLC, 300 Allsup Place, Belleville, IL 62223 | |
| Telephone Number (with Area Code)<br>(800) 560-1410 | Fax Number (with Area Code) | Date<br>06/25/2018 |

Part III **FEE ARRANGEMENT**

*(Select an option, sign and date this section.)*

☒ I am charging a fee and requesting direct payment of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ I am charging a fee but waiving direct payment of the fee from withheld past-due benefits – I do not qualify for or do not request direct payment. *(SSA must authorize fee unless a regulatory exception applies.)*

☐ I am waiving fees and expenses from the claimant and any auxiliary beneficiaries – By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ I am waiving fees from any source – I am waiving my right to charge and collect any fee, under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted rights(s).

| | |
|---|---|
| Signature (Representative)<br>Beth Matter | Date<br>06/25/2018 |

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

REPRESENTATIVE COPY

RECEIVED
JUL 1 8 2018
BY: ..........................

dpms

FEE AGREEMENT

Claimant: Kimberly Shaw SSN:

I, Kimberly Shaw (hereafter to be referred to as claimant), have appointed a representative from Allsup Incorporated* to represent me in administrative proceedings in connection with my claim for benefits under the provisions of the Social Security Act.

My representative and I understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee my representative charges to or collects from me for services my representative provides in proceedings before SSA in connection with my claim(s) for benefits.

We agree that if SSA favorably decides my claim(s) for benefits, I will pay my representative a fee equal to the lesser of twenty-five percent (25%) of the past-due benefits resulting from my claim(s) or $6,000. We understand that the fee is payable in full immediately upon receipt of the past-due benefits from SSA.

A) [For Title II Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and any auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my claim.

B) [For Title XVI Benefits]

We understand that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my claim.

C) [For Concurrent Titles II and XVI Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my Social Security Claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my SSI Claim. We further understand that the fee for both claims may not exceed the lesser of $6,000 or 25% for the combined past-due benefits.

D)

If a favorable allowance of my claim is made, an escrow payment is required to act as security of the authorization of a fee. Any money in excess of the fee authorized by the Social Security Administration will be refundable to me when the Social Security Administration approves a fee.

We have both received signed copies of this agreement.

[signature] 6/18/18
Claimant Date

[signature] 06/25/2018
Representative Date

Representative Date

*Not associated with any governmental agency.

feesind12

Allsup
Life Reclaimed

June 25, 2018

ADMINISTRATIVE LAW JUDGE
OFFICE OF HEARING OPERATIONS
SUITE 200
1232 PREMIER DR
CHATTANOOGA TN 37421-4151

Dear Judge :

Please be advised that I have withdrawn as representative for Ms. Kimberly Shaw, SSN
. I am not charging a fee for my services.

Sincerely,

Regina Carlton

Regina Carlton
Representative

CC: KIMBERLY SHAW

300 Allsup Place | Belleville, IL 62223 | www.allsup.com

Social Security Administration
Please read the instructions before completing this form.

Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type): Kimberly Shaw

Social Security Number

Wage Earner (If Different)

Social Security Number

RECEIVED JUL 19 2018 BY:

## Part I — CLAIMANT'S APPOINTMENT OF REPRESENTATIVE

I appoint this individual, Allsup, 300 Allsup Place, Belleville, IL 62223 Beth Matter (Name and Address)
to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☒ Title XVI (SSI) ☐ Title XVIII (Medicare) ☐ Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My principal representative is:

(Name of Principal Representative)

| Signature (Claimant) | Address | |
|---|---|---|
| [signature] | | |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date 6/18/18 |

## Part II — REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT

I, Beth Matter, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. ☐ YES ☒ NO

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| Signature (Representative) | Address | |
|---|---|---|
| [signature] Beth Matter | Allsup, LLC, 300 Allsup Place, Belleville, IL 62223 | |
| Telephone Number (with Area Code) (800) 560-1410 | Fax Number (with Area Code) | Date 06/25/2018 |

## Part III — FEE ARRANGEMENT

*(Select an option, sign and date this section.)*

☒ I am charging a fee and requesting direct payment of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ I am charging a fee but waiving direct payment of the fee from withheld past-due benefits – I do not qualify for or do not request direct payment. *(SSA must authorize fee unless a regulatory exception applies.)*

☐ I am waiving fees and expenses from the claimant and any auxiliary beneficiaries – By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ I am waiving fees from any source – I am waiving my right to charge and collect any fee, under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| [signature] Beth Matter | 06/25/2018 |

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted

REPRESENTATIVE COPY

Social Security Administration

Form Approved
OMB No. 0960-0671

**EXHIBIT NO. 11B**
**PAGE: 1 OF 1**

## OBJECTION TO APPEARING BY VIDEO TELECONFERENCING

| | |
|---|---|
| Name: Kimberly Shaw | |
| Social Security Number: | |
| Wage Earner: | |
| Hearing Office: CHATTANOOGA TN 37421-4151 | |

[X] I do not want to appear at my hearing by Video teleconference. Please schedule my hearing so that I may appear in person.

Please return this form only if you object to a hearing by video teleconference.

Additional Comments: I reserve the right to request a VTC at a later time.

| Signature: | Date: | Area Code and Telephone Number |
|---|---|---|
| Beth Matter | July 17, 2018 | 800-560-1410 |

### Privacy Act Statement

*Collection and Use of Personal Information*

Sections 205(b)(1), 205(d) and 1631(e) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you are opting-out of an appearance via video teleconferencing. Furnishing us this information is voluntary. However, failing to provide us with all or part of this information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

Form HA-55 (04-2015)

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 844 of 1114



**Lincoln/ Shaw 0899**

FEE AGREEMENT

Claimant, Kimberly Shaw SSN:

I, Kimberly Shaw (hereafter to be referred to as claimant), have appointed a representative from Allsup Incorporated* to represent me in administrative proceedings in connection with my claim for benefits under the provisions of the Social Security Act.

My representative and I understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee my representative charges to or collects from me for services my representative provides in proceedings before SSA in connection with my claim(s) for benefits.

We agree that if SSA favorably decides my claim(s) for benefits, I will pay my representative a fee equal to the lesser of twenty-five percent (25%) of the past-due benefits resulting from my claim(s) or $6,000. We understand that the fee is payable in full immediately upon receipt of the past-due benefits from SSA.

A) [For Title II Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and any auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my claim

B) [For Title XVI Benefits]

We understand that Supplemental Security Income past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my claim.

C) [For Concurrent Titles II and XVI Benefits]

We understand that Social Security past-due benefits are the total amount of money to which I [and auxiliary beneficiary(ies)] become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my Social Security Claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my SSI Claim. We further understand that the fee for both claims may not exceed the lesser of $6,000 or 25% for the combined past-due benefits.

D)

If a favorable allowance of my claim is made, an escrow payment is required to act as security of the authorization of a fee. Any money in excess of the fee authorized by the Social Security Administration will be refundable to me when the Social Security Administration approves a fee.

We have both received signed copies of this agreement.

| | |
|---|---|
| [signature] Claimant | 6/18/18 Date |
| [signature] Representative | 06/25/2018 Date |
| Representative | Date |

*Not associated with any governmental agency.

feesind12

Social Security Administration
Please read the instructions before completing this form
Form Approved
OMB No. 0960-0527

Name (Claimant) (Print or Type): Kimberly Shaw
Social Security Number:
Wage Earner (If Different):
Social Security Number:

Part I
**CLAIMANT'S APPOINTMENT OF REPRESENTATIVE**

I appoint this individual, Allsup, 300 Allsup Place, Belleville, IL 62223 Beth Matter
(Name and Address)
to act as my representative in connection with my claim(s) or asserted right(s) under:
☒ Title II (RSDI) ☒ Title XVI (SSI) ☐ Title XVIII(Medicare) ☐ Title VIII (SVB)

This individual may, entirely in my place, make any request or give any notice; give or draw out evidence or information, get information, and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My principal representative is:
(Name of Principal Representative)

Signature (Claimant): [signature]
Address:
Telephone Number (with Area Code):
Fax Number (with Area Code):
Date: 6/18/18

Part II
**REPRESENTATIVE'S ACCEPTANCE OF APPOINTMENT**

I, Beth Matter, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.
☐ YES ☒ NO

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

Signature (Representative): Beth Matter
Address: Allsup, LLC, 300 Allsup Place, Belleville, IL 62223
Telephone Number (with Area Code): (800) 560-1410
Fax Number (with Area Code):
Date: 06/25/2018

Part III
**FEE ARRANGEMENT**

*(Select an option, sign and date this section.)*

☒ I am charging a fee and requesting direct payment of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ I am charging a fee but waiving direct payment of the fee from withheld past-due benefits -- I do not qualify for or do not request direct payment. *(SSA must authorize fee unless a regulatory exception applies.)*

☐ I am waiving fees and expenses from the claimant and any auxiliary beneficiaries -- By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ I am waiving fees from any source -- I am waiving my right to charge and collect any fee, under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

Signature (Representative): Beth Matter
Date: 06/25/2018

Form SSA-1696-U4 (07-2014) ef (07-2014)
Use Prior Editions Until Exhausted
REPRESENTATIVE COPY

Allsup
Life Reclaimed

June 25, 2018

ADMINISTRATIVE LAW JUDGE
OFFICE OF HEARING OPERATIONS
SUITE 200
1232 PREMIER DR
CHATTANOOGA TN 37421-4151

Dear Judge :

Please be advised that I have withdrawn as representative for Ms. Kimberly Shaw, SSN
I am not charging a fee for my services.

Sincerely,

Regina Carlton

Regina Carlton
Representative

CC: KIMBERLY SHAW

300 Allsup Place | Belleville, IL 62223 | www.allsup.com

## REPORT OF CONTACT

(Use ink or typewriter)

ACCOUNT NUMBER AND SYMBOL

TO: ☐ NE ☐ MAT ☐ SE ☐ GL ☐ WN ☐ MAM ☐ ODO ☐ OIO ☐ DDS

NAME OF WAGE EARNER OR SE PERSON

Kimberly Dawn Shaw

PERSON(S) CONTACTED AND ADDRESSES ☐ WE OR SE PERSON ☐ OTHER (Specify)

CONTACT MADE: ☐ DO ☐ BO ☐ CS ☐ HOME ☐ PHONE: ( ) - ☐ OTHER

DATE OF CONTACT

**SUBJECT**

Modified Appointed Representative Name

Name: Beth Ellen Matter, ALLSUP LLC

Source: RASR - Title 2

Appointment Start Date: 06/18/2018

Modified Appointed Representative Address

Name: Beth Ellen Matter, ALLSUP LLC

Address: 300 ALLSUP PLACE, BELLEVILLE, IL 62223

Source: RASR - Title 2

Appointment Start Date: 06/18/2018

SIGNATURE

S. Minay

DISTRICT OFFICE (Name, Address & Code)

CHATTANOOGA TN 568
SOCIAL SECURITY, SUITE 140, 1290 PREMIER DR,
CHATTANOOGA, TN 37421-9953

☐ CR ☐ FR ☐ SR ☐ CLAIMS CLERICAL ☐ OTHER (Specify)

DATE OF REPORT

08/04/2018

PAGE OF

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 848 of 1114

**Lincoln/ Shaw 0903**

```
QRY  DATE: 08/07/18  AN:             DOC: X49 UNIT: EDEQY   PG: 001  DEQR
INPUT: YRS REQ: 2003-2018; COVERED DETAILS; NON-COVERED DETAILS; PENSION;
  SPECIAL WAGE PAYMENT; EMPLOYER ADDRESS
MEF: NA: K D SHAW   DB:          SX: F AK: KENNED
```

**EXHIBIT NO. 1D**
**PAGE: 1 OF 5**

```
DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 611273583            CHC PAYROLL AGENT INC
                          % EMPLOYMENT TAX DEPARTMENT
                          PO BOX 550
                          NASHVILLE           TN  37202-0550
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0003  AA3       K D KENNED        59683.67      56950.93 3054-85-78918  00604 V
      AA3       K D KENNED       -59683.67     -56950.93 3054-85-78918  04304 V
      EA        K D KENNED        59679.14      56950.93 3313-98-01288  04304 V
                 WAGE TOTAL       59679.14
       OASDI EMPLOYER TOTAL       59679.14
      03 OASDI YEARLY TOTAL       59679.14


EIN: 611273583  CHC PAYROLL AGENT INC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0004  AA        K D KENNED        28713.61      28001.77 4068-90-10285  00805 V
      AA        K D KENNED         7739.64       7739.64 4068-90-28221  00805 V
      AA        K D KENNED         8369.18       9564.04 4068-90-19086  00805 V
                 WAGE TOTAL       44822.43
       OASDI EMPLOYER TOTAL       44822.43
      04 OASDI YEARLY TOTAL       44822.43


EIN: 593574162            ADVANTECH SOLUTIONS PAYROLL
                           SERVICES INC
                          2054 VISTA PKWY STE 300
                          WEST PALM BCH       FL  33411-6742
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0005  AA        K D KENNED        19941.00      19941.00 5108-90-85935  01406 V
                 WAGE TOTAL       19941.00
       OASDI EMPLOYER TOTAL       19941.00
EIN: 611273583  CHC PAYROLL AGENT INC
0005  AA        K D KENNED        38364.52      36933.74 5093-92-79574  01206 V
                 WAGE TOTAL       38364.52
       OASDI EMPLOYER TOTAL       38364.52
      05 OASDI YEARLY TOTAL       58305.52


EIN: 204069782            AMN ALLIED SERVICES LLC
                          % MED TRAVELS INC SOLE MBR
                          12400 HIGH BLUFF DR
                          SAN DIEGO           CA  92130-3077
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0006  AA        K D KENNED        20012.47      20012.47 6289-85-00848  04007 V
                 WAGE TOTAL       20012.47
       OASDI EMPLOYER TOTAL       20012.47
EIN: 320088110            BELLEVUE HEART AND VASCULAR CENTER
                           LLC
                          HYNES JOHN K MEMBER
                          2125 112TH AVE NE STE 300
                          BELLEVUE            WA  98004-2948
0006  AA        K D KENNED          640.00        640.00 6124-85-22990  01707 V
                 WAGE TOTAL         640.00
       OASDI EMPLOYER TOTAL         640.00
EIN: 650693249            OASIS OUTSOURCING II INC
                          2054 VISTA PKWY STE 300
                          WEST PALM BCH       FL  33411-6759
```

EXHIBIT NO. 1D
PAGE: 2 OF 5

```
0006  AA        K D KENNED        3532.30       3532.30 6087-89-79393  01107 V
                 WAGE TOTAL       3532.30
       OASDI EMPLOYER TOTAL       3532.30
EIN: 760738370            RN DEMAND INC
                          5001 STATESMAN DR STE 100
                          IRVING                TX  75063-2414
0006  AA        K D KENNED       18392.61      18392.61 6289-85-00785  04007 V
                 WAGE TOTAL      18392.61
       OASDI EMPLOYER TOTAL      18392.61
EIN: 910652651            OVERLAKE HOSPITAL MEDICAL CENTER
                          % PAYROLL
                          1035 116TH AVE NE
                          BELLEVUE              WA  98004-4687
0006  AA        K   KENNED       31240.08      30111.00 6094-87-37361  01207 V
                 WAGE TOTAL      31240.08
       OASDI EMPLOYER TOTAL      31240.08
      06 OASDI YEARLY TOTAL      73817.46


EIN: 910652651  OVERLAKE HOSPITAL MEDICAL CENTER
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0007  AA        K   KENNED       92754.78      86625.64 8081-BG-35606  01008 V
                 WAGE TOTAL      92754.78
       OASDI EMPLOYER TOTAL      92754.78
      07 OASDI YEARLY TOTAL      92754.78


EIN: 203086062            SEATTLE HEART AND VASCULAR CENTER
                           LLC
                          BOHREER JAY M MBR
                          1600 E JEFFERSON ST STE 610
                          SEATTLE               WA  98122-5649
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0008  AA        K   KENNED         742.50        742.50 9071-BX-04572  00709 V
                 WAGE TOTAL        742.50
       OASDI EMPLOYER TOTAL        742.50
EIN: 910568303            PROVIDENCE REGIONAL MEDICAL CENTER
                           EVERETT
                          1700 13TH AT
                          EVERETT               WA  98201-0000
0008  AA        K D KENNED       53615.64      51093.13 9085-AH-39881  00909 V
                 WAGE TOTAL      53615.64
       OASDI EMPLOYER TOTAL      53615.64
EIN: 910637400            UW MEDICINE NORTHWEST
                          1550 N 115TH ST # D-180
                          SEATTLE               WA  98133-8401
0008  AA        K D KENNED       14713.10      14713.10 9079-BJ-62082  00909 V
                 WAGE TOTAL      14713.10
       OASDI EMPLOYER TOTAL      14713.10
EIN: 910652651  OVERLAKE HOSPITAL MEDICAL CENTER
0008  AA        K   KENNED        8596.13       7960.12 9083-CG-77886  00909 V
                 WAGE TOTAL       8596.13
       OASDI EMPLOYER TOTAL       8596.13
      08 OASDI YEARLY TOTAL      77667.37


EIN: 203086062  SEATTLE HEART AND VASCULAR CENTER
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0009  AA        K   KENNED        1395.00       1395.00 0063-AV-91238  00710 V
                 WAGE TOTAL       1395.00
       OASDI EMPLOYER TOTAL       1395.00
EIN: 910637400  UW MEDICINE NORTHWEST
0009  AA        K D KENNED       11221.67      11221.67 0060-AP-99729  00710 V
                 WAGE TOTAL      11221.67
       OASDI EMPLOYER TOTAL      11221.67
EIN: 941156295            SAINT FRANCIS MEMORIAL HOSPITAL
```

EXHIBIT NO. 1D
PAGE: 3 OF 5

```
                          % LARA HARROW - FINANCE DEPT
                          185 BERRY ST STE 300
                          SAN FRANCISCO        CA  94107-1773
0009  AA        K   KENNED        14460.29      14460.29 0091-AM-43042  01110 V
                 WAGE TOTAL       14460.29
       OASDI EMPLOYER TOTAL       14460.29
EIN: 943404679            ROMEO A AGABON
                          % ROMEO AGABON
                          626 MARCIE CIR
                          S SAN FRAN           CA  94080-7221
0009  AA        K   SHAW            560.00        560.00 0070-BQ-01334  00810 V
                 WAGE TOTAL         560.00
       OASDI EMPLOYER TOTAL         560.00
      09 OASDI YEARLY TOTAL       27636.96


EIN: 941156295  SAINT FRANCIS MEMORIAL HOSPITAL
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0010  AA        K   KENNED        86286.08      86286.08 1094-BA-93893  01211 V
                 WAGE TOTAL       86286.08
       OASDI EMPLOYER TOTAL       86286.08
      10 OASDI YEARLY TOTAL       86286.08


EIN: 941156295  SAINT FRANCIS MEMORIAL HOSPITAL
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0011  AA        K   KENNED        81421.20      80365.41 2086-BC-09839  01112 V
                 WAGE TOTAL       81421.20
       OASDI EMPLOYER TOTAL       81421.20
      11 OASDI YEARLY TOTAL       81421.20


EIN: 610458376            PIKEVILLE MEDICAL CENTER INC
                          911 BYPASS RD
                          PIKEVILLE            KY  41501-1689
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0012  AA        K D KENNED        97632.52      91978.66 3088-BW-27640  01213 V
                 WAGE TOTAL       97632.52
       OASDI EMPLOYER TOTAL       97632.52
      12 OASDI YEARLY TOTAL       97632.52


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0013  AA        K D SHAW         104290.35     101751.91 4090-BM-64925  00814 V
                 WAGE TOTAL      104290.35
       OASDI EMPLOYER TOTAL      104290.35
      13 OASDI YEARLY TOTAL      104290.35


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0014  AA        K D SHAW          65589.92      64942.76 5092-BK-27865  01215 V
                 WAGE TOTAL       65589.92
       OASDI EMPLOYER TOTAL       65589.92
EIN: 941196203            DIGNITY HEALTH
                          % MARY CONNICK - FINANCE DEPT
                          185 BERRY ST STE 300
                          SAN FRANCISCO        CA  94107-1773
0014  AA        K   SHAW          25245.40      25245.40 5086-BZ-73813  01215 V
                 WAGE TOTAL       25245.40
       OASDI EMPLOYER TOTAL       25245.40
SELF EMPLOYMENT
RPYR  REO SMEM  NAME          EARNINGS      SE NUMBER   CONTROL NUMBER  PR
SE14  OI        K D SHAW            802.00  950400000   2114-95-03140   01515 V
OASDI SELF EMPLOYMENT TOTAL         802.00
```

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 851 of 1114

**Lincoln/ Shaw 0906**

14 OASDI YEARLY TOTAL 91637.32



EIN: 941196203 DIGNITY HEALTH

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0015 | AA | | K SHAW | 89719.72 | 88104.69 | 6057-AZ-28649 | 00816 | V |
| | | | WAGE TOTAL | 89719.72 | | | | |
| | | | OASDI EMPLOYER TOTAL | 89719.72 | | | | |
| | | | 15 OASDI YEARLY TOTAL | 89719.72 | | | | |

EIN: 941196203 DIGNITY HEALTH

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0016 | AA | | K SHAW | 70524.25 | 68003.59 | 7024-AF-75428 | 00717 | V |
| | | | WAGE TOTAL | 70524.25 | | | | |
| | | | OASDI EMPLOYER TOTAL | 70524.25 | | | | |
| | | | 16 OASDI YEARLY TOTAL | 70524.25 | | | | |

EIN: 941196203 DIGNITY HEALTH

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0017 | AA | | K SHAW | 46447.07 | 44428.30 | 8032-HH-54338 | 00818 | V |
| | | | WAGE TOTAL | 46447.07 | | | | |
| | | | OASDI EMPLOYER TOTAL | 46447.07 | | | | |
| | | | 17 OASDI YEARLY TOTAL | 46447.07 | | | | |

18 NONE

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED

EIN: 611273583 CHC PAYROLL AGENT INC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0003 | DJ | | K D KENNED | 3153.92 | 3054-85-78918 | 00604 | V |
| | | | DEFERRED COMP. TOTAL | 3153.92 | | | |

EIN: 611273583 CHC PAYROLL AGENT INC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0004 | DD | | K D KENNED | 711.84 | 4068-90-10285 | 00805 | V |
| | DD | | K D KENNED | 210.03 | 4068-90-19086 | 00805 | V |
| | | | DEFERRED COMP 401(K) TOTAL | 921.87 | | | |

EIN: 611273583 CHC PAYROLL AGENT INC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0005 | DD | | K D KENNED | 1430.78 | 5093-92-79574 | 01206 | V |
| | | | DEFERRED COMP 401(K) TOTAL | 1430.78 | | | |

EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0006 | DF | | K KENNED | 1129.08 | 6094-87-37361 | 01207 | V |
| | | | DEFERRED COMP 403(B) TOTAL | 1129.08 | | | |

EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0007 | DF | | K KENNED | 6129.14 | 8081-BG-35606 | 01008 | V |
| | | | DEFERRED COMP 403(B) TOTAL | 6129.14 | | | |

EIN: 910568303 PROVIDENCE REGIONAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0008 | DF | | K D KENNED | 2522.51 | 9085-AH-39881 | 00909 | V |
| | | | DEFERRED COMP 403(B) TOTAL | 2522.51 | | | |

EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER

```
0008  DF         K   KENNED          636.01   9083-CG-77886   00909  V
 DEFERRED COMP 403(B) TOTAL          636.01
```

**EXHIBIT NO. 1D**
**PAGE: 5 OF 5**

```
  09 NONE


  10 NONE


EIN: 941156295  SAINT FRANCIS MEMORIAL HOSPITAL
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0011  DF        K   KENNED          1055.79   2086-BC-09839   01112  V
 DEFERRED COMP 403(B) TOTAL         1055.79


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0012  DF        K D KENNED          5653.86   3088-BW-27640   01213  V
 DEFERRED COMP 403(B) TOTAL         5653.86


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0013  DF        K D SHAW            2538.44   4090-BM-64925   00814  V
 DEFERRED COMP 403(B) TOTAL         2538.44


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0014  DF        K D SHAW             647.16   5092-BK-27865   01215  V
 DEFERRED COMP 403(B) TOTAL          647.16


EIN: 941196203  DIGNITY HEALTH
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0015  DF        K   SHAW            1615.03   6057-AZ-28649   00816  V
 DEFERRED COMP 403(B) TOTAL         1615.03


EIN: 941196203  DIGNITY HEALTH
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0016  DF        K   SHAW            2520.66   7024-AF-75428   00717  V
 DEFERRED COMP 403(B) TOTAL         2520.66


EIN: 046076039            LIBERTY LIFE ASSURANCE CO
                          100 LIBERTY WAY
                          DOVER                   NH  03820-4597
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0017  DA        K   SHAW           10990.72   8026-FJ-03367   00818  V
                 WAGE TOTAL        10990.72
EIN: 941196203  DIGNITY HEALTH
0017  DF        K   SHAW            2018.77   8032-HH-54338   00818  V
 DEFERRED COMP 403(B) TOTAL         2018.77


  18 NONE


REMARKS
 CLAIMS ACTIVITY--SEE MBR
```

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 853 of 1114

**Lincoln/ Shaw 0908**

| | | | | | |
|---|---|---|---|---|---|
| **SEQY** | **DTE:** 08/07/18 | **AN:** | **DOC:** X49 | **UNIT:** ESEQY | |
| **MEF** | **QN:** | **NA:** K D SHAW | **DB:** | **SX:** F | **AK:** KENNED |

**EXHIBIT NO. 2D**
**PAGE: 1 OF 1**

**SUMMARY FICA EARNINGS FOR YEARS REQUESTED**

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 2003 | 59679.14 | 2007 | 92754.78 | 2011 | 81421.20 | 2015 | 89719.72 |
| 2004 | 44822.43 | 2008 | 77667.37 | 2012 | 97632.52 | 2016 | 70524.25 |
| 2005 | 58305.52 | 2009 | 27636.96 | 2013 | 104290.35 | 2017 | 46447.07 |
| 2006 | 73817.46 | 2010 | 86286.08 | 2014 | 91637.32 | 2018 | .00 |

**SUMMARY MQGE EARNINGS FOR YEARS REQUESTED**

NO MQGE EARNINGS FOR YEARS REQUESTED

**REMARKS**

CLAIMS ACTIVITY--SEE MBR

UNEMPLOYMENT INSURANCE Date: 08/07/2018

**EXHIBIT NO. 3D**
**PAGE: 1 OF 1**

NO UNEMPLOYMENT REPORT

NEW HIRE INFORMATION Date: 08/07/2018

NO NEW HIRE REPORT

WAGE INFORMATION Date: 08/07/2018 SSN:

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 4TH/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $275 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2018-03-19 |

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 3RD/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $9367 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-12-27 |

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 2ND/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $17270 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-09-19 |

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 1ST/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $19535 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-06-21 |

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 4TH/2016 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $22134 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-03-22 |

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 3RD/2016 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $17787 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2016-12-21 |

# Social Security Administration

Important Information

SOCIAL SECURITY
SUITE 140
1290 PREMIER DR
CHATTANOOGA TN 37421-9953
Date: August 4, 2018
BNC#: 18R1606E97446
Rep ID: G3Z882LLDP

BETH ELLEN MATTER
300 ALLSUP PLACE
BELLEVILLE IL 62223-8625

*0201U079V000142*NOTAFP.X3.PBZ24RSR.N03.R180804.PAM 000000000 002601063562231115426222386250O

We received written notice that KIMBERLY DAWN SHAW has appointed you to act as his or her representative for his or her claim(s). Therefore, we will deal directly with you on matters that concern these claim(s).

We have processed the Form SSA-1695 "Identifying Information for Possible Direct Payment of Authorized Fees" that you submitted for KIMBERLY DAWN SHAW.

We have recorded ALLSUP LLC with the EIN 822208506 as your affiliation for this claim.

If you plan to charge a fee for services, you must file either a fee petition or a fee agreement with us, if you have not already done so. In either case, you cannot charge more than the fee amount we authorize you.

Fee Agreement Process

You must submit your fee agreement to us before we make the first favorable decision on the matter on which you worked. We will approve your agreement if it meets certain requirements. We will consider the fee agreement only if we favorably decide the claimant's case and our decision results in past-due benefits. Find more information about fee agreements on our website at www.ssa.gov/representation/fee_agreements.htm.

OR

See Next Page

Fee Petition Process
You must submit your fee petition to us after your services end, even if the matter you worked on is still pending decision. For convenience, you may use Form SSA-1560-U4, available on our website at www.ssa.gov/online/ssa-1560.html or through your local Social Security office. If you are eligible for and seek direct payment, note that there are important deadlines for submitting a fee petition so that we withhold funds to pay the fee directly to you. Find more information about fee petitions on our website at www.ssa.gov/representation/fee_petitions.htm

We withhold up to 25 percent of the claimant's past-due benefits. We will pay the authorized fee after deducting the assessment as required by the Social Security Act. You cannot charge or collect this expense from the claimant. When the fee exceeds the withheld amount or the representative is not eligible for direct payment, the representative must seek payment from the claimant.

### If You Waive Your Fee

If you are eligible for a fee and choose to waive either the fee or direct payment of the fee and you have not already let us know, you can fill in the Fee Arrangement in Part 3 of Form SSA-1696 indicating your waiver and sign, date and return the form to us.

Early filing of the waiver enables us to prevent withholding of past-due benefits for direct payment.

**Important Note: After your appointment ends, you will no longer have access to the claimant's records or personal information.**

### Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

Please visit our Representing Claimants website at www.socialsecurity.gov/representation for general information.

If you have questions, please call us at 1-800-772-6270. If you are deaf or hard of hearing, you may call the TTY number, 1-800-325-0778 between 7:00 a.m. and 7:00 p.m. Eastern time, Monday through Friday. We can answer most of your questions over the phone. When you call, please have this letter with you to help us answer your questions.

If you have questions about reporting income or Form 1099-MISC, please contact the Internal Revenue Service.

*Social Security Administration*

*0202U079V000142*NOTAFP.X3.PBZ24RSR.N03.R180804.PAM 00000000 002601063562231115426222386250O

# Social Security Administration
Important Information

SOCIAL SECURITY
SUITE 140
1290 PREMIER DR
CHATTANOOGA TN 37421-9953
Date: August 4, 2018
BNC#: 18R1606E97446

KIMBERLY DAWN SHAW

*0101U079X000135*NOTAFP.X3.PBZ25RSR.N04.R180804.PAM 00000000 0026010635622311368837379481417

We received written notice that you appointed BETH ELLEN MATTER to represent you for your claim(s). Therefore, we will deal directly with BETH ELLEN MATTER on matters that concern your claim(s), unless you tell us otherwise.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

For general information about Social Security, we invite you to visit our website at www.socialsecurity.gov on the Internet. For general questions and specific questions about your case, you may call us toll-free at 1-800-772-1213. You can also call your local Social Security office at 866-964-0029. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number 1-800-325-0778. If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*

Kimberly Shaw

## CHRONIC FATIGUE SYNDROME/POSSIBLE DIAGNOSIS
## RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

(1 of 4)

To: Social Security Administration Re: Kimberly D. Shaw (Name of Patient)

9/15/17 Functional Capacity _(Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: monthly Since March 2017
2. Does your patient have Chronic Fatigue Syndrome? ✓ Yes __ No
3. Other diagnoses: Arthralgia Multiple sites, probable Fibromyalgia, depression, Degenerative Disk Disease
4. Prognosis: Uncertain - referred to specialists
5. Have the patient's impairments lasted or can they be expected to last at least 12 months? ✓ Yes __ No

6. Does your patient have unexplained persistent or relapsing chronic fatigue that is of new or definite onset (has not been lifelong), is not the result of ongoing exertion, and results in substantial reduction in previous levels of occupational, educational, social, or personal activities? ✓ Yes __ No
If yes, please describe your patient's history of fatigue. Began before March 2017 and was initially diagnosed as post-Steroid Myopathy but has progressively worsening weakness and fatigue

7. Have you been able to exclude any other impairments as a cause for your patient's fatigue such as HIV-AIDS, malignancy, parasitic disease (Lyme Disease), psychiatric disease, rheumatoid arthritis, drug or alcohol addiction or abuse, side effects of medications, etc.?
✓ Yes __ No If yes, identify which impairments you have excluded and on what basis.

RA, SLE, Lyme's, HIV via blood tests

8. Does your patient have the *concurrent occurrence of four or more* of the following *symptoms*, all of which must have persisted or recurred during six or more consecutive months of illness and must not have predated the fatigue? ✓ Yes __ No If yes, identify the symptoms:

✓ Self-reported impairment in short-term memory or concentration severe enough to cause substantial reduction in previous levels of occupational, educational, social or personal activities;
__ Sore throat;
__ Tender cervical or axillary lymph nodes;
✓ Muscle pain;
✓ Multiple joint pain without joint swelling or redness;
✓ Headaches of a new type, pattern or severity;
✓ Unrefreshing sleep;
✓ Post-exertional malaise lasting more than 24 hours.

Patient has abnormal sensory findings on EMG/NCV testing; motor testing was inconclusive - needs repeat study.

9. Which of the following *signs* were clinically documented over a period of at least 6 consecutive months:
__ Palpably swollen or tender lymph nodes on physical examination;
__ Nonexudative pharyngitis;
__ Persistent reproducible muscle tenderness on repeated examinations, including the presence of positive tender points.

List any other *medical signs* that are consistent with medically acceptable clinical practice and are consistent with other evidence in the case record: pain and stiffness with ROM/Stiff gait, tremor with exertion; muscle weakness with repetitive use/even though use is limited.

10. Indicate which, if any, of the following *laboratory findings* are present:
__ An elevated antibody titer to Epstein-Barr virus (EBV) capsid antigen equal to or greater than 1:5120, or early antigen equal to or greater than 1:640
__ An abnormal magnetic resonance imagin g (MRI) brain scan
__ Neurally mediated hypotension as shown by tilt table testing or another clinically accepted form of testing.

List any other *laboratory findings* that are consistent with medically accepted clinical practice and are

Diagnosis is not yet conclusive; Further Evaluations Pending; Improvement expected after identify etiology/initiate appropriate treatment.

Kimberly Shaw

2 of 4

consistent with other evidence in the case record; for example, an abnormal exercise stress test or abnormal sleep studies, appropriately evaluated and consistent with the other evidence in the case record: OSA Requiring CPAP
RDI 47, AHI 52

11. Indicate which, if any, of the following *mental findings* have been documented by mental status examination or psychological testing:

- ✓ Short term memory deficit
- __ Visual-spatial difficulties
- ✓ Concentration limitations
- ✓ Depression
- ✓ Information processing limitations
- ✓ Comprehension problems
- ✓ Anxiety
- __ Identify any other *mental findings* suggesting persistent neurocognitive impairment: ______

12. Treatment and response, including list of medication(s) prescribed and their *side effects* on your patient: See Records

13. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations? ✓ Yes __ No

14. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation? ✓ Yes __ No
If no, please explain: ______

15. How often during a typical workday is your patient's experience of fatigue or other symptoms severe enough to interfere with attention and concentration needed to perform even simple work tasks?
__ Never __ Rarely __ Occasionally ✓ Frequently to ✓ Constantly Progressive Since 3/2017.

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

16. To what degree can your patient tolerate work stress?
✓ Incapable of even "low stress" jobs
__ Capable of low stress jobs
__ Moderate stress is okay
__ Capable of high stress work
Please explain the reasons for your conclusion: Patient develops progressive weakness, distress and problems with concentration with any activity.

17. As a result of your patient's impairments, estimate as best you can your patient's functional limitations if your patient were placed in a competitive work situation:

a. How many city blocks can your patient walk without rest? < 1

b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc. Patient Reports:
Sit: 0 5 10 15 20 30 45 Minutes — 1 2 More than 2 Hours (circled: 5, 10 15 20)

c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc. Patient reports:
Stand: 0 5 10 15 20 30 45 Minutes — 1 2 More than 2 Hours (circled: 5 10)

d. Please indicate how long your patient can sit and stand/walk *total in an 8 hour working day* (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| X | X | less than 2 hours (circled) |
| __ | __ | about 2 hours |

Patient reports needing to lay down becoming/exhausted with any activity.



© COPYRIGHT M. Murburg (Rev 08/31/09)

Kimberly Shaw

(3 of 4)

about 4 hours
at least 6 hours

e. Does the patient need a job which permits shifting positions *at will* from sitting, standing or walking? X Yes __ No

f. Will your patient sometimes need to take unscheduled breaks during an 8 hour working day? X Yes __ No If yes, 1) how *often* do you think this will happen? Currently Patient has tremor and weakness onset
2) how *long* (on average) will your patient have to rest before returning to work? within 30 to 60 mins.

g. While engaging in occasional standing/walking, must your patient use a cane or other assistive device? X Yes __ No

h. How many pounds can your patient lift and carry in a ~~competitive work~~ situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | | | | |
| ~~10 lbs.~~ | | | | |
| 20 lbs. | | | | |
| 50 lbs. | | | | |

Patient has developed progressive weakness, tremor and ex

i. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | | | | |
| ~~Stoop~~ (bend) | | | | |
| Crouch | | | | |
| Climb ladders | | | | |
| Climb stairs | | | | |

Currently not able in work setting as Currently needs help to stand / get up; is unsteady.

j. Does your patient have *significant limitations* in doing *repetitive* reaching, handling or fingering? X Yes __ No If yes, please indicate the percentage of time during an 8-hour working day on a competitive job that your patient can use hands/fingers/arms for the following repetitive activities: Patient Reports exhaustion + tremor with prolonged activity

| | HANDS: Grasp, Turn, Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | 10 % | 10 % | 5 % |
| Left: | 10 % | 10 % | 5 % |

k. Are the patient's impairments likely to produce "good days" and "bad days"? X Yes __ No

If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:
__ Never
__ About one day per month
__ About two days per month
__ About three days per month
__ About four days per month
X More than four days per month despite current treatments.

19. Please attach an additional page to describe any other limitations (such as limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis.

20. What is the earliest date the description of symptoms and limitations stated above applies?
Patient's symptoms progressed to this level of weakness and tremors from March 2017 when I initially examined patient to August 2017. Some symptoms due to pain, others due to muscle exhaustion / tremor.

3/4



© COPYRIGHT H. Murburg (Rev 08/31/09)

0317126

Kimberly Shaw

Physician's Signature ________ MD Date form completed

Printed/Typed Name: Jacqueline Sedgwick MD

Address: ________

Dignity Health Medical Group - Dominican
A Service of Dignity Health Medical Foundation
528 Capitola Avenue
Capitola, CA 95010

4/4

© COPYRIGHT M. Murburg (Rev 08/31/09)

Kimberly Shaw

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Sep 15 2017 1:40PM

**Reason For Visit**
KIMBERLY is here today for follow up.

**HPI**
This patient is a 50 year old who has had progressively worsening fatigue, arthralgias, weakness and tremors with muscular activity. These symptoms have progressed since I began caring for her in March, 2017, despite agressive attempts at pain managment' and initially began in January, 2016 after being hospitalized for severe asthma and a Pulmonary Embolus with severe respiratory distress. Apparently, post-hospitalization symptoms were initially attributed to steroid induced myopathy, but due to protracted sympthoms and clinical findings I felt further evaluations were warranted.

an MRI of Brain in 2017 was normal, and a spinal MRI showed:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

She saw a neurologist who did EMG/NCV which were consistent with mild sensory neuropathy. This neurologist recommended referral to a tertiary care center, her insurance denied, and without further clinical testing a second local neurologist felt she did not have a neurologic problem.

A sleep study demonstrated sleep apnea, and multiple lab tests did not identify etiology. She is still awaiting an appointment to see a rheumatologist and appeal to see a neurologist at a tertiary medical center. Now depression due to pain and illness process is understandably complicating diagnosis and contributing to symptoms, but this was not a major problem when I initially began seeing patient this March.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx

Kimberly Shaw

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology; Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Chronic pain (338.29) (G89.29); Pain medications given until Sept. 15
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)

L 05171204000504?

Kimberly Shaw

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Sep 15 2017 1:40PM | WMH MRN: | |

Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Sensory neuropathy (356.9) (G62.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Tremor (781.0) (R25.1)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Acute bronchitis, unspecified organism (466.0) (J20.9); Resolved: 25Aug2017
Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection. Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

Kimberly Shaw

**nChart Note**

Patient: KIMBERLY SHAW MRN: 113/1144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Adult Female Vital Signs Recorded by Tapia, Joel on September 15,2017 01:51 PM
Height: 69 in, Weight: 198 lb, BMI: 29.24 , BSA: 2.06
BP: 117/78 mm Hg
Temp: 97.6 F
HR: 66 b/min ;
Resp: 15 r/min ;
O2 Sat: 98 (%SpO2)

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular:RRR- Normal heart sounds, no murmurs, no bruits, no edema
Abdomen: BS+, Soft
Musculoskeletal: Difficulty standing from sitting position, gait is stiff and rather wide based, muscular strength 5/5 upper extremities and right leg, 4/5 left leg and EHL, tremor less pronounced today, no pronator drift, CN 2-12 intact, no joint effusions nor erythema of visible joints but pain with ROM
Psych: Alert and Oriented x3, normal affect.

**Results**

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM

- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H
- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1

Kimberly Shaw

nChart Note

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

Fecal Globin Occult Blood InSureFIT 01 May 2017 03:02 PM
- FECAL GLOBIN: Not Detected

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N

Kimberly Shaw

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N
- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Parvovirus B19 DNA Qual RT PCR 12 Apr 2017 10:44 AM
- PARVOVIRUS B19 DNA, QL PCR: NOT DETECTED
- SOURCE: PLASMA

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90

Coccidioides Ab Panel Serum 12 Apr 2017 10:44 AM
- CF TITER: <1:2
- IGG ID (F ANTIGEN): NEGATIVE
- IGM ID (TP ANTIGEN): NEGATIVE

Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative

ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40

Thyroid Stimulating Hormone 25 Jul 2016 02:41 PM
- TSH: 0.72 Reference Range: 0.35-4.94

FREE T4 25 Jul 2016 02:41 PM
- FT4: 0.87 Reference Range: 0.70-1.48.

**Assessment**

Chronic fatigue (780.79) (R53.82).
Chronic pain (338.29) (G89.29); Pain medications given until Oct. 15, 2017.
Complaints of memory disturbance (780.93) (R41.3).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Generalized weakness (780.79) (R53.1).
Obstructive sleep apnea syndrome (327.23) (G47.33).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Sensory neuropathy (356.9) (G62.9).
Tremor (781.0) (R25.1).

**Orders**

EBV Capsid Ag VCA Abs IgG/IgM; Requested for: 15 Sep 2017.
EBV Quant RT PCR; Requested for: 15 Sep 2017.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

**Discussed**

Patient offered EBV testing as per Social Security form which she brought to office. She will also need repeat lab testing of thyroid and blood sugar, along with follow up testing to ensure H pylori infection did not recur. As she will be moving to Kentucky she will plan on continuing care there, no testing today. Request she keep me posted as to her progress -- I recommend as soon as possible repeat neurology evaluation and send best wishes for her and her wife.

**Signature**

## nChart Note

Patient: KIMBERLY SHAW  MRN: 11371144
Encounter: Sep 15 2017 1:40PM  WMH MRN:

Electronically signed by : Jacqueline H Sedgwick M.D.; 09/17/2017 7:55 AM PST; Author.

Jacqueline H Sedgwick M.D.

65171204080605047

# nChart Note

## Dominican Medical Group
528 Capitola Ave ~
apitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F
Home:
Work:

Encounter Date: Aug 18 2017 3:00PM

**Reason For Visit**
KIMBERLY is here for follow up.
**HPI**
This patient is a 50-year-old woman who has had progressively worsening pain, muscle tremors with movement and changing position, such as from sit to stand, fatigue and weakness who presents in follow-up. Her symptoms have progressed and she is only able to do about 2 hours per day of activity. She does not have swollen red joints, and the symptoms are not associated with a headache. But her symptoms are more pronounced on the left side.

I have not received a note from Dr. Patel. We will request this.

Her asthma has been well controlled.

.

**Allergies**
Xolair.
**Current Meds**
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx

TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 18 2017 3:00PM WMH MRN:

Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discuse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.

**Vital Signs**

Recorded by Tapia,Joel on 18 Aug 2017 03:15 PM
BP:110/67,
HR: 57 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Aug 18 2017 3:00PM

MRN: 11371144
WMH MRN:

O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Grossly equal strength and tone, but tremor on left thigh and right arm when he goes from sitting to standing and also with initial steps of ambulation to exam table, no swelling or erythema of visible joints, ambulatory with cane, but unsteady gait Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar disc disease however patient also has more diffuse symptoms and needs further evaluation.

Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology.

Chronic fatigue (780.79) (R53.82).

Complaints of memory disturbance (780.93) (R41.3).

Tremor (781.0) (R25.1).

**Orders**

Renew Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Qty540; R3; Rx.

Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty90; R3; Rx.

Renew Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Qty3; R3; Rx.

Rheumatology Referral; Requested for: 18 Aug 2017.

**Discussed**

Patient was put off work effective today. She is anticipated to go through further evaluations and a possible return date was January 15 of 2018 although that will be dependent on results of further studies.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 08/18/2017 5:18 PM PST; Author.

Jacqueline H Sedgwick M.D.

0551712840005647 nChart Note

Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jul 20 2017 8:40AM

**Reason For Visit**

KIMBERLY is here to discuss long term disability, she also would like to have placard form filled out.

**HPI**

This patient is a 50-year-old woman with progressively worsening pain and weakness who presents in follow-up.

The symptoms began after an extended hospital course for persistent asthma and have progressed over the past 14 months. Initially it was felt that she had steroid induced myopathy, however her symptoms have persisted. They interfere with her activities of daily living. She currently cannot work for more than 4 hours without experiencing extreme fatigue, weakness, and muscle pain. This does remit with rest, but recurs when she resumes activities.

Of late she has been having worsening left thigh pain and weakness. This is intermittent, caused by standing or walking, and at times she feels so weak when she squats she cannot get back up. She has not had any new injury, was unable to complete the EMG nerve conduction velocity test due to pain. When she is experiencing weakness and pain she cannot walk for more than half a block. She would like a wheelchair in case she needs to be mobile during those times. She is awaiting appointments at Stanford, our local neurologist was uncertain of the etiology. She did not have mass lesions on MRIs of her brain or spinal cord. Her symptoms are not associated with headaches, although at times she does experience a headache.

