| Ex. No. | Contents | No. Pages |
|---|---|---|
| **9** | Social Security File | 1114 |
| **10** | Dr. Milan Patel<br>Medical Records dated 05-23-2017 to 08-01-2017 | 49 |
| **11** | Dr. Charles Crump<br>Medical Records dated 03-31-2020 to 01-06-2021 | 52 |
| **12** | Dr. William Craig<br>Medical Opinion Form dated 01-28-2021 | 3 |
| **13** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **14** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **15** | Benchmark Physical Therapy Functional Capacity Evaluation dated 02-23-2021 | 27 |

Of note, I direct your attention to the functional capacity examination conducted by Benchmark dated February 23, 2021. The examiner found that Ms. Shaw lacks the functional capacity to perform sustained work at any exertional level. Specifically, the examiner noted:

> Ms. Shaw does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.
>
> 1. This client cannot walk one city block or more without rest or severe pain.
> 2. This client cannot walk 1 block or more on rough or uneven ground.
> 3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
> 4. This client has problems with balance when ambulating.

EXHIBIT

3, part 2

5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

Also included in this appeal is the opinion of Dr. William Craig, Ms. Shaw's treating rheumatologist, who opines that Ms. Shaw is limited to 4-6 hours of sitting per day and 1 hour standing, as well as limited use of her hands for fine manipulation, typing, writing, and grasping small objects. She would also require 15-20 minute breaks for ever 1-2 hours of work as well as suffer from daily lapses in concentration and memory. Finally, Dr. Craig opines that Ms. Shaw would be chronically absent 4 or more days per month.

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

RCW:rno

Enclosures

List of Records Submitted in the Case of
**Kimberly Shaw**

Claim #3840737

Exhibits 1 - 8 submitted via letter dated April 14, 2020
Exhibits 9 – 15 submitted via letter dated April 14, 2021

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |
| **9** | Social Security File | 1114 |
| **10** | Dr. Milan Patel Medical Records dated 05-23-2017 to 08-01-2017 | 49 |
| **11** | Dr. Charles Crump Medical Records dated 03-31-2020 to 01-06-2021 | 52 |
| **12** | Dr. William Craig Medical Opinion Form dated 01-28-2021 | 3 |
| **13** | Dr. William Craig Medical Records dated 03-11-2020 to 11-10-2020 | 13 |

| | | |
|---|---|---|
| **14** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **15** | Benchmark Physical Therapy Functional Capacity Evaluation dated 02-23-2021 | 27 |

# Exhibit

# 9

Lincoln/ Shaw 1059

Form Approved
OMB No. 0960-0623

**WHOSE *Records to be Disclosed***

| NAME *(First, Middle, Last, Suffix)* | |
|---|---|
| Kimberly Dawn Shaw | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to :**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

**SIGN ▶** *Electronically Signed By:* Kimberly Dawn Shaw

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed | Street Address | | |
|---|---|---|---|
| 10/26/17 | | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Kimberly Dawn Shaw**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Female**

Date of Birth:

2. Claimant's Alleged Onset Date: **08/18/2017**

3. Potential Onset Date:

4. Reason for Potential Onset Date:

5. Explanation for Potential Onset Date, when applicable:

**Miscellaneous Information**

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2021**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case: **No**

**Prior Filing Information**

7. Prior Filing(s): **No**

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this case.

## (3367) Observations

9. Observations/Perceptions:

How was the Interview Conducted? **No contact with claimant**



Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

---

## (3367) Development

---

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **C. Owens**
Phone Number: **866-964-0029**
Name of Person Completing Form: **C. Owens**
Date: **10/28/2017**

---

**Form SSA-3367 EDCS**

# DISABILITY REPORT - ADULT - Form SSA-3368

## (3368) Section 1 - Information About the Disabled Person

**1.A.** Name (First, Middle Initial, Last) **Kimberly Dawn Shaw**

**1.B.** Social Security Number

**1.C.** Mailing Address (Street or PO Box)
Include apartment number if applicable,
City, State/Province, Zip/Postal Code,
Country (if not USA)

**1.D.** Email Address **kimjaimieshaw@gmail.com**

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.

Phone number

Check this box if you do not have a phone or number where we can leave a message

**1.F.** Alternate Phone Number - another number where we may reach you, if any

Alternate phone number

**1.G.** Can you speak and understand English? **Yes**

If no, what language do you prefer?

NOTE: If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English? **Yes**

**1.I.** Can you write more than your name in English? **Yes**

**1.J.** Have you used any other names on your medical or educational records? **Yes**
Examples are maiden name, other married name or nickname.

If yes, please list them here: **Kimberly Dawn Kennedy**
**Kimberly Dawn Kennedy-Shaw**
**Kimberly Dawn McClendon**

## (3368) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim.

| | |
|---|---|
| **2.A.** Name (First, Middle Initial, Last) | **Jaimie Karen Shaw** |
| **2.B.** Relationship to you: | **Family Member** |
| **2.C.** Daytime Phone Number (as described in 1.E. above) | |
| **2.D.** Mailing Address (Street or PO Box)<br>Include apartment number or unit if applicable,<br>City, State/Province, Zip/Postal Code,<br>Country (if not USA) | |
| | |

**2.E.** Can this person speak and understand English? **Yes**

If no, what language is preferred?

**2.F.** Who is completing this report? **The disabled person listed in 1.A. (Go to SECTION 3 - MEDICAL CONDITIONS).**

## (3368) Section 3 - Medical Conditions

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

| |
|---|
| **1. Fibromyalgia** |
| **2. Severe Obstructive Sleep Apnea** |
| **3. Asthma** |
| **4. Chronic Fatigue Syndrome** |
| **5. Depression** |
| **6. Lumbar Radiculopathy** |
| **7. Ambulatory Dysfunction** |
| **8. Degenerative Disc Disease** |
| **9. Muscle Weakness** |
| **10. Sensory Neuropathy** |

**3.B.** What is your height without shoes? **5' 8"**

**3.C.** What is your weight without shoes? **190 lbs.**

**3.D.** Do your conditions cause you pain or other symptoms? **Yes**

## (3368) Section 4 - Work Activity

**4.A.** Are you currently working?

**No, I have stopped working** (Go to question **4.C.** below)

**IF YOU HAVE NEVER WORKED:**

**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year)

**IF YOU HAVE STOPPED WORKING:**

**4.C.** When did you stop working? (month/day/year)

**08/18/2017**

Why did you stop working?

**Because of my condition(s).**

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours or rate of pay)

**Yes**

When did you make changes? (month/day/year)

**03/15/2016**

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $1130 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

**Yes** (Go to Section 5)

**IF YOU ARE CURRENTLY WORKING:**

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $1130 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

---

## (3368) Section 5 - Education and Training Information

---

**5.A.** Check the highest grade of school completed. **4 or more years of college**

Date Completed: **April 2013**

**5.B.** Did you attend special education classes? **No** (Go to 5.C.)

**5.C.** Have you completed any type of specialized job training, trade or vocational school?

**Yes**

If "YES", what type?

**Associate Degree in Respiratory Therapy**

Date Completed: **1990**

---

## (3368) Section 6 - Job History

---

**6.A.** List the jobs (up to 5) that you had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

**Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.**

EXHIBIT NO. 1E
PAGE: 4 OF 13

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate Of Pay | |
|---|---|---|---|---|---|---|---|
| | | From mm/yy | To mm/yy | | | Amount | Frequency |
| Cardiac Cath Lab Tech | Medical - Hospital | MARCH 2002 | APRIL 2009 | 8 | 5 | $75,000.00 | Year |
| Director Pulmonary Services | Medical - Hospital | JANUARY 2012 | AUGUST 2014 | 8 | 5 | $100,000.00 | Year |
| Pulmonary Clinical Coordinator | Medical - Hospital | AUGUST 2014 | AUGUST 2017 | 8 | 5 | $53.00 | Hour |
| Pulmonary Edcuation Coordinato | Medical - Hospital | APRIL 2009 | DECEMBER 2011 | 8 | 5 | $48.00 | Hour |
| Respriatory Therapist | Medical - Hospital | SEPTEMBER 1991 | MARCH 2002 | 12 | 3 | $40,000.00 | Year |

**Check the box below that applies to you.**

**I had more than one job in the last 15 years before I became unable to work. Do not answer the questions on this page; go to Section 7 on page 5. (We may contact you for more information.)**

---

**Do not** complete this page if you had **more than one job** in the last 15 years before you became unable to work.

**6.B.** Describe this job. What did you do all day?

**6.C.** In this job, did you:
Use machines, tools or equipment?
Use technical knowledge or skills?
Do any writing, complete reports, or perform any duties like this?

**6.D.** In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
|---|---|---|---|---|---|
| Walk | | Stoop (Bend down & forward at the waist) | | Handle large objects | |
| Stand | | Kneel (Bend legs to rest on knees) | | Write, type or handle small objects | |
| Sit | | Crouch (Bend legs & back down & forward) | | Reach | |
| Climb | | Crawl (Move on hands & knees) | | | |

**6.E.** Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job):

**6.F.** Check **heaviest** weight lifted:

**6.G.** Check weight **frequently** lifted (by frequently, we mean from 1/3 to 2/3 of the workday.):

**6.H.** Did you supervise other people in this job?
How many people did you supervise?

What part of your time did you spend supervising people?
Did you hire and fire employees?



**6.I.** Were you a lead worker?

---

## (3368) Section 7 - Medicines

---

**7.** Are you taking any medicines (prescription or non-prescription)?

**Yes** (Give the information requested below. You may need to look at your medicine containers.)

| **Name of Medicine** | **If prescribed, give name of doctor** | **Reason for medicine** |
|---|---|---|
| **Advair** | **Jeffery Kishiyama DR, Allergy and Asthma Associates of Northern California** | **asthma** |
| **Advair** | **Andrea Ling DR, Dominican Pulmonary** | **Asthma** |
| **Albuterol Sulfate - nebulizer solution** | **Andrea Ling DR, Dominican Pulmonary** | **Asthma** |
| **Cymbalta** | **Carol Haubach DR, Dominican Aptos Family Practice** | **Depression and pain** |
| **Cymbalta** | **Jacqueline Sedgwick DR, Capitola Family Practice** | **Depression and pain** |
| **Gabapentin** | **Jacqueline Sedgwick DR, Capitola Family Practice** | **Nerve pain** |
| **Hydrocodone** | **Jacqueline Sedgwick DR, Capitola Family Practice** | **pain** |
| **Iron** | **Aaron Morse DR, Sleep Health MD** | **low ferritin level** |
| **Prednisone** | **Dominican Hospital** | **inflammation** |
| **Singulair** | **Andrea Ling DR, Dominican Pulmonary** | **Asthma** |
| **spiriva** | **Jeffery Kishiyama DR, Allergy and Asthma Associates of Northern California** | **asthma** |
| **Spiriva** | **Andrea Ling DR, Dominican Pulmonary** | **Asthma** |
| **Tizanidine** | **Carol Haubach DR, Dominican Aptos Family Practice** | **muscle spasms** |
| **Trazadone** | **Aaron Morse DR, Sleep Health MD** | **sleep** |
| **Xolair** | **Jeffery Kishiyama DR, Allergy and Asthma Associates of Northern California** | **asthma** |
| **Zyrtec** | **Jeffery Kishiyama DR, Allergy and Asthma Associates of Northern California** | **allergies** |

---

## (3368) Section 8 - Medical Treatment

---

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or **do you have a future appointment scheduled:**



**8.A.** For any **physical** condition(s)?

**Yes**

**8.B.** For any **mental** condition(s) **(including emotional or learning problems)**?

**No**

**If you answered "No" to both 8.A. and 8.B., go to Section 9 - Other Medical Information on page 11.**

Tell us who may have medical records about any of your physical and/or mental condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including emergency room visits), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.C.** Name of Facility or Office | | | | | | | |
| Name of health care professional who treated you | **Princy Aurora DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **831-786-1660** | | Patient ID# (if known) | | | |
| Mailing Address | | **64 Aspen Way**<br>**Watsonville, CA 95076** | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits** List the most recent date first | | **3. Overnight hospital stays** List the most recent date first | | | |
| First Visit | **May 2017** | A. | | A. Date in | | Date out | |
| Last Visit | **6/27/17** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **sensory neuropathy** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **no treatment recommendations from this Neurologist** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |

| **Kind of Test** | Dates of Tests |
|---|---|
| **nerve conduction velocity study (lower extremities)** | **6/27/17** |

EXHIBIT NO. 1E
PAGE: 7 OF 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.D.** Name of Facility or Office | | **Dominican Aptos Family Practice** | | | | | |
| Name of health care professional who treated you | | **Carol Haubach DR** | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **831-661-6020** | | Patient ID# (if known) | | | |
| Mailing Address | | **9515 Soquel Dr<br>Suite 100<br>Aptos, CA 95003** | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits**<br>List the most recent date first | | **3. Overnight hospital stays**<br>List the most recent date first | | | |
| First Visit | **Jan ? 2015** | A. | | A. Date in | | Date out | |
| Last Visit | **12/28/2016** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **General care; fatigue; chronic pain** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **No additional other than previously listed** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |
| **Kind of Test** | | | | | Dates of Tests | | |
| **Blood test (Not HIV)** | | | | | **2015 and 2016** | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.E.** Name of Facility or Office | **Allergy and Asthma Associates of Northern California** | | | | | | |
| Name of health care professional who treated you | **Jeffery Kishiyama DR** | | | | | | **EXHIBIT NO. 1E**<br>**PAGE: 8 OF 13** |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **831-479-6933** | | | Patient ID# (if known) | | | |
| Mailing Address | **3329 Mission Dr**<br>**Santa Cruz, CA 95065** | | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits**<br>List the most recent date first | | **3. Overnight hospital stays**<br>List the most recent date first | | | |
| First Visit | **November 14, 2016** | A. | | A. Date in | | Date out | |
| Last Visit | **May 3, 2017** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **Asthma; Allegies** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **No additional treatments** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |

| **Kind of Test** | Dates of Tests |
|---|---|
| **Allergy testing (back)** | **November 2016** |
| **Breathing test** | **May 3, 2017** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.F.** Name of Facility or Office | **Dominican Pulmonary** | | | | | | |
| Name of health care professional who treated you | **Andrea Ling DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **831-226-3225** | | Patient ID# (if known) | | | | |
| Mailing Address | **700 Frederick St**<br>**Suite 203**<br>**Santa Cruz, CA 95062** | | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits** List the most recent date first | | **3. Overnight hospital stays** List the most recent date first | | | |
| First Visit | **Jan 2016** | A. | | A. Date in | | Date out | |
| Last Visit | **July 2017** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **Asthma; Pulmonary Embolism; oropharyngeal candidiasis** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **Oral steroids as needed; medication for oropharyngeal candidiasis; nebulized beta agonists** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |
| **Kind of Test** | | | | Dates of Tests | | | |
| **Breathing test** | | | | **2016** | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.G.** Name of Facility or Office | **Sleep Health MD** | | | | | | |
| Name of health care professional who treated you | **Aaron Morse DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **844-387-5337** | | Patient ID# (if known) | | | **38558** | |
| Mailing Address | **1665 Dominican Way**<br>**Suite 222A**<br>**Santa Cruz, CA 95065** | | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits** List the most recent date first | | **3. Overnight hospital stays** List the most recent date first | | | |
| First Visit | **May 2017** | A. | | A. Date in | | Date out | |
| Last Visit | **Aug 2017** | B. | | B. Date in | | Date out | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **Obstructive sleep apnea** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **CPAP (Continuous Positive Airway Pressure) @ 10cmH2O** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |
| **Kind of Test** | | | | | Dates of Tests | | |
| **Sleep Study (Sleep assessment)** | | | | | **5/20/2017** | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.H.** Name of Facility or Office | | | | | | | |
| Name of health care professional who treated you | | **Milan Patel DR** | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **831-477-9912** | | Patient ID# (if known) | | | |
| Mailing Address | | **4767 Soquel Dr<br>Soquel, CA 95703** | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits**<br>List the most recent date first | | **3. Overnight hospital stays**<br>List the most recent date first | | | |
| First Visit | **7/31/2017** | A. | | A. Date in | | Date out | |
| Last Visit | **7/31/2017** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **Sensory neuropathy** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **2nd opinion and evaluation; no additional treatment recommended** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |
| **Kind of Test** | | | | | Dates of Tests | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.I.** Name of Facility or Office | **Capitola Family Practice** | | | | | | |
| Name of health care professional who treated you | **Jacqueline Sedgwick DR** | | | | | **EXHIBIT NO. 1E PAGE: 11 OF 13** | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **831-475-1630** | | | Patient ID# (if known) | | **11371144** | |
| Mailing Address | **528 Capitola Ave<br>Capitola, CA 95010** | | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits** List the most recent date first | | **3. Overnight hospital stays** List the most recent date first | | | |
| First Visit | **Jan 2017** | A. | | A. Date in | | Date out | |
| Last Visit | **9/15/17** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **General care; chronic widespread pain; fibromyalgia; chronic fatigue; depression; asthma** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) | | | | | | | |
| **regular evaluations;** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** | | | | | | | |

| **Kind of Test** | Dates of Tests |
|---|---|
| **Blood test (Not HIV)** | **6/12/17** |
| **MRI/CT Scan (Brain)** | **6/12/2017** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.J.** Name of Facility or Office | **Dominican Hospital** | | | | | | |
| Name of health care professional who treated you | **staff** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **831-462-7700** | | | Patient ID# (if known) | | | |
| Mailing Address | **1665 Soquel Dr<br>Santa Cruz, CA 95065** | | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits** List the most recent date first | | **3. Overnight hospital stays** List the most recent date first | | | |
| First Visit | | A. | **6/12/2017** | A. Date in | **1/19/2017** | Date out | **1/22/17** |
| Last Visit | | B. | **Jan 2016** | B. Date in | **12/28/15** | Date out | **1/9/2016** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next scheduled appointment (if any) | | C. | **Dec 2015** | C. Date in | **May 2015** | Date out | **May 2015** |

| |
|---|
| **What medical conditions were treated or evaluated?** |
| **Status Asthmaticus, Viral respiratory illness, pulmonary embolism, sensory neuropathy** |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.) |
| **No additional treatment other than follow up with PCP** |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.<br><br>**Check this box if no tests by this provider or at this facility.** |

| **Kind of Test** | Dates of Tests |
|---|---|
| **EKG (Heart test)** | **June 2017** |
| **MRI/CT Scan (Head and spine)** | **June 2017** |

---

## (3368) Section 9 - Other Medical Information

---

**9.** Does anyone else have medical information about any of your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else? (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

**No** (If you are receiving Supplemental Security Income (SSI) and have been asked to complete this report, go to Section 10 - Vocational Rehabilitation; if not, go to Section 11.)

---

**COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.**

## (3368) Section 10 - Vocational Rehabilitation, Employment, or Other Support Services

---

**10.A.** Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An individualized education program (IEP) through a school (if a student age 18 - 21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

## (3368) Section 11 - Remarks

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

**SYMPTOMS: Since a prolonged viral respiratory illness in early 2016 I have experienced chronic joint and muscle pain, profound fatigue, exercise intolerance, lower extremity weakness and tremors, balance issues requiring the use of a cane and often the use of a wheelchair, paresthesias of the left side of head and face, tendon pain in elbows, groin and toes, short term memory loss with loss of words, depression and unrefreshing sleep with CPAP treatment for OSA. WORK EFFECTS: These symptoms have made it increasingly difficult to continue to provide patient care, particularly due to memory issues,fatigue and the need for pain medication; I believe I have worked a full schedule less than 10 weeks in the past 18-20 months. I feel my clinical judgement is impaired. SOCIAL EFFECTS: I was also unable to continue volunteering at the local animal shelter due to profound fatigue, pain and balance problems. Only with my wife pushing me in a wheelchair am I able to participate in any social activity.**

| | |
|---|---|
| **Date Report Completed** | ▶ ______ /______ /____________<br>**(Month) (Day) (Year)** |

**Form SSA-3368 EDCS**

# WORK HISTORY REPORT - Form SSA-3369

## (3369) Work History Report

### Section 1 - Information About The Disabled Person

| A. Name (First, Middle Initial, Last) | B. Social Security Number |
|---|---|
| **Kimberly Dawn Shaw** | |

C. Daytime Telephone Number (If you have no number where you can be reached, give us a daytime number where we can leave a message for you.):

**Primary**

**None Alternate**

### Section 2 - Information About Your Work

A. List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| Job Title | Type of Business | Dates Worked (From-To) |
|---|---|---|
| **1. Cardiac Cath Lab Tech** | **Medical - Hospital** | **MARCH 2002 - APRIL 2009** |
| **2. Director Pulmonary Services** | **Medical - Hospital** | **JANUARY 2012 - AUGUST 2014** |
| **3. Pulmonary Clinical Coordinator** | **Medical - Hospital** | **AUGUST 2014 - AUGUST 2017** |
| **4. Pulmonary Edcuation Coordinato** | **Medical - Hospital** | **APRIL 2009 - DECEMBER 2011** |
| **5. Respriatory Therapist** | **Medical - Hospital** | **SEPTEMBER 1991 - MARCH 2002** |
| **6.** _ | | - |
| **7.** _ | | - |
| **8.** _ | | - |

Give us more information about Job No. 1. Estimate hours and pay, if you need to.



| | |
|---|---|
| Job Title No. 1: | **Cardiac Cath Lab Tech** |

| | | | |
|---|---|---|---|
| Rate of Pay: | **$75,000.00** | Per: | **Year** |
| Hours Per Day: | **8** | Days Per Week: | **5** |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk? **0**

Stand? **0**

Sit? **0**

Climb? **0**

Stoop? (Bend down and forward at waist): **0**

Kneel? (Bend legs to rest on knees): **0**

Crouch? (Bend legs & back down & forward): **0**

Crawl? (Move on hands & knees): **0**

Handle, grab or grasp big objects? **0**

Reach? **0**

Write, type or handle small objects? **0**

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 2. Estimate hours and pay, if you need to.



| | |
|---|---|
| Job Title No. 2: | **Director Pulmonary Services** |

| | | | |
|---|---|---|---|
| Rate of Pay: | **$100,000.00** | Per: | **Year** |
| Hours Per Day: | **8** | Days Per Week: | **5** |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk? **0**

Stand? **0**

Sit? **0**

Climb? **0**

Stoop? (Bend down and forward at waist): **0**

Kneel? (Bend legs to rest on knees): **0**

Crouch? (Bend legs & back down & forward): **0**

Crawl? (Move on hands & knees): **0**

Handle, grab or grasp big objects? **0**

Reach? **0**

Write, type or handle small objects? **0**

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 3. Estimate hours and pay, if you need to.



| | |
|---|---|
| Job Title No. 3: | **Pulmonary Clinical Coordinator** |

| | | | |
|---|---|---|---|
| Rate of Pay: | **$53.00** | Per: | **Hour** |
| Hours Per Day: | **8** | Days Per Week: | **5** |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk? **0**

Stand? **0**

Sit? **0**

Climb? **0**

Stoop? (Bend down and forward at waist): **0**

Kneel? (Bend legs to rest on knees): **0**

Crouch? (Bend legs & back down & forward): **0**

Crawl? (Move on hands & knees): **0**

Handle, grab or grasp big objects? **0**

Reach? **0**

Write, type or handle small objects? **0**

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 4. Estimate hours and pay, if you need to.



| | |
|---|---|
| Job Title No. 4: | **Pulmonary Edcuation Coordinato** |

| | | | |
|---|---|---|---|
| Rate of Pay: | **$48.00** | Per: | **Hour** |
| Hours Per Day: | **8** | Days Per Week: | **5** |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk? **0**

Stand? **0**

Sit? **0**

Climb? **0**

Stoop? (Bend down and forward at waist): **0**

Kneel? (Bend legs to rest on knees): **0**

Crouch? (Bend legs & back down & forward): **0**

Crawl? (Move on hands & knees): **0**

Handle, grab or grasp big objects? **0**

Reach? **0**

Write, type or handle small objects? **0**

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 5. Estimate hours and pay, if you need to.



| | | | |
|---|---|---|---|
| Job Title No. 5: | **Respriatory Therapist** | | |
| Rate of Pay: | **$40,000.00** | Per: | **Year** |
| Hours Per Day: | **12** | Days Per Week: | **3** |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk? **0**

Stand? **0**

Sit? **0**

Climb? **0**

Stoop? (Bend down and forward at waist): **0**

Kneel? (Bend legs to rest on knees): **0**

Crouch? (Bend legs & back down & forward): **0**

Crawl? (Move on hands & knees): **0**

Handle, grab or grasp big objects? **0**

Reach? **0**

Write, type or handle small objects? **0**

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 6. Estimate hours and pay, if you need to.



| Job Title No. 6: | |
|---|---|

| Rate of Pay: | | Per: | |
|---|---|---|---|
| Hours Per Day: | | Days Per Week: | |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk?

Stand?

Sit?

Climb?

Stoop? (Bend down and forward at waist):

Kneel? (Bend legs to rest on knees):

Crouch? (Bend legs & back down & forward):

Crawl? (Move on hands & knees):

Handle, grab or grasp big objects?

Reach?

Write, type or handle small objects?

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 7. Estimate hours and pay, if you need to.



| Job Title No. 7: | |
|---|---|

| Rate of Pay: | | Per: | |
|---|---|---|---|
| Hours Per Day: | | Days Per Week: | |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

Walk?

Stand?

Sit?

Climb?

Stoop? (Bend down and forward at waist):

Kneel? (Bend legs to rest on knees):

Crouch? (Bend legs & back down & forward):

Crawl? (Move on hands & knees):

Handle, grab or grasp big objects?

Reach?

Write, type or handle small objects?

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

Give us more information about Job No. 8. Estimate hours and pay, if you need to.

| Job Title No. 8: | | | |
|---|---|---|---|
| Rate of Pay: | | Per: | |
| Hours Per Day: | | Days Per Week: | |

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.):

In this Job, did you:

Use machines, tools, or equipment?

Use technical knowledge or skills?

Do any writing, complete reports, or perform duties like this?

In this Job, how many total hours each day did you:

- Walk?
- Stand?
- Sit?
- Climb?
- Stoop? (Bend down and forward at waist):
- Kneel? (Bend legs to rest on knees):
- Crouch? (Bend legs & back down & forward):
- Crawl? (Move on hands & knees):
- Handle, grab or grasp big objects?
- Reach?
- Write, type or handle small objects?

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.):

Heaviest weight you lifted:

Weight you frequently lifted (By frequently, we mean from 1/3 to 2/3 of the workday.):

Did you supervise other people in this job?

How many people did you supervise?

What part of your time was spent supervising people?

Did you hire and fire employees?

Were you a lead worker?

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| | |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |

**Form SSA-3369 EDCS**

INSERT THIS END FIRST

**Client Name:** Kimberly Dawn Shaw

**Document Description:** DIBWIZ

**Form Name:** DIBWIZ

**Printed by:** C. Owens

RQID:BD5Ø35Ø8484 SITE:568 DR:S
SSN: DOCTYPE:5Ø95 RF: CS:dØ65

| | |
|---|---|
| **Request ID:** | BD503508484 |
| **Site ID:** | 568 |
| **SSN:** | |
| **Document Type:** | 5095 |

**Form Specific Information:**

| DIB Review Sheet | Page 1 |
|---|---|
| SSN: | Query Date:10/28/2017 |
| | Unit: CJO |

**Name:** KIMBERLY DAWN SHAW

**Other Last Names (from NUMI):** MCCLENDON, KENNEDY, KENNEDY SHAW

**Date of Birth (from NUMI):** **Date of Death (from NUMI):**

**Attainment of Critical Ages (GN 00302.400A for attainment; RS 00615.003A for Full Retirement Age(FRA)):**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age 18: | 3/20/1985 | Age 31: | 3/20/1998 | Age 55: | 3/20/2022 | Age 62: | 3/20/2029 |
| Age 22: | 3/20/1989 | Age 50: | 3/20/2017 | Age 60: | 3/20/2027 | FRA: | 3/20/2034 |

**This report does not contain data from the following queries: APPT WKSHT, DCF, Internet DIB, NDNH(NDNW & NDWG), MCS DW01, MDW, MSSICS DW01, PUPS, MCS WMS, MCS Work/DLI**

## RECENT WORK

**SEQY and DEQY Data**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2016 | Covered Earnings: | $70,524.25 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $2,520.86 |
| Year: | 2015 | Covered Earnings: | $89,719.72 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $1,615.03 |
| Year: | 2014 | Covered Earnings: | $91,637.32 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $647.16 |
| Year: | 2013 | Covered Earnings: | $104,290.35 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $2,538.44 |
| Year: | 2012 | Covered Earnings: | $97,632.52 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $5,653.86 |

Note - to view the complete SEQY and last 15 years of the DEQY, please go to the Queries menu and select queries "SEQY" and "DEQY".

## PRIOR DISABILITY CLAIM DENIALS

## DDSQ and OHAQ DATA

## CURRENT OR PRIOR DISABILITY ENTITLEMENT AND MEDICAL ALLOWANCES

## FOLDER LOCATIONS

EXHIBIT NO. 1F
PAGE: 1 OF 8

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

05/23/2017

Review for Record Release

05/23/17 : 03:15pm
NEURO CONSULT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 05/23/17

Dear: Dr. JACQUELINE SEDGWICK

## HISTORY OF PRESENT ILLNESS

The patient is here for neurological consultation. The patient is a 50-year-old female with past medical history of asthma. The patient is here for evaluation of chronic pain and muscle weakness. The patient reports that she was admitted at Dominican for status asthmaticus in January 2016 and had been on steroids for several months after that. In November 2016, she was trying to get weaned off the steroids and she started having muscle pains. She was presumed to have some steroid myopathy; however, no formal testing was done. The pain started after that where she would have sharp shooting pain in her feet, both calves, and also in upper extremities. The pain has been off and on, getting worse. She feels increased stiffness, muscle achiness, and fatigue. She denies any headaches, any double vision, or any lateralizing type of weakness. She has been taking tramadol, which helps her with the pain.

## PAST MEDICAL HISTORY

Significant for asthma.

## MEDICATIONS

She is currently on gabapentin, Cymbalta, Singulair, and Zyrtec.

## SOCIAL HISTORY

Works as a respiratory therapist.

**Review of Systems:**
Constitutional: fatigue
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Neurological: pain in the foot/feet

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthria.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

05/23/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +1 Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, dec vibration and proprioception.

Gait: gait normal

## IMPRESSION

Chronic pain/possible underlying fibromyalgia.

## PLAN

In summary, this is a 50-year-old female with chronic pain for the past several months. On exam, seems to be tender at multiple points and having difficulty moving around secondary to underlying pain. She does not have any focal weakness. She does have decreased vibration sensation in lower extremities. In my opinion, most likely she may have underlying fibromyalgia and chronic fatigue syndrome. However, I will do nerve conduction studies of the lower extremities to evaluate for any underlying neuropathy as well as myopathy. The rest of the plan can be made after that.

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Patient education information given.
Y

**Follow-up:** Per clinical course and NCV studies

With best regards,

PRINCY ARORA M.D

# SIGNED BY PRINCY ARORA, MD (PA) 05/24/2017 09:13AM

Printed On: 11/07/2017

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

06/27/2017

---

06/27/17 : 03:53pm
FOLLOW UP OFFICE VISIT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 06/27/17

Dear: JACQUELINE SEDGWICK

**FOLLOW UP VISIT:**
The patient is here for followup. The nerve conduction studies are consistent with mild sensory neuropathy. She had an MRI which showed a small disc bulge at L4-5.

Allergies:
XOLAIR

Review of Systems:
General: Well appearing, well nourished in no distress.
Constitutional: negative
Head: negative
Eyes: negative, conjunctiva clear, EOM intact, PERRL
Ears: negative, Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Nose: negative, no external lesions, mucosa non-inflamed, septum and turbinates normal
Mouth: Mucous membranes moist, no mucosal lesions.
Throat: no erythema, exudates or lesions.
Neck: Supple without lymphadenopathy.
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Breast: negative
Neurological: negative
Psychiatric: negative
Hematologic/Lymphatic: negative
Allergic/Immunologic: negative
Heart: RRR, no murmur or gallop. Normal S1, S2. No S3, S4.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Abdomen: Soft, NT/ND, no HSM, no masses

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthia.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

06/27/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +2. Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, intact vibration and proprioception.

Gait: gait normal

**IMPRESSION/PLAN:**

Generalized weakness. In my opinion, I think the weakness is not secondary to any underlying sensory neuropathy. My recommendations are to do B12, folate, RPR, serum, and urine protein electrophoresis to evaluate for any underlying neuropathy workup. My other recommendations are to send the patient to Stanford for a second opinion.

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

Patient education information given.
Y

**Follow-up:** STANFORD REFERRAL

**With best regards,**

PRINCY ARORA M.D

\# SIGNED BY PRINCY ARORA, MD (PA) 08/01/2017 03:56PM

EXHIBIT NO. 1F
PAGE: 5 OF 8

6/8/2017

# Pajaro Valley Neurology Medical Assoc.

64 Aspen Way Ste. 101
Watsonville, CA 95076
831-786-1660 Fax 831-786-1663

**Patient:** SHAW, KIMBERLY **DOB:** **Physician:** Princy Arora, M.D.
**SEX:** Female **Ref. Phys:**DR.SEDGWICK temp.34.2

**Chief Complaint:**
Patient is a 50 year old Female who presents with numbness tingling pain in the bilateral lower extremity .

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 4.92 | <6.0 | 8.53 | >3.0 | 4.38 | Knee-Ankle | 9.06 | 36 | 39.74 | >41.0 |
| Knee | | 13.98 | | 3.02 | | 6.64 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 4.30 | <5.5 | 4.53 | >2.5 | 6.09 | B Fib-Ankle | 7.58 | 35 | 46.17 | >40.0 |
| B Fib | | 11.88 | | 3.44 | | 7.27 | | | | | |
| **Left Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 6.02 | <6.0 | 10.93 | >3.0 | 3.13 | | | | | |
| **Left Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 3.91 | <5.5 | 3.72 | >2.5 | 5.39 | B Fib-Ankle | 7.81 | 33 | 42.25 | >40.0 |
| B Fib | | 11.72 | | 2.43 | | 6.09 | | | | | |

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Right Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.19 | <4.6 | 12.08 | >5.0 | 14 cm-Ant Lat Mall | 2.19 | 14 | 63.93 | |
| **Right Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |
| **Left Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.50 | <4.6 | 8.14 | >5.0 | 14 cm-Ant Lat Mall | 2.50 | 14 | 56.00 | |
| **Left Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (µV) |
|---|---|---|---|---|

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 34 of 1114

Lincoln/ Shaw 1093

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 2

**Right Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 34.80 | 0.00 | 34.80 | 0.00 |

**Left Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 35.10 | 0.00 | 35.10 | 0.00 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

### NCV Findings:

the right tibial motor decreased velocity. The right peroneal motor normal latency, normal amplitude and normal velocity. The right sup peron sensory normal latency, normal amplitude and normal velocity. The right sural sensory no response. The left tibial motor increased latency. The left peroneal motor normal latency, normal amplitude and normal velocity. The left sup peron sensory normal latency, normal amplitude and normal velocity. The left sural sensory no response.

### EMG Findings:

Needle exam of the left AntTibialis, the left PostTibiailis, the left VastusMed, the left RectFemoris, the right AntTibialis, the right PostTibiailis and the right VastusMed were unremarkable.

### Impression:Polyneuropathy

The above electrodiagnostic study reveals evidence of mild sensory peripheral neuropathy of bilateral lower extremities.

Priddy Aron M.D.

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 3



**EXHIBIT NO. 1F**
**PAGE: 8 OF 8**

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 4



## Admin Documents

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

RQID:9604488808AU3096 SITE:S48 DR:S
SSN:412234978 DOCTYPE:0001 RF:D CS:f555

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

Effective November 01, 2017

Vendor # *00764418-
PO # 3024983
TDN # 9604488808
FAX 1-877-337-7890

Milan Patel
4767 Soquel Dr
Soquel CA 95703

PAY TO: Milan Patel
4767 Soquel Dr
Soquel CA 95703

ATTN: Dr Patel
NAME: KIMBERLY SHAW
AKA: KIMBERLY DAWN, MCCLENDON, KENNEDY, KENNEDY SHAW

DOB:
SSN:

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which we will pay $20.00. Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.

If needed, would you examine this patient at government expense? ____ Yes __X__ No

Signature [signature] Date 11/15/17

**PAYMENT INFORMATION**

TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS
NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:

PAYABLE TO:
NAME: ____
PAYMENT ADDRESS: ____
CITY: ____ STATE: ____ ZIP: ____ PHONE: ____
TAX ID # ____ COPY SERVICE NAME: ____
PROVIDER SIGNATURE ____ Date ____ Amount Billed $ ____

Roger Warren/001/TPG 09 - 01 Voucher # 3024983 DDS 3
Enclosure (s):
DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

**HIP**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Abduction | 40° | | | | |
| Adduction | 20° | | | | |
| Flexion | 120° | | | | |
| Extension | 30° | | | | |
| Internal Rotation | 40° | | | | |
| External Rotation | 50° | | | | |

**KNEE**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Flexion | 130° | | | | |
| Extension | 0° | | | | |

**ANKLE**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Dorsiflexion | 20° | | | | |
| Plantar flexion | 40° | | | | |

**WRIST**

| | | Right | | Left | |
|---|---|---|---|---|---|
| | Normals | Active | Passive | Active | Passive |
| Dorsiflexion | 60° | | | | |
| Plantar flexion | 60° | | | | |

Please give descriptions of Gait and Station: ______________________

Signature ______________________, M.D.
Date ______________

Roger Warren/001/TPG
HS-1523 (7-83)

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

November 01, 2017

Dear Office Manager:

Here at DDS Fiscal we are striving to promote excellence in our services. In order to process payment for medical records you provide us, our system requires the federal tax identification number for your facility. Disability Determination Section was unable to locate your facility in our system. Please completely fill out the bottom of our Authorization and Claim for Payment Invoice. As soon as we receive all necessary information, we will get this added to our system so we can process your payment in a timely manner. Please complete all lines or this will delay your payment. If you use a copy service to copy your medical records, please provide the name and tax identification number for it as well. **Please realize payment to the copy service can not be processed without the federal tax identification number of both the facility and copy service due to the restrictions of the SSA system.**

We greatly appreciate your cooperation in this matter.

DDS Fiscal Staff

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

DDS-TVI

## Medical Records - CONFIDENTIAL

**FROM:** CA - Milan C. Patel, MD, INC
Idelis H
MILAN C. PATEL, M.D., SOQUEL, CA 95073-2473
Phone: (831) 477-9912
Fax: (831) 476-2815

**TO:** TN DEPT OF HUMAN SERVICES (DISABILITY DETERMINATION)
PO BOX 775, NASHVILLE, TN 37202
Phone: (800) 342-1117
Fax: (877) 337-7890

**Name: SHAW, KIMBERLY D**

**DOB:**

**Date Range: 01/01/2017 to 11/15/2017**

**This document contains the following records of the patient:**
- **Admin Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:7259-A-7279]

Dignity Health

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 6/12/2017 11:11 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hencke,Richard MD (6/12/2017 11:12 PDT) |
| SIGN INFORMATION: | Hencke,Richard MD (6/27/2017 06:15 PDT) |

**Neurologic problem**

Patient: **SHAW, KIMBERLY D** **MRN: 52-78-66(D)** **FIN: 40816746**
Age: **50 years** Sex: **F** DOB:
Associated Diagnoses: **None**
Author: **Hencke, Richard MD**

**Basic Information**
**Time seen:** Provider Initial Contact Time
06/12/2017 09:58.
**History source:** Patient, spouse.
**History limitation:** None.
**Additional information:** Chief Complaint (ST)
**Chief Complaint ED:** FACIAL NUMBNESS 06/12/17 09:43,
**Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43**
.

**History of Present Illness**
The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish secondary to significant pain to RLE.
Mother with hx of MS
.

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kripps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

**Review of Systems**

**Constitutional symptoms:** No fever, no chills, no sweats.
**Skin symptoms:** Pruritus, No rash,
**Eye symptoms:** Vision unchanged, no diplopia, no blurred vision.
**ENMT symptoms:** No sore throat,
**Respiratory symptoms:** No shortness of breath, no cough.
**Cardiovascular symptoms:** No chest pain,
**Gastrointestinal symptoms:** Nausea, no abdominal pain, no vomiting.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** Muscle pain, Joint pain.
**Neurologic symptoms:** Headache, numbness, abnormal balance, no weakness, no vision changes, no speech problem.
**Endocrine symptoms:** no diabetes.
**Hematologic/Lymphatic symptoms:** hx of blood clots, decreased iron.
**Allergy/immunologic symptoms:** No impaired immunity,

**Health Status**

**Allergies:**

Allergic Reactions (Selected)

Unknown

Xolair- No reactions were documented..

**Medications:** Per nurse's notes.

**Past Medical/ Family/ Social History**

**Medical history:**

All Problems

Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed, PE.

**Surgical history:**

Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

**Family history:**

No family history items have been selected or recorded..

**Social history:**

**Social & Psychosocial Habits**

**Alcohol**
01/19/2016 **Use:** Denies

03/03/2016 **Use:** Unknown alcohol history

**Home/Environment**
12/30/2015 **Religious restrictions/concerns:** None

Dignity Health
**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

**Lives with:** Children, Significant other
**Living situation:** Home/Independent

01/19/2016 **Religious restrictions/concerns:** None

03/03/2016 **Religious restrictions/concerns:** None

**Substance Abuse**
12/30/2015 **Use:** Denies

01/19/2016 **Use:** Denies

03/03/2016 **Use:** Denies

**Tobacco**
01/07/2016 **Use:** Never used tobacco
**Type:** Never used tobacco, Unknown history
**Previous treatment:** None

01/19/2016 **Use:** Never used tobacco
**Type:** Never used tobacco

03/03/2016 **Use:** Unknown tobacco history
**Type:** Denies
, Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

**Physical Examination**

**Vital Signs**
Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | **Glucose Level** | **114 mg/dL H** |
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

.
Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
**General:** Alert.
**Skin:** Warm, dry, pink.
**Head:** Normocephalic, atraumatic.
**Eye:** Pupils are equal, round and reactive to light, normal conjunctiva.
**Ears, nose, mouth and throat:** DMM.
**Cardiovascular:** Regular rate and rhythm, No murmur.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**Neurological:** Alert and oriented to person, place, time, and situation, normal speech observed, hyperesthesia of L 5th dermatone
hypoesthesia of medial aspect of L knee.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Orders** Launch Order Profile (Selected)
Inpatient Orders
Ordered
ED Patient Reassessment:
EKG:
Completed
*Differential Automated:
CBC w/Diff (man diff if indicated):
CT Head wo Con:
Comprehensive Metabolic Panel: .
**Electrocardiogram:** Time 06/12/17 11:03:00, rate 53, normal sinus rhythm, No ST-T changes, no ectopy, normal PR & QRS intervals, EP Interp.
**Results review:** Lab results : Laboratory

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | WBC | 6.0 thousand/uL |
| | RBC | 4.75 million/uL |
| | Hgb | 13.6 gm/dL |
| | Hct | 40.8 % |
| | MCV | 85.8 fL |
| | MCH | 28.5 pg |
| | MCHC | 33.3 gm/dL |
| | RDW | 14.4 % |
| | Plt | 306 thousand/uL |
| | MPV | 7.4 fL |
| | ABS Neut | 3.4 thousand/uL |
| | ABS Lymph | 2.0 thousand/uL |
| | ABS Mono | 0.4 thousand/uL |
| | ABS Eos | 0.2 thousand/uL |

Dignity Health

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Haubach,Carol MD ; Kripps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Emergency Documentation - MD*

| | |
|---|---|
| ABS Baso | 0.1 thousand/uL |
| Neut% | 56.7 % |
| Lymph% | 33.2 % |
| Mono% | 6.2 % |
| Eos% | 2.9 % |
| Baso% | 1.0 % |
| nRBC Auto | 0.0 Per 100 WBC |
| Sodium | 141 mMOL/L |
| Potassium | 4.1 mMOL/L |
| **Chloride** | **108 mMOL/L H** |
| CO2 | 25 mmol/L |
| **Glucose Level** | **114 mg/dL H** |
| BUN | 10.0 mg/dL |
| Creatinine | 0.8 mg/dL |
| eGFR Afr/Am | >60 mL/min/1.73m2 |
| eGFR NonAfr/Am | >60 mL/min/1.73m2 |
| Calcium | 9.2 mg/dL |
| Protein, Total | 6.90 gm/dL |
| Albumin | 3.9 gm/dL |
| Bili Total | 0.5 mg/dL |
| ALT | 37 Units/L |
| AST | 22 Units/L |
| Alkphos | 56.0 Units/L |

, Interpretation Labs unremarkable.
**Radiology results:** Radiologist's interpretation
**Name:** SHAW, KIMBERLY D
**Account:** 40816746
**MRN:** 527866
**DOB:**

========================

**Result Date:** 06/12/17 10:45
**Verified By:** Williams, Richard A.MD at 06/12/17 11:02

**Report :** CT Head wo Con
IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass. 06/12/17 11:02
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
, MRI of brain is negative. MRI of cervical spine shows multilevel cervical disc disease with some degree of foraminal impingement on including the C5-6 disc space. Studies were performed with and without contrast. There was no sign of demyelination..

**Reexamination/ Reevaluation**
Time: 06/12/17 15:52:00 .

Dignity Health

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

Interventions: Patient is already on maximal doses of gabapentin will continue. She has prednisone at home and I have advised her what dose to take for a week. She will get a contoured pillow to sleep on..
Notes: medical decision making.

**Impression and Plan**

**Diagnosis**

Cervical disc disease. Fibromyalgia versus chronic fatigue syndrome.

**Plan**

**Condition:** Stable.
**Disposition:** Discharged: to home.
**Patient was given the following educational materials:** Cervical Radiculopathy.
**Follow up with:** Primary Care Physician.
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
HIV prophylaxis
**Notes:** This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Hencke, Richard M.D..

*Electronically Signed By:*
*Hencke, Richard MD*
*On 06/27/17 06:15*
*Co Signature By:*
*Modified Signature By:*
*Chan, Christine*
*On 06/12/17 11:13*

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 6/12/2017 09:52 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Whaley,Bradley D.MD (6/12/2017 09:55 PDT) |
| SIGN INFORMATION: | Whaley,Bradley D.MD (6/12/2017 14:12 PDT); Whaley,Bradley D. MD (6/12/2017 13:50 PDT) |

**RME - Neurologic problem**

Patient: **SHAW, KIMBERLY D** **MRN: 52-78-66(D)** **FIN: 40816746**
Age: **50 years** Sex: **F** DOB:
Associated Diagnoses: **None**
Author: **Whaley, Bradley D.MD**

**Basic Information**

**Time seen:** Provider Initial Contact Time
06/12/2017 09:58.
**History source:** Patient, spouse.
**History limitation:** None.
**Additional information:** Chief Complaint (ST)
**Chief Complaint ED:** FACIAL NUMBNESS 06/12/17 09:43,

**Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43**

,
<u>**The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.**</u>

•

**History of Present Illness**

The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.

No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".

So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt unsure if Myesthenia Gravis or MS in her physicians DDx.

Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish.

She notes she becomes easily fatigued with normal everyday tasks, and the fatigue has been a hinderance on her everyday life and work.

Dignity Health

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

She reports she has not had a full workup in the past 2-3 months.

**Review of Systems**

**Eye symptoms:** No diplopia, no blurred vision.
**Musculoskeletal symptoms:** Muscle pain, Joint pain.
**Neurologic symptoms:** Headache, numbness, abnormal balance, no vision changes, no speech problem.

**Health Status**

**Allergies:**

Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..

**Medications:** Per nurse's notes.

**Past Medical/ Family/ Social History**

**Medical history:**

All Problems
Depression / SNOMED CT 59212011 / Confirmed
Back pain / SNOMED CT 252311015 / Confirmed
Asthma / SNOMED CT 301485011 / Confirmed, PE.

**Surgical history:**

Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

**Social history:** Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

**Physical Examination**

**Vital Signs**

Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

.

Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

.

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
**General:** Alert.
**Skin:** Warm, dry, pink.
**Head:** Normocephalic, atraumatic.
**Eye:** Pupils are equal, round and reactive to light, normal conjunctiva.
**Neurological:** Alert and oriented to person, place, time, and situation, numbness to face L>R, Speech: Normal.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Notes:** THIS IS AN RME EXAM ONLY. REMAINDER OF ED EVALUATION, MANAGEMENT/TREATMENT AND DISPOSITION WILL BE COMPLETED BY ED MEDICAL STAFF.

**Impression and Plan**
**Plan**
**Notes:** This document was transcribed by scribe Paul Namkoong
Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assitant Name: Keenan, David P.A-C
Patient care supervised by: Danish, David D.O.

*Electronically Signed By:*
*Whaley, Bradley D.MD*
*On 06/12/17 13:50*
*Co Signature By:*
*Whaley, Bradley D.MD*
*On 06/12/17 14:12*
*Modified Signature By:*
*Namkoong, Paul Scribe*
*On 06/12/17 10:11*

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: n/a Sex:F |
| MRN: 52-78-66(D) | Admit Date: n/a |
| Acct #: 40816746; 87754974; 87765319; 87696902; 87722690 | Disch Date: n/a |
| Pt loc: n/a | Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; |
| | PCP: Heubach,Carol MD ; Kripps,David L MD; Sedgwick,Jacqueline MD |

## *Cardiology Reports*

| | |
|---|---|
| DOCUMENT NAME: | Electrocardiogram |
| RECEIVED DATE/TIME: | 6/12/2017 11:03 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Singh,Rajinder MD (6/13/2017 19:03 PDT) |
| SIGN INFORMATION: | |

**EKG**

```
                         Stationary ECG Study
                                DSC

                                  Test Date:     2017-06-12
Pat Name:      KIMBERLY SHAW      Department:
Patient ID:    527866             Room:          ED
Gender:        F                  Technician:    5895
DOB:                              Requested By:  Bradley Whaley
Order Number:  5706566069         Reading MD:    Raj Singh
                              Measurements
Intervals                         Axis
Rate:          53                 P:             39
PR:            120                QRS:           40
QRSD:          84                 T:             63
QT:            488
QTc:           457                Severity:      Otherwise Normal ECG
                         Interpretive Statements
Sinus bradycardia
Otherwise normal ECG
No previous ECG available for comparison

Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh
```

* Auth (Verified) *

Pat ID: DSC-527866 | 06/12/2017 11:03:00 | SHAW, KIMBERLY
50 yrs
RX:
DX:

Dominican Hospital Santa Cruz
Dept:
Room: ED
Tech: 5695

| | | |
|---|---|---|
| Rate | 53 | Sinus bradycardia |
| PR | 120 | Otherwise normal ECG |
| QRSd | 64 | No previous ECG available for comparison |
| QT | 486 | |
| QTc | 457 | Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh |
| --Axis-- | | |
| P | 39 | |
| QRS | 40 | |
| T | 63 | |

Req Provider: Bradley Whaley
Visit: 40816746
Location: ED
Accession#:

- Otherwise Normal ECG -

Confirmed By: Raj Singh 06/13/2017 19:03:59




GE MAC55-6 | 25 mm/sec | 10.0 mm/mV | 60~ 0.16 – 150 Hz

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Head wo Con | 01-CT-17-137843 | 6/12/2017 10:45 PDT | Auth (Verified) | Whaley,Bradley D.MD |

**Reason For Exam**
(CT Head wo Con) facial paresthesia, HA

**Report**
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

** * * F I N A L * * **
*Dictated by: Williams, Richard A.MD*
*Electronically signed by: Williams, Richard A.MD*
*Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02*
** * * F I N A L * * **

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ;
Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Chest wo Con/Hi Res | 01-CT-16-277509 | 12/12/2016 08:44 PST | Auth (Verified) | Non Staff,Dr DSCH |

**Reason For Exam**
(CT Chest wo Con/Hi Res) on going asmathic exacerbation with constant cough post treatment, bronchoiectasis/ J47.9, J45.51, J45.40

**Report**
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

** * * F I N A L * * **
*Dictated by: Rodriguez, Juan MD*
*Electronically signed by: Rodriguez, Juan MD*
*Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57*
** * * F I N A L * * **

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Sinus Comp/Facial Ltd wo Cont | 01-CT-16-258814 | 11/18/2016 10:09 PST | Auth (Verified) | Non Staff,Physician |

**Reason For Exam**
(CT Sinus Comp/Facial Ltd wo Cont) asthmatic with daily cough, J32.9, J33.0, J45.51

**Report**
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

****F I N A L****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17, S: 11/18/2016 10:20*
****F I N A L****

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: n/a Sex:F |
| MRN: 52-78-66(D) | Admit Date: n/a |
| Acct #: 40816746; 87754974; 87765319; 87696902; 87722690 | Disch Date: n/a |
| Pt loc: n/a | Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Chest wo Con | 01-CT-16-258709 | 11/18/2016 08:37 PST | Auth (Verified) | Non Staff,Physician |

**Reason For Exam**
(CT Chest wo Con) asthmatic with daily cough, J32.9, J33.0, J45.51

**Report**
CT chest without contrast performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: 3 mm axial images were performed from the lung apices through the adrenal glands. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 653 mGy-cm.
2. CT DI. 19.8 mGy.

FINDINGS: Evaluation of the mediastinal windows demonstrates the heart and great vessels to be normal. No suspicious axillary, hilar or mediastinal adenopathy was identified. There is no evidence of a pericardial effusion.

Assessment of the lung windows demonstrates a large airways to be patent. No pleural effusions, infiltrates or suspicious pulmonary nodules were identified.

Within the visualized portions of the upper abdomen, the visualized portions of the liver, spleen, pancreas and adrenal glands are grossly normal.

Assessment of the bone windows demonstrates no acute osseous abnormalities.

IMPRESSION:
1. Normal noncontrast CT of the chest.

****F I N A L****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by: IP, D: 11/18/2016 09:48, T: 11/18/2016 09:48, S: 11/18/2016 09:50*
****F I N A L****

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Knops,David L MD
PCP: Sedgwick,Jacqueline NP

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR Brain wo+w Con | 01-MR-17-025649 | 6/12/2017 15:20 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR Brain wo+w Con) Sensory changes rule out MS

**Report**
MRI brain with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

****FINAL****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25*
****FINAL****

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR C Spine wo+w Con | 01-MR-17-025648 | 6/12/2017 14:54 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR C Spine wo+w Con) Sensory changes rule out MS

**Report**
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR C Spine wo+w Con | 01-MR-17-025648 | 6/12/2017 14:54 PDT | Auth (Verified) | Hencke,Richard MD |

**Report**
At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

** * * F I N A L * * **
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06*
** * * F I N A L * * **

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *General Radiology*

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-16-549421 | 10/5/2016 13:17 PDT | Auth (Verified) | Kipps MD,David L |

**Reason For Exam**
(XR Chest 2 Views) Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospiitalized twice earlier this year.

**Report**
COMPARISONS: March 3, 2016

PROCEDURE: AP and lateral radiograph obtained in the upright position..

CLINICAL HISTORY: Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospiitalized twice earlier this year.

FINDINGS:
The lungs are clear. Cardiac silhouette is normal in size. Bones and soft tissues demonstrate no definite acute findings.

CONCLUSIONS:
No acute cardiopulmonary disease noted.

** * * F I N A L * * **
*Dictated by: Martinez, Roy MD*
*Electronically signed by: Martinez, Roy MD*
*Transcribed by: IP, D: 10/05/2016 13:28, T: 10/05/2016 13:28, S: 10/05/2016 13:28*
** * * F I N A L * * **

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline MD

## *CBC*

Collected Date: 6/12/2017
Collected Time: 10:22 PDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | 6.0 | thousand/uL | 5.0-11.0 |
| RBC | 4.75 | million/uL | 4.20-5.40 |
| Hgb | 13.6 | gm/dL | 12.0-16.0 |
| Hct | 40.8 | % | 36.0-48.0 |
| MCV | 85.8 | fL | 83.0-99.0 |
| MCH | 28.5 | pg | 27.0-32.0 |
| MCHC | 33.3 | gm/dL | 32.0-36.0 |
| RDW | 14.4 | % | 11.5-14.5 |
| Plt | 306 | thousand/uL | 130-400 |
| MPV | 7.4 | fL | 6.0-10.0 |
| ABS Neut | 3.4 | thousand/uL | 1.9-8.0 |
| ABS Lymph | 2.0 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.4 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.2 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | 56.7 | % | 40.0-74.0 |
| Lymph% | 33.2 | % | 19.0-48.0 |
| Mono% | 6.2 | % | 3.5-9.0 |
| Eos% | 2.9 | % | 0.0-7.0 |
| Baso% | 1.0 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | Per 100 WBC | 0.0-1.0 |

Dignity Health

**n/a**
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ;
PCP: Heubach,Carol MD ; Kipps,David L MD / Sedgwick,Jacqueline NP

## *Hematology Other*

| Collected Date: | 8/31/2016 | | |
|---|---|---|---|
| Collected Time: | 15:05 PDT | | |
| Procedure | | Units | Reference Range |
| ESR | 11 | mm/hr | 0-20 |

## *Chemistry General*

| Collected Date | 6/12/2017 | 8/31/2016 | | |
|---|---|---|---|---|
| Collected Time | 10:22 PDT | 15:05 PDT | | |
| Procedure | | | Units | Reference Range |
| Sodium | 141 | - | mMOL/L | 136-145 |
| Potassium | 4.1 | - | mMOL/L | 3.4-5.0 |
| Chloride | **108** [H] | - | mMOL/L | 98-107 |
| CO2 | 25 | - | mmol/L | 19-27 |
| Glucose Level | **114** [H] | - | mg/dL | 70-99 |
| BUN | 10.0 | - | mg/dL | 9.8-20.1 |
| Creatinine | 0.8 | - | mg/dL | 0.6-1.1 |
| eGFR Afr/Am | >60 [i1] | - | mL/min/1.73m2 | >=60 |
| eGFR NonAfr/Am | >60 [i1] | - | mL/min/1.73m2 | >=60 |
| Calcium | 9.2 | - | mg/dL | 8.4-10.2 |
| Uric Acid | - | 5.8 | mg/dL | 3.5-7.2 |
| Protein,Total | 6.90 | - | gm/dL | 6.40-8.30 |
| Albumin | 3.9 [i2] | - | gm/dL | 3.5-5.0 |
| Bili Total | 0.5 | - | mg/dL | 0.2-1.2 |
| ALT | 37 | - | Units/L | 0-55 |
| AST | 22 | - | Units/L | 5-34 |
| Alkphos | 56.0 | - | Units/L | 40.0-150.0 |

Interpretive Data
i1: eGFR Afr/Am, eGFR NonAfr/Am

--------------------------------------

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

The eGFR should only be used in individuals ages 18 to 85. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

Dignity Health

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 40816746; 87754974; 87765319; 87696902; 87722690
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Whaley,Bradley D.MD ; Wolfe,James D.MD ; Heubach,Carol MD ; Kipps,David L MD
PCP: Sedgwick,Jacqueline NP

## *Chemistry General*

Interpretive Data
i2: Albumin
Values are on average approximately 0.3 g/dL higher in ambulatory patients.

## *Special Chemistry Other*

| | | | |
|---|---|---|---|
| Collected Date | 8/31/2016 | | |
| Collected Time | 15:05 PDT | | |
| Procedure | | Units | Reference Range |
| CRP hs Inflam/Infect | 2.5 | mg/L | 0.0-5.0 |

## *Immunology*

| | | | |
|---|---|---|---|
| Collected Date | 8/31/2016 | | |
| Collected Time | 15:05 PDT | | |
| Procedure | | Units | Reference Range |
| Rheumatoid Factor | Negative | | Negative |
| ANA by IFA,IgG Titer. | <1:40 [f1] | | <1:40 |

Result Comments
f1: ANA by IFA, IgG Titer.
<1:40
INTERPRETIVE INFORMATION: ANA by IFA, IgG
Anti-nuclear antibodies (ANA) are seen in a variety of systemic rheumatic diseases and are determined by indirect fluorescence assay (IFA) using HEp-2 substrate with an IgG-specific conjugate. ANA titers less than or equal to 1:80 have variable relevance while titers greater than or equal to 1:160 are considered clinically significant. These antibodies may precede clinical disease onset; however, healthy individuals and those with advanced age have been reported to be positive for ANA. When observed, one of the five basic patterns is reported: homogeneous, peripheral/rim, speckled, centromere, or nucleolar. If cytoplasmic fluorescence is observed, it is noted. IFA methodology is subjective and has occasionally been shown to lack sensitivity for anti-SSA/Ro antibodies.
Negative results do not necessarily rule out the presence of SSc. If clinical suspicion remains, consider further testing for U3-RNP, PM/Scl, or Th/To antibodies associated with SSc.
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jerry W. Hussong, MD - Lab. Director

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

RQID:9604488788AU3096 SITE:S48 DR:S
SSN DOCTYPE:0001 RF:D CS:b1d4

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

Effective November 01, 2017

Vendor # *00764417-
PO # 3024982
TDN # 9604488788
FAX 1-877-337-7890

Sleep Health MD
1665 Dominican Way
Suite 222A
Santa Cruz CA 95065

PAY TO: Sleep Health MD
1665 Dominican Way
Suite 222A
Santa Cruz CA 95065

**ATTN: Dr Aaron Morse**
NAME: KIMBERLY SHAW DOB:
AKA: KIMBERLY DAWN, MCCLENDON, KENNEDY, KENNEDY SHAW SSN:

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which **we will pay $20.00**. Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.
If needed, would you examine this patient at government expense? ____Yes ____No
Signature________________________________________ Date______________

**PAYMENT INFORMATION**

**TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS**
**NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:**

**PAYABLE TO:**
NAME:______________________________________________
PAYMENT ADDRESS:______________________________________
CITY:______________ STATE:______ ZIP:__________ PHONE:______________
TAX ID #______________________ COPY SERVICE NAME:______________________
PROVIDER SIGNATURE______________________ Date__________ Amount Billed $__________

Roger Warren/001/TPG 09 - 01 Voucher # 3024982 DDS 3
Enclosure (s):
DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

# IMPORTANT INFORMATION: PLEASE READ

Attention: Medical Records Providers

Beginning April 2012, adults filing online for Social Security disability benefits on their own behalf will be able to electronically sign and submit their Authorization to Disclose Information to the Social Security Administration (Form SSA-827). This means that you may see a number of our authorizations with your patients' electronic signature instead of a "wet" (pen-and-ink) signature on the form.

Here's what you need to know about this new process:

- The Health Insurance Portability and Accountability Act (HIPAA) and other applicable laws permit the use of electronic signatures on authorizations.
- The only change to the current HIPAA-compliant SSA-827 form you are already accepting will be in the completed signature block, where some will now indicate that the applicant electronically signed using our new process.
- Initially, we will only be accepting electronically signed authorizations from adults filing online for disability benefits on their own behalf, so you will continue to see wet-signed SSA-827s also.

We are encouraging you to treat the new electronic signature the same as you would a "wet" signature on the SSA-827. This new process will speed up the disability claims process for your patients, which can result in quicker access to cash benefits and medical insurance coverage, often decreasing the number of uninsured and underinsured patients you serve.

Learn more about this new process at http://www.ssa.gov/disability/professionals/eAuthorization.htm.

The Tennessee DDS toll free fax number is 1-877-337-7890.
Misdialing may result in the loss of Personal Identifying Information (PII) and HIPPA violations.
To avoid faxing errors, register for Electronic Records Express (ERE) through the Social Security Administration's secure website. It's easy, fast and free!
Visit http://www.ssa.gov/ere/ to learn more about ERE.

If you have any questions, please contact your Tennessee Disability Professional Relations Officer at:
1-800-342-1117
Eastern Tennessee: ext. 7776
Central Tennessee: ext. 7775
Western Tennessee: ext. 4858

Thank you for your help with this important initiative.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

Form Approved OMB No. 0960-0623

**WHOSE** *Records to be Disclosed*

NAME *(First, Middle, Last, Suffix)*
Kimberly Dawn Shaw

SSN | Birthday *(mm/dd/yy)*

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:***

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and not limited to :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

1665 Dominican Way
Suite 222A
Santa Cruz CA 95065

*Sleep Health MD*

**TO WHOM** The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

SIGN ▶ *Electronically Signed By:* Kimberly Dawn Shaw

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed | Street Address | | |
|---|---|---|---|
| 10/20/17 | | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply Is Exhausted Page 1 of 2

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 67 of 1114

**Lincoln/ Shaw 1126**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(I), 1631(d)(1) and 1631(e)(1)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(1) and 1383(e)(1)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

November 01, 2017

Dear Office Manager:

Here at DDS Fiscal we are striving to promote excellence in our services. In order to process payment for medical records you provide us, our system requires the federal tax identification number for your facility. Disability Determination Section was unable to locate your facility in our system. Please completely fill out the bottom of our Authorization and Claim for Payment Invoice. As soon as we receive all necessary information, we will get this added to our system so we can process your payment in a timely manner. Please complete all lines or this will delay your payment. If you use a copy service to copy your medical records, please provide the name and tax identification number for it as well. **Please realize payment to the copy service can not be processed without the federal tax identification number of both the facility and copy service due to the restrictions of the SSA system.**

We greatly appreciate your cooperation in this matter.

DDS Fiscal Staff

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

DDS-TVI

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

CLAIMANT: KIMBERLY D SHAW A/N: DOB:

# RANGE OF MOTION

| CERVICAL SPINE | Normals | |
|---|---|---|
| Flexion | 50° | |
| Extension | 60° | |
| Right Lateral Flexion | 45° | |
| Left Lateral Flexion | 45° | |
| Right Rotation | 80° | |
| Left Rotation | 80° | |

| DORSOLUMBAR SPINE | Normals | |
|---|---|---|
| Flexion | 90° | |
| Extension | 25° | |
| Right Lateral Flexion | 25° | |
| Left Lateral Flexion | 25° | |

## HAND - FINGERS

(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion | | Extension | |
|---|---|---|---|---|---|
| | | Normal 90° | | Normal 0° | |
| | | Right | Left | Right | Left |
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | | Normal 70° | | Normal 0° | |
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

| | | Right | | Left | |
|---|---|---|---|---|---|
| SHOULDER | Normals | Active | Passive | Active | Passive |
| Abduction | 150° | | | | |
| Forward Elevation | 150° | | | | |
| Internal Rotation | 80° | | | | |
| External Rotation | 90° | | | | |

| | | Right | | Left | |
|---|---|---|---|---|---|
| ELBOW | Normals | Active | Passive | Active | Passive |
| Flexion | 150° | | | | |
| Extension | 0° | | | | |
| Pronation | 80° | | | | |
| Supination | 80° | | | | |

HS-1807 DDS-102 Rev. 3/04

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

**HIP**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | | | | |
| Adduction | 20° | | | | |
| Flexion | 120° | | | | |
| Extension | 30° | | | | |
| Internal Rotation | 40° | | | | |
| External Rotation | 50° | | | | |

**KNEE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 130° | | | | |
| Extension | 0° | | | | |

**ANKLE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | | | | |
| Plantar flexion | 40° | | | | |

**WRIST**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | | | | |
| Plantar flexion | 60° | | | | |

Please give descriptions of Gait and Station: ______________________

Signature ______________________, M.D.
Date ______________

Roger Warren/001/TFG
HS-1528 (7-83)

## Medical Records - CONFIDENTIAL

**FROM:** CA - Sleep Health MD
Yareth S
1665 DOMINICAN WAY, SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337
Fax: (866) 264-3890

**TO:**

**Name: SHAW, KIMBERLY**

**DOB:**

**Date Range: to 11/21/2017**

**This document contains the following records of the patient:**
- **Admin Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:38558-A-2256]

**Admin Documents**

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP, DIRECTOR
TONY J. MASRI, M.D. • HELENA NORRIS, FNP, MSN
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065
150 CARNATION DRIVE, SUITE 4 • FREEDOM, CA 95019
TELEPHONE (831) 465-0586 FAX (831) 476-5292
www.sleephealthmd.com

November 21, 2017

RE: Kimberly Shaw
DOB:

Please remit $20.00 for medical records requested on November 1, 2017. Medical records will be sent once payment is received. Please send check to the address shown below.

Sleep Health MD
1665 Dominican Way
Santa Cruz, CA 95065

Thank You,
Medical Records Department
Sleep Health MD
1665 Dominican Way Suite 222
Santa Cruz, CA 95060

Aaron B. Morse, M.D., FCCP
Diplomate of the American Board of Sleep Medicine

**Sleep Health MD DME**
1665 Dominican Way #222
Santa Cruz, CA 95065

**SHAW, KIMBERLY**
Device: DreamStation Auto CPAP (500X110) (J180382314EF3 V1.1.1.2860)

**Details Report**

**Patient:**
**SHAW, KIMBERLY**

Patient ID: 38558
Home Phone:
Date of Birth:
Age: 50
Mask:

**Sleep Doctor:**
**Morse, Aaron B Dr.**
1665 Dominican Way
#222
Santa Cruz, CA 95065

Group/Practice: Sleep Health MD
Phone: 831-465-0586
Fax: 831-476-5292
E-Mail Address:

**PCP:**
Phone:

**Clinician:**
**MacDonald, Lisa**

**Compliance Information** 6/10/2017 - 7/9/2017



**EXHIBIT NO. 2F**
**PAGE: 2 OF 44**

Patient ID: 38558 **SHAW, KIMBERLY**

**Patterns of Use**



**EXHIBIT NO. 2F**
**PAGE: 3 OF 44**

Patient ID: 38558 **SHAW, KIMBERLY**




RESPIRONICS Printed By: 7/10/2017 EncoreAnywhere - version: 2.35.2.0 Page 3 of 12

This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

**EXHIBIT NO. 2F**
**PAGE: 4 OF 44**

Patient ID: 38558 **SHAW, KIMBERLY**






**EXHIBIT NO. 2F**
**PAGE: 5 OF 44**

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**
7/4/2017 6:20 AM - 7/4/2017 7:51 AM



Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**
7/4/2017 8:50 PM - 7/5/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.2 |
| OA: | 0.0 |
| H: | 0.5 |
| FL: | 0.0 |
| VS: | 0.5 |
| RE: | 0.5 |
| **AHI:** | **0.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

**EXHIBIT NO. 2F**
**PAGE: 7 OF 44**

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/5/2017 2:35 PM - 7/6/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.2 % of Night in PB

| | |
|---|---|
| CA: | 0.7 |
| OA: | 2.6 |
| H: | 0.8 |
| FL: | 0.0 |
| VS: | 5.1 |
| RE: | 0.1 |
| **AHI:** | **4.1** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**

7/6/2017 11:16 PM - 7/7/2017 6:20 AM

C-Flex+









Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/7/2017 9:38 PM - 7/8/2017 5:21 AM



Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**

7/8/2017 9:00 PM - 7/9/2017 6:49 AM






This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/9/2017 11:00 PM - 7/10/2017 5:52 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.0 |
| OA: | 1.5 |
| H: | 0.7 |
| FL: | 0.0 |
| VS: | 1.0 |
| RE: | 0.3 |
| **AHI:** | **2.2** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Compliance Summary

| | |
|---|---|
| Date Range | 6/10/2017 - 7/9/2017 (30 days) |
| Days with Device Usage | 29 days |
| Days without Device Usage | 1 day |
| Percent Days with Device Usage | 96.7% |
| Cumulative Usage | 8 days 5 hrs. 13 mins. 17 secs. |
| Maximum Usage (1 Day) | 10 hrs. 41 mins. 30 secs. |
| Average Usage (All Days) | 6 hrs. 34 mins. 26 secs. |
| Average Usage (Days Used) | 6 hrs. 48 mins. 2 secs. |
| Minimum Usage (1 Day) | 13 mins. 59 secs. |
| Percent of Days with Usage >= 4 Hours | 83.3% |
| Percent of Days with Usage < 4 Hours | 16.7% |
| Total Blower Time | 8 days 7 hrs. 31 mins. 25 secs. |

## Sleep Therapy Statistics

| | |
|---|---|
| Average Time in Large Leak Per Day | 4 secs. |
| Average AHI | 2.6 |
| CPAP | 10.0 cmH2O |

Device Settings as of 7/9/2017

**Device Mode** CPAP - C-Flex+

Device Settings

| **Parameter** | **Value** |
|---|---|
| Auto-Trial | Off |
| **CPAP Pressure** | 10 cmH2O |
| **C-Flex+ Setting** | 3 |
| Auto Off | Off |
| Auto On | On |
| View Optional Screens | On |
| Ramp Type | Linear |
| Ramp Time | 45 minutes |
| Ramp Start Pressure | 4.0 cmH2O |
| Mask Resistance | Off |
| Mask Resistance Lock | Off |
| Tubing Type | 15 HT |
| Tubing Type Lock | Off |
| EZ-Start | Disabled |
| Tube Temperature | 3 |
| Humidifier | 3 |
| Humidification Mode on Heated Tube Disconnect | Adaptive |

## SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM

(#1122708, 05/20/2017 12:00am)

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient:** Kimberly Shaw **Referring Physician:** Jacqueline Sedgwick, MD
**DOB:** **Gender:** F **Athena ID:** 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The **Pre-treatment** portion is the diagnostic part of the study and the **Treatment** portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**
An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3.scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** , **Gender: F** **Athena ID: 38558**

## SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

### TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

RESULTS

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA) , respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient:** Kimberly Shaw **Referring Physician:** Jacqueline Sedgwick, MD
**DOB:** , **Gender:** F **Athena ID:** 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

## SPLIT NIGHT REPORT

| | | | |
|---|---|---|---|
| **Patient Name :** | Shaw, Kimberly | **Project :** | Split Night |
| **Hospital # :** | | | |
| **Study Date :** | 5/20/2017 | **Referring Physician :** | Jacqueline Sedgwick, MD |
| **SSC/SIN :** | | **Sleep Specialist :** | Aaron Morse, MD, FCCP |
| **Gender :** | F | | |
| **D.O.B. :** | / | **Study Indications :** | |
| **Age :** | 50 years | **Physical Findings :** | |
| **Height :** | 69.0 | | |
| **Weight :** | 200.0 | **Medications :** | Montelukast Tramadol Valacyclovir Clotrimazole Duloxetine Gabapentin Trazodone Zolpidem 5 mg sample Zyrtec Zantac |
| **B.M.I. :** | 29.5 | | |

**Recording Technologist Matthew Minugh, RPSGT**

**Scoring Technologist Lindsey May, RPSGT, RST**

Sleep onset was greatly delayed. During the dx portion, OH, RERA and few OA noted. Respiratory events were greatly improved with CPAP. Few REM related CA noted at the final pressure. PLM with associated arousals and awakenings noted during both portions of the study. EKG revealed NSR.

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

## Pre-Treatment Analysis

**Lights Out:** 10:44:37 PM
**Lights On:** 1:41:01 AM

**# REM Episodes:** 0
**# of Awakenings*:** 3

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| **Total Recording Time (TRT):** | 176.4 | | | 100% |
| **Total Sleep Time (TST):** | 96.0 | 100% | | |
| **Total Stage N1:** | 6.5 | 6.8 | 03-09% | 3.7 |
| **Total Stage N2:** | 84.5 | 88.0 | 47-67% | 47.9 |
| **Total Stage N3:** | 5.0 | 5.2 | 03-21% | 2.8 |
| **Total Stage R:** | 0.0 | 0.0 | 20-29% | 0.0 |
| **Total Movement Time:** | 0.0 | | | |
| **Total Wake Time:** | 80.4 | | | |
| **WASO:** | 11.7 | | | |
| **Wake Time During SPT:** | 2.0 | | | |
| **Latency to Sleep Onset:** | 68.7 | | | |
| **Latency to REM Sleep:** | | | | |
| **Latency to Persistent Sleep:** | 3.0 | | | |
| **Sleep Efficiency:** | 54.4% | | | |
| **Sleep Maintenance:** | 98.0% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| **Sleep Time (min):** | 96.0 | 0.0 | 57.90 | 38.1 | 96.0 |
| **Obstructive Apnea:** | 2 | | 1.00 | 1 | 2 |
| **Mixed Apnea:** | 0 | | 0.00 | 0 | 0 |
| **Central Apnea:** | 0 | | 0.00 | 0 | 0 |
| **All Apneas:** | 2 | | 1.00 | 1 | 2 |
| **Hypopneas:** | 71 | | 37.00 | 35 | 72 |
| **Apneas+Hypopneas:** | 73 | | 38.00 | 36 | 74 |
| **Apneas+Hypop+RERAs:** | 82 | | 45.00 | 38 | 83 |
| **RERA:** | 9 | | 7.00 | 2 | 9 |
| **Apnea Index:** | 1.3 | | 0.63 | 1.6 | 1.3 |
| **Hypopnea Index:** | 44.4 | | 23.13 | 55.1 | 45.0 |
| **A/H Index:** | 45.6 | | 23.75 | 56.7 | **46.3** |
| **RDI:** | 51.3 | | 28.13 | 59.8 | **51.9** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 14.3 | 0.0 | 14.3 |
| Max Dur (sec) | 0.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.5 | 0.0 | 16.5 |
| Max Dur (sec) | 0.0 | 25.0 | 0.0 | 25.0 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 44.4 | 71 |
| Non-REM Events: | 44.4 | 71 |
| REM Events: | 0.0 | 0 |

** Respiratory Arousals = Apnea Arousals + Hypopnea Arousals + RERA's.*

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT
### Pre-Treatment Analysis

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 85 | 53.1 |
| Leg movements meeting PLM criteria | 78 | 48.8 |
| Leg movements NOT meeting PLM criteria | 7 | 4.4 |
| Leg movements with arousal meeting PLM criteria | 1 | 0.6 |
| Leg movements without arousal meeting PLM criteria | 77 | 48.1 |

**SPONTANEOUS EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 7.5 | 12 |
| Non-REM Events: | 7.5 | 12 |
| REM Events: | 0.0 | 0 |

** **EEG Arousals** not associated with Respiratory or PLMs activity.*

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 94 | | 95 | 94 |
| Min. SpO2%: | - | - | - | 85 | 85 |
| SpO2% <=89% (min): | 0.8 | 0.5 | 0.0 | 1.3 | 0.50 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 73.40 | 95.50 | 0.00 | 168.90 | 95.50 |
| 80 – 89% (min): | 0.50 | 0.50 | 0.00 | 1.00 | 0.50 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| < 50% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| % Artifact / Bad Data: | 6.1 | 0.0 | 0.0 | 6.1 | 0.00 |

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <60 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <70 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <75 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <80 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <85 | 0.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.3 |
| <90 | 0.9 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.4 | 0.8 |
| <95 | 6.3 | 3.6 | 0.0 | 0.0 | 56.7 | 32.1 | 63.0 | 35.7 |
| <89 | 0.8 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.3 | 0.7 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| | | | | | | | | | | | | | |

Page 5

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly    Study Date: 5/20/2017

# SPLIT NIGHT REPORT
## Treatment Analysis

| | | | |
|---|---|---|---|
| **Lights Out:** | 1:41:01 AM | **# REM Episodes:** | 4 |
| **Lights On:** | 5:52:31 AM | **# of Awakenings*:** | 9 |

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| **Total Recording Time (TRT):** | 251.5 | | | 100% |
| **Total Sleep Time (TST):** | 225.7 | 100% | | |
| **Total Stage N1:** | 21.0 | 9.3 | 03-09% | 8.3 |
| **Total Stage N2:** | 119.5 | 52.9 | 47-67% | 47.5 |
| **Total Stage N3:** | 19.5 | 8.6 | 05-21% | 7.8 |
| **Total Stage R:** | 65.7 | 29.1 | 20-29% | 26.1 |
| **Total Movement Time:** | 0.0 | | | |
| **Total Wake Time:** | 25.8 | | | |
| **WASO:** | 17.5 | | | |
| **Wake Time During SPT:** | 7.2 | | | |
| **Latency to Sleep Onset:** | 8.3 | | | |
| **Latency to REM Sleep:** | 86.5 | | | |
| **Latency to Persistent Sleep:** | 0.5 | | | |
| **Sleep Efficiency:** | 89.7% | | | |
| **Sleep Maintenance:** | 92.8% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| **Sleep Time (min):** | 160.0 | 65.7 | 163.20 | 62.5 | 225.7 |
| **Obstructive Apnea:** | 1 | 0 | 1.00 | 0 | 1 |
| **Mixed Apnea:** | 0 | 0 | 0.00 | 0 | 0 |
| **Central Apnea:** | 0 | 3 | 3.00 | 0 | 3 |
| **All Apneas:** | 1 | 3 | 4.00 | 0 | 4 |
| **Hypopneas:** | 22 | 1 | 17.00 | 6 | 23 |
| **Apneas+Hypopneas:** | 23 | 4 | 21.00 | 6 | 27 |
| **Apneas+Hypop+RERAs:** | 44 | 5 | 37.00 | 12 | 49 |
| **RERA:** | 21 | 1 | 16.00 | 6 | 22 |
| **Apnea Index:** | 0.4 | 2.7 | 1.06 | 0.0 | 1.1 |
| **Hypopnea Index:** | 8.3 | 0.9 | 4.52 | 5.8 | 6.1 |
| **A/H Index:** | 8.6 | 3.7 | 5.58 | 5.8 | **7.2** |
| **RDI:** | 16.5 | 4.6 | 9.84 | 11.5 | **13.0** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 12.7 | 16.0 | 0.0 | 13.5 |
| Max Dur (sec) | 16.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.6 | 0.0 | 16.6 |
| Max Dur (sec) | 0.0 | 20.5 | 0.0 | 20.5 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 21.5 | 81 |
| Non-REM Events: | 26.3 | 70 |
| REM Events: | 5.5 | 6 |

** Respiratory Arousals = Apnea Arousals + Hypopnea Arousals + RERA's.*

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 33 | 8.8 |
| Leg movements meeting PLM criteria | 32 | 8.5 |
| Leg movements NOT meeting PLM criteria | 1 | 0.3 |
| Leg movements with arousal meeting PLM criteria | 3 | 0.8 |
| Leg movements without arousal meeting PLM criteria | 29 | 7.7 |

**Spontaneous EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 34 | 9.0 |
| Non-REM Events: | 9.4 | 25 |
| REM Events: | 4.6 | 5 |

** EEG Arousals not associated with Respiratory or PLMs activity.*

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 96 | 96 | 96 | 96.00 |
| Min. SpO2%: | - | - | - | 93 | 93 |
| SpO2% <=89% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 24.60 | 160.00 | 65.70 | 250.30 | 225.70 |
| 80 – 89% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| < 50% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| % Artifact / Bad Data: | 1.2 | 0.0 | 0.0 | 1.2 | 0.00 |

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <60 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <70 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <75 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <80 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <85 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <90 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <95 | 1.1 | 0.4 | 0.0 | 0.0 | 4.3 | 1.7 | 5.4 | 2.1 |
| <89 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

## Treatment Analysis

### TITRATION (CPAP & Bi-Level) Analysis

| IPAP | EPAP | TIB (min) | REM (min) | NREM (min) | Apneas | | | | Hypopneas | | RERAs | | All | | | Arsl | Min | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CA# | OA# | MA# | Index | # | Index | # | Index | AHI | Resp | RDI | Index | SpO2 | SpO2 |
| 4 | 4 | 2.8 | 0.0 | 2.8 | 0 | 0 | 0 | 0.0 | 2 | 42.9 | 0 | 0.0 | 42.9 | 2 | 42.9 | 42.9 | 93 | 95 |
| 5 | 5 | 18.2 | 0.0 | 18.2 | 0 | 0 | 0 | 0.0 | 1 | 3.3 | 5 | 16.5 | 3.3 | 6 | 19.8 | 36.3 | 94 | 95 |
| 6 | 6 | 30.4 | 0.0 | 28.4 | 0 | 0 | 0 | 0.0 | 5 | 10.6 | 1 | 2.1 | 10.6 | 6 | 12.7 | 14.8 | 94 | 95 |
| 7 | 7 | 21.4 | 0.0 | 21.4 | 0 | 1 | 0 | 2.8 | 0 | 0.0 | 1 | 2.8 | 2.8 | 2 | 5.6 | 8.4 | 95 | 96 |
| 8 | 8 | 44.4 | 20.0 | 12.4 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 7 | 13.0 | 0.0 | 7 | 13.0 | 25.9 | 95 | 96 |
| 9 | 9 | 5.9 | 0.0 | 5.9 | 0 | 0 | 0 | 0.0 | 5 | 50.8 | 0 | 0.0 | 50.8 | 5 | 50.8 | 50.8 | 93 | 97 |
| 10 | 10 | 11.6 | 0.0 | 11.6 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 2 | 10.3 | 0.0 | 2 | 10.3 | 20.7 | 93 | 97 |
| 11 | 11 | 17.5 | 0.0 | 16.5 | 0 | 0 | 0 | 0.0 | 4 | 14.5 | 5 | 18.2 | 14.5 | 9 | 32.7 | 50.9 | 96 | 97 |
| 12 | 12 | 14.1 | 0.0 | 14.1 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 4.3 | 96 | 97 |
| 13 | 13 | 12.4 | 0.0 | 11.4 | 0 | 0 | 0 | 0.0 | 5 | 26.3 | 1 | 5.3 | 26.3 | 6 | 31.6 | 47.4 | 95 | 96 |
| 14 | 14 | 61.3 | 45.7 | 14.1 | 3 | 0 | 0 | 3.0 | 1 | 1.0 | 0 | 0.0 | 4.0 | 4 | 4.0 | 10.0 | 95 | 97 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| 0 | | | | | | | | | | | | | |

AARON B. MORSE, M.D., FCCP
DIRECTOR
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

All Night Hypnogram






## Encounters and Procedures

Clinical Encounter Summaries

SHAW, KIMBERLY (id #38558, dob:



**Encounter Date: 07/10/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 07/10/2017 01:30PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : SEDGWICK, JACQUELINE<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 07/10/2017 01:34 pm | **Wt:** | 204 lbs 07/10/2017 01:38 pm | **BMI:** | 30.1 07/10/2017 01:38 pm |
| **BP:** | 118/64 sitting L arm 07/10/2017 01:39 pm | **Pulse:** | 82 bpm regular 07/10/2017 01:38 pm | **O2Sat:** | 96% Room Air at Rest 07/10/2017 01:38 pm |
| **RR:** | 16 07/10/2017 01:39 pm | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**XOLAIR**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |

| | | |
|---|---|---|
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tIZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 07/02/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

norco 3-325
turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
Rhinoplasty

- Tonsillectomy

GYN History

(not configured)

Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

Screening

None recorded.

HPI

The patient underwent a split study which showed severe obstructive sleep apnea and a therapeutic pressure of 10 cm. H2O pressure

She has been using her CPAP all night, every night

She feels that fatigue is less . She has chronic pain and is on Norco

There have been no problems with the mask, CPAP pressure, humidifier or machine

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. The patient arises around 730 AM

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab. Past medical, social and family history reviewed and unchanged from the note of 5-19-17

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

She has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

The CPAP compliance report was reviewed in detail, including all graphs and tables.

COMPLIANCE RPT 07/10/2017 USED 29/30 NIGHTS ; AVERAGE USED: 06 HRS AND 34 MINS PER NIGHT, APNEA HYPOPNEA INDEX: 2.6 COMPLIANCE: 83.3%

ROS

Patient reports **weight gain (4lbs)**. She reports **dry mouth** but reports no sore throat. She reports **shortness of breath** but reports no cough; **Shehas asthma**. She reports no chest pain and no palpitations.

Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes. tonsils not enlarged, and

**Mallampati score of** (1).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

## Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab..

There is excellent compliance and clinical response with CPAP.

She has met CPAP compliance requirement

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Various aspects of use and compliance with CPAP were reviewed with the patient.

Iron will be continued.

Return in 3 months

**1. Obstructive sleep apnea of adult**
G47.33: Obstructive sleep apnea (adult) (pediatric)

### Return to Office

- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 08/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 09/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 10/05/2017 at 02:00 AM
- Helena P. Norris, NP for FOLLOWUP at SANTA CRUZ OFFICE on 10/13/2017 at 11:30 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 11/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 12/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 01/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 02/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 03/05/2018 at 02:00 AM

## Encounter Sign-Off

Encounter signed-off by Helena P. Norris, NP, 07/10/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 07/10/2017 at 1:59pm

**Encounter Date: 05/31/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/31/2017 03:00PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911,**

**Fax (831) 425-2074**

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 9 in 05/31/2017 03:02 pm | **Wt:** 200 lbs 05/31/2017 03:09 pm | **BMI:** 29.5 05/31/2017 03:09 pm |
| **BP:** 122/72 sitting L arm 05/31/2017 03:06 pm | **Pulse:** 70 bpm regular 05/31/2017 03:06 pm | **O2Sat:** 98% Room Air at Rest 05/31/2017 03:07 pm |
| **RR:** 14 05/31/2017 03:07 pm | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
**XOLAIR**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

norco 3-325

turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

## ROS

Patient reports **snoring and dry mouth** but reports no sore throat. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports no significant weight gain. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no palpitations.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of** (**1**).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

## Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

**3. Fatigue**
R53.83: Other fatigue

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD
  Pressure (cm H2O): 10 cm. H2O pressure
- SLEEP APNEA: CARE INSTRUCTIONS
- CPAP PROTOCOL

Return to Office
- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

Encounter Sign-Off
Encounter signed-off by Aaron B. Morse, MD, 05/31/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Aaron B. Morse, MD on 05/31/2017 at 3:25pm

**Encounter Date: 05/20/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/20/2017 08:45PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

Chief Complaint

PSG Split test

Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

None recorded.

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 05/19/2017)
**XOLAIR**

Medications

Medications not reviewed (last reviewed 05/19/2017)

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tIZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 05/19/2017)

Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N

Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

———

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

## ROS

**ROS as noted in the HPI**

## Physical Exam

None recorded.

## Procedure Documentation

**PSG Tech Report v2:**

**General**
Technician Name: Matthew K. Minugh, RPSGT

Lab: SC
Bed: 1

Study Performed PSG-Split Night

PSG- DX

Lights Out (Epoch/Time) Epoch: 154/ 10:44 pm
Lights On (Epoch/Time) Epoch: 487/ 1:30 am

Lights Out (Epoch/Time) Epoch: 503/ 1:39 am
Lights On (Epoch/Time) Epoch: 1010/ 5:52 am

**Medications**
What medications/dosage, if any, were taken prior to the study? Please see medications list, only sleep aid taken at sleep center.
Did the patient take any sleep aid?

If, Yes, Which One: Patient took 5mg Zolpidem.

**Snoring**
Identify snoring volume supine (scale 1 mild to 10 severe): 4
Identify snoring volume non-supine (scale 1 mild to 10 severe): 6
If either Snorting, Gasping, Wheezing or Stridor were present, identify Epoch and position: Snorting occurred in supine and lateral positions.

**PLMS**
Were periodic limb movements present? If Yes, when did it occur?:No Occurred, position/EPOCH? N/A.
Did these limb jerk appear to promote arousal? No

**Respiratory Distrubance Index (RDI)**
Estimated Respiratory Disturbance Index (RDI) : Uncalculated.
Identify the type of events observed (OSA, CSA, OSH, RERAs) and when (position): Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions.

**Oxygen Saturation**
Estimated low saturation: 87%
Was the oxygen saturation apnea related? Yes.
Was the patient placed on oxygen? No. If Yes, what was the reason & LPM (Epoch/Time) N/A.

**Electrocardiogram**
Identify EKG events or NSR and provide example epoch(s): NSR

**Treatment Component**
Was a CPAP Trial done? Yes.
Did the patient have a mask fitting prior to tonight's study? No.
-How did that mask work out for the patient? N/A.
Was the mask the patient's own? No.
What was the make, style, size? ResMed Airfit P10 nasal pillow mask with XS cushion.
Was the CPAP Trial successful? Yes. If No, please document N/A.
Was humidification used? Yes. If Yes at what temperature/setting?: 2-3
Was a chin strap applied? No. Type & Size? N/A.

List the pressure, time, epoch of application:

Mode - CPAP
CPAP Comfort Time
4.0 cm H2O C-Flex+ (3) 1:37 AM
5.0 cm H2O C-Flex+ (3) 1:52 AM
6.0 cm H2O C-Flex+ (3) 2:10 AM
7.0 cm H2O C-Flex+ (3) 2:41 AM
8.0 cm H2O C-Flex+ (3) 3:03 AM
9.0 cm H2O C-Flex+ (3) 3:48 AM
10.0 cm H2O C-Flex+ (3) 3:54 AM
11.0 cm H2O C-Flex+ (3) 4:06 AM
12.0 cm H2O C-Flex+ (3) 4:24 AM
13.0 cm H2O C-Flex+ (3) 4:38 AM
14.0 cm H2O C-Flex+ (3) 4:50 AM

Final Therapy Settings:

Mode: CPAP
CPAP: 14.0 cm H2O
Press. Test Pulse: Off
Comfort: C-Flex+ (3)

Was Bilevel implemented? No. If Yes, explain the reason: N/A.
Was the optimal pressure achieved? Yes

Final Pressure: 14cm H2O
Recommended Pressure: 14cm H2O
Expiratory Pressure Relief: C-Flex 3
Was REM Rebound Present? No.
Was Delta Rebound Present? No.

**Quality Assurance**
Chart Notes/special Needs
-Recording Tech : No issues/ Complete.

Hook Up/Recording
-Recording Tech : No issues/ Complete.

Paper Work/Tagging Patient Information Study
-Recording Tech : No issues/ Complete.

Recording/Technical
-Recording Tech : No issues/ Complete.

Titration/O2 Administration
-Recording Tech : No issues/ Complete.

**General Information and Observations**
General:

When running Titration studies: Please ask the patient if they would like to use the mask worn during the study when setup with PAP or if they would prefer a mask fitting appointment?

Observations: Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions. SPO2 nadir of 87% was related to respiratory events. NSR noted. No PLM's noted. Patient appeared to meet criteria for a split night study. Patient tried on a Respironics Wisp nasal mask with s/m cushion and a ResMed Airfit P10 nasal pillow mask with XS cushion, patient chose the nasal pillows. Patient was started on a CPAP pressure of 4cm H2O and titrated to a pressure of 14cm H2O which appeared to eliminate most respiratory events. Patient developed a mouth leak during her last session of REM and would most likely benefit from use of a chinstrap, but time ran out to apply one. Patient appeared to tolerate mask, pressure and testing procedure well.

## Assessment / Plan

None recorded.

### Return to Office

- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

## Encounter Sign-Off

Encounter signed-off by Julie Pitman, 05/22/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Julie Pitman on 05/22/2017 at 8:36am

**Encounter Date: 05/19/2017 (Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm Last amended by Helena P. Norris, NP on 05/19/2017 at 12:04pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/19/2017 09:15AM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 05/19/2017 09:32 am | **Wt:** | 200.5 lbs 05/19/2017 09:32 am | **BMI:** | 29.6 05/19/2017 09:32 am |
| **BP:** | 110/74 sitting L arm 05/19/2017 09:37 am | **Pulse:** | 65 bpm regular 05/19/2017 09:37 am | **O2Sat:** | 98% Room Air at Rest 05/19/2017 09:37 am |
| **RR:** | 16 05/19/2017 09:37 am | | | | |

## Measurements

| | |
|---|---|
| **NC:** | 14.25 in 05/19/2017 12:38 pm |

## Allergies

Reviewed Allergies
**XOLAIR**

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 113 of 1114

**Lincoln/ Shaw 1172**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

Problems

Reviewed Problems

Family History

Reviewed Family History

Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y

Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y

## Surgical History

Reviewed Surgical History
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

---

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

## ROS

Patient reports **weight gain (20lbs)**. She reports **snoring and dry mouth** but reports no sore throat and no teeth problems. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports **headache and restless legs** but reports no headaches. She reports **depression and restless sleep** but reports no alcohol abuse. She reports **fatigue**. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and heartburn. She reports (normal) changes in urinary habits: urinary frequency: more than twice at night (nocturia). She reports no swelling in the extremities. She reports no runny nose, no sinus pressure, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: active and alert and normal affect. Insight: good judgement.

**Head:** Head: normocephalic and atraumatic.

**HEENT:** Nose: no lesions on external nose, sinus tenderness, or nasal discharge and **deviated septum** and **nasal obstruction**. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates, **recessive chin** and **Mallampati score of (3)**, and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck supple, trachea midline, and no masses. Thyroid no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck Vessels No carotid bruits. Extremities no edema.

**Abdomen:** Inspection and Palpation: soft, non-distended, no tenderness, and bowel sounds.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Extremities: no cyanosis or varicosities. Gait And Stance normal gait.

**Neurologic:** Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor. Sensation normal to light touch.

**Eyes:** Pupils PERRLA. Lids aand Conjunctivae no discharge or pallor and non-injected.

## Assessment / Plan

The patient's history and clinical presentation are consistent with obstructive sleep apnea. She has excessive daytime sleepiness and fatigue

A sleep study will be ordered. If sleep apnea is present, all therapeutic options will be discussed.

.She has nightly symptoms of restless legs syndrome. A serum ferritin will be obtained as a low serum ferritin may be associated with restless leg syndrome. Treatment with iron may result in improvement of symptoms. She takes Gabapentin TID

The risks associated with driving or operating machinery while sleepy were discussed with the patient, who understands and agrees to take measures to eliminate these risks.

Thank you for your consultation request. We will be happy to follow the patient with you as necessary.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified
- SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM
- zolpidem 5 mg tablet - Take 1 tablet before bedtime Dispensed. Dispense Qty: 1 tablet(s)

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS
- FERRITIN

**3. Fatigue**
R53.83: Other fatigue

Return to Office
- NIGHT TESTING SCHEDULE for ATTENDED DX at SANTA CRUZ OFFICE on 05/20/2017 at 08:45 PM
- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

Amendment Sign-Off
Encounter signed-off by Helena P. Norris, NP, 05/19/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 05/19/2017 at 11:48am
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:04pm

# Medical Records - CONFIDENTIAL

**FROM:** TN - Clinchfield Family Medicine
Johnny G
2204 Pavilion Dr Suite 110, KINGSPORT, TN 37660-3630
Phone: (423) 378-1500
Fax: (423) 378-1520

**TO:**

**Name: MCCRAY, JANET RENEE**

**DOB:**

**Date Range: to 11/27/2017**

**This document contains the following records of the patient:**
- **Admin Documents**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:742-A-3512]

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202



RQID:0000000000AU3096 SITE:S48 DR:S
SSN: DOCTYPE:0180 RF:D CS:4e38

November 29, 2017

Applicant: KIMBERLY D SHAW

TDN: 0000000000

SSN:

Claim #: AU3096

Claim Level / Type: INDIB

Document Description: CLAIMANT SUPPLIED EVIDENCE

Disability Examiner
CCU

DDS MCOVER

## Cover Letter

To:

From: DHMF HIM SC

Comment:

THIS IS A RESEND

Start Time: 11-29-2017 12:22:56 p.m.

Pages: 8 (except this sheet)

Fax number: 8314751156

cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Sensory neuropathy (356.9) (G62.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Tremor (781.0) (R25.1)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Acute bronchitis, unspecified organism (466.0) (J20.9); Resolved: 25Aug2017
Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Adult Female Vital Signs Recorded by Tapia, Joel on September 15,2017 01:51 PM
Height: 69 in, Weight: 198 lb, BMI: 29.24 , BSA: 2.06
BP: 117/78 mm Hg
Temp: 97.6 F
HR: 66 b/min ;
Resp: 15 r/min ;
O2 Sat: 98 (%SpO2)

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular:RRR- Normal heart sounds, no murmurs, no bruits, no edema
Abdomen: BS+, Soft
Musculoskeletal: Difficulty standing from sitting position, gait is stiff and rather wide based, muscular strength 5/5 upper extremities and right leg, 4/5 left leg and EHL, tremor less pronounced today, no pronator drift, CN 2-12 intact, no joint effusions nor erythema of visible joints but pain with ROM
Psych: Alert and Oriented x3, normal affect.

**Results**

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM

- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H
- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55

- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

Fecal Globin Occult Blood InSureFIT 01 May 2017 03:02 PM
- FECAL GLOBIN: Not Detected

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N
- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N
- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as

a resultof passive maternal transfer of antibody.
Parvovirus B19 DNA Qual RT PCR 12 Apr 2017 10:44 AM
- PARVOVIRUS B19 DNA, QL PCR: NOT DETECTED
- SOURCE: PLASMA
Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90
Coccidioides Ab Panel Serum 12 Apr 2017 10:44 AM
- CF TITER: <1:2
- IGG ID (F ANTIGEN): NEGATIVE
- IGM ID (TP ANTIGEN): NEGATIVE
Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative
ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40
Thyroid Stimulating Hormone 25 Jul 2016 02:41 PM
- TSH: 0.72 Reference Range: 0.35-4.94
FREE T4 25 Jul 2016 02:41 PM
- FT4: 0.87 Reference Range: 0.70-1.48.

**Assessment**

Chronic fatigue (780.79) (R53.82).
Chronic pain (338.29) (G89.29); Pain medications given until Oct. 15, 2017.
Complaints of memory disturbance (780.93) (R41.3).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Generalized weakness (780.79) (R53.1).
Obstructive sleep apnea syndrome (327.23) (G47.33).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Sensory neuropathy (356.9) (G62.9).
Tremor (781.0) (R25.1).

**Orders**

EBV Capsid Ag VCA Abs IgG/IgM; Requested for: 15 Sep 2017.
EBV Quant RT PCR; Requested for: 15 Sep 2017.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

**Discussed**

Patient offered EBV testing as per Social Security form which she brought to office. She will also need repeat lab testing of thyroid and blood sugar, along with follow up testing to ensure H pylori infection did not recur. As she will be moving to Kentucky she will plan on continuing care there, no testing today. Request she keep me posted as to her progress -- I recommend as soon as possible repeat neurology evaluation and send best wishes for her and her wife.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 09/17/2017 7:55 AM PST; Author.

Dignity Health Medical Group Dominican
A Service of Dignity Health Medical Foundation

DHMG Dominican DFS
700 Frederick Street Suite 203
Santa Cruz, CA, 95062
(831) 226-3225

11/29/2017

KIMBERLY SHAW

**Reason For Visit**
Follow up
Patient is a delightful 49 year old woman with history of asthma since childhood here for follow up.

Patient was last seen in clinic on 12/23/16 at which point she was continued on advair 250 spiriva 1.25 and singulair for asthma and flonase and zyrtec for PND.

She has been off prednisone since end of November 2016. However, unfortunately she developed anaphylaxis with a xolair injection at Dr. Wolfe's office on 2/6/17 which required a 10 day taper off prednisone.

Since that time patient has been well. She denies wheezing, night time awakenings or a need for rescue inhalers. However, currently with her menstural cycle she has to use albuterol. She also notes that her myalgias and bone pain worsen at that time too.

She will be celebrating her birthday tomorrow.

Her mood has improved, and suspect her depression was related to steroids. Remains on cymbalta.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT

ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 20 Mar 2017 09:04 AM
BP:114/71, Left Upper Extremity,
HR: 58 b/min,
Temp: 98.3 F,
Weight: 200 lb,
BMI Calculated: 29.54 ,
BSA Calculated: 2.07 ,
O2 Sat: 97 (%SpO2).

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi. .Slight wheeze on forced expir maneuver on right
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft
Psych: Alert and Oriented x3, normal affect.

**Results**

CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No

axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

*** F I N A L ***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
*** F I N A L ***
CT Sinus Comp/Facial Ltd wo Cont 18 Nov 2016 09:09 AM
- CT Sinus Comp/Facial Ltd wo Cont
Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17,
S: 11/18/2016 10:20
***FINAL***.

**Assessment**
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016 Amended By: Ling, Andrea W 03/20/2017 09:35:45 AM PST.
Post-nasal drip (784.91) (R09.82) Amended By: Ling, Andrea W 03/20/2017 09:35:56 AM PST.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0) Amended By: Ling, Andrea W 03/20/2017 09:36:23 AM PST.

**Immunizations**
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Plan**
Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: appears more moderate persistent at this point. Has history of severe flares requiring systemic steroids. Possibly stress induced.
-prednisone for emergencies
-cont advair 250, spiriva, and singulair. Will keep advair at current dose since she had been on it since it came out
-HAS ALLERGY TO XOLAIR
-Dr. Kishiyama is getting more lab work, will have them fax to us

2) Thrush: resolved
-clotrimazole lozenges PRN

3) PND:
-cont flonase and zyrtec back up

4) Vaccines:
shot 8/2016

5) Anxiety 2/2 steroids. Now improved
-ativan PRN

6) PE: s/p three months therapy. PRovoked 2/2 to immobility

7) Depression: improving now off steroids
-on ymbalta

8) CIM:
-cont vitamin D and Calcium
-advised will likely need dexa scan soon

-f/u PRN or q 1 year.

**Signature**
Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:34 AM PST; Author.
Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:36 AM PST; Author.

Liberty Mutual. INSURANCE

1137144

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

Return To: Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 10/18/2016
   DATE LAST TREATED — 3/20/2017
   NEXT OFFICE VISIT —
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES: Asthma J45.902
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [ ] SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [x] LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   Chronic steroids required for treatment of asthma render walking, lifting/carrying constantly a difficulty
4. RESTRICTIONS IMPOSED FROM 3/20/17 TO current.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   physical therapy, steroid restriction -
   Estimated return to work 1 year
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   recurrent hospitalizations & office visits
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 1/2016 (Kipps) TO current.

| Andrea Ling MD | PhD Pulmonology | 32-0201951 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 100 Frederick St., Ste 203 | 831-226-3225 | 831-423-7579 |
| Street Address | Telephone Number | Fax Number |
| Santa Cruz, CA 95062 | [signature] | 8/17/17 |
| City, State & Zip Code | Signature | Date |

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES

PHONE (615) 743-7920
TTY 1-(877) 210-0008
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 7920

**DISABILITY DETERMINATION SECTION**

P.O. BOX 775
NASHVILLE, TENNESSEE 37202

November 14, 2017

Dominican Pulmonary
700 Frederick St
Suite 203
Santa Cruz CA 95062

Dr Andrea Ling

TDN: 9604488753

NAME: KIMBERLY D SHAW
AKA: KIMBERLY DAWN, MCCLENDON, KENNEDY, KENNED'

A/N:

DOB:

We requested medical information from you on 11/01/17 regarding the above mentioned applicant for disability benefits.

Since we have not yet received your report, we are concerned that our original request may have been misplaced. Your medical records are necessary so that we can evaluate this claimant's disability in a fair way. This is why we would especially appreciate hearing from you.

If you are unable to furnish medical information in this case within ten (10) days after the date of this letter, we will appreciate your letting us know. If this information has already been mailed to our office, please disregard this second request. Thank you for your continuing cooperation with our agency.

*****************************************************************************
PLEASE DO NOT USE THIS COVER LETTER TO FAX THE INFORMATION TO OUR AGENCY. PLEASE USE THE ORIGINAL REQUEST WHICH CONTAINS THE PREPRINTED BARCODE FOR PROMPT PAYMENT AND FOR ACCURATE UPLOADING OF YOUR RECORDS INTO OUR ELECTRONIC FOLDER. IF YOU DO NOT HAVE THE ORIGINAL REQUEST, PLEASE CONTACT ME AND I WILL FAX IT TO YOU.
*****************************************************************************

Jeff Quintanilla
Disability Examiner

433/TPG

DDS 10

SOCIAL SECURITY ADMINISTRATION

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

RQID:9604488547AU3096 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:6cf2

**For SSA Use Only**
**Do not write in this box.**
Related SSN
Number Holder

## SECTION A - GENERAL INFORMATION

1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*

KIMBERLY DAWN SHAW

2. **SOCIAL SECURITY NUMBER**

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code* *Phone Number*

☑ Your Number ☑ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)*

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)*

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

I have moderate to extreme fatigue throughout the day regardless of how much sleep I get. I also experience post exertion malaise, widespread muscle & joint pain, full body weakness, trembling & muscle tremors especially in arms & legs. I have a near constant need to sit in reclining position or lay down throughout the day. This makes it extremely difficult to perform patient education, monitoring & treatment.
I have difficulty with focus, concentration & memory making it difficult, if not impossible, to effectively & accurately evaluate patient records or be confident in my clinical decision making.
When my symptoms are bad I am unable to leave my home or walk outside; on these days, I am also unable to read, write or type due to shaking, pain and trouble with concentration & focus.

Kimberly Shaw

EXHIBIT NO. 4E
PAGE: 2 OF 8

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed. I awaken with moderate to extreme fatigue. I make coffee in pod style system to eliminate need to lift pot. If it is a "bad" day I may go back to bed or spend day in recliner watching TV, getting up only for bathroom & simple meal prep. I take a 2-3 hr nap 4-5 days/wk. On "good" days I will shower after lunch then nap. I may surf internet if hands/arms aren't trembling. Any errands are done in morning due to ↑ fatigue & weakness as the day goes on. Meals are on paper plates to eliminate/lessen need to load/unload dishwasher. I try to go to bed @ 10p-11p. I use CPAP nightly and sleep 6-8 hours. On nights when pain is ↑, I may sleep only 2-3 hours.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☒ No

If "YES," for whom do you care, and what do you do for them? /

8. Do you take care of pets or other animals? ☒ Yes ☐ No

If "YES," what do you do for them? On "good" days I walk them into the back yard for potty break; on "bad" days I am unable to do this & my wife takes them for all potty breaks.

9. Does anyone help you care for other people or animals? ☒ Yes ☐ No

If "YES," who helps, and what do they do to help? My wife cares for our dogs 90% of the time. She prepares their meals, walks, trains & exercises them.

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now? Care for patients with Pulmonary disease; Research; Conference planning; speak @ conferences; load/unload groceries; walk dogs, scuba dive, read for hours, camp/hike, fold laundry; stand without pain >10min; change bedding; drive comfortably; volunteer @ animal shelter; have sex without fear of post-exertion malaise.

11. Do the illnesses, injuries, or conditions affect your sleep? ☒ Yes ☐ No

If "YES," how? I have severe Obstructive Sleep Apnea, & without CPAP I stop breathing ~52 x/hour. On "bad" nights the pain awakens me ~~each time~~ frequently throughout the night.

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress On bad days I stay in my pajamas

Bathe On "bad" days I ~~eith~~ either don't shower, or my wife helps me.

Care for hair My arms become too fatigued to dry & style my hair; I have it cut very short now to avoid having to dry & style.

Shave N/A

Feed self N/A

Use the toilet N/A

Other /



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 132 of 1114

**Lincoln/ Shaw 1191**

Case 1:21-cv-00251-DCLC-SKL Document 22-4 Filed 11/01/22 Page 138 of 862
PageID #: 1264

Kimberly Shaw



b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☒ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☒ Yes (Sometimes) ☐ No

If "YES," what kind of help do you need? On bad days my focus & concentration is also bad; my wife reminds me to take my meds

**13. MEALS**

a. Do you prepare your own meals? ☒ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.) I am able to prepare simple meals like sandwiches & microwave meals only.

How often do you prepare food or meals? (For example, daily, weekly, monthly.) daily if sandwiches, cereal or microwave meals. I don't prepare anything more complicated.

How long does it take you? Not very long due to simplicity.

Any changes in cooking habits since the illness, injuries, or conditions began? Before my illness I would cook full meals from scratch; I no longer have the focus or stamina to do so.

b. If "No," explain why you cannot or do not prepare meals. N/A

**14. HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.) Put away folded laundry (one load) wipe kitchen counters (~8 ft linear). I am unable to do outdoor chores.

b. How much time does it take you, and how often do you do each of these things? Laundry is difficult; I have to take 1-2 breaks when putting away one load.

c. Do you need help or encouragement doing these things? ☒ Sometimes ☐ Yes ☐ No

If "YES," what help is needed? On bad days I am unable to do the above & my wife has to do it.

Kimberly Shaw



d. If you don't do house or yard work, explain why not. /

## 15. GETTING AROUND

a. How often do you go outside? 1-2 times/day on good days; Ø on bad days when symptoms are ↑.

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☒ Drive a car ☒ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other *(Explain)*

c. When going out, can you go out alone? ☒ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☒ Yes ☐ No

If you don't drive, explain why not.

## 16. SHOPPING

a. If you do any shopping, do you shop: *(Check all that apply.)*

☒ In stores ☐ By phone ☐ By mail ☒ By computer

b. Describe what you shop for. Groceries & household items, clothes, pet supplies. (only shop in store if motorized cart available)

c. How often do you shop and how long does it take? Every 2 wks or so. I drive to Wal-mart to pick-up groceries as they load your car when ordered online; my wife unloads & puts them away as I am unable to lift & carry the bags or make multiple trips from car.

## 17. MONEY

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☒ Yes | ☐ No | Handle a savings account | ☒ Yes | ☐ No |
| Count change | ☒ Yes | ☐ No | Use a checkbook/money orders | ☒ Yes | ☐ No |

Explain all "NO" answers. /

Kimberly Shaw



b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☒ No

If "YES," explain how the ability to handle money has changed. /

18. **HOBBIES AND INTERESTS**

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.) [PAST Hobbies] Camping, photography, scuba diving, watching TV, reading, public speaking / teaching, attend basketball & baseball games.
[CURRENT HOBBIES] ~~CER~~ CROCHET

b. How often and how well do you do these things? I watch TV daily; I read occassionally. It is more difficult for me to read and comprehend since becoming ill. I have to re-read passages several times. I am able to crochet 10-15 min @ a time.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began. I no longer camp, dive or take pictures ... and I read much (significantly) more slowly since becoming ~~ill~~ ill.
I haven't attended sporting events since ill due to inability to sit upright.

19. **SOCIAL ACTIVITIES**

a. Do you spend time with others? *(In person, on the phone, on the computer, etc.)* ☒ Yes ☐ No

If "YES," describe the kinds of things you do with others. Movies @ home; Sometimes dinner @ a friend's home. Keep up with friends via social media which is very difficult on bad days due to lack of ability to focus.

How often do you do these things? 1x / wk or less

b. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.) I go no where on a regular basis.

Do you need to be reminded to go places? (N/A) ☐ Yes ☐ No

How often do you go and how much do you take part? /

Do you need someone to accompany you? ~~(N/A)~~ ☒ Yes ☐ No

I need someone to push my wheelchair as I am unable to use my arms due to fatigue & shaking of arm muscles.

Kimberly Shaw



c. Do you have any problems getting along with family, friends, neighbors or others? (Sometimes) ☐ Yes ☐ No

If "YES," explain. If I'm having a bad ~~for~~ day with ↑ symptoms I can become easily irritable and short tempered.

d. Describe any changes in social activities since the illnesses, injuries, or conditions began.
I have had very little social life since becoming ill; it is very difficult for me to stand, or sit upright, for greater than 10 minutes.

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

| | | | |
|---|---|---|---|
| ☒ Lifting | ☒ Walking | ☒ Stair Climbing | ☒ Understanding |
| ☒ Squatting | ☒ Sitting | ☐ Seeing | ☒ Following Instructions |
| ☒ Bending | ☒ Kneeling | ☒ Memory | ☒ Using Hands |
| ☒ Standing | ☐ Talking | ☒ Completing Tasks | ☒ Getting Along With Others |
| ☒ Reaching | ☐ Hearing | ☒ Concentration | |

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far])
Muscle pain & weakness & tremors in legs make squatting or kneeling almost impossible; in my arms it makes it difficult to lift >5 lbs or perform prolonged reaching or anything overhead. I am unable to walk > 1 block due to ↑ fatigue and leg pain. Difficulty concentrating & ↓ focus makes it hard to complete most tasks.

b. Are you: ☒ Right Handed? ☐ Left Handed?

c. How far can you walk before needing to stop and rest? < 100 ft on most days; < 1 block on good day

If you have to rest, how long before you can resume walking? a few minutes ~~if~~

d. For how long can you pay attention? ~ 10-15 minutes

e. Do you finish what you start? *(For example, a conversation, chores, reading, watching a movie.)* ☒ Sometimes ☐ Yes ☐ No

f. How well do you follow written instructions? (For example, a recipe.) Moderately well with frequent reference to instructions.

g. How well do you follow spoken instructions? Poorly; I ~~easily~~ easily forget next steps.

Kimberly Shaw



h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) Well no issues with authority figures

i. Have you ever been fired or laid off from a job because of problems getting along with other people? ☐ Yes ☒ No

If "YES," please explain. /

If "YES," please give name of employer. /

j. How well do you handle stress? Since becoming ill, even low amount of stress leads to increased fatigue & pain

k. How well do you handle changes in routine? Reasonably well

l. Have you noticed any unusual behavior or fears? ☐ Yes ☒ No

If "YES," please explain. other than irritability

21. Do you use any of the following? *(Check all that apply.)*

| | | |
|---|---|---|
| ☐ Crutches | ☒ Cane | ☐ Hearing Aid |
| ☐ Walker | ☐ Brace/Splint | ☒ Glasses/Contact Lenses |
| ☒ Wheelchair | ☐ Artificial Limb | ☐ Artificial Voice Box |
| ☐ Other *(Explain)* | | |

Which of these were prescribed by a doctor? Wheelchair

When was it prescribed? August 2017

When do you need to use these aids? Cane = whenever walking ~~dat~~ due to weakness and balance wheelchair = for any distance > 100-150 ft.
GLASSES = Reading only

Kimberly Shaw

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☒ Yes ☐ No
If "YES," do any of your medicines cause side effects? ☒ Yes ☐ No

EXHIBIT NO. 4E
PAGE: 8 OF 8

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| Hydrocodone | Drowsiness, Nausea |
| Gabapentin | Weight gain |
| | |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

My whole life I have been a voracious reader, always wanting to learn new things. I am now unable to enjoy this as it literally exhausts me. It has taken me two weeks to complete this form due to my new found inability to focus well.
I have been a Respiratory therapist for 30 yrs and I hold a MBA in Healthcare Admin. Caring for patients and mentoring new clinicians has been a passion; a passion I can no longer engage in safely.
I appreciate your consideration of this application.

| Name of person completing this form (Please print) | Date (month, day, year) |
|---|---|
| Kimberly D. Shaw | 11/18/2017 |

| Address (Number and Street) | Email address (optional) | |
|---|---|---|
| | | |
| City | State | Zip Code |
| | | |

SOCIAL SECURITY ADMINISTRATION 1213011 8AA01557

Form Approved
OMB No. 0960-0578

# WORK HISTORY REPORT

For SSA Use Only
Do not write in this box.

RQID:9605760793AU3096 SITE:S48 DR:S
SSN:********* DOCTYPE:1080 RF:D CS:8586

## SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**A. NAME (First, Middle Initial, Last)**

KIMBERLY DAWN SHAW

**B. SOCIAL SECURITY NUMBER**

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

*Area Code* *Phone Number*

☒ Your Number ☒ Message Number ☐ None

## SECTION 2 - INFORMATION ABOUT YOUR WORK

List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| Job Title | Type of Business | Dates Worked *(Month & Year)* From | To |
|---|---|---|---|
| 1. PULMONARY CLINICAL COORDINATOR | HOSPITAL | 08/2014 | 09/2017 |
| 2. DIRECTOR PULMONARY SERVICES | HOSPITAL ADMIN | 01/2012 | 08/2014 |
| 3. PULMONARY EDUCATION COORDINATOR | HOSPITAL | 10/2009 | 12/2011 |
| 4. CARDIOVASCULAR ~~TEH~~ TECH | HOSPITAL | 02/2002 | 10/2009 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

Work History Report - Form SSA-3369-BK

Give us more information about Job No. 1 listed on Page 1. Estimate hours and pay if you need to. Kim Shaw

| JOB TITLE NO. 1 | PULMONARY CLINICAL COORDINATOR - RESPIRATORY THERAPIST | |
|---|---|---|
| Rate of Pay $ 54 — Per (Check One) [X] Hour [ ] Day [ ] Week [ ] Month [ ] Year | Hours per day 8 | Days per week 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

1 1/2 DAY/WK — PATIENT CHART REVIEW X 1-1.5 HRS - TAKE NOTES ON PATIENT'S HEALTH, REVIEW INFO ON ELECTRONIC MEDICAL RECORD, CALL TO SCHEDULE APPOINTMENT, ENTER APPT INTO SCHED SYSTEM AND SPREADSHEET, PATIENT EVALUATIONS ~~AT~~ 2 DAYS/WK, 1.5-3 HRS, PATIENT HEALTH HISTORY MEDICATIONS AND GOALS FOR REHAB POTENTIAL, PERFORM FUNCTIONAL TESTING - (WALK AND MONITOR PATIENT FOR 10-30 MIN) WRITE REPORT, PLACE PATIENT INFO INTO REHAB SPREADSHEET, FAX REPORT TO M.D., FAX INSURANCE AUTHORIZATION REQUEST AS NEEDED. (CONTINUED IN "REMARKS")

In this job, did you:

| | | | |
|---|---|---|---|
| Use machines, tools, or equipment? | [X] YES | [ ] NO | MS WORD, EXCEL, |
| Use technical knowledge or skills? | [X] YES | [ ] NO | MEDICAL HISTORY, MEDICATIONS, |
| Do any writing, complete reports, or perform duties like this? | [X] YES | [ ] NO | INSURANCE & PHYSICIAN REPORTS |

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | 2 | Kneel? *(Bend legs to rest on knees)* | <1 |
| Stand? | 2-4 | Crouch? *(Bend legs & back down & forward)* | 1 |
| Sit? | 2-4 | Crawl? *(Move on hands & knees)* | 0 |
| Climb? | 0 | Handle, grab, or grasp big objects? | <1 |
| Stoop? *(Bend down and forward at waist)* | <0.5 | Reach? | <0.5 |
| | | Write, type, or handle small objects? | 2-4 |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

OXYGEN TANKS (EMPTY & FULL), ~25-30 FT, DAILY

HAND WEIGHTS, >10 lbs, SEVERAL X PER DAY, 2-3 DAYS PER WK.

Check the **heaviest** weight lifted:

[ ] Less than 10 lbs [ ] 10 lbs [X] 20 lbs [ ] 50 lbs [ ] 100 lbs. or more [ ] Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

[X] Less than 10 lbs [ ] 10 lbs [ ] 25 lbs [ ] 50 lbs. or more [ ] Other ____

Did you supervise other people in this job? [ ] YES (Complete the next 3 items.) [X] NO (Skip to the last question on this page.)

How many people did you supervise? ____

What part of your time was spent supervising people? ____

Did you hire and fire employees? [ ] YES [ ] NO

Were you a lead worker? [X] YES [ ] NO

12130118808155 7

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202

PHONE (615) 743-7920
TTY 1-(877) 210-0008
TOLL FREE 1-800-342-1117 (TN) or
1-800-972-0617 (OUTSIDE TN)
EXT. 7920

December 30, 2017

TDN: 9605760793

KIMBERLY D SHAW

This letter is about your SOCIAL SECURITY DISABILITY CLAIM. Our agency makes the decision on your claim.

We need to know about your past work. We've attached a form to help you give us the information. We must have a description of all your jobs for the past 15 years. You should list them and describe them on the form.

BEGIN WITH THE LAST JOB YOU DID. Be sure to show any years that you were not employed. You need to answer every part of each question. If you have not worked in the past 15 years, just put the word "NONE" on the form.

- **We must have a complete and detailed description of your daily tasks AND an answer to all of the questions below the description for ALL jobs for the past 15 years. The job title only is not a sufficient description.**
- **If you have had multiple jobs at the same company, please describe each job separately and include the dates that you did each job.**
- **Please describe each job as if you were training your replacement.**
- **Please list periods of unemployment on the last page.**
- **If you have more jobs than space available, please attach additional paper to form.**

***SEE BACK OF THIS PAGE FOR EXAMPLE OF PROPERLY COMPLETED FORM***

Unless we have this information, we can't fully consider your claim for benefits.

If additional information is needed, we may contact you for clarification.

Please complete and return the cover letter and attached form within 10 days after the date of this letter. **Failure to do so may result in a decision being made on your claim based on the evidence already in file.** We may find that you are not eligible or no longer eligible for disability benefits.. Please fill out these forms to the best of your ability. A return envelope is enclosed so that you can mail in the form when you're finished.

It might be helpful to contact some of your former employers to get the information needed. Remember, this information could help us make a correct decision on your claim.

***** NOTE: Please leave this cover letter on top of your form and return in the enclosed envelope *****

Jeff Quintanilla, Disability Examiner
433/WJQ

DDS 22

Enclosure: SSA-3369

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

# EXAMPLE WORK HISTORY JOB DESCRIPTION

Give us more information about Job No. 1 listed on Page 1. Estimate hours and pay, if you need to.

JOB TITLE NO. 1: Fast Food Worker

| Rate of Pay: | Per (Check One) | Hours per day | Days per week |
|---|---|---|---|
| $ 7.75 | ☒ Hour ☐ Day ☐ Week ☐ Month ☐ Year | 7 | 5 |

We MUST have your pay/hours & days

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.)
I took orders, used cash register, put orders on trays or in sacks, helped cook fries, filled drinks, wiped down counters/tables, took out trash, refilled condiment station, cleaned bathrooms, helped put up stock from truck.

| | | | |
|---|---|---|---|
| In this job, did you: | Use machines, tools or equipment? | ☒ YES | ☐ NO |
| | Use technical knowledge or skills? | ☐ YES | ☒ NO |
| | Do any writing, complete reports, or perform duties like this? | ☐ YES | ☒ NO |

If you mark YES here, DESCRIBE all of the paperwork you did.

In this job, how many total hours each day did you:

| | |
|---|---|
| Walk? 2 | Kneel? (bend legs to rest on knees) ≤1 |
| Stand? 5 | Crouch? (bend legs & back down & forward) 2 |
| Sit? 0 | Crawl? (move on hands & knees) 0 |
| Climb? 0 | Handle, grab or grasp big objects? 1 |
| Stoop? 1 (Bend down and forward at waist.) | Reach? 6 |
| | Write, type or handle small objects? 6 |

WALKING/ STANDING/ SITTING should EQUAL the hours per day.

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.)

boxes/buckets of stock, full trash bags, mop & bucket, condiment bags, trays

Check the heaviest weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs. or more ☒ Other: 40

This should be for the heaviest thing lifted and/or

Check the weight you frequently lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)

☒ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ Other: _____

Did you supervise other people in this job? ☐ YES ☒ NO
How many people did you supervise? 0
What part of your time was spent supervising people? 0
Did you hire and fire employees? ☐ YES ☒ NO
Were you a lead worker? ☐ YES ☒ NO

This can be a percentage or number of hours

If there isn't enough room, you can put more information on the last page OR add pages.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 142 of 1114

Lincoln/ Shaw 1201

**Give us more information about Job No. 2 listed on Page 1. Estimate hours and pay, if you need to.** Kim Shaw

**JOB TITLE NO. 2** DIRECTOR PULMONARY SERVICES - RESPIRATORY THERAPIST

| Rate of Pay | Per (Check One) | Hours per day | Days per week |
|---|---|---|---|
| $ 100,000 | ☐ Hour ☐ Day ☐ Week ☐ Month ☒ Year | 8-12 | 5-6 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

ADMINISTRATIVE; PAYROLL; SCHEDULING OF ~80 EMPLOYEES TO INSURE 24/7 DEPARTMENT COVERAGE. DEVELOP & REVIEW POLICY & PROCEDURE FOR 4 DEPTS. ANNUALL PERFORMANCE REVIEW FOR ALL EMPLOYEES. 24/7 ADMIN ON CALL EQUIPMENT EVALUATION & PURCHASE. REPORT TO VP WEEKLY. DIRECT PATIENT CARE AS NECESSARY -

In this job, did you:

- Use machines, tools, or equipment? ☒ YES ☐ NO — PC, WORD, EXCEL,
- Use technical knowledge or skills? ☒ YES ☐ NO — PULMONARY EQUIPMENT,
- Do any writing, complete reports, or perform duties like this? ☒ YES ☐ NO — PAYROLL, SCHEDULING, PERFORMANCE EVALUATIONS

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | ~2 | Kneel? *(Bend legs to rest on knees)* | < 0.5 |
| Stand? | 1-3 | Crouch? *(Bend legs & back down & forward)* | < 0.5 |
| Sit? | 2-6 | Crawl? *(Move on hands & knees)* | 0 |
| Climb? | 0 | Handle, grab, or grasp big objects? | < 0.5 |
| Stoop? *(Bend down and forward at waist)* | < 0.5 | Reach? | < 0.5 |
| | | Write, type, or handle small objects? | 6-8 hrs |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

OXYGEN TANKS (INFREQUENTLY) UP TO 200-500 FT, 2-3X DAY

~~HAND WEIGHTS, >10 lbs, SEVERAL X DAY, 2 DAYS WK~~ ERROR

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☒ 10 lbs~ ☒ 20 lbs ☐ 50 lbs ☐ 100 lbs. or more ☐ Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☒ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs. or more ☐ Other ____

Did you supervise other people in this job? ☒ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? 80

What part of your time was spent supervising people? 100%

Did you hire and fire employees? ☒ YES ☐ NO

Were you a lead worker? N/A ☐ YES ☐ NO

**Give us more information about Job No. 3 listed on Page 1. Estimate hours and pay if you need to.** KIM SHAW

| JOB TITLE NO. 3 | PULMONARY EDUCATION COORDINATOR - RESPIRATORY THERAPIST | |
|---|---|---|
| Rate of Pay $ 48 — Per (Check One) [X] Hour [ ] Day [ ] Week [ ] Month [ ] Year | Hours per day 8 | Days per week 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

NEW PATIENT CHART REVIEW; SCHEDULE & EVALUATION OF PATIENTS FOR APPROPRIATENESS OF ADMISSION TO PULMONARY REHAB. WALK W/ PATIENTS ~1000-1500 FT. SUPERVISE 2-4 REHAB CLASSES PER DAY → EXERCISE INSTRUCTION, AS WELL AS PROVIDE DISEASE SPECIFIC EDUCATION TO PATIENTS & FAMILIES. EVALUATE STAFFING & PRODUCTIVITY & REPORT TO DIRECTOR. CALL PATIENTS, INSURERS & M.D. OFFICES FAX REPORTS TO INSURERS & M.D. OFFICES

In this job, did you:

- Use machines, tools, or equipment? [X] YES [ ] NO — PC, WORD, EXCELL
- Use technical knowledge or skills? [X] YES [ ] NO — RESPIRATORY THERAPY
- Do any writing, complete reports, or perform duties like this? [X] YES [ ] NO — PRODUCTIVITY & STAFFING REPORTS

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | 3-4 | Kneel? *(Bend legs to rest on knees)* | < 1 |
| Stand? | 2-3 | Crouch? *(Bend legs & back down & forward)* | ~ 1 |
| Sit? | 1-2 | Crawl? *(Move on hands & knees)* | Ø |
| Climb? | Ø | Handle, grab, or grasp big objects? | < 0.5 |
| Stoop? *(Bend down and forward at waist)* | < 1 | Reach? | < 0.5 |
| | | Write, type, or handle small objects? | 2 |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

OXYGEN TANKS, 2-3 X DAILY, ~ 50-100 FT

HAND WEIGHTS UP TO 10 lbs, SEVERAL X/DAY, ~ 10-20 FT

Check the **heaviest** weight lifted:

[ ] Less than 10 lbs [X] 10 lbs— [X] 20 lbs [ ] 50 lbs [ ] 100 lbs. or more [ ] Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

[X] Less than 10 lbs [ ] 10 lbs [ ] 25 lbs [ ] 50 lbs. or more [ ] Other ____

Did you supervise other people in this job? [ ] YES (Complete the next 3 items.) [X] NO (Skip to the last question on this page.)

How many people did you supervise? ____

What part of your time was spent supervising people? ____

Did you hire and fire employees? [ ] YES [X] NO

Were you a lead worker? [X] YES [ ] NO

Give us more information about Job No. 4 listed on Page 1. Estimate hours and pay if you need to. Kim Shaw

| JOB TITLE NO. 4 CARDIOVASCULAR TECHNOLOGIST | | |
|---|---|---|
| Rate of Pay $ 25-50 Per (Check One) [X] Hour [ ] Day [ ] Week [ ] Month [ ] Year | Hours per day 8+ | Days per week 5-7 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

ASSIST PHYSICIAN DIRECTY WITH CARDIAC CATHETERIZATIONS / ASSIT WITH PLACEMENT OF CORONARY STENTS, BALLOONS & PACEMAKERS) - MONITOR PATIENT HEMODYNAMICS DURING PROCEDURE, PREPARE PATIENT EQUIPMENT USING STERILE TECHNIQUE, STAND @ M.D. SIDE DURING PROCEDURE FOR 1-6 HRS DEPENDING ON COMPLEXITY OF CASE. IF MONITORING THE CASE, I WOULD CALCULATE VARIOUS PHYSIOLOGIC MEASUREMENTS & COMPLETE CASE REPORT MONITOR PATIENT EKG. ~~OF~~ DAILY RESPONSIBLE, WHEN ASSISTING, FOR MAINTAINING POSITION OF SMALL WIRES INSIDE PATIENTS LEG ARTERY & HEART ARTERIES.

In this job, did you:

Use machines, tools, or equipment? [X] YES [ ] NO

Use technical knowledge or skills? [X] YES [ ] NO

Do any writing, complete reports, or perform duties like this? [X] YES [ ] NO

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | < 1 | Kneel? *(Bend legs to rest on knees)* | Ø |
| Stand? | Ø1-8+ | Crouch? *(Bend legs & back down & forward)* | Ø |
| Sit? | 1-3 | Crawl? *(Move on hands & knees)* | Ø |
| Climb? | Ø | Handle, grab, or grasp big objects? | ~1 |
| Stoop? *(Bend down and forward at waist)* | 1-2 | Reach? | 1-3+ |
| | | Write, type, or handle small objects? | 1-8+ |

Sm WIRES < 0.1mm, CORONARY STENTS,

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

- PATIENT MONITORS, LIFT FROM POLE TO PT STRETCHER, 3-4X DAY
- LIFT & PULL PATIENT FROM PROCEDURE TABLE TO STRETCHER, THEN FROM STRETCHER TO BED

Check the **heaviest** weight lifted:

[ ] Less than 10 lbs [ ] 10 lbs [X] 20 lbs [ ] 50 lbs [ ] 100 lbs. or more [ ] Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

[ ] Less than 10 lbs [X] 10 lbs [ ] 25 lbs [ ] 50 lbs. or more [ ] Other ____

Did you supervise other people in this job? [ ] YES (Complete the next 3 items.) [X] NO (Skip to the last question on this page.)

How many people did you supervise? ____

What part of your time was spent supervising people? ____

Did you hire and fire employees? [ ] YES [ ] NO

Were you a lead worker? [ ] YES [X] NO

**Give us more information about Job No. 5 listed on Page 1. Estimate hours and pay if you need to.**

| **JOB TITLE NO. 5** | | |
|---|---|---|
| Rate of Pay $ ________ Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day ____ | Days per week ____ |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

______________________________________________

______________________________________________

______________________________________________

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | ______ | Kneel? *(Bend legs to rest on knees)* | ______ |
| Stand? | ______ | Crouch? *(Bend legs & back down & forward)* | ______ |
| Sit? | ______ | Crawl? *(Move on hands & knees)* | ______ |
| Climb? | ______ | Handle, grab, or grasp big objects? | ______ |
| Stoop? *(Bend down and forward at waist)* | ______ | Reach? | ______ |
| | | Write, type, or handle small objects? | ______ |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

______________________________________________

______________________________________________

______________________________________________

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs. or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs. or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

**Give us more information about Job No. 6 listed on Page 1. Estimate hours and pay, if you need to.**

12130118000155 7

| **JOB TITLE NO. 6** | | |
|---|---|---|
| Rate of Pay $______ Per *(Check One)* ☐ Hour ☐ Day ☐ Week ☐ Month ☐ Year | Hours per day ____ | Days per week ____ |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

______________________________

______________________________

______________________________

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

Walk? ______
Stand? ______
Sit? ______
Climb? ______
Stoop? *(Bend down and forward at waist)* ______

Kneel? *(Bend legs to rest on knees)* ______
Crouch? *(Bend legs & back down & forward)* ______
Crawl? *(Move on hands & knees)* ______
Handle, grab, or grasp big objects? ______
Reach? ______
Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

______________________________

______________________________

______________________________

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs. or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs. or more ☐ Other ______

Did you supervise other people in this job? ☐ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? ______

What part of your time was spent supervising people? ______

Did you hire and fire employees? ☐ YES ☐ NO

Were you a lead worker? ☐ YES ☐ NO

KIM SHAW



**SECTION 3 - REMARKS**

Use this section to add any information you did not have space for in other parts of the form. Show the page number of the part you are continuing.

BE SURE TO COMPLETE THE BOTTOM OF THIS PAGE.

JOB 1 2 DAYS/WK: TEACH GROUP EDUCATION CLASS, STANDING X 60 MINUTES FOLLOWED IMMEDIATELY BY 60 MINUTES OF PATIENT MONITORING & EXERCISE INSTRUCTION (STANDING, WALKING, BENDING, CROUCHING) DOCUMENT DAILY REPORTS IN REHAB CHARTING PROGRAM.

12 HRS/WK ROUND ON INPATIENTS WITH PULMONARY DISEASE, PROVIDE DISEASE & MEDICATION EDUCATION, CHART IN ELECTRONIC MED REC.

DAILY CARRY OXYGEN TANKS 2-3 X DAILY ~ 30 FT - 1-2 X/WK PUSH HEAVY CART CARRYING UP TO 12 OXYGEN TANKS (EMPTY) ~ 150-200 FT, EXCHANGE EMPTY FOR FULL TANKS AND PUSH FULL TANKS BACK.

JOB 4 CONTROLLING MOVEMENT OF XRAY EQUIP & TAKING RADIOGRAPHIC IMAGES DURING PROCEDURE. INJECT RADIOPAQUE CONTRAST DURING PROCEDURE DRAW UP, MEASURE & HAND TO PHYSICIAN VARIOUS MEDICATIONS FOR INJECTION. CPR AS NECESSARY.

| **Name** of person completing this form if other than the disabled person *(Please print)* | **Date** *(Month, day, year)* 1-15-2018 | |
|---|---|---|
| **Address** *(Number and Street)* | **Email address** *(optional)* | |
| **City** | **State** | **ZIP Code** |

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
WHITNEY M. RASSBACH, M.D.
KRISTI M. ANNECONE, P.N.P.
CARRIE A. KAUFMANN, P.N.P.-B.C.
KINGA P. OLSON, P.N.P.-C.

MINORU YAMATE, M.D.
*FOUNDER*

December 28, 2016

SCAN
MRN # 1137114Y

Andrea Ling, M.D.
700 Frederick Street, Ste. 203
Santa Cruz, CA 95062

RE: Kimberly ("Kim") SHAW
DOB:

Dear Andrea,

I saw Ms. Kimberly Shaw, a 49-year-old pulmonary coordinator at Dominican Hospital, at your kind request on November 14 and November 28, 2016 for allergy evaluation. The patient came to the office with her female married partner who was helpful in providing part of the history for the patient.

Pertinent findings at the initial PHYSICAL EXAMINATION included normal vital signs, an excessive weight of 208 pounds on a 69-inch frame, a mild leftward septal deflection, a small perforation in the mid-septum and mild polyps in both middle meatii on anterior rhinoscopy and a normal chest examination except for a mild wet-sounding cough.

SKIN TESTS to an extensive battery of inhalant allergens revealed prominent reactivity to oak, olive, ash, elm, birch, alder and grasses. There was mild to moderate reactivity to weeds, dust mite, cat and dog dander. Skin tests to molds were found to be negative.

PULMONARY FUNCTION TESTS revealed a normal vital capacity and $FEV_1$; the mid-flow rate was mildly reduced at 87% of predicted. Pulse oximetry revealed an $O_2$ sat of 99%.

An eNO level (exhaled fraction of nitric oxide) was found to be normal at 21 ppb.

Blood laboratory studies obtained on November 16, 2016 included a normal CBC without significant eosinophilia, normal quantitative immunoglobulins except for a mildly reduced IgG of 619, a normal IgE of 24, 1 of 14 pneumococcal serotypes in the low seroprotective range and negative IgG and IgE antibodies to Stachybotrys.

Previous blood laboratory studies obtained by yourself on August 31, 2016 included a normal sed rate of 1, a normal CRP of 2.5, a negative rheumatoid factor and negative ANA.

SCAN

Chest x-rays obtained on March 3 and October 5, 2016 were found to be normal.

A CT scan of the sinuses obtained on November 18, 2016 was reviewed and found to be normal except for minimal thickening at the base of the right maxillary sinus and a mild leftward septal deflection. There was no evidence of previous endoscopic sinus surgery. A CT scan of the chest obtained on November 18, 2016 and a high resolution CT scan of the chest obtained on December 12, 2016 were reviewed and found to be completely normal.

PULMONARY FUNCTION TESTS obtained by yourself on February 16, 2016 included normal spirometry and normal diffusion capacity.

ASSESSMENT:

1. The patient has a history of chronic bronchial asthma dating back to the first few years of life. Over the years the patient has experienced intermittent episodes of coughing and wheezing treated with Advair 250/50 one spray b.i.d. for the last 15 years, Singulair 10 mg q.d. for the last year, Spiriva one spray q.d. for the last several weeks and Ventolin on an as-needed basis. Over the years the patient has experienced approximately one episode per year of an increase in chest symptoms often provoked by viral upper respiratory tract infections and stress. In 2006, while living in Las Vegas, the patient required nebulized albuterol in a local emergency room for several hours because of an exacerbation of asthma. Otherwise, the patient has done fairly well until November 2015 when she developed quite a bit of coughing and wheezing following a viral illness. Despite treatment with Medrol and a course of antibiotics, the chest symptoms persisted which led to a hospitalization at Dominican Hospital for status asthmaticus. Despite the severe exacerbation of asthma, the patient's $O_2$ sat throughout the hospitalization was noted to be normal. Following discharge the patient did well until mid-January when she was re-hospitalized for increasing shortness of breath. A D-dimer was noted to be elevated and a pulmonary angiogram revealed a small PE. Since being discharged from the hospital in January, the patient indicated that she has continued to experience recurrent episodes of a cough productive of yellow sputum, wheezing, chest tightness and dyspnea. As a consequence of the pulmonary symptoms, the patient indicated that she has been treated with repeated courses of prednisone, initially 60 mg q.d. When I saw the patient, the dose of prednisone had been reduced by yourself to two mg q.d. At the initial visit the patient was noted to have a normal chest examination, normal spirometric indices, and a normal eNO level indicating the absence of a significant inflammatory process involving the bronchial airways. The results of skin testing indicate that inhalant allergy to pollens, dust mite and dog dander (the patient has two indoor dogs) may be contributing to the recurrent pulmonary symptoms. The patient has been concerned that exposure to possible mold in the workplace as a consequence of water leakage may be contributing to the recurrent pulmonary symptoms. However, this is unlikely to be the case given the negative skin tests to molds including Stachybotrys which is the major mold related to indoor water leaks.
2. The patient has a long-standing history of symptoms of year-round allergic rhinitis including nasal congestion, rhinorrhea and sneezing. The results of skin testing indicate that the upper airway symptoms are due in part to the patient's pollen, dust mite and animal dander allergy. Flonase and Zyrtec have been of help in diminishing the upper airway symptoms.
3. Although the patient was noted to have small-polyps on anterior rhinoscopy and although she has a history of purulent postnasal drainage and occasional cough productive of purulent sputum, a CT scan of the sinuses did not reveal any significant abnormalities. Additionally, a high resolution CT scan of the chest did not reveal any abnormalities including no evidence of bronchiectasis. Although the patient indicated that she previously underwent a septoplasty, submucous resection of the turbinates and endoscopic sinus surgery, the current CT scan of the sinuses does not reveal any evidence of previous endoscopics sinus surgery.
4. The patient has a history of chronic anxiety and depression which may be due in part to frequent use of prednisone. Prozac and Ativan utilized on an as-needed basis has been of some help in diminishing the above symptoms.
5. The patient has a history of right lower extremity paresthesias and pain attributed to sciatica secondary to an annular tear of the disk at L5-S1. Gabapentin and Zanaflex utilized for the last three years has been of some help in diminishing the above symptoms.

12180118G001557



6. Blood laboratory studies revealed a mild decrease in IgG and, except for one mildly elevated pneumococcal serotype, no evidence of immunity to Strep pneumoniae despite the fact that the patient indicated that she previously was treated with Pneumovax.

RECOMMENDATIONS: I had a long discussion with the patient about the fact that her frequent pulmonary symptoms and need for numerous medications including repeated courses of prednisone are out of proportion to the current normal chest examination, normal spirometric indices and normal eNO level. I suspect that the patient's underlying heightened level of anxiety and depression for which she is being treated with Xanax and Prozac is contributing in a major way to her chronic pulmonary symptoms. Although the patient has been concerned that exposure to possible mold in the workplace as a consequence of a water leak may be contributing to her symptoms, I doubt this is the case given the negative skin tests to molds and negative immunologic studies to Stachybotrys.

I asked the patient to continue Advair 250/50 one spray b.i.d., Spiriva one spray q.d., Singulair 10 mg q.d. and albuterol on an as-needed rather than regular basis. Also, I asked the patient to continue Flonase and Zyrtec on an as-needed or regular basis for relief of the upper airway symptoms. Additionally, I understand that the patient is continuing to taper off prednisone per your schedule. When I saw the patient at the follow-up visit on November 28, 2016, she was on prednisone one mg q.d.

In view of the normal CT scan of the sinuses and normal high resolution CT of the chest, I indicated to the patient that there is no role at this time for a prolonged course of antibiotics.

Preventative dust and dog dander control measures were discussed with the patient and her partner. In an attempt to decrease the contribution of inhalant allergy to the chronic nasopulmonary disorder, a course of allergy immunotherapy will be instituted. I see from your notes that you raised the possibility of use of biologic agents including Xolair and Nucala. However, at this time the low IgE level is below the minimum level of 30 kU/L required by insurance companies to administer Xolair. Additionally, the patient does not have evidence of significant peripheral eosinophilia that is a requirement for use of IL5 antibodies such as Nucala. However, since prednisone may be contributing to both a low IgE level and normal eosinophil count, these studies will be repeated several weeks after prednisone is eventually discontinued. If the patient is noted to have a higher IgE level and/or evidence of peripheral eosinophilia off prednisone, consideration will be given to use of one of the latter biologics.

After the patient comes off prednisone, she will be immunized with Pneumovax and repeat pneumococcal serotypes will be obtained one month thereafter to assess the humoral arm of the immune system.

The patient was scheduled for a follow-up visit in one month.

Best regards,

James D. Wolfe, M.D.

JDW:jk

cc: Carol Haubach, M.D.

# Disability Determination Explanation



This Disability Determination Explanation is for the *DIB* claim at the *Initial* level.

---

## CLAIMANT INFORMATION

### CLAIMANT INFORMATION

**Name**: Kimberly Dawn Shaw
**SSN**:
**Phone Number**:
**Secondary Phone Number**
**Address:**

| Mailing | Residence |
| --- | --- |
| | |

**Claimant Gender**: F
**Self Reported Height**: 68 inches
**Self Reported Weight**: 190.0 lbs
**BMI**: 28.9
**Special Indications**: None.

### RELEVANT DATES

**Below table represents the Relevant Dates**

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI | Blind DLI |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 50 years 10 months (Closely approaching advanced age) | 08/18/2017 | 50 years 4 months (Closely approaching advanced age) | 07/01/2012 | 12/31/2021 | | |

**Does the individual have an attorney/appointed representative?** No

### ALLEGATIONS OF IMPAIRMENTS

**The individual filed for Initial claim for disability on *09/04/2017* due to the following illnesses, injuries or conditions:**

Fibromyalgia
Severe Obstructive Sleep Apnea

Asthma
Chronic Fatigue Syndrome
Depression
Lumbar Radiculopathy
Ambulatory Dysfunction
Degenerative Disc Disease
Muscle Weakness
Sensory Neuropathy

**The individual alleges inability to function and/or work as of**
08/18/2017

---

## TECHNICAL ISSUES

**Is the individual working?**
No

**Prior Electronic Filings**
There are no prior electronic filings.

**Alleged Onset Date:**
08/18/2017

**Has the individual performed work after the Alleged Onset Date(AOD)?**
No

**Has any period(s) of work been determined to be an unsuccessful work attempt, or involved subsidies/special conditions, impairment-related work expenses, or other technical issue(s)?**
No

---

## EVIDENCE OF RECORD

**The following initial evidence has been received**

| | |
|---|---|
| **Source of Evidence** | Claimant |
| **EF Received** | 01/19/2018 |
| **Medical Opinion** | No |
| **Evidence Type** | 3369-Work Hx |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | Claimant |
| **EF Received** | 12/05/2017 |
| **Medical Opinion** | No |
| **Evidence Type** | 3373-Funct Rprt-Adult |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | Dominican Pulmonary |
| **EF Received** | 12/01/2017 |

| | |
|---|---|
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Pulmonary |
| EF Received | 12/01/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Claimant-supplied Evidence |
| EF Received | 11/29/2017 |
| Medical Opinion | No |
| Evidence Type | Clmt Submit Evidnce |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Sleep Health MD |
| EF Received | 11/27/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Hospital |
| EF Received | 11/22/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Sleep Health MD |
| EF Received | 11/21/2017 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Dominican Hospital |
| EF Received | 11/21/2017 |
| Medical Opinion | No |
| Evidence Type | MER |

| | |
|---|---|
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | Dr Milan Patel |
| **EF Received** | 11/15/2017 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | Dr Milan Patel |
| **EF Received** | 11/15/2017 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | DR PRINCY AURORA |
| **EF Received** | 11/10/2017 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | Unknown Name |
| **EF Received** | 10/28/2017 |
| **Medical Opinion** | No |
| **Evidence Type** | 3369-Work Hx |
| **Level** | Initial |

**The following evidence has been requested:**

| Source of Evidence | EF Request Date | Level |
|---|---|---|
| Claimant | 12/29/2017 | Initial |
| Claimant | 12/29/2017 | Initial |
| Claimant | 12/01/2017 | Initial |
| Claimant | 11/17/2017 | Initial |
| Claimant | 11/14/2017 | Initial |
| Capitola Family Practice | 11/14/2017 | Initial |
| Allergy and Asthma Associat | 11/14/2017 | Initial |
| Dominican Aptos Family Prac | 11/14/2017 | Initial |
| Capitola Family Practice | 11/01/2017 | Initial |
| Capitola Family Practice | 11/01/2017 | Initial |

| | | |
|---|---|---|
| Capitola Family Practice | 11/01/2017 | Initial |
| Allergy and Asthma Associat | 11/01/2017 | Initial |
| Allergy and Asthma Associat | 11/01/2017 | Initial |
| Dominican Aptos Family Prac | 11/01/2017 | Initial |
| Claimant | 11/01/2017 | Initial |
| Dominican Aptos Family Prac | 11/01/2017 | Initial |

## CLAIM COMMUNICATIONS

No general claim communications have been created.

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**
No

## FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Analysis**
Dominican pulmonary
11/29/17 asthma
12/16 ct chest unremarkable

cl supplied dr Sedgwick
9/15/17 phys exam faigue pain depression rfc chronic fatigue possible dx pain with rom stiff gait, walk one block
incapable of even low stress jobs
8/17 unable to ambulate without cane
cl supplied dr patel
7/17 exam
Spine: Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.
Motor Exam: Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM
Mental Status: Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge. current events and past history

Dominican hosp
8/12/17 neck fibro ct head
alert oriented normal speech, hyperesthesia of L 5th dermatone, hypoesthesia of medial aspect of L knee
psych coop, approp mood affect normal judgment
mri brain neg, mri neck some degree od foraminal impingment

dr aurora
6/27/17 mri small bulge L 4-5
ROS Musculoskeletal negative
Cranial Nerves 11-XII: The pupils were 2rnrn reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneal,. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial droop, intact hearing
Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachiciradialis. and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.
On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysrnetria present.
On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, intact vibration and proprioception.
Gait: gait normal

opinion, I think the weakness is not secondary to any underlying sensory neuropathy.
6/17 mild sensory neuropathy

sleep health
7/17 sleep apnea
psych good judgment, normal mood affect and alert, oriented x4
normal gait

5/20/17 sleep report recommended cpap

7/17 sleep apnea

## 416 – MEDICAL EVALUATION

No 416-Medical Evaluation have been associated with this claim.

## MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY (MDI)

**ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)**

**Does the individual have one or more medically determinable impairments?**
Yes

| IMPAIRMENT | PRIORITY | SEVERITY |
|---|---|---|
| 7240 - Spine Disorders | Primary | Severe |
| 7800 - Sleep-Related Breathing Disorders | Other | Severe |
| 4930 - Asthma | Other | Severe |
| 3570 - Peripheral Neuropathy | Other | Severe |
| 2960 - Depressive, Bipolar and Related Disorders | Secondary | Non Severe |

**PSYCHIATRIC REVIEW TECHNIQUE (PRT)**

**PRT1**

**Indicate whether this Psychiatric Review Technique (PRT) assessment is for:**
Current Evaluation

**'A' CRITERIA OF THE LISTINGS**

**12.04-Depressive, Bipolar, and Related Disorders**
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

**'B' CRITERIA OF THE LISTINGS**

12.04-Depressive, Bipolar, and Related Disorders

**Understand, remember, or apply information:** None
**Interact with others:** None
**Concentrate, persist, or maintain pace:** None

**Adapt or manage oneself:** None

**'C' CRITERIA OF THE LISTINGS**

Evidence does not establish the presence of the "C Criteria"

**PRT - ADDITIONAL EXPLANATION**

DIB depression

cl supplied dr patel
7/31/17 exam
Mental Status: Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge. current events and past history

Dominican hosp
8/12/17 neck fibro ct head
psych coop, approp mood affect normal judgment
mri brain neg

sleep health
7/17 sleep apnea
psych good judgment, normal mood affect and alert, oriented x4

Sedgwick MD
9/17 depression, no SI. anxiety, pain.

Medical source notes do not indicate any MH diagnosis, no referral for consult/assessment or treatment. Physical problems appear to be the main cause of decreased functioning. Totality of the evidence indicates mild overall mental limitations. The claimant's symptoms and impairments would not singly or in combination prevent the claimant from completing work-like activities; although concentration, persistence and pace, social ability, and adaptability are somewhat impacted by the diagnoses, they would cause no more than mild limitations in basic work-like duties. Non-severe.

These findings complete the medical portion of the disability determination.

**MC/PC or SDM Signature**

P. Jeffrey Wright, Ph.D. 12/14/2017

**ADULT LISTINGS CONSIDERED**

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 1.04 | Spine Disorders | | |
| 12.04 | Depressive, Bipolar and Related Disorders | | PRT 1 |

ADULT MEDICAL DISPOSITION

**RFC Assessment Necessary** (Physical and/or Mental)

## ASSESSMENT OF POLICY ISSUES

SYMPTOMS EVALUATION

**List the claimant's symptoms:**
Pain
Weakness
Fatigue

**Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?**
Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**
No

**When considering the following factors, which were the most informative in assessing the consistency of the individual's statements about their symptom related limitations with all the evidence in file?**

Medication Treatment
Treatment other than medication

**What is your assessment of the consistency of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?**
Partially Consistent
**Assessment of consistency regarding symptom related limitations:**
Sx are partially consistent though there is no specific dx as noted by neurology evaluation.
No evidence for requirement of WC or HHAD.
Cl has hx of OSA, mild obesity, Asthma and most limiting d/o spine and question of immune disorder creating fatigue. Does not meet or equal listings.

EVALUATING MEDICAL OPINIONS

There is no indication that there is a medical opinion from any medical source.

## RESIDUAL FUNCTIONAL CAPACITY

PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

RFC1

**Indicate whether this Physical Residual Functional Capacity (RFC) assessment is for:**
Current Evaluation

**Does the individual have exertional limitations?**
Yes

**Rate the individual's exertional limitations:**

**Occasionally (occasionally is cumulatively 1/3 or less of an 8 hour day) lift and/or carry (including upward pulling):**
20 pounds

**Frequently (frequently is cumulatively more than 1/3 up to 2/3 of an 8 hour day) lift and/or carry (including upward pulling):**
10 pounds

**Stand and/or walk (with normal breaks) for a total of:**
4 hours

**Sit (with normal breaks) for a total of:**
More than 6 hours on a sustained basis in an 8-hour workday

**Push and/or pull (including operation of hand and/or foot controls):**
Unlimited, other than shown, for lift and/or carry

**Does the individual have postural limitations?**
Yes

**Rate the individual's postural limitations:**

**Climbing Ramps/stairs:** Occasionally

**Climbing Ladders/ropes/scaffolds:** Never

**Balancing:** Occasionally

**Stooping (i.e., bending at the waist):** Occasionally

**Kneeling:** Occasionally

**Crouching (i.e., bending at the knees):** Occasionally

**Crawling:** Occasionally

**Explain postural limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**
See AE

**Does the individual have manipulative limitations?**
No
**Does the individual have visual limitations?**
No
**Does the individual have communicative limitations?**
No
**Does the individual have environmental limitations?**
Yes

**Rate the individual's environmental limitations:**

**Extreme cold:** Avoid concentrated exposure

**Extreme heat:** Avoid concentrated exposure

**Wetness:** Unlimited

**Humidity:** Unlimited

**Noise:** Unlimited

**Vibration:** Unlimited

**Fumes, odors, dusts, gases, poor ventilation, etc.:** Avoid concentrated exposure

**Hazards (machinery, heights, etc.):** Avoid concentrated exposure

**Explain environmental limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**
no conc extremes of temp, pulmonary irritants or hazards.

**RFC - Additional Explanation**
50 y.o. T-II only. AOD 8/18/17. DOF 9/4/17. DLI 12/31/21.
Allegations: Fibromyalgia, Chronic Fatigue, OSA, Asthma, DDD w/radiculopathy
Discovered: Obesity
Fibromyalgia, Chronic Fatigue - file reports in noted of 4/2017 that fatigue was resolved, neurology evaluation 6/2017 for numbness of the face noted that there was numbness more of the L than the R, otherwise normal neuro exam, CT of head normal, MRI of brain nl, MRI of C spine only mild spondylosis, mucosal thickening of sinuses without evidence for sinusitis; 9/15/17 on physical difficulty standing from sitting, gait stiff and wide based, strength 5/5 UEs and R leg, 4/5 L leg and EHL,, tremor less present and no pronator drift.
OSA - 5/2017 PSG diagnosed OSA and had some hypoxemia and corrected w/ CPAP, 7/10/17 f/u noted BMI 30 and O2 sat of 96% on RA. Report of improvement in sleep w/ CPAP.
DDD w/radiculopathy - hx of back pain, exam 9/15/17 difficulty standing from sitting, gait stiff and wide based, strength 5/5 UEs and R leg, 4/5 L leg and EHL, tremor less present and no pronator drift. MRI of LS noted only bulge of L4-5, EMG mild sensory peripheral neuropathy.
Obesity - hrt of 69 in and wt 204 lbs ad. BMI 30.1 7/10/17; 11/29/17 no ht and wt 200 lbs w/ reported BMI 29.54.
ADLS - 11/18/17, 20a - difficulty - w/ all except talk, hear and see, walk less than 100 ft, reports cane and WC, also glasses; cannot do hair care, microwave/simple meals, drives; shops for groceries in store w/ motorized cart and b y computer; current hobby is crocheting; social - occ dinner at a friend/s home, social media, meds cause drowsiness and weight gain. Sx are partially consistent though there is no specific dx as noted by neurology evaluation. No evidence for requirement of WC or HHAD.
Cl has hx of OSA, mild obesity, Asthma and most limiting d/o spine and question of immune disorder creating fatigue. Does not meet or equal listings.
MA - Sr. Sedgwick 9/15/17 noted possible Chronic Fatigue and states cannot work since needs help going from sitting to standing. MA is not persuasive in that even examiner reports only possible dx. Max benefit of the doubt is given.
MOD=DOF.

These findings complete the medical portion of the disability determination.



**MC/PC or SDM Signature**

Larry McNeil, M.D. (019) 12/28/2017

---

## ASSESSMENT OF POLICY ISSUES – CONTINUED

**RECONCILING MEDICAL OPINIONS**

There is no indication that there is a medical opinion from any medical source.

---

## ASSESSMENT OF VOCATIONAL FACTORS

**ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK**

**Past Relevant Work:**

**Job Title:** Pulmonary Clinical Coordinator
**Start Date:** AUGUST 2014
**End Date:** AUGUST 2017

**Job Title:** Director Pulmonary Services
**Start Date:** JANUARY 2012
**End Date:** AUGUST 2014
**DOT Title:** hospital services director S8
**DOT Code:** 187.117-058

**Additional Past Work Titles:**

**Job Title:** Pulmonary Edcuation Coordinato
**Start Date:** APRIL 2009
**End Date:** DECEMBER 2011

**Job Title:** Cardiac Cath Lab Tech
**Start Date:** MARCH 2002
**End Date:** APRIL 2009

**Job Title:** Respriatory Therapist
**Start Date:** SEPTEMBER 1991
**End Date:** MARCH 2002

**Does the individual have any past relevant work (PRW)?**
Yes

**This RFC assessment, based on all of the relevant evidence, is a function-by-function evaluation of the individual's exertional and non-exertional capabilities which are required to perform work activities.**

**Does the individual have the RFC to perform PRW?**
Yes

**PRW can be performed as:**

Generally Performed in the National Economy

**The evidence shows that the individual has some limitations in the performance of certain work activities; however, these limitations would not prevent the individual from performing past relevant work as a/an Director Pulmonary Services**

**DOT Title:**
hospital services director S8

**DOT Code:**
187.117-058

**APPLICATION OF MEDICAL - VOCATIONAL RULES: Other Work**

This section has not been completed for this claim.

---

## DETERMINATION

**Based on the documented findings, select the determination:**
Not Disabled

**Is there medical evidence of DAA?**
There is no evidence of any substance abuse disorder/DAA issue

**DIB Claim/253100417**

**Indicate which of the following Acquiescence Rulings are applicable**
None of the ARs considered apply to this claim

**REGULATION BASIS CODE (RBC)**

**Regulation Basis Code:**
H1-20CFR404.1520(f)-DIB CLAIM

**PERSONALIZED DISABILITY EXPLANATION (PDE)**

**PDE Text:**
ef

---

## SIGNATURES

**MC/PC or SDM Signature**

Larry McNeil, M.D. (019) 12/28/2017

**Disability Adjudicator/Examiner Signature:**

Jeff Quintanilla 02/01/2018

eCAT version: 10.5.27

EXHIBIT NO. 2A
PAGE: 1 OF 1

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ]
2. DDS CODE: S48
3. FILING DATE: 09/04/17
4. SSN:
BIC (if CDB or DWB CLAIM):

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code)
KIMBERLY DAWN SHAW

6. WE'S NAME (if CDB or DWB CLAIM)

7. TYPE CLAIM (Title II): DIB [X] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]

8. TYPE CLAIM (Title XVI): DI [ ] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ]

9. DATE OF BIRTH

10. PRIOR ACTION: PD [ ] PT [ ]

11. REMARKS
RECEIPTED 11/01/17
AOD 08/18/17
DLI 12/31/2021

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)
1290 PREMIER DR
CHATTANOOGA TN 37421-9953

DO-BO CODE: 568

13. DO-BO REPRESENTATIVE (866) 964-0029
14. DATE
11A. [ ] Presumptive Disability ____________
11B. [ ] Impairment ____________

## DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [ ] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS: Disorders of back (discogenic and degenerative)
BODY SYS.: 01
CODE NO.: 7240

16B. SECONDARY DIAGNOSIS: Depressive, Bipolar and Related Disorders
CODE NO.: 2960

17. DIARY TYPE | MO./YR. | REASON

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [X] Through Date of Current Determination
B. [ ] Through 12/31/21
C. [ ] Before Age 22 (CDB only)

20. VOCATIONAL BACKGROUND
OCC. YRS.:
ED YRS.: 16

21. VR ACTION: SC IN A. [ ] SC OUT B. [ ] Prev Ref C. [ ]

22. REG-BASIS CODE: H1
23. MED LIST NO.:
24. MOB CODE:
25. REVISED DET [ ]
25A. Initial A. [X] Recon B. [ ] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO. > A. B. C. D. E. F.

27. RATIONALE
[X] See Attached SSA-4268-U4/C4
[ ] Check if Vocational Rule Met. Cite Rule >

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab Beg. ____________ AND D. [ ] Continues E. [ ] Term ____________

29. LTR/PAR NO.
30. DISABILITY EXAMINER-DDS: Jeff Quintanilla
31. DATE: 02/01/18
32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: RFC1 in DDE 2017-12-28
33. DATE: 12/28/17
32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type): Larry W McNeil M.D.
32B. SPEC. CODE: 19

34. REMARKS

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE
36. REV.DET. CODES
37. SSA REPRESENTATIVE
SSA CODE
38. DATE

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 165 of 1114

Form SSA-831-U3 (3/89 - TN 11/00) DMA=Y
Electronic Input: [ ] DECISION [ ] CASE CONTROL

Lincoln/ Shaw 1224

```
eCAT                    DEVELOPMENT SUMMARY                         DMAF
CLAIM#: AU3096                     WORKSHEET                   ADJ: 433  UNIT: 57
RCPT DATE: 11/01/17             (INITIAL/RECON)                Quintanilla, Jeff
TYPE: DIB       LEV: IN                                        PROC TIME:   79
CLMNT:             SHAW, KIMBERLY                          ---CLAIMANT ADDRESS---
  W/E:
  BIC:      DB:              AGE: 50 SEX: F EDUC:16
 FOR :                            PD:                      37379
  DLI: 12/31/2021 AOD: 08/18/17 SLC:
BODY SYS: 01 MUSCULOSKELETAL    DO: 568  CHATTANOOGA TN
STOP WORK DATE: 08/18/17  CDB ATTAIN DATE: ________
A-PH:                          EX:                                     EX:
MED HOLD:
     CTRL DT: ________         PP END DT: ________  POD: ________
RECON------    PREV REVIEW PHYSICIAN         PREV CE CONSULTANT
   IN DENIAL


ALLEGATIONS: Fibromyalgia; Severe Obstructive Sleep Apnea; Asthma; Chronic Fati
             gue Syndrome; Depression; Lumbar Radiculopathy; Ambulatory Dysfunc
             tion; Degenerative Disc Disease; Muscle Weakness; Sensory Neuropat

   REMARKS: phys and mental 12/14
            Final worksheet          2/1/18

 ------------------------------------------------------------------------------
|DEVELOPMENT PROFILE   Date & Method of Req (E-Electronic;F-Fld;M-Mail;T-Tel)|
|   SOURCE            | REQ  |LTR# | FU     | FU     |RECVD |                    |
|Claimant            |110117|72    |        |        |120517|                    |
|                     |  M   |     |        |        |      |pet cook laundry driv|
|                     |      |     |        |        |      |e shop friends memory|
|DR P. AURORA        |110117|3    |        |        |111017|052317  062717      |
| MSS REQ/CE INT REQ |  M   |     |        |        |      |TVI  102            |
|                     |      |     |        |        |      |back weakness emg   |
|DR PR AURORA                      |        |        |      |                    |
|64 ASPEN WAY                      |        |        |      |                    |
|WATSONVILLE CA 95076              |        |        |      |                    |
|                     |      |     |        |        |      |                    |
|Dominican Aptos Fami|110117|3    |111417|        |      |                    |
|     NOT RCVD        |  M   |     | (M)    |        |      |TVI  102            |
| MSS REQ/CE INT REQ |      |     |        |        |      |                    |
|Dominican Aptos Family Practic    |        |        |      |                    |
|Dr Carol Haubach                  |        |        |      |                    |
|9515 Soquel Dr                    |        |        |      |                    |
|Suite 100                         |        |        |      |                    |
|Aptos CA 95003                    |        |        |      |                    |
|                     |      |     |        |        |      |                    |
|Allergy and Asthma A|110117|3    |111417|        |      |                    |
|     NOT RCVD        |  M   |     | (M)    |        |      |TVI  102            |
| MSS REQ/CE INT REQ |      |     |        |        |      |                    |
|Allergy and Asthma Associates     |        |        |      |                    |
|Dr Jeffery Kishiyama              |        |        |      |                    |
|3329 Mission Dr                   |        |        |      |                    |
|Santa Cruz CA 95065               |        |        |      |                    |
|                     |      |     |        |        |      |                    |
|Dominican Pulmonary |110117|3    |111417|        |120117|121216  112917      |
| MSS REQ/CE INT REQ |  M   |     | (M)    |        |      |TVI  102            |
|                     |      |     |        |        |      |asthma ct chest     |
|Dominican Pulmonary               |        |        |      |                    |
|Dr Andrea Ling                    |        |        |      |                    |
|700 Frederick St                  |        |        |      |                    |
|Suite 203                         |        |        |      |                    |
```

eCAT　DEVELOPMENT SUMMARY WORKSHEET (INITIAL/RECON)　DMAF

CLAIM#: AU3096　ADJ: 433 UNIT: 57
RCPT DATE: 11/01/17　Quintanilla, Jeff
TYPE: DIB　LEV: IN
CLMNT: SHAW, KIMBERLY
W/E:
Santa Cruz CA 95062

DEVELOPMENT PROFILE　Date & Method of Req (E-Electronic;F-Fld;M-Mail;T-Tel)

| SOURCE | REQ | LTR# | FU | FU | RECVD | |
|---|---|---|---|---|---|---|
| Sleep Health MD<br>MSS REQ/CE INT REQ<br><br>Sleep Health MD<br>Dr Aaron Morse<br>1665 Dominican Way<br>Suite 222A<br>Santa Cruz CA 95065 | 110117<br>M | 3 | 111417<br>(M) | | 112717 | 051917 071017<br>TVI 102<br>sleep apnea rls |
| Dr M. Patel<br>CANCELLED<br>MSS REQ/CE INT REQ<br>Dr Mi Patel<br>4767 Soquel Dr<br>Soquel CA 95703 | 110117<br>M | 3 | 111417<br>(M) | | 111517 | TVI 102<br>no records |
| Capitola Family Prac<br>NOT RCVD<br>MSS REQ/CE INT REQ<br>Capitola Family Practice<br>Dr Jacqueline Sedgwick<br>528 Capitola Ave<br>Capitola CA 95010 | 110117<br>M | 3 | 111417<br>(M) | | | TVI 23 102 |
| Dominican Hospital<br>MSS REQ<br><br>Dominican Hospital<br>Medical Records<br>1665 Soquel Dr<br>Santa Cruz CA 95065 | 110117<br>M | 24 | 111417<br>(M) | | 112217 | 061217 081217<br>TVI<br>neck fibro ct mri |
| Claimant<br>CANCELLED | 111717<br>M | 40 | | | | |
| Claimant<br>NOT RCVD | 120117<br>M | 41 | | | | 3373 |
| Claimant | 122917<br>M | 22 | | | 011918 | pulmonary service director cardio tech |
| Claimant<br>NOT RCVD | 122917<br>M | 41 | | | | |

| CE TYP | SRCE TEL# & NAME REQ | EXAM | REMINDER | KEPT | FU | FU | RECVD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 167 of 1114

**Lincoln/ Shaw 1226**

eCAT — DEVELOPMENT SUMMARY WORKSHEET (INITIAL/RECON) — DMAF

CLAIM#: AU3096 — ADJ: 433 UNIT: 57

RCPT DATE: 11/01/17 — Quintanilla, Jeff

TYPE: DIB LEV: IN

CLMNT: SHAW, KIMBERLY

W/E:

---

SEVERITY OF IMPAIRMENT RATING (REVIEW PHYSICIAN):

---

SEVERITY AT A.O.D.- RATING ________ RFC _____ INIT ____

SEVERITY AT LATER DATE - DATE ________ RATING _______ RFC _____ INIT ____
(IF APPLICABLE)

| | ONSET | CURRENT RATING | RFC RATING (IN 12 MOS) | INIT | DATE |
|---|---|---|---|---|---|
| ( ) 0. DURATION DENIAL | ________ | __________ | __________ | ____ | ________ |

| | ONSET | RFC | INIT | DATE |
|---|---|---|---|---|
| ( ) 1. NO IMPAIR | | | ____ | ________ |
| ( ) 2. NOT SEVERE | | | ____ | ________ |
| ( ) 3. MOD IMPAIR | ________ | ____ | ____ | ________ |
| ( ) 4. MOD SEVERE | ________ | ____ | ____ | ________ |
| ( ) 5. MEETS LIST | ________ | | ____ | ________ |
| ( ) 6. EQUALS LIST | ________ | | ____ | ________ |
| ( ) 7. M/E INSUFF | | | ____ | ________ |
| ( ) DWB CASE DOES NOT MEET OR EQUAL LIST | | | ____ | ________ |

REMARKS:

---

DETERMINATION: ALLOWED ____________ LISTING ________ REEXAM DATE________
(init & date)

DENIED ____________ GRID RULE #________
(init & date)

NO DETERM ____________ REASON ______________________
(init & date)

( ) CAPABLE ( ) INCAPABLE ( ) UNRESOLVED VR REFERRAL: ( ) YES ( ) NO

---

FORMAL SUPERVISORY AUDIT:
( ) SCA ( ) CAI ______________________/______________
(Signature) (Date)

COMMENTS:______________________________________________

MATERIAL NOT RETAINED (note source & reason):______________________

DEVELOPMENT DECISIONS REQUIRING EXPLANATION (per POMS DI 20503.001C.1):

```
eCAT                    DEVELOPMENT SUMMARY                         DMAF
CLAIM#: AU3096                   WORKSHEET                  ADJ: 433  UNIT: 57
RCPT DATE: 11/01/17          (INITIAL/RECON)                Quintanilla, Jeff
TYPE: DIB       LEV: IN
CLMNT:             SHAW, KIMBERLY
  W/E:
```

NARRACTIVE

```
NARRATIVE
    Date: 11/17/17 10:39AM          By: William Quintanilla
called cl               for upc no answer sending 40

    Date: 12/01/17 04:25PM          By: William Quintanilla
no 3373 sending 41

    Date: 12/14/17 09:08AM          By: William Quintanilla
30 day- on med Q

    Date: 12/29/17 10:19AM          By: William Quintanilla
no 3369 in file sending one and 41, transferability may be an issue

    Date: 01/09/18 11:27AM          By: William Quintanilla
cl called she is filling out work hx completely and will send soon

    Date: 02/01/18 02:37PM          By: Anthony Roberson
EOL*
```

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

443
433/PRC

KIMBERLY D SHAW

Date: 02/01/18

Claim Number:

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

THE DECISION

See the enclosed Personalized Disability Explanation.

ABOUT THE DECISION

Please remember that there are many types of disabiltiy programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

INFORMATION ABOUT OTHER BENEFITS

Based on the application your filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your appeal.

* You have 60 days to ask for an appeal in writing.

* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for an appeal.

* You have to ask for an appeal in writing. Your may use our form SSA-561-U2 called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.

* In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since you filed your claim. You may complete this report online after you complete the online Request for Reconsideration. Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

HOW THE APPEAL WORKS

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

IF YOU WANT HELP WITH YOUR APPEAL

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing you case.

Many representatives charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our form SSA-1696-U4 Appointment of Representative. Any local Social Security office can give you this form.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing a decision. If you disagree with this decision and you file a new application instead of appealing,

* you might lose some benefits, or not qualify for any benefits, and
* we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

IF YOU HAVE ANY QUESTIONS

We invite you to visit our website at www.social.security.gov to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 964-0029.

If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can can also write or visit any Social Security office. The office that serves your area is located at:

1290 PREMIER DR
CHATTANOOGA TN 37421-9953

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Social Security Administration

SOCIAL SECURITY DISABILITY RULES

You must meet certain rules to qualify for Social Security disability benefits:

DISABLED WORKER
You must have the required work credits and your health problems must:

* keep you from doing any kind of substantial gainful work (explained on next page),
* last, or be expected to last, for at least 12 months in a row, or result in death.

CHILDHOOD DISABILITY
You must be age 18 or older and your health problems must:

* begin before age 22 OR you must become disabled again within 7 years after the month that your earlier period of disability ended,
* keep you from doing any kind of substantial gainful work (explained on next page),
* last, or be expected to last, for at least 12 months in a row, or result in death.

DISABLED WIDOW, WIDOWER OR SURVIVING DIVORCED SPOUSE
You must be at least age 50, and your health problems must:

* keep you from doing any kind of substantial gainful work (explained on next page),
* last, or be expected to last, for at least 12 months in a row, or result in death, and
* have started before the end of a special period.

  The special period STARTS with the latest of:
  ---the month your spouse died, or
  ---the month your Social Security benefits as a parent ended, OR
  ---the month your earlier period of widow(er)'s disability ended.

The special period ENDS at the close of the 84th month (7 years) after the month it started.

YOU MUST MEET CERTAIN RULES TO QUALIFY FOR SSI PAYMENTS BASED ON DISABILITY:

DISABLED ADULT
If you are age 18 or older, your health problem must:

* keep you from doing any kind of substantial gainful work (explained on next page),

* last, or be expected to last, for at least 12 months in a row, or result in death.

DISABLED CHILD
If you are under age 18, your health problems must:

* be as severe as those that would keep an adult from doing any kind of substantial gainful work. This means that your health problems must limit you from doing things that other children the same age normally can do, to the extent required by our rules, and

* last, or be expected to last, for at least 12 months in a row, or result in death.

YOU MUST MEET CERTAIN RULES TO QUALIFY FOR SSI PAYMENTS BASED ON BLINDNESS:

* your eyesight must be no better than 20/200 in the better eye with the use of a correcting lens, OR

* your visual fields must be restricted to 20 degrees or less.

You can qualify for SSI payments due to blindness even if you can do substantial work.

INFORMATION ABOUT SUBSTANTIAL GAINFUL WORK

Generally, substantial gainful work is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2017, we will find that your work is substantial gainful activity if your gross earnings average over $1180 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness ($1,970). These amounts change each year.

Your work may be different than before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

SUSPECT SOCIAL SECURITY FRAUD?
If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Enclosures:
Social Security Disability Rulles
Personalized Disability Explanation 568

SOCIAL SECURITY ADMINISTRATION

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| KIMBERLY D SHAW | | | INDIB |

The following reports were used to decide this claim:

DR PRINCY AURORA 05/23/17 06/27/17
Dominican Pulmonary 12/12/16 11/29/17
Sleep Health MD 05/19/17 07/10/17
Dominican Hospital 06/12/17 08/12/17

CLAIMANT SUPPLIED EVIDENCE 9/15/17

We requested but did not receive any other reports. However, the above reports contained enough information to evaluate this claim.

You said you are unable to work because of fibromyalgia, sleep apnea, asthma, depression, neuropathy, fatigue, ambulatory, and back problems.

Although you state you have sleep apnea, neuropathy, fatigue, and ambulatory problems, the medical records do not show any evidence of a disabling condition.

Although you do have back pain, evidence shows you are able to stand, walk and bend in a satisfactory manner.

Although you experience depression, your records show that you are able to communicate with others, act in your own interest and perform most ordinary activities.

Although you have stated that you are short of breath, medical records show your breathing capacity to be adequate for many daily activities.

Although you do have fibromyalgia, the evidence shows that you are able to stand, move about and use your arms, hands and legs in a satisfactory manner.

We realize that you can no longer perform the job of pulmonary director as you described it. However, we concluded that you have the ability to perform the job as most other workers describe it.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

The determination on this claim was made by an agency of the State. It was not made by the doctors or other people or agencies who submitted reports. Any evidence they gave us was used in making the determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Kimberly Dawn Shaw**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Female**

Date of Birth:

2. Claimant's Alleged Onset Date: **08/18/2017**

3. Potential Onset Date:

4. Reason for Potential Onset Date:

5. Explanation for Potential Onset Date, when applicable:

**Miscellaneous Information**

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2021**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case:

**Prior Filing Information**

7. Prior Filing(s):

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this case.

## (3367) Observations

9. Observations/Perceptions:

How was the Interview Conducted? **No contact with claimant**



Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

---

## (3367) Development

---

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **S. Minay**
Phone Number: **866-964-0029 ext. 11071**
Name of Person Completing Form: **S. Minay**
Date: **02/22/2018**

---

**Form SSA-3367 EDCS**

# DISABILITY REPORT - APPEAL - Form SSA-3441

## (3441) Section 1 - Information About the Disabled Person

1.A. Name (First, Middle Initial, Last, Suffix): **Kimberly Dawn Shaw**

1.B. Social Security Number:

1.C. Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada:

Check this box if you do not have a phone or number where we can leave a message

1.D. Alternate Phone Number - another number where we may reach you, if any:

1.E. Email Address (Optional):

## (3441) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim. (e.g., friend or relative)

**2.A.** Name (First, Middle, Last) **JAIMIE SHAW**

**2.B.** Relationship to Disabled Person **Family Member**

**2.C.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable.
City, State/Province, ZIP/Postal Code,
Country (if not U.S.)

**2.D.** Daytime Phone Number, including area code
(include IDD and country codes if outside
the U.S. or Canada)

**2.E.** Can this person speak and understand English? **Yes**

If no, what language does the contact person prefer?

**2.F.** Who is completing this form? **Someone else (Please complete the information below).**

**2.G.** Name (First, Middle, Last) | **Allsup Representative**

**2.H.** Relationship to Disabled Person | **Appointed Representative(Non-Atty/Staff)**



**2.I.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable. **300 ALLSUP PLACE**
City, State/Province, ZIP/Postal Code, **BELLEVILLE, IL 62223**
Country (if not U.S.)

**2.J.** Daytime Phone Number, including area code (include IDD and country codes if outside the U.S. or Canada)

---

## (3441) Section 3 - Medical Conditions

---

Date of Last disability report: **10/28/2017**

**3.A. Since you last told us about your medical conditions,** has there been any **CHANGE** (for better or worse) in your physical or mental conditions?

**Yes**

Approximate date change occurred:

**01/01/2018**

If "Yes", please describe in detail:

**I EXPERIENCE THE FOLLOWING SYMPTOMS: PAIN, NUMBNESS, TINGLING, MUSCLE SPASMS, STIFFNESS, DIZZINESS, LACK OF BALANCE, SHORTNESS OF BREATH, TREMORS, WEAKNESS, FATIGUE, UPSET STOMACH, NAUSEA, HEADACHES, LIMITED RANGE OF MOTION AND FEELINGS OF DEPRESSION (SADNESS, FRUSTRATION). I EXPERIENCE THE FOLLOWING LIMITATIONS: SITTING, STANDING AND WALKING FOR LONG PERIODS OF TIME, REACHING, CLIMBING STAIRS, LIFTING, CARRYING, BENDING, SQUATTING, KNEELING, USING MY RIGHT HAND, CONCENTRATING AND MEMORY.**

**3.B. Since you last told us about your medical conditions,** do you have any **NEW** physical or mental conditions? **No**

Approximate date of new conditions:

If "Yes", please describe in detail:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 4 - Medical Treatment

---



**4.A.** Have you used any other names on your medical or educational records? Examples are maiden name, other married

name or nickname.

**No**

If yes, please list the other names used here:



**4.B. Since you last told us about your medical treatment**, have you seen a doctor or other health care provider, received treatment at a hospital or clinic, or **do you have a future appointment scheduled**?

**Yes**

**4.C.** What type(s) of condition(s) were you treated for, or will you be seen for?

**Physical and Mental (including emotional or learning problems)**

**If you answered "Yes" to 4.B.**, please tell us who may have NEW medical records about any of your **physical or mental** conditions (including emotional or learning problems).

Use the following pages to provide information for up to three (3) providers. **Complete one page for each provider**. If you have more than three providers, list them in SECTION 10 - REMARKS on the last page.

Please include:

- doctors' offices
- hospitals (including emergency room visits)
- clinics
- mental health center
- other health care facilities.

**Only list the providers you have seen since you last told us about your medical treatment.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | | **PARKRIDGE MEDICAL GROUP** | | | | | |
| Name of health care professional who treated you | | **CHARLES CRUMP DR** | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **423-698-2435 - Voice** | | Patient ID# (if known) | | | |
| Mailing Address | | **1700 BROAD ST STE 140<br>CHATTANOOGA, TN 37408** | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **12/28/2017** | Date | | Date in | | Date out | |
| Last Visit | **02/15/2018** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **03/28/2018** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **ALL CONDITIONS** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **EXAMS, ORDERED BLOOD WORK, PRESCRIBES MEDICATIONS, MONITORS CONDITION** | | | | | | | |

| | |
|---|---|
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | |
| **Yes** | |
| **KIND OF TEST** | **DATES OF TESTS** |
| **Blood Test (Not HIV)** | **01/02/2018** |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **MILAN C PATEL MD** | | | | | | |
| Name of health care professional who treated you | **MILAN PATEL DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **831-477-9912 - Voice** | | Patient ID# (if known) | | | |
| Mailing Address | | **4767 SOQUEL DR**<br>**SOQUEL, CA 95073** | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **07/31/2017** | Date | | Date in | | Date out | |
| Last Visit | **07/31/2017** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **NO LONGER SEES** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **FIBROMYALGIA, TREMORS, CHRONIC FATIGUE, WEAKNESS, BALANCE ISSUES** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **EVALUATION** | | | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | | | | | | | |
| **No** | | | | | | | |
| **KIND OF TEST** | | | | **DATES OF TESTS** | | | |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **CHI MEMORIAL GROUP** | | | | | | |
| Name of health care professional who treated you | **CHAD PAXSON DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **423-495-2635 - Voice** | | Patient ID# (if known) | | | | |
| Mailing Address | **725 GLENWOOD DR STE E-500<br>CHATTANOOGA, TN 37404** | | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **01/18/2018** | Date | | Date in | | Date out | |
| Last Visit | **01/18/2018** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **AS NEEDED** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **ASTHMA, SLEEP APNEA** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **EXAMS, ORDERED PULMONARY FUNCTION TEST, MONITORS CONDITION** | | | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | | | | | | | |
| **Yes** | | | | | | | |
| **KIND OF TEST** | | | | | **DATES OF TESTS** | | |
| **PULMONARY FUNCTION TEST (LUNGS)** | | | | | **01/18/2018** | | |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **DIGNITY HEALTH MEDICAL GROUP - DOMINICAN** | | | | | | |
| Name of health care professional who treated you | **JACQUELINE SEDGWICK DR** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | **831-475-1630 - Voice** | | Patient ID# (if known) | | | | |
| Mailing Address | **528 CAPITOLA AVE<br>CAPITOLA, CA 95010** | | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | **03/2017** | Date | | Date in | | Date out | |
| Last Visit | **09/15/2017** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | **NO LONGER SEES** | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |

| | |
|---|---|
| **ALL CONDITIONS** | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | |
| **EXAMINED, ORDERED TEST, PRESCRIBED MEDICATION, MONITORED CONDITION** | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | |
| **No** | |
| **KIND OF TEST** | **DATES OF TESTS** |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | |

EXHIBIT NO. 7E
PAGE: 6 OF 10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **CHI MEMORIAL HOSPITAL HIXSON** | | | | | | |
| Name of health care professional who treated you | **EMERGENCY ROOM** | | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **423-495-7100 - Voice** | | Patient ID# (if known) | | | |
| Mailing Address | | **2051 HAMILL ROAD<br>HIXSON, TN 37343** | | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | | | |
| **Office, Clinic or Outpatient visits** | | **Emergency Room visits at this facility** | | **Overnight hospital stays at this facility** | | | |
| First Visit | | Date | **110/17/2017** | Date in | | Date out | |
| Last Visit | | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | | Date | | Date in | | Date out | |
| **What medical conditions were treated or evaluated?** | | | | | | | |
| **SEVERE LOWER BACK PAIN** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.) | | | | | | | |
| **EXAMINED, STEROID AND PAIN INJECTIONS, PRESCRIBED MEDICATIONS, MONITORED CONDITION** | | | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future. | | | | | | | |
| **No** | | | | | | | |
| **KIND OF TEST** | | | | **DATES OF TESTS** | | | |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | | | | | | | |

**If you have been treated by more providers, use SECTION 10 - REMARKS on the last page.**

**5. Since you last told us about your other medical information**, does anyone else have **medical information** about any of your **physical or mental** conditions (including emotional and learning problems) or are you scheduled to see anyone else?

This may include:

- workers' compensation
- vocational rehabilitation services
- insurance companies who have paid you disability benefits
- prisons and correctional facilities
- attorneys
- social service agencies
- welfare agencies
- school/education records

**No** (Go to SECTION 6 - MEDICINES)

**If you need to list more people or organizations, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 6 - Medicines**

---

**6. Are you currently taking any medicines (prescription or non-prescription)? Yes**

Yes (Please complete the information below. You may need to look at your medicine containers.)

| Name of Medicine | If Prescribed, Give Name of Doctor | Reason for Medicine | Side Effects You Have |
|---|---|---|---|
| **ADVAIR INHALER** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **ASTHMA** | **NONE** |
| **ALBUTEROL** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **ASTHMA** | **NONE** |
| **CYMBALTA** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **DEPRESSION, FIBROMYALGIA** | **NONE** |
| **FLONASE** | **No one prescribed this** | **ALLERGIES** | **NONE** |
| **GABAPENTIN** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **NERVE PAIN** | **WEIGHT GAIN** |
| **PEPCID** | **No one prescribed this** | **STOMACH** | **NONE** |
| **PRILOSEC** | **No one prescribed this** | **STOMACH** | **NONE** |
| **SINGULAIR** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **ASTHMA** | **NONE** |
| **SPIRIVA** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **ASTHMA** | **DRY MOUTH** |
| **TRAMADOL** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **PAIN** | **ITCHINESS, DROWSINESS** |
| **TRAZODONE** | **CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP** | **SLEEP** | **NONE** |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 184 of 1114

| | | | |
|---|---|---|---|
| ZANAFLEX | CHARLES CRUMP DR, PARKRIDGE MEDICAL GROUP | MUSCLE SPASMS | DROWSINESS |
| ZYRTEC | No one prescribed this | ALLERGIES | NONE |



**If you need to list more medicines, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 7 - Activities

---

**7. Since you last told us about your activities,** has there been any **change** (for better or worse) in your daily activities due to your **physical or mental** conditions? (Examples of daily activities are household tasks, personal care, getting around, hobbies and interests, social activities, etc.)

**Yes**

If yes, please describe in detail:

**I EXPERIENCE DIFFICULTIES WITH THE FOLLOWING DAILY ACTIVITIES DUE TO MY SYMPTOMS: COOKING; DOING CHORES; DRIVING; SHOPPING; SLEEPING. I EXPERIENCE DIFFICULTIES WITH THE FOLLOWING PERSONAL CARE NEEDS DUE TO MY SYMPTOMS: BATHING; DRESSING; SHAVING; FEEDING MYSELF; USING THE TOILET.**

**If you need more space, use SECTION 10- REMARKS on the last page.**

---

## (3441) Section 8 - Work and Education

---

**8.A. Since you last told us about your work,** have you worked or has your work changed?
If yes, you will be asked to provide additional information.

**No**

**8.B. Since you last told us about your education,** have you completed or are you enrolled in any type of specialized job training, trade school, or vocational school?

**No**

If yes, what type?

Date(s) attended:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

**9.** Since you last told us about your vocational rehabilitation, have you participated, or are you participating in:

- an individual work plan with an employment network under the Ticket to Work Program?
- an individualized plan for employment with a vocational rehabilitation agency or any other organization?
- a Plan to Achieve Self-Support (PASS)?
- an individualized education program (IEP) through an educational institution (if a student age 18-21)?
- any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**No** (Go to SECTION 10 - REMARKS)

**If you need more space, use SECTION 10 - REMARKS on the last page.**

## (3441) Section 10 - Remarks

Use this space to provide any information you could not show in earlier sections of this form or any additional information you feel we should know about. Please be sure to include the number of the question you are answering (For example, 3A, 4D, etc.).

**I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED ALL THE INFORMATION ON THIS FORM, AND ON ANY ACCOMPANYING STATEMENTS OR FORMS, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT ANYONE WHO KNOWINGLY GIVES A FALSE OR MISLEADING STATEMENT ABOUT A MATERIAL FACT IN THIS INFORMATION, OR CAUSES SOMEONE ELSE TO DO SO, COMMITS A CRIME AND MAY BE SENT TO PRISON, OR MAY FACE OTHER PENALTIES, OR BOTH.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| Address (Number and street, city, state and ZIP code) | e-mail Address (optional) |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |

**Form SSA-3441 EDCS**

# FUNCTION REPORT-ADULT

## Section A-General Information

**1. Name of disabled person:** Kimberly Shaw **2. SSN:**

**3. Daytime Telephone Number:** 800-560-1410

**4a. Where do you live?**
I live in a house.

**4b. With whom do you live?**
I live with family.

## Section B-Information About Your Illnesses, Injuries, or Conditions

**5. How do your illnesses, injuries, or conditions limit your ability to work?**
My physical and mental limitations are described in detail in Section 20a of this report. My ability to work is most significantly impacted by my problems with the following: standing, walking, memory, concentration and understanding.

## Section C-Information About Daily Activities

**6. Describe what you do from the time you wake up until going to bed.**
I wake up at 8:00 a.m. My daily activities include: taking a shower, getting dressed, taking medications, preparing a meal, eating a meal, preparing a snack, eating a snack, taking a nap, taking a rest break, watching TV/movies, spending time with others in person. I go to bed at 11:00 p.m.

**7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?** ☐ Yes ☒ No
**If "YES," for whom do you care, and what do you do for them?**
N/A

**8. Do you take care of pets or other animals?** ☐ Yes ☒ No
**If "YES," what do you do for them?**
N/A

**9. Does anyone help you care for other people or animals?** ☐ **Yes** ☐ **No** ☒ **N/A**
**If "YES," who helps, and what do they do to help?**
N/A

**10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?**
I used to be able to work. I used to travel. Also, dancing.

**11. Do the illnesses, injuries, or conditions affect your sleep?** ☒ **Yes** ☐ **No**
**If "YES," how?**
I have difficulty falling asleep. I have difficulty staying asleep. I toss and turn throughout the night. I do not feel rested when I wake up in the morning. I have to nap during the day. I need medication to help me sleep.

**12. Personal Care**

**a. Explain how your illnesses, injuries, or conditions affect your ability to:**

**Dress:** While dressing, I sit down or lean on something. I have to sit down to put on socks and shoes. I tend to wear slip on shoes to avoid tying my shoes. Putting on socks and shoes is difficult, so I need help. It is difficult for me to put on shirts. It is difficult to use snaps, buttons, and/or zippers. I wear simple clothing because I lack desire to dress up like I used to. It takes me longer to get dressed than it used to.

**Bathe:** Stepping into or out of the shower/bathtub is difficult. I need help getting in and out of the shower/bathtub. I take showers because I have trouble getting into and out of a seated position in the tub. I take shorter showers. It is difficult for me to wash my lower body. While bathing, I lean on something for support such as the wall or a shower bar. I use a shower chair. I sit down after bathing to rest before getting dressed.

**Care for hair:** I do not have hair.

**Shave:** It is difficult for me to bend down to shave my lower body.

**Feed self:** I have difficulty opening jars/bottles/packages.

**Use the toilet:** It is difficult for me to sit down on and/or rise from the toilet. When sitting down on and/or rising from the toilet, I have to hold onto something for support. I require assistance from someone to get on/off the toilet. I have difficulty cleaning myself. I use an elevated toilet seat. I use the toilet excessively due to diarrhea.

**Other:**

**b. Do you need any special reminders to take care of personal needs and grooming?**

**If "YES," what types of help or reminders are needed?**
*Please reference my response to 12a as it will indicate if special help/reminders are needed.*

**c. Do you need help or reminders taking medicine?** [X] **Yes** [ ] **No**
**If "YES," what kind of help do you need?**
I set reminders on my cell phone to take my medication.

**13. Meals**

**a. Do you prepare your own meals?** [X] **Yes** [ ] **No**
**If "YES," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses)**
I prepare the following kinds of foods: cereal, Crock Pot meals, microwaveable meals and sandwiches.

**How often do you prepare food or meals? (For example, daily, weekly, monthly)**
Daily

**How long does it take you?**
1-5 minutes

**Any changes in cooking habits since the illness, injuries, or conditions began?**
I used to prepare more complete meals, but now prepare simpler meals. I lack motivation to prepare food for myself. I have difficulty lifting pots and pans. It is difficult for me to squat down to get things from cabinets. I have trouble reaching for things while preparing a meal. Standing in the kitchen is difficult for me. I am limited in my ability to walk while preparing meals. Bending to get items from places such as cabinets or the refrigerator is challenging. I have trouble understanding recipes or cooking instructions on packages. It is hard for me to concentrate on cooking more than one thing at a time. The thought or process of preparing a large meal feels overwhelming and increases my anxiety. I often rely on others to assist me with preparing food.

**b. If "No," explain why you cannot or do not prepare meals.**
N/A


Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 190 of 1114



Case 1:21-cv-00251-DCLC-SKL Document 22-4 Filed 11/01/22 Page 196 of 862 PageID #: 1322

## 14. House and Yard Work

**a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)**
*Please reference my response to 14b*

**b. How much time does it take you, and how often do you do each of these things?**

| Chore | How much time | How often |
|---|---|---|
| Do laundry | 1-5 minutes | 1-2 times a week |
| Take out the trash | 1-5 minutes | 1-2 times a week |

**c. Do you need help or encouragement doing these things?** [X] Yes [ ] No
**If "YES," what help is needed?**
I don't fold the clothes, and someone else carries basket for me.

## 15. Getting Around

**a. How often do you go outside?**
1-3 days per week

**If you don't go out at all, explain why not.**
N/A

**b. When going out, how do you travel?**
[ ] **Walk** [X] **Drive a car** [ ] **Ride in a car** [ ] **Ride a bicycle**
[ ] **Use public transportation** [ ] **Other (Explain):**

**c. When going out, can you go out alone?** [X] Yes [ ] No
**If "NO," explain why you can't go out alone?**
N/A

**d. Do you drive?** [X] Yes [ ] No
**If you don't drive, explain why not.**
Some medications prevent me from driving when I take them. Dizziness prevents me from driving at times. Getting in and out of the car is difficult. It is hard for me to turn and check for traffic so I rely on my mirrors more than I used to. I have difficulty sitting in the car. I lose my temper when driving. I limit my driving to short distances. I prefer to have others drive for me.

## 16. Shopping

**a. If you do any shopping, do you shop:**



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 191 of 1114

☐ **In stores** ☐ **By phone** ☐ **By mail** ☒ **By computer**

**b. Describe what you shop for:**
I shop for groceries, household items, personal interest items, and clothes.

**c. How often do you shop and how long does it take?**

| Method of shopping | How often do you shop? | How long does it take? |
|---|---|---|
| By computer | once a week | 6-15 minutes |

I prefer to shop online because my condition limits me from shopping in stores. It takes me longer to shop online because I have to take rest breaks. Using the keyboard while shopping online is difficult. I have difficulty sitting to shop online and have to change positions frequently. I always rely on others to assist me with shopping.

## 17. Money

**a. Are you able to:**

**Pay Bills** ☒ Yes ☐ No
**Count Change** ☒ Yes ☐ No
**Handle a savings account** ☒ Yes ☐ No
**Use a checkbook/money orders** ☒ Yes ☐ No

**Explain all NO answers:** *Please reference my response to 17b*

**b. Has your ability to handle money changed since the illness, injuries, or conditions began?** ☒ Yes ☐ No
**If "YES," explain how the ability to handle money has changed.**
I have difficulty paying my bills due to the following reasons: memory problems, difficulty concentrating and difficulty sitting. It is troublesome handling a savings account because of the following: lack of motivation, memory problems and difficulty concentrating. Handling a checking account is difficult due to the following: lack of motivation and difficulty concentrating.

## 18. Hobbies/Interests

**a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)**
I do the following: Watch TV/ movies.

**b. How often and how well do you do these things?**
I watch TV/ movies daily. I need to take frequent breaks. I change positions frequently when sitting. I have trouble understanding. I have trouble with my memory. It is difficult to concentrate.



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 192 of 1114



Case 1:21-cv-00251-DCLC-SKL Document 22-4 Filed 11/01/22 Page 198 of 862 PageID #: 1324

**c. Describe any changes in these activities since the illness, injuries, or conditions began.**
Watch TV/ movies: I do this less often because I have difficulty with this activity as a result of my condition(s). I used to be able to do this activity without any difficulty.

## 19. Social Activities

**a. Do you spend time with others? (In person, on the phone, on the computer, etc.)**
[X] Yes [ ] No
**If "YES," describe the kinds of things you do with others.**
I spend time with others in person daily. I talk to others on the phone daily.

**How often do you do these things?**
*Please see my answer above.*

**b. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)**
I go out to eat with others a couple times a month. I often have to leave early because of my difficulties. I participate less often because I have difficulty with this social activity as a result of my conditions. I used to be able to participate in this social activity without any difficulty.

**Do you need reminded to go places?** [ ] **Yes** [X] **No** [ ] **N/A**

**How often do you go and how much do you take part?**
*Please see my answer above.*

**Do you need someone to accompany you?** [ ] **Yes** [X] **No** [ ] **N/A**

**c. Do you have any problems getting along with family, friends, neighbors, or others?**
**If "YES," explain:**
*Please refer to my response in question 20a-getting along with others.*

**d. Describe any changes in social activities since the illnesses, injuries, or conditions began.**
My condition has affected my ability to do the following activities: game nights/card parties.

## Section D-Information About Abilities

**20a. Check any of the following items that your illnesses, injuries, or conditions affect:**

**Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift (how many pounds), or you can only walk (how far)**

I experience the following symptoms: pain; muscle spasms; stiffness; weakness; swelling; limited range of motion; numbness; tingling; tremors/shakiness; lack of stamina; dizziness; fatigue; lack of balance; shortness of breath; irregular heartbeat; diarrhea; constipation; vomiting; sensitivity to heat; sensitivity to chemicals; headaches (lasting 1-3 hours); mood swings; irritability; feelings of depression (feelings of sadness, lack of interest in activities I once enjoyed, crying spells, worthlessness, lack of motivation, hopelessness); feelings of anxiety (anxious over changes in my life/loss of income, feelings of worry, isolation/avoidance of others); panic attacks (sweating, shakiness, increased heartbeat, shortness of breath, pain or tightness in the chest -- lasting 1-2 hours);

[X] **Lifting**: Lifting is difficult due to pain, stiffness and weakness.

[X] **Squatting**: I avoid squatting due to pain, weakness, tremors/shakiness, lack of stamina and lack of balance.

[X] **Bending**: Bending is difficult due to pain, stiffness and lack of balance.

[X] **Standing**: I have difficulty standing due to pain, weakness, tremors/shakiness, fatigue, lack of stamina and lack of balance. I use my cane constantly when standing.

[X] **Reaching**: I am limited in my ability to reach due to pain, stiffness, weakness and limited range of motion.

[X] **Walking** (20c): I have difficulty walking due to pain, stiffness, weakness, tremors/ shakiness, fatigue, lack of stamina and lack of balance. I can walk for 1-5 minutes before needing to rest for 1-5 minutes. I use my cane constantly when walking. I use my wheelchair frequently when walking.

[X] **Sitting**: I have difficulty sitting due to pain and stiffness.

[X] **Kneeling**: I avoid kneeling due to pain, muscle spasms, stiffness, weakness and lack of balance.

[X] **Talking**: I experience word confusion. I often feel that the word I want to say is "right on the tip of my tongue." I know what I want to say, but I have difficulty getting it out. I experience shortness of breath when I talk.

[ ] **Hearing**:

[X] **Stair Climbing:** I avoid climbing stairs due to pain, stiffness, weakness, tremors/ shakiness, fatigue, lack of stamina and lack of balance. I use my cane constantly when stair climbing.

[ ] **Seeing:**

[X] **Memory:** I often forget about tasks that I have started. I forget why I walked into a room. I forget when I have medical appointments scheduled. I need to be reminded to go places. I have difficulty remembering spoken instructions. I have to re-read written instructions because of difficulty remembering.

[X] **Completing Tasks** (20e): I lack motivation to start activities. I need frequent rest breaks. It takes longer to complete tasks. I lack motivation to complete activities. I move more slowly when I am working on tasks. I forget to finish tasks I start. I lose focus when working on tasks.

[X] **Concentration** (20d): My thoughts get jumbled easily. I have difficulty multi-tasking. I get distracted easily. I have to re-read written instructions because of difficulty concentrating. I need to have spoken instructions repeated because of difficulty concentrating. I can pay attention for: 1-5 minutes.

[X] **Understanding:** I have trouble understanding a conversation at times. It takes a long time for information to sink in. I have difficulty understanding written instructions at times. I have difficulty understanding spoken instructions at times.

[X] **Following Instructions** (20f-g): I have difficulty remembering spoken instructions. I have difficulty understanding spoken instructions at times. I have difficulty understanding written instructions at times. I have to re-read written instructions because of difficulty concentrating. I have to re-read written instructions because of difficulty remembering. I need to have spoken instructions repeated because of difficulty concentrating. It takes a long time for information to sink in.

[X] **Using Hands:** I have difficulty using my hands due to pain and weakness. I lack grip strength in my hands.

[X] **Getting Along With Others:** I become easily annoyed by other people. I isolate myself from others. I feel anxious around people I know. I feel anxious around people I do not know. I feel anxious around crowds. I experience panic attacks around crowds.

**Are you:** [X] **Right Handed or** [ ] **Left Handed**

**c. How far can you walk before needing to stop and rest?**
*Please refer to my response in question 20a-walking.*

**If you have to rest, how long before you can resume walking?**
*Please refer to my response in question 20a-walking.*

**d. For how long can you pay attention?**
*Please refer to my response in question 20a-concentration.*

**e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie?)**
*Please refer to my response in question 20a-completing tasks.*

**f. How well do you follow written instructions? (for example, a recipe)**
*Please refer to my response in question 20a-following instructions.*

**g. How well do you follow spoken instructions?**
Please refer to my response in question 20a-following instructions.

**h. How well do you get along with authority figures? (for example, police, bosses, landlords or teachers)**
I do not have difficulty getting along with authority figures.

**i. Have you ever been fired or laid off from a job because of problems getting along with other people?** ☐ **Yes** ☒ **No**
**If "YES," please explain.**
**If "YES," give the name of employer.**

**j. How well do you handle stress?**
I have pain or body aches, become anxious, cry, become irritable, get a headache, lack concentration, feel overwhelmed, have difficulty sleeping and have a panic attack.

**k. How well do you handle changes in routine?**
I do not have difficulty handling changes in routine.

**l. Have you noticed any unusual behavior or fears?** ☒ **Yes** ☐ **No**
**If "YES," please explain.**
I have feelings of depression. I have feelings of anxiety. I experience mood swings. I have panic attacks. I am irritable.

**21. Do you use any of the following?** ***(Check all that apply)***
☒ **glasses**
☐ **hearing aid**
☐ **crutches**
☒ **cane**
☐ **walker**

[X] **wheelchair**
[ ] **brace**
[ ] **splint**
[ ] **artificial limb**
[ ] **artificial voice box**
[X] **Other (explain):** cpap machine

**Which of these were prescribed by a doctor?**
*Please see my answer below.*

**When was it prescribed?**

| Assistive Device | Was it prescribed? | When was it prescribed? |
|---|---|---|
| glasses | Yes | More than one year ago |
| cpap machine | Yes | 7 months-1 year ago |
| cane | No | |
| wheelchair | Yes | 7 months-1 year ago |

**When do you need to use these aids?**
I use my glasses occasionally. I use my cpap machine when sleeping. I use my cane constantly. I use my wheelchair frequently.

**22. Do you currently take any medicines for your illnesses, injuries, or conditions?**
[X] **Yes** [ ] **No**

**If "YES," do any of your medicines cause side effects?** [X] **Yes** [ ] **No**

**If "YES," please explain. (Do not list all of the medications that you take. List only the medicines that cause side effects.)**

| Name of Medication | Side Effects You Have |
|---|---|
| Unsure | change in weight, drowsiness |

**Remarks**
**(Use this section for any added information you did not show in earlier parts of this form.)**

When I get out of the shower my wife has to help dry me off because I can't.

**I RECEIVED HELP IN COMPLETING THIS FORM FROM MY NON-ATTORNEY REPRESENTATIVE.**

**Form Completed By:** Regina Carlton
**Phone #:** (800) 560-1410
**Address:** 300 Allsup Place
Belleville, IL 62223
**Relationship to Claimant:** Non-Attorney Representative

Regina Carlton

3-9-2018

**CLAIMANT REPRESENTATIVE'S SIGNATURE** **DATE**

CATHOLIC HEALTH INITIATIVES 158522

# Memorial Health Care System

Memorial North Park
2051 Hamill Road Hixson, TN 37343

| ACCOUNT NUMBER | ROOM/BED | UNIT NO. | PATIENT TYPE |
|---|---|---|---|
| N020534851 | NPER | N010804 | EMERGENCY ROOM |
| ADMIT DATE | ADMIT TIME | ADMIT CLERK | FINANCIAL CLASS |
| 10/17/17 | 1149 | AH | Blue Cross p |

PATIENT NAME/ADDRESS/PHONE/COUNTY: HAMILTON
SHAW,KIMBERLY DAWN

AGE: 50 | SEX: F | RACE: W | MARITAL: S | SPOUSE:
MAIDEN/OTHER NAME:
SOCIAL SECURITY NUMBER: | BIRTH DATE:
PRIOR FACILITY STAY:
ADMITTING DIAGNOSIS: LOWER BACK PAIN

EMERGENCY CONTACT/RELATION:
SHAW,JAMIE SIGNIFIC
H
SHAW,JAMIE SIGNIFIC
H

ADMITTING/ATTENDING PHYSICIAN: #
PATIENT SERVICE: NPER
DOCTOR SERVICE: PA
PCP/FAMILY DOCTOR: CHARLES A. CRUMP JR.
OBS/IN STATUS CHANGE:
CHURCH: N
RELIGION: PROTESTANT
PREVIOUS MEMORIAL VISIT:

GUAR: SHAW,KIMBERLY DAWN
HOME
GUAR EMPL: DISABLED
DISABLED
WORK
PAT EMP: DISABLED
WORK

INSURANCE: BC PPO POS OUT OF STATE 00390
GROUP #: 174023HCA1
PAC #:
POLICY #: XDM667A24343
SUBSCRIBER: SHAW,KIMBERLY
GROUP NAME: IND

BILLING ADDRESS
1) BC PPO POS OUT OF STATE 00390 CLAIMS SERVICE CTR 1 CAMERON HILL CIR STE 0002 CHATTANOOGA TN 37402-0002
2)

☐ DIED ☐ UNDER 48 HOURS
☐ LEFT AGAINST ADVICE ☐ OVER 48 HOURS
AUTOPSY ☐ YES ☐ NO
DISCHARGE DATE:
LENGTH OF STAY:
DISPOSITION:
SERVICE:
CODE NUMBER:

PRIMARY DIAGNOSIS
ETHNICITY: NON-HISPANIC
SECONDARY DIAGNOSIS
PREFERRED LANGUAGE: ENGLISH
NSG HOME:
Seen by HHC or HOSPC:

OPERATIONS
SURGEON

CONSULTANTS

MEDICAL RECORDS COPY
DOCTOR'S SIGNATURE

MEMORIAL HEALTH CARE SYSTEM
Diagnostic Imaging Services
2051 Hamill Road Hixson, TN 37343
Phone: 423-495-7168 Fax: 423-495-7246

NAME: SHAW,KIMBERLY DAWN
PHYS: FRIZZELL,MAEGEN NICOLE
DOB: AGE: 50 SEX: F
ACCT#: N020534851 LOC: NPER
EXAM DATE: 10/17/2017 STATUS: DEP ER
RADIOLOGY NO:
UNIT#: N010804

ORDERING PHYSICIAN: FRIZZELL,MAEGEN NICOLE
PHY #: 2660
EXAMS: 005835533 - SPINE LUMBAR W/O CONTRAST
REV HX: LUMBAR RADICULOPATHY

Low back pain

No comparisons

CT LUMBAR SPINE WITHOUT CONTRAST:

No acute fracture or spondylolisthesis of the lumbar spine. No lytic or blastic lesions. The vertebral bodies are normal in height, shape, alignment. No focal disc protrusions or lumbar canal stenosis. No significant neuroforaminal stenosis or significant facet joint arthropathy. No paraspinal soft tissue mass.

Visualized portions of the sacroiliac joints are normal and symmetric. Visualized portions of the liver, adrenal glands, kidneys, abdominal aorta and retroperitoneum are unremarkable. Uterus is retroverted.

The patient is status post left hemilaminectomy at L4/L5. No evidence of residual recurrent disc protrusion.

Impression:
1. No acute fracture or spondylolisthesis of the lumbar spine.

Workstation: MCTPXNWKS210

154401 RADIOLOGICAL REPORT (4/99)
PAGE: 1 (Continued)

MEMORIAL HEALTH CARE SYSTEM
Diagnostic Imaging Services
2051 Hamill Road Hixson, TN 37343
Phone: 423-495-7168 Fax: 423-495-7246

NAME: SHAW,KIMBERLY DAWN
PHYS: FRIZZELL,MAEGEN NICOLE
DOB: AGE: 50 SEX: F
ACCT#: N020534851 LOC: NPER
EXAM DATE: 10/17/2017 STATUS: DEP ER
RADIOLOGY NO:
UNIT#: N010804

ORDERING PHYSICIAN: FRIZZELL,MAEGEN NICOLE
PHY #: 2660
EXAMS: 005835533 - SPINE LUMBAR W/O CONTRAST
REV HX: LUMBAR RADICULOPATHY

---------------------------------------

REPORTED BY: TIPPS,JEFFREY E.
** REPORT SIGNED IN OTHER VENDOR SYSTEM 10/17/2017 **

CC:
TECHNOLOGIST: CONLEY, KENZIE RT (R)
TRANSCRIBED DATE/TIME: 10/17/2017 (1404)
TRANSCRIPTIONIST: n/a
PRINTED DATE/TIME: 10/18/17 (0402)

154401 RADIOLOGICAL REPORT (4/99)
PAGE: 2 END OF REPORT

CHI Memorial
*Imagine better health.*

135013

# ECC MEDICAL RECORD

| PATIENT NAME | TRIAGE DATE/TIME | DOB | AGE | SEX | ESI | ACCOUNT NO. | UNIT NO. |
|---|---|---|---|---|---|---|---|
| SHAW,KIM | 10/17/17 1152 | | 50 | F | ESI-4 | N020534851 | N010804 |

| Allergy/ADR | Type | Reaction | Severity |
|---|---|---|---|
| (u) ZOLAIR | Allergy | ANAPHYLAXIS | U |

Number of ER Visits in Last Year: 1
Number of IP Visits in Last 30 Days: 0
Number of CT Scans in Last Year:
Current Treatment Room:
Stated Complaint: LOWER BACK PAIN
Chief Complaint+ Back Pain/Injury
Blood Pressure: 119/67
Temperature (F): 98.0
Temperature (C): 35.57
Pulse: 69
Respirations: 18
SpO2% 99
Rm Air? Y
Arrival Mode+: Wheelchair
Arrival Date/Time: 10/17/17 at 1149
Primary Physician: Charles A. Crump Jr.
ESI Triage Level+: One Resource Needed
Contact w/ traveler to EVD active area in last 21 days? NO
Have you traveled to EVD active area in the last 21 days? NO
Has patient traveled outside US in the last 30 days? No

## PROCEDURES / TREATMENT

| TIME | MD ORDERS / MEDICATIONS | ROUTE | INITIALS |
|---|---|---|---|
| 1212 | Valium 5mg IM / toradol 30mg IM } done | 1226 KD | |
| 1252 | Dilaudid 1mg IM / zofran 4mg ODT } done | 1258 KD | |
| 1400 | Solumedrol 125mg IM / Dilaudid 1mg IM } done | 1410 KD | |

☐ ER CHEST PAIN ORDERS INITIATED ☐ ER STROKE PROTOCOL INITIATED ☐ ER FOCUSED US COMPLETED ☐ ER SEPSIS PROTOCOL INITIATED

☐ Admit to __________ MD DX: ______________ Telemetry ☐ YES ☐ NO ORDERS ______________
CALL TO DR ______________ @ ______ @ ______ @ ______
RETURN CALL BY DR ______________ @ ______
CALL TO DR ______________ @ ______ @ ______ @ ______
RETURN CALL BY DR ______________ @ ______

| SCRIBE SIGNATURE | NP OR PA SIGNATURE: | PHYSICIAN SIGNATURE: | MD DISMISSAL: |
|---|---|---|---|
| | [signature] | [signature] | |

135013 PAGE 1 OF 4 EC MR (9/16)

CHI Memorial
Imagine better health.℠

*NOTE: ALL EMERGENCY CTR. PATIENTS ARE ON FALL PRECAUTIONS*

| PATIENT NAME | TRIAGE DATE/TIME | DOB | AGE | SEX | ESI | ACCOUNT NO. | UNIT NO. |
|---|---|---|---|---|---|---|---|
| SHAW, KIM | 10/17/17 1152 | | 50 | F | ESI-4 | N020534851 | N010804 |

## PHYSICAL HISTORY AND ASSESSMENT

HX FROM: (PT) (FAM) EMS NH PCP

UNABLE TO OBTAIN HX DUE TO: MENTAL STATUS, ACUITY, ______

**CHIEF COMPLAINT** back pain

**HISTORY OF PRESENT ILLNESS**

ONSET: acute DURATION: pta

LOCATION: lumbar

TYPE: CONSTANT INTERMITTENT______

SEVERITY: MILD MODERATE SEVERE

QUALITY: DULL SHARP BURNING PRESSURE CRAMPING

RADIATING: NO TO: legs

ASSOC. SYMPTOMS: HA NAUSEA VOMITING DIAPHORESIS SOB. CHILLS FEVER DIARRHEA MALAISE. WEAKNESS COUGH WHEEZING SWELLING REDNESS DIZZINESS PALPITATIONS NONE

WORSENED BY: ROM BREATHING EXERTION PALPATION NOTHING

RELIEVED BY: NTG LYING SITTING RESTING NOTHING

SYMPTOM: PRESENT WORSE BETTER RESOLVED

CONTEXT: ______

MODIFYING FACTORS: ______

TX BY EMS: ______

**ADDITIONAL HISTORY** L5-S1 annular tear, bent over to get dog bowl + felt back lock up, no numbness, no b/b dysfunction

**SOCIAL HISTORY** MARITAL STATUS: M D S W

LIVES: ALONE WITH SPOUSE NH OTHER/FAMILY______

SMOKES: (N) Y PAST ALCOHOL: N / Y DRUGS: N / Y

OCCUPATION______ UNEMPLOYED DISABLED RET

**FAMILY HISTORY** ☑ NEGATIVE

DM______ CAD______ HTN______ CA______ CVA______

**PAST MEDICAL HISTORY**

RESP: ASTHMA COPD TB PNEUMONIA SLEEP APNEA______

CV: CHF ANGINA MI HTN AICD MVP CATH PTCA STENT CABG PACER ARRYTHMIA LAST STRESS TEST______

NEURO: HA SEIZURE CVA TIA HEAD INJURY DEMENTIA PARKINSONS

RENAL: DIALYSIS CKD KIDNEY STONES PYELONEPHRITIS PROSTATE

GI: ULCERS REFLUX GI BLEED HEPATITIS PANCREATITIS HIATAL HERNIA COLITIS IBS DIVERTICULITIS ______

PSYCH: DEPRESSION BIPOLAR ANXIETY SCHIZOPHRENIA SUICIDAL PAIN MANAGEMENT

MISC: TYPE I DIABETES TYPE II DIABETES CANCER______ THYROID ARTHRITIS HIV/AIDS ANEMIA FIBROMYALGIA

SURGERIES: back

**ADDITIONAL HISTORY** asthma, tarot injections, neurontin

## REVIEW OF SYSTEMS

☑ ALL SYSTEMS REVIEWED AND NEGATIVE EXCEPT AS NOTED
(review minimum of 2)

*NEG*

CONST ☐ WEAKNESS FEVER CHILLS DIZZINESS WT LOSS/GAIN DIAPHORESIS

EYES ☐ REDNESS DISCHARGE PAIN VISUAL CHANGE______

ENT ☐ HEARING LOSS EAR PAIN SORE THROAT NOSE BLEED DENTAL PAIN SINUS DRAINAGE CONGESTION

NEURO ☐ HA ABNL GAIT VERTIGO, SEIZURE NUMBNESS CONFUSION MENTAL STATUS SPEECH LOC SYNCOPE

SKIN ☐ URTICARIA RASH BRUISING ABRASION LACERATION BURN

RESP ☐ SOB DYSPNEA ON EXERTION HEMOPTYSIS COUGH, SPUTUM WHEEZING

CV ☐ CHEST PAIN PALPITATIONS RAPID HEARTBEAT EDEMA PND D.O.E. CLAUDICATION HBP ↑ BP ↓ MURMUR

GI ☐ NAUSEA VOMITING DIARRHEA CONSTIPATION BLACK STOOLS ABD PAIN HEMETEMISIS BLOODY STOOLS

GU ☐ DYSURIA/FREQUENCY HEMATURIA, INCONT / RETENTION URGENCY DISCHARGE IRREG MENSES FLANK PAIN

MUS/SKEL ☐ MYALGIAS ARTHRALGIAS (BACK)/NECK PAIN SWELLING REDNESS

ENDO ☐ FATIGUE POLYURIA POLYDIPSIA ↑ GLU ↓

HEME ☐ BLEEDING BRUISING PETECHIAE NODES

IMMUNE ☐ RHINORRHEA FOOD/STING ALLERGIES______

PSYCH ☐ ANXIETY SUICIDAL CONFUSION HALLUCINATION

## MD PHYSICAL EXAM

| | *NORMAL* | *ABNORMALS* |
|---|---|---|
| CONST | ☐ | mod. distress, pt appears in pain |
| EYES | ☐ | PERRL |
| ENT | ☐ | mmm |
| RESP | ☐ | CTA |
| CV | ☐ | RRR |
| GI | ☐ | |
| GU | ☐ | |
| M/S | ☐ | MAE, sensation intact, pain w/ rom lumbar spine |
| SKIN | ☐ | Ø rash |
| LYMPH/HEME | ☐ | |
| NEURO | ☐ | Ø deficits |
| PSYCH | ☐ | AAOx3 |

OTHER ______

CHI Memorial
*Imagine better health.℠*

*NOTE: ALL EMERGENCY CTR. PATIENTS ARE ON FALL PRECAUTIONS*

| PATIENT NAME | TRIAGE DATE/TIME | DOB | AGE | SEX | ESI | ACCOUNT NO. | UNIT NO. |
|---|---|---|---|---|---|---|---|
| SHAW,KIM. | 10/17/17 1152 | | 50 | F | ESI-4 | N020534851 | N010804 |

**LACERATION** cm

☐ SIMPLE ☐ COMPLEX ☐ DIRTY ☐ FLAP ☐ AVULSION ☐ F.B.
☐ MOTOR, TENDON, SENSORY & PULSES ALL NORMAL
☐ LOCAL ANESTHESIA WITH ____
☐ DIGITAL BLOCK WITH ____
☐ IRRIGATION ☐ LAYERED ☐ DEBRIDEMENT ☐ REVISION
☐ DRAIN PLACEMENT ____
#____ OF ____ ☐ NYLON ☐ SILK ☐ STAPLES
#____ OF ____ ☐ CHROMIC ☐ VICRYL ☐ SQ
#____ OF ____ ☐ CHROMIC ☐ VENOUS ☐ ARTERIAL
☐ DERMABOND ☐ STERI STRIPS

☐ SPLINT PLACED AND FORM FITTED BY PA/NP/ MD
☐ LONG SPLINT ☐ SHORT SPLINT
☐ EVALUATION OF SPLINT POST PLACEMENT

**MEDICAL DECISION MAKING / PLAN**

ADDITIONAL INFO FROM: ☐ NH ☑ FAMILY ☐ CARETAKER ☐ PCP
☐ DIFFERENTIAL DX ____
☑ PRESCRIPTIONS prednisone, ultram
☐ OLD RECORDS REVIEWED ____
☐ DISCUSSED WITH DR ____ DX ORDERS & F/U
☐ ADMISSION HOLDING ORDERS WRITTEN
☑ REVIEWED RADIOLOGY FINDINGS: ☑ CT ☐ MRI ☐ US
REPORT CALLED BY DR. ____ @ ____
RESULT:
lumbar: ¢ acute ☐
INTERPRETED BY ED PROVIDER ____
☐ REVIEWED LAB FINDINGS
☑ CONSULTED WITH PATIENT / FAMILY: ☑ LAB / XRAY ☑ DX ☑ F/U
☐ GAVE PT. FOLLOW-UP REFERRAL SHEET ____
☐ INDEPENDENT REVIEW IMAGE / TRACING
CRITICAL CARE ____ min.

**EKG**

☐ (Reasons): CP, Pal., Syncope, Arryth, Abd. Pain, CHF, HBP, Angina, TIA, CVA, SOB, DOE, ↓K, ↑K, Vomiting, Arm Pain, Dizzy
RHYTHM: RSR ____ RATE ____
AXIS: NL ____ P: NL ____ QRS: NL WIDE RBBB LBBB
ST-T: NL ↑ ↓
COMP. OLD EKG: No Acute Changes ____
INTERPRETATION: NL ____ TIME INTERPRETED ____
HEART SCORE (1-10): ____

**DIAGNOSIS**

1. acute lumbar radiculopathy
2. chronic pain
3. ____
4. ____
5. ____

☐ I have seen and personally examined this patient and agree with the above documentation.

**LAB**

CBC CHEM 7

BNP ____ DDIMER ____ HCG ____
UA ____ RBC ____ WBC ____ BACT ____
CPK ____ MB ____ TROPONIN ____
PT ____ INR ____ PTT ____
OTHER ____

**DISPOSITION**

CONDITION ON DISMISSAL:
☑ GOOD
☐ FAIR
☐ POOR
☐ GUARDED
☐ TRANSFERRED
☑ F/U WITH pcp IN 1 DAYS
☐ F/U WITH ____ PRN

**PROCEDURES**

DICTATION DONE (____) JOB # ____

CHI Memorial

*Imagine better health.*℠

*NOTE: ALL EMERGENCY CTR. PATIENTS ARE ON FALL PRECAUTIONS*

| PATIENT NAME | TRIAGE DATE/TIME | DOB | AGE | SEX | ESI | ACCOUNT NO. | UNIT NO. |
|---|---|---|---|---|---|---|---|
| SHAW,KIM | 10/17/17 1152 | | 50 | F | ESI-4 | N020534851 | N010804 |

**I and D ABCESS**

Location: ____________ Anesthesia: ____________

______ cm incision ____________ Blade

______ cc purulent / exudative / serosanguineous drainage

Irrigation with ______ cc saline / hibiclense scrub

Packing ______ ☐ Culture ordered

☐ Simple ☐ Complex ____________

**CRITICAL CARE**

"I have spent ______ minutes of critical care time with this patient. This is time outside of any billable procedure and may include, but is not limited to, interpreting lab/x-ray/CT results; ordering and administering medication; discussing the case with attending/consulting physicians and/or family; and monitoring patient status at bedside."

*Provider Signature*

I am scribing for and in the presence of,
Dr. ____________, for services provided on

Date Time

Scribe Signature

"I attest that this documentation was prepared under my direction and has been personally reviewed by me. The notes and records contained herein accurately and completely reflect the work, patient care and medical decision making performed by me."

*Provider Signature*

*Date* *Time*

Time: ______

Repeat examination: ☐Improved ☐Worse ☐Unchanged

Time: ______
Repeat examination: ☐Improved ☐Worse ☐Unchanged

**PROCEDURES**

☐ LUMBAR PUNCTURE

Indication: ____________
☐ Consent obtained from patient/guardian
☐ Sterile prep with: ☐Betadine ☐Chlorhexidine ☐______
☐ Local anesthesia with: ☐1% lidocaine ☐______
☐ ___ gauge spinal needle introduced into ______ disc space CSF
Appearance: ☐Clear ☐Cloudy ☐Bloody
☐Xanthochromia ☐______
Complications: ☐None ☐______

☐ CENTRAL VENOUS/ARTERIAL ACCESS

Indication: ☐Poor/failed peripheral access ☐ Central Access
☐CVP/ABP monitoring ☐
Catheter type: ☐Triple lumen CVL ☐ Introducer ☐Art. Line
Site: ☐Left ☐Right ☐IJ ☐Femoral ☐Subclavian ☐Radial
☐ Ultrasound Guidance (See Attached Focused U/S Report)
No. of Attempts: ____
Guidewire: ☐Removed ☐Intact
Complications: ☐Arrythmia ☐PTX ☐ ______

☐ RAPID SEQ. INDUCTION / ENDOTRACHEAL INTUBATION

Indication: ☐Airway Protection ☐Resp. Failure ☐______
☐Cardiac Monitor / $SpO_2$ on patient
☐ACLS Cart/Suction/Backup Airway Equipment at bedside
Preoxygenated via ☐NRB ☐BVM ☐Cricoid pressure applied
Induction: ☐Etomidate ___mg ☐______
Paralysis: ☐Succinylcholine ___mg ☐______
Cords visualized via: ☐Direct laryngoscopy - Mac / Miller ___
☐Glidescope
☐__mm ETT secured at ___cm on ☐1st ☐2nd ☐___attempt
Placement confirmed by: ☐Bilateral breath sounds ☐$ETCO_2$
☐Tube fogging ☐CXR
☐Initial Vent Settings: Rate___ TV___ PEEP/PS___
FiO2___ Vent Mode ______

☐ PROCEDURAL SEDATION

Indication: ______ Last PO intake: ______
☐Informed consent obtained from patient/guardian
☐Pre-sedation physical assessment documented
☐Independent observer present to monitor patient
☐ACLS/Airway equipment and suction at bedside
☐Cardiac ☐$SpO_2$ monitor(s) placed on patient
Agent(s): ______
Route: ☐IV ☐IM ☐Inhaled ☐PO ☐Intranasal
☐Patient monitored post-sedation until returned to baseline LOC, tolerating PO, and vitals appropriate
Complications: ☐None ☐Apnea ☐Desaturation ☐Emesis
☐Hypotension ☐______
Total Intraservice Time: ___min

Memorial North Park Hospital, 2051 Hamill Rd, Hixson, TN 37343 [illegible]
Patient: SHAW,KIMBERLY DAWN　　Age/Sex: 50/F　　Room: [illegible]　　Acct No: [illegible]
ED Provider: FRIZZELL,MAEGEN NICOLE　　HT: 5 FT: 8 IN WT:　　Unit No: [illegible]

## Demographic Information

C
**Insurance:** BC PPO POS OUT OF STATE 00390　　**PCP:** CRUMP JR.,CHARLES A.
**Next of Kin:** SHAW,JAMIE　　**Family Doctor:** CRUMP JR.,CHARLES A.
**Relation:** SIGNIFICANT OTHER　　**Referring:** UNKNOWN
**Phone:** C

## Patient Information

**ED Physician:** FRIZZELL,MAEGEN NICOLE, PA　　**Arrival Date/Time:** 10/17/17 - 1149
**Practitioner:** FRIZZELL,MAEGEN N, PA　　**Triage Date/Time:** 10/17/17 - 1152
**Nurse:** Dillard,Kaitlin, RN　　**Date of Birth:**

**Stated Complaint:** LOWER BACK PAIN
**Chief Complaint:** Back Pain/Injury　　**Priority:** ESI-4

## Allergies

[ZOLAIR]

## Initial Vital Signs

| Date/Time | Blood Pressure: | Pulse: | Temperature (F): | Respirations: | SpO2% | User |
|---|---|---|---|---|---|---|
| 10/17/17 1244 | 119/67 | 69 | 98.0 | 18 | 99 | NSGKD6, RN |

## Triage Assessment

*10/17/17 1152 Quick Triage*　　***MURRAY,ADAM C, RN***
**Stated Complaint:** LOWER BACK PAIN; **Chief Complaint+** Back Pain/Injury; **Arrival Mode+:** Wheelchair; **View Active EVD (Ebola Virus Disease) Areas?** N;
**active area in the last 21 days?** NO;
**Have you traveled to EVD active area in the last 21 days?** NO;
**Implement EVD (Ebola) precautions** N; **Has patient traveled outside US in the last 30 days?** No; **Does the patient have fever/cough or fever/sore throat?** N;
**of the US in the last 30 days?** N; **Blood Pressure:** 119/67; **Temperature (F):** 98.0;
**Temperature (C):** 36.67; **Pulse:** 69; **Respirations:** 18; **SpO2%** 99; **Rm Air?** Y;
**Primary Physician:** CRUC; **Enter/Review Allergies?** Y; **ESI Triage Level+:** ;
**Is patient presenting with symptoms of ACS?^** N; **have history suggestive of new infection?^** N; *** * * * Print Physician Documentation Form Now?** Y

## ED Assessments

*10/17/17 1153 Height and Weight Assessment*　　***MURRAY,ADAM C, RN***
**HEIGHT - FT:** 5
**IN:** 8
**Cm:** 173
**Weight (lbs):** 190
**Kg:** 86.18
**Actual?^** N
**Reason Unable to Obtain Actual Weight:^** STATED

Patient: SHAW,KIMBERLY DAWN

*10/17/17 1158 Adult General Assessment* *FUSCO,ANDREW S, RN*
**MUSCULOSKELETAL Assessment WNL?^** N
**LOC+:** AOX3
**Eye Contact+:** YES
**Age Development Appropriate?** Y
**Communication/Language Barrier?** N
**Suspected Abuse/Neglect?** N
**Advanced Care Plan/Living Will?^** N
**Are you currently receiving dialysis for kidney failure?** NO

*10/17/17 1159 Rounding, Safety & Comfort* *FUSCO,ANDREW S, RN*
**Location+:** Back, Lower
**Pain Scale+:** 9
**Pain Scale Used+** Numeric
**Non-Drug Intervention+** MD Notified
**POSS Scale+:^** Awake and Alert
**Respirations:** 18
**LOC+:** AOX3
**Safety Checks? ^** Y
**^Nurse Notes:+** AWAITING PROVIDER EVAL

*10/17/17 1159 Back Assessment* *FUSCO,ANDREW S, RN*
**Recent Injury?** Y
**Injury+** Bending

*10/17/17 1220 Rounding, Safety & Comfort* *Dillard,Kaitlin, RN*
**Location+:** Back, Lower
**Pain Scale+:** 9
**Pain Scale Used+** Numeric
**Drug Intervention+** Medication
**Non-Drug Intervention+** Modify Environment, Positioning, Rest
**LOC+:** AAOX3
**Safety Checks? ^** Y
**^Nurse Notes:+** Denies Needs, FAMILY AT BEDSIDE, Resting quietly, NAD,
WILL CONTINUE TO MONITOR, WARM BLANKET PROVIDED, PILLOWS PROVIDED

*10/17/17 1244 General Assessment Part 1* *Dillard,Kaitlin, RN*
**Stated Complaint:**
LOWER BACK PAIN
**Chief Complaint+** Back Pain/Injury
**Arrival Mode+:** Wheelchair
**Primary Physician:** CRUC
**Treatment PTA:**
DENIES
**Non MHCS IV start?** N
**Blood Pressure:** 119/67
**Temperature (F):** 98.0
**Temperature (C):** 36.67
**Pulse:** 69
**Respirations:** 18
**SpO2%** 99
**Rm Air?** Y
**Resp?^** Y
**+:** Sleep Apnea, Asthma, Pulmonary Embolism

**Musculoskel?^** Y
**+:** TORN DISC L5,S1, C4 AND C5 COMPRESSION, FIBROMYALGIA, FATIGUE
**GI?^** Y
**+:** Cholecystectomy, Appendectomy
**Immuno?^** Y
**+:** GANGLION CYST REMOVAL
**LOC+:** AAOX3
**ISOLATION+:** No
**ESI Triage Level+:**
**ANTIBIOTIC THERAPY (DRUG):**
N
**Insulin Pump?** N
**PT on GLUCOPHAGE+^:** No
**Is Patient on WARFARIN (COUMADIN):** NO
**Enter/Review Allergies?** Y
**PAIN Assessment WNL?^** N
**Pain Scale+:** 9
**Location+:** Back, Lower
**Drug Intervention+** Medication
**Non-Drug Intervention+** Modify Environment, Positioning, Rest
**History of Falls+^** No
**Age &/or Frailty?^** N
**Secondary Diagnosis+^** No
**Bones?^** N
**Ambulatory Aid+^** None, BR, WC, RN Assist
**Coagulation?^** N
**IV/Heparin Lock+^** No
**Surgery?^** N
**Gait/Transfers+^** Normal, BR, Immobile
**Increased Injury Risk?** N
**Mental Status+^** Orient to own Ability
**Total Score** 0
**Morse Fall Risk**
Low Risk
**Fall Risk interventions indicated**
Universal Precautions
**Risk of low, medium, or high - All Patients)^** Y
**Risk of high; includes Universal Precautions)^** N
**Rounding Schedule+:** Q1 Hr
**other emotional behavior disorder)?** N
**used tobacco?** N
**Used Tobacco & Quit?** N
**Smoking Status+^** Never Smoker
**Does the patient have fever/cough or fever/sore throat?** N
**hours?** N
**Within the past 7 days?** N
**Has the patient been given Aspirin by EMS PTA?** N
**Is patient presenting with symptoms of ACS?^** N
**have history suggestive of new infection?^** N
*** * * * Print Physician Documentation Form Now?** Y

***10/17/17 1300 Rounding, Safety & Comfort*** ***Dillard,Kaitlin, RN***
**Location+:** Back, Lower
**Pain Scale+:** 9

**Pain Scale Used+** Numeric
**Drug Intervention+** Medication
**Non-Drug Intervention+** Modify Environment, Positioning, Rest
**POSS Scale+:^** Awake and Alert
**LOC+:** AAOX3
**Safety Checks? ^** Y
^**Nurse Notes:+** MEDICATION GIVEN FOR PAIN, FAMILY AT BEDSIDE, Denies Needs, Resting quietly, NAD, WILL CONTINUE TO MONITOR, Waiting For Test Results

*10/17/17 1318 Rounding, Safety & Comfort* *Dillard,Kaitlin, RN*
**POSS Scale+:^** Awake and Alert
**Respirations:** 18
**LOC+:** AAOX3
**Safety Checks? ^** Y

*10/17/17 1425 Rounding, Safety & Comfort* *Dillard,Kaitlin, RN*
**POSS Scale+:^** Awake and Alert
**Respirations:** 16
**LOC+:** AAOX3
**Safety Checks? ^** Y
^**Nurse Notes:+** Denies Needs, Resting quietly, NAD, FAMILY AT BEDSIDE, WILL CONTINUE TO MONITOR, Waiting For Test Results

## Medications Given in ED

*10/17/17 1232 Med/IVF Administration* *Dillard,Kaitlin, RN*
**Time:** 1226
**Drug:**
VALIUM
**Dose:**
5MG
**Route+:** Intramuscular
**Site+:** Dorsogluteal, Right
**Time:** 1226
**Drug:**
TORADOL
**Dose:**
30MG
**Route+:** Intramuscular
**Site+:** Dorsogluteal, Right

*10/17/17 1300 Med/IVF Administration* *Dillard,Kaitlin, RN*
**Time:** 1258
**Drug:**
ZOFRAN ODT
**Dose:**
4MG
**Route+:** PO
**Opioid?** N
**Time:** 1258
**Drug:**
DILAUDID
**Dose:**
1MG

**Route+:** Intramuscular
**Site+:** Dorsogluteal, Left
**Opioid?** Y

***10/17/17 1412 Med/IVF Administration*** ***Dillard,Kaitlin, RN***
**Time:** 1410
**Drug:**
SOLUMEDROL
**Dose:**
125MG
**Route+:** Intramuscular
**Site+:** Dorsogluteal, Left
**Time:** 1410
**Drug:**
DILAUDID
**Dose:**
1MG
**Route+:** Intramuscular
**Site+:** Dorsogluteal, Left
**Opioid?** Y

## Radiology

| Performed | Procedure | Result Code | Status |
|---|---|---|---|
| 10/17/17 1349 | SPINE LUMBAR W/O CONTRAST<br>Impression:<br>1. No acute fracture or spondylolisthesis of the lumbar spine.<br><br>Workstation: MCTPXNWKS210 | | Signed |

## Departure Assessment

***10/17/17 1440 Departure Assessment*** ***Dillard,Kaitlin, RN***
**D/C Vitals Refused?** N
**Temperature (F):** 98.0
**Pulse:** 69
**Blood Pressure:** 119/67
**Respirations:** 14
**SpO2%** 97
**Referred To QMP?** Y
**IVF/Infusion stop time documented?** N/A
**Instruction to+:** Patient, Family
**Instruction Given:**
SEE D/C INSTRUCTION SHEET
**RX Given?** Y
**RX Given to+:** Patient
**Education Method Used+:** Verbal, Written
**Education Evaluation+:** Verbalizes Understanding
**Admit?** N
**Discharge to+:** Home
**^ED Depart Time:** 1440
**Mode of departure+:** Wheelchair
**Accompanied by+:** Family

## Call Back Reminders

## Status Event History

**Status Event History:**

10/17/17 1149 Signed In
1153 Triaged
1154 In Room
1203 With MD
1426 Ready for Discharge
1441 Depart ED
1546 FINAL STATUS EVENT

## ED Orders

| Ordered | Order | Ordering Provider | E-Signed |
|---|---|---|---|
| 10/17/17 1212 | SPINE LUMBAR WITHOUT CONTRAST | FRIZZELL,MAEGEN NICOLE | Yes |
| 10/17/17 1212 | MU Problem | FRIZZELL,MAEGEN NICOLE | Yes |
| 10/17/17 1212 | Int-Flush 10 Ml Syringe | FRIZZELL,MAEGEN NICOLE | Yes |
| 10/17/17 1212 | ED: Medical Screen Complete | FRIZZELL,MAEGEN NICOLE | Yes |
| 10/17/17 1214 | ED: New Med to be Administered | FRIZZELL,MAEGEN NICOLE | Yes |
| 10/17/17 1219 | Valium 10 MG/2 Ml Inj | FRIZZELL,MAEGEN NICOLE | N/A |
| 10/17/17 1219 | Toradol 30 MG Inj | FRIZZELL,MAEGEN NICOLE | N/A |
| 10/17/17 1255 | Zofran ODT 4 MG Tab | FRIZZELL,MAEGEN NICOLE | N/A |
| 10/17/17 1255 | Dilaudid 1 MG/Ml Inj | FRIZZELL,MAEGEN NICOLE | N/A |
| 10/17/17 1404 | Solumedrol 125 MG/2 Ml VL | FRIZZELL,MAEGEN NICOLE | N/A |
| 10/17/17 1404 | Dilaudid 1 MG/Ml Inj | FRIZZELL,MAEGEN NICOLE | N/A |

EXHIBIT NO. 9F
PAGE: 14 OF 16

# MEMORIAL HIXSON HOSPITAL

2051 Hamill Road
CHATTANOOGA, TENNESSEE 37343

Name: Kim Shaw Date: 10/17/17

Address:

Rx ① Ultram 50mg
1-2 tabs PO q 4h prn #20
② Pred 10mg Pak today
take as directed #1

Please Print:

Dr.

PHONE

M.D. Substitution Allowed M.D.

Dispense As Written

DEA NO. MF2057279

Non-Rep 1 2 3 4 5 PRN

Form F-20C

N020534851 F 50 NPER
SHAW,KIM 10/17/2017 03/21/1967
N010804
L:



Job 19477K(06/09/2018 Buchanan & Associates, PLLC
(06/09/2018 20:14) - Page 14 Doc# 5
Page 212 of 1114

CHI Memorial

Patient: SHAW,KIMBERLY DAWN
Account No: N020534851
Unit No: N010804
Location: NORTH PARK ER
Physician: FRIZZELL,MAEGEN NICO...
Date: 10/17/17

Patient Visit Information

Staff

Your caregivers today were:

Physician: FRIZZELL,MAEGEN NICOLE
Practitioner: FRIZZELL,MAEGEN N
Nurse: KD6

Patient Instructions Reviewed

Lumbosacral Radiculopathy
Prednisone tablets
Tramadol tablets

received 10/17/17 - 1430

Activity Restrictions or Additional Instructions

TAKE MEDICATION AS DIRECTED, FOLLOW UP WITH YOUR DOCTORS AS NEEDED, RETURN FOR ANY ISSUES

Important Information

X-Rays and EKGs
The interpretation of your X-Ray(s) / EKG as given to you by the Emergency Department provider is a preliminary report. All X-Rays and EKGs are reviewed by specialists. If there is a change in the interpretation or treatment plan you will be notified. Some fractures and illnesses fail to show up on preliminary tests. If your symptoms continue notify your physician.

TEST RESULTS
If you have had lab cultures, the results will be available in a few days. If any change in treatment is indicated you will be contacted.

REFERRALS
The Emergency Department exists to provide evaluation and stabilizing treatment of life or limb-threatening medical emergencies. The physicians and staff make every effort to ensure your safety and treat your medical problems. However, the limited resources of the Emergency Department are often insufficient to provide complete or definitive treatment for most medical problems. Therefore, it is very important that you follow up with your primary medical doctor.

If you have been referred to a specialist physician from our Emergency

Memorial Hospital
2525 de Sales Avenue
Chattanooga, TN 37404-3322

Patient Name: SHAW,KIMBERLY DAWN
Unit Number: N010804
Account Number: N020534851

## Patient Signature Page

**Patient Name: SHAW,KIMBERLY DAWN** **Date of Birth:**

**Guardian Name:**

**The above-named patient and/or guardian has received the following:**

Patient Visit Report
Patient Instructions:
Lumbosacral Radiculopathy
Prednisone tablets
Tramadol tablets

**Please make sure you have read through this information before signing.**

**I have read and understand the instructions given to me by my caregivers.**

KIMBERLY DAWN SHAW

Print Patient Name

driver

| | | |
|---|---|---|
| X [signature] | 10/17/17 | 1432 |
| Patient (or Guardian) Signature | Date | Time |
| [signature], RN | 10/17/17 | 1432 |
| Caregiver/RN/Doctor Signature | Date | Time |

**Pulmonary Medicine Ctr of Chattanooga**
**725 Glenwood Dr, Suite E500**
**Chattanooga, TN 37404**
**Phone: (423) 495-2635 Fax: (423) 495-2638**

*MRN:* **4019030** *Encounter Date:* **01/18/2018 1:30PM**

*DOB:*

*Address:* *Work (* **Wife**
**Kim Shaw**

### Chief Complaint
New patient osa

### History of Present Illness
50-year-old pleasant, white female here as a new patient because of asthma, obstructive sleep apnea. Patient recently moved with her lesbian partner from California to the area. She is trying to establish with new local physicians. She does have history of significant asthma for which she is on Advair 250/50 twice a day, Spiriva respimat daily. She does have history of a severe status asthmaticus back in December 2015 through January 2016. Also of significance is a pulmonary embolism that developed less than a month after that and she had to be on Xarelto for around 4 months. She does have sleep apnea and she is on CPAP auto. She uses it every night and it does help her fatigue and some of the sleepiness. She still takes a nap on a daily basis. She has had no recent asthma exacerbations. Her asthma has actually been under very good control. She still gets intermittent shortness of breath. Not much cough, wheeze or chest tightness lately. She does not get any nocturnal symptoms of asthma. She uses her rescue inhaler less than one time per week. She is to be on Xolair but had to stop this because but anaphylactic reaction. She does have significant seasonal allergies in the spring, summer and fall. She has never been on any immunotherapy. She is a lifelong nonsmoker. No exposure to tuberculosis or asbestos.

### Assessment
1. Mild persistent asthma without complication (493.90) (J45.30)
2. Obstructive sleep apnea (327.23) (G47.33)

### Plan
1. PFT - Pulmonary Function Test; Status:Hold For - PerformOrder; Requested for:Before next appointment;
2. Follow-up visit in 1 year Outpatient Follow-up Status: Hold For - Scheduling Requested for: 18Jan2018
3. Continue: Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated
4. Continue: Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution
5. Continue: Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution

### Results/Data
*Spirometry January 18, 2018 shows a spirogram ratio 0.72. FEV1 3.09 L or 96% and FVC 4.31 L or 106%.*
*Impression: Normal spirometry*

*Split-night sleep study May 20, 2017 showed an AHI of 46 events per hour, oxygen desaturation nadir 85%, PLM index 48 CPAP of 10cmH2O recommended. (location California)*
~~*Spirometry January 18, 2018 shows a spirogram ratio 0.72. FEV1 3.09 L or 96% and FVC 4.31 L or 106%.*~~
~~*Impression: Normal spirometry*~~

### Vitals
**Vital Signs**
**Recorded: 18Jan2018 01:06PM**

*Patient:* **Kim Dawn Shaw**
*Encounter:* **Jan 18 2018 1:30PM** *MRN:* **4019030**

Height: 68 in
Weight: 192.5 lb
BMI Calculated: 29.27
BSA Calculated: 2.01
Temperature: 99.2 F
Heart Rate: 83
Respiration: 14
Systolic: 111
Diastolic: 79
O2 Saturation: 97, RA at rest

**Current Meds**

1. Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated
2. Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution
3. Cymbalta 60 MG Oral Capsule Delayed Release Particles
4. Flonase 50 MCG/ACT SUSP
5. Gabapentin 600 MG Oral Tablet
6. MiraLax POWD
7. Pepcid 40 MG Oral Tablet
8. PriLOSEC OTC 20 MG Oral Tablet Delayed Release
9. Probiotic CAPS
10. Singulair 10 MG Oral Tablet
11. Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution
12. TiZANidine HCl - 4 MG Oral Capsule
13. TraMADol HCl - 50 MG Oral Tablet
14. TraZODone HCl - 50 MG Oral Tablet
15. Zyrtec 10 MG TABS

**Review of Systems**

No hemoptysis, chest pain, fever, weight changes or leg swelling. Occasional wheezing. No eye problems or earaches. He occasionally gets nauseated. Does alternate between diarrhea and constipation. No seizures syncope or nosebleeds. Good appetite. No joint deformity skin rashes or urinary complaints. Denies insomnia.

**Allergies**

- Xolair
  Recorded By: Morgan, Keitha; 1/18/2018 1:14:03 PM

**Physical Exam**

General: Well developed, well nourished. No acute distress
Eyes: PERRL. Conjunctiva normal. No scleral icterus.
ENT: Normocephalic, atraumatic. Nares patent and inferior turbinates normal. No sinus tenderness. Throat clear without exudates and dentition normal. Mallampatti 1.
Neck: No palpable lymph nodes or masses. No thyromegaly.
Chest: Normal appearance.
Heart: Regular rate and rhythm. No peripheral edema.
Lungs: CTAB. No wheezes, rales or rubs. No accessory muscle use.
GI: Soft, nontender and nondistended.
MS: Normal tone
Skin: No notable rashes
Psych: Calm, pleasant mood.

**GENERAL:**

**Active Problems**

1. Allergic rhinitis (477.9) (J30.9)
2. Anxiety (300.00) (F41.9)

3. Arthritis (716.90) (M19.90)
4. Asthma (493.90) (J45.909)
5. Depression (311) (F32.9)
6. High cholesterol (272.0) (E78.00)
7. History of gastroesophageal reflux (GERD) (V12.79) (Z87.19)
8. Irritable bowel syndrome (564.1) (K58.9)
9. Sleep apnea (780.57) (G47.30)

**Past Medical History**

History of blood clotting disorder (V12.3) (Z86.2)

**Surgical History**

History of appendectomy
- (PL)

History of foot surgery
- (PL)

History of gallbladder surgery
- (PL)

History of lower back surgery
- (PL)

History of sinus surgery
- (PL)

History of tonsillectomy
- (PL)

**Family History**

- Family history of depression (V17.0) (Z81.8)
  - (PL)
- Family history of osteoporosis (V17.81) (Z82.62)
  - (PL)
- Family history of chronic obstructive pulmonary disease (V17.6) (Z82.5)
  - (PL)
- Family history of high cholesterol (V18.19) (Z83.42)
  - (PL)
- Family history of cardiac disorder (V17.49) (Z82.49)
  - (PL) FH of heart disease in males before age 55

**Social History**

Alcohol use (V49.89) (Z78.9)
- (PL) drinks alcohol 7 or less drinks per week (January 18 2018)

Denied: Drug use (305.90) (F19.90)
- (PL) (January 18 2018)

Denied: Encounter for blood transfusion (V58.2) (Z51.89)
- (PL) (January 18 2018)

Exercise habits
- (PL) 0 times per week (January 18 2018)

Never a smoker
- (PL) (January 18 2018)

No secondhand smoke exposure (V49.89) (Z78.9)
- (PL) (January 18 2018)

Denied: Tobacco Use
- (PL) (January 18 2018)

**Discussion/Summary**

Continue Advair 250/50, twice daily; Spiriva respimat 1.25, 2 inhalation daily; rescue inhaler as needed

*Patient:* **Kim Dawn Shaw**
*Encounter:* **Jan 18 2018 1:30PM** *MRN:* **4019030**

patient with previous history of anaphylactic reaction to Xolair
Continue CPAP auto 10-13cmH2O
Patient will see if she can download her report to give us. She does not go through her DME company since she bought her CPAP on her own. She is a respiratory therapist.
Patient prefers yearly appointments which we will do with follow-up spirometry
She gets her refills through her primary care doctor

**Addendum**

*Fatigue severity scale 63, Epworth sleepiness scale 12*

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Chad Paxson, D.O.; Jan 18 2018 2:21PM EST (Author)
Electronically signed by : Chad Paxson, D.O.; Jan 18 2018 2:22PM EST (Author)
Electronically signed by : Chad Paxson, D.O.; Jan 18 2018 2:29PM EST (Author)

Pulmonary Medicine Center
725 Glenwood Ste.500
Chattanooga, TN 37404

Name: Shaw, Kim
ID: 4019030
Date: 01/18/16
Physician: CHAD PAXSON
Technician: Linda BrysonRRT/CPFT

**EXHIBIT NO. 11F**
**PAGE: 5 OF 7**

Diagnosis:
Age: 50 | Birth Date: | |
Height(in): 68 | Weight(lb): 192 | Gender: Female | Race: Caucasian
Smoker: No | How Long: | Stopped: | Temp: 21 PBar: 754

| | | Ref | Pre | % Ref | Post | % Ref | %Chg |
|---|---|---|---|---|---|---|---|
| Spirometry | | | | | | | |
| FVC | Liters | 4.08 | 4.31 | 106 | | | |
| FEV1 | Liters | 3.21 | 3.09 | 96 | | | |
| FEV1/FVC | % | 80 | 72 | 89 | | | |
| FEV3/FVC | % | 94 | 87 | 93 | | | |
| FEF25-75% | L/sec | 3.00 | 2.01 | 67 | | | |
| PEF | L/sec | 7.39 | 9.52 | 129 | | | |
| FET100% | Sec | | 11.28 | | | | |







COMMENTS:
Good effort and understanding.

PF Reference: NHANES III - Caucasian

Version: IVS-0101-28-5b

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 219 of 1114

**Lincoln/ Shaw 1278**

Pulmonary Medicine Center of Chattanooga
725 Glenwood Drive Suite 500
Chattanooga, TN 37404
Phone 423-495-2635
Fax 423-495-2638

## *Fatigue Severity Scale*

*Score each question with 1 being strongly disagree to 7 being strongly agree.*

DATE: 1-18-18

NAME: Kim Shaw

1. My motivation is lower when I am fatigued

   1 2 3 4 5 6 (7)

2. Exercise brings on my fatigue

   1 2 3 4 5 6 (7)

3. I am easily fatigued

   1 2 3 4 5 6 (7)

4. Fatigue interferes with my physical functioning

   1 2 3 4 5 6 (7)

5. Fatigue causes frequent problems for me

   1 2 3 4 5 6 (7)

6. My fatigue prevents sustained physical functioning

   1 2 3 4 5 6 (7)

7. Fatigue interferes with carrying out certain duties and responsibilities

   1 2 3 4 5 6 (7)

8. Fatigue is among my three most disabling symptoms

   1 2 3 4 5 6 (7)

9. Fatigue interferes with my work, family or social life

   1 2 3 4 5 6 (7)

TOTAL SCORE: 63

**Pulmonary Medicine Center of Chattanooga**
**725 Glenwood Drive Suite 500**
**Chattanooga, TN 37404**
**Phone 423-495-2635**
**Fax 423-495-2638**

*Epworth Sleepiness Scale*

DATE: 1-18-18
NAME: Kim Shaw

How likely are you to doze off or fall asleep in the following situations?

Use the following scale to rate your answers to the following questions:

0 = would never doze
1 = slight chance of dozing
2 = moderate chance of dozing
3 = high chance of dozing

| Situation | Chance of dozing Score 0 - 3 |
|---|---|
| Sitting and reading | 2 |
| Watching TV | 2 |
| Sitting inactive in a public place (e.g. a theater or a meeting) | 1 |
| As a passenger in a car for an hour without a break | 2 |
| Lying down to rest in the afternoon when circumstances permit | 3 |
| Sitting and talking to someone | 0 |
| Sitting quietly after a lunch without alcohol | 2 |
| In a car, while stopped for a few minutes in traffic | 0 |

**Total Score** 12

SHAW, KIMBERLY D (id #7259, dob:



**Encounter Date: 07/31/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 7259 | **Appt. Date/Time** | 07/31/2017 02:15PM |
| **DOB** | | **Service Dept.** | DR. PATEL, MD |
| **Provider** | MILAN C. PATEL, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

Chief Complaint

chronic pain

Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Wt:** | 198 lbs 07/31/2017 02:43 pm | **Ht:** | 6 ft 9 in 07/31/2017 03:05 pm | **BP:** | 140/80 07/31/2017 03:05 pm |
| **Pulse:** | 68 bpm 07/31/2017 03:05 pm | **BMI:** | 21.2 07/31/2017 03:05 pm | | |

Allergies

Reviewed Allergies

**XOLAIR:** Wheezing (Moderate to severe)

Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |

| | | |
|---|---|---|
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Problems

Reviewed Problems
- Fatigue - Onset: 08/28/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Allergic Rhinitis: **Y**

Arthritis: **Y**
Asthma: **Y**
Chronic Pain: **Y**
Depression: **Y**
Facial Pain: **Y**
Headaches: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## ROS

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:** Auscultation: normal breath sounds.

**Heart:** Rate And Rhythm: RRR. Murmurs: none.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:** Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:** Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:** Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Assessment / Plan

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face. Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

### Return to Office

None recorded.

### Encounter Sign-Off

Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Encounter performed and documented by Milan C. Patel, MD
Encounter reviewed & signed by Milan C. Patel, MD on 08/28/2017 at 11:41pm

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
PO BOX 775
NASHVILLE, TENNESSEE 37202

PHONE (615) 743-7300
TTY 1-
TOLL FREE 1-800-342-1117 (TN)
or 1-800-972-0617 (OUTSIDE TN)
EXT. 0000

RQID:9607068601AY3695 SITE:S48 DR:S
SSN:412234978 DOCTYPE:0001 RF:D CS:1698

RECEIVED

CA

Vendor # *00776646-
PO # 3151571
TDN # 9607068601
**FAX 1-877-337-7890**

Effective March 01, 2018

DIGNITY HEALTH MEDICAL GROUP -
528 CAPITOLA AVE
CAPITOLA CA 95010

PAY TO: DIGNITY HEALTH MEDICAL GROUP -
528 CAPITOLA AVE
CAPITOLA CA 95010

3/14/18 OKAY to send to recor

**ATTN: DR JACQUELINE SEDGWICK**
NAME: KIMBERLY SHAW DOB:
AKA: KENNEDY,KENNEDY-SHAW,MCCLENDON, KIMBERLY DAWN SSN:

The above individual has applied for disability benefits and has listed you as a source of medical information. WE NEED A DETAILED NARRATIVE REPORT AND/OR COPY OF YOUR OFFICE RECORDS for which **we will pay $20.00**. Please include DIAGNOSIS, TREATMENT, PROGNOSIS, SYMPTOMS, SIGNS, and LAB RESULTS.

Please provide a statement in your report or on a separate sheet about what the patient can still do despite his/her impairment(s). This description of functional ability should be based on your medical findings and should cover your patient's ability to do work-related activities such as sitting, standing, walking, lifting, carrying, handling objects, hearing, speaking, and traveling. In cases involving a mental impairment it should address the patient's capacity for understanding and memory, sustained concentration and persistence, social interaction, and adaptation. If the patient is a child, please indicate whether his/her impairment(s) results in any functional limitations.

If needed, would you examine this patient at government expense? _____Yes _____No
Signature_______________________________________Date______________

**PAYMENT INFORMATION**

**TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS**
**NOTE: CHECK WILL BE PAID ACCORDING TO INFORMATION PROVIDED BELOW:**

**PAYABLE TO:**
NAME: ______________________________
PAYMENT ADDRESS: ______________________________
CITY: ____________ STATE: ______ ZIP: ________ PHONE: ____________
TAX ID # ____________ COPY SERVICE NAME: ____________
PROVIDER SIGNATURE ____________ Date ________ Amount Billed $ ________

Roger Warren/001/KRC 09 - 01 Voucher # 3151571 DDS 3
Enclosure (s):
DDS-23 DDS-102

**THIS PAGE W/ BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO 1-877-337-7890.**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

# IMPORTANT INFORMATION: PLEASE READ

---

Attention: Medical Records Providers

Beginning April 2012, adults filing online for Social Security disability benefits on their own behalf will be able to electronically sign and submit their Authorization to Disclose Information to the Social Security Administration (Form SSA-827). This means that you may see a number of our authorizations with your patients' electronic signature instead of a "wet" (pen-and-ink) signature on the form.

Here's what you need to know about this new process:

- The Health Insurance Portability and Accountability Act (HIPAA) and other applicable laws permit the use of electronic signatures on authorizations.
- The only change to the current HIPAA-compliant SSA-827 form you are already accepting will be in the completed signature block, where some will now indicate that the applicant electronically signed using our new process.
- Initially, we will only be accepting electronically signed authorizations from adults filing online for disability benefits on their own behalf, so you will continue to see wet-signed SSA-827s also.

We are encouraging you to treat the new electronic signature the same as you would a "wet" signature on the SSA-827. This new process will speed up the disability claims process for your patients, which can result in quicker access to cash benefits and medical insurance coverage, often decreasing the number of uninsured and underinsured patients you serve.

Learn more about this new process at http://www.ssa.gov/disability/professionals/eAuthorization.htm.

The Tennessee DDS toll free fax number is 1-877-337-7890.
Misdialing may result in the loss of Personal Identifying Information (PII) and HIPPA violations.
To avoid faxing errors, register for Electronic Records Express (ERE) through the Social Security Administration's secure website. It's easy, fast and free!
Visit http://www.ssa.gov/ere/ to learn more about ERE.

If you have any questions, please contact your Tennessee Disability Professional Relations Officer at:
1-800-342-1117
Eastern Tennessee: ext. 7776
Central Tennessee: ext. 7775
Western Tennessee: ext. 4858

Thank you for your help with this important initiative.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

WHOSE *Records to be Disclosed*
NAME *(First, Middle, Last, Suffix)*
X KIMBERLY DAWN SHAW
SSN X
Birthday *(mm/dd/yy)* X

Form Approved
OMB No. 0960-0623

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT** ***All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:***

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** *including*, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

528 CAPITOLA AVE
CAPITOLA CA 95010

*DIGNITY HEALTH MEDICAL GROUP -*

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure**
**SIGN** ▶ X [signature]

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

Date Signed 02/14/18
Street Address >
Phone Number (with area code) X
City
State
ZIP

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*
**SIGN** ▶ X [signature]

IF needed, second witness sign here (e.g., if signed with "X" above)
**SIGN** ▶
Phone Number (or Address)

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at **www.socialsecurity.gov.** Offices are also listed under U.S. Government agencies in your telephone directory or you **may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

**Dignity Health Medical Foundation**
A service of Dignity Health Medical Foundation

**Health Information**
**1595 Soquel Drive Suite 370**
**Santa Cruz, CA 95065**
**(P) 831.475.7134**
**(F) 831.475.1156**

**We have received your request for medical information. We are unable to comply immediately for the following reason/s:**

To: Dept of Human Services
RE: Kimberly Shaw

- Please address: ____Request ____Check To: Dignity Health Medical Foundation
- Please provide: ____DOB ____Verify DOB ____Patient name ____Patients signature ____Legible form
- Please fax or mail: ____Advance Directive ____Power of Attorney ____Letter of Conservatorship
- Please request again with specific: X documents X dates
- ____No records found ____Not our patient ____No dates of service found
- ____No Billing records Contact the following 1-855-424-0997
- ____Please fax or mail supporting documents showing proof that the patient has been notified of this request

Comments:______________________________

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Sep 15 2017 1:40PM

**Reason For Visit**
KIMBERLY is here today for follow up.
**HPI**
This patient is a 50 year old who has had progressively worsening fatigue, arthralgias, weakness and tremors with muscular activity. These symptoms have progressed since I began caring for her in March, 2017, despite agressive attempts at pain managment' and initially began in January, 2016 after being hospitalized for severe asthma and a Pulmonary Embolus with severe respiratory distress. Apparently, post-hospitalization symptoms were initially attributed to steroid induced myopathy, but due to protracted sympthoms and clinical findings I felt further evaluations were warranted.

an MRI of Brain in 2017 was normal, and a spinal MRI showed:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

She saw a neurologist who did EMG/NCV which were consistent with mild sensory neuropathy. This neurologist recommended referral to a tertiary care center, her insurance denied, and without further clinical testing a second local neurologist felt she did not have a neurologic problem.

A sleep study demonstrated sleep apnea, and multiple lab tests did not identify etiology. She is still awaiting an appointment to see a rheumatologist and appeal to see a neurologist at a tertiary medical center. Now depression due to pain and illness process is understandably complicating diagnosis and contributing to symptoms, but this was not a major problem when I initially began seeing patient this March.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology; Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue · (780.79) (R53.82)
Chronic pain (338.29) (G89.29); Pain medications given until Sept. 15
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Sensory neuropathy (356.9) (G62.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Tremor (781.0) (R25.1)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Acute bronchitis, unspecified organism (466.0) (J20.9); Resolved: 25Aug2017
Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Adult Female Vital Signs Recorded by Tapia, Joel on September 15,2017 01:51 PM
Height: 69 in, Weight: 198 lb, BMI: 29.24 , BSA: 2.06
BP: 117/78 mm Hg
Temp: 97.6 F
HR: 66 b/min ;
Resp: 15 r/min ;
O2 Sat: 98 (%SpO2)

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular:RRR- Normal heart sounds, no murmurs, no bruits, no edema
Abdomen: BS+, Soft
Musculoskeletal: Difficulty standing from sitting position, gait is stiff and rather wide based, muscular strength 5/5 upper extremities and right leg, 4/5 left leg and EHL, tremor less pronounced today, no pronator drift, CN 2-12 intact, no joint effusions nor erythema of visible joints but pain with ROM
Psych: Alert and Oriented x3, normal affect.

**Results**

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H
- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1

- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

Fecal Globin Occult Blood InSureFIT 01 May 2017 03:02 PM
- FECAL GLOBIN: Not Detected

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N
- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Parvovirus B19 DNA Qual RT PCR 12 Apr 2017 10:44 AM
- PARVOVIRUS B19 DNA, QL PCR: NOT DETECTED
- SOURCE: PLASMA

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90

Coccidioides Ab Panel Serum 12 Apr 2017 10:44 AM
- CF TITER: <1:2
- IGG ID (F ANTIGEN): NEGATIVE
- IGM ID (TP ANTIGEN): NEGATIVE

Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative

ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40

Thyroid Stimulating Hormone 25 Jul 2016 02:41 PM
- TSH: 0.72 Reference Range: 0.35-4.94

FREE T4 25 Jul 2016 02:41 PM
- FT4: 0.87 Reference Range: 0.70-1.48.

**Assessment**

Chronic fatigue (780.79) (R53.82).
Chronic pain (338.29) (G89.29); Pain medications given until Oct. 15, 2017.
Complaints of memory disturbance (780.93) (R41.3).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Generalized weakness (780.79) (R53.1).
Obstructive sleep apnea syndrome (327.23) (G47.33).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Sensory neuropathy (356.9) (G62.9).
Tremor (781.0) (R25.1).

**Orders**

EBV Capsid Ag VCA Abs IgG/IgM; Requested for: 15 Sep 2017.
EBV Quant RT PCR; Requested for: 15 Sep 2017.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

**Discussed**

Patient offered EBV testing as per Social Security form which she brought to office. She will also need repeat lab testing of thyroid and blood sugar, along with follow up testing to ensure H pylori infection did not recur. As she will be moving to Kentucky she will plan on continuing care there, no testing today. Request she keep me posted as to her progress -- I recommend as soon as possible repeat neurology evaluation and send best wishes for her and her wife.

**Signature**

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Sep 15 2017 1:40PM | WMH MRN: | |

Electronically signed by : Jacqueline H Sedgwick M.D.; 09/17/2017 7:55 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 18 2017 3:00PM

**Reason For Visit**
KIMBERLY is here for follow up.
**HPI**
This patient is a 50-year-old woman who has had progressively worsening pain, muscle tremors with movement and changing position, such as from sit to stand, fatigue and weakness who presents in follow-up. Her symptoms have progressed and she is only able to do about 2 hours per day of activity. She does not have swollen red joints, and the symptoms are not associated with a headache. But her symptoms are more pronounced on the left side.

I have not received a note from Dr. Patel. We will request this.

Her asthma has been well controlled.

.
**Allergies**
Xolair.
**Current Meds**
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 18 2017 3:00PM WMH MRN:

TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 18 2017 3:00PM | WMH MRN: | |

Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.
.

**Vital Signs**

Recorded by Tapia,Joel on 18 Aug 2017 03:15 PM
BP:110/67,
HR: 57 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 18 2017 3:00PM | WMH MRN: | |

O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Grossly equal strength and tone, but tremor on left thigh and right arm when he goes from sitting to standing and also with initial steps of ambulation to exam table, no swelling or erythema of visible joints, ambulatory with cane, but unsteady gait Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar disc disease however patient also has more diffuse symptoms and needs further evaluation.
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology.
Chronic fatigue (780.79) (R53.82).
Complaints of memory disturbance (780.93) (R41.3).
Tremor (781.0) (R25.1).

**Orders**

Renew Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Qty540; R3; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.
Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty90; R3; Rx.
Renew Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Qty3; R3; Rx.
Rheumatology Referral; Requested for: 18 Aug 2017.

**Discussed**

Patient was put off work effective today. She is anticipated to go through further evaluations and a possible return date was January 15 of 2018 although that will be dependent on results of further studies.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 08/18/2017 5:18 PM PST; Author.

Jacqueline H Sedgwick M.D.

# Chart Note

## Dominican Medical Group

528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jul 31 2017 5:06PM

MILAN PATEL
PATIENT:
Name : SHAW, KIMBERLY (50yo, F) ID# 7259
Appt. Date/Time : 07/31/2017 02:15PM
DOB :
Service Dept. : DR. PATEL, MD
Provider : MILAN C. PATEL, MD
CHIEF COMPLAINT:
chronic pain

PATIENT'S CARE TEAM:
Primary Care Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

PATIENT'S PHARMACIES:
WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074

MEDICATIONS:
Reviewed Medications
Name: acyclovir 5 % topical ointment APPLY A SMALL AMOUNT TID UTD
Date: 12/16/16 filled
Source: surescripts
Name: Advair Diskus 250 mcg-50 mcg/dose powder for inhalation
Date: 04/18/17 filled
Source: MEDCO
Name: Advair Diskus 500 mcg-50 mcg/dose powder for inhalation
Date: 07/20/16 filled
Source: MEDCO
Name: amoxicillin 500 mg capsule
Date: 04/19/17 filled
Source: MEDCO
Name: azithromycin 250 mg tablet
Date: 10/02/16 filled
Source: MEDCO
Name: azithromycin 500 mg tablet
Date: 11/04/16 filled
Source: MEDCO
Name: clarithromycin 500 mg tablet
Date: 04/19/17 filled
Source: MEDCO
Name: clotrimazole 10 mg troche
Date: 04/22/17 filled
Source: MEDCO
Name: DULoxetine 30 mg capsule,delayed release
Date: 12/15/16 filled

Chart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 31 2017 5:06PM WMH MRN:

Source: MEDCO
Name: DULoxetine 60 mg capsule,delayed release
Date: 04/18/17 filled
Source: MEDCO
Name: EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector
Date: 01/09/17 filled
Source: MEDCO
Name: FLUoxetine 20 mg capsule
Date: 10/13/16 filled
Source: MEDCO
Name: gabapentin 300 mg capsule
Date: 04/18/17 filled
Source: MEDCO
Name: HYDROcodone 5 mg-acetaminophen 325 mg tablet
Date: 05/31/17 filled
Source: MEDCO
Name: levoFLOXacin 500 mg tablet
Date: 10/03/16 filled
Source: MEDCO
Name: LORazepam 0.5 mg tablet
Date: 12/20/16 filled
Source: MEDCO
Name: metroNIDAZOLE 0.75 % topical cream
Date: 08/17/16 filled
Source: MEDCO
Name: montelukast 10 mg tablet
Date: 04/27/17 filled
Source: MEDCO
Name: predniSONE 1 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: predniSONE 20 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: predniSONE 5 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: Qvar 80 mcg/actuation Metered Aerosol oral inhaler
Date: 09/20/16 filled
Source: MEDCO
Name: Spiriva Respimat 1.25 mcg/actuation solution for inhalation INHALE 2 INHALATIONS BY MOUTH DAILY
Date: 05/26/17 filled
Source: MEDCO
Name: tiZANidine 4 mg tablet
Date: 12/14/16 filled
Source: MEDCO
Name: traMADol 50 mg tablet
Date: 05/25/17 filled
Source: MEDCO
Name: traZODone 50 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: valACYclovir 1 gram tablet
Date: 04/22/17 filled
Source: MEDCO
Name: Ventolin HFA 90 mcg/actuation aerosol inhaler
Date: 08/13/16 filled

**Chart Note**

Patient: KIMBERLY SHAW  MRN: 11371144
Encounter: Jul 31 2017 5:06PM  WMH MRN:

Source: MEDCO

HPI:
Generic HPI Template
Reported by patient.
Notes:
07/31/2017: Patient was ill after christmas of 2015 for status asth?maticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain
medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.
Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.
on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.
She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.
New Sleep Problems
Reported by patient.
Notes:
07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .
Right handed Caucasian female

ROS:
Patient reports night sweats and exercise intolerance but reports no fever, no significant weight gain, and no significant weight loss. She reports difficulty hearing but reports no ear pain. She reports nose/sinus problems but reports no frequent nosebleeds. She reports snoring but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports shortness of breath when walking but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports wheezing and sleep apnea but reports no cough, no shortness of breath, and no coughing up blood. She reports muscle aches, muscle weakness, arthralgias/joint pain, and back pain but reports no swelling in the extremities. She reports weakness, numbness, and restless legs but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports depression and restless sleep but
reports feeling safe in relationship and no alcohol abuse. She reports fatigue and cold intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no

Chart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 31 2017 5:06PM WMH MRN:

diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

PHYSICAL EXAM:
Patient is a 50-year-old female.
Constitutional: Weight: well-nourished. Ambulation: ambulates independently.
Head: Size/Trauma: normocephalic and atraumatic.
Mental Status: Orientation oriented to person, place, problem, and time.
Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.
Neck: Appearance/Palpation/Auscultation: supple and no carotid bruits.
Lungs: Auscultation: normal breath sounds.
Heart: Rate And Rhythm: RRR. Murmurs: none.
Skin: Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos.
Extremity Edema Right none. Extremity Edema Left none.
Cranial Nerves: CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of
the tongue or fasciculation of the tongue and tongue protrudes midline.
Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.
Spine: Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.
Motor Exam: Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar
flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.
Reflexes: Reflexes Right: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4, and achilles 1/4. Reflexes Left: biceps 1/4, triceps 1/4,

Chart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 31 2017 5:06PM WMH MRN:

brachial radialis 1/4, patellar 1/4, and achilles 1/4. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.
Coordination: Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.
Sensation: Sensation (normal) pinprick, temperature, vibration, position, and light touch.
Gait/Posture: Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

ASSESSMENT / PLAN:
1. Chronic fatigue syndrome -
Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.
R53.82: Chronic fatigue, unspecified
2. Muscle weakness -
Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.
M62.81: Muscle weakness (generalized)
Discussion Notes
1. We will request medical records from Dr. Aurora and review those when available.
2. Patient does not need regular neurological followup at this time.
3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.
The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded.

ENCOUNTER SIGN-OFF:
Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Milan Patel M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jul 20 2017 8:40AM

**Reason For Visit**
KIMBERLY is here to discuss long term disability, she also would like to have placard form filled out.
**HPI**
This patient is a 50-year-old woman with progressively worsening pain and weakness who presents in follow-up.

The symptoms began after an extended hospital course for persistent asthma and have progressed over the past 14 months. Initially it was felt that she had steroid induced myopathy, however her symptoms have persisted. They interfere with her activities of daily living. She currently cannot work for more than 4 hours without experiencing extreme fatigue, weakness, and muscle pain. This does remit with rest, but recurs when she resumes activities.

Of late she has been having worsening left thigh pain and weakness. This is intermittent, caused by standing or walking, and at times she feels so weak when she squats she cannot get back up. She has not had any new injury, was unable to complete the EMG/nerve conduction velocity test due to pain. When she is experiencing weakness and pain she cannot walk for more than half a block. She would like a wheelchair in case she needs to be mobile during those times. She is awaiting appointments at Stanford, our local neurologist was uncertain of the etiology. She did not have mass lesions on MRIs of her brain or spinal cord. Her symptoms are not associated with headaches, although at times she does experience a headache.

She was diagnosed with severe sleep apnea and she is feeling at least 25% more refreshed when she wakens since she began the CPAP. She has been using CPAP for 2 months.

She has also been experiencing short-term memory issues with difficulty in word finding as well. She notes that she can read a medical record, correctly direct a referral, but later in the day does not recollect the information. She also notes new difficulties with concentration, having difficulty focusing on a complete article. She previously had no difficulties and was working full time as a respiratory therapist.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013

Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or unexpected weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea. Asthma is well controlled on current medications.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.
GU: No dysuria, no hematuria, no urgency or incontinence.
.

**Vital Signs**

Recorded by Tapia,Joel on 20 Jul 2017 08:38 AM
BP:115/75,
HR: 60 b/min,
Resp: 15 r/min,
Temp: 97.2 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,
O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy, supple

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, no bruits, no JVD, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Equal muscle tone all extremities, mild decreased strength in left upper extremity with grip of left hand and right lower extremity with extension and flexion of lower leg but without EHL weakness, tremor, or joint instability; gait stable with cane, weakness with weightbearing on left leg

Skin: No rashes, lesions, nor erythema of visible skin.

**Results**

MR Brain wo+w Con 12 Jun 2017 03:20 PM
- MR Brain wo+w Con
Report
MRI brain with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25
***FINAL***
MR C Spine wo+w Con 12 Jun 2017 02:54 PM
- MR C Spine wo+w Con
Report
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical . cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:

1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06
***FINAL***
CT Head wo Con 12 Jun 2017 10:44 AM
- CT Head wo Con
Report
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

***FINAL***
Dictated by: Williams, Richard A.MD
Electronically signed by: Williams, Richard A.MD
Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02
***FINAL***
Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H

- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

QuantiFERON (R) TB Gold 12 Apr 2017 10:48 AM
- QUANTIFERON(R)-TB GOLD: NEGATIVE Reference Range: NEGATIVE Flag: N
- NIL: 0.04 Flag: N
- MITOGEN-NIL: >10.00 Flag: N
- TB-NIL: 0.01 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

ASO Anti-Streptolysin O Ab 12 Apr 2017 10:44 AM
- ANTI-STREPTOLYSIN O (ASO): 32 Reference Range: < OR = 200 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N
- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N

- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM

- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM

- LYME AB SCREEN: <0.90.

**Assessment**

Thigh pain, musculoskeletal, left (729.5) (M79.652).
Ambulatory dysfunction (719.7) (R26.2).
Arthralgia of multiple sites (719.49) (M25.50).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Neuropathic pain of left thigh (355.8) (G57.92).
Complaints of memory disturbance (780.93) (R41.3).
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Generalized weakness (780.79) (R53.1).
Chronic fatigue (780.79) (R53.82).

**Orders**

Specials Referral; Requested for: 20 Jul 2017.
Follow-up visit in 1 month; Requested for: 20 Jul 2017.
Specials Referral; Requested for: 20 Jul 2017.

**Discussed**

We discussed the referral process is for Stanford. I filled out a temporary disability form for DMV. I also advised patient to drop off any other form she needs completed. She is aware that as a primary care doctor I'm uncertain of her diagnosis, I'm also troubled that her symptoms have progressively worsened, and want her to have specialty evaluation--and she is very amenable to this plan.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 07/20/2017 1:47 PM PST; Author.

Jacqueline H Sedgwick M.D.

# Chart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jul 10 2017 4:30PM

Central Coast Sleep Disorders Center
PATIENT:
Name : SHAW, KIMBERLY (50yo, F) ID# 38558
Appt. Date/Time : 07/10/2017 01:30PM
DOB :
Service Dept. : SANTA CRUZ OFFICE
Provider : HELENA P. NORRIS, NP
PATIENT'S CARE TEAM:
Primary Care Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
Referring Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
Other: ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
Notes: Cardiologist: No
Pulmonologist: Ling

HPI:
The patient underwent a split study which showed severe obstructive sleep apnea and a therapeutic pressure of 10 cm. H2O pressure
She has been using her CPAP all night, every night
She feels that fatigue is less . She has chronic pain and is on Norco
There have been no problems with the mask, CPAP pressure, humidifier or machine
She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. The patient arises around 730 AM
The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab. Past medical, social and family history reviewed and unchanged from the note of 5-19-17
She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia
She has a history of Pulmonary embolism
ROS:
Patient reports weight gain (4lbs). She reports dry mouth but reports no sore throat. She reports shortness of breath but reports no cough; Shehas asthma. She reports no chest pain and no palpitations.

PHYSICAL EXAM:
Patient is a 50-year-old female.
Constitutional: General Appearance: healthy-appearing, well-developed, and obese. Level of Distress: NAD. Ambulation: ambulating normally.
Psychiatric: Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.
HEENT: Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and overbite is present. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and Mallampati score of (1).

**Chart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 10 2017 4:30PM WMH MRN:

Lungs: Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.
Musculoskeletal:: Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

ASSESSMENT / PLAN:
There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab..
There is excellent compliance and clinical response with CPAP.
She has met CPAP compliance requirement
There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.
Various aspects of use and compliance with CPAP were reviewed with the patient.
Iron will be continued.
Return in 3 months
1. Obstructive sleep apnea of adult
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 08/05/2017 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 09/05/2017 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 10/05/2017 at 02:00 AM
* Helena P. Norris, NP for FOLLOWUP at SANTA CRUZ OFFICE on 10/13/2017 at 11:30 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 11/05/2017 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 12/05/2017 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 01/05/2018 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 02/05/2018 at 02:00 AM
* DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 03/05/2018 at 02:00 AM

ENCOUNTER SIGN-OFF:
Encounter signed-off by Helena P. Norris, NP, 07/10/2017.

Helena P Norris

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 31 2017 8:40AM

**Reason For Visit**
KIMBERLY is here for follow up of multiple issues. she recently had apt with neurologist and she also had sleep study. Recorded PMH of Recommendation to reduce weight.

**HPI**
This patient is a 50-year-old with multiple medical problems who presents in follow-up.

She has recently had a sleep study showing severe obstructive sleep apnea and will be getting her fitting for CPAP. It is anticipated that this should really help a lot of her symptoms of fatigue.

She also saw the neurologist and is scheduled to have EMG and nerve conduction velocity testing of her lower extremities. It is unclear why the physician did not choose to do upper and lower extremities, but the patient did report that the neurologist also does not feel that her symptoms are due to steroid-induced myopathy. We are still awaiting the report.

We discussed her fatigue and pain and her partner also was here. She does feel able to work 4 hours but then is exhausted and needs to take a nap. She is able to do more ADL's after she takes a tramadol--we discussed the potential side effects, and although she does not feel she is having any I am particualarly concerned re depression. She plans to stop it and try a different pain med--she realizes these are addictive and should be taken sparingly.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY;

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 31 2017 8:40AM WMH MRN:

Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
TraMADol HCl - 50 MG Oral Tablet (Ultram);TAKE ONE TABLET twice daily as needed for pain. stop if causes depression. do not drive if take.; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)

Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 31 2017 8:40AM WMH MRN:

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 31 May 2017 08:52 AM
BP:111/75,
HR: 79 b/min,
Resp: 14 r/min,
Temp: 97.7 F,
Height: 69.00 in, Weight: 202.000 lb, BMI: 29.8 kg/m2,
BMI Calculated: 29.83 ,
BSA Calculated: 2.07 ,
O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear, non-icteric
ENMT: Lips without lesions, mmm
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular: RRR, Normal heart sounds, no murmurs, no edema, no venous cording
Abdomen: BS+
Neuromuscular: No joint swelling at exts but pain at elbows and ankles
Psych: Alert and Oriented x3, normal affect.

**Assessment**

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Arthralgia of multiple sites (719.49) (M25.50).
Chronic fatigue (780.79) (R53.82).
Elbow tendinitis (727.09) (M77.8); Resolved: 29Aug2017.
Strain of groin (848.8) (S76.219A).
Strain of calf muscle (844.8) (S86.819A).
Obstructive sleep apnea syndrome (327.23) (G47.33).

**Orders**

Physical Therapy Referral; Requested for: 31 May 2017.
Renew Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty60; R0; Rx.
Discontinue LORazepam 0.5 MG Oral Tablet.
Discontinue TraMADol HCl - 50 MG Oral Tablet(Ultram).

**Discussed**

Risks of pain medications discussed. Patient will stop tramadol, try hydrocodone which causes statistically less depression, aware of addiction potential, dóes not drink alcohol, will not drive if takes, will call if any problems. Follow up one month, sooner if new information or new symptoms.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 05/31/2017 8:26 PM PST; Author.

Jacqueline H Sedgwick M.D.

# Chart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW . MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 19 2017 12:19PM

Central Coast Sleep Disorders Center
PATIENT:
Name : SHAW, KIMBERLY (50yo, F) ID# 38558
Appt. Date/Time : 05/19/2017 09:15AM
DOB :
Service Dept. : SANTA CRUZ OFFICE
Provider : HELENA P. NORRIS, NP
PATIENT'S CARE TEAM:
Primary Care Provider (Primary Insurance): BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
Referring Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
Other: ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
Notes: Cardiologist: No
Pulmonologist: Ling

HPI:
The patient presents for evaluation of daytime fatigue and heavy snoring
HISTORY OF PRESENT ILLNESS

She reports her symptoms have been present for several years
She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain
Snoring is reported to be heavy and witnessed apneas have been reported
The patient arises around 730 AM feeling groggy and fatigued
She does awaken with morning headaches 2x a week
There is no awakening with chest pain. There is no awakening with heartburn.
There is awakening with dry mouth. There is awakening with nasal congestion.
The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab
During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon
She does not nod off at work.
She does not fall asleep easily with quiet activities such as reading or watching TV.
She does take naps 3-5 x a week for 2 hours
There is no reported sleepiness driving.
The patient has had recent problems with ability to concentrate , depression , memory problems and irritability
The Epworth Sleepiness Scale score is 10 (Normal is less than 10).
She does experience leg restlessness and discomfort that can be bothersome..
She has a history of anemia
There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy
Her weight has not been stable.

**Chart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 19 2017 12:19PM WMH MRN:

She has gained 20 lbs in the last 5 years.
ROS:
Patient reports weight gain (20lbs). She reports snoring and dry mouth but reports no sore throat and no teeth problems. She reports wheezing and shortness of breath but reports no cough; Shehas asthma. She reports headache and restless legs but reports no headaches. She reports depression and restless sleep but reports no alcohol abuse. She reports fatigue. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and heartburn. She reports (normal) changes in urinary habits: urinary frequency: more than twice at night (nocturia). She reports no swelling in the extremities. She reports no runny nose, no sinus pressure, and no frequent sneezing.

PHYSICAL EXAM:
Patient is a 50-year-old female.
Constitutional: General Appearance: healthy-appearing, well-developed, and obese. Level of Distress: NAD. Ambulation: ambulating normally.
Psychiatric: Mental Status: active and alert and normal affect. Insight: good judgement.
Head: Head: normocephalic and atraumatic.
HEENT: Nose: no lesions on external nose, sinus tenderness, or nasal discharge and deviated septum and nasal obstruction. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and overbite is present. Oropharynx: no erythema or exudates, recessive chin and Mallampati score of (3), and moist mucous membranes and tonsils not enlarged.
Neck: Neck supple, trachea midline, and no masses. Thyroid no enlargement or nodules and non-tender.
Lungs: Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.
Cardiovascular: Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck Vessels No carotid bruits. Extremities no edema.
Abdomen: Inspection and Palpation: soft, non-distended, no tenderness, and bowel sounds.
Musculoskeletal:: Motor Strength and Tone: normal tone and motor strength.
Extremities: no cyanosis or varicosities. Gait And Stance normal gait.
Neurologic: Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor. Sensation normal to light touch.
Eyes: Pupils PERRLA. Lids aand Conjunctivae no discharge or pallor and non-injected.

ASSESSMENT / PLAN:
The patient's history and clinical presentation are consistent with obstructive sleep apnea. She has excessive daytime sleepiness and fatigue
A sleep study will be ordered. If sleep apnea is present, all therapeutic options will be discussed.
.She has nightly symptoms of restless legs syndrome. A serum ferritin will be obtained as a low serum ferritin may be associated with restless leg syndrome. Treatment with iron may result in improvement of symptoms. She takes Gabapentin TID
The risks associated with driving or operating machinery while sleepy were discussed with the patient, who understands and agrees to take measures to eliminate these risks.
Thank you for your consultation request. We will be happy to follow the patient with you as necessary.
1. Hypersomnia
G47.10: Hypersomnia, unspecified
 * SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM

Chart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 19 2017 12:19PM WMH MRN:

```
  * zolpidem 5 mg tablet -
      Take 1 tablet before bedtime Dispensed. Dispense Qty: 1 tablet(s)
2. Restless legs
G25.81: Restless legs syndrome
  * RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS
  * FERRITIN
3. Fatigue
R53.83: Other fatigue

Return to Office
  * NIGHT TESTING SCHEDULE for ATTENDED DX at SANTA CRUZ OFFICE on 05/20/2017
at 08:45 PM
  * Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017
at 02:45 PM

AMENDMENT SIGN-OFF:
Encounter signed-off by Helena P. Norris, NP, 05/19/2017.
```

Helena P Norris

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Apr 19 2017 8:00AM

**Reason For Visit**
KIMBERLY is here for follow up of labs done on 4/14/2017.
**HPI**
This patient is a 50-year-old who has had 1 year of unrelenting chronic pain after having severe asthma requiring hospitalization and multiple treatments with steroids who presents to follow-up on her lab results.

1. She has persistent pain, it does not appear to be due to an inflammatory process. All lab results are reviewed. She was given a diagnosis of steroid myopathy, however she has not been on steroids for quite some time, her asthma is not active, and I would like her to be evaluated with an electromyelogram and nerve conduction velocity testing to further evaluate her pain. She has no joint swelling, and although she was given a diagnosis of fibromyalgia by a doctor previously, this is a diagnosis of exclusion, and her pain pattern is not typical.

The patient does say that increasing her gabapentin has really helped her, and she is rarely using tramadol. She states that in the past she has seen a pain management specialist when she lived out of the area, and had some nerve blocks, although the pain was quite different.

2. Patient states her asthma is well controlled on her current medications. Her IgE is very elevated, she has a follow-up with her allergist in about 2 weeks and will discuss this with him.

3. The patient is always fatigued. Her lab test results do reveal that she previously had EBV, and a review suggests that she is not having symptoms of an active infection. As a diagnosis of chronic EBV is very controversy all and the NIH does not believe it exists we will not explore this at this time. She does suffer from insomnia and I believe she should have a sleep study as sleep apnea is likely a component of her fatigue.

4. The patient has H. pylori infection. The symptoms and treatment are discussed.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Apr 19 2017 8:00AM WMH MRN:

Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
TraMADol HCl - 50 MG Oral Tablet (Ultram);take 1 to 2 tabs every 8 hours PRN for pain; Rx.

**Immunizations**
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Chronic pain (338.29) (G89.29)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Apr 19 2017 8:00AM | WMH MRN: | |

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 19 Apr 2017 08:15 AM
BP:110/76,
HR: 66 b/min,
Resp: 15 r/min,
Temp: 97.7 F,
Height: 69.00 in, Weight: 204.000 lb, BMI: 30.1 kg/m2,
BMI Calculated: 30.12 ,
BSA Calculated: 2.08 ,
O2 Sat: 97 (%SpO2), RA.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
Psych: Alert and Oriented x3, normal affect.

**Results**

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

ASCVD Risk 14 Apr 2017 07:54 AM
- CV Calculator Ten Year Risk: 1.15
- CV Calculator Lifetime Risk: 27

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N

- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status-post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***FINAL***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
***FINAL***.

**Assessment**

History of EBV infection (075) (B27.90).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
Chronic fatigue (780.79) (R53.82).
Arthralgia of multiple sites (719.49) (M25.50).
Moderate persistent asthma (493.90) (J45.40).
H. pylori infection (041.86) (A04.8).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Chronic pain (338.29) (G89.29); Resolved: 08May2017.

**Orders**

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Apr 19 2017 8:00AM | WMH MRN: | |

Clarithromycin 500 MG Oral Tablet(Biaxin);TAKE 1 TABLET TWICE DAILY UNTIL FINISHED; Qty20; R0; Rx.
Amoxicillin 500 MG Oral Capsule;2 p0 bid for ten days, take with biaxin and omeprazole; Qty40; R0; Rx.
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Qty60; R0; Rx.
Neurology Referral; Requested for: 19 Apr 2017.
Sleep Study Referral; Requested for: 19 Apr 2017.

**Discussed**

The purpose of referrals as discussed. The risks of side effects with tramadol including addiction are discussed. Patient does not want a refill at this time and is using it sparingly. Patient has been having great difficulty with fatigue and has been missing work. She also has a lot of pain and needs further evaluations. She would like to go on FMLA on a part-time basis that she can complete her evaluation and rest. This seems very reasonable considering the extent and length of her symptoms. The patient will bring in paperwork.

If you experience new or worsening illness symptoms please call our office; after hours urgent care is available at 1820 41st Ave. in Capitola (for emergencies please go to the hospital).

If you had lab or radiology studies done and do not receive the results within 2 weeks, please contact our office and schedule an appointment to discuss results.
~If you have been referred to a specialist, please check with your insurance to make sure they contract with the specialist -- let us know if you would like us to refer you to a different specialist. Our referral coordinator will obtain authorization for referrals or special studies if required by your insurance. Please let us know if you have problems making an appointment.

Please bring a list of all your medications to every healthcare visit. Check with your pharmacist before starting new medications regarding your insurance coverage and any potential drug interactions; call us if you have a problem with your prescription.

Please keep regular healthcare appointments and schedule an annual physical to review your health status, check your blood pressure, refill your prescriptions, etc.

This note has been created with voice recognition software; please excuse any spelling or punctuation errors.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 04/19/2017 10:07 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Apr 10 2017 2:20PM

**Reason For Visit**
Total body pain & headache 6/10.
**HPI**
50 yo female, pt of Dr. Sedgwick
Presents to UC with chronic pain

Pt is on gabapentin for chronic low back pain after prolonged course of oral prednisone for asthma.
No on Cymbalta for depression.
She reports compliance with gabapentin and Cymbalta.
Pt reports acute onset of diffuse myalgia and arthralgia ~ 6 months ago.
Her prior PCP dx her with fibromyalgia but medication regimen was not changed.

Today, she reports acute exacerbation of chronic diffuse pain for almost 2 weeks.
No preceding injury.
Pain is described as achy and occasionally sharp.
Migratory pain. Seems most severe in left lower back, left hip.
Pain is waking her up from sleep.
Naproxen 500mg BID is ineffective.

Pt is getting frustrated. Pain is limited her normal activities.
Unfortunately, her PCP is out of the office this week.

.

**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Apr 10 2017 2:20PM WMH MRN:

TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

See HPI.

**Vital Signs**

Adult Female Vital Signs Recorded by Agnello, Mark on April 10,2017 03:06 PM
Height: 69 in, Weight: 92.53 kg, BMI: 30.13 , BSA: 2.08
BP: 128/84 mm Hg
Temp: 98.1 F
HR: 74 b/min ;
Resp: 16 r/min ;
Pain Scale: 6 ;

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Apr 10 2017 2:20PM

MRN: 11371144
WMH MRN:

**Physical Exam**
GENERAL APPEARANCE: Well appearing. Uncomfortable but NAD.
HEENT: NCAT. Conjunctiva and lids normal. EOMI. MMM.
NECK: Supple. Normal ROM. No cervical vertebral bony tenderness.
LUNGS: Breathing comfortably, unlabored. CTAB, no W/R/R.
HEART: Regular rate and rhythm, CRT < 2 sec. No dusky toes. No dusky fingertips. 2+ distal pulses: radial, DP.
NEUROLOGIC: Alert and oriented. CN II-XII grossly intact, Biceps reflexes 2+/symmetric, Patellar reflexes 2+/symmetric, Sensation intact, Upper and Lower ext strength 5/5.
Straight leg raise negative bilaterally in sitting position.

EXTREMITIES: MAEW but slowlyy and with no localized points of tenderness. Normal ROM.
BACK:
- Inspection: No swelling or redness. Appears symmetrical
- Palpation: No CVA tenderness bilaterally. Nontender over spine. Tender over paraspinal muscles No Muscle spasms appreciated on palpation. No SI joint tenderness with palpation and no pain with palpation over sciatic notch.
- Range of motion: FROM but slowly due to discomfort

.

**Assessment**
Chronic pain (338.29) (G89.29); Resolved: 08May2017.

**Orders**
TraMADol HCl - 50 MG Oral Tablet(Ultram);take 1 to 2 tabs every 8 hours PRN for pain; Qty30; R0; Rx.

**Plan**
Pt was unaware of fibromyalgia diagnosis.
She is on gabapentin for chronic pain.
At this time, Dr. Sedgwick (new PCP) is starting workup but is out of the office this week.
For now, treat pain - increase gabapentin to 900mg TID.
Continue activity and regular exercise as tolerated. No bedrest.
Naproxen BID. Add Ultram PRN for breakthrough pain.
Monitor for symptomatic relief.
Return to UC or report to ER for acute changes, concerns.
Otherwise, f/u with PCP in 1-2 weeks, sooner if needed.
Pt verbalizes understanding and agrees with plan.

.

**Signature**
Electronically signed by : Danessa Brown M.D.; 04/13/2017 1:05 PM PST; Author.

Danessa Brown M.D.
cc: Sedgwick,Jacqueline H

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Mar 31 2017 1:40PM

**Reason For Visit**
KIMBERLY is here for establish care. she would like to be evaluated of diffuse pain.
**HPI**
This patient is a 50-year-old woman who has had diffuse pain which has been quite extensively evaluated in the past; she presents to establish care as her primary care doctor has moved on. She has no acute complaints, but would rather like further evaluation regarding her chronic pain.

Past medical and surgical history, along with medications are listed below.

Of note she experienced much worsening symptoms after being on chronic steroids for recurrent bouts of asthma. She ended up being hospitalized for 10 days for severe asthma exasperate patient. She is maintained ongoing care with her pulmonologist who was diagnosed her with steroid myopathy.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 31 2017 1:40PM WMH MRN:

PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 31 2017 1:40PM WMH MRN:

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

History of Rosacea (695.3) (L71.9); Resolved: 31Mar2017.
History of Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017.
History of Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
History of Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017.
History of Fatigue (780.79) (R53.83); Resolved: 03Apr2017.
History of Oral thrush (112.0) (B37.0); Resolved: 03Apr2017.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 31 Mar 2017 01:48 PM
BP:123/77,
HR: 69 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 204.000 lb, BMI: 30.1 kg/m2,
BMI Calculated: 30.12 ,
BSA Calculated: 2.08 ,
O2 Sat: 99 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

Abdomen: Bowel sounds present, soft, non-distended, no masses, no hepatosplenomegaly, non-tender

Neuromuscular: Grossly equal strength and tone, no swelling or erythema of visible joints, ambulatory

Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Arthralgia of multiple sites (719.49) (M25.50).
Chronic fatigue (780.79) (R53.82).
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
History of Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016.
Moderate persistent asthma (493.90) (J45.40).

**Discussed**

Patient has had extensive studies, I will review her prior records and consider further evaluation. Patient agrees with this plan.

If you experience new or worsening illness symptoms please call our office; after hours urgent care is available at 1820 41st Ave. in Capitola (for emergencies please go to the hospital).
~If you have been referred to a specialist, please check with your insurance to make sure they contract with the specialist -- let us know if you would like us to refer you to a different specialist. Our referral coordinator will obtain authorization for referrals or special studies if required by your insurance. Please let us know if you have problems making an appointment.

Please bring a list of all your medications to every healthcare visit. Check with your pharmacist before starting new medications regarding your insurance coverage and any potential drug interactions; call us if you have a problem with your prescription.

Please keep regular healthcare appointments and schedule an annual physical to review your health status, check your blood pressure, refill your prescriptions, etc.

This note has been created with voice recognition software; please excuse any spelling or punctuation errors.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 04/03/2017 7:23 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Mar 20 2017 9:00AM

**Reason For Visit**
Follow up
Patient is a delightful 49 year old woman with history of asthma since childhood here for follow up.

Patient was last seen in clinic on 12/23/16 at which point she was continued on advair 250 spiriva 1.25 and singulair for asthma and flonase and zyrtec for PND.

She has been off prednisone since end of November 2016. However, unfortunately she developed anaphylaxis with a xolair injection at Dr. Wolfe's office on 2/6/17 which required a 10 day taper off prednisone.

Since that time patient has been well. She denies wheezing, night time awakenings or a need for rescue inhalers. However, currently with her menstural cycle she has to use albuterol. She also notes that her myalgias and bone pain worsen at that time too.

She will be celebrating her birthday tomorrow.

Her mood has improved, and suspect her depression was related to steroids. Remains on cymbalta.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 20 2017 9:00AM WMH MRN:

Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 20 Mar 2017 09:04 AM
BP:114/71, Left Upper Extremity,
HR: 58 b/min,
Temp: 98.3 F,
Weight: 200 lb,
BMI Calculated: 29.54 ,
BSA Calculated: 2.07 ,
O2 Sat: 97 (%SpO2).

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi. Slight wheeze on forced expir maneuver on right
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft
Psych: Alert and Oriented x3, normal affect.

.

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 20 2017 9:00AM WMH MRN:

**Results**
CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res
Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***FINAL***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
***FINAL***
CT Sinus Comp/Facial Ltd wo Cont 18 Nov 2016 09:09 AM
- CT Sinus Comp/Facial Ltd wo Cont
Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:

1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17,
S: 11/18/2016 10:20
***FINAL***.

**Assessment**
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016 Amended By: Ling, Andrea W 03/20/2017 09:35:45 AM PST.
Post-nasal drip (784.91) (R09.82) Amended By: Ling, Andrea W 03/20/2017 09:35:56 AM PST.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0) Amended By: Ling, Andrea W 03/20/2017 09:36:23 AM PST.

**Immunizations**
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Plan**
Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: appears more moderate persistent at this point. Has history of severe flares requiring systemic steroids. Possibly stress induced.
-prednisone for emergencies
-cont advair 250, spiriva, and singulair. Will keep advair at current dose since she had been on it since it came out
-HAS ALLERGY TO XOLAIR
-Dr. Kishiyama is getting more lab work, will have them fax to us

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 20 2017 9:00AM WMH MRN:

2) Thrush: resolved
-clotrimazole lozenges PRN

3) PND:
-cont flonase and zyrtec back up

4) Vaccines:
shot 8/2016

5) Anxiety 2/2 steroids. Now improved
-ativan PRN

6) PE: s/p three months therapy. PRovoked 2/2 to immobility

7) Depression: improving now off steroids
-on ymbalta

8) CIM:
-cont vitamin D and Calcium
-advised will likely need dexa scan soon

-f/u PRN or q 1 year.

**Signature**

Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:34 AM PST; Author.
Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:36 AM PST; Author.

Andrea W Ling M.D.

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Dec 28 2016 11:20AM

**Reason For Visit**
Pt presents fopr f/u to dicuss depression needs refill of trazadone.

**HPI**
49-year-old woman who is here for follow-up on depression. 2 weeks ago he started her on Cymbalta she took 30 mg her week and now she is up to 60 mg. She feels that her depression is improving. Her partner agrees. Patient wonders if his hormonal she seems to have more symptoms on the week before her period. We talked about the contraindication to hormone replacement therapy given her history of a pulmonary embolism within the last year. Patient has widespread body pain especially in her left leg and hip. She has not been diagnosed with fibromyalgia but she's had multiple workups for rheumatic disease which have been negative. Patient is requesting a refill on trazodone to help her sleep. She is more functional at work and injuring her week of vacation with her partner. At her last visit she had some passive suicidal ideation which has completely resolved. We talked about possible bone density test given that she was on 8 months of prednisone in the last year however we decided to defer this test as she would be unlikely to want to take bisphosphonates if she in fact had some osteoporosis. She's continuing weightbearing exercise vitamin D and calcium supplementation at this time.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Cymbalta 60 MG Oral Capsule Delayed Release Particles (DULoxetine HCl);TAKE 1 CAPSULE TWICE DAILY.; RPT
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 28 2016 11:20AM WMH MRN:

LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx.

**Past Meds**

Discontinue DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles.
Discontinue Cymbalta 60 MG Oral Capsule Delayed Release Particles(DULoxetine HCl).

**Immunizations**

PREVNAR 13
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.
Influenza (Whole); Sep 2016.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 14 Dec 2016 | Trial of Cymbalta and will hopefully will get some relief for her chronic muscle aches which is thought secondary to her long-term prednisone use earlier this year | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711)

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 28 2016 11:20AM WMH MRN:

Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on December 28,2016 10:36 AM
Weight: 201 lb, BMI: 29.68 , BSA: 2.07
BP: 97/58 mm Hg Left Upper Extremity Sitting
Temp: 97.9 F Tympanic
HR: 76 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 97 (%SpO2)
PHQ2 Total: Positive ;

.

**Physical Exam**

Tender points exam for fibromyalgia> 50% positive
Extremities hands without joint deformity or swelling.
Phq9 score 4.5.

**Assessment**

Encounter for preventive health examination (V70.0) (Z00.00).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: Dec 28 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (PrimaryCare/DMF).
Fibromyalgia (729.1) (M79.7); Last Impression: Dec 28 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty60; R3; Rx.
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Qty90; R3; Rx.

**Plan**

Return to clinic 1 month follow-up on depression.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/28/2016 11:10 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 23 2016 10:00AM

**Reason For Visit**
Follow up

Patient is a delightful 49 year old woman with severe asthma.

Patient was last seen on 11/18/16.

Off prednisone X 4 weeks!.

Arthralgia, myopathy is intermittently debilitating. Tuesday had to come home at noon.

Hips shoulders and knees and feet.

Depression worse and changed to cymbalta at SNRI.

Going swimming at the gym and some bike.

Not on vitamin D or calcium. Was on vitamin K2. Hasn't had a bone scan.

Feels different than plantar faciitis.

Had autoimmune w/u which was negative.

Saw Dr. Wolfe, trying to get on xolair. IgE was 26 (supposed to be 30).

Emphasizes she does NOT have sinusitis.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 23 2016 10:00AM WMH MRN:

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx.
Cymbalta 60 MG Oral Capsule Delayed Release Particles(DULoxetine HCl);TAKE 1 CAPSULE TWICE DAILY; Qty0; R0; RPT.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Den Uijl, Kacey on December 23,2016 09:01 AM
Height: 69 in, Weight: 210.25 lb, BMI: 31.05 , BSA: 2.11
BP: 107/66 mm Hg Left Upper Extremity Sitting
Temp: 97.6 F Oral
HR: 65 b/min R Radial ;
O2 Sat: 96 (%SpO2) RA

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear

Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sound
Psych: Alert and Oriented x3, normal affect.

**Results**

CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

* * * F I N A L * * *
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
* * * F I N A L * * *

CT Sinus Comp/Facial Ltd wo Cont 18 Nov 2016 09:09 AM
- CT Sinus Comp/Facial Ltd wo Cont

Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and

bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17, S: 11/18/2016 10:20
***FINAL***.

**Assessment**
Arthralgia of multiple sites (719.49) (M25.50).
Asthma, mild intermittent (493.90) (J45.20).
Chronic fatigue (780.79) (R53.82).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Fatigue (780.79) (R53.83).
Personal history of pulmonary embolism (V12.55) (Z86.711).

**Plan**
Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: thus far tolerating off steroids X 4 weeks
-prednisone for emergencies
-cont advair 250, spiriva, and singulair
- Dr. Wolfe working on candidacy for xolair

2) Thrush: resolved
-clotrimazole lozenges PRN

3) PND:

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 23 2016 10:00AM WMH MRN:

-cont flonase and zyrtec back up

4) Vaccines:
-will eval if had flu shot

5) Anxiety 2/2 steroids
-ativan PRN

6) PE: s/p three months therapy. PRovoked 2/2 to immobility

7) Depression: had some suicidal ideation but no intent
-recently changed to cymbalta

8) CIM:
-emphasized merits of exercise
-start vitamin D and Calcium
-advised will likely need dexa scan soon

-f/u 1 month or PRN.

**Signature**

Electronically signed by : Andrea W Ling M.D.; 12/23/2016 10:46 AM PST; Author.

Andrea W Ling M.D.

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 14 2016 9:20AM

**Reason For Visit**
F/U Allergy Testing Results (Pt has)
Discuss anxiety.
**HPI**
Patient is here for follow-up on multiple medical problems. She states her asthma is finally better controlled. She is seeing Dr. ling and is on low-dose spiriva And Advair 250/50 twice a day. She is being considered for Xolair and has a IgE level pending now that she has been off prednisone. Dr. Wolfe her allergist will be prescribing the Xolair. She already had her flu shot. She is requesting a refill on acyclovir cream and oral antiviral for occasional cold sores. Patient states she's had high resolution CT just recently was told it was normal. Asian also states that she is depressed. That occasionally she has wondered even about suicide though she has no plans to commit suicide. The first time she's ever felt this low. Patient is been working as a respiratory therapist and has a good relationship with her partner who is a volunteer with suicide prevention. Patient states she has had a very stressful last 2 years having moved to the area having had her partner be hospitalized with a depressive episode having had issues with trying to adopt children and then having been hospitalized with asthma exacerbation which failed to clear after many months earlier this year. Patient states that her pulmonologist wants her to get the Prevnar vaccine but patient left before we provided it today. Patient has been on Paxil and Lexapro in the past but did not receive long-term improvement with these medications.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Rec: 14Dec2016. List Reconciled and Reviewed.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 14 2016 9:20AM WMH MRN:

Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx.

**Past Meds**

Discontinue Qvar 80 MCG/ACT Inhalation Aerosol Solution.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 30 Aug 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711)
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 14 2016 9:20AM WMH MRN:

Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Roberts,Pam on 14 Dec 2016 08:46 AM
BP:133/71,
HR: 68 b/min,
Resp: 16 r/min,
Temp: 97.9 F,
Weight: 205.8 lb,
BMI Calculated: 30.39 ,
BSA Calculated: 2.09 ,
LMP: 24Nov2016,
O2 Sat: 98 (%SpO2),
PHQ2 Total: Positive ,
Para: 0 ,
Gravida: 0.

**Physical Exam**

PHQ 9 score 13.

**Assessment**

Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: Dec 14 2016 | Trial of Cymbalta and will hopefully will get some relief for her chronic muscle aches which is thought secondary to her long-term prednisone use earlier this year | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).

**Orders**

Renew Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Qty1; R3; Rx.
Discontinue FLUoxetine HCl - 20 MG Oral Capsule.
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Qty60; R0; Rx.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Qty30; R3; Rx.
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED; Qty1; R3; Rx.
Request Admin: PREVNAR 13.
Discontinue TiZANidine HCl - 4 MG Oral Tablet.

**Plan**

Rtc 2wk f/u depression and prevnar then.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/14/2016 2:54 PM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Nov 18 2016 10:00AM

**Reason For Visit**
Follow up

Patient is a delightful 49 year old woman with history of long standing asthma.

Patient was last seen on 10/18/16 at which time we continued advair 250/50, albuterol Started spiriva, flonase and zyrtec. And continued to wean prednisone. She was referred to Dr. Wolfe with allergy to see if she may benefit from allergy shots.

Going to Sierra foothills. Overlooking a lake for one week.

Breathing is okay.

Saw Dr. Wolfe. Inability to wean off prednisone isn't c/w asthma per him. Perforated septum with history of turbinate reduction and septoplasty. He's wondering if she has a infection in sinus that won't go away.

Had a chest CT and sinus CT at Dominican.

Got immunoglobulins checked and has f/u with Dr. Wolfe in a week or so.

She is now on 1mg of prenisone and hasn't had to use albuterol too frequently.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Rec: 18Nov2016. List Reconciled and Reviewed.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Nov 18 2016 10:00AM WMH MRN:

FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
* Dup resent for 90d/s to ES, 13 Oct 2016
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
PredniSONE 1 MG Oral Tablet;TAKE AS DIRECTED; Rx
PredniSONE 1 MG Oral Tablet;1-2 tablets daily as directed; Rx
Azithromycin 500 MG Oral Tablet (Zithromax Tri-Pak);TAKE 1 TABLET BY MOUTH ONCE A DAY FOR 3 DAYS; Rx.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Den Uijl, Kacey on November 18,2016 08:59 AM
Height: 69 in, Weight: 204.375 lb, BMI: 30.18 , BSA: 2.08
BP: 102/66 mm Hg Left Upper Extremity Sitting
Temp: 97.9 F Oral
HR: 59 b/min L Radial ;
O2 Sat: 97 (%SpO2) RA

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Nov 18 2016 10:00AM | WMH MRN: | |

Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi. Has expiratory wheeze on forced expiration
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sound
Psych: Alert and Oriented x3, normal affect.

**Results**

ANCA Abs ( Total w MPO and PR3 ) 19 Oct 2016 12:51 PM
- MYELOPEROXIDASE AB: <1.0 Flag: N
- PROTEINASE-3 AB: <1.0 Flag: N.

Personally reviewed chest CT from today: no evidence of ILD, or consolidation or concerning pathology.

Sinus report pending.

**Assessment**

Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016.
Personal history of pulmonary embolism (V12.55) (Z86.711).
Oral thrush (112.0) (B37.0).
Post-nasal drip (784.91) (R09.82).

**Orders**

Discontinue Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated.

**Plan**

Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: thus far tolerating steroid wean
-cont steroid wean, has emergency prednisone and nebs for her trip
-cont advair 250, spiriva, and singulair
-f/u with Dr. Wolfe regarding candidacy for xolair or cinquair

2) Thrush: resolved
-clotrimazole lozenges

3) PND:
-cont flonase and zyrtec back up

4) Vaccines:
-holding off influenza given s/p recent illness

5) Anxiety 2/2 steroids
-ativan PRN

6) PE: s/p three months therapy

-f/u 1 month or PRN

**Signature**

Electronically signed by : Andrea W Ling M.D.; 11/18/2016 9:42 AM PST; Author.

nChart Note

Patient: KIMBERLY SHAW
Encounter: Nov 18 2016 10:00AM

MRN: 11371144
WMH MRN:

Andrea W Ling M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Sep 16 2016 10:30AM

**Reason For Visit**
Follow up, last seen in office on 7-27-2016.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET DAILY.; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx.
**Active Problems**
Rosacea (695.3) (L71.9).
**Subjective**
She is doing well and has tapered herself off prednisone, last dose being 5 mg yesterday, and remains on Advair 500/50 one inhalation twice daily, and as needed Ventolin MDI which is in good supply. Used prednisone 2 1/2 mg daily until mid-August, and afterwards noted joint pain, feet, knees, hips and hand hurt. Need ice packs. Also developed recurrent rosacea over face, treated with a metronidazole cream. Then she resumed prednisone at 40 mg daily over labor day weekend, 40 mg daily for 4-5 days, then 20 mg daily for 4-5 days.

Now uses Naprosyn 500 mg twice daily for her arthralgias, has no GI upset.

No evidence now for rosacea, she had earlier marked facial erythema over both cheeks and chin.

Has used in the past Pulmicort Flexhaler, and will resume with ongoing use of Advair Diskus, this to minimize need for further systemic corticosteroids.

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 16 2016 10:30AM WMH MRN:

She was hospitalized twice this year, first for asthma and the second admission for right sided pulmonary embolism.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 16 Sep 2016 10:35 AM
BP:112/70, Left Upper Extremity,
HR: 57 b/min,
Temp: 97.9 F,
Weight: 206 lb,
BMI Calculated: 30.42 ,
BSA Calculated: 2.09 ,
O2 Sat: 99 (%SpO2).

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal. In good spirits.

Skin: Warm, dry, no facial rashes
Eye: Equal, round and reactive, conjunctiva clear
ENT: Good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales
Cardiovascular: Normal heart sounds, no murmurs, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sounds
Psych: Alert and Oriented x3, normal affect.

**Assessment**

Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Discussed**

START on Pulmicort Flexhaler two inhalations twice daily with use of Advair Diskus. Rinse out mouth afterwards with alcohol free mouthwash, such as Crest Oral Rinse or Rembrandt mouth wash.

Will give you Prevnar-13 on next visit this December.

Call me if Pulmicort is not covered on your insurance, may substitute Asmanex Twisthaler or Flovent Diskus, 220 mcg strength of either one.

**Orders**

Pulmicort Flexhaler 180 MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS, BY MOUTH, TWICE DAILY. RINSE MOUTH AFTER USE; Qty3; R3; Rx.
Follow-up visit in 3 months; Requested for: 16 Sep 2016.

**Signature**

Electronically signed by : David L Kipps M.D.; 09/16/2016 12:50 PM PST; Author.

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Sep 16 2016 10:30AM | WMH MRN: | |

David L Kipps M.D.

# nChart Note

## Dominican Medical Group

528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Aug 17 2016 10:20AM

### HPI

All scripts not available at time of visit. Please see scanned note.

**Allergies**

No Known Drug Allergies.

**Current Meds**

Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Tylenol 325 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY; Qty0; R0; RPT.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015 Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry

| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
|---|---|---|---|
| Encounter: | Aug 17 2016 10:20AM | WMH MRN: | |

and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9) Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

### Family Hx
CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

### Personal Hx
Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

### Vital Signs
Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on August 18,2016 04:33 PM
Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 96/66 mm Hg Left Upper Extremity Sitting
Temp: 98.3 F Tympanic
HR: 60 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 98 (%SpO2)
PHQ2 Total: Negative ;
Amended By: Shakespear Leon, Shannon 08/18/2016 16:34:34 PM PST.

### Assessment
Rosacea (695.3) (L71.9).

### Signature
Electronically signed by : Carol M Haubach M.D.; 08/17/2016 1:38 PM PST; Author.
Electronically signed by : Carol M Haubach M.D.; 08/19/2016 9:56 AM PST; Author.

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 17 2016 10:20AM | WMH MRN: | |

Carol M Haubach M.D.

# nChart Note

## Dominican Medical Group

528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jul 27 2016 9:15AM

**Reason For Visit**
Follow up, last seen in office on 6-30-2016. Kim remains at part-time employment at Dignity pulmonary rehabilitation.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Tylenol 325 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx.

**Subjective**
Doing great since yesterday, felt good and has much less afternoon fatigue. She has more endurance in working. Continues on prednisone 5 mg daily the past 10 to 14 days. Will further taper off prednisone to 2 1/2 mg daily as of August 1st. She feel able to divide tablets.

On Advair Diskus 250/50 one twice daily, well tolerates the powdered inhaler. Has Ventolin MDI rescue inhaler.

Will try Pro Air Respiclick with an introductory coupon.

Plans to resume full time employment on August 8, 2016. Typewritten note given to patient stating she has my medical clearance to return to full-time work then, without any restrictions.

**Personal Hx**
Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**
Recorded by Monjaras-Cermeno,Magali on 27 Jul 2016 09:08 AM
BP:122/73, Left Upper Extremity,
HR: 70 b/min,
Temp: 99.1 F,
Weight: 202.25 lb,

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 27 2016 9:15AM WMH MRN:

BMI Calculated: 29.87 ,
BSA Calculated: 2.08 ,
O2 Sat: 96 (%SpO2).

**Physical Exam**

Constitutional: NAD, no coughing. In great spirits.

Skin: Warm, dry, no rashes in visible areas
Eye: Pupils equal and briskly reactive, conjunctiva clear
ENT: Lips without lesions, good dentition, oropharynx clear, no monilia
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes with coughing
Cardiovascular: Normal heart sounds, no murmurs, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sounds
Psych: Alert and Oriented x3, normal affect and mood.

**Results**

Recent lab work obtained on 7-25-2016 were normal, consisting of a CBC, BASPN, comprehensive panel, thyroid functions and hemoglobin A1C of 5.9%.

**Assessment**

Asthma, mild intermittent (493.90) (J45.20).
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Discussed**

On August 1, reduce prednisone dose to 2 1/2 mg daily and continue until mid-August, if doing well then, stop daily prednisone.

**Orders**

ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Qty1; R3; Rx.
Follow-up visit in 3 months; Requested for: 27 Jul 2016.

**Plan**

Plan to get eventual PREVNAR-13 vaccination this fall when off prednisone.

**Signature**

Electronically signed by : David L Kipps M.D.; 07/27/2016 12:48 PM PST; Author.
Electronically signed by : David L Kipps M.D.; 07/27/2016 12:52 PM PST; Author.

David L Kipps M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F
Home:
Work:

Encounter Date: Jul 20 2016 10:40AM

**Reason For Visit**
Pt presents for needs rx refill, just wants to check in and fill you on whats been going on, she was almost off prednisone, but then got bronchitis and was upped to 10mg, now back on 5mg for the past two days, has not been off prednisone since December.

**HPI**
49-year-old woman who is here for follow-up on asthma and depression. Patient is a patient of Dr. Kipp's. She has been on prednisone since December of this year she was admitted to the hospital with status asthmaticus ??2. She is currently down to 5 mg a day of prednisone. She's had oligomenorrhea she's had depression fatigue facial erythema and a 20 pound weight gain since placed on prednisone. She still needs to use her rescue inhaler 3-5 times a week. She has gone back to work part time as a respiratory therapist. She lives with her partner. The child seh tried to adopt was placed with a grandparent instead. For her depression she increased her Prozac temporarily to 40 mg but did not see much of an effect. She is back down to 20 mg daily. She has no suicidal ideation. Patient is in care with a therapist. She experiences anxiety and depression.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Rec: 20Jul2016. List Reconciled and Reviewed.
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT
Tylenol 325 MG Oral Tablet;; RPT
PredniSONE 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour;TAKE 2 TABLETS BY MOUTH TWICE A DAY; RPT
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2016 10:40AM WMH MRN:

Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx.

**Past Meds**

Discontinue FLUoxetine HCl - 40 MG Oral Capsule.
Discontinue Gabapentin 300 MG Oral Capsule.
Discontinue PredniSONE 10 MG Oral Tablet.
Discontinue Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour.
Discontinue Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour.
Discontinue TiZANidine HCl - 4 MG Oral Tablet.
Discontinue TraZODone HCl - 50 MG Oral Tablet.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on July 20,2016 10:10 AM
Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 117/79 mm Hg Right Upper Extremity Sitting

Temp: 97.8 F Tympanic
HR: 56 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 96 (%SpO2)
PHQ2 Total: Negative ;
.

**Physical Exam**
PH Q9 score 9
GENERAL APPEARANCE: Well appearing, NAD
HEENT: oropharynx clear
NECK: no adenopathy
LUNGS: Clear to auscultation
HEART:Regular rhythm, without murmurs, gallops, or rubs
Can facial erythema and telangiectasias
ABDOMEN: Not distended, soft, non-tender, without hepato-splenomegaly
EXTREMITIES: no ankle edema bilaterally.

**Results**
POCT - SPIROMETRY 20 Jun 2016 12:00 AM
- ACT Score: see scanned report
XR Chest 2 Views 05 Jan 2016 06:46 AM
- XR Chest 2 Views
Report
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with prior study dated December 30. Trachea is midline. Unchanged appearance of the cardiovascular silhouette. Symmetric lung volumes with no areas of consolidation, effusion or pneumothorax. No signs of failure. No gross bony abnormalities

Impression: Stable appearance
* * *
F I N A L * * *
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35
* * * F I N A L * * *.

**Assessment**
Fatigue (780.79) (R53.83); Last Impression: Jul 20 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discussed increasing her Prozac if she does not improve once the prednisone has been tapered off. We'll check CBC TSH compresses of metabolic panel | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: Jul 20 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednisone very soon. Perhaps consider theophylline she has used this prior | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2016 10:40AM | WMH MRN: | |

Discontinue Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated.
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Qty60; R6; Rx.
LORazepam 0.5 MG Oral Tablet(Ativan);Take 1 every 6-8 hours as needed; Qty30; R0; Rx.
CBC wAutoDiff* Man Diff If Ind; Requested for: 20 Jul 2016.
CMP Comprehensive Metabolic Panel wEGFR; Requested for: 20 Jul 2016.
Hemoglobin A1c with MPG; Requested for: 20 Jul 2016.
TSH wRfx T4 Free; Requested for: 20 Jul 2016.
MA Mammography Screening (Bilateral); Requested for: 20 Jul 2016.

**Plan**

Return to clinic well woman exam and follow-up on depression/anxiety and asthma next available. Communicate labs via portal.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 07/20/2016 1:47 PM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW    MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jun 20 2016 9:00AM

**Reason For Visit**
Follow up, last seen in office on 6-9-2016, having been earlier seen 3-30-2016 in office.
**HPI**
Since last seen on 6-9-2016, she continues to experience "upper chest burning," whick mainly occurs at night and while working at the Dominican Community campus. She also has continued pronounced fatigue. Late last week, she reported to me difficulty walking about the Community campus hospital building without stopping. Noted then also exertional shortness of breath. She has infrequent cough, which is non-productive. No associated fever, chills or further sore throat.

Completed 10 day course of fluconazole for monilia infection.

She remains on prednisone 40 mg daily since June 3, 2016. Also she continues to use Advair 250/50 mcg one inhalation BID and PRN use of Ventolin inhaler, several times daily. She is no longer taking theophylline or Xarelto (latter medication stopped last May, finishing three month therapy for pulmonary emboli in RLL).

Has returned last week to part-time employment at Dominican pulmonary rehabilitation (for 4 hours daily), and she wishes to continue the same until August 8, 2016 when she then plans to hopefully resume full-time employment.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
LORazepam 1 MG Oral Tablet;; RPT
Montelukast Sodium 10 MG Oral Tablet;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT
Tylenol 325 MG Oral Tablet;; RPT
PredniSONE 10 MG Oral Tablet;; RPT
Xarelto 15 MG Oral Tablet;take 15 BID for three weeks; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour;TAKE 2 TABLETS BY MOUTH TWICE A DAY; RPT

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jun 20 2016 9:00AM | WMH MRN: | |

Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
PredniSONE 20 MG Oral Tablet;When directed, take two tablets daily when with worsening chest congestion.; Rx
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
LORazepam 1 MG Oral Tablet;Take one tablet up to three times daily for anxiety or insomnia.; Rx
Fluconazole 100 MG Oral Tablet;TAKE 2 TABLETS ON THE FIRST DAY, THEN 1 TABLET DAILY ON DAYS 2 THRU 10.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET DAILY; Rx.

**Subjective**

Patient appears fatigued, but breathing easily on room air without coughing. Her room air oximetry today was normal at 96%. Lowest oxygen saturation noted recently by patient on RA was 93%.

Today she took prednisone 40 mg daily and used her Advair Diskus about 0800 hours. Will check pre- and post-BD spirometry, last checked in office on 2-16-2016.

**PMH**

History of Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 20 Jun 2016 08:58 AM
BP:107/67, Left Upper Extremity,
HR: 71 b/min,
Temp: 98.3 F,
Weight: 200 lb,
BMI Calculated: 29.54 ,
BSA Calculated: 2.07 ,
O2 Sat: 96 (%SpO2).

**Physical Exam**

Constitutional: NAD, normal RA oximetry, no pronounced coughing. Appears fatigued.

Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Good dentition, oropharynx clear, no monilia
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear on tidal breathing, bilateral faint forced expiratory wheezing, primarily upper airway.
Cardiovascular: Normal heart sounds, no murmurs, no edema
Abdomen: Soft, non-tender, no masses, normal bowel sounds
Psych: Alert and Oriented x3, normal affect, depressed mood.

**Results**

Pre- and post-bronchodilator spirometry today (done in office) completely normal, showing no airflow obstruction or pulmonary restriction.

**Assessment**

Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Chronic fatigue (780.79) (R53.82).

**Discussed**

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jun 20 2016 9:00AM WMH MRN:

Advise to reduce prednisone starting June 21, to 20 mg per day with further taper planned. Continue to use Advair diskus and as needed Ventolin inhaler. Rinse out mouth carefully after using Advair.

CALL office next week and report on symptoms, and plans for further tapering in her prednisone dose.

**Orders**

POCT - SPIROMETRY; Requested for: 20 Jun 2016.
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF TWICE DAILY; Qty1; R6; Rx.
PredniSONE 20 MG Oral Tablet;One tablet daily, later taper dose as directed by Dr. Kipps; Qty30; R1; Rx.
Follow-up visit in 3 weeks; Requested for: 20 Jun 2016.
Need Matrix Absence Management disability forms to fill out for part-time employment from 6-20 to 8-8-2016. This has been discussed with patient's manager, Eric Hand at Dominican Lifestyle management.

Patient states that proper wording includes "may work up to 4 hours per day without restrictions.".

**Plan**

Short typewritten note given to patient stating that part-time employment to begin today and plans to continue part-time until 8-8-2016.

**Signature**

Electronically signed by : David L Kipps M.D.; 06/20/2016 4:15 PM PST; Author.

David L Kipps M.D.

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jun 9 2016 9:00AM

**Reason For Visit**
Follow up, last seen in office on 3-30-2016.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
LORazepam 1 MG Oral Tablet;; RPT
Montelukast Sodium 10 MG Oral Tablet;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT
Tylenol 325 MG Oral Tablet;; RPT
PredniSONE 10 MG Oral Tablet;; RPT
Xarelto 15 MG Oral Tablet;take 15 BID for three weeks; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour;TAKE 2 TABLETS BY MOUTH TWICE A DAY; RPT
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
PredniSONE 20 MG Oral Tablet;When directed, take two tablets daily when with worsening chest congestion.; Rx
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Azithromycin 250 MG Oral Tablet;2 tablets first day, then 1 tablet daily for four more days; Rx.
**Subjective**
Appears quite fatigued, and has become ill since Wednesday evening, June 1st with more cough and chest burning, on prednisone 5 mg daily, increased to 10 mg on June 3rd by herself. Later that day, I called patient and had her increase further prednisone to 40 mg daily, which she remains on. Has productive cough of thick yellow to dark yellow mucus. Has increased wheezing, and exertionally dyspneic. No infectious contacts. No fever.

No antibiotic allergies. Started on azithromycin Z-pack on June 7th, usual course.

Recently hospitalized twice at Dominican, initially for status asthmaticus from 12-29 to 1-9-2016, then repeat hospitalization for pulmonary emboli to RLL from 1-19 to 1-22-2016 treated with Xarelto 15 mg BID for 3 weeks, Xarelto then 20 mg daily and discontinued on May 11th. Resumed work mid-March, 2016 for six hours daily.

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jun 9 2016 9:00AM WMH MRN:

Remains on Advair 250/50 one inhalation BID, PRN Ventolin MDI, nebulized albuterol 0.083% two to three times daily, and montelukast 10 mg each evening, and Prozac 20 mg daily. No theophylline.

Rinses after using Advair diskus. Note mild monilial posterior pharyngeal exudate.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 09 Jun 2016 09:02 AM
BP:133/78, Left Upper Extremity,
HR: 95 b/min,
Temp: 99 F,
Weight: 196 lb,
BMI Calculated: 28.94 ,
BSA Calculated: 2.05 ,
O2 Sat: 98 (%SpO2).

**Physical Exam**

GENERAL APPEARANCE: Fatigued appearing, NAD, occasional cough

VITALS: As Recorded, temperature measured at 99 degrees F.
HEENT: oropharynx clear
NECK: Supple, FROM, no adenopathyNo jugular venous distention
LUNGS: Clear to percussion, no consolidation signs, mild tussive wheezing.
HEART:Regular rhythm, without murmurs, gallops, or rubs
ABDOMEN: normal bowel sounds
EXTREMITIES: no ankle edema bilaterally.

**Assessment**

Pulmonary embolism (415.19) (I26.99); Resolved: 11May2016; in RLL 1/20/16 after hospitalization/immobilization dr ellison recommends 3 mo anticoag only.
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Asthma, mild intermittent (493.90) (J45.20).
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901).
Acute bronchitis, unspecified organism (466.0) (J20.9).

**Discussed**

Remain active and well hydrated.

Increase your azithromycin to 500 mg daily for total of six days starting today.

Continue prednisone at 40 mg daily, but may double dose to 40 mg twice daily should wheezing worsen, continue until you contact Dr. Kipps.

Start fluconazole two tablets initially and then one tablet daily for nine more days.

Continue using albuterol nebulizer every three to four hours.

**Orders**

Azithromycin 500 MG Oral Tablet;TAKE 1 TABLET DAILY; Qty5; R0; Rx.
Fluconazole 100 MG Oral Tablet;TAKE 2 TABLETS ON THE FIRST DAY, THEN 1 TABLET DAILY ON DAYS 2 THRU 10; Qty11; R0; Rx.

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jun 9 2016 9:00AM | WMH MRN: | |

LORazepam 1 MG Oral Tablet;Take one tablet up to three times daily for anxiety or insomnia; Qty30; R0; Rx.
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Qty2; R3; Rx.
Follow-up visit in 1 week; Requested for: 09 Jun 2016.

**Signature**

Electronically signed by : David L Kipps M.D.; 06/09/2016 3:42 PM PST; Author.

David L Kipps M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 27 2016 11:00AM

**Reason For Visit**
Pt presents for ER f/u.
**HPI**
48-year-old woman who is here for hospitalization follow-up. She was hospitalized asthma with status asthmaticus was discharged after a prolonged course and then readmitted with small multiple pulmonary emboli last week. She is currently starting to feel better. She saw her pulmonologist yesterday who performed a pulmonary function test and she was told it was normal. She is on 10 mg of prednisone on a slow taper per his recommendation. She is also on Advair 500/50 twice a day. She has not needed to use her albuterol. She persists with a pain in the right middle lung area since she was first hospitalized. She is currently taking 15 mg twice a day which will be decreased to 20 mg daily after completing the 21 day course of 15 mg twice a day. She is also taking theophylline 300 mg twice a day. She had a level drawn in the hospital which was normal on this dose. Her plan is to see her pulmonologist and Dr. Ellison's office every few months. Her plan is to go back to work part time on 9 February. Patient is feeling somewhat weak and sad. Her Prozac was increased to 40 mg. She is having some insomnia would like to use Ambien as this helps her sleep better than trazodone which dries out her mouth. She is here with her wife and foster child. She is feeling somewhat overwhelmed.

Denies any Family history of hypercoagulability clots or PEs.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
LORazepam 1 MG Oral Tablet;; RPT
Montelukast Sodium 10 MG Oral Tablet;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT
Tylenol 325 MG Oral Tablet;; RPT
PredniSONE 10 MG Oral Tablet;; RPT
Xarelto 15 MG Oral Tablet;take 15 BID for three weeks; RPT
Xarelto 20 MG Oral Tablet;take one po qd for 2 months; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT.

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 27 2016 11:00AM WMH MRN:

**Immunizations**
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Active Problems**
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Depression (311) (F32.9); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 30 Dec 2015 | Not improving with prednisone and doxycycline and albuterol neb treatments every 3 hours. Patient referred to emergency department | Haubach, Carol M (Family Medicine)
Influenza-like illness (487.1) (J11.1); Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 29 Dec 2014 | Ambien renewed trazodone discontinued | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); in RLL 1/20/16 after hospitalization/immobilization dr ellison recommends 3 mo anticoag only
URI, acute (465.9) (J06.9).

**PMH**
History of URI, acute (465.9) (J06.9); Resolved: 27Jan2016.
History of Influenza-like illness (487.1) (J11.1); Resolved: 27Jan2016.
History of Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016.

**Family Hx**
CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**
Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**
Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on January 27,2016 10:10 AM
BP: 103/81 mm Hg Right Upper Extremity Sitting
Temp: 97.3 F
HR: 68 b/min ;
O2 Sat: 97 (%SpO2)
PHQ2 Total: Negative ;
LMP: 21Dec2015 ;

**Physical Exam**

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 27 2016 11:00AM WMH MRN:

GENERAL APPEARANCE: No shortness of breath, tearful when discussing recent hospitalization
HEENT: TMs normal, oropharynx clear no thrush
NECK: Supple, FROM, no adenopathy
LUNGS: Clear to auscultation
HEART:Regular rhythm, without murmurs, gallops, or rubs
EXTREMITIES: Without clubbing, cyanosis, or edema calves/popliteal fossae nontender no cords.

**Assessment**

Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: Jan 27 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (PrimaryCare/DMF).
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: Jan 27 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (PrimaryCare/DMF).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: Jan 27 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (PrimaryCare/DMF).
Pulmonary embolism (415.19) (I26.99); in RLL 1/20/16 after hospitalization/immobilization dr ellison recommends 3 mo anticoag only; Last Impression: Jan 27 2016 | First provoked PE , no family history of hypercoagulability. Plan is 21 day at 15 mgxarelto twice a day then decreased to 20 mg daily for the last 2 months | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Renew Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Qty180; R6; Rx.
Renew Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP; Qty15; R3; Rx.

**Plan**

Return to clinic 6 weeks re evaluate depression.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 01/27/2016 10:52 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 14 2016 10:00AM

**Reason For Visit**
After being seen here went to ER, was addmitted stayed for 10 days was released this past staurday.
**HPI**
48-year-old female presents for hospital follow-up. She was inpatient for 10 days for status asthmaticus. She continues to do gradually better. She has been discharged on January 9, 5 days ago.
She saw her pulmonologist, Dr. David Kipps, yesterday and he reviewed her medications. He did increase her theophylline to 300 mg twice a day.
She is still tapering off prednisone and has approximately 20 days left.
Her energy is very little. She is able to ambulate to the restroom and do some activities of daily living.
Her wife Jamie, has been taken very good care of her including keeping track of medications etc.
They also have a foster daughter for the last 7 weeks.
Fluoxetine has been increased to 40 mg as well do to the stress of her hospitalization.
She only has occasional cough, sputum is now white, no more yellow or green sputum.
She is using her albuterol nebulizer regularly.
.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
Ipratropium Bromide 0.02 % Inhalation Solution;1 dose in nebulizer now; ReqA
Doxycycline Hyclate 100 MG Oral Tablet;1 by mouth twice a day for 10 days; Rx
PredniSONE 20 MG Oral Tablet;2 po qd for 5d; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
LORazepam 1 MG Oral Tablet;; RPT
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
Fluconazole 100 MG Oral Tablet;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 14 2016 10:00AM WMH MRN:

Tylenol 325 MG Oral Tablet;; RPT.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Active Problems**

Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Depression (311) (F32.9); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 30 Dec 2015 | Not improving with prednisone and doxycycline and albuterol neb treatments every 3 hours. Patient referred to emergency department | Haubach, Carol M (Family Medicine)
Influenza-like illness (487.1) (J11.1); Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 29 Dec 2014 | Ambien renewed trazodone discontinued | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on January 14,2016 09:17 AM
Weight: 180.0125 lb, BMI: 26.58 , BSA: 1.98
BP: 128/81 mm Hg Right Upper Extremity Sitting
Temp: 98.4 F Tympanic
HR: 75 b/min ;
Resp: 18 r/min ; Normal
O2 Sat: 97 (%SpO2)
PHQ2 Total: Negative ;

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 14 2016 10:00AM | WMH MRN: | |

**Physical Exam**
Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular: Normal heart sounds, no murmurs, no edema
Abdomen: Soft, non-tender, no masses, no hepatosplenomegaly
Psych: Alert and Oriented x3, normal affect.

**Results**
CBC Hemogram 09 Jan 2016 05:44 AM
- WBC: 22.3 Reference Range: 5.0-11.0 Flag: H
- RBC: 4.16 Reference Range: 4.20-5.40 Flag: L
- Hgb: 12.6 Reference Range: 12.0-16.0
- Hct: 37.9 Reference Range: 36.0-48.0
- MCV: 91.0 Reference Range: 83.0-99.0
- MCH: 30.3 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 12.9 Reference Range: 11.5-14.5
- Plt: 297 Reference Range: 130-400
- MPV: 7.3 Reference Range: 6.0-10.0
- Scan: Scan^Scan

Basic Metabolic Panel 09 Jan 2016 05:44 AM
- Sodium: 134 Reference Range: 136-145 Flag: L
- Potassium: 4.2 Reference Range: 3.4-5.0
- Chloride: 102 Reference Range: 98-107
- CO2: 23 Reference Range: 19-27
- Glucose Level: 180 Reference Range: 70-99 Flag: H
- BUN: 12.0 Reference Range: 7.0-18.7
- Creatinine: 0.9 Reference Range: 0.6-1.1
- Calcium: 8.8 Reference Range: 8.4-10.2

GFR Estimated 09 Jan 2016 05:44 AM
- GFR Estimated: >60 Reference Range: >=60

CBC Differential Auto 09 Jan 2016 05:44 AM
- Neut%: 87.6 Reference Range: 40.0-74.0 Flag: H
- Lymph%: 8.6 Reference Range: 19.0-48.0 Flag: L
- Mono%: 3.5 Reference Range: 3.5-9.0
- Eos%: 0.0 Reference Range: 0.0-7.0
- Baso%: 0.3 Reference Range: 0.0-1.5
- ABS Neut: 19.5 Reference Range: 1.9-8.0 Flag: H
- ABS Lymph: 1.9 Reference Range: 0.9-5.2
- ABS Mono: 0.8 Reference Range: 0.2-1.0
- ABS Eos: 0.0 Reference Range: 0.0-0.8
- ABS Baso: 0.1 Reference Range: 0.0-0.2
- nRBC Auto: 0.1 Reference Range: 0.0-1.0

Potassium Level 08 Jan 2016 04:10 PM
- Potassium: 4.4 Reference Range: 3.4-5.0

Potassium Level 08 Jan 2016 09:39 AM
- Potassium: 3.7 Reference Range: 3.4-5.0

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 14 2016 10:00AM WMH MRN:

Magnesium Level 08 Jan 2016 05:29 AM
- Mg: 2.2 Reference Range: 1.6-2.6
Theophylline Level 08 Jan 2016 05:29 AM
- Theophylline Level: 9.4 Reference Range: 10.0-20.0 Flag: L
Basic Metabolic Panel 08 Jan 2016 05:29 AM
- Sodium: 135 Reference Range: 136-145 Flag: L
- Potassium: 3.8 Reference Range: 3.4-5.0
- Chloride: 103 Reference Range: 98-107
- CO2: 26 Reference Range: 19-27
- Glucose Level: 155 Reference Range: 70-99 Flag: H
- BUN: 11.0 Reference Range: 7.0-18.7
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 8.5 Reference Range: 8.4-10.2
GFR Estimated 08 Jan 2016 05:29 AM
- GFR Estimated: >60 Reference Range: >=60
Theophylline Level 07 Jan 2016 05:25 AM
- Theophylline Level: 9.3 Reference Range: 10.0-20.0 Flag: L
Potassium Level 07 Jan 2016 05:25 AM
- Potassium: 4.0 Reference Range: 3.4-5.0
Magnesium Level 07 Jan 2016 05:25 AM
- Mg: 2.3 Reference Range: 1.6-2.6
Basic Metabolic Panel 06 Jan 2016 05:48 AM
- Sodium: 136 Reference Range: 136-145
- Potassium: 4.4 Reference Range: 3.4-5.0
- Chloride: 102 Reference Range: 98-107
- CO2: 26 Reference Range: 19-27
- Glucose Level: 148 Reference Range: 70-99 Flag: H
- BUN: 8.0 Reference Range: 7.0-18.7
- Creatinine: 1.0 Reference Range: 0.6-1.1
- Calcium: 9.1 Reference Range: 8.4-10.2
GFR Estimated 06 Jan 2016 05:48 AM
- GFR Estimated: 59 Reference Range: >=60 Flag: L
Theophylline Level 06 Jan 2016 05:48 AM
- Theophylline Level: 9.6 Reference Range: 10.0-20.0 Flag: L
Magnesium Level 06 Jan 2016 05:48 AM
- Mg: 2.4 Reference Range: 1.6-2.6
XR Chest 2 Views 05 Jan 2016 06:46 AM
- XR Chest 2 Views
Report
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with prior study dated December 30. Trachea is midline. Unchanged appearance of the cardiovascular silhouette. Symmetric lung volumes with no areas of consolidation, effusion or pneumothorax. No signs of failure. No gross bony abnormalities

Impression: Stable appearance
***
FINAL***

Patient: KIMBERLY SHAW
Encounter: Jan 14 2016 10:00AM

MRN: 11371144
WMH MRN:

Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35
***FINAL***.

**Assessment**

Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016.

**Plan**

Continue with regular follow-ups with Dr. Sent with us as needed.
Discussed it may take weeks to fully develop the energy from the illness.
Advised to follow-up sooner as needed.
She will be off work till February 2, possibly later.
Discussed importance of medication tapers, patient and wife are well aware.
.

**Signature**

Electronically signed by : Courtney Widmann P.A.; 01/14/2016 9:49 AM PST; Author.

Courtney Widmann P.A.

# Consultation

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 1 2016 12:33PM

Consultation

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40041964

PATIENT LOCATION: 2NE 2323 00

ATTENDING PHYSICIAN:

REFERRING PHYSICIAN:

CONSULTANT: David L. Kipps, M.D.

DATE OF CONSULTATION: 01/01/2016

ATTENDING PHYSICIAN:
Dr. Michael Suval

REASON FOR CONSULTATION:
Pulmonary consultation requested today by Dr. Suval for assistance in management of decompensated asthmatic bronchitis, apparently triggered by a viral upper respiratory infection occurring on 12/27/2015.

HISTORY OF PRESENT ILLNESS:
This is the third Dominican hospitalization for this depressed appearing 48-year-old married white female, a nonsmoker, who has a lifelong history of asthma. She has been hospitalized since 12/30/2015 when admitted via the emergency department in status asthmaticus.

She is a Dominican respiratory therapist who primarily works in the pulmonary rehabilitation program at the Community Hospital campus. She has never been previously intubated for asthma, and was last hospitalized overnight for acute asthma 18 years ago, and was last seen in the emergency department for asthma in 2006.

She appears to be quite compliant with her inhalers which include non-absorbed

Consultation

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 12:33PM WMH MRN:

corticosteroids, having been well maintained on either Advair 250/50 or 500/50 one inhalation twice daily, the higher dose Advair used during winter months. For the past 6 months, she has been switched to Breo Ellipta at beginning dose of 100/25 mcg 1 inhalation daily. With this medication, she noted a recent flare in her asthma occurring around Thanksgiving time this year, which was treated with increased use of albuterol inhaler and 5 days of prednisone, continuing to use her Breo Ellipta 100/25, at standard dose. She improved and felt to be at baseline status until she became sick again on 12/27/2015 when she
shared a respiratory infection with her wife, developing quickly worsening chest
congestion, productive cough of yellow mucus, and worsening exertional dyspnea.
She was seen the next day by her primary physician, Carol Haubach MD, who placed
her on prednisone 40 mg daily and doxycycline 100 mg b.i.d. Patient began to use also nebulized albuterol at home which is unusual for her. She continued on
the same dose of Breo Ellipta. Despite this therapy, she continued to worsen, with markedly increased exertional dyspnea which scared her, and was seen again
by her physician on the morning of 12/30, who referred to Dominican Emergency Department, arriving there at 1116 hours, with initial temperature of 36.7 degrees centigrade, heart rate is 78 and regular, respiratory rate 18, and blood
pressure 143/69 with a room air oxygen saturation of 100%. While in the emergency department, she received two respiratory treatments containing albuterol 5 mg mixed with ipratropium 0.5 mg, with partial relief. She also was
given 60 mg of prednisone shortly before noon.

Two-view chest x-ray showed normal size heart with clear lung fields, interpretation being no acute cardiopulmonary disease. Her EKG was also unremarkable, showing sinus arrhythmia, heart rate is 61 per minute, with QRS axis of +45 degrees showing isoelectric ST segments with biphasic T-wave inversions in the anterior precordial leads and lead 3. She remained quite bronchospastic and exertionally dyspneic, requiring hospitalization.

Since admission she has received IV Solu-Medrol 60 mg q.6h., IV antibiotics (azithromycin and ceftriaxone) for the past 3 days, and routinely administered DuoNeb by nebulization. She continues also on Breo Ellipta at her dose of 100/25 mcg daily. Since admission, she has noted worsening sore throat, and has
oral monilia evident by exam. She was started on fluconazole yesterday, at 100
mg daily.

She has never used higher doses of Breo Ellipta, having used in the past variable doses Advair Diskus. She has a history of allergic rhinitis and took montelukast in the past, drug discontinued for unclear reasons.

ALLERGIES:
She has no known drug allergies.

PAST MEDICAL HISTORY:
She has a long history of depression which she feels has worsened being perimenopausal. She has taken Prozac 20 mg daily for some time. As noted, there is a lifelong history of asthma requiring multiple hospitalizations in

**Consultation**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 12:33PM WMH MRN:

childhood. She has had an appendectomy in 2002 and most recently underwent laparoscopic cholecystectomy on 05/21/2015 by Dr. Louis Lee.

SOCIAL HISTORY:
She is employed by Dominican as a respiratory therapist, directing the outpatient pulmonary rehabilitation program. She is a nonsmoker, and no one else smokes at her residence. She is married, patient's wife has recently been ill with a respiratory infection, not treated with antibiotics. They recently adopted a young daughter, child has been healthy.

CURRENT MEDICATIONS:
Taken at time of admission consist of the following:
1. Breo Ellipta 100/25 mcg one inhalation daily.
2. Nebulized albuterol 2.5 mg every 2-4 hours.
3. Prozac 20 mg daily.
4. Baclofen 5-10 mg q. 4-6h. p.r.n. muscle spasm.
5. Gabapentin 600 mg t.i.d. p.r.n. muscle pain.
6. Ambien 5 mg q.h.s.
7. Recently used prednisone 40 mg daily beginning on 05/28/2015.
8. Naprosyn 500 mg q.12h. p.r.n. muscle pain.

PHYSICAL EXAMINATION:
GENERAL: The patient is an alert and cooperative white female who is breathing easily room air, yet still remains exertionally dyspneic.
VITAL SIGNS: Temperature 36.9 degrees centigrade, heart rate 90, respiratory rate 20, blood pressure 135/81 and room air oxygen saturation 95%.
HEAD: Atraumatic, no sinus tenderness.
EYES: Sclerae nonicteric, pupils equal and briskly reactive.
MOUTH: Excoriations over the hard palate, with monilial exudate evident along the uvula and posterior pharyngeal wall. She had a brisk gag response. Her voice is mildly hoarse.
Neck: Supple, no palpable adenopathy or neck vein distention.
LUNGS: Symmetric chest expansion without splinting, bilateral moderate pitched expiratory wheezing in all lung fields with no tubular breath sounds or crackles appreciated. Heart: Regular heart tones without murmur or gallop.
ABDOMEN: Soft, nontender, with well-healed laparoscopic cholecystectomy scars.
She has normoactive bowel sounds.
EXTREMITIES: Show no peripheral edema, calf asymmetry or compression tenderness. There is no digital clubbing.

PERTINENT LABORATORY DATA:
Serum electrolytes this morning show mild elevation in serum chloride due to IV normal saline use: Sodium 141, potassium 4.2, chloride 110 and serum CO2 23; BUN 12, with serum creatinine of 0.8. She has fasting hyperglycemia from IV Solu-Medrol with a sugar today of 175 mg/dL. Large panel otherwise unremarkable with normal serum magnesium of 2.3 mg/dL and calcium 9.0 mg/dL. Her serum albumin is mildly reduced from IV hydration to 3.4 g/dL. Her white blood count is elevated this morning to 14,400, believed secondary to IV steroid use: White cell differential is left-shifted with lymphopenia. Her hemoglobin/hematocrit

**Consultation**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 12:33PM WMH MRN:

have remained stable at 11.8/36.2% and platelet count also normal at 377,000. No arterial blood gases have been drawn.

IMPRESSION:
This lifelong asthmatic required hospitalization 2 days ago for status asthmaticus, apparently triggered by a likely viral upper respiratory infection shared with her partner. Her admission 2 view chest x-ray was completely clear, and pneumonia is doubted. In retrospect, she is underdosed on
Breo Ellipta 100/25 mcg used once daily, and apparently needs higher maintenance
dose inhaled corticosteroids. She can resume use of Advair 250/50 or 500/50 twice daily or use higher dose Breo Ellipta 200/25 mcg once daily. This was discussed in detail with the patient. She has steroid hyperglycemia and oral monilial pharyngitis is evident. Finally, she notes worsening depression and may
benefit from increased doses of Prozac.

PLAN:
1. Discontinue azithromycin and ceftriaxone as pneumonia unlikely, continue fluconazole for oral monilia.
2. Reduce IV Solu-Medrol by 50%, and double dose of Prozac to 40 mg daily.
3. Resume montelukast, used in the past without side effects, dose 10 mg each evening.
4. Needs to either resume after discharge twice daily Advair Diskus or use higher dose Breo Ellipta as discussed above.
5. Home in several days when largely wheeze free, anticipate 2-3 more days in the hospital.

Thank you for requesting pulmonary consultation. I will follow and assist in her respiratory management.

DAVID L. KIPPS, M.D., FCCP

DLK/EG
D: 01/01/2016 12:33:46
T: 01/01/2016 13:56:35

Internal Job: 682908237
External Job: 1261468

cc:
Michael Suval, D.O.

Carol Haubach, M.D.
CAROL HAUBACH

Electronically Signed By:
Kipps MD, David L
On 01/02/16 07:12
Co Signature By:
Modified Signature By:

Consultation

Patient: KIMBERLY SHAW
Encounter: Jan 1 2016 12:33PM

MRN: 11371144
WMH MRN:

Kipps MD, David L
On 01/02/16 07:12

David L Kipps M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Dec 30 2015 11:40AM

**Reason For Visit**
Pt presents for still not feeling better, seemd to be alot worse, been using her nebulizer and inhalers, but nothings helping.

**HPI**
48-year-old woman here for triage appointment for asthma exacerbation not improving. Was seen on Monday with asthma exacerbation was started on prednisone 40 mg a day and doxycycline 100 mg twice a day. She is using her albuterol nebulizer every 3 hours at home and still not clearing in between treatments. She was up all night using her nebulizer last night. She is feeling tired. She has a productive cough. No fevers. feeling jittery from meds.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
Breo Ellipta 100-25 MCG/INH Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION ONCE DAILY.; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;TAKE 1 CAPSULE DAILY; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Ipratropium Bromide 0.02 % Inhalation Solution;1 dose in nebulizer now; ReqA
Doxycycline Hyclate 100 MG Oral Tablet;1 by mouth twice a day for 10 days; Rx
PredniSONE 20 MG Oral Tablet;2 po qd for 5d; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution;INHALE 1 UNIT DOSE Every 4 hours PRN coughing or wheezing; Rx.

**Immunizations**
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Active Problems**
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 30 2015 11:40AM WMH MRN:

Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Depression (311) (F32.9); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 28 Dec 2015 | LRTI, consider early bacterial pneumonia; will cover for typical and atypical organisms with doxycycline 100 mg 1 by mouth twice a day. Prednisone 40 mg a day for 5 days with instructions to continue for another few days if no improvement or worse when h | Haubach, Carol M (Family Medicine)
Influenza-like illness (487.1) (J11.1); Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 29 Dec 2014 | Ambien renewed trazodone discontinued | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on December 30,2015 10:31 AM
BP: 103/72 mm Hg Right Upper Extremity Sitting
Temp: 97.2 F
HR: 71 b/min ;
Resp: 18 r/min ; Wheezing
O2 Sat: 99 (%SpO2)

**Physical Exam**

GENERAL APPEARANCE: Sitting forward in tripod position speaking in quiet voice looks tired
Peak flow 290 and 340 before neb treatment
neck supple no lan
LUNGS: Wheezes in all lung fields post neb x1 increased air entry b/l and minimal wheezing b/l
cor rrr at 80
ext: tremor BUE.

**Assessment**

Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: Dec 30 2015 | Not improving with prednisone and doxycycline and albuterol neb treatments every 3 hours. Patient referred to emergency department | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Request Admin: Ipratropium-Albuterol 0.5-2.5 (3) MG/3ML Inhalation Solution;INHALE 1 VIAL Now As Directed; Qty0; R0; 0.

**Plan**

To ed for further eval and rx. tc to triage nurse aware of pts needs.

**Signature**

nChart Note

Patient: KIMBERLY SHAW
Encounter: Dec 30 2015 11:40AM

MRN: 11371144
WMH MRN:

Electronically signed by : Carol M Haubach M.D.; 12/30/2015 11:13 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 28 2015 5:20PM

**Reason For Visit**
Poss. Bronchitis x 2 days.

**HPI**
48-year-old woman with a history of moderate severe asthma with a worsening cough for the last 2 days. One month ago she was seen here diagnosed with exacerbation of reactive airways is given a 5 day prednisone course to occur about a week to get better but then went back to work and felt fine. In the meantime she has begun fostering a 4-year-old who is in preschool and also her partner has a upper respiratory infection. Patient woke up 2 days ago feeling more short of breath having to use her inhaler every 3 hours. She hasn't had a fever she does feel more short of breath with walking. She has some slight discomfort in the right upper chest area with deep inspiration. No hemoptysis. No sinus congestion or sore throat currently. She does have some right ear discomfort.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
Breo Ellipta 100-25 MCG/INH Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION ONCE DAILY.; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
PredniSONE 20 MG Oral Tablet;2 po qd for 5d; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;TAKE 1 CAPSULE DAILY; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx.

**Vital Signs**
Recorded by Roberts,Pam on 28 Dec 2015 10:05 AM
BP:118/70,
HR: 67 b/min,
Resp: 16 r/min,
Temp: 98.6 F,
Height: 69 in, Weight: 190 lb, BMI: 28.1 kg/m2,
BMI Calculated: 28.06 ,
BSA Calculated: 2.02 ,
O2 Sat: 98 (%SpO2),
PHQ2 Total: Negative.

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 28 2015 5:20PM WMH MRN:

**Physical Exam**

GENERAL: Coughing slightly tired appearing

EYES: PERRL EOMI

EARS: Partial view of bilateral TM's grey with normal landmarks bilaterally right external auditory canal has impaction of wax inferiorly-recommended otc colace and ear lavage with bulb syringe

NOSE: Clear without congestion or rhinorrhea

SINUS: No sinus tenderness.

OROPHARYNX: Clear without exudates. Tonsillary hypertrophy absent

NECK: Supple No significant adenopathy.

LUNGS: No tachypnea wheezes diffusely and esp. right base pre-neb treatment ; post tx few wheezes R anterior chest area, increased AE bilaterally

HEART: RRR without murmur

.

**Assessment**

Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: Dec 28 2015 | LRTI, consider early bacterial pneumonia; will cover for typical and atypical organisms with doxycycline 100 mg 1 by mouth twice a day. Prednisone 40 mg a day for 5 days with instructions to continue for another few days if no improvement or worse when he discontinues the prednisone. Patient is advised to come back and see me if she has any worsening or no improvement. | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Renew PredniSONE 20 MG Oral Tablet;2 po qd for 5d; Qty10; R1; Rx.
Doxycycline Hyclate 100 MG Oral Tablet;1 by mouth twice a day for 10 days; Qty20; R0; Rx.
Request Admin: Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution;1 unit dose in nebulizer now; Qty0; R0; 0.
Request Admin: Ipratropium Bromide 0.02 % Inhalation Solution;1 dose in nebulizer now; Qty0; R0; 0.
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED; Qty1; R4; Rx.
Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution;INHALE 1 UNIT DOSE Every 4 hours PRN coughing or wheezing; Qty1; R2; Rx.

**Plan**

Increase fluid intake, rest.
May take OTC meds short term for symptomatic relief.
Return to clinic if not improving over next several days, or if any significant worsening of symptoms. Work note off for the week given to patient. consider cxr if no imp/worse.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/28/2015 12:11 PM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F
Home:
Work:

Encounter Date: Nov 30 2015 11:40AM

**Reason For Visit**
Pt presents for cold symptoms, started last Tuesday but did not start coughing up phlegm until Saturday night, is yellow in color, headaches, sore throat, chills, etc.

**HPI**
Started to get a cold with sneezing and sore throat 6 days ago and then developed a cough productive of yellow sputum 2 days ago. No fevers. She's been having to use her albuterol inhaler more often, every 4 hours relief of wheezing. She has used prednisone in the past without problems except some insomnia which resolves with the use of Zanaflex. Ears and throat are fine now. She has recently adopted a 4-year-old name Giselle. No dyspnea at rest. Nonsmoker. No sinus symptoms currently.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY; Rx
Breo Ellipta 100-25 MCG/INH Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION ONCE DAILY.; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx.

**Immunizations**
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM.
Fluarix; Oct 2015.

**Active Problems**
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Depression (311) (F32.9); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts
Influenza-like illness (487.1) (J11.1); Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus

infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 29 Dec 2014 | Ambien renewed trazodone discontinued | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on November 30,2015 10:43 AM
Weight: 190.05 lb, BMI: 28.90 , BSA: 2.00
BP: 114/71 mm Hg Right Upper Extremity Sitting
Temp: 98.6 F Oral
HR: 57 b/min ;
Resp: 18 r/min ; Normal
LMP: 25Nov2015 ;

.

**Physical Exam**

GENERAL: alert, comfortable in no apparent distress
O2 sat 95% on room air

EYES: PERRL EOMI

EARS: TM's grey with normal landmarks bilaterally right external auditory canal has a lot of wax we deferred lavage today she is feeling ill

NOSE: Clear without congestion or rhinorrhea
~OROPHARYNX: without exudates. Tonsils surgically absent

NECK: Mild anterior bilateral cervical adenopathy.

LUNGS: No tachypnea Clear without wheezing, crackles or retractions. Good air entry bilaterally

HEART: RRR without murmur

.

**Assessment**

Encounter for preventive health examination (V70.0) (Z00.00).
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: Nov 30 2015 | Due to likely viral upper respiratory infection. | Haubach, Carol M (PrimaryCare/DMF).
URI, acute (465.9) (J06.9).

**Orders**

PredniSONE 20 MG Oral Tablet;2 po qd for 5d; Qty10; R1; Rx.

nChart Note

Patient: KIMBERLY SHAW
Encounter: Nov 30 2015 11:40AM
MRN: 11371144
WMH MRN:

Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.

**Plan**

Return to clinic prn no improvement or worse; recommended fluids rest. Continue albuterol 2 puffs every 4 hours as needed.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 11/30/2015 11:04 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jun 1 2015 2:20PM

**Reason For Visit**
Pt presents for post op.

**HPI**
48-year-old woman who is here for follow-up of laparoscopic cholecystectomy on May 21 by Dr. Lee and then subsequent admission to Dominican for chest pain related to carbon dioxide insufflation during the procedure. She is feeling fine she's had no fever very minimal abdominal pain only took one Norco yesterday didn't require any today. She's having no fevers normal bowel movements tolerating a regular diet. She has returned to normal activities. Has not had recurrent chest pain. Emergency room and hospitalization records were reviewed.

She also has asthma which she feels is better controlled with Breo compared to Advair. Prefers once daily dosing with Breo. Has been using samples from Dr. Ellison but requests a new prescription from me.

**Allergies**
No Known Drug Allergies.

**Current Meds**
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF BY MOUTH 2X A DAY EVERY MORNING AND EVERY EVENING APPROXIMATELY 12 HOURS APART; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx.

**Immunizations**
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM.

**PSH**
Appendectomy; 2003
Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**
CAD (coronary artery disease): Father; CABG in 50s, hyperlipid

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jun 1 2015 2:20PM WMH MRN:

Family history of depression: Mother,Father (V17.0); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Shakespear Leon,Shannon on 01 Jun 2015 02:32 PM
BP:105/75, Left Upper Extremity, Sitting,
HR: 69 b/min,
Resp: 16 r/min,
Temp: 98.7 F, Oral,
Height: 68 in, Weight: 195 lb, BMI: 29.6 kg/m2,
BMI Calculated: 29.65 ,
BSA Calculated: 2.02 ,
LMP: 27May2015,
PHQ2 Total: Patient Declined ,
Para: 0 ,
Gravida: 0 ,
Last Pap: over due ,
Last Mammogram: 01Mar2015 ,
Falls Screening: No fall in the past year.

**Physical Exam**

GENERAL APPEARANCE: Well appearing, NAD
LUNGS: Clear to auscultation
HEART:Regular rhythm, without murmurs, gallops, or rubs
ABDOMEN: Well-healed trocar sites in the right upper quadrant and umbilicus Not distended, soft, minimal tenderness in the right upper quadrant no rebound or guarding no Murphy sign, without hepato-splenomegaly,

**Assessment**

- History of laparoscopic cholecystectomy may 2015; Last Impression: Jun 01 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (PrimaryCare/DMF)

Asthma, mild intermittent (493.90); Last Impression: Jun 01 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Discontinue Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated.
Breo Ellipta 100-25 MCG/INH Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION ONCE DAILY; Qty1; R11; Rx.

**Plan**

Return to clinic when necessary.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 06/01/2015 3:13 PM PST; Author.

Carol M Haubach M.D.

# PROGRESS NOTE

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW  MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 13 2015 10:15AM

PATIENT: SHAW, KIM D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 39715487

PATIENT LOCATION: 2WST 2117 00

ATTENDING PHYSICIAN: Louis C Lee, MD

DATE OF PROGRESS NOTE: 05/13/2015

SUBJECTIVE:
Feels better this morning although still has some residual pain, pending MRI, tolerating ice chips without any nausea or vomiting.

OBJECTIVE:
VITAL SIGNS: Vital signs are stable, afebrile, heart rate in the 50s.
ABDOMEN: Abdomen is soft, nondistended, nontender.

LAB:
Results white blood cell count 7000, hemoglobin and hematocrit of 12 and 40, platelets of 300. Chemistry panel is still unremarkable and lipase is within the normal range at 47 today versus 167 yesterday.

ASSESSMENT AND PLAN:
I suspect the MRCP will show no evidence of choledocholithiasis. If this is the case, patient may be advanced to a liquid diet, and once this is tolerated, she may be discharged home. Discussed with her the details of laparoscopic cholecystectomy including risks, benefits and alternatives at. Reviewed port site placements, risks of infection, bleeding, injury to surrounding structures such as common bile duct, and viscera. Reviewed anticipated postoperative course. There is a surgical spot available next week, on May 21st, I will tentatively reserve a surgery time for her there. All of her questions were answered.

PROGRESS NOTE

Patient: KIMBERLY SHAW
Encounter: May 13 2015 10:15AM

MRN: 11371144
WMH MRN:

LOUIS C LEE, MD

LCL/KN
D: 05/13/2015 09:56:41
T: 05/13/2015 10:15:49

Internal Job: 655085920
External Job: 1221979

OrthopedicSurgery CHWDR

# Consultation

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 13 2015 9:09AM

PATIENT: SHAW, KIM D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 39715487

PATIENT LOCATION: 2WST 2117 00

ATTENDING PHYSICIAN:

REFERRING PHYSICIAN:

CONSULTANT: Louis C Lee, MD

DATE OF CONSULTATION: 05/13/2015

GENERAL SURGERY CONSULTATION

HISTORY OF PRESENT ILLNESS:
The patient is a pleasant 48-year-old female who presented to the Dominican Hospital Emergency Department yesterday after she had a severe bout of right upper quadrant abdominal pain yesterday morning. She had some nausea associated
with this but no vomiting. She had some diarrhea as well but this was resolved.
As part of her workup she underwent an ultrasound which reveals cholelithiasis without evidence of cholecystitis or biliary obstruction. She was attempted to
be treated with pain control for discharge home and followup for discussion of outpatient a cholecystectomy; however. The patient continued to have severe pain
and was admitted to the hospitalist for continued pain control. Since she has been admitted, she feels much better although some mild residual right upper quadrant pain.

MEDICAL HISTORY:
Asthma and L5-S1 disk herniation.

PAST SURGICAL HISTORY:
Tonsillectomy, appendectomy, foot surgery.

MEDICATION:

**Consultation**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 13 2015 9:09AM WMH MRN:

1. Breo Ellipta 1 inhalation q.h.s.
2. Ventolin p.r.n.
3. Prozac 20 mg daily.
4. Gabapentin 600 mg t.i.d.
5. Baclofen.
6. Zanaflex.
7. Vitamin D supplement.

ALLERGIES:
None.

SOCIAL HISTORY:
The patient is married, has a wife and an adolescent daughter, rare alcohol use,
no tobacco use or marijuana or illicit drug use. Patient is employed of coordinator for the Outpatient Pulmonary Rehabilitation Clinic for Dominican Hospital.

PHYSICAL EXAM:
VITAL SIGNS: Blood pressure is 123/68, temperature 36.7, heart rate of 51, respirations of 18, 100% on room air.
GENERAL: She appears in no acute distress and lying comfortably on the hospital
bed
HEENT: Extraocular movements intact. Mucous membranes moist.
NECK: Trachea is midline. Anterior neck is soft.
HEART: Regular rate and rhythm.
ABDOMEN: Soft, nondistended, mild right upper quadrant tenderness with deep palpation. No obvious Murphy sign. No peritoneal signs. No rebound or guarding.
EXTREMITIES: No clubbing, cyanosis, or edema.

LABORATORY RESULTS:
White blood cell count 7000, H and H of 14 and 43, platelets of 370.

Chemistry panel is unremarkable with normal liver function tests. Lipase is slightly elevated at 167.

ASSESSMENT:
The patient is a 48-year-old female with a history, examination, and ultrasound
findings concerning for symptomatic cholelithiasis. Discussed with her that he
ideal scenario would be for outpatient elective cholecystectomy in this setting
of mild disease with no evidence of a fever, white blood cell count, cholecystitis, common bile duct dilatation, or any other concerns. She had does
have an MRCP ordered for evaluation of common bile duct stones, but her pretest
probability for this is quite low and if this is normal, would recommend advancing to a liquid diet. If she is able to tolerate a liquid diet, she may be discharged home and will schedule her for elective cholecystectomy. I reviewed with her the details of laparoscopic cholecystectomy including a diagram of the pertinent anatomy, reviewed natural history of gallstones in that
future episodes of biliary colic may occur, the frequency of this is highly variable between individuals and she may be able to wait for surgery without

Consultation

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 13 2015 9:09AM WMH MRN:

any
future recurrences of pain. If she has increasing white count, fevers, any signs for cholecystitis or concerning findings on the MRCP, we may perform surgery on an inpatient basis, but hopefully this can be deferred to an elective
outpatient setting. The patient understands the plan.

LOUIS C LEE, MD

LCL/AL
D: 05/13/2015 08:45:56
T: 05/13/2015 09:09:10

Internal Job: 655070762
External Job: 1221962

cc:
Hannah B. Farquharson, MD
CAROL HAUBACH

OrthopedicSurgery CHWDR

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Apr 7 2015 8:20AM

### HPI

Patient is here to complete paperwork to adopt a 3-5-year-old from the county. sHe has been a foster parent before. She is currently attending parenting classes. She will be adopting with her partner Jamie. She has well treated depression. Never hospitalized. Her back pain is currently controlled with gabapentin 600 mg 3 times a day. She is employed as a respiratory therapist the pulmonary function lab. PPDs have been negative in the past Amended : Carol M Haubach M.D.; 04/07/2015 8:55 AM PST.

### Allergies

Rec: 07Apr2015. List Reconciled and Reviewed.
No Known Drug Allergies.

### Current Meds

Rec: 07Apr2015. List Reconciled and Reviewed.
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;; RPT
Amoxicillin-Pot Clavulanate 875-125 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS UNTIL GONE.; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH FOOD AS NEEDED; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF BY MOUTH 2X A DAY EVERY MORNING AND EVERY EVENING APPROXIMATELY 12 HOURS APART; Rx.

### Vital Signs

Adult Female Vital Signs Recorded by Panerio, Marianne on April 07,2015 08:20 AM
Height: 68 in, Weight: 197 lb, BMI: 29.95 , BSA: 2.03
BP: 116/68 mm Hg
HR: 60 b/min ;
.

### Physical Exam

No exam today
PH Q2 is negative ?2.

### Assessment

Other specified health status (V49.89); Last Impression: Apr 07 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0).

nChart Note

| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
|---|---|---|---|
| Encounter: | Apr 7 2015 8:20AM | WMH MRN: | |

Depression (311); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts.
Lumbar disc herniation (722.10); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: Apr 07 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (PrimaryCare/DMF).
Asthma, mild intermittent (493.90); Last Impression: Apr 07 2015 | Well-controlled | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Request Admin: PPD.

**Plan**

Return to clinic 2-3 days check PPD and sign off PPD on Foster parent screening form.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 04/07/2015 8:46 AM PST; Author.
Electronically signed by : Carol M Haubach M.D.; 04/07/2015 8:55 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Feb 13 2015 4:15PM

**Reason For Visit**
Patient presents for follow up of lower back pain...lcolfer/cma.
**HPI**
Kimberly is a pleasant 47 yo F who works in the respiratory dept at Dominican
recently moved here in August, off work about 6 weeks prior to that with back flare up
on and off over the years, occ flare up
started after MVA 1987, 2/10, worse w/ driving/sitting for long periods
pain is sharp, achy, electric, radiating to back of right knee, occ to left
better w/ rest
has tried facet inj and RFA w/out relieif, no ESI
has also tried OMT, rest, gabapentin (helps), Aleve (helps), Zanaflex (helps)
taking gaba 600mg TID--working great, no SE's, occ zanaflex
got orthotics--helping feet
no persistent N/T/W, no b/b changes
.
**Allergies**
Rec: 13Feb2015. List Reconciled and Reviewed.
No Known Drug Allergies.
**Current Meds**
Rec: 13Feb2015. List Reconciled and Reviewed.
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF 2 TIMES A DAY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 1 OR 2 TABLETS EVERY 8 HOURS AS NEEDED.; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS WITH FOOD AS NEEDED.; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;; RPT
Amoxicillin-Pot Clavulanate 875-125 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS UNTIL GONE.; Rx
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY; Rx.
**Vital Signs**
Adult Female Vital Signs Recorded by Colfer, Lauren on February 13,2015 03:03 PM
BP: 103/57 mm Hg Left Upper Extremity Sitting
HR: 58 b/min ;
O2 Sat: 98 (%SpO2)
.

nChart Note

Patient: KIMBERLY SHAW
Encounter: Feb 13 2015 4:15PM

MRN: 11371144
WMH MRN:

**Results**
MR Lspine 4/2013 (report only--Pikeville): L3/4 disc degen.
**Physical Exam**
MSK:
Palpation: tenderness was noted at Midline L4-S1
Strength: full BLE

NEURO:
Reflexes: R/L
Pat 2/ 2
Ach 2/ 2

Babinski: downgoing bilaterally
Tone: no increased tone
Sensation: normal to light touch throughout bilateral lower extremities

Gait: normal
Skin: intact, no rash.
**Assessment**
Lumbago (724.2).
**Discussed**
The MRI from 2013 shows a small disc tear at L5/S1, probably causing your back symptoms. No nerve impingment.

continue Gabapentin 600mg TID and Zanaflex as needed

we may consider an epidural injection if symptoms worsen, but would recommend repeat MRI prior to that.

follow up 3-4 months to check progress,sooner if needed

.
**Plan**
15 minutes spent face to face with Kimberly, >50% spent in counseling and discussion of likely diagnoses, workup, potential treatment options, review of relevant studies, appropriate rehab program, and prognosis.
**Signature**
Electronically signed by : Matthew Ryan D.O.; 02/13/2015 3:29 PM PST; Author.

Matthew Ryan D.O.

# nChart Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Nov 21 2014 2:30PM

**Reason For Visit**
Ms. Shaw presents for evaluation of low back pain for ~8 years. Sdefaymoreau, MA.
**HPI**
Kimberly is a pleasant 47 yo F who works in the respiratory dept at Dominican
recently moved here in August, off work about 6 weeks prior to that with back flare up
on and off over the years, occ flare up
started after MVA 1987, 2/10, worse w/ driving/sitting for long periods
pain is sharp, achy, electric, radiating to back of right knee, occ to left
better w/ rest
has tried facet inj and RFA w/out relieif, no ESI
has also tried OMT, rest, gabapentin (helps), Aleve (helps), Zanaflex (helps)
no persistent N/T/W, no b/b changes
.
**Allergies**
Rec: 21Nov2014. List Reconciled and Reviewed.
No Known Drug Allergies.
**Current Meds**
Rec: 21Nov2014. List Reconciled and Reviewed.
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF 2 TIMES A DAY; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
Gabapentin 300 MG Oral Capsule;TAKE 1 CAPSULE 3 TIMES DAILY.; Rx
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 1 OR 2 TABLETS EVERY 8 HOURS AS NEEDED.; Rx
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS WITH FOOD AS NEEDED.; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;; RPT.
**PMH**
Asthma, mild anxiety/depression.
**PSH**
Appy 2003
ORIF R 5th metatarsal 2004
R writs ganglion cyst 2012.
**Family Hx**
autoimmune dz
heart dz.
**ROS**

nChart Note

Patient: KIMBERLY SHAW
Encounter: Nov 21 2014 2:30PM
MRN: 11371144
WMH MRN:

10 point review of systems performed and pertinent positives and negatives per HPI and PMH. Additional per intake form.

**Vital Signs**

BP 127/78
P 55
O2 98% RA
Wt 192.

**Results**

MR Lspine 4/2013 (report only--Pikeville): L3/4 disc degen.

**Physical Exam**

MSK:
ROM: lumbar range is normal and symmetric;
bilateral hip range is normal and symmetric
Palpation: tenderness was noted at Midline L4-S1
Strength: (R/L)
LE L2 (psoas) 5/5
L3 (quads) 5/5
L4 (tib ant) 5/5
L5 (EHL) 5/5
S1 (gastroc) 5/5

NEURO:
Reflexes: R/L
Pat 2/ 2
Ach 2/ 2

Babinski: downgoing bilaterally
Tone: no increased tone
Sensation: normal to light touch throughout bilateral lower extremities

Special tests: Negative bilateral FABER, FAI, Facet Loading maneuver, Pirformis stretch test
+ Right SLR

Gait: normal

Mental Status: Alert, oriented, and appropriate
Cranial Nerves: no facial asymmetry, EOMI
Speech: normal
Coordination: normal
Cognition: normal

PSYCH: appropriate mood and affect
CV: distal pulses regular and symmetric, no LE edema
RESP: non-labored breathing, no wheeze or cough, no accessory muscle use
GI: soft, NT, ND
Skin: intact, no rash.

**Assessment**

Lumbar disc herniation (722.10); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons.
Lumbago (724.2).

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Nov 21 2014 2:30PM | WMH MRN: | |

**Orders**
Renew Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULE 3 TIMES DAILY. TITRATE AS DISCUSSED; Qty180; R6; Rx.

**Discussed**
This sounds like more disc wear and tear and nerve irritation. Your symptoms are less likely related to facet arthritis and since you did not get relief with the facet injections
and ablation procedure, it also helps confirm that.

Titrate up Gabapentin to 600mg TID. Take 2-3 days between each increase.

We'll consider an epidural injection.

Please get MRI from Kentucky. Follow up next week to review.

**Signature**
Electronically signed by : Matthew Ryan D.O.; 11/21/2014 3:21 PM PST; Author.

Matthew Ryan D.O.

# Chart Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW    MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Nov 21 2014 12:01AM

11/21/14 : 00:01am
PROGRESS NOTE
MBR
Status: F

November 21, 2014

Carol Haubach, M.D.
Santa Cruz Womens Health Center
250 Locust Street

RE: KIMBERLY SHAW
ACCT#: SHAW0008
DOB:
OFFICE: CAPITOLA

Dear Dr. Haubach,

Through your kind referral I had the pleasure of seeing Kimberly Shaw in consultation today. As you recall, this is a 47-year-old patient, who would like to have her bunions checked out. She states that they are hurting her for the last several months.

Past medical history, past surgical history is remarkable for ORIF for fracture of 5th metatarsal, right foot, a ganglion removed from the right wrist, appendectomy, and tonsillectomy. She has been treated for arthritis, asthma, back problems, and sinus problems. Medicines include Advair, albuterol, Prozac, gabapentin, Claritin, and Aleve. No known drug allergies. She denies cigarettes. Occasionally drinks alcohol.

On physical examination, Vital Signs: She is 5'9 tall, 188 pounds, BP: 130/78, P: 60, R: 22. Vascular: Pedal pulses are palpable and symmetrical bilaterally. Neurologic: Within normal limits. Musculoskeletal: The patient has slight hallux valgus deformity bilaterally. Range of motion of the joint is normal without pain. No crepitus noted. Dermatologic: There is no erythema on the medial aspect of the joint.

Radiographs: X-rays were taken today and show slight increase in the IM angle bilaterally. No evidence of joint destruction.

**Chart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Nov 21 2014 12:01AM | WMH MRN: | |

Plan: The patient has symptomatic bunions and wearing certain shoes. We discussed the need to make sure that her shoes are significantly wide enough to avoid irritation. We also discussed the use of orthotics to help slow down the progression of the deformity. Today, compound samples of diclofenac and lidocaine were dispensed, and we will get approval for and reappoint her for casting for orthotics for long term relief.

Thank you once again for allowing me to participate in this patient's care. If you have any questions or if I may be of further service, please do not hesitate to contact me.

Warmest regards,
[Dictated but not read]
MARK BRENIS, DPM

MB:ps

CC: CAROL HAUBACH, MD

# SIGNED BY Mark Brenis (MBR) 01/19/2015 02:10PM

MARK BRENIS

**Santa Cruz Pulmonary Medical Group**
**[illegible] Frederick Street, Suite 203**
**Santa Cruz, CA 95062 (831) 425-1906**

**Study Date:** 2/16/2016 12:07 PM

**Name:** Shaw,Kimberly
**Height:** 69.0 in, 175.3 cm **Weight:** 185.0 lbs, 84.1 kg

| | | | |
|---|---|---|---|
| **Patient ID:** | **Age:** 48 | **Gender:** Female | **Technician Name:** nSpire |
| **Smoke Status:** | **Quit Time:** | **Smoke Per Day:** | **Pack years:** |
| **Diagnosis:** | **Physician Name:** | **Birth Date:** | |

## Spirometry

| | Pre-Drug Measured | Predicted | Pre-Drug % Predicted | Post-Drug Measured | Post-Drug % Predicted | %Change |
|---|---|---|---|---|---|---|
| FVC | 3.94 | 3.94 | 100 | 3.79 | 96 | -4 |
| FEV1 | 3.24 | 3.00 | 108 | 3.03 | 101 | -7 |
| FEV1/FVC | 82.37 | 76.31 | 108 | 79.85 | 105 | -3 |
| FEV3 | 3.47 | 3.82 | 91 | 3.46 | 91 | 0 |
| FEV3/FVC | 88.17 | 97.00 | 91 | 91.26 | 94 | 4 |
| FEF25-75% | 3.41 | 3.25 | 105 | 2.80 | 86 | -18 |
| FEFmax | 6.30 | 6.58 | 96 | 4.78 | 73 < | -24 |
| FEF25% | 6.30 | 5.97 | 106 | 4.53 | 76 < | -28 |
| FEF50% | 4.67 | 4.59 | 102 | 3.40 | 74 < | -27 |
| FEF75% | 1.12 | 2.17 | 52 < | 1.02 | 47 < | -9 |
| TET | 7.63 | | | 8.57 | | 12 |

## Lung Volumes

| | Predicted | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| VC | 3.94 | | |
| IC | 2.71 | | |
| ERV | 1.23 | | |
| FRC | 3.37 | | |
| RV | 2.14 | | |
| TLC | 6.08 | | |
| RV/TLC | 35.23 | | |
| Washout Time | | | |

## Diffusion Capacity

| | Predicted | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| Dsb | 21.70 | 22.25 | 103 |
| VAsb | 6.08 | 4.50 | 74 < |
| D/VAsb | 3.57 | 4.95 | 139 > |
| Hgb | | 13.40 | |
| DsbHb | 21.70 | 22.25 | 103 |

REMARKS:

Normal pulmonary functions including normal diffusion capacity for carbon monoxide.

No evidence of pulmonary obstruction, restriction or diffusion lung impairment.

David L. Kipps, M.D.

## Tech Notes

**Name:** Shaw, Kimberly **Study Date:** 2/16/2016 12:07 PM













**Medications**

- Albuterol MDI: ☐
- Atrovent MDI: ☐
- Advair Diskus: ☐
- Combivent: ☐
- Foradil: ☐
- Serevent: ☐
- Pulmocort: ☐
- Prednisone mg dose:
- Other medication:

Spirometry Report
Puritan-Bennett Renaissance II
S/N: G-20020670055
Version: 1.2.0

SANTA CRUZ PULMONARY
MEDICAL GROUP

BEST FVC/FVL REPORT

Session Date: 26JAN2016
Session Time: 09:49AM
Last Cal Check: 01FEB2016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ID: | 03211967 | Height: | 69" | Physician: | DR.KIPPS | Sensor Code: | 747721 |
| Name: | SHAW,KIMBERLY | Age: | 48YRS | Technician: | SANDRA | Temperature: | 72F |
| Gender: | FEMALE | Weight: | 185LBS | | | Barometric Press: | 760mmHg |
| Medication: | ALBUTEROL | Smoker: | NO | | | BTPS Correction: | 1.104 |
| Dosage: | 1ML | Ethnicity/Correction: | CAUCASIAN | | 100.0% | Normals: | KNUDSON 83 |

Clinical Format: PREMED - 09:51AM  Best Criteria: VAL  POSTMED - 10:08AM  < Indicates Below LLN

| MEASUREMENT | BEST | Trial | %Pred | Pred | LLN | BEST | Trial | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|---|
| FVC (L) | 4.62 | 3 | 122 | 3.76 | 2.83 | 4.50 | 1 | 119 | - 1 |
| FEV1 (L) | 3.38 | 1 | 109 | 3.08 | 2.40 | 3.45 | 1 | 112 | 2 |
| FEV1% | 73 | | 92 | 79 | 68 | 77 | | 97 | 4 |
| FEF25-75 (L/S) | 2.46 | 1 | 72 | 3.36 | | 2.89 | 1 | 85 | 17 |
| PEF(L/S) | 9.01 | 1 | 135 | 6.64 | | 8.52 | 1 | 128 | - 5 |
| FET (S) | 22.94 | 1 | | | | 15.59 | 1 | | - 32 |
| FIVC (L) | 3.75 | 1 | 99 | 3.76 | | 4.75 | 1 | 126 | 26 |
| PIF(L/S) | 4.43 | 1 | | | | 5.23 | 1 | | 18 |
| FEF50/FIF50 | 0.89 | 1 | | | | 0.83 | 1 | | - 6 |

Report Summary:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre Med: | Tests 3 | Acceptable 0 | Reproducible 1 | FVC VAR: | 53ML | FEV1 VAR: | 78ML | PEF VAR: | 168ML/S |
| Post Med: | Tests 2 | Acceptable 2 | Reproducible 1 | FVC VAR: | 50ML | FEV1 VAR: | 109ML | PEF VAR: | 480ML/S |

ATS Interpretation: PREMED - Normal Spirometry POSTMED - No Sig. Improv. in FVC FEV1
Comment:




REMARKS:

Forced expiratory flow rates are normal with the exception of a disproportionate reduction in maximal mid-expiratory flow rate (FEF 25-75%). This latter flow rate, her FEF 25-75%, improves partially following inhalation of nebulized albuterol aerosol.

INTERPRETATION:

Essentially normal spirometry. The isolated reduction in maximal mid-expiratory flow rate suggests presence of small airway dysfunction, and is consistent with this patient's past history of asthma.

No prior spirometries available for comparison.

David L. Kipps, M.D.



Spirometry Report
Puritan-Bennett Renaissance II
S/N: G-20020670055
Version: 1.2.0

SANTA CRUZ PULMONARY
MEDICAL GROUP

Session Date: 28JAN2016
Session Time: 09:49AM
Last Cal Check: 01FEB2016

EXHIBIT NO. 6F
PAGE: 259

BEST FVC/FVL REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ID: | | Height: | 69" | Physician: | DR.KIPPS | Sensor Code: | 747721 |
| Name: | SHAW,KIMBERLY | Age: | 48YRS | Technician: | SANDRA | Temperature: | 72F |
| Gender: | FEMALE | Weight: | 185LBS | | | Barometric Press: | 760mmHg |
| Medication: | ALBUTEROL | Smoker: | NO | | | BTPS Correction: | 1.104 |
| Dosage: | 1ML | Ethnicity/Correction: | CAUCASIAN | | 100.0% | Normals: | KNUDSON 83 |

Clinical Format: PREMED - 09:51AM Best Criteria: VAL

POSTMED - 10:08AM

< Indicates Below LLN

| MEASUREMENT | BEST | Trial | %Pred | Pred | LLN | BEST | Trial | %Pred | %Chg |
|---|---|---|---|---|---|---|---|---|---|
| FVC (L) | 4.62 | 3 | 122 | 3.76 | 2.83 | 4.50 | 1 | 119 | - 1 |
| FEV1 (L) | 3.38 | 1 | 109 | 3.08 | 2.40 | 3.45 | 1 | 112 | 2 |
| FEV1% | 73 | | 92 | 79 | 68 | 77 | | 97 | 4 |
| FEF25-75 (L/S) | 2.45 | 1 | 72 | 3.36 | | 2.89 | 1 | 85 | 17 |
| PEF(L/S) | 9.01 | 1 | 135 | 6.64 | | 8.52 | 1 | 128 | - 5 |
| FET (S) | 22.94 | 1 | | | | 15.59 | 1 | | - 32 |
| FIVC (L) | 3.75 | 1 | 99 | 3.76 | | 4.75 | 1 | 126 | 26 |
| PIF(L/S) | 4.43 | 1 | | | | 5.23 | 1 | | 18 |
| FEF50/FIF50 | 0.89 | 1 | | | | 0.83 | 1 | | - 6 |

Report Summary:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre Med: | Tests 3 | Acceptable 0 | Reproducible 1 | FVC VAR: | 53ML | FEV1 VAR: | 78ML | PEF VAR: | 168ML/S |
| Post Med: | Tests 2 | Acceptable 2 | Reproducible 1 | FVC VAR: | 50ML | FEV1 VAR: | 109ML | PEF VAR: | 480ML/S |

ATS Interpretation: PREMED - Normal Spirometry POSTMED - No Sig. Improv. in FVC FEV1
Comment:




REMARKS:

Forced expiratory flow rates are normal with the exception of a disproportionate reduction in maximal mid-expiratory flow rate (FEF 25-75%). This latter flow rate, her FEF 25-75%, improves partially following inhalation of nebulized albuterol aerosol.

INTERPRETATION:

Essentially normal spirometry. The isolated reduction in maximal mid-expiratory flow rate suggests presence of small airway dysfunction, and is consistent with this patient's past history of asthma.

No prior spirometries available for comparison.

David L. Kipps, M.D.







Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 9
Page 357 of 1114

Lincoln/ Shaw 1416

Case 1:21-cv-00251-DCLC-SKL Document 22-4 Filed 11/01/22 Page 363 of 862
PageID #: 1489

**SHAW, KIMBERLY D (id #7259, dob:**

**SCAN**

MRN # 11371144

Milan C. Patel, M.D. Board Certified
4767 Soquel Drive
Soquel, CA 95073
831-477-9912 FAX 831-476-2815

Date: 08/28/2017

RE: Kimberly Shaw, DOB: PT ID #7259

Dear Dr. Jacqueline Sedgwick,

I would like to thank you for referring Kimberly Shaw to our practice for consultation and evaluation of chronic pain , on 07/31/2017. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: MILAN C. PATEL, MD

*Milan C. Patel MD*

---

**ENCOUNTER REASON/DATE**

chronic pain
07/31/2017 - 02:15PM - DR. PATEL, MD

**PROBLEMS:**

Reviewed Problems
- Fatigue - Onset: 08/28/2017

9/8/17 Scan

**ALLERGIES:**

Reviewed Allergies
**XOLAIR:** Wheezing (Moderate to severe)

**MEDICATIONS:**

Reviewed Medications

**acyclovir 5 % topical ointment** 12/16/16 filled
APPLY A SMALL AMOUNT TID UTD

**Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** 04/18/17 filled

**Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** 07/20/16 filled

| | | |
|---|---|---|
| amoxicillin 500 mg capsule | 04/19/17 | filled |
| azithromycin 250 mg tablet | 10/02/16 | filled |
| azithromycin 500 mg tablet | 11/04/16 | filled |
| clarithromycin 500 mg tablet | 04/19/17 | filled |
| clotrimazole 10 mg troche | 04/22/17 | filled |
| DULoxetine 30 mg capsule,delayed release | 12/15/16 | filled |
| DULoxetine 60 mg capsule,delayed release | 04/18/17 | filled |
| EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector | 01/09/17 | filled |
| FLUoxetine 20 mg capsule | 10/13/16 | filled |
| gabapentin 300 mg capsule | 04/18/17 | filled |
| HYDROcodone 5 mg-acetaminophen 325 mg tablet | 05/31/17 | filled |
| levoFLOXacin 500 mg tablet | 10/03/16 | filled |
| LORazepam 0.5 mg tablet | 12/20/16 | filled |
| metroNIDAZOLE 0.75 % topical cream | 08/17/16 | filled |
| montelukast 10 mg tablet | 04/27/17 | filled |
| predniSONE 1 mg tablet | 03/24/17 | filled |
| predniSONE 20 mg tablet | 09/01/16 | filled |
| predniSONE 5 mg tablet | 09/01/16 | filled |
| Qvar 80 mcg/actuation Metered Aerosol oral inhaler | 09/20/16 | filled |
| Spiriva Respimat 1.25 mcg/actuation solution for inhalation<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| tIZANidine 4 mg tablet | 12/14/16 | filled |
| traMADol 50 mg tablet | 05/25/17 | filled |
| traZODone 50 mg tablet | 03/24/17 | filled |
| valACYclovir 1 gram tablet | 04/22/17 | filled |
| Ventolin HFA 90 mcg/actuation aerosol inhaler | 08/13/16 | filled |

FAMILY HISTORY:

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

SOCIAL HISTORY:

Reviewed Social History

Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

SURGICAL HISTORY

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

ADDITIONAL HISTORY

None recorded

HISTORY OF PRESENT ILLNESS:

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

REVIEW OF SYSTEMS:

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## PHYSICAL EXAM

Patient is a 50-year-old female.

**Constitutional:**
Weight: well-nourished. Ambulation: ambulates independently.

**Head:**
Size/Trauma: normocephalic and atraumatic.

**Mental Status:**
Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:**
Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:**
Auscultation: normal breath sounds.

**Heart:**
Rate And Rhythm: RRR. Murmurs: none.

**Skin:**
Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:**
CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:**
Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:**
Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:**
Reflexes Right: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:**
Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:**
Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:**
Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## PROCEDURE DOCUMENTATION

None recorded

ASSESSMENT/PLAN

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.
2. Patient does not need regular neurological followup at this time.
3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/31/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 7259 | **Appt. Date/Time** | 07/31/2017 02:15PM |
| **DOB** | | **Service Dept.** | DR. PATEL, MD |
| **Provider** | MILAN C. PATEL, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

SCAN

MRN # 1137144

Chief Complaint

chronic pain

Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

**Wt:** 198 lbs 07/31/2017 02:43 pm
**Ht:** 6 ft 9 in 07/31/2017 03:05 pm
**BP:** 140/80 07/31/2017 03:05 pm
**Pulse:** 68 bpm 07/31/2017 03:05 pm
**BMI:** 21.2 07/31/2017 03:05 pm

Allergies

Reviewed Allergies

**XOLAIR:** Wheezing (Moderate to severe)

9/8/17 Shaw

Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |

SHAW, KIMBERLY D (Id #7259, dob:

| | | |
|---|---|---|
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tIZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Problems

Reviewed Problems
- Fatigue - Onset: 08/28/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Allergic Rhinitis: **Y**
Arthritis: **Y**
Asthma: **Y**
Chronic Pain: **Y**
Depression: **Y**
Facial Pain: **Y**
Headaches: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on june 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## ROS

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:** Auscultation: normal breath sounds.

**Heart:** Rate And Rhythm: RRR. Murmurs: none.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:** Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:** Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:** Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Assessment / Plan

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face. Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

### Return to Office

None recorded.

### Encounter Sign-Off

Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Encounter performed and documented by Milan C. Patel, MD
Encounter reviewed & signed by Milan C. Patel, MD on 08/28/2017 at 11:41pm

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 07/31/2017**

### Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 7259 | **Appt. Date/Time** | 07/31/2017 02:15PM |
| **DOB** | | **Service Dept.** | DR. PATEL, MD |
| **Provider** | MILAN C. PATEL, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

### Chief Complaint

chronic pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

### Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

### Vitals

**Wt:** 198 lbs 07/31/2017 02:43 pm
**Ht:** 6 ft 9 in 07/31/2017 03:05 pm
**BP:** 140/80 07/31/2017 03:05 pm
**Pulse:** 68 bpm 07/31/2017 03:05 pm
**BMI:** 21.2 07/31/2017 03:05 pm

### Allergies

Reviewed Allergies
**XOLAIR:** Wheezing (Moderate to severe)

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |

| | | |
|---|---|---|
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tIZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Problems

Reviewed Problems
- Fatigue - Onset: 08/28/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Allergic Rhinitis: **Y**
Arthritis: **Y**
Asthma: **Y**
Chronic Pain: **Y**
Depression: **Y**
Facial Pain: **Y**
Headaches: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## ROS

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:** Auscultation: normal breath sounds.

**Heart:** Rate And Rhythm: RRR. Murmurs: none.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:** Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:** Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:** Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Assessment / Plan

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face. Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

**Return to Office**

None recorded.

**Encounter Sign-Off**

Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Encounter performed and documented by Milan C. Patel, MD
Encounter reviewed & signed by Milan C. Patel, MD on 08/28/2017 at 11:41pm

SCAN

MRN # 11371144

## Medical Records - CONFIDENTIAL

**FROM:** CA - Milan C. Patel, MD, INC
Vianca S
MILAN C. PATEL, M.D., SOQUEL, CA 95073-2473
Phone: (831) 477-9912
Fax: (831) 476-2815

**TO:** JACQUELINE H SEDGWICK MD
528 CAPITOLA AVE, CAPITOLA, CA 95010
Phone: (831) 475-1630
Fax: (831) 475-1629

**Attention: Joy**

**Name: SHAW, KIMBERLY D**

**DOB:**

**Date Range: 01/01/2017 to 08/29/2017**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

**Note:** most current chart notes

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:7259-A-7279]

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jun 12 2017 11:11AM

ED Physician Notes

Patient: SHAW, KIMBERLY D MRN: 52-78-66(D) FIN: 40816746
Age: 50 years Sex: F DOB:
Associated Diagnoses: None
Author: Hencke, Richard MD

Basic Information
Time seen: Provider Initial Contact Time 06/12/2017 09:58.
History source: Patient, spouse.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: FACIAL NUMBNESS 06/12/17 09:43,
Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43
.

History of Present Illness
The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish secondary to significant pain to RLE.
Mother with hx of MS
.

## ED Physician Notes

Patient: KIMBERLY SHAW
Encounter: Jun 12 2017 11:11AM
MRN: 11371144
WMH MRN:

Review of Systems
Constitutional symptoms: No fever, no chills, no sweats.
Skin symptoms: Pruritus, No rash,
Eye symptoms: Vision unchanged, no diplopia, no blurred vision.
ENMT symptoms: No sore throat,
Respiratory symptoms: No shortness of breath, no cough.
Cardiovascular symptoms: No chest pain,
Gastrointestinal symptoms: Nausea, no abdominal pain, no vomiting.
Genitourinary symptoms: No dysuria, no hematuria.
Musculoskeletal symptoms: Muscle pain, Joint pain.
Neurologic symptoms: Headache, numbness, abnormal balance, no weakness, no vision changes, no speech problem.
Endocrine symptoms: no diabetes.
Hematologic/Lymphatic symptoms: hx of blood clots, decreased iron.
Allergy/immunologic symptoms: No impaired immunity,

Health Status
Allergies:
Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..
Medications: Per nurse's notes.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed, PE.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Family history:
No family history items have been selected or recorded..
Social history:
Social Psychosocial Habits

Alcohol
01/19/2016 Use: Denies

03/03/2016 Use: Unknown alcohol history

Home/Environment
12/30/2015 Religious restrictions/concerns: None
Lives with: Children, Significant other
Living situation: Home/Independent

01/19/2016 Religious restrictions/concerns: None

03/03/2016 Religious restrictions/concerns: None

Substance Abuse
12/30/2015 Use: Denies

01/19/2016 Use: Denies

03/03/2016 Use: Denies

## ED Physician Notes

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jun 12 2017 11:11AM WMH MRN:

Tobacco
01/07/2016 Use: Never used tobacco
Type: Never used tobacco, Unknown history
Previous treatment: None

01/19/2016 Use: Never used tobacco
Type: Never used tobacco

03/03/2016 Use: Unknown tobacco history
Type: Denies
, Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

Physical Examination

Vital Signs
Vital-Signs
06/12/2017 10:22 PDT Glucose Level 114 mg/dL H
06/12/2017 09:43 PDT Oxygen Amount Room air
SPO2 97 %
Heart Rate 68 bpm
NIBP Systolic 127 mm Hg
NIBP Diastolic 83 mm Hg
Resp Rate (Monitor) 16 Breaths/Min
Temperature PO 36.8 deg C
.
Height/Weight
06/12/2017 09:43 PDT Weight Method Stated
Drug Calc Weight (kg) 90.909 kg
Height 172.72 cm
.
Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Skin: Warm, dry, pink.
Head: Normocephalic, atraumatic.
Eye: Pupils are equal, round and reactive to light, normal conjunctiva.
Ears, nose, mouth and throat: DMM.
Cardiovascular: Regular rate and rhythm, No murmur.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
Neurological: Alert and oriented to person, place, time, and situation, normal speech observed, hyperesthesia of L 5th dermatone hypoesthesia of medial aspect of L knee.
Psychiatric: Cooperative, appropriate mood affect, normal judgment.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Orders Launch Order Profile (Selected)
Inpatient Orders
Ordered
ED Patient Reassessment:
EKG:
Completed
*Differential Automated:
CBC w/Diff (man diff if indicated):
CT Head wo Con:

Comprehensive Metabolic Panel: .
Electrocardiogram: Time 06/12/17 11:03:00, rate 53, normal sinus rhythm, No ST-T changes, no ectopy, normal PR QRS intervals, EP Interp.
Results review: Lab results : Laboratory
06/12/2017 10:22 PDT WBC 6.0 thousand/uL
RBC 4.75 million/uL
Hgb 13.6 gm/dL
Hct 40.8 %
MCV 85.8 fL
MCH 28.5 pg
MCHC 33.3 gm/dL
RDW 14.4 %
Plt 306 thousand/uL
MPV 7.4 fL
ABS Neut 3.4 thousand/uL
ABS Lymph 2.0 thousand/uL
ABS Mono 0.4 thousand/uL
ABS Eos 0.2 thousand/uL
ABS Baso 0.1 thousand/uL
Neut% 56.7 %
Lymph% 33.2 %
Mono% 6.2 %
Eos% 2.9 %
Baso% 1.0 %
nRBC Auto 0.0 Per 100 WBC
Sodium 141 mMOL/L
Potassium 4.1 mMOL/L
Chloride 108 mMOL/L H
CO2 25 mmol/L
Glucose Level 114 mg/dL H
BUN 10.0 mg/dL
Creatinine 0.8 mg/dL
eGFR Afr/Am >60 mL/min/1.73m2
eGFR NonAfr/Am >60 mL/min/1.73m2
Calcium 9.2 mg/dL
Protein, Total 6.90 gm/dL
Albumin 3.9 gm/dL
Bili Total 0.5 mg/dL
ALT 37 Units/L
AST 22 Units/L
Alkphos 56.0 Units/L
, Interpretation Labs unremarkable.
Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40816746
MRN: 527866
DOB:

==========================

Result Date: 06/12/17 10:45 Verified By: Williams, Richard A.MD at 06/12/17 11:02

Report : CT Head wo Con
IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.
06/12/17 11:02
+++++++++++++++++++++++++++++++++++++++++++++++++++++++
, MRI of brain is negative. MRI of cervical spine shows multilevel cervical

disc disease with some degree of foraminal impingement on including the C5-6 disc space. Studies were performed with and without contrast. There was no sign of demyelination..

Reexamination/ Reevaluation
Time: 06/12/17 15:52:00 .
Interventions: Patient is already on maximal doses of gabapentin will continue. She has prednisone at home and I have advised her what dose to take for a week. She will get a contoured pillow to sleep on..
Notes: medical decision making.

Impression and Plan
Diagnosis
Cervical disc disease. Fibromyalgia versus chronic fatigue syndrome.
Plan
Condition: Stable.
Disposition: Discharged: to home.
Patient was given the following educational materials: Cervical Radiculopathy.
Follow up with: Primary Care Physician.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
HIV prophylaxis
Notes: This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Hencke, Richard M.D..

Electronically Signed By:
Hencke, Richard MD
On 06/27/17 06:15
Co Signature By:
Modified Signature By:
Chan, Christine
On 06/12/17 11:13

Non CHW Provider

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW  MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jun 12 2017 9:52AM

ED Physician Notes

Patient: SHAW, KIMBERLY D  MRN: 52-78-66(D)  FIN: 40816746
Age: 50 years  Sex: F  DOB:
Associated Diagnoses: None
Author: Whaley, Bradley D.MD

Basic Information
Time seen: Provider Initial Contact Time 06/12/2017 09:58.
History source: Patient, spouse.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: FACIAL NUMBNESS  06/12/17 09:43,
Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA  06/12/17 09:43
,
The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.

History of Present Illness
The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt unsure if Myesthenia Gravis or MS in her physicians DDx. Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish.

**ED Physician Notes**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jun 12 2017 9:52AM | WMH MRN: | |

She notes she becomes easily fatigued with normal everyday tasks, and the fatigue has been a hinderance on her everyday life and work.

She reports she has not had a full workup in the past 2-3 months.

Review of Systems
Eye symptoms: No diplopia, no blurred vision.
Musculoskeletal symptoms: Muscle pain, Joint pain.
Neurologic symptoms: Headache, numbness, abnormal balance, no vision changes, no speech problem.

Health Status
Allergies:
Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..
Medications: Per nurse's notes.

Past Medical/ Family/ Social History
Medical history:
All Problems
Depression / SNOMED CT 59212011 / Confirmed
Back pain / SNOMED CT 252311015 / Confirmed
Asthma / SNOMED CT 301485011 / Confirmed, PE.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Social history: Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

Physical Examination

Vital Signs
Vital-Signs
06/12/2017 09:43 PDT Oxygen Amount Room air
SPO2 97 %
Heart Rate 68 bpm
NIBP Systolic 127 mm Hg
NIBP Diastolic 83 mm Hg
Resp Rate (Monitor) 16 Breaths/Min
Temperature PO 36.8 deg C
.
Height/Weight
06/12/2017 09:43 PDT Weight Method Stated
Drug Calc Weight (kg) 90.909 kg
Height 172.72 cm
.
Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Skin: Warm, dry, pink.
Head: Normocephalic, atraumatic.
Eye: Pupils are equal, round and reactive to light, normal conjunctiva.
Neurological: Alert and oriented to person, place, time, and situation, numbness to face L>R, Speech: Normal.
Psychiatric: Cooperative, appropriate mood affect, normal judgment.

## ED Physician Notes

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jun 12 2017 9:52AM WMH MRN:

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Notes: THIS IS AN RME EXAM ONLY. REMAINDER OF ED EVALUATION, MANAGEMENT/TREATMENT AND DISPOSITION WILL BE COMPLETED BY ED MEDICAL STAFF.

Impression and Plan
Plan
Notes: This document was transcribed by scribe Paul Namkoong
Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assitant Name: Keenan, David P.A-C
Patient care supervised by: Danish, David D.O.

Electronically Signed By:
Whaley, Bradley D.MD
On 06/12/17 13:50
Co Signature By:
Whaley, Bradley D.MD
On 06/12/17 14:12
Modified Signature By:
Namkoong, Paul Scribe
On 06/12/17 10:11

Brad Whaley M.D.

# ED Physician Notes

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Mar 4 2016 1:41PM

```
ED Physician Notes
LMTC.

Electronically Signed By:
Keenan, David PA
On 03/04/16 13:42
Co Signature By:
Modified Signature By:
```

David Keenan

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Mar 3 2016 5:31PM

ED Physician Notes
1271572, supervised by DR. Feldmann.

Electronically Signed By:
Keenan, David PA
On 03/03/16 17:31
Co Signature By:
Modified Signature By:

David Keenan

# ER History and Physical

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Mar 3 2016 5:30PM

ER History and Physical

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40133571

ATTENDING PHYSICIAN: SARAH FELDMANN

ADMISSION DATE: 03/03/2016

My Supervising Physician is SARAH FELDMANN.

CHIEF COMPLAINT:
Pleuritic chest pain and dyspnea.

HISTORY OF PRESENT ILLNESS:
The patient had a severe asthma episode in the late 2015 resulting in a 10-day hospital admission at the termination of which she had an episode of dyspnea and pleuritic chest pain to the right side which was diagnosed by CT angio as being a right subsegmental pulmonary embolus, at which point she was started on Eliquis. Since then she has been off recuperating, has returned to work earlier this week, and today in the course of her normal work without any injury, overuse activities, or physical strain, started to have right sternal border and right thoracic paraspinous pain which was quite acute, pleuritic and reminded her of prior PE. She came to the ER for evaluation. She has had no other symptoms associated with this and no missed medications or new hypercoagulability risks such as prolonged immobilization, tobacco use or recent cancer diagnosis. She is still on steroids for her asthma exacerbation and she was on theophylline as recently as January.

PAST MEDICAL HISTORY:
Asthma, chronic back pain and depression.

SURGICAL HISTORY:
Cholecystectomy and appendectomy.

**ER History and Physical**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 3 2016 5:30PM WMH MRN:

SOCIAL HISTORY:
Married. Recent adoption of a 4-year-old. She is a respiratory therapist by trade. Says that she does no tobacco, alcohol or drugs. She is followed by Dr.
Carol Haubach for primary care and by Dr. David Kipps for asthmatic and lung disease.

REVIEW OF SYSTEMS:
GENERAL: No recent weight change, fever, night sweats or prolonged immobilization. Fair amount of anxiety.
SKIN: No new rash, lesions, petechiae, clotting episodes, etc.
EYES: No visual disturbance.
ENT: No coryzal symptoms or sore throat.
RESPIRATORY: No purulent sputum, hemoptysis or increased wheezing. There has been dyspnea and shortness of breath today.
CV: No palpitations. No presyncopal symptoms. No history of known valvular or
rhythmic heart disease.
GI: No new vomiting or diarrhea. No bleeding symptoms such as black or bloody stools.
GU: No urinary tract bleeding.
ENDO: No diabetic disease.
MUSCULOSKELETAL: No new edema. Some bilateral medial calf tenderness noted on exam.
NEUROLOGIC: No new acute headache, weakness, numbness or stroke symptoms.
PSYCHIATRIC: Ongoing anxiety.

PHYSICAL EXAMINATION:
VITAL SIGNS: Vital signs reviewed in the EHR are normal. Saturation 99 on room
air with a respiratory rate of 24. She is normotensive and not tachycardic as well as afebrile. Pain is a 7.
GENERAL: This is an alert, anxious young woman.
SKIN: Warm, pink, and dry. Quick cap refill. Moist mucous membranes.
EYES: PERRL. EOMs are intact. Pupils are brisk and equal. No photophobia or nystagmus.
HENT: TMs pale. Nares dry. Mouth, teeth, gums well hydrated.
NECK: Supple, nontender. No JVD.
RESPIRATORY: CTA all fields. Normal rate, effort, and tidal volume. Apical sounds clear and equal.
CV: Regular rate and rhythm. Sharp, clear, S1, S2. No rubs, thrills, or murmurs. Ribcage stable. The patient's pain to some extent is reproduced with
right parasternal costochondral palpation as well as right thoracic paraspinous
costovertebral palpation. Barrel hoop testing is negative. There is no splint
or flail.
CV: Regular rate and rhythm. Sharp, clear, S1, S2. Extremity cap refill less
than 2 seconds. No pedal edema. Bilateral Homans sign. Bilateral calf tenderness to palpation. No swelling. No vascular cord appreciated.
GI: Positive bowel sounds. Soft, nontender. No enlarged or tender liver or spleen. MUSCULOSKELETAL: MAE, FROM, CSM intact and equal.
NEUROLOGIC: Nonfocal.
PSYCHIATRIC: Anxious, calm, cooperative woman.

**ER History and Physical**

Patient: KIMBERLY SHAW    MRN: 11371144
Encounter: Mar 3 2016 5:30PM    WMH MRN:

MEDICAL DECISION-MAKING:
Included pneumonia, pneumothorax, empyema, effusion, cancer, PE, and pulmonary bleed secondary to anticoagulation. White count elevated at 7.1. Patient is on
steroids making this difficult to interpret. Red cell indices and differential
normal. INR 1.9 reflecting Eliquis use. Large panel is essentially normal. Troponin less than 0.01. HCG was negative.

CT angio of the chest was negative apart from prior resolution of subsegmental PE. Ultrasound bilateral lower extremities was negative for DVT.

Single-view chest x-ray showed no pneumothorax, infiltrate or altered cardiopulmonary silhouette.

CARE:
The patient was treated with narcotics and Valium as well as Ativan and finally
with Dilaudid for pain control. She was mildly sedated following workup but alert, calm and responsive reporting her symptoms noticeably better with 3/10 chest pain. Quality, location, severity all improved as was respiratory exam with improved tidal volume and less sensation of dyspnea. A 12-lead cardiogram
obtained and reviewed with Dr. Feldman showed sinus rhythm with a short PR, some
ST abnormalities. She is not on digoxin. Abnormal ECG when compared with prior
shows interval increase in anterior lead ST elevation requiring followup.

IMPRESSION:
1. Pleuritic chest pain without evidence of cardiac ischemia on troponin testing nor evidence of blood clot formation on CT angio.
2. History of PE, on anticoagulation.
3. Asthma history.
4. Anxiety episode.

TREATMENT PLAN:
The patient was given pain medications to use as needed. Asked to follow with her family physician Monday of the coming week and her pulmonologist the following day. Interval EKGs will be discussed with ER physicians at this point
for comparative purposes. She was stable at time of discharge. Left with aftercare instructions, recheck warnings as usual.

DAVID KEENAN, PA-C

DK/SR
D: 03/03/2016 17:30:57
T: 03/03/2016 20:35:41

Internal Job: 690452856
External Job: 1271572

cc:
CAROL HAUBACH

## ER History and Physical

Patient: KIMBERLY SHAW
Encounter: Mar 3 2016 5:30PM

MRN: 11371144
WMH MRN:

```
Electronically Signed By:
Keenan, David PA
On 03/04/16 13:42
Co Signature By:
Feldmann, Sarah DO
On 04/28/16 22:48
Modified Signature By:
```

David Keenan

# KIMBERLY SHAW

US

Female

| | | | |
|---|---|---|---|
| Contact: | | MRN: | 265314 |
| Guardian: | | Next of Kin: | JAMIE SHAW |

Table of Contents

Encounters
Results

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|
| E/R (1) | Discharged | Attending: SARAH FELDMANN, TERRY LAPID<br>Admitting: SARAH FELDMANN | 2WST | 03/03/2016 - 03/03/2016 | Dominican Santa Cruz Hospital |

## RESULTS

### Order Type: Clinical Documentation Collected On: 03/03/2016 10:14 AM

| STATUS | PLACER ORDER ID | FILLER ORDER ID | PROVIDERS ON ORDER | INTERPRETATION |
|---|---|---|---|---|
| F | | {9212A1C9-7570-4EEA-A305-5D211075DACF} | TERRY LAPID (Ordering) | Normal |

ED PHYSICIAN NOTES Reported On: 03/05/2016 01:11 PM

ORGANIZER NOTES:

PATIENT: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40133571

AGE: 48 YEARS SEX: F DOB:
ASSOCIATED DIAGNOSES: NONE
AUTHOR: LAPID, TERRY B.MD

BASIC INFORMATION
TIME SEEN: DATE & TIME 03/03/16 10:15:00.
HISTORY SOURCE: PATIENT.
ARRIVAL MODE: PRIVATE VEHICLE.
HISTORY LIMITATION: NONE.
ADDITIONAL INFORMATION: CHIEF COMPLAINT (ST)
CHIEF COMPLAINT ED: DIFFICULTY BREATHING 03/03/16 09:59
,
ED TRIAGE ASSESSMENT: PT REPORTS DIFFICULTY BREATHING X90 MINS. STARTED WHILE AT WORK. SIMILAR SYMPTOMS IN JANUARY, DX'D W/ A P.E. TAKING XARELTO 03/03/16 09:59
, THE BELOW INFORMATION IS A PROVIDER AT TRIAGE EXAM. SEE FURTHER DOCUMENTATION BY ED PHYSICIAN, PA OR NP.

HISTORY OF PRESENT ILLNESS
THE PATIENT PRESENTS WITH SHORTNESS OF BREATH. PT IS A 48 Y/O FEMALE WITH HX OF PE WHO DEVELOPED SOB 90 MINUTES AGO WHILE AT WORK. PT'S PE WAS IN JANUARY, CURRENTLY ON XARELTO. PT REPORTS RIGHT UPPER CHEST PAIN.

REVIEW OF SYSTEMS
RESPIRATORY SYMPTOMS: SHORTNESS OF BREATH, ORTHOPNEA.

HEALTH STATUS
ALLERGIES:
ALLERGIC REACTIONS (SELECTED)
NKA.

PAST MEDICAL/ FAMILY/ SOCIAL HISTORY
MEDICAL HISTORY:
ALL PROBLEMS
ASTHMA / 301485011 / CONFIRMED
BACK PAIN / 252311015 / CONFIRMED
DEPRESSION / 59212011 / CONFIRMED.
SURGICAL HISTORY:
CHOLECYSTECTOMY (64698015) ON 05/01/2015 AT 48 YEARS.
APPENDECTOMY (132967011)..

PHYSICAL EXAMINATION

VITAL SIGNS
VITAL-SIGNS
03/03/2016 09:59 OXYGEN AMOUNT ROOM AIR
SPO2 99 %
HEART RATE 73 BPM
NIBP DIASTOLIC 75 MM HG

NIBP SYSTOLIC 120 MM HG
RESP. RATE (MONITOR) 24 BREATHS/MIN H
TEMPERATURE PO 36.7 DEG C

OXYGEN SATURATION: 99 %.
O2 SAT ON RA IS NORMAL.
VITAL SIGNS WERE REVIEWED.
GENERAL: ALERT.
NECK: SUPPLE.
CARDIOVASCULAR: REGULAR RATE AND RHYTHM.
RESPIRATORY: LUNGS ARE CLEAR TO AUSCULTATION.

MEDICAL DECISION MAKING
DOCUMENTS REVIEWED: EMERGENCY DEPARTMENT NURSES' NOTES.

IMPRESSION AND PLAN
PLAN
NOTES: THIS DOCUMENT WAS TRANSCRIBED BY SCRIBE CHRISTINE CHAN, AUTHENTICATION: ALL MEDICAL RECORD ENTRIES MADE BY THE SCRIBE WERE AT MY DIRECTION. I HAVE REVIEWED THE CHART AND AGREE THAT THE RECORD ACCURATELY REFLECTS MY PERSONAL PERFORMANCE OF THE HISTORY, PHYSICAL EXAM, MEDICAL DECISION MAKING, AND THE EMERGENCY DEPARTMENT COURSE FOR THIS PATIENT. I HAVE ALSO PERSONALLY DIRECTED, REVIEWED, AND AGREE WITH THE DISCHARGE INSTRUCTIONS AND DISPOSITION.

PHYSICIAN NAME: LAPID, TERRY B. M.D.

ELECTRONICALLY SIGNED BY:
LAPID, TERRY B.MD
ON 03/05/16 13:11
CO SIGNATURE BY:
MODIFIED SIGNATURE BY:
LAPID, TERRY B.MD
ON 03/05/16 13:11

## PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

# KIMBERLY SHAW

US

Female

Contact: MRN: 265314

Guardian: Next of Kin: JAMIE SHAW

Table of Contents

Encounters
Results

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|
| E/R (1) | Discharged | Attending: SARAH FELDMANN, TERRY LAPID<br>Admitting: SARAH FELDMANN | 2WST | 03/03/2016 - 03/03/2016 | Dominican Santa Cruz Hospital |

## RESULTS

### Order Type: Laboratory Collected On: 03/03/2016 10:28 AM

| STATUS | PLACER ORDER ID | FILLER ORDER ID | PROVIDERS ON ORDER | INTERPRETATION |
|---|---|---|---|---|
| F | 3413285363 | 000012016063000554 | TERRY LAPID (Ordering) | Abnormal |

# KIMBERLY SHAW

US

Female

Contact:

MRN: 265314

Guardian:

Next of Kin: JAMIE SHAW

**Table of Contents**

Encounters
Results

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|
| E/R (1) | Discharged | Attending: SARAH FELDMANN, TERRY LAPID<br>Admitting: SARAH FELDMANN | 2WST | 03/03/2016 - 03/03/2016 | Dominican Santa Cruz Hospital |

## RESULTS

### Order Type: Diagnostic Imaging Collected On: 03/03/2016 10:55 AM

| STATUS | PLACER ORDER ID | FILLER ORDER ID | PROVIDERS ON ORDER | INTERPRETATION |
|---|---|---|---|---|
| F | 3413285345 | 00001XR20160117332 | TERRY LAPID (Ordering) | Normal |

# KIMBERLY SHAW

US

Female

Contact:

MRN: 285314

Guardian:

Next of Kin: JAMIE SHAW

Table of Contents

Encounters
Results

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|
| E/R (1) | Discharged | Attending: SARAH FELDMANN<br>TERRY LAPID<br>Admitting: SARAH FELDMANN | 2WST | 03/03/2016 - 03/03/2016 | Dominican Santa Cruz Hospital |

## RESULTS

### Order Type: Laboratory Collected On: 03/03/2016 10:28 AM

| STATUS | PLACER ORDER ID | FILLER ORDER ID | PROVIDERS ON ORDER | INTERPRETATION |
|---|---|---|---|---|
| F | 3413285377 | 000012016063000554 | TERRY LAPID (Ordering) | Abnormal |

Patient: KIMBERLY SHAW
Generated at 03/03/2016 09:01 AM for RodriguezVentura, Sandra

PT Reported On: 03/03/2016 11:56 AM

ORGANIZER NOTES:

PERFORMING LAB: DOMINICAN HOSPITAL SANTA CRUZ LABORATORY 1555 SOQUEL DRIVE SANTA CRUZ, CA 95003
LABORATORY MEDICAL DIRECTOR: CARLENE HAWKSLEY, M.D.
CLIA# 05D0606603

| | NAME | VALUE | RANGE | DATA SOURCE |
|---|---|---|---|---|
| ↑ | PT | 21.5 seconds | 12.1-14.1 | |
| | INR | 1.9 Unit ✓ | | |

Notes:

Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 -3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrment systemic thromboembolism

Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

## PERFORMING FACILITIES

**DOMINICAN SANTA CRUZ HOSPITAL**

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: ! ↓ ↑ Critical: ! ! ! Severe: ⚠ ! !

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Mar 3 2016 10:14AM

ED Physician Notes

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40133571
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Lapid, Terry B.MD

Basic Information
Time seen: Date time 03/03/16 10:15:00.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: DIFFICULTY BREATHING 03/03/16 09:59
,
ED Triage Assessment: PT REPORTS DIFFICULTY BREATHING X90 MINS. STARTED WHILE AT WORK. SIMILAR SYMPTOMS IN JANUARY, DX'D W/ A P.E. TAKING XARELTO 03/03/16 09:59
, The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.

History of Present Illness
The patient presents with shortness of breath. Pt is a 48 y/o female with hx of PE who developed SOB 90 minutes ago while at work. Pt's PE was in January, currently on Xarelto. Pt reports right upper chest pain.

Review of Systems
Respiratory symptoms: Shortness of breath, orthopnea.

Health Status
Allergies:
Allergic Reactions (Selected)
NKA.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

**ED Physician Notes**

Patient: KIMBERLY SHAW
Encounter: Mar 3 2016 10:14AM

MRN: 11371144
WMH MRN:

Vital Signs
Vital-Signs
03/03/2016 09:59 Oxygen Amount Room air
SPO2 99 %
Heart Rate 73 bpm
NIBP Diastolic 75 mm Hg
NIBP Systolic 120 mm Hg
Resp Rate (Monitor) 24 Breaths/Min H
Temperature PO 36.7 deg C
.
Oxygen saturation: 99 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Neck: Supple.
Cardiovascular: Regular rate and rhythm.
Respiratory: Lungs are clear to auscultation.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.

Impression and Plan
Plan
Notes: This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Lapid, Terry B. M.D.

Electronically Signed By:
Lapid, Terry B.MD
On 03/05/16 13:11
Co Signature By:
Modified Signature By:
Lapid, Terry B.MD
On 03/05/16 13:11

Terry Lapid M.D.

# Discharge Summary

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 22 2016 4:18PM

Discharge Summary

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40070682

ATTENDING PHYSICIAN: Himanshu Bhuria, MD

ADMISSION DATE: 01/19/2016

DISCHARGE DATE: 01/22/2016

ADMISSION DIAGNOSIS:
PE.

DISCHARGE DIAGNOSIS:
1. Subsegmental acute right lower lobe PE, provoked, given her recent hospitalization.
2. Asthma with recent exacerbation.
3. Elevated lactate without sepsis, resolved post hydration.
4. Leukocytosis from corticosteroids.
5. History of asthma.
6. History of chronic back pain.
7. History of depression.

CONSULTATION:
Patient was seen by a and Dr. Andrea Ling and Dr. Michael Ellison from Pulmonary
who were covering for patient's pulmonologist, Dr. David Kipps.

PROCEDURES:
None.

DIET:
Regular.

ACTIVITY:
As tolerated.

FOLLOWUP:
1. Followup with her PCP, Dr. Carol Haubach, on 01/27/2016.

**Discharge Summary**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 22 2016 4:18PM WMH MRN:

2. Followup with Dr. David Kipps on 01/26/2016 for.

DISCHARGE MEDICATIONS:
She will continue her home medications as follows:
1. Albuterol inhaler 2 puffs q.4 hours p.r.n.
2. Prozac 40 mg daily.
3. Breo Ellipta 200/25 mcg inhalation daily.
4. Gabapentin 600 mg 3 times a day.
5. Ipratropium nebs as needed.
6. Lorazepam 1 mg 3 times a day.
7. Singulair 10 mg q.p.m.
8. MiraLAX daily.
9. She will continue on prednisone taper which was prescribed during her recent last hospitalization.
10. Theophylline was increased to 400 mg b.i.d. by Dr. Ellison.
11. Tizanidine 4 mg q.8 hours as needed.
12. Trazodone 50 mg as needed for sleep.
13. Ambien 5 mg q.h.s. p.r.n. for sleep.

New prescriptions are
1. Xarelto 15 mg p.o. b.i.d. for 3 weeks followed by Xarelto 20 mg p.o. daily with a plan for anticoagulation for 3 months for her PE.

HOSPITAL COURSE:
The patient is a 48-year-old white female with history of asthma, was discharged
10 days ago on January 9 after being treated for status asthmaticus and she presented back to the ER on January 19 with pleuritic right-sided chest pain and
increasing shortness of breath. She was evaluated in the ER with a CT angiogram
of the chest which showed small pulmonary emboli in right lower lobe segmental arteries. Chest x-ray showed no acute cardiopulmonary disease. Bilateral lower
extremity venous Doppler showed no DVT. Echo showed normal EF without any evidence of right heart strain. Her troponin and BNP were negative. She was admitted with acute PE which was provoked given her recent hospitalization. She
was started on therapeutic Lovenox and was seen by Dr. Ling from Pulmonary Service who recommended giving her Xarelto for a total of 3 months for her PE. She also had recent asthma exacerbation and was continued on corticosteroids and
she has leukocytosis from corticosteroid. She also has slightly elevated lactate which resolved with hydration. Procalcitonin was normal and there was no evidence of infection. This morning patient had no chest pain or dyspnea and
she was evaluated by Dr. Ellison who cleared her for discharge and she is being
discharged home. Her Xarelto was preapproved through her insurance and the prescription was sent to Plaza Pharmacy. The patient understands the bleeding risks with Xarelto and was advised to seek medical care if she notices any bleeding.
Total time spent on discharge: More than 30 minutes.

HIMANSHU BHURIA, MD

**Discharge Summary**

Patient: KIMBERLY SHAW
Encounter: Jan 22 2016 4:18PM

MRN: 11371144
WMH MRN:

HB/AL
D: 01/22/2016 16:18:27
T: 01/23/2016 14:10:39

Internal Job: 685457963
External Job: 1264837

cc:
Carol Haubach, MD

David L. Kipps, MD
CAROL HAUBACH

Electronically Signed By:
Bhuria, Himanshu MD
On 01/23/16 14:32
Co Signature By:
Modified Signature By:

Himanshu Bhuria M.D.

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Discharge Summary**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/22/2016

---

**Date:** 01/22/16 : 4:18pm
**Title:** DISCHARGE SUMMARY
**Providers:** DK
Status: P

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40070682

ATTENDING PHYSICIAN: Himanshu Bhuria, MD

ADMISSION DATE: 01/19/2016

DISCHARGE DATE: 01/22/2016

ADMISSION DIAGNOSIS:
PE.

DISCHARGE DIAGNOSIS:
1. Subsegmental acute right lower lobe PE, provoked, given her recent hospitalization.
2. Asthma with recent exacerbation.
3. Elevated lactate without sepsis, resolved post hydration.
4. Leukocytosis from corticosteroids.
5. History of asthma.
6. History of chronic back pain.
7. History of depression.

CONSULTATION:
Patient was seen by a and Dr. Andrea Ling and Dr. Michael Ellison from Pulmonary who were covering for patient's pulmonologist, Dr. David Kipps.

PROCEDURES:
None.

DIET:
Regular.

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

**Discharge Summary**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/22/2016

---

ACTIVITY:
As tolerated.

FOLLOWUP:
1. Followup with her PCP, Dr. Carol Haubach, on 01/27/2016.
2. Followup with Dr. David Kipps on 01/26/2016 for.

DISCHARGE MEDICATIONS:
She will continue her home medications as follows:
1. Albuterol inhaler 2 puffs q.4 hours p.r.n.
2. Prozac 40 mg daily.
3. Breo Ellipta 200/25 mcg inhalation daily.
4. Gabapentin 600 mg 3 times a day.
5. Ipratropium nebs as needed.
6. Lorazepam 1 mg 3 times a day.
7. Singulair 10 mg q.p.m.
8. MiraLAX daily.
9. She will continue on prednisone taper which was prescribed during her recent last hospitalization.
10. Theophylline was increased to 400 mg b.i.d. by Dr. Ellison.
11. Tizanidine 4 mg q.8 hours as needed.
12. Trazodone 50 mg as needed for sleep.
13. Ambien 5 mg q.h.s. p.r.n. for sleep.

New prescriptions are
1. Xarelto 15 mg p.o. b.i.d. for 3 weeks followed by Xarelto 20 mg p.o. daily with a plan for anticoagulation for 3 months for her PE.

HOSPITAL COURSE:
The patient is a 48-year-old white female with history of asthma, was discharged 10 days ago on January 9 after being treated for status asthmaticus and she presented back to the ER on January 19 with pleuritic right-sided chest pain and increasing shortness of breath. She was evaluated in the ER with a CT angiogram of the chest which showed small pulmonary emboli in right lower lobe segmental arteries. Chest x-ray showed no acute cardiopulmonary disease. Bilateral lower extremity venous Doppler showed no DVT. Echo showed normal EF without any evidence of right heart strain. Her troponin and BNP were negative. She was admitted with acute PE which was provoked given her recent hospitalization. She was started on therapeutic Lovenox and was seen by Dr. Ling from Pulmonary Service who recommended giving her Xarelto for a total of 3 months for her PE. She also had recent asthma exacerbation and was continued on corticosteroids and she has leukocytosis from corticosteroid. She also has slightly elevated lactate which resolved with hydration. Procalcitonin was normal and there was no evidence of infection. This morning patient had no chest pain or dyspnea and she was evaluated by Dr. Ellison who cleared her for discharge and she is being discharged home. Her Xarelto was preapproved through her insurance and the prescription was sent to Plaza Pharmacy. The patient understands the bleeding risks with Xarelto and was advised to seek medical care if she notices any bleeding.

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Discharge Summary**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/22/2016

Total time spent on discharge: More than 30 minutes.

HIMANSHU BHURIA, MD

HB/AL
D: 01/22/2016 16:18:27
T: 01/23/2016 14:10:39

Internal Job: 685457963
External Job: 1264837

cc:
Carol Haubach, MD

David L. Kipps, MD
CAROL HAUBACH

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

**Consults**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/20/2016

---

**Date:** 01/20/16 : 1:41pm
**Title:** CONSULTATION
**Providers:** AL
Status: F

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Ling, Andrea MD

Admission Information
Date of Service:
01/20/2016 13:41.
Consultant: Pulmonary.

History of Present Illness
I was kindly asked by Dr. Bhuria to evaluate Kimbery Shaw.

Patient is a delightful 49 year old woman with long standing asthma. Patient was recently admitted from 12/30/15-1/9/16 for status asthmaticus triggered by a viral upper respiratory infection. She was seen by my partner Dr. David Kipps during that admission and was maintained on breo ellipta, systemic steroids, albuterol nebulizers. Patient only had minimal improvement and subsequently started on a theophylline drip. Patient was discharged with advair 500/50 BID, prednisone taper (currently on 40mg daily), singulair and theophylline 24 ER 300mg daily.

Patient reports that she was still wheezing when she left and continued to be quite fatigued. During her first admission she was complaining of right sided pleuritic chest pain which continued after discharge. Patient reported continued difficutly concentrating, unsteady on her feet and difficulty laying flat. Her oxygenation was never an issue.

Yesterday, patient was trying to walk and was not able to catch her breath. She tried using her nebulizer and taking a ativan to see if that will calm her breathing down. She still wasn't able to breath well and asked her partner to take her to the emergency room.

In the emergency room patient was noted to be extremely tachypnic with a respiratory alkalosis and small subsegmental pulmonary emboli right lower lobe. She was given increased doses of systemic steroids, heliox and started on lovenox for anticoagulation. Her troponin and BNP were not elevated and her LE dopplers did not show DVT.

Currently, patient feels okay. She just has low energy

Pulm ROS:
-has had asthma since a child
-has never required intubation
-has required hospitalization for status asthmaticus
-has pet poodles. No exposures to birds or fish
-works in pulmonary rehabilitation
-denies smoking history

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

**Consults**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

01/20/2016

---

-some snoring
-no gasping arousals
.

Review of Systems
Respiratory: Shortness of breath, Wheezing.
Cardiovascular: Chest pain: Right sided, Lateral.
Gastrointestinal: Negative.
Psychiatric: Anxiety.

Histories
Past Medical History:
No active or resolved past medical history items have been selected or recorded., depression
asthma

Procedure history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011).
Social History
Denies alcohol, tobacco and drug use.

Health Status
Intake and Output
24 hour I&O data

24 hour I&O

Yesterday: Intake: 221.00 Output: 0.00 Balance: 221.00

Today: Intake: 252.00 Output: 0.00 Balance: 252.00

Allergies:
Allergic Reactions (Selected)
NKA,
Allergies (1) Active Reaction
NKA None Documented

VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.5 (01/20 02:00) Temperature PO | 36.9 (01/20 08:00) Temperature PO | 36.8 (01/20 12:01) Temperature PO |
| HR | 77 | 106 | 106 |

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.



01/20/2016

| | | | |
|---|---|---|---|
| | (01/19 22:01) | (01/20 08:00) | (01/20 08:00) |
| RR | 16 | 24 | 16 |
| | (01/20 12:01) | (01/19 19:46) | (01/20 12:01) |
| NIBP | 120/58 | 145/71 | 120/58 |
| | (01/20 12:01) | (01/20 03:00) | (01/20 12:01) |
| NIBP Mean | 85 | 87 | 85 |
| | (01/20 08:00) | (01/20 03:00) | (01/20 08:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

BMI = 26.34 01/20/16 01:38 BMI

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95 | 100 | 95 |
| | (01/20 12:01) | (01/20 03:00) | (01/20 12:01) |
| L/min | | 3 | |
| | (01/20 12:01) | (01/20 03:00) | (01/20 12:01) |

==============================================

Current medications: Home Meds
Home Medications (15) Active
Advair Diskus 500 mcg-50 mcg inh 1 Puff, INH, BID
albuterol 0.083% NEB 2.5 mg = 3 mL, PRN, INH, q4hr
Ambien 5 mg, PRN, PO, qHS
baclofen 10 mg oral tablet
gabapentin 300 mg oral capsule 600 mg = 2 Cap, PRN, PO, TID
ipratropium (0.02%) NEB ,.PRN, NEB - inhalation
LORazepam 1 mg, PRN, PO, TID
MiraLax , PO
montelukast 10 mg oral tablet 10 mg = 1 Tab, PO, qPM
predniSONE 20 mg oral tablet See Instructions, PO, Daily
PROzac 20 mg oral capsule 40 mg = 2 Cap, PO, qDay
theophylline 300 mg, PO, BID
tiZANidine 4 mg oral tablet

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

**Consults**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/20/2016

---

traZODone 50 mg oral tablet
Ventolin (90mcg/dose) MDI 2 Puff, PRN, INH

Scheduled
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hr
enoxaparin: 75 mg, SUBCUT, q12hr
FLUoxetine 10 mg Cap: 40 mg, PO, qDay
gabapentin 300 mg Cap: 600 mg, PO, TID
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
methylPREDNISolone Na succ 40m 60 mg, IV Push, q8hr
montelukast 10 mg Tab: 10 mg, PO, qPM
polyethylene glycol 3350 17gm 17 gm, PO, qDay
theophylline 300 mg ER Tab: 300 mg, PO, BID
Discontinued
albuterol (0.5%) 2.5 mg/ 0.5mL 5 mg, 1 mL, NEB - inhalation, q4hr
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
PRN Meds
HYDROcod/acetamin (10/325) mg 1 Tab, PO, q4hr, PRN: Pain
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV Push, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, TID, PRN: Anxiety
LORazepam 2 mg/mL 1mL Inj: 1 mg, IV Push, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
Discontinued
gabapentin 300 mg Cap: 600 mg, PO, TID, PRN: Pain
IV Medications
NaCl 0.9%: 1,000 mL/hr, IV, Stop: 01/20/16 6:37:00

Physical Examination
General: No acute distress.
Integumentary: Warm, Dry, Pink.
HENT: Oral mucosa is moist.
Eye: Extraocular movements are intact.
Respiratory: good air movement. Prolonged expiratory phase. Forced expiratory maneuver illicited end expiratory wheeze. .
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender, Non-distended.
Neurologic: Alert.
Psychiatric: Cooperative.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 425-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Consults**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/20/2016

---

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 15.40H | Na | 134.00L | Alkphos | 55.00 |
| Hgb | 12.60 | K | 3.80 | ALT | , 18 |
| Hct | 38.20 | Cl | 102.00 | Trop.I. | <0.01 |
| Plt | 239.00 | CO2 | 18.00L | AST | , 7 |
| | | Gluc | 182.00H | | |
| | | Bun | 12.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 8.80 | | |

T Bili 0.40

Coagulation
PT 14.50H INR 1.10
Proteins
Alb 3.30L (01/20 05:33)

Arterial Blood Gases

PH: 7.64C (01/19 20:52)
PCO2: C 17.80 (01/19 20:52)
PO2: H 118.70 (01/19 20:52)
HC03: L 18.60 (01/19 20:52)
BE: 0.30 (01/19 20:52)

Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

========================

Result Date:
Verified By: Lin, Jennifer MD at 01/20/16 10:57

Report : CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Martinez, Roy MD at 01/20/16 08:55

Report : US Lower Extrem Venous Duplex Bilat

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Consults**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/20/2016

IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound. 01/20/16 08:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Impression and Plan
Plan:
Patient is a delightful 48 year old woman with history of severe asthma with recent status asthmaticus admission now found to have small pulmonary emboli.

1) pulmonary emboli without evidence of right heart strain given normal cardiac indices. No evidence of LE DVT
-would start xarelto tomorrow and stop lovenox
-discussed with patient that suspect that these clots were provoked 2/2 immobility during recent hospitalization (despite walking and wearing SCD's)
-duration of therapy 3 months
-will f/u echocardiogram

2) severe asthma with recent status
-start breo ellipta 200 daily
-cont singular, theophylline
-can likely wean steroids down tomorrow if without significant wheezing
-will check IgE and aspergillus specific antibodies to evaluate for allergic bronchopulmonary aspergillosis
-check theophylline level

3) lactic acidosis: may be related to increase WOB or albuterol. Doubt sepsis.
-check lactic acid in am

Thank you very much for allowing me to participate in this lovely patients care.

.

Electronically Signed By:
Ling, Andrea MD
On 01/20/16 14:44
Co Signature By:
Modified Signature By:
Ling, Andrea MD
On 01/20/16 14:44

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 19 2016 6:53PM

ED Physician Notes

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Grady, John MD

Basic Information
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Wheelchair.
History limitation: None.

History of Present Illness
The patient presents with SOB. Patient is a 48 yo female with Hx of asthma, depression and anxiety that presents with SOB. Pt was admitted for 10 days, discharged 1/9/16 with dx of status asthmaticus and has been on prednisone taper. Today she became SOB after a walk around the block this afternoon. Her pulmonologist is Dr Kipps. Has never been intubated or on BIPAP

Review of Systems
Respiratory symptoms: Shortness of breath, No cough,
Cardiovascular symptoms: No chest pain, no palpitations.
Gastrointestinal symptoms: No nausea, no vomiting.
Musculoskeletal symptoms: No Muscle pain, no Joint pain.
Neurologic symptoms: No headache, no altered level of consciousness.
Psychiatric symptoms: No substance abuse,

Health Status
Allergies: No known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications
Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep
Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay

**ED Physician Notes**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 19 2016 6:53PM WMH MRN:

Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Depression / 59212011 / Confirmed
Back pain / 252311015 / Confirmed
Asthma / 301485011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Family history: Unknown.
Social history: Tobacco use: Denies, Occupation: Employed, Respiratory therapist, Family/social situation: Married.

Physical Examination

Vital Signs
Vital-Signs
01/19/2016 17:38 Glucose Level 165 mg/dL H
01/19/2016 17:16 SPO2 100 %
Heart Rate 91 bpm
NIBP Diastolic 93 mm Hg
NIBP Systolic 129 mm Hg
Resp Rate (Monitor) 20 Breaths/Min
.
Height/Weight
01/19/2016 17:16 Weight Method Stated
Drug Calc Weight (kg) 75 kg
Height 165.1 cm
.
Oxygen saturation: 100 %.
O2 sat normal on room air.
General: Alert.
Skin: Warm, dry, intact, no pallor, no rash.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline.
Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva, vision grossly normal.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Back: Nontender, Normal range of motion.
Musculoskeletal: Normal ROM, no tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal motor observed, normal speech observed.
Lymphatics: No lymphadenopathy.
Psychiatric: Cooperative, Mood and affect: Anxious.

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 19 2016 6:53PM WMH MRN:

Medical Decision Making
Results review: Lab results : Laboratory
01/19/2016 20:52 Lactic Acid (POCT) 3.8 mmol/L CRIT
Specimen Type ARTERIAL
Site of Draw lr
Allen's Test Normal
Specimen Comment see comments
pH Bld Gas 7.637 CRIT
pCO2. 17.8 mm Hg CRIT
pO2. 118.7 mm Hg H
HCO3 18.6 mMOL/L L
BE 0.3 mMOL/L
FiO2 21 % NA
tHb 14.1 gm/dL
O2Hb 98.1 % H
COHb 0.1 %
MetHb 0.4 %
Ionized Ca Bld Gas 4.60 mg/dL
01/19/2016 18:11 D-Dimer, Quant. 710 ng/mL H
Lactic Acid 3.8 mMOL/L CRIT
01/19/2016 17:38 WBC 16.1 thousand/uL H
RBC 4.68 million/uL
Hgb 13.8 gm/dL
Hct 41.7 %
Plt 281 thousand/uL
MCV 89.1 fL
MCH 29.5 pg
MCHC 33.1 gm/dL
RDW 13.6 %
MPV 7.3 fL
Sodium 136 mMOL/L
Potassium 4.0 mMOL/L
Chloride 105 mMOL/L
CO2 18 mmol/L L
Glucose Level 165 mg/dL H
BUN 15.0 mg/dL
Creatinine 0.8 mg/dL
GFR Estimated >60 mL/min/1.73m2
Calcium 10.0 mg/dL
Protein, Total 6.90 gm/dL
Albumin 3.5 gm/dL
Bili Total 0.3 mg/dL
ALT 21 Units/L
AST 9 Units/L
Alkphos 65.0 Units/L
.
Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

==========================

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views

Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

.
Radiology results: Reported at 01/19/16 22:35:00, Computed tomography, pulmonary angiogram, with contrast, Betsy Bronson, MD;
Positive for tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 95-101. No other pulmonary emboli seen. Minor bilateral para bronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear. , for full report see night shift radiology report.

Reexamination/ Reevaluation
Time: 01/19/16 20:05:00 .
Notes: Patient is still extremely anxious, now about the idea of being intubated. Pt also has moderate to severe right sided CP that is palpable.

Impression and Plan
Diagnosis
Acute pulmonary embolus (ICD10-CM I26.99, Discharge, Medical)
SOB (shortness of breath) (ICD10-CM R06.02, Discharge, Medical)
Right-sided chest pain (ICD10-CM R07.9, Discharge, Medical)
Plan
Condition: Improved, Stable.
Disposition: Admit: Time 01/19/16 22:47:00, to Inpatient Telemetry Unit.
Counseled: Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Orders: Launch Orders
Admit/Transfer/Discharge:
Intent to Admit (ED only) (Order Processing): 01/19/2016 22:47, Level of Care: Intermediate (monitored), PE, right chest pain, SOB, anxiety.
Notes: This document was transcribed by scribe Chris Wentling. Attestation: All medical record entries made by the scribe were at my direction. Ihave reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name:Dr. John Grady.

Electronically Signed By:
Grady, John MD
On 01/28/16 01:18
Co Signature By:
Modified Signature By:
Wentling, Christopher
On 01/19/16 19:50

John Grady

# ED Physician Notes

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 19 2016 6:46PM

ED Physician Notes

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: GORSHE, JULIE PA

Basic Information
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Patient's physician(s): The above information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.,
Chief Complaint (ST)
Chief Complaint ED: sob 01/19/16 17:16.

History of Present Illness
The patient presents with sob. Pt complains of sob beginning this morning. She reports she was admitted here and discharged 1/9/15 with diagnosis of status asthmatic. Pt currently on prednisone 40 mg daily. She denies nasal congestion, sore throat, cough, leg swelling, or chest pain. Pt admits to "feeling lung fatigued".

Hx anxiety/depression. .

Review of Systems
Respiratory symptoms: Shortness of breath.

Health Status
Allergies:
Allergic Reactions (All)
NKA, no known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications
Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep

Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay
Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

Vital Signs
Vital-Signs
01/19/2016 17:38 Glucose Level 165 mg/dL H
01/19/2016 17:16 SPO2 100 %
Heart Rate 91 bpm
NIBP Diastolic 93 mm Hg
NIBP Systolic 129 mm Hg
Resp Rate (Monitor) 20 Breaths/Min
.
Height/Weight
01/19/2016 17:16 Weight Method Stated
Drug Calc Weight (kg) 75 kg
Height 165.1 cm
.
Oxygen saturation: 100 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Electrocardiogram: Time 01/19/16 17:44:00, rate 69, normal sinus rhythm, P wave and PR interval PR short.

Impression and Plan
Plan
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assistant: Julie Gorshe, P.A.
Scribe Name: Meagan Davis
Supervising Physician: Terry Lapid, M.D..

**ED Physician Notes**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 19 2016 6:46PM WMH MRN:

Electronically Signed By:
GORSHE, JULIE PA
On 01/22/16 16:05
Co Signature By:
Modified Signature By:
GORSHE, JULIE PA
On 01/22/16 16:05

Non CHW Provider

# ED Physician Notes

## Dominican Medical Group

528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 19 2016 5:31PM

ED Physician Notes
This report was sent in error - Please disregard.

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Davis, Meagan

Basic Information
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: sob 01/19/16 17:16.

History of Present Illness
The patient presents with sob. Pt complains of sob beginning this morning. She reports she was admitted here and discharged 1/9/15 with diagnosis of status asthmatic. Pt currently on prednisone 40 mg daily. She denies nasal congestion, sore throat, cough, leg swelling, or chest pain. Pt admits to "feeling lung fatigued".

Hx anxiety/depression. .

Review of Systems
Respiratory symptoms: Shortness of breath.

Health Status
Allergies: No known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications
Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep
Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay

Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

Vital Signs
Vital-Signs
01/19/2016 17:16 SPO2 100 %
Heart Rate 91 bpm
NIBP Diastolic 93 mm Hg
NIBP Systolic 129 mm Hg
Resp Rate (Monitor) 20 Breaths/Min
.
Height/Weight
01/19/2016 17:16 Weight Method Stated
Drug Calc Weight (kg) 75 kg
Height 165.1 cm
.
Oxygen saturation: 100 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Electrocardiogram: Time 01/19/16 17:44:00, rate 69, normal sinus rhythm, P wave and PR interval PR short.

Impression and Plan
Plan
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

**ED Physician Notes**

Patient: KIMBERLY SHAW
Encounter: Jan 19 2016 5:31PM

MRN: 11371144
WMH MRN:

Physician Assistant: Julie Gorshe, P.A.
Scribe Name: Meagan Davis
Supervising Physician: Terry Lapid, M.D..

Non CHW Provider

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

**Date:** 01/19/16 : 6:53pm
**Title:** ER HISTORY AND PHYSICAL
**Providers:** DK
Status: F

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Grady, John MD

Basic Information
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Wheelchair.
History limitation: None.

History of Present Illness
The patient presents with SOB. Patient is a 48 yo female with Hx of asthma, depression and anxiety that presents with SOB. Pt was admitted for 10 days, discharged 1/9/16 with dx of status asthmaticus and has been on prednisone taper. Today she became SOB after a walk around the block this afternoon. Her pulmonologist is Dr Kipps. Has never been intubated or on BIPAP
.

Review of Systems
Respiratory symptoms: Shortness of breath, No cough,
Cardiovascular symptoms: No chest pain, no palpitations.
Gastrointestinal symptoms: No nausea, no vomiting.
Musculoskeletal symptoms: No Muscle pain, no Joint pain.
Neurologic symptoms: No headache, no altered level of consciousness.
Psychiatric symptoms: No substance abuse,

Health Status
Allergies: No known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications
Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1905
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay
Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Depression / 59212011 / Confirmed
Back pain / 252311015 / Confirmed
Asthma / 301485011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Family history: Unknown.
Social history: Tobacco use: Denies, Occupation: Employed, Respiratory therapist, Family/social situation: Married.

Physical Examination

Vital Signs
Vital-Signs
01/19/2016 17:38 Glucose Level 165 mg/dL H
01/19/2016 17:16 SPO2 100 %
Heart Rate 91 bpm
NIBP Diastolic 93 mm Hg
NIBP Systolic 129 mm Hg
Resp Rate (Monitor) 20 Breaths/Min
.
Height/Weight
01/19/2016 17:16 Weight Method Stated
Drug Calc Weight (kg) 75 kg
Height 165.1 cm
.
Oxygen saturation: 100 %.
O2 sat normal on room air.
General: Alert.
Skin: Warm, dry, intact, no pallor, no rash.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline.
Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva, vision grossly normal.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Back: Nontender, Normal range of motion.
Musculoskeletal: Normal ROM, no tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal motor observed, normal speech observed.
Lymphatics: No lymphadenopathy.
Psychiatric: Cooperative, Mood and affect: Anxious.

Medical Decision Making
Results review: Lab results : Laboratory
01/19/2016 20:52 Lactic Acid (POCT) 3.8 mmol/L CRIT
Specimen Type ARTERIAL
Site of Draw lr
Allen's Test Normal
Specimen Comment see comments
pH Bld Gas 7.637 CRIT
pCO2. 17.8 mm Hg CRIT
pO2. 118.7 mm Hg H
HCO3 18.6 mMOL/L L
BE 0.3 mMOL/L
FiO2 21 % NA
tHb 14.1 gm/dL
O2Hb 98.1 % H
COHb 0.1 %
MetHb 0.4 %
Ionized Ca Bld Gas 4.60 mg/dL
01/19/2016 18:11 D-Dimer, Quant. 710 ng/mL H
Lactic Acid 3.8 mMOL/L CRIT
01/19/2016 17:38 WBC 16.1 thousand/uL H
RBC 4.68 million/uL
Hgb 13.8 gm/dL
Hct 41.7 %
Plt 281 thousand/uL
MCV 89.1 fL
MCH 29.5 pg
MCHC 33.1 gm/dL
RDW 13.6 %
MPV 7.3 fL
Sodium 136 mMOL/L
Potassium 4.0 mMOL/L
Chloride 105 mMOL/L
CO2 18 mmol/L L
Glucose Level 165 mg/dL H
BUN 15.0 mg/dL
Creatinine 0.8 mg/dL
GFR Estimated >60 mL/min/1.73m2
Calcium 10.0 mg/dL
Protein, Total 6.90 gm/dL

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

Albumin 3.5 gm/dL
Bili Total 0.3 mg/dL
ALT 21 Units/L
AST 9 Units/L
Alkphos 65.0 Units/L

Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

=========================

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
+++++++++++++++++++++++++++++++++++++++++++++++++++++

Radiology results: Reported at 01/19/16 22:35:00, Computed tomography, pulmonary angiogram, with contrast, Betsy Bronson, MD;
Positive for tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 95-101. No other pulmonary emboli seen. Minor bilateral para bronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear. , for full report see night shift radiology report.

Reexamination/ Reevaluation
Time: 01/19/16 20:05:00 .
Notes: Patient is still extremely anxious, now about the idea of being intubated. Pt also has moderate to severe right sided CP that is palpable.

Impression and Plan
Diagnosis
Acute pulmonary embolus (ICD10-CM I26.99, Discharge, Medical)
SOB (shortness of breath) (ICD10-CM R06.02, Discharge, Medical)
Right-sided chest pain (ICD10-CM R07.9, Discharge, Medical)
Plan
Condition: Improved, Stable.
Disposition: Admit: Time 01/19/16 22:47:00, to Inpatient Telemetry Unit.
Counseled: Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Orders: Launch Orders
Admit/Transfer/Discharge:
Intent to Admit (ED only) (Order Processing): 01/19/2016 22:47, Level of Care: Intermediate (monitored), PE, right chest pain, SOB, anxiety.
Notes: This document was transcribed by scribe Chris Wentling. Attestation: All medical record entries made by the scribe

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

## Progress Notes

SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

were at my direction. Ihave reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name:Dr. John Grady.

Electronically Signed By:
Grady, John MD
On 01/28/16 01:18
Co Signature By:
Modified Signature By:
Wentling, Christopher
On 01/19/16 19:50

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

**Date:** 01/19/16 : 6:46pm
**Title:** ER HISTORY AND PHYSICAL
**Providers:** DK
Status: F

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: GORSHE, JULIE PA

Basic Information
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Patient's physician(s): The above information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP., Chief Complaint (ST)
Chief Complaint ED: sob 01/19/16 17:16.

History of Present Illness
The patient presents with sob. Pt complains of sob beginning this morning. She reports she was admitted here and discharged 1/9/15 with diagnosis of status asthmatic. Pt currently on prednisone 40 mg daily. She denies nasal congestion, sore throat, cough, leg swelling, or chest pain. Pt admits to "feeling lung fatigued".

Hx anxiety/depression. .

Review of Systems
Respiratory symptoms: Shortness of breath.

Health Status
Allergies:
Allergic Reactions (All)
NKA, no known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications
Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay
Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

Vital Signs
Vital-Signs
01/19/2016 17:38 Glucose Level 165 mg/dL H
01/19/2016 17:16 SPO2 100 %
Heart Rate 91 bpm
NIBP Diastolic 93 mm Hg
NIBP Systolic 129 mm Hg
Resp Rate (Monitor) 20 Breaths/Min
.
Height/Weight
01/19/2016 17:16 Weight Method Stated
Drug Calc Weight (kg) 75 kg
Height 165.1 cm
.
Oxygen saturation: 100 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Electrocardiogram: Time 01/19/16 17:44:00, rate 69, normal sinus rhythm, P wave and PR interval PR short.

Impression and Plan
Plan
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making,

SANTA CRUZ PULMONARY MEDICAL GROUP
700 Frederick Street, Suite 203
Santa Cruz, California 95062-2239
Telephone (831) 425-1906
FAX: (831) 423-7579

PULMONARY AND
CRITICAL CARE MEDICINE

David L. Kipps, M.D., F.C.C.P.
Randall J. Rea, M.D., F.C.C.P.
Andrea W. Ling, M.D., F.C.C.P.
Michael J. Ellison, M.D., F.C.C.P.
Laura L. Likar, M.D., F.C.C.P.

**Progress Notes**
SHAW, KIMBERLY
**Patient ID:** SHAW0014
**DOB:**
**Age:** 49 years **Gender:** F

01/19/2016

---

and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assistant: Julie Gorshe, P.A.
Scribe Name: Meagan Davis
Supervising Physician: Terry Lapid, M.D..

Electronically Signed By:
GORSHE, JULIE PA
On 01/22/16 16:05
Co Signature By:
Modified Signature By:
GORSHE, JULIE PA
On 01/22/16 16:05

AGE: 48 YEARS SEX: F DOB:
ASSOCIATED DIAGNOSES: NONE
AUTHOR: SUVAL, MICHAEL MD

BASIC INFORMATION
DATE OF SERVICE:
01/03/2016 13:46.
ADMISSION INFORMATION: ADMIT DAYS = 4, PATIENT TYPE = INPATIENT
, CODE STATUS: FULL CODE
.

IMPRESSION AND PLAN
DIAGNOSIS
ASTHMA (ICD10-CM J45.909, DISCHARGE, MEDICAL).
COURSE: PRESENTS W EXACERBATION OF SAME
4-5 DAY OF COUGH AND WHEEZING
HAD OUTPT COURSE OF STEROIDS AND DOXY
HAS WHEEZING W MINIMAL EXERTION AND COUGH
CONTINUED EXERTIONAL DYSPNEA
DISCUSSED W DR. KIPPS WHO RECOMMENDED INCREASING DOSE OF INHALED STEROIDS
DISCUSSED TODAY W DR. LIKAR WHO RECOMMENDS TX W TMP/SFX AND THEOPHYLLINE.
PLAN
IV STEROIDS AGGRESSIVE PULMONARY TOILET .
PT CARE TIME: TOTAL FACE TO FACE TIME WITH PATIENT 35 MINS, GREATER THAN 50% FACE TO FACE TIME SPENT COUNSELING/COORDINATING CARE.
DIAGNOSIS
DEPRESSED (ICD10-CM F32.9, DISCHARGE, MEDICAL).
COURSE: PROGRESSING AS EXPECTED, PROZAC INCREASED PER PT REQUEST.
ORDERS
CURRENT TX PLAN.
EDUCATION AND FOLLOW-UP: DISCHARGE PLANNING: PLAN TO DISCHARGE ( IN 2-3 DAYS (YELLOW) ), TO ( HOME ).

SUBJECTIVE
PATIENT COMPLAINT: NOT WORSE. PATIENT STATES IS EATING WELL IS AMBULATING.

REVIEW OF SYSTEMS
CONSTITUTIONAL: NO FEVER, NO CHILLS, NO SWEATS.
EYE: NO DOUBLE VISION, NO VISUAL DISTURBANCES.
RESPIRATORY: SHORTNESS OF BREATH, COUGH, WHEEZING.
CARDIOVASCULAR: NO CHEST PAIN, NO PALPITATIONS.
GASTROINTESTINAL: NAUSEA, VOMITING, DIARRHEA.
GENITOURINARY: NO DYSURIA, NO HEMATURIA.
HEMATOLOGY/LYMPHATICS: NO BRUISING, NO BLEEDING.
MUSCULOSKELETAL: NO JOINT PAIN.
INTEGUMENTARY: NO RASH, NO PRURITUS.

NEUROLOGIC: NO CONFUSION, NO HEADACHE.
PSYCHIATRIC: ANXIETY, DEPRESSION.
ROS REVIEWED AS DOCUMENTED IN CHART

HEALTH STATUS
INTAKE AND OUTPUT
24 HOUR I&O DATA

24 HOUR I&O

YESTERDAY: INTAKE: 4303.00 OUTPUT: 0.00 BALANCE: 4303.00

TODAY: INTAKE: 1.50 OUTPUT: 0.00 BALANCE: 1.50

, REVIEWED RESULTS: INTAKE AND OUTPUT(DATE RANGE: 01/03/2015 00:00 - 01/02/2016 23:59)
ALLERGIES:
ALLERGIC REACTIONS (SELECTED)
NKA
CURRENT MEDICATIONS: ANTIBIOTIC INFO
ORDERED
FLUCONAZOLE: 100 MG, PO, QDAY 01/01/2016 09:00 - ACTIVE
SULFAMETHOXAZOLE-TRIMETHOPRIM: 2 TAB, PO, BID 01/03/2016 10:29 - ACTIVE

, ANTIBIOTIC INFORMATION:: SUSPECTED INFECTION UPPER RESPIRATORY TRACT INFECTION,
SCHEDULED
ALBUTEROL/IPRAT (2.5-0.5MG/3ML 3 ML, NEB - INHALATION, Q4HR
DOCUSATE SODIUM 100 MG CAP: 100 MG, PO, BID
FLUCONAZOLE 100 MG TAB: 100 MG, PO, QDAY
FLUOXETINE: 40 MG, PO, QDAY
FLUTICASONE-VILANTEROL: 1 INH, INH, QHS
GABAPENTIN: 600 MG, PO, TID
METHYLPREDNISOLONE: 60 MG, IV PUSH, Q12HR(INTERVAL)
MONTELUKAST 10 MG TAB: 10 MG, PO, QPM
SULFAMETHOXAZOLE/TMP (800/160) 2 TAB, PO, BID
THEOPHYLLINE: 200 MG, PO, QDAY
PRN MEDS
ACETAMINOPHEN 325 MG TAB: 650 MG, PO, Q4HR, PRN: FEVER
ACETAMINOPHEN 325 MG TAB: 650 MG, PO, Q4HR, PRN: PAIN
ALBUTEROL (0.5%) 2.5 MG/ 0.5ML 2.5 MG, 0.5 ML, NEB - INHALATION, Q4HR, PRN: SHORTNESS OF BREATH OR WHEEZING
BACLOFEN: 5 TO 10 MG, PO, EVERY 6 HOURS, PRN: SPASMS
BENZONATATE 100 MG CAP: 200 MG, PO, TID, PRN: COUGH
GUAIFEN/CODEINE 100-10MG/5ML 1 10 ML, PO, Q4HR, PRN: COUGH / CONGESTION
HYDROCOD/ACETAMIN (5/325) MG T 1 - 2 TAB, PO, Q4HR, PRN: PAIN
LIDOCAINE VISCOUS 2% 15ML SOL 10 ML, TOP, QID, PRN: SORE THROAT
LORAZEPAM 1 MG TAB: 1 MG, PO, Q4HR, PRN: ANXIETY

MAGNESIUM SULFATE / D5W: 1 GM, 100 ML, 100 ML/HR, IV, PER PARAMETER, PRN: OTHER (SEE COMMENTS)
MG HYDROX/AL H/SMC (200-200-20 30 ML, PO, Q4HR, PRN: HEARTBURN
ONDANSETRON 2 MG/ML INJ 2ML: 4 MG, IV PUSH, X1, PRN: NAUSEA / VOMITING 1ST CHOICE
POTASSIUM CHLORIDE / SW: 20 MEQ, 100 ML, 50 ML/HR, IV, PER PARAMETER, PRN: HYPOKALEMIA
POTASSIUM CHLORIDE 20 MEQ PWD: 20 - 40 MEQ, PO, PER PARAMETER, PRN: HYPOKALEMIA
PROMETHAZINE 12.5 MG SUPP: 12.5 MG, PR, Q4HR, PRN: NAUSEA / VOMITING 2ND CHOICE
TNF MEDICATION: 8 MG, PO, QHS, PRN: SPASMS
ZOLPIDEM 5 MG TAB: 5 MG, PO, QHS, PRN: SLEEP
IV MEDICATIONS
NS + KCL 20MEQ/L: 100 ML/HR, IV, STOP: 01/29/16 15:41:00

VS/MEASUREMENTS
24 HR VITAL SIGNS
(ALL DOCUMENTED VALUES RESULTED OVER THE PRIOR 24 HOURS)

| | LOW | HIGH | LAST |
|---|---|---|---|
| | 36.7 (01/03 00:00) TEMPERATURE PO | 37.3 (01/02 16:00) TEMPERATURE PO | 36.8 (01/03 07:30) TEMPERATURE PO |
| HR | 67 (01/03 07:30) | 73 (01/02 16:00) | 67 (01/03 07:30) |
| RR | 16 (01/03 07:30) | 18 (01/02 16:00) | 16 (01/03 07:30) |
| NIBP | 128/80 (01/02 16:00) | 130/81 (01/03 00:00) | 129/83 (01/03 07:30) |

WEIGHT (KG)

| | | |
|---|---|---|
| ADMIT | 83.00 | (12/30 11:16) |
| CURRENT | 84.60 | (12/31 05:00) |
| PREVIOUS | 86.36 | (12/31 00:01) |
| GAIN/LOSS | -1.76 | |

| VENTILATION | LOW | HIGH | LAST |
|---|---|---|---|
| SAO2 | 94 (01/02 16:00) | 100 (01/03 00:00) | 95 (01/03 07:30) |
| L/MIN | (01/03 07:30) | (01/02 16:00) | (01/03 07:30) |

==================================================

, LAST DOCUMENTED VITAL SIGNS
VITAL SIGNS (MOST RECENT )

| TEMP PO | HEART RATE | RESP RATE |
|---|---|---|
| 36.8 | 67 | 16 |
| (01/03 07:30) | (01/03 07:30) | (01/03 07:30) |

| NON INVASIVE BP | ADMITWEIGHT | CURRENTWEIGHT | BMI |
|---|---|---|---|
| 129 / 83 | 83.00 | 84.60 | 28.12 |
| (01/03 07:30) | (12/30 11:16) | (12/31 05:00) | (12/30 21:56) |

VENTILATION

| SAO2 | L/MIN |
|---|---|
| 95 | ROOM AIR |
| (01/03 07:30) | (01/03 07:30) |

, REVIEWED RESULTS: VITAL SIGNS SUMMARY(DATE RANGE: 01/02/2016 00:00 - 01/03/2016 13:50)

OBJECTIVE
GENERAL: MODERATE DISTRESS.
EYE: PUPILS ARE EQUAL, ROUND AND REACTIVE TO LIGHT, EXTRAOCULAR MOVEMENTS ARE INTACT.

HENT: NORMOCEPHALIC.
NECK: SUPPLE, NON-TENDER.
RESPIRATORY: AIR EXCHANGE ADEQUATE
I/E WHEEZING, NO STRIDOR.
CARDIOVASCULAR: NORMAL RATE, REGULAR RHYTHM.
GASTROINTESTINAL: SOFT, NORMAL BOWEL SOUNDS, NO ORGANOMEGALY.
LYMPHATICS: NO CERVICAL, NO SUPRACLAVICULAR.
EXTREMITIES: LOWER EXTREMITIES: NOT CLUBBING, NOT CYANOSIS.
INTEGUMENTARY: REVIEWED RESULTS: SKIN/WOUND FROM FLOWSHEET : INTEGUMENTARY(DATE RANGE: 01/02/2016 00:00 - 01/03/2016 13:53)
.
NEUROLOGIC: ALERT, NO FOCAL DEFECTS, CRANIAL NERVES II-XII ARE GROSSLY INTACT.
PSYCHIATRIC: COOPERATIVE, APPROPRIATE MOOD & AFFECT.

REVIEW / MANAGEMENT
RESULTS REVIEW: 24 HR LABS
LABS (ALL DOCUMENTED VALUES RESULTED OVER THE PRIOR 24 HOURS..)

| HEMATOLOGY | | CHEMISTRY | | ENZYMES | |
|---|---|---|---|---|---|
| WBC | H 13.40H | NA | 139.00 | ALKPHOS | 60.00 |
| HGB | 13.20 | K | 4.40 | ALT | , 16 |
| HCT | 40.40 | CL | 104.00 | AST | , 9 |
| PLT | 407.00H | CO2 | 25.00 | | |
| | | GLUC | 129.00H | | |
| | | BUN | 10.00 | | |
| | | CR | 0.80 | | |
| | | CA | 9.30 | | |

T BILI 0.40

PROTEINS
ALB 3.70 (01/03 06:44)

MICROBIOLOGY STUDIES RECENTLY RESULTED
0
, REVIEWED RESULTS: LAB RESULTS.
RADIOLOGY RESULTS
RADIOLOGIST'S INTERPRETATION
NAME: SHAW, KIMBERLY D
ACCOUNT: 40041964
MRN: 527866
DOB:

========================

RESULT DATE:
VERIFIED BY: SCHMETZ, MARK MD AT 12/30/15 12:29

REPORT : XR CHEST 2 VIEWS
IMPRESSION:1. NO ACUTE CARDIOPULMONARY DISEASE. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT PROPHYLAXIS: SEQUENTIAL COMPRESSION DEVICE.
CARDIAC MONITOR: REVEALS A NORMAL SINUS RHYTHM.
DOCUMENTATION REVIEWED: CASE DISCUSSED WITH: NURSE, CASE MANAGEMENT, SOCIAL SERVICES, PATIENT, CONSULTANT ( PULMONOLOGY ).
CONDITION: GUARDED.

ELECTRONICALLY SIGNED BY:
SUVAL, MICHAEL MD

MPV 7.4 fL
ABS Neut 9.3 thousand/uL H
ABS Lymph 1.5 thousand/uL
ABS Mono 0.6 thousand/uL
ABS Eos 0.1 thousand/uL
ABS Baso 0.1 thousand/uL
Neut% 80.5 % H
Lymph% 13.3 % L
Mono% 5.1 %
Eos% 0.5 %
Baso% 0.6 %
nRBC Auto 0.1 Per 100 WBC
Sodium 138 mMOL/L
Potassium 3.2 mMOL/L L
Chloride 106 mMOL/L
CO2 20 mmol/L
Glucose Level 111 mg/dL H
BUN 12.0 mg/dL
Creatinine 0.8 mg/dL
GFR Estimated >60 mL/min/1.73m2
Calcium 9.3 mg/dL
, Interpretation.
Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

=========================

Result Date:
Verified By: Schmetz, Mark MD at 12/30/15 12:29

Report : XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

Reexamination/ Reevaluation
Notes: overall pts wheezing is much improved but is still having intermittent wheezing here
w/u overall unremarkable
pt cont to feel sob even when her wheezing is resolved
plan for admission.

Impression and Plan
Diagnosis
status asthmaticus
cough
bronchitis
Plan
Condition: Stable.
Disposition: Admit: to Inpatient Unit, Patient care transitioned to: Suval, Michael MD.

Electronically Signed By:
Tsukamaki, Jason MD

**ED Physician Notes**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Dec 30 2015 11:54AM | WMH MRN: | |

```
On 12/30/15 20:10
Co Signature By:
Modified Signature By:
Tsukamaki, Jason MD
On 12/30/15 13:40
```

Non CHW Provider

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 21 2015 3:19PM

Patient: SHAW, KIM D MRN: 52-78-66 FIN: 39728159
Age: 48 years Sex: F DOB:
Author: Lapid, Terry B.MD

Basic Information
Time seen: Date time 05/21/15 15:18:00.
History source: Patient, EMS.
Arrival mode: Ambulance.
History limitation: None.
Additional information: Chief Complaint (ST)
No results found..

History of Present Illness
The patient presents with chest pain. 48 y/o female presents to the ED with chief complaint of constant chest pain onset 4.5 hours ago. The patient finished her cholecystectomy 5 hours ago with no complications. After the surgery, the patient started to experience central chest pressure. The pain radiates to her back. The patient experienced a few second episode of right shoulder pain secondary to her chest pain. The patient''s surgeon told the patient that her chest pain was normal and that it would subside shortly after the onset.

The patient continued to experience her chest pain. . The patient received NTG, Morphine, and a GI cocktail. The patient denies nausea, vomiting, lightheadedness, or dizzines.

The patient has no prior cardiac history. The patient had a cardiac workup 1 year ago. The patient has a hx of Asthma. . Location: Central chest. Radiating pain: right shoulder. 1 short few second episode. central back. Risk factors consist of recent surgery.

Review of Systems
Constitutional symptoms: Negative except as documented in HPI.
Skin symptoms: Negative except as documented in HPI.
Eye symptoms: Negative except as documented in HPI.
ENMT symptoms: Negative except as documented in HPI.
Respiratory symptoms: Negative except as documented in HPI.
Cardiovascular symptoms: Chest pain.
Gastrointestinal symptoms: No nausea, no vomiting.
Genitourinary symptoms: Negative except as documented in HPI.
Musculoskeletal symptoms: Negative except as documented in HPI.
Neurologic symptoms: No dizziness,
Psychiatric symptoms: Negative except as documented in HPI.

Health Status

# ED Physician Notes

## Dominican Medical Group

528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 30 2015 11:54AM

ED Physician Notes

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Tsukamaki, Jason MD

Basic Information
Time seen: Provider Initial Contact Time
12/30/2015 11:29.
Additional information: Chief Complaint (ST)
Chief Complaint ED: ASTHMA EXACERBATION 12/30/15 11:16.

History of Present Illness
The patient presents with 48 y/o F
long h/o asthma, no prior intubations and has not been in the ED in several years for her asthma
3 d pta pt developed prod cough, no fevers, and exacerbation of her asthma
has been using alb nebs and her own mdi's at home w/o relief
has been on 40 mg of prednisone and doxy for the last 2 days from her pmd
no cxr has been done
pt felt worsening sob today not relieved w/ her meds, went to clinic and was sent here
no LE swelling or pain
no cp
no abd pain
no n/v/f/d
no urine or stool complaints
+ anxiety .

Review of Systems
Constitutional symptoms: No fever,
Respiratory symptoms: Shortness of breath, cough, Sputum production: Yellow.
Cardiovascular symptoms: No chest pain,
Gastrointestinal symptoms: Negative except as documented in HPI.
Neurologic symptoms: Negative except as documented in HPI.

Health Status
Allergies: No known allergies.
Medications: Per nurse's notes.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed

ED Physician Notes

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 30 2015 11:54AM WMH MRN:

Depression / 59212011 / Confirmed.
Surgical history:
Appendectomy (132967011)..
Family history:
No family history items have been selected or recorded..
Social history: Not significant.

Physical Examination

Vital Signs
Vital-Signs
12/30/2015 11:16 Oxygen Amount Room air
SPO2 100 %
Heart Rate 78 bpm
NIBP Diastolic 69 mm Hg
NIBP Systolic 143 mm Hg
Resp Rate (Monitor) 18 Breaths/Min
Temperature PO 36.7 deg C
.
Height/Weight
12/30/2015 11:16 Weight Method Stated
Drug Calc Weight (kg) 83 kg
Height 175 cm
.
O2 sat on RA is normal.
General: Alert, mild distress.
Skin: Warm, dry.
Ears, nose, mouth and throat: Oral mucosa moist, no pharyngeal erythema or exudate.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: slight exp wheezing
moving good air
no rales/ronchi
tachypnea and incr wob.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Musculoskeletal: Normal ROM, no tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal motor observed, normal speech observed.

Medical Decision Making
Differential Diagnosis: Pneumonia, bronchitis, asthma, upper respiratory infection.
Electrocardiogram: Rate 61, nl axis/intervals
no acute ste or std, nonspecific st t changes
? U waves.
Results review: Lab results : Laboratory
12/30/2015 19:16 Potassium 3.8 mMOL/L
12/30/2015 13:42 WBC 11.5 thousand/uL H
RBC 4.10 million/uL L
Hgb 12.3 gm/dL
Hct 36.9 %
Plt 351 thousand/uL
MCV 89.9 fL
MCH 30.0 pg
MCHC 33.4 gm/dL
RDW 13.2 %

**ED Physician Notes**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 21 2015 3:19PM WMH MRN:

Allergies: No known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Zofran 4 mg oral tablet: 1 Tab, PO, q4hr, 30 Tab.
Immunizations: Unknown.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Appendectomy (132967011)..
Family history: Not significant.
Social history: Occupation: Employed.

Physical Examination

Vital Signs
Vital-Signs
05/21/2015 15:20 Heart Rate 67 bpm
NIBP Systolic 106 mm Hg
NIBP Diastolic 62 mm Hg
Resp Rate (Monitor) 18 Breaths/Min
SPO2 99 %
Oxygen Amount Room air
Blood Glucose, Point of Care 108 mg/dL H
.
Oxygen saturation: 99 %.
Oxygen saturation adequate on room air.
General: Alert.
Skin: Warm, dry.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline, no tenderness.
Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
Ears, nose, mouth and throat: Tympanic membranes clear, oral mucosa moist, no pharyngeal erythema or exudate.
Cardiovascular: Regular rate and rhythm, No murmur.
Respiratory: Lungs are clear to auscultation, breath sounds are equal, Respirations: Regular, Retractions: None.
Chest wall: No tenderness.
Back: Nontender.
Musculoskeletal: Normal ROM.
Gastrointestinal: Soft, Tenderness: Mild, epigastric.
Genitourinary: No tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
Lymphatics: No lymphadenopathy.
Psychiatric: Cooperative.

Medical Decision Making
Differential Diagnosis: Angina, anxiety, atypical chest pain, post op pain with CO2 insuflation.
Rationale: pt with low risk of cardiac event. will admit overnight per Dr Lee.

**ED Physician Notes**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 21 2015 3:19PM WMH MRN:

Electrocardiogram: Time 05/21/15 15:36:00, rate 58, The Rhythm is sinus bradycardia. , QT interval prolonged.
Results review: Lab results : Laboratory
05/21/2015 15:30 WBC 13.55 thousand/uL H
RBC 4.51 million/uL
Hgb 13.5 gm/dL
Hct 39.9 %
Plt 263 thousand/uL
MCV 88.4 fL
MCH 30.0 pg
MCHC 34.0 gm/dL
RDW 11.6 %
MPV 8.1 fL
Troponin I <0.01 ng/mL
.
Radiology results: Radiologist''s interpretation
Name: SHAW, KIM D
Account: 39728159
MRN: 527866
DOB:

==========================

Result Date:
Verified By: McHugh, Kevin MD at 05/21/15 16:12

Report : XR Chest 1V Portable
Impression:No acute process identified. 05/21/15 16:11
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

Impression and Plan
Diagnosis
Chest pain 786.50 (ICD9 786.50, Discharge, Emergency medicine, Medical)
Plan
Condition: Stable.
Disposition: Admit: Lee, Louis MD.
Counseled: Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.
Notes: Scribe: Michael Balce.
Disclaimer: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Terry Lapid, MD.

Terry Lapid M.D.

# Discharge Summary

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 14 2015 8:25AM

PATIENT: SHAW, KIM D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 39715487

ATTENDING PHYSICIAN: Vidya Nagaraju, MD

ADMISSION DATE: 05/12/2015

DISCHARGE DATE: 05/13/2015

Primary care physician: Dr. Carol Haubach
Admitting physician: Dr. Hannah Farquharson
Attending physicians: Dr. Vidya Nagaraju, Dr. Hannah Farquharson
Consultant: Dr. Louis Lee, General Surgery.

DISCHARGE DIAGNOSIS:
1. Biliary colic, resolving.
2. Symptomatic cholelithiasis; has been planned for an elective cholecystectomy next week.

STUDIES WITH RESULTS:
1. MRCP: Single 13 mm stone in the gallbladder. No gallbladder wall thickening or surrounding fluid to suggest cholecystitis. No biliary ductal dilatation, ductal stone or pancreatic abnormality. Otherwise unremarkable study.
2. Ultrasound of the gallbladder 05/12/2015 showed cholelithiasis without evidence of cholecystitis or biliary obstruction.

LABORATORY DATA:
CBC unremarkable. Chemistry panel unremarkable with a lipase level of 167 on admission. Urinalysis negative.

HISTORY OF PRESENT ILLNESS:
Please refer to the history and physical on admission by Dr. Farquharson. This is a 48-year-old female who presented with acute onset of abdominal pain with nausea on the day of presentation. Due to the severity of her pain and mildly elevated lipase she was admitted for symptom management and for surgical evaluation and also for evaluation for cholecystectomy.

**Discharge Summary**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: May 14 2015 8:25AM WMH MRN:

HOSPITAL COURSE:
For her symptoms the patient was admitted and initiated on n.p.o. diet, hydrated
with IV fluids, and subsequently following this her symptoms have resolved, including nausea. She does have minimal right upper quadrant abdominal pain, anemia which is reduced compared to admission, mild in intensity. The patient was seen by Dr. Louis Lee, also had an ERCP, MRCP does not show any evidence for
any CBD obstruction, no cholecystitis. The patient per Surgery has been scheduled for a laparoscopic cholecystectomy due to symptomatic cholelithiasis or biliary colic. Currently she has tolerated a clear liquid diet. Her nausea
has resolved. Hence she will be discharged home per Surgery recommendation and
to come back for any worsening nausea, abdominal pain or new complaints, to see
Surgery for the any of the above complaints. Otherwise the rest of her hospital
course uneventful. The patient has been converted to oral pain medication and antinausea medication will be added.

DISCHARGE EXAM:
GENERAL: At the time of discharge the patient is alert and oriented x3, not in
distress, pleasant and cooperative.
HEENT: Normocephalic, atraumatic brain. Mucous membranes moist.
NECK: Supple.
CARDIOVASCULAR: Regular rate and rhythm, S1, S2 present.
CHEST: Clear to auscultation bilaterally. No crackles or wheezing.
ABDOMEN: Soft. Mild tenderness to deep palpation in the right upper quadrant. Bowel sounds normal.
EXTREMITIES: No cyanosis, clubbing or edema.

DISPOSITION:
Home with family.

CONDITION:
Improved.

ACTIVITY:
As tolerated.

DIET:
Clear liquid diet. The patient has been advised to upgrade her diet to full liquid for the next few days and then upgrade to low-fat diet when able to tolerate.

MEDICATIONS AT TIME OF DISCHARGE:
1. Norco 5/325, 1 tab p.o. q.4 hours p.r.n. for pain. The patient has been instructed on constipation which can occur with her narcotics and will take over-the-counter laxative stool softeners if this happens.
2. Zofran 4 mg p.o. q.4 hours p.r.n. for nausea/vomiting.

FOLLOWUP:
Followup with Dr. Lois Lee next week and PCP as needed.

INSTRUCTIONS:

**Discharge Summary**

Patient: KIMBERLY SHAW
Encounter: May 14 2015 8:25AM

MRN: 11371144
WMH MRN:

Take medications as directed. Come back for any new complaints or worsening symptoms. Thinking of dictation.

VIDYA NAGARAJU, MD

VN/AL
D: 05/13/2015 15:07:42
T: 05/14/2015 08:25:28

Internal Job: 655149480
External Job: 1222060

cc:
Carol Haubach, MD
CAROL HAUBACH

Vidya Nagaraju M.D.

# ED Physician Notes

Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 12 2015 4:51PM

Patient: SHAW, KIM D MRN: 52-78-66 FIN: 39715487
Age: 48 years Sex: F DOB:
Author: Yellin, Marc MD

Basic Information
Addendum: Time of addendum:: 05/12/15 16:51:00 , Assumed care from: Time 05/12/15 15:30:00.

Medical Decision Making
Results review: Lab results : Laboratory
05/12/2015 15:50 Color YELLOW
Appearance CLEAR
Specific Gravity 1.002 ION.CON L
UpH 8.0 pH
UGlucose NEGATIVE
UBilirubin NEGATIVE
UKetones NEGATIVE
UBlood NEGATIVE
UProtein NEGATIVE
UA Urobilinogen Normal
UNitrite NEGATIVE
ULeukocyte Esterase NEGATIVE
UA Squam Epithelial 0-5
Urine WBCs 0-4
URBC 0-2
UBacteria None Seen
Hyaline Casts 0-5
05/12/2015 14:16 WBC 7.60 thousand/uL
WBC Instr 7.60 NA
RBC 4.86 million/uL
Hgb 14.3 gm/dL
Hct 43.3 %
Plt 370 thousand/uL
MCV 89.2 fL
MCH 29.4 pg
MCHC 33.0 gm/dL
RDW 11.6 %
MPV 7.7 fL
ABS Neut 3.86 thousand/uL
ABS Lymph 2.74 thousand/uL
ABS Mono 0.39 thousand/uL
ABS Eos 0.45 thousand/uL
ABS Baso 0.17 thousand/uL
Neut% 50.8 %
Lymph% 36.0 %

**ED Physician Notes**

| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
|---|---|---|---|
| Encounter: | May 12 2015 4:51PM | WMH MRN: | |

Mono% 5.1 %
Eos% 5.9 %
Baso% 2.2 % H
Sodium 141 mMOL/L
Potassium 3.7 mMOL/L
Chloride 109 mMOL/L H
CO2 20 mmol/L
Glucose Level 94 mg/dL
BUN 6.0 mg/dL L
Creatinine 0.8 mg/dL
GFR Estimated >60 mL/min/1.73m2
Calcium 10.0 mg/dL .
Protein, Total 7.30 gm/dL
Albumin 4.1 gm/dL
Bili Total 0.4 mg/dL
ALT 17 Units/L
AST 15 Units/L
Alkphos 53.0 Units/L
Lipase 167 Units/L H
HCG, Quant Serum <5.0 mIU/mL
, Interpretation Abnormal results hyperglycemia, elevated lipase.
Radiology results: Radiologist''s interpretation
Name: SHAW, KIM D
Account: 39715487
MRN: 527866
DOB:

=========================

Result Date:
Verified By: Rodriguez, Juan MD at 05/12/15 16:06

Report : US Gallbladder
Impression: Cholelithiasis without definite evidence of cholecystitis or biliary obstruction. 05/12/15 16:01
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

Reexamination/ Reevaluation
Time: 05/12/15 16:52:00 .
Vital signs
results included from flowsheet : Vital-Signs
05/12/2015 16:50 Temperature PO 36.4 deg C
Heart Rate 56 bpm
NIBP Systolic 133 mm Hg
NIBP Diastolic 72 mm Hg
Resp Rate (Monitor) 16 Breaths/Min
SPO2 100 %
Oxygen Amount Room air

Assessment: moderate pain and nasuea. Abdomen re-examined, remians soft and 1= tender RUQ w/o rebound nor rigidity. Case discussed with Dr. L. Lee who feels that pt can be managed as OP if pain under control. However, pt needs parenteral analgesics. Case discussed with DR. Farqhuarson who will admit and get surgical consult as needed. Consider MRCP.
Will cover with antibiotics, hydrate, NPO.

**ED Physician Notes**

| | | | |
|---|---|---|---|
| Patient: ' | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 12 2015 4:51PM | WMH MRN: | |

Procedure
Procedure notes:
MDM: Biliary colic w/o a surgical abdomen. WIll hydrate, Rx Rocephin and keep NPO, admit
I have considered all aspects of this patient''s differential diagnosis and I do not find any medical condition that would warrant further testing management or intervention.

Impression and Plan
Diagnosis
Pancreatitis, acute (ICD9 577.0, Discharge, Medical)
Biliary colic (ICD9 574.20, Discharge, Medical)
Plan
Condition: Stable.
Disposition: Medically cleared, Admit: Time 05/12/15 16:56:00, to Inpatient Unit, Farquharson, Hannah MD.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Orders: Launch Orders
Pharmacy:
Rocephin (Order Processing): 1,000 mg, IV, x1.

Marc Yellin M.D.

# ED Physician Notes

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW    MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 12 2015 2:18PM

Patient: SHAW, KIM D    MRN: 52-78-66    FIN: 39715487
Age: 48 years    Sex: F    DOB:
Author: Benford, Jacob MD

Basic Information
Time seen: Provider Initial Contact Time
05/12/2015 13:57.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: c.o sudden onset of ruq pain today with nausea, episode diarrhea. 05/12/15 13:53.

History of Present Illness
The patient presents with abdominal pain. Pt complains of sudden onset of colicky RUQ abdominal pain beginning today. She admits to diarrhea, nausea, and increased gas. She denies fever, vomiting, hematochezia, or recent travel. She notes no new foods or recent ill contacts.

Hx appendectomy and chronic back pain..

Review of Systems
Constitutional symptoms: No fever,
Respiratory symptoms: No shortness of breath, no cough.
Cardiovascular symptoms: No chest pain, no palpitations.
Gastrointestinal symptoms: Abdominal pain, right upper quadrant, colicky, pain, nausea, diarrhea, No vomiting,
Additional review of systems information: All other systems reviewed and otherwise negative.

Health Status
Allergies: No known allergies.

Past Medical/ Family/ Social History
Medical history: Negative.
Surgical history: Negative.
Social history: Drug use: Denies, Occupation: Employed.

Physical Examination

Vital Signs
Vital-Signs
05/12/2015 13:53 Oxygen Amount ra
SPO2 100 %

Heart Rate 62 bpm
NIBP Diastolic 82 mm Hg
NIBP Systolic 132 mm Hg
Resp Rate (Monitor) 18 Breaths/Min
Temperature PO 36.7 deg C
.
Height/Weight
05/12/2015 13:53 Drug Calc Weight (kg) 86 kg
Height 175 cm
.
Oxygen saturation: 100 %.
Vital Signs reviewed.
O2 sat on RA is normal.
General: Alert.
Skin: Warm, dry.
Eye: Pupils are equal, round and reactive to light.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
Chest wall: No tenderness.
Musculoskeletal: Normal ROM, normal strength, no tenderness.
Gastrointestinal: Soft, Non distended, Normal bowel sounds, Tenderness: Mild, epigastric.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory observed, normal motor observed.

Medical Decision Making
Documents reviewed: Emergency department nurses'' notes.
Results review: Lab results : Laboratory
05/12/2015 14:16 WBC 7.60 thousand/uL
WBC Instr 7.60 NA
RBC 4.86 million/uL
Hgb 14.3 gm/dL
Hct 43.3 %
Plt 370 thousand/uL
MCV 89.2 fL
MCH 29.4 pg
MCHC 33.0 gm/dL
RDW 11.6 %
MPV 7.7 fL
ABS Neut 3.86 thousand/uL
ABS Lymph 2.74 thousand/uL
ABS Mono 0.39 thousand/uL
ABS Eos 0.45 thousand/uL
ABS Baso 0.17 thousand/uL
Neut% 50.8 %
Lymph% 36.0 %
Mono% 5.1 %
Eos% 5.9 %
Baso% 2.2 % H
Sodium 141 mMOL/L
Potassium 3.7 mMOL/L
Chloride 109 mMOL/L H
CO2 20 mmol/L
Glucose Level 94 mg/dL
BUN 6.0 mg/dL L

**ED Physician Notes**

Patient: KIMBERLY SHAW — MRN: 11371144
Encounter: May 12 2015 2:18PM — WMH MRN:

Creatinine 0.8 mg/dL
GFR Estimated >60 mL/min/1.73m2
Calcium 10.0 mg/dL
Protein, Total 7.30 gm/dL
Albumin 4.1 gm/dL
Bili Total 0.4 mg/dL
ALT 17 Units/L
AST 15 Units/L
Alkphos 53.0 Units/L
Lipase 167 Units/L H
.
Notes: Pt presents with RUQ pain, vomiting. No fever. No hx of same. BS US shows mult large GS. Labs nl except mild elivation of lipase. Pt improved with meds..

Impression and Plan
Diagnosis
Cholelithiasis 574.20 (ICD9 574.20, Discharge, Emergency medicine, Medical)
Plan
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Jacob Benford, M.D., This document was transcribed by scribe Meagan Davis.

Jacob Benford M.D.

# ED Physician Notes

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 12 2015 1:58PM

Patient: SHAW, KIM D MRN: 52-78-66 FIN: 39715487
Age: 48 years Sex: F DOB:
Author: Lapid, Terry B.MD

Basic Information
Time seen: Provider Initial Contact Time
05/12/2015 13:57
.
History source: Patient.
Arrival mode: Private vehicle, walking.
History limitation: None.
Additional information: Patient''s physician(s): The above information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP..

History of Present Illness
The patient presents with abdominal pain. Pt is a 48 yo female who reports sudden onset RUQ abdominal pain this AM while at work. Returned home with multiple episodes of diarrhea, excess gas, and nausea, abd pain colicky in presentation. Pt denies any unusual PO this morning "just a smoothie which i have every morning". No hx of gallbladder/GI ulceres.
Medical hx includes chronic back and related neuropathy, takes daily medications
. The onset was sudden. The Location of pain at onset was right and abdominal. The Location of pain at present is right, upper and abdominal. Associated symptoms: nausea, diarrhea and denies vomiting.

Review of Systems
Constitutional symptoms: No fever,
Skin symptoms
Gastrointestinal symptoms: Abdominal pain, colicky, cramping, nausea, diarrhea, gas, No vomiting,
Genitourinary symptoms

Health Status
Allergies: No known allergies.

Past Medical/ Family/ Social History
Medical history:
1. Back
2. Neuropathy.
Surgical history:
No active procedure history items have been selected or recorded..
Social history: Family/social situation: Married.

Physical Examination

## ED Physician Notes

Patient: KIMBERLY SHAW    MRN: 11371144
Encounter: May 12 2015 1:58PM    WMH MRN:

Vital Signs
Vital-Signs
05/12/2015 13:53 Oxygen Amount ra
SPO2 100 %
Heart Rate 62 bpm
NIBP Diastolic 82 mm Hg
NIBP Systolic 132 mm Hg
Resp Rate (Monitor) 18 Breaths/Min
Temperature PO 36.7 deg C
.
Oxygen saturation: 100 %.
Oxygen saturation adequate on room air.
Vital signs reviewed.
General: Alert, mild distress.
Skin: Warm, dry.
Eye
Cardiovascular
Respiratory
Gastrointestinal: Soft,
, Tenderness: Moderate, right upper quadrant, Rebound: Negative.
Back: Normal range of motion.
Musculoskeletal: Normal ROM.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
Psychiatric: Cooperative, appropriate mood affect.

Medical Decision Making
Differential Diagnosis: Abdominal pain.
Documents reviewed: Emergency department nurses'' notes.
Notes: THIS IS AN RME EXAM ONLY. REMAINDER OF ED EVALUATION, MANAGEMENT/TREATMENT AND DISPOSITION WILL BE COMPLETED BY ED MEDICAL STAFF.

Impression and Plan
Plan
Disposition
Counseled: Patient, Patient indicated understanding of instructions.
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Lapid, Terry M.D., This document is transcribed by scribe Jessica Chan
The above information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.

Terry Lapid M.D.

# Physician Note

**Dominican Medical Group**
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Home:
Work:

Sex: F

Encounter Date: Jan 22 2016 10:35AM

Physician Note
xarelto approved as d/w CM...pt seen examined discharged as d/w DR eLLISON

Electronically Signed By:
Bhuria, Himanshu MD
On 01/22/16 16:53
Co Signature By:
Modified Signature By:

Himanshu Bhuria M.D.

# Physician Note

**Dominican Medical Group**
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 22 2016 9:22AM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Ellison, Michael MD

Basic Information
Date of Service:
01/22/2016 09:22.
Admission Information: Admit Days = 3, Patient Type = Inpatient

Impression and Plan
Course: Patient had a chest pain episode with dyspnea last eveing that abated in 1 hour. Feeling good this AM..
Plan
Patient is a 48 year old woman with history of severe asthma with recent status asthmaticus admission now found to have small pulmonary emboli.

1) pulmonary emboli without evidence of right heart strain given normal cardiac indices. No evidence of LE DVT
-would continue Xarelto
-discussed with patient that suspect that these clots were provoked 2/2 immobility during recent hospitalization (despite walking and wearing SCD's)
-duration of therapy 3 months
-will f/u echocardiogram

2) severe asthma with recent status
-start breo ellipta 200 daily
-cont singular, theophylline level subtherapeutic - will advance to 400 mg BID
-patient has 300 mg tabs at home she will start 1 1/2 tab BID and will check theo level next week.
-continue outpatient prednisone taper which she already has at home.
-check IgE and aspergillus specific antibodies to evaluate for allergic bronchopulmonary aspergillosis

3) lactic acidosis resolved: may have been related to increase WOB or albuterol.

4) OK to be discharged today and follow up with Dr. Kipps on 01/26 at 9:30 AM.

Health Status
Intake and Output

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 22 2016 9:22AM WMH MRN:

24 hour Idata

24 hour I

Yesterday: Intake: 1759.46 Output: 0.00 Balance: 1759.46

Today: Intake: 3.00 Output: 0.00 Balance: 3.00

Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info

- Active

Scheduled
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hwa
FLUoxetine 10 mg Cap: 40 mg, PO, qDay
fluticasone-vilanterol 200/25 1 Puff, INH, qDay
gabapentin 300 mg Cap: 600 mg, PO, TID
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hwa
methylPREDNISolone Na succ 40m 30 mg, IV Push, q8hr
montelukast 10 mg Tab: 10 mg, PO, qPM
polyethylene glycol 3350 17gm 17 gm, PO, qDay
rivaroxaban 15 mg Tab: 15 mg, PO, BID with meals
sodium chloride: 3 mL, IV Push, qShift (12hr)
theophylline 300 mg ER Tab: 400 mg, PO, BID
Discontinued
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IM, x1
PRN Meds
HYDROcod/acetamin (10/325) mg 1 Tab, PO, q4hr, PRN: Pain
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV Push, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, TID, PRN: Anxiety
LORazepam 2 mg/mL 1mL Inj: 1 mg, IV Push, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep

VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.6 (01/21 16:00) Temperature PO | 37.1 (01/22 00:00) Temperature PO | 37.1 (01/22 00:00) Temperature PO |
| HR | 77 (01/22 00:00) | 103 (01/21 12:00) | 77 (01/22 00:00) |

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 22 2016 9:22AM WMH MRN:

| | | | |
|---|---|---|---|
| RR | 18 (01/22 00:00) | 24 (01/21 12:00) | 18 (01/22 00:00) |
| NIBP | 113/62 (01/21 16:00) | 155/93 (01/21 12:00) | 118/65 (01/22 00:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 96 (01/21 16:00) | 100 (01/21 12:00) | 97 (01/22 00:00) |
| L/min | (01/21 16:00) | 2 (01/21 12:00) | (01/21 16:00) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

Temp PO Heart Rate Resp Rate
37.1 77 18
(01/22 00:00) (01/22 00:00) (01/22 00:00)

Non Invasive BP NIBP Mean AdmitWeight CurrentWeight
BMI
118 / 65 83 ' 75.00
80.91 26.34
(01/22 00:00) (01/20 16:00) (01/19 17:16) (01/20 01:38)
(01/20 01:38)

Ventilation
SaO2 L/min
97 :
(01/22 00:00) (01/21 16:00)

Objective
General: No acute distress.
Respiratory: Lungs are clear to auscultation.
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender, Non-distended.
Extremities: Lower Extremities: Edema ( None ).

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 22 2016 9:22AM WMH MRN:

Hematology Chemistry Enzymes

Microbiology Studies Recently Resulted
3220025143
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 60 Hours

3220025161
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 60 Hours

Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

==========================

Result Date:
Verified By: Lin, Jennifer MD at 01/20/16 10:57

Report : CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Martinez, Roy MD at 01/20/16 08:55

Report : US Lower Extrem Venous Duplex Bilat
IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound. 01/20/16 08:55
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views

Patient: KIMBERLY SHAW
Encounter: Jan 22 2016 9:22AM

MRN: 11371144
WMH MRN:

Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++

Electronically Signed By:
Ellison, Michael MD
On 01/22/16 09:25
Co Signature By:
Modified Signature By:

Michael Ellison M.D.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 21 2016 1:25PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Bhuria, Himanshu MD

Basic Information
Date of Service:
01/21/2016 13:26.
Admission Information: Admit Days = 2, Patient Type = Inpatient

Impression and Plan
Diagnosis
- RLL PE (Provoked, given her recent hospitalizaton) - started on Xarelto on 1/20 by Pulm with plan for 3 months of AC per pulm.
Risk / benefits d/w pt.

BNP, Trop normal. Echo shows no RV strain, normal EF.

- Asthma with recent exacerbation - on nebs, solumedrol. Sees Dr Kipps. d/w Dr Ellsion who tapered steroids and advised hopefully home in am.

- Had Elevated lactate - not septic. Lactate normal post hydration.
Procalcitonin normal.

- Leucocytosis - likley form corticosteroids.

- DVT Prop - xarelto. B/L LE USG show no DVT.

- FULL CODE.

Dispo - hopefully home in am. I have asked CM to get prior auth on xarelto - Rx sent to Plaza..

Subjective
Patient Complaint: feels better; dyspnea and pleuritic CP better.

Review of Systems
Constitutional: No fever.
Respiratory: No shortness of breath.
Cardiovascular: No chest pain.
Gastrointestinal: No abdominal pain.

Health Status

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 21 2016 1:25PM WMH MRN:

Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 2937.29 Output: 0.00 Balance: 2937.29

Today: Intake: 5.46 Output: 0.00 Balance: 5.46

Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info

- Active

Scheduled
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hwa
FLUoxetine 10 mg Cap: 40 mg, PO, qDay
fluticasone-vilanterol 200/25 1 Puff, INH, qDay
gabapentin 300 mg Cap: 600 mg, PO, TID
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV, x1
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hwa
methylPREDNISolone Na succ 40m 30 mg, IV Push, q8hr
montelukast 10 mg Tab: 10 mg, PO, qPM
polyethylene glycol 3350 17gm 17 gm, PO, qDay
rivaroxaban 15 mg Tab: 15 mg, PO, BID with meals
sodium chloride: 3 mL, IV Push, qShift (12hr)
theophylline 300 mg ER Tab: 400 mg, PO, BID
Discontinued
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IM, x1
PRN Meds
HYDROcod/acetamin (10/325) mg 1 Tab, PO, q4hr, PRN: Pain
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV Push, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, TID, PRN: Anxiety
LORazepam 2 mg/mL 1mL Inj: 1 mg, IV Push, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
Discontinued
NaCl 0.9%: 100 mL/hr, IV, Stop: 02/19/16 13:48:00

VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| Low | High | Last |
|---|---|---|
| 36.6 (01/20 20:30) Temperature PO | 36.8 (01/21 00:00) Temperature PO | 36.7 (01/21 07:42) Temperature PO |

**Physician Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 21 2016 1:25PM | WMH MRN: | |

| | | | |
|---|---|---|---|
| HR | 55 (01/21 07:42) | 88 (01/20 16:00) | 55 (01/21 07:42) |
| RR | 18 (01/21 07:42) | 20 (01/20 20:30) | 18 (01/21 07:42) |
| NIBP | 121/73 (01/21 00:00) | 135/74 (01/21 07:42) | 135/74 (01/21 07:42) |
| NIBP Mean | 83 (01/20 16:00) | 83 (01/20 16:00) | 83 (01/20 16:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 97 (01/20 20:30) | 100 (01/21 07:42) | 100 (01/21 07:42) |
| L/min | (01/20 20:30) | 3 (01/21 07:42) | 3 (01/21 07:42) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

| Temp PO | Heart Rate | Resp Rate |
|---|---|---|
| 36.7 | 55 | 18 |
| (01/21 07:42) | (01/21 07:42) | (01/21 07:42) |

| Non Invasive BP | NIBP Mean | AdmitWeight | CurrentWeight | BMI |
|---|---|---|---|---|
| 135 / 74 | 83 | 75.00 | 80.91 | 26.34 |
| (01/21 07:42) | (01/20 16:00) | (01/19 17:16) | (01/20 01:38) | (01/20 01:38) |

Ventilation

| SaO2 | L/min |
|---|---|
| 100 | 3.0 |
| (01/21 07:42) | (01/21 07:42) |

Objective
General: No acute distress.
HENT: Normocephalic, Normal hearing.
Neck: Supple, No jugular venous distention.

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 21 2016 1:25PM WMH MRN:

Respiratory: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
Cardiovascular: Normal rate, Regular rhythm, No gallop.
Gastrointestinal: Soft, Non-tender, Non-distended.
Extremities: Lower Extremities: Bilateral, Edema ( None ), Cyanosis, Not clubbing.
Neurologic: Alert, No focal defects.
Orientation: To person, To place, To time.
Psychiatric: Cooperative, Appropriate mood affect.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 16.70H | Na | 138.00 | Alkphos | 50.00 |
| Hgb | 12.40 | K | 4.30 | ALT | , 18 |
| Hct | 37.40 | Cl | 108.00H | AST | , 7 |
| Plt | 271.00 | CO2 | 23.00 | | |
| | | Gluc | 168.00H | | |
| | | Bun | 14.00 | | |
| | | Cr | 0.70 | | |
| | | Ca | 8.70 | | |

T Bili 0.40

Coagulation
PT 14.40H INR 1.10
Proteins
Alb 3.00L (01/21 06:45)
,

Microbiology Studies Recently Resulted
3220025143
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 36 Hours

3220025161
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 36 Hours

.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

==========================

Result Date:
Verified By: Lin, Jennifer MD at 01/20/16 10:57

Physician Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 21 2016 1:25PM WMH MRN:

Report : CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Martinez, Roy MD at 01/20/16 08:55

Report : US Lower Extrem Venous Duplex Bilat
IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound. 01/20/16 08:55
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT Prophylaxis: xarelto.
Cardiac monitor
Documentation reviewed: Case discussed with: Nurse, Case management, Patient, Consultant ( Pulmonology ).

Electronically Signed By:
Bhuria, Himanshu MD
On 01/21/16 18:43
Co Signature By:
Modified Signature By:
Bhuria, Himanshu MD
On 01/21/16 13:30

Himanshu Bhuria M.D.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 21 2016 10:32AM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Ellison, Michael MD

Basic Information
Date of Service:
01/21/2016 10:32.
Admission Information: Admit Days = 2, Patient Type = Inpatient

Impression and Plan
Course: Patient feeling signficantly better. On RA..
Plan
Patient is a 48 year old woman with history of severe asthma with recent status asthmaticus admission now found to have small pulmonary emboli.

1) pulmonary emboli without evidence of right heart strain given normal cardiac indices. No evidence of LE DVT
-would continue Xarelto
-discussed with patient that suspect that these clots were provoked 2/2 immobility during recent hospitalization (despite walking and wearing SCD's)
-duration of therapy 3 months
-will f/u echocardiogram

2) severe asthma with recent status
-start breo ellipta 200 daily
-cont singular, theophylline level subtherapeutic - will advance to 400 mg BID
-wean steroids down as without significant wheezing
-check IgE and aspergillus specific antibodies to evaluate for allergic bronchopulmonary aspergillosis

3) lactic acidosis resolved: may have been related to increase WOB or albuterol.

Health Status
Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 2937.29 Output: 0.00 Balance: 2937.29

**Physician Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 21 2016 10:32AM | WMH MRN: | |

Today: Intake: 1.46 Output: 0.00 Balance: 1.46

Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Infó

- Active

Scheduled
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hwa
FLUoxetine 10 mg Cap: 40 mg, PO, qDay
fluticasone-vilanterol 200/25 1 Puff, INH, qDay
gabapentin 300 mg Cap: 600 mg, PO, TID
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hwa
methylPREDNISolone Na succ 40m 30 mg, IV Push, q8hr
montelukast 10 mg Tab: 10 mg, PO, qPM
polyethylene glycol 3350 17gm 17 gm, PO, qDay
rivaroxaban 15 mg Tab: 15 mg, PO, BID with meals
sodium chloride: 3 mL, IV Push, qShift (12hr)
theophylline 300 mg ER Tab: 300 mg, PO, BID
PRN Meds
HYDROcod/acetamin (10/325) mg 1 Tab, PO, q4hr, PRN: Pain
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV Push, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, TID, PRN: Anxiety
LORazepam 2 mg/mL 1mL Inj: 1 mg, IV Push, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
Discontinued
NaCl 0.9%: 100 mL/hr, IV, Stop: 02/19/16 13:48:00

VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.6 (01/20 20:30) Temperature PO | 36.8 (01/21 00:00) Temperature PO | 36.7 (01/21 07:42) Temperature PO |
| HR | 55 (01/21 07:42) | 88 (01/20 16:00) | 55 (01/21 07:42) |
| RR | 16 (01/20 12:01) | 20 (01/20 20:30) | 18 (01/21 07:42) |
| NIBP | 120/58 (01/20 12:01) | 135/74 (01/21 07:42) | 135/74 (01/21 07:42) |

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 21 2016 10:32AM WMH MRN:

| | | | |
|---|---|---|---|
| NIBP Mean | 83 (01/20 16:00) | 83 (01/20 16:00) | 83 (01/20 16:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95 (01/20 12:01) | 100 (01/21 07:42) | 100 (01/21 07:42) |
| L/min | (01/20 20:30) | 3 (01/21 07:42) | 3 (01/21 07:42) |

==================================================
; Last Documented Vital Signs
Vital Signs (Most Recent )

| Temp PO | Heart Rate | Resp Rate |
|---|---|---|
| 36.7 (01/21 07:42) | 55 (01/21 07:42) | 18 (01/21 07:42) |

| Non Invasive BP | NIBP Mean | AdmitWeight | CurrentWeight | BMI |
|---|---|---|---|---|
| 135 / 74 (01/21 07:42) | 83 (01/20 16:00) | 75.00 (01/19 17:16) | 80.91 (01/20 01:38) | 26.34 (01/20 01:38) |

Ventilation

| SaO2 | L/min |
|---|---|
| 100 (01/21 07:42) | 3.0 (01/21 07:42) |

Objective
General: No acute distress.
Eye: Pupils are equal, round and reactive to light, Extraocular movements are intact, Normal conjunctiva.
HENT: No pharyngeal erythema.
Respiratory: minimal rhonchi.
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender, Non-distended, Normal bowel sounds.
Extremities: Lower Extremities: Edema ( None ).
Neurologic: Alert, Orientation, No focal defects.

Review / Management
Results Review: 24 hr Labs

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 21 2016 10:32AM WMH MRN:

Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 16.70H | Na | 138.00 | Alkphos | 50.00 |
| Hgb | 12.40 | K | 4.30 | ALT | , 18 |
| Hct | 37.40 | Cl | 108.00H | AST | , 7 |
| Plt | 271.00 | CO2 | 23.00 | | |
| | | Gluc | 168.00H | | |
| | | Bun | 14.00 | | |
| | | Cr | 0.70 | | |
| | | Ca | 8.70 | | |

T Bili 0.40

Coagulation
PT 14.40H INR 1.10
Proteins
Alb 3.00L (01/21 06:45)
,

Microbiology Studies Recently Resulted
3220025143
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 36 Hours

3220025161
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: No growth to date at 36 Hours

.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

==========================

Result Date:
Verified By: Lin, Jennifer MD at 01/20/16 10:57

Report : CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Martinez, Roy MD at 01/20/16 08:55

Report : US Lower Extrem Venous Duplex Bilat
IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound.

**Physician Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 21 2016 10:32AM | WMH MRN: | |

01/20/16 08:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++++

Electronically Signed By:
Ellison, Michael MD
On 01/21/16 10:42
Co Signature By:
Modified Signature By:

Michael Ellison M.D.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 20 2016 2:22PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Bhuria, Himanshu MD

Basic Information
Date of Service:
01/20/2016 14:22.
Admission Information: Admit Days = 1, Patient Type = Inpatient
.

Impression and Plan
Diagnosis
- RLL PE (Provoked, given her recent hospitalizaton) - cont therapeutic lovenox.
Long term anticoagulation in consultation with pulmonolgist - d/w Dr Ling (covering Dr Kipps).

BNP, Trop normal. Echo shows no RV strain, normal EF.

- Asthma with recent exacerbation - on nebs, solumedrol.

- Elevated lactate - not septic. Hydrate and repeat.

- Leucocytosis - likley form corticosteroids.

- DVT Prop - on lovenox. B/L LE USG show no DVT.

- fULL CODE..

Subjective
Patient Complaint: pleuritic CP better this morning; no dyspnea at rest.

Review of Systems
Constitutional: No fever.
Respiratory: No cough.
Cardiovascular: No chest pain.
Gastrointestinal: No abdominal pain.

Health Status
Intake and Output
24 hour Idata

24 hour I

**Physician Note**

Patient: KIMBERLY SHAW    MRN: 11371144
Encounter: Jan 20 2016 2:22PM    WMH MRN:

Yesterday: Intake: 221.00 Output: 0.00 Balance: 221.00

Today: Intake: 852.00 Output: 0.00 Balance: 852.00

Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info

- Active

,
Scheduled
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hr
enoxaparin: 75 mg, SUBCUT, q12hr
FLUoxetine 10 mg Cap: 40 mg, PO, qDay
gabapentin 300 mg Cap: 600 mg, PO, TID
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
methylPREDNISolone Na succ 40m 60 mg, IV Push, q8hr
montelukast 10 mg Tab: 10 mg, PO, qPM
polyethylene glycol 3350 17gm 17 gm, PO, qDay
theophylline 300 mg ER Tab: 300 mg, PO, BID
Discontinued
albuterol (0.5%) 2.5 mg/ 0.5mL 5 mg, 1 mL, NEB - inhalation, q4hr
ipratropium 0.02% 2.5mL Inh So 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
PRN Meds
HYDROcod/acetamin (10/325) mg 1 Tab, PO, q4hr, PRN: Pain
HYDROmorphone 1 mg/mL 1mL Inj: 0.5 mg, IV Push, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, TID, PRN: Anxiety
LORazepam 2 mg/mL 1mL Inj: 1 mg, IV Push, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
Discontinued
gabapentin 300 mg Cap: 600 mg, PO, TID, PRN: Pain
IV Medications
NaCl 0.9%: 1,000 mL/hr, IV, Stop: 01/20/16 6:37:00
NaCl 0.9%: 100 mL/hr, IV, Stop: 02/19/16 13:48:00
.
VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.5 (01/20 02:00) Temperature PO | 36.9 (01/20 08:00) Temperature PO | 36.8 (01/20 12:01) Temperature PO |
| HR | 77 (01/19 22:01) | 106 (01/20 08:00) | 106 (01/20 08:00) |

**Physician Note**

Patient: KIMBERLY SHAW · MRN: 11371144
Encounter: Jan 20 2016 2:22PM WMH MRN:

| | | | |
|---|---|---|---|
| RR | 16<br>(01/20 12:01) | 24<br>(01/19 19:46) | 16<br>(01/20 12:01) |
| NIBP | 120/58<br>(01/20 12:01) | 145/71<br>(01/20 03:00) | 120/58<br>(01/20 12:01) |
| NIBP Mean | 85<br>(01/20 08:00) | 87<br>(01/20 03:00) | 85<br>(01/20 08:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

BMI = 26.34 01/20/16 01:38 BMI

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95<br>(01/20 12:01) | 100<br>(01/20 03:00) | 95<br>(01/20 12:01) |
| L/min | (01/20 12:01) | 3<br>(01/20 03:00) | (01/20 12:01) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

Temp PO Heart Rate Resp Rate
36.8 106 16
(01/20 12:01) (01/20 08:00) (01/20 12:01)

Non Invasive BP NIBP Mean AdmitWeight CurrentWeight
BMI
120 / 58 85 75.00
80.91 26.34
(01/20 12:01) (01/20 08:00) (01/19 17:16) (01/20 01:38)
(01/20 01:38)

Ventilation
SaO2 L/min
95 :
(01/20 12:01) (01/20 12:01)

Objective
General: No acute distress.
HENT: Normocephalic, Normal hearing.
Neck: Supple, No jugular venous distention.
Respiratory: Lungs are clear to auscultation, Respirations are non-labored,

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 20 2016 2:22PM WMH MRN:

Breath sounds are equal, Symmetrical chest wall expansion.
Cardiovascular: Normal rate, Regular rhythm, No gallop.
Gastrointestinal: Soft, Non-tender, Non-distended.
Extremities: Lower Extremities: Bilateral, Edema ( None ), Not clubbing, Not cyanosis.
Neurologic: Alert, No focal defects.
Orientation: To person, To place, To time.
Psychiatric: Cooperative, Appropriate mood affect.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 15.40H | Na | 134.00L | Alkphos | 55.00 |
| Hgb | 12.60 | K | 3.80 | ALT | , 18 |
| Hct | 38.20 | Cl | 102.00 | Trop.I. | <0.01 |
| Plt | 239.00 | CO2 | 18.00L | AST | , 7 |
| | | Gluc | 182.00H | | |
| | | Bun | 12.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 8.80 | | |

T Bili 0.40

Coagulation
PT 14.50H INR 1.10
Proteins
Alb 3.30L (01/20 05:33)

Arterial Blood Gases

PH: 7.64C (01/19 20:52)
PCO2: C 17.80 (01/19 20:52)
PO2: H 118.70 (01/19 20:52)
HCO3: L 18.60 (01/19 20:52)
BE: 0.30 (01/19 20:52)
,

Microbiology Studies Recently Resulted
3220025143
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: Blood cultures are held 5 days. The physician will be notified if growth is detected.

3220025161
Culture Blood
Status: Prelim
01/19/2016 Blood
Culture Report: Blood cultures are held 5 days. The physician will be notified if growth is detected.

.
Radiology Results
Radiologist's interpretation

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 20 2016 2:22PM WMH MRN:

Name: SHAW, KIMBERLY D
Account: 40070682
MRN: 527866
DOB:

=========================

Result Date:
Verified By: Lin, Jennifer MD at 01/20/16 10:57

Report : CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Martinez, Roy MD at 01/20/16 08:55

Report : US Lower Extrem Venous Duplex Bilat
IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound. 01/20/16 08:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++

Result Date:
Verified By: Astromoff, Nicholas MD at 01/19/16 18:11

Report : XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT Prophylaxis: Enoxaparin (Lovenox).
Cardiac monitor: Reveals a Normal sinus rhythm.
Documentation reviewed: Case discussed with: Nurse, Case management, Patient, Consultant ( Pulmonology ).

Electronically Signed By:
Bhuria, Himanshu MD
On 01/20/16 17:11
Co Signature By:
Modified Signature By:
Bhuria, Himanshu MD
On 01/20/16 14:27

Himanshu Bhuria M.D.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jan 3 2016 1:46PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Suval, Michael MD

Basic Information
Date of Service:
01/03/2016 13:46.
Admission Information: Admit Days = 4, Patient Type = Inpatient
, Code Status: Full Code
.

Impression and Plan
Diagnosis
Asthma (ICD10-CM J45.909, Discharge, Medical).
Course: Presents w exacerbation of same
4-5 day of cough and wheezing
Had outpt course of steroids and Doxy
Has wheezing w minimal exertion and cough
Continued exertional dyspnea
Discussed w Dr. Kipps who recommended increasing dose of inhaled steroids
Discussed today w Dr. Likar who recommends tx w TMP/SFX and theophylline.
Plan
IV steroids aggressive pulmonary toilet .
Pt Care Time: Total face to face time with patient 35 mins, Greater than 50% face to face time spent counseling/coordinating care.
Diagnosis
Depressed (ICD10-CM F32.9, Discharge, Medical).
Course: Progressing as expected, Prozac increased per pt request.
Orders
Current tx plan.
Education and Follow-up: Discharge Planning: Plan to discharge ( In 2-3 days (Yellow) ), To ( Home ).

Subjective
Patient Complaint: Not worse. Patient States is eating well is ambulating.

Review of Systems
Constitutional: No fever, No chills, No sweats.
Eye: No double vision, No visual disturbances.
Respiratory: Shortness of breath, Cough, Wheezing.
Cardiovascular: No chest pain, No palpitations.
Gastrointestinal: Nausea, Vomiting, Diarrhea.
Genitourinary: No dysuria, No hematuria.

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 3 2016 1:46PM WMH MRN:

Hematology/Lymphatics: No bruising, No bleeding.
Musculoskeletal: No joint pain.
Integumentary: No rash, No pruritus.
Neurologic: No confusion, No headache.
Psychiatric: Anxiety, Depression.
ROS reviewed as documented in chart

Health Status
Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 4303.00 Output: 0.00 Balance: 4303.00

Today: Intake: 1.50 Output: 0.00 Balance: 1.50

, Reviewed Results: Intake and Output(Date Range: 01/03/2015 00:00 - 01/02/2016 23:59)
Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info
Ordered
fluconazole: 100 mg, PO, qDay 01/01/2016 09:00 - Active
sulfamethoxazole-trimethoprim: 2 Tab, PO, BID 01/03/2016 10:29 - Active

, Antibiotic information:: Suspected Infection upper respiratory tract infection,
Scheduled
albuterol/iprat (2.5-0.5mg/3mL 3 mL, NEB - inhalation, q4hr
docusate sodium 100 mg Cap: 100 mg, PO, BID
fluconazole 100 mg Tab: 100 mg, PO, qDay
FLUoxetine: 40 mg, PO, qDay
fluticasone-vilanterol: 1 INH, INH, qHS
gabapentin: 600 mg, PO, TID
methylPREDNISolone: 60 mg, IV Push, q12hr(interval)
montelukast 10 mg Tab: 10 mg, PO, qPM
sulfamethoxazole/TMP (800/160) 2 Tab, PO, BID
theophylline: 200 mg, PO, qDay
PRN Meds
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Fever
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Pain
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hr, PRN: Shortness of breath or wheezing
baclofen: 5 to 10 mg, PO, every 6 hours, PRN: Spasms
benzonatate 100 mg Cap: 200 mg, PO, TID, PRN: Cough
guaifen/codeine 100-10mg/5mL 1 10 mL, PO, q4hr, PRN: Cough / Congestion
HYDROcod/acetamin (5/325) mg T 1 - 2 tab, PO, q4hr, PRN: Pain
lidocaine viscous 2% 15mL Sol 10 mL, TOP, QID, PRN: Sore throat
LORazepam 1 mg Tab: 1 mg, PO, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
Mg hydrox/Al h/smc (200-200-20 30 mL, PO, q4hr, PRN: Heartburn
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia

**Physician Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jan 3 2016 1:46PM | WMH MRN: | |

potassium chloride 20 mEq Pwd: 20 - 40 mEq, PO, Per Parameter, PRN: Hypokalemia
promethazine 12.5 mg Supp: 12.5 mg, PR, q4hr, PRN: Nausea / Vomiting 2nd Choice
TNF Medication: 8 mg, PO, qHS, PRN: Spasms
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
IV Medications
NS + KCl 20mEq/L: 100 mL/hr, IV, Stop: 01/29/16 15:41:00
.
VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.7 (01/03 00:00) Temperature PO | 37.3 (01/02 16:00) Temperature PO | 36.8 (01/03 07:30) Temperature PO |
| HR | 67 (01/03 07:30) | 73 (01/02 16:00) | 67 (01/03 07:30) |
| RR | 16 (01/03 07:30) | 18 (01/02 16:00) | 16 (01/03 07:30) |
| NIBP | 128/80 (01/02 16:00) | 130/81 (01/03 00:00) | 129/83 (01/03 07:30) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 83.00 | (12/30 11:16) |
| Current | 84.60 | (12/31 05:00) |
| Previous | 86.36 | (12/31 00:01) |
| Gain/Loss | -1.76 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 94 (01/02 16:00) | 100 (01/03 00:00) | 95 (01/03 07:30) |
| L/min | (01/03 07:30) | (01/02 16:00) | (01/03 07:30) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

```
Temp PO       Heart Rate          Resp Rate
      36.8              67                          16
(01/03 07:30)    (01/03 07:30)        (01/03 07:30)

  Non Invasive BP     AdmitWeight     CurrentWeight          BMI
     129 /  83                    83.00                      84.60
28.12
   (01/03 07:30)       (12/30 11:16)      (12/31 05:00)      (12/30 21:56)
```

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 3 2016 1:46PM WMH MRN:

Ventilation

| SaO2 | L/min |
|---|---|
| 95 | Room air |
| (01/03 07:30) | (01/03 07:30) |

, Reviewed Results: Vital Signs Summary(Date Range: 01/02/2016 00:00 - 01/03/2016 13:50)

Objective
General: Moderate distress.
Eye: Pupils are equal, round and reactive to light, Extraocular movements are intact.
HENT: Normocephalic.
Neck: Supple, Non-tender.
Respiratory: Air exchange adequate
I/E wheezing, No stridor.
Cardiovascular: Normal rate, Regular rhythm.
Gastrointestinal: Soft, Normal bowel sounds, No organomegaly.
Lymphatics: No cervical, No supraclavicular.
Extremities: Lower Extremities: Not clubbing, Not cyanosis.
Integumentary: Reviewed Results: Skin/Wound from Flowsheet : Integumentary(Date Range: 01/02/2016 00:00 - 01/03/2016 13:53)
.
Neurologic: Alert, No focal defects, Cranial Nerves II-XII are grossly intact.
Psychiatric: Cooperative, Appropriate mood affect.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 13.40H | Na | 139.00 | Alkphos | 60.00 |
| Hgb | 13.20 | K | 4.40 | ALT | , 16 |
| Hct | 40.40 | Cl | 104.00 | AST | , 9 |
| Plt | 407.00H | CO2 | 25.00 | | |
| | | Gluc | 129.00H | | |
| | | Bun | 10.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 9.30 | | |

T Bili 0.40

Proteins
Alb 3.70 (01/03 06:44)
,

Microbiology Studies Recently Resulted
0
, Reviewed Results: Lab results.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

# Physician Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 3 2016 1:46PM WMH MRN:

=========================

Result Date:
Verified By: Schmetz, Mark MD at 12/30/15 12:29

Report : XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT Prophylaxis: Sequential Compression Device.
Cardiac monitor: Reveals a Normal sinus rhythm.
Documentation reviewed: Case discussed with: Nurse, Case management, Social services, Patient, Consultant ( Pulmonology ).
Condition: Guarded.

Electronically Signed By:
Suval, Michael MD
On 01/03/16 13:53
Co Signature By:
Modified Signature By:

Michael J Suval D.O.

# Physician Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 2 2016 3:36PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Suval, Michael MD

Basic Information
Date of Service:
01/02/2016 15:36.
Admission Information: Admit Days = 3, Patient Type = Inpatient
, Code Status: Full Code
.

Impression and Plan
Diagnosis
Asthma (ICD10-CM J45.909, Discharge, Medical).
Course: Presents w exacerbation of same
4-5 day of cough and wheezing
Had outpt course of steroids and Doxy
Has wheezing w minimal exertion and cough
Continued exertional dyspnea
Discussed w Dr. Kipps who recommended increasing dose of inhaled steroids.
Plan
IV steroids aggressive pulmonary toilet .
Pt Care Time: Total face to face time with patient 35 mins, Greater than 50% face to face time spent counseling/coordinating care.
Diagnosis
Depressed (ICD10-CM F32.9, Discharge, Medical).
Course: Progressing as expected, Prozac increased per pt request.
Orders
Current tx plan.
Education and Follow-up: Discharge Planning: Plan to discharge ( In 2-3 days (Yellow) ), To ( Home ).

Subjective
Patient Complaint: exertional dyspnea and fatigue. Patient States is getting better is eating well.

Review of Systems
Constitutional: Weakness, Fatigue, Decreased activity, No fever, No chills.
Eye: No double vision, No visual disturbances.
Ear/Nose/Mouth/Throat: Sore throat.
Respiratory: Shortness of breath, Cough, Wheezing, No sputum production.
Cardiovascular: Chest pain: Right sided, Posterior.
Gastrointestinal: No nausea, No vomiting, No diarrhea.

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 2 2016 3:36PM WMH MRN:

Genitourinary: No dysuria.
Hematology/Lymphatics: No bruising, No bleeding.
Musculoskeletal: Negative.
Integumentary: No rash, No pruritus.
Neurologic: No confusion, No headache.
Psychiatric: Anxiety, Depression.
ROS reviewed as documented in chart

Health Status
Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 3253.00 Output: 0.00 Balance: 3253.00

Today: Intake: 1.50 Output: 0.00 Balance: 1.50

, Reviewed Results: Intake and Output(Date Range: 01/02/2015 00:00 - 01/01/2016 23:59)
Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info
Ordered
fluconazole: 100 mg, PO, qDay 01/01/2016 09:00 - Active

, Antibiotic information:,
Scheduled
albuterol/iprat (2.5-0.5mg/3mL 3 mL, NEB - inhalation, q4hr
docusate sodium 100 mg Cap: 100 mg, PO, BID
fluconazole 100 mg Tab: 100 mg, PO, qDay .
FLUoxetine: 40 mg, PO, qDay
fluticasone-vilanterol: 1 INH, INH, qHS
gabapentin: 600 mg, PO, TID
methylPREDNISolone: 60 mg, IV Push, q12hr(interval)
montelukast 10 mg Tab: 10 mg, PO, qPM
PRN Meds
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Fever
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Pain
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hr, PRN: Shortness of breath or wheezing
baclofen: 5 to 10 mg, PO, every 6 hours, PRN: Spasms
benzonatate 100 mg Cap: 200 mg, PO, TID, PRN: Cough
guaifen/codeine 100-10mg/5mL 1 10 mL, PO, q4hr, PRN: Cough / Congestion
HYDROcod/acetamin (5/325) mg T 1 - 2 tab, PO, q4hr, PRN: Pain
lidocaine viscous 2% 15mL Sol 10 mL, TOP, QID, PRN: Sore throat
LORazepam 1 mg Tab: 1 mg, PO, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
Mg hydrox/Al h/smc (200-200-20 30 mL, PO, q4hr, PRN: Heartburn
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEq, PO, Per Parameter, PRN: Hypokalemia
promethazine 12.5 mg Supp: 12.5 mg, PR, q4hr, PRN: Nausea / Vomiting 2nd

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 2 2016 3:36PM WMH MRN:

Choice
TNF Medication: 8 mg, PO, qHS, PRN: Spasms
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
IV Medications
NS + KCl 20mEq/L: 100 mL/hr, IV, Stop: 01/29/16 15:41:00
.
VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.6 (01/02 00:00) Temperature PO | 36.9 (01/02 08:53) Temperature PO | 36.9 (01/02 08:53) Temperature PO |
| HR | 97 (01/02 08:53) | 118 (01/01 16:00) | 97 (01/02 08:53) |
| RR | 16 (01/02 08:53) | 20 (01/02 00:00) | 16 (01/02 08:53) |
| NIBP | 133/56 (01/01 16:00) | 136/79 (01/02 08:53) | 136/79 (01/02 08:53) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 83.00 | (12/30 11:16) |
| Current | 84.60 | (12/31 05:00) |
| Previous | 86.36 | (12/31 00:01) |
| Gain/Loss | -1.76 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95 (01/02 08:53) | 98 (01/01 16:00) | 97 (01/02 11:00) |
| L/min | (01/02 11:00) | (01/01 16:00) | (01/02 11:00) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

Temp PO Heart Rate Resp Rate
36.9 97 16
(01/02 08:53) (01/02 08:53) (01/02 08:53)

Non Invasive BP AdmitWeight CurrentWeight BMI
136 / 79 83.00 84.60
28.12
(01/02 08:53) (12/30 11:16) (12/31 05:00) (12/30 21:56)

Ventilation
SaO2 L/min
97 Room air

(01/02 11:00) (01/02 11:00)

, Reviewed Results: Vital Signs Summary(Date Range: 01/01/2016 00:00 - 01/02/2016 15:46)

Objective
General: Moderate distress.
Eye: Pupils are equal, round and reactive to light, Extraocular movements are intact.
HENT: Normocephalic, No pharyngeal erythema.
Neck: Supple, Non-tender.
Respiratory: Respirations are non-labored, Diffuse rhonchi Better air exchange.
Cardiovascular: Normal rate, Regular rhythm.
Gastrointestinal: Soft, Non-distended.
Extremities: Lower Extremities: Edema ( None ).
Integumentary: Reviewed Results: Skin/Wound from Flowsheet : Integumentary(Date Range: 01/01/2016 00:00 - 01/02/2016 15:47)
.
Neurologic: Alert, Normal motor function, No focal defects, Cranial Nerves II-XII are grossly intact.
Psychiatric: Cooperative, Appropriate mood affect.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 12.20H | Na | 138.00 | Alkphos | 45.00 |
| Hgb | 11.50L | K | 4.70 | ALT | , 12 |
| Hct | 35.60L | Cl | 111.00H | AST | , 8 |
| Plt | 334.00 | CO2 | 22.00 | | |
| | | Gluc | 126.00H | | |
| | | Bun | 9.00 | | |
| | | Cr | 0.70 | | |
| | | Ca | 8.20L | | |

T Bili 0.30

Proteins
Alb 3.10L (01/02 06:53)
,

Microbiology Studies Recently Resulted
0
.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

========================

Result Date:

Physician Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 2 2016 3:36PM WMH MRN:

Verified By: Schmetz, Mark MD at 12/30/15 12:29

Report : XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT Prophylaxis: Sequential Compression Device.
Cardiac monitor: Reveals a Normal sinus rhythm.
Documentation reviewed: Case discussed with: Nurse, Case management, Social services, Patient, Consultant ( Pulmonology ).
Condition: Guarded.

Electronically Signed By:
Suval, Michael MD
On 01/02/16 15:48
Co Signature By:
Modified Signature By:

Michael J Suval D.O.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Jan 1 2016 4:33PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Suval, Michael MD

Basic Information
Date of Service:
01/01/2016 16:33.
Admission Information: Admit Days = 3, Patient Type = Inpatient
, Code Status: Full Code
.

Impression and Plan
Diagnosis
Asthma (ICD10-CM J45.909, Discharge, Medical).
Course: Presents w exacerbation of same
4-5 day of cough and wheezing
Had outpt course of steroids and Doxy
Has wheezing w minimal exertion and cough
Discussed w Dr. Kipps who recommends increasing dose of inhaled steroids and dcing abx.
Plan
IV steroids aggressive pulmonary toilet .
Pt Care Time: Total face to face time with patient 35 mins, Greater than 50% face to face time spent counseling/coordinating care.
Diagnosis
Depressed (ICD10-CM F32.9, Discharge, Medical).
Course: Progressing as expected, Prozac increased per pt request.
Orders
Current tx plan.
Education and Follow-up: Discharge Planning: Plan to discharge ( In 2-3 days (Yellow) ), To ( Home ).

Subjective
Patient Complaint: dyspnea and fatigue. Patient States there is no change is eating well.

Review of Systems
Constitutional: Sweats, Weakness, No fever, No chills.
Eye: No double vision, No visual disturbances.
Respiratory: Shortness of breath, Cough, Wheezing.
Cardiovascular: No chest pain.
Gastrointestinal: No nausea, No vomiting, No diarrhea.
Genitourinary: No dysuria, No hematuria.

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 4:33PM WMH MRN:

Hematology/Lymphatics: No bruising, No bleeding.
Musculoskeletal: Negative.
Integumentary: No rash, No pruritus.
Neurologic: No confusion, No numbness.
Psychiatric: Depression, No anxiety.
ROS reviewed as documented in chart

Health Status
Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 3604.50 Output: 0.00 Balance: 3604.50

Today: Intake: 1851.50 Output: 0.00 Balance: 1851.50

, Reviewed Results: Intake and Output(Date Range: 01/01/2015 00:00 - 12/31/2015 23:59)
Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info
Ordered
fluconazole: 100 mg, PO, qDay 01/01/2016 09:00 - Active

, Antibiotic information:: Suspected Infection upper respiratory tract infection,
Scheduled
albuterol/iprat (2.5-0.5mg/3mL 3 mL, NEB - inhalation, q4hr
docusate sodium 100 mg Cap: 100 mg, PO, BID
fluconazole 100 mg Tab: 100 mg, PO, qDay
FLUoxetine: 40 mg, PO, qDay
fluticasone-vilanterol: 1 INH, INH, qHS
gabapentin: 600 mg, PO, TID
methylPREDNISolone: 60 mg, IV Push, q12hr(interval)
montelukast 10 mg Tab: 10 mg, PO, qPM
PRN Meds
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Fever
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Pain
albuterol (0.5%) 2.5 mg/ 0.5mL 2.5 mg, 0.5 mL, NEB - inhalation, q4hr, PRN: Shortness of breath or wheezing
baclofen: 5 to 10 mg, PO, every 6 hours, PRN: Spasms
benzonatate 100 mg Cap: 200 mg, PO, TID, PRN: Cough
guaifen/codeine 100-10mg/5mL 1 10 mL, PO, q4hr, PRN: Cough / Congestion
HYDROcod/acetamin (5/325) mg T 1 - 2 tab, PO, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
Mg hydrox/Al h/smc (200-200-20 30 mL, PO, q4hr, PRN: Heartburn
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEq, PO, Per Parameter, PRN: Hypokalemia
promethazine 12.5 mg Supp: 12.5 mg, PR, q4hr, PRN: Nausea / Vomiting 2nd Choice

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 4:33PM WMH MRN:

TNF Medication: 8 mg, PO, qHS, PRN: Spasms
zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
IV Medications
NS + KCl 20mEq/L: 100 mL/hr, IV, Stop: 01/29/16 15:41:00
.
VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.7 (12/31 16:00) Temperature PO | 37.1 (01/01 00:00) Temperature PO | 36.9 (01/01 08:00) Temperature PO |
| HR | 84 (01/01 00:00) | 106 (12/31 16:00) | 89 (01/01 08:00) |
| RR | 18 (01/01 00:00) | 20 (01/01 08:00) | 20 (01/01 08:00) |
| NIBP | 130/81 (01/01 00:00) | 135/81 (01/01 08:00) | 135/81 (01/01 08:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 83.00 | (12/30 11:16) |
| Current | 84.60 | (12/31 05:00) |
| Previous | 86.36 | (12/31 00:01) |
| Gain/Loss | -1.76 | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95 (01/01 08:00) | 98 (12/31 16:00) | 95 (01/01 08:00) |
| L/min | (01/01 08:00) | (12/31 16:00) | (01/01 08:00) |

===============================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

| Temp PO | Heart Rate | Resp Rate |
|---|---|---|
| 36.9 (01/01 08:00) | 89 (01/01 08:00) | 20 (01/01 08:00) |

| Non Invasive BP | AdmitWeight | CurrentWeight | BMI |
|---|---|---|---|
| 135 / 81 (01/01 08:00) | 83.00 (12/30 11:16) | 84.60 (12/31 05:00) | 28.12 (12/30 21:56) |

Ventilation

| SaO2 | L/min |
|---|---|
| 95 (01/01 08:00) | Room air (01/01 08:00) |

Physician Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jan 1 2016 4:33PM WMH MRN:

.

, Reviewed Results: Vital Signs Summary(Date Range: 12/31/2015 00:00 - 01/01/2016 16:39)

Objective
General: Mild distress.
Eye: Pupils are equal, round and reactive to light, Extraocular movements are intact.
HENT: Normocephalic.
Neck: Supple, Non-tender.
Respiratory: Diffuse rhonchi I/E wheezing.
Cardiovascular: Normal rate, Regular rhythm.
Gastrointestinal: Soft, Non-tender.
Extremities: Lower Extremities: Edema ( None ).
Neurologic: Alert, No focal defects, Cranial Nerves II-XII are grossly intact.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 14.40H | Na | 141.00 | Alkphos | 52.00 |
| Hgb | 11.80L | K | 4.20 | ALT | , 13 |
| Hct | 36.20 | Cl | 110.00H | AST | , 8 |
| Plt | 377.00 | CO2 | 23.00 | | |
| | | Gluc | 175.00H | | |
| | | Bun | 12.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 9.00 | | |

T Bili 0.30

Proteins
Alb 3.40L (01/01 06:50)
,

Microbiology Studies Recently Resulted
0
.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

==========================

Result Date:
Verified By: Schmetz, Mark MD at 12/30/15 12:29

Report : XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

# Physician Note

Patient: KIMBERLY SHAW
Encounter: Jan 1 2016 4:33PM

MRN: 11371144
WMH MRN:

DVT Prophylaxis: Sequential Compression Device.
Cardiac monitor: Reveals a Normal sinus rhythm.
Documentation reviewed: Reviewed home medications.
Case discussed with: Nurse, Case management, Social services, Patient.
Condition: Guarded.

Electronically Signed By:
Suval, Michael MD
On 01/01/16 16:43
Co Signature By:
Modified Signature By:

Michael J Suval D.O.

# Physician Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Dec 31 2015 4:44PM

Physician Note

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Suval, Michael MD

Basic Information
Date of Service:
12/31/2015 16:44.
Admission Information: Admit Days = 2, Patient Type = Inpatient
, Code Status: Full Code
.

Impression and Plan
Diagnosis
Asthma (ICD10-CM J45.909, Discharge, Medical).
Course: Presents w exacerbation of same
4-5 day of cough and wheezing
Had outpt course of steroids and Doxy
Has wheezing w minimal exertion and cough.
Plan
IV steroids aggressive pulmonary toilet and IV abx.
Pt Care Time: Total face to face time with patient 40 mins, Greater than 50% face to face time spent counseling/coordinating care.
Diagnosis
Depressed (ICD10-CM F32.9, Discharge, Medical).
Course: Progressing as expected, Stable.
Orders
Current tx plan.
Education and Follow-up: Discharge Planning: Plan to discharge ( In 2-3 days (Yellow) ), To ( Home ).

Subjective
Patient Complaint: Dyspnea. Patient States is getting better is eating well.

Review of Systems
Constitutional: No fever, No chills.
Eye: No visual disturbances.
Respiratory: Shortness of breath, Cough, Wheezing.
Sputum production: Yellow.
Cardiovascular: No chest pain, No palpitations.
Gastrointestinal: Diarrhea, No nausea, No vomiting.
Genitourinary: No dysuria, No hematuria.
Hematology/Lymphatics: No bruising, No bleeding.
Musculoskeletal: No back pain.

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 31 2015 4:44PM WMH MRN:

Integumentary: No rash, No pruritus.
Neurologic: No confusion, No headache.
Psychiatric: Anxiety, No depression.
ROS reviewed as documented in chart

Health Status
Intake and Output
24 hour Idata

24 hour I

Yesterday: Intake: 2100.50 Output: 0.00 Balance: 2100.50

Today: Intake: 301.50 Output: 0.00 Balance: 301.50

, Reviewed Results: Intake and Output(Date Range: 12/31/2014 00:00 - 12/30/2015 23:59)
Allergies:
Allergic Reactions (Selected)
NKA
Current medications: Antibiotic Info
Ordered
azithromycin: 500 mg, 250 mL/hr, IV, q24hr 12/30/2015 15:44 - Active
cefTRIAXone: 1,000 mg, 100 mL/hr, IV, qDay 12/30/2015 15:45 - Active
fluconazole: 100 mg, PO, qDay 01/01/2016 09:00 - Active

, Antibiotic information:: Suspected Infection upper respiratory tract infection,
Scheduled
albuterol/iprat (2.5-0.5mg/3mL 3 mL, NEB - inhalation, q4hr
azithromycin: 500 mg, 250 mL/hr, IV, q24hr
cefTRIAXone: 1,000 mg, 100 mL/hr, IV, qDay
docusate sodium 100 mg Cap: 100 mg, PO, BID
fluconazole 100 mg Tab: 100 mg, PO, qDay
FLUoxetine: 20 mg, PO, qDay
fluticasone-vilanterol: 1 INH, INH, qHS
gabapentin: 600 mg, PO, TID
methylPREDNISolone: 60 mg, IV Push, q6hr
PRN Meds
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Fever
acetaminophen 325 mg Tab: 650 mg, PO, q4hr, PRN: Pain
baclofen: 5 to 10 mg, PO, every 6 hours, PRN: Spasms
guaifen/codeine 100-10mg/5mL 1 10 mL, PO, q4hr, PRN: Cough / Congestion
HYDROcod/acetamin (5/325) mg T 1 - 2 tab, PO, q4hr, PRN: Pain
LORazepam 1 mg Tab: 1 mg, PO, q4hr, PRN: Anxiety
magnesium sulfate / D5W: 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
Mg hydrox/Al h/smc (200-200-20 30 mL, PO, q4hr, PRN: Heartburn
naproxen: 500 mg, PO, q12hr, PRN: Pain
ondansetron 2 mg/mL Inj 2mL: 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
potassium chloride / SW: 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
potassium chloride 20 mEq Pwd: 20 - 40 mEq, PO, Per Parameter, PRN: Hypokalemia
promethazine 12.5 mg Supp: 12.5 mg, PR, q4hr, PRN: Nausea / Vomiting 2nd Choice
TNF Medication: 8 mg, PO, qHS, PRN: Spasms

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 31 2015 4:44PM WMH MRN:

zolpidem 5 mg Tab: 5 mg, PO, qHS, PRN: Sleep
IV Medications
NS + KCl 20mEq/L: 100 mL/hr, IV, Stop: 01/29/16 15:41:00
.
VS/Measurements
24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.6 (12/30 23:00) Temperature PO | 36.8 (12/31 08:00) Temperature PO | 36.8 (12/31 08:00) Temperature PO |
| HR | 103 (12/30 23:00) | 111 (12/31 08:00) | 111 (12/31 08:00) |
| RR | 20 (12/31 08:00) | 20 (12/30 23:00) | 20 (12/31 08:00) |
| NIBP | 127/52 (12/30 23:00) | 139/67 (12/31 08:00) | 139/67 (12/31 08:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 83.00 | (12/30 11:16) |
| Current | 84.60 | (12/31 05:00) |
| Previous | 86.36 | (12/31 00:01) |
| Gain/Loss | -1.76 | |

BMI = 28.12 12/30/15 21:56 BMI

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 97 (12/31 06:10) | 98 (12/31 08:00) | 98 (12/31 08:00) |
| L/min | (12/31 08:00) | (12/30 23:00) | (12/31 08:00) |

==================================================
, Last Documented Vital Signs
Vital Signs (Most Recent )

| Temp PO | Heart Rate | Resp Rate |
|---|---|---|
| 36.8 (12/31 08:00) | 111 (12/31 08:00) | 20 (12/31 08:00) |

| Non Invasive BP | AdmitWeight | CurrentWeight | BMI |
|---|---|---|---|
| 139 / 67 (12/31 08:00) | 83.00 (12/30 11:16) | 84.60 (12/31 05:00) | 28.12 (12/30 21:56) |

Ventilation

| SaO2 | L/min |
|---|---|
| 98 | Room air |

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 31 2015 4:44PM WMH MRN:

(12/31 08:00) (12/31 08:00)

, Reviewed Results: Vital Signs Summary(Date Range: 12/30/2015 00:00 - 12/31/2015 16:51)

Objective
General: Moderate distress.
Eye: Pupils are equal, round and reactive to light, Extraocular movements are intact.
HENT: Normocephalic.
Neck: Supple, Non-tender.
Respiratory: Respirations are non-labored, I/E wheezing.
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender.
Lymphatics: No cervical, No supraclavicular.
Extremities: Lower Extremities: Edema ( None ).
Integumentary: Reviewed Results: Skin/Wound from Flowsheet : Integumentary(Date Range: 12/30/2015 00:00 - 12/31/2015 16:53)
.
Neurologic: Alert, No focal defects, Cranial Nerves II-XII are grossly intact.
Psychiatric: Cooperative, Appropriate mood affect.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | 8.40 | Na | 141.00 | Alkphos | 59.00 |
| Hgb | 12.20 | K | 3.80 | ALT | , 15 |
| Hct | 36.30 | Cl | 113.00H | AST | , 9 |
| Plt | 358.00 | CO2 | 19.00 | | |
| | | Gluc | 173.00H | | |
| | | Bun | 10.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 9.00 | | |

T Bili 0.50

Coagulation
PT 12.90 INR 1.00
Proteins
Alb 3.70 (12/31 06:44)
,

Microbiology Studies Recently Resulted
0
, Reviewed Results: Lab results.
Radiology Results
Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

==========================

**Physician Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 31 2015 4:44PM WMH MRN:

Result Date:
Verified By: Schmetz, Mark MD at 12/30/15 12:29

Report : XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

DVT Prophylaxis: Sequential Compression Device.
Cardiac monitor: Reveals a Normal sinus rhythm.
Documentation reviewed: Reviewed home medications.
Case discussed with: Nurse, Case management, Social services, Patient.
Condition: Guarded.

Electronically Signed By:
Suval, Michael MD
On 12/31/15 16:54
Co Signature By:
Modified Signature By:

Michael J Suval D.O.

# nHistory and Physical

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Oct 29 2014 8:00AM

**Reason For Visit**
Patient presents for NP establish care medications.
**HPI**
47-year-old woman who has moved here from Kentucky. She is here to establish care today. She's a G0 P0 with normal cycles. Last Pap smear was years ago no history of abnormal Pap smears. She has a female partner. She has asthma which she describes as very well-controlled with Advair prophylaxis and rare need for albuterol when necessary. History of mild depression for which she's been taking fluoxetine for years with good response. Long history of low back pain on the right side mostly in the hip has had medical leave absence for the pain. She has been evaluated by a neurosurgeon was told she was not a surgical candidate and she has tried osteopathic treatments as well as injections without much success. He gets relief with occasional Zanaflex and and baclofen. She does not take these drugs at the same time. Has responded to gabapentin 300 mg 3 times a day in the past but she has been out of this medication since she has moved. She has been troubled by intermittent insomnia for years has been using Ambien not daily but willing to change on to something else. She has never received a Pneumovax.

She would like to see a podiatrist regarding some pain in her right hallux valgus

Current medications include Advair 250/50 twice a day albuterol MDI when necessary Zanaflex 8 mg as needed baclofen 10 mg as needed fluoxetine 20 mg daily Ambien 10 mg as needed and gabapentin 300 mg 3 times a day

No known drug allergies

Social history she lives with her wife she is a pulmonary rehabilitation clinical coordinator at Dominican she walks about an hour daily denies any tobacco or drug use. She occasionally uses alcohol.
**Allergies**
No Known Drug Allergies.
**Current Meds**
None.
**PSH**
History of appendectomy 2003
History of Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013.
History of Hand Excision Of A Tendon Cyst; R wrist 21012.
History of Rhizotomy; L5/S1 2006.
**Family Hx**
CAD (coronary artery disease): Father; CABG in 50s, hyperlipid
Family history of depression: Mother, Father (V17.0); and possible MS.
**Personal Hx**
Never a smoker (V49.89); lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.
**Vital Signs**
Recorded by Zenker,Amy on 29 Oct 2014 09:10 AM

nHistory and Physical

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Oct 29 2014 8:00AM WMH MRN:

BP:106/70,
HR: 56 b/min,
Resp: 18 r/min,
Temp: 98.6 F,
Height: 69 in, Weight: 186 lb, BMI: 27.5 kg/m2,
BMI Calculated: 27.47 ,
BSA Calculated: 2.00.

**Physical Exam**

GENERAL APPEARANCE: Well appearing, NAD
HEENT: conjunctiva and lids normal, TMs normal
NECK: No thyromegaly, no nodules, no adenopathy.
LUNGS: Clear to auscultation
HEART:Regular rhythm, without murmurs, gallops, or rubs
ABDOMEN: Not distended, soft, non-tender, without hepato-splenomegaly
EXTREMITIES: Without clubbing, cyanosis, or edema, slight right-sided hallux valgus deformity.

**Assessment**

Asthma, mild intermittent (493.90); Last Impression: Oct 29 2014 | Continue current medications. We'll give her Pneumovax today. She had her flu shot already | Haubach, Carol M (PrimaryCare/DMF).
Insomnia (780.52); Last Impression: Oct 29 2014 | chronic intermittent. will d/c ambien try trazodone | Haubach, Carol M (PrimaryCare/DMF).
Depression (311); Controlled on fluoxetine 20 mg no hospitalizations or suicide attempts.
Lumbar disc herniation (722.10); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: Oct 29 2014 | add alleve, refer to dr ryan | Haubach, Carol M (PrimaryCare/DMF).
Bunion (727.1); Last Impression: Oct 29 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

MA Mammography SCREENING; Requested for: 29 Oct 2014.
Request Admin: Pneumo (Pneumovax).
Renew Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE 1 PUFF 2 TIMES A DAY; Qty1; R3; Rx.
Renew FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Qty30; R6; Rx.
Renew Gabapentin 300 MG Oral Capsule;TAKE 1 CAPSULE 3 TIMES DAILY; Qty90; R6; Rx.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 1 OR 2 TABLETS EVERY 8 HOURS AS NEEDED; Qty90; R3; Rx.
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Qty60; R3; Rx.
Naproxen 500 MG Oral Tablet;TAKE 1 TABLET EVERY 12 HOURS WITH FOOD AS NEEDED; Qty60; R3; Rx.
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP; Qty30; R3; Rx.
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Qty1; R2; Rx.
Podiatry Referral; Requested for: 29 Oct 2014.
PMR Referral; Requested for: 29 Oct 2014.

**Plan**

40min pap/wwe next avail.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 10/29/2014 2:29 PM PST; Author.

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 4/14/2021 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 40 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached letter and exhibits 12 and 15

Aslo Note: A CD enclosing the letter and exhibits 9 thorugh 15 was sent via certified mail no. 9415 5118 9956 0170 8735 48

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2021

CD enclosing Exhibits 9 – 15 VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 9415 5118 9956 0170 8735 48

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And Exhibit 12 & 15 Via Fax: (603) 430-0509

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated October 25, 2019 that we represent Kimberly D. Shaw in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Dignity Health Dominican Hospital.

Again, pursuant to our contract with Ms. Shaw and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Ms. Shaw's claim for disability benefits. We are submitting the following additional evidence in support of Ms. Shaw's claim that, in addition to the evidence already in the file, should be sufficient to establish her entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **9** | Social Security File | 1114 |
| **10** | Dr. Milan Patel<br>Medical Records dated 05-23-2017 to 08-01-2017 | 49 |
| **11** | Dr. Charles Crump<br>Medical Records dated 03-31-2020 to 01-06-2021 | 52 |
| **12** | Dr. William Craig<br>Medical Opinion Form dated 01-28-2021 | 3 |
| **13** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **14** | Dr. William Craig<br>Medical Records dated 03-11-2020 to 11-10-2020 | 13 |
| **15** | Benchmark Physical Therapy Functional Capacity<br>Evaluation dated 02-23-2021 | 27 |

Of note, I direct your attention to the functional capacity examination conducted by Benchmark dated February 23, 2021. The examiner found that Ms. Shaw lacks the functional capacity to perform sustained work at any exertional level. Specifically, the examiner noted:

> Ms. Shaw does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.
>
> 1. This client cannot walk one city block or more without rest or severe pain.
> 2. This client cannot walk 1 block or more on rough or uneven ground.
> 3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
> 4. This client has problems with balance when ambulating.

5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

Also included in this appeal is the opinion of Dr. William Craig, Ms. Shaw's treating rheumatologist, who opines that Ms. Shaw is limited to 4-6 hours of sitting per day and 1 hour standing, as well as limited use of her hands for fine manipulation, typing, writing, and grasping small objects. She would also require 15-20 minute breaks for ever 1-2 hours of work as well as suffer from daily lapses in concentration and memory. Finally, Dr. Craig opines that Ms. Shaw would be chronically absent 4 or more days per month.

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

RCW:rno

Enclosures

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________________

Client Name: KShaw

Date: 4/14/2021

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**LIMITED POWER OF ATTORNEY**

I, Kimberly D. Shaw, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 18 day of May, 2020.

[signature]
Client Signature

STATE OF TENNESSEE
COUNTY OF HAMILTON

On this 18 day of MAY, 2020, personally appeared Kimberly D. Shaw, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

[signature]
NOTARY PUBLIC

ANGELA COWART STATE OF TENNESSEE NOTARY PUBLIC HAMILTON COUNTY

My Commission Expires: 9/17/2021

# Exhibit

# 12

**MEDICAL OPINION FORM (physical)**

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Osteoarthritis + Fibromyalgia
Joint pain, fatigue.

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/(min) at one time

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/(min) at one time

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ______ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ______ No ✓

If yes, for approximately how many hours? ______

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 12
Page 1 of 3

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

   Yes ✓ No _____ If yes, how much rest? 15-20 hours/minutes for every 1-2 hrs/minutes of work

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

   Yes ✓ No _____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

   Yes ✓ No _____

9. How severe is the pain reasonably suffered by the patient?

   Extreme _____ Severe _____ Moderately Severe ✓ Moderate _____ Mild _____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

    Yes ✓ No _____

    If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

    _____ several hours 3 or more days a week
    ✓ daily for several hours a day
    _____ other: _____

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 12
Page 2 of 3

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being**, more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ________

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. ______________

[signature] 01-28-21

Physician's Signature Date

W. David Craig, MD

Print Physician's Name

Physician's Address SCENIC CITY RHEUMATOLOGY
3770 OCOEE PLACE NW
SUITE 100
CLEVELAND, TN 37312

# Exhibit

# 15

PAGE 13/40 * RCVD AT 4/14/2021 1:24:01 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):41-36

BenchMark PHYSICAL THERAPY FUNCTIONAL TESTING CENTERS
545 North Mount Juliet Suite 1101 ● Mount Juliet, TN 37122 ● Phone 615-553-4645 ● Fax 615-553-4794

February 23, 2021

Referral Physician: Eric Buchanan

**RE: Kimberly Shaw (** **[Evaluated: February 23, 2021]**

**Thank you for the opportunity to evaluate Ms. Shaw's functional abilities. Please contact me if you have any questions regarding the summarized data below. A detailed 25-30 page summary is sent to the FCE authorizing entity.**

**Client Arrived At: 12:30 PM, Test Ended At: 3:00PM** **Total Evaluation Process Time: 4 hours**
*Please note that evaluation duration includes testing time for data collection as well as data interpretation/ report preparation and report review/processing to physician referral source and payor.*

**PURPOSE OF ASSESSMENT**
Ms. Shaw was referred for a Functional Capacity Evaluation to determine her ability to perform the duties of Any Occupation. Ms. Shaw has been referred with the diagnosis of **Multiple Diagnosis**. She was present for evaluation on 2/23/2021 at our Benchmark Functional Testing Center.

**MEDICAL HISTORY**

Fibromyalgia
Polyarthropathy
Depression with Anxiety
Hypothyroidism
Vitamin D Deficiency
Hyperglycemia
Familial Hypercholesterolemia
Moderate Persistent Asthma with Status Asthmaticus
Chronic Fatigue Syndrome
DDD
Pulmonary Embolism
DM

**CURRENT MEDICATIONS**

Singulair
Zyrtex Allergy
Albuterol Sulfate
Symbicort
Spiriva Respimat
Cymbalta
Tizanidine HCl
Gabapentin
Tramadol
Flonase Allergy Relief
Probiotic
Pepcid
Magnesium Bisglycinate
Prilosec
Trazodone
Valacyclovir HCl
Acyclovir
Ferrous Bisglycinate Chelate
Synthroid
Rosuvastatin Calcium
Augmentin
Prednisone

**RELIABILITY AND CONSISTENCY OF EFFORT**
The results of this evaluation suggest that Ms. Shaw gave **a reliable**, valid effort during testing, with 23 consistency measures yielding a reliability score of 44 out of 50 (88%). This client's demonstrated patterns of movement and physiological responses were **consistent** with maximal effort. There was consistency between the test results and the referral diagnosis.

**RESIDUAL FUNCTIONAL ASSESSMENT SUMMARY**
Ms. Shaw does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

**LIFTING ABILITIES SUMMARY:**
Ms. Shaw's acceptable **Occasional Lifting** capabilities are at the **Sedentary** Physical Demand Category according to the U.S. Department of Labor Guidelines for work over an 8-hour workday, as follows:
**Floor to Knuckle Lift= xx lbs., Knuckle to Shoulder Lift= 5 lbs., Shoulder to Overhead Lift = 1 lbs.**
**Two Hand Carry = 5 lbs.**

**WORK ABILITIES SUMMARY:**
**Ms. Shaw demonstrated the abilities noted below:**

Client demonstrated sufficient strength to perform the following activities:

***In the Medium category:*** Pushing, Pulling.

***In the Sedentary category:*** High Lift, Mid Lift, Low Lift, Full Lift, Carrying, Overall Strength.

Client is able to perform the following activities:

***On a Constant basis:*** Kneeling, Handling Right, Bi-Manual Handling.

***On a Frequent basis:*** Handling Left.

***On an Occasional basis:*** Sitting, Standing, Walking, Bending, Reach Immediate (Front) Right, Reach Immediate (Front) Left, Reach Overhead (Front) Right, Reach Overhead (Front) Left.

## Functional Abilities Summary

Ms. Shaw's demonstrated abilities in this evaluation (FCE) are summarized below.

| Activities Rated by Strength Level | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance (PDC Category) | Equivalent Strength Level | | | Job Demand (PDC Category) | Deficit |
| | | Occasional 0 to 2.6 hours/day | Frequent 2.7 to 5.3 hours/day | Constant 5.4 to 8 hours/day | | |
| **Low Lift** (floor to waist) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| **Mid Lift** (waist to shoulder) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| **High Lift** (shoulder and above) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| **Carry** | Sedentary | 1 - 10 lb | negligible | negligible | | |
| **Push (static)** | Medium | 21 - 50 lb | 11 - 25 lb | 1 - 10 lb | | |
| **Pull (static)** | Medium | 21 - 50 lb | 11 - 25 lb | 1 - 10 lb | | |
| **Overall Strength Category** | Sedentary | 1 - 10 lb | negligible | negligible | | |

| Activities Rated by Frequency and Duration | | | | | | | |
|---|---|---|---|---|---|---|---|
| Activity | FCE Performance | | | | | Job Demand | Deficit |
| **Walk** | Occasional | | | | | | |
| **Climb (stairs)** | n/a | | | | | | |
| **Balance** | Not Able | | | | | | |
| **Stoop/Bend** | Occasional | | | | | | |
| **Kneel** | Constant | | | | | | |
| **Crouch/Squat** | Not Able | | | | | | |
| **Crawl** | n/a | | | | | | |
| **Reach Immediate** | Left: | (Front) Occasional | Right: | (Front) Occasional | | | |
| **Reach Overhead** | Left: | (Front) Occasional | Right: | (Front) Occasional | | | |
| **Handling** | Left: Frequent | Right: Constant | Both: Constant | | | | |
| **Sitting** | Occasional | | | | | | |
| **Standing** | Occasional | | | | | | |
| Other Activities | | | | | | | |
| **Grip/Grasping Strength** (Dynamometer Position 2) | Left: 55 lb | | Right: 51.3 lb | | | | ? |
| **Cardiovascular Fitness** | Average | | | | | | |

**FUNCTIONAL ABILITIES**

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[1] | %IS | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 2/23/2021 | 4.1 | 37.9 | | | | | | | | | | | | |
| Carry_to_Max - 5 Lb | 2/23/2021 | n/a | 38.3 | | | | | | | | | | | | |
| Balance - 10 paces | 2/23/2021 | n/a | 12 | | | | | | | | | | | | |
| Bending | 2/23/2021 | n/a | 37.8 | | | | | | | | | | | | |
| Crouching | 2/23/2021 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 2/23/2021 | 6.2 | 111.8 | | | | | | | | | | | | |
| Reach Immediate (L) | 2/23/2021 | 6.7 | 46.4 | | | | | | | | | | | | |
| Reach Immediate (R) | 2/23/2021 | 7.2 | 50.4 | | | | | | | | | | | | |
| Reach Overhead (L) | 2/23/2021 | 3.6 | 34.9 | | | | | | | | | | | | |
| Reach Overhead (R) | 2/23/2021 | 7.7 | 32.8 | | | | | | | | | | | | |
| Handling (L) | 2/23/2021 | 5.1 | 94.9 | | | | | | | | | | | | |
| Handling (R) | 2/23/2021 | 3.6 | 112.5 | | | | | | | | | | | | |
| Bi-Manual Handling | 2/23/2021 | 2.3 | 105.8 | | | | | | | | | | | | |
| | | | | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[2] | | | | | Frequent[3] | | | Constant[4] | | | |

[1] **Coefficient of Variance**. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[2] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[3] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[4] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

**Evaluator/Physician Signature Page**

**CONCLUSIONS**

Results of this evaluation are a reliable indicator of Ms. Shaw's ability to perform the above-listed work tasks.

Sincerely,

*Christopher Ryan Humphreys, PT, DPT, CFE*

Christopher Ryan Humphreys, PT, DPT, CFE
Certified Functional Evaluator
TN PT License #8689

____________________________________________**Physician Signature/Date**

☐ I have read and agree with this evaluee's Functional Abilities as documented in the above summarized report.

| Summary of Tests in this Evaluation | | | |
|---|---|---|---|
| **Test Name, Date & Time** | **Description of Test** | **Comments** | **Picture** |
| 1: Position 1 - MMVE | Isometric Grip Strength test using Position 1 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 2: Position 2 | Isometric Grip Strength test using Position 2 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Position 2 is the standard grip width, with published normative values. Multiple trials are employed to assess consistency of effort. | |  |
| 3: Position 3 - MMVE | Isometric Grip Strength test using Position 3 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 4: Position 4 - MMVE | Isometric Grip Strength test using Position 4 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client experienced increased pain with prolonged sitting. Client request to stand to relieve pain. |  |
| 5: Position 5 - MMVE | Isometric Grip Strength test using Position 5 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | |  |
| 6: Rapid Exchange | Isometric Grip Strength test using Position 2 on the grip dynamometer. The subject is directed to RAPIDLY grip and release the dynamometer (less than one second) with each hand, while the evaluator quickly alternates hands for a total of six trials. | |  |
| 7: Push | Isometric whole-body push with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Push duration is 5 seconds, with average strength measured over the last 3 seconds of the push. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 97 |  |
| 8: Pull | Isometric whole-body pull with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Pull duration is 5 seconds, with average strength measured over the last 3 seconds of the pull. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Client reports increased bilateral upper arm pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Client request to lay down following this activity.<br>Heart Rate - 85 |  |
| 9: Waist to Shoulder Occasional | Progressive dynamic lifting test where subject lifts weighted box from Waist level to Shoulder level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral scapula region pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Heart Rate - 119 |  |
| 10: Shoulder to Overhead Occasional | Progressive dynamic lifting test where subject lifts weighted box from Shoulder level to maximum vertical reach and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate - 108 |  |

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 11: Floor to Waist Occasional | Progressive dynamic lifting test where subject lifts weighted box from Floor level to Waist level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client states that they are unable to assume the test position. Client unable to return to starting test position (standing) without assistance from physical therapist.<br>Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate 113<br>Client request to lay down following this activity. |  |
| 12: Walking | A determination of walking ability based on the subject walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased bilateral hip pain during this activity.<br>Client request to sit following each trial due to pain.<br>Client demonstrates impaired balance.<br>Heart Rate - 99 |  |
| 13: Carry_to_Max | A determination of maximum acceptable (or maximum job demand) carry weight based on the subject carrying an increasing amount of weight with each repetition (trial) until test is stopped by subject or evaluator. | Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 98<br>Client request to lay down following this activity due to pain. |  |
| 14: Balance | A determination of balance ability based on the subject performing heel-toe walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Test stopped by physical therapist due to inability to complete test without assistance from physical therapist.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Heart Rate - 103 |  |
| 15: Bending | A determination of bending ability based on the subject bending forward from, then returning to an upright position a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports unable to complete 2nd trial due to pain.<br>Heart Rate - 105.<br>Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. |  |
| 16: Crouching | A determination of crouching tolerance based on the subject repeatedly performing a simple task while maintaining a crouched position at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture.<br>Client states that they are unable to assume the test position.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Heart Rate - 113 |  |

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 17: Kneeling | A determination of kneeling ability based on the subject repeatedly kneeling from a standing position, performing a task, then returning to standing at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming Kneeling posture and returning to a standing position. Client report able to kneel however severe difficulty with transferring to and from kneeling position. Client required chair (pulled herself up using her arms) to return to standing position at completion of test.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased right upper back pain during this activity.<br>Heart Rate - 110 |  |
| 18: Reach Immediate | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the IMMEDIATE plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral elbow pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 89 |  |
| 19: Reach Overhead | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the OVERHEAD plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 85 |  |
| 20: Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs with each hand at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 92 |  |
| 21: Bi-Manual Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs using both hands at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 102 |  |
| | | | |

Reference Tables

| **Activity Frequency** - Dictionary of Occupational Titles Volume II, Fourth Edition, Revised 1991 | | **Lifting Activity Height Definitions** |
|---|---|---|
| **Constant (C)** | 67 – 100% of the workday | **High** – above shoulder |
| **Frequent (F)** | 34 – 66% of the workday | **Mid** – knuckle to shoulder |
| **Occasional (O)** | 0 – 33% of the workday | **Low** – floor to knuckle |
| **Not Present (N)** | Activity is not performed | **Full** – full vertical work plane |

| **Physical Demand Characteristics Of Work** (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| **Physical Demand Level** | OCCASIONAL **0-33% of the workday** | FREQUENT **34-66% of the workday** | CONSTANT **67-100% of the workday** |
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

BenchMark PHYSICAL THERAPY
FUNCTIONAL TESTING CENTERS
545 North Mount Juliet Suite 1101 ● Mount Juliet, TN 37122 ● Phone 615-553-4645 ● Fax 615-553-4794

## CLIENT INFORMATION: Report Date: February 23, 2021

Client: **Kimberly Shaw** ID#: DOB: Age: **53**

Address: Sex: **F** Dom. Hand: **R**

Height: **68** in Weight: **175** lb



Evaluation Date: **02/23/2021** Occupation: **Any**

... Referred by: **Eric Buchanan** Employer: **None**

... Resting Pulse Rate: **85** Insurance Co: **Self Pay**

... Blood Pressure (sitting): **135/85** Physician: **n/a**

Tested By: **Christopher Ryan Humphreys, PT, DPT, CFE**

| Injury/Illness: Diagnosis | Side | Onset Date | ICD Code |
|---|---|---|---|
| **Multiple Diagnosis** | **B** | **12/30/2015** | **m79.7** |

## JOB INFORMATION:

Company: **None**

Job Title: **Any**

## HISTORY:

**Mechanism and History of Injury:**

Ms. Shaw reports symptoms began 12/30/2015. Symptoms have not improved since initial onset. Ms. Shaw states that she did not drive to this evaluation today. As of the date of this evaluation, Ms. Shaw reports she is not currently working.

**Intake Interview:**

Ms. Shaw was present for an evaluation of her physical abilities on 2/23/2021.

POST TEST BP= 125 / 80 HR= 88

**In compliance with the American Physical Therapy Association (APTA) guidelines for Functional Testing, it is understood that this client's referring physician has performed a physical evaluation of client's injured body part, prior to making this FCE referral. The referral by their physician indicates that the physician has determined that this client is able to participate in a Functional Capacity Evaluation. A medical health history was completed by the client and reviewed by the evaluator prior to testing.**

## SUMMARY:

Ms. Shaw's evaluation results are summarized below.

| | |
|---|---|
| **Pain Drawing Chart**<br>**Ms. Shaw's description of her symptoms as she reported on 2/23/2021.**<br>(reproduced from chart completed by examinee)<br><br>Symptom Key:<br>~ Aching<br>/ Stabbing<br>x Burning<br>* Pins&Needles<br>o Numbness |  |
| **Additional Pain Drawing Chart as reported on 2/23/2021.**<br><br>Symptom Key:<br>~ Aching<br>/ Stabbing<br>x Burning<br>* Pins&Needles<br>o Numbness |  |



PAGE 25/40 * RCVD AT 4/14/2021 1:24:01 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):41-36

## *ARCON MTM* Functional Abilities Summary

Methods-Time Measurement (MTM) data provides a quantifiable description of the functions required of a worker in the performance of certain physical job demands. An evaluee's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), which is the time an average worker with average training could perform the listed activity, assuming the activity is performed over an average eight hour day. Percent of Industrial Standard (%IS) is the client's demonstrated ability as a percent of the Industrial Standard, where 100% and up indicates performance at or above the Standard, while below 100% indicates performance below the Standard.

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[5] | %IS | <30 40 50 60 70 80 90 100 110 120 130 140+ |
|---|---|---|---|---|
| Walking - 12 Ft | 2/23/2021 | 4.1 | 37.9 | |
| Carry_to_Max - 5 Lb | 2/23/2021 | n/a | 38.3 | |
| Balance - 10 paces | 2/23/2021 | n/a | 12 | |
| Bending | 2/23/2021 | n/a | 37.8 | |
| Crouching | 2/23/2021 | Incomplete Test | | |
| Kneeling | 2/23/2021 | 6.2 | 111.8 | |
| Reach Immediate (L) | 2/23/2021 | 6.7 | 46.4 | |
| Reach Immediate (R) | 2/23/2021 | 7.2 | 50.4 | |
| Reach Overhead (L) | 2/23/2021 | 3.6 | 34.9 | |
| Reach Overhead (R) | 2/23/2021 | 7.7 | 32.8 | |
| Handling (L) | 2/23/2021 | 5.1 | 94.9 | |
| Handling (R) | 2/23/2021 | 3.6 | 112.5 | |
| Bi-Manual Handling | 2/23/2021 | 2.3 | 105.8 | |
| | | | | <30 40 50 60 70 80 90 100 110 120 130 140+ |
| PDC Category → | | | | Occasional[6] (<30–70) · Frequent[7] (70–100) · Constant[8] (100–140+) |

[5] **Coefficient of Variance**. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[6] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[7] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[8] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

## *ARCON* ST - Static Strength Report:

The client was evaluated using the *ARCON* ST static strength testing system. The results report an individual's ability to lift, push, or pull in various common work postures as an ***Average Force*** or strength sustained during the activity. ***Peak Force*** is also reported for comparison purposes. Demonstrated strength (Average Force) is compared to essential job demands and/or safe lifting recommendations based on research conducted for the National Institute for Occupational Safety and Health (NIOSH). ***Occasional Lift*** is calculated as 50%* of the Average Force value (90% for Push and Pull) and represents a suggested safe occasional performance level for this activity.

| ***Individual Test Results*** | | **Strength Data** | | | **Job Related Strength and Lifting Recommendations‡** | | |
|---|---|---|---|---|---|---|---|
| **TASK NAME** | **DATE** | **Average Force** | **CV† (%)** | **Peak Force** | **Desired Strength** | **% of Desired** | **Occasional Lift (Table ST1)** |
| Push(1) | 2/23/2021 | 30 lb | .0% | 30 lb | n/a | n/a | 27 lb (Medium) |
| Pull(2) | 2/23/2021 | 36.7 lb | 6.4% | 40 lb | n/a | n/a | 33 lb (Medium) |

("**n/a**" indicates results that are not available or applicable for the listed task)

| ***COMMENTS (referenced by number from test result table)*** | **Comment Picture** |
|---|---|
| (1) Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 97 |  |
| (2) Client reports increased bilateral hip pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Client reports increased bilateral upper arm pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Client request to lay down following this activity.<br>Heart Rate - 85 |  |

* For this **lifting safety factor**, 50-55% is considered conservative, 60-65% is considered moderate, and 70-75% is considered moderately aggressive in relation to long-term safety in performing similar activities at work.

‡ Donald B. Chaffin, Ph.D.; Gary D. Herrin, Ph.D.; W. Monroe Keyserling, M.S.; "Pre-Employment Strength Testing, An Updated Position", Journal of Occupational Medicine, Vol 20. No.6, June, 1978.

† Based on the NIOSH guideline for validity, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% cannot be considered as valid, consistent and reproducible.



PAGE 27/40 * RCVD AT 4/14/2021 1:24:01 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):41-36

**ST Test Graphs** *(in order of Test Results)*







**Table ST1 - Physical Demand Characteristics Of Work**
(Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991)

| **Physical Demand Level** | **OCCASIONAL** 0-33% of the workday | **FREQUENT** 34-66% of the workday | **CONSTANT** 67-100% of the workday |
|---|---|---|---|
| Sedentary | 1 - 10 lb. (< 5 kg.) | Negligible | Negligible |
| Light | 11 - 20 lb. (5 - 9 kg.) | 1 - 10 lbs. (< 5 kg.) | Negligible |
| Medium | 21 - 50 lb. (10 - 22 kg.) | 11 - 25 lbs. (5 - 11 kg.) | 1 - 10 lbs. (< 5 kg.) |
| Heavy | 51 - 100 lb. (23 - 45 kg.) | 26 - 50 lbs. (12 - 23 kg.) | 11 - 20 lbs. (5 - 9 kg.) |
| Very Heavy | Over 100 lb. (> 45 kg.) | Over 50 lbs. (> 23 kg.) | Over 20 lbs. (> 9 kg.) |

## *ARCON* LC - Dynamic Lifting Capacity Report:

The client was evaluated using the *ARCON* LC Dynamic Lifting Capacity system. This process is designed to quantify an individual's dynamic lifting capacity (whole body strength). The *ARCON* LC is based on the PILE (Progressive Isoinertial Lifting Evaluation) Protocol† developed at the University of Texas Southwestern Medical Center at Dallas. This protocol has been adapted and enhanced for automated test sequencing and data collection to provide safe, efficient and accurate administration of the test. In addition, results are correlated to the appropriate U.S. Department of Labor's *Physical Demand Characteristic (PDC)* work ability rating (see ***Table PDC*** in Reference Tables, above) for application to the competitive labor market.

The test consists of repeatedly lifting and lowering a weighted box to a shelf set at a standard height, during a fixed testing interval (four lifts in 20 seconds when assessing ***frequent*** lifting ability, and one lift in 10 seconds when assessing ***occasional*** lifting ability). Box weight starts at a low level and is progressively increased until one of the endpoints described in ***Table LC2*** are achieved.

At the end of each lifting cycle (weight level) the client is asked to rate his or her perception of the weight on a scale of 1 to 9 (see ***Table LC1***). A rating of 8 or 9 is interpreted as "excessive discomfort" and terminates the test (psychophysical endpoint). The client's maximum safe lifting weight (shown in bold face in the "weight" column of the results table below) is the weight lifted in the last ***completed*** cycle with a ***perceived*** weight level of 8 or less. The client's PDC work ability rating is obtained by comparing the safe lifting weight to the weight range for that level as shown in Table PDC.

| ***Waist to Shoulder Occasional*** | | | | ***30 in. to 54 in. lift*** | | ***1 lift/cycle*** | ***2/23/2021*** |
|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***137***; 85% limit = ***146*** | | | | | | Weight Limit = ***80 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | Endpoint = ***Psychophysical*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** |  |
| 1 | **5 lb** | 4 | n/a | n/a | 80 lb-ft | 8 | |
| **Comment:** | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral scapula region pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Heart Rate - 119 | | | | | |  |



† ***Progressive Isoinertial Lifting Evaluation, I. A Standardized Protocol and Normative Database***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.
***Progressive Isoinertial Lifting Evaluation, II. A Comparison with Isokinetic Lifting in a Disabled Chronic Low-Back Pain Industrial Population***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.

| ***Shoulder to Overhead Occasional*** | | | | ***54 in. to overhead lift*** | | ***1 lift/cycle*** | ***2/23/2021*** |
|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***137***; 85% limit = ***146*** | | | | | | Weight Limit = ***80 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | Endpoint = ***Psychophysical*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** | |
| 1 | **1 lb** | 4 | n/a | n/a | 32 lb-ft | 8 | |
| **Comment:** | Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate - 108 | | | | | | |






| ***Floor to Waist Occasional*** | | | | ***0 in. to 30 in. lift*** | | ***1 lift/cycle*** | ***2/23/2021*** |
|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***137***; 85% limit = ***146*** | | | | | | Weight Limit = ***80 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | Endpoint = ***Safety*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** | |
| 1 | 1 lb | 0 | n/a | n/a | 0 | 0 | |
| **Comment:** | Client states that they are unable to assume the test position. Client unable to return to starting test position (standing) without assistance from physical therapist.<br>Client reports increased mid back pain during this activity.<br>Client reports increased bilateral shoulder pain during this activity.<br>Heart Rate 113<br>Client request to lay down following this activity. | | | | | | |






| Table LC1 Rating of Perceived Load | |
|---|---|
| VALUE | DEFINITION |
| 1 | Like Nothing |
| 2 | Very Light |
| 3 | Light |
| 4 | Light-Medium |
| 5 | Medium |
| 6 | Medium-Heavy |
| 7 | Heavy |
| 8 | Very Heavy |
| 9 | Too Heavy |

| Table LC2 - Test Endpoint Conditions | |
|---|---|
| CONDITION | DESCRIPTION |
| Psychophysical | Voluntary test termination by the client based on complaints of fatigue, excessive discomfort, or inability to complete the required number of movements during the testing interval (cycle). |
| Physiological | Achievement of an age-determined target heart rate (based on a percent of client's maximal heart rate - normally 85%, or in excess of 75% continuously for one minute). |
| Safety | Achievement of a predetermined anthropometric safe lifting limit based on the client's adjusted body weight; or intervention by the ARCON operator based upon an evaluation of the client's signs & symptoms. |

## *ARCON* HD - Grip Strength Report:

The client was evaluated using the *ARCON* HD grip strength testing system. This process is designed to quantify an individual's grip strength in one or more standard grip positions, and to compare such strength to expected biomechanical patterns and recognized population norms (note: "n/a" for grip positions with no published norms).

| *Individual Test Results* | | STRENGTH DATA | | NORMATIVE DATA‡ | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | CV† (%) | Population Norm | Standard Deviation | Comp. to Norm |
| Position 1 - MMVE - Left | 2/23/2021 | 40 lb | n/a | n/a | n/a | n/a |
| Position 1 - MMVE - Right | 2/23/2021 | 50 lb | n/a | n/a | n/a | n/a |
| Position 2 - Left | 2/23/2021 | 55 lb | 7.4% | 57.3 lb | +/- 10.7 | normal |
| Position 2 - Right | 2/23/2021 | 51.3 lb | 1.8% | 65.8 lb | +/- 11.6 | low |
| Position 3 - MMVE - Left | 2/23/2021 | 54 lb | n/a | n/a | n/a | n/a |
| Position 3 - MMVE - Right | 2/23/2021 | 55 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Left(1) | 2/23/2021 | 45 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Right | 2/23/2021 | 50 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Left | 2/23/2021 | 35 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Right | 2/23/2021 | 40 lb | n/a | n/a | n/a | n/a |
| Rapid Exchange - Left | 2/23/2021 | 58 lb | n/a | n/a | n/a | n/a |
| Rapid Exchange - Right | 2/23/2021 | 65 lb | n/a | n/a | n/a | n/a |

("**n/a**" indicates results that are not available or applicable for the listed task)

The following table compares the client's grip strength on opposite body sides, and reports a percent difference in strength for the *weaker hand* compared to the stronger hand. In cases of reported injury, an *expected strength* is calculated based on the measured strength of the uninjured side (note: ***right*** hand dominant subjects are assumed to be 10% stronger on the right side, while ***left*** hand dominant subjects are assumed have equal strength on both sides‡). When demonstrated strength is ***less*** than expected strength, the percent of *strength deficit* is reported.

| *Left Hand vs. Right Hand* | | STRENGTH DATA (* indicates Dominant Hand) | | | INJURED SIDE COMPARISON | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | LEFT | RIGHT | Weaker Hand | Injured Side | Expected Strength | Strength Deficit |
| Position 1 - MMVE | 2/23/2021 | 40 | * 50 | -20 % | n/a | n/a | n/a |
| Position 2 | 2/23/2021 | 55 | * 51.3 | -7 % | n/a | n/a | n/a |
| Position 3 - MMVE | 2/23/2021 | 54 | * 55 | -2 % | n/a | n/a | n/a |
| Position 4 - MMVE | 2/23/2021 | 45 | * 50 | -10 % | n/a | n/a | n/a |
| Position 5 - MMVE | 2/23/2021 | 35 | * 40 | -12 % | n/a | n/a | n/a |
| Rapid Exchange | 2/23/2021 | 58 | * 65 | -11 % | n/a | n/a | n/a |

‡ Virgil Mathiowetz, MS, OTR, Nancy Kashman, OTR, Gloria Volland, OTR, Karen Weber, OTR, Mary Dowe, OTS, Sandra Rogers, OTS, "Grip and Pinch Strength: Normative Data for Adults", Occupational Therapy Program, University of Wisconsin-Milwaukee, Milwaukee, WI, Arch Phys Med Rehabil 66:69-72, February, 1985.

† Based on common guidelines for consistency of effort, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% are likely to indicate an unreliable or inconsistent performance.

The client was asked to perform a Rapid Exchange Grip Test (REG test) as a means to assess the reliability of effort in the standard grip test. Research[§] has shown that REG strength ***exceeding*** the maximum expected grip strength (positive REG score, denoted below as + REG) is a probable indication of submaximal or unreliable effort in the standard test.

| ***Rapid Exchange Results*** | **MAX. EXPECTED** | | **RAPID EXCHANGE TEST** | | | |
|---|---|---|---|---|---|---|
| **TASK NAME** | **DATE** | **FORCE** | **DATE** | **FORCE** | **% Chg** | **+ REG** |
| Rapid Exchange - Left | 2/23/2021 | 60.5 | 2/23/2021 | 58 lb | -3.7 % | no |
| Rapid Exchange - Right | 2/23/2021 | 60.5 | 2/23/2021 | 65 lb | 7.9 % | yes |

The Maximum Voluntary Effort (MVE) protocol was used to determine if the client exerted a maximal effort during the grip test. This protocol consisted of successive grip tests over the full range of five positions of the hand dynamometer. Research[£] has shown that both normal and injured hand strength should be greater in positions 2, 3 and 4, and less in positions 1 and 5. The table below shows the client's MVE results.

| ***MVE Results*** | **Hand Strength vs. Position** |
|---|---|
| In the graphs to the right, maximal effort is indicated by a "humped" or bell shaped curve (may be skewed toward position 2 or 4, based on client's hand size), while sub-maximal effort is indicated by a flat or randomly varying curve. |  |



| ***COMMENTS (referenced by number from test result table)*** | **Comment Picture** |
|---|---|
| (1) Client experienced increased pain with prolonged sitting. Client request to stand to relieve pain. |  |



[§] Hildreth, D. H. & Lister, G. D. (1989). Detection of submaximal effort by use of the rapid exchange grip. Journal of Hand Surgery, 14A: 742-745.
[£] Harold M. Stokes, M.D., "The Seriously Uninjured Hand - Weakness of Grip", Journal of Occupational Medicine, Vol. 25, No. 9, Sept. 1983.

**HD Test Graphs** *(in order of Test Results)*



## *ARCON MTM* Functional Abilities Evaluation:

*ARCON MTM* evaluates occupational Physical Demand Characteristics (PDC) based on Methods-Time Measurement (MTM) data, the most widely developed and validated work analysis system in the world. MTM data is used to establish fair labor standards by numerous employers and unions and has been accepted in the courts and in arbitration as a valid standard of work performance. The MTM system has been used in personnel selection and disability evaluation for over forty years (Acker and Thompson, 1960; Anderson and Edstrom; Birdsong, 1972; Birdsong and Chyatte, 1970; Brickey, Drewes; 1961; Farrell, 1993; Foulke; Grant et al., 1975; Mink, 1975; McQuaid and Winkler; Poocke; Todd et al., 1979; Wilcock, 1980; Wilcock and Mink, 1982; Yokomizo, 1985).

A client's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), the time it takes an average worker with average skill to perform a specific motion throughout an average eight hour day (Karger and Hancock, 1982; Karger and Bayha, 1987; Maynard et al., 1948; MTM Assoc, 1972, 1980).

The *ARCON MTM* Report presents data from the evaluation in tabular form, as shown and defined below:

| Trial | Body Side | Wgt/Pos. | Dist/Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| **Trial** | An ascending **count** of the number of times a functional activity or task is repeated for determination of consistency and endurance. A series of Trials comprise a **Set**. MTM tests may consist of several sets of data. |
| **Body Side** | Indicating if the activity was performed with the right, left or both body members, if applicable. Dominant side, if applicable, is indicated by "Dom.". |
| **Wgt/Pos.** | The **weight** of the object being handled in the activity, or the **body position** used for this activity (e.g. sitting or standing - varies by activity). |
| **Dist/Plane** | **Distance** over which the activity was performed (for return trips, the distance is one way through the round trip), or the **plane** in which the activity was performed (e.g. immediate or overhead - varies by activity). |
| **Reps** | Number of **repetitions** of the predefined pattern of movement that comprise a single trial of a functional activity or task. The definition of Reps for each activity is shown in a footnote below the results table. |
| **Time (sec)** | The client's **time to perform** a single trial (or **average time** for a set) of the activity. |
| **Effort Factor** | The evaluator may optionally note the level of effort exhibited by the client during the activity, with ascending levels of ***Poor***, ***Poor-to-Fair***, ***Fair***, ***Average***, ***Good***, ***Excellent*** and ***Excessive***. The assumed level of effort is ***Average*** unless otherwise noted. Levels ***below*** or ***above*** average will apply an appropriate leveling factor to the average time (and therefore the %IS) for the current set (**Avg** row). |
| **% IS** | The client's time compared to the Industrial Standard (IS) time, and reported as a **percent of Industrial Standard**. A client can score at, above or below 100% IS, representing an ability that meets, exceeds or falls below the Industrial Standard for that activity. |
| **CV (%)** | **Coefficient of variance** (CV) is a statistical representation of consistency of client trial times. A minimum of three trials must be collected to calculate a CV. The empirically derived CV for MTM data is 8%. This evaluation uses a consistency threshold of 10% to allow for a 'learning curve' that is present in these activities. Many factors can affect test scores. CV's slightly greater than 10% should not automatically be interpreted as indication of lack of client reliability. Reliability must be determined by a suitably qualified evaluator. This data is computed at the end of a set, hence the CV is presented in the **Avg** table row for sets with three or more trials. When multiple sets are performed, the CV reported in the MTM Summary Table is calculated from all trials and thus does NOT represent the consistency within sets. |
| **HR** | **Heart Rate**, if present, is the client's peak measured heart rate during that trial or set. |
| **PE** | The Borg **Perceived Exertion** (PE) Scale is a self-report scale of degree of exertion by the client during the activity. Perceived exertion "integrates various information, including the many signals elicited from the peripheral muscles and joints, from the central cardiovascular and respiratory functions, and from the central nervous system" (Borg, 1982). This data is collected at the end of a set, hence PE is shown in the **Avg** row. |
| **IM** | If checked, **Inappropriate Body Mechanics** were exhibited by the client during this set (**Avg** row). |
| **SC** | If checked, **Symptom Complaints or Behaviors** were exhibited by the client during this set (**Avg** row). |
| *The following items appear within or below the table of results* | |
| **Avg: S1** | The **averages per set** (ie. S1 represents Set 1). Performance time is averaged across all trials. The average time forms the basis for a comparison to the Industrial Standard to calculate the average percent IS. |
| **Comments** (shown below results table) | Comments in reference to the performance of this activity, if any, as noted by the evaluator. Pictures associated with the activity are presented to the right of the comments box if included by the evaluator. |

## Walking: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 12 Ft | 3 | 65.07 | | 39.3 | | | | | |
| 2 | None | None | 12 Ft | 3 | 65.98 | | 38.8 | | | | | |
| 3 | None | None | 12 Ft | 3 | 71.31 | | 35.9 | | | | | |
| **Avg: S1** | **None** | **None** | **12 Ft** | **3** | **67.4** | | **› 37.9 ‹** | **4.1** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Walking | Comment Picture |
|---|---|
| Client reports increased bilateral hip pain during this activity.<br>Client request to sit following each trial due to pain.<br>Client demonstrates impaired balance.<br>Heart Rate - 99 |  |

## Carry_to_Max: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Both | 2.5 Lb | 12 Ft | 1 | 21.06 | | 46.7 | | | | | |
| 2 | Both | 5 Lb | 12 Ft | 1 | 25.71 | | 38.3 | | | | | |
| **Max: S1** | **Both** | **5 Lb** | **12 Ft** | **1** | **25.7** | | **› 38.3 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates … for this activity)

| Comments for Carry_to_Max | Comment Picture |
|---|---|
| Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client demonstrates impaired balance during this activity.<br>Heart Rate - 98<br>Client request to lay down following this activity due to pain. |  |

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 15
Page 23 of 27

## Balance: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 10 paces | 1 | 51.20 | | 12.0 | | | | | |
| 2 | None | None | 10 paces | 1 | Stopped | | Operator | | | | | |
| **Avg: S1** | **None** | **None** | **10 paces** | **1** | **51.2** | | **› 12.0 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates One Way Trips for this activity)

| Comments for Balance | Comment Picture |
|---|---|
| Test stopped by physical therapist due to inability to complete test without assistance from physical therapist.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Heart Rate - 103 |  |

## Bending: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 33.17 | | 39.7 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | Stopped | | Subject | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **33.1** | **+5%** | **› 37.8 ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Bending | Comment Picture |
|---|---|
| Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports unable to complete 2nd trial due to pain.<br>Heart Rate - 105. Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. |  |

## Crouching: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | Stopped | | Operator | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **n/a** | | **› n/a ‹** | **n/a** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Crouching | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture.<br>Client states that they are unable to assume the test position.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased upper back pain during this activity.<br>Heart Rate - 113 |  |

## Kneeling: (tested 2/23/2021)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 7.89 | | 120.9 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 8.51 | | 112.1 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 9.18 | | 103.9 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **8.5** | | **› 111.8 ‹** | **6.2** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Kneeling | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming Kneeling posture and returning to a standing position. Client report able to kneel however severe difficulty with transferring to and from kneeling position. Client required chair (pulled herself up using her arms) to return to standing position at completion of test.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased bilateral thigh pain during this activity.<br>Client reports increased right upper back pain during this activity.<br>Heart Rate - 110 |  |

## Reach Immediate: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 13.35 | | 46.0 | | | | | |
| 2 | Right | Sitting | Front | 6 | 11.95 | | 51.3 | | | | | |
| 3 | Right | Sitting | Front | 6 | 11.22 | | 54.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **12.1** | | **› 50.4 ‹** | **7.3** | | **n/a** | | |
| 1 | Left | Sitting | Front | 6 | 12.12 | | 50.6 | | | | | |
| 2 | Left | Sitting | Front | 6 | 13.27 | | 46.2 | | | | | |
| 3 | Left | Sitting | Front | 6 | 14.29 | | 42.9 | | | | | |
| **Avg: S2** | **Left** | **Sitting** | **Front** | **6** | **13.2** | | **› 46.4 ‹** | **6.7** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Reach Immediate | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased bilateral elbow pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 89 |  |

## Reach Overhead: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 17.63 | | 34.8 | | | | | |
| 2 | Right | Sitting | Front | 6 | 17.75 | | 34.6 | | | | | |
| 3 | Right | Sitting | Front | 6 | 20.78 | | 29.5 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **18.7** | | **› 32.8 ‹** | **7.8** | | **n/a** | | |
| 1 | Left | Sitting | Front | 6 | 17.5 | | 35.1 | | | | | |
| 2 | Left | Sitting | Front | 6 | 18.37 | | 33.4 | | | | | |
| 3 | Left | Sitting | Front | 6 | 16.81 | | 36.5 | | | | | |
| **Avg: S2** | **Left** | **Sitting** | **Front** | **6** | **17.5** | | **› 34.9 ‹** | **3.6** | | **n/a** | | |

(**Reps** indicates Return Trips for this activity)

| Comments for Reach Overhead | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased left shoulder pain during this activity.<br>Heart Rate - 85 |  |

## Handling: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 14.35 | | 114.3 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 14.08 | | 116.5 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 15.31 | | 107.1 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **14.5** | | **› 112.5 ‹** | **3.6** | | **n/a** | | |
| 1 | Left | Standing | Immediate | 12 | 17.27 | | 95.0 | | | | | |
| 2 | Left | Standing | Immediate | 12 | 18.37 | | 89.3 | | | | | |
| 3 | Left | Standing | Immediate | 12 | 16.21 | | 101.2 | | | | | |
| **Avg: S2** | **Left** | **Standing** | **Immediate** | **12** | **17.2** | | **› 94.9 ‹** | **5.1** | | **n/a** | | |

(**Reps** indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 92 |  |

## Bi-Manual Handling: (tested 2/23/2021)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | 8.43 | | 102.5 | | | | | |
| 2 | None | Standing | Immediate | 6 | 8.01 | | 107.9 | | | | | |
| 3 | None | Standing | Immediate | 6 | 8.07 | | 107.1 | | | | | |
| **Avg: S1** | **None** | **Standing** | **Immediate** | **6** | **8.1** | | **› 105.8 ‹** | **2.3** | | **n/a** | | |

(**Reps** indicates Pegs/Hand for this activity)

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client reports increased mid back pain during this activity.<br>Client reports increased right scapula region pain during this activity.<br>Client reports increased bilateral hip pain during this activity.<br>Client request to sit following test due to pain.<br>Heart Rate - 102 |  |

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 12/16/2020 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached request

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

December 16, 2020

VIA FASCIMILE: (603) 430-0509

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We are in receipt of your letter dated December 8, 2020 denying Kimberly D. Shaw's claim for Long Term Disability benefits.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide a complete copy of the LTD Policy and Summary Plan Description.

3. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

4. Please state whether the money deducted from Ms. Shaw's paycheck for her portion of the premium for the coverage in question was pre-tax or after-tax dollars;

5. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by Ms. Shaw authorizing you to provide the above information.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

**LIMITED POWER OF ATTORNEY**

I, Kimberly D. Shaw, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 18 day of May, 2020.

[signature]
Client Signature

STATE OF TENNESSEE
COUNTY OF HAMILTON

On this 18 day of MAY, 2020, personally appeared Kimberly D. Shaw, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

[signature]
NOTARY PUBLIC

ANGELA COWART
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY

My Commission Expires: 9/17/2021

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
~~PO Box 7213~~
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ______________________

Client Name: KShaw

Date: 12/16/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | December 11, 2020 |
| To: | HUDSON ELLIS<br>ERIC BUCHANAN & ASSOCIATES, PLLC<br>P.O. BOX 11208<br>CHATTANOOGA TN 37401 |
| Attn: | LAURA |
| Fax: | (423) 634-2505 |
| From: | Demonica Alexander<br>Ltd Case Manager<br>On Behalf Of: Tim Stanton<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 10 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

December 11, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

To Whom It May Concern:

Please find enclosed a copy of the LTD closure letter.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Demonica Alexander
Ltd Case Manager
On Behalf Of: Tim Stanton
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-CLOSE-FREEFORM-11.24.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

HUDSON ELLIS
ERIC BUCHANAN & ASSOCIATES, PLLC
P.O. BOX 11208
CHATTANOOGA TN 37401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

December 8, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to Kimberly Shaw's claim for LTD benefits under the Policy.

We are writing with regard to Kimberly Shaw's claim for Long Term Disability (LTD) benefits under Dignity Health's LTD Policy. We have completed our review of Mrs. Shaw's continued eligibility for LTD benefits and have determined that she no longer meets the definition of Disability under Any Occupation whereby further LTD benefits are not payable.

The above policy requires that Mrs. Shaw meet the following definitions and provisions:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

- *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
- *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

- *the date the Covered Person is no longer Disabled according to this policy.*

Mrs. Shaw has been receiving LTD benefits since October 18, 2017. As of October 18, 2019 Mrs. Shaw's employer's LTD Policy indicates she must demonstrate an inability to perform Any Occupation.

Mrs. Shaw has been treating for various conditions including Fibromyalgia. We originally accepted liability following a September 2017 Internal Medicine consulting physician review which supported restrictions and limitations (R&Ls) within Sedentary work capacity due to Fatigue and Weakness. Following receipt of updated records, an additional or updated review by a Rheumatology consulting physician was completed in August 2019 which supported R&Ls within Sedentary work capacity due to Fibromyalgia. This review also mentioned obstructive sleep apnea as a possible significant comorbid health condition. A review September 2019 by a Pulmonology and Sleep Medicine consulting physician indicated the sleep apnea was well treated and supported R&Ls within Light work capacity from this perspective.

As your office is award, Mrs. Shaw's claim was closed on October 16, 2019 as deemed Mrs. Shaw did not meet the Any Occupation definition of disability.

In May 2020 the Appeal Review Consultant obtained another review by an Internal Medicine consulting physician which supported part time Sedentary work. Since this is not full time work capacity, Ms. Shaw's claim was re-opened and ongoing benefits were reinstated.

Updated records were received, and we decided to send Mrs. Shaw for an Independent Medical Evaluation. As your office is aware, this evaluation was completed on November 10, 2020 by Dr. Mefford, Board Certified in Physical Medicine and Rehabilitation, Subspecialty Certification in Pain Medicine. Dr. Mefford assessment and conclusion were outlined as follows:

*In regard to the numerous spinal and peripheral joint complications, her exam was consistent with the normal wear-and-tear degenerative process of aging.*
*She has been diagnosed with Fibromyalgia. This is always a difficult diagnosis to predict compliance with work duties. In my experience, people experiencing Fibromyalgia often tend to have high anxiety component to their complaints and the anxiety is often a defining factor on why people feel like they cannot work. They tend to fear they will hurt themselves or have pain with any activity. Mrs. Shaw complained of anxiety as a common complaint she has daily. With Fibromyalgia, it is often best to stay active and perform moderate exercise.*
*I did notice on exam that she appeared to have mild labored breathing at rest that only marginally worsened with activities like getting up and moving from the seat to the exam table. She appeared to have shortness of breath with simple rest, but she could communicate freely and without issues. She was able to ambulate down the hall. Her Oxygen saturation was 98% on room air, which is completely normal and does not indicate any distress. She mentioned her pulmonary function tests were "normal" for asthmatics. This is corroborated in the notes. Her pulmonary records showed that she had essentially normal pulmonary function.*
*Mrs. Shaw also seems grossly deconditioned. We spoke about this and she stated that any reconditioning activities caused her increased pain and shortness of breath in the past, so she avoids any of these activities. She my have such significant deconditioning that any resumption of*

*exercise may cause normal pain complaints with muscles that are sore during the reconditioning process.*

With regard to work capacity, Dr. Mefford indicated the following:

*In regard to her Fibromyalgia, Mrs. Shaw can certainly do at least Light Duty (possibly even Moderate) as long as she is able to take breaks and rest if needed.*
*From a Pulmonary standpoint, she has shortness of breath while seated, but her records show normal pulmonary function. As long as she maintains her asthma treatments I do not see why she cannot do at least Light to Moderate duty in this regard. She does not appear to be struggling to oxygenate in a normal setting on room air.*
*As far as her spine and peripheral joints are concerned, I did not detect any reason to limit her work capabilities.*

*I do not detect any significant side-effects from any of these medications. Mrs. Shaw complained that she had trouble thinking and her memory was poor. We discussed any medications, including the possibility that Gabapentin was causing some memory issues, but she assured me she had been on Gabapentin long before she noticed any cognitive issues. During the interview and exam today, I did not notice any cognitive impairment. Her recall and memory appeared to be quite strong and exact. She did not have any trouble communicating her history and symptoms. She did have a plethora of complaints that encapsulated her entire body, but none of these would be related to any of the medications she is taking.*

Our role in reviewing Mrs. Shaw's claim is to determine whether her medical conditions and the medical documentation contained in her file supports that she is unable to perform the material and substantial duties of her own or any other occupation she is qualified to perform. We are not required to ensure the availability of her own or any occupation or that she returns to Active Employment with her former employer in the same or alternative position. The review of her file is conducted to determine whether she is capable of performing the duties of her own or any other occupation within the National Labor Market.

Based on the supported restrictions and limitations, we referred Mrs. Shaw's file to a Vocational Specialist to conduct a vocational analysis of her current capabilities, training, education, and experience. The review identified her transferable skills and alternate occupations as follows:

*A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.*

***The following documentation was reviewed:***
*Job Description*
*DOT*
*Occupational Analysis dated 7/28/2017*
*Training, Education and Experience Form, dated 8/17/2017*
*Peer Review dated 11/10/2020*

***Education & Training:***
*Education:*

*High School Diploma*
*Master's Degree*
*Computer Literate*

***Work History:***

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 076.361-014 | Respiratory Therapist | 6 | 5 | M |
| 187.117-058 | Director, Pulmonary Services | 8 | 3 | S |
| 201.362-014 | Pulmonary Coordinator | 6 | 3 | S |

***Restrictions and Limitations:***
*Due to her Fibromyalgia Ms. Shawn can do at least light work and possibly moderate work as long as she is able to take breaks as needed.*

***Skills & Abilities:***
*Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.*

*Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.*

*Planning own or others' work program; using reasoning and judgment to perform various clerical functions; using hand and fingers in typing, taking shorthand or dictation, and recording data; obtaining and safeguarding confidential information on individuals; proofing copy to correct errors in spelling, grammar, and punctuation; speaking distinctly when dealing with people in various situations; and making decision involving company policy.*

***Profile Adjustments:***
*Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.*

*Talking, Tasting and Vision were adjusted to constantly.*

*Situations including working under specific restrictions was adjusted to yes as Employee's work history would include these duties.*

*Copying, Supervising, Serving and Taking Instructions-Helping was adjusted to yes as Employee's work history would include these duties.*

*GED was adjusted to Grades 15-16+*

***Examples of Occupations identified based on National Economy and claimants ability profile analysis:***

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *187.117-058* | *Director, Outpatient Services* | *8* | *S* | *$8,415* |
| *187.117-010* | *Health Services Managers* | *8* | *L* | *$8,415* |
| *187.167-038* | *Director, Volunteer Services* | *7* | *S* | *$5,595* |

**Wage Information is based on medical 2018 Bureau of Labor Statistical Data*

***Summary:***
*The Transferable Skills Analysis identified occupations are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform; outpatient services director, health services manager, and director volunteer services.*

*The occupations meet their gainful amount of $5,495 in the national economy.*

*I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.*

Based on our medical and vocational reviews, we have determined that Mrs. Shaw can perform, with reasonable continuity, the material and substantial duties of the above alternate occupations based on her medically supported capacities, work history, and skill level. Therefore Mrs. Shaw does not meet her Policy's definition of disability under Any Occupation beyond December 7, 2020 and we must deny her claim for further benefit consideration.

In our review of Ms. Shaw's claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Dignity Health's Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Shaw may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Shaw feels her claim should not have been denied. In her request for review please include the following documentation:

- A copy of all treatment notes; procedure reports; diagnostic test results including X-ray, MRI, and CT scan reports; consulting physician reports; pharmacy records; emergency room and urgent care center notes; hospital discharge summaries, valid functional capacity

evaluations; along with any and all other medical records from December 1, 2020, forward, from any and all treating providers.

- Documentation of additional and specific restrictions and limitations, including how they prevent Mrs. Shaw from performing the essential duties of the identified alternate occupation(s) and the medical documentation to support them.

- You may submit any medical information pertaining to Mrs. Shaw's SSD award, including independent medical examinations, physician reports, test results, and any other records in your SSD file.

- You should also submit any other information which you feel would support your claim beyond December 7, 2020.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

If you had planned to provide additional information to support your claim but have been unable to do so in light of the COVID-19 emergency, please know that you may submit information for up to 90 days after the end of the California statewide State of Emergency. If that is the case, please contact me at the number below as soon as possible.

We will apply the greater of these timeframes.

You should also provide any additional information that you feel will support her claim.

Ms. Shaw is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Shaw will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Shaw will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations Ms. Shaw may have this matter reviewed by the California Department of Insurance if she believes she has been wrongfully denied. She may send her request for review to:

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If Ms. Shaw has any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Lincoln Financial Group®

## Transferable Skills Analysis

**Date:** 12/4/2020
**Claimant:** Kimberly Smith
**Claim #:** 3840737
**Policyholder:** Dignity Health

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description
DOT
Occupational Analysis dated 7/28/2017
Training, Education and Experience Form, dated 8/17/2017
Peer Review dated 11/10/2020

**Education & Training:**
Education:
High School Diploma
Master's Degree
Computer Literate

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 076.361-014 | Respiratory Therapist | 6 | 5 | M |
| 187.117-058 | Director, Pulmonary Services | 8 | 3 | S |
| 201.362-014 | Pulmonary Coordinator | 6 | 3 | S |

**Restrictions and Limitations:**
Due to her Fibromyalgia Ms. Shawn can do at least light work and possibly moderate work as long as she is able to take breaks as needed.

**Skills & Abilities:**

Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

Planning own or others' work program; using reasoning and judgment to perform various clerical functions; using hand and fingers in typing, taking shorthand or dictation, and recording data; obtaining and safeguarding

confidential information on individuals; proofing copy to correct errors in spelling, grammar, and punctuation; speaking distinctly when dealing with people in various situations; and making decision involving company policy.

**Profile Adjustments:**
Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.

Talking, Tasting and Vision were adjusted to constantly.

Situations including working under specific restrictions was adjusted to yes as Employee's work history would include these duties.

Copying, Supervising, Serving and Taking Instructions-Helping was adjusted to yes as Employee's work history would include these duties.

GED was adjusted to Grades 15-16+

**Examples of Occupations identified based on National Economy and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 187.117-058 | Director, Outpatient Services | 8 | S | $8,415 |
| 187.117-010 | Health Services Managers | 8 | L | $8,415 |
| 187.167-038 | Director, Volunteer Services | 7 | S | $5,595 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

**Summary:**
The Transferable Skills Analysis identified occupations are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform; outpatient services director, health services manager, and director volunteer services.

The occupations meet their gainful amount of $5,495 in the national economy.

I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

*Electronically Signed*

Vanessa Scungio MA, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.
Updated 12/4/20

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 6 (1 to 2 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 6 | No Change |
| Mathematics | | 5 | 6 |
| Language | | 6 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Occasionally | No Change |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Occasionally | Constantly |
| Color Vision | | Frequently | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | No Change |
| Extreme Cold | | Never | No Change |
| Extreme Heat | | Never | No Change |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Never | No Change |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | | Never | No Change |
| Other Environmental Conditions | | Never | No Change |
| Noise Intensity Level | | Moderate | No Change |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | | 2 (67-89 Percentile) | No Change |
| Form Perception | | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | | 2 (67-89 Percentile) | No Change |
| Motor Coordination | | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | | 3 (34-66 Percentile) | No Change |

Updated 12/4/20

| | | |
|---|---|---|
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

HUDSON ELLIS
ERIC BUCHANAN & ASSOCIATES, PLLC
P.O. BOX 11208
CHATTANOOGA TN 37401

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

December 8, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to Kimberly Shaw's claim for LTD benefits under the Policy.

We are writing with regard to Kimberly Shaw's claim for Long Term Disability (LTD) benefits under Dignity Health's LTD Policy. We have completed our review of Mrs. Shaw's continued eligibility for LTD benefits and have determined that she no longer meets the definition of Disability under Any Occupation whereby further LTD benefits are not payable.

The above policy requires that Mrs. Shaw meet the following definitions and provisions:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

- *the date the Covered Person is no longer Disabled according to this policy.*

Mrs. Shaw has been receiving LTD benefits since October 18, 2017. As of October 18, 2019 Mrs. Shaw's employer's LTD Policy indicates she must demonstrate an inability to perform Any Occupation.

Mrs. Shaw has been treating for various conditions including Fibromyalgia. We originally accepted liability following a September 2017 Internal Medicine consulting physician review which supported restrictions and limitations (R&Ls) within Sedentary work capacity due to Fatigue and Weakness. Following receipt of updated records, an additional or updated review by a Rheumatology consulting physician was completed in August 2019 which supported R&Ls within Sedentary work capacity due to Fibromyalgia. This review also mentioned obstructive sleep apnea as a possible significant comorbid health condition. A review September 2019 by a Pulmonology and Sleep Medicine consulting physician indicated the sleep apnea was well treated and supported R&Ls within Light work capacity from this perspective.

As your office is award, Mrs. Shaw's claim was closed on October 16, 2019 as deemed Mrs. Shaw did not meet the Any Occupation definition of disability.

In May 2020 the Appeal Review Consultant obtained another review by an Internal Medicine consulting physician which supported part time Sedentary work. Since this is not full time work capacity, Ms. Shaw's claim was re-opened and ongoing benefits were reinstated.

Updated records were received, and we decided to send Mrs. Shaw for an Independent Medical Evaluation. As your office is aware, this evaluation was completed on November 10, 2020 by Dr. Mefford, Board Certified in Physical Medicine and Rehabilitation, Subspecialty Certification in Pain Medicine. Dr. Mefford assessment and conclusion were outlined as follows:

*In regard to the numerous spinal and peripheral joint complications, her exam was consistent with the normal wear-and-tear degenerative process of aging.*
*She has been diagnosed with Fibromyalgia. This is always a difficult diagnosis to predict compliance with work duties. In my experience, people experiencing Fibromyalgia often tend to have high anxiety component to their complaints and the anxiety is often a defining factor on why people feel like they cannot work. They tend to fear they will hurt themselves or have pain with any activity. Mrs. Shaw complained of anxiety as a common complaint she has daily. With Fibromyalgia, it is often best to stay active and perform moderate exercise.*
*I did notice on exam that she appeared to have mild labored breathing at rest that only marginally worsened with activities like getting up and moving from the seat to the exam table. She appeared to have shortness of breath with simple rest, but she could communicate freely and without issues. She was able to ambulate down the hall. Her Oxygen saturation was 98% on room air, which is completely normal and does not indicate any distress. She mentioned her pulmonary function tests were "normal" for asthmatics. This is corroborated in the notes. Her pulmonary records showed that she had essentially normal pulmonary function.*
*Mrs. Shaw also seems grossly deconditioned. We spoke about this and she stated that any reconditioning activities caused her increased pain and shortness of breath in the past, so she avoids any of these activities. She my have such significant deconditioning that any resumption of*

*exercise may cause normal pain complaints with muscles that are sore during the reconditioning process.*

With regard to work capacity, Dr. Mefford indicated the following:

*In regard to her Fibromyalgia, Mrs. Shaw can certainly do at least Light Duty (possibly even Moderate) as long as she is able to take breaks and rest if needed.*
*From a Pulmonary standpoint, she has shortness of breath while seated, but her records show normal pulmonary function. As long as she maintains her asthma treatments I do not see why she cannot do at least Light to Moderate duty in this regard. She does not appear to be struggling to oxygenate in a normal setting on room air.*
*As far as her spine and peripheral joints are concerned, I did not detect any reason to limit her work capabilities.*

*I do not detect any significant side-effects from any of these medications. Mrs. Shaw complained that she had trouble thinking and her memory was poor. We discussed any medications, including the possibility that Gabapentin was causing some memory issues, but she assured me she had been on Gabapentin long before she noticed any cognitive issues. During the interview and exam today, I did not notice any cognitive impairment. Her recall and memory appeared to be quite strong and exact. She did not have any trouble communicating her history and symptoms. She did have a plethora of complaints that encapsulated her entire body, but none of these would be related to any of the medications she is taking.*

Our role in reviewing Mrs. Shaw's claim is to determine whether her medical conditions and the medical documentation contained in her file supports that she is unable to perform the material and substantial duties of her own or any other occupation she is qualified to perform. We are not required to ensure the availability of her own or any occupation or that she returns to Active Employment with her former employer in the same or alternative position. The review of her file is conducted to determine whether she is capable of performing the duties of her own or any other occupation within the National Labor Market.

Based on the supported restrictions and limitations, we referred Mrs. Shaw's file to a Vocational Specialist to conduct a vocational analysis of her current capabilities, training, education, and experience. The review identified her transferable skills and alternate occupations as follows**:**

*A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.*

***The following documentation was reviewed:***
*Job Description*
*DOT*
*Occupational Analysis dated 7/28/2017*
*Training, Education and Experience Form, dated 8/17/2017*
*Peer Review dated 11/10/2020*

***Education & Training:***
*Education:*

*High School Diploma*
*Master's Degree*
*Computer Literate*

***Work History:***

| ***DOT Code*** | ***Job Title/Occupation Title*** | ***SVP*** | ***Yrs*** | ***Strength*** |
|---|---|---|---|---|
| *076.361-014* | *Respiratory Therapist* | *6* | *5* | *M* |
| *187.117-058* | *Director, Pulmonary Services* | *8* | *3* | *S* |
| *201.362-014* | *Pulmonary Coordinator* | *6* | *3* | *S* |

***Restrictions and Limitations:***
*Due to her Fibromyalgia Ms. Shawn can do at least light work and possibly moderate work as long as she is able to take breaks as needed.*

***Skills & Abilities:***
*Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.*

*Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.*

*Planning own or others' work program; using reasoning and judgment to perform various clerical functions; using hand and fingers in typing, taking shorthand or dictation, and recording data; obtaining and safeguarding confidential information on individuals; proofing copy to correct errors in spelling, grammar, and punctuation; speaking distinctly when dealing with people in various situations; and making decision involving company policy.*

***Profile Adjustments:***
*Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.*

*Talking, Tasting and Vision were adjusted to constantly.*

*Situations including working under specific restrictions was adjusted to yes as Employee's work history would include these duties.*

*Copying, Supervising, Serving and Taking Instructions-Helping was adjusted to yes as Employee's work history would include these duties.*

*GED was adjusted to Grades 15-16+*

***Examples of Occupations identified based on National Economy and claimants ability profile analysis:***

| *DOT Code* | *Occupation* | *SVP* | *Str* | *National Monthly Wage* |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *187.117-058* | *Director, Outpatient Services* | *8* | *S* | *$8,415* |
| *187.117-010* | *Health Services Managers* | *8* | *L* | *$8,415* |
| *187.167-038* | *Director, Volunteer Services* | *7* | *S* | *$5,595* |

**Wage Information is based on medical 2018 Bureau of Labor Statistical Data*

***Summary:***
*The Transferable Skills Analysis identified occupations are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform; outpatient services director, health services manager, and director volunteer services.*

*The occupations meet their gainful amount of $5,495 in the national economy.*

*I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.*

Based on our medical and vocational reviews, we have determined that Mrs. Shaw can perform, with reasonable continuity, the material and substantial duties of the above alternate occupations based on her medically supported capacities, work history, and skill level. Therefore Mrs. Shaw does not meet her Policy's definition of disability under Any Occupation beyond December 7, 2020 and we must deny her claim for further benefit consideration.

In our review of Ms. Shaw's claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Dignity Health's Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Shaw may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Shaw feels her claim should not have been denied. In her request for review please include the following documentation:

- A copy of all treatment notes; procedure reports; diagnostic test results including X-ray, MRI, and CT scan reports; consulting physician reports; pharmacy records; emergency room and urgent care center notes; hospital discharge summaries, valid functional capacity

evaluations; along with any and all other medical records from December 1, 2020, forward, from any and all treating providers.

- Documentation of additional and specific restrictions and limitations, including how they prevent Mrs. Shaw from performing the essential duties of the identified alternate occupation(s) and the medical documentation to support them.

- You may submit any medical information pertaining to Mrs. Shaw's SSD award, including independent medical examinations, physician reports, test results, and any other records in your SSD file.

- You should also submit any other information which you feel would support your claim beyond December 7, 2020.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

If you had planned to provide additional information to support your claim but have been unable to do so in light of the COVID-19 emergency, please know that you may submit information for up to 90 days after the end of the California statewide State of Emergency. If that is the case, please contact me at the number below as soon as possible.

We will apply the greater of these timeframes.

You should also provide any additional information that you feel will support her claim.

Ms. Shaw is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Shaw will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Shaw will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations Ms. Shaw may have this matter reviewed by the California Department of Insurance if she believes she has been wrongfully denied. She may send her request for review to:

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If Ms. Shaw has any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: TC Stanton DATE: Monday, November 23, 2020

## CLAIM BACKGROUND

Claimant Name: KIMBERLY SHAW Claim Number: 3840737

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: DIGNITY HEALTH

Change In DEF. Date: 10/18/2019

Pre-Disability Earnings: $9,158.93 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

per 11/10/20 ime report. Wages 5495/mo

DP 512

**Lincoln/ Shaw 1621**

THE PHYSICIANS
Spine & Rehabilitation Specialists

*Independent Medical Evaluation*

**DATE**: November 10, 2020
**PATIENT**: Kimberly Shaw
**CLAIM NUMBER**: 3840737
**DATE OF BIRTH**:
**CONSULTING PHYSICIAN: Paul L. Mefferd, D.O.**
**LOCATION:** Calhoun
**DOI**: April 21, 2017

**INTRODUCTION**:
Kimberly Shaw comes in today for a Disability Independent Medical Evaluation D-IME). Today's IME was requested by Cara Brookman with Genex Services. Multiple medical records were sent to my office, reviewed in their entirety and retained for my possession.

**HISTORY OF PRESENT ILLNESS**:
Kimberly Shaw is a 53 year old female who comes in today for a Disability Independent Medical Evaluation. She was working at Dominican Hospital in Santa Cruz California as a respiratory therapy supervisor in the pulmonary unit. She states she suffered a respiratory illness in December, 2015 that significantly impacted her breathing. She has a history of asthma since childhood. She states that the respiratory illness really aggravated the asthma to the point of needing multiple medications and breathing treatments. She stayed hospitalized for 10 days and eventually the respiratory illness improved enough so that she could go home. She states that ten days after she returned home she developed a pulmonary embolism. She states that she stayed in the hospital for four more days. She states that the PE really was the last straw and to the point where she could not get her energy back. She states that her pulmonary function tests were normal for an asthmatic, so she tried to return to work in March or April 2016. She tried working for fourteen months or so into 2017. She states that this was very difficult due to the decreased energy levels she experienced along with the difficulty breathing. She states that she had to go back into the hospital due to what she thinks was an anxiety attack. She noticed tingling and numbness in the right side of her face. She states that they ruled out a stroke. She had multiple imaging scans done of the brain and neck. She continued to experience pain in multiple locations of her body, including lumbar pain she stated was due to an annular tear at L5-S1. She was referred for treatment of the lumbar spine.

She states that her treatments have consisted of lumbar facet joint injections and

radiofrequency ablations. She was also placed on medications, including Gabapentin 600 mg TID; Tramadol 50-100 mg TID; Cymbalta 120 mg Daily; Tizanidine 8 mg QHS; Provigil 200 mg QAM; Buspar 30 mg BID; and Trazodone 50 mg QHS. She takes the Provigil 200 mg due to sleep apnea and CPAP machine. She states that she has pain in the hip flexors bilaterally, the low back and thighs. She also complains of a stiff neck regularly. She states that the most pain is in the back and anterior thighs. She states that she used to have knee pain, but this is better. She complains of shoulder pain bilaterally. She complains of tenderness in several locations of her body. She also complains of memory issues and inability to do math.

She states that she has almost no activity level. She states that she does very little, because she has pain in the hip flexors and medial calves. She states that if she stands for ten minutes or more she has a lot of pain in her back and thighs and hips. She prefers to get up and move around or change positions. She states that she prefers to recline in her chair. She complains of general fatigue. She does participate in low intensity yoga four times a week. She states that this is helpful. She states that she has good days and bad days, but today is a bad day. She states that she does not think she can walk 100 yards without being in pain. She gets short of breath often when she does much exertion. She states that she used to try to swim to get back to work. She did go to physical therapy for reconditioning, but reports that it made things worse. She states that she naps during the afternoon because she does not sleep well at night. She has not worked since 2017. She again reports that the hip flexors and shoulders and low back are the most painful when she exerts herself.

She moved back to Georgia after not being able to afford the cost-of-living in California. Currently, she complains that she often has dizziness from sit-to-stand. She uses a power wheel-chair to go out into the community.

**Activity Level**: Independent with ADLs

**Work**: Respiratory therapy, not working

**CURRENT TREATMENTS:**

**Medications**: Tramadol 50-100 mg TID, Cymbalta 120 mg Daily; Tizanidine 8 mg QHS; Provigil 200 mg QAM; Buspar 30 mg BID; Trazodone 50 mg QHS; Provigil 200 mg QD.

**Other treatments:** Facet joint injections, lumbar; facet joint/medial branch radiofrequency ablation, lumbar

THE PHYSICIANS
Spine & Rehabilitation Specialists

**PREVIOUS TREATMENTS & RESULTS:**

**Physical Therapy:** Not helpful, exacerbated the pain

**Chiropractor:** None

**PAST MEDICAL HISTORY:**

**Illnesses:** Diabetes; asthma

**Past Surgical History:** None specific to this claim

**ALLERGIES**: Xolair

**REVIEW OF SYSTEMS:**

CONSTITUTIONAL: No fevers or weight loss; chronic fatigue
EYES: No blurred vision.
ENT: No recent hearing loss.
CARDIOVASCULAR: No chest pain. No palpitations.
RESPIRATORY: Chronic shortness of breath.
GASTROINTESTINAL: No nausea, no vomiting, no diarrhea, no constipation.
GENITOURINARY: No urinary symptoms.
INTEGUMENTARY: No rashes, lesions.
PSYCHIATRIC: Denies depression or suicidal/homicidal ideations
NEUROLOGICAL: complains of fatigue.
MUSKULOSKELETAL: Multiple tender points; neck pain; low back pain; hip flexor pain; medial right calf pain; occasional knee pain

**FAMILY & SOCIAL HISTORY:**

**Marital status:** Married
**Children:** none
**Occupation:** respiratory therapy
**Tobacco use:** None
**Alcohol use:** occasional
**Illnesses**: Hypertension, heart disease

**PHYSICAL EXAMINATION:**

**Blood pressure:** 131/78
**Heart Rate:** 73
**Height:** 68 in
**Weight:** 192 lb
**Oxygen Sat:** 98%

**Visual analog scores** (0 – 10, 10 = worst): 6.5/10
**Disability Score** (0 – 10, 10 = worst): 9/10
**Sleep Deprivation Score** (0 – 10, 10 = worst): 8/10

**HEENT**: PERRLA, EOMI, cranial nerves two through 12 grossly intact bilaterally.

**General:** No acute distress, alert and oriented x 3, appears stated age. Mild labored breathing at rest
**Affect:** Euthymic, Appropriate, pleasant; normal cognitive function

**Neck:** **Palpation:** Mild pain with palpation cervical paraspinal muscles
**Extension/Flexion:** Cervical flexion and extension to 45° with minimal pain.
**Rotation:** Full left and right lateral rotation with mild pain.
**Spurling's:** Negative bilaterally

**Back**: Slight levoscoliosis. Diffuse trigger points right > left
**Palpation:** pain thoracic and lumbar paraspinals, worst at T5-8 and L4-S1
**Extension:** Mild pain, normal ROM.
**Flexion:** Mild pain, normal ROM.
**Rotation:** Mild pain, normal ROM.
**Seated SLR:** Negative bilaterally

**Shoulders:** Normal ROM bilateral shoulders, non-painful. Negative Neer's test and cross-arm test. There was no significant pain with palpation of the shoulder joint. She had soft-tissue tenderness of the trapezius muscles bilaterally, worse on the right side with diffuse tender points.

**Knees**: Painful palpation of the bilateral Anserine Bursae. The remaining knee joint exams were normal. I did not detect any swelling or erythema. There was no crepitus of the patellae today. ROM of the knees were full and without pain to flexion and extension.

**Ankles**: Painless ROM to plantar/dorsiflexion and eversion/inversion bilaterally. There is no swelling or erythema of the ankles. No pain with palpation of the bilateral ankles.

**Hips:** **Rotation:** mild right sided pain with internal rotation, but no pain bilateral external rotation of the hips; Normal ROM of hips

**Patrick's:** Negative bilaterally
**Palpation**: No pain bilateral PSIS's

**Neurological Exam of Upper/Lower Extremities**:
Sensory: 2/2 bilateral C5-T1 2/2 and L3 through S1 dermatomes

**Motor**:

| | | |
|---|---|---|
| Deltoid | R: 5/5 | L: 5/5 |
| Triceps | R: 5/5 | L: 5/5 |
| Biceps | R: 5/5 | L: 5/5 |
| Wrist Ext | R: 5/5 | L: 5/5 |
| Grip | R: 5/5 | L: 5/5 |
| Intrinsics | R: 5/5 | L: 5/5 |
| Iliopsoas | R: 5/5 | L: 5/5 |
| Quadriceps | R: 5/5 | L: 5/5 |
| Tibialis anterior | R: 5/5 | L: 5/5 |
| Extensor hallucis longus | R: 5/5 | L: 5/5 |
| Hamstrings | R: 5/5 | L: 5/5 |

**Deep Tendon Reflexes**:

| | | |
|---|---|---|
| Biceps: | R: 2/4 | L: 2/4 |
| Triceps | R: 2/4 | L: 2/4 |
| Brachioradialis: | R: 2/4 | L: 2/4 |
| Patellar: | R: 2/4 | L: 2/4 |
| Achilles: | R: 2/4 | L: 2/4 |
| Clonus: | R: none | L: none |
| Hoffmans: | R: none | L: none |

**Gait:** Straight cane

**REVIEW OF TESTS/RECORDS:**
Extensive outside records and the patient's intake form were reviewed by me.

**RECOMMENDATIONS/QUESTIONS:**

1. ***"Please comment on your observations as far as how the claimant's presents (smiling, pain behaviors, constant yawning, etc.) sits (shifting, still, etc) in waiting room, walks in the exam room, etc. and note any inconsistencies with the records or during the exam should they apply."***

a. Mrs. Shaw behaved consistently. I did not detect any pain behaviors or exaggerated symptoms. She did complain of numerous issues all over her body, but her demeanor was appropriate. She did have mild labored breathing with rest, which did not particularly worsen with standing and walking around. She did have an episode of dizziness when standing from a seated position, but this could be due to Tizanidine, which commonly can cause orthostatic hypotension issues when people have been seated for long periods of time.
b. Mrs. Shaw was able to ambulate with a cane and did not appear particularly unsteady when she walked out of the exam room to the front lobby. She moved at normal speed.

2. ***"Following your review of the claimant's complete medical file and examinations, please clarify which diagnoses, separately or in combination, are impairing, if any, based on *objective testing and/or exam findings that corroborate any subjective complaints. Please outline how any impairment translates to functional restrictions and limitations defined in terms of task (sit, stand, lift/carry, type, etc.) and frequency (never, occasional, frequent, constant); and include the expected duration/time frame for which any R&Ls reasonably apply."***
   a. In regard to the numerous spinal and peripheral joint complaints, her exam was consistent with the normal wear-and-tear degenerative processes of aging.
   b. She has been diagnosed with Fibromyalgia. This is always a difficult diagnosis to predict compliance with work duties. In my experience, people experiencing Fibromyalgia often tend to have a high anxiety component to their complaints and the anxiety is often a defining factor on why people feel like they cannot work. They tend to fear they will hurt themselves or have pain with any activity. Mrs. Shaw complained of anxiety as a common complaint she has daily. With Fibromyalgia, it is often best to stay active and perform moderate exercise.
   c. I did notice on exam that she appeared to have mild labored breathing at rest that only marginally worsened with activities like getting up and moving from the seat to the exam table. She appeared to have shortness of breath with simple rest, but she could communicate freely and without issues. She was able to ambulate down the hall. Her Oxygen saturation was 98% on room air, which is completely normal and does not indicate any distress. She mentioned that her pulmonary function tests were "normal" for asthmatics. This is corroborated in the notes. Her pulmonary records showed that she had essentially normal pulmonary function.



MARIETTA: 770-419-9902 ROME: 706-314-1900 NORTHSIDE: 404-816-3000 STOCKBRIDGE: 678-275-2200

   d. Mrs. Shaw also seems grossly deconditioned. We spoke about this and she stated that any reconditioning activities caused her increased pain and shortness of breath in the past, so she avoids any of these activities. She may have such significant deconditioning that any resumption of exercise may cause normal pain complaints with muscles that are sore during the reconditioning process.

3. ***"Based on the available medical evidence, does the claimant have any reasonably sustainable, capacity for full-time work? If not, do you feel the claimant has the capacity to perform any occupational duties on a part-time basis? Please explain your rationale and any timeframes/dates surrounding this."***
   a. In regard to her Fibromyalgia, Mrs. Shaw can certainly do at least Light Duty (possibly even Moderate) as long as she is able to take breaks and rest if needed.
   b. From a Pulmonary standpoint, she had shortness of breath while seated, but her records show normal pulmonary function. As long as she maintains her asthma treatments I do not see why she cannot do at least Light to Moderate duty in this regard. She does not appear to be struggling to oxygenate in a normal setting on room air.
   c. As far as her spine and peripheral joints are concerned, I did not detect any reason to limit her work capabilities.

4. ***"Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity."***
   a. I do not detect any significant side-effects from any of the medications. Mrs. Shaw complained that she had trouble thinking and her memory was poor. We discussed any medications, including the possibility that Gabapentin was causing some memory issues, but she assured me she had been on Gabapentin long before she noticed any cognitive issues. During the interview and exam today, I did not notice any cognitive impairment. Her recall and memory appeared to be quite strong and exact. She did not have any trouble communicating her history and symptoms. She did have a plethora of complaints that encapsulated her entire body, but none of these would be related to any of the medications she is taking.



MARIETTA: 770-419-9902 ROME: 706-314-1900 NORTHSIDE: 404-816-3000 STOCKBRIDGE: 678-275-2200

Respectfully submitted,

**Paul L. Mefferd, D.O.**
CC:



MARIETTA: 770-419-9902 ROME: 706-314-1900 NORTHSIDE: 404-816-3000 STOCKBRIDGE: 678-275-2200

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5683
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Kimberly Shaw
Claim Number: 3840737
Case Number: 156701-1

"I, Paul Mefferd, MD, am a physician duly licensed to practice medicine in the State of GA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 11/18/22

Signature of Physician Date

Medical/Professional License # 54617 GA

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 95921**

**Date** **11/19/2020**

***Bill To:***

**Timothy Stanton**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 3840737 |
| **Date of Loss:** | 4/21/2017 |
| **ECN #** | 156701-1 |
| **Account #** | |

**Claimant** Kimberly Shaw

| | | |
|---|---|---|
| 11/10/2020 | Independent Medical Examination - Long Term Disability:<br>Service - Timothy Stanton on 10/1/20<br>Provider: Paul Mefferd, MD<br>Specialty: Physical Medicine & Rehab<br>Appointment: 11/10/2020 | $5195.00 |
| | **SubTotal** | $5195.00 |
| | **Final Invoice Total** | $5195.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 353356 |
|---|---|
| DATE | 11/12/20 |

**CUSTOMER**

Timothy Stanton
Lincoln Financial Group
PO Box 7207
London, KY 40742

Re: Kimberly Shaw
vs. Dignity Health
Soddy Daisy, TN 37379

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | A022042 | 1708000143 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 11/9/2020 | | | | |
| Surveillance Hours - Operative03416 | 8.00 | | | 512.00 |
| 11/10/2020 | | | | |
| Surveillance Hours - Operative03416 | 8.00 | | | 512.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

INVESTIGATION SERVICES

| | |
|---|---|
| Sub-Total | 1,024.00 |
| Sales Tax | |
| TOTAL | $1,024.00 |



**Lincoln/ Shaw 1632**

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

November 12, 2020

**LINCOLN FINANCIAL GROUP**
P.O. BOX 1525
DOVER, NEW HAMPSHIRE 03821

| | |
|---|---|
| Adjuster: | Timothy Stanton |
| Insured: | Dignity Health |
| Claim Number: | 3840737 |

# Kimberly Shaw

| | |
|---|---|
| Date of Loss: | April 21, 2017 |
| Injury: | Chronic Fatigue |
| Authorization: | 16 Hours |
| Status: | Final |
| Received: | August 2, 2019 |
| Investigator: | Grace Lascara |
| HUB Case: | 1708000143.8 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## NATURE OF ASSIGNMENT:

On November 10, 2020, HUB Enterprises received an assignment requesting 16 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 53-year-old female, and was believed to reside at . The claimant is alleging a chronic fatigue injury, as of April 21, 2017.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant's provided address:
- Phone(s)/registrant(s) at provided:

Erica Turner; (423) 716-3488, Russell Beaty; (423) 332-9337

- Claimant's most current listed address via database:
- Phone(s)/registrant(s) at most current:
- Property Ownership: None located
- Possible businesses: None located
- Aerial map:

Possible Social Media:

*may require copy/pasting the link into a web browser to access

- Facebook: https://www.facebook.com/kimshaw1019

Possible Associates-

https://www.facebook.com/jaimiekshaw

https://www.facebook.com/tennteacher

- Myspace: None located
- LinkedIn: https://www.linkedin.com/in/kim-shaw-319170168/
- Twitter: None located

- Instagram: https://www.instagram.com/shaw.jaimie/

The following email addresses were listed for the claimant:

@aol.com
aol.com
comcast.net
cox.net
@gmail.com
@gmail.com
nail.com
stems.com
cast.net
2@worldnet.att.net
@gmail.com

Additional information:
Possibly driving a 2001 Jeep Grand Cherokee with plate number and a 2020 Kia Soul with plate number

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Monday, November 9, 2020, and Tuesday, November 10, 2020.

**VIDEO** was obtained as the claimant traveled as passenger in a vehicle, exited the vehicle, approached a medical facility, entered, exited, reentered the vehicle as passenger, sat within, departed, traveled to a service station, sat within the vehicle as the female drive refueled, departed, traveled to a medical facility, sat within the vehicle as the female driver entered and returned to the vehicle, departed, traveled to her scheduled medical appointment location, exited the vehicle, approached the location as she utilized the cane and held the female's shoulder,

entered, exited, held onto the female's arm as she walked with the cane, approached the vehicle, entered as passenger, departed, traveled to a service station, sat within the vehicle, departed, and traveled home. When observed, the claimant appeared to ambulate with a limp, with the assistance of a walking cane, and without the cane at times, and also placed her arm onto the female's shoulder for assistance at times. At this time, surveillance has been completed.

**Investigative efforts were conducted on Monday, November 9, 2020, and Tuesday, November 10, 2020.**

**VIDEO:**

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

**Monday, November 9, 2020**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Tuesday, November 10, 2020**

- Total claimant **VIDEO** is approximately 13 minutes and 30 seconds.
- **VIDEO** depicts the claimant as she traveled as passenger in a vehicle, exited the vehicle, approached a medical facility, entered, exited, reentered the vehicle as a passenger, sat within, departed, traveled to a service station, sat within the vehicle as the female driver refueled, departed, traveled to a medical facility, sat within the vehicle as the female driver entered and returned to the vehicle, departed, traveled to her scheduled medical appointment location, exited the vehicle, approached the location as she utilized the cane and held the female's shoulder, entered, exited, held onto the female's arm as she walked with the cane, approached the vehicle, entered as passenger, departed, traveled to a service station, sat within the vehicle, departed, and traveled home.

- The claimant appeared to ambulate with a limp, with the assistance of a walking cane, and without the cane at times, and also placed her arm onto the female's shoulder for assistance at times.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 53-year-old female, standing approximately 5'6" tall and weighing approximately 160 pounds with short brown hair.



**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single level, single family grey colored structure with an attached carport to the right of the residence. The windows have a white window trim and the yard appears well maintained.

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/HhvDqhnxgfdVnjwg7

**Monday, November 9, 2020**

Partly Cloudy - 76F

05:40AM Investigator Grace Lascara departed the Lodging location, en route to the provided address located at .

05:54PM Upon arrival, the Investigator observed the claimant's grey Jeep Cherokee bearing Tennessee license number , and red Kia Soul bearing Tennessee license number present. Distant direct surveillance was established. Area video was obtained.

06:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:33AM An unknown female was observed sitting under the carport and smoking a cigarette. Area video was obtained.

08:37AM The unknown female continued to sit on the carport stood up, and entered the residence. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:35AM The unknown female departed as the sole occupant in the Kia Soul.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:59AM The claimant was observed as she opened the door of the residence from within to let two dogs out. Area video was obtained.

12:34PM The unknown female returned to the residence in the Kia Soul. Area video was obtained.

12:44PM The unknown female exited the residence, sat under the carport, and smoked. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Investigator Grace Lascara discontinued surveillance and departed, en route to the Lodging location. Prior to departure, area video was obtained.

02:15PM Upon arrival and the completion of this report, this phase of the investigation was discontinued.

**<u>Tuesday, November 10, 2020</u>**

Partly Cloudy – 74F

09:34AM Investigator Grace Lascara departed the Lodging location, en route to the provided address located at .

09:50AM Upon arrival in the area of the residence, the claimant was observed passing the Investigator on the roadway as passenger in the Kia Soul with a female driver. Mobile surveillance was established.

10:11AM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as passenger at a traffic light.

10:18AM The vehicle arrived at Scenic City Rheumatology, located at 6145 Shallowford Road, #102, in Chattanooga, Tennessee. The claimant exited the vehicle and approached and entered the building. Video was not obtained as the Investigator was positioning for surveillance. Direct surveillance was established.

10:20AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:23AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:24AM The claimant exited the medical facility and **VIDEO** was obtained as she utilized a cane, approached the vehicle, and entered as passenger.

10:28AM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as passenger.

10:39AM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as passenger and conversed with the female driver.

10:42AM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle, moved her head around, reached in the rear seat of the vehicle, exited the vehicle, utilized the

cane as she walked, walked around a vehicle in the parking area, carried a clipboard with paperwork, stepped up on the raised area of the entrance, took a few steps without the cane, and approached and entered the building.

10:46AM The unknown female departed the location in the Kia Soul. Area video was obtained.

11:07AM The unknown female returned to the medical facility in the Kia. Area video was obtained.

11:27AM The claimant exited the medical facility and **VIDEO** was obtained as she utilized the cane, removed a face mask, approached the vehicle, entered as a passenger, put on her seatbelt, and departed. Mobile surveillance was reestablished.

11:33AM The vehicle arrived at a service station and obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger. The female driver exited the vehicle, entered and exited the store, and returned to the vehicle.

11:35AM The vehicle departed. Mobile surveillance was reestablished.

12:13PM The vehicle arrived at a second service station. The claimant exited the vehicle and approached and entered the location. Video was not obtained. Obstructed direct surveillance was established.

12:19PM The claimant and the female exited the location, entered the vehicle, and departed. Mobile surveillance was reestablished.

12:20PM **VIDEO** was obtained of the vehicle departing the area with the claimant as passenger.

12:23PM The vehicle arrived at Advent Health Medical Group, located at 110 Hospital Drive, in Chattanooga, Tennessee. Area video was obtained.

12:24PM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger. The female driver approached and entered the medical facility. The female driver exited the vehicle and approached entered the medical facility.

12:26PM The unknown female returned to the vehicle and obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger, conversed with the female, raised her left arm, handed an unknown item to the female driver, removed her glasses, cleaned the glasses, and placed the glasses back on. The vehicle departed the area and mobile surveillance was reestablished.

12:36PM The vehicle arrived at the claimant's medical appointment location, 150 Warrior Path NE, Suite 2, in Calhoun, Georgia. Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as passenger and conversed. Direct surveillance was established.

01:01PM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger. The female driver exited the vehicle, approached the medical facility, and entered.

01:06PM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger. The unknown female returned to the vehicle with a clipboard, handed it to the claimant and walked outside of the vehicle and smoked.

01:32PM The claimant exited the vehicle, approached the building with the female, and **VIDEO** was obtained as she utilized the cane, placed her arm onto the female's shoulder, stood briefly, and continued to the building and walked out of view near the entrance.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:14PM The unknown female exited the medical facility and approached and entered the vehicle. Area video was obtained.

02:21PM The unknown female exited the vehicle and walked back to the medical facility. Area video was obtained.

02:47PM The claimant exited the medical facility and **VIDEO** was obtained as she utilized the cane, held the female's arm as she walked, approached the vehicle, entered slowly, sat within, and departed. Mobile surveillance was reestablished.

02:51PM The vehicle arrived at a service station and the female driver entered the store.

02:54PM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger.

02:57PM The female driver exited the store, stood, smoked, and walked to the vehicle and entered.

02:59PM Obstructed **VIDEO** was obtained as the claimant sat within the vehicle as a passenger as it began to depart the parking area. Mobile surveillance was reestablished.

04:10PM The claimant arrived at the provided address. Video was not obtained. Distant direct surveillance was established.

04:13PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:00PM Investigator Grace Lascara discontinued surveillance and departed, en route to the lodging location. Prior to departure, area video was obtained.

06:15PM Upon arrival and the completion of this report, this phase of the investigation was discontinued.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Jason Broussard
Case Manager

HR/JB
Enclosures: **None**

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Kimberly Shaw          Case Number: 1708000143.8

Claim Number: 3840737



Claimant Facial ID side profile



Claimant Facial ID



Claimant walking with cane




Claimant walking without cane




Claimant holding female's hand as she walked



Claimant sitting within the vehicle

**C O N F I D E N T I A L**

# Paul Laidley Mefferd, DO

The Physicians' Spine and Rehabilitation Specialists of Georgia, P.C.
790 Church Street, Suite 550
Marietta, GA 30060
Phone: 770.419.9902 Fax: 770.419.7457
Email: pmefferd@thephysicians.com


## BOARD CERTIFICATION

| | |
|---|---|
| 2007 | Diplomat<br>Subspecialty Certification in Pain Medicine<br>American Board of Physical Medicine and Rehabilitation |
| 2007 | Fellow<br>American Board of Physical Medicine and Rehabilitation |

## PROFESSIONAL EMPLOYMENT

| | |
|---|---|
| 2007 - Present | Partner/Shareholder<br>The Physicians' Spine and Rehabilitation Specialists of Georgia, P.C. |
| 2010 – Present | Medical Director<br>Atlanta Surgery Center, Marietta, GA |

## EDUCATION

| | |
|---|---|
| 2002 | Doctor of Osteopathic Medicine<br>University of Health Sciences<br>College of Osteopathic Medicine<br>Kansas City, Missouri |
| 1998 | Bachelor of Science<br>Biology Major<br>University of South Carolina<br>Columbia, South Carolina |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 2006-2007 | Fellow Physician<br>Anesthesiology Pain Medicine Fellowship<br>Emory University Hospital<br>Atlanta, Georgia |
| 2003-2006 | Resident Physician<br>Physical Medicine and Rehabilitation Residency<br>Emory University Hospital |

| | |
|---|---|
| | Atlanta, Georgia |
| 2002-2003 | Intern Physician<br>Florida Hospital – East Orlando<br>Orlando, Florida |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Current | Medical Association of Georgia |
| Current | American Academy of Physical Medicine and Rehabilitation |
| Current | International Spine Injection Society |
| Current | North American Spine Society |
| 2002 | American Osteopathic Association |

## LICENSURE AND CERTIFICATIONS

| | |
|---|---|
| Current | American Board of Physical Medicine and Rehabilitation<br>Subspecialty Pain Medicine |
| Current | American Board of Physical Medicine and Rehabilitation |
| Current | Commonwealth of Georgia Medical Licensure |
| Current | Advanced Cardiac Life Support Provider |
| Current | Basic Cardiac Life Support Provider |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2010 - Present | Physician Volunteer<br>Harrison High School Athletic Department |
| 2015 | Contributing Editor<br>Workplace Health Magazine |
| 2013 | South Carolina Workers' Compensation Conference<br>Guest Speaker: "Pain Management: A Rehabilitative Approach" |

## AWARDS AND HONORS

| | |
|---|---|
| 2006 | Physician Advisor<br>National Football League Traveling Physicians<br>Atlanta, Georgia |
| 2006 | Team Leader |

| | |
|---|---|
| | Ambulatory Surgery Center<br>Crawford Long Hospital<br>Atlanta, Georgia |
| 2006 | Team Leader<br>Acute Pain Service<br>Crawford Long Hospital<br>Atlanta, Georgia |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 2006 | Sloan, Reuben, MD; Mefferd, Paul, DO. "Parsonage Turner Syndrome." Presented as senior research project Emory University PM&R residency graduation. |
| 2002 | Ripley, David, MD; Mefferd, Paul, DO. "Infertility after Brain Injury." Submitted for publication. |
| 2003-2006 | Contributing Editor to Rehab in Review<br>Spaulding Rehabilitation Hospital<br>Harvard Medical School<br>Boston Massachusetts |

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

October 28, 2020

**Priority Mail: #9114901496450947603709**

Hudson T. Ellis, Esq.
Eric Buchanan & Associates, PLLC
P.O. Box 11208
Chattanooga, TN 37401

ECN Number: 156701-1
Claim: 3840737
Date of Loss: 4/21/2017
Re: Kimberly Shaw
Exam Type: Physical Medicine & Rehab

Dear Mr. Ellis,

On behalf of Lincoln Financial, we have been requested to schedule your client for an Independent Medical Exam. This appointment has been rescheduled for your client on **Tuesday, November 10, 2020 at 1:15 PM.**

Your client's insurance carrier has requested that he/she attend this examination in order to properly evaluate their medical condition related to their disability benefits. Your client is not responsible for payment; please do not provide any insurance or financial information.

The provider who your client will be seeing is:

**Paul Mefferd, MD**
**1060 Red Bud Rd NE**
**Calhoun, GA 30701**
**770-419-9902 Ext 2003**

****Please advise your client to bring a list of current medications as well as any imaging films (MRI, X-Ray, etc) in her possession to the appointment****

If your client needs directions to the provider's office, please call that office directly.

*Please advise your client to bring with them to the examination a photo I.D, and if applicable, any MRI scans, X-Ray films, or other diagnostic testing studies which he/she had performed as a result of this illness or injury.*

If your client is unable to make this appointment at the scheduled date and time, you must notify our office at least **7 business days** prior to the examination. Should you have any questions, please give our office a call at 1-877-463-9463.

Thank you for your cooperation.

Sincerely,

*Stephanie Duran*

Stephanie Duran
Services Coordinator

Cc: Regular mail/Timothy Stanton, Lincoln Financial

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

October 28, 2020

**Priority Mail: #9114901496450947603662**

Hudson T. Ellis, Esq.
Eric Buchanan & Associates, PLLC
P.O. Box 1120g
ChattanooNa, T3 78401

EC3 3umber: 156801-1
Claim: 7g40878
Date of Loss: 4/21/2018
Re: Kimberly Shaw
Exam Type: Physical Medicine & Rehab

Dear Mr. Ellis,

On behalf of Lincoln Financial, we have been requested to schedule your client for an Independent Medical Exam. This appointment has been rescheduled for your client on **Tuesday, November 10, 2020 at 1:15 PM.**

Your client's insurance carrier has requested that he/she attend this examination in order to properly evaluate their medical condition related to their disability benefits. Your client is not responsible for payment; please do not provide any insurance or financial information.

The provider who your client will be seeinN is:

**Paul Mefferd, MD**
**1060 Red Bud Rd NE**
**Calhoun, GA 30701**
**770-419-9902 Ext 2003**

****Please advise your client to bring a list of current medications as well as any imaging films (MRI, X-Ray, etc) in her possession to the appointment****

If your client needs directions to the provider's office, please call that office directly.

*Please advise your client to bring with them to the examination a photo I.D, and if applicable, any MRI scans, X-Ray films, or other diagnostic testing studies which he/she had performed as a result of this illness or injury.*

**PLEASE NOTE: Third party observers and recording devices will not be allowed in the examination room. Failure to comply with these requirements will be deemed failure to cooperate with the examiner and/or failure to attend an Independent Medical Examination as required by the policy.**

If your client is unable to make this appointment at the scheduled date and time, you must notify our office at least **7 business days** prior to the examination. Should you have any questions, please Nive our office a call at 1-g88-467-9467.

Thank you for your cooperation.

Sincerely,

*Stephanie Duran*
Stephanie Duran
Services Coordinator

Cc: ReNular mail/Timothy Stanton, Lincoln Financial

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Jeneen Huneid / Tim Staunton | FROM: Laura Miller, Legal Assistant |
| COMPANY: ECN and Lincoln Life Assurance Company of Boston | DATE: 10/21/2020 |
| FAX NUMBER: (561) 392-5881 / (603) 430-0509 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: (877) 463-9463 / (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # Lincoln 3840737 / ECN #156701-1 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

- **Request IME reschedule**

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

October 21, 2020

Via Fax: (561) 392-5881
And via email: Jeneen.Huneidi@genexservices.com

Attn: Ms. Jeneen Huneid
Exam Coordinators Network
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, FL 33487

Re: Kimberly D. Shaw
ECN No.: 156701-1
Claim No.: 3840737

Dear Ms. Huneid:

Regarding the Independent Medical Examination scheduled for October 27, 2020, I would like to thank you and Dr. Mefferd's office for agreeing to allow us to have an independent observer attend the IME with Ms. Shaw.

We are currently working to arrange for an independent observer to attend the IME with Ms. Shaw; however, we have thus far been unable to find someone available on the currently scheduled date. Given that today is the last today to cancel without incurring an additional fee, we respectfully request that the IME be rescheduled to allow for enough time to arrange for an independent observer to attend the IME. I expect that moving the IME appointment back roughly two weeks (depending on Dr. Mefferd's availability) should suffice.

Thank you, and please call our office at (423) 634-2506 if you would wish to discuss further.

Sincerely,

[signature]

Hudson T. Ellis

HTE:lgm

cc: Tim Stanton, Senior Claims Examiner
Lincoln Life Assurance Company of Boston
(603) 430-0509, fax

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

FAXED OCT 2 0 2020

September 1, 2020

Dr. William Craig
Scenic City Rheumatology
6145 SHALLOWFORD RD
CHATTANOOGA, TN 37421

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 10/20/2020 at 4:06 pm.

## Subjective:

**CC:** Mrs. Shaw is a 53 year old White female. She is an established patient. The patient has a scheduled appointment.

**HPI:**
Last visit I switched her to Lyrica since she had never tried it before. She says it's not any better than gabapentin and she is gaining weight for no other reason. She would like to switch back. Her trip to New York was canceled due to the pandemic.

Mrs. Shaw presents with fibromyalgia. The diagnosis was arrived at by tenderness upon pressure at specified tender points, symptoms present continuously for over 3 months, and pain present in all four body quadrants (upper and lower, front and back). At this point in time, he/she describes the intensity of these tender points as moderate. The symptom complex has been stable and nonprogressive. Since last here, patient rates their overall quality of life as about the same. Primary joints affected include the lumbar spine, hips, and both knees. Tender spots include entire back and both shoulders. Pain is described as: aching, throbbing.

**ROS:**
CONSTITUTIONAL: Positive for **fatigue**. Negative for chills, fever or unintentional weight loss.
EYES: Negative for blurred vision, eye pain and dry eyes.
E/N/T: Negative for frequent rhinorrhea and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and Raynaud's.
RESPIRATORY: Negative for recent cough, dyspnea and exposure to tuberculosis.
GASTROINTESTINAL: Negative for dysphagia, heartburn, hematochezia, melena, nausea and vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain, joint stiffness, myalgias, joint swelling and neck pain.
INTEGUMENTARY: Negative for rash and sun sensitivity.
NEUROLOGICAL: Negative for ataxia, memory loss, paresthesias and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss.
PSYCHIATRIC: Positive for **sleep disturbance**. Negative for anxiety or difficulty concentrating.

**Past Medical History / Family History / Social History:**

Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
**Past Medical History:**

Positive for
**Hyperlipidemia: Hypercholesterolemia; and palpitations;**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Fibromyalgia and Osteoarthritis;**
Positive for
**Hypothyroidism;**

CURRENT MEDICAL PROVIDERS:

CPT ® is a registered trademark of the American Medical Association

# Shaw, Kimberly D



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 10/20/2020 at 4:06 pm.
Primary care provider ( charles crump jr. )
Pulmonologist: michael czarneki
michael c allen electrophysiology

**Surgical History:**

Positive for
**Appendectomy,**
**Cholecystectomy and**
**Fracture(s):**
**fracture of hand:** rt 5th metatarsal; ;
Positive for
**ganglion cyst removed;;**

**Family History:**

Positive for **Coronary Artery Disease ( father )**;
Positive for **Multiple Sclerosis ( mother )**;

**Social History:**
Occupation:
Disabled
Marital Status: Married
Children: None

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Tobacco: She has never smoked.

Alcohol:
Drinks alcohol very infrequently. caffeine

**Current Problems:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Fibromyalgia
Obstructive sleep apnea (adult) (pediatric)
Pain in unspecified joint
Other fatigue

**Allergies:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
Xolair: wheezing

**Current Medications:**
Last Reviewed on 7/08/2020 11:16 AM by Craig, William D
traMADol 50 mg oral tablet [take 1 tablet (50 mg) by oral route up to 2 times a day prn]
traZODone 50 mg oral tablet [take 1 tablet (50 mg) by oral route 4 times per day]
Synthroid 75 mcg oral tablet [take 1 tablet (75 mcg) by oral route once daily]
Crestor 5 mg oral tablet [take 1 tablet (5 mg) by oral route once daily]
Singulair 10 mg oral tablet [take 1 tablet (10 mg) by oral route once daily in the evening]

CPT © is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 10/20/2020 at 4:06 pm.

Trelegy Ellipta [daily]
albuterol sulfate [prn]
busPIRone 15 mg oral tablet [take 1 tablet (15 mg) by oral route up to 2 times per day prn]
Amitiza 24 mcg oral capsule [take 1 capsule (24 mcg) by oral route 2 times per day with food and water]
tiZANidine 4 mg oral tablet [take 1 tablet (4 mg) by oral route 4 times a day]
Cymbalta 60 mg oral capsule,delayed release (enteric coated) [take 1 capsule (60 mg) by oral route once daily]

## Objective:

**Vitals:**

Current: 7/8/2020 10:36:12 AM
Ht: 5 ft, 8 in; Wt: 209.6 lbs; **BMI: 31.9BP: 124**/71 mm Hg **(right arm, sitting)**; R: 16 bpmPain Index: **4**

**Exams:**
PHYSICAL EXAM:
**GENERAL:** well developed; no apparent distress;
**RESPIRATORY:** normal effort; lung fields are clear;
**CARDIOVASCULAR:** normal rate; rhythm is regular; no cyanosis; no clubbing; no edema;
**GASTROINTESTINAL:** nontender; soft;
**LYMPHATIC:** no cervical or supraclavicular lymphadenopathy;
SKIN: no rashes;
MUSCULOSKELETAL: see detailed exam; There is no synovitis present in the hands or wrist. Diffuse tenderness is noted. The range of motion the elbows. Good range of motion of both shoulders. Tenderness anteriorly of both shoulders with pain on range of motion. Limited range of motion of the C-spine and L spine. Marked cervical, trapezius, lumbar and GTB trigger points are all positive. Good range of motion of both hips. Crepitations in both knees without effusions. No ankle swelling or tenderness.

**NEUROLOGIC:** mental status: alert; oriented to person, place, and time; strength grossly normal;
**PSYCHIATRIC:** affect/demeanor: appropriate;

## Assessment:

M79.7 Fibromyalgia
M25.50 Pain in unspecified joint
R53.83 Other fatigue

## Plan:

**Fibromyalgia**Refractory fibromyalgia.
Side effects to Lyrica.
Discontinue Lyrica.
Switch back to gabapentin 600 mg TID.
We talked about exercises that she could do. She's thinking about going back to Siskin rehab for their exercise program, and I suggested that she consider pool therapy.
Continue Cymbalta.
Healthy diet.
She did inform me today that after her attorney said in records, her disability was approved again.

CPT ® is a registered trademark of the American Medical Association

**Shaw, Kimberly D**



Office/Outpatient Visit
**Visit Date:** Wed, Jul 8, 2020 10:33 am
**Provider:** Craig, William D, DO (Assistant: Danley, Abby, RT)
**Location:** Scenic City Rheumatology

Electronically signed by William Craig, DO on 07/08/2020 12:57:07 PM
Printed on 10/20/2020 at 4:06 pm.

Recheck in 4 months.

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
M79.7 Fibromyalgia

Orders:

M25.50 Pain in unspecified joint
R53.83 Other fatigue

CPT © is a registered trademark of the American Medical Association

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Tim Stanton, Senior Claims Examiner | FROM: Laura Miller, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/19/2020 |
| FAX NUMBER: (603) 422-7909, (603) 430-0509 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

- **Attorney letter enclosed**

**cc: ECN (561) 392-5881**

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

October 19, 2020

Via Fax: (603) 430-0509

Attn: Tim Stanton, Senior Claims Examiner
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
PO Box 7209
London, KY 40742

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Mr. Stanton:

We have received ECN's letter dated October 13, 2020, scheduling an Independent Medical Examination for October 27, 2020. Ms. Shaw is willing to comply with Lincoln's request to have her examined as provided by her insurance policy. I am concerned by two things, however.

First, your letter indicates that Lincoln has taken the position that Ms. Shaw will not be allowed to have a third-party observer or record the examination. I reviewed Ms. Shaw's policy, and it does not reference any restriction on her ability to have her examination observed or recorded. Given that the policy does not contain this restriction, I am confused ~~and concerned by~~ Lincoln's refusal. Courts have found that "by allowing the examination to be observed by a third party or videotaped, the potential for harm to either party is reduced, not increased." *U.S. Sec. Ins. Co. v. Cimino* 754 So.2d 697, 702 (2000). This is even more important in an ERISA claim where, if a dispute arises, the case will likely be decided on a written and closed record.

Further, Ms. Shaw has indicated her concern that the examination is scheduled in Calhoun, GA, when she lives in . The location of the examination is over an hour away from her home. Given Ms. Shaw's proximity to Chattanooga, TN, it seems that Lincoln should be able to easily find a doctor who can perform an IME in Chattanooga in order to reduce any hardship to Ms. Shaw caused by travel.

As noted above, my client fully intends to comply with Lincoln's request that she undergo a medical examination by a doctor hired by Lincoln and will appear at the date and time set for that examination. However, I ask you to reconsider your refusal to allow her to bring a third-party observer and record the examination. If you continue to maintain this refusal, please provide me a written explanation of why. Also, I ask that, if possible, Lincoln find a physician closer to Ms. Shaw to perform the examination.

Thank you for your assistance.

Sincerely,

Hudson T. Ellis

HTE:lgm

PAGE 3/3 * RCVD AT 10/19/2020 1:26:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):01-48

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Tim Stanton, Senior Claims Examiner | FROM: Laura Miller, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/19/2020 |
| FAX NUMBER: (603) 422-7909, (603) 430-0509 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

- **Attorney letter enclosed**

**cc: ECN (561) 392-5881**

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

October 19, 2020

Via Fax: (603) 430-0509

Attn: Tim Stanton, Senior Claims Examiner
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
PO Box 7209
London, KY 40742

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Mr. Stanton:

We have received ECN's letter dated October 13, 2020, scheduling an Independent Medical Examination for October 27, 2020. Ms. Shaw is willing to comply with Lincoln's request to have her examined as provided by her insurance policy. I am concerned by two things, however.

First, your letter indicates that Lincoln has taken the position that Ms. Shaw will not be allowed to have a third-party observer or record the examination. I reviewed Ms. Shaw's policy, and it does not reference any restriction on her ability to have her examination observed or recorded. Given that the policy does not contain this restriction, I am confused and concerned by Lincoln's refusal. Courts have found that "by allowing the examination to be observed by a third party or videotaped, the potential for harm to either party is reduced, not increased." *U.S. Sec. Ins. Co. v. Cimino* 754 So.2d 697, 702 (2000). This is even more important in an ERISA claim where, if a dispute arises, the case will likely be decided on a written and closed record.

Further, Ms. Shaw has indicated her concern that the examination is scheduled in Calhoun, GA, when she lives in The location of the examination is over an hour away from her home. Given Ms. Shaw's proximity to Chattanooga, TN, it seems that Lincoln should be able to easily find a doctor who can perform an IME in Chattanooga in order to reduce any hardship to Ms. Shaw caused by travel.

PAGE 2/3 * RCVD AT 10/19/2020 1:21:38 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6034300509 * CSID: * ANI:14236342505 * DURATION (mm-ss):01-48

As noted above, my client fully intends to comply with Lincoln's request that she undergo a medical examination by a doctor hired by Lincoln and will appear at the date and time set for that examination. However, I ask you to reconsider your refusal to allow her to bring a third-party observer and record the examination. If you continue to maintain this refusal, please provide me a written explanation of why. Also, I ask that, if possible, Lincoln find a physician closer to Ms. Shaw to perform the examination.

Thank you for your assistance.

Sincerely,

Hudson T. Ellis

HTE:lgm

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. Charles Crump Jr, M.D.
Partridge Medical Group - Southside
1700 BROAD STREET, SUITE 140
CHATTANOOGA, TN 37404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737 ✓
Claimant: Kimberly Shaw
Claimant D.O.B.: ✓

Dear Dr. Charles Crump Jr:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward ✓

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR. CHARLES CRUMP JR M.D.<br>PARKRIDGE MEDICAL GROUP - SOUTHSIDE<br>1700 BROAD STREET; SUITE 140<br>CHATTANOOGA TN 37404 |
| Attn: | |
| Fax: | (423) 493-5263 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

## MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to Eric Buchanan and Associates, PLLC all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: DOB:

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Address: PO Box 7213
London, KY 40742

Purpose of Disclosure: Disability Benefits Claim

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................INITIALS:
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify: INITIALS:
3. All records at this facility........................................INITIALS: KS

If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.

"I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

____Substance Abuse ____Psychological or psychiatric conditions ____AIDS/HIV/STD

This authorization will expire at the termination or resolution of the claim for benefits.

"I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above-named health care provider."
"I understand that I am not required to sign this Authorization. The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization."
"I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: [signature]

Date: 10/25/19 Relationship to Patient:

ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS AT LAW

Eric L. Buchanan*
Licensed in Tennessee and Georgia

Hudson T. Ellis
Licensed in Tennessee, Georgia and the District of Columbia

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlie, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request.

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*This information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

Eric Buchanan & Associates, PLLC
Attorneys at Law

Eric L. Buchanan*
Licensed in Tennessee and Georgia

Hudson T. Ellis
Licensed in Tennessee, Georgia and the District of Columbia

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw ✓
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

PAGE 2/7 * RCVD AT 10/25/2019 4:31:08 PM [Eastern Daylight Time] * SVR:VA1PRFAX01/12 * DNIS:6034227909 * CSID: * ANI:4236342505 * DURATION (mm-ss):02-58

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents, computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

You have an affirmative, legal and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:mo

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

PAGE 4/7 * RCVD AT 10/25/2019 4:31:08 PM [Eastern Daylight Time] * SVR:VA1PCIFAX101/13 * DNIS:6034227859 * CSID: * ANI:4235342505 * DURATION (mm-ss):02-08

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

RE: Kimberly Shaw SSN: ____________

To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under this legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

PAGE 5/7 * RCVD AT 10/25/2019 1:01:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6094227809 * CSID: * ANI:4238942505 * DURATION (mm-ss):02-35

Lincoln/ Shaw 1669

## RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number:

Client Name: [illegible]

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL.**

PARKRIDGE MEDICAL GROUP
Southside

# Shaw, Kimberly D

53 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN
PFFS MEDICARE BLUEADVANTAGE Payer ID: SB890
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address ,
Home:
Advance Directive: NAD(12/28/2017)

07/02/2020 GINGER D. MULLINS, PA-C CHN#: 1659469690

### Current Medications

Taking

- CPAP (E0601) --- ---
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- Trelegy Ellipta 100-62.5-25 MCG/INH Aerosol Powder Breath Activated 1 puff Inhalation Once a day
- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider

### Reason for Appointment

1. 3MOS CS
2. Wants all Rx's to Express Scripts.

### History of Present Illness

Patient History:

TELEHEALTH VISIT

Discussed with patient: You have chosen to receive care through the use of telemedicine. Telemedicine enables healthcare providers at different locations to provide safe, effective, and convenient care through the use of technology. As with any healthcare service, there are risks associated with the use of telemedicine, including equipment failure, poor image resolution, and information security issues. You also understand that I cannot physically examine you and that you may need to come in to the office to complete the assessment.

Patient has given verbal consent for today's virtual check-in. Yes

Patient verbally understands the risks and benefits of telemedicine as explained. All questions regarding telemedicine answered.

I conducted this encounter from Parkridge Medical Group office via secure, live, face-to-face video conference with the patient using Healow Agent. Ms. Shaw was located at home, Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained.

The direct interaction between patient and provider totaled 20 min(s).

Pt presents for CS monitoring.

She wants all RXs sent to Express Scripts including the Tramadol except for the Linzess.

She states w/ Linzess costs over >$300/90 day supply.

Pt w/ fibromyalgia. She takes Tramadol HCl 50mg 2 tabs TID. W/out the Tramadol, pain is 6-7/10. W/ Tramadol, pain is improved to 3/10. Denies falls. Denies SE's to med.

Dr. Craig is writing the Lyrica and Tizanidine. She sees him every 4-6mths. Will f/u on 7/17.

Denies CP.

Asthma has been "fine"-doing well w/ inhaler.

She had 6 day event monitor in April w/ Dr. Allan-PAC's and short runs of SVT's for about 3secs. Per pt nothing to do for now. She is down to 1 cup of caffeine/day.

- BusPIRone HCl 15 MG Tablet 1/2-1 tablet Orally as needed for anxiety up to Twice a day
- Lyrica 100 MG Capsule 1 capsule Orally TWO TIMES A DAY, Notes: DR. CRAIG
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Linzess 145 MCG Capsule 1 capsule at least 30 minutes before the first meal of the day on an empty stomach Orally Once a day
- Tramadol HCl 50MG Tablet TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN M 79.7
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

### Family History

Mother: alive 68 yrs
Father: alive 71 yrs
Sister(s): alive 47 yrs
1 sister(s).
no children.

### Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability-terminated per pt at the 11/11/19 OV.

### Allergies

Xolair: anaphylaxis - Allergy

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General ROS:
Constitutional: Negative for:, malaise, fever, body aches, **Positive for: fatigue**.
Resp/Pulmonology: Negative for:,

Mood is "fine" w/ Cymbalta. Some increase in stress w/ pandemic-2 of her best friends and her sister + for COVID-19. She has been out of the house 3 x since March 2nd. Will go outside for sunshine "some".

First Point of Contact Screening:
Do you have any of the following symptoms?
Symptoms over the past 7 days *none*
In the past 3 weeks, have you traveled either within the U.S. or internationally? *No*
In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? *No*
Have you been exposed to a person confirmed to have COVID-19? *No*

### Vital Signs

Ht 68 in, Wt 209 lbs, BMI 31.77.

### Examination

General Examination:
Constitutional: alert and oriented, interacting appropriately, NAD.
HEENT: Head - NC/AT,hearing is grossly normal.
Respiratory: regular breathing rate and effort.
Neurology: appropriate for age,awake & alert, no tremor.
Psych: appropriate mood and affect , normal speech, insight and judgement normal.

### Assessments

1. Fibromyalgia - M79.7 (Primary), Dr. Craig
2. Polyarthropathy - M13.0
3. Depression with anxiety - F41.8
4. Hypothyroidism, unspecified type - E03.9
5. Vitamin D deficiency - E55.9
6. Hyperglycemia - R73.9
7. Familial hypercholesterolemia - E78.01
8. Moderate persistent asthma with status asthmaticus - J45.42
9. Encounter for long-term (current) use of other medications - Z79.899
10. Constipation, unspecified constipation type - K59.00

### Treatment

**1. Fibromyalgia**
Refill Tramadol HCl Tablet, 50MG, TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN, M 79.7, 30 days, 180, Refills 3
Notes: Elec sent RX.

**2. Polyarthropathy**
Notes: Continue care w/ Dr. Craig.

**3. Depression with anxiety**
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 1, Notes: Verbal order per provider
Continue BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day

**4. Hypothyroidism, unspecified type**

cough, wheezing, chest pain with breathing, **Positive for:, asthma-"super good"**.
Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, nausea, reflux, vomiting, **Positive for: constipation, diarrhea from Linzess**. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**.
Neurology: Negative for: LOC, seizures, , memory changes, dizziness,weakness, syncope, migraines, tremors, **Positive for: feet n/t/burning pain**.
Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety**.

Refill Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 days, 90, Refills 1

**5. Hyperglycemia**
Notes: Limit sugary food/bev intake.

**6. Familial hypercholesterolemia**
Refill Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 1, Notes: Written Order Per Provider

**7. Moderate persistent asthma with status asthmaticus**
Refill Trelegy Ellipta Aerosol Powder Breath Activated, 100-62.5-25 MCG/INH, 1 puff, Inhalation, Once a day, 90 days, 3, Refills 1

**8. Encounter for long-term (current) use of other medications**
Notes: counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication..

**9. Constipation, unspecified constipation type**
Stop Linzess Capsule, 145 MCG, 1 capsule at least 30 minutes before the first meal of the day on an empty stomach, Orally, Once a day
Start Amitiza Capsule, 8 MCG, 1 capsule with food and water, Orally, Twice a day, 3 months, 180 Capsule, Refills 1
Notes:

Hopefully this will be a better fit. If not, will see if she wants to afford Linzess 72mcg/day to qod. Pt will call if issues.

.

**10. Others**
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 days, 90, Refills 1, Notes: Verbal order per provider
Notes: CSMD Reviewed.

08/22/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 BC4953231 06/17/2020 4579435 30.00 Y N BW5451769 03

08/04/2020 PREGABALIN 100 MG CAPSULE 60.00 30 5006 BC3088180 08/04/2020 4579269 - Y N BW5451769 03

05/18/2020 TRAMADOL HCL 50 MG TABLET 180.00 30 5006 BC4953231 05/14/2020 4579043 30.00 N N BW5451769 03

04/24/2020 PREGABALIN 100 MG CAPSULE 60.00 30 5006 BC3088180 03/25/2020 4578456 - N R BW5451769 03

04/07/2020 TRAMADOL HCL 50 MG TABLET 138.00 30 5006 BC4953231 04/07/2020 4578638 23.00 N N BW5451769 03

.

**Follow Up**
keep

Electronically signed by GINGER MULLINS , PA-C on 07/02/2020 at 02:13 PM CDT

Electronically co-signed by CHARLES CRUMP on 07/02/2020 at 03:40 PM CDT

Sign off status: Completed

438411PMS PARKRIDGE MED SOUTHSIDE
1700 BROAD ST
STE 140
CHATTANOOGA, TN 374081834
Tel: 423-493-5240
Fax: 423-493-5241



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

sharecare

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7209
London KY 40742-7209

1135284
Sep 09 2020 5:26 PM
KIMBERLY SHAW

TN10509
Sep 24 2020 5:50 PM

**CONFIDENTIAL - MEDICAL RECORDS**

14

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

# Lincoln Financial Group Investigation Referral

Requested By: TC Stanton
Disability Claims
P.O. Box 49470
Charlotte, NC 28277-9470
(800) 291-0112 x14170

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | DIGNITY HEALTH | Date Sent: | 10/1/2020 |
| Funding type: | FI: YES ASO: NO | Coverage Type: | STD: NO LTD: YES |
| Claimant Name: | KIMBERLY SHAW | Claim #: | 3840737 |
| Claimant Address: | C/O ERIC BUCHANAN & ASSOCIATESPO BOX 11208 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | CHATTANOOGA | Claimant Tel. #: | |
| State: | TN | Date of Hire: | 8/26/2014 |
| Zip: | 37401-0000 | Date of Disability: | 4/21/2017 |
| Gender: | FEMALE | Injury/Illness: | Chronic fatigue, unspecified |
| Marital Status: | M | Job Description: | CLINICAL COORDINATOR PULMONARY |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | on file | | |

Describe Reason For Referral:

Fibromyalgia

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

Have set up IME for 10/13. Please conduct 2 full days of surveillance covering 10/12 and 10/13.

**Lincoln/ Shaw 1676**

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Attn: Tim Stanton<br>Group Benefits Disability Claims | FROM: K. Molina Haynes, Office Manager |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 9/22/2020 |
| FAX NUMBER: (603) 430-0509 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (800) 291-0112 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

- Bank information needed to change the method of payment for our client, Kimberly D. Shaw's monthly disability benefit from a paper check to an EFT to our firm's trust account.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

September 22, 2020

Via Fax: (603) 430-0509

Attn: Tim Stanton
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
PO Box 7209
London, KY 40742-7209

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Mr. Stanton,

Thank you for responding so quickly to our request to update the method of payment for our client, Kimberly Shaw's monthly disability benefit from a paper check to an Electronic Funds Transfer (EFT) to our firm's trust account. Below is the information needed for Lincoln to complete our request.

Please send all future benefits payable to Kimberly D. Shaw to the following account by EFT:

- Please make the direct deposit payable to Kimberly D. Shaw
- Bank: Pinnacle Financial Partners
  150 3rd Avenue South, Suite 900
  Nashville, TN 37201
  (615) 744-3700
- Routing Number:
- Account Number:
- Type of Account: Checking Account

If you need anything else or have any questions, please feel free to contact our office.

Sincerely,

Hudson T. Ellis
Partner

HTE/kmh

Lincoln
September 22, 2020
Page 2




Please send all future benefits payable to Kimberly D. Shaw to the following account by EFT:

- Please make the direct deposit payable to Kimberly D. Shaw
- Bank: Pinnacle Financial Partners
  150 3rd Avenue South, Suite 900
  Nashville, TN 37201
  (615) 744-3700
- Routing Number:
- Account Number:
- Type of Account: Checking Account

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, September 22, 2020 10:13:14 AM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw |
| Attachments: | 2bjekfrn0tqgj2v6c9gd_9070332.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 22, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

We received your request for Direct Deposit.

Kindly provide the following Pinnacle Financial Partners / account information: Street Address, City, State, and Zip.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Group Benefits Disability Claims | FROM: K. Molina Haynes, Office Manager |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 9/21/2020 |
| FAX NUMBER: (603) 559-1851 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

We have faxed EFT requests on many of our Lincoln clients requesting a change in the method of payment for their disability benefits from a paper check to an EFT to our firm's trust account.

We appreciate that Lincoln has already processed many of these requests as we are seeing more Lincoln client EFT deposits in our firm's trust account.

We request a change in the method of payment for our client, Kimberly D. Shaw's monthly disability benefit from a paper check to an Electronic Funds Transfer (EFT) to our firm's trust account. Thanks.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

September 21, 2020

Via Fax: (603) 559-1851

The Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam,

We are writing to request a change in the method of payment for our client, Kimberly D. Shaw's monthly disability benefit from a paper check to an Electronic Funds Transfer (EFT) to our firm's trust account.

We are sending a signed Limited Power of Attorney on behalf of Ms. Shaw, which authorizes our firm with power of attorney concerning Ms. Shaw's disability benefits paid to our firm by check or directly deposited into our firm's trust account.

Please send all future benefits payable to Kimberly D. Shaw to the following account by EFT:

- Please make the direct deposit payable to Kimberly D. Shaw
- Bank: Pinnacle Financial Partners
- Routing Number:
- Account Number
- Type of Account: Checking Account
- Please send an explanation of benefits to the email or PO Box listed above in our letterhead.

As always, pursuant to our contract with Ms. Shaw and the fact that she is represented by counsel, we would appreciate any correspondence or communication regarding this claim be made through our office; this includes any disbursements of any funds, whether from a settlement or otherwise.

If you need anything else or have any questions, please feel free to contact our office.

Sincerely,

Hudson T. Ellis
Partner

HTE/kmh

Enclosures:
Limited Power of Attorney
Voided Check

PAGE 3/5 * RCVD AT 9/21/2020 1:18:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6035591851 * CSID: * ANI:14233082575 * DURATION (mm-ss):03-30




- Please make the direct deposit payable to Kimberly D. Shaw
- Bank: Pinnacle Financial Partners
- Name on the Account: Eric Buchanan & Associates PLLC
- Routing Number:
- Trust Account Number:
- Type of Account: Checking Account

**LIMITED POWER OF ATTORNEY**

I, Kimberly D. Shaw, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 18 day of May, 2020.

Client Signature

STATE OF TENNESSEE
COUNTY OF HAMILTON

On this 18 day of MAY, 2020, personally appeared Kimberly D. Shaw, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

NOTARY PUBLIC

ANGELA COWART
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY

My Commission Expires: 9/17/2021

PAGE 5/5 * RCVD AT 9/21/2020 1:18:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6035591851 * CSID: * ANI:14233082575 * DURATION (mm-ss):03-30

**Lincoln/ Shaw 1686**

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: TIM STANTON
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7209
London, KY 40742-7209
6034300509

Tuesday, September 15, 2020

**Patient Name : KIMBERLY SHAW**

**Invoice Number : 1135284**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To Expedite Handling or to contact us, please visit the Customer Support page on our website:

hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 1135284
Date: 9/10/2020
Tax ID: 90-0998358

Bill To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7209
London, KY 40742-7209

Send Medical Records To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7209
London, KY 40742-7209

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| KIMBERLY SHAW | 3840737 | Medical | 13 |

| Provider: |
|---|
| Parkridge Medical Group-Southside 1700 Broad St Ste 140 Chattanooga, TN 37408-1834 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-5 | 1 | $20.00 | $20.00 |
| Pages 6-50000 | 8 | $0.50 | $4.00 |
| | | Sub-Total: | $24.00 |
| | | Delivery Fee: | $0.46 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $24.46 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

Account Number: B-ZAF-O8-4YD
Patient Name: KIMBERLY SHAW
Invoice Number: 1135284
Payment Terms: Net 0
Balance Due: $24.46

# Lincoln Financial Group - Independent Evaluation

## IME

Requested By: TC Stanton
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x14170
Fax: (603) 430-0509

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | DIGNITY HEALTH | Date Sent: | 9/10/2020 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KIMBERLY SHAW | Claim #: | 3840737 |
| Claimant Address: | C/O ERIC BUCHANAN & ASSOCIATESPO BOX 11208 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | CHATTANOOGA | Claimant Tel. #: | |
| State: | TN | Claimant DOD: | 4/21/2017 |
| Zip: | 37401-0000 | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | n/a |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: KIMBERLY SHAW

# Lincoln Financial Group - Independent Evaluation

## IME

Please send M.D. CV prior to setting up appointment.

IME Questions:

Please comment on your observations as far as how the claimants presents (smiling, pain behaviors, constant yawning, etc.), sits (shifting, still, etc) in waiting room, walks in the exam room, etc. and note any inconsistencies with the records or during the exam should they apply.

Following your review of the claimant's complete medical file and examination, please clarify which diagnoses, separately or in combination, are impairing, if any, based on *objective testing and/or exam findings that corroborate any subjective complaints. Please outline how any impairment translates to functional restrictions and limitations defined in terms of task (sit, stand, lift/carry, type etc.) and frequency (never, occasional, frequent, constant); and include the expected duration / timeframe for which any R&Ls reasonably apply.

Based on the available medical evidence, does the claimant have any reasonably sustainable, capacity for full-time work? If not, do you feel the claimant has the capacity to perform any occupational duties on a part time basis? Please explain your rationale and any timeframes/dates surrounding this.

Does the medical evidence support any side effects from the prescribed medications? If Yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Instructions For Vendor:

Claimant Name: KIMBERLY SHAW

## Lincoln Financial Group - Independent Evaluation

**IME**

Attorney Information (if applicable):

Claimant Name: KIMBERLY SHAW

SCENIC CITY
RHEUMATOLOGY, PLLC

FAXED
SEP 02 2020

FAXED
SEP 10 2020

August 31, 2020

To: Lincoln Financial Group
Fax. No 603-430-0509

Re: Kimberly Shaw
DOB:

We recently received a request for above named patient's medical records. Our fee is as follows:

Five pages or less - $20.00
Each additional page - $.50
Pages requested – 3
Amount due - $20.00

Please contact me with any questions.

Sincerely,

Joan Williams

Joan Williams
Admin, Patient Care

6145 Shallowford Road, Suite 102 | Chattanooga, TN 37421 | p 423-893-6890 | f 423-648-1115
3770 Ocoee Place NW, Suite 100 | Cleveland, TN 37312 | p 423-250-5551 | f 423-250-5556 | scrheum.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 9, 2020 |
| To: | DR WILLIAM CRAIG<br>SCENIC CITY RHEUMATOLOGY<br>6145 SHALLOWFORD RD<br>CHATTANOOGA TN 37421 |
| Attn: | |
| Fax: | (423) 648-1115 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages<br>(Including Cover): | 11 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 9, 2020

Dr. William Craig
Scenic City Rheumatology
6145 SHALLOWFORD RD
CHATTANOOGA, TN 37421

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are writing with regard to a request for information previously sent on September 1st which is attached below. Kindly provide information as soon as possible so we may evaluate your patient's claim for disability benefits.

Thank you for your time and prompt attention to this issue.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-REQUEST-PROVIDER-09.01.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR WILLIAM CRAIG<br>SCENIC CITY RHEUMATOLOGY<br>6145 SHALLOWFORD RD<br>CHATTANOOGA TN 37421 |
| Attn: | |
| Fax: | (423) 648-1115 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. William Craig
Scenic City Rheumatology
6145 SHALLOWFORD RD
CHATTANOOGA, TN 37421

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

PAGE 2/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

[signature]

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** ___

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________

Client Name: 

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# MEDICAL RECORD RELEASE AUTHORIZATION
# HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: ______ DOB: ______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:__________________ ..............................**INITIALS:**_____
3. All records at this facility........................................**INITIALS:** [initials]

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** [signature]

**Date:** 10/25/19 **Relationship to Patient:** __________

PAGE 7/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 9, 2020 |
| To: | DR. CHARLES CRUMP JR<br>PARKRIDGE MEDICAL GROUP - SOUTHSIDE<br>1700 BROAD STREET, SUITE 140<br>CHATTANOOGA TN 37404 |
| Attn: | |
| Fax: | (423) 493-5263 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 9, 2020

Dr. Charles Crump Jr
Parkridge Medical Group - Southside
1700 BROAD STREET, SUITE 140
CHATTANOOGA, TN 37404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump Jr:

We are writing with regard to a request for information previously sent on September 1st which is attached below. Kindly provide information as soon as possible so we may evaluate your patient's claim for disability benefits.

Thank you for your time and prompt attention to this issue.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-REQUEST-PROVIDER-09.01.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR. CHARLES CRUMP JR M.D.<br>PARKRIDGE MEDICAL GROUP - SOUTHSIDE<br>1700 BROAD STREET, SUITE 140<br>CHATTANOOGA TN 37404 |
| Attn: | |
| Fax: | (423) 493-5263 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. Charles Crump Jr, M.D.
Parkridge Medical Group - Southside
1700 BROAD STREET, SUITE 140
CHATTANOOGA, TN 37404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump Jr:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

PAGE 4/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

# RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number:

Client Name: [signature]

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

PAGE 6/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: ______ DOB: ______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Address: PO Box 7213
London, KY 40742

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)…………**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:______________…………**INITIALS:**_____
3. All records at this facility…………**INITIALS:** KS

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** KShaw

**Date:** 10/25/19 **Relationship to Patient:** ______

SCENIC CITY
RHEUMATOLOGY, PLLC

August 31, 2020

To: Lincoln Financial Group
Fax. No 603-430-0509

Re: Kimberly Shaw
DOB:

We recently received a request for above named patient's medical records. Our fee is as follows:

Five pages or less - $20.00
Each additional page - $.50
Pages requested – 3
Amount due - $20.00

Please contact me with any questions.

Sincerely,

Joan Williams

Joan Williams
Admin, Patient Care

6145 Shallowford Road, Suite 102 | Chattanooga, TN 37421 | p 423-893-6890 | f 423-648-1115
3770 Ocoee Place NW, Suite 100 | Cleveland, TN 37312 | p 423-250-5551 | f 423-250-5556 | scrheum.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR WILLIAM CRAIG<br>ARTHRITIS ASSOCIATES<br>1035 EXECUTIVE DRIVE<br>HIXSON TN 37343 |
| Attn: | |
| Fax: | (423) 826-0810 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. William Craig
Arthritis Associates
1035 EXECUTIVE DRIVE
HIXSON, TN 37343

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Whom it may concern | Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

PAGE 2/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________________

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________

Client Name: KShaw

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

## MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

| | |
|---|---|
| Please release my records to: | Eric Buchanan & Associates, PLLC<br>PO Box 11208<br>Chattanooga, TN 37401 |
| Patients' Name: | Kimberly Shaw |
| Patient's Social Security Number: | DOB: |
| Name of Physician/Facility:<br>Address: | Lincoln Life Assurance Company of Boston<br>Attn: Appeal Review Unit<br>PO Box 7213<br>London, KY 40742 |

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:______________________........................**INITIALS:**_____
3. All records at this facility........................................**INITIALS:** KS

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** K Shaw

**Date:** 10/25/19 **Relationship to Patient:** ____________

PAGE 7/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR. CHARLES CRUMP JR M.D.<br>PARKRIDGE MEDICAL GROUP - SOUTHSIDE<br>1700 BROAD STREET, SUITE 140<br>CHATTANOOGA TN 37404 |
| Attn: | |
| Fax: | (423) 493-5263 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. Charles Crump Jr, M.D.
Parkridge Medical Group - Southside
1700 BROAD STREET, SUITE 140
CHATTANOOGA, TN 37404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump Jr:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

PAGE 3/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

PAGE 4/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: HTEllis

PAGE 5/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

# RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ______

Client Name: KShaw

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

| | |
|---|---|
| Please release my records to: | Eric Buchanan & Associates, PLLC<br>PO Box 11208<br>Chattanooga, TN 37401 |
| Patients' Name: | Kimberly Shaw |
| Patient's Social Security Number: | ________ DOB: ________ |
| Name of Physician/Facility:<br>Address: | Lincoln Life Assurance Company of Boston<br>Attn: Appeal Review Unit<br>PO Box 7213<br>London, KY 40742 |

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)……………………………………………………**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:____________________………………………**INITIALS:**_____
3. All records at this facility……………………………………………………**INITIALS:** KS

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** K Shaw

**Date:** 10/25/19 **Relationship to Patient:** ____________

PAGE 7/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR WILLIAM CRAIG<br>SCENIC CITY RHEUMATOLOGY<br>6145 SHALLOWFORD RD<br>CHATTANOOGA TN 37421 |
| Attn: | |
| Fax: | (423) 648-1115 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 9 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. William Craig
Scenic City Rheumatology
6145 SHALLOWFORD RD
CHATTANOOGA, TN 37421

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Whom it may concern | Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

| | |
|---|---|
| Re: | Kimberly D. Shaw |
| Claim No.: | 3840737 |

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: HTEllis

# RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________

Client Name: KShaw

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

PAGE 6/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

# MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: ________ DOB: _ ________

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:__________________________........................................**INITIALS:**_____
3. All records at this facility........................................**INITIALS:** KS

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** KShaw

**Date:** 10/25/19 **Relationship to Patient:** ____________

PAGE 7/7 * RCVD AT 10/25/2019 4:01:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/12 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-38

*Arthritis Associates, PLLC*

*1035 Executive Drive*
*Hixson, Tennessee 37343*
*www.arthritisassociateschatt.com*

*Phone: (423) 826-0800*
*Fax: (423) 826-0810*

John G. Paty, Jr., MD, FACR (Retired)
Charles W. Sienknecht, MD, FACR
J. Eugene Huffstutter, MD, FACR

Elizabeth M. Simpson, FACR
Alan L. Elliott, MD, FACR

*To Whom It May Concern:* Please change everything for Dr. Craig and Dr. Suzan House

*Please note Dr. William D. Craig and Dr. Suzan E. House are no longer associated with Arthritis Associates, PLLC effective January 1, 2020. Please send all future correspondence and requests to their new location as noted below. Thank you,*

*Scenic City Rheumatology*
*6145 Shallowford Rd.*
*Chattanooga, TN 37421*

*PH: (423) 893-6890*
FAX: (423) 648-1115

Please Contact New Office

Thank you

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR WILLIAM CRAIG<br>ARTHRITIS ASSOCIATES<br>1035 EXECUTIVE DRIVE<br>HIXSON TN 37343 |
| Attn: | |
| Fax: | (423) 826-0810 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 9 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. William Craig
Arthritis Associates
1035 EXECUTIVE DRIVE
HIXSON, TN 37343

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. [illegible]

Lincoln/ Shaw 1746

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

| | |
|---|---|
| Date: | September 1, 2020 |
| To: | DR WILLIAM CRAIG<br>ARTHRITIS ASSOCIATES<br>1035 EXECUTIVE DRIVE<br>HIXSON TN 37343 |
| Attn: | |
| Fax: | (423) 826-0810 |
| From: | Tim Stanton<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-0509 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

September 1, 2020

Dr. William Craig
Arthritis Associates
1035 EXECUTIVE DRIVE
HIXSON, TN 37343

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. William Craig:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Copy of all records from May 1, 2020, forward

We ask that you provide this information by September 11, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-0509 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.25.2019

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

| | |
|---|---|
| Re: | Kimberly D. Shaw |
| Claim No.: | 3840737 |

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits

Mary Ellen Dirlam, MD, PhD, FACP

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7296
London, KY 40742-7296
841-1415

Date: 5/18/2020

Name: Charles Crump, MD

Re: Disability Benefits
Claimant Name: Kimberly Shaw
Claimant DOB:
Claim Number: 3840737

Dear Dr. Crump,

I am the consulting physician who was requested by the disability case manager for Ms. Shaw to review the medical records that were submitted to support her disability benefits. Her disability lawyer has requested that all communication with her treating providers be written.

Review of the medical records indicates Ms. Shaw's primary diagnosis is fibromyalgia with other co-existing conditions of moderate persistent asthma, obstructive sleep apnea, mild sensory peripheral neuropathy, degenerative disc disease, obesity, depressive disorder, and anxiety disorder. In order to better understand her impairing condition(s), I have some questions regarding the availability of additional clinical records.

- Review of the currently available records did not reveal any recent functional capacity evaluations using standardized testing methods. Are there any available results for testing of this type to aid in review of the Ms. Shaw's physical capacity? NO.
- Documentation available for review for degenerative disc disease, sensory neuropathy and obstructive sleep apnea date from 2017. Are there more recent evaluations available to review? NO.
- Has there been any formal neurocognitive or neuropsychologic testing performed? NO.
- Have there been any recent specialty referrals such as behavioral health or physical therapy/occupational therapy? NO.

I would appreciate the chance to review any clinical documentation, if available, pertaining to the questions above. The toll free and secure fax number for any return communication is (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Mary Ellen Dirlam, MD, PhD, FACP
Board Certified, Internal Medicine

X No changes/comments, OR
__ With changes/comments as noted above

[signature] 5-18-20
Charles Crump, MD Date 5.19.20 (KC)

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Page **2** of **2**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Tim Stanton | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 5/22/2020 |
| FAX NUMBER: (603) 334-5711 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached request for an explaintion of benefits

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
www.buchanandisability.com

May 22, 2020

Via Fax: (603) 334-5711

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

RE: Kimberly D. Shaw

Dear Tim Stanton:

We received your letter dated May 22, 2020 approving Ms. Shaw for disability benefits. Previously my office informed you that Ms. Shaw was now represented by counsel. Pursuant to my contract with Ms. Shaw and the fact that she is represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, we ask that you provide our office with an Explanation of Benefits for Ms. Shaw's back-pay check and all future ongoing checks.

If you should have any questions, please feel free to call my office.

Sincerely,

Hudson T. Ellis

HTE:mo

From: LFGNotifications@LFG.com
Sent: Friday, May 22, 2020 11:36:49 AM
To: MAIL@BUCHANANDISABILITY.COM;
CC:
BCC:
Subject: [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw
Attachments: n4hdgb8ns3jrh5haald0_8388801.pdf;

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

May 22, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to Kimberly Shaw's claim for LTD benefits under the Policy.

We have completed our review of Ms. Shaw's request for reconsideration for Long Term Disability (LTD) benefits and have determined that benefits are payable. Any benefits that may be payable will be sent under separate cover.

Ms. Shaw's file has been returned to Tim Stanton, Disability Claim Case Manager, for continued handling. For further assistance, please contact her case manager at (800) 291-0112 Ext. 14170.

If Ms. Shaw has any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DIGNITY HEALTH | KIMBERLY SHAW | 3840737 |

| | | | |
|---|---|---|---|
| **Referred By:** | Lindsay Mack | **Claimant DOB:** | |
| **Referral Date:** | 05/04/2020 | **Job Title:** | CLINICAL COORDINATOR PULMONARY |
| **Due Date:** | 05/18/2020 | **Medical/ Surgical Condition:** | fibromyalgia, chronic fatigue, asthma, hyperthyroidism, etc. |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 04/20/2017 |
| **Report Date:** | 5/18/2020 | **DOD:** | 04/21/2017 |
| **Physical Demands:** | | **BBD:** | 10/18/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

- Fibromyalgia (FM) (M60.80)
- Moderate persistent asthma (J45.40)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

- Obstructive sleep apnea (OSA) (G47.33)
- Obesity (E66)
- Hypothyroidism (E03.9)
- Sensory neuropathy (G60)
- Degenerative disc disease (M51.3)
- Depressive disorder (F32.9)
- Anxiety disorder (F41.9)
- Personal history of pulmonary embolism (Z86.711)

***Additional Questions***

**3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 10/18/19 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if applicable.**

**Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.** *(Literature cited is from the current on line Up-To-Date unless otherwise stated.)*

*Summary:*
Based on the available medical records for review, there is support for at least part time sedentary work within the physical restrictions, limitations, and accommodations as outlined below. At this time, there is no support for cognitive impairment other than the claimant's reported symptoms in the records reviewed.

*Analysis and support:*
The claimant is a 53 year old female with history of FM. Symptoms began 2015/2016 with symptoms of fatigue, cognitive concerns, and generalized muscle pain. She has additional conditions of OSA, moderate persistent asthma, depressive disorder, anxiety disorder, degenerative disc disease, hypothyroidism, sensory neuropathy, and obesity. Although she has fatigue chronically and was given a diagnosis of chronic fatigue syndrome in the past, it is unclear from the currently available medical records if she meets the clinical criteria for this diagnosis as defined by the Institute of Medicine (2015). Other work up has been performed including for inflammatory rheumatologic, infectious disease, neurologic, and endocrine etiology and was significant for hypothyroidism, mild lower extremity sensory neuropathy, and degenerative disc disease. Documentation available for review for the degenerative disc disease, sensory neuropathy and obstructive sleep apnea date from 2017, there does not appear any update on these conditions to determine stability, improvement or worsening.

Fibromyalgia (FM) is the most common cause of chronic widespread musculoskeletal pain. The core symptoms of FM are generalized pain, fatigue, and sleep disturbances which have been present for at least three months and not explained by any other medical condition. The goal of FM treatment is to reduce the major symptoms of this disorder. Effective interventions include a number of nonpharmacologic modalities such as physical/occupational therapy, ongoing exercise regimen, and cognitive behavioral therapy as well as pharmacologic therapies. These modalities are often provided in combination since individuals with FM are generally found to respond best to a multi-disciplinary, individualized treatment program.

Therapeutic expectations for individuals with persistent FM complaints such as chronic pain, fatigue, and cognitive concerns is that the therapeutic regimen may include ongoing adjustments in pharmacologic therapy and referrals to specialists such as behavioral health and physical therapy/occupational health as well as neurocognitive/neuropsychologic testing to evaluate the deficits in cognitive capacity. The claimant's pharmacologic regimen does not appear to have changed since April 2019 nor is there any reference to referrals to specialists. These factors agree with Dr. Craig's assessment of relative stability of the claimant's FM.

Given the 12/18/19 medical opinion report by Dr. David Craig (last clinical records from him - 8/5/19); the 6/12/19 restrictions and limitations report by Dr. Craig; and the currently available records (last clinical record for review 11/11/19), it appears that the claimant

would have the capacity to perform sedentary occupation although she would not have the capacity to work full time – 8 hours per day. However, a part time work schedule would fit within the physical restrictions and limitations set forth by Dr. Craig.

There are no recent results for a functional capacity evaluation using standardized testing methods available for review in the available clinical records, thereby hindering the assessment of the claimant's physical capacity. However, the following appear reasonable physical restrictions and limitations given review of the available records from 10/18/19 and forward as well as the natural history of the underlying impairing conditions.

The claimant would require the flexibility to change positions as needed with limited standing and walking. Ergonomic evaluation of working area could be of benefit. She would need to be able to use an assistive device as needed which would limit her ability to navigate over slippery or uneven ground and climb stairs or ladders. Her strength is documented as normal on multiple occasions therefore overall muscle strength does not appear to be impairing. Her ability to manipulate objects or answer phones is likely to be unimpaired. Her sight and ability to communicate appear unimpaired. Repetitive activities may be limited. The note by PA Mullins 11/11/19 documents improvement in the claimant's fatigue and that she has no sedation related to medications. In consideration of her moderate persistent asthma, her work environment would need to be free of fumes, gases, dust, extreme temperatures, and any other airway irritants which are known to trigger an attack. She should avoid heavy physical exertion. She would be restricted to lifting/carrying/pulling/pushing no more than minimal weight.

Although the claimant has concerns regarding cognitive capacity, there are no records available for review including neurocognitive or neuropsychiatric evaluations that document specific deficits or the extent of deficits if present except for self-report. If available, the results of this type of testing could inform conclusions concerning her cognitive capacity and the potential impact on work duties.

**4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 10/18/19 forward? Please explain your medical rationale.**
In review of the available medical records, there is no indication that the claimant is having cognitive or physical adverse side effects on her current pharmacologic regimen during the above timeframe.

**5. Does the accompanying surveillance information conflict with the documentation in the available medical records? Can any inconsistencies be explained by the medical evidence? Please elaborate.**
The surveillance documentation from 8/11/17 through 8/12/17; 9/30/18 through 10/1/18; 6/21/19 through 6/23/19; and 8/15/19 through 8/17/19 observes an individual, presumably the claimant, who is capable of ambulating with normal gait and fluid upper/lower extremity motion. Although the 8/11/17 surveillance showed the individual using a cane, the later reports indicate lack of assistive devices. Additionally, the individual had the capacity to carry items without assistance and stand for a period of time without assistive devices in the later surveillance documentation. She had the capacity on 1

occasion to handle 2 dogs on a leash and open/close gates smoothly. The surveillance does not necessarily conflict with the documentation in the records given the fluctuating nature of FM symptoms and the brief window provided by the surveillance into the claimant's activities. However, the surveillance does present a consistent picture on multiple occasions of an individual who appears to be functioning well without obvious physical impairment.

**6. Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity within the identified restrictions and limitations from 10/18/19 forward? Please explain your medical rationale.**
Given the 12/18/19 medical opinion report by Dr. David Craig (last clinical records from him - 8/5/19) and the currently available records (last clinical record for review 11/11/19), it appears that the claimant would not have the initial capacity to work full time – 8 hours per day. However, a part time work schedule would fit within the physical restrictions and limitations set forth by Dr. Craig. This recommendation would need to be re-evaluated within 1 to 2 months after beginning work. Since the symptoms of FM fluctuate, there is a possibility of ramping up to full time over time.

**7. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.**
*See question 3 above*

**Brief overview of clinical presentation and course:**
The claimant is a 53 year old female with history of FM. Symptoms began 2015/2016 with symptoms of fatigue, cognitive concerns, and generalized muscle pain. She has the co-morbid conditions of OSA, moderate persistent asthma, depressive disorder, anxiety disorder, degenerative disc disease, hypothyroidism, sensory neuropathy and obesity. Work up has been performed including for inflammatory rheumatologic, infectious disease, neurologic, and endocrine etiology and was significant for hypothyroidism, mild lower extremity sensory neuropathy, and degenerative disc disease. Documentation available for review for the degenerative disc disease, sensory neuropathy and obstructive sleep apnea date from 2017, there does not appear any update on these conditions to determine stability, improvement or worsening. She has concerns regarding her cognitive capacity. At this time, there is no support for cognitive impairment in the records reviewed. There are no records available for review indicating that neurocognitive or neuropsychologic testing has been performed.

**Records Reviewed:**
*All medical records referred by Lincoln Financial Group as of today's date were reviewed.*

***- Electronically Signed On 5/18/2020-***

**Mary Ellen Dirlam, MD, PhD, FACP**
**Board Certification: Internal Medicine**

Mary Ellen Dirlam, MD, PhD, FACP

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 5/18/2020

Name: William Craig, MD

Re: Disability Benefits
Claimant Name: Kimberly Shaw
Claimant DOB:
Claim Number: 3840737

Dear Dr. Craig,

I am the consulting physician who was requested by the disability case manager for Ms. Shaw to review the medical records that were submitted to support her disability benefits. Her disability lawyer has requested that all communication with her treating providers be written. Please review the following summary for accuracy.

Review of the medical records indicates Ms. Shaw's primary diagnosis is fibromyalgia with other co-existing conditions of moderate persistent asthma, obstructive sleep apnea, mild sensory peripheral neuropathy, degenerative disc disease, obesity, depressive disorder, and anxiety disorder. After review of the available medical records including your records from 4/10/19 and 8/5/19 as well as your 12/18/19 medical opinion report and your 6/12/19 restrictions and limitations report, it appears Ms. Shaw's FM appears to be stable on her current therapeutic regimen and would have the capacity to perform sedentary occupation although she would not have the capacity to work full time – 8 hours per day. However, it appears a part time work schedule would fit within the physical restrictions and limitations you set forth.

Reasonable associated restrictions and limitations would include the following. She would require the flexibility to change positions as needed with limited standing and walking. Ergonomic evaluation of working area could be of benefit. She would need to be able to use an assistive device if needed, limiting her ability to navigate over slippery or uneven ground and climb stairs or ladders. Her strength is documented as normal on multiple occasions therefore overall muscle strength would not appear to be impairing. Her ability to manipulate objects or answer phones appears unimpaired. Her vision and ability to communicate appear unimpaired. Her capacity for repetitive activities may be limited. She should avoid heavy physical exertion. She would be restricted to lifting/carrying/pulling/pushing no more than minimal weight. Although she has concerns regarding cognitive capacity, there are no records available for review including neurocognitive or neuropsychiatric evaluation that document specific deficits or the extent of deficits if present. Therefore there is no support for cognitive impairment other than the claimant's reported symptoms.

Ms. Shaw's disability case manager is requesting that you review and return this letter within 5 days. If needed, please make any corrections or comments in the margins of this letter or on a separate correspondence attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Mary Ellen Dirlam, MD, PhD, FACP
Board Certified, Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

____________________ ______
William Craig, MD Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Mary Ellen Dirlam, MD, PhD, FACP

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 5/18/2020

Name: Charles Crump, MD

Re: Disability Benefits
Claimant Name: Kimberly Shaw
Claimant DOB:
Claim Number: 3840737

Dear Dr. Crump,

I am the consulting physician who was requested by the disability case manager for Ms. Shaw to review the medical records that were submitted to support her disability benefits. Her disability lawyer has requested that all communication with her treating providers be written.

Review of the medical records indicates Ms. Shaw's primary diagnosis is fibromyalgia with other co-existing conditions of moderate persistent asthma, obstructive sleep apnea, mild sensory peripheral neuropathy, degenerative disc disease, obesity, depressive disorder, and anxiety disorder. In order to better understand her impairing condition(s), I have some questions regarding the availability of additional clinical records.

- Review of the currently available records did not reveal any recent functional capacity evaluations using standardized testing methods. Are there any available results for testing of this type to aid in review of the Ms. Shaw's physical capacity?
- Documentation available for review for degenerative disc disease, sensory neuropathy and obstructive sleep apnea date from 2017. Are there more recent evaluations available to review?
- Has there been any formal neurocognitive or neuropsychologic testing performed?
- Have there been any recent specialty referrals such as behavioral health or physical therapy/occupational therapy?

I would appreciate the chance to review any clinical documentation, if available, pertaining to the questions above. The toll free and secure fax number for any return communication is (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Mary Ellen Dirlam, MD, PhD, FACP
Board Certified, Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

_________________________ _______
Charles Crump, MD Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

From: LFGNotifications@LFG.com
Sent: Monday, May 4, 2020 2:07:30 PM
To: MAIL@BUCHANANDISABILITY.COM;
CC:
BCC:
Subject: [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw
Attachments: 4bvxfkkyt8a3kuz7zo7w_8285925.pdf;

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

May 4, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Mr. Ellis:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Dignity Health Group Disability Policy. We are writing in reference to Kimberly Shaw's claim for LTD benefits under the Policy.

We are in the process of reviewing Ms. Shaw's appeal. To assist us in evaluating her eligibility for benefits, we have referred her file for a medical review and assessment by a board certified physician.

We anticipate a response from the reviewing physician no later than June 3, 2020. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Shaw's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Shaw's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

From: LFGNotifications@LFG.com
Sent: Friday, April 24, 2020 10:15:28 AM
To: MAIL@BUCHANANDISABILITY.COM;
CC:
BCC:
Subject: [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw
Attachments: jv7g5xze2jv6akkoh58m_8236248.pdf;

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

April 24, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
P.O. BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Mr. Ellis:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Income Policy (the Policy). We are writing in reference to Kimberly Shaw's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Ms. Shaw's claim on April 14, 2019, with enclosures subsequently received by mail on April 21, 2020.

We understand this is all of the information you intend to submit for our consideration of Ms. Shaw's appeal. Consequently, her file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14698 during the hours of 8:00 AM and 4:30 PM eastern time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: CRAM, BRIAN Case Mgr: STANTON, TIMOTHY

Claimant Name: KIMBERLY SHAW Claim #: 3840737

Occupation (Job Title): ANY OCC Date Sent: 4/22/2020

Diagnosis: R53.82 Chronic fatigue, unspecified, G60.8 Other hereditary and idiopathic neuropathies

Date of Disability: 4/21/2017 Date Benefits Began: 10/18/2017

Maximum Duration: 3/20/2034 Paid Through: 10/17/2019

Date of Denial or (DB451): 10/16/2019 Date Appeal Received: 4/22/2020

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: DIGNITY HEALTH

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2020

Exhibit 3 Via Fax: (603) 430-0509 & (603) 422-7909
CD enclosing Exhibits 1 – 8 VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 9415511899562901939417

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated October 25, 2019 that we represent Kimberly D. Shaw in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Dignity Health Dominican Hospital.

Again, pursuant to our contract with Ms. Shaw and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Ms. Shaw's claim for disability benefits. We are submitting the following additional evidence in support of Ms. Shaw's claim that, in addition to the evidence already in the file, should be sufficient to establish her entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| 2 | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |

| | | |
|---|---|---|
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

R. Chandler Wilson

**Lincoln/ Shaw 1772**

RCW:rno

Enclosures

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ______________________

**Lincoln/ Shaw 1774**

**RELEASE AUTHORIZATION**

To: ~~Lincoln Life Assurance Company of Boston~~
~~Attn: Appeal Review Unit~~
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number:

Client Name: KShaw

Date: 4/14/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

List of Records Submitted in the Case of
**Kimberly Shaw**

Claim #3840737

Exhibits 1 - 8 submitted via letter April 14, 2020

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |

# Exhibit

# 1

Lincoln/ Shaw 1777

PARKRIDGE MEDICAL GROUP
Southside

# Shaw, Kimberly D

**52 Y old Female, DOB:**
**Account Number: 8X101585095**
**Home: 8**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S Payer ID: SB890**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**
**Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address ,**
**Home:**
**Advance Directive: NAD(12/28/2017)**

**04/30/2019 PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day M79.7, EXEMPT
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day,

## Reason for Appointment

1. 3mos CS

## History of Present Illness

Patient History:

She takes 2 tabs bid for fibromyalgia/"all over pain". She takes them regularly. Pt states w/out Tramadol pain would be 7/10. Pain is improved to 4/10 some days she needs more and requesting more or another med. Denies falls. She does have constipation. Takes Miralax and that is "working for now". She also takes gabapentin regularly-per Dr. Craig. Pt declines PM.

Denies CP or SOB or urinary issues.

Has a hemorrhoid but declines eval/txmt.

She was approved for SS disability-found out yesterday.

She is requesting buspirone as needed for anxiety. Has taken in the past and it helped.

Asthma well controlled so far but needs refill on singulair.

## Vital Signs

Ht 68 in, Wt 197.4 lbs, BMI 30.01, Weight Change -3.6 lb, BP 124/74, Temp 98.6 F, HR 89, Respiratory Rate 16, Oxygen sat % 99.

## Past Orders

Lab:CBC With Platelet And Differential(P-CBCWD)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | Normal | |
| WBC | 5.8 (3.8-11.5 K/uL) | **17.4 H** (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.66 (3.60-5.30 M/mm3) | 5.20 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 14.2 (12.0-16.0 gm/dL) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 42.4 (37.4-48.3 %) | 47.3 (37.4-48.3 %) |

Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Synthroid 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day, Notes: Written Order Per Provider
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- Vitamin D3 5000 UNIT Capsule 2 capsules Orally M W F S, Notes: Written Order Per Provider

**Not-Taking**
- Augmentin 875-125 MG Tablet 1 tablet Orally twice a day, Notes: Verbal order per provider
- PredniSONE 10 MG Tablet take 4 tabs for 7 days, 3 tabs for 7 days, 2 tabs for 7 days, 1 tablet for 7 days Orally As directed, Notes: Verbal order per provider
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

## Allergies

Xolair: anaphylaxis - Allergy

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

| | | |
|---|---|---|
| MCV | 91.0 (79.0-99.0 fL) | 91.0 (81.0-102.0 fL) |
| MCH | 30.5 (26.9-35.0 pg) | 30.2 (26.9-35.0 pg) |
| MCHC | 33.5 (30.4-34.8 g/dL) | 33.2 (30.4-34.8 g/dL) |
| Platelet Count | 310 (137-397 K/cumm) | **494 H** (137-397 K/cumm) |
| Neutrophils Automated | 49.9 (41.0-77.0 %) | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 39.4 (14.0-48.0 %) | 21.2 (14.0-48.0 %) |
| Monocytes Automated | 5.9 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 3.8 (1.0-8.0 %) | 1.5 (1.0-8.0 %) |
| Basophils Automated | 1.0 (0.0-1.5 %) | 0.8 (0.0-1.5 %) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE |

**Review of Systems**

General ROS:

Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, wheezing, chest pain with breathing, **Positive for:, asthma**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Negative for:, abdominal pain, diarrhea, nausea, reflux, vomiting, **Positive for: constipation**. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**. Neurology: Negative for: LOC, seizures, , memory changes, dizziness,, numbness, weakness, syncope, migraines, tremors. Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety**.

03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs

Lab:Comprehensive Metabolic Panel (CMP)(P-CMP)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | normal BS 103 | |
| Sodium | 140 (135-145 mEq/L) | 139 (134-145 mEq/L) |
| Potassium | 4.3 (3.5-5.3 mEq/L) | 3.8 (3.4-5.4 mEq/L) |
| Chloride | 102 (97-108 mEq/L) | 97 (97-109 mEq/L) |
| CO2 | 27 (22-32 mEq/L) | 27 (22-32 mEq/L) |
| Glucose | **103 H** (65-99 mg/dL) | **116 H** (65-99 mg/dL) |
| BUN | 7 (6-20 mg/dL) | 17 (5-26 mg/dL) |
| Creatinine | 0.89 (0.50-1.00 mg/dL) | 1.0 (0.5-1.5 mg/dL) |
| Calcium | 9.9 (8.6-10.3 mg/dL) | 10.1 (8.5-10.3 mg/dL) |
| Protein | 7.0 (6.0-8.3 g/dL) | 7.7 (6.1-8.3 g/dL) |
| Albumin | 4.6 (3.5-5.3 g/dL) | 4.9 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 48 (35-121 IU/L) | 78 (38-126 IU/L) |
| ALT (SGPT) | 26 (<5-47 IU/L) | 37 (7-52 IU/L) |
| AST (SGOT) | 25 (<5-40 IU/L) | 21 (13-39 IU/L) |
| Bilirubin, Total | 0.4 (<0.2-1.2 mg/dL) | 0.4 (0.2-1.5 mg/dL) |
| A/G Ratio | 1.9 (1.1-2.5 mg/dL) | 1.8 (1.1-2.5 mg/dL) |
| GFR/Black | >60 (>60 | >60 (>60 |

| | mL/min/1.73m2) | mL/min/1.73m2) |
|---|---|---|
| GFR/White | >60 (>60 mL/min/1.73m2) | **58 L** (>60 mL/min/1.73m2) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Creatine Kinase(P-CPK) (Order Date - 04/26/2019) (Collection Date - 04/26/2019)

Result: Normal

Creatine Kinase 104 20-180 - u/L

Notes: CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV

Lab:Thyroxine Free (free T4)(P-FT4)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|

| Order Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Result: | Normal | |
| Thyroxine Free (free T4) | 1.16 (0.86-1.76 ng/dL) | **0.53 L** (0.58-1.64 ng/dL) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Lipid Panel(P-LIPID)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | LDL 42 | |
| Cholesterol / HDL Ratio | 2.43 (0.00-4.44 Ratio) | **6.60 H** (0.00-4.44 Ratio) |
| Cholesterol | 119 (<201 mg/dL) | **330 H** (75-200 mg/dL) |

| | | |
|---|---|---|
| HDL Cholesterol | 49 (>39 mg/dL) | 50 (>39 mg/dL) |
| LDL Cholesterol (Calculation) | 42 (<130 mg/dL) | SEE COMMENT (<130 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) | SEE COMMENT (<3.3 Ratio) |
| Non-HDL Cholesterol | 70 (<130 mg/dL) | **280 H** (<130 mg/dL) |
| Triglycerides | 139 (<150 mg/dL) | **978 H** (<150 mg/dL) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Thyroid Peroxidase Antibody(P-ATA) (Order Date - 03/13/2019) (Collection Date - 03/13/2019)

Result: Normal Results

| | | |
|---|---|---|
| Thyroid Peroxidase Antibody | 16 | <9-34 - U/mL |

Notes: CRUMP,CHARLES A 03/14/2019 05:55:27 AM CDT > Lab is fine! send ZAMORA,ADA 03/22/2019 09:56:08 AM CDT > mailed copy

Lab:TSH(P-TSH)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | therapeutic | |
| TSH | 1.30 (0.27-4.20 mU/L) | **12.06 H** (0.34-5.00 mU/L) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Thyroglobulin Antibody(P-ATHYG) (Order Date - 03/13/2019) (Collection Date - 03/13/2019)

Result: Normal Results

Thyroglobulin Antibody 33.0 <10-115.0 - IU/mL

Notes: CRUMP,CHARLES A 03/14/2019 05:55:27 AM CDT > Lab is fine! send ZAMORA,ADA 03/22/2019 09:56:08 AM CDT > mailed copy

**Examination**

General Examination:

Constitutional: alert and oriented,interacting appropriately,NAD.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT,EOMI,hearing is grossly normal.

Respiratory: regular breathing rate and effort, clear to auscultation bilaterally, good air exchange.

Heart: regular rate and rhythm, no murmurs, click or rubs.

Chest: normal shape and expansion.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.

Musculoskeletal: no swelling or deformity, diffuse tenderness along the spine and paraspinals, neg. bilateral SLR, normal bilateral hip ROM and no pain w/ this, pedal pulses equal and strong.

Neurology: appropriate for age,awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor.

Psych: appropriate mood and affect ,normal speech,insight and judgement seem within reason.

**Assessments**

1. Fibromyalgia - M79.7 (Primary), Dr. Craig, 2018
2. Polyarthropathy - M13.0
3. Depression with anxiety - F41.8
4. Hypothyroidism, unspecified type - E03.9, neg abx, 2019
5. Vitamin D deficiency - E55.9, 11, 2019
6. Hyperglycemia - R73.9
7. Familial hypercholesterolemia - E78.01
8. Moderate persistent asthma with status asthmaticus - J45.42

**Treatment**

**1. Fibromyalgia**

Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per provider
Notes: CSMD reviewed.

04/10/2019 GABAPENTIN 600 MG TABLET 90.00 30 6576 CRA WI80 04/10/2019 4005979 - Y N FF5522342 06
04/08/2019 TRAMADOL HCL 50 MG TABLET 120.00 30 6576 CRU CH31 01/31/2019 4005635 20.00 Y R FF5522342 04

Discussed w/ Dr. Crump. No other pain meds will be prescribed at this time due to state laws.

Rx electronically sent.

**2. Polyarthropathy**
LAB: CBC With Platelet And Differential(P-CBCWD) (Ordered for 10/30/2019)
Notes: Continue care w/ RHEUM/Dr. Craig.

**3. Depression with anxiety**
Start BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day, 30 day(s), 60, Refills 2
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: Stop med should any thoughts of suicide or rash develop. Encouraged healthy diet and regular exercise..

**4. Hypothyroidism, unspecified type**
Continue Synthroid Tablet, 50 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, Notes: Written Order Per Provider
LAB: TSH(P-TSH) (Ordered for 10/30/2019)
LAB: Thyroxine Free (free T4)(P-FT4) (Ordered for 10/30/2019)

**5. Vitamin D deficiency**
Continue Vitamin D3 Capsule, 5000 UNIT, 2 capsules, Orally, M W F S, Notes: Written Order Per Provider
LAB: Vitamin D 25-Hydroxy(P-VD25H) (Ordered for 10/30/2019)

**6. Hyperglycemia**
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 10/30/2019)
Notes: Limit sugary food/beverage intake..

**7. Familial hypercholesterolemia**
Continue Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, Notes: Written Order Per Provider
LAB: Lipid Panel with Cardiovascular Risk(P-LIPCVD) (Ordered for 10/30/2019)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 10/30/2019)
LAB: Creatine Kinase(P-CPK) (Ordered for 10/30/2019)

**8. Moderate persistent asthma with status asthmaticus**
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

**9. Others**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day

Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, Notes: Verbal order per provider

**Follow Up**

Keep-card pls and add FBW 1wk prior

**Electronically signed by GINGER MULLINS , PA-C on 04/30/2019 at 03:46 PM CDT**

**Electronically co-signed by CHARLES CRUMP on 04/30/2019 at 04:00 PM CDT**

**Sign off status: Completed**

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

PARKRIDGE MEDICAL GROUP
Southside

**Shaw, Kimberly D**
**52 Y old Female, DOB:**
**Account Number: 8X101585095**
**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**
**Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx,** ,
**Home:**
**Advance Directive: NAD(12/28/2017)**

**08/01/2019** **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

## Current Medications

**Taking**

- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day M79.7, EXEMPT
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider

## Reason for Appointment

1. 6mos cs

## Assessments

1. Hyperglycemia - R73.9 (Primary)
2. Familial hypercholesterolemia - E78.01
3. Hypothyroidism, unspecified type - E03.9
4. Vitamin D deficiency - E55.9
5. Depression with anxiety - F41.8
6. Fibromyalgia - M79.7
7. Encounter for long-term (current) use of other medications - Z79.899
8. Moderate persistent asthma with status asthmaticus - J45.42
9. Polyarthropathy - M13.0

## Treatment

**1. Hyperglycemia**

LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 02/01/2020)
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 02/01/2020)
LAB: Urinalysis (UA) with Microscopy Automated(P-UA) (Ordered for 02/01/2020)
Notes: imrpvoed w diet. cont it. lose 7 pds...

**2. Familial hypercholesterolemia**

Continue Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, Notes: Written Order Per Provider
Continue CoQ10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
LAB: Lipid Panel(P-LIPID) (Ordered for 02/01/2020)
Notes: imrpvoed. she can decr crestor to ahlf tab. ,High Cholesterol: Care Instructions material was published to portal.

**3. Hypothyroidism, unspecified type**

Stop Synthroid Tablet, 50 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, Notes: Written Order Per Provider
Start Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 day(s), 90 Tablet, Refills 2

- Vitamin D3 5000 UNIT Capsule 2 capsules Orally M W F S, Notes: Written Order Per Provider
- BusPIRone HCl 15 MG Tablet 1/2-1 tablet Orally as needed for anxiety up to Twice a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Synthroid 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day, Notes: Written Order Per Provider
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Stool Softener 250 MG Capsule 1 capsule as needed Orally Once a day

**Discontinued**

- Augmentin 875-125 MG Tablet 1 tablet Orally twice a day, Notes: Verbal order per provider
- PredniSONE 10 MG Tablet take 4 tabs for 7 days, 3 tabs for 7 days, 2 tabs for 7 days, 1 tablet for 7 days Orally As directed, Notes: Verbal order per provider
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

LAB: Thyroxine Free (free T4)(P-FT4) (Ordered for 02/01/2020)
LAB: TSH(P-TSH) (Ordered for 02/01/2020)
Notes: incr synthroid.

**4. Vitamin D deficiency**
Continue Vitamin D3 Capsule, 5000 UNIT, 2 capsules, Orally, 5d week, Notes: Written Order Per Provider
LAB: Vitamin D 25-Hydroxy(P-VD25H) (Ordered for 02/01/2020)
Notes: improved but needs 5d week.

**5. Depression with anxiety**
Continue BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: improved today. oveall doing better and settled here in Chattanooga.

**6. Fibromyalgia**
Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Continue Gabapentin Tablet, 600 MG, 1 tablet, Orally, TID as needed, Notes: Verbal order per provider
Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per provider
Notes: stable no caffeien. cont w meds. , counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication., Side effects/risks/benefits of medication reviewed.

**7. Encounter for long-term (current) use of other medications**
LAB: Vitamin B12(P-B12) (Ordered for 02/01/2020)
LAB: CBC With Platelet And Differential(P-CBCWD) (Ordered for 02/01/2020)
LAB: Creatine Kinase(P-CPK) (Ordered for 02/01/2020)
Notes: stahle lab and sxs.

**8. Moderate persistent asthma with status asthmaticus**
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Notes: stable and will call if issue. she is wanting to cahgne to Dr C in Feb 2020.

### Allergies

Xolair: anaphylaxis - Allergy

### Review of Systems

General ROS:

Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, some fatigue. Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, Positive for:, postnasal drainage, Throat:, Negative for:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations. Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern. Genital/Urinary: Negative for:, hematuria, dysuria, incontinence. Musculoskeletal: Positive for:,mm pains/aches, occ joint pain, general weakness, Negative for:, joint redness, joint swelling. Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope. Psychology: Negative for:, agitation, SA or SI, Positive for:, hx depression, anxiety, focus problems.

**9. Polyarthropathy**

Notes: as aBOVE. TO CONT AND DUE W dR cRAIG.

**10. Others**

Continue Probiotic Capsule, -, Orally
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Magnesium Bisglycinate Tablet, 100 MG, as directed, Orally, once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Continue Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Stool Softener Capsule, 250 MG, 1 capsule as needed, Orally, Once a day

### Preventive Medicine

Quality Measures:
Weight Assessment
Above Normal BMI Follow-Up *Lifestyle education regarding diet*

### Follow Up

3M CS 6M CKUP

### History of Present Illness

Patient History:

Here 3m cs w incr bg and incr lipids asthma with fibromyalgia and polyarthririts. she has cut bac carbs adn a1c now nl... she feels better. asthma stable. she is willing ot see new pulm dr in 6m .. her depression anxiety is fine. she walks w cane . no falls. no sedation on meds. she is on d3 and improved.. csmd ckd cpmc done. pain is 8/10 at times adn down to 3-4/10 on tx. her t4 is better but still can incr more. she is less fatigued... some days she is so waek she has to lift up her leg to get into car...

lab rev w pt and stable and improved...

### Vital Signs

Ht 68 in, Wt 200 lbs, BMI 30.41, Weight Change 2.6 lb, BP 120/60, HR 80, Respiratory Rate 16, Oxygen sat % 98.

### Past Orders

Lab:CBC With Platelet And Differential(P-CBCWD) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | |
|---|---|---|
| WBC | 8.8 | 3.8-11.5 - K/uL |
| Red Blood Cell Count | | 3.60-5.30 - |

| | | |
|---|---|---|
| (RBC) | 4.68 | M/mm3 |
| Hemoglobin (Hgb) | 14.4 | 11.5-15.5 - gm/dL |
| Hematocrit (HCT) | 43.6 | 35.2-46.4 - % |
| MCV | 93.2 | 79.0-99.0 - fL |
| MCH | 30.8 | 26.9-35.0 - pg |
| MCHC | 33.0 | 30.4-34.8 - g/dL |
| Platelet Count | 324 | 137-397 - K/cumm |
| Neutrophils Automated | 56.1 | 41.0-77.0 - % |
| Lymphocytes Automated | 33.4 | 14.0-48.0 - % |
| Monocytes Automated | 6.8 | 4.0-13.0 - % |
| Eosinophils Automated | 2.6 | 1.0-8.0 - % |
| Basophils Automated | 0.9 | 0.0-1.5 - % |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Comprehensive Metabolic Panel (CMP)(P-CMP) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | | |
|---|---|---|---|
| Sodium | 140 | | 135-145 - mEq/L |
| Potassium | 4.7 | | 3.5-5.3 - mEq/L |
| Chloride | 102 | | 97-108 - mEq/L |
| CO2 | 24 | | 22-32 - mEq/L |
| **Glucose** | **102** | **H** | **65-99 - mg/dL** |
| BUN | 14 | | 6-20 - mg/dL |
| Creatinine | 0.88 | | 0.50-1.00 - mg/dL |
| Calcium | 9.6 | | 8.6-10.4 - mg/dL |
| Protein | 7.3 | | 6.0-8.3 - g/dL |
| Albumin | 4.8 | | 3.5-5.3 - g/dL |
| Alkaline Phosphatase | 62 | | 35-121 - IU/L |
| ALT (SGPT) | 20 | | <5-47 - IU/L |
| AST (SGOT) | 14 | | <5-40 - IU/L |
| Bilirubin, Total | 0.6 | | <0.2-1.2 - mg/dL |
| A/G Ratio | 1.9 | | 1.1-2.5 - mg/dL |
| GFR/Black | 87 | | >59 - mL/min/1.73m2 |
| GFR/White | 75 | | >59 - mL/min/1.73m2 |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Creatine Kinase(P-CPK) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | |
|---|---|---|
| Creatine Kinase | 56 | 20-180 - u/L |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Thyroxine Free (free T4)(P-FT4) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | |
|---|---|---|
| Thyroxine Free (free T4) | 1.00 | 0.86-1.76 - ng/dL |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Hemoglobin A1C(P-HA1C) (Order Date - 07/25/2019) (Collection

Date - 07/25/2019)

| | | |
|---|---|---|
| Hemoglobin A1C | 5.5 | <5.7 - % |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:TSH(P-TSH) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | |
|---|---|---|
| TSH | 1.64 | 0.27-4.20 - mU/L |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Vitamin D 25-Hydroxy(P-VD25H) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | |
|---|---|---|
| Vitamin D 25-Hydroxy | 38.6 | 30.0-100.0 - ng/mL |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

Lab:Lipid Panel with Cardiovascular Risk(P-LIPCVD) (Order Date - 07/25/2019) (Collection Date - 07/25/2019)

| | | | |
|---|---|---|---|
| LDL Cholesterol Calculation | 51 | | <131 - mg/dL |
| LDL/HDL Ratio | 0.9 | | <3.3 - Ratio |
| Cholesterol / HDL Ratio | 2.59 | | 0.00-4.44 - Ratio |
| Cholesterol | 153 | | <200 - mg/dL |
| HDL Cholesterol | 59 | | >39 - mg/dL |
| Non-HDL Cholesterol | 94 | | <130 - mg/dL |
| **Triglycerides** | **215** | **H** | **<150 - mg/dL** |

Notes: CRUMP,CHARLES A 07/26/2019 07:35:58 AM CDT > p
ZAMORA,ADA 07/31/2019 08:09:08 AM CDT > at ov

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: moist, warm,warm,,good turgor, mild redness to cheeks.

HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear,tympanic membranes normal bilaterally

Nasal passageways are red and swolloen B turbs.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, sl-tender on R side, sl distended, bowel sounds are normal,no rebound or guarding.

Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, mildly tender mcp jts and elbows soulders and knees to rotate and extend.

Neurology: CN's II-XII grossly intact,DTRs 3+ in all 4

extremities,no tremor,strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect ,insight and judgement normal,good eye contact.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.



**Electronically signed by CHARLES CRUMP , MD on 08/04/2019 at 02:55 PM CDT**

**Sign off status: Completed**

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

PARKRIDGE MEDICAL GROUP
Southside

# Shaw, Kimberly D

52 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S Payer ID: SB890
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address ,
Home:4 6
Advance Directive: NAD(12/28/2017)

11/11/2019 PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690

## Current Medications

Taking

- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day M79.7, EXEMPT
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Rosuvastatin Calcium 10 MG Tablet 1/2 tablet Orally Once a day, Notes: Written Order Per Provider
- CoQ10 100 MG Capsule 1 capsule with a meal Orally Once a day
- Synthroid 75 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Probiotic - Capsule Orally , Notes: prn
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG

## Reason for Appointment

1. 3m CS

## History of Present Illness

Patient History:

At the last OV:

Stop Synthroid Tablet, 50 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, Notes: Written Order Per Provider

Start Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 day(s), 90 Tablet, Refills 2

She is having more nerve pain/burning/tingling in feet-more in toes and worse at night. She is wearing supportive shoes and no change in pain.

Pt takes 2 tramadol 50mg prn/ bid and gabapentin 600mg 1 tid for fibromyalgia. Hip flexors burn/hurt "constant"-she is stretching daily. She is still w/ fatigue-that comes she says w/out warning. Uses a cane. Denies falls. Pt states w/out Tramadol and gabapentin, pain would be 4/10 on a "good day"-"I would be terrified to see what I would be w/out it". W/ meds-she is able to do ADLs with less pain.

Pt w/ muscle spasm in right side of neck x 8wks. She has been using magnesium lotion-that helps but hasn't helped the feet at night. She has noticed more pain w/ turning head and sleeping.

She is also followed by RHEUM/Dr. Craig-every 3-4mths. Discussed Lyrica but "too expensive".

She has hired Eric Bucahanan law since long term disability was terminated-lost about $3,000/mth. "I was filmed out in the garden puttering around'.

## Vital Signs

Ht 68 in, Wt 203 lbs, BMI 30.86, Weight Change 3 lb, BP 118/76, Temp 98.3 F, HR 65, Respiratory Rate 16, Oxygen sat % 97.

## Examination

General Examination:

Constitutional: alert and oriented,interacting appropriately,NAD, obese.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT,EOMI,hearing is grossly normal.



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 1,
Page 17 of 24

**Lincoln/ Shaw 1794**

Tablet Orally
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Stool Softener 250 MG Capsule 1 capsule as needed Orally Once a day
- Vitamin D3 10000 UNIT Capsule 1 capsules Orally 5d week, Notes: Written Order Per Provider
- BusPIRone HCl 15 MG Tablet 1/2-1 tablet Orally as needed for anxiety up to Twice a day

**Discontinued**
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

## Surgical History
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History
Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability-terminated per pt at the 11/11/19 OV.

## Allergies
Xolair: anaphylaxis - Allergy

## Hospitalization/Major Diagnostic Procedure

Respiratory: regular breathing rate and effort, clear to auscultation bilaterally, good air exchange.
Heart: regular rate and rhythm, no murmnrs, click or rubs.
Chest: normal shape and expansion.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.
Musculoskeletal: no swelling or deformity, diffuse tenderness along the spine and paraspinals, neg. bilateral SLR, normal bilateral hip ROM and no pain w/ this, pedal pulses equal and strong.
Neurology: appropriate for age,awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor.
Psych: appropriate mood and affect ,normal speech,insight and judgement seem within reason.

## Assessments
1. Fibromyalgia - M79.7 (Primary), Dr. Craig, 2018
2. Polyarthropathy - M13.0
3. Depression with anxiety - F41.8
4. Hypothyroidism, unspecified type - E03.9, neg abx, 2019
5. Vitamin D deficiency - E55.9
6. Hyperglycemia - R73.9
7. Familial hypercholesterolemia - E78.01
8. Moderate persistent asthma with status asthmaticus - J45.42
9. Encounter for long-term (current) nse of other medications - Z79.899

## Treatment
### 1. Fibromyalgia
Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, TID, DX: M79.7, 30 day(s), 90, Refills 2, Notes: Verbal order per provider
Refill Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, 30 day(s), 120, Refills 3, Notes: Verbal order per provider
Notes: Pt will discuss Lyrica w/ RHEUM.

### 2. Depression with anxiety
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsnle, Orally, Once a day, 90 day(s), 90 Capsule, Refills 1, Notes: Verbal order per provider

### 3. Hypothyroidism, unspecified type
Refill Synthroid Tablet, 75 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 day(s), 90 Tablet, Refills 2
LAB: Thyroxine Free (free T4)(P-FT4)
LAB: TSH(P-TSH)

### 4. Familial hypercholesterolemia
Refill Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1, Notes: Written Order Per Provider
Notes: Pt will cut in 1/2 bnt requests #90 to save money.

### 5. Moderate persistent asthma with status asthmaticus

No Hospitalization History.

**Review of Systems**

General ROS:

Constitutional: Negative for:, malaise, fever, body aches, **Positive for: fatigue-"some" better**. Resp/Pulmonology: Negative for:, cough, wheezing, chest pain with breathing, **Positive for:, asthma- "super good"**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Negative for:, abdominal pain, diarrhea, nausea, reflux, vomiting, **Positive for: constipation**. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**. Neurology: Negative for: LOC, seizures, , memory changes, dizziness,weakness, syncope, migraines, tremors, **Positive for: feet n/t/burning pain**. Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety**.

Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Refill Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day, 90 days, 3, Refills 2
Notes: RX printed for her to mail to Canadian based pharmacy. .

**6. Encounter for long-term (current) use of other medications**

Notes: counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication..

**7. Others**

Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Refill BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day, 30, 60, Refills 2
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 2, Notes: prn
Notes:

Pt requesting 30 days on valacyclovir to "have them" but verbalizes to take them as needed for out break.

CSMD Reviewed

10/23/2019 GABAPENTIN 300 MG CAPSULE 90.00 30 6576 BC3086180 10/23/2019 4007073 - Y N FF5522342 06

10/23/2019 TRAMADOL HCL 50 MG TABLET 120.00 30 6576 BC4953231 08/01/2019 4006605 20.00 Y R FF5522342 06

09/22/2019 GABAPENTIN 600 MG TABLET 90.00 30 6576 BC3086180 07/22/2019 4006538 - N R FF5522342 06

08/20/2019 GABAPENTIN 600 MG TABLET 90.00 30 6576 BC3086180 07/22/2019 4006538 - N R FF5522342 04

08/16/2019 TRAMADOL HCL 50 MG TABLET 120.00 30 6576 BC4953231 08/01/2019 4006605 20.00 N N FF5522342 06

.

**Preventive Medicine**

Quality Measures:

Weight Assessment

Above Normal BMI Follow-Up *Dietary management education, guidance, and counseling*

**Follow Up**

keep

Ginger Mullins PA-C

**Electronically signed by GINGER MULLINS , PA-C on 11/11/2019 at 03:45 PM CST**

**Electronically co-signed by CHARLES CRUMP on 11/12/2019 at 12:03 PM CDT**

**Sign off status: Completed**

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

Dec 05, 2019 13:21 PM

Shaw, Kimberly D, F,

# CUMULATIVE REPORT

### Thyroxine Free (free T4)(P-FT4)

| COLLECTION DATE | 11/11/2019 | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|---|
| Order Date | 11/11/2019 | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 11/11/2019 | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| Thyroxine Free (free T4) | 1.40 (0.86-1.76 ng/dL) | 1.00 (0.86-1.76 ng/dL) | 1.16 (0.86-1.76 ng/dL) | 0.53 L (0.58-1.64 ng/dL) |

### TSH(P-TSH)

| COLLECTION DATE | 11/11/2019 | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|---|
| Order Date | 11/11/2019 | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 11/11/2019 | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | MULLINS, GINGER | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| TSH | 0.89 (0.27-4.20 mU/L) | 1.64 (0.27-4.20 mU/L) | 1.30 (0.27-4.20 mU/L) | 12.06 H (0.34-5.00 mU/L) |

### CBC With Platelet And Differential(P-CBCWD)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| WBC | 8.8 (3.8-11.5 K/uL) | 5.8 (3.8-11.5 K/uL) | 17.4 H (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.68 (3.60-5.30 M/mm3) | 4.66 (3.60-5.30 M/mm3) | 5.20 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 14.4 (11.5-15.5 gm/dL) | 14.2 (12.0-16.0 gm/dL) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 43.6 (35.2-46.4 %) | 42.4 (37.4-48.3 %) | 47.3 (37.4-48.3 %) |
| MCV | 93.2 (79.0-99.0 fL) | 91.0 (79.0-99.0 fL) | 91.0 (81.0-102.0 fL) |
| MCH | 30.8 (26.9-35.0 pg) | 30.5 (26.9-35.0 pg) | 30.2 (26.9-35.0 pg) |
| MCHC | 33.0 (30.4-34.8 g/dL) | 33.5 (30.4-34.8 g/dL) | 33.2 (30.4-34.8 g/dL) |
| Platelet Count | 324 (137-397 K/cumm) | 310 (137-397 K/cumm) | 494 H (137-397 K/cumm) |
| Neutrophils Automated | 56.1 (41.0-77.0 %) | 49.9 (41.0-77.0 %) | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 33.4 (14.0-48.0 %) | 39.4 (14.0-48.0 %) | 21.2 (14.0-48.0 %) |
| Monocytes Automated | 6.8 (4.0-13.0 %) | 5.9 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 2.6 (1.0-8.0 %) | 3.8 (1.0-8.0 %) | 1.5 (1.0-8.0 %) |
| Basophils Automated | 0.9 (0.0-1.5 %) | 1.0 (0.0-1.5 %) | 0.8 (0.0-1.5 %) |

### Comprehensive Metabolic Panel (CMP)(P-CMP)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| Sodium | 140 (135-145 mEq/L) | 140 (135-145 mEq/L) | 139 (134-145 mEq/L) |
| Potassium | 4.7 (3.5-5.3 mEq/L) | 4.3 (3.5-5.3 mEq/L) | 3.8 (3.4-5.4 mEq/L) |

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Chloride | 102 (97-108 mEq/L) | 102 (97-108 mEq/L) | 97 (97-109 mEq/L) |
| CO2 | 24 (22-32 mEq/L) | 27 (22-32 mEq/L) | 27 (22-32 mEq/L) |
| Glucose | **102 H** (65-99 mg/dL) | **103 H** (65-99 mg/dL) | **116 H** (65-99 mg/dL) |
| BUN | 14 (6-20 mg/dL) | 7 (6-20 mg/dL) | 17 (5-26 mg/dL) |
| Creatinine | 0.88 (0.50-1.00 mg/dL) | 0.89 (0.50-1.00 mg/dL) | 1.0 (0.5-1.5 mg/dL) |
| Calcium | 9.6 (8.6-10.4 mg/dL) | 9.9 (8.6-10.3 mg/dL) | 10.1 (8.5-10.3 mg/dL) |
| Protein | 7.3 (6.0-8.3 g/dL) | 7.0 (6.0-8.3 g/dL) | 7.7 (6.1-8.3 g/dL) |
| Albumin | 4.8 (3.5-5.3 g/dL) | 4.6 (3.5-5.3 g/dL) | 4.9 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 62 (35-121 IU/L) | 48 (35-121 IU/L) | 78 (38-126 IU/L) |
| ALT (SGPT) | 20 (<5-47 IU/L) | 26 (<5-47 IU/L) | 37 (7-52 IU/L) |
| AST (SGOT) | 14 (<5-40 IU/L) | 25 (<5-40 IU/L) | 21 (13-39 IU/L) |
| Bilirubin, Total | 0.6 (<0.2-1.2 mg/dL) | 0.4 (<0.2-1.2 mg/dL) | 0.4 (0.2-1.5 mg/dL) |
| A/G Ratio | 1.9 (1.1-2.5 mg/dL) | 1.9 (1.1-2.5 mg/dL) | 1.8 (1.1-2.5 mg/dL) |
| GFR/Black | 87 (>59 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) |
| GFR/White | 75 (>59 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) | **58 L (>60 mL/min/1.73m2)** |

### Creatine Kinase(P-CPK)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 |
| Result Date | 07/26/2019 | 04/27/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Creatine Kinase | 56 (20-180 u/L) | 104 (20-180 u/L) |

### Hemoglobin A1C(P-HA1C)

| COLLECTION DATE | 07/25/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Hemoglobin A1C | 5.5 (<5.7 %) | **6.3 H (<5.7 %)** |

### Vitamin D 25-Hydroxy(P-VD25H)

| COLLECTION DATE | 07/25/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Vitamin D 25-Hydroxy | 38.6 (30.0-100.0 ng/mL) | **11.6 L (30.0-100.0 ng/mL)** |

### Lipid Panel with Cardiovascular Risk(P-LIPCVD)

| COLLECTION DATE | 07/25/2019 |
|---|---|
| Order Date | 07/25/2019 |
| Result Date | 07/26/2019 |
| Ordering Physician | CRUMP, CHARLES |
| LDL Cholesterol Calculation | 51 (<131 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) |
| Cholesterol / HDL Ratio | 2.59 (0.00-4.44 Ratio) |
| Cholesterol | 153 (<200 mg/dL) |

| COLLECTION DATE | 07/25/2019 |
|---|---|
| HDL Cholesterol | 59 (>39 mg/dL) |
| Non-HDL Cholesterol | 94 (<130 mg/dL) |
| Triglycerides | 215 H (<150 mg/dL) |

**Lipid Panel(P-LIPID)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Cholesterol / HDL Ratio | 2.43 (0.00-4.44 Ratio) | 6.60 H (0.00-4.44 Ratio) |
| Cholesterol | 119 (<201 mg/dL) | 330 H (75-200 mg/dL) |
| HDL Cholesterol | 49 (>39 mg/dL) | 50 (>39 mg/dL) |
| LDL Cholesterol (Calculation) | 42 (<130 mg/dL) | SEE COMMENT (<130 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) | SEE COMMENT (<3.3 Ratio) |
| Non-HDL Cholesterol | 70 (<130 mg/dL) | 280 H (<130 mg/dL) |
| Triglycerides | 139 (<150 mg/dL) | 978 H (<150 mg/dL) |

**Thyroid Peroxidase Antibody(P-ATA)**

| COLLECTION DATE | 03/13/2019 |
|---|---|
| Order Date | 03/13/2019 |
| Result Date | 03/14/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Thyroid Peroxidase Antibody | 16 (<9-34 U/mL) |

**Thyroglobulin Antibody(P-ATHYG)**

| COLLECTION DATE | 03/13/2019 |
|---|---|
| Order Date | 03/13/2019 |
| Result Date | 03/14/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Thyroglobulin Antibody | 33.0 (<10-115.0 IU/mL) |

**Vitamin B12(P-B12)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Vitamin B12 | 943 H (180-914 pg/mL) |

**LDL Cholesterol, Direct(P-LDL)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| LDL Cholesterol, Direct | 102 H (0-99 mg/dL) |

**Urinalysis (UA) with Microscopy Automated(P-UA)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Appearance | CLEAR (CLEAR ) |
| Urine Bilirubin | NEGATIVE (NEGATIVE ) |
| Urine Blood | NEGATIVE (NEGATIVE ) |
| Urine Color | YELLOW (YELLOW ) |
| Urine Glucose | NEGATIVE (NEGATIVE ) |
| Urine Ketones | NEGATIVE (NEGATIVE ) |
| Urine Leukocytes Esterase | **1+ A** **(NEGATIVE )** |
| Urine Nitrites | NEGATIVE (NEGATIVE ) |
| Urine pH | 7.5 (5.0-9.0 ) |
| Urine Protein | NEGATIVE (NEGATIVE ) |
| Urine Specific Gravity | 1.007 (1.005-1.030 ) |
| Urine Type | Clean Catch |
| Urine Urobilinogen | 0.2 (0.2-1.0 E.U./dL) |

**Urinalysis, Microscopic only(P-UMIC)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Bacteria | NONE SEEN (NONE SEEN /HPF) |
| Urine Casts | 0-2 Hyaline (0-2 Hyaline /LPF) |
| Urine Epithelial Cells | 0-2 (0-2 /HPF) |
| Urine RBC | 0-2 (0-2 /HPF) |
| Urine WBC | 0-2 (0-2 /HPF) |

Shaw, Kimberly D, F,

# Exhibit

# 2

Lincoln/ Shaw 1802

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 07/10/2017 01:30PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : SEDGWICK, JACQUELINE<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 07/10/2017 01:34 pm | **Wt:** | 204 lbs 07/10/2017 01:38 pm | **BMI:** | 30.1 07/10/2017 01:38 pm |
| **BP:** | 118/64 sitting L arm 07/10/2017 01:39 pm | **Pulse:** | 82 bpm regular 07/10/2017 01:38 pm | **O2Sat:** | 96% Room Air at Rest 07/10/2017 01:38 pm |
| **RR:** | 16 07/10/2017 01:39 pm | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**XOLAIR**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |

| | | |
|---|---|---|
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 07/02/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

norco 3-325
turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 05/19/2017)

Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

The patient underwent a split study which showed severe obstructive sleep apnea and a therapeutic pressure of 10 cm. H2O pressure

She has been using her CPAP all night, every night

She feels that fatigue is less . She has chronic pain and is on Norco

There have been no problems with the mask, CPAP pressure, humidifier or machine

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. The patient arises around 730 AM

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab. Past medical, social and family history reviewed and unchanged from the note of 5-19-17

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

She has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

The CPAP compliance report was reviewed in detail, including all graphs and tables.

COMPLIANCE RPT 07/10/2017 USED 29/30 NIGHTS ; AVERAGE USED: 06 HRS AND 34 MINS PER NIGHT, APNEA HYPOPNEA INDEX: 2.6 COMPLIANCE: 83.3%

## ROS

Patient reports **weight gain (4lbs)**. She reports **dry mouth** but reports no sore throat. She reports **shortness of breath** but reports no cough; **Shehas asthma**. She reports no chest pain and no palpitations.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of** (**1**).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab..

There is excellent compliance and clinical response with CPAP.

She has met CPAP compliance requirement

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Various aspects of use and compliance with CPAP were reviewed with the patient.

Iron will be continued.

Return in 3 months

**1. Obstructive sleep apnea of adult**
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 08/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 09/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 10/05/2017 at 02:00 AM
- Helena P. Norris, NP for FOLLOWUP at SANTA CRUZ OFFICE on 10/13/2017 at 11:30 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 11/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 12/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 01/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 02/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 03/05/2018 at 02:00 AM

Encounter Sign-Off

Encounter signed-off by Helena P. Norris, NP, 07/10/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 07/10/2017 at 1:59pm

**Encounter Date: 06/05/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 06/05/2017 08:30AM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

PAP set up

Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911,**

**Fax (831) 425-2074**

Vitals

None recorded.

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 05/31/2017)
**XOLAIR**

Medications

Medications not reviewed (last reviewed 05/31/2017)

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet** Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet** Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule** Take by oral route. | 05/19/17 | entered |

norco 3-325
turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Procedure Documentation

**PAP SET UP:**
Cpap set up. Patient is an RT for Dominican Pulmonary Rehab. Patient was set up with a Respironics Dream Station Auto at a pressure of 10 cmh2o Cflex+3 and modem. Per tech notes, patient used a xs AirFlt P10 for her split night. Mask options reviewed. She didnt remember being shown any other type of mask. She was interested in the AirFit N20 and the dream wear. She was fit with a small AirFIt N20 and a small dream wear with a med frame. She preferred the AirFit N20. She was instructed on the safe use and cleaning of the equipment as well as the frequency to replace the supplies. Heated tube is at 3. Humidity is at 3. She will adjsut as neeed. Patient was given the DME packet and informed of the mask program. DME contract signed. Compliance and auto resupply forms discussed. Patient signed up for resupply. Information entered into EA. Patient has a follow up appointment scheduled. He was encouraged to call with any questions or mask issues. Lisa MacDonald, RCP.

## Assessment / Plan

**1. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM

Encounter Sign-Off

Encounter signed-off by Lisa MacDonald, 06/05/2017.

Encounter performed and documented by DAY_TECH_LISA
Encounter reviewed & signed by DAY_TECH_LISA on 06/05/2017 at 9:17am

**Encounter Date: 05/31/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/31/2017 03:00PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 05/31/2017 03:02 pm | **Wt:** | 200 lbs 05/31/2017 03:09 pm | **BMI:** | 29.5 05/31/2017 03:09 pm |
| **BP:** | 122/72 sitting L arm 05/31/2017 03:06 pm | **Pulse:** | 70 bpm regular 05/31/2017 03:06 pm | **O2Sat:** | 98% Room Air at Rest 05/31/2017 03:07 pm |
| **RR:** | 14 05/31/2017 03:07 pm | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**XOLAIR**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |

| | | |
|---|---|---|
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

norco 3-325
turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)

Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin.
She has a history of anemia

has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

## ROS

Patient reports **snoring and dry mouth** but reports no sore throat. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports no significant weight gain. She reports no chest

pain, no shortness of breath when walking, no shortness of breath when lying down, and no palpitations.

Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of** (**1**).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

**3. Fatigue**
R53.83: Other fatigue

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD

Pressure (cm H2O): 10 cm. H2O pressure
- SLEEP APNEA: CARE INSTRUCTIONS
- CPAP PROTOCOL

Return to Office
- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

Encounter Sign-Off

Encounter signed-off by Aaron B. Morse, MD, 05/31/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Aaron B. Morse, MD on 05/31/2017 at 3:25pm

**Encounter Date: 05/20/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/20/2017 08:45PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |

**Provider** AARON B. MORSE, MD

**Insurance** Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)
Insurance # : XDM667A24343
Policy/Group # : 174023HCA1
PCP : BANNAN, BARBARA JEAN
Referring Provider Name : SEDGWICK, JACQUELINE
Prescription: check now

## Chief Complaint

PSG Split test

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals

None recorded.

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 05/19/2017)
**XOLAIR**

## Medications

Medications not reviewed (last reviewed 05/19/2017)

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |

| | | |
|---|---|---|
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 05/19/2017)

Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

GYN History

(not configured)

Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

Screening

None recorded.

HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

ROS

**ROS as noted in the HPI**

Physical Exam

None recorded.

Procedure Documentation

**PSG Tech Report v2:**
**General**
Technician Name: Matthew K. Minugh, RPSGT

Lab: SC
Bed: 1

Study Performed PSG-Split Night

PSG- DX

Lights Out (Epoch/Time) Epoch: 154/ 10:44 pm
Lights On (Epoch/Time) Epoch: 487/ 1:30 am

Lights Out (Epoch/Time) Epoch: 503/ 1:39 am
Lights On (Epoch/Time) Epoch: 1010/ 5:52 am

**Medications**
What medications/dosage, if any, were taken prior to the study? Please see medications list, only sleep aid taken at sleep center.
Did the patient take any sleep aid?

If, Yes, Which One: Patient took 5mg Zolpidem.

**Snoring**
Identify snoring volume supine (scale 1 mild to 10 severe): 4
Identify snoring volume non-supine (scale 1 mild to 10 severe): 6
If either Snorting, Gasping, Wheezing or Stridor were present, identify Epoch and position: Snorting occurred in supine and lateral positions.

**PLMS**
Were periodic limb movements present? If Yes, when did it occur?:No Occurred, position/EPOCH? N/A.
Did these limb jerk appear to promote arousal? No

**Respiratory Distrubance Index (RDI)**
Estimated Respiratory Disturbance Index (RDI) : Uncalculated.
Identify the type of events observed (OSA, CSA, OSH, RERAs) and when (position): Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions.

**Oxygen Saturation**
Estimated low saturation: 87%
Was the oxygen saturation apnea related? Yes.
Was the patient placed on oxygen? No. If Yes, what was the reason & LPM (Epoch/Time) N/A.

**Electrocardiogram**
Identify EKG events or NSR and provide example epoch(s): NSR

**Treatment Component**
Was a CPAP Trial done? Yes.
Did the patient have a mask fitting prior to tonight's study? No.
-How did that mask work out for the patient? N/A.
Was the mask the patient's own? No.
What was the make, style, size? ResMed Airfit P10 nasal pillow mask with XS cushion.
Was the CPAP Trial successful? Yes. If No, please document N/A.
Was humidification used? Yes. If Yes at what temperature/setting?: 2-3
Was a chin strap applied? No. Type & Size? N/A.

List the pressure, time, epoch of application:

Mode - CPAP
CPAP Comfort Time
4.0 cm H2O C-Flex+ (3) 1:37 AM
5.0 cm H2O C-Flex+ (3) 1:52 AM
6.0 cm H2O C-Flex+ (3) 2:10 AM
7.0 cm H2O C-Flex+ (3) 2:41 AM
8.0 cm H2O C-Flex+ (3) 3:03 AM
9.0 cm H2O C-Flex+ (3) 3:48 AM
10.0 cm H2O C-Flex+ (3) 3:54 AM
11.0 cm H2O C-Flex+ (3) 4:06 AM
12.0 cm H2O C-Flex+ (3) 4:24 AM
13.0 cm H2O C-Flex+ (3) 4:38 AM
14.0 cm H2O C-Flex+ (3) 4:50 AM

Final Therapy Settings:

Mode: CPAP
CPAP: 14.0 cm H2O
Press. Test Pulse: Off
Comfort: C-Flex+ (3)

Was Bilevel implemented? No. If Yes, explain the reason: N/A.
Was the optimal pressure achieved? Yes

Final Pressure: 14cm H2O
Recommended Pressure: 14cm H2O
Expiratory Pressure Relief: C-Flex 3
Was REM Rebound Present? No.
Was Delta Rebound Present? No.

**Quality Assurance**
Chart Notes/special Needs
-Recording Tech : No issues/ Complete.

Hook Up/Recording
-Recording Tech : No issues/ Complete.

Paper Work/Tagging Patient Information Study
-Recording Tech : No issues/ Complete.

Recording/Technical
-Recording Tech : No issues/ Complete.

Titration/O2 Administration
-Recording Tech : No issues/ Complete.

**General Information and Observations**
General:

When running Titration studies: Please ask the patient if they would like to use the mask worn during the study when setup with PAP or if they would prefer a mask fitting appointment?

Observations: Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions. SPO2 nadir of 87% was related to respiratory events. NSR noted. No PLM's noted. Patient appeared to meet criteria for a split night study. Patient tried on a Respironics Wisp nasal mask with s/m cushion and a ResMed Airfit P10 nasal pillow mask with XS cushion, patient chose the nasal pillows. Patient was started on a CPAP pressure of 4cm H2O and titrated to a pressure of 14cm H2O which appeared to eliminate most respiratory events. Patient developed a mouth leak during her last session of REM and would most likely benefit from use of a chinstrap, but time ran out to apply one. Patient appeared to tolerate mask, pressure and testing procedure well.

Assessment / Plan

None recorded.
Return to Office

- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

Encounter Sign-Off

Encounter signed-off by Julie Pitman, 05/22/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Julie Pitman, RPSGT, CCSH, RST on 05/22/2017 at 8:36am

**Encounter Date: 05/19/2017 (Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm Last amended by Helena P. Norris, NP on 05/19/2017 at 12:04pm)**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/19/2017 09:15AM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 05/19/2017 09:32 am | **Wt:** | 200.5 lbs 05/19/2017 09:32 am | **BMI:** | 29.6 05/19/2017 09:32 am |
| **BP:** | 110/74 sitting L arm 05/19/2017 09:37 am | **Pulse:** | 65 bpm regular 05/19/2017 09:37 am | **O2Sat:** | 98% Room Air at Rest 05/19/2017 09:37 am |
| **RR:** | 16 05/19/2017 09:37 am | | | | |

## Measurements

| | |
|---|---|
| **NC:** | 14.25 in 05/19/2017 12:38 pm |

## Allergies

Reviewed Allergies
**XOLAIR**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |

| | | |
|---|---|---|
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

Problems

Reviewed Problems

Family History

Reviewed Family History

Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y

Surgical History

Reviewed Surgical History
- Rhinoplasty
- Tonsillectomy

GYN History

(not configured)

Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

Screening

None recorded.

HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

ROS

Patient reports **weight gain (20lbs)**. She reports **snoring and dry mouth** but reports no sore throat and no teeth problems. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports **headache and restless legs** but reports no headaches. She reports **depression and restless sleep** but reports no alcohol abuse. She reports **fatigue**. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and heartburn. She reports (normal) changes in urinary habits: urinary frequency: more than twice at night (nocturia). She reports no swelling in the extremities. She reports no runny nose, no sinus pressure, and no frequent sneezing.

Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: active and alert and normal affect. Insight: good judgement.

**Head:** Head: normocephalic and atraumatic.

**HEENT:** Nose: no lesions on external nose, sinus tenderness, or nasal discharge and **deviated septum** and **nasal obstruction**. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates, **recessive chin** and **Mallampati score of** (**3**), and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck supple, trachea midline, and no masses. Thyroid no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck Vessels No carotid bruits. Extremities no edema.

**Abdomen:** Inspection and Palpation: soft, non-distended, no tenderness, and bowel sounds.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Extremities: no cyanosis or varicosities. Gait And Stance normal gait.

**Neurologic:** Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor. Sensation normal to light touch.

**Eyes:** Pupils PERRLA. Lids aand Conjunctivae no discharge or pallor and non-injected.

## Assessment / Plan

The patient's history and clinical presentation are consistent with obstructive sleep apnea. She has excessive daytime sleepiness and fatigue

A sleep study will be ordered. If sleep apnea is present, all therapeutic options will be discussed.

.She has nightly symptoms of restless legs syndrome. A serum ferritin will be obtained as a low serum ferritin may be associated with restless leg syndrome. Treatment with iron may result in improvement of symptoms. She takes Gabapentin TID

The risks associated with driving or operating machinery while sleepy were discussed with the patient, who understands and agrees to take measures to eliminate these risks.

Thank you for your consultation request. We will be happy to follow the patient with you as necessary.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified
- SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM
- zolpidem 5 mg tablet - Take 1 tablet before bedtime Dispensed. Dispense Qty: 1 tablet(s)

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS
- FERRITIN

**3. Fatigue**
R53.83: Other fatigue

### Return to Office

- NIGHT TESTING SCHEDULE for ATTENDED DX at SANTA CRUZ OFFICE on 05/20/2017 at 08:45 PM
- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

## Amendment Sign-Off

Encounter signed-off by Helena P. Norris, NP, 05/19/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 05/19/2017 at 11:48am
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:04pm

# Imaging Results

**Sleep Health MD DME**
1665 Dominican Way #222
Santa Cruz, CA 95065

**SHAW, KIMBERLY**
Device: DreamStation Auto CPAP (500X110) (J180382314EF3 V1.1.1.2860)
**Details Report**

**Patient:**
**SHAW, KIMBERLY**

Patient ID: 38558

Home Phone:
Date of Birth:
Age: 50
Mask:

**Sleep Doctor:**
**Morse, Aaron B Dr.**
1665 Dominican Way
#222
Santa Cruz, CA 95065

Group/Practice: Sleep Health MD
Phone: 831-465-0586
Fax: 831-476-5292
E-Mail Address:

**PCP:**

Phone:

**Clinician:**
**MacDonald, Lisa**

**Compliance Information** 6/10/2017 - 7/9/2017

C-Flex+

**Hours of Usage**



Patient ID: 38558 **SHAW, KIMBERLY**

**Patterns of Use**



Patient ID: 38558 **SHAW, KIMBERLY**

## Pressure (cmH2O)




CPAP
10.0

## Percent of Night in Periodic Breathing (PB)




Average % of Night in Periodic Breathing
0.1%

## Clear Airway And Obstructed Airway Apnea Indices




Average CA Index
0.6

Average OA Index
1.1

## Hypopnea And RERA Indices




Average Hypopnea Index
0.9

Average RERA Index
0.3

Average AHI
2.6

## Flow Limitation And Vibratory Snore Indices




Average FL Index
0.0

Average VS Index
2.9



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

**Percent of Night in Large Leak (LL)**




Average % Night in Large Leak
0.0%

Average Large Leak
4 secs.

**Device Humidification Settings**



Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/4/2017 6:20 AM - 7/4/2017 7:51 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 2.7 |
| OA: | 1.3 |
| H: | 0.0 |
| FL: | 0.0 |
| VS: | 0.7 |
| RE: | 0.0 |
| **AHI:** | **4.0** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/4/2017 8:50 PM - 7/5/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB
CA: 0.2
OA: 0.0
H: 0.5
FL: 0.0
VS: 0.5
RE: 0.5
**AHI: 0.7**

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit Breathing not detected Large Leak (LL) Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/5/2017 2:35 PM - 7/6/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.2 % of Night in PB
CA: 0.7
OA: 2.6
H: 0.8
FL: 0.0
VS: 5.1
RE: 0.1
**AHI: 4.1**

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/6/2017 11:16 PM - 7/7/2017 6:20 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices

0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.9 |
| OA: | 0.9 |
| H: | 1.7 |
| FL: | 0.0 |
| VS: | 1.4 |
| RE: | 0.0 |
| **AHI:** | **3.5** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.2



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/7/2017 9:38 PM - 7/8/2017 5:21 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices

0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 1.2 |
| H: | 0.9 |
| FL: | 0.0 |
| VS: | 0.9 |
| RE: | 0.1 |
| **AHI:** | **2.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
31.0



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/8/2017 9:00 PM - 7/9/2017 6:49 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 0.1 |
| H: | 0.4 |
| FL: | 0.0 |
| VS: | 0.6 |
| RE: | 0.3 |
| **AHI:** | **1.1** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit Breathing not detected Large Leak (LL) Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.4

Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/9/2017 11:00 PM - 7/10/2017 5:52 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.0 |
| OA: | 1.5 |
| H: | 0.7 |
| FL: | 0.0 |
| VS: | 1.0 |
| RE: | 0.3 |
| **AHI:** | **2.2** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Compliance Summary

| | |
|---|---|
| Date Range | 6/10/2017 - 7/9/2017 (30 days) |
| Days with Device Usage | 29 days |
| Days without Device Usage | 1 day |
| Percent Days with Device Usage | 96.7% |
| Cumulative Usage | 8 days 5 hrs. 13 mins. 17 secs. |
| Maximum Usage (1 Day) | 10 hrs. 41 mins. 30 secs. |
| Average Usage (All Days) | 6 hrs. 34 mins. 26 secs. |
| Average Usage (Days Used) | 6 hrs. 48 mins. 2 secs. |
| Minimum Usage (1 Day) | 13 mins. 59 secs. |
| Percent of Days with Usage >= 4 Hours | 83.3% |
| Percent of Days with Usage < 4 Hours | 16.7% |
| Total Blower Time | 8 days 7 hrs. 31 mins. 25 secs. |

## Sleep Therapy Statistics

| | |
|---|---|
| Average Time in Large Leak Per Day | 4 secs. |
| Average AHI | 2.6 |
| CPAP | 10.0 cmH2O |

Device Settings as of 7/9/2017

**Device Mode** CPAP - C-Flex+

Device Settings

| **Parameter** | **Value** |
|---|---|
| Auto-Trial | Off |
| **CPAP Pressure** | 10 cmH2O |
| **C-Flex+ Setting** | 3 |
| Auto Off | Off |
| Auto On | On |
| View Optional Screens | On |
| Ramp Type | Linear |
| Ramp Time | 45 minutes |
| Ramp Start Pressure | 4.0 cmH2O |
| Mask Resistance | Off |
| Mask Resistance Lock | Off |
| Tubing Type | 15 HT |
| Tubing Type Lock | Off |
| EZ-Start | Disabled |
| Tube Temperature | 3 |
| Humidifier | 3 |
| Humidification Mode on Heated Tube Disconnect | Adaptive |

**Sleep Health MD DME**
1665 Dominican Way #222
Santa Cruz, CA 95065

**SHAW, KIMBERLY**
Device: DreamStation Auto CPAP (500X110) (J180382314EF3 V1.1.1.2860)

**Details Report**

**Patient:**
**SHAW, KIMBERLY**

Patient ID: 38558

Home Phone:
Date of Birth:
Age: 50
Mask:

**Sleep Doctor:**
**Morse, Aaron B Dr.**
1665 Dominican Way
#222
Santa Cruz, CA 95065

Group/Practice: Sleep Health MD
Phone: 831-465-0586
Fax: 831-476-5292
E-Mail Address:

**PCP:**

Phone:

**Clinician:**
**MacDonald, Lisa**

**Compliance Information** 6/10/2017 - 7/9/2017

C-Flex+

**Hours of Usage**



Patient ID: 38558

**SHAW, KIMBERLY**

**Patterns of Use**



Patient ID: 38558 **SHAW, KIMBERLY**

**Pressure (cmH2O)**




CPAP
10.0

**Percent of Night in Periodic Breathing (PB)**




Average % of Night in Periodic Breathing
0.1%

**Clear Airway And Obstructed Airway Apnea Indices**




Average CA Index
0.6

Average OA Index
1.1

**Hypopnea And RERA Indices**




Average Hypopnea Index
0.9

Average RERA Index
0.3

Average AHI
2.6

**Flow Limitation And Vibratory Snore Indices**




Average FL Index
0.0

Average VS Index
2.9

Patient ID: 38558 **SHAW, KIMBERLY**

**Percent of Night in Large Leak (LL)**




Average % Night in Large Leak
0.0%

Average Large Leak
4 secs.

**Device Humidification Settings**



Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/4/2017 6:20 AM - 7/4/2017 7:51 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 2.7 |
| OA: | 1.3 |
| H: | 0.0 |
| FL: | 0.0 |
| VS: | 0.7 |
| RE: | 0.0 |
| **AHI:** | **4.0** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit   Breathing not detected   Large Leak (LL)   Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/4/2017 8:50 PM - 7/5/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.2 |
| OA: | 0.0 |
| H: | 0.5 |
| FL: | 0.0 |
| VS: | 0.5 |
| RE: | 0.5 |
| **AHI:** | **0.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

RESPIRONICS Printed By: 7/10/2017 EncoreAnywhere - version: 2.35.2.0 Page 6 of 12

This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 2,
Page 37 of 60

**Lincoln/ Shaw 1839**

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/5/2017 2:35 PM - 7/6/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.2 % of Night in PB
CA: 0.7
OA: 2.6
H: 0.8
FL: 0.0
VS: 5.1
RE: 0.1
**AHI: 4.1**

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/6/2017 11:16 PM - 7/7/2017 6:20 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.9 |
| OA: | 0.9 |
| H: | 1.7 |
| FL: | 0.0 |
| VS: | 1.4 |
| RE: | 0.0 |
| **AHI:** | **3.5** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.2

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/7/2017 9:38 PM - 7/8/2017 5:21 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 1.2 |
| H: | 0.9 |
| FL: | 0.0 |
| VS: | 0.9 |
| RE: | 0.1 |
| **AHI:** | **2.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
31.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/8/2017 9:00 PM - 7/9/2017 6:49 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 0.1 |
| H: | 0.4 |
| FL: | 0.0 |
| VS: | 0.6 |
| RE: | 0.3 |
| **AHI:** | **1.1** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.4



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/9/2017 11:00 PM - 7/10/2017 5:52 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices

0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.0 |
| OA: | 1.5 |
| H: | 0.7 |
| FL: | 0.0 |
| VS: | 1.0 |
| RE: | 0.3 |
| **AHI:** | **2.2** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

## Compliance Summary

| | |
|---|---|
| Date Range | 6/10/2017 - 7/9/2017 (30 days) |
| Days with Device Usage | 29 days |
| Days without Device Usage | 1 day |
| Percent Days with Device Usage | 96.7% |
| Cumulative Usage | 8 days 5 hrs. 13 mins. 17 secs. |
| Maximum Usage (1 Day) | 10 hrs. 41 mins. 30 secs. |
| Average Usage (All Days) | 6 hrs. 34 mins. 26 secs. |
| Average Usage (Days Used) | 6 hrs. 48 mins. 2 secs. |
| Minimum Usage (1 Day) | 13 mins. 59 secs. |
| Percent of Days with Usage >= 4 Hours | 83.3% |
| Percent of Days with Usage < 4 Hours | 16.7% |
| Total Blower Time | 8 days 7 hrs. 31 mins. 25 secs. |

## Sleep Therapy Statistics

| | |
|---|---|
| Average Time in Large Leak Per Day | 4 secs. |
| Average AHI | 2.6 |
| CPAP | 10.0 cmH2O |

Device Settings as of 7/9/2017

**Device Mode** CPAP - C-Flex+

Device Settings

| Parameter | Value |
|---|---|
| Auto-Trial | Off |
| **CPAP Pressure** | 10 cmH2O |
| **C-Flex+ Setting** | 3 |
| Auto Off | Off |
| Auto On | On |
| View Optional Screens | On |
| Ramp Type | Linear |
| Ramp Time | 45 minutes |
| Ramp Start Pressure | 4.0 cmH2O |
| Mask Resistance | Off |
| Mask Resistance Lock | Off |
| Tubing Type | 15 HT |
| Tubing Type Lock | Off |
| EZ-Start | Disabled |
| Tube Temperature | 3 |
| Humidifier | 3 |
| Humidification Mode on Heated Tube Disconnect | Adaptive |

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** **Gender: F** **Athena ID: 38558**

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The **Pre-treatment** portion is the diagnostic part of the study and the **Treatment** portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**
An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3.scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**

**DOB:** **Gender: F** **Athena ID: 38558**

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

## TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA) , respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** **Gender: F** **Athena ID: 38558**

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

## SPLIT NIGHT REPORT

**Patient Name :** Shaw, Kimberly
**Hospital # :**
**Study Date :** 5/20/2017
**SSC/SIN :**
**Gender :** F
**D.O.B. :**
**Age :** 50 years
**Height :** 69.0
**Weight :** 200.0
**B.M.I. :** 29.5

**Project :** Split Night

**Referring Physician :** Jacqueline Sedgwick, MD
**Sleep Specialist :** Aaron Morse, MD, FCCP

**Study Indications :**
**Physical Findings :**

**Medications :** Montelukast Tramadol Valacyclovir Clotrimazole Duloxetine Gabapentin Trazodone Zolpidem 5 mg sample Zyrtec Zantac

**Recording Technologist Matthew Minugh, RPSGT**

**Scoring Technologist Lindsey May, RPSGT, RST**

Sleep onset was greatly delayed. During the dx portion, OH, RERA and few OA noted. Respiratory events were greatly improved with CPAP. Few REM related CA noted at the final pressure. PLM with associated arousals and awakenings noted during both portions of the study. EKG revealed NSR.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

# SPLIT NIGHT REPORT

## Pre-Treatment Analysis

**Lights Out:** 10:44:37 PM
**Lights On:** 1:41:01 AM

**# REM Episodes:** 0
**# of Awakenings*:** 3

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| Total Recording Time (TRT): | 176.4 | | | 100% |
| Total Sleep Time (TST): | 96.0 | 100% | | |
| Total Stage N1: | 6.5 | 6.8 | 03-09% | 3.7 |
| Total Stage N2: | 84.5 | 88.0 | 47-67% | 47.9 |
| Total Stage N3: | 5.0 | 5.2 | 03-21% | 2.8 |
| Total Stage R: | 0.0 | 0.0 | 20-29% | 0.0 |
| Total Movement Time: | 0.0 | | | |
| Total Wake Time: | 80.4 | | | |
| WASO: | 11.7 | | | |
| Wake Time During SPT: | 2.0 | | | |
| Latency to Sleep Onset: | 68.7 | | | |
| Latency to REM Sleep: | | | | |
| Latency to Persistent Sleep: | 3.0 | | | |
| Sleep Efficiency: | 54.4% | | | |
| Sleep Maintenance: | 98.0% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| Sleep Time (min): | 96.0 | 0.0 | 57.90 | 38.1 | 96.0 |
| Obstructive Apnea: | 2 | | 1.00 | 1 | 2 |
| Mixed Apnea: | 0 | | 0.00 | 0 | 0 |
| Central Apnea: | 0 | | 0.00 | 0 | 0 |
| All Apneas: | 2 | | 1.00 | 1 | 2 |
| Hypopneas: | 71 | | 37.00 | 35 | 72 |
| Apneas+Hypopneas: | 73 | | 38.00 | 36 | 74 |
| Apneas+Hypop+RERAs: | 82 | | 45.00 | 38 | 83 |
| RERA: | 9 | | 7.00 | 2 | 9 |
| Apnea Index: | 1.3 | | 0.63 | 1.6 | 1.3 |
| Hypopnea Index: | 44.4 | | 23.13 | 55.1 | 45.0 |
| A/H Index: | 45.6 | | 23.75 | 56.7 | **46.3** |
| RDI: | 51.3 | | 28.13 | 59.8 | **51.9** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 2,
Page 48 of 60

**Lincoln/ Shaw 1850**

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 14.3 | 0.0 | 14.3 |
| Max Dur (sec) | 0.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.5 | 0.0 | 16.5 |
| Max Dur (sec) | 0.0 | 25.0 | 0.0 | 25.0 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 44.4 | 71 |
| Non-REM Events: | 44.4 | 71 |
| REM Events: | 0.0 | 0 |

* ***Respiratory Arousals** = Apnea Arousals + Hypopnea Arousals + RERA's.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly    Study Date: 5/20/2017

# SPLIT NIGHT REPORT
## Pre-Treatment Analysis

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 85 | 53.1 |
| Leg movements meeting PLM criteria | 78 | 48.8 |
| Leg movements NOT meeting PLM criteria | 7 | 4.4 |
| Leg movements with arousal meeting PLM criteria | 1 | 0.6 |
| Leg movements without arousal meeting PLM criteria | 77 | 48.1 |

**SPONTANEOUS EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 7.5 | 12 |
| Non-REM Events: | 7.5 | 12 |
| REM Events: | 0.0 | 0 |

** **EEG Arousals** not associated with Respiratory or PLMs activity.*

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 94 | | 95 | 94 |
| Min. SpO2%: | - | - | - | 85 | 85 |
| SpO2% <=89% (min): | 0.8 | 0.5 | 0.0 | 1.3 | 0.50 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 73.40 | 95.50 | 0.00 | 168.90 | 95.50 |
| 80 – 89% (min): | 0.50 | 0.50 | 0.00 | 1.00 | 0.50 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| < 50% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| % Artifact / Bad Data: | 6.1 | 0.0 | 0.0 | 6.1 | 0.00 |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <60 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <70 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <75 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <80 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <85 | 0.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.3 |
| <90 | 0.9 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.4 | 0.8 |
| <95 | 6.3 | 3.6 | 0.0 | 0.0 | 56.7 | 32.1 | 63.0 | 35.7 |
| <89 | 0.8 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.3 | 0.7 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| 0 | | | | | | | | | | | | | |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY. SUITE 222 • SANTA CRUZ. CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly                                                  Study Date: 5/20/2017

# SPLIT NIGHT REPORT
## Treatment Analysis

**Lights Out:** 1:41:01 AM
**Lights On:** 5:52:31 AM

**# REM Episodes:** 4
**# of Awakenings*:** 9

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| **Total Recording Time (TRT):** | 251.5 | | | 100% |
| **Total Sleep Time (TST):** | 225.7 | 100% | | |
| **Total Stage N1:** | 21.0 | 9.3 | 03-09% | 8.3 |
| **Total Stage N2:** | 119.5 | 52.9 | 47-67% | 47.5 |
| **Total Stage N3:** | 19.5 | 8.6 | 03-21% | 7.8 |
| **Total Stage R:** | 65.7 | 29.1 | 20-29% | 26.1 |
| **Total Movement Time:** | 0.0 | | | |
| **Total Wake Time:** | 25.8 | | | |
| **WASO:** | 17.5 | | | |
| **Wake Time During SPT:** | 7.2 | | | |
| **Latency to Sleep Onset:** | 8.3 | | | |
| **Latency to REM Sleep:** | 86.5 | | | |
| **Latency to Persistent Sleep:** | 0.5 | | | |
| **Sleep Efficiency:** | 89.7% | | | |
| **Sleep Maintenance:** | 92.8% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| **Sleep Time (min):** | 160.0 | 65.7 | 163.20 | 62.5 | 225.7 |
| **Obstructive Apnea:** | 1 | 0 | 1.00 | 0 | 1 |
| **Mixed Apnea:** | 0 | 0 | 0.00 | 0 | 0 |
| **Central Apnea:** | 0 | 3 | 3.00 | 0 | 3 |
| **All Apneas:** | 1 | 3 | 4.00 | 0 | 4 |
| **Hypopneas:** | 22 | 1 | 17.00 | 6 | 23 |
| **Apneas+Hypopneas:** | 23 | 4 | 21.00 | 6 | 27 |
| **Apneas+Hypop+RERAs:** | 44 | 5 | 37.00 | 12 | 49 |
| **RERA:** | 21 | 1 | 16.00 | 6 | 22 |
| **Apnea Index:** | 0.4 | 2.7 | 1.06 | 0.0 | 1.1 |
| **Hypopnea Index:** | 8.3 | 0.9 | 4.52 | 5.8 | 6.1 |
| **A/H Index:** | 8.6 | 3.7 | 5.58 | 5.8 | **7.2** |
| **RDI:** | 16.5 | 4.6 | 9.84 | 11.5 | **13.0** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 12.7 | 16.0 | 0.0 | 13.5 |
| Max Dur (sec) | 16.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.6 | 0.0 | 16.6 |
| Max Dur (sec) | 0.0 | 20.5 | 0.0 | 20.5 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 21.5 | 81 |
| Non-REM Events: | 26.3 | 70 |
| REM Events: | 5.5 | 6 |

* ***Respiratory Arousals*** *= Apnea Arousals + Hypopnea Arousals + RERA's.*

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 33 | 8.8 |
| Leg movements meeting PLM criteria | 32 | 8.5 |
| Leg movements NOT meeting PLM criteria | 1 | 0.3 |
| Leg movements with arousal meeting PLM criteria | 3 | 0.8 |
| Leg movements without arousal meeting PLM criteria | 29 | 7.7 |

**Spontaneous EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 34 | 9.0 |
| Non-REM Events: | 9.4 | 25 |
| REM Events: | 4.6 | 5 |

* ***EEG Arousals*** *not associated with Respiratory or PLMs activity.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 96 | 96 | 96 | 96.00 |
| Min. SpO2%: | - | - | - | 93 | 93 |
| SpO2% <=89% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 24.60 | 160.00 | 65.70 | 250.30 | 225.70 |
| 80 – 89% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| < 50% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| % Artifact / Bad Data: | 1.2 | 0.0 | 0.0 | 1.2 | 0.00 |

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <60 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <70 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <75 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <80 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <85 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <90 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <95 | 1.1 | 0.4 | 0.0 | 0.0 | 4.3 | 1.7 | 5.4 | 2.1 |
| <89 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY. SUITE 222 • SANTA CRUZ. CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

### Treatment Analysis

TITRATION (CPAP & Bi-Level) Analysis

| IPAP | EPAP | TIB | REM | NREM | Apneas | | | | Hypopneas | | RERAs | | All | | | Arsl | Min | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (min) | (min) | (min) | CA# | OA# | MA# | Index | # | Index | # | Index | AHI | Resp | RDI | Index | SpO2 | SpO2 |
| 4 | 4 | 2.8 | 0.0 | 2.8 | 0 | 0 | 0 | 0.0 | 2 | 42.9 | 0 | 0.0 | 42.9 | 2 | 42.9 | 42.9 | 93 | 95 |
| 5 | 5 | 18.2 | 0.0 | 18.2 | 0 | 0 | 0 | 0.0 | 1 | 3.3 | 5 | 16.5 | 3.3 | 6 | 19.8 | 36.3 | 94 | 95 |
| 6 | 6 | 30.4 | 0.0 | 28.4 | 0 | 0 | 0 | 0.0 | 5 | 10.6 | 1 | 2.1 | 10.6 | 6 | 12.7 | 14.8 | 94 | 95 |
| 7 | 7 | 21.4 | 0.0 | 21.4 | 0 | 1 | 0 | 2.8 | 0 | 0.0 | 1 | 2.8 | 2.8 | 2 | 5.6 | 8.4 | 95 | 96 |
| 8 | 8 | 44.4 | 20.0 | 12.4 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 7 | 13.0 | 0.0 | 7 | 13.0 | 25.9 | 95 | 96 |
| 9 | 9 | 5.9 | 0.0 | 5.9 | 0 | 0 | 0 | 0.0 | 5 | 50.8 | 0 | 0.0 | 50.8 | 5 | 50.8 | 50.8 | 93 | 97 |
| 10 | 10 | 11.6 | 0.0 | 11.6 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 2 | 10.3 | 0.0 | 2 | 10.3 | 20.7 | 93 | 97 |
| 11 | 11 | 17.5 | 0.0 | 16.5 | 0 | 0 | 0 | 0.0 | 4 | 14.5 | 5 | 18.2 | 14.5 | 9 | 32.7 | 50.9 | 96 | 97 |
| 12 | 12 | 14.1 | 0.0 | 14.1 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 4.3 | 96 | 97 |
| 13 | 13 | 12.4 | 0.0 | 11.4 | 0 | 0 | 0 | 0.0 | 5 | 26.3 | 1 | 5.3 | 26.3 | 6 | 31.6 | 47.4 | 95 | 96 |
| 14 | 14 | 61.3 | 45.7 | 14.1 | 3 | 0 | 0 | 3.0 | 1 | 1.0 | 0 | 0.0 | 4.0 | 4 | 4.0 | 10.0 | 95 | 97 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| 0 | | | | | | | | | | | | | |

AARON B. MORSE, M.D., FCCP
DIRECTOR
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

All Night Hypnogram






## Denied Medications

**EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector**

**Zantac 150 mg tablet**
Take 1 tablet twice a day by oral route.

**gabapentin 300 mg capsule**

**Spiriva Respimat 1.25 mcg/actuation solution for inhalation**

**duloxetine 60 mg capsule,delayed release**

**fluconazole 100 mg tablet**

**azithromycin 250 mg tablet**

**clotrimazole 10 mg troche**

**Advair Diskus 500 mcg-50 mcg/dose powder for inhalation**

**tramadol 50 mg tablet**

**montelukast 10 mg tablet**

**azithromycin 500 mg tablet**

**prednisone 1 mg tablet**

**lorazepam 1 mg tablet**

**fluoxetine 20 mg capsule**

**duloxetine 30 mg capsule,delayed release**

**Zyrtec 10 mg capsule**
Take by oral route.

**Ventolin HFA 90 mcg/actuation aerosol inhaler**

**hydrocodone 7.5 mg-acetaminophen 325 mg tablet**

**valacyclovir 1 gram tablet**

**albuterol sulfate 1.25 mg/3 mL solution for nebulization**

**hydrocodone 5 mg-acetaminophen 325 mg tablet**

**zolpidem 5 mg tablet**
Take 1 tablet before bedtime

**clarithromycin 500 mg tablet**

**Advair Diskus 250 mcg-50 mcg/dose powder for inhalation**

**trazodone 50 mg tablet**

**levofloxacin 500 mg tablet**

**prednisone 20 mg tablet**

**tizanidine 4 mg tablet**

**metronidazole 0.75 % topical cream**

**acyclovir 5 % topical ointment**
APPLY A SMALL AMOUNT TID UTD

**prednisone 5 mg tablet**

**amoxicillin 500 mg capsule**

**lorazepam 0.5 mg tablet**

**Qvar 80 mcg/actuation Metered Aerosol oral inhaler**

**Durable Medical Equipment Order**

Order Date: 05/31/2017

| Prescriber | Supplier |
|---|---|
| AARON B. MORSE, MD NPI 1093784027<br>SANTA CRUZ OFFICE<br>1665 DOMINICAN WAY SUITE 222A<br>SANTA CRUZ, CA 95065-1580<br>Phone: (844)387-5337<br>Fax: (866) 264-3890 | AARON B MORSE MD<br>1665 DOMINICAN WAY STE 222A<br>SANTA CRUZ, CA 95065<br>Phone: (831) 465-0586<br>Fax: (831) 476-5292 |

**Patient Information**

| | |
|---|---|
| Patient Name | SHAW, KIMBERLY |
| Sex - DOB - Age | F 52yo |
| Address | 2666 |
| Phone | H:<br>M: |
| Primary Insurance | DIGNITY HEALTH MEDICAL NETWORK SERVICES-SANTA CRUZ - BCBS-CA BLUE CROSS OF CALIFORNIA (HMO)<br>ID: XDM667A24343<br>Group: 174023HCA1<br>Policy Holder: SHAW, KIMBERLY |
| Secondary Insurance | {{ >None recorded. |

**DME Order Information (Letter Of Medical Necessity)**

| | |
|---|---|
| Applicable Diagnoses | • Hypersomnia<br>ICD-10: G47.10: Hypersomnia, unspecified<br>• Restless legs<br>ICD-10: G25.81: Restless legs syndrome<br>• Fatigue<br>ICD-10: R53.83: Other fatigue<br>• Obstructive sleep apnea syndrome<br>ICD-10: G47.33: Obstructive sleep apnea (adult) (pediatric) |
| Supply | CPAP MACHINE LON=99<br>Length of Use: 99<br>Pressure (cm H2O): 10 cm. H2O pressure |
| Quantity | 1 |

| | | | | | |
|---|---|---|---|---|---|
| ☑ | A4604 | TUBING WITH HEATING ELEMENT 1/3 Mo | ☑ | A7027 | COMBINATION ORAL/NASAL MASK 1/3 Mo |
| ☑ | A7028 | REPL ORAL CUSHION COMBO MASK 2/1 Mo | ☑ | A7029 | REPL NASAL PILLOW COMB MASK 2/1 Mo |

| | | | | | |
|---|---|---|---|---|---|
| ☑ | A7030 | FULL FACE MASK USED WITH PAP 1/3 Mo | ☑ | A7031 | REPLACEMENT FACEMASK INTERFA 1/1 Mo |
| ☑ | A7032 | REPLACEMENT NASAL CUSHION 2/1 Mo | ☑ | A7033 | REPLACEMENT NASAL PILLOWS 2/1Mo |
| ☑ | A7034 | NASAL APPLICATION DEVICE 1/3 Mo | ☑ | A7035 | POS AIRWAY PRESS HEADGEAR 1/6 Mo |
| ☑ | A7036 | POS AIRWAY PRESS CHINSTRAP 1/6 Mo | ☑ | A7037 | POS AIRWAY PRESSURE TUBING 1/3 Mo |
| ☑ | A7038 | POS AIRWAY PRESSURE FILTER 2/1 Mo | ☑ | A7039 | FILTER NON DISPOSABLE W PAP 1/6 Mo |
| ☑ | E0601 | CONT AIRWAY PRESSURE DEVICE | ☑ | A7046 | WATER CHAMBER, HUMIDIFIER, PHP 1/6 Mo |
| | | | ☑ | E0562 | HEATED HUMIDIFIER USED W PAP |

| | |
|---|---|
| SIG | |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | |

Electronically Signed by: AARON B. MORSE, MD



Electronically ordered/documented by: AARON B. MORSE, MD

12/16/2019 01:38 PM

Prescription is void if more than one (1) prescription is written per blank.

**Durable Medical Equipment Order**

Order Date: 05/23/2017

| Prescriber | Supplier |
|---|---|
| AARON B. MORSE, MD NPI 1093784027<br>WATSONVILLE- OFFICE<br>150 CARNATION DRIVE SUITE 4<br>FREEDOM, CA 95019-3132<br>Phone: (844)387-5337<br>Fax: (866) 264-3890 | AARON B MORSE MD<br>1665 DOMINICAN WAY STE 222A<br>SANTA CRUZ, CA 95065<br>Phone: (831) 465-0586<br>Fax: (831) 476-5292 |

**Patient Information**

| | |
|---|---|
| Patient Name | SHAW, KIMBERLY |
| Sex - DOB - Age | F 52yo |
| Address | 2666 |
| Phone | H:<br>M: |
| Primary Insurance | DIGNITY HEALTH MEDICAL NETWORK SERVICES-SANTA CRUZ - BCBS-CA BLUE CROSS OF CALIFORNIA (HMO)<br>ID: XDM667A24343<br>Group: 174023HCA1<br>Policy Holder: SHAW, KIMBERLY |
| Secondary Insurance | {{ >None recorded. |

**DME Order Information (Letter Of Medical Necessity)**

| | |
|---|---|
| Applicable Diagnoses | Obstructive sleep apnea syndrome<br>ICD-10: G47.33: Obstructive sleep apnea (adult) (pediatric) |
| Supply | CPAP MACHINE LON=99<br>Length of Use: 99<br>Pressure (cm H2O): 10 |
| Quantity | 1 |

| | | | | | |
|---|---|---|---|---|---|
| ☑ | A4604 | TUBING WITH HEATING ELEMENT 1/3 Mo | ☑ | A7027 | COMBINATION ORAL/NASAL MASK 1/3 Mo |
| ☑ | A7028 | REPL ORAL CUSHION COMBO MASK 2/1 Mo | ☑ | A7029 | REPL NASAL PILLOW COMB MASK 2/1 Mo |
| ☑ | A7030 | FULL FACE MASK USED WITH PAP 1/3 Mo | ☑ | A7031 | REPLACEMENT FACEMASK INTERFA 1/1 Mo |
| ☑ | A7032 | REPLACEMENT NASAL CUSHION 2/1 Mo | ☑ | A7033 | REPLACEMENT NASAL PILLOWS 2/1Mo |
| ☑ | A7034 | NASAL APPLICATION DEVICE 1/3 Mo | ☑ | A7035 | POS AIRWAY PRESS HEADGEAR 1/6 Mo |
| ☑ | A7036 | POS AIRWAY PRESS CHINSTRAP 1/6 Mo | ☑ | A7037 | POS AIRWAY PRESSURE TUBING 1/3 Mo |
| ☑ | A7038 | POS AIRWAY PRESSURE FILTER 2/1 Mo | ☑ | A7039 | FILTER NON DISPOSABLE W PAP 1/6 Mo |
| ☑ | E0601 | CONT AIRWAY PRESSURE DEVICE | ☑ | A7046 | WATER CHAMBER, HUMIDIFIER, PHP 1/6 Mo |
| | | | ☑ | E0562 | HEATED HUMIDIFIER USED W PAP |

| | |
|---|---|
| SIG | *STAT ORDER* EMERGENCY SPLIT* DREAMSTATION AUTO CPAP W/HEATED HUMIDIFIER DSX500T11 AND MODEM. DO NOT SUBSTITUTE. MASK:Airfit P10 with XS cushion, FILTERS, HEATED TUBING, WATER CHAMBER, CHIN STRAP. LINK ALL PATIENTS TO ENCORE ANYWHERE, SELECT DR. MORSE OR DR. MASRI AS SLEEP DOCTOR. |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | *STAT ORDER* EMERGENCY SPLIT* Mask: Airfit P10 with XS cushion |

Electronically Signed by: AARON B. MORSE, MD



Electronically ordered/documented by: AARON B. MORSE, MD

12/16/2019 01:38 PM

Prescription is void if more than one (1) prescription is written per blank.

# Exhibit

# 3

**Lincoln/ Shaw 1863**

## MEDICAL OPINION FORM (physical)

FAXED 12-12-19 T.B.

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Fibromyalgia + osteoarthritis causes joint and muscle pain and fatigue

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/(min) at one time

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/(min) at one time

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ____ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ____ No ✓

If yes, for approximately how many hours? ____

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

Yes ✓ No ____ If yes, how much rest? 15-20 hours/(minutes) for every 1-2 (hrs)/minutes of work

7 Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

Yes ✓ No ____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

Yes ✓ No ____

9. How severe is the pain reasonably suffered by the patient?

Extreme ____ Severe ____ Moderately Severe ✓ Moderate ____ Mild ____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

Yes ✓ No ____

If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

____ several hours 3 or more days a week
✓ daily for several hours a day
____ other: ____

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being,** more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ____

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. 8-10

[signature]
Physician's Signature

Date 12/18/19

W. David Craig
Print Physician's Name

1035 Executive Dr.
Physician's Address

Hixson, TN. 37343

# Exhibit

# 4

**Lincoln/ Shaw 1867**

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

PATIENT: Kimberly Shaw
DATE OF BIRTH:
DATE OF VISIT: 8/5/2019
VISIT TYPE: Office Visit
DOCUMENT TYPE: Chart Note

## History of Present Illness

1. Fibromyalgia
   The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, fatigue, headache, muscle stiffness and muscle tenderness. The patient does not present with lymphadenopathy. The symptoms are aggravated by lack of sleep and stress. Associated symptoms include generalized weakness.

HPI DETAILS: Recently discovered to be hyperthyroid increased Synthroid and feeling much better.
Still has pain in muscles and joints.
No joint swelling.
Other complaints are about the same.

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/12/2018.

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | // | | | Y |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | // | | | Y |
| Spiriva with HandiHaler 18 mcg and inhalation capsules | inhale 1 capsule by inhalation route every bedtime | // | | | Y |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | // | | | Y |
| Zyrtec 10 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| Probiotic 10 billion cell capsule | | // | | | Y |

| | | | | | |
|---|---|---|---|---|---|
| B Complex 1 tablet | take 1 Tablet by Oral route once | // | | | Y |
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | 08/05/2019 | | N |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | 11/27/2018 | 08/05/2019 | 08/05/2019 | N |
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 11/27/2018 | 08/05/2019 | 08/05/2019 | N |
| Synthroid 50 mcg tablet | take 1 tablet by oral route every day | // | 08/05/2019 | 08/05/2019 | Y |
| Crestor 10 mg tablet | take 1 tablet by oral route every day | // | 08/05/2019 | 08/05/2019 | Y |
| Vitamin D3 5,000 unit tablet | take 2 (10,000unit) by Oral route once | // | | | Y |
| Omega-3 Fish Oil 300 mg-1,000 mg capsule | | // | | | Y |
| Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension | inhale 2 spray by intranasal route every day in each nostril | // | | | Y |
| CYMBALTA 60 MG CAPSULE | TAKE ONE CAPSULE BY MOUTH DAILY | 07/11/2019 | | 07/11/2019 | N |
| gabapentin 600 mg tablet | take 1 Tablet by oral route 3 times every day | 07/22/2019 | | 07/22/2019 | N |
| CoQ-10 30 mg capsule | | // | | | Y |
| Vitamin D3 5,000 unit tablet | take 2( 10,000) by Oral route 5 TIMES WEEKLY | // | | | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

## Family History

Reviewed, no changes. Last detailed document: 06/12/2018.

## Social History

Tobacco use reviewed.
Reviewed, no changes. Last detailed document date: 08/22/2018.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Generalized weakness. |
| ENMT | Negative | Mouth sores and Nasal drainage. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Negative | Known TB exposure. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations, Leg swelling and Raynaud's. |
| GI | Negative | Black tarry stools, Blood in stool, Difficulty swallowing saliva, Heartburn and Vomiting. |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |

| | | |
|---|---|---|
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Memory impairment, Numbness in extremity. |
| Neuro | Negative | Seizures. |
| Psych | Positive | Emotional changes. |
| Integumentary | Negative | Hair loss and Rash. |
| MS | Positive | Arthralgias, Joint pain, Joint stiffness, Joint swelling, Muscle stiffness, Musculoskeletal tenderness, Neck pain. |
| Hema/Lymph | Positive | Easy bruising. |
| Hema/Lymph | Negative | Lymphadenopathy. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:21 PM | 123/77 | 74 | | | 5.0 | 8.00 | 172.72 | 205.00 | 92.986 | 31.17 | 2.11 | |

## Disease Activity Measures

Patient Global: 6.0
MD Global: 3.5
Pain Score: 7.0
Fatigue Score: 7.0
RAPID 3: 16.7

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | Marked tenderness bilateral thighs both anteriorly posteriorly and laterally.<br>No pain on range of motion the hips.<br>Mild crepitations of both knees but no effusions and no increased pain on ROM. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. |
| Musculoskeletal | Normal | Elbows - No tenderness, swelling, effusion, or limitation to range of motion. |

| | | |
|---|---|---|
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders *(this encounter)*

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Fibromyalgia (M79.7). |
| 2. | Assessment | Primary generalized (osteo)arthritis (M15.0). |
| 3. | Assessment | Pain in unspecified joint (M25.50). |
| 4. | Assessment | Other fatigue (R53.83). |
| 5. | Assessment | Asthma (J45.909). |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |
| 7. | Assessment | Myalgia, unspecified site (M79.10). |
| 8. | Assessment | Body mass index (BMI) 31.0-31.9, adult (Z68.31). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |

PLAN DETAILS:
Inc Synthroid and feels better
CPK normal on Crestor and cholesterol is much better.
FM stable on Zanaflex to 4mg QID, Cymbalta 60 and Gaba 600TID
OA in hands
Start OptiFLex
Dr Crump will continue to write her pain meds.
She has long term disability approved through Prudential and now SSI.
Exercises as tolerated
See in 6 months.

## Pain Management Plan

Pain Scale: 7/10.
Method: Numeric Pain Intensity Scale.

## Fall Risk Plan

The patient has not fallen in the last year.

## Medications

PRESCRIBED TODAY:

| Medication | Directions |
|---|---|
| Synthroid 75 mcg tablet | take 1 tablet by oral route every day |
| tizanidine 4 mg tablet | take 1 by oral route four times daily |
| Crestor 5 mg tablet | take 1 tablet by oral route every day |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed |

RENEWED TODAY:

| Medication | Instructions | Renewed |
|---|---|---|
| Crestor 5 mg tablet | take 1 tablet by oral route every day | 08/05/2019 |
| Synthroid 75 mcg tablet | take 1 tablet by oral route every day | 08/05/2019 |
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 08/05/2019 |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | 08/05/2019 |

DISCONTINUED TODAY:

| Medication | Instructions | Started | Stopped |
|---|---|---|---|
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | 08/05/2019 |

## Orders:

INSTRUCTION(S)/EDUCATION:

| Assessment | Instruction |
|---|---|
| Z68.31 | Giving encouragement to exercise |

*Provider:*
CRAIG, WILLIAM DAVID 08/05/2019 4:03 PM

Electronically signed by WILLIAM D. CRAIG DO on 08/07/2019 07:58 AM

Jul 31, 2019 14:03 PM

Shaw, Kimberly D. F.

831-609-5145

# CUMULATIVE REPORT

## CBC With Platelet And Differential(P-CBCWD)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| WBC | 8.6 (3.8-11.5 K/uL) | 6.8 (3.8-11.5 K/uL) | 17.4 H (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.68 (3.80-5.30 M/mm3) | 4.69 (3.80-5.30 M/mm3) | 5.20 (3.80-5.30 M/mm3) |
| Hemoglobin (Hgb) | 14.4 (11.5-15.5 gm/dL) | 14.2 (12.0-16.0 gm/dL) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 43.6 (36.2-46.4 %) | 42.4 (36.4-48.2 %) | 47.3 (37.4-48.3 %) |
| MCV | 93.2 (79.0-99.0 fL) | 91.0 (79.0-99.0 fL) | 91.0 (81.0-102.0 fL) |
| MCH | 30.8 (26.9-35.0 pg) | 30.5 (26.9-33.0 pg) | 30.2 (26.0-35.0 pg) |
| MCHC | 33.0 (30.8-34.8 g/dL) | 33.5 (30.8-34.5 g/dL) | 33.2 (30.4-35.5 g/dL) |
| Platelet Count | 324 (137-397 K/cumm) | 313 (137-397 K/cumm) | 494 H (137-397 K/cumm) |
| Neutrophils Automated | 56.1 (41.0-77.0 %) | 49.0 (41.0-77.0 %) | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 33.4 (14.0-48.0 %) | 39.4 (14.0-48.0 %) | 21.3 (14.0-48.0 %) |
| Monocytes Automated | 6.8 (4.0-13.0 %) | 5.0 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 2.6 (1.0-8.0 %) | 5.8 (1.0-8.0 %) | 1.8 (1.0-8.0 %) |
| Basophils Automated | 0.9 (0.0-1.6 %) | 1.0 (0.0-1.6 %) | 0.9 (0.0-1.6 %) |

Blood Count Good

## Comprehensive Metabolic Panel (CMP)(P-CMP)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| Sodium | 140 (135-145 mEq/L) | 140 (135-145 mEq/L) | 139 (134-145 mEq/L) |
| Potassium | 4.7 (3.5-5.3 mEq/L) | 4.3 (3.5-5.3 mEq/L) | 3.8 (3.4-5.4 mEq/L) |
| Chloride | 102 (97-108 mEq/L) | 102 (97-108 mEq/L) | 97 (97-109 mEq/L) |
| CO2 | 34 (22-32 mEq/L) | 27 (22-32 mEq/L) | 27 (22-32 mEq/L) |
| Glucose | 102 H (65-99 mg/dL) | 103 H (65-99 mg/dL) | 118 H (65-99 mg/dL) |
| BUN | 14 (6-20 mg/dL) | 7 (6-20 mg/dL) | 17 (5-26 mg/dL) |
| Creatinine | 0.66 (0.50-1.00 mg/dL) | 0.69 (0.60-1.00 mg/dL) | 1.0 (0.5-1.5 mg/dL) |
| Calcium | 9.6 (8.6-10.4 mg/dL) | 9.9 (8.6-10.3 mg/dL) | 10.1 (8.5-10.5 mg/dL) |
| Protein | 7.2 (6.0-8.3 g/dL) | 7.0 (6.0-8.3 g/dL) | 7.7 (6.1-8.3 g/dL) |
| Albumin | 4.3 (3.5-5.3 g/dL) | 4.3 (3.5-5.3 g/dL) | 4.9 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 62 (35-121 IU/L) | 45 (35-121 IU/L) | 78 (38-120 IU/L) |
| ALT (SGPT) | 20 (<5-47 IU/L) | 29 (<5-47 IU/L) | 37 (7-52 IU/L) |
| AST (SGOT) | 14 (<5-40 IU/L) | 25 (<5-40 IU/L) | 21 (13-39 IU/L) |

Sugar OK - goal 71 5 100

Liver Enzymes Good

Shaw, Kimberly D. F. 8/30/1967

Name: Shaw, Kimberly DOB: Date:

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 4,
Page 6 of 8

Lincoln/ Shaw 1873

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Bilirubin, Total | 0.8 (<0.2-1.2 mg/dL) | 0.4 (<0.2-1.2 mg/dL) | 0.4 (0.3-1.6 mg/dL) |
| A/G Ratio | 1.8 (1.1-2.5 mg/dL) | 1.9 (1.1-2.5 mg/dL) | 1.6 (1.1-2.5 mg/dL) |
| GFR/Black | 87 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) |
| GFR/White | 75 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) | 58 L (>60 mL/min/1.73m2) |

## Creatine Kinase(P-CPK)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 |
| Result Date | 07/26/2019 | 04/27/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Creatine Kinase | 88 (20-180 U/L) | 104 (20-180 U/L) |

## Thyroxine Free (free T4)(P-FT4)

Thyroid

Can Be Increased

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| Thyroxine Free (free T4) | 1.06 (0.89-1.76 ng/dL) | 1.16 (0.89-1.76 ng/dL) | 0.53 L (0.58-1.64 ng/dL) |

## Hemoglobin A1C(P-HA1C)

Sugar Avg Good

| COLLECTION DATE | 07/25/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Hemoglobin A1C | 5.5 (<5.7 %) | 6.3 H (<5.7 %) |

## TSH(P-TSH)

| COLLECTION DATE | 07/25/2019 | 04/26/2019 | 01/31/2019 |
|---|---|---|---|
| Order Date | 07/25/2019 | 04/26/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES | CRUMP, CHARLES |
| TSH | 1.64 (0.27-4.20 mU/L) | 1.30 (0.27-4.20 mU/L) | 12.06 H (0.34-5.60 mU/L) |

## Vitamin D 25-Hydroxy(P-VD25H)

Much Better!

| COLLECTION DATE | 07/25/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 07/25/2019 | 01/31/2019 |
| Result Date | 07/26/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Vitamin D 25-Hydroxy | 35.6 (30.0-100.0 ng/mL) | 11.8 L (30.0-100.0 ng/mL) |

## Lipid Panel with Cardiovascular Risk(P-LIPCVD)

| COLLECTION DATE | 07/25/2019 |
|---|---|
| Order Date | 07/25/2019 |
| Result Date | 07/26/2019 |
| Ordering Physician | CRUMP, CHARLES |
| LDL Cholesterol Calculation | 51 (<131 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) |
| Cholesterol / HDL Ratio | 2.63 ([illegible] Ratio) |
| Cholesterol | 133 (<200 mg/dL) |

Wow!

Great!

Shaw, Kimberly D, [illegible]

| | | |
|---|---|---|
| COLLECTION DATE | | 07/25/2019 |
| HDL Cholesterol | | 88<br>(>39 mg/dL) |
| Non-HDL Cholesterol | | 64<br>(<100 mg/dL) |
| Triglycerides | | 215 H<br>(<150 mg/dL) |

OK

## Lipid Panel(P-LIPID)

| | | |
|---|---|---|
| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Cholesterol / HDL Ratio | 2.43<br>(0.00-4.44 Ratio) | 6.80 H<br>(0.00-4.44 Ratio) |
| Cholesterol | 119<br>(<201 mg/dL) | 330 H<br>(75-200 mg/dL) |
| HDL Cholesterol | 49<br>(>39 mg/dL) | 50<br>(>39 mg/dL) |
| LDL Cholesterol (Calculation) | 42<br>(<130 mg/dL) | SEE COMMENT<br>(<130 mg/dL) |
| LDL/HDL Ratio | 0.9<br>(<3.3 Ratio) | SEE COMMENT<br>(<3.3 Ratio) |
| Non-HDL Cholesterol | 70<br>(<130 mg/dL) | 280 H<br>(<130 mg/dL) |
| Triglycerides | 139<br>(<150 mg/dL) | 978 H<br>(<150 mg/dL) |

## Thyroid Peroxidase Antibody(P-ATA)

| | | |
|---|---|---|
| COLLECTION DATE | | 03/13/2019 |
| Order Date | | 03/13/2019 |
| Result Date | | 03/14/2019 |
| Ordering Physician | | CRUMP, CHARLES |
| Thyroid Peroxidase Antibody | | 16<br>(<9-34 U/mL) |

## Thyroglobulin Antibody(P-ATHYG)

| | | |
|---|---|---|
| COLLECTION DATE | | 03/13/2019 |
| Order Date | | 03/13/2019 |
| Result Date | | 03/14/2019 |
| Ordering Physician | | CRUMP, CHARLES |
| Thyroglobulin Antibody | | 35.0<br>(<10-115.0 IU/mL) |

## Vitamin B12(P-B12)

| | | |
|---|---|---|
| COLLECTION DATE | | 01/31/2019 |
| Order Date | | 01/31/2019 |
| Result Date | | 02/01/2019 |
| Ordering Physician | | CRUMP, CHARLES |
| Vitamin B12 | | 945 H<br>(180-914 pg/mL) |

## LDL Cholesterol, Direct(P-LDL)

| | | |
|---|---|---|
| COLLECTION DATE | | 01/31/2019 |
| Order Date | | 01/31/2019 |
| Result Date | | 02/01/2019 |
| Ordering Physician | | CRUMP, CHARLES |
| LDL Cholesterol, Direct | | 102 H<br>(<99 mg/dL) |

## Urinalysis (UA) with Microscopy Automated(P-UA)

| | | |
|---|---|---|
| COLLECTION DATE | | 01/31/2019 |
| Order Date | | 01/31/2019 |

Shaw, Kimberly D, r [illegible]

Name: Shaw, Kimberly DOB: Date:

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 4,
Page 8 of 8

Lincoln/ Shaw 1875

# Exhibit

# 5

**Lincoln/ Shaw 1876**

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 52 years **Gender:** F

05/23/2017

---

05/23/17 : 03:15pm
NEURO CONSULT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 05/23/17

Dear: Dr. JACQUELINE SEDGWICK

## HISTORY OF PRESENT ILLNESS

The patient is here for neurological consultation. The patient is a 50-year-old female with past medical history of asthma. The patient is here for evaluation of chronic pain and muscle weakness. The patient reports that she was admitted at Dominican for status asthmaticus in January 2016 and had been on steroids for several months after that. In November 2016, she was trying to get weaned off the steroids and she started having muscle pains. She was presumed to have some steroid myopathy; however, no formal testing was done. The pain started after that where she would have sharp shooting pain in her feet, both calves, and also in upper extremities. The pain has been off and on, getting worse. She feels increased stiffness, muscle achiness, and fatigue. She denies any headaches, any double vision, or any lateralizing type of weakness. She has been taking tramadol, which helps her with the pain.

## PAST MEDICAL HISTORY

Significant for asthma.

## MEDICATIONS

She is currently on gabapentin, Cymbalta, Singulair, and Zyrtec.

## SOCIAL HISTORY

Works as a respiratory therapist.

**Review of Systems**:
Constitutional: fatigue
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Neurological: pain in the foot/feet

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthria.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 52 years **Gender:** F

05/23/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +1 Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, dec vibration and proprioception.

Gait: gait normal

## IMPRESSION
Chronic pain/possible underlying fibromyalgia.

## PLAN
In summary, this is a 50-year-old female with chronic pain for the past several months. On exam, seems to be tender at multiple points and having difficulty moving around secondary to underlying pain. She does not have any focal weakness. She does have decreased vibration sensation in lower extremities. In my opinion, most likely she may have underlying fibromyalgia and chronic fatigue syndrome. However, I will do nerve conduction studies of the lower extremities to evaluate for any underlying neuropathy as well as myopathy. The rest of the plan can be made after that.

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Patient education information given.
Y

**Follow-up**: Per clinical course and NCV studies

With best regards,

PRINCY ARORA M.D

# SIGNED BY PRINCY ARORA, MD (PA) 05/24/2017 09:13AM

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 52 years **Gender:** F

06/27/2017

---

06/27/17 : 03:53pm
FOLLOW UP OFFICE VISIT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 06/27/17

Dear: JACQUELINE SEDGWICK

**FOLLOW UP VISIT**:
The patient is here for followup. The nerve conduction studies are consistent with mild sensory neuropathy. She had an MRI which showed a small disc bulge at L4-5.

Allergies:
XOLAIR

Review of Systems:
General: Well appearing, well nourished in no distress.
Constitutional: negative
Head: negative
Eyes: negative, conjunctiva clear, EOM intact, PERRL
Ears: negative, Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Nose: negative, no external lesions, mucosa non-inflamed, septum and turbinates normal
Mouth: Mucous membranes moist, no mucosal lesions.
Throat: no erythema, exudates or lesions.
Neck: Supple without lymphadenopathy.
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Breast: negative
Neurological: negative
Psychiatric: negative
Hematologic/Lymphatic: negative
Allergic/Immunologic: negative
Heart: RRR, no murmur or gallop. Normal S1, S2. No S3, S4.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Abdomen: Soft, NT/ND, no HSM, no masses

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthia.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 52 years **Gender:** F

06/27/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +2. Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, intact vibration and proprioception.

Gait: gait normal

**IMPRESSION/PLAN:**
Generalized weakness. In my opinion, I think the weakness is not secondary to any underlying sensory neuropathy. My recommendations are to do B12, folate, RPR, serum, and urine protein electrophoresis to evaluate for any underlying neuropathy workup. My other recommendations are to send the patient to Stanford for a second opinion.

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

Patient education information given.
Y

**Follow-up:** STANFORD REFERRAL

**With best regards,**

PRINCY ARORA M.D

\# SIGNED BY PRINCY ARORA, MD (PA) 08/01/2017 03:56PM

6/8/2017

**Pajaro Valley Neurology**
**Medical Assoc.**
**64 Aspen Way Ste. 101**
**Watsonville, CA 95076**
**831-786-1660 Fax 831-786-1663**

**Patient:** SHAW, KIMBERLY **DOB:** **Physician:** Princy Arora, M.D.
**SEX:** Female **Ref. Phys:**DR.SEDGWICK temp.34.2

**Chief Complaint:**
Patient is a 50 year old Female who presents with numbness tingling pain in the bilateral lower extremity .

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 4.92 | <6.0 | 8.53 | >3.0 | 4.38 | Knee-Ankle | 9.06 | 36 | 39.74 | >41.0 |
| Knee | | 13.98 | | 3.02 | | 6.64 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 4.30 | <5.5 | 4.53 | >2.5 | 6.09 | B Fib-Ankle | 7.58 | 35 | 46.17 | >40.0 |
| B Fib | | 11.88 | | 3.44 | | 7.27 | | | | | |
| **Left Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 6.02 | <6.0 | 10.93 | >3.0 | 3.13 | | | | | |
| **Left Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 3.91 | <5.5 | 3.72 | >2.5 | 5.39 | B Fib-Ankle | 7.81 | 33 | 42.25 | >40.0 |
| B Fib | | 11.72 | | 2.43 | | 6.09 | | | | | |

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Right Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.19 | <4.6 | 12.08 | >5.0 | 14 cm-Ant Lat Mall | 2.19 | 14 | 63.93 | |
| **Right Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |
| **Left Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.50 | <4.6 | 8.14 | >5.0 | 14 cm-Ant Lat Mall | 2.50 | 14 | 56.00 | |
| **Left Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (µV) |
|---|---|---|---|---|

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 **p.** 2

**Right Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 34.80 | 0.00 | 34.80 | 0.00 |

**Left Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 35.10 | 0.00 | 35.10 | 0.00 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

### NCV Findings:

the right tibial motor decreased velocity. The right peroneal motor normal latency, normal amplitude and normal velocity. The right sup peron sensory normal latency, normal amplitude and normal velocity. The right sural sensory no response. The left tibial motor increased latency. The left peroneal motor normal latency, normal amplitude and normal velocity. The left sup peron sensory normal latency, normal amplitude and normal velocity. The left sural sensory no response.

### EMG Findings:

Needle exam of the left AntTibialis, the left PostTibiailis, the left VastusMed, the left RectFemoris, the right AntTibialis, the right PostTibiailis and the right VastusMed were unremarkable.

**Impression:Polyneuropathy**

The above electrodiagnostic study reveals evidence of mild sensory peripheral neuropathy of bilateral lower extremities.

Princy Arora M.D.

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 **p.** 3



Patient: SHAW, KIMBERLY Test Date: 6/8/2017 p. 4



**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**MRI/CT/X-rays**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 52 years **Gender:** F

06/26/2017

---

06/26/17 : 09:15am
MRI Lumbar Spine
PA
Status: F

Patient Name:SHAW, KIMBERLY
DOB: Age: 50 Sex: F
Chart#: 109688
Accession Number: 682753
Procedure: MRI Lumbar Spine
Date of Service: Jun 26, 2017
Referring Physician:PRINCY ARORA, MD

South County Imaging
108 Green Valley Rd. #B
Freedom , CA 95019-3110
Phone #: 831-476-7711
Fax #: 831-476-6189

EXAM DATE: 6/26/2017 9:15 AM
PROCEDURE: MRI Lumbar Spine
CLINICAL INDICATION: Low back pain DDD
COMPARISON: None

TECHNIQUE: On a 1.5 Tesla MRI, the following sequences were performed: Sagittal T1, sagittal T2, sagittal STIR, axial proton density stacked and axial T2 images angled to the disc space.

FINDINGS: The vertebral bodies demonstrate normal height and alignment with no fracture and no spondylolisthesis. There is normal marrow signal with no mass or edema. Minimal disc space narrowing is present at the L3-4 level with disc desiccation at this level as well as disc desiccation at the L5-S1. The conus is normal in appearance and ends posterior to the L1-L2 level.
L1-L2: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L2-L3: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L3-L4: Demonstrates minimal disc bulge with no canal stenosis or neuroforaminal narrowing.
L4-L5: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L5-S1: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
The surrounding soft tissues are within normal limits.

IMPRESSION: L3-L4 disc does demonstrate minimal broad-based disc bulge with no significant spinal canal stenosis. Remaining levels are well maintained.

Thank you for referring your patient to us.

Dictated: 6/26/2017 10:11 AM
Electronically Signed by: Kevin McHugh, MD 6/26/2017 10:13 AM
Dictated by:

Performed by: Radiology Medical Group of Santa Cruz County, 1661 Soquel Dr, Santa Cruz, CA 95065

# SIGNED BY PRINCY ARORA, MD (PA) 06/26/2017 11:27AM

# Exhibit

# 6

**Lincoln/ Shaw 1886**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 7259 | **Appt. Date/Time** | 07/31/2017 02:15PM |
| **DOB** | | **Service Dept.** | DR. PATEL, MD |
| **Provider** | MILAN C. PATEL, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>PCP : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

## Chief Complaint

chronic pain

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals

**Wt:** 198 lbs 07/31/2017 02:43 pm
**Ht:** 6 ft 9 in 07/31/2017 03:05 pm
**BP:** 140/80 07/31/2017 03:05 pm
**Pulse:** 68 bpm 07/31/2017 03:05 pm
**BMI:** 21.2 07/31/2017 03:05 pm

## Allergies

Reviewed Allergies
**XOLAIR**: Wheezing (Moderate to severe)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |

| | | |
|---|---|---|
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

## Problems

Reviewed Problems
- Fatigue - Onset: 08/28/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History

Allergic Rhinitis: **Y**
Arthritis: **Y**
Asthma: **Y**
Chronic Pain: **Y**
Depression: **Y**
Facial Pain: **Y**
Headaches: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## ROS

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 6,
Page 3 of 5

**Lincoln/ Shaw 1889**

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:** Auscultation: normal breath sounds.

**Heart:** Rate And Rhythm: RRR. Murmurs: none.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4**, **triceps 1/4**, **brachial radialis 1/4**, **patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:** Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:** Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:** Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## Assessment / Plan

**1. Chronic fatigue syndrome** -

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness** -

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 6,
Page 4 of 5

**Lincoln/ Shaw 1890**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face. Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Encounter performed and documented by Milan C. Patel, MD
Encounter reviewed & signed by Milan C. Patel, MD on 08/28/2017 at 11:41pm

# Exhibit

# 7

**Lincoln/ Shaw 1892**

# nHistory and Physical

**Dominican Medical Group**
**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 30 2016 1:20PM

**Reason For Visit**
Patient presents for annual assessment.

**HPI**
49-year-old G0 P0 with female partner long-term who is here for Pap smear. She states she had a slightly abnormal Pap smear many years ago but just needed some type of cream and then her Pap smear was normal. She's never had a colposcopy or cryosurgery or LEEP. Her periods are somewhat irregular since she was on long-term prednisone for asthma exacerbation. Her asthma is much better she's using Advair 500/50 twice a day and plans to go down to 250/50 one she's finished the current Diskus. She states that her rosacea improved with topical Flagyl but still flares when she exercises or gets flushed. He has achy joints all over her body ever since she tapered off her prednisone including all of her large and small joints bilaterally. She hasn't noticed any joint swelling. He would like to wean off her Prozac she is only taking 20 mg a day. Her mood is been excellent.

**Allergies**
Rec: 30Aug2016. List Reconciled and Reviewed.
No Known Drug Allergies.

**Current Meds**
Rec: 30Aug2016. List Reconciled and Reviewed.
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx.

**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach,

**nHistory and Physical**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 30 2016 1:20PM | WMH MRN: | |

Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Durham, Melisa on August 30,2016 02:27 PM
Height: 69 in, Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 112/75 mm Hg Left Upper Extremity Sitting
HR: 74 b/min ;
Resp: 18 r/min ;
O2 Sat: 98 (%SpO2)
PHQ2 Total: Negative ;
Last Pap: unknown ;
Last Mammogram: Mammo Test Result: Normal ;

**nHistory and Physical**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 30 2016 1:20PM WMH MRN:

Falls Screening: No fall in the past year ;

.

**Physical Exam**

On examination she appeared in good health. Neck: without thyroid enlargement or masses, no significant LAN. Lungs clear. Heart regular rhythm, normal sounds and absence of murmurs, rubs or gallops. Breasts: No dominant masses no axillary or supraclavicular or infraclavicular adenopathy. Abdomen: Nontender, nondistended without evidence of organomegaly, no masses; pelvic exam: EGBUS no lesions, vagina without discharge, cervix without lesions; bimanual exam reveals nontender normal sized uterus no adnexal masses or tenderness no cervical motion tenderness; Extremities no edema

Skin: Erythema of the central and inferior area of the face with some telangiectasias no comedones slight dryness and scale on the chin

Extremities there is no joint deformity or swelling in hands and wrists and knees.

**Assessment**

Asthma, mild intermittent (493.90) (J45.20); Last Impression: Aug 30 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (PrimaryCare/DMF).
Rosacea (695.3) (L71.9); Last Impression: Aug 30 2016 | Has been responding to topical metronidazole | Haubach, Carol M (PrimaryCare/DMF).
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: Aug 30 2016 | Rule out lupus - given facial rash | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: Aug 30 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (PrimaryCare/DMF).
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Orders**

ANA IFA Screen wRfx Titer Only; Requested for: 30 Aug 2016.
CCP Cyclic Citrullinated Peptide Ab IgG; Requested for: 30 Aug 2016.
CRP C-Reactive Protein ( Non High Sensitivity ); Requested for: 30 Aug 2016.
Rheumatoid Factor; Requested for: 30 Aug 2016.
Sedimentation Rate ESR; Requested for: 30 Aug 2016.
UA wMicroscopic No Cult If Ind; Requested for: 30 Aug 2016.
Uric Acid; Requested for: 30 Aug 2016.
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Qty60; R6; Rx.
ThinPrep TIS Pap + HPV mRNA E6/E7; Requested for: 30 Aug 2016.

**Plan**

Return to clinic to 3 months sooner if needed.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 08/30/2016 4:59 PM PST; Author.

Carol M Haubach M.D.

# Soquel Aptos Suite 100

**9515 Soquel Drive, Suite 100**
**Aptos,CA 95003**
**(831) 661-6020**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 52 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** F434E012-542E-4CA4-9087-469
**Ordering Provider:** Haubach,Carol M
**Performing Location:**

**Collected:** 12/28/2016 10:35:00AM
**Resulted:** 12/28/2016 10:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Tobacco Screening**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| SBIRT Screen - Tobacco Screening Result<br>Never a smoker (SNOMED CT: 266919005) | Never a smoker | | | - |

# Soquel Aptos Suite 100

9515 Soquel Drive, Suite 100
Aptos,CA 95003
(831) 661-6020

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 52 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN686508B
**Ordering Provider:** Haubach,Carol M
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3620 NORTHGATE BLVD PATHOLOGY LAB
SACRAMENTO, CA 95834-1619

**Collected:** 8/30/2016 12:00:00AM
**Resulted:** 8/31/2016 2:00:00PM
**Verified By:** Haubach, Carol M
**Auto Verify:** N

**ThinPrep TIS Pap + HPV mRNA E6/E7**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HPV mRNA E6/E7 | Not Detected | | | Not Detected |

This test was performed using the APTIMA HPV Assay (Gen-Probe Inc.).
This assay detects E6/E7 viral messenger RNA (mRNA) from 14 high-risk HPV types (16,18,31,33,35,39,45,51,52,56,58,59,66,68).

| | |
|---|---|
| CLINICAL INFORMATION: | NO ABNLS |
| INTERPRETATION/RESULT: | Negative for intraepithelial lesion or malignancy. |
| LMP: | IRREGULAR |
| PREV. PAP: | ? |
| PREV. BX: | NONE GIVEN |
| SOURCE: | Cervix |
| STATEMENT OF ADEQUACY: | Satisfactory for evaluation. Endocervical/transformation zone component present. |
| COMMENT: | This Pap test has been evaluated with computer assisted technology. |
| CYTOTECHNOLOGIST: | LMP, CT(ASCP) CT Screening Location: 3620 Northgate Blvd. Sacramento, CA 95834 |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex:F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

***Special Chemistry Other***

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| HgbA1C | 5.9 $1 | % | 4.0-6.0 |

**Interpretive Data**
$1: HgbA1C
The presence of hemoglobin variants, such as sickle cell trait (HbAS), may interfere with HbA1c measurements obtained by the methodology used at Dominican Hospital Laboratory. If this patient has a known or suspected hemoglobin variant, a sample may be referred for testing on methodologies not affected by such interferences.

SCAN
MRN# 1137144

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96895874
Date/Time Printed: 7/25/2016 17:41 PDT



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7
Page 6 of 43

**Lincoln/ Shaw 1898**

Case 1:21-cv-00251-DCLC-SKL Document 22-4 Filed 11/01/22 Page 845 of 862 PageID #: 1971

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex: F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

## *CBC*

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| **Procedure** | | **Units** | **Reference Range** |
| WBC | 10.1 | thousand/uL | 5.0-11.0 |
| RBC | 4.94 | million/uL | 4.20-5.40 |
| Hgb | 14.3 | gm/dL | 12.0-16.0 |
| Hct | 42.7 | % | 36.0-48.0 |
| Plt | **410 H** | thousand/uL | 130-400 |
| MCV | 86.6 | fL | 83.0-99.0 |
| MCH | 28.9 | pg | 27.0-32.0 |
| MCHC | 33.4 | gm/dL | 32.0-36.0 |
| RDW | **15.8 H** | % | 11.5-14.5 |
| MPV | 8.1 | fL | 6.0-10.0 |
| ABS Neut | **8.4 H** | thousand/uL | 1.9-8.0 |
| ABS Lymph | 1.3 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.3 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | **82.7 H** | % | 40.0-74.0 |
| Lymph% | **13.1 L** | % | 19.0-48.0 |
| Mono% | **3.1 L** | % | 3.5-9.0 |
| Eos% | 0.4 | % | 0.0-7.0 |

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96901036
Date/Time Printed: 7/25/2016 17:41 PDT

## CBC

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Baso% | 0.7 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | Per 100 WBC | 0.0-1.0 |

## Chemistry General

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Sodium | 141 | mMOL/L | 136-145 |
| Potassium | 4.3 | mMOL/L | 3.4-5.0 |
| Chloride | 106 | mMOL/L | 98-107 |
| CO2 | 23 | mmol/L | 19-27 |
| Glucose Level | 118 [H] | mg/dL | 70-99 |
| BUN | 11.0 | mg/dL | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | >60 [$1] | mL/min/1.73m2 | >=60 |
| Calcium | 9.3 | mg/dL | 8.4-10.2 |
| Protein,Total | 7.20 | gm/dL | 6.40-8.30 |
| Albumin | 4.1 [$2] | gm/dL | 3.5-5.0 |
| Bili Total | 0.3 | mg/dL | 0.2-1.2 |
| ALT | 22 | Units/L | 0-55 |
| AST | 16 | Units/L | 5-34 |
| Alkphos | 62.0 | Units/L | 40.0-150.0 |

**Interpretive Data**

$1: GFR Estimated

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

$2: Albumin

Values are on average approximately 0.3 g/dL higher in ambulatory patients.

## *Special Chemistry Other*

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| FT4 | 0.87 $3 | ng/dL | 0.70-1.48 |
| TSH | 0.72 | uIU/mL | 0.35-4.94 |

**Interpretive Data**

$3: FT4

Performance of this test has not been established with neonatal specimens.

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes

MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Name: **SHAW, KIMBERLY D**
Account: 87666293

Date/Time Printed: 7/25/2016 17:41 PDT
Page 3 of 3

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

## PULMONARY FUNCTION FLOW SHEET

Patient: Shaw Kimberly Birth Date: ______

| Date | Age | Ht. | Wt. | FVC actual | FVC %pred | $FEV_1$ actual | $FEV_1$ %pred | $FEV_1$/FVC% | FEF 25-75% actual | FEF 25-75% %pred | WPF | 02 Sat | BP | eNO | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/16 | 49 | 69 | 208 | 4.49 | 113 | 3.32 | 105 | .74 | 2.40 | 77 | 8.55/130 | 98% | 112/64 | 19 | BB-MD |
| 11/28/16 | 49 | / | 200 | 4.12 | 104 | 3.18 | 100 | .77 | 2.73 | 87 | 9.25/141 | 96% | 115/67 | 21 | (EH) |

SCAN
MRN # 1137144

# ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB Date: 11/14/16

| TREES: | | P/P | ID |
|---|---|---|---|
| 1-1 | Oak (mix) | | |
| 2 | Walnut (mix) | | |
| 3 | Olive | | |
| 4 | Ash | | |
| 5 | Privet | | |
| 6 | Acacia (mix) | | |
| 7 | Mulberry | | |
| 8 | Elm (American) | | |
| 9 | Elm (Fallblooming) | | |
| 10 | Birch | | |
| 2-1 | Alder | 1 | |
| 2 | Cottonwood | 2 | |
| 3 | Willow | | |
| 4 | Maple | | |
| 5 | Box Elder | | |
| 6 | Sycamore | — | |
| 7 | Pepper Tree | | |
| 8 | Pine (mix) | | |
| 9 | Juniper | | |
| 10 | Cedar | | |
| 3-1 | Sweet Gum | | |
| 2 | Eucalyptus | | |

| GRASSES: | | P/P | ID |
|---|---|---|---|
| 3 | Bermuda | | |
| 4 | June (Kentucky) | | |
| 5 | Brome | | |
| 6 | Cultivated Oat | | |
| 7 | Meadow Fescue | | |
| 8 | Red Top | | |
| 9 | Perennial Rye | | |
| 10 | Timothy | | |
| 4-1 | Johnson | | |

| WEEDS: | | P/P | ID |
|---|---|---|---|
| 2 | Sage (mix) | | |
| 3 | Nettle | — | |
| 4 | Mugwort | | |
| 5 | Western Ragweed | | |
| 6 | False Ragweed | — | |
| 7 | Cocklebur | — | |
| 8 | Marshelder | | |
| 9 | Russian Thistle | | |
| 10 | Atriplex (Scale) | | |
| 5-1 | Lamb's Quarters | — | |
| 2 | Pigweed (Redroot) | | |
| 3 | Palmer's Amaranth | — | |
| 4 | Sheep Sorrel | | |
| 5 | Yellow Dock | | |
| 6 | English Plantain | | |
| 7 | Hemp | | |
| 8 | Mustard | | |

| PERENNIALS: | | P/P | ID |
|---|---|---|---|
| 9 | ~~House Dust~~ | | |
| 10 | Dust Mite (f) | | |
| 6-1 | Dust Mite (p) | | |
| 2 | Cat (Hair) | | |
| 3 | Dog | | |
| 4 | Horse | | |
| 5 | Rabbit | | |
| 6 | Guinea Pig | — | |
| 7 | Hamster | | |
| 8 | Cockroach (mix) | | |
| 9 | Control 3 | — | — |
| 10 | Histamine | | |
| 7-1 | Feather (Chicken) | — | |
| 2 | Feather (mix) | — | — |
| 3 | Tobacco | — | |

| MOLDS: | | P/P | ID |
|---|---|---|---|
| 4 | Dematiaceae | — | |
| 5 | Alternaria | — | |
| 6 | Hormodendrum | — | |
| 7 | Helminthosporium | — | |
| 8 | Aspergillus | — | |
| 9 | Aspergillus Fumigatus | — | |
| 10 | Penicillium Mold | — | |
| 8-1 | Curvularia | — | |
| 2 | Candida Albicans | — | |
| 3 | Paecilomyces | — | |
| 4 | Botrytis | — | |
| 5 | Trichophyton | — | |
| 6 | Fusarium | — | |
| 7 | Chaetomium | — | |
| 8 | Phycomycetes | — | |
| 9 | Rhizopus | — | |
| 10 | Mycogone | — | |

| INTRADERMALS: | |
|---|---|
| Tree Mix | |
| Grass Mix | |
| Weed Mix | |
| Mold Mix 2 | — |

BB P/P Applied By BB ID Applied By
BK P/P Read By BB ID Read By

117BL - Rev. 07/12

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 11 of 43

**Lincoln/ Shaw 1903**

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB ____ Date: 1/14/16

| SELECT: | | (P/P) | ID |
|---|---|---|---|
| 1-1 | Milk | — | |
| 2 | Milk (Casein) | — | |
| 3 | Egg White | — | |
| 4 | Egg Yolk | — | |
| 5 | Peanut # | O | |
| 6 | Soybean # | O | |
| 7 | Wheat | ± | |
| 8 | Rice | — | |
| 9 | Corn | — | |
| 10 | Oat | — | |
| 2-1 | Beef | — | |
| 2 | Pork | — | |
| 3 | Chicken | — | |
| 4 | Turkey | — | |
| 5 | Shrimp | ± | |
| 6 | Codfish | — | |
| 7 | Salmon | — | |
| 8 | Tuna | — | |
| 9 | Chocolate | — | |
| 10 | Sesame Seed | — | |
| 3-1 | Almond | — | |
| 2 | Walnut | — | |
| 3 | Pecan | — | |
| 4 | Cashew | — | |
| 5 | Orange | — | |
| 6 | Banana | — | |
| 7 | Strawberry | — | |
| 8 | Cantaloupe | — | |
| 9 | Tomato | — | |
| 10 | Pea, Green | — | |
| **SEAFOOD/MEAT:** | | **(P/P)** | **ID** |
| 4-1 | Crab | | |
| 2 | Lobster | | |
| 3 | Oyster | | |
| 4 | Clam | | |
| 5 | Scallop | | |
| 6 | Perch | | |
| 7 | Bass | | |
| 8 | Catfish | | |
| 9 | Mackerel | | |
| 10 | Trout | | |
| 5-1 | Halibut | | |
| 2 | Lamb | | |

| SPICES: | | (P/P) | ID |
|---|---|---|---|
| 3 | Pepper | | |
| 4 | Onion | | |
| 5 | Garlic | | |
| 6 | Coconut | | |
| 7 | Cinnamon | | |
| 8 | Vanilla | | |
| 9 | Ginger | | |
| 10 | Gum (mix) | | |
| 6-1 | Mustard | | |
| 2 | Mushroom | | |
| 3 | Olive | | |
| **BEVERAGES:** | | **(P/P)** | **ID** |
| 4 | Coffee | | |
| 5 | Tea | | |
| 6 | Goats Milk | | |
| **FRUITS:** | | **(P/P)** | **ID** |
| 7 | Lemon | | |
| 8 | Grapefruit | | |
| 9 | Pineapple | | |
| 10 | Apple | | |
| 7-1 | Pear | | |
| 2 | Grape | | |
| 3 | Apricot | | |
| 4 | Peach | | |
| 5 | Plum | | |
| 6 | Cherry | | |
| 7 | Watermelon | | |
| 8 | Blueberry | | |
| 9 | Raspberry | | |
| 10 | Blackberry | | |
| 8-1 | Cranberry | | |
| 2 | Honeydew | | |
| 3 | Avocado | | |
| **NUTS:** | | **(P/P)** | **ID** |
| 4 | Hazelnut | | |
| 5 | Brazil Nut | | |
| 6 | Pistachio | | |

| LEGUMES/VEGETABLES: | | (P/P) | ID |
|---|---|---|---|
| 7 | Navy Bean | | |
| 8 | String Bean | | |
| 9 | Pinto Bean | | |
| 10 | Lima Bean | | |
| 9-1 | Kidney Bean | | |
| 2 | Lentil | | |
| 3 | Potato, White | | |
| 4 | Sweet Potato | | |
| 5 | Carrot | | |
| 6 | Celery | | |
| 7 | Lettuce | | |
| 8 | Squash | | |
| 9 | Asparagus | | |
| 10 | Cucumber | | |
| 10-1 | Broccoli | | |
| 2 | Cabbage | | |
| 3 | Cauliflower | | |
| 4 | Brussel Sprouts | | |
| 5 | Spinach | | |
| 6 | Pepper, Green | | |
| 7 | Eggplant | | |
| **GRAINS:** | | **(P/P)** | **ID** |
| 8 | Rye | | |
| 9 | Barley | | |
| 10 | Buckwheat | | |
| 11-1 | Yeast | | |
| 2 | Hops | | |
| 3 | Malt | | |
| 4 | Millet | | |
| **SEEDS:** | | **(P/P)** | **ID** |
| 5 | Cottonseed | | |
| 6 | Flaxseed | | |
| 7 | Sunflower | | |
| 8 | Poppy Seed | | |
| 9 | Control | | |
| 10 | Histamine | | |

BB
P/P Applied By ____ ID Applied By ____

BB
P/P Read By ____ ID Read By ____

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 12 of 43

**Lincoln/ Shaw 1904**

Quest Diagnostics

Date of Service: 10/19/2016
Specimen: EN792695E

**Patient Name: SHAW, KIMBERLY**
DOB: AGE: 49Y Gender: F

**Health ID: 8573016460771856**

LING,ANDREA W
DHMG DOMINICAN DFS #288
700 FREDERICK ST STE 203
SANTA CRUZ, CA 95062-2239
Phone: 8314251906

**COMMENTS:** FASTING:NO

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| ANCA VASCULITIDES | | | EN |
| MYELOPEROXIDASE ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to myeloperoxidase (MPO) are commonly
associated with the following small-vessel vasculitides:
microscopic polyangitis, polyarteritis nodosa,
Churg-Strauss syndrome, necrotizing and crescentic
glomerulonephritis and occasionally Wegeners
granulomatosis. The perinuclear IFA pattern, (p-ANCA)
is based largely on autoantibody to myeloperoxidase
which serves as the primary antigen.

These autoantibodies are present in active disease state.
```

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to proteinase-3 (PR-3) are accepted as
characteristic for granulomatosis with polyangiitis
(Wegener's), and are detectable in 95% of the
histologically proven cases. The cytoplasmic IFA
pattern, (c-ANCA), is based largely on autoantibody
to PR-3 which serves as the primary antigen.

These autoantibodies are present in active disease
state.
```

**PERFORMING SITE:**
EN Quest Diagnostics, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Enrique Terrazas, M.D., CLIA: 05D0642827

The contents of this laboratory test report are based on tests performed by Quest Diagnostics. The report is NOT an official laboratory report. If you require your official laboratory report, please contact your physician.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 13 of 43

**Lincoln/ Shaw 1905**

# nHistory and Physical

**Dominican Medical Group**
**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 30 2016 1:20PM

**Reason For Visit**
Patient presents for annual assessment.
**HPI**
49-year-old G0 P0 with female partner long-term who is here for Pap smear. She states she had a slightly abnormal Pap smear many years ago but just needed some type of cream and then her Pap smear was normal. She's never had a colposcopy or cryosurgery or LEEP. Her periods are somewhat irregular since she was on long-term prednisone for asthma exacerbation. Her asthma is much better she's using Advair 500/50 twice a day and plans to go down to 250/50 one she's finished the current Diskus. She states that her rosacea improved with topical Flagyl but still flares when she exercises or gets flushed. He has achy joints all over her body ever since she tapered off her prednisone including all of her large and small joints bilaterally. She hasn't noticed any joint swelling. He would like to wean off her Prozac she is only taking 20 mg a day. Her mood is been excellent.
**Allergies**
Rec: 30Aug2016. List Reconciled and Reviewed.
No Known Drug Allergies.
**Current Meds**
Rec: 30Aug2016. List Reconciled and Reviewed.
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx.
**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach,

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 30 2016 1:20PM | WMH MRN: | |

Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of A Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Durham, Melisa on August 30,2016 02:27 PM
Height: 69 in, Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 112/75 mm Hg Left Upper Extremity Sitting
HR: 74 b/min ;
Resp: 18 r/min ;
O2 Sat: 98 (%SpO2)
PHQ2 Total: Negative ;
Last Pap: unknown ;
Last Mammogram: Mammo Test Result: Normal ;

## nHistory and Physical

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 30 2016 1:20PM | WMH MRN: | |

Falls Screening: No fall in the past year ;

### Physical Exam

On examination she appeared in good health. Neck: without thyroid enlargement or masses, no significant LAN. Lungs clear. Heart regular rhythm, normal sounds and absence of murmurs, rubs or gallops. Breasts: No dominant masses no axillary or supraclavicular or infraclavicular adenopathy. Abdomen: Nontender, nondistended without evidence of organomegaly, no masses; pelvic exam: EGBUS no lesions, vagina without discharge, cervix without lesions; bimanual exam reveals nontender normal sized uterus no adnexal masses or tenderness no cervical motion tenderness; Extremities no edema
Skin: Erythema of the central and inferior area of the face with some telangiectasias no comedones slight dryness and scale on the chin

Extremities there is no joint deformity or swelling in hands and wrists and knees.

### Assessment

Asthma, mild intermittent (493.90) (J45.20); Last Impression: Aug 30 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (PrimaryCare/DMF).
Rosacea (695.3) (L71.9); Last Impression: Aug 30 2016 | Has been responding to topical metronidazole | Haubach, Carol M (PrimaryCare/DMF).
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: Aug 30 2016 | Rule out lupus - given facial rash | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: Aug 30 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (PrimaryCare/DMF).
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

### Orders

ANA IFA Screen wRfx Titer Only; Requested for: 30 Aug 2016.
CCP Cyclic Citrullinated Peptide Ab IgG; Requested for: 30 Aug 2016.
CRP C-Reactive Protein ( Non High Sensitivity ); Requested for: 30 Aug 2016.
Rheumatoid Factor; Requested for: 30 Aug 2016.
Sedimentation Rate ESR; Requested for: 30 Aug 2016.
UA wMicroscopic No Cult If Ind; Requested for: 30 Aug 2016.
Uric Acid; Requested for: 30 Aug 2016.
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Qty60; R6; Rx.
ThinPrep TIS Pap + HPV mRNA E6/E7; Requested for: 30 Aug 2016.

### Plan

Return to clinic to 3 months sooner if needed.

### Signature

Electronically signed by : Carol M Haubach M.D.; 08/30/2016 4:59 PM PST; Author.

Carol M Haubach M.D.

## Soquel Aptos Suite 100

**9515 Soquel Drive, Suite 100**
**Aptos,CA 95003**
**(831) 661-6020**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 52 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** F434E012-542E-4CA4-9087-469
**Ordering Provider:** Haubach,Carol M
**Performing Location:**

**Collected:** 12/28/2016 10:35:00AM
**Resulted:** 12/28/2016 10:35:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Tobacco Screening**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| SBIRT Screen - Tobacco Screening Result<br>Never a smoker (SNOMED CT: 266919005) | Never a smoker | | | - |

Printed by: Federico, Chantel | 1/29/2020 3:10:00PM



Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 17 of 43

**Lincoln/ Shaw 1909**

## Soquel Aptos Suite 100

**9515 Soquel Drive, Suite 100**
**Aptos,CA 95003**
**(831) 661-6020**

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 52 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN686508B
**Ordering Provider:** Haubach,Carol M
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3620 NORTHGATE BLVD PATHOLOGY LAB
SACRAMENTO, CA 95834-1619

**Collected:** 8/30/2016 12:00:00AM
**Resulted:** 8/31/2016 2:00:00PM
**Verified By:** Haubach, Carol M
**Auto Verify:** N

**ThinPrep TIS Pap + HPV mRNA E6/E7** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HPV mRNA E6/E7 | Not Detected | | | Not Detected |

This test was performed using the APTIMA HPV Assay (Gen-Probe Inc.). This assay detects E6/E7 viral messenger RNA (mRNA) from 14 high-risk HPV types (16,18,31,33,35,39,45,51,52,56,58,59,66,68).

| | |
|---|---|
| CLINICAL INFORMATION: | NO ABNLS |
| INTERPRETATION/RESULT: | Negative for intraepithelial lesion or malignancy. |
| LMP: | IRREGULAR |
| PREV. PAP: | ? |
| PREV. BX: | NONE GIVEN |
| SOURCE: | Cervix |
| STATEMENT OF ADEQUACY: | Satisfactory for evaluation. Endocervical/transformation zone component present. |
| COMMENT: | This Pap test has been evaluated with computer assisted technology. |
| CYTOTECHNOLOGIST: | LMP, CT(ASCP) CT Screening Location: 3620 Northgate Blvd. Sacramento, CA 95834 |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex:F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

***Special Chemistry Other***

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| HgbA1C | 5.9 $1 | % | 4.0-6.0 |

**Interpretive Data**
$1: HgbA1C
The presence of hemoglobin variants, such as sickle cell trait (HbAS), may interfere with HbA1c measurements obtained by the methodology used at Dominican Hospital Laboratory. If this patient has a known or suspected hemoglobin variant, a sample may be referred for testing on methodologies not affected by such interferences.

SCAN
MRN# 1137114

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant
Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96895874
Date/Time Printed: 7/25/2016 17:41 PDT



P.002/005 (FAX) 07/25/2016 18:03 LAB REGISTRATION

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 19 of 43

**Lincoln/ Shaw 1911**

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065
(831) 462-7714

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66
Acct #: 87666293
Pt loc: DSCH LAB

DOB: Age: 49 years Sex: F
Admit Date: 7/25/2016
Disch Date:
Physician: HAUBACH,CAROL MD

## CBC

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| **Procedure** | | **Units** | **Reference Range** |
| WBC | 10.1 | thousand/uL | 5.0-11.0 |
| RBC | 4.94 | million/uL | 4.20-5.40 |
| Hgb | 14.3 | gm/dL | 12.0-16.0 |
| Hct | 42.7 | % | 36.0-48.0 |
| Plt | **410** H | thousand/uL | 130-400 |
| MCV | 86.6 | fL | 83.0-99.0 |
| MCH | 28.9 | pg | 27.0-32.0 |
| MCHC | 33.4 | gm/dL | 32.0-36.0 |
| RDW | **15.8** H | % | 11.5-14.5 |
| MPV | 8.1 | fL | 6.0-10.0 |
| ABS Neut | **8.4** H | thousand/uL | 1.9-8.0 |
| ABS Lymph | 1.3 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.3 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.0 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | **82.7** H | % | 40.0-74.0 |
| Lymph% | **13.1** L | % | 19.0-48.0 |
| Mono% | **3.1** L | % | 3.5-9.0 |
| Eos% | 0.4 | % | 0.0-7.0 |

LEGEND: L=Low H=High C=Critical *=Abnormal @=Corrected $=Interpretive Data f=Footnotes
MICROBIOLOGY: S=Susceptible I=Intermediate R=Resistant

Laboratory Medical Director: Carlene Hawksley, MD
MRN: 52-78-66
CC:

Report Request ID: 96901036
Date/Time Printed: 7/25/2016 17:41 PDT



P.003/005 (FAX) 07/25/2016 18:03 LAB REGISTRATION

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 20 of 43

**Lincoln/ Shaw 1912**

## CBC

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Baso% | 0.7 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | Per 100 WBC | 0.0-1.0 |

## Chemistry General

| Collected Date | 7/25/2016 | | |
|---|---|---|---|
| Collected Time | 14:41 PDT | | |
| Procedure | | Units | Reference Range |
| Sodium | 141 | mMOL/L | 136-145 |
| Potassium | 4.3 | mMOL/L | 3.4-5.0 |
| Chloride | 106 | mMOL/L | 98-107 |
| CO2 | 23 | mmol/L | 19-27 |
| Glucose Level | **118** H | mg/dL | 70-99 |
| BUN | 11.0 | mg/dL | 7.0-18.7 |
| Creatinine | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | >60 $1 | mL/min/1.73m2 | >=60 |
| Calcium | 9.3 | mg/dL | 8.4-10.2 |
| Protein, Total | 7.20 | gm/dL | 6.40-8.30 |
| Albumin | 4.1 $2 | gm/dL | 3.5-5.0 |
| Bili Total | 0.3 | mg/dL | 0.2-1.2 |
| ALT | 22 | Units/L | 0-55 |
| AST | 16 | Units/L | 5-34 |
| Alkphos | 62.0 | Units/L | 40.0-150.0 |

**Interpretive Data**

$1: GFR Estimated

---

| | |
|---|---|
| ≥60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| ≤15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

$2: Albumin

Values are on average approximately 0.3 g/dL higher in ambulatory patients.

## *Special Chemistry Other*

| Collected Date | 7/25/2016 |
|---|---|
| Collected Time | 14:41 PDT |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| FT4 | 0.87 [$3] | ng/dL | 0.70-1.48 |
| TSH | 0.72 | uIU/mL | 0.35-4.94 |

**Interpretive Data**

$3: FT4

Performance of this test has not been established with neonatal specimens.

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

## PULMONARY FUNCTION FLOW SHEET

Patient: Shaw Kimberly Birth Date: ___

| Date | Age | Ht. | Wt. | FVC actual | FVC %pred | $FEV_1$ actual | $FEV_1$ %pred | $FEV_1$/FVC% | FEF 25-75% actual | FEF 25-75% %pred | WPF | 02 Sat | BP | eNO | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/16 | 49 | 69 | 208 | 4.49 | 113 | 3.32 | 105 | .74 | 2.40 | 77 | 8.55/130 | 98% | 112/64 | 19 | BB-MP |
| 11/28/16 | 49 | / | 200 | 4.12 | 104 | 3.18 | 100 | .77 | 2.73 | 87 | 9.25/74 | 96 | 115/67 | 21 | [illegible] |

SCAN

MRN # 1137144

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 23 of 43

**Lincoln/ Shaw 1915**