She was diagnosed with severe sleep apnea and she is feeling at least 25% more refreshed when she wakens since she began the CPAP. She has been using CPAP for 2 months.

She has also been experiencing short-term memory issues with difficulty in word finding as well. She notes that she can read a medical record, correctly direct a referral, but later in the day does not recollect the information. She also notes new difficulties with concentration, having difficulty focusing on a complete article. She previously had no difficulties and was working full time as a respiratory therapist.

**Allergies**

Xolair.

**Current Meds**

Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)

Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 ; Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated , Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discuss | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (125.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or unexpected weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea. Asthma is well controlled on current medications.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.
GU: No dysuria, no hematuria, no urgency or incontinence.

**Vital Signs**

Recorded by Tapia,Joel on 20 Jul 2017 08:38 AM
BP:115/75,
HR: 60 b/min,
Resp: 15 r/min,
Temp: 97.2 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,
O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy, supple

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, no bruits, no JVD, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Equal muscle tone all extremities, mild decreased strength in left upper extremity with grip of left hand and right lower extremity with extension and flexion of lower leg but without EHL weakness, tremor, or joint instability; gait stable with cane, weakness with weightbearing on left leg

Skin: No rashes, lesions, nor erythema of visible skin.

**Results**

MR Brain wo+w Con 12 Jun 2017 03:20 PM
- MR Brain wo+w Con

Report
MRI brain with and without contrast performed 12 June 2017.

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25
***FINAL***
MR C Spine wo+w Con 12 Jun 2017 02:54 PM
- MR C Spine wo+w Con
Report
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

85171204000504 7

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:

051712040005647

**Chart Note**

Patient. KIMBERLY SHAW
Encounter. Jul 20 2017 8 40AM

MRN: 11371144
WMH MRN:

1 Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5 C6 level Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement
2 No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3 No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

***FINAL***

Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06

***FINAL***

CT Head wo Con 12 Jun 2017 10:44 AM
- CT Head wo Con
Report
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

***FINAL***

Dictated by: Williams, Richard A.MD
Electronically signed by: Williams, Richard A.MD
Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02

***FINAL***

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

QuantiFERON (R) TB Gold 12 Apr 2017 10:48 AM
- QUANTIFERON(R)-TB GOLD: NEGATIVE Reference Range: NEGATIVE Flag: N
- NIL: 0.04 Flag: N
- MITOGEN-NIL: >10.00 Flag: N
- TB-NIL: 0.01 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

ASO Anti-Streptolysin O Ab 12 Apr 2017 10:44 AM
- ANTI-STREPTOLYSIN O (ASO): 32 Reference Range: < OR = 200 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N
- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N

# nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur a resultof passive maternal transfer of antibody.

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90.

**Assessment**

Thigh pain, musculoskeletal, left (729.5) (M79.652).
Ambulatory dysfunction (719.7) (R26.2).
Arthralgia of multiple sites (719.49) (M25.50).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Neuropathic pain of left thigh (355.8) (G57.92).
Complaints of memory disturbance (780.93) (R41.3).
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Generalized weakness (780.79) (R53.1).
Chronic fatigue (780.79) (R53.82).

**Orders**

Specials Referral; Requested for: 20 Jul 2017.
Follow-up visit in 1 month; Requested for: 20 Jul 2017.
Specials Referral; Requested for: 20 Jul 2017.

**Discussed**

We discussed the referral process is for Stanford. I filled out a temporary disability form for DMV. I also adv patient to drop off any other form she needs completed. She is aware that as a primary care doctor I'm uncerta her diagnosis, I'm also troubled that her symptoms have progressively worsened, and want her to have specialt evaluation--and she is very amenable to this plan.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 07/20/2017 1:47 PM PST; Author.

Jacqueline H Sedgwick M.D.

9 of 9

AARON B. MORSE MD • 1665 DOMINICAN WAY, SANTA CRUZ CA 95065-1580
SHAW, KIMBERLY (Id #38558, dob:

Kimberly Shaw

1 of 3
SCAN
MRN # 1137144

Sleep
HEALTH MD
Better Sleep for Life

AARON B. MORSE MD,INC
1665 DOMINICAN WAY SUITE 222A
SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337, Fax: (831) 476-5292

Date: 05/31/2017

RE: Kimberly Shaw, DOB: PT ID #38558

Andrea Ling MD,

FOLLOW UP PROGRESS NOTE

## Encounter Reason/Date

None recorded
05/31/2017 - 03:00PM - SANTA CRUZ OFFICE

## History of Present Illness

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

has a history of Pulmonary embolism



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 886 of 1114

Lincoln/ Shaw 0941

Kimberly Shaw

2 of 3

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise, due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 46.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

PHYSICAL EXAM

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: healthy-appearing, well-developed, and **obese.** Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:**
Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:**
Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present.** Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of (1).**

**Lungs:**
Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:**
Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::**
Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

ASSESSMENT/PLAN

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

1. **Hypersomnia**
   G47.10: Hypersomnia, unspecified

2. **Restless legs**
   G25.81: Restless legs syndrome
   - RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

3. **Fatigue**
   R53.83: Other fatigue

4. **Obstructive sleep apnea syndrome**
   G47.33: Obstructive sleep apnea (adult) (pediatric)
   - CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD
     Pressure (cm H2O): 10 cm. H2O pressure
   - SLEEP APNEA: CARE INSTRUCTIONS
   - CPAP PROTOCOL

Return to Office
- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

Sincerely,

Electronically Signed by: AARON B. MORSE, MD

051712040005047

Kimberly Shaw

1 of 2

Sleep HEALTH MD


AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465 0596 • FAX: (831) 476-5272


Patient: Kimberly Shaw
DOB: Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The Pre-treatment portion is the diagnostic part of the study and the Treatment portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**

An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3.scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**

The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

**RESULTS**

**DISTURBANCES OF SLEEP:**

The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

Kimberly Shaw

2 of 3

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0986 • FAX: (831) 476-5772

Patient: Kimberly Shaw
DOB: Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

## TREATMENT ANALYSIS

CPAP was initiated at 4 $cm.H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

## RESULTS

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 $cm.H_2O$ and was titrated to 10 $cm.H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA), respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 $cm.H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep
HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient: Kimberly Shaw
DOB: Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

0517120490003047 **Chart Note**

Kimberly Shaw

**Dominican Medical Group**
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 1117144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jul 31 2017 5:06PM

MILAN PATEL
PATIENT:
Name : SHAW, KIMBERLY (50yo, F) ID# 7259
Appt. Date/Time : 07/31/2017 02:15PM
DOB :
Service Dept. : DR. PATEL, MD
Provider : MILAN C. PATEL, MD
CHIEF COMPLAINT:
chronic pain

PATIENT'S CARE TEAM:
Primary Care Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

PATIENT'S PHARMACIES:
WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074

MEDICATIONS:
Reviewed Medications
Name: acyclovir 5 % topical ointment APPLY A SMALL AMOUNT TID UTD
Date: 12/16/16 filled
Source: surescripts
Name: Advair Diskus 250 mcg-50 mcg/dose powder for inhalation
Date: 04/18/17 filled
Source: MEDCO
Name: Advair Diskus 500 mcg-50 mcg/dose powder for inhalation
Date: 07/20/16 filled
Source: MEDCO
Name: amoxicillin 500 mg capsule
Date: 04/19/17 filled
Source: MEDCO
Name: azithromycin 250 mg tablet
Date: 10/02/16 filled
Source: MEDCO
Name: azithromycin 500 mg tablet
Date: 11/04/16 filled
Source: MEDCO
Name: clarithromycin 500 mg tablet
Date: 04/19/17 filled
Source: MEDCO
Name: clotrimazole 10 mg troche
Date: 04/22/17 filled
Source: MEDCO
Name: DULoxetine 30 mg capsule, delayed release
Date: 12/15/16 filled

65171264000050647

Kimberly Shaw

Chart Note

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 11371144
WMH MRN:

Source: MEDCO
Name: DULoxetine 60 mg capsule,delayed release
Date: 04/18/17 filled
Source: MEDCO
Name: EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector
Date: 01/09/17 filled
Source: MEDCO
Name: FLUoxetine 20 mg capsule
Date: 10/13/16 filled
Source: MEDCO
Name: gabapentin 300 mg capsule
Date: 04/18/17 filled
Source: MEDCO
Name: HYDROcodone 5 mg-acetaminophen 325 mg tablet
Date: 05/31/17 filled
Source: MEDCO
Name: levoFLOXacin 500 mg tablet
Date: 10/03/16 filled
Source: MEDCO
Name: LORazepam 0.5 mg tablet
Date: 12/20/16 filled
Source: MEDCO
Name: metroNIDAZOLE 0.75 % topical cream
Date: 08/17/16 filled
Source: MEDCO
Name: montelukast 10 mg tablet
Date: 04/27/17 filled
Source: MEDCO
Name: predniSONE 1 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: predniSONE 20 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: predniSONE 5 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: Qvar 80 mcg/actuation Metered Aerosol oral inhaler
Date: 09/20/16 filled
Source: MEDCO
Name: Spiriva Respimat 1.25 mcg/actuation solution for inhalation INHALE 2 INHALATIONS BY MOUTH DAILY
Date: 05/26/17 filled
Source: MEDCO
Name: tiZANidine 4 mg tablet
Date: 12/14/16 filled
Source: MEDCO
Name: traMADol 50 mg tablet
Date: 05/25/17 filled
Source: MEDCO
Name: traZODone 50 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: valACYclovir 1 gram tablet
Date: 04/22/17 filled
Source: MEDCO
Name: Ventolin HFA 90 mcg/actuation aerosol inhaler
Date: 08/13/16 filled

Kimberly Shaw

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 11371144
WMH MRN:

Source: MEDCO

HPI:
Generic HPI Template
Reported by patient.
Notes:
07/31/2017: Patient was ill after christmas of 2015 for status asth?maticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain
medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.
Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.
on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.
She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.
New Sleep Problems
Reported by patient.
Notes:
07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .
Right handed Caucasian female

ROS:
Patient reports night sweats and exercise intolerance but reports no fever, no significant weight gain, and no significant weight loss. She reports difficulty hearing but reports no ear pain. She reports nose/sinus problems but reports no frequent nosebleeds. She reports snoring but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports shortness of breath when walking but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports wheezing and sleep apnea but reports no cough, no shortness of breath, and no coughing up blood. She reports muscle aches, muscle weakness, arthralgias/joint pain, and back pain but reports no swelling in the extremities. She reports weakness, numbness, and restless legs but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports depression and restless sleep but
reports feeling safe in relationship and no alcohol abuse. She reports fatigue and cold intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no

Kimberly Shaw

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 1137....
WMH MRN:

diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

PHYSICAL EXAM:
Patient is a 50-year-old female.
Constitutional: Weight: well-nourished. Ambulation: ambulates independently.
Head: Size/Trauma: normocephalic and atraumatic.
Mental Status: Orientation oriented to person, place, problem, and time.
Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.
Neck: Appearance/Palpation/Auscultation: supple and no carotid bruits.
Lungs: Auscultation: normal breath sounds.
Heart: Rate And Rhythm: RRR. Murmurs: none.
Skin: Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos.
Extremity Edema Right none. Extremity Edema Left none.
Cranial Nerves: CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of
the tongue or fasciculation of the tongue and tongue protrudes midline.
Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.
Spine: Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.
Motor Exam: Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar
flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.
Reflexes: Reflexes Right: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4, and achilles 1/4. Reflexes Left: biceps 1/4, triceps 1/4,

Kimberly Shaw

**Chart Note**

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 11371144
WMH MRN:

brachial radialis 1/4, patellar 1/4, and achilles 1/4. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.
Coordination: Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.
Sensation: Sensation (normal) pinprick, temperature, vibration, position, and light touch.
Gait/Posture: Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

ASSESSMENT / PLAN:
1. Chronic fatigue syndrome -
Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.
R53.82: Chronic fatigue, unspecified
2. Muscle weakness -
Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.
M62.81: Muscle weakness (generalized)
Discussion Notes
1. We will request medical records from Dr. Aurora and review those when available.
2. Patient does not need regular neurological followup at this time.
3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.
The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded.

ENCOUNTER SIGN-OFF:
Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Milan Patel M.D.

0517120400005047

Kimberly Shaw

# nPhone Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW

MRN: 1137144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 10 2017 5:49PM

**Assessment**
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
**Orders**
CK Total; Requested for: 10 May 2017.
**Signature**
Electronically signed by : Jacqueline H Sedgwick M.D., 05 10 2017 5:57 PM PST; Author.

Jacqueline H Sedgwick M.D.

1137/1467



Sleep HEALTH MD
Better Sleep for Life

AARON B. MORSE MD,INC
1665 DOMINICAN WAY SUITE 222A
SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337, Fax: (831) 476-5292

Date: 05/19/2017

RE: Kimberly Shaw, DOB: PT ID #38558

Dr. Jacqueline Sedgwick,

I would like to thank you for referring Kimberly Shaw to our practice for a sleep evaluation. I have enclosed a copy of the office evaluation for your records.

ENCOUNTER REASON/DATE

None recorded
05/19/2017 - 09:15AM - SANTA CRUZ OFFICE

PROBLEMS:

Reviewed Problems

ALLERGIES:

Reviewed Allergies
**XOLAIR**

5/22/17 Scan

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |

| | | |
|---|---|---|
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tIZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

FAMILY HISTORY:

Reviewed Family History

ADDITIONAL HISTORY

None recorded

HISTORY OF PRESENT ILLNESS:

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome. Her mother and grandmother have restless legs syndrome. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism

.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

## REVIEW OF SYSTEMS:

Patient reports **weight gain (20lbs)**. She reports **snoring and dry mouth** but reports no sore throat and no teeth problems. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma.** She reports **headache and restless legs** but reports no headaches. She reports **depression and restless sleep** but reports no alcohol abuse. She reports **fatigue.** She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and heartburn. She reports (normal) changes in urinary habits: urinary frequency: more than twice at night (nocturia). She reports no swelling in the extremities. She reports no runny nose, no sinus pressure, and no frequent sneezing.

## PHYSICAL EXAM

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: healthy-appearing, well-developed, and **obese.** Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:**
Mental Status: active and alert and normal affect. Insight: good judgement.

**Head:**
Head: normocephalic and atraumatic.

**HEENT:**
Nose: no lesions on external nose, sinus tenderness, or nasal discharge and **deviated septum** and **nasal obstruction.** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present.** Oropharynx: no erythema or exudates, **recessive chin** and **Mallampati score of (3)**, and moist mucous membranes and tonsils not enlarged.

**Neck:**
Neck supple, trachea midline, and no masses. Thyroid no enlargement or nodules and non-tender.

**Lungs:**
Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:**
Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck Vessels No carotid bruits. Extremities no edema.

**Abdomen:**
Inspection and Palpation: soft, non-distended, no tenderness, and bowel sounds.

**Musculoskeletal::**
Motor Strength and Tone: normal tone and motor strength. Extremities: no cyanosis or varicosities. Gait And Stance normal gait.

**Neurologic:**
Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor. Sensation normal to light touch.

**Eyes:**
Pupils PERRLA. Lids aand Conjunctivae no discharge or pallor and non-injected.

ASSESSMENT/PLAN

The patient's history and clinical presentation are consistent with obstructive sleep apnea. She has excessive daytime sleepiness and fatigue

A sleep study will be ordered. If sleep apnea is present, all therapeutic options will be discussed.

.She has nightly symptoms of restless legs syndrome. A serum ferritin will be obtained as a low serum ferritin may be associated with restless leg syndrome. Treatment with iron may result in improvement of symptoms. She takes Gabapentin TID

The risks associated with driving or operating machinery while sleepy were discussed with the patient, who understands and agrees to take measures to eliminate these risks.

Thank you for your consultation request. We will be happy to follow the patient with you as necessary.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified
- SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM
- zolpidem 5 mg tablet - Take 1 tablet before bedtime Dispensed. Dispense Qty: 1 tablet(s)

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS
- FERRITIN

**3. Fatigue**
R53.83: Other fatigue

Return to Office
- NIGHT TESTING SCHEDULE for ATTENDED DX at SANTA CRUZ OFFICE on 05/20/2017 at 08:45 PM
- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

Supervising Provider, AARON B. MORSE, MD

Electronically Signed by: HELENA P. NORRIS, NP
Helena P. Norris

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** MCF_63C15123-ED5F-40D7-98.
**Ordering Provider:** Shakespear Leon,Shannon
**Performing Location:** Other

**Collected:** 12/28/2016 10:40:00AM
**Resulted:** 12/28/2016 10:40:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PHQ-9 Adult Depression Screening**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PHQ-9 Adult Depression Score | 5 | | | |

Over the last two weeks, how often have you been bothered by any of the following problems?
Little interest or pleasure in doing things: Several days - 1
Feeling down, depressed, or hopeless: Several days - 1
Trouble falling or staying asleep, or sleeping too much: Not at all - 0
Feeling tired or having little energy: Several days - 1
Poor appetite or over eating: Not at all - 0
Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days - 1
Trouble concentrating on things, such as reading the newspaper or watching television: Several days - 1
Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Not at all - 0
Thoughts that you would be better off dead, or of hurting yourself in some way: Not at all - 0

| | |
|---|---|
| PHQ-9 Adult Depression Screening | Negative |
| PHQ-9 Difficulty Level | Somewhat difficult |
| PHQ-9 Severity | Mild Depression |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** MCF_44DE0CF8-97B0-4ADF-9!
**Ordering Provider:** Roberts,Pam
**Performing Location:** Other

**Collected:** 12/14/2016 8:51:00AM
**Resulted:** 12/14/2016 8:51:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**PHQ-9 Adult Depression Screening**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PHQ-9 Adult Depression Score | 13 | | | |

Over the last two weeks, how often have you been bothered by any of the following problems?
Little interest or pleasure in doing things: More than half the days - 2
Feeling down, depressed, or hopeless: More than half the days - 2
Trouble falling or staying asleep, or sleeping too much: More than half the days - 2
Feeling tired or having little energy: Nearly every day - 3
Poor appetite or over eating: Not at all - 0
Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days - 1
Trouble concentrating on things, such as reading the newspaper or watching television: More than half the days - 2
Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Not at all - 0
Thoughts that you would be better off dead, or of hurting yourself in some way: Several days - 1

| Test | Result |
|---|---|
| PHQ-9 Adult Depression Screening | Positive |
| PHQ-9 Difficulty Level | Very difficult |
| PHQ-9 Severity | Moderate Depression |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 51 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** 0001
**Ordering Provider:** Kipps,David L
**Performing Location:** **In Office

**Collected:** 6/20/2016 12:00:00AM
**Resulted:** 6/20/2016 11:10:00AM
**Verified By:** Kipps, David L
**Auto Verify:** N

**POCT - SPIROMETRY**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ACT Score | see scanned report | | | |

SCAN
MRN # 11371144

EasyOne™ DIAGNOSTIC 6.7
©ndd 2000-2010
SN 121814 RecNo 90
06/20/2016 08:57am

| Patient Information | | Test Information | |
|---|---|---|---|
| Name | SHAW,KIMBERLY | Test Date/Time | 06/20/2016 08:40am |
| ID | 11371144 | Post Time | 08:53am |
| Age | 49 | Test Mode | DIAGNOSTIC |
| Height | 5 ft 9 in | Interpretation | GOLD/Hardie |
| Weight | 200 lbs,BMI 29.6 | Predicted Ref | NHANES III |
| Gender | FEMALE | Value Select | BEST VALUE |
| Ethnic | CAUCASIAN | Tech ID | |
| Smoker | NO | Automated QC | ON |
| Asthma | YES | BTPS (IN/EX) | 1.11/ 1.02 |

Test Results — Your FEV1 is 100% Predicted (Post-Test FEV1 102% Predicted)

| | Pre-Test | | | | | | Post-Test | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Best | Trial3 | Trial2 | Trial1 | Pred | %Pred | Best | Trial1 | Trial3 | Trial2 | Chg |
| FVC[L] | 4.37 | 4.37 | 4.29 | 4.24 | 4.18 | 105 | 4.33 | 4.28 | 4.33 | 4.28 | -1% |
| FEV1[L] | 3.33 | 3.33 | 3.23 | 3.25 | 3.31 | 100 | 3.37 | 3.37 | 3.29 | 3.24 | 1% |
| FEV1/FVC[%] | 76.1 | 76.1 | 75.3 | 76.7 | 80.3 | 95 | 77.7 | 78.6 | 75.8 | 75.8 | |
| PEF[L/min] | 559.2 | 559.2 | 574.7 | 605.1 | 453.0 | 123 | 581.8 | 581.8 | 543.5 | 605.9 | 4% |
| FEF25-75[L/s] | 2.73 | 2.73 | 2.49 | 2.68 | 3.09 | 88 | 3.15 | 3.15 | 2.61 | 2.58 | 15%* |
| FET[s] | 9.87 | 9.87 | 10.31 | 8.97 | -.-- | -- | 8.47 | 8.47 | 9.34 | 9.78 | |
| FIVC[L] | 4.52 | 4.52 | 4.40 | 4.35 | 4.18 | 108 | 4.51 | 4.36 | 4.50 | 4.51 | |
| PIF[L/min] | 365.4 | 365.4 | 347.6 | 325.8 | -.-- | -- | 357.6 | 357.6 | 341.2 | 384.9 | |

* Indicates Below LLN or Significant Post Change

| | | | |
|---|---|---|---|
| Pre-Test | FEV1 Var=0.08L 2.3%; | FVC Var=0.08L 1.9%; | Session Quality A |
| Post-Test | FEV1 Var=0.08L 2.4%; | FVC Var=0.05L 1.2%; | Session Quality A |
| Interpretation | Normal Spirometry | | |




REMARKS:

Repeat pre- and post-bronchodilator spirometry done on this 49 year old WF, a non-smoker, who has known bronchial asthma. Her last spirometry was done in February, 2016.

Forced expiratory flow rates are normal and do not improve further following inhalation of nebulized albuterol aerosol.

INTERPRETATION:

Normal spirometry, showing no significant obstructive or restrictive defect.

~~David Kipps, M.D.~~




Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 905 of 1114

**Lincoln/ Shaw 0960**

**Santa Cruz Pulmonary Medical Group**
**Frederick Street, Suite 20**
**Santa Cruz, CA 95062 (831) 425-1906**

**Study Date:** 2/16/2016 12:07 PM

| | | | |
|---|---|---|---|
| **Name:** Shaw,Kimberly | | **Height:** 69.0 in, 175.3 cm | **Weight:** 185.0 lbs, 84.1 kg |
| **Patient ID:** | **Age:** 48 | **Gender:** Female | **Technician Name:** nSpire |
| **Smoke Status:** | **Quit Time:** | **Smoke Per Day:** | **Pack years:** |
| **Diagnosis:** | **Physician Name:** | | **Birth Date:** |

## Spirometry

| | Pre-Drug Measured | Predicted | Pre-Drug % Predicted | Post-Drug Measured | Post-Drug % Predicted | %Change |
|---|---|---|---|---|---|---|
| FVC | 3.94 | 3.94 | 100 | 3.79 | 96 | -4 |
| FEV1 | 3.24 | 3.00 | 108 | 3.03 | 101 | -7 |
| FEV1/FVC | 82.37 | 76.31 | 108 | 79.85 | 105 | -3 |
| FEV3 | 3.47 | 3.82 | 91 | 3.46 | 91 | 0 |
| FEV3/FVC | 88.17 | 97.00 | 91 | 91.26 | 94 | 4 |
| FEF25-75% | 3.41 | 3.25 | 105 | 2.80 | 86 | -18 |
| FEFmax | 6.30 | 6.58 | 96 | 4.78 | 73 < | -24 |
| FEF25% | 6.30 | 5.97 | 106 | 4.53 | 76 < | -28 |
| FEF50% | 4.67 | 4.59 | 102 | 3.40 | 74 < | -27 |
| FEF75% | 1.12 | 2.17 | 52 < | 1.02 | 47 < | -9 |
| TET | 7.63 | | | 8.57 | | 12 |

## Lung Volumes

| | Predicted | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| VC | 3.94 | | |
| IC | 2.71 | | |
| ERV | 1.23 | | |
| FRC | 3.37 | | |
| RV | 2.14 | | |
| TLC | 6.08 | | |
| RV/TLC | 35.23 | | |
| Washout Time | | | |

REMARKS:

Normal pulmonary functions including normal diffusion capacity for carbon monoxide.

No evidence of pulmonary obstruction, restriction or diffusion lung impairment.

David L. Kipps, M.D.

## Diffusion Capacity

| | Predicted | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| Dsb | 21.70 | 22.25 | 103 |
| VAsb | 6.08 | 4.50 | 74 < |
| D/VAsb | 3.57 | 4.95 | 139 > |
| Hgb | | 13.40 | |
| DsbHb | 21.70 | 22.25 | 103 |

## Tech Notes

**Name:** Shaw, Kimberly **Study Date:** 2/16/2016 12:07 PM















**Medications**

- Albuterol MDI: ☐
- Atrovent MDI: ☐
- Advair Diskus: ☐
- Combivent: ☐
- Foradil: ☐
- Serevent: ☐
- Pulmocort: ☐
- Prednisone mg dose:
- Other medication:

06:40:00 03-26-2018 | 1 | HelpDesk#:8776974889

26.03.18 08:41:43 Social Security Admin HelpDesk#:8776974889 Page 174

MAILED 4-12-18 RECEIVED 4/12/18 CA

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202

RQID:9607068601AY3695 SITE:S48 DR:S
SSN: DOCTYPE:0001 RF:D CS:1698

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

Effective March 01, 2018

Vendor # *00776646-
PO # 3151571
TDN # 9607068601
**FAX 1-877-337-7890**

DIGNITY HEALTH MEDICAL GROUP -
528 CAPITOLA AVE
CAPITOLA CA 95010

PAY TO: DIGNITY HEALTH MEDICAL GROUP -
528 CAPITOLA AVE
CAPITOLA CA 95010

**ATTN: DR JACQUELINE SEDGWICK**
NAME: KIMBERLY SHAW
AKA: KENNEDY, KENNEDY-SHAW, MCCLENDON, KIMBERLY DAWN
DOB:
SSN:

3rd Request 5/30/18 Please send

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which **we will pay $20.00.** Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.

If needed, would you examine this patient at government expense? _____Yes _____No
Signature________________________________________ Date______________

**PAYMENT INFORMATION**

**TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS**
**NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:**

**PAYABLE TO:**
NAME:______________________________
PAYMENT ADDRESS:______________________________
CITY:______________ STATE:________ ZIP:__________ PHONE:______________
TAX ID #______________ COPY SERVICE NAME:______________
PROVIDER SIGNATURE______________ Date__________ Amount Billed $__________

Roger Warren/001/KRC 09 - 01 Voucher # 3151571 DDS 3
Enclosure (s):
DDS-23 DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

SOCIAL SECURITY ADMINISTRATION

Refer To:
Kimberly Dawn Shaw

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151
Tel: (877)833-2721 / Fax: (423)855-6407

December 19, 2018

Kimberly Dawn Shaw

## NOTICE OF HEARING

**Please bring this notice with you, and arrive at least 30 minutes prior to your hearing.**

You may also review your file on the day of your hearing if you come in at least 60 minutes before the time set for your hearing. Please call us in advance if you will need more than 30 minutes to review your file.

I have scheduled your hearing for:

**Day:** Thursday **Date:** March 14, 2019 **Time:** 8:30 AM Eastern (ET)

**Room:** 4 **Address:** 1232 Premier Dr
Suite 200
Hearing Room 4
Chattanooga, TN 37421

**It Is Important That You Attend Your Hearing**

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

Form HA-83 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**
- **U.S. State-issued identity card;**
- **Current U.S. passport; or**
- **U.S. military ID/dependent military ID.**

If you do not have any of these forms of ID, please bring another form of picture ID with you. Proper ID is also required for your representative (if you have one), a friend, or a member of your family who comes with you to the hearing. Without proper ID, you may not be able to enter the building where your hearing is being held. This could stop or delay your hearing.

**Complete the Enclosed Form**

Please complete and return the enclosed acknowledgement form at the earliest possible opportunity. Please use the enclosed envelope to return the form to us. We sent your representative a copy of the acknowledgment form. Your representative also should return his or her copy of the form.

**If You Cannot Attend Your Scheduled Hearing**

If you are not able to attend your hearing at the time and place I have set, please call this office immediately.

If you wish to change the time or place of your hearing, you must ask for a change. Your request must be in writing to tell me why you need the change and the time and place you would like the hearing held.

You must ask for this change before the earlier of the two dates described below. The first date is 30 days after you receive this notice. The second date is 5 days before the date of your hearing. We assume you received this notice 5 days after the date on it unless you show us that you did not get it within the 5-day period. If you delay in asking for a change, I will also decide whether you have a good reason for the delay. I will rule on your request based on our standards for deciding if there is a good reason for changing the time and place of your hearing.

I will decide whether you have a good reason for requesting the change. If I find you have a good reason for your request, I will set a new time and place for your hearing. I will also send another notice giving you the new time and place of your hearing at least 75 days before the new date of the hearing.



See Next Page

**Submitting More Evidence and Reviewing Your File**

You are required to inform us about or submit all evidence known to you that relates whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception. **If you are aware of or have more evidence, such as recent records, reports, or evaluations, you must inform me about it or give it to me no later than 5 business days before the date of your hearing. If you do not comply with this requirement, I may decline to consider the evidence unless the late submission falls within a limited exception.**

If you missed the deadline to inform us about or submit evidence, I will accept the evidence if I have not yet issued a decision and you did not inform us about or submit the evidence before the deadline because:

1. Our action misled you;
2. You had a physical, mental, educational, or linguistic limitation(s) that prevented you from informing us about or submitting the evidence earlier, or;
3. Some other unusual, unexpected, or unavoidable circumstance beyond your control prevented you from informing us about or submitting the evidence earlier.

If you want to see your file before the date of your hearing, please call this office and make arrangements. If your file is electronic, you may ask for a copy on a compact disc.

**Issues I Will Consider**

The hearing concerns your application of October 28, 2017, for a Period of Disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act (the Act). I will consider whether you are disabled under sections 216(i) and 223(d) of the Act.

Under the Act, I will find you disabled if you have a physical or mental condition(s) that:

- Keeps you from doing any substantial gainful work; **and**

- Has lasted 12 straight months, can be expected to last for 12 straight months, or can be expected to result in death.

I will follow a step-by-step process to decide whether you are disabled. I will stop the process at the first step I can make a decision. The steps in this process look at:

- Any work you have done after your condition(s) began;

- The severity of your condition(s);

- Whether you can do the kind of work you did in the past; and



See Next Page

- Whether you can do any other kind of work considering your age, education, and work experience.

I will also consider whether you have enough earnings under Social Security to be insured for a Period of Disability and Disability Insurance Benefits. If you do, I must decide whether you became disabled while you were insured.

Our regulations explain the rules for deciding whether you are disabled and, if so, when you became disabled. These rules are in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart B and Subpart P.

**More About the Issues**

If I find that you have been disabled, I will also consider whether your disability continues through the date of the decision or whether your condition(s) has improved.

**Remarks**

A vocational expert will testify at your hearing.

**If You Object to the Issues**

If you object to the issues or remarks listed above, you must tell me in writing why you object. You must tell me as soon as possible before the hearing, but not later than 5 business days before the date of the hearing. You must state the reason(s) for your objection.

**Your Right To Request a Subpoena**

I may issue a subpoena that requires a person to submit documents or testify at your hearing. I will do this if the person has evidence or information that you reasonably need to present your case fully.

If you want me to issue a subpoena, you must write to me as soon as possible. I must receive your request no later than 10 days before your hearing. In your request, please tell me:

- What documents you need and/or who the witnesses are;
- The location of the documents or witnesses;
- The important facts you expect the document or witness to prove; and
- Why you cannot prove these facts without a subpoena.

**What Happens At the Hearing?**

- I will ask you and any other witnesses to take an oath or to affirm that the testimony is true.
- You will have a chance to testify and tell me about your case.
- You and your representative (if you have one) may submit documents, present and question witnesses, state your case, and give written statements about the facts and law. You must provide your written statements no later than 5 business days before the date of your hearing.
- I will ask you and any other witnesses questions that will help me make a decision in your case.
- We will make an audio recording of the hearing.

**Travel Costs**

We can pay certain travel costs when you, your representative, or needed witnesses must travel more than 75 miles to the hearing. A sheet is enclosed to tell you about our rules for paying travel costs. Please call this office if you want more information.

**The Decision**

After the hearing, I will issue a written decision and mail it to you. The decision will explain my findings of fact and conclusions of law. I will base my decision given all the evidence of record, including the testimony at your hearing.

**If You Have Any Questions**

If you have any questions, please call, **(877)833-2721**, or write this office. For your convenience, our address is on the first page of this notice.

Sincerely,

Kristie Luffman-Minor
Administrative Law Judge

Form HA-83 (04-2015)
Representative

See Next Page

Enclosures:
Form HA-L32 (Electronic Disability Claims Processing Insert)
Form HA-504 (09-2003) ef (03-2015)
Form HA-4631 (Claimant's Recent Medical Treatment)
Form HA-4632 (Claimant's Medications)
Form HA-4633 (Claimant's Work Background)
Form HA-L84 (Vocational Expert Letter)
Barcode Sheet

cc: Beth Matter
Allsup, Inc.
300 Allsup Place
Belleville, IL 62223



See Next Page

## When we can pay travel expenses

If you must travel more than 75 miles one way from your home or office to attend the hearing, we can pay certain costs. Here are the rules that apply:

- We can pay expenses such as the cost of a bus ticket or expenses for driving your car.
- In certain circumstances, you may need meals, lodging, or taxicabs. The Administrative Law Judge (ALJ) must approve these special travel costs **before the hearing unless** the costs were unexpected and unavoidable.
- The ALJ may also approve payment of similar travel expenses for your representative and any witnesses he or she determines are needed at the hearing.
- You must submit a written request for payment of travel expenses other than meals, lodging, or taxicabs to the ALJ at the time of the hearing or as soon as possible after the hearing. List what you spent and include supporting receipts. If you requested a change in the scheduled location of the hearing to a location farther from your residence, we cannot pay you for any **additional** travel expenses.
- If you need money for travel costs in advance, you should tell the ALJ as soon as possible **before the hearing**. We can make an advance payment only if you show that without it you would not have the funds to travel to or from the hearing.
- If you receive travel money in advance, you must give the ALJ an itemized list of your actual travel costs and receipts within 20 days after your hearing.
- If we gave you an advance payment that is more than the amount you are due for travel costs, you must pay back the difference within 20 days after we tell you how much you owe us.
- If we reimburse you for travel costs we follow the rules in the Code of Federal Regulations and apply the same rates and conditions of payment that govern travel expenses for Federal employees. 41 CFR Chapter 301 and 20 CFR 404.999a-999d.

SOCIAL SECURITY ADMINISTRATION

Refer To:
Kimberly Dawn Shaw

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151
Tel: (877)833-2721 / Fax: (423)855-6407

December 19, 2018

Kimberly Dawn Shaw

## NOTICE OF HEARING

**Please bring this notice with you, and arrive at least 30 minutes prior to your hearing.**

You may also review your file on the day of your hearing if you come in at least 60 minutes before the time set for your hearing. Please call us in advance if you will need more than 30 minutes to review your file.

I have scheduled your hearing for:

| | | | | |
|---|---|---|---|---|
| **Day:** | Thursday | **Date:** | March 14, 2019 | **Time:** 8:30 AM Eastern (ET) |
| **Room:** | 4 | **Address:** | 1232 Premier Dr<br>Suite 200<br>Hearing Room 4<br>Chattanooga, TN 37421 | |

**It Is Important That You Attend Your Hearing**

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

Form HA-83 (04-2015)
Claimant

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**
- **U.S. State-issued identity card;**
- **Current U.S. passport; or**
- **U.S. military ID/dependent military ID.**

If you do not have any of these forms of ID, please bring another form of picture ID with you. Proper ID is also required for your representative (if you have one), a friend, or a member of your family who comes with you to the hearing. Without proper ID, you may not be able to enter the building where your hearing is being held. This could stop or delay your hearing.

**Complete the Enclosed Form**

Please complete and return the enclosed acknowledgement form at the earliest possible opportunity. Please use the enclosed envelope to return the form to us. We sent your representative a copy of the acknowledgment form. Your representative also should return his or her copy of the form.

**If You Cannot Attend Your Scheduled Hearing**

If you are not able to attend your hearing at the time and place I have set, please call this office immediately.

If you wish to change the time or place of your hearing, you must ask for a change. Your request must be in writing to tell me why you need the change and the time and place you would like the hearing held.

You must ask for this change before the earlier of the two dates described below. The first date is 30 days after you receive this notice. The second date is 5 days before the date of your hearing. We assume you received this notice 5 days after the date on it unless you show us that you did not get it within the 5-day period. If you delay in asking for a change, I will also decide whether you have a good reason for the delay. I will rule on your request based on our standards for deciding if there is a good reason for changing the time and place of your hearing.

I will decide whether you have a good reason for requesting the change. If I find you have a good reason for your request, I will set a new time and place for your hearing. I will also send another notice giving you the new time and place of your hearing at least 75 days before the new date of the hearing.



See Next Page

**Submitting More Evidence and Reviewing Your File**

You are required to inform us about or submit all evidence known to you that relates whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception. **If you are aware of or have more evidence, such as recent records, reports, or evaluations, you must inform me about it or give it to me no later than 5 business days before the date of your hearing. If you do not comply with this requirement, I may decline to consider the evidence unless the late submission falls within a limited exception.**

If you missed the deadline to inform us about or submit evidence, I will accept the evidence if I have not yet issued a decision and you did not inform us about or submit the evidence before the deadline because:

1. Our action misled you;
2. You had a physical, mental, educational, or linguistic limitation(s) that prevented you from informing us about or submitting the evidence earlier, or;
3. Some other unusual, unexpected, or unavoidable circumstance beyond your control prevented you from informing us about or submitting the evidence earlier.

If you want to see your file before the date of your hearing, please call this office and make arrangements. If your file is electronic, you may ask for a copy on a compact disc.

**Issues I Will Consider**

The hearing concerns your application of October 28, 2017, for a Period of Disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act (the Act). I will consider whether you are disabled under sections 216(i) and 223(d) of the Act.

Under the Act, I will find you disabled if you have a physical or mental condition(s) that:

- Keeps you from doing any substantial gainful work; **and**

- Has lasted 12 straight months, can be expected to last for 12 straight months, or can be expected to result in death.

I will follow a step-by-step process to decide whether you are disabled. I will stop the process at the first step I can make a decision. The steps in this process look at:

- Any work you have done after your condition(s) began;

- The severity of your condition(s);

- Whether you can do the kind of work you did in the past; and



See Next Page

- Whether you can do any other kind of work considering your age, education, and work experience.

I will also consider whether you have enough earnings under Social Security to be insured for a Period of Disability and Disability Insurance Benefits. If you do, I must decide whether you became disabled while you were insured.

Our regulations explain the rules for deciding whether you are disabled and, if so, when you became disabled. These rules are in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart B and Subpart P.

**More About the Issues**

If I find that you have been disabled, I will also consider whether your disability continues through the date of the decision or whether your condition(s) has improved.

**Remarks**

A vocational expert will testify at your hearing.

**If You Object to the Issues**

If you object to the issues or remarks listed above, you must tell me in writing why you object. You must tell me as soon as possible before the hearing, but not later than 5 business days before the date of the hearing. You must state the reason(s) for your objection.

**Your Right To Request a Subpoena**

I may issue a subpoena that requires a person to submit documents or testify at your hearing. I will do this if the person has evidence or information that you reasonably need to present your case fully.

If you want me to issue a subpoena, you must write to me as soon as possible. I must receive your request no later than 10 days before your hearing. In your request, please tell me:

- What documents you need and/or who the witnesses are;
- The location of the documents or witnesses;
- The important facts you expect the document or witness to prove; and
- Why you cannot prove these facts without a subpoena.



See Next Page

**What Happens At the Hearing?**

- I will ask you and any other witnesses to take an oath or to affirm that the testimony is true.
- You will have a chance to testify and tell me about your case.
- You and your representative (if you have one) may submit documents, present and question witnesses, state your case, and give written statements about the facts and law. You must provide your written statements no later than 5 business days before the date of your hearing.
- I will ask you and any other witnesses questions that will help me make a decision in your case.
- We will make an audio recording of the hearing.

**Travel Costs**

We can pay certain travel costs when you, your representative, or needed witnesses must travel more than 75 miles to the hearing. A sheet is enclosed to tell you about our rules for paying travel costs. Please call this office if you want more information.

**The Decision**

After the hearing, I will issue a written decision and mail it to you. The decision will explain my findings of fact and conclusions of law. I will base my decision given all the evidence of record, including the testimony at your hearing.

**If You Have Any Questions**

If you have any questions, please call, **(877)833-2721**, or write this office. For your convenience, our address is on the first page of this notice.

Sincerely,

Kristie Luffman-Minor
Administrative Law Judge

Form HA-83 (04-2015)
Claimant

See Next Page

Enclosures:
Form HA-504 (09-2003) ef (03-2015)
Form HA-L84 (Vocational Expert Letter)

cc: Beth Matter
Allsup, Inc.
300 Allsup Place
Belleville, IL 62223

Form HA-83 (04-2015)
Claimant

See Next Page

**When we can pay travel expenses**

If you must travel more than 75 miles one way from your home or office to attend the hearing, we can pay certain costs. Here are the rules that apply:

- We can pay expenses such as the cost of a bus ticket or expenses for driving your car.

- In certain circumstances, you may need meals, lodging, or taxicabs. The Administrative Law Judge (ALJ) must approve these special travel costs **before the hearing unless** the costs were unexpected and unavoidable.

- The ALJ may also approve payment of similar travel expenses for your representative and any witnesses he or she determines are needed at the hearing.

- You must submit a written request for payment of travel expenses other than meals, lodging, or taxicabs to the ALJ at the time of the hearing or as soon as possible after the hearing. List what you spent and include supporting receipts. If you requested a change in the scheduled location of the hearing to a location farther from your residence, we cannot pay you for any **additional** travel expenses.

- If you need money for travel costs in advance, you should tell the ALJ as soon as possible **before the hearing**. We can make an advance payment only if you show that without it you would not have the funds to travel to or from the hearing.

- If you receive travel money in advance, you must give the ALJ an itemized list of your actual travel costs and receipts within 20 days after your hearing.

- If we gave you an advance payment that is more than the amount you are due for travel costs, you must pay back the difference within 20 days after we tell you how much you owe us.

- If we reimburse you for travel costs we follow the rules in the Code of Federal Regulations and apply the same rates and conditions of payment that govern travel expenses for Federal employees. 41 CFR Chapter 301 and 20 CFR 404.999a-999d.

**Electronic Disability Claims Processing**

Social Security is changing from a paper to an electronic disability claims process in order to improve the quality and timeliness of our decisions. Your client's disability claim file is being processed electronically. Your claimant's rights under the Social Security Act remain the same.

Your client's case is available to be viewed electronically using the Appointed Representative Services (ARS). If you do not already have access to ARS, please contact your local hearing office to initiate the registration process. Once you have access, your client's case will be viewable at http://ssa.gov/ar/.

NOTE: If you are requesting direct payment of the authorized fee, you must access your clients' files electronically using ARS. We will continue to provide you a CD copy of the file on the day of the hearing at this time.

Additional evidence should be submitted within the timeframes for the submission of evidence discussed in the notice. **The preferred way to submit evidence to the electronic folder is by using one of the following three methods:**

- **Send the evidence using the Electronic Records Express (ERE) website. If you have not registered to use the ERE website, contact your local hearing office.**
- **Fax the evidence using this fax number -- (877)470-5099. Remember that the enclosed barcode must be the first page for each document being faxed.**
- **Send the evidence to the contract scanner listed below. The barcode must be the first page of each document. DO NOT SEND ORIGINAL DOCUMENTS. DOCUMENTS ARE NOT RETURNED.**

**Chattanooga, TN OHO
P. O. Box 8861
London, KY 40742-8861**

**You may also send the evidence by mail or deliver it to the hearing office but there may be a delay in associating the evidence with the electronic file.**

**NOTE:** The attached barcode pertains to your client's disability claim file only. Please keep the original barcode sheet for submitting all documents on this case. Barcodes may be used more than once when faxing evidence into the electronic file.

Form HA-L32 (03-2007)

Form Approved
OMB NO. 0960-0671

## ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)

(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

| | |
|---|---|
| Claimant: Kimberly Dawn Shaw | Social Security Number: |
| Wage Earner: | Administrative Law Judge: Kristie Luffman-Minor |
| Hearing Scheduled: Thursday, March 14, 2019 at 8:30 AM Eastern (ET) | Hearing Office: Chattanooga |
| Location of Hearing: Room 4<br>1232 Premier Dr<br>Suite 200<br>Hearing Room 4<br>Chattanooga, TN 37421 | RQID:0000000000000000246453190 SITE:X49 DR:S<br>SSN: DOCTYPE:3005 RF:D CS:9a3d |

(Check only one)

[ ] **I will be present at the time and place shown on the Notice of Hearing.** If an emergency arises after I mail this form and I cannot be present, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ] **I cannot be present at the time and place shown on the Notice of Hearing.** I request that you reschedule my hearing because:

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND CANNOT GIVE A GOOD REASON FOR NOT ATTENDING. THE TIME OR PLACE OF THE HEARING WILL BE CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

[ ] I have recently moved. My new address is:

Form HA-504 (09-2003) ef (03-2015)

See Next Page

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you will appear at your hearing with an Administrative Law Judge.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans' Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form Approved
OMB NO. 0960-0671

## ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)

(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

| | |
|---|---|
| Claimant: Kimberly Dawn Shaw | Social Security Number: |
| Wage Earner: | Administrative Law Judge: Kristie Luffman-Minor |
| Hearing Scheduled: Thursday, March 14, 2019 at 8:30 AM Eastern (ET) | Hearing Office: Chattanooga |
| Location of Hearing: Room 4<br><br>1232 Premier Dr<br>Suite 200<br>Hearing Room 4<br>Chattanooga, TN 37421 | |

(Check only one)

[ ] **I will be present at the time and place shown on the Notice of Hearing.** If an emergency arises after I mail this form and I cannot be present, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ] **I cannot be present at the time and place shown on the Notice of Hearing.** I request that you reschedule my hearing because:

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND CANNOT GIVE A GOOD REASON FOR NOT ATTENDING. THE TIME OR PLACE OF THE HEARING WILL BE CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

[ ] I have recently moved. My new address is:

Form HA-504 (09-2003) ef (03-2015)

See Next Page

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you will appear at your hearing with an Administrative Law Judge.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

3. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans' Affairs); and,

4. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Social Security Administration

Form Approved
OMB No.0960-0292

# CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number) Kimberly Dawn Shaw | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: June 26, 2018 |
|---|---|---|

B. To be completed by claimant

**PLEASE PRINT**

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☐ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(2) What have these doctors told you about your condition?

(3) Have you been hospitalized since the above date? ☐ Yes ☐ No
*(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital | Address of Hospital (Include ZIP Code) |
|---|---|
| | |

Reason for hospitalization:

Treatment received:

Form **HA-4631** (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed, use additional sheets.

RQID:000000000000000246453193 SITE:X49 DR:S
SSN: DOCTYPE:3040 RF:D CS:bb37

## Privacy Act Statement

### Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices, (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4631** (8-1996) ef (9-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0289

# CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Kimberly Dawn Shaw | | June 26, 2018 |

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

Form **HA-4632** (2-1994) ef (10-2012)
Use Until Stock Is Exhausted

If more space is needed, use additional sheets.

RQID:000000000000000246453196 SITE:X49 DR:S
SSN: DOCTYPE:3045 RF:D CS:9817

## Privacy Act Statement

### Collection and Use of Personal Information

Sections 205, 223, 702, 1614, 1631, and 1869 of the Social Security Act, as amended allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To representative payees, when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting the Social Security Administration in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

2. To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal-benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4632** (2-1994) ef (10-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0300

# CLAIMANT'S WORK BACKGROUND

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Kimberly Dawn Shaw | | June 26, 2018 |

B. To be completed by the claimant

## PLEASE PRINT

Start with your most recent job, and list that and any work performed within the past 15 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |

Form **HA-4633** (2-1994) ef (10-2012)
Issue Old Stock

If more space is needed, use additional sheets.

RQID:000000000000000246453201 SITE:X49 DR:S
SSN: DOCTYPE:3050 RF:D CS:13fe

## Privacy Act Statement

### Collection and Use of Personal Information

Sections 205(a), 702, 1631 (e) and 1869(b)(1)(C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failure to provide all or part of the information may prevent us from making an accurate and timely decision on your eligibility for disability benefits.

We will use this information to determine your eligibility for receiving disability benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his/her affairs or his/her eligibility for or entitlement to benefits under the Social Security program when the individual is unable to provide information being sought. An individual is considered to be unable to provide certain types of information when: he/she is incapable or of questionable mental capability; he/she cannot read or write; he/she cannot afford the cost of obtaining the information; he/she has a hearing impairment, and is contacting SSA by telephone through a telecommunications relay system operator; a language barrier exists; or the custodian of the information will not, as a matter of policy, provide it to the individual; or the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual; and it concerns one or more of the following: his/her eligibility for benefits under the Social Security program; the amount of his/her benefit payment; or any case in which the evidence is being reviewed as a result of suspected abuse or fraud, concern for program integrity, or for quality appraisal or evaluation and measurement activities.

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System; and 60-0320, entitled Electronic Disability Claim File. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 6401Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form***

Form **HA-4633** (2-1994) ef (10-2012)

SOCIAL SECURITY ADMINISTRATION

Refer To:

Kimberly Dawn Shaw

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151
Tel: (877)833-2721 / Fax: (423)855-6407

December 14, 2018

David M Boatner
Boatner Rehabilitation & Counseling Services
P.O. Box 3723
Dalton, GA 30719

Dear David M Boatner:

The claimant named below has an application pending for disability benefits. A hearing for the claimant is scheduled, date and time shown below.

**Name of Claimant:** Kimberly Dawn Shaw **Birth date:** **SSN:**

**Date and Time:** Thursday, March 14, 2019 at 8:30 AM Eastern (ET)

You are requested to appear and give testimony as a vocational expert in the above hearing.

**Address:** 1232 Premier Dr
Suite 200
Hearing Room 4
Room: 4
Chattanooga, TN 37421

Your testimony will primarily cover the following period:

August 18, 2017 through the present.

Your presence throughout the hearing is desired since your testimony will be based, in part, on the testimony given by the claimant and any other witnesses, including a medical advisor if needed. Copies of the pertinent exhibits tentatively selected for inclusion in the record of this case are available to you either:

- on a compact disc (CD) that will be mailed under separate cover if not enclosed with this notice,

  or

- electronically at https://secure.ssa.gov/ERECA/MEVE01View.

To access the exhibits electronically, you must have registered for an Extra Security online account with ***my* Social Security**. If you have not already done so, you may register for an Extra Security online account at www.ssa.gov/myaccount/.

Please bring this material to the hearing. For additional information concerning your testimony, please see the attachment to this form letter.

Your charges for this service should be submitted in accordance with your contract with the Social Security Administration.

Sincerely,

Kristie Luffman-Minor
Administrative Law Judge

Enclosures

See Next Page

**IMPORTANT INFORMATION**

NOTE: IT IS REQUIRED THAT YOU DISQUALIFY YOURSELF IF YOU HAVE HAD ANY PRIOR KNOWLEDGE OF THIS CLAIMANT OR EXPERIENCE IN THIS CASE OTHER THAN AS A VOCATIONAL EXPERT FOR THE OFFICE OF HEARINGS OPERATIONS.

While medical factors alone may justify a finding that the claimant is or is not disabled, it is necessary in some cases to consider vocational factors in order to determine whether or not the claimant is able to engage in any substantial gainful activity. Two basic questions will be presented to you at this hearing.

The first question pertains to the kind of work, if any, the claimant can do in light of prior work activity and residual functional capacity considering age, education, training and work experience. Your testimony will be predicated on various assumptions, posed at the hearing, with respect to the claimant's residual functional capacity. You will not be expected to testify as to whether or not the claimant is under a disability, since you do not have the responsibility for deciding this ultimate legal issue. You should not express any opinion regarding the impairments involved and their effects on residual functional capacity, since these are medical matters. You will be requested to furnish a rationale and complete explanation for your opinions. In forming your judgment as to whether or not the claimant could transfer vocational skills to any other type of work, please consider only work which the claimant could perform after a normal period of training, usually given to new employees, rather than after extended vocational rehabilitation.

The second question is whether such work exists in the "national economy;" i.e., whether it exists in significant numbers either in the region where the claimant lives or in several other regions of the country. You should be prepared to testify from information gained from vocational surveys of businesses and industries (whether such surveys were made by you or by other vocational experts) and from other current vocational resource materials. You should have available, at the hearing, any such vocational resource materials that you are likely to rely upon.

Questions may also be asked of you by the claimant (or representative, if any).

INSERT THIS END FIRST

**Please include this barcode cover sheet as the first page of each set of documents returned.**

**Fax the evidence to this fax number:**

**877-470-5099**

RQID:00000000000000000246453213 SITE:X49 DR:S
SSN: DOCTYPE:5032 RF:D CS:1a75

**Claimant: Kimberly Shaw**
**SSN:**

EXHIBIT NO. 13B
PAGE: 1 OF 1

Form Approved
OMB NO. 0960-0671

# ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)

(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

| | |
|---|---|
| Claimant: Kimberly Dawn Shaw | Social Security Number: |
| Wage Earner: | Administrative Law Judge: Kristie Luffman-Minor |
| Hearing Scheduled: Thursday, March 14, 2019 at 8:30 AM Eastern (ET) | Hearing Office: Chattanooga |
| Location of Hearing: Room 4<br>1232 Premier Dr<br>Suite 200<br>Hearing Room 4<br>Chattanooga, TN 37421 | RQID:000000000000000246453190 SITE:X49 DR:S<br>SSN: DOCTYPE:3005 RF:D CS:9a3d |

*0805CIPA101496*NOTAFP.X3.CIPAFP.ODARS.R181214.PS1K 0000000000000000CP00113121450817001093539

(Check only one)

[X] **I will be present at the time and place shown on the Notice of Hearing.** If an emergency arises after I mail this form and I cannot be present, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ] **I cannot be present at the time and place shown on the Notice of Hearing.** I request that you reschedule my hearing because:

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND CANNOT GIVE A GOOD REASON FOR NOT ATTENDING. THE TIME OR PLACE OF THE HEARING WILL BE CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|
| Kimberly Shaw | 12/27/2018 | |

[ ] I have recently moved. My new address is:

RECEIVED
JAN 03 2019
BY: ..........

Form HA-504 (09-2003) ef (03-2015)

See Next Page

WHOSE *Records to be Disclosed* — Form Approved OMB No. 0960-0623

NAME *(First, Middle, Last, Suffix)* Kimberly Dawn Shaw

SSN | Birthday *(mm/dd/yy)*

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

**1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to:**

- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**

**3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**

**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- ~~Consulting examiners used by SSA~~
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS** (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** The **Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure**
SIGN >> [signature]
Date Signed 6/28/18 | Street Address
Phone Number (with area code) | City | State | ZIP

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)
(Parent/guardian/personal representative sign here if two signatures required by State law) >>

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*
SIGN >> [signature]
Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above)
SIGN >>
Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

JAN 1 7 2019

Schd/DB
3/14/19

INSERT THIS END FIRST

| | |
|---|---|
| Claimant Name: | Kimberly Dawn Shaw |
| Document Description: | Authorization For Source To Release Information To SSA |
| Undated: | N |
| Sensitive: | N |

RQID·00000000000000000248449438 SITE:X49 DR:S
SSN: DOCTYPE:1050 RF:D CS:518d

# MARK BOATNER, M.ED., CRC

**Boatner Rehabilitation & Counseling Service, Inc.**

P.O. Box 3723 ♦ Dalton, Georgia 30719
Cell Phone 706-671-7697 ♦ Office 706-229-9217
markboatner007@gmail.com

***RESUME***

**CREDENTIALS:**

Certified Rehabilitation Counselor – CRC number 00002497; valid through 03-31-2022

Licensed Professional Counselor – LPC number 0000937; valid through 09-30-2020

Certified Case Manager – CCM number 05754; valid through 11-30-2023

**EXPERIENCE:**

Employed from 1981 to the present as a Vocational Rehabilitation Counselor with the following responsibilities:

- Counsel handicapped and disabled persons to identify problems which require services needed to obtain maximal functional improvement; to make referrals / coordinate services
- Conduct appropriate vocational testing and evaluate persons regarding skills, transferable skills, loss of access to the labor market and identify range of suitable occupations that might lead to return to work, if possible.
- Conduct labor market surveys and job placement activities leading to suitable job offer
- Discuss medical conditions and treatment needs of clients with appropriate medical and treating professionals
- Perform medical records and file reviews to learn Residual Functional Capacity and rate vocational disability, as appropriate
- Provide supportive counseling / teaching to injured persons regarding depression, anxiety, chronic pain and adjustment to medical impairment / limitations
- Provide impartial vocational expert testimony before Administrative Law Judges in the Social Security Office of Disability Adjudication and Review and before the triers of fact in Worker Compensation Courts, Chancery Courts, Circuit Courts and Superior Courts in Georgia and Tennessee.

**EDUCATION:**

Master of Education in Vocational Rehabilitation from the University of Georgia in 1981.

Bachelor of Arts in Psychology from Columbia College in Columbia, South Carolina in 1975.

**REFERENCES:**

Furnished upon request

```
QRY  DATE: 02/20/19  AN:              DOC: X49 UNIT: EDEQY   PG: 001  DEQR
INPUT: YRS REQ: 2004-2019; COVERED DETAILS; NON-COVERED DETAILS; PENSION;
  SPECIAL WAGE PAYMENT; EMPLOYER ADDRESS
MEF: NA: K D SHAW   DB:          SX: F AK: KENNED
```

**EXHIBIT NO. 7D**
**PAGE: 1 OF 5**

```
DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 611273583            CHC PAYROLL AGENT INC
                          % EMPLOYMENT TAX DEPARTMENT
                          PO BOX 550
                          NASHVILLE            TN  37202-0550
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0004  AA        K D KENNED        28713.61      28001.77 4068-90-10285  00805 V
      AA        K D KENNED         7739.64       7739.64 4068-90-28221  00805 V
      AA        K D KENNED         8369.18       9564.04 4068-90-19086  00805 V
                 WAGE TOTAL       44822.43
       OASDI EMPLOYER TOTAL       44822.43
      04 OASDI YEARLY TOTAL       44822.43


EIN: 593574162            ADVANTECH SOLUTIONS PAYROLL
                           SERVICES INC
                          2054 VISTA PKWY STE 300
                          WEST PALM BCH        FL  33411-6742
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0005  AA        K D KENNED        19941.00      19941.00 5108-90-85935  01406 V
                 WAGE TOTAL       19941.00
       OASDI EMPLOYER TOTAL       19941.00
EIN: 611273583  CHC PAYROLL AGENT INC
0005  AA        K D KENNED        38364.52      36933.74 5093-92-79574  01206 V
                 WAGE TOTAL       38364.52
       OASDI EMPLOYER TOTAL       38364.52
      05 OASDI YEARLY TOTAL       58305.52


EIN: 204069782            AMN ALLIED SERVICES LLC
                          % MED TRAVELS INC SOLE MBR
                          12400 HIGH BLUFF DR
                          SAN DIEGO            CA  92130-3077
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0006  AA        K D KENNED        20012.47      20012.47 6289-85-00848  04007 V
                 WAGE TOTAL       20012.47
       OASDI EMPLOYER TOTAL       20012.47
EIN: 320088110            BELLEVUE HEART AND VASCULAR CENTER
                           LLC
                          HYNES JOHN K MEMBER
                          2125 112TH AVE NE STE 300
                          BELLEVUE             WA  98004-2948
0006  AA        K D KENNED          640.00        640.00 6124-85-22990  01707 V
                 WAGE TOTAL         640.00
       OASDI EMPLOYER TOTAL         640.00
EIN: 650693249            OASIS OUTSOURCING II INC
                          2054 VISTA PKWY STE 300
                          WEST PALM BCH        FL  33411-6759
0006  AA        K D KENNED         3532.30       3532.30 6087-89-79393  01107 V
                 WAGE TOTAL        3532.30
       OASDI EMPLOYER TOTAL        3532.30
EIN: 760738370            RN DEMAND INC
                          5001 STATESMAN DR STE 100
                          IRVING               TX  75063-2414
0006  AA        K D KENNED        18392.61      18392.61 6289-85-00785  04007 V
                 WAGE TOTAL       18392.61
       OASDI EMPLOYER TOTAL       18392.61
EIN: 910652651            OVERLAKE HOSPITAL MEDICAL CENTER
```

```
                    % PAYROLL
                    1035 116TH AVE NE
                    BELLEVUE            WA  98004-4687
0006  AA      K   KENNED        31240.08      30111.00 6094-87-37361  01207 V
               WAGE TOTAL       31240.08
     OASDI EMPLOYER TOTAL       31240.08
    06 OASDI YEARLY TOTAL       73817.46


EIN: 910652651  OVERLAKE HOSPITAL MEDICAL CENTER
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0007  AA      K   KENNED        92754.78      86625.64 8081-BG-35606  01008 V
               WAGE TOTAL       92754.78
     OASDI EMPLOYER TOTAL       92754.78
    07 OASDI YEARLY TOTAL       92754.78


EIN: 203086062            SEATTLE HEART AND VASCULAR CENTER
                           LLC
                          BOHREER JAY M MBR
                          1600 E JEFFERSON ST STE 610
                          SEATTLE             WA  98122-5649
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0008  AA      K   KENNED          742.50        742.50 9071-BX-04572  00709 V
               WAGE TOTAL         742.50
     OASDI EMPLOYER TOTAL         742.50
EIN: 910568303            PROVIDENCE REGIONAL MEDICAL CENTER
                           EVERETT
                          1700 13TH AT
                          EVERETT             WA  98201-0000
0008  AA      K D KENNED        53615.64      51093.13 9085-AH-39881  00909 V
               WAGE TOTAL       53615.64
     OASDI EMPLOYER TOTAL       53615.64
EIN: 910637400            UW MEDICINE NORTHWEST
                          9709 3RD AVE NE STE 507
                          SEATTLE             WA  98115-2053
0008  AA      K D KENNED        14713.10      14713.10 9079-BJ-62082  00909 V
               WAGE TOTAL       14713.10
     OASDI EMPLOYER TOTAL       14713.10
EIN: 910652651  OVERLAKE HOSPITAL MEDICAL CENTER
0008  AA      K   KENNED         8596.13       7960.12 9083-CG-77886  00909 V
               WAGE TOTAL        8596.13
     OASDI EMPLOYER TOTAL        8596.13
    08 OASDI YEARLY TOTAL       77667.37


EIN: 203086062  SEATTLE HEART AND VASCULAR CENTER
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0009  AA      K   KENNED         1395.00       1395.00 0063-AV-91238  00710 V
               WAGE TOTAL        1395.00
     OASDI EMPLOYER TOTAL        1395.00
EIN: 910637400  UW MEDICINE NORTHWEST
0009  AA      K D KENNED        11221.67      11221.67 0060-AP-99729  00710 V
               WAGE TOTAL       11221.67
     OASDI EMPLOYER TOTAL       11221.67
EIN: 941156295            SAINT FRANCIS MEMORIAL HOSPITAL
                          % LARA HARROW - FINANCE DEPT
                          185 BERRY ST STE 300
                          SAN FRANCISCO       CA  94107-1773
0009  AA      K   KENNED        14460.29      14460.29 0091-AM-43042  01110 V
               WAGE TOTAL       14460.29
     OASDI EMPLOYER TOTAL       14460.29
EIN: 943404679            ROMEO A AGABON
                          % ROMEO AGABON
                          626 MARCIE CIR
                          S SAN FRAN          CA  94080-7221
```

```
0009  AA        K   SHAW           560.00        560.00 0070-BQ-01334  00810 V
                 WAGE TOTAL        560.00
       OASDI EMPLOYER TOTAL        560.00
      09 OASDI YEARLY TOTAL      27636.96
```

**EXHIBIT NO. 7D**
**PAGE: 3 OF 5**

```
EIN: 941156295  SAINT FRANCIS MEMORIAL HOSPITAL
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0010  AA        K   KENNED       86286.08      86286.08 1094-BA-93893  01211 V
                 WAGE TOTAL      86286.08
       OASDI EMPLOYER TOTAL      86286.08
      10 OASDI YEARLY TOTAL      86286.08


EIN: 941156295  SAINT FRANCIS MEMORIAL HOSPITAL
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0011  AA        K   KENNED       81421.20      80365.41 2086-BC-09839  01112 V
                 WAGE TOTAL      81421.20
       OASDI EMPLOYER TOTAL      81421.20
      11 OASDI YEARLY TOTAL      81421.20


EIN: 610458376            PIKEVILLE MEDICAL CENTER INC
                          911 BYPASS RD
                          PIKEVILLE           KY  41501-1689
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0012  AA        K D KENNED       97632.52      91978.66 3088-BW-27640  01213 V
                 WAGE TOTAL      97632.52
       OASDI EMPLOYER TOTAL      97632.52
      12 OASDI YEARLY TOTAL      97632.52


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0013  AA        K D SHAW        104290.35     101751.91 4090-BM-64925  00814 V
                 WAGE TOTAL     104290.35
       OASDI EMPLOYER TOTAL     104290.35
      13 OASDI YEARLY TOTAL     104290.35


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0014  AA        K D SHAW         65589.92      64942.76 5092-BK-27865  01215 V
                 WAGE TOTAL      65589.92
       OASDI EMPLOYER TOTAL      65589.92
EIN: 941196203            DIGNITY HEALTH
                          % MARY CONNICK - FINANCE DEPT
                          185 BERRY ST STE 300
                          SAN FRANCISCO       CA  94107-1773
0014  AA        K   SHAW         25245.40      25245.40 5086-BZ-73813  01215 V
                 WAGE TOTAL      25245.40
       OASDI EMPLOYER TOTAL      25245.40
SELF EMPLOYMENT
RPYR  REO SMEM  NAME          EARNINGS      SE NUMBER   CONTROL NUMBER  PR    S
SE14  OI        K D SHAW           802.00   950400000    2114-95-03140  01515 V
OASDI SELF EMPLOYMENT TOTAL        802.00
      14 OASDI YEARLY TOTAL      91637.32


EIN: 941196203  DIGNITY HEALTH
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0015  AA        K   SHAW         89719.72      88104.69 6057-AZ-28649  00816 V
                 WAGE TOTAL      89719.72
       OASDI EMPLOYER TOTAL      89719.72
      15 OASDI YEARLY TOTAL      89719.72
```

EXHIBIT NO. 7D
PAGE: 4 OF 5

EIN: 941196203 DIGNITY HEALTH

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0016 | AA | | K SHAW | 70524.25 | 68003.59 | 7024-AF-75428 | 00717 | V |
| | | | WAGE TOTAL | 70524.25 | | | | |
| | | | OASDI EMPLOYER TOTAL | 70524.25 | | | | |
| | | | 16 OASDI YEARLY TOTAL | 70524.25 | | | | |

EIN: 941196203 DIGNITY HEALTH

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0017 | AA | | K SHAW | 46447.07 | 44428.30 | 8032-HH-54338 | 00818 | V |
| | | | WAGE TOTAL | 46447.07 | | | | |
| | | | OASDI EMPLOYER TOTAL | 46447.07 | | | | |
| | | | 17 OASDI YEARLY TOTAL | 46447.07 | | | | |

18 NONE

19 NONE

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED

EIN: 611273583 CHC PAYROLL AGENT INC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0004 | DD | | K D KENNED | 711.84 | 4068-90-10285 | 00805 | V |
| | DD | | K D KENNED | 210.03 | 4068-90-19086 | 00805 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 921.87 | | | |

EIN: 611273583 CHC PAYROLL AGENT INC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0005 | DD | | K D KENNED | 1430.78 | 5093-92-79574 | 01206 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 1430.78 | | | |

EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0006 | DF | | K KENNED | 1129.08 | 6094-87-37361 | 01207 | V |
| DEFERRED COMP 403(B) TOTAL | | | | 1129.08 | | | |

EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0007 | DF | | K KENNED | 6129.14 | 8081-BG-35606 | 01008 | V |
| DEFERRED COMP 403(B) TOTAL | | | | 6129.14 | | | |

EIN: 910568303 PROVIDENCE REGIONAL MEDICAL CENTER

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0008 | DF | | K D KENNED | 2522.51 | 9085-AH-39881 | 00909 | V |
| DEFERRED COMP 403(B) TOTAL | | | | 2522.51 | | | |
| EIN: 910652651 OVERLAKE HOSPITAL MEDICAL CENTER | | | | | | | |
| 0008 | DF | | K KENNED | 636.01 | 9083-CG-77886 | 00909 | V |
| DEFERRED COMP 403(B) TOTAL | | | | 636.01 | | | |

09 NONE

10 NONE

EIN: 941156295 SAINT FRANCIS MEMORIAL HOSPITAL

EXHIBIT NO. 7D
PAGE: 5 OF 5

```
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0011  DF        K   KENNED         1055.79   2086-BC-09839   01112  V
 DEFERRED COMP 403(B) TOTAL        1055.79


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0012  DF        K D KENNED         5653.86   3088-BW-27640   01213  V
 DEFERRED COMP 403(B) TOTAL        5653.86


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0013  DF        K D SHAW           2538.44   4090-BM-64925   00814  V
 DEFERRED COMP 403(B) TOTAL        2538.44


EIN: 610458376  PIKEVILLE MEDICAL CENTER INC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0014  DF        K D SHAW            647.16   5092-BK-27865   01215  V
 DEFERRED COMP 403(B) TOTAL         647.16


EIN: 941196203  DIGNITY HEALTH
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0015  DF        K   SHAW           1615.03   6057-AZ-28649   00816  V
 DEFERRED COMP 403(B) TOTAL        1615.03


EIN: 941196203  DIGNITY HEALTH
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0016  DF        K   SHAW           2520.66   7024-AF-75428   00717  V
 DEFERRED COMP 403(B) TOTAL        2520.66


EIN: 046076039            LIBERTY LIFE ASSURANCE CO
                          100 LIBERTY WAY
                          DOVER                NH  03820-4597
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0017  DA        K   SHAW          10990.72   8026-FJ-03367   00818  V
                 WAGE TOTAL       10990.72
EIN: 941196203  DIGNITY HEALTH
0017  DF        K   SHAW           2018.77   8032-HH-54338   00818  V
 DEFERRED COMP 403(B) TOTAL        2018.77


EIN: 046076039  LIBERTY LIFE ASSURANCE CO
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0018  DA        K   SHAW          65944.32   9031-DF-72854   00819  V
                 WAGE TOTAL       65944.32


  19 NONE


REMARKS
 CLAIMS ACTIVITY--SEE MBR
```

| | | | | | |
|---|---|---|---|---|---|
| **SEQY** | **DTE:** 02/20/19 | **AN:** | **DOC:** X49 | **UNIT:** ESEQY | |
| **MEF** | **QN:** | **NA:** K D SHAW | **DB:** | **SX:** F | **AK:** KENNED |

**EXHIBIT NO. 6D**
**PAGE: 1 OF 1**

**SUMMARY FICA EARNINGS FOR YEARS REQUESTED**

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1983 | 1078.71 | 1992 | 28102.48 | 2001 | 38523.79 | 2010 | 86286.08 |
| 1984 | 1095.06 | 1993 | 29364.46 | 2002 | 56077.66 | 2011 | 81421.20 |
| 1985 | 700.23 | 1994 | 28683.31 | 2003 | 59679.14 | 2012 | 97632.52 |
| 1986 | 4288.22 | 1995 | 24241.96 | 2004 | 44822.43 | 2013 | 104290.35 |
| 1987 | 679.34 | 1996 | 21887.66 | 2005 | 58305.52 | 2014 | 91637.32 |
| 1988 | 1504.23 | 1997 | 19334.21 | 2006 | 73817.46 | 2015 | 89719.72 |
| 1989 | 7129.25 | 1998 | 32696.74 | 2007 | 92754.78 | 2016 | 70524.25 |
| 1990 | 18369.53 | 1999 | 33725.72 | 2008 | 77667.37 | 2017 | 46447.07 |
| 1991 | 20265.50 | 2000 | 32369.71 | 2009 | 27636.96 | | |

**SUMMARY MQGE EARNINGS FOR YEARS REQUESTED**

NO MQGE EARNINGS FOR YEARS REQUESTED

**REMARKS**

CLAIMS ACTIVITY--SEE MBR

UNEMPLOYMENT INSURANCE Date: 02/20/2019

**EXHIBIT NO. 8D**
**PAGE: 1 OF 1**

NO UNEMPLOYMENT REPORT.

NEW HIRE INFORMATION Date: 02/20/2019

NO NEW HIRE REPORT.

WAGE INFORMATION Date: 02/20/2019 SSN: 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

| | | | |
|---|---|---|---|
| **QUARTER PAID:** | 4TH/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $275 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2018-03-19 |
| **QUARTER PAID:** | 3RD/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $9367 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-12-27 |
| **QUARTER PAID:** | 2ND/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $17270 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-09-19 |
| **QUARTER PAID:** | 1ST/2017 | | |
| **NAME (F,MI,L):** | KIMBERLY SHAW | **NAME/SSN VERIFIED:** | Y |
| **WAGES PAID:** | $19535 | **EIN:** | 941196203 |
| **EMPLOYER:** | DIGNITY HEALTH | | |
| **EMPLOYER ADDRESS:** | 3033 N 3RD AVE | | |
| **CITY ST ZIP:** | PHOENIX, AZ 85013-4447 | | |
| **REPORTED BY:** | AZ | **REPORT PROCESSED:** | 2017-06-21 |

EXHIBIT NO. 9D
PAGE: 1 OF 2

```
NH NAME    KIMBERLY       D SHAW                      SN:              PG 001+
INPUT      02/20/19                            DO:X49 UNIT:EZTOOL DERO MOD:05
RUN DATE   02/20/19  V:08/31/18
CONTROL

EVENT      ICERS EARNINGS RECORD
TID        CERTIFIED EARNINGS RECORD
ALERTS     NH HAS 28 YOC'S FOR NONCOVERED PENSION PIA
           PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS
           POSSIBLE DUPLICATES 1986
           POSSIBLE INCOMPLETES 1985 1987 2009 2017
           NH HAS 28 DIS EX YOC'S FOR NONCOVERED PENSION PIA
INFORMTNL  DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET
           DISABILITY EXCLUSION FULLY INSURED STATUS MET
           DISABLED NH IS FULLY INSURED RIB
           DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET
           DISABILITY EXCLUSION 20/40 INSURED TEST MET
           PRIOR CLAIM STATUS - A
ID INFO    REQ NAME:SHAW     REQ SEX:F   REQ DATE OF BIRTH:(
DATES      FILING DATE:10/28/17        DATE OF ONSET:08/18/2017
DIB INPUT  MBR/INPUT DATA
           ONSET:08/18/2017  DENTAL/DISALLOWANCE:J1
INS STAT   DISABILITY:  EXCL REQ QC:28  EXCL HAS:040
           NON-EXCL REQ QC:28  NON-EXCL HAS:040   DIS DLI:12/22
           OTHER:  FIRST INSURED:07/12
TOT COV    SSA QC
            1937 THRU 1950 QC:  0
            WAGE QC AFTER 1946: 129   WAGE QC AFTER 1950: 129
            SE QC:NONE   AG QC:NONE
TOT EARN   SSA
            TOT AFTER 1936:       1502759.94
            TOT AFTER 1950:       1502759.94
```

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35700 | 370 | 83 | CCNN | 1078.71 | | 3404.66 | | | | | |
| 37800 | 390 | 84 | CCNN | 1095.06 | | 3264.37 | | | | | |
| 39600 | 410 | 85 | CNNN | 700.23 | | 2002.09 | | | | | |
| 42000 | 440 | 86 | CCCC | 4288.22 | | 11907.38 | | | | | |
| 43800 | 460 | 87 | CNNN | 679.34 | | 1773.28 | | | | | |
| 45000 | 470 | 88 | CCCN | 1504.23 | | 3742.18 | | | | | |
| 48000 | 500 | 89 | CCCC | 7129.25 | | 17060.44 | | | | | |
| 51300 | 520 | 90 | CCCC | 18369.53 | | 42017.79 | | | | | |
| 53400 | 540 | 91 | CCCC | 20265.50 | | 44689.19 | | | | Y | |
| 55500 | 570 | 92 | CCCC | 28102.48 | H | 58934.64 | | | | Y | |
| 57600 | 590 | 93 | CCCC | 29364.46 | H | 61056.09 | | | | | |
| 60600 | 620 | 94 | CCCC | 28683.31 | H | 58080.96 | | | | | |
| 61200 | 630 | 95 | CCCC | 24241.96 | L | 47195.87 | | | | | |
| 62700 | 640 | 96 | CCCC | 21887.66 | | 40625.55 | | | | | |

```
NH NAME    KIMBERLY       D SHAW                      SN:              PG 002
INPUT      02/20/19                            DO:X49 UNIT:EZTOOL DERO MOD:05
```

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65400 | 670 | 97 | CCCC | 19334.21 | | 33907.57 | | | | | |
| 68400 | 700 | 98 | CCCC | 32696.74 | H | 54490.30 | | | | | |
| 72600 | 740 | 99 | CCCC | 33725.72 | H | 53238.25 | | | | | |
| 76200 | 780 | 00 | CCCC | 32369.71 | H | 48420.07 | | | | | |
| 80400 | 830 | 01 | CCCC | 38523.79 | H | 56282.91 | | | | | |
| 84900 | 870 | 02 | CCCC | 56077.66 | H | 81115.46 | | | | | |
| 87000 | 890 | 03 | CCCC | 59679.14 | H | 84265.05 | | | | | |
| 87900 | 900 | 04 | CCCC | 44822.43 | H | 60476.44 | | | | | |
| 90000 | 920 | 05 | CCCC | 58305.52 | H | 75891.54 | | | | | |
| 94200 | 970 | 06 | CCCC | 73817.46 | H | 91860.00 | | | | | |
| 97500 | 1000 | 07 | CCCC | 92754.78 | H | 110415.17 | | | | | |
| 102000 | 1050 | 08 | CCCC | 77667.37 | H | 90376.12 | | | | | |
| 106800 | 1090 | 09 | CCCC | 27636.96 | | 32651.62 | | | | | |
| | 1120 | 10 | CCCC | 86286.08 | H | 99588.69 | | | | | |
| | 1120 | 11 | CCCC | 81421.20 | H | 91118.75 | | | | | |

```
110100 1130 12 CCCC    97632.52  H    105952.47
113700 1160 13 CCCC   104290.35  H    111749.36
117000 1200 14 CCCC    91637.32  H     94825.42                          Y
118500 1220 15 CCCC    89719.72  H     89719.72
       1260 16 CCCC    70524.25  H     70524.25
127200 1300 17 CCCC    46447.07  L     46447.07
128400 1320 18 NNNN
132900 1360 19 NNNN
  COMP DATA  DI  - COMP TYPE:NS 78 DIS EX                   AIME: $6311.00
              EFF DATE:02/18  PIA:$2414.30  PIFC:L  FAM MAX: $3621.50
              EFF DATE:12/18  PIA:$2481.90  PIFC:L  FAM MAX: $3722.90
              START BASE YEAR/START DATE:1951   LAST BASE YEAR/CLOSE DATE:2017
              DIVIDEND:$1742024.60   DM:276  DOY:5  YOC:    I/Y:    ELG YR:2017
             TRIAL COMPUTATIONS: NS 78 $2481.90   SP MIN  $785.10
```

**EXHIBIT NO. 9D**
**PAGE: 2 OF 2**

**Refer to:** Kimberly Dawn Shaw **SSN:** 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
Page 1 of 26

# WHAT
## Work History Assistant Tool

**SSN:** **Name:K D SHAW** **DOB:** **Sex:F** **AKA:KENNED** **Yrs:2004-2019**
**Unit:WHAT**

| Year ↓ | Show All Addresses  Show All Details |
|---|---|
| Year | |
| 2018 | |
| | 2018 Detail Non-Covered Earnings |
| | EIN: 046076039 |
| | Employer: LIBERTY LIFE ASSURANCE CO  Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,944.32 |
| 2017 | |
| | 2017 Detail Non-Covered Earnings |
| | EIN: 046076039 |
| | Employer: LIBERTY LIFE ASSURANCE CO  Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 10,990.72 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH  Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,018.77 |
| | 2017 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 46,447.07 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH  Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 46,447.07 |
| | OASDI Employer Total: $ 46,447.07 |
| 2016 | |
| | 2016 Detail Non-Covered Earnings |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH  Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,520.66 |
| | 2016 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 70,524.25 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH  Show Address |
| | **Earnings Totals:** Show Details |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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


| | |
|---|---|
| | Wage Total: $ 70,524.25 |
| | OASDI Employer Total: $ 70,524.25 |
| 2015 | |
| | 2015 Detail Non-Covered Earnings |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,615.03 |
| | 2015 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 89,719.72 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 89,719.72 |
| | OASDI Employer Total: $ 89,719.72 |
| 2014 | |
| | 2014 Detail Non-Covered Earnings |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 647.16 |
| | 2014 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 91,637.32 |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,589.92 |
| | OASDI Employer Total: $ 65,589.92 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 25,245.40 |
| | OASDI Employer Total: $ 25,245.40 |
| | Self-employment |
| | **Earnings Totals:** Show Details |
| | OASDI Self-employment Total: $ 802.00 |
| 2013 | |
| | 2013 Detail Non-Covered Earnings |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,538.44 |
| | 2013 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 104,290.35 |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |



See Next Page

| | |
|---|---|
| | |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 104,290.35 |
| | OASDI Employer Total: $ 104,290.35 |
| 2012 | |
| | 2012 Detail Non-Covered Earnings |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 5,653.86 |
| | 2012 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 97,632.52 |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 97,632.52 |
| | OASDI Employer Total: $ 97,632.52 |
| 2011 | |
| | 2011 Detail Non-Covered Earnings |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,055.79 |
| | 2011 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 81,421.20 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 81,421.20 |
| | OASDI Employer Total: $ 81,421.20 |
| 2010 | |
| | 2010 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 86,286.08 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 86,286.08 |
| | OASDI Employer Total: $ 86,286.08 |
| 2009 | |
| | 2009 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 27,636.96 |
| | EIN: 203086062 |
| | Employer: SEATTLE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 1,395.00 |
| | OASDI Employer Total: $ 1,395.00 |



See Next Page

| | |
|---|---|
| | EIN: 910637400 |
| | Employer: UW MEDICINE NORTHWEST Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 11,221.67 |
| | OASDI Employer Total: $ 11,221.67 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 14,460.29 |
| | OASDI Employer Total: $ 14,460.29 |
| | EIN: 943404679 |
| | Employer: ROMEO A AGABON Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 560.00 |
| | OASDI Employer Total: $ 560.00 |
| 2008 | |
| | 2008 Detail Non-Covered Earnings |
| | EIN: 910568303 |
| | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,522.51 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 636.01 |
| | 2008 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 77,667.37 |
| | EIN: 203086062 |
| | Employer: SEATTLE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 742.50 |
| | OASDI Employer Total: $ 742.50 |
| | EIN: 910568303 |
| | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 53,615.64 |
| | OASDI Employer Total: $ 53,615.64 |
| | EIN: 910637400 |
| | Employer: UW MEDICINE NORTHWEST Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 14,713.10 |
| | OASDI Employer Total: $ 14,713.10 |
| | EIN: 910652651 |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 8,596.13 |
| | OASDI Employer Total: $ 8,596.13 |
| 2007 | |
| | 2007 Detail Non-Covered Earnings |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 6,129.14 |
| | 2007 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 92,754.78 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 92,754.78 |
| | OASDI Employer Total: $ 92,754.78 |
| 2006 | |
| | 2006 Detail Non-Covered Earnings |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,129.08 |
| | 2006 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 73,817.46 |
| | EIN: 204069782 |
| | Employer: AMN ALLIED SERVICES LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 20,012.47 |
| | OASDI Employer Total: $ 20,012.47 |
| | EIN: 320088110 |
| | Employer: BELLEVUE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 640.00 |
| | OASDI Employer Total: $ 640.00 |
| | EIN: 650693249 |
| | Employer: OASIS OUTSOURCING II INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 3,532.30 |
| | OASDI Employer Total: $ 3,532.30 |
| | EIN: 760738370 |
| | Employer: RN DEMAND INC Show Address |
| | **Earnings Totals:** Show Details |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| | Wage Total: $ 18,392.61 |
| | OASDI Employer Total: $ 18,392.61 |
| | **EIN: 910652651** |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 31,240.08 |
| | OASDI Employer Total: $ 31,240.08 |
| 2005 | |
| | 2005 Detail Non-Covered Earnings |
| | **EIN: 611273583** |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 1,430.78 |
| | 2005 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 58,305.52 |
| | **EIN: 593574162** |
| | Employer: ADVANTECH SOLUTIONS PAYROLL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 19,941.00 |
| | OASDI Employer Total: $ 19,941.00 |
| | **EIN: 611273583** |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 38,364.52 |
| | OASDI Employer Total: $ 38,364.52 |
| 2004 | |
| | 2004 Detail Non-Covered Earnings |
| | **EIN: 611273583** |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 921.87 |
| | 2004 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 44,822.43 |
| | **EIN: 611273583** |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 44,822.43 |
| | OASDI Employer Total: $ 44,822.43 |
| Year ↑ | Show All Addresses Show All Details |
| Year | |
| 2004 | |
| | 2004 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 44,822.43 |
| | **EIN: 611273583** |
| | Employer: CHC PAYROLL AGENT INC Show Address |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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


| | |
|---|---|
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 44,822.43 |
| | OASDI Employer Total: $ 44,822.43 |
| | 2004 Detail Non-Covered Earnings |
| | EIN: 611273583 |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 921.87 |
| 2005 | |
| | 2005 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 58,305.52 |
| | EIN: 593574162 |
| | Employer: ADVANTECH SOLUTIONS PAYROLL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 19,941.00 |
| | OASDI Employer Total: $ 19,941.00 |
| | EIN: 611273583 |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 38,364.52 |
| | OASDI Employer Total: $ 38,364.52 |
| | 2005 Detail Non-Covered Earnings |
| | EIN: 611273583 |
| | Employer: CHC PAYROLL AGENT INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 1,430.78 |
| 2006 | |
| | 2006 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 73,817.46 |
| | EIN: 204069782 |
| | Employer: AMN ALLIED SERVICES LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 20,012.47 |
| | OASDI Employer Total: $ 20,012.47 |
| | EIN: 320088110 |
| | Employer: BELLEVUE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 640.00 |
| | OASDI Employer Total: $ 640.00 |
| | EIN: 650693249 |
| | Employer: OASIS OUTSOURCING II INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 3,532.30 |
| | OASDI Employer Total: $ 3,532.30 |



See Next Page

| | |
|---|---|
| | EIN: 760738370 |
| | Employer: RN DEMAND INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 18,392.61 |
| | OASDI Employer Total: $ 18,392.61 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 31,240.08 |
| | OASDI Employer Total: $ 31,240.08 |
| | 2006 Detail Non-Covered Earnings |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,129.08 |
| 2007 | |
| | 2007 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 92,754.78 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 92,754.78 |
| | OASDI Employer Total: $ 92,754.78 |
| | 2007 Detail Non-Covered Earnings |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 6,129.14 |
| 2008 | |
| | 2008 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 77,667.37 |
| | EIN: 203086062 |
| | Employer: SEATTLE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 742.50 |
| | OASDI Employer Total: $ 742.50 |
| | EIN: 910568303 |
| | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 53,615.64 |
| | OASDI Employer Total: $ 53,615.64 |
| | EIN: 910637400 |
| | Employer: UW MEDICINE NORTHWEST Show Address |
| | **Earnings Totals:** Show Details |

| | |
|---|---|
| | |
| | Wage Total: $ 14,713.10 |
| | OASDI Employer Total: $ 14,713.10 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 8,596.13 |
| | OASDI Employer Total: $ 8,596.13 |
| | 2008 Detail Non-Covered Earnings |
| | EIN: 910568303 |
| | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,522.51 |
| | EIN: 910652651 |
| | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 636.01 |
| 2009 | |
| | 2009 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 27,636.96 |
| | EIN: 203086062 |
| | Employer: SEATTLE HEART AND VASCULAR CENTER Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 1,395.00 |
| | OASDI Employer Total: $ 1,395.00 |
| | EIN: 910637400 |
| | Employer: UW MEDICINE NORTHWEST Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 11,221.67 |
| | OASDI Employer Total: $ 11,221.67 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 14,460.29 |
| | OASDI Employer Total: $ 14,460.29 |
| | EIN: 943404679 |
| | Employer: ROMEO A AGABON Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 560.00 |
| | OASDI Employer Total: $ 560.00 |
| 2010 | |
| | 2010 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 86,286.08 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |



See Next Page

| | |
|---|---|
| | |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 86,286.08 |
| | OASDI Employer Total: $ 86,286.08 |
| 2011 | |
| | 2011 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 81,421.20 |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 81,421.20 |
| | OASDI Employer Total: $ 81,421.20 |
| | 2011 Detail Non-Covered Earnings |
| | EIN: 941156295 |
| | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,055.79 |
| 2012 | |
| | 2012 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 97,632.52 |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 97,632.52 |
| | OASDI Employer Total: $ 97,632.52 |
| | 2012 Detail Non-Covered Earnings |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 5,653.86 |
| 2013 | |
| | 2013 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 104,290.35 |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 104,290.35 |
| | OASDI Employer Total: $ 104,290.35 |
| | 2013 Detail Non-Covered Earnings |
| | EIN: 610458376 |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,538.44 |
| 2014 | |
| | 2014 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 91,637.32 |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| | **EIN: 610458376** |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,589.92 |
| | OASDI Employer Total: $ 65,589.92 |
| | **EIN: 941196203** |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 25,245.40 |
| | OASDI Employer Total: $ 25,245.40 |
| | **Self-employment** |
| | **Earnings Totals:** Show Details |
| | OASDI Self-employment Total: $ 802.00 |
| | **2014 Detail Non-Covered Earnings** |
| | **EIN: 610458376** |
| | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 647.16 |
| **2015** | |
| | **2015 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 89,719.72** |
| | **EIN: 941196203** |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 89,719.72 |
| | OASDI Employer Total: $ 89,719.72 |
| | **2015 Detail Non-Covered Earnings** |
| | **EIN: 941196203** |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,615.03 |
| **2016** | |
| | **2016 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 70,524.25** |
| | **EIN: 941196203** |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 70,524.25 |
| | OASDI Employer Total: $ 70,524.25 |
| | **2016 Detail Non-Covered Earnings** |
| | **EIN: 941196203** |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,520.66 |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| 2017 | |
| | 2017 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 46,447.07 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 46,447.07 |
| | OASDI Employer Total: $ 46,447.07 |
| | 2017 Detail Non-Covered Earnings |
| | EIN: 046076039 |
| | Employer: LIBERTY LIFE ASSURANCE CO Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 10,990.72 |
| | EIN: 941196203 |
| | Employer: DIGNITY HEALTH Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,018.77 |
| 2018 | |
| | 2018 Detail Non-Covered Earnings |
| | EIN: 046076039 |
| | Employer: LIBERTY LIFE ASSURANCE CO Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,944.32 |

| | |
|---|---|
| | Show All Addresses Show All Details |
| EIN | |
| 000000000 | Self-employment |
| | YEAR: 2014 |
| | 2014 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | OASDI Self-employment Total: $ 802.00 |
| 046076039 | **Employer: LIBERTY LIFE ASSURANCE CO** Show Address |
| | YEAR: 2017 |
| | 2017 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 10,990.72 |
| | YEAR: 2018 |
| | 2018 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,944.32 |
| 203086062 | **Employer: SEATTLE HEART AND VASCULAR CENTER** Show Address |
| | YEAR: 2008 |
| | 2008 Detail Covered FICA Earnings |



See Next Page

| | |
|---|---|
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 742.50 |
| | OASDI Employer Total: $ 742.50 |
| | YEAR: 2009 |
| | 2009 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 1,395.00 |
| | OASDI Employer Total: $ 1,395.00 |
| 204069782 | Employer: AMN ALLIED SERVICES LLC Show Address |
| | YEAR: 2006 |
| | 2006 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 20,012.47 |
| | OASDI Employer Total: $ 20,012.47 |
| 320088110 | Employer: BELLEVUE HEART AND VASCULAR CENTER Show Address |
| | 2006 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 640.00 |
| | OASDI Employer Total: $ 640.00 |
| 593574162 | Employer: ADVANTECH SOLUTIONS PAYROLL Show Address |
| | YEAR: 2005 |
| | 2005 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 19,941.00 |
| | OASDI Employer Total: $ 19,941.00 |
| 610458376 | Employer: PIKEVILLE MEDICAL CENTER INC Show Address |
| | YEAR: 2012 |
| | 2012 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 97,632.52 |
| | OASDI Employer Total: $ 97,632.52 |
| | 2012 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 5,653.86 |
| | YEAR: 2013 |
| | 2013 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 104,290.35 |
| | OASDI Employer Total: $ 104,290.35 |
| | 2013 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,538.44 |
| | YEAR: 2014 |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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


| | |
|---|---|
| | 2014 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 65,589.92 |
| | OASDI Employer Total: $ 65,589.92 |
| | 2014 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 647.16 |
| 611273583 | Employer: CHC PAYROLL AGENT INC Show Address |
| | YEAR: 2004 |
| | 2004 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 44,822.43 |
| | OASDI Employer Total: $ 44,822.43 |
| | 2004 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 921.87 |
| | YEAR: 2005 |
| | 2005 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 38,364.52 |
| | OASDI Employer Total: $ 38,364.52 |
| | 2005 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 1,430.78 |
| 650693249 | Employer: OASIS OUTSOURCING II INC Show Address |
| | YEAR: 2006 |
| | 2006 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 3,532.30 |
| | OASDI Employer Total: $ 3,532.30 |
| 760738370 | Employer: RN DEMAND INC Show Address |
| | 2006 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 18,392.61 |
| | OASDI Employer Total: $ 18,392.61 |
| 910568303 | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address |
| | YEAR: 2008 |
| | 2008 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 53,615.64 |
| | OASDI Employer Total: $ 53,615.64 |
| | 2008 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| | |
| | Deferred Compensation 403(B) Total: $ 2,522.51 |
| 910637400 | **Employer: UW MEDICINE NORTHWEST** Show Address |
| | **2008 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 14,713.10 |
| | OASDI Employer Total: $ 14,713.10 |
| | YEAR: 2009 |
| | **2009 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 11,221.67 |
| | OASDI Employer Total: $ 11,221.67 |
| 910652651 | **Employer: OVERLAKE HOSPITAL MEDICAL CENTER** Show Address |
| | YEAR: 2006 |
| | **2006 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 31,240.08 |
| | OASDI Employer Total: $ 31,240.08 |
| | **2006 Detail Non-Covered Earnings** |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,129.08 |
| | YEAR: 2007 |
| | **2007 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 92,754.78 |
| | OASDI Employer Total: $ 92,754.78 |
| | **2007 Detail Non-Covered Earnings** |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 6,129.14 |
| | YEAR: 2008 |
| | **2008 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 8,596.13 |
| | OASDI Employer Total: $ 8,596.13 |
| | **2008 Detail Non-Covered Earnings** |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 636.01 |
| 941156295 | **Employer: SAINT FRANCIS MEMORIAL HOSPITAL** Show Address |
| | YEAR: 2009 |
| | **2009 Detail Covered FICA Earnings** |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 14,460.29 |
| | OASDI Employer Total: $ 14,460.29 |
| | YEAR: 2010 |

| | |
|---|---|
| | 2010 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 86,286.08 |
| | OASDI Employer Total: $ 86,286.08 |
| | YEAR: 2011 |
| | 2011 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 81,421.20 |
| | OASDI Employer Total: $ 81,421.20 |
| | 2011 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,055.79 |
| 941196203 | Employer: DIGNITY HEALTH Show Address |
| | YEAR: 2014 |
| | 2014 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 25,245.40 |
| | OASDI Employer Total: $ 25,245.40 |
| | YEAR: 2015 |
| | 2015 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 89,719.72 |
| | OASDI Employer Total: $ 89,719.72 |
| | 2015 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 1,615.03 |
| | YEAR: 2016 |
| | 2016 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 70,524.25 |
| | OASDI Employer Total: $ 70,524.25 |
| | 2016 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,520.66 |
| | YEAR: 2017 |
| | 2017 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 46,447.07 |
| | OASDI Employer Total: $ 46,447.07 |
| | 2017 Detail Non-Covered Earnings |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 403(B) Total: $ 2,018.77 |
| 943404679 | Employer: ROMEO A AGABON Show Address |
| | YEAR: 2009 |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| | 2009 Detail Covered FICA Earnings |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 560.00 |
| | OASDI Employer Total: $ 560.00 |

Covered FICA

Non-Covered

Railroad

MEF: NA: K D SHAW DB: 03/1967 SX: F AK: KENNED

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED

| | |
|---|---|
| EIN: 611273583 | CHC PAYROLL AGENT INC |
| | % EMPLOYMENT TAX DEPARTMENT |
| | PO BOX 550 |
| | NASHVILLE TN 37202-0550 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0004 | AA | | K D KENNED | 28713.61 | 28001.77 | 4068-90-10285 | 00805 | V |
| | AA | | K D KENNED | 7739.64 | 7739.64 | 4068-90-28221 | 00805 | V |
| | AA | | K D KENNED | 8369.18 | 9564.04 | 4068-90-19086 | 00805 | V |
| | | | Wage Total | 44822.43 | | | | |
| | | | OASDI Employer Total | 44822.43 | | | | |
| 04 | | | OASDI Yearly Total | 44822.43 | | | | |

| | |
|---|---|
| EIN: 593574162 | ADVANTECH SOLUTIONS PAYROLL |
| | SERVICES INC |
| | 2054 VISTA PKWY STE 300 |
| | WEST PALM BCH FL 33411-6742 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0005 | AA | | K D KENNED | 19941.00 | 19941.00 | 5108-90-85935 | 01406 | V |
| | | | Wage Total | 19941.00 | | | | |
| | | | OASDI Employer Total | 19941.00 | | | | |

| | |
|---|---|
| EIN: 611273583 | CHC PAYROLL AGENT INC |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0005 | AA | | K D KENNED | 38364.52 | 36933.74 | 5093-92-79574 | 01206 | V |
| | | | Wage Total | 38364.52 | | | | |
| | | | OASDI Employer Total | 38364.52 | | | | |
| 05 | | | OASDI Yearly Total | 58305.52 | | | | |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | |
|---|---|
| EIN: 204069782 | AMN ALLIED SERVICES LLC |
| | % MED TRAVELS INC SOLE MBR |
| | 12400 HIGH BLUFF DR |
| | SAN DIEGO CA 92130-3077 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | K D KENNED | 20012.47 | 20012.47 | 6289-85-00848 | 04007 | V |
| | | | Wage Total | 20012.47 | | | | |
| | | | OASDI Employer Total | 20012.47 | | | | |

| | |
|---|---|
| EIN: 320088110 | BELLEVUE HEART AND VASCULAR CENTER |
| | LLC |
| | HYNES JOHN K MEMBER |
| | 2125 112TH AVE NE STE 300 |
| | BELLEVUE WA 98004-2948 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | K D KENNED | 640.00 | 640.00 | 6124-85-22990 | 01707 | V |
| | | | Wage Total | 640.00 | | | | |
| | | | OASDI Employer Total | 640.00 | | | | |

| | |
|---|---|
| EIN: 650693249 | OASIS OUTSOURCING II INC |
| | 2054 VISTA PKWY STE 300 |
| | WEST PALM BCH FL 33411-6759 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | K D KENNED | 3532.30 | 3532.30 | 6087-89-79393 | 01107 | V |
| | | | Wage Total | 3532.30 | | | | |
| | | | OASDI Employer Total | 3532.30 | | | | |

| | |
|---|---|
| EIN: 760738370 | RN DEMAND INC |
| | 5001 STATESMAN DR STE 100 |
| | IRVING TX 75063-2414 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | K D KENNED | 18392.61 | 18392.61 | 6289-85-00785 | 04007 | V |
| | | | Wage Total | 18392.61 | | | | |
| | | | OASDI Employer Total | 18392.61 | | | | |

| | |
|---|---|
| EIN: 910652651 | OVERLAKE HOSPITAL MEDICAL CENTER |
| | % PAYROLL |
| | 1035 116TH AVE NE |
| | BELLEVUE WA 98004-4687 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|



See Next Page

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | K KENNED | 31240.08 | 30111.00 | 6094-87-37361 | 01207 | V |
| | | | Wage Total | 31240.08 | | | | |
| | | | OASDI Employer Total | 31240.08 | | | | |
| 06 | | | OASDI Yearly Total | 73817.46 | | | | |
| EIN: 910652651 | | | OVERLAKE HOSPITAL MEDICAL CENTER | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0007 | AA | | K KENNED | 92754.78 | 86625.64 | 8081-BG-35606 | 01008 | V |
| | | | Wage Total | 92754.78 | | | | |
| | | | OASDI Employer Total | 92754.78 | | | | |
| 07 | | | OASDI Yearly Total | 92754.78 | | | | |
| EIN: 203086062 | | | SEATTLE HEART AND VASCULAR CENTER | | | | | |
| | | | LLC | | | | | |
| | | | BOHREER JAY M MBR | | | | | |
| | | | 1600 E JEFFERSON ST STE 610 | | | | | |
| | | | SEATTLE WA 98122-5649 | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0008 | AA | | K KENNED | 742.50 | 742.50 | 9071-BX-04572 | 00709 | V |
| | | | Wage Total | 742.50 | | | | |
| | | | OASDI Employer Total | 742.50 | | | | |
| EIN: 910568303 | | | PROVIDENCE REGIONAL MEDICAL CENTER | | | | | |
| | | | EVERETT | | | | | |
| | | | 1700 13TH AT | | | | | |
| | | | EVERETT WA 98201-0000 | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0008 | AA | | K D KENNED | 53615.64 | 51093.13 | 9085-AH-39881 | 00909 | V |
| | | | Wage Total | 53615.64 | | | | |
| | | | OASDI Employer Total | 53615.64 | | | | |
| EIN: 910637400 | | | UW MEDICINE NORTHWEST | | | | | |
| | | | 9709 3RD AVE NE STE 507 | | | | | |
| | | | SEATTLE WA 98115-2053 | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0008 | AA | | K D KENNED | 14713.10 | 14713.10 | 9079-BJ-62082 | 00909 | V |
| | | | Wage Total | 14713.10 | | | | |
| | | | OASDI Employer Total | 14713.10 | | | | |
| EIN: 910652651 | | | OVERLAKE HOSPITAL MEDICAL CENTER | | | | | |



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0008 | AA | | K KENNED | 8596.13 | 7960.12 | 9083-CG-77886 | 00909 | V |
| | | | Wage Total | 8596.13 | | | | |
| | | | OASDI Employer Total | 8596.13 | | | | |
| 08 | | | OASDI Yearly Total | 77667.37 | | | | |
| EIN: 203086062 | | | SEATTLE HEART AND VASCULAR CENTER | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0009 | AA | | K KENNED | 1395.00 | 1395.00 | 0063-AV-91238 | 00710 | V |
| | | | Wage Total | 1395.00 | | | | |
| | | | OASDI Employer Total | 1395.00 | | | | |
| EIN: 910637400 | | | UW MEDICINE NORTHWEST | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0009 | AA | | K D KENNED | 11221.67 | 11221.67 | 0060-AP-99729 | 00710 | V |
| | | | Wage Total | 11221.67 | | | | |
| | | | OASDI Employer Total | 11221.67 | | | | |
| EIN: 941156295 | | | SAINT FRANCIS MEMORIAL HOSPITAL | | | | | |
| | | | % LARA HARROW - FINANCE DEPT | | | | | |
| | | | 185 BERRY ST STE 300 | | | | | |
| | | | SAN FRANCISCO CA 94107-1773 | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0009 | AA | | K KENNED | 14460.29 | 14460.29 | 0091-AM-43042 | 01110 | V |
| | | | Wage Total | 14460.29 | | | | |
| | | | OASDI Employer Total | 14460.29 | | | | |
| EIN: 943404679 | | | ROMEO A AGABON | | | | | |
| | | | % ROMEO AGABON | | | | | |
| | | | 626 MARCIE CIR | | | | | |
| | | | S SAN FRAN CA 94080-7221 | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0009 | AA | | K SHAW | 560.00 | 560.00 | 0070-BQ-01334 | 00810 | V |
| | | | Wage Total | 560.00 | | | | |
| | | | OASDI Employer Total | 560.00 | | | | |
| 09 | | | OASDI Yearly Total | 27636.96 | | | | |
| EIN: 941156295 | | | SAINT FRANCIS MEMORIAL HOSPITAL | | | | | |
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL | PR | S |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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


| | | | | | | NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| 0010 | AA | | K KENNED | 86286.08 | 86286.08 | 1094-BA-93893 | 01211 | V |
| | | | Wage Total | 86286.08 | | | | |
| | | | OASDI Employer Total | 86286.08 | | | | |
| 10 | | | OASDI Yearly Total | 86286.08 | | | | |

| EIN: 941156295 | SAINT FRANCIS MEMORIAL HOSPITAL |
|---|---|

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0011 | AA | | K KENNED | 81421.20 | 80365.41 | 2086-BC-09839 | 01112 | V |
| | | | Wage Total | 81421.20 | | | | |
| | | | OASDI Employer Total | 81421.20 | | | | |
| 11 | | | OASDI Yearly Total | 81421.20 | | | | |

| EIN: 610458376 | PIKEVILLE MEDICAL CENTER INC |
|---|---|
| | 911 BYPASS RD |
| | PIKEVILLE KY 41501-1689 |

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0012 | AA | | K D KENNED | 97632.52 | 91978.66 | 3088-BW-27640 | 01213 | V |
| | | | Wage Total | 97632.52 | | | | |
| | | | OASDI Employer Total | 97632.52 | | | | |
| 12 | | | OASDI Yearly Total | 97632.52 | | | | |

| EIN: 610458376 | PIKEVILLE MEDICAL CENTER INC |
|---|---|

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0013 | AA | | K D SHAW | 104290.35 | 101751.91 | 4090-BM-64925 | 00814 | V |
| | | | Wage Total | 104290.35 | | | | |
| | | | OASDI Employer Total | 104290.35 | | | | |
| 13 | | | OASDI Yearly Total | 104290.35 | | | | |

| EIN: 610458376 | PIKEVILLE MEDICAL CENTER INC |
|---|---|

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0014 | AA | | K D SHAW | 65589.92 | 64942.76 | 5092-BK-27865 | 01215 | V |
| | | | Wage Total | 65589.92 | | | | |
| | | | OASDI Employer Total | 65589.92 | | | | |

| EIN: 941196203 | DIGNITY HEALTH |
|---|---|
| | % MARY CONNICK - FINANCE DEPT |
| | 185 BERRY ST STE 300 |
| | SAN FRANCISCO CA 94107-1773 |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0014 | AA | | K SHAW | 25245.40 | 25245.40 | 5086-BZ-73813 | 01215 | V |
| | | | Wage Total | 25245.40 | | | | |
| | | | OASDI Employer Total | 25245.40 | | | | |

| SELF-EMPLOYMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RPYR | REO | SMEM | NAME | EARNINGS | SE NUMBER | CONTROL NUMBER | PR | S |
| SE14 | OI | | K D SHAW | 802.00 | 950400000 | 2114-95-03140 | 01515 | V |
| | | | OASDI Self-employment Total | 802.00 | | | | |
| 14 | | | OASDI Yearly Total | 91637.32 | | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | | |
|---|---|---|---|---|---|---|---|---|
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0015 | AA | | K SHAW | 89719.72 | 88104.69 | 6057-AZ-28649 | 00816 | V |
| | | | Wage Total | 89719.72 | | | | |
| | | | OASDI Employer Total | 89719.72 | | | | |
| 15 | | | OASDI Yearly Total | 89719.72 | | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | | |
|---|---|---|---|---|---|---|---|---|
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0016 | AA | | K SHAW | 70524.25 | 68003.59 | 7024-AF-75428 | 00717 | V |
| | | | Wage Total | 70524.25 | | | | |
| | | | OASDI Employer Total | 70524.25 | | | | |
| 16 | | | OASDI Yearly Total | 70524.25 | | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | | |
|---|---|---|---|---|---|---|---|---|
| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
| 0017 | AA | | K SHAW | 46447.07 | 44428.30 | 8032-HH-54338 | 00818 | V |
| | | | Wage Total | 46447.07 | | | | |
| | | | OASDI Employer Total | 46447.07 | | | | |
| 17 | | | OASDI Yearly Total | 46447.07 | | | | |
| 18 NONE | | | | | | | | |
| 19 NONE | | | | | | | | |

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED



See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| EIN: 611273583 | CHC PAYROLL AGENT INC | | | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0004 | DD | | K D KENNED | 711.84 | 4068-90-10285 | 00805 | V |
| | DD | | K D KENNED | 210.03 | 4068-90-19086 | 00805 | V |
| | | | Deferred Compensation 401(k) Total | 921.87 | | | |
| EIN: 611273583 | CHC PAYROLL AGENT INC | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0005 | DD | | K D KENNED | 1430.78 | 5093-92-79574 | 01206 | V |
| | | | Deferred Compensation 401(k) Total | 1430.78 | | | |
| EIN: 910652651 | OVERLAKE HOSPITAL MEDICAL CENTER | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0006 | DF | | K KENNED | 1129.08 | 6094-87-37361 | 01207 | V |
| | | | Deferred Compensation 403(B) Total | 1129.08 | | | |
| EIN: 910652651 | OVERLAKE HOSPITAL MEDICAL CENTER | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0007 | DF | | K KENNED | 6129.14 | 8081-BG-35606 | 01008 | V |
| | | | Deferred Compensation 403(B) Total | 6129.14 | | | |
| EIN: 910568303 | PROVIDENCE REGIONAL MEDICAL CENTER | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0008 | DF | | K D KENNED | 2522.51 | 9085-AH-39881 | 00909 | V |
| | | | Deferred Compensation 403(B) Total | 2522.51 | | | |
| EIN: 910652651 | OVERLAKE HOSPITAL MEDICAL CENTER | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0008 | DF | | K KENNED | 636.01 | 9083-CG-77886 | 00909 | V |
| | | | Deferred Compensation 403(B) Total | 636.01 | | | |
| 09 NONE | | | | | | | |
| 10 NONE | | | | | | | |
| EIN: 941156295 | SAINT FRANCIS MEMORIAL HOSPITAL | | | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0011 | DF | | K KENNED | 1055.79 | 2086-BC-09839 | 01112 | V |

Form HA-L81 (03-2007)

See Next Page

| | | | | |
|---|---|---|---|---|
| | | | Deferred Compensation 403(B) Total | 1055.79 |

| EIN: 610458376 | | | PIKEVILLE MEDICAL CENTER INC | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0012 | DF | | K D KENNED | 5653.86 | 3088-BW-27640 | 01213 | V |
| | | | Deferred Compensation 403(B) Total | 5653.86 | | | |

| EIN: 610458376 | | | PIKEVILLE MEDICAL CENTER INC | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0013 | DF | | K D SHAW | 2538.44 | 4090-BM-64925 | 00814 | V |
| | | | Deferred Compensation 403(B) Total | 2538.44 | | | |

| EIN: 610458376 | | | PIKEVILLE MEDICAL CENTER INC | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0014 | DF | | K D SHAW | 647.16 | 5092-BK-27865 | 01215 | V |
| | | | Deferred Compensation 403(B) Total | 647.16 | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0015 | DF | | K SHAW | 1615.03 | 6057-AZ-28649 | 00816 | V |
| | | | Deferred Compensation 403(B) Total | 1615.03 | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0016 | DF | | K SHAW | 2520.66 | 7024-AF-75428 | 00717 | V |
| | | | Deferred Compensation 403(B) Total | 2520.66 | | | |

| EIN: 046076039 | | | LIBERTY LIFE ASSURANCE CO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 100 LIBERTY WAY | | | | |
| | | | DOVER NH 03820-4597 | | | | |
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0017 | DA | | K SHAW | 10990.72 | 8026-FJ-03367 | 00818 | V |
| | | | Wage Total | 10990.72 | | | |

| EIN: 941196203 | | | DIGNITY HEALTH | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0017 | DF | | K SHAW | 2018.77 | 8032-HH-54338 | 00818 | V |
| | | | Deferred Compensation 403(B) Total | 2018.77 | | | |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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


| EIN: 046076039 | LIBERTY LIFE ASSURANCE CO | | | | | | |
|---|---|---|---|---|---|---|---|
| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
| 0018 | DA | | K SHAW | 65944.32 | 9031-DF-72854 | 00819 | V |
| | | | Wage Total | 65944.32 | | | |

19 NONE

DETAIL RAILROAD EARNINGS FOR YEARS REQUESTED

NO RR EARNINGS FOR YEARS REQUESTED

REMARKS

CLAIMS ACTIVITY--SEE MBR

| | Show All Addresses | | | |
|---|---|---|---|---|
| EIN | | | | |
| 046076039 | Employer: LIBERTY LIFE ASSURANCE CO Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2018 | $65,944.32 | $ 1180 | $ 1970 |
| | 2017 | $10,990.72 | $ 1170 | $ 1950 |
| 941196203 | Employer: DIGNITY HEALTH Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2017 | $46,447.07 | $ 1170 | $ 1950 |
| | 2016 | $70,524.25 | $ 1130 | $ 1820 |
| | 2015 | $89,719.72 | $ 1090 | $ 1820 |
| | 2014 | $25,245.40 | $ 1070 | $ 1800 |
| 610458376 | Employer: PIKEVILLE MEDICAL CENTER INC Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2014 | $65,589.92 | $ 1070 | $ 1800 |
| | 2013 | $104,290.35 | $ 1040 | $ 1740 |
| | 2012 | $97,632.52 | $ 1010 | $ 1690 |
| 000000000 | Self-employment (For SGA criteria, see DI 10510.010) | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2014 | $802.00 | $ 1070 | $ 1800 |
| 941156295 | Employer: SAINT FRANCIS MEMORIAL HOSPITAL Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2011 | $81,421.20 | $ 1000 | $ 1640 |
| | 2010 | $86,286.08 | $ 1000 | $ 1640 |
| | 2009 | $14,460.29 | $ 980 | $ 1640 |
| 203086062 | Employer: SEATTLE HEART AND VASCULAR CENTER Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2009 | $1,395.00 | $ 980 | $ 1640 |
| | 2008 | $742.50 (Under monthly SGA amount) | $ 940 | $ 1570 |
| 910637400 | Employer: UW MEDICINE NORTHWEST Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2009 | $11,221.67 | $ 980 | $ 1640 |
| | 2008 | $14,713.10 | $ 940 | $ 1570 |

Form HA-L81 (03-2007)

See Next Page

**Refer to:** Kimberly Dawn Shaw **SSN:** 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



| | | | | |
|---|---|---|---|---|
| 943404679 | Employer: ROMEO A AGABON Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2009 | $560.00 (Under monthly SGA amount) | $ 980 | $ 1640 |
| 910568303 | Employer: PROVIDENCE REGIONAL MEDICAL CENTER Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2008 | $53,615.64 | $ 940 | $ 1570 |
| 910652651 | Employer: OVERLAKE HOSPITAL MEDICAL CENTER Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2008 | $8,596.13 | $ 940 | $ 1570 |
| | 2007 | $92,754.78 | $ 900 | $ 1500 |
| | 2006 | $31,240.08 | $ 860 | $ 1450 |
| 204069782 | Employer: AMN ALLIED SERVICES LLC Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2006 | $20,012.47 | $ 860 | $ 1450 |
| 320088110 | Employer: BELLEVUE HEART AND VASCULAR CENTER Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2006 | $640.00 (Under monthly SGA amount) | $ 860 | $ 1450 |
| 650693249 | Employer: OASIS OUTSOURCING II INC Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2006 | $3,532.30 | $ 860 | $ 1450 |
| 760738370 | Employer: RN DEMAND INC Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2006 | $18,392.61 | $ 860 | $ 1450 |
| 593574162 | Employer: ADVANTECH SOLUTIONS PAYROLL Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2005 | $19,941.00 | $ 830 | $ 1380 |
| 611273583 | Employer: CHC PAYROLL AGENT INC Show Address | | | |
| | Year | Amount | Monthly SGA Amount | Monthly Blind SGA Amount |
| | 2005 | $38,364.52 | $ 830 | $ 1380 |
| | 2004 | $44,822.43 | $ 810 | $ 1350 |

| Multiple SSNs |
|---|
| No Multiple SSNs present |
| **Railroad Earnings** |
| NO RR EARNINGS FOR YEARS REQUESTED |
| **Remarks** |
| CLAIMS ACTIVITY--SEE MBR |

Version 2.7

SOCIAL SECURITY ADMINISTRATION

**Re:**
Kimberly Dawn Shaw

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 200
1232 PREMIER DRIVE
CHATTANOOGA, TN 37421-4151
Tel: 877-833-2721
Fax: 423-855-6407

February 28, 2019

Kimberly Dawn Shaw

**NOTICE OF HEARING – IMPORTANT REMINDER**

We recently mailed you a Notice stating the time and place of the hearing you requested. If you do not plan to come to your hearing, please call the number listed above and tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Thursday **Date:** March 14, 2019 **Time:** 08:30 AM Eastern (ET)

**Room:** 4 **Address:** 1232 PREMIER DR
SUITE 200
HEARING ROOM 4
CHATTANOOGA, TN 37421

If you do not appear at this hearing, and do not provide a good reason why you did not appear, the administrative law judge (ALJ) will **dismiss** your request for hearing without further notice. If the ALJ dismisses your request for hearing, the prior decision will become the final decision of the Commissioner on your application.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Form HA-L503 (08-2017)

See Next Page

Claimant

cc: Beth Matter
300 Allsup Place
Belleville, IL 62223

SOCIAL SECURITY ADMINISTRATION

**Re:**
Kimberly Dawn Shaw

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 200
1232 PREMIER DRIVE
CHATTANOOGA, TN 37421-4151
Tel: 877-833-2721
Fax: 423-855-6407

February 28, 2019

Kimberly Dawn Shaw

**NOTICE OF HEARING – IMPORTANT REMINDER**

We recently mailed you a Notice stating the time and place of the hearing you requested. If you do not plan to come to your hearing, please call the number listed above and tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Thursday **Date:** March 14, 2019 **Time:** 08:30 AM Eastern (ET)

**Room:** 4 **Address:** 1232 PREMIER DR
SUITE 200
HEARING ROOM 4
CHATTANOOGA, TN 37421

If you do not appear at this hearing, and do not provide a good reason why you did not appear, the administrative law judge (ALJ) will **dismiss** your request for hearing without further notice. If the ALJ dismisses your request for hearing, the prior decision will become the final decision of the Commissioner on your application.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Form HA-L503 (08-2017)

See Next Page

Enclosures:
Form HA-L32 (Electronic Disability Claims Processing Insert)
Barcode Sheet

cc: Beth Matter
300 Allsup Place
Belleville, IL 62223

**Electronic Disability Claims Processing**

Social Security is changing from a paper to an electronic disability claims process in order to improve the quality and timeliness of our decisions. Your client's disability claim file is being processed electronically. Your claimant's rights under the Social Security Act remain the same.

Your client's case is available to be viewed electronically using the Appointed Representative Services (ARS). If you do not already have access to ARS, please contact your local hearing office to initiate the registration process. Once you have access, your client's case will be viewable at https://secure.ssa.gov/acu/LoginWeb/.

NOTE: If you are requesting direct payment of the authorized fee, you must access your clients' files electronically using ARS.

Additional evidence should be submitted within the timeframes for the submission of evidence discussed in the notice. **The preferred way to submit evidence to the electronic folder is by using one of the following three methods:**

- **Send the evidence using the Eletronic Records Express (ERE) website. If you have not registered to use the ERE website, contact your local hearing office.**
- **Fax the evidence using this fax number -- (877)470-5099. Remember that the enclosed barcode must be the first page for each document being faxed.**
- **Send the evidence to the contract scanner listed below. The barcode must be the first page of each document. DO NOT SEND ORIGINAL DOCUMENTS. DOCUMENTS ARE NOT RETURNED.**

  **CHATTANOOGA, TN OHO**

  **P. O. BOX 8861**

  **LONDON, KY 40742-8861**

**You may also send the evidence by mail or deliver it to the hearing office but there may be a delay in associating the evidence with the electronic file.**

**NOTE:** The attached barcode pertains to your client's disability claim file only. Please keep the original barcode sheet for submitting all documents on this case. Bar codes may be used more than once when faxing evidence into the electronic file.

INSERT THIS END FIRST

**Please include this barcode cover sheet as the first page of each set of documents returned.**

**Fax the evidence to this fax number:**

**877-470-5099**

RQID:00000000000000000251457342 SITE:X49 DR:S
SSN: DOCTYPE:5032 RF:D CS:168a

**Claimant: Kimberly Dawn Shaw**

**SSN:**



# Shaw, Kim

51 Y old Female, DOB:
Account Number:

Home:
**Guarantor:** Shaw, Kim **Insurance:** BCBSTN PI NETWORK S
**Appointment Facility:** 346311DCS DIAGNOSTIC CTR SOUTHSIDE
**Emergency Contact:** Shaw, Jaimie, Relation:Spouse/rx, Address
Home:
**Advance Directive:** NAD(12/28/2017)

**07/13/2018** **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

## Current Medications

Taking
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider

## Reason for Appointment

1. 6mos

## Assessments

1. Fibromyalgia - M79.7 (Primary)
2. Polyarthropathy - M13.0
3. Epstein Barr virus infection - B27.90, High IgG 2018
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Depression with anxiety - F41.8
6. Encounter for long-term (current) use of other medications - Z79.899

## Treatment

### 1. Fibromyalgia

Continue Tizanidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day, Notes: Verbal order per provider
Continue Gabapentin Capsule, 300 MG, 2 to 3 tablets, Orally, TID as needed, Notes: Verbal order per provider
Stop Tramadol HCl Tablet, 50 MG, 2 tablet as needed, Orally, BID prn for pain, 30 day(s), 120, Notes: Written Order Per Provider
Start Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day, 30 day(s), 120 Tablet, Refills 2
Notes: she is holding her own but unable to work. she brought in disability papers to dc her loans... she cant focus and has mod to severe pain. Dr Craig confirmed fibromyalga. cont meds. note the increase per Dr Craig. CSMD ckd CPMC done. will fu 3m on CS.

### 2. Polyarthropathy

Notes: she is holding her own on the paiin meds...

### 3. Epstein Barr virus infection

Notes: she will focus on yoga and low fat diet.

### 4. Moderate persistent asthma with status asthmaticus

Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

- Tramadol HCl 50 MG Tablet 2 tablet as needed Orally BID prn for pain, Notes: Verbal order per provider
**Discontinued**
- B Complex - Capsule Orally BID
- Ashwagandha 500 MG Capsule Orally BID
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

### Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s).
no children.

### Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

### Allergies

Xolair: anaphylaxis - Allergy

### Review of Systems

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue.
Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, postnasal drainage, Throat:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations. Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in

Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider
Notes: stable. on meds but she is changing to Dr Czarnecki.

**5. Depression with anxiety**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: she is still having issues.

**6. Encounter for long-term (current) use of other medications**
Notes: stable sxs and prev lab. reck 3m .

**7. Others**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, 90 day(s), 90 Tablet, Refills 2, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, Notes: Verbal order per provider

### Follow Up

3mMaggie.6mckup,me

### History of Present Illness

Patient History:
Here ck on CS 3m ov with asthma fibromyalgia and polyarthropathy with chronic EBV. Fatigue continues. her partner here wiht her. she is on ultram and gabapentin for pain 10/10 and it does mild to mod improve on tx but still some really bad days w the fibro. on tx. no daytime excessive sedation on meds.. she has no sob or cough. fibro pains mod most days. no falls. csmd ckd cpmc done. she is on disability and Dr Craig has done rhoe lab and confirmed that she has fibromyalgia and now on gabapentin higher dose with incr zanaflex. no jt swelling or rash... she is gettign massages and trying to do yoga... she walked 2 blocks 3 weeks ago and ended up in bed for 3 weeks bc of widespread pain. she has been on the cymbalta 60mg and

stool, trouble swallowing, change in bowel pattern.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm pains/aches, occ joint pain, general weakness, Positive for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, depression, anxiety, focus problems.

it helps the stress issues some and poss helps with the pain.
She cant work and cant focus well bc of the pain. she is on disability.

**Vital Signs**
Ht 68 in, Wt 202 lbs, BMI 30.71, Weight Change 9.8 lb, BP 118/64, HR 68, Respiratory Rate 16.

**Examination**
General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, no rash.
HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally
Nasal passageways are red.
Neck: supple, no mass, trachea midline, no thyroid abnormality.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.
Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, mildly-tenderon L side, mildly distended, bowel sounds are normal,no rebound or guarding.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, sl tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect , insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

Chal A. Crump

**Electronically signed by CHARLES CRUMP , MD on 07/17/2018 at 05:43 AM CDT**

**Sign off status: Completed**

346311DCS DIAGNOSTIC CTR SOUTHSIDE
1700 BROAD ST
STE 140
CHATTANOOGA, TN 374081834
Tel: 423-698-2435
Fax: 423-697-6110

**Patient: Shaw, Kim DOB: Progress Note: Charles A. Crump, MD 07/13/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Shaw, Kim

51 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORKS

Appointment Facility: 346311 DCS DIAGNOSTIC CTR SOUTHSIDE

03/28/2018 PROGRESS NOTE: MAGDALENA SANTOS, NP-C

## Reason for Appointment

1. 3mos cs

## History of Present Illness

Patient History:

51y/o female present for three-month follow-up. Pt informed me she is filing the paperwork for disability. Patient has polyarthropathy had labs done, results were normal, was referred to Dr. Braggs has an appointment for 7/19/2018 but is wanting to be referred instead to Dr. William Craig, she believes that she can get a sooner appt w him. Patient has fibromyalgia and fatigue, is currently on tramadol, reports her pain level daily is 5/10 on pain scale but can climb up to 7/10 when performing daily activities, pain at its worst can be 9/10. She states she found a rx of tramadol that she had in CA and has been taking up to 100mg of tramadol bid when pain is at its worst. Pt is wanting her rx for tramadol to be increased to allow her the ability take 100mg bid when needed. She feels that fibromyalgia pain has reduced her quality of life. She reports that when the weather changes her fibromyalgia feels worse even at times interfering with her ability to change her own clothes. Due to the effects of the pain she experiences from fibromyalgia patient does suffer from depression but has improved symptoms on Cymbalta, denies any suicidal ideation. Patient has persistent asthma related issues was referred to Dr. Mull-pulmonologist saw him 1/2018. No cp or sob. No n/v/d. No unexplained weight changes or night sweats. No gib or urinary symptoms.

## Current Medications

Taking

- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- B Complex - Capsule Orally BID
- Ashwagandha 500 MG Capsule Orally BID

Not-Taking

- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Medication List reviewed and reconciled with the patient

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Allergies**
Xolair: anaphylaxis: Allergy

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma.** Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Positive for: diarrhea constipation. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Positive for: back pain joint pain muscle pain. Neurology: Positive for: headaches, dizziness. Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus.**

**Vital Signs**
Ht 68 in, Wt 192.2 lbs, BMI 29.22, Weight Change -4.8 lb, BP 124/78, HR 67, Oxygen sat % 98.

**Examination**
General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar area..
HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear, tympanic membranes normal bilaterally Nasal passageways are red.
Neck: supple, no mass, trachea midline, no thyroid abnormality.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect, insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Assessments**
1. Fibromyalgia - M79.7 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Epstein Barr virus infection - B27.90
7. Fatigue - R53.83

Fax: 423-697-6110

**Patient: Shaw, Kim DOB: Progress Note: MAGDALENA SANTOS, NP-C 03/28/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Shaw, Kim

50 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO
NETWORK S Payer ID: SB890
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

**02/15/2018** **PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**

- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider

**Not-Taking**

- Hydrocodone-Acetaminophen 7.5-325

## Reason for Appointment

1. Needs form filled out
2. Med refill

## History of Present Illness

Patient History:

Pt has been referred to PULM and RHEUM for eval/txmt. Her mother Terry McClendon is present w/ her today. Pt was respiratory therapist and pulmonary rehab coordinator for about 30yrs. She is on long term disability for fibromyalgia/chronic fatigue syndrome/severe OSA/ severe asthma. She has seen PULM-appmt went and RHEUM appmt is in July 2018. She is walking w/ a cane and if she has to walk more than a 200 ft then she will need a wheel chair. She can stand and "do simple something for 5-10mins" then will have to sit down due to pain-hip flexors and thighs bilaterally and fatigue. On her worst days-she states that she has shoulder/trap pain and has decreased concentration-difficult to read and then remember what she has just read. + anxiety and dpn-she is taking Cymbalta 60mg/day-helping w/ dpn but varies on how she feels. Denies physcial or verbal abuse present or past. She has seen counselor while in CA but didn't feel that it was very useful. Denies suicidal thoughts. She takes Tramadol as needed. She has noticed tremors in bilateral LE-worse w/ standing. She feels that her "muscles are being pulled from my bones". No regular exercise due to pain. Pt states she can't even carry a gallon milk.

## Vital Signs

Ht 68 in, Wt 197 lbs, BMI 29.95, Weight Change 2 lb, BP 132/68, Temp 99.2 F, HR 74, Respiratory Rate 16, Oxygen sat % 98.

## Past Orders

Lab:ANA, IFA W/REFL TO TITER/PATTERN/LUPUS/SLE ABS (Q-90072) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

ANA SCREEN, IFA NEGATIVE NEGATIVE -

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

MG Tablet 1 tablet as needed Orally every 6 hrs

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s).
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
Xolair: anaphylaxis: Allergy

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma.** Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Negative for:, abdominal pain, constipation, diarrhea, nausea, reflux, vomiting. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for:,

| | | | |
|---|---|---|---|
| LYME DISEASE AB (IGG) WB | NEGATIVE | | NEGATIVE - |
| 18 KD (IGG) BAND | NON-REACTIVE | | - |
| 23 KD (IGG) BAND | NON-REACTIVE | | - |
| 28 KD (IGG) BAND | NON-REACTIVE | | - |
| 30 KD (IGG) BAND | NON-REACTIVE | | - |
| 45 KD (IGG) BAND | NON-REACTIVE | | - |
| 58 KD (IGG) BAND | NON-REACTIVE | | - |
| 66 KD (IGG) BAND | NON-REACTIVE | | - |
| 93 KD (IGG) BAND | NON-REACTIVE | | - |
| LYME DISEASE AB (IGM) WB | NEGATIVE | | NEGATIVE - |
| 41 KD (IGM) BAND | NON-REACTIVE | | - |
| 39 KD (IGG) BAND | NON-REACTIVE | | - |
| **41 KD (IGG) BAND** | **REACTIVE** | **A** | **-** |
| 23 KD (IGM) BAND | NON-REACTIVE | | - |
| 39 KD (IGM) BAND | NON-REACTIVE | | - |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:TSH, 3RD GENERATION (Q-899) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | | |
|---|---|---|---|
| TSH, 3RD GENERATION | 1.45 | | - mIU/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:COMPREHENSIVE METABOLIC PANEL (Q-10231) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | | |
|---|---|---|---|
| **GLUCOSE** | **107** | **H** | **65-99 - mg/dL** |

joint swelling, joint redness, morning stiffness, muscle pain, weakness, **Positive for: myalgia.** Neurology: Negative for: LOC, seizures, , memory changes, dizziness,, numbness, syncope, migraines, tremors, **Positive for:, weakness.** Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus.**

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 8 | | 7-25 - mg/dL |
| CREATININE | 0.78 | | 0.50-1.05 - mg/dL |
| eGFR NON-AFR. AMERICAN | 89 | | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 103 | | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 - (calc) |
| **SODIUM** | **134** | L | **135-146 - mmol/L** |
| POTASSIUM | 4.0 | | 3.5-5.3 - mmol/L |
| CHLORIDE | 99 | | 98-110 - mmol/L |
| CARBON DIOXIDE | 26 | | 20-31 - mmol/L |
| CALCIUM | 9.3 | | 8.6-10.4 - mg/dL |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 - g/dL |
| ALBUMIN | 4.4 | | 3.6-5.1 - g/dL |
| GLOBULIN | 2.6 | | 1.9-3.7 - g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 - (calc) |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 - mg/dL |
| ALKALINE PHOSPHATASE | 73 | | 33-130 - U/L |
| AST | 15 | | 10-35 - U/L |
| ALT | 16 | | 6-29 - U/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:HEMOGLOBIN A1c (Q-496) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | |
|---|---|---|
| HEMOGLOBIN A1c | 5.6 | <5.7 - % of total Hgb |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

**Examination**

General Examination:
Constitutional: alert and oriented, interacting appropriately, NAD, overweight.
Derm/Integumentary: no rash.
HEENT: Head - NC/AT, EOMI, hearing is grossly normal.
Respiratory: regular breathing rate and effort, no wheezing/rales/rhonchi.
Heart: regular rate and rhythm, normal S1S2, no murmurs, click or rubs.
Chest: normal shape and expansion.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.
Musculoskeletal: no swelling or deformity, pt pushes herself up from seated position and uses the bar and has to push herself up from laying flat after rolling over to her left side, decreased flexibility of the spine-pt is only able to reach just below the knees and that is w/ one hand on the exam table and the knees slightly bent, C-spine w/ full ROM but pt mentions pain w/ end points, bilateral shoulders w/ active FF to ~ 160 but she mentions pain and will not go further, + tenderness along the entire paraspinals but none noted over the L-spine, neg. bilateral SLR, however, she mentions low back tightness w/ the right SLR, no pain or crepitus w/ bilateral hip ROM, + tenderness over bilateral greater trochanteric bursa, pedal pulses equal and strong, no pedal edema.
Neurology: appropriate for age, awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor, DTRs 1-2+ in all 4 extremities.
Psych: appropriate mood and affect , normal speech, insight and judgement seem withine normal.

**Assessments**

1. Encounter for completion of form with patient - Z02.89 (Primary)
2. Fibromyalgia - M79.7
3. Depression with anxiety - F41.8
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Polyarthropathy - M13.0
6. Poor concentration - R41.840

**Treatment**

**1. Encounter for completion of form with patient**
Notes: Forms completed and faxed.

**2. Fibromyalgia**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Continue Gabapentin Capsule, 300 MG, 2 to 3 tablets, Orally, TID as needed, Notes: Verbal order per provider
Notes: Encouraged healthy eating habits and daily exercise/stretching/walk in a pool.

**3. Moderate persistent asthma with status asthmaticus**
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider

**4. Polyarthropathy**
Notes: Keep appmt w/ RHEUM.

**5. Others**
Notes: Forms completed.

**Follow Up**
keep

Mullins PA-C

**Electronically signed by GINGER MULLINS , PA-C on 02/20/2018 at 07:10 PM CST**

**Sign off status: Completed**

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

Milan C Patel, M.D. 4767 Soquel Drive Soquel, CA 95073 Phone: 831-477-9912 Fax:831-476-2815

Last Name: ____________ First Name: ____________ DOB: ________ Date: ________

**PLEASE FAX RECORDS TO : 831-476-2815**

**AUTHORIZATION TO OBTAIN OR RELEASE OF MEDICAL RECORDS FROM MEDICAL PROVIDER**

I hereby authorize Milan C. Patel, M.D. ("*The Practice*") to obtain any and all medical records concerning my care from any physician, hospital, or other health care professional that has provided medical care to me in the past.

I also authorize *The Practice* to release any and all medical records concerning my care to the physician who referred me to The Practice, and any hospital, or other health care professional providing care to me with my proper consent. Additionally, I authorize *The Practice* to release any and all medical records concerning my care to Medicare, Medicaid, any insurance company, third-party administrator, or Managed Care Company.

[signature] 7/31/17
Patient Signature Date

Kimberly Shaw
Printed Name Date of Birth

**AUTHORIZATION TO RELEASE MEDICAL INFORMATION TO INDIVIDUAL / FAMILY MEMBERS**

In accordance with the Federal Government Privacy rules implemented through the Healthcare Portability Act of 1996 (HIPPA), in order for your physician or staff of *The Practice* to discuss your condition with members of your family or other individuals that you designate, we must obtain your authorization prior to doing so. In the event of a critical episode or if you are unable to give your authorization due the severity of your medical condition, the law stipulates that these rules may be waived.

- o I do NOT authorize *The Practice* to release any or all information concerning my medical care to any individual except as set forth above.
- X I authorize *The Practice* to verbally release any or all information concerning my medical care to the following individuals.

Jaimie Shaw — Spouse
Name — Relationship to Patient

Name — Relationship to Patient

[signature] 7-31-17
Patient Signature — Date

Witness — Date

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 587 Manager: RICHARD, LINDSAY Case Mgr: STANTON, TIMOTHY

Claimant Name: KIMBERLY SHAW Claim #: 3840737

Occupation (Job Title): ANY OCC Date Sent: 4/19/2021

Diagnosis: M79.7 Fibromyalgia, G60.8 Other hereditary and idiopathic neuropathies

Date of Disability: 4/21/2017 Date Benefits Began: 10/18/2017

Maximum Duration: 3/20/2034 Paid Through: 12/7/2020

Date of Denial or (DB451): 12/7/2020 Date Appeal Received: 4/16/2021

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: DIGNITY HEALTH

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2021

CD enclosing Exhibits 9 – 15 VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 9415 5118 9956 0170 8735 48

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And Exhibit 12 & 15 Via Fax: (603) 430-0509

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated October 25, 2019 that we represent Kimberly D. Shaw in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Dignity Health Dominican Hospital.

Again, pursuant to our contract with Ms. Shaw and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Ms. Shaw's claim for disability benefits. We are submitting the following additional evidence in support of Ms. Shaw's claim that, in addition to the evidence already in the file, should be sufficient to establish her entitlement to benefits.