ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB ________ Date: 11/14/16

**TREES:**

| | | P/P | ID |
|---|---|---|---|
| 1-1 | Oak (mix) | | |
| 2 | Walnut (mix) | | |
| 3 | Olive | | |
| 4 | Ash | | |
| 5 | Privet | | |
| 6 | Acacia (mix) | | |
| 7 | Mulberry | | |
| 8 | Elm (American) | | |
| 9 | Elm (Fallblooming) | | |
| 10 | Birch | | |
| 2-1 | Alder | | |
| 2 | Cottonwood | | |
| 3 | Willow | | |
| 4 | Maple | | |
| 5 | Box Elder | | |
| 6 | Sycamore | – | |
| 7 | Pepper Tree | | |
| 8 | Pine (mix) | # | |
| 9 | Juniper | # | |
| 10 | Cedar | | |
| 3-1 | Sweet Gum | | |
| 2 | Eucalyptus | | |

**GRASSES:**

| | | P/P | ID |
|---|---|---|---|
| 3 | Bermuda | | |
| 4 | June (Kentucky) | | |
| 5 | Brome | | |
| 6 | Cultivated Oat | | |
| 7 | Meadow Fescue | | |
| 8 | Red Top | | |
| 9 | Perennial Rye | | |
| 10 | Timothy | | |
| 4-1 | Johnson | | |

**WEEDS:**

| | | P/P | ID |
|---|---|---|---|
| 2 | Sage (mix) | | |
| 3 | Nettle | – | |
| 4 | Mugwort | | |
| 5 | Western Ragweed | # | |
| 6 | False Ragweed | – | |
| 7 | Cocklebur | – | |
| 8 | Marshelder | | |
| 9 | Russian Thistle | | |
| 10 | Atriplex (Scale) | | |
| 5-1 | Lamb's Quarters | – | |
| 2 | Pigweed (Redroot) | | |
| 3 | Palmer's Amaranth | – | |
| 4 | Sheep Sorrel | | |
| 5 | Yellow Dock | | |
| 6 | English Plantain | | |
| 7 | Hemp | – | |
| 8 | Mustard | | |

**PERENNIALS:**

| | | P/P | ID |
|---|---|---|---|
| ~~9~~ | ~~House Dust~~ | | |
| 10 | Dust Mite (f) | | |
| 6-1 | Dust Mite (p) | | |
| 2 | Cat (Hair) | | |
| 3 | Dog | | |
| 4 | Horse | | |
| 5 | Rabbit | | |
| 6 | Guinea Pig | – | |
| 7 | Hamster | | |
| 8 | Cockroach (mix) | | |
| 9 | Control 3 | – | — |
| 10 | Histamine | | |
| 7-1 | Feather (Chicken) | – | |
| 2 | Feather (mix) | – | — |
| 3 | Tobacco | – | |

**MOLDS:**

| | | P/P | ID |
|---|---|---|---|
| 4 | Dematiaceae | – | |
| 5 | Alternaria | – | |
| 6 | Hormodendrum | – | |
| 7 | Helminthosporium | – | |
| 8 | Aspergillus | – | |
| 9 | Aspergillus Fumigatus | – | |
| 10 | Penicillium Mold | – | |
| 8-1 | Curvularia | – | |
| 2 | Candida Albicans | – | |
| 3 | Paecilomyces | – | |
| 4 | Botrytis | – | |
| 5 | Trichophyton | – | |
| 6 | Fusarium | – | |
| 7 | Chaetomium | – | |
| 8 | Phycomycetes | – | |
| 9 | Rhizopus | – | |
| 10 | Mycogone | – | |

**INTRADERMALS:**

| | |
|---|---|
| Tree Mix | |
| Grass Mix | |
| Weed Mix | |
| Mold Mix 2 | — |

BB P/P Applied By BB ID Applied By
BK P/P Read By BB ID Read By

1178L - Rev. 07/12

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 24 of 43

EXHIBIT
3, part 3

**Lincoln/ Shaw 1916**

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB ___ Date: 11/14/16

| SELECT: | | (P/P) | ID |
|---|---|---|---|
| 1-1 | Milk | — | |
| 2 | Milk (Casein) | — | |
| 3 | Egg White | — | |
| 4 | Egg Yolk | — | |
| 5 | Peanut ++ | ○ | |
| 6 | Soybean ++ | ○ | |
| 7 | Wheat | ± | |
| 8 | Rice | — | |
| 9 | Corn | — | |
| 10 | Oat | — | |
| 2-1 | Beef | — | |
| 2 | Pork | — | |
| 3 | Chicken | — | |
| 4 | Turkey | — | |
| 5 | Shrimp | ± | |
| 6 | Codfish | — | |
| 7 | Salmon | — | |
| 8 | Tuna | — | |
| 9 | Chocolate | — | |
| 10 | Sesame Seed | — | |
| 3-1 | Almond | — | |
| 2 | Walnut | — | |
| 3 | Pecan | — | |
| 4 | Cashew | — | |
| 5 | Orange | — | |
| 6 | Banana | — | |
| 7 | Strawberry | — | |
| 8 | Cantaloupe | — | |
| 9 | Tomato | — | |
| 10 | Pea, Green | — | |

| SEAFOOD/MEAT: | | (P/P) | ID |
|---|---|---|---|
| 4-1 | Crab | | |
| 2 | Lobster | | |
| 3 | Oyster | | |
| 4 | Clam | | |
| 5 | Scallop | | |
| 6 | Perch | | |
| 7 | Bass | | |
| 8 | Catfish | | |
| 9 | Mackerel | | |
| 10 | Trout | | |
| 5-1 | Halibut | | |
| 2 | Lamb | | |

| SPICES: | | (P/P) | ID |
|---|---|---|---|
| 3 | Pepper | | |
| 4 | Onion | | |
| 5 | Garlic | | |
| 6 | Coconut | | |
| 7 | Cinnamon | | |
| 8 | Vanilla | | |
| 9 | Ginger | | |
| 10 | Gum (mix) | | |
| 6-1 | Mustard | | |
| 2 | Mushroom | | |
| 3 | Olive | | |

| BEVERAGES: | | (P/P) | ID |
|---|---|---|---|
| 4 | Coffee | | |
| 5 | Tea | | |
| 6 | Goats Milk | | |

| FRUITS: | | (P/P) | ID |
|---|---|---|---|
| 7 | Lemon | | |
| 8 | Grapefruit | | |
| 9 | Pineapple | | |
| 10 | Apple | | |
| 7-1 | Pear | | |
| 2 | Grape | | |
| 3 | Apricot | | |
| 4 | Peach | | |
| 5 | Plum | | |
| 6 | Cherry | | |
| 7 | Watermelon | | |
| 8 | Blueberry | | |
| 9 | Raspberry | | |
| 10 | Blackberry | | |
| 8-1 | Cranberry | | |
| 2 | Honeydew | | |
| 3 | Avocado | | |

| NUTS: | | (P/P) | ID |
|---|---|---|---|
| 4 | Hazelnut | | |
| 5 | Brazil Nut | | |
| 6 | Pistachio | | |

| LEGUMES/VEGETABLES: | | (P/P) | ID |
|---|---|---|---|
| 7 | Navy Bean | | |
| 8 | String Bean | | |
| 9 | Pinto Bean | | |
| 10 | Lima Bean | | |
| 9-1 | Kidney Bean | | |
| 2 | Lentil | | |
| 3 | Potato, White | | |
| 4 | Sweet Potato | | |
| 5 | Carrot | | |
| 6 | Celery | | |
| 7 | Lettuce | | |
| 8 | Squash | | |
| 9 | Asparagus | | |
| 10 | Cucumber | | |
| 10-1 | Broccoli | | |
| 2 | Cabbage | | |
| 3 | Cauliflower | | |
| 4 | Brussel Sprouts | | |
| 5 | Spinach | | |
| 6 | Pepper, Green | | |
| 7 | Eggplant | | |

| GRAINS: | | (P/P) | ID |
|---|---|---|---|
| 8 | Rye | | |
| 9 | Barley | | |
| 10 | Buckwheat | | |
| 11-1 | Yeast | | |
| 2 | Hops | | |
| 3 | Malt | | |
| 4 | Millet | | |

| SEEDS: | | (P/P) | ID |
|---|---|---|---|
| 5 | Cottonseed | | |
| 6 | Flaxseed | | |
| 7 | Sunflower | | |
| 8 | Poppy Seed | | |
| 9 | Control | | |
| 10 | Histamine | | |

BB
P/P Applied By ___ ID Applied By ___

BB
P/P Read By ___ ID Read By ___

Eric Buchanan & Associates, PLLC
Kimberly Shaw, Exhibit 7,
Page 25 of 43

**Lincoln/ Shaw 1917**

Quest Diagnostics

Date of Service: 10/19/2016
Specimen: EN792695E

**Patient Name: SHAW, KIMBERLY**
DOB: AGE: 49Y Gender: F

**Health ID: 8573016460771856**

LING,ANDREA W
DHMG DOMINICAN DFS #288
700 FREDERICK ST STE 203
SANTA CRUZ, CA 95062-2239
Phone: 8314251906

**COMMENTS:** FASTING:NO

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| ANCA VASCULITIDES | | | EN |
| MYELOPEROXIDASE ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to myeloperoxidase (MPO) are commonly
associated with the following small-vessel vasculitides:
microscopic polyangitis, polyarteritis nodosa,
Churg-Strauss syndrome, necrotizing and crescentic
glomerulonephritis and occasionally Wegeners
granulomatosis. The perinuclear IFA pattern, (p-ANCA)
is based largely on autoantibody to myeloperoxidase
which serves as the primary antigen.

These autoantibodies are present in active disease state.
```

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 | 0.9 AI | |

```
Value          Interpretation
-----          --------------
<1.0           No Antibody Detected
> or = 1.0     Antibody Detected

Autoantibodies to proteinase-3 (PR-3) are accepted as
characteristic for granulomatosis with polyangiitis
(Wegener's), and are detectable in 95% of the
histologically proven cases. The cytoplasmic IFA
pattern, (c-ANCA), is based largely on autoantibody
to PR-3 which serves as the primary antigen.

These autoantibodies are present in active disease
state.
```

**PERFORMING SITE:**
EN Quest Diagnostics, 8401 Fallbrook Ave, West Hills, CA 91304-3226 Laboratory Director: Enrique Terrazas, M.D., CLIA: 05D0642827

The contents of this laboratory test report are based on tests performed by Quest Diagnostics. The report is NOT an official laboratory report. If you require your official laboratory report, please contact your physician.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Date of Service: 11/16/2016
Specimen: EN541711G

Patient Name: SHAW, KIMBERLY
DOB: AGE: 49Y Gender: F

Health ID: 8573016460771856

WOLFE,JAMES D
ALLERGY & ASTHMA ASSOC
3329 MISSION DR
SANTA CRUZ, CA 95065
Phone: 8314796933

**COMMENTS:** FASTING:NO

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | UL |
| WHITE BLOOD CELL COUNT | 7.8 | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.58 | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.4 | 11.7-15.5 g/dL | |
| HEMATOCRIT | 41.1 | 35.0-45.0 % | |
| MCV | 89.6 | 80.0-100.0 fL | |
| MCH | 29.3 | 27.0-33.0 pg | |
| MCHC | 32.7 | 32.0-36.0 g/dL | |
| RDW | 14.9 | 11.0-15.0 % | |
| PLATELET COUNT | 337 | 140-400 Thousand/uL | |
| MPV | 8.8 | 7.5-11.5 fL | |
| ABSOLUTE NEUTROPHILS | 4664 | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2519 | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 398 | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 187 | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | 0-200 cells/uL | |
| NEUTROPHILS | 59.8 | % | |
| LYMPHOCYTES | 32.3 | % | |
| MONOCYTES | 5.1 | % | |
| EOSINOPHILS | 2.4 | % | |
| BASOPHILS | 0.4 | % | |
| IMMUNOGLOBULINS | | | UL |
| IMMUNOGLOBULIN A | 205 | 81-463 mg/dL | |
| **IMMUNOGLOBULIN G** | **619 L** | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 50 | 48-271 mg/dL | |
| IMMUNOGLOBULIN E | 24 | <OR=114 kU/L | UL |
| STREPTOCOCCUS PNEUMONIAE IGG AB (14 SEROTYPES) | | | TXC |
| SEROTYPE 1 (1) | 0.3 | mcg/mL | |
| SEROTYPE 3 (3) | <0.3 | mcg/mL | |
| SEROTYPE 4 (4) | <0.3 | mcg/mL | |
| SEROTYPE 5 (5) | 1.0 | mcg/mL | |
| SEROTYPE 8 (8) | 1.6 | mcg/mL | |
| SEROTYPE 9 (9N) | 1.2 | mcg/mL | |
| SEROTYPE 12 (12F) | <0.3 | mcg/mL | |
| SEROTYPE 14 (14) | <0.3 | mcg/mL | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Specimen: EN541711G

**Patient Name: SHAW, KIMBERLY**
DOB: AGE: 49Y Gender: F

**Health ID: 8573016460771856**

ALLERGY & ASTHMA ASSOC

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| SEROTYPE 19 (19F) | 1.5 | mcg/mL | |
| SEROTYPE 23 (23F) | <0.3 | mcg/mL | |
| SEROTYPE 26 (6B) | 0.9 | mcg/mL | |
| SEROTYPE 51 (7F) | 0.4 | mcg/mL | |
| SEROTYPE 56 (18C) | 2.8 | mcg/mL | |
| SEROTYPE 68 (9V) | 0.8 | mcg/mL | |

Note: Serotype designations are American nomenclature, with Danish nomenclature in parentheses.

Studies from the 1980's using radioimmunoassay suggested that vaccine-induced S. pneumoniae type-specific antibody levels of approximately 2.0 mcg/mL were protective against invasive pneumococcal disease. Newer methods (ELISA and multiplexed immunoassay) incorporating an adsorption step to remove cross-reactive antibodies yield results that are comparable to each other, but are lower than those obtained with the original radioimmunoassay. Rigorous studies of protective antibody levels as determined by the newer methods have not been performed. In addition to antibody quantity, protection also depends on antibody avidity and opsonophagocytic activity.

Evaluation of the response to pneumococcal vaccination is best accomplished by comparing pre-vaccination and post-vaccination antibody levels. A 2- to 4-fold increase in type-specific antibodies measured 4-6 weeks after vaccination is expected in immunocompetent adults. The number of serotypes for which a 2- to 4-fold increase is observed varies greatly among individuals; a consensus panel has suggested that individuals older than 5 years should respond to at least approximately 70% of pneumococcal serotypes. Adults >65 years old may exhibit a smaller (<2-fold) increase in type-specific antibody levels.

This test was developed and its analytical performance characteristics have been determined by Focus Diagnostics. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGE | | | EZ |
| S CHARTARUM (RGM24) IGE | <0.10 | KU/L | |
| CLASS | 0 | | |

INTERPRETATION

| SPECIFIC IGE CLASS | kU/L | LEVEL OF ALLERGEN SPECIFIC IGE ANTIBODY |
|---|---|---|
| 0 | <0.10 | ABSENT/UNDETECTABLE |
| 0/1 | 0.10-0.34 | VERY LOW LEVEL |
| 1 | 0.35-0.69 | LOW LEVEL |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Specimen: EN541711G

**Patient Name: SHAW, KIMBERLY**
DOB: AGE: 49Y Gender: F

**Health ID: 8573016460771856**

ALLERGY & ASTHMA ASSOC

| Test Name | Results | Reference Range | Lab |
|---|---|---|---|
| 2 0.70-3.49 MODERATE LEVEL<br>3 3.50-17.4 HIGH LEVEL<br>4 17.5-49.9 VERY HIGH LEVEL<br>5 50-100 VERY HIGH LEVEL<br>6 >100 VERY HIGH LEVEL<br><br>The clinical relevance of allergen results of 0.10-0.34 kU/L are undetermined and intended for specialist use.<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | |
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGG | 4.5 | < OR = 17.2 mcg/mL | EZ |
| This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | |

**PERFORMING SITE:**

EZ Quest Diagnostics/Nichols SJC, 33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042 Laboratory Director: Jon Nakamoto, MD,PhD, CLIA: 05D0643352
TXC Focus Diagnostics, 33608 Ortega Highway, San Juan Capistrano, CA 92675-2042 Laboratory Director: Hollis J Batterman, MD, CLIA: 05D0644251
UL Quest Diagnostics, 3714 Northgate Blvd, Sacramento, CA 95834-1617 Laboratory Director: M. Rose Akin, M D., FCAP, CLIA: 05D0644209

The contents of this laboratory test report are based on tests performed by Quest Diagnostics. The report is NOT an official laboratory report. If you require your official laboratory report, please contact your physician.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# nChart Note

## Dominican Medical Group

**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 28 2016 10:20AM

**Reason For Visit**
Pt presents fopr f/u to dicuss depression needs refill of trazadone.

**HPI**
49-year-old woman who is here for follow-up on depression. 2 weeks ago he started her on Cymbalta she took 30 mg her week and now she is up to 60 mg. She feels that her depression is improving. Her partner agrees. Patient wonders if his hormonal she seems to have more symptoms on the week before her period. We talked about the contraindication to hormone replacement therapy given her history of a pulmonary embolism within the last year. Patient has widespread body pain especially in her left leg and hip. She has not been diagnosed with fibromyalgia but she's had multiple workups for rheumatic disease which have been negative. Patient is requesting a refill on trazodone to help her sleep. She is more functional at work and injuring her week of vacation with her partner. At her last visit she had some passive suicidal ideation which has completely resolved. We talked about possible bone density test given that she was on 8 months of prednisone in the last year however we decided to defer this test as she would be unlikely to want to take bisphosphonates if she in fact had some osteoporosis. She's continuing weightbearing exercise vitamin D and calcium supplementation at this time.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Cymbalta 60 MG Oral Capsule Delayed Release Particles (DULoxetine HCl);TAKE 1 CAPSULE TWICE DAILY.; RPT
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx

LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx.

**Past Meds**

Discontinue DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles.
Discontinue Cymbalta 60 MG Oral Capsule Delayed Release Particles(DULoxetine HCl).

**Immunizations**

PREVNAR 13
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.
Influenza (Whole); Sep 2016.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 14 Dec 2016 | Trial of Cymbalta and will hopefully will get some relief for her chronic muscle aches which is thought secondary to her long-term prednisone use earlier this year | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711)

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 28 2016 10:20AM WMH MRN:

Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on December 28,2016 10:36 AM
Weight: 201 lb, BMI: 29.68 , BSA: 2.07
BP: 97/58 mm Hg Left Upper Extremity Sitting
Temp: 97.9 F Tympanic
HR: 76 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 97 (%SpO2)
PHQ2 Total: Positive ;

**Physical Exam**

Tender points exam for fibromyalgia> 50% positive
Extremities hands without joint deformity or swelling.
Phq9 score 4.5.

**Assessment**

Encounter for preventive health examination (V70.0) (Z00.00).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: Dec 28 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (PrimaryCare/DMF).
Fibromyalgia (729.1) (M79.7); Last Impression: Dec 28 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty60; R3; Rx.
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Qty90; R3; Rx.

**Plan**

Return to clinic 1 month follow-up on depression.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/28/2016 11:10 AM PST; Author.

Carol M Haubach M.D.

# nChart Note

## Dominican Medical Group
**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Dec 14 2016 8:20AM

**Reason For Visit**
F/U Allergy Testing Results (Pt has)
Discuss anxiety.

**HPI**
Patient is here for follow-up on multiple medical problems. She states her asthma is finally better controlled. She is seeing Dr. ling and is on low-dose spiriva And Advair 250/50 twice a day. She is being considered for Xolair and has a IgE level pending now that she has been off prednisone. Dr. Wolfe her allergist will be prescribing the Xolair. She already had her flu shot. She is requesting a refill on acyclovir cream and oral antiviral for occasional cold sores. Patient states she's had high resolution CT just recently was told it was normal. Asian also states that she is depressed. That occasionally she has wondered even about suicide though she has no plans to commit suicide. The first time she's ever felt this low. Patient is been working as a respiratory therapist and has a good relationship with her partner who is a volunteer with suicide prevention. Patient states she has had a very stressful last 2 years having moved to the area having had her partner be hospitalized with a depressive episode having had issues with trying to adopt children and then having been hospitalized with asthma exacerbation which failed to clear after many months earlier this year. Patient states that her pulmonologist wants her to get the Prevnar vaccine but patient left before we provided it today. Patient has been on Paxil and Lexapro in the past but did not receive long-term improvement with these medications.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Rec: 14Dec2016. List Reconciled and Reviewed.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx.

**Past Meds**

Discontinue Qvar 80 MCG/ACT Inhalation Aerosol Solution.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 30 Aug 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711)
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Dec 14 2016 8:20AM WMH MRN:

Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Roberts,Pam on 14 Dec 2016 08:46 AM
BP:133/71,
HR: 68 b/min,
Resp: 16 r/min,
Temp: 97.9 F,
Weight: 205.8 lb,
BMI Calculated: 30.39 ,
BSA Calculated: 2.09 ,
LMP: 24Nov2016,
O2 Sat: 98 (%SpO2),
PHQ2 Total: Positive ,
Para: 0 ,
Gravida: 0.

**Physical Exam**

PHQ 9 score 13.

**Assessment**

Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: Dec 14 2016 | Trial of Cymbalta and will hopefully will get some relief for her chronic muscle aches which is thought secondary to her long-term prednisone use earlier this year | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).

**Orders**

Renew Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Qty1; R3; Rx.
Discontinue FLUoxetine HCl - 20 MG Oral Capsule.
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Qty60; R0; Rx.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Qty30; R3; Rx.
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED; Qty1; R3; Rx.
Request Admin: PREVNAR 13.
Discontinue TiZANidine HCl - 4 MG Oral Tablet.

**Plan**

Rtc 2wk f/u depression and prevnar then.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 12/14/2016 2:54 PM PST; Author.

Carol M Haubach M.D.

# nChart Note

**Dominican Medical Group**
**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 17 2016 9:20AM

**HPI**
All scripts not available at time of visit. Please see scanned note.
**Allergies**
No Known Drug Allergies.
**Current Meds**
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Tylenol 325 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY; Qty0; R0; RPT.
**Immunizations**
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015 Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.
**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry

and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9) Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily Amended : Shannon Shakespear Leon ; 08/18/2016 4:33 PM PST.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on August 18,2016 04:33 PM
Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 96/66 mm Hg Left Upper Extremity Sitting
Temp: 98.3 F Tympanic
HR: 60 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 98 (%SpO2)
PHQ2 Total: Negative ;
Amended By: Shakespear Leon, Shannon 08/18/2016 16:34:34 PM PST.

**Assessment**

Rosacea (695.3) (L71.9).

**Signature**

Electronically signed by : Carol M Haubach M.D.; 08/17/2016 1:38 PM PST; Author.
Electronically signed by : Carol M Haubach M.D.; 08/19/2016 9:56 AM PST; Author.

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Aug 17 2016 9:20AM

MRN: 11371144
WMH MRN:

Carol M Haubach M.D.

**E/M VISIT ENCOUNTER FORM**

Name: Kimberly Shaw Date: ___ 02/98

DOB: ___ H: X W: 200 T: 98.3 P: 60 BP: 96/66 R: 16

Nurse's Note: Rash on face started 2 days ago nothing new tried cortisone, stopped prednison on 6/5/16 thats the only change

| HPI | | |
|---|---|---|
| Location, quality, severity, duration, timing, context, modifying factors, associated signs and symptoms. | | |
| **ROS** | **WNL** | **See note** |
| Const | ☐ | ☐ |
| Eyes | ☐ | ☐ |
| ENT/mouth | ☐ | ☐ |
| CV | ☐ | ☐ |
| Resp | ☐ | ☐ |
| GI | ☐ | ☐ |
| GU | ☐ | ☐ |
| Musc | ☐ | ☐ |
| Skin/breasts | ☐ | ☐ |
| Neuro | ☐ | ☐ |
| Psych | ☐ | ☐ |
| Endo | ☐ | ☐ |
| Hem/lymph | ☐ | ☐ |
| Allerg/immun | ☐ | ☐ |
| No noteworthy changes since last visit. See note dated: | | |
| **PFSH** | **No chng** | **See note** |
| Past | ☐ | ☐ |
| Family | ☐ | ☐ |
| Social | ☐ | ☐ |
| No noteworthy changes since last visit. See note dated: | | |
| **Exam** | **WNL** | **See note** |
| Const | ☐ | ☐ |
| Eyes | ☐ | ☐ |
| ENT/mouth | ☐ | ☐ |
| Neck | ☐ | ☐ |
| Resp | ☐ | ☐ |
| CV | ☐ | ☐ |
| Chest (breasts) | ☐ | ☐ |
| GI (abdomen) | ☐ | ☐ |
| Lymph | ☐ | ☐ |
| GU | ☐ | ☐ |
| Musc | ☐ | ☐ |
| Skin | ☐ | ☐ |
| Neuro | ☐ | ☐ |
| Psych | ☐ | ☐ |
| No ✔: no review/exam | | |

CC: S: off prednisone 2.5 mg qd 10d ago. Rash on face. Red burns a bit. rosacea Worsening. exacerbated joint pains since off pred Hips, Knees.

HPI:

O: Skin: red, sl. scaly patches over central face + chin c̄ telangiectasias forehead spared. ∅ comedones

A: Rosacea (2° off pred?)

P: Metronidazole 0.75% mem AM/PM qd

RTC 2-3 wks as sched

Couns/coord > 50% ☐

Total time: ___ min.

Physician's Signature: ___ Couns/coord time: ___ min.

Family Practice Management®

Developed by the editors of FPM. Copyright © 1995, 1998 American Academy of Family Physicians. Physicians may duplicate or adapt for use in their own practices; all other rights reserved. Related article: http://www.aafp.org/fpm/2003/...html

Aubach, M.D.
LIC# G75431 • DEA# BH4088678
NPI#: 1457378671 • PH 831-661-5020

SCAN

163211417

# nChart Note

**Dominican Medical Group**
**9515 Soquel Drive ~Suite 100**
**Aptos CA 95003**
(831) 661-6020

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jul 20 2016 9:40AM

**Reason For Visit**

Pt presents for needs rx refill, just wants to check in and fill you on whats been going on, she was almost off prednisone, but then got bronchitis and was upped to 10mg, now back on 5mg for the past two days, has not been off prednisone since December.

**HPI**

49-year-old woman who is here for follow-up on asthma and depression. Patient is a patient of Dr. Kipp's. She has been on prednisone since December of this year she was admitted to the hospital with status asthmaticus ??2. She is currently down to 5 mg a day of prednisone. She's had oligomenorrhea she's had depression fatigue facial erythema and a 20 pound weight gain since placed on prednisone. She still needs to use her rescue inhaler 3-5 times a week. She has gone back to work part time as a respiratory therapist. She lives with her partner. The child seh tried to adopt was placed with a grandparent instead. For her depression she increased her Prozac temporarily to 40 mg but did not see much of an effect. She is back down to 20 mg daily. She has no suicidal ideation. Patient is in care with a therapist. She experiences anxiety and depression.

**Allergies**

No Known Drug Allergies.

**Current Meds**

Rec: 20Jul2016. List Reconciled and Reviewed.
Baclofen 10 MG Oral Tablet;1/2 to 1 tab every 6-8 hrs as needed for muscle spasms; Rx
Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour;; RPT
FLUoxetine HCl - 40 MG Oral Capsule;; RPT
Tylenol 325 MG Oral Tablet;; RPT
PredniSONE 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Zolpidem Tartrate 10 MG Oral Tablet;TAKE 1/2 TO 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP.; Rx
Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour;TAKE 2 TABLETS BY MOUTH TWICE A DAY; RPT
Gabapentin 300 MG Oral Capsule;TAKE 2 CAPSULES BY MOUTH 3 TIMES A DAY; Rx
PredniSONE 5 MG Oral Tablet;Take as directed by Dr. Kipps, dose used for tapering.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2016 9:40AM WMH MRN:

Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx.

**Past Meds**

Discontinue FLUoxetine HCl - 40 MG Oral Capsule.
Discontinue Gabapentin 300 MG Oral Capsule.
Discontinue PredniSONE 10 MG Oral Tablet.
Discontinue Theophylline ER 200 MG Oral Tablet Extended Release 12 Hour.
Discontinue Theophylline ER 300 MG Oral Tablet Extended Release 12 Hour.
Discontinue TiZANidine HCl - 4 MG Oral Tablet.
Discontinue TraZODone HCl - 50 MG Oral Tablet.

**Immunizations**

Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 01 Jun 2015 | Very well controlled with Advair patient re-quests change to breo from Advair due to daily dosing | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 27 Jan 2016 | Prozac increased to 40 mg in setting of recurrent hospitalizations last month. Mood is still somewhat depressed likely due to situational stressors. Continue the 40 mg and see her back in 6 weeks to reassess | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine).

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Shakespear Leon, Shannon on July 20,2016 10:10 AM
Weight: 200 lb, BMI: 29.54 , BSA: 2.07
BP: 117/79 mm Hg Right Upper Extremity Sitting

Patient: KIMBERLY SHAW
Encounter: Jul 20 2016 9:40AM
MRN: 11371144
WMH MRN:

Temp: 97.8 F Tympanic
HR: 56 b/min ;
Resp: 16 r/min ; Normal
O2 Sat: 96 (%SpO2)
PHQ2 Total: Negative ;

**Physical Exam**
PH Q9 score 9
GENERAL APPEARANCE: Well appearing, NAD
HEENT: oropharynx clear
NECK: no adenopathy
LUNGS: Clear to auscultation
HEART:Regular rhythm, without murmurs, gallops, or rubs
Can facial erythema and telangiectasias
ABDOMEN: Not distended, soft, non-tender, without hepato-splenomegaly
EXTREMITIES: no ankle edema bilaterally.

**Results**
POCT - SPIROMETRY 20 Jun 2016 12:00 AM
- ACT Score: see scanned report
XR Chest 2 Views 05 Jan 2016 06:46 AM
- XR Chest 2 Views
Report
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with prior study dated December 30. Trachea is midline. Unchanged appearance of the cardiovascular silhouette. Symmetric lung volumes with no areas of consolidation, effusion or pneumothorax. No signs of failure. No gross bony abnormalities

Impression: Stable appearance
* * *
F I N A L * * *
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35
* * * F I N A L * * *.

**Assessment**
Fatigue (780.79) (R53.83); Last Impression: Jul 20 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discussed increasing her Prozac if she does not improve once the prednisone has been tapered off. We'll check CBC TSH compresses of metabolic panel | Haubach, Carol M (PrimaryCare/DMF).
Encounter for preventive health examination (V70.0) (Z00.00).
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: Jul 20 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednisone very soon. Perhaps consider theophylline she has used this prior | Haubach, Carol M (PrimaryCare/DMF).

**Orders**

Discontinue Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated.
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Qty60; R6; Rx.
LORazepam 0.5 MG Oral Tablet(Ativan);Take 1 every 6-8 hours as needed; Qty30; R0; Rx.
CBC wAutoDiff* Man Diff If Ind; Requested for: 20 Jul 2016.
CMP Comprehensive Metabolic Panel wEGFR; Requested for: 20 Jul 2016.
Hemoglobin A1c with MPG; Requested for: 20 Jul 2016.
TSH wRfx T4 Free; Requested for: 20 Jul 2016.
MA Mammography Screening (Bilateral); Requested for: 20 Jul 2016.

**Plan**

Return to clinic well woman exam and follow-up on depression/anxiety and asthma next available. Communicate labs via portal.

**Signature**

Electronically signed by : Carol M Haubach M.D.; 07/20/2016 1:47 PM PST; Author.

Carol M Haubach M.D.

# Exhibit

# 8

**Lincoln/ Shaw 1936**

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

DOCUMENT NAME: ED Physician Notes
RECEIVED DATE/TIME: 6/12/2017 11:11 PDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hencke,Richard MD (6/12/2017 11:12 PDT)
SIGN INFORMATION: Hencke,Richard MD (6/27/2017 06:15 PDT)

**Neurologic problem**

Patient: **SHAW, KIMBERLY D** **MRN: 52-78-66(D)** **FIN: 40816746**
Age: **50 years** Sex: **F** DOB:
Associated Diagnoses: **None**
Author: **Hencke, Richard MD**

**Basic Information**

**Time seen:** Provider Initial Contact Time
06/12/2017 09:58.
**History source:** Patient, spouse.
**History limitation:** None.
**Additional information:** Chief Complaint (ST)
**Chief Complaint ED:** FACIAL NUMBNESS 06/12/17 09:43,
**Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43**

.

**History of Present Illness**

The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish secondary to significant pain to RLE.
Mother with hx of MS

.

## *Emergency Documentation - MD*

Review of Systems

**Constitutional symptoms:** No fever, no chills, no sweats.
**Skin symptoms:** Pruritus, No rash,
**Eye symptoms:** Vision unchanged, no diplopia, no blurred vision.
**ENMT symptoms:** No sore throat,
**Respiratory symptoms:** No shortness of breath, no cough.
**Cardiovascular symptoms:** No chest pain,
**Gastrointestinal symptoms:** Nausea, no abdominal pain, no vomiting.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** Muscle pain, Joint pain.
**Neurologic symptoms:** Headache, numbness, abnormal balance, no weakness, no vision changes, no speech problem.
**Endocrine symptoms:** no diabetes.
**Hematologic/Lymphatic symptoms:** hx of blood clots, decreased iron.
**Allergy/immunologic symptoms:** No impaired immunity,

Health Status

**Allergies:**

Allergic Reactions (Selected)

Unknown

Xolair- No reactions were documented..

**Medications:** Per nurse's notes.

Past Medical/ Family/ Social History

**Medical history:**

All Problems

Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed, PE.

**Surgical history:**

Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

**Family history:**

No family history items have been selected or recorded..

**Social history:**

**Social & Psychosocial Habits**

**Alcohol**
01/19/2016 **Use:** Denies

03/03/2016 **Use:** Unknown alcohol history

**Home/Environment**
12/30/2015 **Religious restrictions/concerns:** None

**Lives with:** Children, Significant other
**Living situation:** Home/Independent

01/19/2016 **Religious restrictions/concerns:** None

03/03/2016 **Religious restrictions/concerns:** None

**Substance Abuse**
12/30/2015 **Use:** Denies

01/19/2016 **Use:** Denies

03/03/2016 **Use:** Denies

**Tobacco**
01/07/2016 **Use:** Never used tobacco
**Type:** Never used tobacco, Unknown history
**Previous treatment:** None

01/19/2016 **Use:** Never used tobacco
**Type:** Never used tobacco

03/03/2016 **Use:** Unknown tobacco history
**Type:** Denies
, Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

Physical Examination

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | **Glucose Level** | **114 mg/dL H** |
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

.
Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

.
Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
**General:** Alert.
**Skin:** Warm, dry, pink.
**Head:** Normocephalic, atraumatic.
**Eye:** Pupils are equal, round and reactive to light, normal conjunctiva.
**Ears, nose, mouth and throat:** DMM.
**Cardiovascular:** Regular rate and rhythm, No murmur.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**Neurological:** Alert and oriented to person, place, time, and situation, normal speech observed, hyperesthesia of L 5th dermatone
hypoesthesia of medial aspect of L knee.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Orders** Launch Order Profile (Selected)
Inpatient Orders
Ordered
ED Patient Reassessment:
EKG:
Completed
*Differential Automated:
CBC w/Diff (man diff if indicated):
CT Head wo Con:
Comprehensive Metabolic Panel: .
**Electrocardiogram:** Time 06/12/17 11:03:00, rate 53, normal sinus rhythm, No ST-T changes, no ectopy, normal PR & QRS intervals, EP Interp.
**Results review:** Lab results : Laboratory

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | WBC | 6.0 thousand/uL |
| | RBC | 4.75 million/uL |
| | Hgb | 13.6 gm/dL |
| | Hct | 40.8 % |
| | MCV | 85.8 fL |
| | MCH | 28.5 pg |
| | MCHC | 33.3 gm/dL |
| | RDW | 14.4 % |
| | Plt | 306 thousand/uL |
| | MPV | 7.4 fL |
| | ABS Neut | 3.4 thousand/uL |
| | ABS Lymph | 2.0 thousand/uL |
| | ABS Mono | 0.4 thousand/uL |
| | ABS Eos | 0.2 thousand/uL |

| | |
|---|---|
| ABS Baso | 0.1 thousand/uL |
| Neut% | 56.7 % |
| Lymph% | 33.2 % |
| Mono% | 6.2 % |
| Eos% | 2.9 % |
| Baso% | 1.0 % |
| nRBC Auto | 0.0 Per 100 WBC |
| Sodium | 141 mMOL/L |
| Potassium | 4.1 mMOL/L |
| **Chloride** | **108 mMOL/L H** |
| CO2 | 25 mmol/L |
| **Glucose Level** | **114 mg/dL H** |
| BUN | 10.0 mg/dL |
| Creatinine | 0.8 mg/dL |
| eGFR Afr/Am | >60 mL/min/1.73m2 |
| eGFR NonAfr/Am | >60 mL/min/1.73m2 |
| Calcium | 9.2 mg/dL |
| Protein, Total | 6.90 gm/dL |
| Albumin | 3.9 gm/dL |
| Bili Total | 0.5 mg/dL |
| ALT | 37 Units/L |
| AST | 22 Units/L |
| Alkphos | 56.0 Units/L |

, Interpretation Labs unremarkable.
**Radiology results:** Radiologist's interpretation

**Name:** SHAW, KIMBERLY D
**Account:** 40816746
**MRN:** 527866
**DOB:**

==========================

**Result Date:** 06/12/17 10:45
**Verified By:** Williams, Richard A.MD at 06/12/17 11:02

**Report :** CT Head wo Con
IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass. 06/12/17 11:02
++++++++++++++++++++++++++++++++++++++++++++++++++++++++
, MRI of brain is negative. MRI of cervical spine shows multilevel cervical disc disease with some degree of foraminal impingement on including the C5-6 disc space. Studies were performed with and without contrast. There was no sign of demyelination..

**Reexamination/ Reevaluation**
Time: 06/12/17 15:52:00 .

## *Emergency Documentation - MD*

Interventions: Patient is already on maximal doses of gabapentin will continue. She has prednisone at home and I have advised her what dose to take for a week. She will get a contoured pillow to sleep on..
Notes: medical decision making.

**Impression and Plan**

**Diagnosis**

Cervical disc disease. Fibromyalgia versus chronic fatigue syndrome.

**Plan**

**Condition:** Stable.
**Disposition:** Discharged: to home.
**Patient was given the following educational materials:** Cervical Radiculopathy.
**Follow up with:** Primary Care Physician.
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
HIV prophylaxis
**Notes:** This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Hencke, Richard M.D..

*Electronically Signed By:*
*Hencke, Richard MD*
*On 06/27/17 06:15*
*Co Signature By:*
*Modified Signature By:*
*Chan, Christine*
*On 06/12/17 11:13*

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 6/12/2017 09:52 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Whaley,Bradley D.MD (6/12/2017 09:55 PDT) |
| SIGN INFORMATION: | Whaley,Bradley D.MD (6/12/2017 14:12 PDT); Whaley,Bradley D.MD (6/12/2017 13:50 PDT) |

**RME - Neurologic problem**

Patient: **SHAW, KIMBERLY D** **MRN: 52-78-66(D)** **FIN: 40816746**
Age: **50 years** Sex: **F** DOB:
Associated Diagnoses: **None**
Author: **Whaley, Bradley D.MD**

**Basic Information**

**Time seen:** Provider Initial Contact Time
06/12/2017 09:58.
**History source:** Patient, spouse.
**History limitation:** None.
**Additional information:** Chief Complaint (ST)
**Chief Complaint ED:** FACIAL NUMBNESS 06/12/17 09:43,
**Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43**
,
<u>**The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.**</u>

.

**History of Present Illness**

The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.

No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".

So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt unsure if Myesthenia Gravis or MS in her physicians DDx.

Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish.

She notes she becomes easily fatigued with normal everyday tasks, and the fatigue has been a hinderance on her everyday life and work.

## *Emergency Documentation - MD*

She reports she has not had a full workup in the past 2-3 months.

**Review of Systems**
**Eye symptoms:** No diplopia, no blurred vision.
**Musculoskeletal symptoms:** Muscle pain, Joint pain.
**Neurologic symptoms:** Headache, numbness, abnormal balance, no vision changes, no speech problem.

**Health Status**
**Allergies:**
Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..
**Medications:** Per nurse's notes.

**Past Medical/ Family/ Social History**
**Medical history:**
All Problems
Depression / SNOMED CT 59212011 / Confirmed
Back pain / SNOMED CT 252311015 / Confirmed
Asthma / SNOMED CT 301485011 / Confirmed, PE.
**Surgical history:**
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
**Social history:** Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

**Physical Examination**

**Vital Signs**
Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

.
Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

.

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
**General:** Alert.
**Skin:** Warm, dry, pink.
**Head:** Normocephalic, atraumatic.
**Eye:** Pupils are equal, round and reactive to light, normal conjunctiva.
**Neurological:** Alert and oriented to person, place, time, and situation, numbness to face L>R, Speech: Normal.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Notes:** THIS IS AN RME EXAM ONLY. REMAINDER OF ED EVALUATION, MANAGEMENT/TREATMENT AND DISPOSITION WILL BE COMPLETED BY ED MEDICAL STAFF.

**Impression and Plan**
**Plan**
Notes: This document was transcribed by scribe Paul Namkoong
Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assitant Name: Keenan, David P.A-C
Patient care supervised by: Danish, David D.O.

*Electronically Signed By:*
*Whaley, Bradley D.MD*
*On 06/12/17 13:50*
*Co Signature By:*
*Whaley, Bradley D.MD*
*On 06/12/17 14:12*
*Modified Signature By:*
*Namkoong, Paul Scribe*
*On 06/12/17 10:11*

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Dignity Health.

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Cardiology Reports*

| | |
|---|---|
| DOCUMENT NAME: | Electrocardiogram |
| RECEIVED DATE/TIME: | 6/12/2017 11:03 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Singh,Rajinder MD (6/13/2017 19:03 PDT) |
| SIGN INFORMATION: | |

**EKG**

Stationary ECG Study
DSC

Test Date: 2017-06-12
Pat Name: KIMBERLY SHAW Department:
Patient ID: 527866 Room: ED
Gender: F Technician: 5895
DOB: Requested By: Bradley Whaley
Order Number: 5706566069 Reading MD: Raj Singh

Measurements

| Intervals | | Axis | |
|---|---|---|---|
| Rate: | 53 | P: | 39 |
| PR: | 120 | QRS: | 40 |
| QRSD: | 84 | T: | 63 |
| QT: | 488 | | |
| QTc: | 457 | Severity: | Otherwise Normal ECG |

Interpretive Statements
Sinus bradycardia
Otherwise normal ECG
No previous ECG available for comparison

Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh

*** Auth (Verified) ***

Pat ID: DSC-527866 06/12/2017 11:03:00 50 yrs SHAW, KIMBERLY

RX:
DX:

| | | |
|---|---|---|
| Dominican Hospital Santa Cruz | |
| Dept | |
| Room | ED |
| Tech | 5895 |

| | |
|---|---|
| Rate | 53 |
| PR | 120 |
| QRSd | 84 |
| QT | 488 |
| QTc | 457 |
| --Axis-- | |
| P | 39 |
| QRS | 40 |
| T | 63 |

Sinus bradycardia
Otherwise normal ECG
No previous ECG available for comparison

Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh

| | |
|---|---|
| Req Provider: | Bradley Whaley |
| Visit: | 40816746 |
| Location: | ED |
| Accession#: | |

\- Otherwise Normal ECG -

Confirmed By: Raj Singh 06/13/2017 19:03:59




GE MAC55-6 25 mm/sec 10.0 mm/mV 60~ 0.16 - 150 Hz

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Allergies*

| Substance | Allergy Type | Reaction Symptom | Reaction Status | Recorded On Behalf Of | Estimated Onset | Information Source | Reviewed Date/Time | Reviewed By | Severity |
|---|---|---|---|---|---|---|---|---|---|
| omalizumab[C1] | | | Active | | 3/20/2017 09:08 PDT | | 3/20/2017 09:08 PDT | | |
| NKA | Allergy | | Canceled | Bartee, Cheryl R RN | | | 3/3/2016 10:15 PST | Chan, Christine | |
| Xolair | Allergy | | Active | | | | 6/12/2017 09:53 PDT | Namkoong, Paul Scribe | Unknown |

**C1:** ; ; Reviewed By:Magali Monjaras-Cermeno

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Procedures*

Procedure: **Blood count;complete (CBC),automated (Hgb,Hct,RBC,WBC and platelet count) and automated differential WBC count..**

| | | |
|---|---|---|
| **Last Updated:**<br>7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:**<br>Inactive | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>85025 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Blood count;complete (CBC),automated (Hgb,Hct,RBC,WBC and platelet count) and automated differential WBC count..**

| | | |
|---|---|---|
| **Last Updated:**<br>7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:**<br>Active | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>85025 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Collection of venous blood by venipuncture**

| | | |
|---|---|---|
| **Last Updated:**<br>7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:**<br>Inactive | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>36415 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Collection of venous blood by venipuncture**

| | | |
|---|---|---|
| **Last Updated:**<br>7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:**<br>Active | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>36415 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

| | | | |
|---|---|---|---|
| Name: | **SHAW, KIMBERLY D** | DOB: | Age: 50 years Sex:F |
| MRN: | 11371144(AMB); 52-78-66(D) | Admit Date: | 6/12/2017 |
| Acct #: | 40816746 | Disch Date: | 6/12/2017 |
| Pt loc: | DSCH ED | Physician: | Whaley,Bradley D.MD |
| | | PCP: | Sedgwick,Jacqueline MD |

## Procedures

Procedure: **Comprehensive metabolic panel This panel must include the following:Albumin (82040) Bilirubin,total (82247) Calcium,total (82310) Carbon dioxide (bicarbonate) (82374) Chloride (82435) Creatinine (82565) Glucose (82947) Phosphatase,alkaline (84075) Pot**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 80053 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Comprehensive metabolic panel This panel must include the following:Albumin (82040) Bilirubin,total (82247) Calcium,total (82310) Carbon dioxide (bicarbonate) (82374) Chloride (82435) Creatinine (82565) Glucose (82947) Phosphatase,alkaline (84075) Pot**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Active | 6/12/2017 00:00 PDT |
| **Code:** 80053 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Computed tomography,head or brain;without contrast material..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 70450 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Computed tomography,head or brain;without contrast material..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Active | 6/12/2017 00:00 PDT |
| **Code:** 70450 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Procedures*

Procedure: **Electrocardiogram,routine ECG with at least 12 leads;tracing only,without interpretation and report..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 93005 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Electrocardiogram,routine ECG with at least 12 leads;tracing only,without interpretation and report..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Active | 6/12/2017 00:00 PDT |
| **Code:** 93005 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Emergency department visit for the evaluation and management of a patient,which requires these 3 key components:A detailed history;A detailed examination;and Medical decision making of moderate complexity.Counseling and/or coordination of care with o**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 99284 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Emergency department visit for the evaluation and management of a patient,which requires these 3 key components:A detailed history;A detailed examination;and Medical decision making of moderate complexity.Counseling and/or coordination of care with o**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | Active | 6/12/2017 00:00 PDT |
| **Code:** 99284 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

## *Procedures*

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);each additional sequential intravenous push of a new substance/drug (List separately in addition to code for primary procedure)..**

| | | |
|---|---|---|
| **Last Updated:** 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:** Inactive | **Procedure Date:** 6/12/2017 00:00 PDT |
| **Code:** 96375 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);each additional sequential intravenous push of a new substance/drug (List separately in addition to code for primary procedure)..**

| | | |
|---|---|---|
| **Last Updated:** 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:** Active | **Procedure Date:** 6/12/2017 00:00 PDT |
| **Code:** 96375 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);intravenous push,single or initial substance/drug**

| | | |
|---|---|---|
| **Last Updated:** 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:** Inactive | **Procedure Date:** 6/12/2017 00:00 PDT |
| **Code:** 96374 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);intravenous push,single or initial substance/drug**

| | | |
|---|---|---|
| **Last Updated:** 7/8/2017 05:22 PDT; Contributor_system, DSCHADT | **Status:** Active | **Procedure Date:** 6/12/2017 00:00 PDT |
| **Code:** 96374 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

**Dignity Health.**

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

| | | | |
|---|---|---|---|
| Name: | **SHAW, KIMBERLY D** | DOB: | Age: 50 years Sex:F |
| MRN: | 11371144(AMB); 52-78-66(D) | Admit Date: | 6/12/2017 |
| Acct #: | 40816746 | Disch Date: | 6/12/2017 |
| Pt loc: | DSCH ED | Physician: | Whaley,Bradley D.MD |
| | | PCP: | Sedgwick,Jacqueline MD |

## *Procedures*

Procedure: **Blood count;complete (CBC),automated (Hgb,Hct,RBC,WBC and platelet count) and automated differential WBC count..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 6/23/2017 08:18 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 85025 (CPT4) | **Location:** | **Ranking:** |

**Related Diagnosis:**

Procedure: **Collection of venous blood by venipuncture**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 6/23/2017 08:18 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 36415 (CPT4) | **Location:** | **Ranking:** |

**Related Diagnosis:**

Procedure: **Comprehensive metabolic panel This panel must include the following:Albumin (82040) Bilirubin,total (82247) Calcium,total (82310) Carbon dioxide (bicarbonate) (82374) Chloride (82435) Creatinine (82565) Glucose (82947) Phosphatase,alkaline (84075) Pot**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 6/23/2017 08:18 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 80053 (CPT4) | **Location:** | **Ranking:** |

**Related Diagnosis:**

Procedure: **Computed tomography,head or brain;without contrast material..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 6/23/2017 08:18 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 70450 (CPT4) | **Location:** | **Ranking:** |

**Related Diagnosis:**

Procedure: **Electrocardiogram,routine ECG with at least 12 leads;tracing only,without interpretation and report..**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 6/23/2017 08:18 PDT; Contributor_system, DSCHADT | Inactive | 6/12/2017 00:00 PDT |
| **Code:** 93005 (CPT4) | **Location:** | **Ranking:** |

**Related Diagnosis:**

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Procedures*

Procedure: **Emergency department visit for the evaluation and management of a patient,which requires these 3 key components:A detailed history;A detailed examination;and Medical decision making of moderate complexity.Counseling and/or coordination of care with o**

| | | |
|---|---|---|
| **Last Updated:**<br>6/23/2017 08:18 PDT; Contributor_system, DSCHADT | **Status:**<br>Inactive | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>99284 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);each additional sequential intravenous push of a new substance/drug (List separately in addition to code for primary procedure)..**

| | | |
|---|---|---|
| **Last Updated:**<br>6/23/2017 08:18 PDT; Contributor_system, DSCHADT | **Status:**<br>Inactive | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>96375 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Procedure: **Therapeutic,prophylactic,or diagnostic injection (specify substance or drug);intravenous push,single or initial substance/drug**

| | | |
|---|---|---|
| **Last Updated:**<br>6/23/2017 08:18 PDT; Contributor_system, DSCHADT | **Status:**<br>Inactive | **Procedure Date:**<br>6/12/2017 00:00 PDT |
| **Code:**<br>96374 (CPT4) | **Location:** | **Ranking:** |
| **Related Diagnosis:** | | |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Immunization Report*

| Vaccine | Date Given | Site | Route | Amount | Expiration Date | Manufacturer | Lot Number |
|---|---|---|---|---|---|---|---|
| influenza virus vaccine, inactivated | 9/1/2016 | | | 99Unknown Unit | | | |
| influenza virus vaccine, inactivated | 10/1/2015 | | | 99Unknown Unit | | | |
| pneumococcal 13-valent vaccine | 12/28/2016 | | IM | 0.5Unknown Unit | 10/30/2017 | Wyeth Laboratories | n34936 |
| pneumococcal 23-valent vaccine | 10/29/2014 | Left Deltoid | IM | 0.5Unknown Unit | 1/21/2016 | MERCK & CO., INC. | K009107 |

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Intake and Output*

| INTAKE | | 6/12/2017 - 6/13/2017 | | |
|---|---|---|---|---|
| All time in PDT | | **6a.m. - 6p.m.** | **6p.m. - 6a.m.** | **Total** |
| ketorolac | mL | 1 | - | 1 |
| lorazepam | mL | 0.5 | - | 0.5 |
| **12 Hour Total** | mL | **1.5** | **-** | |
| **24 Hour Total** | mL | | **1.5** | |

| OUTPUT | | 6/12/2017 - 6/13/2017 | | |
|---|---|---|---|---|
| All time in PDT | | **6a.m. - 6p.m.** | **6p.m. - 6a.m.** | **Total** |
| **12 Hour Total** | mL | **-** | **-** | |
| **24 Hour Total** | mL | **No documented output results for date range** | | |

### Clinical Range Total from 6/12/2017 to 6/13/2017

| Total Intake (mL) | Total Output (mL) | Fluid Balance (mL) |
|---|---|---|
| **1.5** | **0** | **1.5** |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Medication Administration*

**Medications**

**Admin Date/Time:** 6/12/2017 13:55 PDT
Medication Name: **LORazepam (Ativan)**
Charted Date/Time: **6/12/2017 13:55 PDT**
**Ingredients:** lora2ii 1 mg 0.5 mL
**Admin Details: (Auth)** IV Push
Education on Med purpose/side effect: Patient; Richmond Agitation Sedation Scale - RASS: +1 Restless
**Action Details:** Order: Hencke,Richard MD 6/12/2017 13:42 PDT; Perform: Rigor,Sid A.RN 6/12/2017 13:55 PDT; VERIFY: Rigor, Sid A.RN 6/12/2017 13:55 PDT
**Reason for Medication:** Rigor,Sid A.RN 6/12/2017 13:55 PDT
Anxiety

**Admin Date/Time:** 6/12/2017 13:48 PDT
Medication Name: **ketorolac (Toradol)**
Charted Date/Time: **6/12/2017 13:48 PDT**
**Ingredients:** keto30i 30 mg 1 mL
**Admin Details: (Auth)** IV Push
Education on Med purpose/side effect: Patient; Pain Intensity: 7; Pain Scale Used: Numeric Rating Scale
**Action Details:** Order: Hencke,Richard MD 6/12/2017 13:42 PDT; Perform: Rigor,Sid A.RN 6/12/2017 13:48 PDT; VERIFY: Rigor, Sid A.RN 6/12/2017 13:48 PDT

**Admin Date/Time:** 6/12/2017 12:38 PDT
Medication Name: **acetaminophen (Tylenol oral TABLET)**
Charted Date/Time: **6/12/2017 13:26 PDT**
**Admin Details: Auth (Verified)**
Pasero Opioid Sedation Scale - POSS: 1=Awake and alert; Evaluation of Pain Management: Effective-Pain Goal Met; Pain Scale Used: Numeric Rating Scale; Pain Intensity: 3; Acceptable Pain Intensity: 3; PRN meds for pain: Yes
**Action Details:** Order: Hencke,Richard MD 6/12/2017 11:28 PDT; Perform: Rigor,Sid A.RN 6/12/2017 13:25 PDT; VERIFY: Rigor, Sid A.RN 6/12/2017 13:25 PDT

**Admin Date/Time:** 6/12/2017 12:08 PDT
Medication Name: **acetaminophen (Tylenol oral TABLET)**
Charted Date/Time: **6/12/2017 12:08 PDT**
**Ingredients:** acet325t 975 mg
**Admin Details: (Auth)** PO
Education on Med purpose/side effect: Patient; Pain Intensity: 7; Pain Scale Used: Numeric Rating Scale
**Action Details:** Order: Hencke,Richard MD 6/12/2017 11:28 PDT; Perform: Rigor,Sid A.RN 6/12/2017 12:08 PDT; VERIFY: Rigor, Sid A.RN 6/12/2017 12:08 PDT

## Orders

### Admit/Transfer/Discharge

| | | |
|---|---|---|
| Order: **Discharge** | | |
| Order Date/Time: 6/12/2017 15:54 PDT | | |
| Order Start Date/Time: 6/12/2017 15:54 PDT | | |
| Order Status: Discontinued | Department Status: Discontinued | Activity Type: Admit/Transfer/Discharge |
| End-state Date/Time: 6/18/2017 17:01 PDT | End-state Reason: | |
| Ordering Physician: Hencke,Richard MD | Consulting Physician: | |
| Entered By: Hencke,Richard MD on 6/12/2017 15:54 PDT | | |
| Order Details: 6/12/17 3:54:00 PM PDT, Now, Home or self care | | |
| Order Comment: | | |
| Action Type: Discontinue | Action Date/Time: 6/18/2017 17:01 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 15:54 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

### Cardiology

| | | |
|---|---|---|
| Order: **EKG** | | |
| Order Date/Time: 6/12/2017 10:03 PDT | | |
| Order Start Date/Time: 6/12/2017 10:03 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Cardiac Tx/Procedures |
| End-state Date/Time: 6/12/2017 14:39 PDT | End-state Reason: | |
| Ordering Physician: Whaley,Bradley D.MD | Consulting Physician: | |
| Entered By: Whaley,Bradley D.MD on 6/12/2017 10:03 PDT | | |
| Order Details: 6/12/17 10:03:00 AM PDT, Other, Stat, X1 | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 14:39 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 10:09 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

## Orders

### General Laboratory

| | | |
|---|---|---|
| Order: ***Differential Automated** | | |
| Order Date/Time: 6/12/2017 10:27 PDT | | |
| Order Start Date/Time: 6/12/2017 10:22 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: General Lab |
| End-state Date/Time: 6/12/2017 10:33 PDT | End-state Reason: | |
| Ordering Physician: Whaley,Bradley D.MD | Consulting Physician: | |
| Entered By: SYSTEM,SYSTEM on 6/12/2017 10:27 PDT | | |
| Order Details: Collected, 6/12/17 10:22:00 AM PDT, Blood, Stat, Lab Collect | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 10:33 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:27 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 10:27 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Orders*

### General Laboratory

| | | |
|---|---|---|
| Order: **Comprehensive Metabolic Panel** | | |
| Order Date/Time: 6/12/2017 10:08 PDT | | |
| Order Start Date/Time: 6/12/2017 10:22 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: General Lab |
| End-state Date/Time: 6/12/2017 10:56 PDT | End-state Reason: | |
| Ordering Physician: Whaley,Bradley D.MD | Consulting Physician: | |
| Entered By: Whaley,Bradley D.MD on 6/12/2017 10:08 PDT | | |
| Order Details: 6/12/17 10:22:00 AM PDT, Blood, Stat, Lab Collect | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 10:56 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:27 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:22 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 10:09 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

Dignity Health

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Orders*

**General Laboratory**

| | | |
|---|---|---|
| Order: **CBC w/Diff (man diff if indicated)** | | |
| Order Date/Time: 6/12/2017 10:08 PDT | | |
| Order Start Date/Time: 6/12/2017 10:22 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: General Lab |
| End-state Date/Time: 6/12/2017 10:32 PDT | End-state Reason: | |
| Ordering Physician: Whaley,Bradley D.MD | Consulting Physician: | |
| Entered By: Whaley,Bradley D.MD on 6/12/2017 10:08 PDT | | |
| Order Details: 6/12/17 10:22:00 AM PDT, Blood, Stat, Lab Collect | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 10:32 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:27 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:22 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 10:09 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

## *Orders*

### Medications

| | |
|---|---|
| Order: **ketorolac (Toradol)** | |
| Order Date/Time: 6/12/2017 13:42 PDT | |
| Order Start Date/Time: 6/12/2017 13:42 PDT | |
| Order Status: Completed Department Status: Completed | Activity Type: Pharmacy |
| End-state Date/Time: 6/12/2017 13:48 PDT | End-state Reason: |
| Ordering Physician: Hencke,Richard MD | Consulting Physician: |
| Entered By: Hencke,Richard MD on 6/12/2017 13:42 PDT | |
| Order Details: 30 mg, IV Push, INJ, x1, priority: STAT, Start: 6/12/17 1:42:00 PM PDT, Stop: 6/12/17 1:48:58 PM PDT, **For ED Use Only** | |
| Order Comment: | |
| Action Type: Complete | Action Date/Time: 6/12/2017 13:48 PDT |
| Electronically Signed by: Hencke,Richard MD | |
| Review Information:<br>Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/12/2017 13:42 PDT |
| Electronically Signed by: Hencke,Richard MD | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Pharmacist Verify: Not Reviewed<br>Pharmacist Verify: Electronically Signed, Nalley,Brian RPh on 6/12/2017 13:44 PDT<br>Doctor Cosign: Not Required | |

Dignity Health

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Orders*

### Medications

| | | |
|---|---|---|
| Order: **LORazepam (Ativan)** | | |
| Order Date/Time: 6/12/2017 13:42 PDT | | |
| Order Start Date/Time: 6/12/2017 13:42 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
| End-state Date/Time: 6/12/2017 13:55 PDT | End-state Reason: | |
| Ordering Physician: Hencke,Richard MD | Consulting Physician: | |
| Entered By: Hencke,Richard MD on 6/12/2017 13:42 PDT | | |
| Order Details: 1 mg, IV Push, INJ, x1, priority: STAT, PRN Anxiety, Start: 6/12/17 1:42:00 PM PDT, **For ED Use Only** | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 13:55 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 13:42 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Pharmacist Verify: Not Reviewed<br>Pharmacist Verify: Electronically Signed, SYSTEM,SYSTEM on 6/12/2017 13:42 PDT<br>Doctor Cosign: Not Required | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Orders*

### Medications

Order: **acetaminophen (Tylenol oral TABLET)**
Order Date/Time: 6/12/2017 11:28 PDT
Order Start Date/Time: 6/12/2017 11:28 PDT
Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy
End-state Date/Time: 6/12/2017 12:08 PDT | End-state Reason:
Ordering Physician: Hencke,Richard MD | Consulting Physician:
Entered By: Hencke,Richard MD on 6/12/2017 11:28 PDT
Order Details: 975 mg, PO, Tab, x1, priority: STAT, Start: 6/12/17 11:28:00 AM PDT, Stop: 6/12/17 12:08:30 PM PDT, **For ED Use Only**
Order Comment:

Action Type: Complete | Action Date/Time: 6/12/2017 12:08 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Doctor Cosign: Not Required

Action Type: Modify | Action Date/Time: 6/12/2017 12:03 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Action Type: Order | Action Date/Time: 6/12/2017 11:28 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Nurse Review: Not Reviewed
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Nalley,Brian RPh on 6/12/2017 12:03 PDT
Doctor Cosign: Not Required

## *Orders*

### Medications

| |
|---|
| Order: **sodium chloride (saline flush (SL))** |
| Order Date/Time: 6/12/2017 11:25 PDT |
| Order Start Date/Time: 6/12/2017 11:25 PDT |
| Order Status: Discontinued Department Status: Discontinued Activity Type: Pharmacy |
| End-state Date/Time: 6/13/2017 03:01 PDT End-state Reason: |
| Ordering Physician: SYSTEM,SYSTEM Consulting Physician: |
| Entered By: SYSTEM,SYSTEM on 6/12/2017 11:25 PDT |
| Order Details: 3 mL, IV Push, qShift (12hr) priority: Routine, Start: 6/12/17 11:25:00 AM PDT |
| Order Comment: Flush per hospital policy for saline lock. Order secondary to IV Saline Lock. |
| Action Type: Discontinue Action Date/Time: 6/13/2017 03:01 PDT |
| Electronically Signed by: SYSTEM,SYSTEM |
| Review Information:<br>Doctor Cosign: Not Required |
| Action Type: Modify Action Date/Time: 6/12/2017 12:03 PDT |
| Electronically Signed by: SYSTEM,SYSTEM |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required |
| Action Type: Order Action Date/Time: 6/12/2017 11:25 PDT |
| Electronically Signed by: SYSTEM,SYSTEM |
| Review Information:<br>Pharmacist Verify: Not Reviewed<br>Pharmacist Verify: Electronically Signed, Nalley,Brian RPh on 6/12/2017 12:03 PDT<br>Doctor Cosign: Not Required |

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## Orders

### Patient Care

Order: **IV Saline Lock (Saline Lock)**
Order Date/Time: 6/12/2017 11:25 PDT
Order Start Date/Time: 6/12/2017 11:25 PDT
Order Status: Discontinued | Department Status: Discontinued | Activity Type: Asmt/Tx/Monitoring
End-state Date/Time: 6/18/2017 17:01 PDT | End-state Reason:
Ordering Physician: Hencke,Richard MD | Consulting Physician:
Entered By: Hencke,Richard MD on 6/12/2017 11:25 PDT
Order Details: 6/12/17 11:25:00 AM PDT, once
Order Comment:
Action Type: Discontinue | Action Date/Time: 6/18/2017 17:01 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Doctor Cosign: Not Required
Action Type: Order | Action Date/Time: 6/12/2017 11:25 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order: **POCT Creatinine**
Order Date/Time: 6/12/2017 11:23 PDT
Order Start Date/Time: 6/12/2017 11:23 PDT
Order Status: Discontinued | Department Status: Discontinued | Activity Type: POC Asmt/Tx/Monitoring
End-state Date/Time: 6/18/2017 17:01 PDT | End-state Reason:
Ordering Physician: Hencke,Richard MD | Consulting Physician:
Entered By: Hencke,Richard MD on 6/12/2017 11:23 PDT
Order Details: 6/12/17 11:23:00 AM PDT, Print Label, Stat
Order Comment:
Action Type: Discontinue | Action Date/Time: 6/18/2017 17:01 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Doctor Cosign: Not Required
Action Type: Order | Action Date/Time: 6/12/2017 11:25 PDT
Electronically Signed by: Hencke,Richard MD
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Orders*

### Radiology

| | | |
|---|---|---|
| Order: **MR C Spine wo+w Con (MRI C-Spine wo+w Contrast)** | | |
| Order Date/Time: 6/12/2017 11:24 PDT | | |
| Order Start Date/Time: 6/12/2017 11:24 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Radiology |
| End-state Date/Time: 6/12/2017 15:08 PDT | End-state Reason: | |
| Ordering Physician: Hencke,Richard MD | Consulting Physician: | |
| Entered By: Hencke,Richard MD on 6/12/2017 11:24 PDT | | |
| Order Details: 6/12/17 11:24:00 AM PDT, Stat, Reason For Exam: Sensory changes rule out MS, No, 90.909 kg | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 15:08 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 14:54 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 14:54 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 11:25 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Orders*

**Radiology**

| | | |
|---|---|---|
| Order: **MR Brain wo+w Con (MRI Brain wo+w Contrast)** | | |
| Order Date/Time: 6/12/2017 11:24 PDT | | |
| Order Start Date/Time: 6/12/2017 11:24 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Radiology |
| End-state Date/Time: 6/12/2017 15:27 PDT | End-state Reason: | |
| Ordering Physician: Hencke,Richard MD | Consulting Physician: | |
| Entered By: Hencke,Richard MD on 6/12/2017 11:24 PDT | | |
| Order Details: 6/12/17 11:24:00 AM PDT, Stat, Reason For Exam: Sensory changes rule out MS, No, 90.909 kg | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 15:27 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 15:20 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 15:20 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 11:25 PDT | |
| Electronically Signed by: Hencke,Richard MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Orders*

### Radiology

| | | |
|---|---|---|
| Order: **CT Head wo Con** | | |
| Order Date/Time: 6/12/2017 10:02 PDT | | |
| Order Start Date/Time: 6/12/2017 10:02 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Radiology |
| End-state Date/Time: 6/12/2017 11:04 PDT | End-state Reason: | |
| Ordering Physician: Whaley,Bradley D.MD | Consulting Physician: | |
| Entered By: Whaley,Bradley D.MD on 6/12/2017 10:02 PDT | | |
| Order Details: 6/12/17 10:02:00 AM PDT, Stat, Reason For Exam: facial paresthesia, HA, 90.909 kg | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 6/12/2017 11:04 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:45 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Status Change | Action Date/Time: 6/12/2017 10:44 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Order | Action Date/Time: 6/12/2017 10:09 PDT | |
| Electronically Signed by: Whaley,Bradley D.MD | | |
| Review Information:<br>Nurse Review: Not Reviewed<br>Doctor Cosign: Not Required | | |

## *Problems*

| Problem Name: **Ambulatory dysfunction** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 342179011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Ambulatory dysfunction - Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar disc disease however patient also has more diffuse symptoms and needs further evaluation

| Problem Name: **Arthralgia of multiple sites** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 486238018; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Arthralgia of multiple sites - No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology

| Problem Name: **Asthma** | |
|---|---|
| **Last Updated:** 5/12/2015 14:43 PDT; Rowlette,Nicholas RN | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** ; **Code:** 301485011; **Onset Date:** ; **Course:** ; **Status Date:** 5/12/2015 |
| **Last Reviewed:** 5/12/2015 14:43 PDT; Rowlette,Nicholas RN | **Recorder:** Rowlette,Nicholas RN; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

| Problem Name: **Asthmaticus,status** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 3033029011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Asthmaticus, status - Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE

## *Problems*

| Problem Name: **Back pain** | |
|---|---|
| **Last Updated:** 5/12/2015 14:44 PDT; Rowlette,Nicholas RN | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** ; **Code:** 252311015; **Onset Date:** ; **Course:** ; **Status Date:** 5/12/2015 |
| **Last Reviewed:** 5/12/2015 14:44 PDT; Rowlette,Nicholas RN | **Recorder:** Rowlette,Nicholas RN; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

| Problem Name: **Bunion** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 2534692011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Bunion

| Problem Name: **Chronic fatigue** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 139690015; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Chronic fatigue

| Problem Name: **Chronic pain** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 136713011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Chronic pain - Pain medications given until Oct. 15, 2017

Name: **SHAW, KIMBERLY D** DOB: Age: 50 years Sex:F
MRN: 11371144(AMB); 52-78-66(D) Admit Date: 6/12/2017
Acct #: 40816746 Disch Date: 6/12/2017
Pt loc: DSCH ED Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Problems*

| Problem Name: **Complaints of memory disturbance** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 2471365012; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Complaints of memory disturbance

| Problem Name: **Depression** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 59212011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** Rowlette,Nicholas RN; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Depression - no hospitalizations or suicide attempts; with anxiety and chronic pain

| Problem Name: **Encounter for preventive health examination** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 447501012; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Encounter for preventive health examination

| Problem Name: **Fibromyalgia** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 311662010; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Fibromyalgia

## *Problems*

| Problem Name: **Generalized weakness** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 23509018; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Generalized weakness

| Problem Name: **H.pylori infection** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 3325871019; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: H. pylori infection

| Problem Name: **Insomnia** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 297924011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Insomnia - Failed trial of trazodone due to excessive sedation in the mornings and dry mouth

| Problem Name: **Lumbago** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 416139010; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Lumbago

## *Problems*

| Problem Name: **Lumbar degenerative disc disease** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 44436017; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Lumbar degenerative disc disease - L5-S1 annular tear

| Problem Name: **Lumbar disc herniation** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 311132015; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Lumbar disc herniation - MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons

| Problem Name: **Moderate persistent asthma** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 2674139010; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Moderate persistent asthma

| Problem Name: **Neuropathic pain of left thigh** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 417464011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Neuropathic pain of left thigh

## *Problems*

| Problem Name: **Obstructive sleep apnea syndrome** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 129889015; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Obstructive sleep apnea syndrome

| Problem Name: **Personal history of pulmonary embolism** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 251693011; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Personal history of pulmonary embolism - due to immobility hosp for asthma had 3 mos anticoag

| Problem Name: **Post-nasal drip** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 503122019; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Post-nasal drip

| Problem Name: **Rosacea** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 1778393010; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Rosacea

## *Problems*

| Problem Name: **Sensory neuropathy** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 158470017; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Sensory neuropathy

| Problem Name: **Steroid-induced myopathy** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 44723016; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Steroid-induced myopathy - possible, but not typical picture--needs further evaluation, EMG and NCV are pending

| Problem Name: **Strain of calf muscle** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 424381012; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Strain of calf muscle

| Problem Name: **Strain of groin** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 419577012; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Strain of groin

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Problems*

| Problem Name: **Thigh pain,musculoskeletal,left** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 503862017; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Thigh pain, musculoskeletal, left

| Problem Name: **Tremor** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 43694015; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Tremor

| Problem Name: **Well woman exam with routine gynecological exam** | |
|---|---|
| **Last Updated:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Classification:** Medical; **Confirmation:** Confirmed; **Prognosis:** ; **Persistence:** Chronic; **Code:** 453941019; **Onset Date:** ; **Course:** ; **Status Date:** |
| **Last Reviewed:** 11/14/2018 20:26 PST; Contributor_system, TOUCHWORKS_DOM | **Recorder:** ; **Responsible Provider:** |
| **Life Cycle Status:** Active | |

**Comments:** 11/14/2018 20:26 PST; SYSTEM, SYSTEM; Migrated from Touchworks. TouchWorks Dx: Well woman exam with routine gynecological exam

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Admit, Discharge, Transfer Forms*

| | |
|---|---|
| DOCUMENT NAME: | ED Discharge Note - Text |
| RECEIVED DATE/TIME: | 6/12/2017 16:12 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Mershman,Nora RN (6/12/2017 16:12 PDT) |
| SIGN INFORMATION: | Mershman,Nora RN (6/12/2017 16:12 PDT) |

**ED Discharge Note Entered On: 06/12/2017 16:12 PDT**
**Performed On: 06/12/2017 16:12 PDT by Mershman, Nora RN**

**ED Discharge Note**
Discharge Disposition : Home
Discharge Vital Signs : N/A
Educational Topics : Plan of care
Team Care at Discharge : Provider in Room
Barriers to Learning : None evident
Teaching Method : Explanation, Printed materials
Individuals Taught : Patient
Teaching Outcome : Communicated understanding
Teach Back : Yes
Teaching Evaluation : Follow up required
Referrals : Primary Physician

Mershman, Nora RN - 06/12/2017 16:12 PDT

## *Admit, Discharge, Transfer Forms*

| | |
|---|---|
| DOCUMENT NAME: | Depart Summary ED |
| RECEIVED DATE/TIME: | 6/12/2017 16:13 PDT |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Mershman,Nora RN (6/12/2017 16:13 PDT) |
| SIGN INFORMATION: | Mershman,Nora RN (6/12/2017 16:13 PDT); Hencke,Richard MD (6/12/2017 15:54 PDT) |

**Depart Summary ED**

### Dignity Health

### Dominican Hospital
### 1555 Soquel Drive
### Santa Cruz, CA 95065
### (831) 462-7700

### Emergency Department

### Transfer of Care Summary

Please take with you to your follow up appointment with your regular Physician

## PERSON INFORMATION

**Name:** SHAW, KIMBERLY D
**Sex:** F
**Address:** 237 DARWIN ST APT A SANTA CRUZ CA 95062
**Phone:**
**Language:** English

**DOB:** 12:00 AM
**Age:** 50 Years
**MRN:** 52-78-66(D)
**FIN:** 40816746
**Race:** Other - Unknown
**Ethnicity:** Non-Hispanic

## VISIT INFORMATION

**Date of Discharge:** **LOS:** 000 06:31

**Diagnosis:**

***Admit, Discharge, Transfer Forms***

Comment

## PROVIDERS

### Primary Care Provider:

Sedgwick, Jacqueline MD

(831) 475-1630

### Emergency Department Providers:

| Provider | Role |
|---|---|
| Keenan, David PA | ED Provider |
| Whaley, Bradley D.MD | ED Provider |
| Hencke, Richard MD | ED Provider |

## MEDICAL INFORMATION

| | |
|---|---|
| **Height:** | 172.72 cm |
| **Weight:** | 90.909 kg |
| **BMI:** | 30.47 |
| **Smoking Status:** | |
| **Blood Pressure:** | 131 mm Hg/<br>82 mm Hg |
| **Cognitive and Functional Status:** | Home |

**Allergies**
Xolair

The following tests were performed during your visit.

**Laboratory or Other Results This Visit** (last charted value for your 06/12/2017 visit)

**Micro - Misc**
06/12/17 15:25:06
**Report:** Report

**CT Head wo Con**
06/12/17 10:45:12
**CT Head wo Con:** CT Head wo Con

**MR Brain wo+w Con**
06/12/17 15:20:22
**MR Brain wo+w Con:** MR Brain wo+w Con

**MR C Spine wo+w Con**
06/12/17 14:54:34
**MR C Spine wo+w Con:** MR C Spine wo+w Con

**WBC**
06/12/17 10:22:00
**WBC:** 6.0 thousand/uL -- Normal range between ( 5.0 and 11.0 )

**RBC**
06/12/17 10:22:00
**RBC:** 4.75 million/uL -- Normal range between ( 4.20 and 5.40 )

**Hgb**
06/12/17 10:22:00
**Hgb:** 13.6 gm/dL -- Normal range between ( 12.0 and 16.0 )

**Hct**
06/12/17 10:22:00
**Hct:** 40.8 % -- Normal range between ( 36.0 and 48.0 )

**Plt**
06/12/17 10:22:00
**Plt:** 306 thousand/uL -- Normal range between ( 130 and 400 )

**MCV**

06/12/17 10:22:00
**MCV:** 85.8 fL -- Normal range between ( 83.0 and 99.0 )

**MCH**
06/12/17 10:22:00
**MCH:** 28.5 pg -- Normal range between ( 27.0 and 32.0 )

**MCHC**
06/12/17 10:22:00
**MCHC:** 33.3 gm/dL -- Normal range between ( 32.0 and 36.0 )

**RDW**
06/12/17 10:22:00
**RDW:** 14.4 % -- Normal range between ( 11.5 and 14.5 )

**MPV**
06/12/17 10:22:00
**MPV:** 7.4 fL -- Normal range between ( 6.0 and 10.0 )

**ABS Neut**
06/12/17 10:22:00
**ABS Neut:** 3.4 thousand/uL -- Normal range between ( 1.9 and 8.0 )

**ABS Lymph**
06/12/17 10:22:00
**ABS Lymph:** 2.0 thousand/uL -- Normal range between ( 0.9 and 5.2 )

**ABS Mono**
06/12/17 10:22:00
**ABS Mono:** 0.4 thousand/uL -- Normal range between ( 0.2 and 1.0 )

**ABS Eos**
06/12/17 10:22:00
**ABS Eos:** 0.2 thousand/uL -- Normal range between ( 0.0 and 0.8 )

**ABS Baso**
06/12/17 10:22:00

**ABS Baso:** 0.1 thousand/uL -- Normal range between ( 0.0 and 0.2 )

**Neut%**
06/12/17 10:22:00
**Neut%:** 56.7 % -- Normal range between ( 40.0 and 74.0 )

**Lymph%**
06/12/17 10:22:00
**Lymph%:** 33.2 % -- Normal range between ( 19.0 and 48.0 )

**Mono%**
06/12/17 10:22:00
**Mono%:** 6.2 % -- Normal range between ( 3.5 and 9.0 )

**Eos%**
06/12/17 10:22:00
**Eos%:** 2.9 % -- Normal range between ( 0.0 and 7.0 )

**Baso%**
06/12/17 10:22:00
**Baso%:** 1.0 % -- Normal range between ( 0.0 and 1.5 )

**nRBC Auto**
06/12/17 10:22:00
**nRBC Auto:** 0.0 Per 100 WBC -- Normal range between ( 0.0 and 1.0 )

**Sodium**
06/12/17 10:22:00
**Sodium:** 141 mMOL/L -- Normal range between ( 136 and 145 )

**Potassium**
06/12/17 10:22:00
**Potassium:** 4.1 mMOL/L -- Normal range between ( 3.4 and 5.0 )

**Chloride**
06/12/17 10:22:00
**Chloride:** 108 mMOL/L -- Normal range between ( 98 and 107 )

## *Admit, Discharge, Transfer Forms*

**CO2**
06/12/17 10:22:00
**CO2:** 25 mmol/L -- Normal range between ( 19 and 27 )

**BUN**
06/12/17 10:22:00
**BUN:** 10.0 mg/dL -- Normal range between ( 9.8 and 20.1 )

**Creatinine**
06/12/17 10:22:00
**Creatinine:** 0.8 mg/dL -- Normal range between ( 0.6 and 1.1 )

**Calcium**
06/12/17 10:22:00
**Calcium:** 9.2 mg/dL -- Normal range between ( 8.4 and 10.2 )

**Protein, Total**
06/12/17 10:22:00
**Protein, Total:** 6.90 gm/dL -- Normal range between ( 6.40 and 8.30 )

**Albumin**
06/12/17 10:22:00
**Albumin:** 3.9 gm/dL -- Normal range between ( 3.5 and 5.0 )

**Bili Total**
06/12/17 10:22:00
**Bili Total:** 0.5 mg/dL -- Normal range between ( 0.2 and 1.2 )

**ALT**
06/12/17 10:22:00
**ALT:** 37 Units/L -- Normal range between ( 0 and 55 )

**Alkphos**
06/12/17 10:22:00
**Alkphos:** 56.0 Units/L -- Normal range between ( 40.0 and 150.0 )

**Glucose**
06/12/17 10:22:00
**Glucose Level:** 114 mg/dL -- Normal range between ( 70 and 99 )

**AST**
06/12/17 10:22:00
**AST:** 22 Units/L -- Normal range between ( 5 and 34 )

**eGFR Afr/Am**
06/12/17 10:22:00
**eGFR Afr/Am:** >60 mL/min/1.73m2

**eGFR NonAfr/Am**
06/12/17 10:22:00
**eGFR NonAfr/Am:** >60 mL/min/1.73m2

**Comprehensive Metabolic Panel**
06/12/17 10:22:00
**Comprehensive Metabolic Panel:** Comprehensive Metabolic Panel

**acetaminophen-oxyCODONE (acetaminophen-oxyCODONE 325/5 mg)** 2 tab(s) By mouth every 4 hours as needed for pain. Refills: 0.

**albuterol (Ventolin (90mcg/dose) MDI)** 2 puff(s) Inhaled as needed Wheezing. q4 to 6 hours as needed.

**FLUoxetine (PROzac 20 mg oral capsule)** 2 cap By mouth once daily.

**fluticasone-vilanterol (Breo Ellipta 200 mcg-25 mcg Inh Pwd)** 1 puff(s) Inhaled once daily for 30 Days. Refills: 1.

**gabapentin (gabapentin 300 mg oral capsule)** 2 cap By mouth three times daily.

**ipratropium (ipratropium (0.02%) NEB)** By nebulizer as needed Shortness of breath or wheezing.

**LORazepam** 1 Milligram By mouth three times daily as needed for Anxiety.

**LORazepam (Ativan 1 mg oral tablet)** 1 tab(s) By mouth three times daily as needed for anxiety. Refills: 0.

**montelukast (montelukast 10 mg oral tablet)** 1 tab(s) By mouth every evening. Refills: 0.

**polyethylene glycol 3350 (MiraLax)** By mouth.

**predniSONE (predniSONE 20 mg oral tablet)** Disp Qty Sufficient
60_ mg PO daily x 5 days
40_ mg PO daily x 5_ days
20_ mg PO daily x _5 days
10_ mg PO daily x _5 days. Refills: 0., See Special Instructions

**rivaroxaban (Xarelto 15 mg oral tablet)** 1 tab(s) By mouth twice daily for 21 Days. Refills: 0.

**rivaroxaban (Xarelto 20 mg oral tablet)** 1 tab(s) By mouth once daily. Start when 15 mg po bid course finishes. Refills: 0.

**theophylline (theophylline 200 mg oral tablet, extended release)** 2 tab(s) By mouth twice daily. Refills: 0.

**tiZANidine (tiZANidine 4 mg oral tablet)** TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED.

**traZODone (traZODone 50 mg oral tablet)** TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP.

**zolpidem (Ambien)** 5 Milligram By mouth every bedtime as needed Sleep.

## ADDITIONAL INFORMATION

### Problems

**Active**

- Depression
- Back pain
- Asthma

### Procedures

No Procedures Documented

### Immunizations

No Immunizations Documented This Visit

## PATIENT EDUCATION INFORMATION

Cervical Radiculopathy

## PHYSICIAN DOCUMENTATION/NOTES

## *Admit, Discharge, Transfer Forms*

| | |
|---|---|
| DOCUMENT NAME: | Patient Summary ED |
| RECEIVED DATE/TIME: | 6/12/2017 16:13 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Mershman,Nora RN (6/12/2017 16:13 PDT) |
| SIGN INFORMATION: | Mershman,Nora RN (6/12/2017 16:13 PDT) |

**Patient Summary ED**

**Dominican Hospital**
**1555 Soquel Drive**
**Santa Cruz, CA 95065**
**(831) 462-7700**
**Fax: (831) 462-7593**

## Emergency Department

## Patient Discharge Instructions

**If your symptoms continue or worsen, return to the emergency department or contact your physician.**

**If you have questions about your discharge instructions, call the phone number above.**

**Name:** SHAW, KIMBERLY D

**Current Date:** 06/12/17 16:13:05

**DOB:** 12:00 AM **MRN:** 52-78-66(D) **FIN:** 40816746

**Patient Address:**

**Patient Phone:**

**Reason for Visit:**
Neurologic problem

## Providers:

| Provider | Role |
|---|---|
| Keenan, David PA | ED Provider |
| Whaley, Bradley D.MD | ED Provider |
| Hencke, Richard MD | ED Provider |

## Discharge Diagnosis:

Dominican Hospital would like to thank you for allowing us to assist with your healthcare needs.

These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

The following diagnostic tests and/or procedures were performed during your stay:

| Laboratory |
|---|
| *Differential Automated |
| CBC w/Diff (man diff if indicated) |
| Comprehensive Metabolic Panel |

| Radiology |
|---|
| CT Head wo Con |
| MR Brain wo+w Con |
| MR C Spine wo+w Con |

| Cardiology |
|---|
| EKG |

SHAW, KIMBERLY D has been given the following list of follow-up instructions, prescriptions, patient education materials and valuables/belongings:

## Follow-up Instructions:

All referrals for follow up medical care may require approval by your insurance carrier. Any provider contact information (above) is provided to assist you in getting the follow up we recommend. However, it's important that you first check with your insurance provider to assure that the provider is in your network and such a visit will be covered. Some plans may require a Primary Care doctor to provide a referral for specialist appointments.

### Immunizations

No Immunizations Documented This Visit

## Patient Education Materials:

# Cervical Radiculopathy

Cervical radiculopathy happens when a nerve in the neck (*cervical nerve*) is pinched or bruised. This condition can develop because of an injury or as part of the normal aging process. Pressure on the cervical nerves can cause pain or numbness that runs from the neck all the way down into the arm and fingers. Usually, this condition gets better with rest. Treatment may be needed if the condition does not improve.

## CAUSES

This condition may be caused by:

- Injury.
- Slipped (*herniated*) disk.
- Muscle tightness in the neck because of overuse.
- Arthritis.
- Breakdown or degeneration in the bones and joints of the spine (*spondylosis*) due to aging.
- Bone spurs that may develop near the cervical nerves.

## SYMPTOMS

Symptoms of this condition include:

- Pain that runs from the neck to the arm and hand. The pain can be severe or irritating. It may be worse when the neck is moved.
- Numbness or weakness in the affected arm and hand.

## DIAGNOSIS

This condition may be diagnosed based on symptoms, medical history, and a physical exam. You may also have tests, including:

- X-rays.
- CT scan.
- MRI.
- Electromyogram (EMG).
- Nerve conduction tests.

## TREATMENT

In many cases, treatment is not needed for this condition. With rest, the condition usually gets better over time. If treatment is needed, options may include:

- Wearing a soft neck collar for short periods of time.
- Physical therapy to strengthen your neck muscles.
- Medicines, such as NSAIDs, oral corticosteroids, or spinal injections.
- Surgery. This may be needed if other treatments do not help. Various types of surgery may be done depending on the cause of your problems.

## HOME CARE INSTRUCTIONS

### Managing Pain

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If directed, apply ice to the affected area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- If ice does not help, you can try using heat. Take a warm shower or warm bath, or use a heat pack as told by your health care provider.
- Try a gentle neck and shoulder massage to help relieve symptoms.

**Activity**

- Rest as needed. Follow instructions from your health care provider about any restrictions on activities.
- Do stretching and strengthening exercises as told by your health care provider or physical therapist.

**General Instructions**

- If you were given a soft collar, wear it as told by your health care provider.
- Use a flat pillow when you sleep.
- Keep all follow-up visits as told by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**
- Your condition does not improve with treatment.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- Your pain gets much worse and cannot be controlled with medicines.
- You have weakness or numbness in your hand, arm, face, or leg.
- You have a high fever.
- You have a stiff, rigid neck.
- You lose control of your bowels or your bladder (*have incontinence*).
- You have trouble with walking, balance, or speaking.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 09/12/2002 Document Revised: 09/07/2016 Document Reviewed: 02/11/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

## Medication Information:

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Admit, Discharge, Transfer Forms*

Please advise your Primary Care Physician of these new medications and update your list as your medications change. Be sure to carry your complete medication list with you at all times.

### Continue Home Meds

#### Other Medications

**acetaminophen-oxyCODONE (acetaminophen-oxyCODONE 325/5 mg)** 2 tab(s) By mouth every 4 hours as needed for pain. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**albuterol (Ventolin (90mcg/dose) MDI)** 2 puff(s) Inhaled as needed Wheezing. q4 to 6 hours as needed.
Last Dose Given:____________________Next Dose Due:____________________

**FLUoxetine (PROzac 20 mg oral capsule)** 2 cap By mouth once daily.
Last Dose Given:____________________Next Dose Due:____________________

**fluticasone-vilanterol (Breo Ellipta 200 mcg-25 mcg Inh Pwd)** 1 puff(s) Inhaled once daily for 30 Days. Refills: 1.
Last Dose Given:____________________Next Dose Due:____________________

**gabapentin (gabapentin 300 mg oral capsule)** 2 cap By mouth three times daily.
Last Dose Given:____________________Next Dose Due:____________________

**ipratropium (ipratropium (0.02%) NEB)** By nebulizer as needed Shortness of breath or wheezing.
Last Dose Given:____________________Next Dose Due:____________________

**LORazepam** 1 Milligram By mouth three times daily as needed for Anxiety.
Last Dose Given:____________________Next Dose Due:____________________

**LORazepam (Ativan 1 mg oral tablet)** 1 tab(s) By mouth three times daily as needed for anxiety. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**montelukast (montelukast 10 mg oral tablet)** 1 tab(s) By mouth every evening. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**polyethylene glycol 3350 (MiraLax)** By mouth.
Last Dose Given:____________________Next Dose Due:____________________

**predniSONE (predniSONE 20 mg oral tablet)** Disp Qty Sufficient
60_ mg PO daily x 5 days
40_ mg PO daily x 5_ days
20_ mg PO daily x _5 days

## *Admit, Discharge, Transfer Forms*

10_ mg PO daily x _5 days. Refills: 0., See Special Instructions
Last Dose Given:____________________Next Dose Due:____________________

**rivaroxaban (Xarelto 15 mg oral tablet)** 1 tab(s) By mouth twice daily for 21 Days. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**rivaroxaban (Xarelto 20 mg oral tablet)** 1 tab(s) By mouth once daily. Start when 15 mg po bid course finishes. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**theophylline (theophylline 200 mg oral tablet, extended release)** 2 tab(s) By mouth twice daily. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**tiZANidine (tiZANidine 4 mg oral tablet)** TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED.
Last Dose Given:____________________Next Dose Due:____________________

**traZODone (traZODone 50 mg oral tablet)** TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP.
Last Dose Given:____________________Next Dose Due:____________________

**zolpidem (Ambien)** 5 Milligram By mouth every bedtime as needed Sleep.
Last Dose Given:____________________Next Dose Due:____________________

I, KIMBERLY SHAW , understand that Dominican Hospital is not responsible for any personal belongings/effects or valuables that have brought not been identified on the valuable and belonging list. Any personal effects into the facility and not recorded on the valuables and belongings form are the responsibility of the patient/family/significant other.

I have received the indicated patient education materials/instructions and medication list and have verbalized understanding.

______________________________ ______________________

Patient/Responsible Adult Signature Provider Signature

____________ ______________

## *Admit, Discharge, Transfer Forms*

| Date & Time | Date & Time |
|---|---|

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Dignity Health.

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Admit, Discharge, Transfer Forms*

| | |
|---|---|
| DOCUMENT NAME: | Patient Summary ED |
| RECEIVED DATE/TIME: | 6/12/2017 15:54 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hencke,Richard MD (6/12/2017 15:54 PDT) |
| SIGN INFORMATION: | Hencke,Richard MD (6/12/2017 15:54 PDT) |

**Patient Summary ED**

**Dominican Hospital**
**1555 Soquel Drive**
**Santa Cruz, CA 95065**
**(831) 462-7700**
**Fax: (831) 462-7593**

## Emergency Department

## Patient Discharge Instructions

**If your symptoms continue or worsen, return to the emergency department or contact your physician.**

**If you have questions about your discharge instructions, call the phone number above.**

**Name:** SHAW, KIMBERLY D

**Current Date:** 06/12/17 15:54:44

**DOB:** 12:00 AM **MRN:** 52-78-66(D) **FIN:** 40816746

**Patient Address:**

**Patient Phone:**

**Reason for Visit:**
Neurologic problem

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

***Admit, Discharge, Transfer Forms***

## Providers:

| Provider | Role |
|---|---|
| Keenan, David PA | ED Provider |
| Whaley, Bradley D.MD | ED Provider |
| Hencke, Richard MD | ED Provider |

## Discharge Diagnosis:

Dominican Hospital would like to thank you for allowing us to assist with your healthcare needs.

These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

The following diagnostic tests and/or procedures were performed during your stay:

| Laboratory |
|---|
| *Differential Automated |
| CBC w/Diff (man diff if indicated) |
| Comprehensive Metabolic Panel |

| Radiology |
|---|
| CT Head wo Con |
| MR Brain wo+w Con |
| MR C Spine wo+w Con |

| Cardiology |
|---|
| EKG |

SHAW, KIMBERLY D has been given the following list of follow-up instructions, prescriptions, patient education materials and valuables/belongings:

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

***Admit, Discharge, Transfer Forms***

## Follow-up Instructions:

All referrals for follow up medical care may require approval by your insurance carrier. Any provider contact information (above) is provided to assist you in getting the follow up we recommend. However, it's important that you first check with your insurance provider to assure that the provider is in your network and such a visit will be covered. Some plans may require a Primary Care doctor to provide a referral for specialist appointments.

### Immunizations

No Immunizations Documented This Visit

## Patient Education Materials:

# Cervical Radiculopathy

Cervical radiculopathy happens when a nerve in the neck (*cervical nerve*) is pinched or bruised. This condition can develop because of an injury or as part of the normal aging process. Pressure on the cervical nerves can cause pain or numbness that runs from the neck all the way down into the arm and fingers. Usually, this condition gets better with rest. Treatment may be needed if the condition does not improve.

## CAUSES

This condition may be caused by:

- Injury.
- Slipped (*herniated*) disk.
- Muscle tightness in the neck because of overuse.
- Arthritis.
- Breakdown or degeneration in the bones and joints of the spine (*spondylosis*) due to aging.
- Bone spurs that may develop near the cervical nerves.

## SYMPTOMS

Symptoms of this condition include:

- Pain that runs from the neck to the arm and hand. The pain can be severe or irritating. It may be worse when the neck is moved.
- Numbness or weakness in the affected arm and hand.

## DIAGNOSIS

This condition may be diagnosed based on symptoms, medical history, and a physical exam. You may also have tests, including:

- X-rays.
- CT scan.
- MRI.
- Electromyogram (EMG).
- Nerve conduction tests.

## TREATMENT

In many cases, treatment is not needed for this condition. With rest, the condition usually gets better over time. If treatment is needed, options may include:

- Wearing a soft neck collar for short periods of time.
- Physical therapy to strengthen your neck muscles.
- Medicines, such as NSAIDs, oral corticosteroids, or spinal injections.
- Surgery. This may be needed if other treatments do not help. Various types of surgery may be done depending on the cause of your problems.

## HOME CARE INSTRUCTIONS

### Managing Pain

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If directed, apply ice to the affected area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- If ice does not help, you can try using heat. Take a warm shower or warm bath, or use a heat pack as told by your health care provider.
- Try a gentle neck and shoulder massage to help relieve symptoms.

**Activity**

- Rest as needed. Follow instructions from your health care provider about any restrictions on activities.
- Do stretching and strengthening exercises as told by your health care provider or physical therapist.

**General Instructions**

- If you were given a soft collar, wear it as told by your health care provider.
- Use a flat pillow when you sleep.
- Keep all follow-up visits as told by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**
- Your condition does not improve with treatment.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- Your pain gets much worse and cannot be controlled with medicines.
- You have weakness or numbness in your hand, arm, face, or leg.
- You have a high fever.
- You have a stiff, rigid neck.
- You lose control of your bowels or your bladder (*have incontinence*).
- You have trouble with walking, balance, or speaking.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 09/12/2002 Document Revised: 09/07/2016 Document Reviewed: 02/11/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

## Medication Information:

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Admit, Discharge, Transfer Forms*

Please advise your Primary Care Physician of these new medications and update your list as your medications change. Be sure to carry your complete medication list with you at all times.

**Continue Home Meds**

**Other Medications**

**acetaminophen-oxyCODONE (acetaminophen-oxyCODONE 325/5 mg)** 2 tab(s) By mouth every 4 hours as needed for pain. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**albuterol (Ventolin (90mcg/dose) MDI)** 2 puff(s) Inhaled as needed Wheezing. q4 to 6 hours as needed.
Last Dose Given:____________________Next Dose Due:____________________

**FLUoxetine (PROzac 20 mg oral capsule)** 2 cap By mouth once daily.
Last Dose Given:____________________Next Dose Due:____________________

**fluticasone-vilanterol (Breo Ellipta 200 mcg-25 mcg Inh Pwd)** 1 puff(s) Inhaled once daily for 30 Days. Refills: 1.
Last Dose Given:____________________Next Dose Due:____________________

**gabapentin (gabapentin 300 mg oral capsule)** 2 cap By mouth three times daily.
Last Dose Given:____________________Next Dose Due:____________________

**ipratropium (ipratropium (0.02%) NEB)** By nebulizer as needed Shortness of breath or wheezing.
Last Dose Given:____________________Next Dose Due:____________________

**LORazepam** 1 Milligram By mouth three times daily as needed for Anxiety.
Last Dose Given:____________________Next Dose Due:____________________

**LORazepam (Ativan 1 mg oral tablet)** 1 tab(s) By mouth three times daily as needed for anxiety. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**montelukast (montelukast 10 mg oral tablet)** 1 tab(s) By mouth every evening. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**polyethylene glycol 3350 (MiraLax)** By mouth.
Last Dose Given:____________________Next Dose Due:____________________

**predniSONE (predniSONE 20 mg oral tablet)** Disp Qty Sufficient
60_ mg PO daily x 5 days
40_ mg PO daily x 5_ days
20_ mg PO daily x _5 days

## *Admit, Discharge, Transfer Forms*

10_ mg PO daily x _5 days. Refills: 0., See Special Instructions
Last Dose Given:____________________Next Dose Due:____________________

**rivaroxaban (Xarelto 15 mg oral tablet)** 1 tab(s) By mouth twice daily for 21 Days. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**rivaroxaban (Xarelto 20 mg oral tablet)** 1 tab(s) By mouth once daily. Start when 15 mg po bid course finishes. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**theophylline (theophylline 200 mg oral tablet, extended release)** 2 tab(s) By mouth twice daily. Refills: 0.
Last Dose Given:____________________Next Dose Due:____________________

**tiZANidine (tiZANidine 4 mg oral tablet)** TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED.
Last Dose Given:____________________Next Dose Due:____________________

**traZODone (traZODone 50 mg oral tablet)** TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP.
Last Dose Given:____________________Next Dose Due:____________________

**zolpidem (Ambien)** 5 Milligram By mouth every bedtime as needed Sleep.
Last Dose Given:____________________Next Dose Due:____________________

I, KIMBERLY SHAW , understand that Dominican Hospital is not responsible for any personal belongings/effects or valuables that have brought not been identified on the valuable and belonging list. Any personal effects into the facility and not recorded on the valuables and belongings form are the responsibility of the patient/family/significant other.

I have received the indicated patient education materials/instructions and medication list and have verbalized understanding.

______________________________ ______________________

Patient/Responsible Adult Signature Provider Signature

____________ ______________

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Admit, Discharge, Transfer Forms*

Date & Time Date & Time

## *Scanned Doc Administrative Forms*

* Auth (Verified) *

## CONDITIONS OF ADMISSION
### (For Use for Inpatients Outpatients and Emergency Department Patients)

### PART 1 - Consent for Treatment

**Terms Used in this Form**

**"Hospital"** means: **Dominican Hospital**

**"Patient"** means the person identified in the registration block.

**"Patient's legal representative"** can be the Patient's parent, guardian, conservator, or any other person authorized to sign this document on the Patient's behalf, such as an agent under an advanced directive.

**"You"** or **"Your"** refers to the person signing this document and can be the Patient or the Patient's legal representative.

**"We"** or **"us"** or **"our"** refers to the Hospital.

**"Insurance company"** means a HMO, health plan, indemnity plan, government plan or insurance company.

**"Full charges"** means the Hospital's published rates (called the chargemaster), prior to any discounts or reductions.

By signing this form, You agree to all of the following provisions:

1. **Consent to Medical and Surgical Procedures**
You consent to the procedures that may be performed during this Hospital stay or provided as an outpatient. These may include emergency treatment or services, laboratory procedures, X-ray examinations, medical or surgical treatment or procedures, anesthesia, or other hospital services provided to the Patient under the general and special instructions of the doctor. Some treatment or services may be provided through telemedicine. You agree that the Hospital and doctors may access and use your non-hospital pharmacy records in connection with this Hospital stay or visit. You understand that the practice of medicine and surgery is not an exact science. You understand that diagnosis and treatment may involve risks of injury or even death. You acknowledge that We make no guarantees to You about the result of examination or treatment in this Hospital. If the Patient delivers an infant(s) at this Hospital, You agree that these same Conditions of Admission apply to the infant(s).

2. **Consent to Electronic Recording**
You consent to our use of photography, audio or video recording or other electronic imaging as required for diagnosis or treatment of the Patient and for other internal Hospital purposes. We will not use the Patient's image for marketing or fundraising unless we get Your separate authorization in writing. We may take the Patient's picture to confirm and protect his/her identity.

3. **General Duty Nursing Care**
The Hospital provides only general nursing care and services ordered by the doctor(s). If You want a private duty nurse and the doctor agrees, You agree to make the arrangements at the Patient's expense. The Hospital is not responsible for not providing a private duty nurse. You release the Hospital from any and all liability from the use of a private duty nurse or the fact that the Hospital does not provide this additional care.

4. **Participation of Residents and Health Care Students**
We may participate in programs to teach resident doctors, medical students, student nurses, and/or other health care students. These persons may observe or participate in the Patient's care under the supervision of doctors, nurses and other professionals on the Hospital's staff.

SHAW, KIMBERLY D DOB: - Age: 050Y Sex: F
M# 527866
DOS: 6/12/2017 A# 40816746
LOC: E/R

Dignity Health.
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 1: Consent for Treatment**

DH-COA-E-P1-253 (4/15) Page 1 of 3 COA

## CONDITIONS OF ADMISSION
**(For Use for Inpatients Outpatients and Emergency Department Patients)**

**5. Legal Relationship between Hospital and Doctors**
Doctors and surgeons providing services to the Patient, including the radiologist, pathologist, emergency doctors, hospitalist, anesthesiologist, intensive care doctors and others, are not employees or agents of the Hospital. They have been granted the privilege of using the hospital for the care and treatment of their patients, but they are not employees. ***You will receive a separate bill from the doctors for their services.***

Patient/Legal Representative Initials: ______

You understand that the Patient is under the care and supervision of the attending doctor. The Hospital and its staff are responsible for carrying out the doctor's instructions. Your doctor or surgeon is responsible for obtaining Your informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or Hospital services provided to You under your doctor's general and special instructions.

**6. Release of Information**
You will be given a Notice of Privacy Practices that explains how the hospital may use information about the Patient. The Notice of Privacy Practices is available on the Hospital's website under *Patient Privacy Notice*. The Notice of Privacy Practices explains that we will obtain Your written authorization to release information about the Patient, unless We are allowed or required by law to disclose the information without authorization.

**7. Personal Belongings**
You should leave personal items at home. The Hospital has a fireproof safe for the safekeeping of money and valuables. The Hospital is not liable for the loss or damage to any money, jewelry, documents or other articles not placed in the safe. Hospital liability for loss of any property given to the Hospital for safekeeping is limited by law to five hundred dollars ($500) unless You receive a written receipt for a greater amount.

**Patient Certification:**

*By signing this form, You certify that:*

- *You have read this form*
- *You have received a copy of the form*
- *You were given the opportunity to ask questions*
- *You understand what it means*
- *You are the Patient or the Patient's Legal Representative*
- *You have received information informing You of your Patient Rights and Responsibilities.*
- *You have received information advising You of the Hospital's policy for implementation of defined Advance Directives.*

SHAW, KIMBERLY D
DOB:
Age: 060Y Sex: F
M# 527866
DOS: 6/12/2017
LOC: E/R
A# 40816746

Dignity Health.
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 1: Consent for Treatment**

DH-COA-E-P1-253 (4/15) Page 2 of 3 COA

## CONDITIONS OF ADMISSION
**(For Use for Inpatients Outpatients and Emergency Department Patients)**

Notice to consumers: Medical doctors are licensed and regulated by the Medical Board of California (800) 633-2322 www.mbc.ca.gov and Physician Assistants are licensed and regulated by the Physician Assistant Committee (916) 561-8780 www.pac.ca.gov

Signature: ____________________ Date: 6/12/17 Time: 10:21 A.M./P.M.
[Patient or Patient's Legal Representative]

Name: ____________________ Relationship to the Patient: Self
[Print Name]

Witness Signature: ____________________

**For Hospital Use Only: Compliance with Advance Directive Policies**
***Hospital representative must check one and sign:***

- ☐ The Patient is incapacitated or otherwise unable to communicate, the advance directive information has been provided to the patient's family or surrogate in accordance with Federal and State law.
- ☐ The Patient is unable to receive information regarding advance directives at this time and is not accompanied by a legal representative. A referral will be made to the Hospital Department responsible for follow-up.
- ☐ The Patient has been given written information about his/her right under state laws to make advance directives and written Hospital policies regarding the Hospital's implementation of such right.

***Also select from below:***

- ☐ The Patient has a written advance directive about health care decisions and:
  - ☐ A copy has been given to the Hospital.
  - ☐ A copy has not been given to the Hospital, but the Patient has been informed of Patient's responsibility to give a copy to the Hospital.

***OR***

- ☐ The Patient does not have a written advance directive about health care decisions and:
  - ☐ Wants information; a follow-up referral will be made.
  - ☐ Does not wish further information now.

Completed by: ____________________ Date: ____________ Time: ____________

SHAW, KIMBERLY D
DOB:
M# 527866
Age: 050Y Sex: F
DOS: 6/12/2017
LOC: E/R
A# 40816746

Dignity Health.
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 1: Consent for Treatment**

DH-COA-E-P1-253 (4/15) Page 3 of 3 COA

## CONDITIONS OF ADMISSION

**(For Use for Inpatients Outpatients and Emergency Department Patients)**

**PART 2 - Financial Agreement**

**Terms Used in this Form**

**"Hospital"** means: **Dominican Hospital**

**"Patient"** means the person identified in the registration block.

**"Patient's legal representative"** can be the Patient's parent, guardian, conservator, or any other person authorized to sign this document on the Patient's behalf, such as an agent under an advanced directive.

**"You"** or **"Your"** refers to the person signing this document and can be the Patient or the Patient's legal representative.

**"We"** or **"us"** or **"our"** refers to the Hospital.

**"Insurance company"** means a HMO, health plan, indemnity plan, government plan or insurance company.

**"Full charges"** means the Hospital's published rates (called the chargemaster), prior to any discounts or reductions.

By signing this form, You agree to all of the following provisions:

1. **Financial Agreement; Assignment of Benefits/Appeal Rights**

   a. **Insured Patients.** We will bill the patient's insurance company for all the services provided during this stay. Co-payments, co-insurance and deductibles required by the insurance company must be paid by the Patient. Payment may be requested before or at the time of service. If the insurance company or benefit plan denies all or part of the payment, the Patient agrees to be responsible to pay any amounts due to the Hospital under the law. The Patient also assigns all the Patient's rights under the Employee Retirement Income Security Act ("ERISA") or any other applicable state or federal law to Hospital to appeal the denial or underpayment and to seek all legal remedies on behalf of the Patient in any forum against any entity. Some common reasons an insurance company may deny payment are:

      - The service is not covered
      - The hospital is not in the insurance company's network
      - Advance authorization from the insurance company was required and not obtained
      - The insurance company determines the service is not medically necessary

   By signing this form, You authorize us to submit a claim for payment to the Patient's insurance company or benefit plan for the services provided to the Patient. You authorize us to dispute any denials or underpayments to, or legally pursue legal remedies against, the Patient's insurance company or benefit plan. You authorize and direct the insurance company or benefit plan to make direct payments to us for such services, and to accept and adjudicate appeals from the Hospital on your behalf. You appoint Hospital as the Patient's personal representative to pursue all benefit rights. You also agree the Patient is financially responsible as allowed by law for any charges not paid by the insurer or benefit plan.

   b. **Uninsured Patients.** Patients without insurance must pay for services at full charges, unless other discounts apply. Uninsured patients may qualify for government programs or financial assistance. Financial assistance may include a discount from the Hospital's full charges, free care, interest free payment plans or other assistance. Patients asking for government or financial assistance must complete an application (see Paragraph 9).

SHAW, KIMBERLY D
DOB:
Age: 050Y Sex: F
M# 527866
DOS: 6/12/2017
LOC: E/R
A# 40816746

Dignity Health.
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 2: Financial Agreement**

DH-COA-E-P2-253 (4/15) Page 1 of 3 COA

* Auth (Verified) *

## CONDITIONS OF ADMISSION
### (For Use for Inpatients Outpatients and Emergency Department Patients)

c. **Additional Terms.** (i) **We may disclose your information to other agencies or firms as needed, for the sole purpose of getting a standard credit report on the undersigned. That credit report may include investigations of personal credit history, employment and other financial situations.** (ii) All past due accounts will be charged interest at the legal rate. If we send the Patient's account to a collection agency or an attorney, the Patient agrees to pay the Hospital's reasonable attorneys' fees, costs and collection expenses. (iii) If a person other than You (or the Patient's estate) agrees to pay for the services provided to the Patient during this stay, that person must sign the Financial Responsibility Agreement below.

d. **Title to Property Used in Services.** Title to all tangible items delivered to or used in providing services ("medical supplies", which excludes durable medical equipment) to Medicare patients will pass to the Patient on the first date the medical supplies are used in treating the Patient. Any warranty for that property is limited to the manufacturer's warranty, if any. Patient consents to the Hospital's disposal of any medical waste as required by law.

2. **Financial Assistance**
We can help uninsured patients enroll in government health care programs, such as Medi-Cal. If the Patient is uninsured and does not qualify for government programs, financial assistance may be available under Dignity Health's Patient Financial Assistance Policy. To get assistance under this policy, You must complete an application and give certain financial information. You will be given a brochure that explains our billing process and our financial assistance programs. You may ask to talk to financial counseling staff at any time.

3. **Third Party Liability**
If We are treating the Patient for injuries caused by the actions of others, We may have the right to additional payments if the Patient recovers money from the person or entity that caused the injury. If allowed by law, We may make a claim against any award of money to the Patient. We may recover an amount equal to the difference between full charges and the amount the Patient or the Patient's insurance company paid for the Hospital services. You agree to provide us the name of any person that may have caused the Patient's injuries, the name of the person's insurance company, the name of the Patient's lawyer and any other information that may help us exercise our rights.

**Patient Certification:**

*By signing this form, You certify that:*

- *You have read this form*
- *You have received a copy of the form*
- *You were given the opportunity to ask questions*
- *You understand what it means*
- *You are the Patient or the Patient's Legal Representative*
- *You have received information informing You of your Patient Rights and Responsibilities.*
- *You have received information advising You of the Hospital's policy for implementation of defined Advance Directives.*

Notice to consumers: Medical doctors are licensed and regulated by the Medical Board of California (800) 633-2322 www.mbc.ca.gov and Physician Assistants are licensed and regulated by the Physician Assistant Committee (916) 561-8780 www.pac.ca.gov

SHAW, KIMBERLY D
DOB:
Age: 050Y Sex: F
M# 527866
DOS: 6/12/2017
LOC: E/R
A# 40816746

**Dignity Health.**
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 2: Financial Agreement**

DH-COA-E-P2-253 (4/15) Page 2 of 3
COA

## CONDITIONS OF ADMISSION

**(For Use for Inpatients Outpatients and Emergency Department Patients)**

Signature: ______________ Date: 6/12/17 Time: 1021 A.M./P.M.
[Patient or Patient's Legal Representative]

Name: ______________ Relationship to the Patient: Self
[Print Name]

Witness Signature: ______________

**Financial Responsibility Agreement by Person Other than the Patient or Patient's Legal Representative:**
I agree to accept financial responsibility for services given to the Patient. In particular, I accept the terms of the Financial Agreement, Assignment of Insurance Benefits, and Third Party Liability provisions as stated above.

Signature: ______________ Date: ______ Time: ______ A.M./P.M.
[Financially Responsible Party]

Name: ______________ Relationship to the Patient: ______
[Print Name]

Witness Signature: ______________

**For Hospital Use Only: Compliance with Advance Directive Policies**
***Hospital representative must check one and sign:***

- ☐ The Patient is incapacitated or otherwise unable to communicate, the advance directive information has been provided to the patient's family or surrogate in accordance with Federal and State law.
- ☐ The Patient is unable to receive information regarding advance directives at this time and is not accompanied by a legal representative. A referral will be made to the Hospital Department responsible for follow-up.
- ☐ The Patient has been given written information about his/her right under state laws to make advance directives and written Hospital policies regarding the Hospital's implementation of such right.

***Also select from below:***

- ☐ The Patient has a written advance directive about health care decisions and:
  - ☐ A copy has been given to the Hospital.
  - ☐ A copy has not been given to the Hospital, but the Patient has been informed of Patient's responsibility to give a copy to the Hospital.

***OR***

- ☐ The Patient does not have a written advance directive about health care decisions and:
  - ☐ Wants information; a follow-up referral will be made.
  - ☐ Does not wish further information now.

Completed by: ______________ Date: ______ Time: ______

SHAW, KIMBERLY D
DOB:
Age: 050Y Sex: F
M# 527866
DOS: 6/12/2017
LOC: E/R
A# 40816746

**Dignity Health.**
Dominican Hospital

**Conditions of Admission and Treatment**
**Part 2: Financial Agreement**

DH-COA-E-P2-253 (4/15) Page 3 of 3
COA

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Assessment Documentation*

| | |
|---|---|
| DOCUMENT NAME: | Medication Response - Text |
| RECEIVED DATE/TIME: | 6/12/2017 12:38 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Rigor,Sid A.RN (6/12/2017 13:25 PDT) |
| SIGN INFORMATION: | Rigor,Sid A.RN (6/12/2017 13:25 PDT) |

**Medication Response Entered On: 06/12/2017 13:26 PDT**
**Performed On: 06/12/2017 12:38 PDT by Rigor, Sid A.RN**

**Intervention Information:**
acetaminophen
Performed by Rigor, Sid A.RN on 06/12/17 12:08:00 PDT

acetaminophen,975mg
PO

**Medication Response**
PRN meds for pain (yes) : Yes

Rigor, Sid A.RN - 06/12/2017 13:25 PDT

**Medication Response:Pain**
Intensity : 3
Acceptable Pain Intensity : 3
Evaluation of Pain Management : Effective-Pain Goal Met
Pain Scale Used : Numeric Rating Scale
Pasero Opioid Sedation Scale - POSS : 1=Awake and alert

Rigor, Sid A.RN - 06/12/2017 13:25 PDT

## *Assessment Documentation*

| | |
|---|---|
| DOCUMENT NAME: | ED Assessment - Text |
| RECEIVED DATE/TIME: | 6/12/2017 11:58 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Rigor,Sid A.RN (6/12/2017 11:58 PDT) |
| SIGN INFORMATION: | Rigor,Sid A.RN (6/12/2017 11:58 PDT) |

**ED Initial Screening Entered On: 06/12/2017 12:00 PDT**
**Performed On: 06/12/2017 11:56 PDT by Rigor, Sid A.RN**

**ED General Assessment**
Document Falls Risk : Open ED Memorial Fall Risk Assessment
Document Braden Skin Risk : Open Braden Skin Risk Assessment
Domestic Concerns ED : None
Document Social History : Open social history
Emotional Assmt Criteria : Does not meet criteria
Immunization Opt Out : Allow

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

**Neuro (ED)**
Mental Status Neuro : Oriented X4
Affect/Behavior : Calm
Neurological Symptoms : Headache

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

- Images currently included in the form version of this document have not been included in the text rendition version of the form.

**Respiratory (ED)**
Respiratory Symptoms : None
Respiratory Effort : Regular, Unlabored
Cough : None

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

**CV (ED)**
Cardiac Rhythm Status : Regular
Skin Color : Normal
Skin Temperature : Warm, Dry

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

**GI/GU (ED)**
Gastrointestinal Symptoms : None
Abdomen Tender : None

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

**Memorial ED Fall Risk Assessment**
History of Falling (Fall) : No
Confusion Disorientation (Fall) : No
Intoxicated Sedated (Fall) : No
Impaired Gait (Fall) : No

## *Assessment Documentation*

Mobility Assist Device (Fall) : No
Altered Elimination (Fall) : No
Fall Risk Score (Fall) : 0
Fall Score >= 3 (Fall) : No

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

**Social History**
Verified Prev Data - Social History : Yes
Counseling Referral : N/A

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

Social History

(As Of: 06/12/2017 12:00:15 PDT)

Tobacco:

Never used tobacco, Never used tobacco, Unknown history, Previous treatment: None. (Last Updated: 06/12/2017 11:59:04 PDT by Rigor, Sid A.RN) Never used tobacco, Never used tobacco (Last Updated: 01/19/2016 19:48:23 PST by Petree, Kelly RT) Unknown tobacco history, Denies (Last Updated: 03/03/2016 13:42:22 PST by Benefiel, Erin RN)

Alcohol:

Denies (Last Updated: 06/12/2017 11:59:08 PDT by Rigor, Sid A.RN) Unknown alcohol history (Last Updated: 03/03/2016 13:42:29 PST by Benefiel, Erin RN)

Substance Abuse:

Denies (Last Updated: 06/12/2017 11:59:13 PDT by Rigor, Sid A.RN) Denies (Last Updated: 01/19/2016 20:26:06 PST by Houghton, Amy RN) Denies (Last Updated: 03/03/2016 13:42:34 PST by Benefiel, Erin RN)

Home/Environment:

Religious restrictions/concerns: None. Lives with Children, Significant other. Living situation: Home/Independent. (Last Updated: 06/12/2017 11:59:21 PDT by Rigor, Sid A.RN) Religious restrictions/concerns: None. (Last Updated: 01/19/2016 20:26:12 PST by Houghton, Amy RN) Religious restrictions/concerns: None. (Last Updated: 03/03/2016 13:44:03 PST by Benefiel, Erin RN)

**Braden Skin Risk**
Sensory Perception : (4) No impairment
Moisture : (4) Rarely moist
Activity Braden : (4) Walks frequently

## *Assessment Documentation*

Mobility : (4) No limitations
Nutrition : (4) Excellent
Friction and Shear : (3) No apparent problem
Braden Tissue Perfusion & Oxygenation : N/A
Braden Score : 23

Rigor, Sid A.RN - 06/12/2017 11:58 PDT

## *Assessment Documentation*

DOCUMENT NAME: ED Triage - Text
RECEIVED DATE/TIME: 6/12/2017 09:43 PDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hame,Michael RN (6/12/2017 09:43 PDT)
SIGN INFORMATION: Hame,Michael RN (6/12/2017 09:43 PDT)

**ED Triage Entered On: 06/12/2017 9:48 PDT**
**Performed On: 06/12/2017 9:43 PDT by Hame, Michael RN**

**ED Triage**
Chief Complaint ED : FACIAL NUMBNESS
Arrival Time : 06/12/2017 09:42 PDT
Reason for visit : NEURO
Triage Assessment : BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA
Mode of Arrival : Ambulatory

Hame, Michael RN - 06/12/2017 9:43 PDT

<u>DCP GENERIC CODE</u>
Tracking Acuity : 2 - Emergent
Tracking Group : DSCH ED Tracking

Hame, Michael RN - 06/12/2017 9:43 PDT

Travel to foreign country within 6 month : None
Symptoms reviewed for isolation need : No
Preferred Language for Healthcare Discussions : English
Sensory Deficits : None
Temperature PO : 36.8 deg C(Converted to: 98.2 deg F)
NIBP Systolic : 127 mm Hg
NIBP Diastolic : 83 mm Hg
Heart Rate : 68 bpm
Respiratory Rate (Monitor) : 16 Breaths/Min
SPO2 : 97 %
Oxygen Amount : Room air
Intensity : 5
Pain Scale Used : Numeric Rating Scale
Height Measurement Used : inches
Height in : 68 Inch
Height cm : 172.72 cm
LMP : 2 WEEKS AGO
Pregnancy Status : Patient denies
Todays Date : 06/12/2017 PDT
Weight Measurement Used : pounds
Weight lb : 200 lb

## *Assessment Documentation*

Drug Calc Weight (kg) : 90.909 kg
BMI : 30.47
Weight Method : Stated
Accompanied by - ED : Spouse
Historian : Patient
Pediatric Patient : N/A

Hame, Michael RN - 06/12/2017 9:43 PDT

**Allergies & Current Meds (v3)**
Polypharmacy (greater than 7 meds) : Yes

Hame, Michael RN - 06/12/2017 9:43 PDT
(As Of: 06/12/2017 09:48:19 PDT)

Allergies (Active)

| | |
|---|---|
| Xolair | Estimated Onset Date: Unspecified ; Created By: Hame, Michael RN; Reaction Status: Active ; Category: Drug ; Substance: Xolair ; Type: Allergy ; Severity: Unknown ; Updated By: Hame, Michael RN; Reviewed Date: 06/12/2017 9:47 PDT |

Medication List

(As Of: 06/12/2017 09:48:19 PDT)

Prescription/Discharge Order

| | |
|---|---|
| fluticasone-vilanterol | : fluticasone-vilanterol ; Status: Prescribed ; Ordered As Mnemonic: Breo Ellipta 200 mcg-25 mcg Inh Pwd ; Simple Display Line: 1 Puff, INH, qDay, 1 Each ; Ordering Provider: Bhuria, Himanshu MD; Catalog Code: fluticasone-vilanterol ; Order Dt/Tm: 01/22/2016 10:06:14 |
| montelukast | : montelukast ; Status: Prescribed ; Ordered As Mnemonic: montelukast 10 mg oral tablet ; Simple Display Line: 1 Tab, PO, qPM, 30 Tab ; Ordering Provider: Farquharson, Hannah MD; Catalog Code: montelukast ; Order Dt/Tm: 01/09/2016 13:31:00 |
| rivaroxaban | : rivaroxaban ; Status: Prescribed ; Ordered As Mnemonic: Xarelto 15 mg oral tablet ; Simple Display Line: 1 Tab, PO, BID, 42 Tab ; Ordering Provider: Bhuria, Himanshu MD; Catalog Code: rivaroxaban ; Order Dt/Tm: 01/21/2016 11:52:46 |
| rivaroxaban | : rivaroxaban ; Status: Prescribed ; Ordered As Mnemonic: Xarelto 20 mg oral tablet ; Simple Display Line: 1 Tab, PO, qDay, Start when 15 mg po bid course finishes, 30 Tab ; Ordering Provider: Bhuria, Himanshu MD; Catalog Code: rivaroxaban ; Order Dt/Tm: 01/21/2016 11:53:58 |

## *Assessment Documentation*

| | |
|---|---|
| LORazepam | : LORazepam ; Status: Prescribed ; Ordered As Mnemonic: Ativan 1 mg oral tablet ; Simple Display Line: 1 Tab, PO, TID, PRN: for anxiety, 12 Tab, 0 Refill(s) ; Ordering Provider: Keenan, David PA; Catalog Code: LORazepam ; Order Dt/Tm: 03/03/2016 14:43:53 |
| theophylline | : theophylline ; Status: Prescribed ; Ordered As Mnemonic: theophylline 200 mg oral tablet, extended release ; Simple Display Line: 2 Tab, PO, BID, 120 Tab ; Ordering Provider: Bhuria, Himanshu MD; Catalog Code: theophylline ; Order Dt/Tm: 01/22/2016 10:07:14 |
| acetaminophen-oxyCODONE | : acetaminophen-oxyCODONE ; Status: Prescribed ; Ordered As Mnemonic: acetaminophen-oxyCODONE 325/5 mg ; Simple Display Line: 2 Tab, PO, q4hr, PRN: for pain, 30 Tab, 0 Refill(s) ; Ordering Provider: Keenan, David PA; Catalog Code: acetaminophen-oxyCODONE ; Order Dt/Tm: 03/03/2016 14:43:46 |
| predniSONE | : predniSONE ; Status: Prescribed ; Ordered As Mnemonic: predniSONE 20 mg oral tablet ; Simple Display Line: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle ; Ordering Provider: Farquharson, Hannah MD; Catalog Code: predniSONE ; Order Dt/Tm: 01/10/2016 10:04:31 ; Comment: See Special Instructions |

Home Meds

| | |
|---|---|
| LORazepam | : LORazepam ; Status: Documented ; Ordered As Mnemonic: LORazepam ; Simple Display Line: 1 mg, PO, TID, 30 Tab, PRN: for Anxiety ; Catalog Code: LORazepam ; Order Dt/Tm: 01/20/2016 01:30:56 |
| gabapentin | : gabapentin ; Status: Documented ; Ordered As Mnemonic: gabapentin 300 mg oral capsule ; Simple Display Line: 2 Cap, PO, TID ; Ordering Provider: Bhuria, Himanshu MD; Catalog Code: gabapentin ; Order Dt/Tm: 01/22/2016 10:02:24 |
| FLUoxetine | : FLUoxetine ; Status: Documented ; Ordered As Mnemonic: PROzac 20 mg oral capsule ; Simple Display Line: 2 Cap, PO, qDay ; Catalog Code: FLUoxetine ; Order Dt/Tm: 05/21/2015 15:45:19 |

## *Assessment Documentation*

| | |
|---|---|
| albuterol | : albuterol ; Status: Documented ; Ordered As Mnemonic: Ventolin (90mcg/dose) MDI ; Simple Display Line: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing ; Catalog Code: albuterol ; Order Dt/Tm: 05/21/2015 15:45:07 |
| zolpidem | : zolpidem ; Status: Documented ; Ordered As Mnemonic: Ambien ; Simple Display Line: 5 mg, PO, qHS, 30 Tab, PRN: Sleep ; Catalog Code: zolpidem ; Order Dt/Tm: 01/20/2016 01:29:32 |
| polyethylene glycol 3350 | : polyethylene glycol 3350 ; Status: Documented ; Ordered As Mnemonic: MiraLax ; Simple Display Line: gm, PO ; Catalog Code: polyethylene glycol 3350 ; Order Dt/Tm: 01/20/2016 01:31:14 |
| ipratropium | : ipratropium ; Status: Documented ; Ordered As Mnemonic: ipratropium (0.02%) NEB ; Simple Display Line: NEB - inhalation, PRN: Shortness of breath or wheezing ; Catalog Code: ipratropium ; Order Dt/Tm: 01/20/2016 10:32:59 |
| traZODone | : traZODone ; Status: Documented ; Ordered As Mnemonic: traZODone 50 mg oral tablet ; Simple Display Line: TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP ; Catalog Code: traZODone ; Order Dt/Tm: 01/20/2016 10:50:07 |
| tiZANidine | : tiZANidine ; Status: Documented ; Ordered As Mnemonic: tiZANidine 4 mg oral tablet ; Simple Display Line: TAKE 2 TABLETS BY MOUTHEVERY 8 HOURS AS NEEDED ; Catalog Code: tiZANidine ; Order Dt/Tm: 01/20/2016 10:37:09 |

**Sepsis Screening Adult**
SIRS Infection : None
General Variable Criteria : None
SIRS Adult Organ Dysfunction S/S : None

Hame, Michael RN - 06/12/2017 9:43 PDT

## *Cardiovascular*

| | | | | |
|---|---|---|---|---|
| Charted By | Rigor,Sid A.RN | Rigor,Sid A.RN | | |
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 13:37 PDT | 11:58 PDT | | |
| Procedure | | | Units | Reference Range |
| Cardiac Rhythm Status | Regular | Regular | | |
| Cardiovascular Assess/ReAssess | WDL | - | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Gastrointestinal*

| Charted By | Rigor,Sid A.RN | Rigor,Sid A.RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 13:37 PDT | 11:58 PDT | | |
| Procedure | | | Units | Reference Range |
| GI Assess/ReAssess | WDL | - | | |
| Abdomen Tender | - | None | | |
| Gastrointestinal Symptoms | None | None | | |

## *General Information*

| | Charted By | Mershman,Nora RN | | |
|---|---|---|---|---|
| | Charted Date | 6/12/2017 | | |
| | Charted Time | 16:12 PDT | | |
| Procedure | | | Units | Reference Range |
| Barriers to Learning | | None evident | | |
| Educational Topics | | Plan of care | | |
| Individuals Taught | | Patient | | |
| Teaching Evaluation | | Follow up required | | |
| Teaching Method | | Explanation, Printed materials | | |
| Teaching Outcome | | Communicated understanding | | |

| | Charted By | Mershman,Nora RN | Mershman,Nora RN | | |
|---|---|---|---|---|---|
| | Charted Date | 6/12/2017 | 6/12/2017 | | |
| | Charted Time | 16:11 PDT | 15:49 PDT | | |
| Procedure | | | | Units | Reference Range |
| Events | | See Below [T1] | See Below [T2] | | |

Textual Results
T1: 6/12/2017 16:11 PDT (Events)
dc instructions reviewed with pt states understadning for f/u care with pmd. iv dcd cath intact. amb steady gait, with cane.
T2: 6/12/2017 15:49 PDT (Events)
pt back from MRI, MD Hencke at bedside for further eval

| | Charted By | Mershman,Nora RN | Rigor,Sid A RN | | |
|---|---|---|---|---|---|
| | Charted Date | 6/12/2017 | 6/12/2017 | | |
| | Charted Time | 15:30 PDT | 13:57 PDT | | |
| Procedure | | | | Units | Reference Range |
| Events | | See Below [T3] | See Below [T4] | | |

Textual Results
T3: 6/12/2017 15:30 PDT (Events)
care assumed from Sid RN, pt in MRI at this time
T4: 6/12/2017 13:57 PDT (Events)
to mri. pre med with ativan and toradol

| | Charted By | Rigor,Sid A RN | Rigor,Sid A RN | | |
|---|---|---|---|---|---|
| | Charted Date | 6/12/2017 | 6/12/2017 | | |
| | Charted Time | 13:55 PDT | 13:48 PDT | | |
| Procedure | | | | Units | Reference Range |
| Education on Med purpose/side effect | | Patient | Patient | | |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *General Information*

| Charted By | Rigor,Sid A.RN | Turner,Jason RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 13:37 PDT | 12:38 PDT | | |
| Procedure | | | Units | Reference Range |
| Events | See Below [T5] | See Below [T6] | | |

Textual Results
T5: 6/12/2017 13:37 PDT (Events)
mri screen faxed . waiting for transport
T6: 6/12/2017 12:38 PDT (Events)
first pt contact as Break RN....iv established.

| Charted By | Rigor,Sid A.RN | Rigor,Sid A.RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 12:08 PDT | 12:08 PDT | | |
| Procedure | | | Units | Reference Range |
| Events | med tyl for ha | - | | |
| Education on Med purpose/side effect | - | Patient | | |

| Charted By | Rigor,Sid A.RN | Rigor,Sid A.RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:58 PDT | 11:21 PDT | | |
| Procedure | | | Units | Reference Range |
| Events | - | amb to br | | |
| History of Falling (Fall) | No | - | | |
| Confusion Disorientation (Fall) | No | - | | |
| Intoxicated Sedated (Fall) | No | - | | |
| Impaired Gait (Fall) | No | - | | |
| Mobility Assist Device (Fall) | No | - | | |
| Altered Elimination (Fall) | No | - | | |
| Fall Risk Score (Fall) | 0 | - | | |
| Fall Score >= 3 (Fall) | No | - | | |

| Charted By | Rigor,Sid A.RN | Hame,Michael RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:05 PDT | 09:43 PDT | | |
| Procedure | | | Units | Reference Range |
| Chief Complaint ED | - | FACIAL NUMBNESS | | |
| Sensory Deficits | - | None | | |
| Events | Dr. Hencke at bedside | - | | |
| Subjective Nursing Assessment | - | See Below [T7] | | |
| Polypharmacy (greater than 7 meds) | - | Yes | | |
| Travel to foreign country within 6 month | - | None | | |
| Todays Date | - | 6/12/2017 | | |

## General Information

Textual Results
T7: 6/12/2017 09:43 PDT (Subjective Nursing Assessment)
BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA

| | Charted By | SYSTEM,SYSTEM | |
|---|---|---|---|
| | Charted Date | 6/12/2017 | |
| | Charted Time | 09:42 PDT | |
| Procedure | | Units | Reference Range |
| Reasons Not to give Vaccine (Influenza) | See Below [T8 f1] | | |

Textual Results
T8: 6/12/2017 09:42 PDT (Reasons Not to give Vaccine (Influenza))
NOT flu season - April 1st - September 14th

Result Comments
f1: Reasons Not to give Vaccine (Influenza)
Result added by Discern

PT_CARE_FLU_SEASON

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Gyn and Maternal Child*

| Charted By | Rigor,Sid A.RN | Hame,Michael RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:58 PDT | 09:43 PDT | | |
| Procedure | | | Units | Reference Range |
| Affect/Behavior | Calm | - | | |
| LMP | - | 2 WEEKS AGO | | |
| Pregnancy Status | - | Patient denies | | |

| Charted By | Podolsky,Marie EMT | | |
|---|---|---|---|
| Charted Date | 6/12/2017 | | |
| Charted Time | 09:42 PDT | | |
| Procedure | | Units | Reference Range |
| INJ TX/DX/PRO IV PUSH SEQ | 1 | Each | |
| INJ TX/DX/PRO IVPUSH INIT | Yes | | |

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Dignity Health.

| | | | |
|---|---|---|---|
| Name: | **SHAW, KIMBERLY D** | DOB: | Age: 50 years Sex:F |
| MRN: | 11371144(AMB); 52-78-66(D) | Admit Date: | 6/12/2017 |
| Acct #: | 40816746 | Disch Date: | 6/12/2017 |
| Pt loc: | DSCH ED | Physician: | Whaley,Bradley D.MD |
| | | PCP: | Sedgwick,Jacqueline MD |

## *Hemodynamics/Vitals*

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Charted By | Mershman,Nora RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 16:11 PDT | | |
| Heart Rate | 72 | bpm | 50-120 |
| NIBP Systolic | 131 | mm Hg | 80-140 |
| NIBP Diastolic | 82 | mm Hg | 50-90 |
| Resp Rate (Monitor) | 16 | Breaths/Min | 12-20 |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Charted By | Rigor,Sid A RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 13:55 PDT | | |
| Richmond Agitation Sedation Scale -RASS | +1 Restless | | |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Charted By | Rigor,Sid A RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 13:48 PDT | | |
| Pain Intensity | 7 | | |
| Pain Scale Used | Numeric Rating Scale | | |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Charted By | Turner,Jason RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 12:38 PDT | | |
| Heart Rate | 77 | bpm | 50-120 |
| NIBP Systolic | 127 | mm Hg | 80-140 |
| NIBP Diastolic | 85 | mm Hg | 50-90 |
| Resp Rate (Monitor) | 16 | Breaths/Min | 12-20 |
| Temperature PO | 36.8 | deg C | 36-37.5 |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Charted By | Rigor,Sid A RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 12:38 PDT | | |
| Acceptable Pain Intensity | 3 | | |
| Evaluation of Pain Management | Effective-Pain Goal Met | | |
| Pain Intensity | 3 | | |
| Pain Scale Used | Numeric Rating Scale | | |
| Pasero Opioid Sedation Scale -POSS | 1=Awake and alert | | |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Hemodynamics/Vitals*

| | | | |
|---|---|---|---|
| Charted By | Rigor,Sid A.RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 12:08 PDT | | |
| Procedure | | Units | Reference Range |
| Pain Intensity | 7 | | |
| Pain Scale Used | Numeric Rating Scale | | |

| | | | |
|---|---|---|---|
| Charted By | Hame,Michael RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 09:43 PDT | | |
| Procedure | | Units | Reference Range |
| Heart Rate | 68 | bpm | 50-120 |
| NIBP Systolic | 127 | mm Hg | 80-140 |
| NIBP Diastolic | 83 | mm Hg | 50-90 |
| Resp Rate (Monitor) | 16 | Breaths/Min | 12-20 |
| Temperature PO | 36.8 | deg C | 36.0-37.5 |
| Weight Method | Stated | | |
| Pain Intensity | 5 | | |
| Pain Scale Used | Numeric Rating Scale | | |
| Drug Calc Weight (kg) | 90.909 | kg | |
| Height In | 68 | Inch | |
| Weight lb | 200 | zz_lb | |
| Height | 172.72 | cm | 244.00 |

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Musculoskeletal and Integumentary*

| | | | | |
|---|---|---|---|---|
| Charted By | Rigor,Sid A.RN | Hame,Michael RN | | |
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:58 PDT | 09:43 PDT | | |
| Procedure | | | Units | Reference Range |
| Activity Braden | (4) Walks frequently | - | | |
| Friction and Shear | (3) No apparent problem | - | | |
| Mobility | (4) No limitations | - | | |
| Moisture | (4) Rarely moist | - | | |
| Sensory Perception | (4) No impairment | - | | |
| Skin Color | Normal | - | | |
| Skin Temperature | Warm, Dry | - | | |
| Nutrition | (4) Excellent | - | | |
| Braden Tissue Perfusion & Oxygenation | N/A | - | | |
| Braden Score | 23 | - | | |
| BMI | - | 30.47 | | |

Name: **SHAW, KIMBERLY D** DOB: Age: 50 years Sex:F
MRN: 11371144(AMB); 52-78-66(D) Admit Date: 6/12/2017
Acct #: 40816746 Disch Date: 6/12/2017
Pt loc: DSCH ED Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Neurological*

| Charted By | Rigor,Sid A.RN | Rigor,Sid A.RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 13:37 PDT | 11:58 PDT | | |
| Procedure | | | Units | Reference Range |
| Mental Status-Neuro | Oriented X4 | Oriented X4 | | |
| Neurological Symptoms | - | Headache | | |

Name: **SHAW, KIMBERLY D** DOB: Age: 50 years Sex:F
MRN: 11371144(AMB); 52-78-66(D) Admit Date: 6/12/2017
Acct #: 40816746 Disch Date: 6/12/2017
Pt loc: DSCH ED Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *PowerChart Maternity*

| Charted By | Mershman,Nora RN | Mershman,Nora RN | Mershman,Nora RN | | |
|---|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 16:11 PDT | 15:49 PDT | 15:30 PDT | | |
| Procedure | | | | Units | Reference Range |
| Events | See Below [T1] | See Below [T2] | See Below [T3] | | |

Textual Results
T1: 6/12/2017 16:11 PDT (Events)
dc instructions reviewed with pt states understadning for f/u care with pmd. iv dcd cath intact. amb steady gait, with cane.
T2: 6/12/2017 15:49 PDT (Events)
pt back from MRI, MD Hencke at bedside for further eval
T3: 6/12/2017 15:30 PDT (Events)
care assumed from Sid RN, pt in MRI at this time

| Charted By | Rigor,Sid A RN | Rigor,Sid A RN | Turner,Jason RN | Rigor,Sid A RN | | |
|---|---|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 13:57 PDT | 13:37 PDT | 12:38 PDT | 12:08 PDT | | |
| Procedure | | | | | Units | Reference Range |
| Events | See Below [T4] | See Below [T5] | See Below [T6] | med tyl for ha | | |

Textual Results
T4: 6/12/2017 13:57 PDT (Events)
to mri. pre med with ativan and toradol
T5: 6/12/2017 13:37 PDT (Events)
mri screen faxed . waiting for transport
T6: 6/12/2017 12:38 PDT (Events)
first pt contact as Break RN....iv established.

| Charted By | Rigor,Sid A RN | Rigor,Sid A RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:21 PDT | 11:05 PDT | | |
| Procedure | | | Units | Reference Range |
| Events | amb to br | Dr. Hencke at bedside | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Respiratory*

| Charted By | Mershman,Nora RN | Rigor,Sid A.RN | Turner,Jason RN | | |
|---|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 16:11 PDT | 13:37 PDT | 12:38 PDT | | |
| Procedure | | | | Units | Reference Range |
| Oxygen Amount | Room air | - | Room air | | |
| Respiratory Assess/ReAssess | - | WDL | - | | |
| SPO2 | 99 | - | 98 | % | 87-100 |

| Charted By | Rigor,Sid A.RN | Hame,Michael RN | | |
|---|---|---|---|---|
| Charted Date | 6/12/2017 | 6/12/2017 | | |
| Charted Time | 11:58 PDT | 09:43 PDT | | |
| Procedure | | | Units | Reference Range |
| Cough | None | - | | |
| Oxygen Amount | - | Room air | | |
| Respiratory Effort | Regular, Unlabored | - | | |
| Respiratory Symptoms | None | - | | |
| SPO2 | - | 97 | % | 87-100 |

## *Therapies*

| | | | |
|---|---|---|---|
| Charted By | Mershman,Nora RN | | |
| Charted Date | 6/12/2017 | | |
| Charted Time | 16:12 PDT | | |
| Procedure | | Units | Reference Range |
| Teach Back | Yes | | |

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Vascular Access Devices*

| | |
|---|---|
| Charted By | Turner,Jason RN |
| Charted Date | 6/12/2017 |
| Charted Time | 12:40 PDT |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Antecubital, left 20 gauge IV Lock 06/12/2017 12:40 | | | |
| IV Therapy: | Start, IV Lock | | |
| Patency: | See Below [T9] | | |

Textual Results
T9: 6/12/2017 12:40 PDT (Patency:)
Patent, Easy blood aspiration, Flushes easily

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Head wo Con | 01-CT-17-137843 | 6/12/2017 10:45 PDT | Auth (Verified) | Whaley,Bradley D.MD |

**Reason For Exam**
(CT Head wo Con) facial paresthesia, HA

**Report**
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

****F I N A L****
*Dictated by: Williams, Richard A.MD*
*Electronically signed by: Williams, Richard A.MD*
*Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02*
****F I N A L****

| | |
|---|---|
| Name: **SHAW, KIMBERLY D** | DOB: Age: 50 years Sex:F |
| MRN: 11371144(AMB); 52-78-66(D) | Admit Date: 6/12/2017 |
| Acct #: 40816746 | Disch Date: 6/12/2017 |
| Pt loc: DSCH ED | Physician: Whaley,Bradley D.MD |
| | PCP: Sedgwick,Jacqueline MD |

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR Brain wo+w Con | 01-MR-17-025649 | 6/12/2017 15:20 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR Brain wo+w Con) Sensory changes rule out MS

**Report**
MRI brain with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

****F I N A L****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25*
****F I N A L****

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR C Spine wo+w Con | 01-MR-17-025648 | 6/12/2017 14:54 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR C Spine wo+w Con) Sensory changes rule out MS

**Report**
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

Dignity Health.

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Magnetic Resonance Imaging*

**Report**
At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

****F I N A L****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06*
****F I N A L****

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *CBC*

| | |
|---|---|
| Collected Date | 6/12/2017 |
| Collected Time | 10:22 PDT |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | 6.0 | thousand/uL | 5.0-11.0 |
| RBC | 4.75 | million/uL | 4.20-5.40 |
| Hgb | 13.6 | gm/dL | 12.0-16.0 |
| Hct | 40.8 | % | 36.0-48.0 |
| MCV | 85.8 | fL | 83.0-99.0 |
| MCH | 28.5 | pg | 27.0-32.0 |
| MCHC | 33.3 | gm/dL | 32.0-36.0 |
| RDW | 14.4 | % | 11.5-14.5 |
| Plt | 306 | thousand/uL | 130-400 |
| MPV | 7.4 | fL | 6.0-10.0 |
| ABS Neut | 3.4 | thousand/uL | 1.9-8.0 |
| ABS Lymph | 2.0 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.4 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.2 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | 56.7 | % | 40.0-74.0 |
| Lymph% | 33.2 | % | 19.0-48.0 |
| Mono% | 6.2 | % | 3.5-9.0 |
| Eos% | 2.9 | % | 0.0-7.0 |
| Baso% | 1.0 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | Per 100 WBC | 0.0-1.0 |

## *Chemistry General*

| | |
|---|---|
| Collected Date | 6/12/2017 |
| Collected Time | 10:22 PDT |

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Sodium | 141 | zz_mMOL/L.. | 136-145 |
| Potassium | 4.1 | zz_mMOL/L.. | 3.4-5.0 |
| Chloride | **108** H | zz_mMOL/L.. | 98-107 |
| CO2 | 25 | mmol/L | 19-27 |
| Glucose Level | **114** H | mg/dL | 70-99 |
| BUN | 10.0 | mg/dL | 9.8-20.1 |
| Creatinine | 0.8 | mg/dL | 0.6-1.1 |
| eGFR Afr/Am | >60 i1 | mL/min/1.73m2 | >=60 |
| eGFR NonAfr/Am | >60 i1 | mL/min/1.73m2 | >=60 |
| Calcium | 9.2 | mg/dL | 8.4-10.2 |
| Protein,Total | 6.90 | gm/dL | 6.40-8.30 |

**Dignity Health.**

**Dominican Hospital**
1555 Soquel Drive
Santa Cruz, CA 95065-
Facility Phone #: 831-462-7700

Name: **SHAW, KIMBERLY D**
MRN: 11371144(AMB); 52-78-66(D)
Acct #: 40816746
Pt loc: DSCH ED

DOB: Age: 50 years Sex:F
Admit Date: 6/12/2017
Disch Date: 6/12/2017
Physician: Whaley,Bradley D.MD
PCP: Sedgwick,Jacqueline MD

## *Chemistry General*

| Collected Date | 6/12/2017 | | |
|---|---|---|---|
| Collected Time | 10:22 PDT | | |
| Procedure | | Units | Reference Range |
| Albumin | 3.9 [i2] | gm/dL | 3.5-5.0 |
| Bili Total | 0.5 | mg/dL | 0.2-1.2 |
| ALT | 37 | Units/L | 0-55 |
| AST | 22 | Units/L | 5-34 |
| Alkphos | 56.0 | Units/L | 40.0-150.0 |

Interpretive Data

i1: eGFR Afr/Am, eGFR NonAfr/Am

----------------------------------------

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

The eGFR should only be used in individuals ages 18 to 85. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

i2: Albumin

Values are on average approximately 0.3 g/dL higher in ambulatory patients.

```
PHDI600C  DSCH            A C C O U N T   I N Q U I R Y        3/10/20 09:11:02
Account     40816746 F F P-VIP E  G-VIP E          Total Charges        9250.00
Pat SSN           Grntr SSN                 GRes      Bal Pmts-Adjs           .00
Patient SHAW, KIMBERLY D                    GRes      Posting Amount
Guarntr SHAW, KIMBERLY D                     6/22/17 BX CALIF CARE HM     6827.10-
Address                          CFDEM       6/22/17 COMMERCIAL CONTR     2372.90-
                                 CFACT       8/11/17 CREDIT CARD            50.00-
C.S.Z.
Country USA            MR# 52-78-66
Phone H/W
Pat Type .. 7   E/R  Admit  6/12/17 10:21
Fin Class . 0030     DC 1   6/12/17 16:13
# DM Sent .          DsNt
Last DM ...  6/24/17 Birth
Last DM Msg S1       Death     0/00/0000
Hold DM ... Y        BD Xfer   0/00/00
EO Vendor ACS        Col Code      000
Lst Bill ..    11    Transact       14
Status .... 8        At Dr      1084 WHALEY, BRADLEY        BALANCE           .00
Ins #1 4855 BX CALIF CARE H  6/17/17 XDM667A24343
Ins #2 0030 PATIENT RESPONS  6/23/17                    New Acct# ___________
Ins #3 0000                                             Start _____  Dept __
Ins #4 0000                                             Revisions _  Notes Y
F3=Exit   F7=Print Acct   F8=Alt Addr-Guar   F9=All Accts-Guar   F24=More keys
```

PHDI600D DSCH    A C C O U N T   T R A N S A C T I O N S    3/10/20
09:11:08
Account Selection:  SHAW    KIMBERLY  D   00040816746

S T A R T   O F   D E T A I L   T R A N S A C T I O N S

| Seq # | Charge | Bat | Date | Qty | Amount | Charge Description |
|---|---|---|---|---|---|---|
| 1 | 1100692 | 99110 | 6/12/17 | 1 | 779.00 | ECG 12-LEAD |
| 2 | 4404539 | 99101 | 6/12/17 | 1 | 3956.00 | CT BRAIN W/O CON |
| 3 | 4724050 | 99100 | 6/12/17 | 3 | 6.00 | ACETAMINOPHEN 325 MG TAB |
| 4 | 4741567 | 99100 | 6/12/17 | 1 | 26.00 | KETOROLAC 30MG/ML 1ML INJ |
| 5 | 4714903 | 99100 | 6/12/17 | 1 | 26.00 | LORAZEPAM 2 MG/ML VIAL |
| 6 | 6036578 | 99102 | 6/12/17 | 1 | 40.00 | SPECIMEN COLLECTION; VENIPUNCTU |
| 7 | 6031660 | 99102 | 6/12/17 | 1 | 961.00 | METABOLIC PANEL COMP. |
| 8 | 6030092 | 99102 | 6/12/17 | 1 | 523.00 | CBC |
| 9 | 3000155 | 99113 | 6/12/17 | 1 | 2479.00 | ER LEVEL 4 W/PROCEDURE |
| 10 | 3015898 | 99113 | 6/12/17 | 1 | 227.00 | IV INJECTION INITIAL |
| 11 | 3015922 | 99113 | 6/12/17 | 1 | 227.00 | INJ TX/DX/PRO IV PUSH SEQ |
| 12 | 9948555 | 4005 | 6/22/17 | 1- | 6827.10- | BX CALIF CARE HMOPMG |
| 13 | 9700022 | 4005 | 6/22/17 | 1- | 2372.90- | COMMERCIAL CONTRACT DISC |
| 14 | 9900010 | 57777 | 8/11/17 | 1- | 50.00- | CREDIT CARD |

E N D   O F   D E T A I L   T R A N S A C T I O N S

F3=Exit F6=NDC F8=CostEntry F11=PostDate F12=Prev F14=Exclude F17=Top F18=Bottom

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2020

Exhibit 3 Via Fax: (603) 430-0509 & (603) 422-7909
CD enclosing Exhibits 1 – 8 VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 9415511899562901939417

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated October 25, 2019 that we represent Kimberly D. Shaw in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Dignity Health Dominican Hospital.

Again, pursuant to our contract with Ms. Shaw and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Ms. Shaw's claim for disability benefits. We are submitting the following additional evidence in support of Ms. Shaw's claim that, in addition to the evidence already in the file, should be sufficient to establish her entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| 2 | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |

| | | |
|---|---|---|
| 3 | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| 4 | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| 5 | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| 6 | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| 7 | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| 8 | Dominican Hospital Medical Records 06-12-2017 | 104 |

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

R. Chandler Wilson

RCW:rno

Enclosures

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** ____________

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________ Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________

**RELEASE AUTHORIZATION**

To: ~~Lincoln Life Assurance Company~~ of Boston
~~Attn: Appeal Review Unit~~
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: ____________

Client Name: KShaw

Date: 4/14/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

CERTIFIED MAIL

CERTIFIED MAIL

$9.90⁰
US POSTAGE
FIRST-CLASS
FROM 37402
04/14/2020
stamps
endicia

062S0005090670

9415 5118 9956 2901 9394 17

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Lincoln/ Shaw 2046

From: LFGNotifications@LFG.com
Sent: Wednesday, April 15, 2020 8:10:29 AM
To: MAIL@BUCHANANDISABILITY.COM;
CC:
BCC:
Subject: [Send Secure]Dignity Health Claim No. 3840737 Kimberly Shaw
Attachments: nijix4fuurubu9n2v2pp_8177942.pdf;

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

April 15, 2020

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
PO BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

As per your recent request, please find the enclosed Direct Deposit Application so that we have this in place should Ms. Shaw's benefits be reinstated.

You may mail, fax, or email information in .pdf format to disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

**Return To:** Timothy Stanton

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________**
**ADDRESS: ____________ CITY: ____________ STATE: ______ ZIP: ______**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME: ____________**

**9 DIGIT ABA ROUTING NUMBER: ____________** **BANK ADDRESS: ____________**

**YOUR ACCOUNT NUMBER: ____________** **CITY: ______ STATE: ______ ZIP: ______**

**BANK PHONE: ( ) ____________**

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 4/14/2020 |
| FAX NUMBER: (603) 430-0509 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (800) 291-0112 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Because of the current COVID-19 pandemic, using normal methods of communication is more difficult than normal and we ask that you modify your communication with our office in the following manner:

- Electronic Mail - mail@buchanandisability.com
- Secure File Upload - https://www.buchanandisability.com/upload/
- Set up Ms. Shaw's monthly benefit to be sent to our office by direct deposit.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2020

Via Fax: (603) 430-0509

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in her claim for benefits with your company. Because of the current COVID-19 pandemic, using normal methods of communication is more difficult than normal and we ask that you modify your communication with our office in the following manner:

**Electronic Mail:** To help with your providing reliable and timely correspondence, we have set up an electronic mail address for receiving all correspondence and ask that you use it for all correspondence in the future. The address is:

mail@buchanandisability.com

We have set up an automatic reply for mail received at this address that will confirm that we received the mail, which you can save for your records. If you do not receive the confirmation within 30 minutes of sending the mail, please call and we can arrange for alternate delivery. On that same note, would you provide us with an electronic mail address for us to send you correspondence related to this claim?

**Secure File Upload:** Additionally, if you need to send us large files such as claim files or medical records, we have created a secure Sharefile link for you to upload those documents directly to our office electronically. For uploading documents, please use the following link:

https://www.buchanandisability.com/upload/

**Payments/Checks:** Finally, while you should continue to send our firm all payment or disbursement checks in the mail if there is no better alternative, some insurers are providing direct deposit into our firm's trust account (we cannot allow wire transfers due to ethics issues with our state bar), and we ask that you consider doing the same to eliminate the potential that checks could get lost or delayed due to postal issues. Please let us know what procedures we need to go through to set up a direct deposit for our client's benefits. If you are unable to send the client's benefits to our office by direct deposit or until this is set up, please have all checks sent to our P.O. Box address listed above in our letterhead.

As always, pursuant to our contract with Ms. Shaw and the fact that she is represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office; this includes any disbursements of any funds, whether from a settlement or otherwise. Any violation of this could impair our relationship with our client or our attorney's lien.

Thank you very much for considering and implementing these measures. Please contact our office with any questions.

Sincerely,

Hudson T. Ellis

HTE:rno

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 4/14/2020 |
| FAX NUMBER: (603) 430-0509 & (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 11 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached letter and Exhibit 3

Also Note: This letter with a CD enclosing Exhibits 1- 8 was sent certified mail no. 9415511899562901939417

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

April 14, 2020

Exhibit 3 Via Fax: (603) 430-0509 & (603) 422-7909
CD enclosing Exhibits 1 – 8 VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 9415511899562901939417

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: Kimberly D. Shaw
Claim No. 3840737

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated October 25, 2019 that we represent Kimberly D. Shaw in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Dignity Health Dominican Hospital.

Again, pursuant to our contract with Ms. Shaw and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Ms. Shaw's claim for disability benefits. We are submitting the following additional evidence in support of Ms. Shaw's claim that, in addition to the evidence already in the file, should be sufficient to establish her entitlement to benefits.

| **Ex. No.** | **Contents** | **No. Pages** |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |

| | | |
|---|---|---|
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

R. Chandler Wilson

RCW:rno

Enclosures

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: HTEllis

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number:

Client Name: KShaw

Date: 4/14/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

List of Records Submitted in the Case of
**Kimberly Shaw**

Claim #3840737

Exhibits 1 - 8 submitted via letter April 14, 2020

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **1** | Dr. Charles Crump with Parkridge Medical Group Medical Records dated 04-30-2019 to 11-11-2019 | 24 |
| **2** | Dr. Aaron Morse with Sleep Health Medical Records dated 05-20-2017 to 07-10-2017 | 60 |
| **3** | Dr. Craig Medical Opinion Form dated 12-18-2019 | 3 |
| **4** | Dr. William Craig Medical Records dated 08-05-2019 | 8 |
| **5** | Dr. Princy Arora Medical Records dated 05-23-2017 to 06-26-2017 | 9 |
| **6** | Dr. Milan Patel Medical Records dated 07-31-2017 | 5 |
| **7** | Dominican Medical Group Medical Records dated 07-20-2016 to 12-28-2016 | 43 |
| **8** | Dominican Hospital Medical Records 06-12-2017 | 104 |

# Exhibit

# 3

FAXED 12-12-19 T.S.

**MEDICAL OPINION FORM (physical)**

RE: Kimberly Shaw DOB:

Dear William Craig:

Please provide your opinion to a reasonable degree of medical certainty, based on current treatment, of the above referenced patient's abilities and limitations.

1. Please state the diagnosis of the problem that causes your patient's limitations and restrictions, as well as the objective, clinical, or other specific findings that support your diagnosis and opinion:

Fibromyalgia + osteoarthritis
causes joint and muscle pain and fatigue

2. In an 8 hour workday, 5 days a week, on a full time basis, the patient can be expected to be physically capable of the following activities:

Sit: 4-6 hrs out of 8 hrs a day 30 hrs/(min) at one time

Stand or walk: 1 hrs out of 8 hrs a day 20-30 hrs/(min) at one time

3. Does your patient meet the American College of Rheumatology criteria for Fibromyalgia?

✓ Yes ____ No

4. Patient can lift/carry:

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| 1-5 pounds | | ✓ | | |
| 6-10 pounds | | ✓ | | |
| 11-20 pounds | ✓ | | | |
| 21-25 pounds | ✓ | | | |
| 50 pounds or greater | ✓ | | | |

5. Does the patient require bedrest during a normal workday? Yes ____ No ✓

If yes, for approximately how many hours? ____

Name: Shaw, Kimberly DOB: 03/21/1967 ~~Eric Buchanan & Associates, PLLC~~ Date:

Kimberly Shaw, Exhibit 3,
Page 1 of 3

6. Does the patient have problems with stamina and endurance which would require him/her to rest more than the one 30-minute break and two 15-minute breaks normally allowed?

Yes ✓ No ____ If yes, how much rest? 15-20 hours/(minutes) for every 1-2 (hrs)/minutes of work

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

Yes ✓ No ____

8. Is it reasonable that the degree of pain, fatigue or other limitations the patient experiences would interfere with his/her reliably attending an eight hour a day, 40 hour work week?

Yes ✓ No ____

9. How severe is the pain reasonably suffered by the patient?

Extreme ____ Severe ____ Moderately Severe ✓ Moderate ____ Mild ____

10. Is it reasonable that the patient's pain, medical condition, or medication would cause lapses in concentration or memory on a regular basis to the extent that your patient could not attend to a task or be reliable in following work instructions?

Yes ✓ No ____

If yes, how often would his/her condition reasonably causes such lapses in concentration or memory?

____ several hours 3 or more days a week

✓ daily for several hours a day

____ other: ____

11. If your patient has difficulty using their hands for any of the following activities, how often could they perform these activities based on their limitations?

| | Never | Less than 1/3 of day | At least 1/3 of day | At least 2/3 of day |
|---|---|---|---|---|
| Fine manipulation | | | ✓ | |
| Typing | | ✓ | | |
| Writing | | ✓ | | |
| Grasping small objects | | ✓ | | |

12. Does the patient have a reasonable medical need to be absent from a full time work schedule on a chronic basis? (**Chronic being**, more than 4 absences during any month's period attributable to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment etc.)

Yes ✓ No ______

Please estimate to the best of your ability and expertise how many absences could be reasonably medically expected in any month. 8-10

[signature] 12/18/19
Physician's Signature Date

W. David Craig
Print Physician's Name

1035 Executive Dr.
Physician's Address

Hixson, TN. 37343

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

HUDSON ELLIS
ERIC BUCHANAN & ASSOCIATES, PLLC
PO BOX 11208
CHATTANOOGA TN 37401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0509

November 14, 2019

Hudson T. Ellis
Eric Buchanan & Associates, Pllc
PO BOX 11208
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw

Dear Hudson Ellis:

Lincoln Life Assurance Company of Boston ("Lincoln Life"), a Lincoln Financial Group company, is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy.

We are writing in response to your letter dated October 25, 2019 regarding the LTD claim for your client, Kimberly Shaw.

Lincoln Life disagrees with your interpretation of our disclosure obligations under ERISA and we are unable to accommodate your overbroad request for documentation related to internal rules, guidelines, statistics, etc. Neither is this information contained in the claim file nor was it considered in our review and decision on the claim. As such, this information cannot be provided.

Per your request, enclosed is a complete copy of our disability claim file along with a copy of the Group Disability Policy ("the Policy"). The enclosed information constitutes all information that was received and considered in our review of this claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tim Stanton
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 14170
Secure Fax No.: (603) 430-0509

ORIGIN ID:MEOA (980) 270-3028
CASEY BOWMAN
LINCOLN
13830 BALLANTYNE CORPORATE PLACE
SUITE 400
CHARLOTTE, NC 28277
UNITED STATES US

SHIP DATE: 14NOV19
ACTWGT: 6.00 LB
CAD: 5194122/INET4160

BILL SENDER

TO HUDSON ELLIS
ERIC BUCHANAN & ASSOCIATES, PLLC
414 MCCALLIE AVENUE

CHATTANOOGA TN 37402
(000) 000-0000 REF: C00997
INV:
PO: DEPT:

567J1/F330/05A2

FedEx Express

J192119091901uv

TRK# 0201 7769 8760 9828

MON - 18 NOV 4:30P
** 2DAY **

TF CHAA

37402
TN-US CHA

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ERIC
BUCHANAN &
ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

Re: Kimberly D. Shaw
Claim No.: 3840737

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** Kimberly Shaw **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: KShaw Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: HTEllis

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number: __________

Client Name: KShaw

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# MEDICAL RECORD RELEASE AUTHORIZATION
# HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: - ______ DOB: ______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)......**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:______......**INITIALS:**____
3. All records at this facility......**INITIALS:** [initials]

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

____Substance Abuse ____Psychological or psychiatric conditions ____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.

*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.

*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** [signature]

**Date:** 10/25/19 **Relationship to Patient:** ______

CERTIFIED MAIL

ERIC
BUCHANAN &
ASSOCIATES, PLLC
Attorneys at Law
1208 • Chattanooga, Tennessee 37401

CERTIFIED MAIL

stamps.com

CERTIFIED MAIL

$8.900
US POSTAGE
FIRST-CLASS
FROM 37402
10/25/2019
stamps
endicia

9415 5118 9956 1945 8713 87

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Lincoln/ Shaw 2074

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 10/25/2019 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: Kimberly D. Shaw | YOUR REFERENCE NUMBER: Claim # 3840737 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the attached request

Also Note: this letter has been sent via certified mail no. 9415511899561945871387

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

ERIC BUCHANAN & ASSOCIATES, PLLC
Attorneys at Law

Eric L. Buchanan*
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

October 25, 2019

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899561945871387

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Via Fax: (603) 422-7909

| | |
|---|---|
| Re: | Kimberly D. Shaw |
| Claim No.: | 3840737 |

Dear Sir or Madam:

We represent Kimberly D. Shaw in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Dignity Health Dominican Hospital. Pursuant to our contract with Ms. Shaw and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

* Certified as a Social Security Disability Specialist by the National Board of Social Security Disability Advocacy

414 McCallie Avenue • Chattanooga, Tennessee 37402
**Mailing Address: PO Box 11208 • Chattanooga, Tennessee 37401**
Telephone (423) 634-2506 • Fax (423) 634-2505 • Toll free (877) 634-2506
www.buchanandisability.com

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Dignity Health Dominican Hospital.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Shaw will receive if a favorable determination is made.

11. Please state whether Ms. Shaw paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Ms. Shaw can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:mo

Enclosure

cc: Kimberly D. Shaw
Dignity Health Dominican Hospital
Dignity Health

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Kimberly Shaw **SSN:** ____________

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Oct 23, 2019

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

## RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: Kimberly Shaw

Social Security Number:

Client Name: KShaw

Date: 10/25/19

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: Kimberly Shaw

Patient's Social Security Number: ______ DOB: ______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

**Purpose of Disclosure: Disability Benefits Claim**

I. Only records generated by the above-name health care provider (not including records received from other sources)……………………………**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:____________……………**INITIALS:**____
3. All records at this facility……………………………**INITIALS:** [initials]

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

____Substance Abuse ____Psychological or psychiatric conditions ____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** [signature]

**Date:** 10/25/19 **Relationship to Patient:** ____________

After [...]
1. Use [...] our label to your laser or inkjet printer.
2. Fold [...] ine.
3. Plac[...] your shipment so that the barcode portion of the label can be read and scanned.

Warni[...] or shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result i[...] the cancellation of your FedEx account number.
Use of [...] t to the service conditions in the current FedEx Service Guide, available on fedex.[...] ny claim in excess of $100 per package, whether the result of loss, damage, delay, non-deliver[...] you declare a higher value, pay an additional charge, document your actual loss and file a timel[...] FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsi[...] come interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Laracca K.
Overnight
3840737

ORIGIN ID:PSMA (603) 200-6310
HOLLY HOWARD
LINCOLN FINANCIAL GROUP
100 LIBERTY WAY

DOVER, NH 03820
UNITED STATES US

SHIP DATE: 17OCT19
ACTWGT: 1.00 LB
CAD: 250303643/INET4160

BILL SENDER

TO **MS. KIMBERLY SHAW**

567J3/2A3C/05A2

(831) 600-5145 REF 00G891
INV:
PO: DEPT.

FedEx Express

E

J182115051501uv

**FRI - 18 OCT 4:30P**
**STANDARD OVERNIGHT**

TRK# 0201 **7767 4243 2738**

**37379**
**TN-US CHA**

**XH CHAA**

**Lincoln/ Shaw 2082**

## Transferable Skills Analysis

**Date:** 10/15/2019
**Claimant:** Kimberly Smith
**Claim #:** 3840737
**Policyholder:** Dignity Health

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description
DOT
Occupational Analysis dated 7/28/2017
Training, Education and Experience Form, dated 8/17/2017
Peer Review dated 9/6/2019 conducted by James Bradley, MD
Peer Review dated 8/21/2019 conducted by Kathy Dennis Yawingu, MD, FACR

**Education & Training:**
Education:
High School Diploma
Master's Degree
Computer Literate

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 076.361-014 | Respiratory Therapist | 6 | 5 | M |
| 187.117-058 | Director, Pulmonary Services | 8 | 3 | S |
| 201.362-014 | Pulmonary Coordinator | 6 | 3 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off the Peer Review dated 9/6/2019 conducted by James Bradley, MD;

Limited to light level exertion. Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A restriction to avoid environments that have previously caused asthma symptoms is supported.

Peer Review dated 8/21/2019 conducted by Kathy Dennis Yawingu, MD, FACR:

The medical records available for review support R&LS of exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to lift, carry, push, pull or otherwise move objects; occasional standing; occasional walking; constant sitting with the ability to stand at will.

**Skills & Abilities:**

Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

Planning own or others' work program; using reasoning and judgment to perform various clerical functions; using hand and fingers in typing, taking shorthand or dictation, and recording data; obtaining and safeguarding confidential information on individuals; proofing copy to correct errors in spelling, grammar, and punctuation; speaking distinctly when dealing with people in various situations; and making decision involving company policy.

**Profile Adjustments:**
Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.

Talking, Tasting and Vision were adjusted to constantly.

Situations including working under specific restrictions was adjusted to yes as Employee's work history would include these duties.

Copying, Supervising, Serving and Taking Instructions-Helping was adjusted to yes as Employee's work history would include these duties.

GED was adjusted to Grades 15-16+

**Examples of Occupations identified based on National Economy and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 187.117-058 | Director, Outpatient Services | 8 | S | $8,310 |
| 187.117-010 | Health Services Managers | 8 | L | $8,310 |
| 187.167-038 | Director, Volunteer Services | 7 | S | $5,443 |
| 249.167-010 | Automobile-Club-Safety-Program | 6 | S | $4,650 |
| 245.362-010 | Medical Clerk | 6 | S | $3,362 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

**Summary:**
The Transferable Skills Analysis identified occupations are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform; outpatient services director, health services manager, volunteer services, automobile club safety program, and medical clerk.

I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Updated 10/15/19

*Electronically Signed*

Vanessa Scungio MA, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 6 (1 to 2 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 6 | No Change |
| Mathematics | | 5 | 6 |
| Language | | 6 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Occasionally | No Change |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Occasionally | Constantly |
| Color Vision | | Frequently | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | No Change |
| Extreme Cold | | Never | No Change |
| Extreme Heat | | Never | No Change |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Never | No Change |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | | Never | No Change |
| Other Environmental Conditions | | Never | No Change |

| | | |
|---|---|---|
| Noise Intensity Level | Moderate | No Change |
| **DOT Aptitudes** | | |
| General Learning Ability | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 16, 2019

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond October 17, 2019. Dignity Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"Disability" or "Disabled" means:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

You have been receiving LTD benefits for your disability since October 18, 2017 based on your inability to perform the substantial and material acts of your own occupation.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for fibromyalgia and chronic fatigue and your claim file contains the following medical documentation:

- Medical records through April 10, 2019 from Dr. William David Craig, Rheumatology, and Arthritis Associates.

- Medical records through April 30, 2019 from Dr. Charles Crump, Internal Medicine, and Parkridge Medical Group Southside.

Your file also contains direct observation video of your outside activities on the following dates:

- August 11-August 12, 2017
- September 30-October 2, 2018
- June 21-June 23, 2019

**Rheumatology Medical Review**:

Your file was referred to a Board Certified Consulting Rheumatologist. This physician reviewed the medical documentation contained in your file and also attempted to discuss her assessment with Dr. Craig. The Consulting Rheumatologist review concluded the following:

*"The medical records available for review support the diagnosis of fibromyalgia (M79.7). The medical record supports clinically significant comorbid diagnosis of obstructive sleep apnea (G47.33)*

*The medical records available for review support R&LS (restrictions and limitations) of exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to lift, carry, push, pull or otherwise move objects; occasional standing; occasional walking; constant sitting with the ability to stand at will.*

*These R&Ls are supported indefinitely given the chronic nature of her condition.*

*The medical records available for review do not support the inability to sustain full time work capacity within the outlined R&Ls.*

*Dr. Craig was contacted on 8/21/2019 and 8/19/2019. On 8/21/2019 his office staff (Shea) indicated that he was not willing to discuss this matter over the phone. A letter will be sent to the AP with a summary of this report and his input requested."*

The Consulting Rheumatologist also reviewed the direct observation video contained in your file and provided the following comment:

*"The claimant was observed being active in her community and walking her dogs. There was no evidence of significant impairment based on the brief observations of her walking, driving and carrying items."*

The Consulting Rheumatologist attempted to discuss her assessment with Dr. Craig. Dr. Craig did not wish to speak with the Consulting physician over the phone and requested a letter be sent to him instead. In lieu of a phone discussion the Consulting Rheumatologist faxed a letter to Dr. Craig providing him with the results of this medical review. The letter offered Dr. Craig the opportunity

to provide any additional comments and medical records he wished to be considered in our review. To date, we have not received a response from Dr. Craig.

Dr. Crump responded in writing providing his opinion regarding your medical restrictions and limitations (R&Ls). He did not provide any additional clinical evidence to support his opinion. Your file including Dr. Crump's letter was referred back to the Consulting Rheumatologist for an addendum. The addendum concluded the following:

**<u>Pulmonary, Sleep, and Internal Medicine Medical review:</u>**

Your file was also referred for a second medical review. This review was completed by a Board Certified Consulting Physician licensed in Pulmonary Medicine, Sleep Medicine, and Internal Medicine. This physician reviewed the medical documentation contained in your file and also attempted to discuss her assessment with Dr. Crump. The Consulting Rheumatologist review concluded the following:

*"The diagnosis of moderate persistent stable asthma does result in a pulmonary impairment as outlined below. J 45.40*

*comorbid conditions of:*
*Fibromyalgia M 79.7*
*Mild sensory neuropathy G 60.8*
*Osteoarthritis M 19.049*
*Cervical and Lumbar Degenerative Disc Disease M 51.37*
*Hypothyroidism E 03.8"*

*"Information found in the available medical record supports a conclusion that the claimant's severe obstructive sleep apnea is being well treated. The Obstructive Sleep Apnea on CPAP treatment does not cause an impairment nor is any activity restriction supported based on this diagnosis.*

*Information in the medical record supports a conclusion that the claimant has the diagnosis of moderate persistent asthma which requires the administration of multiple daily medications. The moderate asthma diagnosis and the associated pulmonary impairment does support a conclusion that the claimant is limited to light level exertion. Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A restriction to avoid environments that have previously caused asthma symptoms is supported. No specific exacerbating exposures are documented in the record."*

The Consulting Physician also reviewed the direct observation video contained in your file and provided the following comment:

*Review of surveillance activity (walking a short distance with a dog and carrying a small bag to a garbage pail) is consistent with the absence of any sleep apnea impairment and a light level asthma restriction.*

The Consulting Physician attempted to discuss her assessment with Dr. Crump. Telephone messages were left for Dr. Crump with no return call. In lieu of a phone discussion the we faxed a letter to Dr. Crump providing him with the results of this medical review. We offered him the opportunity to provide any additional comments and medical records he wished to be considered in our review.

Dr. Crump responded in writing providing his opinion regarding your medical restrictions and limitations (R&Ls). He did not provide any additional clinical evidence to support his opinion. Your file including Dr. Crump's letter was referred back to the Consulting Rheumatologist as well as the Consulting Pulmonary, Sleep Medicine Physician for addendums. These addendums are as follows:

**Pulmonary/ Sleep Medicine Addendum:**

*"There is no additional information contained in the letter (dated 9-13-19) from Dr. Charles Crump which results in an alteration in the impairment conclusions outlined in the CP/Peer Review of September 6, 2019. The claimant's diagnosis of moderate asthma with some history of dyspnea with exertion supports an activity restriction to light level exertion. Such exertion would include unlimited walking, standing and lifting up to 20 pounds occasionally and 10 pounds frequently. The diagnosis of Obstructive sleep apnea with is being treated with CPAP does not add to the asthma associated impairment. See analysis section below to address specific comments found in Dr. Crump's letter."*

**Consulting Rheumatology Addendum:**

*"In the case of this claimant there is no objective physical or clinical evidence to support the medical necessity to abstain from work. Dr. Crump is supporting her application for disability based solely on her subjective report. He is unable to produce any objective evidence to support the inability to sustain at least sedentary type work on a full time basis.*

*Individuals with fibromyalgia complain of pain and fatigue which can be limiting. It is recommended however that these individuals remain active and productive in society. It has been found that heavy physical tasks should be avoided. Flexibility of work hours and frequent breaks is helpful for individuals with this diagnosis (1).*
*Based on the medical records available for review and the diagnosis of fibromyalgia, it would be reasonable to support R&LS to sedentary type work."*

**Medical Review Summary:**

Our medical reviews conclude that although we understand you are no able to perform your own occupation, you do have sustainable work capacity at the sedentary physical demand level.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

**Skills & Abilities:**

Skills & Abilities:

Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

Applying logic and management skills to plan, direct, or supervise specialized social service programs; analyzing materials and interpreting wide variety of subject matter; making decisions using judgment, experience, knowledge of legal requirements, and other known facts; speaking and writing effectively to influence actions of others; and planning and directing activities of others.

Planning own or others' work program; using reasoning and judgment to perform various clerical functions; using hand and fingers in typing, taking shorthand or dictation, and recording data; obtaining and safeguarding confidential information on individuals; proofing copy to correct errors in spelling, grammar, and punctuation; speaking distinctly when dealing with people in various situations; and making decision involving company policy.

Based on this information you have the ability to perform the following occupation(s):

| Occupation | Str | National Monthly Wage |
|---|---|---|
| Director, Outpatient Services | S | $8,310 |
| Automobile-Club-Safety-Program | S | $4,650 |
| Medical Clerk | S | $3,362 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Dignity Health's definition of disability beyond and we must deny your claim for further benefit consideration. Benefits will be paid through October 17, 2019, and your claim is closed as of .

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

In our review of your claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Dignity Health's Policy. Moreover, Lincoln Life Assurance Company of

Boston has obtained updated medical records and conducted additional medical reviews and that were not considered by the Social Security Administration in its determination process.

In our review of your claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Dignity Health's Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from May 1, 2019 to the present from Dr. Crump.
- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from April 11, 2019 to the present from Dr. Craig.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąąago naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DIGNITY HEALTH | KIMBERLY SHAW | 3840737 |

| | | | |
|---|---|---|---|
| **Referred By:** | Kristie Larocca | **Claimant DOB:** | |
| **Referral Date:** | 10/01/2019 | **Job Title:** | CLINICAL COORDINATOR PULMONARY |
| **Due Date:** | 10/10/2019 | **Medical/ Surgical Condition:** | osa, fatigue, asthma |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 04/20/2017 |
| **Report Date:** | | **DOD:** | 04/21/2017 |
| **Physical Demands:** | | **BBD:** | 10/18/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

Please review Dr. Crump's response to your letter. Please also review updated pharmacy records from Food City. Does Dr. Crump's letter and the pharmacy records change your original assessment? Please explain why it does or does not. Please provide an addendum and any additional recommendations.

Addendum:

**There is no additional information contained in the letter (dated 9-13-19) from Dr. Charles Crump which results in an alteration in the impairment conclusions outlined in the CP/Peer Review of September 6, 2019. The claimant's diagnosis of moderate asthma with some history of dyspnea with exertion supports an activity restriction to light level exertion. Such exertion would include unlimited walking, standing and lifting up to 20 pounds occasionally and 10 pounds frequently. The diagnosis of Obstructive sleep apnea with is being treated with CPAP does not add to the asthma associated impairment. See analysis section below to address specific comments found in Dr. Crump's letter.**

**The pharmacy records contain only one prescribed asthma medication (montelukast) this does not alter the previous assessment except that it may support a lower level asthma impairment. However, it is unclear if this limited record includes all of the claimant's medications taken during that time interval.**

Additional action to consider: **None**

Brief overview of clinical presentation and analysis:
**The claimant is a 52 year old female who has been diagnosed with severe obstructive sleep apnea and moderate persistent asthma. As outlined in the September 6, 2019**

**review there is evidence in the record that the Sleep Apnea is being treated with CPAP with excellent compliance documentation.**

**Dr. Charles Crump in his note of September 13, 2019 indicated that the claimant did have "fatigue" and "shortness of breath with mild exertion." He indicated that she was on multiple medications and an albuterol nebulizer for her asthma.**

**He indicated she was "too weak to lift 10-20 pounds."**
**No additional objective data was presented such as spirometry or ambulation oximetry which would have supported a change in her previous asthma associated restriction to light level exertion.**

**The following information was included in the original review.**
"She did have an exacerbation of the asthma in January 2019 which was treated with outpatient Prednisone and Augmentin. Her most recent asthma medication regime has included Spiriva Respimat 1.25 mcg two puffs per 24 hours, Singulair 10 mg daily, Zyrtec 10 mg daily, Albuterol via nebulizer or MDI as needed three times per day and Advair 250/50 one puff twice daily except when given Symbicort 160/4.5 two puffs twice daily as samples.
On this regime no wheezing, dyspnea or cough have been reported.
On April 30, 2019 Ginger D. Mullins, PA-C reported that the claimant's "asthma well controlled so far."
On December 28, 2016 an Allergy evaluation revealed a normal FEV1, normal chest radiograph, normal eNO level, normal IgE level and no elevation in the eosinophil count all indicating good asthma control.
The claimant has reportedly never used tobacco products.
A Pulmonary Medicine physician, Dr. Andrea Ling, completed a Restriction form on August 17, 2017 which indicated the claimant was restricted to light level exertion."

**Dr. Charles Crump in his note of September 13, 2019 indicated that the claimant did have "fatigue" and "shortness of breath with mild exertion." He indicated that she was on multiple medications and an albuterol nebulizer for her asthma.**

**He indicated she was "too weak to lift 10-20 pounds.**

Records Reviewed:
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is a letter from Dr. Charles Crump on September 13, 2019.

Electronically Signed

James Bradley, M.D.
Board Certified in Pulmonary Medicine,
American Board of Internal Medicine
Board Certified in Sleep Medicine,
American Board of Sleep Medicine

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DIGNITY HEALTH | KIMBERLY SHAW | 3840737 |

| | | | |
|---|---|---|---|
| **Referred By:** | Kristie Larocca | **Claimant DOB:** | |
| **Referral Date:** | 10/01/2019 | **Job Title:** | CLINICAL COORDINATOR PULMONARY |
| **Due Date:** | 10/10/2019 | **Medical/ Surgical Condition:** | fibro, fatigue, osa, asthma |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 04/20/2017 |
| **Report Date:** | 10/4/2019 | **DOD:** | 04/21/2017 |
| **Physical Demands:** | | **BBD:** | 10/18/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**This serves as an addendum to the original report submitted on 8/21/2019. The updated medical records were reviewed including a pulmonary medicine review, a letter from her treating provider and pharmacy records.**
**The original R&Ls are unchanged as a result of these submissions.**

**Please review Dr. Crump's response to Dr. Bradley's letter. Although his response was to Dr. Bradley, he commented on the totality of the patient's level of impairment. Please also review updated pharmacy records from Food City. Does Dr. Crump's letter and the pharmacy records change your original assessment? Please explain why it does or does not. Please provide an addendum and any additional recommendations.**

**Answer:** In the case of this claimant there is no objective physical or clinical evidence to support the medical necessity to abstain from work. Dr. Crump is supporting her application for disability based solely on her subjective report. He is unable to produce any objective evidence to support the inability to sustain at least sedentary type work on a full time basis.

Individuals with fibromyalgia complain of pain and fatigue which can be limiting. It is recommended however that these individuals remain active and productive in society. It has been found that heavy physical tasks should be avoided. Flexibility of work hours and frequent breaks is helpful for individuals with this diagnosis (1).
Based on the medical records available for review and the diagnosis of fibromyalgia, it would be reasonable to support R&LS to sedentary type work.

*1. Henriksson CM et al. Women with fibromyalgia: work and rehabilitation. Disabil Rehabil 2005; 27:685-94.*

**Case Summary:** The claimant is a 52 year old female with complaints of diffuse pain and fatigue. She has been diagnosed with fibromyalgia and sleep apnea. There is no evidence of a systemic inflammatory condition.

***Electronically Signed***
**Kathy Dennis Yawingu, MD, FACR**
**Board Certified in Rheumatology & Internal Medicine**

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

September 27, 2019

**KRISTIE LAROCCA**
**LINCOLN FINANCIAL GROUP**
P. O. Box 1525
Dover, NH 3821

| | |
|---|---|
| Claim Number: | **3840737** |
| Subject: | **KIMBERLY SHAW** |
| Date of Loss: | **2017-04-21** |
| Injury: | **UNKNOWN** |
| Received: | **2019-09-20** |
| Analysts: | **TRICIA LANDRY AND LAKISHA MALBROUGH** |
| HUB Case: | **1708000143.7** |
| HUB Contact: | **HEATHER ROSS** |

**RESEARCH SUMMARY**:

On Monday, September 23, 2019, we drafted and forwarded a letter of request via fax to Food City Pharmacy at (423) 877-9459 to obtain records from June 1, 2019 through present related to the claimant.

On Wednesday, September 25, 2019, we contacted Food City Pharmacy at (423) 877-1515 to determine the status of our request. We spoke with Pharmacy Technician, Kelly, who stated our request was received and forwarded to their home office for processing. Turnaround time is approximately 30 business days from the day the request is received.

On Thursday, September 26, 2019, we received records related to the claimant from K-VA-T Food Stores, Inc. on behalf of Food City Pharmacy along with an invoice in the amount of $20.00.

**CONCLUSION:**

All research activity on this file has been terminated pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to call me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

HR/tl:lm


PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A-HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

FOOD CITY PHARMACY

**K-VA-T FOOD STORES, INC.**
**FOOD CITY PHARMACIES**
**P.O. Box 1158**
**Abingdon, VA 24212-1158**

# A Fax From Susie Everhart

**(276) 623-5100 Ext. 5744**
**(276) 623-5440 Fax**

**To: HUB Enterprises**

**Attn: Tricie Landry, Research Department-Customer #1358902**

**Date: September 25, 2019**

**Fax#: 800-436-4399** **Pages: 12** incl. cover sheet

**Subject: Pharmacy Record Request**

**Comments:**

**Lincoln/ Shaw 2104**

FOOD CITY

**K-VA-T Food Stores, Inc.** | Corporate Support Center
1 Food City Circle (24210) | PO Box 1158 | Abingdon, VA 24212
276.623.5100

September 25, 2019

HUB Enterprises
P. O. Box 3162
Lafayette, LA 70502

RE: K. Shaw
Customer #1358902

Attn: Tricie Landry
Research Department

Here is the information you requested. If you have any questions, please do not hesitate to contact us at (276) 623-5100. Please remit the amount of $20.00 to the address below.

Sincerely,

Susie Everhart

Susie Everhart
K-VA-T Food Stores, Inc.
Food City Pharmacy
P.O. Box 1158
Abingdon, VA. 24212

FOOD CITY

**K-VA-T Food Stores, Inc.** | Corporate Support Center
1 Food City Circle (24210) | PO Box 1158 | Abingdon, VA 24212
276.623.5100

RE: K. Shaw
Customer #1358902
Invoice #: 09252019A
Invoice Date: September 25, 2019
Invoice Amount: $20.00

Billed to:

HUB Enterprises
P. O. Box 3162
Lafayette, LA 70502

800-873-0933
800-436-4399 FAX

Remit to:

K-VA-T Food Stores, Inc.
P.O. Box 1158
Abingdon, VA 24212-1158
Attn: Accounts Receivable
(276) 623-5100
(276) 623-5443 Fax

HUB ENTERPRISES

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

Food City Pharmacy
3901 Dayton Boulevard
Red Bank, TN 37415
(423) 877-1515
(423) 877-0459 (fax)

Re: Kimberly Shaw

**Aliases:** Kim Shaw, Kim K Shaw, Kim Dawn Shaw, Kimberly Dawn Shaw, Kim Dawn Kennedy, Kimberly Dawn Kennedy, Dawn Mcclendon, Kimberly Dawn Kennedyshaw, Kim Dawn Kennedy-Shaw, K D Kennedy, Kimberoly Kennedy-Shaw, Kim M Kennedy, Kim D Kennedy Shaw, Kimberly Dawn Kennedy Shaw

**Associated Addresses**. Soddy Daisy, TN, Santa Cruz, CA, Pikeville, KY, Las Vegas, NV, San Rafael, CA, Morganton, GA, Seattle, WA, Lynnwood, WA, Hixson, TN, Mill Creek, WA, Kirkland, WA, Chattanooga, TN

**Lincoln Financial Group** has retained our firm, HUB Enterprises, to assist in obtaining records from June 1, 2019 through present related to the patient, Kimberly Shaw. Enclosed is a release signed by Ms. Shaw advising records be released. This information is an important part of a claims process, as it allows the insurer to determine the facts and circumstances surrounding a loss. Please forward the information directly to my attention via fax to 800-436-4399, via email at tlandry@hubenterprises.com, or via mail to PO Box 3162, Lafayette, LA 70502.

On Tuesday, June 11, 2019, we spoke with Pharmacy Manager, Tony Evans, at Food City Pharmacy located on 3901 Dayton Boulevard, Red Bank, TN 37415. Tony stated there were records located within the provided date range with the last date of service being on June 09, 2019; however, to obtain records we must submit a request to Food City Pharmacy. We were advised the turnaround time is approximately 30 business days from the day the request is received. Please note we are requesting records from all Food City Pharmacy locations where the claimant has filled prescriptions from June 1, 2019 through present. Please expedite our request at this time so the insurance company can allow the patient to seek further treatment.

If you have any questions or concerns please feel free to contact me at 800-873-0933 ext. 325 to discuss further. Thank you in advance for your assistance in this matter.

Sincerely,

Tricia Landry

Tricia Landry
**Research Department**
**Customer# 1358902**

where risk meets resolution

Lincoln Financial Group

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, authorizes Hub Enterprises to act on its behalf, for the purpose of obtaining medical information in connection with the administration of the disability claim for the party named below.

Claimant's Name: Kimberly Shaw

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

Sincerely,

Melissa Long

Melissa Long, RN, BSN, CCM

Clinical Manager, Appeal Nurses and Quality Assurance, Clinical Vendor Program Manager

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

FOR INTERNAL DISTRIBUTION ONLY

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 435-7611
Secure Fax No.: (603) 334-5769

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Lincoln/ Shaw 2110

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-[illegible]
[illegible] Fax No.: (603) 334-5710

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: Claim Number: 3840737

Date: 8/4/17

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/ Shaw 2112**

MCKESSON
Empowering Healthcare

EnterpriseRx Pharmacy System

## Customer Statement Report

Date Range: From: 05/01/2019 To: 09/23/2019

**Patient Name:** KIMBERLY SHAW
**Street Address:**
**City:** **State:** **Zip:**
**Birthday:**
**Phone No:**

**Pharmacy Name:** FOOD CITY PHARMACY
**Street Address:** P.O. BOX 1158
**City:** ABINGDON **State:** VA **Zip:** 24212
**Phone No:** (276) 623-5100 **Fax No:**
**Federal Tax ID:**

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2019 | 06/03/2019 | 727 | 6056904 | 00 | ROSUVASTATIN CALCIUM 10 MG TAB | 72205-0003-90 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 10.25 | GOOD RX GOLD | | N |
| 05/31/2019 | 06/03/2019 | 727 | 6056903 | 00 | LEVOTHYROXINE 50 MCG TABLET | 00781-5181-92 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 25.25 | GOOD RX GOLD | | N |
| 06/06/2019 | 05/09/2019 | 727 | 6051307 | 01 | TRAZODONE 50 MG TABLET | 50111-0433-01 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 05/09/2019 | 06/09/2019 | 727 | 4006100 | 01 | TRAMADOL HCL 50 MG TABLET | 00378-4151-01 | 120.000 | EA | 30 | GINGER MULLINS | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | | N |
| 05/05/2019 | 06/09/2019 | 727 | 6055444 | 01 | BUSPIRONE HCL 15 MG TABLET | 24689-0921-05 | 60.000 | EA | 30 | GINGER MULLINS | -0.50 | 6.25 | GOOD RX GOLD | | N |
| 05/20/2019 | 06/20/2019 | 727 | 4005979 | 02 | GABAPENTIN 600 MG TABLET | 16714-0330-02 | 90.000 | EA | 30 | WILLIAM CRAIG | 0.00 | 21.59 | UNITED NETWORKS OF AMERICA 2 | | N |
| 05/20/2019 | 06/20/2019 | 727 | 6048369 | 02 | TIZANIDINE HCL 4 MG TABLET | 55111-0180-15 | 360.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 27.50 | GOOD RX GOLD | | N |
| 07/11/2019 | 07/19/2019 | 727 | 6058483 | 00 | DULOXETINE HCL DR 60 MG CAP | 57237-0019-90 | 90.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 22.25 | GOOD RX GOLD | | N |
| 07/11/2019 | 07/19/2019 | 727 | 4006100 | 02 | TRAMADOL HCL 50 MG TABLET | 00378-4151-01 | 120.000 | EA | 30 | GINGER MULLINS | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | 9991 | N |
| 07/11/2019 | 07/19/2019 | 727 | 6055444 | 02 | BUSPIRONE HCL 15 MG TABLET | 64380-0743-18 | 60.000 | EA | 30 | GINGER MULLINS | -0.50 | 6.25 | GOOD RX GOLD | | N |
| 07/22/2019 | 07/23/2019 | 727 | 4006533 | 00 | GABAPENTIN 600 MG TABLET | 15714-0030-02 | 90.000 | EA | 30 | WILLIAM CRAIG | -0.50 | 17.50 | GOOD RX GOLD | | N |



Lincoln/ Shaw 2113

EnterpriseRx Pharmacy System

MCKESSON
Empowering Healthcare

## Customer Statement Report

Date Range: From: 06/01/2019 To: 09/23/2019

| | | | |
|---|---|---|---|
| **Patient Name:** | KIMBERLY SHAW | **Pharmacy Name:** | FOOD CITY PHARMACY |
| **Street Address:** | | **Street Address:** | P.O. BOX 1158 |
| **City:** | **State:** **Zip:** | **City:** | ABINGDON **State:** VA **Zip:** 24212 |
| **Birthday:** | | **Phone No:** | (276) 623-5100 **Fax No:** |
| | | **Federal Tax ID:** | |
| **Phone No:** | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2019 | 08/07/2019 | 727 | 6055443 | 01 | MONTELUKAST SOD 10 MG TABLET | 65862-0574-90 | 90.000 | EA | 90 | GINGER MULLINS | -0.50 | 10.25 | GOOD RX GOLD | | N |
| 08/01/2019 | 08/07/2019 | 727 | 6059421 | 00 | TRAZODONE 50 MG TABLET | 16729-0299-01 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 08/05/2019 | 08/07/2019 | 727 | 6059558 | 00 | TRAZODONE 50 MG TABLET | 16729-0299-01 | 90.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 08/06/2019 | 08/07/2019 | 727 | 6059559 | 00 | TIZANIDINE HCL 4 MG TABLET | 55111-0180-15 | 350.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 27.50 | GOOD RX GOLD | | N |
| 08/01/2019 | 08/07/2019 | 727 | 6059419 | 00 | LEVOTHYROXINE 75 MCG TABLET | 00781-5182-92 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 31.25 | GOOD RX GOLD | | N |
| 08/20/2019 | 08/20/2019 | 727 | 4005538 | 01 | GABAPENTIN 600 MG TABLET | 16714-0330-02 | 90.000 | EA | 30 | WILLIAM CRAIG | -0.50 | 17.50 | GOOD RX GOLD | | N |
| 08/16/2019 | 08/20/2019 | 727 | 4005605 | 00 | TRAMADOL HCL 50 MG TABLET | 00093-0058-05 | 120.000 | EA | 30 | CHARLES CRUMP | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | | N |



Lincoln/ Shaw 2114

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 316341 |
| **DATE** | 09/27/19 |

**CUSTOMER**

Kristie Larocca
Lincoln Financial Group
P. O. Box 1525
Dover, NH 03821

RE: Kimberly Shaw
1708000143.7

| **TERMS:** | **CUSTOMER NO.** | **JOB NO.** | **P.O. No. / Claim No.** |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 208025 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Invoice Received | 1.00 | | | 20.00 |
| Letter of Request | 0.10 | | | 5.70 |
| Telephone Call | 0.10 | | | 5.70 |
| Records Received | 0.20 | | | 11.40 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

MEDICAL CANVASS SERVICES

| | |
|---|---|
| **Sub-Total** | 42.80 |
| **Sales Tax** | |
| **TOTAL** | $42.80 |

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

September 27, 2019

**KRISTIE LAROCCA**
**LINCOLN FINANCIAL GROUP**
P. O. Box 1525
Dover, NH 3821

| | |
|---|---|
| Claim Number: | **3840737** |
| Subject: | **KIMBERLY SHAW** |
| Date of Loss: | **2017-04-21** |
| Injury: | **UNKNOWN** |
| Received: | **2019-09-20** |
| Analysts: | **TRICIA LANDRY AND LAKISHA MALBROUGH** |
| HUB Case: | **1708000143.7** |
| HUB Contact: | **HEATHER ROSS** |

**RESEARCH SUMMARY**:

On Monday, September 23, 2019, we drafted and forwarded a letter of request via fax to Food City Pharmacy at (423) 877-9459 to obtain records from June 1, 2019 through present related to the claimant.

On Wednesday, September 25, 2019, we contacted Food City Pharmacy at (423) 877-1515 to determine the status of our request. We spoke with Pharmacy Technician, Kelly, who stated our request was received and forwarded to their home office for processing. Turnaround time is approximately 30 business days from the day the request is received.

On Thursday, September 26, 2019, we received records related to the claimant from K-VA-T Food Stores, Inc. on behalf of Food City Pharmacy along with an invoice in the amount of $20.00.

**CONCLUSION:**

All research activity on this file has been terminated pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to call me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

HR/tl:lm

FOOD CITY PHARMACY

K-VA-T FOOD STORES, INC.
FOOD CITY PHARMACIES
P.O. Box 1158
Abingdon, VA 24212-1158

# A Fax From Susie Everhart

(276) 623-5100 Ext. 5744
(276) 623-5440 Fax

To: HUB Enterprises

Attn: Tricie Landry, Research Department-Customer #1358902

Date: September 25, 2019

Fax#: 800-436-4399 Pages: 12 incl. cover sheet

Subject: Pharmacy Record Request

Comments:

Lincoln/ Shaw 2119

FOOD CITY

**K-VA-T Food Stores, Inc.** | Corporate Support Center
1 Food City Circle (24210) | PO Box 1158 | Abingdon, VA 24212
276.623.5100

September 25, 2019

HUB Enterprises
P. O. Box 3162
Lafayette, LA 70502

RE: K. Shaw
Customer #1358902

Attn: Tricie Landry
Research Department

Here is the information you requested. If you have any questions, please do not hesitate to contact us at (276) 623-5100. Please remit the amount of $20.00 to the address below.

Sincerely,

Susie Everhart

Susie Everhart
K-VA-T Food Stores, Inc.
Food City Pharmacy
P.O. Box 1158
Abingdon, VA. 24212

**K-VA-T Food Stores, Inc.** | Corporate Support Center
1 Food City Circle (24210) | PO Box 1158 | Abingdon, VA 24212
276.623.5100

RE: K. Shaw
Customer #1358902
Invoice #: 09252019A
Invoice Date: September 25, 2019
Invoice Amount: $20.00

Billed to:

HUB Enterprises
P. O. Box 3162
Lafayette, LA 70502

800-873-0933
800-436-4399 FAX

Remit to:

K-VA-T Food Stores, Inc.
P.O. Box 1158
Abingdon, VA 24212-1158
Attn: Accounts Receivable
(276) 623-5100
(276) 623-5443 Fax

HUB ENTERPRISES INC

P.O. Box 3162
Lafayette, Louisiana 70502
800-573-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

Food City Pharmacy
3901 Dayton Boulevard
Red Bank, TN 37415
(423) 877-1515
(423) 877-0459 (fax)

Re: Kimberly Shaw

**Aliases:** Kim Shaw, Kim K Shaw, Kim Dawn Shaw, Kimberly Dawn Shaw, Kim Dawn Kennedy, Kimberly Dawn Kennedy, Dawn Mcclendon, Kimberly Dawn Kennedyshaw, Kim Dawn Kennedy-Shaw, K D Kennedy, Kimberely Kennedy-Shaw, Kim M Kennedy, Kim D Kennedy Shaw, Kimberly Dawn Kennedy Shaw

**Associated Addresses**. Soddy Daisy, TN, Santa Cruz, CA, Pikeville, KY, Las Vegas, NV, San Rafael, CA, Morganton, GA, Seattle, WA, Lynnwood, WA, Hixson, TN, Mill Creek, WA, Kirkland, WA, Chattanooga, TN

**Lincoln Financial Group** has retained our firm, HUB Enterprises, to assist in obtaining records from **June 1, 2019 through present** related to the patient, Kimberly Shaw. Enclosed is a release signed by Ms. Shaw advising records be released. This information is an important part of a claims process, as it allows the insurer to determine the facts and circumstances surrounding a loss. Please forward the information directly to my attention via fax to 800-436-4399, via email at tlandry@hubenterprises.com, or via mail to PO Box 3162, Lafayette, LA 70502.

On Tuesday, June 11, 2019, we spoke with Pharmacy Manager, Tony Evans, at Food City Pharmacy located on 3901 Dayton Boulevard, Red Bank, TN 37415. Tony stated there were records located within the provided date range with the last date of service being on June 09, 2019; however, to obtain records we must submit a request to Food City Pharmacy. We were advised the turnaround time is approximately 30 business days from the day the request is received. Please note we are requesting records from all Food City Pharmacy locations where the claimant has filled prescriptions from June 1, 2019 through present. Please expedite our request at this time so the insurance company can allow the patient to seek further treatment.

If you have any questions or concerns please feel free to contact me at 800-573-0933 ext. 325 to discuss further. Thank you in advance for your assistance in this matter.

Sincerely,

Tricia Landry

Tricia Landry
**Research Department**
**Customer# 1358902**

where risk meets resolution

Lincoln Financial Group

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, authorizes Hub Enterprises to act on its behalf, for the purpose of obtaining medical information in connection with the administration of the disability claim for the party named below.

Claimant's Name: Kimberly Shaw

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

Sincerely,

Melissa Long

Melissa Long, RN, BSN, CCM

Clinical Manager, Appeal Nurses and Quality Assurance, Clinical Vendor Program Manager

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

FOR INTERNAL DISTRIBUTION ONLY

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 435-7611
Secure Fax No.: (603) 334-5769

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Lincoln/ Shaw 2125

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-[illegible]
Station Fax No.: ([illegible]) 330-5710

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re-disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: Claim Number: 3840737

Date: 8/4/17

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/ Shaw 2127**

MCKESSON
Empowering Healthcare

EnterpriseRx Pharmacy System

## Customer Statement Report

Date Range: From: 06/01/2019 To: 09/23/2019

**Patient Name:** KIMBERLY SHAW
**Street Address:**
**City:** **State:** **Zip:**
**Birthday:**
**Phone No:**

**Pharmacy Name:** FOOD CITY PHARMACY
**Street Address:** P.O. BOX 1158
**City:** ABINGDON **State:** VA **Zip:** 24212
**Phone No:** (276) 623-5100 **Fax No:**
**Federal Tax ID:**

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2019 | 06/03/2019 | 727 | 6056904 | 00 | ROSUVASTATIN CALCIUM 10 MG TAB | 72205-0003-90 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 10.25 | GOOD RX GOLD | | N |
| 05/31/2019 | 06/03/2019 | 727 | 6056903 | 00 | LEVOTHYROXINE 50 MCG TABLET | 00781-5181-92 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 25.25 | GOOD RX GOLD | | N |
| 06/06/2019 | 06/09/2019 | 727 | 6051307 | 01 | TRAZODONE 50 MG TABLET | 50111-0433-01 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 06/09/2019 | 06/09/2019 | 727 | 4006100 | 01 | TRAMADOL HCL 50 MG TABLET | 00378-4151-01 | 120.000 | EA | 30 | GINGER MULLINS | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | | N |
| 06/05/2019 | 06/09/2019 | 727 | 6055444 | 01 | BUSPIRONE HCL 15 MG TABLET | 24689-0921-05 | 60.000 | EA | 30 | GINGER MULLINS | -0.50 | 6.25 | GOOD RX GOLD | | N |
| 06/20/2019 | 06/20/2019 | 727 | 4005979 | 02 | GABAPENTIN 600 MG TABLET | 16714-0330-02 | 90.000 | EA | 30 | WILLIAM CRAIG | 0.00 | 21.59 | UNITED NETWORKS OF AMERICA 2 | | N |
| 06/20/2019 | 06/20/2019 | 727 | 6048369 | 02 | TIZANIDINE HCL 4 MG TABLET | 55111-0180-15 | 360.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 27.50 | GOOD RX GOLD | | N |
| 07/11/2019 | 07/19/2019 | 727 | 6058458 | 00 | DULOXETINE HCL DR 60 MG CAP | 57237-0019-90 | 90.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 22.25 | GOOD RX GOLD | | N |
| 07/11/2019 | 07/19/2019 | 727 | 4006100 | 02 | TRAMADOL HCL 50 MG TABLET | 00378-4151-01 | 120.000 | EA | 30 | GINGER MULLINS | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | 9991 | N |
| 07/11/2019 | 07/19/2019 | 727 | 6055444 | 02 | BUSPIRONE HCL 15 MG TABLET | 64380-0743-18 | 60.000 | EA | 30 | GINGER MULLINS | -0.50 | 6.25 | GOOD RX GOLD | | N |
| 07/22/2019 | 07/23/2019 | 727 | 4006533 | 00 | GABAPENTIN 600 MG TABLET | 15714-0030-02 | 90.000 | EA | 30 | WILLIAM CRAIG | -0.50 | 17.50 | GOOD RX GOLD | | N |

Printed On: 09/24/2019 15:25



Lincoln/ Shaw 2128

MCKESSON
Empowering Healthcare

EnterpriseRx Pharmacy System

## Customer Statement Report

Date Range: From: 06/01/2019 To: 09/23/2019

**Patient Name:** KIMBERLY SHAW
**Street Address:**
**City:** **State:** **Zip:**
**Birthday:**
**Phone No:**

**Pharmacy Name:** FOOD CITY PHARMACY
**Street Address:** P.O. BOX 1158
**City:** ABINGDON **State:** VA **Zip:** 24212
**Phone No:** (276) 623-5100 **Fax No:**
**Federal Tax ID:**

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | TP Total Amt Paid | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2019 | 08/07/2019 | 727 | 6055443 | 01 | MONTELUKAST SOD 10 MG TABLET | 65862-0574-90 | 90.000 | EA | 90 | GINGER MULLINS | -0.50 | 10.25 | GOOD RX GOLD | | N |
| 08/01/2019 | 08/07/2019 | 727 | 6059421 | 00 | TRAZODONE 50 MG TABLET | 16729-0299-01 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 08/05/2019 | 08/07/2019 | 727 | 6059558 | 00 | TRAZODONE 50 MG TABLET | 16729-0299-01 | 90.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 4.66 | GOOD RX GOLD | | N |
| 08/06/2019 | 08/07/2019 | 727 | 6059559 | 00 | TIZANIDINE HCL 4 MG TABLET | 55111-0180-15 | 350.000 | EA | 90 | WILLIAM CRAIG | -0.50 | 27.50 | GOOD RX GOLD | | N |
| 08/01/2019 | 08/07/2019 | 727 | 5059419 | 00 | LEVOTHYROXINE 75 MCG TABLET | 00781-5182-92 | 90.000 | EA | 90 | CHARLES CRUMP | -0.50 | 31.25 | GOOD RX GOLD | | N |
| 08/20/2019 | 08/20/2019 | 727 | 4005538 | 01 | GABAPENTIN 600 MG TABLET | 16714-0330-02 | 90.000 | EA | 30 | WILLIAM CRAIG | -0.50 | 17.50 | GOOD RX GOLD | | N |
| 08/16/2019 | 08/20/2019 | 727 | 4005605 | 00 | TRAMADOL HCL 50 MG TABLET | 00093-0058-05 | 120.000 | EA | 30 | CHARLES CRUMP | 0.00 | 12.68 | UNITED NETWORKS OF AMERICA 2 | | N |



Lincoln/ Shaw 2129

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 316341 |
| **DATE** | 09/27/19 |

**CUSTOMER**

Kristie Larocca
Lincoln Financial Group
P. O. Box 1525
Dover, NH 03821

RE: Kimberly Shaw
1708000143.7

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 208025 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Invoice Received | 1.00 | | | 20.00 |
| Letter of Request | 0.10 | | | 5.70 |
| Telephone Call | 0.10 | | | 5.70 |
| Records Received | 0.20 | | | 11.40 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

MEDICAL CANVASS SERVICES

| | |
|---|---|
| **Sub-Total** | 42.80 |
| **Sales Tax** | |
| **TOTAL** | $42.80 |



**Lincoln/ Shaw 2130**

Lincoln Financial Group

Lincoln Financial Group
Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

September 6, 2019

Charles Crump, MD
Fax: 423-493-5263

Re: Disability Benefits
Kimberly Shaw
DOB:
#3840737

W

Dear Dr. Crump,

I am a practicing Sleep Medicine/Pulmonary Medicine physician who was asked by Lincoln Financial Group to review the medical records Ms. Kimberly Shaw submitted in support of her request for disability benefits. I called to speak with you but due to our busy schedules we have not been able to connect. I'm therefore writing you this letter to verify my understanding of the restrictions and limitations.

The medical records indicate her primary sleep and pulmonary diagnoses are Obstructive Sleep Apnea and Moderate Persistent Asthma.

Information found in the available medical record supports a conclusion that the claimant's severe obstructive sleep apnea is being well treated. The Obstructive Sleep Apnea with nightly CPAP use does not cause an impairment nor require any activity restriction.

Information in the medical record supports a conclusion that the claimant has the diagnosis of moderate persistent asthma which requires the administration of multiple medications daily. The moderate asthma diagnosis and the associated pulmonary impairment does support a conclusion that the claimant is limited to light level exertion. Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A recommendation to avoid environments that have previously caused asthma symptoms is supported. No specific exacerbating exposures were noted in the record.

With respect to the Obstructive Sleep Apnea and Asthma diagnoses it appears that her medical condition would allow her to participate in her usual life activities, including any work-related activities, which are within the above noted restrictions and limitations.

Assessment of any potential impairment related to other diagnoses in her record is outside the scope of this requested specialty review.

To ensure that I have reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

James Bradley, M.D.

__ No changes/comments, OR
X With changes/comments as noted ~~above~~ Below

Lincoln/ Shaw 2131

9.13.19

Dr Bradley

Regarding Kimberly Shaw, she is treated c the CPAP But still suffers extreme fatigue, probably a combination of the EBV hx and the Sleep Apnea. Her Asthma has been severe and happens acutely. From what I remember, she has Been hospitalized several times over the past 15 yrs. She can't walk much or stand B/c of her extreme fatigue + exertion/mild exertion related SOB. She is too weak to Repetitively lift 10-20lbs. She walks c a cane. Kim admits to good + Bad days, most of which are Bad. She is on multiple pulmonary medications, including Albuterol nebs.

To complicate matters regarding her pulmonary status, she has EBV, Fibromyalgia, and polyarthropathy.

If you feel this is incorrect or incomplete, please feel free to have Lincoln send patient to another provider for medical opinion regarding her Disability,

Sincerely

[signature] MD

Charles A. Crump Jr. MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | September 10, 2019 |
| To: | DR. CHARLES CRUMP<br>2205 MCCALLIE AVE<br>SUITE 400<br>CHATTANOOGA TN 39404 |
| Attn: | Dr. Crump |
| Fax: | (423) 697-6171 |
| From: | Kristie Larocca<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

September 10, 2019

Dr. Charles Crump
2205 MCCALLIE AVE
SUITE 400
CHATTANOOGA, TN 39404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump:

We are writing in regard to your patient Ms. Kimberly Shaw's LTD claim. Ms. Shaw's claim file was reviewed by a Consulting Physician licensed in Pulmonary Medicine, Internal Medicine and Sleep Medicine. Enclosed is a copy of his letter faxed to you with a summary of his assessment. Please provide any comments you wish to be considered no later than September 18, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: 3840737-MEDICAL-CORRESPONDENCE-09.06.2019

Lincoln Financial Group

Lincoln Financial Group

Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

September 6, 2019

Charles Crump, MD
Fax: 423-493-5263

Re: Disability Benefits
Kimberly Shaw
DOB:
#3840737

Dear Dr. Crump,

I am a practicing Sleep Medicine/Pulmonary Medicine physician who was asked by Lincoln Financial Group to review the medical records Ms. Kimberly Shaw submitted in support of her request for disability benefits. I called to speak with you but due to our busy schedules we have not been able to connect. I'm therefore writing you this letter to verify my understanding of the restrictions and limitations.

The medical records indicate her primary sleep and pulmonary diagnoses are Obstructive Sleep Apnea and Moderate Persistent Asthma.

Information found in the available medical record supports a conclusion that the claimant's severe obstructive sleep apnea is being well treated. The Obstructive Sleep Apnea with nightly CPAP use does not cause an impairment nor require any activity restriction.

Information in the medical record supports a conclusion that the claimant has the diagnosis of moderate persistent asthma which requires the administration of multiple medications daily. The moderate asthma diagnosis and the associated pulmonary impairment does support a conclusion that the claimant is limited to light level exertion. Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A recommendation to avoid environments that have previously caused asthma symptoms is supported. No specific exacerbating exposures were noted in the record.

With respect to the Obstructive Sleep Apnea and Asthma diagnoses it appears that her medical condition would allow her to participate in her usual life activities, including any work-related activities, which are within the above noted restrictions and limitations.

Assessment of any potential impairment related to other diagnoses in her record is outside the scope of this requested specialty review.

To ensure that I have reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

James Bradley, M.D.
Board Certified in Pulmonary Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DIGNITY HEALTH | KIMBERLY SHAW | 3840737 |

| | | | |
|---|---|---|---|
| **Referred By:** | Kristie Larocca | **Claimant DOB:** | |
| **Referral Date:** | 08/22/2019 | **Job Title:** | CLINICAL COORDINATOR PULMONARY |
| **Due Date:** | 09/06/2019 | **Medical/ Surgical Condition:** | comorbid condition - osa |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 04/20/2017 |
| **Report Date:** | | **DOD:** | 04/21/2017 |
| **Physical Demands:** | | **BBD:** | 10/18/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis (es) with ICD 10 code(s).

**Information found in the medical record indicates that the diagnosis of Obstructive Sleep Apnea with CPAP treatment causes no impairment. G 47.33**

**The diagnosis of moderate persistent stable asthma does result in a pulmonary impairment as outlined below. J 45.40**

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

| | |
|---|---|
| **Fibromyalgia** | **M 79.7** |
| **Mild sensory neuropathy** | **G 60.8** |
| **Osteoarthritis** | **M 19.049** |
| **Cervical and Lumbar Degenerative Disc Disease** | **M 51.37** |
| **Hypothyroidism** | **E 03.8** |

**Assessment of any potential impairment from these co morbid diagnoses is beyond the scope of this sleep medicine/pulmonary review.**

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from present date to ongoing, and comment on the expected duration.

a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

**Information found in the available medical record supports a conclusion that the claimant's severe obstructive sleep apnea is being well treated. The Obstructive Sleep Apnea on CPAP treatment does not cause an impairment nor is any activity restriction supported based on this diagnosis.**

**Information in the medical record supports a conclusion that the claimant has the diagnosis of moderate persistent asthma which requires the administration of multiple daily medications. The moderate asthma diagnosis and the associated pulmonary impairment does support a conclusion that the claimant is <u>limited to light level exertion.</u> Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A restriction to avoid environments that have previously caused asthma symptoms is supported. No specific exacerbating exposures are documented in the record.**

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: Dr. Charles Crump Phone Number: 1 (423) 698 2435 ex ----- Fax Number: 4236976171 (Corrected numbers Telephone: 423-493-5240 and Fax: 423-493-5263)**

**AP Contact**

**Date of call 8-31-19—Dr. Charles Crump was telephoned (423-493-5240) (8-31-19) and a voice message was left requesting a return call. Dr. Crump was again called on 9-5-19 and Roxanne indicated that he has received the message and was waiting for approval from the claimant to return the call. As of September 6, 2019 no return call was received. If additional information becomes available, it will be forwarded as an addendum to this review.**

**Date letter sent to AP—September 6, 2019.**

**Additional Questions**

Surveillance

Please comment on whether the activity shown on surveillance is or is not consistent with available clinical information and any assertions of functional capacity.

**Review of surveillance activity (walking a short distance with a dog and carrying a small bag to a garbage pail) is consistent with the absence of any sleep apnea impairment and a light level asthma restriction.**

Other Claimant reports being out of work primarily due to fibromyalgia. Rheumatology consulting physician review supports sedentary work capacity. However suggests medical review with sleep specialist to assess impairment from comorbid condition of OSA. Therefore file referred for medical review.

Additional action to consider --**None**

<u>Brief overview of clinical presentation and course:</u>

**The claimant is a 52 year old female who was diagnosed with severe Obstructive Sleep Apnea in May of 2017 with an AHI of 46 and has been treated subsequently with CPAP at 10 cm with reported nightly CPAP use. She has also been diagnosed with moderate persistent asthma and as noted below is treated with multiple medications with good symptom control.**

<u>Analysis and Support for Conclusions:</u>

**Information in the record (as outlined below) does not support any impairment from the diagnosis of severe Obstructive Sleep Apnea with the only records available demonstrating excellent compliance with Continuous Positive Airway Pressure (CPAP) with a normal residual apnea hypopnea index and improved clinical symptoms.**

**The following pertinent sleep data was documented in the medical record—**

**Polysomnogram report May 20, 2017**
**Apnea Hypopnea Index of 46.3 events per hour (normal <5)**
**Low oxyhemoglobin saturation of 85%**
**CPAP titrated to 10 cm with residual AHI =0**

**CPAP compliance report—June 10, 2017 through July 9, 2017**
**Used CPAP 96.7% of nights**
**Used CPAP an average of 6 hrs and 34 minutes per night**
**CPAP set at 10 cm H2O pressure with a residual apnea hypopnea index of 2.6 (normal <5)**

**Capitola Family Practice**
**7-20-17 "She is feeling at least 25% more refreshed when she awakens since she began the CPAP.**
**7-31-17 "She is very compliant" (with CPAP)**
**"Her morning fatigue is improved but still has the rest of the symptoms."**

**Restriction Form—9-22-17—Dr. Aaron B. More, MD Sleep Medicine—"The patient has been treated for severe obstructive sleep apnea. No work restriction from diagnosis of sleep apnea."**

**Clinic note—Dr. William Craig 6-12-18—"Has OSA and wears CPAP faithfully. It has not helped the fatigue or pain."**

______

**Information concerning the asthma diagnosis is also noted in the record. She was evidently hospitalized in December 2016 with an acute exacerbation of life long asthma. She required a multiple month course of systemic steroids. Since then the record indicates that her symptoms have been controlled on multiple asthma medications. She did have an exacerbation of the asthma in January 2019 which was treated with outpatient Prednison and Augmentin. Her most recent asthma medication regime has included Spiriva Respimat 1.25 mcg two puffs per 24 hours, Singulair 10 mg daily, Zyrtec 10 mg daily, Albuterol via nebulizer or MDI as needed three times per day and Advair 250/50 one puff twice daily except when given Symbicort 160/4.5 two puffs twice daily as samples.**
**On this regime no wheezing, dyspnea or cough have been reported.**
**On April 30, 2019 Ginger D. Mullins, PA-C reported that the claimant's "asthma well controlled so far."**
**On December 28, 2016 an Allergy evaluation revealed a normal FEV1, normal chest radiograph, normal eNO level, normal IgE level and no elevation in the eosinophil count all indicating good asthma control.**
**The claimant has reportedly never used tobacco products.**
**A Pulmonary Medicine physician, Dr. Andrea Ling, completed a Restriction form on August 17, 2017 which indicated the claimant was restricted to light level exertion.**

Records Reviewed:
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment records in the file which is clinic visit with Ms. Ginger D. Mullins, PA-C/Dr. Charles Crump on April 30, 2019.

Electronically Signed

James Bradley, MD
Board Certified in Pulmonary Medicine,
American Board of Internal Medicine
Board Certified in Sleep Medicine,
American Board of Sleep Medicine

Lincoln Financial Group

Lincoln Financial Group

Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

September 6, 2019

Charles Crump, MD
Fax: 423-493-5263

Re: Disability Benefits
Kimberly Shaw
DOB:
#3840737

Dear Dr. Crump,

I am a practicing Sleep Medicine/Pulmonary Medicine physician who was asked by Lincoln Financial Group to review the medical records Ms. Kimberly Shaw submitted in support of her request for disability benefits. I called to speak with you but due to our busy schedules we have not been able to connect. I'm therefore writing you this letter to verify my understanding of the restrictions and limitations.

The medical records indicate her primary sleep and pulmonary diagnoses are Obstructive Sleep Apnea and Moderate Persistent Asthma.

Information found in the available medical record supports a conclusion that the claimant's severe obstructive sleep apnea is being well treated. The Obstructive Sleep Apnea with nightly CPAP use does not cause an impairment nor require any activity restriction.

Information in the medical record supports a conclusion that the claimant has the diagnosis of moderate persistent asthma which requires the administration of multiple medications daily. The moderate asthma diagnosis and the associated pulmonary impairment does support a conclusion that the claimant is limited to light level exertion. Walking and standing would not be limited but based on the asthma diagnosis she should not lift over 10 pounds frequently or over 20 pounds occasionally. A recommendation to avoid environments that have previously caused asthma symptoms is supported. No specific exacerbating exposures were noted in the record.

With respect to the Obstructive Sleep Apnea and Asthma diagnoses it appears that her medical condition would allow her to participate in her usual life activities, including any work-related activities, which are within the above noted restrictions and limitations.

Assessment of any potential impairment related to other diagnoses in her record is outside the scope of this requested specialty review.

To ensure that I have reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

James Bradley, M.D.
Board Certified in Pulmonary Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

Lincoln Financial

**n0304685**

| | |
|---|---|
| **From:** | RightFax E-mail Gateway |
| **Sent:** | Friday, September 06, 2019 7:36:29 AM |
| **To:** | Bradley, James 0587 |
| **Subject:** | Your fax has been successfully sent to Charles Crump, MD at 423-493-5263. RE: |

Your fax has been successfully sent to Charles Crump, MD at 423-493-5263. RE:
----------------------------------------------------------
9/6/2019 7:34:29 AM Transmission Record
Sent to 423-493-5263 with remote ID "4234935263"
Result: (0) Success
Page record: 1 - 3
Elapsed time: 01:09 on channel 8

Lincoln/ Shaw 2143

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| DIGNITY HEALTH | KIMBERLY SHAW | 3840737 |

| | | | |
|---|---|---|---|
| **Referred By:** | Kristie Larocca | **Claimant DOB:** | |
| **Referral Date:** | 08/07/2019 | **Job Title:** | CLINICAL COORDINATOR PULMONARY |
| **Due Date:** | 08/22/2019 | **Medical/ Surgical Condition:** | Fribro, chronic fatigue |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 04/20/2017 |
| **Report Date:** | 8/21/2019 | **DOD:** | 04/21/2017 |
| **Physical Demands:** | | **BBD:** | 10/18/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

**Answer:** The medical records available for review support the diagnosis of fibromyalgia (M79.7).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

**Answer:** The medical record supports clinically significant comorbid diagnosis of obstructive sleep apnea (G47.33)

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from the present day to forward, and comment on the expected duration.**
**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

**Answer:** The medical records available for review support R&LS of exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to lift, carry, push, pull or otherwise move objects; occasional standing; occasional walking; constant sitting with the ability to stand at will.

These R&Ls are supported indefinitely given the chronic nature of her condition.

The medical records available for review do not support the inability to sustain full time work capacity within the outlined R&Ls.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

**Answer:** The current treatment plan is consistent with the standard of care.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**
**Name: William Craig Phone Number: 1 (423) 826 0800 ex ----- Fax Number: 4238260810**
**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**

**Answer:** Dr. Craig was contacted on 8/21/2019 and 8/19/2019. On 8/21/2019 his office staff (Shea) indicated that he was not willing to discuss this matter over the phone. A letter will be sent to the AP with a summary of this report and his input requested.

**Additional Questions**

Surveillance

**Please comment on whether the activity shown on surveillance is or is not consistent with available clinical information and any assertions of functional capacity.**

**Answer:** The claimant was observed being active in her community and walking her dogs. There was no evidence of significant impairment based on the brief observations of her walking, driving and carrying items.

**Other File discussed with Dr. Tilton in PMR consult on 8/7. CP recommends full file review with Rheumatology including AP contact to assess the severity of ee's condition for the upcoming change in definition on 10/18/19. Please provide your assessment of the claimants functional capacity based on the totality of her conditions. Please indicate if you would recommend any additional medical reviews with other specialties.**

**Answer:** Given the diagnosis of severe obstructive sleep apnea it may be reasonable to obtain a file review by a board certified sleep medicine specialist.

**Analysis and Support for Conclusions:** The claimant is a 52 year old female with complaints of diffuse pain and fatigue. An extensive workup identified severe obstructive sleep apnea which is being treated with CPAP. Other workup has been negative for any inflammatory condition and there is no evidence of a connective tissue disorder. Physical exam is benign

with full range of motion in her joints and no evidence of decreased strength or decreased proprioception. Laboratory testing is also benign with no abnormal immunologic or inflammatory markers. She complains of decreased mental acuity but there is no cognitive testing to quantify such symptoms. Her primary care physician alleges that due to high scores on fibromyalgia testing including widespread pain index (WPI) and Symptom score (SS) that she is qualified for disability. However it should be noted that these fibromyalgia testing tools are not used to measure disability but rather to aide in diagnosis, subject selection and drug monitoring responses in clinical trials.
Recent review of the medical literature indicates that physically demanding jobs and work tasks are especially troublesome and constitute higher risks of work disability for individuals with fibromyalgia. The support of management and colleagues enable people with FM to manage the risk of overload at work. Working people with fibromyalgia seem to hold a careful balancing act to manage the risk of overload where well-functioning strategies such as making a career change, working part-time, and developing personal skills were necessary for managing work, in the short- and long term.
Based on the diagnosis of fibromyalgia it would be reasonable to support R&Ls to sedentary type work.

*1. Work Ability in Fibromyalgia: An Update in the 21st Century. Annie Palstam* and Kaisa Mannerkorpi. Curr Rheumatol Rev. 2017 Dec; 13(3): 180–187.*

**Case Summary:** The claimant is a 52 year old female with complaints of diffuse pain and fatigue. She has been diagnosed with fibromyalgia and sleep apnea. There is no evidence of a systemic inflammatory condition.

**Records Reviewed/Historical:**
**<u>All 93 entries in EDM document list were reviewed.</u>**

8/21/2019 William Craig, M.D., Rheumatology. Phone (423) 826-0800. A call was placed to the AP to discuss the claimant's current medical conditions and any reasonable restrictions and limitations that may apply. His office staff (Shea) indicated that he was not willing to discuss this matter over the phone.
8/19/2019 William Craig, M.D., Rheumatology. Phone (423) 826-0800. A call was placed to the AP to discuss the claimant's current medical conditions and any reasonable restrictions and limitations that may apply. The doctor was unavailable. A message was left with the reason for call and a call back requested.
6/23/2019, 6/22/2019, 6/21/2019 Investigational surveillance conducted. The claimant was observed driving, walking from her car and carrying a box.
10/2/2018, 10/1/2018, 9/30/2018 Investigational surveillance conducted. The claimant was observed walking her dogs without difficulty.
9/27/2017 Yong-Sung Chyun, M.D., Internal Medicine file review with R and L's to sedentary type work.
5/30/2017 sleep study with severe sleep apnea
8/12/2017, 8/11/2017 Investigational surveillance conducted. Claimant observed walking with a cane.

***Electronically Signed***

**Kathy Dennis Yawingu, MD, FACR**
**Board Certified in Rheumatology & Internal Medicine**

Lincoln Financial Group

Lincoln Financial Group
Group Benefits Disability
Claims P.O. Box 7206
London, KY 40742-7206 Secure
Fax 866-841-141

8/21/2019

William Craig, M.D.

Fax: 423-826-0810

Re: Disability Benefits
Claimant Name: Kimberly Shaw
Claimant DOB:
Claim Number: 3840737

Dear Dr. Craig,

Lincoln Financial is the long term/short term disability insurer for your patient, Kimberly Shaw. I called on 8/19/2019 and 8/21/2019 to discuss your patient's recent and current clinical status. Your office staff (Shea) indicated that you were not willing to discuss this matter over the phone.

The available files were reviewed and it appears that she is a 52 year old female with complaints of diffuse pain and fatigue. An extensive workup identified severe obstructive sleep apnea which is being treated with CPAP. Other workup has been negative for any inflammatory condition and there is no evidence of a connective tissue disorder. Physical exam is benign with full range of motion in her joints and no evidence of decreased strength or decreased proprioception. Laboratory testing is also benign with no abnormal immunologic or inflammatory markers. She complains of decreased mental acuity but there is no cognitive testing to quantify such symptoms.

Physically demanding jobs and work tasks are especially troublesome and constitute higher risks of work disability for individuals with fibromyalgia. The support of management and colleagues enable people with FM to manage the risk of overload at work. Working people with fibromyalgia seem to hold a careful balancing act to manage the risk of overload where well-functioning strategies such as making a career change, working part-time, and developing personal skills were necessary for managing work, in the short- and long term (1).
Based on the diagnosis of fibromyalgia it would be reasonable to support restrictions to sedentary type work.

*1. Work Ability in Fibromyalgia: An Update in the 21st Century. Annie Palstam and Kaisa Mannerkorpi. Curr Rheumatol Rev. 2017 Dec; 13(3): 180–187.*

Please sign and date a copy of this letter and return it to me by fax (866)841-1415 or mail before **September 3rd, 2019**. Please make any corrections or additions in the margin you deem appropriate.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Kathy Dennis, M.D.
Consulting Physician
Board Certified, Rheumatology and
Internal Medicine

William Craig, M.D.　　　　Date

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 3840737** | | | | |
| | | | | |
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $5,495.36 |
| Less: Other Income | | | | $2,414.00 |
| | | SS Primary | $2,414.00 | |
| | | SS Dependent | $0.00 | |
| | | Pension | $0.00 | |
| | | State Disability | $0.00 | |
| | | Workers Comp | $0.00 | |
| | | Total Other Income | $2,414.00 | |
| Your Adjusted Gross | | | | $3,081.36 |
| Less: Taxes and Deductions | | | | $325.00 |
| | | | | |
| **Your Net Benefit** | | | | **$2,756.36** |
| | | | | |
| **Overpayment Calculation** | | | | |
| | | | | |
| Originally Paid | *1/18/2018* | *through* | *7/17/2019* | $93,066.48 |
| Less: Should have Paid | *1/18/2018* | *through* | *7/17/2019* | $50,660.55 |
| | | | | |
| Overpayment Due | | | | $42,405.93 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,350.00 |
| Less: Excess Fee | | | | $2,650.00 |
| | | | | |
| **Amount Due** | | | | **$36,405.93** |

**Lincoln/ Shaw 2149**

# Calculation Worksheet

**Claimant Name: Kimberly Shaw** **Customer: Dignity Health**

**Claim Number (s): 3840737**

| Overpayment Amount: | $ 36,405.93 |
|---|---|
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 1/18/2018 | From Date | 1/18/2018 |
| Thru Date | 7/17/2019 | Thru Date | 7/17/2019 |
| Total | $93,066.48 | Total | $50,660.55 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $3,350.00 |
| Excess Fees | $2,650.00 |
| Total: | $6,000.00 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3840737 | 47609928 | 1/18/2018 | 2/17/2018 | 2/12/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47637737 | 2/18/2018 | 3/17/2018 | 3/12/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47666071 | 3/18/2018 | 4/17/2018 | 4/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47695279 | 4/18/2018 | 5/17/2018 | 5/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47723596 | 5/18/2018 | 6/17/2018 | 6/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47754032 | 6/18/2018 | 7/17/2018 | 7/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47784686 | 7/18/2018 | 8/17/2018 | 8/13/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47815266 | 8/18/2018 | 9/17/2018 | 9/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47846638 | 9/18/2018 | 10/17/2018 | 10/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47877695 | 10/18/2018 | 11/17/2018 | 11/12/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47909705 | 11/18/2018 | 12/17/2018 | 12/11/2018 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47941344 | 12/18/2018 | 1/17/2019 | 1/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 47971724 | 1/18/2019 | 2/17/2019 | 2/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 48003987 | 2/18/2019 | 3/17/2019 | 3/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 48036665 | 3/18/2019 | 4/17/2019 | 4/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 48070848 | 4/18/2019 | 5/17/2019 | 5/13/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 48104249 | 5/18/2019 | 6/17/2019 | 6/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 3840737 | 48139080 | 6/18/2019 | 7/17/2019 | 7/11/2019 | $5,495.36 | $0.00 | $5,495.36 | $325.00 | $5,170.36 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **Totals:** | **$98,916.48** | **$5,850.00** | **$93,066.48** |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3840737 | 47609928 | 1/18/2018 | 2/17/2018 | 2/12/2018 | $5,495.36 | $1,367.93 | | | $4,127.43 | $325.00 | $3,802.43 | $1,181.80 |
| 3840737 | 47637737 | 2/18/2018 | 3/17/2018 | 3/12/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47666071 | 3/18/2018 | 4/17/2018 | 4/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47695279 | 4/18/2018 | 5/17/2018 | 5/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47723596 | 5/18/2018 | 6/17/2018 | 6/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47754032 | 6/18/2018 | 7/17/2018 | 7/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47784686 | 7/18/2018 | 8/17/2018 | 8/13/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47815266 | 8/18/2018 | 9/17/2018 | 9/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47846638 | 9/18/2018 | 10/17/2018 | 10/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47877695 | 10/18/2018 | 11/17/2018 | 11/12/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47909705 | 11/18/2018 | 12/17/2018 | 12/11/2018 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47941344 | 12/18/2018 | 1/17/2019 | 1/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 47971724 | 1/18/2019 | 2/17/2019 | 2/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 48003987 | 2/18/2019 | 3/17/2019 | 3/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 48036665 | 3/18/2019 | 4/17/2019 | 4/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 48070848 | 4/18/2019 | 5/17/2019 | 5/13/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 48104249 | 5/18/2019 | 6/17/2019 | 6/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 3840737 | 48139080 | 6/18/2019 | 7/17/2019 | 7/11/2019 | $5,495.36 | $2,414.00 | | | $3,081.36 | $325.00 | $2,756.36 | $2,227.89 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | **Totals:** | **$98,916.48** | **$42,405.93** | **$0.00** | **$0.00** | **$56,510.55** | **$5,850.00** | **$50,660.55** | **$39,055.93** |

**Lincoln/ Shaw 2150**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 311874 |
| **DATE** | 08/20/19 |

**CUSTOMER**

Kristie Larocca
Lincoln Financial Group
P. O. Box 1525
Dover, NH 03821

Re: Kimberly Shaw
vs. Dignity Health
Soddy Daisy, TN 37379

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 1708000143 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 8/15/19 | | | | |
| Surveillance Hours - Operative 02689 | 8.00 | | | 512.00 |
| 8/16/19 | | | | |
| Surveillance Hours - Operative 02689 | 8.00 | | | 512.00 |
| 8/17/19 | | | | |
| Surveillance Hours - Operative 02689 | 8.00 | | | 512.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

MEDICAL CANVASS SERVICES

| | |
|---|---|
| **Sub-Total** | 1,536.00 |
| **Sales Tax** | |
| **TOTAL** | $1,536.00 |

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

August 20, 2019

**LINCOLN FINANCIAL GROUP**
P.O. BOX 1525
DOVER, NEW HAMPSHIRE 03821

| | |
|---|---|
| Adjuster: | Kristie Larocca |
| Insured: | Dignity Health |
| Claim Number: | 3840737 |

# Kimberly Shaw

| | |
|---|---|
| Date of Loss: | April 21, 2017 |
| Injury: | Chronic Fatigue |
| Authorization: | 24 Hours |
| Status: | Final |
| Received: | August 2, 2019 |
| Investigator: | Heather Cohen |
| HUB Case: | 1708000143.6 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## NATURE OF ASSIGNMENT:

On August 2, 2019, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 52-year-old female, and was believed to reside at . The claimant is alleging a chronic fatigue injury, as of April 21, 2017.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant's provided address:
- Claimant's most current listed address via database:
- Property Ownership:
- Possible businesses:
  - MEDLAFF
  - SURF CITY DOGS LLC
  - TERRA-TENTS INC
- Possible professional license: Therapist/ Respiratory Care Therapist
- Aerial map: https://goo.gl/maps/RSQmQGyLAWS7psqp9

Social Networking:

- Facebook: Possible claimant https://www.facebook.com/kimshaw1019
  - Possible companion: https://www.facebook.com/jaimiekshaw
  - Possible relative/sibling https://www.facebook.com/tennteacher
- Myspace: None located
- LinkedIn: Possible claimant https://www.linkedin.com/in/kim-shaw-319170168/
- Twitter: None located
- Instagram: Possible companion https://www.instagram.com/shaw.jaimie/

- Other: Fastpeoplesearch:https://www.fastpeoplesearch.com/ms-kimberly-dawn-kennedy_id_G8397280655315303106

The following email addresses were listed for the claimant:

gmail.com
aol.com
cox.net
no.com
omcast.net
ox.net
.com
@worldnet.att.net
4@comcast.net
ast.net
s.com
.com
o.com
ol.com
comcast.net

Additional information:

- After review of the comp report the telephone numbers reported for the claimant are listed as followed:
  - (PT) (Mobile) (86%)
  - (ET) (Landline) (78%)
  - (PT) (Mobile) (66%)
  - (ET) (Mobile) (66%)
  - (ET) (Mobile) (66%)
  - (PT) (Mobile) (66%)

- (ET) (Landline) (66%)
- (ET) (Landline) (66%)
- (ET) (Landline) (66%)
- (PT) (Mobile) (66%)
- (ET) (Landline) (66%)

- The claimant is reported to have a WA driver's license bearing number , reported date of 11/01/2006, date of birth and address

- The current vehicles reported for the claimant are listed as followed:
  - 2001 JEEP GRAND CHEROKEE, bearing TN license plate number TN Valid from: (03/07/2018 to 03/31/2020)
  - 2011 MAZDA 3, bearing TN license plate number TN Valid from: (03/14/2019 to 03/31/2020)
- The claimant is reported to have multiple name variations including but not limited to:
  - KIM SHAW; KIM DAWN SHAW, KIMBERLY DAWN SHAW; KIM DAWN KENNEDY; KIMBERLY DAWN MCCLENDON; KIMBERLY DAWN KENNEDY-SHAW and KIM DAWN KENNEDY-SHAW.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Thursday, August 15, 2019, Friday, August 16, 2019, and Saturday, August 17, 2019. **VIDEO** was obtained of the claimant walked near the residence and conversed. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. She appeared to utilize her upper and lower extremities in a fluid manner, without any issues. At this time, surveillance has been completed.

**Investigative efforts were conducted on Thursday, August 15, 2019, Friday August 16, 2019 and Saturday, August 17, 2019.**

**VIDEO:**

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

**Thursday, August 15, 2019**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Friday, August 16, 2019**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Saturday, August 17, 2019**

- Total claimant **VIDEO** is approximately 28 seconds.
- **VIDEO** depicts the claimant as she exited the residence, walked near the side door, conversed with a female, and walked back to the residence.
- The claimant appeared ambulate in an unrestrictive manner.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 52-year-old female.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single level, single family grey colored structure with an attached carport to the right of the residence. The windows have a white window trim and the yard appears well maintained.

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/HhvDqhnxgfdVnjwg7

**Thursday, August 15, 2019**

Partly Cloudy - 86F

09:50AM Investigator Heather Cohen departed the area, en route to the provided address located at .

12:00PM Upon arrival, the Investigator observed the claimant's grey Jeep Cherokee and a Mazda 3 present in the drive way. No claimant activity was observed. No lights illuminated from the residence. Direct surveillance was established. Area video was obtained.

01:02PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:56PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:02PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:00PM No claimant activity was observed. Investigator Heather Cohen discontinued surveillance and departed, en route to the area. Prior to departure, area video was obtained.

10:15PM Upon arrival and the completion of this report, this phase of the investigation was discontinued.

**Friday, August 16, 2019**

Mostly Sunny - 89F

05:00AM Investigator Heather Cohen departed the area, en route to the provided address located at .

07:00AM Upon arrival, the Investigator observed the previously observed grey Jeep Cherokee and a Mazda 3 present in the drive way. No claimant activity was observed. No lights illuminated from the residence. Direct surveillance was established. Area video was obtained.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:32AM The Investigator observed an unidentified female smoking on the front porch of the residence. Area video was obtained.

12:07PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:14PM The Investigator observed the unidentified female conversing with someone who was in an obstructed view of the camera. Area video was obtained.

12:58PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:21PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:50PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM No claimant activity was observed. Investigator Heather Cohen discontinued surveillance and departed, en route to the area. Prior to departure, area video was obtained.

05:35PM Upon arrival and the completion of this report, this phase of the investigation was discontinued.

**<u>Saturday, August 17, 2019</u>**

Mostly Sunny - 89F

05:50AM Investigator Heather Cohen departed the area, en route to the provided address located at .

08:00AM Upon arrival, the Investigator observed the previously observed grey Jeep Cherokee and a Mazda 3 present in the drive way appearing to be unmoved from the day before. No claimant activity was observed. No lights illuminated from the residence. Direct surveillance was established. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM The Investigator observed an unidentified male weed-eating the yard. No claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:16PM The Investigator observed the claimant exiting the residence and walking towards the front of the residence; however, video could not be obtained.

01:19PM **VIDEO** was obtained of the claimant walking towards the side door and then stopping to converse with an unidentified female. When observed, the claimant appeared to ambulate in a normal manner without the use of any medical devices.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM No claimant activity was observed. Investigator Heather Cohen discontinued surveillance and departed, en route to the area. Prior to departure, area video was obtained.

06:45PM Upon arrival and the completion of this report, this phase of the investigation was discontinued.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Jason Broussard
Case Manager

HR/JB: bea
Enclosures: **None**

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Kimberly Shaw        Case Number: 1708000143.6

Claim Number: 3840737



Claimant standing



Claimant standing and conversing with unidentified female




Claimant walking towards residence

**C O N F I D E N T I A L**

**Lincoln/ Shaw 2161**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3516

Lincoln Financial Group®

August 20, 2019

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

Your case manager from Lincoln Financial Group (hereinafter 'LFG') referred your disability claim file to Financial Review Services for an overpayment calculation as you were awarded Social Security Benefits back to the effective date of February 1, 2018. This letter and the attached overpayment summary outline the impact of that award on your benefits from LFG.

Since LFG paid you disability benefits for the period February 1, 2018 through July 17, 2019, with no reduction for Social Security Benefits, you are now overpaid under the terms of your contract. The overpayment calculation was prorated beginning February 1, 2018.

The attached exhibit explains the calculation of your $36,405.93 balance. LFG will work with Allsup Inc. in regards to collecting this overpayment. You will be contacted by a representative from The Allsup Inc. regarding repayment of this overpayment.

If you are unable to remit the payment, in full, and need to discuss a repayment plan, please contact me immediately. If we do not hear from you or if you do not make payment arrangements with Allsup Inc. by September 10, 2019, we may begin applying your disability benefit to the above overpayment until the balance is paid in full. LFG reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kirstie McGary
Recovery Specialist II
On Behalf Of: Crystal Gallo
Phone No.: (888) 437-7611 Ext. 15893
Secure Fax No.: (603) 334-3516

Attachments: 3840737-RECOVERY/REPAYMENT-CORRESPONDENCE-08.20.2019

| | | | | |
|---|---|---|---|---|
| | | | | |
| **Claim Number (s): 3840737** | | | | |
| | | | | |
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $5,495.36 |
| Less: Other Income | | | | $2,414.00 |
| | | SS Primary | $2,414.00 | |
| | | SS Dependent | $0.00 | |
| | | Pension | $0.00 | |
| | | State Disability | $0.00 | |
| | | Workers Comp | $0.00 | |
| | | Total Other Income | $2,414.00 | |
| Your Adjusted Gross | | | | $3,081.36 |
| Less: Taxes and Deductions | | | | $325.00 |
| | | | | |
| **Your Net Benefit** | | | | **$2,756.36** |
| | | | | |
| **Overpayment Calculation** | | | | |
| | | | | |
| Originally Paid | *1/18/2018* | *through* | *7/17/2019* | $93,066.48 |
| Less: Should have Paid | *1/18/2018* | *through* | *7/17/2019* | $50,660.55 |
| | | | | |
| Overpayment Due | | | | $42,405.93 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,350.00 |
| Less: Excess Fee | | | | $2,650.00 |
| | | | | |
| **Amount Due** | | | | **$36,405.93** |

**Lincoln/ Shaw 2165**

Allsup

## Lincoln Financial Group NOA Cover Sheet

---

**Date: 5/29/19**

**NOA**

Claimant # 3840737

Claimant Name: Kimberly Shaw

EFT: Y

Dependents: N

Dependent Name & DOB:

Award Level: 3

Date of Entitlement: 02/2018

Past Due Benefit Amount: $36,545.00

Past Due Benefits Time Period: 02/2018 thru 4/2019

DOE for Medicare Part A: 12/2020

DOE for Medical Part B: 12/2020

**Payment History**

Initial Entitlement Amount: $2,414.30

CAE:

COLA: 12/18 $2,481.90

STAT/WC offset? If Benefit reduction – what is full benefit amt:

**Fee's**

Atty Fee withheld: $6000.00

Agreed Fee Amt: $3350.00

Excess Fees in Escrow: $2650.00

**Additional Comments:**

PIA Changes
December Increases = Cost of Living Adjustments
January Increases = Earnings Adjustments

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 25, 2019
BNC#: 19MS820G50621-HA

*0402VOL910042*NOTAFP.X3.PBMCSNOT.PC7.R180521.PAM 000000000 0026010635634473338362223862500

KIMBERLY D SHAW

You are entitled to monthly disability benefits beginning February 2018.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 18, 2017.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2018.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $30,545.00 around May 26, 2019.
- This is the money you are due for February 2018 through April 2019.
- Your next payment of $2,481.00, which is for May 2019, will be received on or about the fourth Wednesday of June 2019.
- After that you will receive $2,481.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| February | 2018 | $2,414.30 | Entitlement began |
| December | 2018 | $2,481.90 | Cost-of-living adjustment |

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $36,545.00 for February 2018 through April 2019. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,000.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3

*040VOL8100402*NOTAFP.X3.PBMCSNOT.PC7.R190521.PAM 0800000000 0028010835634473593622382500

percent of the fee amount we pay, but not more than $95, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to BETH ELLEN MATTER.

**Do You Disagree With The Decision?**

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

040VOL910042021NOTAFP.X3.PBMCSNOT.PC7.R190521.PAM 000000000 0026010635634473333962223862500

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-964-0029. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 140
1290 PREMIER DR
CHATTANOOGA TN 37421

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# PAYMENT SUMMARY

**Your Payment Of $30,545.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for February 2018 through April 2019 including any cost of living increase, less monthly rounding of benefits ........................ | $36,545.00 |
| Amount we subtracted because of | |
| • money to pay your representative ............................ | 6,000.00 |
| This equals the amount of your first payment ........................................ | $30,545.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective May 2019:

| | |
|---|---|
| You are entitled to a monthly benefit of ................. | $ 2,481.90 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) ................................ | .90 |
| This equals the amount of your regular monthly payment ............................ | $ 2,481.00 |

# Billing Statement:

**Invoice Date: 07/02/2019** **Invoice #: 710032-13**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Jun 1 2019 and Jun 30 2019**

**LIBMTM** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5395173<br>3840737 | SHAW, KIMBERLY<br>PARKRIDGE DIAGNOSTIC CENTER | Complete | 06/18/19<br>K LaRocca | 8.00 | 45.00 | 0.00 | 0.00<br>41 | **53.00** |
| 5395174<br>3840737 | SHAW, KIMBERLY<br>ARTHRITIS ASSOCIATES | Complete | 06/13/19<br>K LaRocca | 8.00 | 20.00 | 0.00 | 0.00<br>15 | **28.00** |

**ReleasePoint**

**Total Amount Due:** **81.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/ Shaw 2173**

**n0223508**

**From:** Donahue, Jake
**Sent:** Sunday, July 14, 2019 2:18:39 PM
**To:** 'Allsup Status'
**Subject:** Kimberly Shaw - 3840737 - NOA status
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Hi,

Just following up on the status of the award letter. If you have it on file, can you please forward?

Thanks,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**


**Jake Donahue**

Recovery Specialist I Financial Services

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

888.437.7611 Office

Ext: 16111

603.559.1991 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 extension 16111 and permanently delete the original and any copy of any e-mail and any printout thereof.

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return To: Kristie Larocca



EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:
sit 10-30 min Good or BAD DAY stand 5-min GOOD or BAD DAY walk < 5 min BAD DAY ~ 10 min - good day

How many hours a day do you:
sit ø < 30 min stand ø < 1 hr walk ~~ø~~ < 1/2 hr *I recline @ 130°-145°

Do you take a nap during the day?
Yes X No ______
If Yes, for how long? 2-4 hrs At what time of the day? ~ Noon - 1600

How many hours a day do you spend in bed? ~16-20

Do you require any assistive devices such as a:
cane X walker ______ crutches ______ wheelchair X other SCOOTER

How long are you able to sit in a car? < 1 hr reclined

Do you hold a valid driver's license?
Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ~ 10-15 min
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Sometimes - dinner at home w/friends or family IF I'm having a good day

Do you have children?
Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 1-2
On the weekends? < 1

How often do you run errands? ~ once every 2 wks

Please describe what errands you most commonly run: pick up groceries ordered online, go to drive thru pharmacy or fast food, short shopping trip

Lincoln Financial Group®

Kimberly Shaw
Claim 3840737

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? 4-6 days/wk

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden?* Yes X No ____

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

*I have a small raised bed garden. I can use my scooter or a garden stool. I can pull the few weeds I have, and pick a few vegetables.

How much time is spent daily on your home computer?
____ None ~~X~~ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

N/A I have an Ipad.

What activities do you perform on your home computer. Please check all that apply:

X Pay bills ____ Read news/articles X Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: Watch movies and TV, Facebook on IPAD

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: My wife uses it.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Online, Me | MOTORIZED CART |
| Carrying groceries into the house | My wife | |
| Cooking meals | My wife; Me if it is a simple meal | |
| Cleaning after meals | My wife; Me with her help | |
| Cleaning bathrooms | My wife | YES |
| Vacuuming | Wife | |
| Doing the laundry | Wife | I WILL TRANSFER FROM WASHER TO DRYER 1 LOAD ONLY |
| Opening and responding to mail | Wife & Me | No |
| Managing your finances | Wife & Me | No |
| Balancing your checkbook | N/A | |
| Bathing yourself | ME | Sometimes - ~1x/wk |
| Styling your own hair | N/A - I have very short hair so that it doesn't require styling. | |
| Getting dressed | ME | Sometimes - ~2x/month |
| Going up and down stairs | N/A - I am unable to navigate >3-4 stairs | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Lincoln/ Shaw 2177

Lincoln Financial Group®

Kimberly Shaw
Claim 3840737

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? 1-2x year

Where do you go? How do you get there (transportation method)? 2018 3 days NC Mtns. Driving (my wife drove)
2019 Mexico in September - Fly

Are you able to pursue your hobbies? Yes X No X

If Yes, please describe I am unable to scuba, hike, or garden fully. My inability to concentrate limits me in many things, like reading.

Do you participate in an exercise program? Yes ___ No X FATIGUE INDUCING

If Yes, please describe ___

Do you do any Volunteer work? Yes ___ No X

If Yes:

how many hours per day? ___

how many hours per week? ___

for whom? ___

Are you working for wages? Yes ___ No X

If Yes, please provide employer's name ___

**Describe in your own words, what prevents you from engaging in any gainful employment.**

My short term memory has worsened in the past 12-18 months. It is very difficult to concentrate for >10-15 min. WALKING is more difficult than in 2017. My balance is poor, I require a cane when walking, sometimes even in my home. I suffered a fall on 6/21. The pain in my hips and legs forces me to sit after standing ~~to~~ or walking only 10 min.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

0600 WAKE - COFFEE - SIMPLE BREAKFAST (CEREAL, FRUIT, YOGURT)
0700 LIGHT GARDENING (WITH MOBILITY SCOOTER)
0730 - 1030/1100 - SIT IN RECLINER, WATCH TV
~1100 OR 1200 LUNCH → NAP x 2-4 hrs → ~1600 SNACK, MORE TV OR IPAD → 1900 DINNER → TV → 2200-2300 BEDTIME

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

___

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

JAIMIE SHAW

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: KIMBERLY D. SHAW Date: 6/26/19

Signature: [signature]

Lincoln/ Shaw 2178

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: CHARLES CRUMP M.D.
Specialty: INTERNAL MED
Address: 1700 BROAD ST. SUITE 140
CHATTANOOGA, TN 37408
Telephone No.: (423) 493-5239 Fax No.: ( )

Name: WILLIAM CRAIG M.D.
Specialty: RHEUMATOLOGY
Address: 1035 EXECUTIVE DR. # 105
HIXSON, TN 37343
Telephone No. 423 826-0800 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BCBST
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: FOOD CITY
Specialty: ______
Address: 3901 DAYTON BLVD
RED BANK, TN 37415
Telephone No. 423-877-9516 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Kimberly Shaw DATE: 6/26/19

Lincoln/ Shaw 2179

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return to: Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw
**EMPLOYER:** Dignity Health

**CLAIM #:** 3840737
**DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) SHAW, KIMBERLY D. | Soci... | Email Address |
| Street Add... | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
| Spouse's Full Name and Date of Birth JAIMIE K. SHAW | Number of Children Ø | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name JAIMIE SHAW Relationship to you? SPOUSE Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month (Month circled) | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| [ ] | [X] | Wages/ Income/ Money/ Unemployment | $ | | | |
| [X] | [X] (scribbled out) | Social Security (disability (circled) or retirement) | $ 2481.00 | 6-26-19 | | |
| [ ] | [X] | Social Security (for your spouse/dependents) | $ | | | |
| [ ] | [X] | Short Term Disability or State Disability | $ | | | |
| [ ] | [X] | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| [ ] | [X] | Workers' Compensation | $ | | | |
| [ ] | [X] | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| [ ] | [X] | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** KIMBERLY D. SHAW

**DATE:** 6-26-19 **EMPLOYEE'S SIGNATURE:** K Shaw

DP 409

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

KIMBERLY D. SHAW

Name of legal representative, if applicable (print):

_______________

Relationship:

_______________

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: _______________ Claim Number: 3840737

Date: 6-26-2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

KIMBERLY D. SHAW

Name of legal representative, if applicable (print): __________

Relationship: __________

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: __________ Claim Number: 3840737

Date: 6-26-2019

**A copy of this authorization will be considered as valid as the original.**

TO: ALJ FOR SSDI

Parkridge Medical Group
1700 Broad Street, Suite 140
Chattanooga, Tennessee 37408
(423) 493-5240
Fax (423) 493-5241

**Internal Medicine**
CHARLES A. CRUMP, JR., M.D.
JOHN E. TAPP, II, M.D.
GINGER D. MULLINS, PA-C
STEVEN N. SMITH, NP-C
LISA BROOKS, NP-C

PARKRIDGE MEDICAL GROUP
**Southside**
1700 Broad Street, Suite 140
Chattanooga, Tennessee · 37404-3230
(423) 493-5240 · Fax (423) 493-5263
*Website:* www.ParkridgeMedicalGroup.com

March 4, 2019

Dear Madam,

Ms. Shaw initially became my patient in the late 1990s and then reestablished care upon returning to the Chattanooga area in September 2017. I have reviewed her records from her time in California, including from her primary care physician, sleep medicine and neurology. Ms. Shaw is a reliable historian.

On December 29, 2015 Ms. Shaw was hospitalized for ten days with a viral respiratory infection and status asthmaticus. Ms. Shaw was again hospitalized in January 2016 for four days suffering from a pulmonary embolism. She was treated with four months of anticoagulation therapy. Throughout the remainder of 2016 she developed recurrent upper respiratory infections, costochondritis, increasing fatigue and widespread muscle pain. She was treated throughout 2016 with oral steroids, antibiotics, inhaled beta agonists, inhaled anticholinergics and inhaled corticosteroids.

Ms. Shaw then developed severe, unremitting fatigue and chronic widespread pain in late 2016. This has continued and worsened through to the present.

Because of this pain and fatigue she has been unable to work since August 2017. Prior to August 2017, per the patient and medical records, Ms. Shaw was working a reduced schedule of no more than two hours per day 2 to 3 days a week for several months due to fatigue, muscle pain and poor concentration. Ms. Shaw is a Respiratory Therapist caring for patients diagnosed with chronic lung disease. Her job was to develop a treatment plan, in coordination with the treating physician, to assist these patients with medication management, pulmonary rehabilitation and disease education. Ms. Shaw reports that she often felt unsure of her clinical decision abilities and was no longer comfortable caring for patients.

Ms. Shaw satisfies the diagnostic criteria for Fibromyalgia as set out in Social Security document SSR 12 2p Titles II and XVI Evaluation of Fibromyalgia. Specifically, Ms. Shaw has a long history of chronic widespread pain, that is pain in all quadrants of the body and axial skeletal pain that has persisted for almost two years. Ms. Shaw also demonstrates repeated manifestations of six or more Fibromyalgia symptoms, signs, or coexisting conditions, including Chronic fatigue, Cognitive or memory problems, waking from sleep unrefreshed and Severe Obstructive Sleep Apnea, widespread muscle pain, muscle weakness, irritable bowel syndrome, dizziness, numbness and tingling of extremities and frequent headache.

Ongoing medical evaluations, including testing for HIV, Systemic Lupus Erythematosus, Lyme Disease, Multiple Sclerosis and Rheumatoid Arthritis have excluded conditions that better explain these repeated manifestations of symptoms, signs, or coexisting conditions.

Using the 2010 American College of Rheumatology Criteria, she has a Widespread Pain Index of 14 out of a possible 19. She has a Symptom Score of 8 out of a possible 12. The 2010 Criteria state that the diagnosis of Fibromyalgia is documented if the WPI score is greater than 7 and the SS score is greater than 5. The Widespread Pain Index of 14 and Symptom Score of 8 confirms the presence of Fibromyalgia and also confirms that her symptoms are severe and functionally limiting.

Intensity and Persistence of pain and other symptoms and how they limit her ability to work. Her typical pain level on most days is at severity 4 out of 10. This is true despite her need to take prescribed narcotic pain medicines. When she increases her activity pain severity can reach 9 out of 10. Unfortunately, the pain medicines, which she needs, tend to further hamper cognition.

Good and Bad days analysis, as recommended by Social Security July 25, 2012 Policy Interpretation Ruling SSR 12 20 Titles II and XVI Evaluation of Fibromyalgia. During a 7 day week Ms. Shaw typically experiences 2 to 3 bad days when she can do very little, 2 to 3 medium days when she can somewhat more, and, perhaps, 1 good day a week when she can do more but is still limited. Thus, on a bad day she can feed herself and her pets, but is unable to drive a car or perform mild household chores due to severe pain and fatigue. On medium days she can leave home and drive a car locally for medical appointments and short errands. However, her fatigue precludes folding laundry and she cannot concentrate enough to read more than a few pages of a book. She can be active outside the home for 1 or 2 hours on these days. On her occasional good day she can be out of the house for 3 or 4 hours, for example, shopping for groceries. However, even on good days she has to lie down to rest for about two to three hours during the middle of the day.

There are adverse effects of attempting to increase her activities. When she pushes too hard, Ms. Shaw typically suffers a flare up of pain, fatigue and other symptoms that last for 48 hours or more. She told me of a recent example, Starting on a good day she had to force herself to do several hours of errands for 3 days in a row. Usually, she would limit such increased efforts

to one single day. When she pushed through for 3 days her pain and fatigue increased dramatically, forcing her to do almost nothing for several days afterward.

As recommended by SSR 2012 2p, I calculated her Symptom Score. For the symptom of Fatigue her score is 2 to 3, moderate to severe. For the symptom Waking Unrefreshed, her score is 2 ,moderate severity. For Cognitive Symptoms, concentration and memory, her score is 2, moderate severity. In addition she has other important symptoms including frequent headaches, irritable bowel syndrome, dizziness, and medication side effects. Thus, her somatic symptoms in general score is 2. In summary, her Widespread Pain Index is 14 and Symptom Score is 8. Persons with such severe illness are typically not able to perform work outside the home. These high scores on the WPI and SS scales are consistent with the severe symptoms and functional limitations that Ms. Shaw reports on her Good and Bad Day report.

As is well established in the Fibromyalgia literature, except for tender points and diffusely increased sensitivity to pain, even persons with very severe and or disabling Fibromyalgia often have relatively normal 12 physical examination findings. Their functional limitations reflect poor stamina, intense pain, decreased concentration and fatigue rather than swollen joints or markedly decreased range of motion. Ms. Shaw has some limitation of neck and shoulder movement due to pain. Muscle strength is fair. Except where it is limited by pain, range of motion of joints is normal. Heart, lung and abdominal exams are normal. Physical exam is fully consistent with the severity and limitations that are documented by the Widespread Pain Index, Symptom Score and Good Days Bad Days reports. It would be fair, in this case, to assess her Fibromyalgia related impairments as being equivalent to that affecting a person with inflammatory arthritis, multiple sclerosis or other listed impairments.

Ms. Shaw has a Medically Determinable Impairment that could reasonably be expected to produce the pain and other symptoms that Ms. Shaw consistently reports. Her pain and related symptoms have a substantial adverse effect on her ability to perform basic activities. Her impairments are severe.

Ms. Shaw requires a cane to assist with balance when walking any distance. She must be pushed in a wheelchair for any distance greater than 200 feet as she is unable due to muscle weakness and severe fatigue to operate the wheelchair herself. She has an electronic mobility scooter which gives her some independence.

Limitations

1. She should not lift even very light weights repeatedly, as doing so makes her pain worse.

2. Standing or Walking, On most days she cannot stand for greater than 10 minutes without significant pain or walk any meaningful distance without pain and increased balance issues.

3. Sitting is limited to less than 2 hrs. Prolonged sitting worsens her pain. When traveling by car greater than 1 to 2 hours, Ms. Shaw requires a reclining or supine position.

4. She should not push or pull repetitively. Any repetitive activity of this type will make her much worse.

5. She should not do any motion repetitively. Repetitive Handling of objects, e.g. filing or typing, would worsen symptoms.

Due to Severe Obstructive Sleep Apnea, diagnosed 2016, her sleep is of poor quality. She is compliant with CPAP treatment. The Trazadone she takes for sleep further clouds her thinking. She has very poor stamina, irritable bowel, frequent infections, and a modest degree of anxiety and depression due to the stress of prolonged illness.

Because of limitations of current treatments for Fibromyalgia and related symptoms such as chronic fatigue, it is not likely that her condition will improve substantially. Given her severe symptoms, frequent exacerbations and the fact that modest increases in activity make her worse, it is difficult to imagine that there are any jobs in the economy that she could perform on a reliable basis.

Please contact my office with any further questions.

Sincerely,

Charles A. Crump, MD

Kimberly Shaw

## *New Clinical Fibromyalgia Diagnostic Criteria – Part 1.*

2/18/2019

To answer the following questions, patients should take into consideration

- how you felt the past week,
- while taking your current therapies and treatments, and
- exclude your pain or symptoms from other known illnesses such as arthritis, Lupus, Sjogren's, etc.

**Determining Your Widespread Pain Index (WPI)**
The WPI Index score from Part 1 is between 0 and 19.

**Check each area you have felt pain in over the past week.**

- [x] Shoulder girdle, left
- [x] Shoulder girdle, right
- [x] Upper arm, left
- [x] Upper arm, right
- [ ] Lower arm, left
- [ ] Lower arm, right
- [x] Hip (buttock) left
- [x] Hip (buttock) right
- [x] Upper leg left
- [x] Upper leg right
- [ ] Lower leg left
- [ ] Lower leg right
- [x] Jaw left
- [x] Jaw right
- [ ] Chest
- [x] Abdomen
- [x] Neck
- [x] Upper back
- [x] Lower back
- [ ] None of these areas




**Count up the number of areas checked and enter your Widespread Pain Index or WPI score score here** 14.

## *Symptom Severity Score (SS score) - Part 2a.*

**Indicate your level of symptom severity over the past week using the following scale.**

**Fatigue**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate; considerable problems; often present and/or at a moderate level
- [x] 3 = Severe: pervasive, continuous, life disturbing problems

**Waking unrefreshed**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate; considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

**Cognitive symptoms**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate; considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

**Tally your score for Part 2a (not the number of checkmarks) and enter it here** 6.

Kimberly Shaw

## Symptom Severity Score (SS score)- Part 2b

2/18/19 

Check each of the following OTHER SYMPTOMS that you have experienced over the past week?

- ☑ Muscle pain
- ☑ Irritable bowel syndrome
- ☑ Fatigue/tiredness
- ☑ Thinking or remembering problem
- ☑ Muscle Weakness
- ☑ Headache
- ☐ Pain/cramps in abdomen
- ☑ Numbness/tingling
- ☑ Dizziness
- ☐ Insomnia
- ☑ Depression
- ☑ Constipation
- ☐ Pain in upper abdomen
- ☐ Nausea
- ☑ Nervousness
- ☐ Chest pain
- ☐ Blurred vision
- ☐ Fever
- ☑ Diarrhea
- ☑ Dry mouth
- ☑ Itching
- ☐ Wheezing
- ☐ Raynauld's
- ☐ Hives/welts
- ☐ Ringing in ears
- ☐ Vomiting
- ☑ Heartburn
- ☐ Oral ulcers
- ☐ Loss/change in taste
- ☐ Seizures
- ☐ Dry eyes
- ☑ Shortness of breath
- ☐ Loss of appetite
- ☐ Rash
- ☐ Sun sensitivity
- ☐ Hearing difficulties
- ☑ Easy bruising
- ☐ Hair loss
- ☐ Frequent urination
- ☐ Painful urination
- ☐ Bladder spasms

Count up the number of symptoms checked above.
*If you tallied:

| | |
|---|---|
| 0 symptoms | Give yourself a score of 0 |
| 1 to 10 | Give yourself a score of 1 |
| 11 to 24 | Give yourself a score of 2 |
| 25 or more | Give yourself a score of 3 |

**Enter your score for Part 2b here** (17) = (2)

**Now add Part 2a AND 2b scores, and enter** 8.
This is your Symptom Severity Score (SS score), which can range from 0 to 12.

## What Your Scores Mean

**A patient meets the diagnostic criteria for fibromyalgia if the following 3 conditions are met:**

1a. The WPI score (Part 1) is greater than or equal to 7 AND the SS score (Part 2a & b) is greater than or equal to 5

OR

1b. The WPI score (Part 1) is from 3 to 6 AND the SS score (Part 2a & b) is greater than or equal to 9.

2. Symptoms have been present at a similar level for at least 3 months.

3. You do not have a disorder that would otherwise explain the pain.

**For example:**
If your WPI (Part 1) was 9 and your SS score (Parts 2a & b) was 6, then you would meet the new FM diagnostic criteria.

If your WPI (Part 1) was 5 and your SS score (Parts 2a & b) was 7, then you would NOT meet the new FM diagnostic criteria.

*The new FM diagnostic criteria did not specify the number of "Other Symptoms" required to score the point rankings from 0 to 3. Therefore, we estimated the number of symptoms needed to meet the authors' descriptive categories of:
0 = No symptoms
1 = Few symptoms
2 = A moderate number
3 = A great deal of symptoms

* Wolfe F. et al. Arthritis Care Res 62(5):600-610, 2010.

For information about Fibromyalgia Network, call our office Monday through Friday, 9:00 a.m. to 5:00 p.m. (PST) at (800) 853-2929 or visit us online at www.fmnetnews.com.

This survey is not meant to substitute for a diagnosis by a medical professional. Patients should not diagnose themselves. Patients should always consult their medical professional for advice and treatment. This survey is intended to give you insight into research on the diagnostic criteria and measurement of symptom severity for fibromyalgia.

**Fibromyalgia Network | www.fmnetnews.com | (800) 853-2929**

**Lincoln/ Shaw 2190**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

**Lincoln/ Shaw 2191**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 5, 2019

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 19, 2019.

We have received updated medical information from Dr. Crump and Dr. Craig. We have not received the requested LTD forms. from you.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: 3840737-NOTIFY-CLAIMANT ADMINISTRATIVE-06.07.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 7, 2019

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

We are writing with regard to your claim for Long Term Disability benefits. You are currently receiving benefits based on your inability to perform the material and substantial duties of your occupation as a clinical coordinator.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on October 18, 2017, the change in definition will occur on October 18, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the attached forms and return them in the envelope provided by **June 28, 2019.**

**All updated medical records are due July 28, 2019.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Authorization - CA

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca ______



EMPLOYEE/CLAIMANT NAME: Kimberly Shaw ______

CLAIM NO: 3840737 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Dignity Health ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ____________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________________

____________________________

____________________________

**Lincoln/ Shaw 2197**

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

**Lincoln/ Shaw 2198**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ________________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________________
Specialty: ________________
Address: ________________
________________
Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________________ **DATE:** ________________

**Lincoln/ Shaw 2199**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return to:** Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw **CLAIM #:** 3840737
**EMPLOYER:** Dignity Health **DATE OF BIRTH:** (

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

**Lincoln/ Shaw 2200**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________

Name of legal representative, if applicable (print):

_______________________________________________

Relationship:

_______________________________________________

Signature of claimant or legal representative:

_______________________________________________

Date of Birth: _______________ Claim Number: 3840737

Date: ___________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_______________________________________________

Name of legal representative, if applicable (print):

_______________________________________________

Relationship: ______________________________________

Signature of claimant or legal representative:

_______________________________________________

Date of Birth: _________________ Claim Number: 3840737

Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return To: Kristie Larocca



EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit 10-30 min Good or BAD DAY stand 5-min GOOD or BAD DAY walk < 5 min BAD DAY ~ 10 min - good day

How many hours a day do you:

sit ∅ < 30 min stand ∅ < 1 hr walk ∅ < 1/2 hr *I recline @ 130°-145°

Do you take a nap during the day?

Yes X No ______

If Yes, for how long? 2-4 hrs At what time of the day? ~ Noon - 1600

How many hours a day do you spend in bed? ~16-20

Do you require any assistive devices such as a:

cane X walker ______ crutches ______ wheelchair X other SCOOTER

How long are you able to sit in a car? < 1 hr reclined

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ~ 10 - 15 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Sometimes - dinner at home w/ friends or family IF I'm having a good day

Do you have children?

Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 1-2

On the weekends? < 1

How often do you run errands? ~ once every 2 wks

Please describe what errands you most commonly run: pick up groceries ordered online, go to drive thru pharmacy or fast food, short shopping trip

Lincoln Financial Group®

Kimberly Shaw
Claim 3840737

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? 4-6 days/wk

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden?* Yes X No ____

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

*I have a small raised bed garden. I can use my scooter or a garden stool. I can pull the few weeds I have, and pick a few vegetables.

How much time is spent daily on your home computer?
____ None X 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

N/A I have an Ipad.

What activities do you perform on your home computer. Please check all that apply:

X Pay bills ____ Read news/articles X Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: Watch movies and TV, Facebook on IPAD

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: My wife uses it.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Online, Me | MOTORIZED CART |
| Carrying groceries into the house | My wife | |
| Cooking meals | My wife; Me if it is a simple meal | |
| Cleaning after meals | My wife; Me with her help | |
| Cleaning bathrooms | My wife | YES |
| Vacuuming | Wife | |
| Doing the laundry | Wife | I WILL TRANSFER FROM WASHER TO DRYER 1 LOAD ONLY |
| Opening and responding to mail | Wife & Me | No |
| Managing your finances | Wife & Me | NO |
| Balancing your checkbook | N/A | |
| Bathing yourself | ME | Sometimes - ~1x/wk |
| Styling your own hair | N/A - I have very short hair so that it doesn't require styling. | |
| Getting dressed | ME | Sometimes - ~2x/month |
| Going up and down stairs | N/A - I am unable to navigate > 3-4 stairs | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

**Lincoln/ Shaw 2206**

Lincoln Financial Group®

Kimberly Shaw
Claim 3840737

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? 1-2x year

Where do you go? How do you get there (transportation method)? 2018 3 days NC Mtns. Driving (my wife drove) 2019 Mexico in September – Fly

Are you able to pursue your hobbies? Yes X No X

If Yes, please describe I am unable to scuba, hike, or garden fully. My inability to concentrate limits me in many things, like reading.

Do you participate in an exercise program? Yes ____ No X FATIGUE INDUCING

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

My short term memory has worsened in the past 12-18 months. It is very difficult to concentrate for ≥10-15 min. WALKING IS more difficult than in 2017. my balance is poor, I require a cane when walking, sometimes even in my home. I suffered a fall on 6/21. The pain in my hips and legs forces me to sit after standing ~~to~~ or walking only 10 min.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

0600 WAKE – COFFEE – SIMPLE BREAKFAST (CEREAL, FRUIT, YOGURT)
0700 LIGHT GARDENING (WITH MOBILITY SCOOTER)
0730 – 1030/1100 – SIT IN RECLINER, WATCH TV
~1100 OR 1200 LUNCH → NAP x 2-4 hrs → ~1600 SNACK, MORE TV OR IPAD → 1900 DINNER → TV → 2200-2300 BEDTIME

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

JAIMIE SHAW

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: KIMBERLY D. SHAW Date: 6/26/19

Signature: [signature]

Lincoln/ Shaw 2207

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: CHARLES CRUMP M.D.
Specialty: INTERNAL MED
Address: 1700 BROAD ST. SUITE 140
CHATTANOOGA, TN 37408
Telephone No.: (423) 493-5239 Fax No.: ( )

Name: WILLIAM CRAIG M.D.
Specialty: RHEUMATOLOGY
Address: 1035 EXECUTIVE DR. # 105
HIXSON, TN 37343
Telephone No. 423 826-0800 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BCBST
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: FOOD CITY
Specialty: ______
Address: 3901 DAYTON BLVD
RED BANK, TN 37415
Telephone No. 423-877-9516 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 6/26/19

**Lincoln/ Shaw 2208**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return to: Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw
**EMPLOYER:** Dignity Health
**CLAIM #:** 3840737
**DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) SHAW, KIMBERLY D.
Social Security #
Email Address
Street Address
City
State
Zip Code
Telephone Number (include area code)
Cell Phone Number (include area code)
Marital Status MARRIED
Spouse's Full Name and Date of Birth JAIMIE K. SHAW
Number of Children Ø
Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name JAIMIE SHAW Relationship to you? SPOUSE Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month (Month circled) | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| [ ] | [X] | Wages/ Income/ Money/ Unemployment | $ | | | |
| [X] | [X] (crossed out) | Social Security (disability (circled) or retirement) | $ 2481.00 | 6-26-19 | | |
| [ ] | [X] | Social Security (for your spouse/dependents) | $ | | | |
| [ ] | [X] | Short Term Disability or State Disability | $ | | | |
| [ ] | [X] | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| [ ] | [X] | Workers' Compensation | $ | | | |
| [ ] | [X] | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| [ ] | [X] | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** KIMBERLY D. SHAW

**DATE:** 6-26-19 **EMPLOYEE'S SIGNATURE:** K Shaw

DP 409

Lincoln/ Shaw 2209

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

KIMBERLY D. SHAW

Name of legal representative, if applicable (print):

Relationship:

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: ____________ Claim Number: 3840737

Date: 6-26-2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

KIMBERLY D. SHAW

Name of legal representative, if applicable (print):

_______________

Relationship: _______________

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: _______ Claim Number: 3840737

Date: 6-26-2019

**A copy of this authorization will be considered as valid as the original.**

TO: ALJ FOR SSDI

Parkridge Medical Group
1700 Broad Street, Suite 140
Chattanooga, Tennessee 37408
(423) 493-5240
Fax (423) 493-5241

**Internal Medicine**
CHARLES A. CRUMP, JR., M.D.
JOHN E. TAPP, II, M.D.
GINGER D. MULLINS, PA-C
STEVEN N. SMITH, NP-C
LISA BROOKS, NP-C

PARKRIDGE MEDICAL GROUP
Southside
1700 Broad Street, Suite 140
Chattanooga, Tennessee · 37404-3230
(423) 493-5240 · Fax (423) 493-5263
*Website: www.ParkridgeMedicalGroup.com*

March 4, 2019

Dear Madam,

Ms. Shaw initially became my patient in the late 1990s and then reestablished care upon returning to the Chattanooga area in September 2017. I have reviewed her records from her time in California, including from her primary care physician, sleep medicine and neurology. Ms. Shaw is a reliable historian.

On December 29, 2015 Ms. Shaw was hospitalized for ten days with a viral respiratory infection and status asthmaticus. Ms. Shaw was again hospitalized in January 2016 for four days suffering from a pulmonary embolism. She was treated with four months of anticoagulation therapy. Throughout the remainder of 2016 she developed recurrent upper respiratory infections, costochondritis, increasing fatigue and widespread muscle pain. She was treated throughout 2016 with oral steroids, antibiotics, inhaled beta agonists, inhaled anticholinergics and inhaled corticosteroids.

Ms. Shaw then developed severe, unremitting fatigue and chronic widespread pain in late 2016. This has continued and worsened through to the present.

Because of this pain and fatigue she has been unable to work since August 2017. Prior to August 2017, per the patient and medical records, Ms. Shaw was working a reduced schedule of no more than two hours per day 2 to 3 days a week for several months due to fatigue, muscle pain and poor concentration. Ms. Shaw is a Respiratory Therapist caring for patients diagnosed with chronic lung disease. Her job was to develop a treatment plan, in coordination with the treating physician, to assist these patients with medication management, pulmonary rehabilitation and disease education. Ms. Shaw reports that she often felt unsure of her clinical decision abilities and was no longer comfortable caring for patients.

Ms. Shaw satisfies the diagnostic criteria for Fibromyalgia as set out in Social Security document SSR 12 2p Titles II and XVI Evaluation of Fibromyalgia. Specifically, Ms. Shaw has a long history of chronic widespread pain, that is pain in all quadrants of the body and axial skeletal pain that has persisted for almost two years. Ms. Shaw also demonstrates repeated manifestations of six or more Fibromyalgia symptoms, signs, or coexisting conditions, including Chronic fatigue, Cognitive or memory problems, waking from sleep unrefreshed and Severe Obstructive Sleep Apnea, widespread muscle pain, muscle weakness, irritable bowel syndrome, dizziness, numbness and tingling of extremities and frequent headache.

Ongoing medical evaluations, including testing for HIV, Systemic Lupus Erythematosus, Lyme Disease, Multiple Sclerosis and Rheumatoid Arthritis have excluded conditions that better explain these repeated manifestations of symptoms, signs, or coexisting conditions.

Using the 2010 American College of Rheumatology Criteria, she has a Widespread Pain Index of 14 out of a possible 19. She has a Symptom Score of 8 out of a possible 12. The 2010 Criteria state that the diagnosis of Fibromyalgia is documented if the WPI score is greater than 7 and the SS score is greater than 5. The Widespread Pain Index of 14 and Symptom Score of 8 confirms the presence of Fibromyalgia and also confirms that her symptoms are severe and functionally limiting.

Intensity and Persistence of pain and other symptoms and how they limit her ability to work. Her typical pain level on most days is at severity 4 out of 10. This is true despite her need to take prescribed narcotic pain medicines. When she increases her activity pain severity can reach 9 out of 10. Unfortunately, the pain medicines, which she needs, tend to further hamper cognition.

Good and Bad days analysis, as recommended by Social Security July 25, 2012 Policy Interpretation Ruling SSR 12 20 Titles II and XVI Evaluation of Fibromyalgia. During a 7 day week Ms. Shaw typically experiences 2 to 3 bad days when she can do very little, 2 to 3 medium days when she can somewhat more, and, perhaps, 1 good day a week when she can do more but is still limited. Thus, on a bad day she can feed herself and her pets, but is unable to drive a car or perform mild household chores due to severe pain and fatigue. On medium days she can leave home and drive a car locally for medical appointments and short errands. However, her fatigue precludes folding laundry and she cannot concentrate enough to read more than a few pages of a book. She can be active outside the home for 1 or 2 hours on these days. On her occasional good day she can be out of the house for 3 or 4 hours, for example, shopping for groceries. However, even on good days she has to lie down to rest for about two to three hours during the middle of the day.

There are adverse effects of attempting to increase her activities. When she pushes too hard, Ms. Shaw typically suffers a flare up of pain, fatigue and other symptoms that last for 48 hours or more. She told me of a recent example, Starting on a good day she had to force herself to do several hours of errands for 3 days in a row. Usually, she would limit such increased efforts

**Lincoln/ Shaw 2215**

to one single day. When she pushed through for 3 days her pain and fatigue increased dramatically, forcing her to do almost nothing for several days afterward.

As recommended by SSR 2012 2p, I calculated her Symptom Score. For the symptom of Fatigue her score is 2 to 3, moderate to severe. For the symptom Waking Unrefreshed, her score is 2 ,moderate severity. For Cognitive Symptoms, concentration and memory, her score is 2, moderate severity. In addition she has other important symptoms including frequent headaches, irritable bowel syndrome, dizziness, and medication side effects. Thus, her somatic symptoms in general score is 2. In summary, her Widespread Pain Index is 14 and Symptom Score is 8. Persons with such severe illness are typically not able to perform work outside the home. These high scores on the WPI and SS scales are consistent with the severe symptoms and functional limitations that Ms. Shaw reports on her Good and Bad Day report.

As is well established in the Fibromyalgia literature, except for tender points and diffusely increased sensitivity to pain, even persons with very severe and or disabling Fibromyalgia often have relatively normal 12 physical examination findings. Their functional limitations reflect poor stamina, intense pain, decreased concentration and fatigue rather than swollen joints or markedly decreased range of motion. Ms. Shaw has some limitation of neck and shoulder movement due to pain. Muscle strength is fair. Except where it is limited by pain, range of motion of joints is normal. Heart, lung and abdominal exams are normal. Physical exam is fully consistent with the severity and limitations that are documented by the Widespread Pain Index, Symptom Score and Good Days Bad Days reports. It would be fair, in this case, to assess her Fibromyalgia related impairments as being equivalent to that affecting a person with inflammatory arthritis, multiple sclerosis or other listed impairments.

Ms. Shaw has a Medically Determinable Impairment that could reasonably be expected to produce the pain and other symptoms that Ms. Shaw consistently reports. Her pain and related symptoms have a substantial adverse effect on her ability to perform basic activities. Her impairments are severe.

Ms. Shaw requires a cane to assist with balance when walking any distance. She must be pushed in a wheelchair for any distance greater than 200 feet as she is unable due to muscle weakness and severe fatigue to operate the wheelchair herself. She has an electronic mobility scooter which gives her some independence.

Limitations

1. She should not lift even very light weights repeatedly, as doing so makes her pain worse.

2. Standing or Walking, On most days she cannot stand for greater than 10 minutes without significant pain or walk any meaningful distance without pain and increased balance issues.

3. Sitting is limited to less than 2 hrs. Prolonged sitting worsens her pain. When traveling by car greater than 1 to 2 hours, Ms. Shaw requires a reclining or supine position.

4. She should not push or pull repetitively. Any repetitive activity of this type will make her much worse.

5. She should not do any motion repetitively. Repetitive Handling of objects, e.g. filing or typing, would worsen symptoms.

Due to Severe Obstructive Sleep Apnea, diagnosed 2016, her sleep is of poor quality. She is compliant with CPAP treatment. The Trazadone she takes for sleep further clouds her thinking. She has very poor stamina, irritable bowel, frequent infections, and a modest degree of anxiety and depression due to the stress of prolonged illness.

Because of limitations of current treatments for Fibromyalgia and related symptoms such as chronic fatigue, it is not likely that her condition will improve substantially. Given her severe symptoms, frequent exacerbations and the fact that modest increases in activity make her worse, it is difficult to imagine that there are any jobs in the economy that she could perform on a reliable basis.

Please contact my office with any further questions.

Sincerely,

Charles A. Crump, MD

Kimberly Shaw

## New Clinical Fibromyalgia Diagnostic Criteria – Part 1.

2/18/2019

To answer the following questions, patients should take into consideration

- how you felt the past week,
- while taking your current therapies and treatments, and
- exclude your pain or symptoms from other known illnesses such as arthritis, Lupus, Sjogren's, etc.

**Determining Your Widespread Pain Index (WPI)**
The WPI Index score from Part 1 is between 0 and 19.

**Check each area you have felt pain in over the past week.**

- [x] Shoulder girdle, left
- [x] Shoulder girdle, right
- [x] Upper arm, left
- [x] Upper arm, right
- [ ] Lower arm, left
- [ ] Lower arm, right
- [x] Hip (buttock) left
- [x] Hip (buttock) right
- [x] Upper leg left
- [x] Upper leg right
- [ ] Lower leg left
- [ ] Lower leg right
- [x] Jaw left
- [x] Jaw right
- [ ] Chest
- [x] Abdomen
- [x] Neck
- [x] Upper back
- [x] Lower back
- [ ] None of these areas




**Count up the number of areas checked and enter your Widespread Pain Index or WPI score score here** 14.

## *Symptom Severity Score (SS score) - Part 2a.*

**Indicate your level of symptom severity over the past week using the following scale.**

**Fatigue**

- [ ] *0 = No problem*
- [ ] *1 = Slight or mild problems; generally mild or intermittent*
- [x] *2 = Moderate: considerable problems; often present and/or at a moderate level*
- [x] *3 = Severe: pervasive, continuous, life disturbing problems*

**Waking unrefreshed**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate: considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

**Cognitive symptoms**

- [ ] 0 = No problem
- [ ] 1 = Slight or mild problems; generally mild or intermittent
- [x] 2 = Moderate; considerable problems; often present and/or at a moderate level
- [ ] 3 = Severe: pervasive, continuous, life disturbing problems

**Tally your score for Part 2a (not the number of checkmarks) and enter it here** 6.

Kimberly Shaw

## Symptom Severity Score (SS score)- Part 2b

**Check each of the following OTHER SYMPTOMS that you have experienced over the past week?** 2/18/19 cg

- [x] Muscle pain
- [x] Irritable bowel syndrome
- [x] Fatigue/tiredness
- [x] Thinking or remembering problem
- [x] Muscle Weakness
- [x] Headache
- [ ] Pain/cramps in abdomen
- [x] Numbness/tingling
- [x] Dizziness
- [ ] Insomnia
- [x] Depression
- [x] Constipation
- [ ] Pain in upper abdomen
- [ ] Nausea
- [x] Nervousness
- [ ] Chest pain
- [ ] Blurred vision
- [ ] Fever
- [x] Diarrhea
- [x] Dry mouth
- [x] Itching
- [ ] Wheezing
- [ ] Raynauld's
- [ ] Hives/welts
- [ ] Ringing in ears
- [ ] Vomiting
- [x] Heartburn
- [ ] Oral ulcers
- [ ] Loss/change in taste
- [ ] Seizures
- [ ] Dry eyes
- [x] Shortness of breath
- [ ] Loss of appetite
- [ ] Rash
- [ ] Sun sensitivity
- [ ] Hearing difficulties
- [x] Easy bruising
- [ ] Hair loss
- [ ] Frequent urination
- [ ] Painful urination
- [ ] Bladder spasms

Count up the number of symptoms checked above.
*If you tallied:

| | |
|---|---|
| 0 symptoms | Give yourself a score of 0 |
| 1 to 10 | Give yourself a score of 1 |
| 11 to 24 | Give yourself a score of 2 |
| 25 or more | Give yourself a score of 3 |

**Enter your score for Part 2b here** (17) = (2)

**Now add Part 2a AND 2b scores, and enter** 8.
This is your Symptom Severity Score (SS score), which can range from 0 to 12.

## What Your Scores Mean

**A patient meets the diagnostic criteria for fibromyalgia if the following 3 conditions are met:**

1a. The WPI score (Part 1) is greater than or equal to 7 AND the SS score (Part 2a & b) is greater than or equal to 5

OR

1b. The WPI score (Part 1) is from 3 to 6 AND the SS score (Part 2a & b) is greater than or equal to 9.

2. Symptoms have been present at a similar level for at least 3 months.

3. You do not have a disorder that would otherwise explain the pain.

**For example:**
If your WPI (Part 1) was 9 and your SS score (Parts 2a & b) was 6, then you would meet the new FM diagnostic criteria.

If your WPI (Part 1) was 5 and your SS score (Parts 2a & b) was 7, then you would NOT meet the new FM diagnostic criteria.

*The new FM diagnostic criteria did not specify the number of "Other Symptoms" required to score the point rankings from 0 to 3. Therefore, we estimated the number of symptoms needed to meet the authors' descriptive categories of:

- 0 = No symptoms
- 1 = Few symptoms
- 2 = A moderate number
- 3 = A great deal of symptoms

* Wolfe F. et al. Arthritis Care Res 62(5):600-610, 2010.

For information about Fibromyalgia Network, call our office Monday through Friday, 9:00 a.m. to 5:00 p.m. (PST) at (800) 853-2929 or visit us online at www.fmnetnews.com.

This survey is not meant to substitute for a diagnosis by a medical professional. Patients should not diagnose themselves. Patients should always consult their medical professional for advice and treatment. This survey is intended to give you insight into research on the diagnostic criteria and measurement of symptom severity for fibromyalgia.

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 305245 |
| **DATE** | 06/25/19 |

**CUSTOMER**

Kristie Larocca
Lincoln Financial Group
P. O. Box 1525
Dover, NH 03821

Re: Kimberly Shaw
vs. Dignity Health
Soddy Daisy, TN 37379

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 1708000143 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Investigation Services | | | | |
| 6/21/19 | | | | |
| Surveillance Hours - Operative 02689 | 8.00 | | | 512.00 |
| 6/22/19 | | | | |
| Surveillance Hours - Operative 02689 | 8.00 | | | 512.00 |
| 6/23/19 | | | | |
| Surveillance Hours - Operative 02689 | 7.00 | | | 448.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 1,472.00 |
| **Sales Tax** | |
| **TOTAL** | $1,472.00 |

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

June 25, 2019

**LINCOLN FINANCIAL GROUP**
P. O. BOX 1525
DOVER, NH 3821

| | |
|---|---|
| Adjuster: | Kristie Larocca |
| Insured: | Dignity Health |
| Claim Number: | 3840737 |

# Kimberly Shaw

| | |
|---|---|
| Date of Loss: | June 24, 2019 |
| Injury: | Chronic Fatigue |
| Authorization: | 24 Hours |
| Status: | Final |
| Received: | June 7, 2019 |
| Investigator: | Heather Cohen |
| HUB Case: | 1708000143.3 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## NATURE OF ASSIGNMENT:

On June 7, 2019, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 52-year-old female, approximately 5’7” in height and weighing approximately 200 pounds, and was believed to reside at

. The claimant is alleging a chronic fatigue injury, as of April 21, 2017.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant’s provided address:
- Claimant’s most current listed address via database:
- Property Ownership:
- Possible businesses:
  - MEDLAFF
  - SURF CITY DOGS LLC
  - TERRA-TENTS INC
- Possible professional license: Therapist/ Respiratory Care Therapist
- Aerial map: https://goo.gl/maps/RSQmQGyLAWS7psqp9

Social Networking:

- Facebook: Possible claimant https://www.facebook.com/kimshaw1019
  - Possible companion: https://www.facebook.com/jaimiekshaw
  - Possible relative/sibling https://www.facebook.com/tennteacher
- Myspace: None located
- LinkedIn: Possible claimant https://www.linkedin.com/in/kim-shaw-319170168/
- Twitter: None located
- Instagram: Possible companion https://www.instagram.com/shaw.jaimie/

- Other: Fastpeoplesearch:https://www.fastpeoplesearch.com/ms-kimberly-dawn-kennedy_id_G8397280655315303106

The following email addresses were listed for the claimant:

ail.com
com
net
om
ast.net
et

rldnet.att.net
comcast.net
et
n

m
m
cast.net

Additional information:

- After review of the comp report the telephone numbers reported for the claimant are listed as followed:
  - (PT) (Mobile) (86%)
  - (ET) (Landline) (78%)
  - (PT) (Mobile) (66%)
  - (ET) (Mobile) (66%)
  - (ET) (Mobile) (66%)
  - (PT) (Mobile) (66%)

- o (ET) (Landline) (66%)
- o (ET) (Landline) (66%)
- o (ET) (Landline) (66%)
- o (PT) (Mobile) (66%)
- o (ET) (Landline) (66%)

- The claimant is reported to have a WA driver's license bearing number KENNEKD331D1, reported date of 11/01/2006, date of birth and address

- The current vehicles reported for the claimant are listed as followed:
  - o 2001 JEEP GRAND CHEROKEE, bearing TN license plate number TN Valid from: (03/07/2018 to 03/31/2020)
  - o 2011 MAZDA 3, bearing TN license plate number TN Valid from: (03/14/2019 to 03/31/2020)
- The claimant is reported to have multiple name variations including but not limited to:
  - o KIM SHAW; KIM DAWN SHAW, KIMBERLY DAWN SHAW; KIM DAWN KENNEDY; KIMBERLY DAWN MCCLENDON; KIMBERLY DAWN KENNEDY-SHAW and KIM DAWN KENNEDY-SHAW.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Friday, June 21, 2019, Saturday, June 22, 2019, and Sunday, June 23, 2019. **VIDEO** was obtained of the claimant walking, carrying a box, carrying a pillow, and operating a vehicle. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. She appeared to utilize her upper and lower extremities in a fluid manner, without any issues. At this time, surveillance has been completed.

**Investigative efforts were conducted on Friday, June 21, 2019, Saturday, June 22, 2019, and Sunday, June 23, 2019.**

**VIDEO:**

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

**Friday, June 21, 2019**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Saturday, June 22, 2019**

- Total claimant **VIDEO** is approximately 11 seconds.
- **VIDEO** depicts the claimant as she leaned into a vehicle, closed the door, and walked back to the residence and out of view.
- The claimant appeared to utilize her body in an unrestricted manner.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Sunday, June 23, 2019**

- Total claimant **VIDEO** is approximately 45 seconds.
- **VIDEO** depicts the claimant as she closed a gate, carried a plastic bag, a pillow, and a messenger bag, approached the residence, ascended steps, opened the door, entered the residence, opened a gate, entered a vehicle as driver and operated a vehicle.
- The claimant appeared to utilize her body in an unrestricted manner.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 52-year-old female, approximately 5'7" in height and weighing approximately 200 pounds, with short black and grey hair.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single-level, single-family, tan vinyl sided structure with white trim an attached carport along the right side with a detached garage located at the rear of the residence.

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/DdgbDKELPTL3CD3J9

**Friday, June 21, 2019**

Partly Cloudy-75F

08:10AM Investigator Heather Cohen departed the area, en route to the claimant's provided address, located at Tennessee.

09:57AM Upon arrival, the Investigator observed a single-level, single-family, tan vinyl sided structure with white trim an attached carport along the right side with a detached garage located at the rear of the residence. The claimant's Jeep Cherokee and a red Mazda 6 were parked on the driveway. Direct surveillance was established. Area video was obtained.

11:08AM The Investigator conducted a drive-by of the residence and observed no apparent changes. Area video was obtained.

12:00PM An unknown female was observed as she stood on the rear porch, smoked, looked out, and walked out of view.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:00PM Investigator Heather Cohen discontinued surveillance and departed, en route to the area. Area video was obtained.

07:47PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**Saturday, June 22, 2019**

Partly Cloudy-777F

06:13AM Investigator Heather Cohen departed the area, en route to the claimant's provided address, located at

08:00AM Upon arrival, the Investigator observed the claimant's Jeep Cherokee and the red Mazda 6 were parked on the driveway. Direct surveillance was established. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:01AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:10AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:21AM The previously observed female walked into view, leaned forward, conducted an unknown activity, retrieved two long pieces of bamboo, leaned them against the residence, walked along the yard, observed, bent forward to the right, retrieved a dog by the collar and walked the dog to the side of the residence out of view.

12:47PM The claimant exited the residence and approached the Jeep. **VIDEO** was obtained as she leaned into the passenger side of the Jeep, conducted an unknown activity, closed the door, and walked back to the residence and out of view.

01:00PM The Investigator relocated to the end of the road, due to a suspicious neighbor who observed the Investigator videoing the claimant.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Investigator Heather Cohen discontinued surveillance and departed, en route to the area. Area video was obtained.

05:47PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**<u>Sunday, June 23, 2019</u>**

Partly Cloudy-77F

06:58AM Investigator Heather Cohen departed the area, en route to the claimant's provided address, located at

08:45AM Upon arrival, the Investigator observed the red Mazda 6 parked on the driveway. Direct surveillance was established o. Area video was obtained.

09:42AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:54AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:47AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:49AM The claimant arrived at the residence operating the Jeep. She exited the Jeep and **VIDEO** was obtained as she closed the gate, carried a plastic bag, a pillow, and a

messenger bag, approached the residence, ascended steps, opened the door, and entered.

12:18PM The claimant exited the residence and **VIDEO** was obtained as she approached the gate, opened the gate, carried a beverage and a bag, approached the Mazda, opened the door, and entered the Mazda as driver. The unknown female entered the Mazda as passenger and they departed. Mobile surveillance was established.

12:38PM They arrived at Fugi Steak and Sushi, located at 2207 Overnite Drive, in Chattanooga, Tennessee, parked on the handicapped parking space in front and entered the restaurant prior to video. Area video was obtained.

12:43PM The Investigator entered the location; however, no suitable surveillance position was available. The Investigator returned to the surveillance vehicle.

01:07PM They exited the restaurant, entered the vehicle and departed. **VIDEO** was obtained as the claimant operated the vehicle. Mobile surveillance continued.

01:24PM They arrived at Hamilton Place Mall in Chattanooga. Visual contact was lost and the Investigator conducted an area canvass; however, the vehicle was not relocated.

01:45PM The Investigator continued to canvass the mall area; however, the vehicle was not relocated.

02:26PM The Investigator departed, en route to the provided address.

02:45PM Upon returning, the vehicle was not observed and direct surveillance was reestablished.

03:45PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:45PM Investigator Heather Cohen discontinued surveillance and departed, en route to the Knoxville, Tennessee area. Area video was obtained.

06:32PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Jason Broussard
Case Manager

HR/JB: jhh
Enclosures: **None**

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Kimberly Shaw    Case Number: 1708000143.3
Claim Number: 3840737




Claimant ID




Claimant walking




Claimant walking and carrying items




Claimant ascending steps

C O N F I D E N T I A L

**Lincoln/ Shaw 2231**

ReleasePoint

**Medical Record Overview**

**Date:** **June 18, 2019**

**Patient Name:** SHAW, KIMBERLY

**Records From:** CRUMP, DR CHARLES
2205 MCCALLIE AVE
CHATTANOOGA, TN 37404
(423) 698-2435

**Request Scope:** From July 14, 2018 to Present

**Chart Range:** 10/15/2018 - 06/17/2019

**RP ID:** 5395173

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 15 2018 | Apr 30 2019 | 24 | 2 |
| Labs/Diagnostics | Jan 31 2019 | Jan 31 2019 | 4 | 26 |
| Request Corr. | | | 12 | 30 |
| Questionnaire | Jun 17 2019 | Jun 17 2019 | 1 | 42 |

**Total Page Count:** 41

**Notes From QC:**

PARKRIDGE MEDICAL GROUP Southside

**Shaw, Kimberly D**
52 Y old Female, DOB:
Account Number: 8X101585095
Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S Payer ID: SB890
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:
Home:
Advance Directive: NAD(12/28/2017)

**04/30/2019** **PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**

- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day M79.7, EXEMPT
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn

## Reason for Appointment

1. 3mos CS

## History of Present Illness

Patient History:

She takes 2 tabs bid for fibromyalgia/"all over pain". She takes them regularly. Pt states w/out Tramadol pain would be 7/10. Pain is improved to 4/10 some days she needs more and requesting more or another med. Denies falls. She does have constipation. Takes Miralax and that is "working for now". She also takes gabapentin regularly-per Dr. Craig. Pt declines PM.

Denies CP or SOB or urinary issues.

Has a hemorrhoid but declines eval/txmt.

She was approved for SS disability-found out yesterday.

She is requesting buspirone as needed for anxiety. Has taken in the past and it helped.

Asthma well controlled so far but needs refill on singulair.

## Vital Signs

Ht 68 in, Wt 197.4 lbs, BMI 30.01, Weight Change -3.6 lb, BP 124/74, Temp 98.6 F, HR 89, Respiratory Rate 16, Oxygen sat % 99.

## Past Orders

Lab:CBC With Platelet And Differential(P-CBCWD)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | Normal | |
| WBC | 5.8 (3.8-11.5 K/uL) | **17.4 H** (3.8-11.5 K/uL) |
| Red Blood Cell Count (RBC) | 4.66 (3.60-5.30 M/mm3) | 5.20 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 14.2 (12.0-16.0 gm/dL) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 42.4 (37.4-48.3 %) | 47.3 (37.4-48.3 %) |
| MCV | 91.0 (79.0-99.0 fL) | 91.0 (81.0-102.0 fL) |

- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Synthroid 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day, Notes: Written Order Per Provider
- Rosuvastatin Calcium 10 MG Tablet 1 tablet Orally Once a day, Notes: Written Order Per Provider
- Vitamin D3 5000 UNIT Capsule 2 capsules Orally M W F S, Notes: Written Order Per Provider

**Not-Taking**

- Augmentin 875-125 MG Tablet 1 tablet Orally twice a day, Notes: Verbal order per provider
- PredniSONE 10 MG Tablet take 4 tabs for 7 days, 3 tabs for 7 days, 2 tabs for 7 days, 1 tablet for 7 days Orally As directed, Notes: Verbal order per provider
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.
Hyperglycemia.
Hypothyroidism, unspecified type.
Vitamin D deficiency.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History

| | | |
|---|---|---|
| MCH | 30.5 (26.9-35.0 pg) | 30.2 (26.9-35.0 pg) |
| MCHC | 33.5 (30.4-34.8 g/dL) | 33.2 (30.4-34.8 g/dL) |
| Platelet Count | 310 (137-397 K/cumm) | **494 H** (137-397 K/cumm) |
| Neutrophils Automated | 49.9 (41.0-77.0 %) | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 39.4 (14.0-48.0 %) | 21.2 (14.0-48.0 %) |
| Monocytes Automated | 5.9 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 3.8 (1.0-8.0 %) | 1.5 (1.0-8.0 %) |
| Basophils Automated | 1.0 (0.0-1.5 %) | 0.8 (0.0-1.5 %) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Comprehensive Metabolic Panel (CMP)(P-CMP)

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
Xolair: anaphylaxis - Allergy

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches.
Resp/Pulmonology: Negative for:, cough, wheezing, chest pain with breathing, **Positive for:, asthma**.
Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, diarrhea, nausea, reflux, vomiting, **Positive for: constipation**.
Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding.
Musculoskeletal: Negative for: joint swelling, joint redness, morning stiffness, radiation of pain, weakness, **Positive for:, back pain/"all over pain"**.
Neurology: Negative for: LOC, seizures, , memory changes, dizziness,, numbness, weakness, syncope, migraines, tremors.
Psychology: Negative for:memory changes, sleep disturbance, suicidal thoughts, **Positive for:dpn- she states situational, anxiety**.

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | normal BS 103 | |
| Sodium | 140 (135-145 mEq/L) | 139 (134-145 mEq/L) |
| Potassium | 4.3 (3.5-5.3 mEq/L) | 3.8 (3.4-5.4 mEq/L) |
| Chloride | 102 (97-108 mEq/L) | 97 (97-109 mEq/L) |
| CO2 | 27 (22-32 mEq/L) | 27 (22-32 mEq/L) |
| Glucose | **103 H** (65-99 mg/dL) | **116 H** (65-99 mg/dL) |
| BUN | 7 (6-20 mg/dL) | 17 (5-26 mg/dL) |
| Creatinine | 0.89 (0.50-1.00 mg/dL) | 1.0 (0.5-1.5 mg/dL) |
| Calcium | 9.9 (8.6-10.3 mg/dL) | 10.1 (8.5-10.3 mg/dL) |
| Protein | 7.0 (6.0-8.3 g/dL) | 7.7 (6.1-8.3 g/dL) |
| Albumin | 4.6 (3.5-5.3 g/dL) | 4.9 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 48 (35-121 IU/L) | 78 (38-126 IU/L) |
| ALT (SGPT) | 26 (<5-47 IU/L) | 37 (7-52 IU/L) |
| AST (SGOT) | 25 (<5-40 IU/L) | 21 (13-39 IU/L) |
| Bilirubin, Total | 0.4 (<0.2-1.2 mg/dL) | 0.4 (0.2-1.5 mg/dL) |
| A/G Ratio | 1.9 (1.1-2.5 mg/dL) | 1.8 (1.1-2.5 mg/dL) |
| GFR/Black | >60 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) |
| GFR/White | >60 (>60 mL/min/1.73m2) | **58 L** (>60 mL/min/1.73m2) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d |

| | |
|---|---|
| 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs |

Lab:Creatine Kinase(P-CPK) (Order Date - 04/26/2019) (Collection Date - 04/26/2019)

Result: Normal

| | | |
|---|---|---|
| Creatine Kinase | 104 | 20-180 - u/L |

Notes: CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV

Lab:Thyroxine Free (free T4)(P-FT4)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | Normal | |
| Thyroxine Free (free T4) | 1.16 (0.86-1.76 ng/dL) | **0.53 L** (0.58-1.64 ng/dL) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try |

to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs

Lab:Lipid Panel(P-LIPID)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | LDL 42 | |
| Cholesterol / HDL Ratio | 2.43 (0.00-4.44 Ratio) | **6.60 H** (0.00-4.44 Ratio) |
| Cholesterol | 119 (<201 mg/dL) | **330 H** (75-200 mg/dL) |
| HDL Cholesterol | 49 (>39 mg/dL) | 50 (>39 mg/dL) |
| LDL Cholesterol (Calculation) | 42 (<130 mg/dL) | SEE COMMENT (<130 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) | SEE COMMENT (<3.3 Ratio) |
| Non-HDL Cholesterol | 70 (<130 mg/dL) | **280 H** (<130 mg/dL) |
| Triglycerides | 139 (<150 mg/dL) | **978 H** (<150 mg/dL) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline |

so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs

Lab:Thyroid Peroxidase Antibody(P-ATA) (Order Date - 03/13/2019) (Collection Date - 03/13/2019)

Result: Normal Results

| | | |
|---|---|---|
| Thyroid Peroxidase Antibody | 16 | <9-34 - U/mL |

Notes: CRUMP,CHARLES A 03/14/2019 05:55:27 AM CDT > Lab is fine! send ZAMORA,ADA 03/22/2019 09:56:08 AM CDT > mailed copy

Lab:TSH(P-TSH)

| Collection Date | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result: | therapeutic | |
| TSH | 1.30 (0.27-4.20 mU/L) | **12.06 H** (0.34-5.00 mU/L) |
| Notes: | CRUMP,CHARLES A 04/27/2019 02:42:36 PM CDT > p with Ginger CS fu MULLINS,GINGER D 04/29/2019 07:16:45 AM CDT > pt has upcoming OV | CRUMP,CHARLES A 02/04/2019 07:17:33 AM CST > now low thyroid and needs to start synthroid .05mg d #90 and reck free t4 tsh in 6 weeks with cbc since WBC up. the wbc increase prob from the steroids... trigs are really high with the chol. sugar borderline so low carb diet and try to walk several days per week. would she consider statin with omega 3 fish oil daily? If so start crestor 10mg d #90 . regardless add lipids to her 6 week lab |

and cmp with cpk. D3 low so add VIt D3 10,000 unit capsule MWFS or 4d week. KILLEN,ROXANE 02/14/2019 12:38:56 PM CST > lm KILLEN,ROXANE 03/05/2019 11:04:32 AM CST > pt notified. will start syn and crestor and increase vit D 3 and call for lab appt in 6wks. she is going to pick up copy of labs

Lab:Thyroglobulin Antibody(P-ATHYG) (Order Date - 03/13/2019) (Collection Date - 03/13/2019)

Result: Normal Results

| | | |
|---|---|---|
| Thyroglobulin Antibody | 33.0 | <10-115.0 - IU/mL |

Notes: CRUMP,CHARLES A 03/14/2019 05:55:27 AM CDT > Lab is fine! send ZAMORA,ADA 03/22/2019 09:56:08 AM CDT > mailed copy

## Examination

General Examination:

Constitutional: alert and oriented,interacting appropriately,NAD.
Derm/Integumentary: no rash.
HEENT: Head - NC/AT,EOMI,hearing is grossly normal.
Respiratory: regular breathing rate and effort, clear to auscultation bilaterally, good air exchange.
Heart: regular rate and rhythm, no murmurs, click or rubs.
Chest: normal shape and expansion.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.
Musculoskeletal: no swelling or deformity, diffuse tenderness along the spine and paraspinals, neg. bilateral SLR, normal bilateral hip ROM and no pain w/ this, pedal pulses equal and strong.
Neurology: appropriate for age,awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor.
Psych: appropriate mood and affect ,normal speech,insight and judgement seem within reason.

## Assessments

1. Fibromyalgia - M79.7 (Primary), Dr. Craig, 2018
2. Polyarthropathy - M13.0
3. Depression with anxiety - F41.8
4. Hypothyroidism, unspecified type - E03.9, neg abx, 2019
5. Vitamin D deficiency - E55.9, 11, 2019
6. Hyperglycemia - R73.9
7. Familial hypercholesterolemia - E78.01
8. Moderate persistent asthma with status asthmaticus - J45.42

## Treatment

**1. Fibromyalgia**

Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per

provider
Notes: CSMD reviewed.

04/10/2019 GABAPENTIN 600 MG TABLET 90.00 30 6576 CRA WI80
04/10/2019 4005979 - Y N FF5522342 06
04/08/2019 TRAMADOL HCL 50 MG TABLET 120.00 30 6576 CRU CH31
01/31/2019 4005635 20.00 Y R FF5522342 04

Discussed w/ Dr. Crump. No other pain meds will be prescribed at this time due to state laws.

Rx electronically sent.

**2. Polyarthropathy**
LAB: CBC With Platelet And Differential(P-CBCWD) (Ordered for 10/30/2019)
Notes: Continue care w/ RHEUM/Dr. Craig.

**3. Depression with anxiety**
Start BusPIRone HCl Tablet, 15 MG, 1/2-1 tablet, Orally, as needed for anxiety up to Twice a day, 30 day(s), 60, Refills 2
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: Stop med should any thoughts of suicide or rash develop. Encouraged healthy diet and regular exercise..

**4. Hypothyroidism, unspecified type**
Continue Synthroid Tablet, 50 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, Notes: Written Order Per Provider
LAB: TSH(P-TSH) (Ordered for 10/30/2019)
LAB: Thyroxine Free (free T4)(P-FT4) (Ordered for 10/30/2019)

**5. Vitamin D deficiency**
Continue Vitamin D3 Capsule, 5000 UNIT, 2 capsules, Orally, M W F S, Notes: Written Order Per Provider
LAB: Vitamin D 25-Hydroxy(P-VD25H) (Ordered for 10/30/2019)

**6. Hyperglycemia**
LAB: Hemoglobin A1C(P-HA1C) (Ordered for 10/30/2019)
Notes: Limit sugary food/beverage intake..

**7. Familial hypercholesterolemia**
Continue Rosuvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, Once a day, Notes: Written Order Per Provider
LAB: Lipid Panel with Cardiovascular Risk(P-LIPCVD) (Ordered for 10/30/2019)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP) (Ordered for 10/30/2019)
LAB: Creatine Kinase(P-CPK) (Ordered for 10/30/2019)

**8. Moderate persistent asthma with status asthmaticus**
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a

day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

**9. Others**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, Notes: Verbal order per provider

### Follow Up
Keep-card pls and add FBW 1wk prior



**Electronically signed by GINGER MULLINS , PA-C on 04/30/2019 at 03:46 PM CDT**

**Electronically co-signed by CHARLES CRUMP on 04/30/2019 at 04:00 PM CDT**

**Sign off status: Completed**

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

Parkridge Medical Group
1700 Broad Street, Suite 140
Chattanooga, Tennessee 37408
(423) 493-5240
Fax (423) 493-5241

**Internal Medicine**
CHARLES A. CRUMP, JR., M.D.
JOHN E. TAPP, II, M.D.
GINGER D. MULLINS, PA-C
STEVEN N. SMITH, NP-C
LISA BROOKS, NP-C

PARKRIDGE MEDICAL GROUP
Southside
1700 Broad Street, Suite 140
Chattanooga, Tennessee · 37404-3230
(423) 493-5240 · Fax (423) 493-5263
*Website: www.ParkridgeMedicalGroup.com*

March 4, 2019

Dear Madam,

Ms. Shaw initially became my patient in the late 1990s and then reestablished care upon returning to the Chattanooga area in September 2017. I have reviewed her records from her time in California, including from her primary care physician, sleep medicine and neurology. Ms. Shaw is a reliable historian.

On December 29, 2015 Ms. Shaw was hospitalized for ten days with a viral respiratory infection and status asthmaticus. Ms. Shaw was again hospitalized in January 2016 for four days suffering from a pulmonary embolism. She was treated with four months of anticoagulation therapy. Throughout the remainder of 2016 she developed recurrent upper respiratory infections, costochondritis, increasing fatigue and widespread muscle pain. She was treated throughout 2016 with oral steroids, antibiotics, inhaled beta agonists, inhaled anticholinergics and inhaled corticosteroids.

Ms. Shaw then developed severe, unremitting fatigue and chronic widespread pain in late 2016. This has continued and worsened through to the present.

Because of this pain and fatigue she has been unable to work since August 2017. Prior to August 2017, per the patient and medical records, Ms. Shaw was working a reduced schedule of no more than two hours per day 2 to 3 days a week for several months due to fatigue, muscle pain and poor concentration. Ms. Shaw is a Respiratory Therapist caring for patients diagnosed with chronic lung disease. Her job was to develop a treatment plan, in coordination with the treating physician, to assist these patients with medication management, pulmonary rehabilitation and disease education. Ms. Shaw reports that she often felt unsure of her clinical decision abilities and was no longer comfortable caring for patients.

Ms. Shaw satisfies the diagnostic criteria for Fibromyalgia as set out in Social Security document SSR 12 2p Titles II and XVI Evaluation of Fibromyalgia. Specifically, Ms. Shaw has a long history of chronic widespread pain, that is pain in all quadrants of the body and axial skeletal pain that has persisted for almost two years. Ms. Shaw also demonstrates repeated manifestations of six or more Fibromyalgia symptoms, signs, or coexisting conditions, including Chronic fatigue, Cognitive or memory problems, waking from sleep unrefreshed and Severe Obstructive Sleep Apnea, widespread muscle pain, muscle weakness, irritable bowel syndrome, dizziness, numbness and tingling of extremities and frequent headache.

Ongoing medical evaluations, including testing for HIV, Systemic Lupus Erythematosus, Lyme Disease, Multiple Sclerosis and Rheumatoid Arthritis have excluded conditions that better explain these repeated manifestations of symptoms, signs, or coexisting conditions.

Using the 2010 American College of Rheumatology Criteria, she has a Widespread Pain Index of 14 out of a possible 19. She has a Symptom Score of 8 out of a possible 12. The 2010 Criteria state that the diagnosis of Fibromyalgia is documented if the WPI score is greater than 7 and the SS score is greater than 5. The Widespread Pain Index of 14 and Symptom Score of 8 confirms the presence of Fibromyalgia and also confirms that her symptoms are severe and functionally limiting.

Intensity and Persistence of pain and other symptoms and how they limit her ability to work. Her typical pain level on most days is at severity 4 out of 10. This is true despite her need to take prescribed narcotic pain medicines. When she increases her activity pain severity can reach 9 out of 10. Unfortunately, the pain medicines, which she needs, tend to further hamper cognition.

Good and Bad days analysis, as recommended by Social Security July 25, 2012 Policy Interpretation Ruling SSR 12 20 Titles II and XVI Evaluation of Fibromyalgia. During a 7 day week Ms. Shaw typically experiences 2 to 3 bad days when she can do very little, 2 to 3 medium days when she can somewhat more, and, perhaps, 1 good day a week when she can do more but is still limited. Thus, on a bad day she can feed herself and her pets, but is unable to drive a car or perform mild household chores due to severe pain and fatigue. On medium days she can leave home and drive a car locally for medical appointments and short errands. However, her fatigue precludes folding laundry and she cannot concentrate enough to read more than a few pages of a book. She can be active outside the home for 1 or 2 hours on these days. On her occasional good day she can be out of the house for 3 or 4 hours, for example, shopping for groceries. However, even on good days she has to lie down to rest for about two to three hours during the middle of the day.

There are adverse effects of attempting to increase her activities. When she pushes too hard, Ms. Shaw typically suffers a flare up of pain, fatigue and other symptoms that last for 48 hours or more. She told me of a recent example, Starting on a good day she had to force herself to do several hours of errands for 3 days in a row. Usually, she would limit such increased efforts

to one single day. When she pushed through for 3 days her pain and fatigue increased dramatically, forcing her to do almost nothing for several days afterward.

As recommended by SSR 2012 2p, I calculated her Symptom Score. For the symptom of Fatigue her score is 2 to 3, moderate to severe. For the symptom Waking Unrefreshed, her score is 2 ,moderate severity. For Cognitive Symptoms, concentration and memory, her score is 2, moderate severity. In addition she has other important symptoms including frequent headaches, irritable bowel syndrome, dizziness, and medication side effects. Thus, her somatic symptoms in general score is 2. In summary, her Widespread Pain Index is 14 and Symptom Score is 8. Persons with such severe illness are typically not able to perform work outside the home. These high scores on the WPI and SS scales are consistent with the severe symptoms and functional limitations that Ms. Shaw reports on her Good and Bad Day report.

As is well established in the Fibromyalgia literature, except for tender points and diffusely increased sensitivity to pain, even persons with very severe and or disabling Fibromyalgia often have relatively normal 12 physical examination findings. Their functional limitations reflect poor stamina, intense pain, decreased concentration and fatigue rather than swollen joints or markedly decreased range of motion. Ms. Shaw has some limitation of neck and shoulder movement due to pain. Muscle strength is fair. Except where it is limited by pain, range of motion of joints is normal. Heart, lung and abdominal exams are normal. Physical exam is fully consistent with the severity and limitations that are documented by the Widespread Pain Index, Symptom Score and Good Days Bad Days reports. It would be fair, in this case, to assess her Fibromyalgia related impairments as being equivalent to that affecting a person with inflammatory arthritis, multiple sclerosis or other listed impairments.

Ms. Shaw has a Medically Determinable Impairment that could reasonably be expected to produce the pain and other symptoms that Ms. Shaw consistently reports. Her pain and related symptoms have a substantial adverse effect on her ability to perform basic activities. Her impairments are severe.

Ms. Shaw requires a cane to assist with balance when walking any distance. She must be pushed in a wheelchair for any distance greater than 200 feet as she is unable due to muscle weakness and severe fatigue to operate the wheelchair herself. She has an electronic mobility scooter which gives her some independence.

Limitations

1. She should not lift even very light weights repeatedly, as doing so makes her pain worse.

2. Standing or Walking, On most days she cannot stand for greater than 10 minutes without significant pain or walk any meaningful distance without pain and increased balance issues.

**Lincoln/ Shaw 2244**

3. Sitting is limited to less than 2 hrs. Prolonged sitting worsens her pain. When traveling by car greater than 1 to 2 hours, Ms. Shaw requires a reclining or supine position.

4. She should not push or pull repetitively. Any repetitive activity of this type will make her much worse.

5. She should not do any motion repetitively. Repetitive Handling of objects, e.g. filing or typing, would worsen symptoms.

Due to Severe Obstructive Sleep Apnea, diagnosed 2016, her sleep is of poor quality. She is compliant with CPAP treatment. The Trazadone she takes for sleep further clouds her thinking. She has very poor stamina, irritable bowel, frequent infections, and a modest degree of anxiety and depression due to the stress of prolonged illness.

Because of limitations of current treatments for Fibromyalgia and related symptoms such as chronic fatigue, it is not likely that her condition will improve substantially. Given her severe symptoms, frequent exacerbations and the fact that modest increases in activity make her worse, it is difficult to imagine that there are any jobs in the economy that she could perform on a reliable basis.

Please contact my office with any further questions.

Sincerely,

Charles A. Crump, MD

PARKRIDGE MEDICAL GROUP
Southside

**Shaw, Kimberly D**
51 Y old Female, DOB:
Account Number: 8X101585095
Home:
Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S
Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:
Home:
Advance Directive: NAD(12/28/2017)

**01/31/2019** **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

## Current Medications

**Taking**

- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Symbicort 160-4.5 MCG/ACT Aerosol 2 puffs Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet

## Reason for Appointment

1. Cpx

## Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Moderate persistent asthma with status asthmaticus - J45.42
3. Encounter for long-term (current) use of other medications - Z79.899
4. Rhinosinusitis - J32.9
5. Fibromyalgia - M79.7
6. Depression with anxiety - F41.8
7. Fatigue, unspecified type - R53.83
8. Polyarthropathy - M13.0

## Treatment

**1. Annual physical exam**

LAB: CBC With Platelet And Differential(P-CBCWD)
LAB: Comprehensive Metabolic Panel (CMP)(P-CMP)
LAB: Thyroxine Free (free T4)(P-FT4)
LAB: Hemoglobin A1C(P-HA1C)
LAB: Lipid Panel(P-LIPID)
LAB: TSH(P-TSH)
LAB: Urinalysis (UA) with Microscopy Automated(P-UA)
Notes: low carb diet and will start a low impact wlaking program when over this infection. lose 10 pds. declined colon.

**2. Moderate persistent asthma with status asthmaticus**

Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Notes: she will call Dr Czarnecki and call for appt as friends w his wife. will call if worse. I think she has viral issue. she will hold the augmentin at home and will use her nebs as dir 4x d. note sat 99%. add prednisone note needed 60mg in past. will start w 40mg and decrease by 10mg week for 4 weeks and she will call Dr Czarnecki for appt in next few weeks. call if worse or issue... hold the

Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Augmentin 875-125 MG Tablet 1 tablet Orally every 12 hrs
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally

**Discontinued**
- MethylPREDNISolone 4 MG Tablet Therapy Pack as directed Orally As directed
- Medication List reviewed and reconciled with the patient

## Past Medical History
FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

## Surgical History
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History
Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

## Allergies
Xolair: anaphylaxis - Allergy

## Review of Systems
General ROS:

augmentin for poss rhinosinusitis in case she cont or gets worse. she will give it a few more days. exam was bening.

**3. Encounter for long-term (current) use of other medications**
LAB: Vitamin B12(P-B12)
LAB: Vitamin D 25-Hydroxy(P-VD25H)
Notes: stable sxs and ck la.b . csmd ckd cpmc done. , side effects/risks/benefits of medication reviewed, counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication.

**4. Rhinosinusitis**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Start Augmentin Tablet, 875-125 MG, 1 tablet, Orally, twice a day, 14 day(s), 28 Tablet, Refills 0, Notes: Verbal order per provider
Notes: as above. call if worse.

**5. Fibromyalgia**
Continue Tizanidine HCl Tablet, 4 MG, 4mg in the morning 2mg with lunch and 8mg at bedtime, Orally, Three times a day, Notes: Verbal order per provider
Continue Gabapentin Tablet, 600 MG, 1 tablet, Orally, TID as needed, Notes: Verbal order per provider
Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day M79.7, EXEMPT, 30 day(s), 120 Tablet, Refills 2
Notes: cont meds. applying SSI. severe issues.

**6. Depression with anxiety**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: holdign her own but still issue w pain.

**7. Fatigue, unspecified type**
Notes:

chronic poss the ebv. reck lab

.

**8. Polyarthropathy**
Notes: fal prec dw pt.ck feet daily . no bare feet.

**9. Others**
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Magnesium Bisglycinate Tablet, 100 MG, as directed, Orally, once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 90 day(s), 90 Tablet, Refills 1, Notes: Verbal order per provider
Continue Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn

Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue.
Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, Positive for:, postnasal drainage, Throat:, Negative for:, sore throat.
Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations.
Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm pains/aches, occ joint pain, general weakness, Negative for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, hx depression, anxiety, focus problems.

Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Start PredniSONE Tablet, 10 MG, take 4 tabs for 7 days, 3 tabs for 7 days, 2 tabs for 7 days, 1 tablet for 7 days, Orally, As directed, 70, Refills 0, Notes: Verbal order per provider

### Follow Up

3m PA 6m Me

### History of Present Illness

Patient History:

Here ckup. she has sinus pressure w mild DOE and dry to scant sputum occ yellow wo fever for past week. she did a medrol dose pak and felt vbetter until today when she dcd the MDP... she says in 2016 she was on and off steroids for months... she has augmentin also and has not stopped it... no rigors... she says she has hard script for the augmentin and needs e scribe. her fibromyalgia is mod to severe w general aches in all body part... csmd ckd cpmc done. she is on the the gabap and ultram wo sedation during the day.... pain 10/10 daily but down to 3-4/10 on tx. no falls. she is here alone today... depression anxiety issues at times but overall doing well... she is tol meds wo issue... she idd see Dr Paxson pulmonary also and she told him she only wanted to see him 1x yr... she is also stressed out bc applying for SSI disability...

### Vital Signs

Ht 68 in, Wt 201 lbs, BMI 30.56, Weight Change -.6 lb, BP 122/62, HR 80, Respiratory Rate 16, Oxygen sat % 98.

### Examination

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: moist, warm,warm,,good turgor, mild redness to cheeks..

HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear,tympanic membranes normal bilaterally
Nasal passageways are red and swolloen B turbs.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, mildly-tender on R side, mildly distended, bowel sounds are normal,no rebound or guarding.

Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, mildly tender mcp jts and elbows soulders and knees to rotate and extend.

Neurology: CN's II-XII grossly intact,DTRs 3+ in all 4 extremities,no tremor,strength normal proximally and distally in all 4 extremities.

Psych: appropriate mood and affect ,insight and judgement normal,good eye contact.

Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.

Peripheral Pulses: 2+ DP/PT.



**Electronically signed by CHARLES CRUMP , MD on 02/01/2019 at 06:14 AM CST**

**Sign off status: Completed**

**Addendum:**

03/15/2019 03:20 PM CRUMP, CHARLES A > change vit D lab code to E55.9

---

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

PARKRIDGE MEDICAL GROUP
Southside

**Shaw, Kimberly D**
**51 Y old Female, DOB:**
**Account Number: 8X101585095**
**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S Payer ID: SB890**
**Appointment Facility: 438411PMS PARKRIDGE MED SOUTHSIDE**
**Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:**
**Home:**
**Advance Directive: NAD(12/28/2017)**

**01/28/2019 PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**

- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn

## Reason for Appointment

1. Bronchitis per cac
2. Started out sinuses, sore throat, moved into chest, coughing up thick yellow, HA, PT denies fever..... started steriod dose pak Friday. This all started Wednesday

## History of Present Illness

Patient History:

Per tel encounter:

Beginning Saturday I've had a productive cough of very thick yellow sputum (1/4 - 1/2 Tbl) through this evening. My chest "burns" and I'm easily SOB.

I've been taking: Prednisone 25mg Th / 24mg Fr / 20 mg Sat / 16mg Sun
Nebulizer tx w/ albuterol q4-q6 since yesterday (Sat)
Mucinex q4-6 (since Wed)
Dayquil/Nyquil q6-8 (since Wed noc)

Pt state she is feeling better this AM. She denies fever. She has been taking ibuprofen or dayquil or nyquil regularly. Today was day 3 of dose pak. Today she hasn't needed/taken the neb today. Not as much coughing today. She has had tight cough-"not wet".

## Vital Signs

Ht 68 in, Wt 201.6 lbs, BMI 30.65, Weight Change 1.6 lb, BP 134/84, Temp 98.4 F, HR 78, Respiratory Rate 16, Oxygen sat % 97.

## Examination

General Examination:

Constitutional: alert and oriented, interacting appropriately, NAD.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT,EOMI,hearing is grossly normal, cerumen in bilateral ear canals-TMs not fully visualized but no erythema and no ear pain w/ mvmt,swollen turbinates,maxillary tenderness bilaterally,nasal congestion,pharynx normal, tonsils not present,posterior pharynx erythematous, no exudates.

Neck: supple,no lymphadenopathy.

Respiratory: regular breathing rate and effort, no rales/rhonchi/wheezing, occasional cough w/ deep inspirations.

Heart: regular rate and rhythm, normal S1S2, no murmurs, click or rubs.

Chest: normal shape and expansion.

- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day
- MethylPREDNISolone 4 MG Tablet Therapy Pack as directed Orally As directed

**Not-Taking**

- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

### Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

### Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

### Allergies

Xolair: anaphylaxis - Allergy

### Hospitalization/Major Diagnostic Procedure

Musculoskeletal: no swelling or deformity, grossly normal ROM.
Neurology: appropriate for age, awake & alert, non antalgic gait, no tremor.
Psych: appropriate mood and affect , normal speech, insight and judgement normal.

### Assessments

1. Rhinosinusitis - J32.9 (Primary)
2. Moderate persistent asthma with status asthmaticus - J45.42

### Treatment

**1. Rhinosinusitis**

Start Augmentin Tablet, 875-125 MG, 1 tablet, Orally, every 12 hrs, 10 day(s), 20, Refills 0
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Notes: Increase water and vitamin C intake. Continue w/ OTC meds. Offered Astelin-pt declines. Still sounds viral at this point since not even a week and symptoms better today. Rx printed and given to pt and instructed to start is worsens or just not improving. Take ABX w/ food. Eat yogurt or take a good probiotic daily while taking ABX.

.

**2. Moderate persistent asthma with status asthmaticus**

Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Stop Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider
Start Symbicort Aerosol, 160-4.5 MCG/ACT, 2 puffs, Inhalation, Twice a day
Continue MethylPREDNISolone Tablet Therapy Pack, 4 MG, as directed, Orally, As directed
Notes: Hold Advair while using sample of Symbicort given. Rinse mouth well after use.

**3. Others**

Notes: symbicort 160/4.

### Follow Up

keep

Mullins PA-C

No Hospitalization History.

**Review of Systems**

General ROS:

Constitutional: Negative for:, malaise, fever, body aches.
HEENT: Negative for: Headcache, Eye:, redness, Throat:, trouble swallowing, Eye:, visual changes, drainage , Ear:, hearing loss, **Positive for:"sinuses on fire last" 6 days ago", sore throat**.
Resp/Pulmonology: Negative for:, chest pain with breathing, **Positive for:, asthma, cough, chest tightness-but improved today**.
Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, constipation, diarrhea, nausea, reflux, vomiting.

**Electronically signed by GINGER MULLINS , PA-C on 01/29/2019 at 04:10 PM CST**

**Sign off status: Completed**

**438411PMS PARKRIDGE MED SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-493-5240**
**Fax: 423-493-5241**

# Shaw, Kimberly D

**51 Y old Female, DOB:**
**Account Number: 8X101585095**

**Home:**
**Guarantor: Shaw, Kimberly D Insurance: BCBSTN PPO NETWORK S**
**Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:**
**Home:**
**Advance Directive: NAD(12/28/2017)**

**10/15/2018** **PROGRESS NOTE: MAGDALENA SANTOS, NP-C**

## Reason for Appointment

1. 3mos CS

## History of Present Illness

Patient History:

51-year-old female present for her 3 month follow-up. Patient has a history of fibromyalgia and polyarthropathy, on multiple medications, followed by Dr. Craig rheumatologist has an upcoming appointment on 11/27/2018. Patient experiences chronic pain of which she reports pain level while on meds 4/10, pain at its worse 9/10. Patient reports that she will restart yoga and water exercises as tolerated, will be registering at Siskens and use their their pool. History of Epstein-Barr and asthma reports only using Spiriva daily has not been using Advair, reports her symptoms are stable. History of depression with anxiety on Cymbalta, she reports Dr. Craig gave her an additional 30 mg to use 2 weeks at a time when needed. No cp or sob, no n/v/d. Pt states Dr. Craig adjusted her her tizanidine.

## Current Medications

**Taking**

- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 4mg in the morning 2mg with lunch and 8mg at bedtime Orally Three times a day, Notes: Verbal order per provider
- Gabapentin 600 MG Tablet 1 tablet Orally TID as needed, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 2 tablets as needed for pain Orally twice a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Magnesium Bisglycinate 100 MG Tablet as directed Orally once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.

OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

### Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

### Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

### Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

### Allergies

Xolair: anaphylaxis - Allergy

### Review of Systems

General ROS:
Constitutional: Negative for:, fever, chills, fatigue, weight change. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing, dyspnea on exertion. Cardiology: Negative for:, chest pain, edema, palpitations, leg pains during walking. Gastroenterology: Negative for:, abdominal pain, diarrhea or constipation. Musculoskeletal: **Positive for:, back pain, joint pain**. Neurology: Negative for:, dizziness, numbness of upper or lower extremities, memory changes, gait abnormality, confusion. Psychology: **Positive for:, anxiety, depression, stress**.

### Vital Signs

Ht 68 in, Wt 200 lbs, BMI 30.41, Weight Change -2 lb, BP 118/72, HR 75, Oxygen sat % 98.

### Examination

General Examination:
Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, no rash.
HEENT: sclera nonicteric,clear conjuctiva,PERRL,EOMI bilaterally, MMM, OP clear, TMs norm, pharynx/tonsils norm.
Neck: supple,no mass,trachea midline.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled,no murmurs, click or rubs, No lower extremity edema.
Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft,no rebound or guarding, ND/NT, BS norm throughout.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod

tenderness in large muscle groups of extremities and upper torso and back, sl tender mcp jts and elbows shoulders and knees to rotate and extend.

Neurology: CN's II-XII grossly intact,no tremor.

Psych: appropriate mood and affect ,insight and judgement normal.

Extremities: no clubbing,pulses 2 plus bilaterally,no cyanosis.

Peripheral Pulses: 2+ DP/PT.

## Assessments

1. Fibromyalgia - M79.7 (Primary)
2. Encounter for long-term (current) use of other medications - Z79.899
3. Depression with anxiety - F41.8
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Polyarthropathy - M13.0
6. Epstein Barr virus infection - B27.90, High IgG 2018

## Treatment

**1. Fibromyalgia**

Refill Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day, 30 day(s), 120 Tablet, Refills 2
Notes: ONE SCRIPT WITH 2 REFILLS PRINTED AND GIVEN TO PT, FIL DATE OF 10/30/2018
Stable sxs. Pt of R/B/SE's of medication. CSMD reviewed. CS agreement signed. Patient followed by rheumatologist Dr. Craig. Patient will be going to Sisken to do water exercises. Will be restarting yoga.

**2. Encounter for long-term (current) use of other medications**

Notes: . Sxs stable, denies having any adverse reactions to current regimen. Pt will be having labs done at time of physical in January.

**3. Depression with anxiety**

Notes: . improved with current regimen.

**4. Moderate persistent asthma with status asthmaticus**

Notes: . Patient reports that her symptoms are stable.

**5. Polyarthropathy**

Notes:

Improved with pain medications.

.

## Follow Up

Keep appts as scheduled.

**Electronically signed by MAGDALENA SANTOS , NP-C on 10/19/2018 at 02:12 PM CDT**

**Electronically co-signed by CHARLES CRUMP on 11/05/2018 at 03:28 PM CDT**

**Sign off status: Completed**

---

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**STE 140**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

---

**Patient: Shaw, Kimberly D DOB: Progress Note: MAGDALENA SANTOS, NP-C 10/15/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Jun 11, 2019 09:53 AM

Shaw, Kimberly D, F,

CUMULATIVE REPORT

**CBC With Platelet And Differential(P-CBCWD)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| WBC | 5.8 (3.8-11.5 K/uL) | **17.4 H (3.8-11.5 K/uL)** |
| Red Blood Cell Count (RBC) | 4.66 (3.60-5.30 M/mm3) | 5.20 (3.60-5.30 M/mm3) |
| Hemoglobin (Hgb) | 14.2 (12.0-16.0 gm/dL) | 15.7 (12.0-16.0 gm/dL) |
| Hematocrit (HCT) | 42.4 (37.4-48.3 %) | 47.3 (37.4-48.3 %) |
| MCV | 91.0 (79.0-99.0 fL) | 91.0 (81.0-102.0 fL) |
| MCH | 30.5 (26.9-35.0 pg) | 30.2 (26.9-35.0 pg) |
| MCHC | 33.5 (30.4-34.8 g/dL) | 33.2 (30.4-34.8 g/dL) |
| Platelet Count | 310 (137-397 K/cumm) | **494 H (137-397 K/cumm)** |
| Neutrophils Automated | 49.9 (41.0-77.0 %) | 71.2 (41.0-77.0 %) |
| Lymphocytes Automated | 39.4 (14.0-48.0 %) | 21.2 (14.0-48.0 %) |
| Monocytes Automated | 5.9 (4.0-13.0 %) | 4.3 (4.0-13.0 %) |
| Eosinophils Automated | 3.8 (1.0-8.0 %) | 1.5 (1.0-8.0 %) |
| Basophils Automated | 1.0 (0.0-1.5 %) | 0.8 (0.0-1.5 %) |

**Comprehensive Metabolic Panel (CMP)(P-CMP)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Sodium | 140 (135-145 mEq/L) | 139 (134-145 mEq/L) |
| Potassium | 4.3 (3.5-5.3 mEq/L) | 3.8 (3.4-5.4 mEq/L) |
| Chloride | 102 (97-108 mEq/L) | 97 (97-109 mEq/L) |
| CO2 | 27 (22-32 mEq/L) | 27 (22-32 mEq/L) |
| Glucose | **103 H (65-99 mg/dL)** | **116 H (65-99 mg/dL)** |
| BUN | 7 (6-20 mg/dL) | 17 (5-26 mg/dL) |
| Creatinine | 0.89 (0.50-1.00 mg/dL) | 1.0 (0.5-1.5 mg/dL) |
| Calcium | 9.9 (8.6-10.3 mg/dL) | 10.1 (8.5-10.3 mg/dL) |
| Protein | 7.0 (6.0-8.3 g/dL) | 7.7 (6.1-8.3 g/dL) |
| Albumin | 4.6 (3.5-5.3 g/dL) | 4.9 (3.7-5.2 g/dL) |
| Alkaline Phosphatase | 48 (35-121 IU/L) | 78 (38-126 IU/L) |
| ALT (SGPT) | 26 (<5-47 IU/L) | 37 (7-52 IU/L) |
| AST (SGOT) | 25 (<5-40 IU/L) | 21 (13-39 IU/L) |

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Bilirubin, Total | 0.4 (<0.2-1.2 mg/dL) | 0.4 (0.2-1.5 mg/dL) |
| A/G Ratio | 1.9 (1.1-2.5 mg/dL) | 1.8 (1.1-2.5 mg/dL) |
| GFR/Black | >60 (>60 mL/min/1.73m2) | >60 (>60 mL/min/1.73m2) |
| GFR/White | >60 (>60 mL/min/1.73m2) | **58 L (>60 mL/min/1.73m2)** |

**Creatine Kinase(P-CPK)**

| COLLECTION DATE | 04/26/2019 |
|---|---|
| Order Date | 04/26/2019 |
| Result Date | 04/27/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Creatine Kinase | 104 (20-180 u/L) |

**Thyroxine Free (free T4)(P-FT4)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Thyroxine Free (free T4) | 1.16 (0.86-1.76 ng/dL) | **0.53 L (0.58-1.64 ng/dL)** |

**Lipid Panel(P-LIPID)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| Cholesterol / HDL Ratio | 2.43 (0.00-4.44 Ratio) | **6.60 H (0.00-4.44 Ratio)** |
| Cholesterol | 119 (<201 mg/dL) | **330 H (75-200 mg/dL)** |
| HDL Cholesterol | 49 (>39 mg/dL) | 50 (>39 mg/dL) |
| LDL Cholesterol (Calculation) | 42 (<130 mg/dL) | SEE COMMENT (<130 mg/dL) |
| LDL/HDL Ratio | 0.9 (<3.3 Ratio) | SEE COMMENT (<3.3 Ratio) |
| Non-HDL Cholesterol | 70 (<130 mg/dL) | **280 H (<130 mg/dL)** |
| Triglycerides | 139 (<150 mg/dL) | **978 H (<150 mg/dL)** |

**TSH(P-TSH)**

| COLLECTION DATE | 04/26/2019 | 01/31/2019 |
|---|---|---|
| Order Date | 04/26/2019 | 01/31/2019 |
| Result Date | 04/27/2019 | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES | CRUMP, CHARLES |
| TSH | 1.30 (0.27-4.20 mU/L) | **12.06 H (0.34-5.00 mU/L)** |

**Thyroid Peroxidase Antibody(P-ATA)**

| COLLECTION DATE | 03/13/2019 |
|---|---|
| Order Date | 03/13/2019 |
| Result Date | 03/14/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Thyroid Peroxidase Antibody | 16 (<9-34 U/mL) |

**Thyroglobulin Antibody(P-ATHYG)**

| COLLECTION DATE | 03/13/2019 |
|---|---|
| Order Date | 03/13/2019 |
| Result Date | 03/14/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Thyroglobulin Antibody | 33.0<br>(<10-115.0 IU/mL) |

**Vitamin B12(P-B12)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Vitamin B12 | **943 H**<br>**(180-914 pg/mL)** |

**Hemoglobin A1C(P-HA1C)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Hemoglobin A1C | **6.3 H**<br>**(<5.7 %)** |

**LDL Cholesterol, Direct(P-LDL)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| LDL Cholesterol, Direct | **102 H**<br>**(0-99 mg/dL)** |

**Urinalysis (UA) with Microscopy Automated(P-UA)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Appearance | CLEAR<br>(CLEAR ) |
| Urine Bilirubin | NEGATIVE<br>(NEGATIVE ) |
| Urine Blood | NEGATIVE<br>(NEGATIVE ) |
| Urine Color | YELLOW<br>(YELLOW ) |
| Urine Glucose | NEGATIVE<br>(NEGATIVE ) |
| Urine Ketones | NEGATIVE<br>(NEGATIVE ) |
| Urine Leukocytes Esterase | **1+ A**<br>**(NEGATIVE )** |
| Urine Nitrites | NEGATIVE<br>(NEGATIVE ) |
| Urine pH | 7.5<br>(5.0-9.0 ) |
| Urine Protein | NEGATIVE<br>(NEGATIVE ) |
| Urine Specific Gravity | 1.007<br>(1.005-1.030 ) |
| Urine Type | Clean Catch |
| Urine Urobilinogen | 0.2<br>(0.2-1.0 E.U./dL) |

**Urinalysis, Microscopic only(P-UMIC)**

| COLLECTION DATE | 01/31/2019 |
|---|---|
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |

Shaw, Kimberly D, F,

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Urine Bacteria | NONE SEEN (NONE SEEN /HPF) |
| Urine Casts | 0-2 Hyaline (0-2 Hyaline /LPF) |
| Urine Epithelial Cells | 0-2 (0-2 /HPF) |
| Urine RBC | 0-2 (0-2 /HPF) |
| Urine WBC | 0-2 (0-2 /HPF) |

**Vitamin D 25-Hydroxy(P-VD25H)**

| | |
|---|---|
| COLLECTION DATE | 01/31/2019 |
| Order Date | 01/31/2019 |
| Result Date | 02/01/2019 |
| Ordering Physician | CRUMP, CHARLES |
| Vitamin D 25-Hydroxy | **11.6 L** **(30.0-100.0 ng/mL)** |

Shaw, Kimberly D, F,

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

PARKRIDGE DIAGNOSTIC CENTER
2205 MCCALLIE AVE
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37404

Jun 10, 2019
**Re: Long Term Disability Benefits**
Claim# 3840737 5395173
Claimant: SHAW, KIMBERLY
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: DIAGCE

Dear 8665308217,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From July 14, 2018 to Present**
Please provide all records within the scope and complete the attached form - Seen By: CRUMP, DR CHARLES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Dhalia Alcosiba

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5395173

Lincoln Financial Group

# Restrictions Form

Employee /Claimant Name ______ Date of Birth ______ Claim Number ______

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES ______

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   ______

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   ______

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2262

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

_______________

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: _______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Liberty Mutual --TCMS
PO Box 1390 St. Peters, MO 63376

Lincoln Financial Group

# Request for Missing Records

PARKRIDGE DIAGNOSTIC CENTER
2205 MCCALLIE AVE
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37404

**Date:** Jun 14, 2019
**RP No:** 5395173
**Patient:** SHAW, KIMBERLY
**DOB:**
**Originally Requested:**
Please provide all records within the scope and complete the attached form - Seen By: CRUMP, DR CHARLES

Provider Portal: https://portal.releasepoint.com
Access Key: DIAGCE

ReleasePoint recently received records provided by your facility on your patient listed above. The insurance carrier is requesting MISSING information be provided before we can complete the handling of this request.

**We need the following information:**

**ADDITIONAL INFO REQUESTED**: ** *** URGENT: ATTN: DR. CHARLES CRUMP ** Please complete the attached form. ** Please fax it to 213-269-3452 ** URGENT *** Phone 213-266-7866 ***

- ☐ I am emailing the additional records to providers@releasepoint.com
- ☐ I am faxing 4 pages to ReleasePoint, to this secure fax:
- ☐ I am mailing the requested additional information to ReleasePoint at: ReleasePoint, PO Box 1390, St. Peters, MO 63376
- ☐ Requested records are NOT available because:

______________________________

Missing information should be included with any fees for records already paid. If original records were billed by page count, ReleasePoint will only be responsible for page fees for the missing records, not additional search or retrieval fees. Please contact us at 800-999-9589 if you have questions.

Thank you in advance,
Millette Santiago, QA Manager
(213) 266-7866

**Copy services should consider this a RESCAN**

5395173

**Lincoln/ Shaw 2268**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

________________________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ________________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

**pg. 2 CA.Authorization-Standard-2016**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

11/8/2018

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Liberty Mutual. INSURANCE

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|

To be completed by physician:

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   See letter

4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2273

# Quality Assurance Report

**Request Information**

Report Date: June 18, 2019

**RP ID:** 5395173

Patient Name: SHAW, KIMBERLY

Provider Name: PARKRIDGE DIAGNOSTIC CENTER

**Quality Assurance Information**

Scope Requested: **From July 14, 2018 to Present**

Special Request:

Please provide all records within the scope and complete the attached form - Seen By: CRUMP, DR CHARLES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JTERN

ReleasePoint

## Medical Record Overview

**Date:** **June 13, 2019**

**Patient Name:** SHAW, KIMBERLY

**Records From:** ARTHRITIS ASSOCIATES
1035 EXECUTIVE DR
HIXSON, TN 37343
(423) 826-0800

**Request Scope:** From August 23, 2018 to Present

**Chart Range:** 11/27/2018 - 06/12/2019

**RP ID:** 5395174

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 27 2018 | Apr 10 2019 | 11 | 2 |
| Labs/Diagnostics | Apr 10 2019 | Apr 10 2019 | 2 | 13 |
| Request Corr. | | | 1 | 15 |
| Questionnaire | Jun 12 2019 | Jun 12 2019 | 1 | 16 |

**Total Page Count:** 15

**Notes From QC:**

**Lincoln/ Shaw 2275**

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| PATIENT: | Kimberly Shaw |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 4/10/2019 |
| VISIT TYPE: | Office Visit |
| DOCUMENT TYPE: | Chart Note |

## History of Present Illness

1. Fibromyalgia

   The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Recently discovered to be hyperthyroid.
Started Synthroid about 4 weeks ago.
Prior to that diagnosis for about 4 weeks she has experienced thigh pain. No hipper going pain. Muscles are tender and sore. Hurts all the time. Nothing is helping.

Other complaints are about the same.

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/12/2018.

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | 04/10/2019 | 04/10/2019 | Y |
| tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | // | | | Y |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | // | | | Y |

| | | | | | |
|---|---|---|---|---|---|
| Spiriva with HandiHaler 18 mcg and inhalation capsules | inhale 1 capsule by inhalation route every bedtime | // | | | Y |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | // | | | Y |
| Zyrtec 10 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| Probiotic 10 billion cell capsule | | // | | | Y |
| B Complex 1 tablet | take 1 Tablet by Oral route once | // | | | Y |
| Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | // | 04/10/2019 | | Y |
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | | | N |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | 11/27/2018 | | 11/27/2018 | N |
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 11/27/2018 | | 11/27/2018 | N |
| gabapentin 600 mg tablet | take 1 Tablet by oral route 3 times every day | 12/27/2018 | 04/10/2019 | 04/10/2019 | N |
| Cymbalta 30 mg capsule,delayed release | take 2 Capsule by oral route every day | 12/27/2018 | 04/10/2019 | 12/27/2018 | N |
| Synthroid 50 mcg tablet | take 1 tablet by oral route every day | // | | | Y |
| Crestor 10 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| Vitamin D3 5,000 unit tablet | take 2 (10,000unit) by Oral route once | // | | | Y |
| Omega-3 Fish Oil 300 mg-1,000 mg capsule | | // | | | Y |
| Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension | inhale 2 spray by intranasal route every day in each nostril | // | | | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

## Family History

Reviewed, no changes. Last detailed document: 06/12/2018.

## Social History

Tobacco use reviewed.
Reviewed, no changes. Last detailed document date: 08/22/2018.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |

| | | |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Weight loss. |
| ENMT | Negative | Mouth ulcers and Nasal drainage. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough and Known TB exposure. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations, Leg swelling and Raynaud's. |
| GI | Negative | Black tarry stools, Blood in stool, Constipation, Diarrhea, Difficulty swallowing saliva, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dysuria and Hematuria. |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |
| Neuro | Positive | Gait disturbance, Headache, Numbness in extremity. |
| Neuro | Negative | Dizziness and Seizures. |
| Psych | Negative | Difficulty concentrating, Emotional changes and Insomnia. |
| Integumentary | Negative | Hair loss, Photosensitivity and Rash. |
| MS | Positive | Back pain, Joint pain, Joint stiffness, Muscle weakness, Neck pain. |
| MS | Negative | Joint swelling. |
| Hema/Lymph | Negative | Easy bruising and Lymphadenopathy. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:27 PM | 140/76 | 76 | | | 5.0 | 8.00 | 172.72 | 200.00 | 90.718 | 30.41 | 2.09 | |

## Disease Activity Measures

Patient Global: 3.5
MD Global: 3.5
Pain Score: 7.5
RAPID 3: 17.8

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | Marked tenderness bilateral thighs both anteriorly posteriorly and laterally.<br>No pain on range of motion the hips.<br>Mild crepitations of both knees but no effusions and no increased pain on ROM. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic |

| | | |
|---|---|---|
| | | spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. |
| Musculoskeletal | Normal | Elbows - No tenderness, swelling, effusion, or limitation to range of motion. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

### Completed Orders *(this encounter)*

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | | |
| 2. | Assessment | Other fatigue (R53.83). |
| | | |
| 3. | Assessment | Fibromyalgia (M79.7). |
| | | |
| 4. | Assessment | Asthma (J45.909). |
| | | |
| 5. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |
| | | |
| 6. | Assessment | Myalgia, unspecified site (M79.10). |
| | Plan Orders | Aldolase to be performed, CK to be performed, Sendout[i] to be performed and Venipuncture Fee to be performed. |
| | | |
| 7. | Assessment | Body mass index (BMI) 31.0-31.9, adult (Z68.31). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |
| | | |

PLAN DETAILS:
New Dx hypothyroid on Synthroid 4 weeks
Muscle pain in thighs before starting Crestor
Check CPK and Aldolase
F/U PCP for T4 issues

FM stable on Zanaflex to 4mg QID, Cymbalta 60 and Gaba 600TID

Dr Crump will continue to write her pain meds.
She has long term disability approved through Prudential and waiting SSI appeal.
See in 4 months.

## Pain Management Plan

Pain Scale: 8/10.
Method: Numeric Pain Intensity Scale.

## Fall Risk Plan

The patient has not fallen in the last year.

## Medications

PRESCRIBED TODAY:

| Medication | Directions |
|---|---|
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day |
| gabapentin 600 mg tablet | take 1 Tablet by oral route 3 times every day |

RENEWED TODAY:

| Medication | Instructions | Renewed |
|---|---|---|
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | 04/10/2019 |
| gabapentin 600 mg tablet | take 1 Tablet by oral route 3 times every day | 04/10/2019 |

DISCONTINUED TODAY:

| Medication | Instructions | Started | Stopped |
|---|---|---|---|
| Cymbalta 30 mg capsule,delayed release | take 2 Capsule by oral route every day | 12/27/2018 | 04/10/2019 |

## Orders:

LABS:

| Assessment | Test | Status |
|---|---|---|
| M79.10 | Aldolase | ordered |
| M79.10 | CK | ordered |
| M79.10 | Sendout[i] | ordered |
| M79.10 | Venipuncture Fee | ordered |

INSTRUCTION(S)/EDUCATION:

| Assessment | Instruction |
|---|---|
| Z68.31 | Giving encouragement to exercise |

*Provider:*
CRAIG, WILLIAM DAVID 04/10/2019 4:32 PM

Electronically signed by WILLIAM D. CRAIG DO on 04/11/2019 04:26 PM

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| PATIENT: | Kimberly Shaw |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 11/27/2018 |
| VISIT TYPE: | Office Visit |
| DOCUMENT TYPE: | Chart Note |

## History of Present Illness

1. Fibromyalgia

   The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Zanaflex helping.
No s/e
Started swimming but starting today going to Siskin for one on one rehab.
4 day flar of hip anterior pain resolved.
No joint swelling

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/12/2018.

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| gabapentin 300 mg capsule | take 2 - 3 capsule by oral route 3 times every day | // | 11/27/2018 | | Y |
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | | | Y |
| tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | // | | | Y |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening | // | | | Y |

| | | | | |
|---|---|---|---|---|
| | approximately 12 hours apart | | | |
| Spiriva with HandiHaler 18 mcg and inhalation capsules | inhale 1 capsule by inhalation route every bedtime | // | | Y |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | // | | Y |
| Zyrtec 10 mg tablet | take 1 tablet by oral route every day | // | | Y |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | // | | Y |
| Probiotic 10 billion cell capsule | | // | | Y |
| B Complex 1 tablet | take 1 Tablet by Oral route once | // | | Y |
| Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | // | | Y |
| Cymbalta 30 mg capsule,delayed release | take 1 Capsule by oral route every day | 06/12/2018 | | N |
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | | N |
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 08/22/2018 | 08/22/2018 | N |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

## Family History

Reviewed, no changes. Last detailed document: 06/12/2018.

## Social History

Tobacco use reviewed.

Reviewed, no changes. Last detailed document date: 08/22/2018.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Constitutional | Negative | Chills, Fever and Weight loss. |
| ENMT | Negative | Mouth ulcers and Nasal drainage. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Known TB exposure. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations, Leg swelling and Raynaud's. |
| GI | Negative | Black tarry stools, Blood in stool, Constipation, Diarrhea, Difficulty swallowing saliva, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dysuria and Hematuria |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Numbness in extremity. |
| Neuro | Negative | Seizures. |
| Psych | Positive | Difficulty concentrating, Emotional changes. |

| | | |
|---|---|---|
| Psych | Negative | Insomnia. |
| Integumentary | Negative | Hair loss, Photosensitivity and Rash. |
| MS | Positive | Back pain, Joint pain, Joint stiffness, Muscle weakness. |
| MS | Negative | Joint swelling and Neck pain. |
| Hema/Lymph | Negative | Easy bruising and Lymphadenopathy. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:12 AM | 128/91 | 75 | | | 5.0 | 8.00 | 172.72 | 202.80 | 91.989 | 30.84 | | |

## Disease Activity Measures

Patient Global: 6.0
MD Global: 4.0
Pain Score: 6.5
Fatigue Score: 7.0
RAPID 3: 16.8

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | No rash.<br>No skin changes.<br>Good pulses. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. |
| Musculoskeletal | Normal | Elbows - No tenderness, swelling, effusion, or limitation to range of motion. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 |

| | | |
|---|---|---|
| | | out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders *(this encounter)*

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | | |
| 2. | Assessment | Other fatigue (R53.83). |
| | | |
| 3. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |
| | | |
| 4. | Assessment | Fibromyalgia (M79.7). |
| | | |
| 5. | Assessment | Asthma (J45.909). |
| | | |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |
| | | |

PLAN DETAILS:
FM stable on Zanaflex to 4mg QID
Other meds stay the same.
Swimming at the Y.
Dr Crump will have to continue to write her pain meds.
She has long term disability approved through Prudential and waiting SSI appeal.
See in 4 months.

## Pain Management Plan

Pain Scale: 4/10.
Method: Numeric Pain Intensity Scale.

## Fall Risk Plan

The patient has not fallen in the last year.

## Medications

PRESCRIBED TODAY:

| Medication | Directions |
| --- | --- |
| gabapentin 600 mg tablet | take 1 Tablet by oral route 3 times every day |

**Orders:**

INSTRUCTION(S)/EDUCATION:

| Assessment | Instruction |
| --- | --- |
| Z68.30 | Giving encouragement to exercise |

*Provider:*

CRAIG, WILLIAM DAVID 11/27/2018 8:57 AM

Electronically signed by WILLIAM D. CRAIG DO on 11/29/2018 04:56 PM

**Arthritis Associates PLLC**
1035 Executive Drive
Hixson, TN, 373437908

**Shaw, Kimberly**
117 West Walden Circle
Soddy Daisy, TN, 37379
Person #: 51602
Sex: F
DOB: 03/21/1967

**Ordering:** CRAIG, WILLIAM DAVID **Performing #:** GenericLab **Location:** Arthritis Associates PLLC
**Tests Ordered :** Aldolase (002030)

**Aldolase (Collection Date: 04/10/2019 14:41 *, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Aldolase | 4.5 | U/L | | 3.3-10.3 U/L | |

Patient: Shaw, Kimberly , DOB:

**Arthritis Associates PLLC**
1035 Executive Drive
Hixson, TN, 373437908

**Shaw, Kimberly**

Person #: 51602
Sex: F
DOB:

**Ordering:** CRAIG, WILLIAM DAVID **Performing #:** Orchard **Location:** Arthritis Associates PLLC
**Tests Ordered :** CK (ORD132), Venipuncture Fee (36415), Sendout[i] (ORD178)

**CK (Collection Date: 04/10/2019 14:50, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CK | 63.00 | IU/L | | 38.00-174.00 | |

Patient: Shaw, Kimberly , DOB:

**Lincoln/ Shaw 2288**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

ARTHRITIS ASSOCIATES
1035 EXECUTIVE DR
ATTN: MEDICAL RECORDS
HIXSON, TN 37343

Jun 10, 2019
**Re: Long Term Disability Benefits**
Claim# 3840737 5395174
Claimant: SHAW KIMBERLY
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: HFSSTS

Dear X3011,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 23, 2018 to Present**
Please provide all records within the scope and complete the attached form DR. William david craig - Seen By: ARTHRITIS ASSOCIATES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Dhalia Alcosiba

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5395174

Lincoln Financial Group

# Restrictions Form

Kimberly Shaw
Employee /Claimant Name | Date of Birth | Claim Number

To be completed by physician:

1. DATE FIRST TREATED — 6-12-18
DATE LAST TREATED — 4-10-19
NEXT OFFICE VISIT — 8-5-19

M79.7, M35.50, R53.83, G47.33
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Joint and muscle pain and serve Fatigue

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| W. David Craig<br>Provider's Name (Please Print) | DO - Rheumatology<br>Degree *AND* Area of Specialty | 62-0949842<br>Social Security or Tax ID Number |
| 1035 Executive Dr.<br>Street Address | (423) 826-0800<br>Telephone Number | 423-826-0810<br>Fax Number |
| Hixson, TN. 37343<br>City, State & Zip Code | [signature]<br>Signature | 6/12/19<br>Date |

Lincoln/ Shaw 2290

# Quality Assurance Report

## Request Information

Report Date: June 13, 2019

**RP ID:** 5395174

Patient Name: SHAW, KIMBERLY

Provider Name: ARTHRITIS ASSOCIATES

## Quality Assurance Information

Scope Requested: **From August 23, 2018 to Present**

Special Request:
Please provide all records within the scope and complete the attached form DR. William david craig - Seen By: ARTHRITIS ASSOCIATES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: XMENC

**Lincoln/ Shaw 2291**

HUB ENTERPRISES INC

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

June 12, 2019

**KRISTIE LAROCCA**
**LINCOLN FINANCIAL GROUP**
P. O. Box 1525
Dover, NH 3821

| | |
|---|---|
| Claim Number: | **3840737** |
| Subject: | **KIMBERLY SHAW** |
| Date of Loss: | **2017-04-21** |
| Injury: | **CHRONIC FATIGUE** |
| Received: | **2019-06-07** |
| Analysts: | **LAKISHA MALBROUGH AND SIERRA CHARLES** |
| HUB Case: | **1708000143.5** |
| HUB Contact: | **HEATHER ROSS** |




## RED FLAGS:

There were no red flags identified.

## SUMMARY:

On Tuesday, June 11, 2019, we conducted a pharmacy check of area facilities near for records related to the claimant, Kimberly Shaw. Records were located at Food City Pharmacy within the provided date range of June 1, 2019 through present. Records were also located at Walmart Pharmacy, Walgreens Pharmacy, and CVS Pharmacy; however, not within the provided date range of June 1, 2019 through present.

According to research, names associated with the claimant were listed as Kim Shaw, Kim K Shaw, Kim Dawn Shaw, Kimberly Dawn Shaw, Kim Dawn Kennedy, Kimberly Dawn Kennedy, Dawn Mcclendon, Kimberly Dawn Kennedyshaw, Kim Dawn Kennedy-Shaw, K D Kennedy, Kimberely Kennedy-Shaw,

Kim M Kennedy, Kim D Kennedy Shaw, and Kimberly Dawn Kennedy Shaw. Records were located utilizing the name Kimberly Shaw and the provided date of birth.

According to research, the claimant is associated with addresses located in

.

See complete report below.

## MEDICAL CANVASS DETAILS:

### TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### Pharmacy:

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| **Food City Pharmacy**<br><br>**3901 Dayton Boulevard**<br>**Red Bank, TN 37415**<br><br>**(423) 877-1515** | **Tony Evans**<br><br>**Pharmacy Manager** | **Has records**<br><br>**6/9/2019 (last d.o.s.)**<br><br>**We attempted to obtain any and all dates of service; however, this facility would only provide us with the last date of service.**<br><br>**Records are within the provided date range of June 1, 2019 through present.**<br><br>**To obtain pharmacy records, a request and signed medical release must be faxed to (423) 877-9459.**<br><br>**Turnaround time is undetermined at this time.** |

| | | |
|---|---|---|
| | | Processing fee is undetermined at this time. |
| Walmart Pharmacy<br><br>9334 Dayton Pike<br>Soddy Daisy, TN 37379<br><br>(423) 332-9957 | Amber<br><br>Certified Pharmacy Technician | Has records<br><br>1/2019 (last m.o.s.)<br><br>We attempted to obtain any and all dates of service; however, this facility would only provide us with the last month of service.<br><br>Records are not within the provided date range of June 1, 2019 through present.<br><br>To obtain pharmacy records, a request and signed medical release must be faxed to (479) 204-9655. We were provided with a telephone number of (479) 204-6788 to follow-up with our request.<br><br>Turnaround time is approximately 30 business days from the day the request is received.<br><br>We were advised there will be a processing fee to obtain pharmacy records; however, the amount is undetermined. |
| Walgreens Pharmacy<br><br>121 Harrison Lane<br>Soddy Daisy, TN 37379<br><br>(423) 332-5124 | Sarah<br><br>Certified Pharmacy Technician | Has records<br><br>5/23/2018 (only d.o.s.)<br><br>Records are not within the provided date range of June 1, 2019 through present.<br><br>To obtain pharmacy records, a request and signed medical release must be mailed to: |

| | | |
|---|---|---|
| | | Custodian of Records<br>PO Box 4039<br>MS 735<br>Danville, IL 61834<br><br>Turnaround time is approximately 30 business days from the day the request is received.<br><br>We were advised there will be a processing fee to obtain pharmacy records; however, the amount is undetermined. |
| CVS Pharmacy<br><br>9389 Dayton Pike<br>Soddy Daisy, TN 37379<br><br>(423) 332-6393 | Travis<br><br>Pharmacist | Has records<br><br>10/2018 (last m.o.s.)<br><br>We attempted to obtain any and all dates of service; however, this facility would only provide us with the last month of service.<br><br>Records are not within the provided date range of June 1, 2019 - present.<br><br>To obtain pharmacy records a request must be faxed to (401) 652-1593. We were provided with a telephone number of (800) 287-2414 to follow-up with our request.<br><br>Turnaround time is approximately 30 business days from the day the request is received.<br><br>We were advised there will be a processing fee to obtain pharmacy records; however, the amount is undetermined. |

Shaw, Kimberly June 12, 2019

## NO TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### PHARMACY SEARCH

| DATE<br>JUNE 11, 2019 | ANALYSTS:<br>LAKISHA MALBROUGH AND<br>SIERRA CHARLES | CLIENT FILE #<br>3840737 |
|---|---|---|

We have made every attempt to ensure accuracy on this report. However, we must depend on the facility personnel for our information. This report is confidential, is not in violation of any known FCRA laws and is meant only for you and your attorneys.

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| Access Drugs, LLC<br><br>4062 Hixson Pike<br>Chattanooga, TN 37415<br><br>(423) 877-3568 | Jen<br><br>Pharmacy Technician | No records |
| Medicine Counter<br><br>5506 Highway 153<br>Suite 102<br>Hixson, TN 37343<br><br>(423) 680-7373 | No Name Provided<br><br>No Job Title Provided | No records |
| Hixson Pharmacy<br><br>5508 Hixson Pike<br>Suite 1<br>Hixson, TN 37343<br><br>(423) 498-5900 | No Name Provided<br><br>No Job Title Provided | No records |
| Publix Pharmacy<br><br>5928 Hixson Pike<br>Suite 112<br>Hixson, TN 37343<br><br>(423) 847-8466 | Paige<br><br>Assistant Pharmacy Manager | No records |
| Rite Aid Pharmacy<br><br>6300 Hixson Pike<br>Hixson, TN 37343 | Barra<br><br>Pharmacy Technician | No records |

| | | |
|---|---|---|
| (423) 842-8100 | | |
| First Care Pharmacy<br><br>14821 Dayton Pike<br>Suite 115<br>Sale Creek, TN 37373<br><br>(423) 486-9404 | Jamie<br><br>Certified Pharmacy Technician | No records |

**HUB Enterprises is not responsible for the processing of Medical Release Forms.**

**CONCLUSION:**

All research activity on this file has been terminated pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to call me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

HR/lm:sc


PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A-HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 303717 |
|---|---|
| DATE | 06/12/19 |

**CUSTOMER**

Kristie Larocca
Lincoln Financial Group
P. O. Box 1525
Dover, NH 03821

Kimberly Shaw
1708000143.5

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 208025 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Medical Canvass Services<br>6/11/19<br>Pharmacy Check | 1.00 | | | 118.75 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| Sub-Total | 118.75 |
| Sales Tax | |
| TOTAL | $118.75 |



**Lincoln/ Shaw 2300**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 7, 2019

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

We are writing with regard to your claim for Long Term Disability benefits. You are currently receiving benefits based on your inability to perform the material and substantial duties of your occupation as a clinical coordinator.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on October 18, 2017, the change in definition will occur on October 18, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the attached forms and return them in the envelope provided by **June 28, 2019.**

**All updated medical records are due July 28, 2019.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Authorization - CA

## ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca



EMPLOYEE/CLAIMANT NAME: Kimberly Shaw

CLAIM NO: 3840737 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

---

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

**Lincoln/ Shaw 2305**

Lincoln Financial Group®

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/ Shaw 2306**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

**Lincoln/ Shaw 2307**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return to:** Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw **CLAIM #:** 3840737
**EMPLOYER:** Dignity Health **DATE OF BIRTH:**_________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

______________________________________________

Name of legal representative, if applicable (print):

______________________________________________

Relationship:

______________________________________________

Signature of claimant or legal representative:

______________________________________________

Date of Birth: ____________________ Claim Number: 3840737

Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

______________________________________________________________

Name of legal representative, if applicable (print):

______________________________________________________________

Relationship: __________________________________________________

Signature of claimant or legal representative:

______________________________________________________________

Date of Birth: ____________________ Claim Number: __3840737__________

Date: ___________________________________

**A copy of this authorization will be considered as valid as the original.**

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations
Suite 200
1232 Premier Drive
Chattanooga, TN 37421-4151

Date: April 24, 2019

*05I2CIPA102420*NOTAPP.X3.CIPAPP.ODARS.R190424.PS1K 000000000000000DCP0560190424419760010428I

Kimberly Dawn Shaw

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please write the Social Security number associated with this case on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.



See Next Page

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866) 964-0029. Its address is:

Social Security
Suite 140
1290 Premier Dr
Chattanooga, TN 37421-9953

Kristie Luffman-Minor
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Beth Matter
Allsup, Inc.
300 Allsup Place
Belleville, IL 62223

*0503CIPA102420P*NOTAFP.X3.CIPAFP.ODAR5.R190424.PS1K 00000000000000000080CP05601904244197600104281

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Kimberly Dawn Shaw | Period of Disability and Disability Insurance Benefits |
| (Claimant) | |
| | [redacted] |
| (Wage Earner) | (Social Security Number) |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated June 21, 2018 (20 CFR 404.929 *et seq.*). The claimant appeared and testified at a hearing held on March 14, 2019, in Chattanooga, TN. David M Boatner, an impartial vocational expert, also appeared at the hearing. The claimant is represented by Beth Matter, a non-attorney representative.

The claimant is alleging disability since August 18, 2017.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2021.**

**2. The claimant has not engaged in substantial gainful activity since August 18, 2017, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

**3. The claimant has the following severe impairments: spine disorder, fibromyalgia, obstructive sleep apnea (OSA), asthma, peripheral neuropathy, and depression (20 CFR 404.1520(c)).**

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except that she is limited to occasional climbing of ramps and stairs, balance, stoop, kneel, crouch, and crawl, but can never climb ladders, ropes or scaffolds, or be exposed to heights and dangerous machinery. She also must avoid concentrated exposure to fumes, dusts, gases, and other pulmonary irritants, as well as**

See Next Page

*0504CIPA1024200*NOTAFP.X3.CIPAFP.ODARS.R190424.PS1K 0000000000000000CP056019042441976001042801

**extreme heat and cold, and vibrations. In addition, the claimant can deal with changes in a routine work setting on an infrequent and gradual basis.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520(c).

The claimant has the following degree of limitation in the four broad areas of mental functioning set out in the disability regulations for evaluating mental disorders and in the mental disorders listings in 20 CFR, Part 404, Subpart P, Appendix 1: no limitation in understanding, remembering, or applying information; no limitation in interacting with others; no limitation in concentrating, persisting, or maintaining pace; and a moderate limitation in adapting or managing oneself.

According to the medical evidence of record, the claimant has received treatment at Pajaro Valley Neurology Medical Associates, where she complained of chronic pain and muscle weakness, associated with increased stiffness, muscle achiness, and fatigue. On exam, she seemed to have tender multiple points and having difficulty moving around, as well as decreased vibration sensation in the lower extremities, which was deemed as underlying fibromyalgia and chronic fatigue syndrome. Thereafter, the claimant underwent a nerve conduction velocity test (NCV), which revealed sensory neuropathy; and a magnetic resonance imaging (MRI) of the lumbar spine that showed disc bulge at the L4/5 level (Ex.1F).

In addition, the records from Dominican Hospital indicate that the claimant underwent an MRI study of the cervical spine, which yielded results consisting with diffuse spondylosis throughout the cervical spine and associated uncovertebral osteopathy formation causing moderate right neural foraminal impingement (Ex.5F).

The claimant also has a history of pulmonary conditions, as evidenced by the records of Sleep Health, where results from polysomnographic studies revealed obstructive sleep apnea (OSA), for which she was prescribed a continuous positive airway pressure (CPAP) machine (Ex.2F). Moreover, the claimant was treated at Pulmonary Medicine Center, for recurrent symptoms associated with asthma and OSA. Although pulmonary function tests (PFT) were normal, she was diagnosed with persistent asthma and prescribed inhalant medication (Ex.11F).

With regard to her depressive disorder, the claimant underwent a consultative psychological evaluation at the request of the State's agency division of disability determinations, where she endorsed symptoms of depressed mood, irritability, "short fused," frustrated, and very low energy level. On mental status exam, she struggled with digit span tasks, and she had difficulty recalling all three objects after a three-minute delay. Based on her responses to the examiner's question, the claimant showed evidence of mild-to-moderate short-term memory impairment and sustained concentration, and she exhibited mildly depressed mood with a congruent affect (Ex.12F).

See Next Page

After reviewing the entire record, I find that the claimant's allegations of symptoms are generally consistent with the diagnoses and treatment recorded in the treating providers' records, as well as her claimed restrictions in activities of daily living, which support the intensity, persistence and limiting effects of the alleged symptoms.

As for the opinion evidence, the undersigned finds persuasive the assessment by Kimberlee Berry-Sawyer, PhD, the consultative psychological examiner (Ex.12F), because it is consistent with her observations from her clinical interview and mental status examination. Similarly, the undersigned finds persuasive the assessments by the Eric Stanley, M.D., the State agency's mental health consultant (Ex.3A), because they are consistent with the consultative examiner's findings. Also, as a State agency consultant, Dr. Stanley is well-versed about the agency's regulations and policies regarding disability determination, and he is a highly qualified expert, holding a doctorate degree, whose assessments are supported by detailed explanation, rationale and analysis of the medical evidence of record.

Conversely, the undersigned finds less persuasive the assessments by the State agency's medical consultants (Ex.1A, 3A), because they did not have the opportunity to review the evidence received at the hearing level (Ex.14F-19F), which substantiate the limitations outlined in the above residual functional capacity.

The undersigned also finds less persuasive the opinions by the claimant's treating providers (Ex.7F, 14F, 15F), because they are overly restrictive and unsupported by the medical evidence of record. Moreover, some of these opinions were rendered for purposes of obtaining private short/long-term disability benefits, which do not follow the same adjudicative process as the Social Security Administration (Ex.14F, 15F).

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a Pulmonary Clinical Coordinator (DOT#097-221-010), and as a Cardiologist Technician (DOT#078.362-030), occupations of light exertion, skilled with a specific vocational preparation (SVP) of seven. However, the demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

See Next Page

Even if the claimant had the residual functional capacity for the full range of sedentary work, a finding of "disabled" would be directed by Medical-Vocational Rule 201.14.

**11. The claimant has been under a disability as defined in the Social Security Act since August 18, 2017, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on September 4, 2017, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since August 18, 2017.

/s/ *Kristie Luffman-Minor*
Kristie Luffman-Minor
Administrative Law Judge

April 24, 2019
Date

# Allsup

*Status Update*

*Thursday, May 2, 2019*

**Sent to:** Stephanie Govoni

FRS Team

**Claimant Name:** Adam Ison

**Claimant Birth Date:** 6/27/1980

**Policy Number:** Unknown

**Claim Number:** 8410429

**Phone Number:** 1-866-346-8872

---

**Level:** Application

**Allsup Status:** Pending

**Activity:** Received signed Overpayment Agreement from Claimant

**Next Action:** Allsup will pursue overpayment reimbursement once a favorable decision is received.

---

**Email Address:** status@allsupinc.com

ZM55451352

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup Life Reclaimed

**Lincoln/ Shaw 2320**

# Allsup

*Status Update*

*Monday, April 29, 2019*

| | |
|---|---|
| **Sent to:** | Kristie LaRocca |
| | FRS Team |
| **Claimant Name:** | Kimberly Shaw |
| **Claimant Birth Date:** | |
| **Policy Number:** | Unknown |
| **Claim Number:** | 3840737 |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Hearing |
| **Allsup Status:** | Award |
| **Activity:** | Disability benefits awarded; The Appeals Council has 90 days to review the decision made on this claim |
| **Next Action:** | Follow up for benefit information |

---

**Email Address:** status@allsupinc.com

WD10531911

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup Life Reclaimed

**Lincoln/ Shaw 2321**

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
| --- | --- |
| Kristie LaRocca<br>Liberty Mutual (TCMS)- Fully Insured Only | Account Management |
| | DATE:<br>12/14/2018 |
| FAX NUMBER:<br>(603) 334-0401 | TOTAL NO. OF DOCS INCLUDING COVER:<br>2 |
| PHONE NUMBER:<br>(888) 437-7611 | SENDER'S PHONE NUMBER:<br>(866) 346-8872 |
| RE:<br>Electronic Status Report | SENDER'S FAX NUMBER:<br>(618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

**Lincoln/ Shaw 2322**

# Allsup

Status Update

Friday, December 14, 2018

**Sent to:** Kristie LaRocca

FRS Team

**Claimant Name:** Kimberly Shaw

**Claimant Birth Date:**

**Policy Number:** Unknown

**Claim Number:** 3840737

**Phone Number:** 1-866-346-8872

---

**Level:** Hearing

**Allsup Status:** Pending

**Activity:** Hearing Date Set for 03/14/2019 at 08:30 AM at Suite 200, 1232 Premier Dr Chattanooga, TN 37421

**Next Action:** In person hearing

---


**Email Address:** status@allsupinc.com

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**


WD10531911

Allsup Life Reclaimed

**Lincoln/ Shaw 2323**

# Billing Statement:

**Invoice Date: 11/08/2018** **Invoice #: 708906**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Oct 1 2018 and Oct 31 2018**

**LIBMTM** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4530546<br>3840737 | SHAW, KIMBERLY<br>PARKRIDGE DIAGNOSTIC CENTER | Complete | 09/20/18<br>K LaRocca | 8.00 | 0.00 | 0.00 | 0.00<br>25 | **8.00** |
| 4530522<br>3840737 | SHAW, KIMBERLY<br>ARTHRITIS ASSOCIATES | Complete | 10/01/18<br>K LaRocca | 8.00 | 20.00 | 0.00 | 0.00<br>16 | **28.00** |

**ReleasePoint**

**Total Amount Due:** **36.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/ Shaw 2324**

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician: Wager, Gilbert**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 3840737 |
| Claimant Name: | KIMBERLY SHAW | | |
| Date of Birth: | | Claim Status: | AP |
| Date of Disability: | 4/21/2017 | Date Sent: | 10/15/2018 |
| Claimant SSN: | | Date Benefits Began: | 10/18/2017 |
| Product Type: | LTD | Paid Through: | 10/17/2019 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: DIGNITY HEALTH

Referred By: LA ROCCA, KRISTIE 096 8*731-6350

Assigned Nurse Case Manager:

Diagnosis: R53.82 Chronic fatigue, unspecified, G60.8 Other hereditary and idiopathic neuropathie

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

**Lincoln/ Shaw 2325**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 277592 |
| **DATE** | 09/28/18 |

**CUSTOMER**

Kristie Larocca
Liberty Mutual Benefits
P. O. Box 1525
Dover, NH 03821

Re: Kimberly Shaw
vs. Dignity Health

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 1708000143 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 9.30.18 | | | | |
| Surveillance Hours - Operative 00408 | 8.00 | | 64.00 | 512.00 |
| 10.1.18 | | | | |
| Surveillance Hours - Operative 00408 | 8.00 | | 64.00 | 512.00 |
| 10.2.18 | | | | |
| Surveillance Hours - Operative 00408 | 8.00 | | 64.00 | 512.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 1,536.00 |
| **Sales Tax** | |
| **TOTAL** | $1,536.00 |



**Lincoln/ Shaw 2326**

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

October 3, 2018

**LIBERTY MUTUAL DISABILITY**
13830 BALLANTYNE CORPORATE PLACE, SUITE 400
CHARLOTTE, NC 28277

| | |
|---|---|
| Adjuster: | Kristie Larocca |
| Insured: | Dignity Health |
| Claim Number: | 3840737 |

# Kimberly Shaw

| | |
|---|---|
| Date of Loss: | April 21, 2017 |
| Injury: | Chronic Fatigue |
| Authorization: | 16 Hours |
| Status: | Final |
| Received: | September 21, 2018 |
| Investigator: | Glenn Steed |
| HUB Case: | 1708000143.1 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## NATURE OF ASSIGNMENT:

On September 21, 2018, HUB Enterprises received a re-authorization from the original assignment requesting an additional 16 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 51-year-old female and was believed to reside at .
The claimant is alleging a chronic fatigue injury, as of April 21, 2017.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Sunday, September 30, 2018, Monday, October 1, 2018, and Tuesday, October 2, 2018. **VIDEO** was obtained of the claimant walking into view in the front yard of the residence with two dogs, carrying a dog leash, removing a leash from one of the dogs, approaching the garbage receptacle, placing a small item within the receptacle, and reentering the residence. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. At this time, surveillance has been completed.

**Investigative efforts were conducted on Sunday, September 30, 2018, Monday, October 1, 2018, and Tuesday, October 2, 2018.**

### VIDEO:

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

**Monday, October 1, 2018**

- Total claimant **VIDEO** is approximately 47 seconds.
- **VIDEO** depicts the claimant as she walked, carried a leash, removed a leash from one of the dogs, disposed of an unidentified item in a garbage bin, and entered the residence.
- The claimant appeared to use their lower back in an unrestrictive manner.
- **VIDEO** quality is average.



**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297;
Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 51-year-old Caucasian female with brown, graying hair.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single-level, single-family, tan vinyl sided structure with white trim an attached carport along the right side. There was a detached garage located at the rear of the residence.

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/aohxr1T3QM32

**Sunday, September 30, 2018**

Rainy – 70F

05:43AM Investigator Glenn Steed departed the area, en route to the claimant's provided address located at .

07:54AM Upon arrival, the Investigator observed a 2016 Ford Transit Connect, bearing Tennessee license number , registered to the claimant, present. A dark gray Jeep Cherokee, bearing Tennessee license number , was also present. Area video was obtained. No lights were illuminated. No claimant activity was observed. Direct surveillance was established.

09:01AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.



**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

10:59AM Surveillance was maintained; however, no claimant activity was observed. Intermittent area video was obtained.

12:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Investigator Glenn Steed discontinued surveillance and departed, en route to the Knoxville, Tennessee area. Area video was obtained prior to departure.

06:18PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**<u>Monday, October 1, 2018</u>**

Cloudy – 70F

03:47AM Investigator Glenn Steed departed the area, en route to the claimant's provided address located at .

05:59AM Upon arrival, the Investigator observed the previously observed silver 2016 Ford Transit Connect and previously observed dark gray Jeep Cherokee present. No claimant activity was observed. No lights were illuminated. Dark area video was obtained. Direct surveillance was established.

06:57AM Surveillance was maintained; however, no claimant activity was observed. Dark area video was obtained.

07:54AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:06AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:23AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:15AM The Investigator observed the side door of the residence open; however, was unable to observe the individual that opened the door. Two dogs entered the residence and the door closed. Intermittent area video was obtained.

10:58AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:22PM A female, matching the claimant's description, walked into view. Obstructed, intermittent **VIDEO** was obtained as she walked out of view with two dogs on leashes and held a leash in each hand. She ambulated in a normal manner, without the use of visible medical devices.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:12PM **VIDEO** was obtained as the female walked into view from the front yard with two dogs on leashes, held a leash in each hand, opened a gate with her right hand, turned her head to the left, observed her surroundings, turned as she entered the gate, lifted the leash in her left hand, turned, closed the gate with her right hand, bent at the waist, removed the leash held in her left hand from the dog, stood, walked towards a garbage bin, lifted the lid, disposed of an unidentified item, carried the leash in her right hand, walked towards the residence, ascended stairs, handled the leash in both hands, opened the door with her right hand, entered the residence with the dogs, and closed the door.

02:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:12PM Investigator Glenn Steed discontinued surveillance and departed, en route to the area. Area video was obtained prior to departure.

04:30PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**<u>Monday, October 1, 2018</u>**

Cloudy – 70F

08:13AM Investigator Glenn Steed departed the area, en route to the claimant's provided address located at .

10:01AM Upon arrival, the Investigator observed the previously observed Ford Transit Connect and previously observed Jeep Cherokee present. No claimant activity was observed. No lights were illuminated. Area video was obtained. Direct surveillance was established within a park located near the rear of the residence, with a view of the residence and vehicles. Local law enforcement was notified of the Investigator's presence in the area.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:16PM The Investigator observed the side door open; however, was unable to observe the individual that opened the door. Two dogs entered the residence. The door closed.

12:58PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:05PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:00PM Investigator Glenn Steed discontinued surveillance and departed, en route to the area. Area video was obtained prior to departure.

08:18PM Upon arrival and completion of this report, this phase of the investigation was discontinued.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Jason Broussard
Case Manager

HR/JB: clt
Enclosures: **None**

# HUB ENTERPRISES, INC.

**Still Clips from Video**
**Claimant: Kimberly Shaw        Case Number: 1708000143.1**
**Client Case Number: 3840737**




Claimant partial facial ID.




Claimant closing a gate.




Claimant bending at the waist.




Claimant ascending porch stairs.




Claimant handling a leash.




Claimant entering the residence.

**C O N F I D E N T I A L**

**Lincoln/ Shaw 2335**

ReleasePoint

## Medical Record Overview

**Date:** **September 30, 2018**

**Patient Name:** SHAW, KIMBERLY

**Records From:** CRAIG, DR. WILLIAM DAVID
1035 EXECUTIVE DR
HIXSON, TN 37343
(423) 826-0800

**Request Scope:** From May 1, 2018 to Present

**Chart Range:** 06/12/2018 - 08/22/2018

**RP ID:** 4530522

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 12 2018 | Aug 22 2018 | 11 | 2 |
| Labs/Diagnostics | Jun 12 2018 | Jun 12 2018 | 1 | 13 |
| Request Corr. | | | 1 | 14 |

**Total Page Count:** 13

**Notes From QC:**

ITEMS REQUESTED NOT FOUND

We only received Medical records, we're missing completed form seen by Dr. Willliam David Craig from May 1, 2018 to Present.

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| PATIENT: | Kimberly Shaw |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 8/22/2018 |
| VISIT TYPE: | Office Visit |
| DOCUMENT TYPE: | Chart Note |

## History of Present Illness

1. Fibromyalgia

   The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Zanaflex helping.
No s/e
Started swimming.

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/12/2018.

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| gabapentin 300 mg capsule | take 2 - 3 capsule by oral route 3 times every day | // | | | Y |
| Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | // | | | Y |
| tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | // | | | Y |
| Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | // | | | Y |
| Spiriva with HandiHaler 18 mcg | inhale 1 capsule by inhalation | // | | | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| and inhalation capsules | route every bedtime | | | | |
| Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | // | | | Y |
| Zyrtec 10 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | // | | | Y |
| Probiotic 10 billion cell capsule | | // | | | Y |
| B Complex 1 tablet | take 1 Tablet by Oral route once | // | | | Y |
| Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | // | | | Y |
| Cymbalta 30 mg capsule,delayed release | take 1 Capsule by oral route every day | 06/12/2018 | | | N |
| Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | 06/12/2018 | | | N |
| tizanidine 4 mg tablet | take 1 in a.m. and 2 at night | 07/24/2018 | 08/22/2018 | 08/22/2018 | N |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| OMALIZUMAB | | Xolair | |

## Family History

Reviewed, no changes. Last detailed document: 06/12/2018.

## Social History (Detailed)

Tobacco use reviewed.
Preferred language is English.
EDUCATION/EMPLOYMENT/OCCUPATION
The patient has a(n) graduate school education. Earned MBA degree.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | disabled | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Constitutional | Negative | Chills, Fever and Weight loss. |
| ENMT | Negative | Mouth sores and Nasal drainage. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Known TB exposure. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations, Leg swelling and Raynaud's. |
| GI | Positive | Nausea. |
| GI | Negative | Black tarry stools, Blood in stool, Constipation, Diarrhea, Difficulty swallowing saliva, Heartburn and Vomiting. |

| | | |
|---|---|---|
| Endocrine | Positive | Heat intolerance. |
| Endocrine | Negative | Cold intolerance. |
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Numbness in extremity. |
| Neuro | Negative | Memory impairment and Seizures. |
| Psych | Positive | Difficulty concentrating, Insomnia. |
| Psych | Negative | Emotional changes. |
| Integumentary | Negative | Hair loss and Rash. |
| MS | Positive | Back pain, Joint pain, Joint stiffness, Muscle weakness, Neck pain. |
| MS | Negative | Joint swelling. |
| Hema/Lymph | Negative | Easy bruising. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:13 AM | 125/81 | 73 | | | 5.0 | 8.00 | 172.72 | 197.00 | 89.358 | 29.95 | 2.07 | |

## Disease Activity Measures

Patient Global: 5.0
MD Global: 3.5
Pain Score: 7.0
Fatigue Score: 7.0
RAPID 3: 16.7

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | No rash.<br>No skin changes.<br>Good pulses. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Elbow - Left: epicondylar pain, Right: epicondylar pain. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. Finger to floor measurement = 6cm. |

| | | |
|---|---|---|
| Musculoskeletal | Normal | Occiput to wall measurement = 0cm. Modified Schober's measurement >5cm. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | | |
| 2. | Assessment | Other fatigue (R53.83). |
| | | |
| 3. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | | |
| 4. | Assessment | Fibromyalgia (M79.7). |
| | | |
| 5. | Assessment | Asthma (J45.909). |
| | | |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |
| | | |

PLAN DETAILS:
increase Zanaflex to 4mg QID
Swimming at the Y.
Dr Crump will have to continue to write her pain meds, and I will not give her any Rx for pain meds.
She has long term disability approved through Prudential and waiting SSI appeal and will need these records sent in.

## Pain Management Plan

Pain Scale: 7/10.

## Fall Risk Plan

The patient has not fallen in the last year.

## Medications

PRESCRIBED TODAY:

| Medication | Directions |
|---|---|
| tizanidine 4 mg tablet | take 1 by oral route four times daily |

RENEWED TODAY:

| Medication | Instructions | Renewed |
|---|---|---|
| tizanidine 4 mg tablet | take 1 by oral route four times daily | 08/22/2018 |

*Provider:*
CRAIG, WILLIAM DAVID 08/22/2018 8:51 AM

Electronically signed by WILLIAM D. CRAIG DO on 09/11/2018 08:23 AM

Arthritis Associates

1035 Executive Drive · Hixson, TN 37343 · ph: (423) 826-0800 · fax: (423) 826-0810

| | |
|---|---|
| Patient: | Kimberly Shaw |
| Date of Birth: | |
| Date: | 6/12/2018 |
| Visit Type: | Office Visit |
| Document Type: | Chart Note |

This 51 year old female presents for Fibromyalgia.

## History of Present Illness

1. Fibromyalgia

The symptoms began 3 years ago. Severity level is severe. The problem is fluctuating. The patient presents with arthralgia, back pain, cough, difficulty concentrating, fatigue, headache, muscle spasms, muscle stiffness, muscle tenderness and muscle weakness. The patient does not present with fever, lymphadenopathy, nausea or weight loss. The symptoms are aggravated by exertion, lack of sleep and stress. Associated symptoms include lightheadedness, malaise, myalgia and weight gain. The patient denies any chills, constipation, diarrhea, dyspnea and insomnia.

HPI DETAILS: Here for evaluation for possible FM vs CTD. Symptoms started in 2015 after a severe asthma attack that required high dose prednisone to treat. She was on prednisone for several months until asthma exacerbation finally resolved and was weaned off.

Since that time she has had severe life changing diffuse pain in her muscles and joints. She has no joint swelling. It first it was thought that she had steroid myopathy but after 6 months of continued pain that was not the case. She was then diagnosed with fibromyalgia. She was living in California at the time. She was a respiratory therapist and had to quit her job. She moved back home and was approved long term disability last year and appealing SSI.

She has a HX of OSA and wears a CPAP faithfully. It has not helped the pain or fatigue.

She had days of exhaustion that she does not even get out of bed.

Multiple lab testing has been normal including thyroid function, ESR, CPK, Vit D, CBC, CMP ANA.

She had hx of cervical and lumbar DDD and an EMG reported mild sensory neuropathy.

She has areas of trigger points, s/s of IBS, poor sleep, chronic pain, mild depression, extreme fatigue.

The current medications of Cymbalta, gabapentin, trazodone and tramadol do help to some degree.

Recently started yoga and appears to be helping some too.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
| --- | --- | --- |
| Asthma | | |
| Osteoarthritis | | |

| Surgery/Treatment | Date | Comment |
| --- | --- | --- |
| Fibromyalgia | | |

## ALLERGIES

| Ingredient | Reaction | Medication Name | Comment |
| --- | --- | --- | --- |
| OMALIZUMAB | | Xolair | |

Reviewed, updated.

## FAMILY HISTORY (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
| --- | --- | --- | --- | --- | --- | --- |
| Father | | | | Heart disease | | N |
| Mother | | | | Multiple sclerosis | | N |
| Mother | | | | Osteoporosis | | N |

## SOCIAL HISTORY (Detailed)

Preferred language is English.

EDUCATION/EMPLOYMENT/OCCUPATION

The patient has a(n) graduate school education. Earned MBA degree.

| Employment | History | Status | Retired | Restrictions |
| --- | --- | --- | --- | --- |
| | | disabled | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT

Currently married.

Does not have children.

SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
| --- | --- | --- | --- | --- | --- |
| **no/never** | | Never smoker | | | |

ALCOHOL

There is a history of alcohol use.

consumed occasionally.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
| --- | --- | --- |
| Constitutional | Positive | Fatigue, Malaise, Weight gain. |
| Constitutional | Negative | Chills, fever and weight loss. |
| ENMT | Negative | Mouth sores and nasal drainage. |
| Eyes | Negative | Dry eyes and vision loss. |
| Respiratory | Positive | Cough. |
| Respiratory | Negative | Dyspnea and known TB exposure. |
| Cardio | Negative | Chest pain, irregular heartbeat/palpitations, leg swelling and Raynaud's. |
| GI | Negative | Black tarry stools, blood in stool, constipation, diarrhea, difficulty swallowing saliva, heartburn, nausea and vomiting. |

| | | |
|---|---|---|
| Endocrine | Positive | Heat intolerance. |
| Endocrine | Negative | Cold intolerance. |
| Neuro | Positive | Dizziness, Gait disturbance, Headache, Lightheadedness, Memory impairment, Numbness in extremity. |
| Neuro | Negative | Seizures. |
| Psych | Positive | Difficulty concentrating. |
| Psych | Negative | Emotional changes and insomnia. |
| Integumentary | Negative | Hair loss and rash. |
| MS | Positive | Arthralgias, Back pain, Joint pain, Joint stiffness, Muscle pain, Muscle spasms, Muscle stiffness, Muscle weakness, Musculoskeletal tenderness, Myalgia. |
| MS | Negative | Joint swelling and neck pain. |
| Hema/Lymph | Negative | Easy bruising and lymphadenopathy. |

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:10 AM | 96/65 | 64 | | | 5.0 | 8.00 | 172.72 | 199.00 | 90.265 | 30.26 | 2.08 | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:10 AM | Courtney Edwards |

## Disease Activity Measures

Patient Global: 9.0
MD Global: 6.5
Pain Score: 7.0
Fatigue Score: 8.0
RAPID 3: 20.7

PHYSICAL EXAM

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | No rash.<br>No skin changes.<br>Good pulses. |
| Constitutional | Normal | Level of distress - Normal. Nourishment - Normal. Overall appearance - Normal. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | Buccal mucosa - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | No abdominal tenderness. |
| Musculoskeletal | * | Cervical spine - tender, Range of motion: mildly reduced ROM. Thoracic |

| | | |
|---|---|---|
| | | spine - tenderness. Lumbar spine - muscle spasm, Range of motion: moderate pain w/motion. Shoulder - Left: tenderness, Right: tenderness. Elbow - Left: epicondylar pain, Right: epicondylar pain. Hands - Left: mild OA, Right: mild OA. Hip - Left: tenderness, Range of motion: mild pain w/ motion, Right: tenderness, Range of motion: mild pain w/ motion. Knee - Left: crepitus, Right: crepitus. Foot/ankle - Left: Range of motion: mild pain w/ motion, Right: Range of motion: mild pain w/ motion. Finger to floor measurement = 6cm. |
| Musculoskeletal | Normal | Occiput to wall measurement = 0cm. Modified Schober's measurement >5cm. |
| Connective Tissue | * | Soft tissue discomfort noted in the anterior neck, posterior neck, left posterior shoulder, right posterior shoulder, right chest, left chest, upper back, low back, right lateral epicondyle, left lateral epicondyle, left posterior thigh, right posterior thigh, right knee, left knee. There are 18 out of 18 total tender points. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

**Completed Orders (this encounter)**

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |

## ASSESSMENT/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in unspecified joint (M25.50). |
| | Plan Orders | ANA PANEL (9) to be performed and ANA SCREEN to be performed. |
| 2. | Assessment | Other fatigue (R53.83). |
| 3. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |
| 4. | Assessment | Fibromyalgia (M79.7). |
| 5. | Assessment | Asthma (J45.909). |
| 6. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33). |

**Dictated Plan Details:** She meets criteria for FM. I will check an ANA and panel for completeness
Otherwise complete work up by other was normal or negative except for mild sensory neuropathy by EMG's
I discussed the benignity of lack of efficacy of treatment of FM.

We discussed a multi-disciplined approach.
She will educate herself as able.
She will continue the yoga class and consider a water exercise class.
She will continue current meds.
I will allow her to increase cymbalta to 90 mg/d for 2 weeks only for flares.
I will increase Zanaflex to 2mg BID and 4mg at night.
She has a planet fitness membership.
see in 2 mo
Dr Crump will have to continue to write her pain meds, and I will not give her any Rx for pain meds.
She asked about a trial of Naltrexone, I am not unpressed with the data and it is off label and will not at this time.
She has long term disability approved through Prudential and waiting SSI appeal and will need these records sent in.
See in 2 months.

## Pain Management Plan

Pain Scale: 7/10.
Method: Numeric Pain Intensity Scale.

**Instruction(s)/Education:**
Giving encouragement to exercise

## MEDICATIONS *(Started, Stopped or Renewed this visit)*

| Started | Medication | Directions | PRN Status | PRN Reason | Instruction | Stopped |
|---|---|---|---|---|---|---|
| | Advair Diskus 250 mcg-50 mcg/dose powder for inhalation | inhale 1 puff by inhalation route 2 times every day in the morning and evening approximately 12 hours apart | N | | | |
| | B Complex 1 tablet | take 1 Tablet by Oral route once | N | | | |
| 06/12/2018 | Cymbalta 30 mg capsule,delayed release | take 1 Capsule by oral route every day | N | | | |
| | Cymbalta 60 mg capsule,delayed release | take 1 capsule by oral route every day | N | | | |
| | gabapentin 300 mg capsule | take 2 - 3 capsule by oral route 3 times every day | N | | | |
| | Probiotic 10 billion cell capsule | | N | | | |
| | Singulair 10 mg tablet | take 1 tablet by oral route every day in the evening | N | | | |
| | Spiriva with HandiHaler 18 mcg and inhalation capsules | inhale 1 capsule by inhalation route every bedtime | N | | | |
| | tizanidine 4 mg | take 1 Tablet by oral route | N | | | |

| | | | |
|---|---|---|---|
| | tablet | 2 times every day | |
| | tramadol 50 mg tablet | take 1 - 2 Tablet by oral route 2 times every day as needed for pain | N |
| | trazodone 50 mg tablet | take 1 Tablet by oral route every bedtime as needed | N |
| | Vitamin D3 5,000 unit tablet | take 1 by Oral route every week | N |
| 06/12/2018 | Zanaflex 4 mg tablet | take 1/2 Tablet by oral route 2 times every day and 1 at bedtime | N |
| | Zyrtec 10 mg tablet | take 1 tablet by oral route every day | N |

*Provider: WILLIAM D. CRAIG DO 06/12/2018 05:42 PM*

Electronically signed by WILLIAM D. CRAIG DO on 07/01/2018 12:33 PM

**Arthritis Associates PLLC**
1035 Executive Drive
Hixson, TN, 373437908

**Shaw, Kimberly**

Person #: 51602
Sex: F
DOB: [redacted]

**Ordering:** CRAIG, WILLIAM DAVID **Performing #:** Orchard **Location:** Arthritis Associates PLLC
**Tests Ordered :** ANA PANEL (9) (ORD194), ANA SCREEN (ORD193)

**ANA SCREEN (Collection Date: 06/12/2018 10:58, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SCREEN | 3.00 | | | 0.00-10.00 | |

**ANA PROFILE (Collection Date: 06/12/2018 10:58, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Centromere | 0.00 | Units/ml | | 0.00-100.00 | |
| Chromatin | 8.00 | Units/ml | | 0.00-99.00 | |
| dsDNA | 3.00 | IU/mL | | 0.00-40.00 | |
| RNP/SM | 40.00 | Units/mL | | 0.00-83.00 | |
| SCL70 | 2.00 | Units/mL | | 0.00-32.00 | |
| SM | 7.00 | Units/mL | | 0.00-89.00 | |
| SSA | 14.00 | Units/mL | | 0.00-91.00 | |
| SSB | 4.00 | Units/mL | | 0.00-73.00 | |
| ssDNA | 27.00 | Units/mL | | 0.00-99.00 | |

Liberty Mutual. INSURANCE

**Liberty Life Assurance Co. of Boston**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

Sep 25, 2018

ARTHRITIS ASSOCIATES
1035 EXECUTIVE DR
ATTN: MEDICAL RECORDS
HIXSON, TN 37343

**Re: Disability Benefits**
Claim# 3840737 4530522
Claimant: SHAW, KIMBERLY
Claimant DOB:

**REQUEST FOR STATUS**

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Sep 18 2018** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 478-0097

- [X] I am FAXING records to: (213) 478-0097
- [ ] I am MAILING records on or before (DATE): ______________ (See mailing address above)
- [ ] Records are being reviewed, and will be released no later than (DATE): ______________
- [ ] Records cannot be released because:

______________________________________________

- [ ] Other status information we should know:

______________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,

Aida Torregoza

Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (213) 478-0097

**Lincoln/ Shaw 2349**

# Quality Assurance Report

## Request Information

Report Date: September 30, 2018

**RP ID:** 4530522

Patient Name: SHAW, KIMBERLY

Provider Name: ARTHRITIS ASSOCIATES

## Quality Assurance Information

Scope Requested: **From May 1, 2018 to Present**

Special Request:
Restrictions form - Seen By: CRAIG, DR. WILLIAM DAVID

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
ITEMS REQUESTED NOT FOUND We only received Medical records, we're missing completed form seen by Dr. Willliam David Craig from May 1, 2018 to Present.

Chart Reviewed By: MAGUI

## Medical Record Overview

ReleasePoint

**Date:** **September 20, 2018**

**Patient Name:** SHAW, KIMBERLY

**Records From:** CRUMP, DR CHARLES
2205 MCCALLIE AVE
CHATTANOOGA, TN 37404
(423) 698-2435

**Request Scope:** From April 1, 2017 to Present

**Chart Range:** 12/28/2017 - 07/13/2018

**RP ID:** 4530546

**Client ID:** 3840737

**Source:** LIBMTM

**Req By:** K LaRocca
kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 28 2017 | Jul 13 2018 | 17 | 2 |
| Request Corr. | | | 8 | 19 |

**Total Page Count:** 25

**Notes From QC:**

Page 20 is cut off

**Lincoln/ Shaw 2351**

# Shaw, Kim

51 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORK S
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE
Emergency Contact: Shaw, Jaimie, Relation:Spouse/rx, Address:

Home:
Advance Directive: NAD(12/28/2017)

07/13/2018 **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

## Current Medications

**Taking**

- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider

## Reason for Appointment

1. 6mos

## Assessments

1. Fibromyalgia - M79.7 (Primary)
2. Polyarthropathy - M13.0
3. Epstein Barr virus infection - B27.90, High IgG 2018
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Depression with anxiety - F41.8
6. Encounter for long-term (current) use of other medications - Z79.899

## Treatment

**1. Fibromyalgia**

Continue Tizanidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day, Notes: Verbal order per provider
Continue Gabapentin Capsule, 300 MG, 2 to 3 tablets, Orally, TID as needed, Notes: Verbal order per provider
Stop Tramadol HCl Tablet, 50 MG, 1 tablet as needed, Orally, BID prn for pain, 30 day(s), 120, Notes: Written Order Per Provider
Start Tramadol HCl Tablet, 50 MG, 2 tablets as needed for pain, Orally, twice a day, 30 day(s), 120 Tablet, Refills 2
Notes: she is holding her own but unable to work. she brought in disability papers to dc her loans... she cant focus and has mod to severe pain. Dr Craig confirmed fibromyalga. cont meds. note the increase per Dr Craig. CSMD ckd CPMC done. will fu 3m on CS.

**2. Polyarthropathy**

Notes: she is holding her own on the paiin meds...

**3. Epstein Barr virus infection**

Notes: she will focus on yoga and low fat diet.

**4. Moderate persistent asthma with status asthmaticus**

Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

- Tramadol HCl 50 MG Tablet 2 tablet as needed Orally BID prn for pain, Notes: Verbal order per provider

**Discontinued**

- B Complex - Capsule Orally BID
- Ashwagandha 500 MG Capsule Orally BID
- Medication List reviewed and reconciled with the patient

## Past Medical History

FIBROMYALGIA.
CHRONIC FATIGUE SYNDROME.
OSA.
DDD.
ASTHMA.
PULMONARY EMBOLISM.
DEPRESSION.

## Surgical History

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

## Family History

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

## Social History

Alcohol Use
Patient *uses alcohol socially*
Tobacco Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

## Allergies

Xolair: anaphylaxis - Allergy

## Review of Systems

General ROS:

Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue. Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, postnasal drainage, Throat:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations. Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in

Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider
Notes: stable. on meds but she is changing to Dr Czarnecki.

**5. Depression with anxiety**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Notes: she is still having issues.

**6. Encounter for long-term (current) use of other medications**
Notes: stable sxs and prev lab. reck 3m .

**7. Others**
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally
Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day, Notes: prn
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day, Notes: prn
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day, 90 day(s), 90 Tablet, Refills 2, Notes: prn
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day, Notes: prn
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, Notes: Verbal order per provider

## Follow Up

3mMaggie.6mckup,me

## History of Present Illness

Patient History:

Here ck on CS 3m ov with asthma fibromyalgia and polyarthropathy with chronic EBV. Fatigue continues. her partner here wiht her. she is on ultram and gabapentin for pain 10/10 and it does mild to mod improve on tx but still some really bad days w the fibro. on tx. no daytime excessive sedation on meds.. she has no sob or cough. fibro pains mod most days. no falls. csmd ckd cpmc done. she is on disability and Dr Craig has done moe lab and confirmed that she has fibromyalgia and now on gabapentin higher dose with incr zanaflex. no jt swelling or rash... she is gettign massages and trying to do yoga... she walked 2 blocks 3 weeks ago and ended up in bed for 3 weeks bc of widespread pain. she has been on the cymbalta 60mg and

stool, trouble swallowing, change in bowel pattern.
Genital/Urinary: Negative for:, hematuria, dysuria, incontinence.
Musculoskeletal: Positive for:,mm pains/aches, occ joint pain, general weakness, Positive for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, depression, anxiety, focus problems.

it helps the stress issues some and loss helps with the pain.
She cant work and cant focus well bc of the pain. she is on disability.

**Vital Signs**

Ht 68 in, Wt 202 lbs, BMI 30.71, Weight Change 9.8 lb, BP 118/64, HR 68, Respiratory Rate 16.

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: good turgor, warm, no rash.

HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated,no hepatosplenomegaly,soft, mildly-tenderon L side, mildly distended, bowel sounds are normal,no rebound or guarding.

Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups of extremities and upper torso and back, sl tender mcp jts and elbows soulders and knees to rotate and extend.

Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.

Psych: appropriate mood and affect , insight and judgement normal.

Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.

Peripheral Pulses: 2+ DP/PT.



**Electronically signed by CHARLES CRUMP , MD on 07/17/2018 at 05:43 AM CDT**

**Sign off status: Completed**

346311DCS DIAGNOSTIC CTR SOUTHSIDE
1700 BROAD ST
STE 140
CHATTANOOGA, TN 374081834
Tel: 423-698-2435
Fax: 423-697-6110

**Patient: Shaw, Kim DOB:** **Progress Note: Charles A. Crump, MD 07/13/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lincoln/ Shaw 2355**

# Shaw, Kim

**51 Y old Female, DOB:**
**Account Number: 8X101585005**
**Home:**
**Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORK S**
**Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE**

**03/28/2018** **PROGRESS NOTE: MAGDALENA SANTOS, NP-C**

## Reason for Appointment

1. 3mos cs

## History of Present Illness

Patient History:

51y/o female present for three-month follow-up. Pt informed me she is filing the paperwork for disability. Patient has polyarthropathy had labs done, results were normal, was referred to Dr. Braggs has an appointment for 7/19/2018 but is wanting to be referred instead to Dr. William Craig, she believes that she can get a sooner appt w him. Patient has fibromyalgia and fatigue, is currently on tramadol, reports her pain level daily is 5/10 on pain scale but can climb up to 7/10 when performing daily activities, pain at its worst can be 9/10. She states she found a rx of tramadol that she had in CA and has been taking up to 100mg of tramadol bid when pain is at its worst. Pt is wanting her rx for tramadol to be increased to allow her the ability take 100mg bid when needed. She feels that fibromyalgia pain has reduced her quality of life. She reports that when the weather changes her fibromyalgia feels worse even at times interfering with her ability to change her own clothes. Due to the effects of the pain she experiences from fibromyalgia patient does suffer from depression but has improved symptoms on Cymbalta, denies any suicidal ideation. Patient has persistent asthma related issues was referred to Dr. Mull-pulmonologist saw him 1/2018. No cp or sob. No n/v/d. No unexplained weight changes or night sweats. No gib or urinary symptoms.

## Current Medications

**Taking**

- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day, Notes: prn
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day, Notes: prn
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day, Notes: prn
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day, Notes: prn
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain, Notes: Verbal order per provider
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- B Complex - Capsule Orally BID
- Ashwagandha 500 MG Capsule Orally BID

**Not-Taking**

- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History

FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

### Allergies

Xolair: anaphylaxis: Allergy

### Review of Systems

General ROS:

Constitutional: Negative for:, malaise, fever, body aches. Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion. Gastroenterology: Positive for: diarrhea constipation. Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Positive for: back pain joint pain muscle pain. Neurology: Positive for: headaches, dizziness. Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus**.

### Vital Signs

Ht 68 in, Wt 192.2 lbs, BMI 29.22, Weight Change -4.8 lb, BP 124/78, HR 67, Oxygen sat % 98.

### Examination

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.
Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar area..
HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.
Neck: supple, no mass, trachea midline, no thyroid abnormality.
Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.
Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.
Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect , insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

### Assessments

1. Fibromyalgia - M79.7 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Epstein Barr virus infection - B27.90
7. Fatigue - R53.83

**Fax: 423-697-6110**

**Patient: Shaw, Kim DOB: Progress Note: MAGDALENA SANTOS, NP-C 03/28/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Shaw, Kim

50 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORK S Payer ID: SB890
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

**02/15/2018** **PROGRESS NOTE: GINGER D. MULLINS, PA-C CHN#: 1659469690**

## Current Medications

**Taking**

- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally BID prn pain
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day, Notes: Verbal order per provider
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day, Notes: Verbal order per provider
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day, Notes: Verbal order per provider
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Notes: Verbal order per provider
- Gabapentin 300 MG Capsule 2 to 3 tablets Orally TID as needed, Notes: Verbal order per provider

**Not-Taking**

- Hydrocodone-Acetaminophen 7.5-325

## Reason for Appointment

1. Needs form filled out
2. Med refill

## History of Present Illness

Patient History:

Pt has been referred to PULM and RHEUM for eval/txmt. Her mother Terry McClendon is present w/ her today. Pt was respiratory therapist and pulmonary rehab coordinator for about 30yrs. She is on long term disability for fibromyalgia/chronic fatigue syndrome/severe OSA/ severe asthma. She has seen PULM-appmt went and RHEUM appmt is in July 2018. She is walking w/ a cane and if she has to walk more than a 200 ft then she will need a wheel chair. She can stand and "do simple something for 5-10mins" then will have to sit down due to pain-hip flexors and thighs bilaterally and fatigue. On her worst days- she states that she has shoulder/trap pain and has decreased concentration-difficult to read and then remember what she has just read. + anxiety and dpn-she is taking Cymbalta 60mg/day-helping w/ dpn but varies on how she feels. Denies physcial or verbal abuse present or past. She has seen counselor while in CA but didn't feel that it was very useful. Denies suicidal thoughts. She takes Tramadol as needed. She has noticed tremors in bilateral LE-worse w/ standing. She feels that her "muscles are being pulled from my bones". No regular exercise due to pain. Pt states she can't even carry a gallon milk.

## Vital Signs

Ht 68 in, Wt 197 lbs, BMI 29.95, Weight Change 2 lb, BP 132/68, Temp 99.2 F, HR 74, Respiratory Rate 16, Oxygen sat % 98.

## Past Orders

Lab:ANA, IFA W/REFL TO TITER/PATTERN/LUPUS/SLE ABS (Q-90072) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

ANA SCREEN, IFA NEGATIVE NEGATIVE -

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)



**Lincoln/ Shaw 2359**

MG Tablet 1 tablet as needed Orally every 6 hrs

**Past Medical History**
FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**
appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**
Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**
Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**
Xolair: anaphylaxis: Allergy

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General ROS:
Constitutional: Negative for:, malaise, fever, body aches.
Resp/Pulmonology: Negative for:, cough, shortness of air, wheezing, chest pain with breathing, **Positive for:, asthma**. Cardiology: Negative for:, chest pain, palpitations, edema, SOB W/exertion.
Gastroenterology: Negative for:, abdominal pain, constipation, diarrhea, nausea, reflux, vomiting.
Genital/Urinary: Negative for:, dysuria, urgency, incontinence, retention, bleeding, vaginal discharge, sexual dysfunction, pregnant, breast feeding. Musculoskeletal: Negative for:,

| | | | |
|---|---|---|---|
| LYME DISEASE AB (IGG) WB | NEGATIVE | | NEGATIVE - |
| 18 KD (IGG) BAND | NON-REACTIVE | | - |
| 23 KD (IGG) BAND | NON-REACTIVE | | - |
| 28 KD (IGG) BAND | NON-REACTIVE | | - |
| 30 KD (IGG) BAND | NON-REACTIVE | | - |
| 45 KD (IGG) BAND | NON-REACTIVE | | - |
| 58 KD (IGG) BAND | NON-REACTIVE | | - |
| 66 KD (IGG) BAND | NON-REACTIVE | | - |
| 93 KD (IGG) BAND | NON-REACTIVE | | - |
| LYME DISEASE AB (IGM) WB | NEGATIVE | | NEGATIVE - |
| 41 KD (IGM) BAND | NON-REACTIVE | | - |
| 39 KD (IGG) BAND | NON-REACTIVE | | - |
| **41 KD (IGG) BAND** | **REACTIVE** | **A** | **-** |
| 23 KD (IGM) BAND | NON-REACTIVE | | - |
| 39 KD (IGM) BAND | NON-REACTIVE | | - |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:TSH, 3RD GENERATION (Q-899) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | | |
|---|---|---|---|
| TSH, 3RD GENERATION | 1.45 | | - mIU/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:COMPREHENSIVE METABOLIC PANEL (Q-10231) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | | |
|---|---|---|---|
| **GLUCOSE** | **107** | **H** | **65-99 - mg/dL** |

joint swelling, joint redness, morning stiffness, muscle pain, weakness, **Positive for: myalgia**. Neurology: Negative for: LOC, seizures, , memory changes, dizziness,, numbness, syncope, migraines, tremors, **Positive for:, weakness**. Psychology: Negative for:, memory changes, sleep disturbance, suicidal thoughts, **Positive for:, depression, anxiety, decreased focus**.

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 8 | | 7-25 - mg/dL |
| CREATININE | 0.78 | | 0.50-1.05 - mg/dL |
| eGFR NON-AFR. AMERICAN | 89 | | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 103 | | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 - (calc) |
| **SODIUM** | **134** | **L** | **135-146 - mmol/L** |
| POTASSIUM | 4.0 | | 3.5-5.3 - mmol/L |
| CHLORIDE | 99 | | 98-110 - mmol/L |
| CARBON DIOXIDE | 26 | | 20-31 - mmol/L |
| CALCIUM | 9.3 | | 8.6-10.4 - mg/dL |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 - g/dL |
| ALBUMIN | 4.4 | | 3.6-5.1 - g/dL |
| GLOBULIN | 2.6 | | 1.9-3.7 - g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 - (calc) |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 - mg/dL |
| ALKALINE PHOSPHATASE | 73 | | 33-130 - U/L |
| AST | 15 | | 10-35 - U/L |
| ALT | 16 | | 6-29 - U/L |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

Lab:HEMOGLOBIN A1c (Q-496) (Order Date - 01/02/2018) (Collection Date - 01/02/2018)

| | | | |
|---|---|---|---|
| HEMOGLOBIN A1c | 5.6 | | <5.7 - % of total Hgb |

Notes: CRUMP,CHARLES A 01/05/2018 02:45:51 PM CST > call kim all is good on lab except mild increase in lipids and lab confirming the hx of EBV exposure. EBV Might be related to her chronic fatigue and fibromyalgia sxs. FAX ALL TO DR MULL AND DR BRAGGS AS CONSULTS SHOULD BE IN PROCESS KILLEN,ROXANE 01/05/2018 04:02:16 PM CST > pt notified mailed copy

**Examination**

General Examination:

Constitutional: alert and oriented, interacting appropriately, NAD, overweight.

Derm/Integumentary: no rash.

HEENT: Head - NC/AT, EOMI, hearing is grossly normal.

Respiratory: regular breathing rate and effort, no wheezing/rales/rhonchi.

Heart: regular rate and rhythm, normal S1S2, no murmurs, click or rubs.

Chest: normal shape and expansion.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft and not tender, no guarding or rigidity, NABS x 4.

Musculoskeletal: no swelling or deformity, pt pushes herself up from seated position and uses the bar and has to push herself up from laying flat after rolling over to her left side, decreased flexibility of the spine-pt is only able to reach just below the knees and that is w/ one hand on the exam table and the knees slightly bent, C-spine w/ full ROM but pt mentions pain w/ endpoints, bilateral shoulders w/ active FF to ~ 160 but she mentions pain and will not go further, + tenderness along the entire paraspinals but none noted over the L-spine, neg. bilateral SLR, however, she mentions low back tightness w/ the right SLR, no pain or crepitus w/ bilateral hip ROM, + tenderness over bilateral greater trochanteric bursa, pedal pulses equal and strong, no pedal edema.

Neurology: appropriate for age, awake & alert, mildly antalgic gait-ambulates w/ cane, no tremor, DTRs 1-2+ in all 4 extremities.

Psych: appropriate mood and affect , normal speech, insight and judgement seem withine normal.

**Assessments**

1. Encounter for completion of form with patient - Z02.89 (Primary)
2. Fibromyalgia - M79.7
3. Depression with anxiety - F41.8
4. Moderate persistent asthma with status asthmaticus - J45.42
5. Polyarthropathy - M13.0
6. Poor concentration - R41.840

**Treatment**

**1. Encounter for completion of form with patient**
Notes: Forms completed and faxed.

**2. Fibromyalgia**
Continue Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day, Notes: Verbal order per provider
Continue Gabapentin Capsule, 300 MG, 2 to 3 tablets, Orally, TID as needed, Notes: Verbal order per provider
Notes: Encouraged healthy eating habits and daily exercise/stretching/walk in a pool.

**3. Moderate persistent asthma with status asthmaticus**
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day

Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, Notes: Verbal order per provider

**4. Polyarthropathy**
Notes: Keep appmt w/ RHEUM.

**5. Others**
Notes: Forms completed.

**Follow Up**
keep

Mullins PA-C

**Electronically signed by GINGER MULLINS , PA-C on 02/20/2018 at 07:10 PM CST**

**Sign off status: Completed**

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

# Shaw, Kim

50 Y old Female, DOB:
Account Number: 8X101585095

Home:
Guarantor: Shaw, Kim Insurance: BCBSTN PPO NETWORK S
Appointment Facility: 346311DCS DIAGNOSTIC CTR SOUTHSIDE

12/28/2017 **PROGRESS NOTE: Charles A. Crump, MD CHN#: 1093704744**

## Current Medications

**Taking**

- Gabapentin 600 MG Tablet 1 tablet Orally Once a day
- Cymbalta 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- Hydrocodone-Acetaminophen 7.5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day
- Spiriva Respimat 1.25 MCG/ACT Aerosol Solution 2 puffs Inhalation Once a day
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs
- Albuterol Sulfate (2.5 MG/3ML) 0.083% Nebulization Solution 3 ml as needed Inhalation Three times a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day
- Flonase Allergy Relief 50 MCG/ACT Suspension 1 spray in each nostril Nasally Once a day
- Ferrous Bisglycinate Chelate 15 MG Tablet Orally
- Vitamin D3 5000 UNIT Capsule 1 capsule Orally Once a day
- Probiotic - Capsule Orally
- Pepcid 20 MG Tablet 1 tablet at bedtime Orally Once a day
- Prilosec OTC 20 MG Tablet Delayed Release 1 tablet Orally Once a day
- Valacyclovir HCl 1 GM Tablet 1 tablet Orally Once a day
- Acyclovir 5 % Ointment 1 application to affected area Externally Six times a day
- Medication List reviewed and

## Reason for Appointment

1. Use to be kennedy

## Assessments

1. Annual physical exam - Z00.00 (Primary)
2. Polyarthropathy - M13.0
3. Moderate persistent asthma with status asthmaticus - J45.42
4. Depression with anxiety - F41.8
5. Encounter for long-term (current) use of other medications - Z79.899
6. Fibromyalgia - M79.7
7. Epstein Barr virus infection - B27.90
8. Fatigue - R53.83
9. Flu vaccine need - Z23

## Treatment

**1. Annual physical exam**

LAB: CBC (INCLUDES DIFF/PLT)(Q-6399) (Ordered for 01/02/2018)
LAB: COMPREHENSIVE METABOLIC PANEL (Q-10231) (Ordered for 01/02/2018)
LAB: HEMOGLOBIN A1c (Q-496) (Ordered for 01/02/2018)
LAB: LIPID PANEL WITH REFLEX TO DIRECT LDL (Q-14852) (Ordered for 01/02/2018)
LAB: T4, FREE (Q-866) (Ordered for 01/02/2018)
LAB: TSH, 3RD GENERATION (Q-899) (Ordered for 01/02/2018)
LAB: URINALYSIS, COMPLETE (Q-5463) (Ordered for 01/02/2018)
LAB: VITAMIN B12 (Q-927) (Ordered for 01/02/2018)
Notes: low carb diet and try to walk 30m d... with assistance. fall prec rec.

**2. Polyarthropathy**

LAB: LYME DISEASE ANTIBODIES (IGG, IGM) WESTERN BLOT (Q-8593) (Ordered for 01/02/2018)
Notes: needs spep and sle lab. and rheumatology...
Referral To:NATALIE BRAGGS Rheumatology
Reason:*poss SLE , UCTD vs fibromyalgia

**3. Moderate persistent asthma with status asthmaticus**

Notes: refer top pul w her extensive hx of asthma... Call if sob. or

reconciled with the patient

**Past Medical History**

FIBROMYALGIA
CHRONIC FATIGUE SYNDROME
OSA
DDD
ASTHMA
PULMONARY EMBOLISM
DEPRESSION

**Surgical History**

appendectomy 2002
cholecystectomy 2015
tonsillectomy 1972
ROIF RIGHT 5TH METATARSAL
ganglion cysts 2012

**Family History**

Mother: alive 67 yrs
Father: alive 70 yrs
Sister(s): alive 47 yrs
1 sister(s) .
no children.

**Social History**

Alcohol Use
Patient *uses alcohol socially*
Smoking Status
Patient is *a never smoker*
Marital Status: married, Jamie.
no Children.
Occupation/Work: on long term disability.

**Allergies**

N.K.D.A.

**Review of Systems**

General ROS:
Constitutional: Negative for:, fever, chills, loss of appetite, night sweats, Positive for:, fatigue. Dermatology/Integumentary: Negative for:, bruising, skin lesion, mole changes, rash. HEENT: Negative for:, Eye:, drainage, Ear:, pain, Nose:, postnasal drainage, Throat:, sore throat. Resp/Pulmonology: Negative for:, shortness of breath, cough, wheezing. Cardiology: Negative for:, chest pain, edema, palpitations. Gastroenterology: Negative for:, abdominal pain, diarrhea, blood in stool, trouble swallowing, change in bowel pattern. Genital/Urinary: Negative for:, hematuria, dysuria, incontinence. Musculoskeletal: Positive for:,mm aches, joint pain, weakness, Positive

issue.
Referral To:NATHAN MULL Pulmonary Diseases
Reason:*moderate severe asthma hx and osa

**4. Depression with anxiety**
Notes: improved oveall but w some bad days even on the incr cymbalta...

**5. Encounter for long-term (current) use of other medications**
Notes: stable sxs.... on med.s csmd ckd. cpmc done... , counseled,cautioned and defined addictive,habituation and withdrawal adverse properties of medication.

**6. Fibromyalgia**
Start Tramadol HCl Tablet, 50 MG, 1 tablet as needed, Orally, BID prn pain, 1 month, 30, Refills 0
Notes: poss SLE or UCTD. reck some SLE wu and lyme titer w bands. will conbert ot prn ultram. csmd ckid. cpmc done... tol it in past...

**7. Fatigue**
LAB: EPSTEIN BARR VIRUS ANTIBODY PANEL (Q-6421) (Ordered for 01/02/2018)
LAB: PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS (Q-747) (Ordered for 01/02/2018)
LAB: ANA, IFA W/REFL TO TITER/ PATTERN/LUPUS/SLE ABS (Q-90072) (Ordered for 01/02/2018)

**8. Others**
Refill Gabapentin Tablet, 600 MG, 1 tablet, Orally, Once a day
Refill Cymbalta Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Once a day
Refill Tizanidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Refill Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day
Continue Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day
Continue Spiriva Respimat Aerosol Solution, 1.25 MCG/ACT, 2 puffs, Inhalation, Once a day
Continue Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs
Continue Albuterol Sulfate Nebulization Solution, (2.5 MG/3ML) 0.083%, 3 ml as needed, Inhalation, Three times a day
Refill Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day
Continue Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Flonase Allergy Relief Suspension, 50 MCG/ACT, 1 spray in each nostril, Nasally, Once a day
Continue Ferrous Bisglycinate Chelate Tablet, 15 MG, Orally
Continue Vitamin D3 Capsule, 5000 UNIT, 1 capsule, Orally, Once a day
Continue Probiotic Capsule, -, Orally

for:, joint redness, joint swelling.
Neurology: Negative for:, dizziness, seizures, headaches, falls, syncope.
Psychology: Negative for:, agitation, SA or SI, Positive for:, depression, anxiety, fatigue, focus problems.

Continue Pepcid Tablet, 20 MG, 1 tablet at bedtime, Orally, Once a day
Continue Prilosec OTC Tablet Delayed Release, 20 MG, 1 tablet, Orally, Once a day
Refill Valacyclovir HCl Tablet, 1 GM, 1 tablet, Orally, Once a day
Continue Acyclovir Ointment, 5 %, 1 application to affected area, Externally, Six times a day

**Immunization**

FLU 4V (FLUZONE QUAD), 3 YRS+, NO PRES - ALL PAYORS : 0.5 mL given by ADA ZAMORA on Left Deltoid

**Follow Up**

3mMAGGIE cs AND 6M OV ,ME

**History of Present Illness**

Patient History:

Here for ckup. no cp sob. she had PE sp a hospitalization few yrs ago and has not been able to work. she is on disability and walks with a cane bc fo general weakness. she is moving back here now... she has no cp sob and not very active.. she has had an extensive wu for hiv ms with neg RA SLe wu. CTS were nl . no etio for the weakness ... no falls.. she is workignon n a low fat diet. she does have chronic back pain...she does feel weak and notes some leg tremors also... no rash.. she notes the fatigue is severe but random. her pains are mild to moderrate in general in mm and joints.. no jt swelling...

She brought extensive wu w here today.. note occ red rash on face... she is on cpap for severe osa... she has been of steroid for over 1 yr... she is driving wo issue per pt and her wife Jamie today... her asthma is stable... she is compliant w meds... she is needing ultram conversion and is willing to dc the lortab which is used 2x week as rescue med for severe pain at 10/10. ultram helped in past..Hx EBV in past...

I rev her prev summary record w her... she has a very complicated hx... still undetermined dx but sounds like at least severe fibromyalgia...she agrees to see pulm here and get rheumatology eval.

**Vital Signs**

Wt 195 lbs, Ht 68 in, BMI 29.65, BP 100/68, HR 72, Respiratory Rate 16.

**Examination**

General Examination:

Constitutional: alert and oriented, well developed and well nourished, NAD.

Derm/Integumentary: good turgor, warm, dry, sl red cheeks and malar area..

HEENT: sclera nonicteric, clear conjuctiva, PERRL, EOMI bilaterally, MMM, OP clear , tympanic membranes normal bilaterally Nasal passageways are red.

Neck: supple, no mass, trachea midline, no thyroid abnormality.

Respiratory: clear to auscultation bilaterally, no wheezes/rhonchi/rales, respirations non labored, no retractions or accessory muscle use.

Heart: Regular rhythm, Rate controlled, no murmurs, click or rubs, No carotid bruit, No lower extremity edema.

Gastrointestinal: no masses palpated, no hepatosplenomegaly, soft, mildly-tender, mildly distended, bowel sounds are normal.
Musculoskeletal: cautious gait w cane, no clubbing, strength 5/5 times 4 extremities, general mod tenderness in large muscle groups, tender mcp jts and elbows soulders and knees to rotate and extend.
Neurology: CN's II-XII grossly intact, DTRs 2+ in all 4 extremities, no tremor, strength normal proximally and distally in all 4 extremities.
Psych: appropriate mood and affect , insight and judgement normal.
Extremities: no clubbing, pulses 2 plus bilaterally, no cyanosis.
Peripheral Pulses: 2+ DP/PT.

**Procedure Codes**
90686 FLU VACC IIV4 NO PRSV 0.5 ML IM
90471 ADMIN IMMUNIZATION

Clint A. Crump Jr

**Electronically signed by CHARLES CRUMP , MD on 12/29/2017 at 11:51 AM CST**

**Sign off status: Completed**

**346311DCS DIAGNOSTIC CTR SOUTHSIDE**
**1700 BROAD ST**
**CHATTANOOGA, TN 374081834**
**Tel: 423-698-2435**
**Fax: 423-697-6110**

## Treatment

**1. Fibromyalgia**

Notes: Patient has been referred to Dr. Craig per patient request. She already has an appointment with a rheumatologist Dr. Braggs 7/19/2018. She is wanting to see if she can get in with Dr. crag sooner, patient advised not to cancel her July appointment just in case. Stable sxs. Pt was counseled, cautioned and defined addictive, habituation and withdrawal adverse properties of medication. Side-effects [illegible]

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Sep 18, 2018

PARKRIDGE DIAGNOSTIC CENTER
2205 MCCALLIE AVE
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37404

**Re: Long Term Disability Benefits**
Claim# 3840737 4530546
Claimant: SHAW, KIMBERLY
Claimant DOB:

Dear 8665308217 On-site,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2017 to Present**

Restrictions Form - Seen By: CRUMP, DR CHARLES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jefferson David
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual. INSURANCE

# Restrictions Form

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| | | |

To be completed by physician:

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM____________TO____________.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2370

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth:

Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SHAW, KIMBERLY |
| RP ID: | 4530546 |
| Access Code: | DIAGCE |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: September 20, 2018

**RP ID:** 4530546

Patient Name: SHAW, KIMBERLY

Provider Name: PARKRIDGE DIAGNOSTIC CENTER

## Quality Assurance Information

Scope Requested: **From April 1, 2017 to Present**

Special Request:
Restrictions Form - Seen By: CRUMP, DR CHARLES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Page 20 is cut off

Chart Reviewed By: MDELEO

**Lincoln/ Shaw 2377**

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Kristie LaRocca<br>Liberty Mutual (TCMS)- Fully Insured Only | Account Management |
| | DATE:<br>6/11/2018 |
| FAX NUMBER:<br>(603) 334-0401 | TOTAL NO. OF DOCS INCLUDING COVER:<br>2 |
| PHONE NUMBER:<br>(888) 437-7611 | SENDER'S PHONE NUMBER:<br>(866) 346-8872 |
| RE:<br>Electronic Status Report | SENDER'S FAX NUMBER:<br>(618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

# Allsup

Status Update

Monday, June 11, 2018

**Sent to:** Kristie LaRocca
FRS Team

**Claimant Name:** Kimberly Shaw

**Claimant Birth Date:**

**Policy Number:** Unknown

**Claim Number:** 3840737

**Phone Number:** 1-866-346-8872

---

**Level:** Hearing

**Allsup Status:** Pending

**Activity:** Reconsideration Appeal Denied on 6/7/2018

**Next Action:** File Appeal to Hearing

---

**Email Address:** status@allsupinc.com

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

WD10531911

Allsup
Life Reclaimed

**Lincoln/ Shaw 2379**

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Kristie LaRocca<br>Liberty Mutual (TCMS)- Fully Insured Only | FROM:<br>Account Management<br>DATE:<br>2/21/2018 |
| FAX NUMBER:<br>(603) 334-0401 | TOTAL NO. OF DOCS INCLUDING COVER:<br>3 |
| PHONE NUMBER:<br>(888) 437-7611 | SENDER'S PHONE NUMBER:<br>(866) 346-8872 |
| RE:<br>Electronic Status Report | SENDER'S FAX NUMBER:<br>(618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

**Lincoln/ Shaw 2380**

# Allsup

Status Update

Wednesday, February 21, 2018

**Sent to:** Kristie LaRocca
FRS Team

**Claimant Name:** Kimberly Shaw

**Claimant Birth Date:**

**Policy Number:** Unknown

**Claim Number:** 3840737

**Phone Number:** 1-866-346-8872

---

**Level:** Reconsideration

**Allsup Status:** Pending

**Activity:** Initial Claim Denied on 02/01/2018; Appeal for Reconsideration submitted = 02/21/2018

**Next Action:** Follow up for Reconsideration Decision

---

**Email Address:** status@allsupinc.com


**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**


WD10531911

Allsup
Life Reclaimed

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

SSA
[illegible]

KIMBERLY D SHAW
[redacted]

Date: 02/01/18

Claim Number: [redacted]

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

THE DECISION

See the enclosed Personalized Disability Explanation.

ABOUT THE DECISION

Please remember that there are many types of disabiltiy programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

INFORMATION ABOUT OTHER BENEFITS

Based on the application your filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your appeal.

* You have 60 days to ask for an appeal in writing.

* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for an appeal.

Form SSA-L443-U2 (7-93)

Lincoln/ Shaw 2382

SOCIAL SECURITY ADMINISTRATION

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| KIMBERLY D SHAW | | | INDIB |

The following reports were used to decide this claim:

DR PRINCY AURORA 05/23/17 06/27/17
Dominican Pulmonary 12/12/16 11/29/17
Sleep Health MD 05/19/17 07/10/17
Dominican Hospital 06/12/17 08/12/17

CLAIMANT SUPPLIED EVIDENCE 9/15/17

We requested but did not receive any other reports. However, the above reports contained enough information to evaluate this claim.

You said you are unable to work because of fibromyalgia, sleep apnea, asthma, depression, neuropathy, fatigue, ambulatory, and back problems.

Although you state you have sleep apnea, neuropathy, fatigue, and ambulatory problems, the medical records do not show any evidence of a disabling condition.

Although you do have back pain, evidence shows you are able to stand, walk and bend in a satisfactory manner.

Although you experience depression, your records show that you are able to communicate with others, act in your own interest and perform most ordinary activities.

Although you have stated that you are short of breath, medical records show your breathing capacity to be adequate for many daily activities.

Although you do have fibromyalgia, the evidence shows that you are able to stand, move about and use your arms, hands and legs in a satisfactory manner.

We realize that you can no longer perform the job of pulmonary director as you described it. However, we concluded that you have the ability to perform the job as most other workers describe it.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

The determination on this claim was made by an agency of the State. It was not made by the doctors or other people or agencies who submitted reports. Any evidence they gave us was used in making the determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

300 ALLSUP PLACE BELLEVILLE, IL 62223
800-854-1418 WWW.ALLSUPINC.COM

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Kristie LaRocca<br>Liberty Mutual (TCMS)- Fully Insured Only | FROM:<br>Account Management<br>DATE:<br>2/17/2018 |
| FAX NUMBER:<br>(603) 334-0401 | TOTAL NO. OF DOCS INCLUDING COVER:<br>2 |
| PHONE NUMBER:<br>(888) 437-7611 | SENDER'S PHONE NUMBER:<br>(866) 346-8872 |
| RE:<br>Electronic Status Report | SENDER'S FAX NUMBER:<br>(618) 236-5703 |

NOTES / COMMENTS:

This transmission is intended for the sole use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended recipient or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify us by telephone and return the original transmission to us by return mail at the address above.

**Lincoln/ Shaw 2384**

# Allsup

Status Update

Saturday, February 17, 2018

| | |
|---|---|
| **Sent to:** | Kristie LaRocca |
| | FRS Team |
| **Claimant Name:** | Kimberly Shaw |
| **Claimant Birth Date:** | |
| **Policy Number:** | Unknown |
| **Claim Number:** | 3840737 |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Reconsideration |
| **Allsup Status:** | Pending |
| **Activity:** | Initial Claim Denied on 2/1/2018 |
| **Next Action:** | File Appeal to Reconsideration |

---

**Email Address:** status@allsupinc.com

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

WD10531911

Allsup
Life Reclaimed

**Lincoln/ Shaw 2385**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | February 16, 2018 |
| To: | DR. CHARLES CRUMP<br>2205 MCCALLIE AVE<br>SUITE 400<br>CHATTANOOGA TN 39404 |
| Attn: | medical records |
| Fax: | (423) 697-6171 |
| From: | Kristie Larocca<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 16, 2018

Dr. Charles Crump
2205 MCCALLIE AVE
SUITE 400
CHATTANOOGA, TN 39404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from September 16, 2017 to the present

We ask that you provide this information by February 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: 3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.21.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I **also understand** that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: __ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ____ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: ______ Telephone #:

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~+ Center for Lifestyle Management~~ ALL IP & OP RECORDS

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.



H:\WP\DOCS\HIM\CPTSMedical Release\ Authorization.doc

**Lincoln/ Shaw 2393**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; *OR*
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw / Date: 8/3/17
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# Restrictions Form

Return To: Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 12/28/17
   DATE LAST TREATED — 2/15/18
   NEXT OFFICE VISIT — 3/28/18

   Fibromyalgia M79.7 Moderate Persistent Asthma J45.42
   Polyarthropathy M13.0
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally. < 10 mins.
- [ ] LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Pt is unable to sit or stand for longer than 10 mins @ a time. Pt is unable to lift ~~or~~ grab ≥ 8lbs.

4. RESTRICTIONS IMPOSED FROM 2/15/18 TO 2/15/19.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   Medications have been prescribed. At this time, patient is unable to return to her chosen occupation.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   Diffuse muscle pain, SOB noted with walking short distances ≤ 200ft, poor concentration.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| Ginger Mullins, PA-C | MSPAS, PA-C Internal Medicine | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 1700 Broad Street Suite 140 | (423) 698-2435 | 3552297438 |
| Street Address | Telephone Number | Fax Number |
| | | 423 697-6173 |
| Chattanooga TN 37408 | [signature] PA-C | 2/15/18 |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2395

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of [illegible]
Group Benefits Disability Claims
P.O. Box [illegible]
[illegible], KY [illegible]
Phone No.: [illegible]
Secure Fax No.: [illegible]

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

Lincoln/ Shaw 2396

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

[signature]

State of Birth: Claim Number: 3840737

Date: 8/1/17

A copy of this authorization will be considered as valid as the original.

PL-2 CA Psychotherapy 2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 437-2611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the Information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the Information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the Information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The Information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to re-disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted



[illegible]

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: Claim Number: 3840787

Date: [illegible]

A copy of this authorization will be considered as valid as the original.

PL 7-CA Authorization Revised 2016

Lincoln/ Shaw 2399

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth: ____________

Other Names: ____________ Telephone #: ____________

Medical Record or Account#: ____________ (Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL [illegible]

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to receive the information)

____________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ THE FOLLOWING RECORDS, specific types of health information, or records for the date(s) of treatment as specified:

- Discharge Summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ____________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

☒ ALL RECORDS regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.



[illegible]

Lincoln/ Shaw 2400

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; **OR**
- ☐ Other: ______

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw Date: 5/8/17
(Patient or personal representative)

______ Print name of personal representative ______ Relationship to patient

Patient/Representative Identification Verified. Initials: JCS Dept: ______

Note: If the substance abuse treatment information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition on redisclosure statements must be provided to the recipient of the information:

This federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# FAX

Feb 12, 2018
3 Pages

TO Kristine Larocca
(603) 334-5719

FROM Kim Shaw
8316005145
kimshaw1019@gmail.com

---

Claim ID: 3840737

**Lincoln/ Shaw 2402**

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

[illegible]
[illegible]

KIMBERLY D SHAW

Date: 05/01/16

Claim Number:

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

THE DECISION

See the enclosed Personalized Disability Explanation.

ABOUT THE DECISION

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

INFORMATION ABOUT OTHER BENEFITS

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your appeal.

* You have 60 days to ask for an appeal in writing.
* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
* You must have a good reason for waiting more than 60 days to ask for an appeal.

Form SSA-L443-U2 [illegible]

Lincoln/ Shaw 2403

* Keep you from doing any kind of substantial gainful ... for at least 12 months in a row, or result in death.

SOCIAL SECURITY ADMINISTRATION

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| KIMBERLY D SHAW | | | INDIB |

The following reports were used to decide this claim:

DR PRINCY AURORA 05/23/17 06/27/17
Dominican Pulmonary 12/12/16 11/29/17
Sleep Health MD 05/19/17 07/10/17
Dominican Hospital 06/12/17 08/12/17

CLAIMANT SUPPLIED EVIDENCE 9/15/17

We requested but did not receive any other reports. However, the above reports contained enough information to evaluate this claim.

You said you are unable to work because of fibromyalgia, sleep apnea, asthma, depression, neuropathy, fatigue, ambulatory, and back problems.

Although you state you have sleep apnea, neuropathy, fatigue, and ambulatory problems, the medical records do not show any evidence of a disabling condition.

Although you do have back pain, evidence shows you are able to stand, walk and bend in a satisfactory manner.

Although you experience depression, your records show that you are able to communicate with others, act in your own interest and perform most ordinary activities.

Although you have stated that you are short of breath, medical records show your breathing capacity to be adequate for many daily activities.

Although you do have fibromyalgia, the evidence shows that you are able to stand, move about and use your arms, hands and legs in a satisfactory manner.

We realize that you can no longer perform the job of pulmonary director as you described it. However, we concluded that you have the ability to perform the job as most other workers describe it.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

The determination on this claim was made by an agency of the State. It was not made by the doctors or other people or agencies who submitted reports. Any evidence they gave us was used in making the determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

Form SSA-4268-U4 (1/85)

Liberty Mutual

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (888) 437-7611 x16350
Fax No.: (603) 334-5719

## Social Security Assistance Program Vendor Referral

Vendor: Allsup Inc.

| | | | |
|---|---|---|---|
| Claim #: | 3840737 | Employer Name: | DIGNITY HEALTH |
| Claimant Name: | KIMBERLY SHAW | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | |
| | | Claimant DOD: | 4/20/2017 |
| | | Claimant Tel. #: | |
| City: | | Marital Status: | M |
| State: | Zip: | | |
| Diagnosis: | Chronic fatigue, unspecified | | |

| | | | | | |
|---|---|---|---|---|---|
| Spouse DOB: | | Funding: | FI: YES | ASO: NO | |
| Number of Children < 19: | | SS Offset: | Primary: NO | Family: YES | |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | Application | Claim Status: | AP |
| Date of Last Denial: | 2 /1 /2018 | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | NO | Voc/Rehab Review: | NO |
| TE&E: | YES | Copies of SS decisions: | YES |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | YES |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

please contact clmt for assistance with recon. Request records from liberty if that is easier.

Services Requested By: Kristie LaRocca Date: Monday, February 12, 2018

**Lincoln/ Shaw 2405**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | February 1, 2018 |
| To: | DR. CHARLES CRUMP<br>2205 MCCALLIE AVE<br>SUITE 400<br>CHATTANOOGA TN 39404 |
| Attn: | medical records |
| Fax: | (423) 697-6171 |
| From: | Kristie Larocca<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 10 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 1, 2018

Dr. Charles Crump
2205 MCCALLIE AVE
SUITE 400
CHATTANOOGA, TN 39404

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Charles Crump:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from September 16, 2017 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please submit the requested records with the form

We ask that you provide this information by February 9, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.21.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________
   **DATE LAST TREATED** — ____________ ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2409**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: _______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE


Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719


## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: Claim Number: 3840737

Date: 8/1/17

A copy of this authorization will be considered as valid as the original.

pg. 2 CA Authorization-Standard-2016

Lincoln/ Shaw 2413

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: ______ Telephone #:

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~- Center for Lifestyle Management~~ ALL IP & OP RECORDS (initials)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

(initials) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; *OR*
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw Date: 8/3/17
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**n0135203**

**From:** Kanoon, Mary - PHX
**Sent:** Tuesday, December 05, 2017 4:53:37 PM
**To:** LaRocca, Kristie
**Subject:** RE: Shaw EID 179278

Hi Kristie,

I do see that Kimberly Shaw did work part-time until the 18th

*Thank you for contacting the HR Service Center.*

______________________________

**Mary**

Customer Service


**Dignity Health**
**Human Resource Service Center**

3033 N 3rd Avenue

Phoenix, AZ 85013

855.475.4747 (O)

844.200.0120 (F)

**Caution: This email is both proprietary and confidential, and not intended for transmission to or receipt by any unauthorized persons. If you believe that it has been received by you in error, do not read any attachments. Instead, kindly reply to the sender stating that you have received the message in error. Then destroy it and any attachments. Thank you.**

**From:** LaRocca, Kristie [mailto:KRISTIE.LAROCCA@LibertyMutual.com]
**Sent:** Tuesday, December 05, 2017 12:32 PM
**To:** HRServiceCenter <HRServiceCenter@Dignityhealth.org>
**Subject:** Shaw EID 179278
**Importance:** High

Dignityhealth.org made the following annotations

---------------------------------------------------------------------

STOP, THINK, READ. This is an external email. Exercise extra caution responding to it, opening attachments and following links.

---------------------------------------------------------------------

Good afternoon,

I am Ms. Kimberly Shaw's LTD case manager. Ms. Shaw reports that she was working part time through August 18, 2017 and then was out of work full-time. Would you please confirm this information?

Thank you,

**Kristie LaRocca**

Technical Claims Consultant

Centralized Field Support Operations

Liberty Life Assurance Company of Boston

Liberty Mutual Insurance

P.O. Box 7213, London, KY 40742-9969

Phone: 888.437.7611 ext. 16350 Fax: 603.422.7909 SDN 8.731.6350

Kristie.larocca@libertymutual.com

please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 888-437-7611 ex: 16348 and permanently delete the original and any copy of any e-mail and any printout thereof.

## Initial Payment Set up Worksheet

**Claimant's Name** KIMBERLY SHAW **DOB** .

**Customer** DIGNITY HEALTH

**LTD Claim #** 3840737 **Work State:** CA

**Associated Claims** Type n/a Type

**Benefit End date of associated claims**

**Contractual EP** > end of STD or

**LTD Benefit begin date** 10/18/2017 **DOD** 4/21/2017 **AGE** 50

**Max Benefit date** 3/20/2034 Age 67

**Does policy include COLA provision** No

**Sources used to verify BME amount**

Screen shot in doc list- $52.84 X40X52=$109,907.20/12=$9,158.93 BME

**BME amount** $9,158.93 **Benefit percentage** 60.00

**Gross modal benefit** $5,495.36

**Benefit Begin date** 10/18/2017

**Approved thru date** 10/17/2019 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| | |
| | |
| | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Laura Anderson** **Approved by:**

**Lincoln/ Shaw 2419**

| | |
|---|---|
| **From:** | Kanoon, Mary - PHX |
| **To:** | Anderson, Laura 0096 |
| **Subject:** | RE: LTD Salary Verification - Kimberly Shaw - LTD Claim 3840797 |
| **Date:** | Monday, November 13, 2017 1:02:34 PM |

Good Morning Laura,

Ms. Shaw is not a corporate/system office employee, therefore not eligible for STD benefits.

| | | | | |
|---|---|---|---|---|
| Employee | *SHAW, KIMBERLY* | | | |
| Position Level | *1* | | | |
| Salary Class | *Hourly* | | | |
| Rate of Pay | | *54.1600* | *USD* | *Dollars* |
| Annual Hours | *2080.0000* | | | |
| Daily Scheduled Hours | | | | |
| FTE | *.900000* | | | |
| Prorated Salary | | *101387.52* | | *Dollars* |
| Total Prorated Salary | | *101387.52* | | *Dollars* |
| Job Code | *11899793* | *PULMONARY FUNCTION TCHNLGST-SR* | | |

| | | |
|---|---|---|
| Company | 100 | DIGNITY HEALTH |
| Employee | 179278 | SHAW, KIMBERLY |

Printable View

| Select | Date | Pay Rate | Currency Code |
|---|---|---|---|
| | 10/15/2017 | 54.1600 | USD |
| | 10/16/2016 | 52.8390 | USD |
| | 06/28/2015 | 51.5000 | USD |

*Thank you for contacting the HR Service Center.*

______________________________

**Mary**
Customer Service

**Dignity Health**
**Human Resource Service Center**
3033 N 3rd Avenue

**Lincoln/ Shaw 2420**

Phoenix, AZ 85013
855.475.4747 (O)
844.200.0120 (F)

**Caution: This email is both proprietary and confidential, and not intended for transmission to or receipt by any unauthorized persons. If you believe that it has been received by you in error, do not read any attachments. Instead, kindly reply to the sender stating that you have received the message in error. Then destroy it and any attachments. Thank you.**

---

**From:** Anderson, Laura 0096 [mailto:Laura0096.Anderson@LibertyMutual.com]
**Sent:** Monday, November 13, 2017 10:36 AM
**To:** HRServiceCenter <HRServiceCenter@Dignityhealth.org>
**Subject:** LTD Salary Verification - Kimberly Shaw - LTD Claim 3840797

Dignityhealth.org made the following annotations
---------------------------------------------------------------------
STOP, THINK, READ. This is an external email. Exercise extra caution responding to it, opening attachments and following links.
---------------------------------------------------------------------

Good day,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Kimberly Shaw.

Emp ID: 179278
DOB:
Disability Date: 04/21/2017

Please provide the following:

a screenshot of the Employee file with the Pay tab displayed confirming the employee's Rate of Pay and annual hours effective 4/20/2017.
If the employee is a corporate employee, please provide the maximum end date for the STD period.

Please contact me with any questions.

Thank you,

**Laura Anderson**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820

Direct Dial: 1-888-437-7611X16482
Laura0096.Anderson@libertymutual.com
Fax (603)334-3954

**n0258918**

---

**From:** Anderson, Laura 0096
**Sent:** Monday, November 13, 2017 12:35:38 PM
**To:** 'HRServiceCenter@DignityHealth.org'
**Subject:** LTD Salary Verification - Kimberly Shaw - LTD Claim 3840797

Good day,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Kimberly Shaw.

Emp ID: 179278
DOB:
Disability Date: 04/21/2017

Please provide the following:

! a screenshot of the Employee file with the Pay tab displayed confirming the employee's Rate of Pay and annual hours effective 4/20/2017.
! If the employee is a corporate employee, please provide the maximum end date for the STD period.

Please contact me with any questions.

Thank you,

**Laura Anderson**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: 1-888-437-7611X16482
Laura0096.Anderson@libertymutual.com
Fax (603)334-3954

7K291170337

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**Return To:** Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw
**CLAIM NO:** 3840737
**EMPLOYER/SPONSOR:** Dignity Health **DATE OF BIRTH:**

**CHECK ONE:** ☐ New ☐ Change
**YOUR TELEPHONE NUMBER:** ( ) ____
**ADDRESS:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ Checking ☐ Savings **BANK NAME:** WELLS FARGO

**9 DIGIT ABA ROUTING NUMBER:** ____ **BANK ADDRESS:** ____

**YOUR ACCOUNT NUMBER:** ____ **CITY:** ____ **STATE:** CA **ZIP:** ____

**BANK PHONE:** ( ) ____

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 11/9/17

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln/ Shaw 2424

Liberty Mutual. INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Kimberly Shaw **Date of Birth:** ______

**Employer:** Dignity Health **Policy/Plan Sponsor No.:** 06-004109

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
2) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
3) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
4) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** [signature] **(Witness signature)** [signature]

**(Address)**_ **(Address)**_

**(Date)** 10/9/17 **(Date)** 10/9/17

***Please retain a copy for your records or one can be provided upon request.***

7K291170337

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Information about Form W-4S is available at *www.irs.gov/w4s*.

OMB No. 1545-0074

**2017**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| KIMBERLY D. | SHAW | |

Home address (number and street or rural route)

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3840737 |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.) . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 325.00 |

Employee's signature ▶ Date ▶ 10/9/17

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2017 . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,050 by the number of personal exemptions . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2017 Tax Rate Schedule X, Y, or Z on page 2. Don't use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2016 Form 1040, 1040A, or 1040EZ instructions . . . . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2017 or paid or to be paid with 2017 estimated tax payments . . . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** *You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.*

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

HUMAN RIGHTS CAMPAIGN

KIM SHAW

11-4288/1210

1044

Pay to the order of ______

Date ______

$ ______

______ Dollars

WELLS FARGO BANK, N.A.
CALIFORNIA
WELLSFARGO.COM

VOID

Memo CLAIM ID: 3840737

[redacted] 1044

PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

Lincoln/ Shaw 2427

Liberty Mutual.
INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

October 2, 2017
Dr. Jacqueline Sedgwick
Fax: 831-475-1629

Re: Disability Benefits
Claimant Name: KimberlyShaw
Claimant DOB: 3840737

Dear Dr. Sedgwick,

I was asked by Liberty Mutual to review the medical records submitted by Kimberly Shaw in support of her request for disability benefits. I had called your office last week and left messages requesting a return call but did not receive any response. My intentions were to have you update me on the current clinical status of your patient and any additional evaluations that may have been completed since your last record of 7/20/17. I regret that we were not able to make contact.

Sincerely yours,

-Electronically Signed-

Yong-Sung Chyun, M.D.
Consulting Physician
Board Certified, Internal Medicine and
Endocrinology

**n0260895**

|  |  |
|---|---|
| **From:** | RightFax E-mail Gateway |
| **Sent:** | Monday, October 02, 2017 8:52:35 AM |
| **To:** | Chyun, Yong-Sung |
| **Subject:** | Your fax has been successfully sent to Dr. Jacqueline Sedgwick at 8314751629. RE: |

Your fax has been successfully sent to Dr. Jacqueline Sedgwick at 8314751629. RE:
----------------------------------------------------------
10/2/2017 8:51:00 AM Transmission Record
Sent to 8314751629 with remote ID "8314751629"
Result: (0/339;0/0) Success
Page record: 1 - 2
Elapsed time: 01:02 on channel 29

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

**Lincoln/ Shaw 2430**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

September 28, 2017

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

We are writing in regard to your claim for Long Term Disability benefits under Dignity Health's Disability Income Policy. The above Policy states that you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

We have determined you are disabled from your physical conditions and are eligible to receive LTD benefits.

Our review also indicates that you have been diagnosed with depression. We have requested additional information to assess your restrictions and limitations from this diagnosis. Please be advised that if your depression is determined to be disabling, you will also be subject to the Mental/Illness provision in the policy which states:

***Mental Illness and/or Substance Abuse***
*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

We have determined your date of disability is April 21, 2017. Therefore, you are eligible to receive benefits as of October 18, 2017.

Your LTD Policy provides benefits at 60 % of your pre-disability earnings less benefits from other income. These include, but are not limited to, benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it in the envelope provided.

In addition to your LTD benefit from Liberty Life Assurance Company of Boston (Liberty Life), you may also qualify for disability benefits from the Social Security Administration. Your Policy requires that you apply for Social Security Benefits, should your disability be expected to extend for twelve months. We understand you are in the process of applying for Social Security Disability benefits. Please provide proof of your application once you have applied.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid, Liberty Life has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you return to work or begin receiving "other income benefits" as indicated in your Policy.

In addition, please complete the enclosed forms and return them to our office by October 27, 2017.

As indicated earlier, we will continue to review your claim and request medical documentation to support your continued disability. We ask that you assist us with your claim to obtain the necessary

information to continue benefits. Please notify our office immediately with any changes in your treatment.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: SS Reimbursement Agreement - CA ADOP
Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ________________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________________________**
**ADDRESS:** ________________________ **CITY:** __________________ **STATE:** _____ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________________

**9 DIGIT ABA ROUTING NUMBER:** ____________________ **BANK ADDRESS:** ____________________

**YOUR ACCOUNT NUMBER:** ____________________ **CITY:** __________ **STATE:** ______ **ZIP:** ______

**BANK PHONE: ( ) ____________________**

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________________________________ Date: ____________________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/ Shaw 2434**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Kimberly Shaw **Date of Birth:** ____________

**Employer:** Dignity Health **Policy/Plan Sponsor No.:** 06-004109

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
2) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
3) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
4) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)**____________________ **(Witness signature)**____________________

**(Address)**____________________ **(Address)**____________________

**(Date)**____________________ **(Date)**____________________

***Please retain a copy for your records or one can be provided upon request.***

**Lincoln/ Shaw 2436**

# Medical Records - CONFIDENTIAL

**FROM:** CA - Sleep Health MD
Yareth S
1665 DOMINICAN WAY, SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337
Fax: (831) 476-5292

**TO:**

**Name: SHAW, KIMBERLY**

**DOB:**

**Date Range: to 09/25/2017**

**This document contains the following records of the patient:**
- **Admin Documents**
- **Imaging Results**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:38558-A-2256]

**Admin Documents**



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

Return To: Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 5-19-2017
   DATE LAST TREATED — 7-10-2017 G47.33 Obstructive Sleep Apn
   NEXT OFFICE VISIT — ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

The patient has treated severe obstructive sleep apnea. No work restrictions per diagnosis of sleep apnea

4. RESTRICTIONS IMPOSED FROM N/A TO N/A.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   N/A
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   N/A
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5-19-17 TO 7-10-2017

| Aaron B. Morse | MD / Sleep | 94-2846957 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 1665 Dominican Way Suite 222 | 844-387-5337 | 866-264-3890 |
| Street Address | Telephone Number | Fax Number |
| Santa Cruz CA 95065 | [signature] | 9/22/2017 |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2438

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 28, 2017

Aaron Morse
Sleep Medicine

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.

Dear Aaron Morse:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present
- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | AARON MORSE<br>SLEEP MEDICINE |
| Attn: | medical records |
| Fax: | (866) 264-3890 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):
Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship:
Self

Signature of claimant or legal representative:
[signature]

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counselling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ____ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: — Telephone #:

Medical Record or Account#: ______________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS ~~- Center for Lifestyle Management~~ (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests
- Other: ______________________

(KS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ____________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



H:\WPDOCS\POLICIES\Medical Release Authorization.doc

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- At the request of the patient or personal representative; ***OR***
- Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________ Date of Birth: ____________

Other Names: ______________________ Telephone #: ____________

Medical Record or Account#: ______________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________
(Persons/organizations authorized to *receive* the information)

______________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.





## Imaging Results

## CPAP COMPLIANCE

(#1154282, 07/10/2017)

**Sleep Health MD DME**
1665 Dominican Way #222
Santa Cruz, CA 95065

**SHAW, KIMBERLY**
Device: DreamStation Auto CPAP (500X110) (J180382314EF3 V1.1.1.2860)

**Details Report**

**Patient:**
**SHAW, KIMBERLY**

Patient ID: 38558

Home Phone:
Date of Birth:
Age: 50
Mask:

**Sleep Doctor:**
**Morse, Aaron B Dr.**
1665 Dominican Way
#222
Santa Cruz, CA 95065

Group/Practice: Sleep Health MD
Phone: 831-465-0586
Fax: 831-476-5292
E-Mail Address:

**PCP:**

Phone:

**Clinician:**
**MacDonald, Lisa**

**Compliance Information** 6/10/2017 - 7/9/2017

C-Flex+



Patient ID: 38558 **SHAW, KIMBERLY**

**Patterns of Use**






This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

**Pressure (cmH2O)**




CPAP
10.0

**Percent of Night in Periodic Breathing (PB)**




Average % of Night in Periodic Breathing
0.1%

**Clear Airway And Obstructed Airway Apnea Indices**




Average CA Index
0.6

Average OA Index
1.1

**Hypopnea And RERA Indices**




Average Hypopnea Index
0.9

Average RERA Index
0.3

Average AHI
2.6

**Flow Limitation And Vibratory Snore Indices**




Average FL Index
0.0

Average VS Index
2.9



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

**Percent of Night in Large Leak (LL)**




Average % Night in Large Leak
0.0%

Average Large Leak
4 secs.

**Device Humidification Settings**



Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/4/2017 6:20 AM - 7/4/2017 7:51 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 2.7 |
| OA: | 1.3 |
| H: | 0.0 |
| FL: | 0.0 |
| VS: | 0.7 |
| RE: | 0.0 |
| **AHI:** | **4.0** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit  Breathing not detected  Large Leak (LL)  Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**
7/4/2017 8:50 PM - 7/5/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**



CPAP
10.0

**Sleep Therapy Flags**



Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.2 |
| OA: | 0.0 |
| H: | 0.5 |
| FL: | 0.0 |
| VS: | 0.5 |
| RE: | 0.5 |
| **AHI:** | **0.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit Breathing not detected Large Leak (LL) Total Leak



Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558

**SHAW, KIMBERLY**

**Daily Details**

7/5/2017 2:35 PM - 7/6/2017 5:30 AM









Patient ID: 38558

**SHAW, KIMBERLY**

**Daily Details**
7/6/2017 11:16 PM - 7/7/2017 6:20 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.9 |
| OA: | 0.9 |
| H: | 1.7 |
| FL: | 0.0 |
| VS: | 1.4 |
| RE: | 0.0 |
| **AHI:** | **3.5** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.2

Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/7/2017 9:38 PM - 7/8/2017 5:21 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 1.2 |
| H: | 0.9 |
| FL: | 0.0 |
| VS: | 0.9 |
| RE: | 0.1 |
| **AHI:** | **2.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
31.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/8/2017 9:00 PM - 7/9/2017 6:49 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 0.1 |
| H: | 0.4 |
| FL: | 0.0 |
| VS: | 0.6 |
| RE: | 0.3 |
| **AHI:** | **1.1** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.4

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**
7/9/2017 11:00 PM - 7/10/2017 5:52 AM









Patient ID: 38558 **SHAW, KIMBERLY**

| **Compliance Summary** | |
|---|---|
| Date Range | 6/10/2017 - 7/9/2017 (30 days) |
| Days with Device Usage | 29 days |
| Days without Device Usage | 1 day |
| Percent Days with Device Usage | 96.7% |
| Cumulative Usage | 8 days 5 hrs. 13 mins. 17 secs. |
| Maximum Usage (1 Day) | 10 hrs. 41 mins. 30 secs. |
| Average Usage (All Days) | 6 hrs. 34 mins. 26 secs. |
| Average Usage (Days Used) | 6 hrs. 48 mins. 2 secs. |
| Minimum Usage (1 Day) | 13 mins. 59 secs. |
| Percent of Days with Usage >= 4 Hours | 83.3% |
| Percent of Days with Usage < 4 Hours | 16.7% |
| Total Blower Time | 8 days 7 hrs. 31 mins. 25 secs. |

| **Sleep Therapy Statistics** | |
|---|---|
| Average Time in Large Leak Per Day | 4 secs. |
| Average AHI | 2.6 |
| CPAP | 10.0 cmH2O |

Device Settings as of 7/9/2017

**Device Mode** CPAP - C-Flex+

Device Settings

| **Parameter** | **Value** |
|---|---|
| Auto-Trial | Off |
| **CPAP Pressure** | 10 cmH2O |
| **C-Flex+ Setting** | 3 |
| Auto Off | Off |
| Auto On | On |
| View Optional Screens | On |
| Ramp Type | Linear |
| Ramp Time | 45 minutes |
| Ramp Start Pressure | 4.0 cmH2O |
| Mask Resistance | Off |
| Mask Resistance Lock | Off |
| Tubing Type | 15 HT |
| Tubing Type Lock | Off |
| EZ-Start | Disabled |
| Tube Temperature | 3 |
| Humidifier | 3 |
| Humidification Mode on Heated Tube Disconnect | Adaptive |

## CPAP COMPLIANCE

(#1153801, 07/10/2017)

**Sleep Health MD DME**
1665 Dominican Way #222
Santa Cruz, CA 95065

**SHAW, KIMBERLY**
Device: DreamStation Auto CPAP (500X110) (J180382314EF3 V1.1.1.2860)

**Details Report**

**Patient:**
**SHAW, KIMBERLY**
237 DARWIN ST
APT A
SANTA CRUZ, CA 95062

Patient ID: 38558
Home Phone: (831) 600-5145
Date of Birth: 3/21/1967
Age: 50
Mask:

**Sleep Doctor:**
**Morse, Aaron B Dr.**
1665 Dominican Way
#222
Santa Cruz, CA 95065

Group/Practice: Sleep Health MD
Phone: 831-465-0586
Fax: 831-476-5292
E-Mail Address:

**PCP:**

Phone:

**Clinician:**
**MacDonald, Lisa**

**Compliance Information** 6/10/2017 - 7/9/2017



Patient ID: 38558 **SHAW, KIMBERLY**

**Patterns of Use**





This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**






This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**






Patient ID: 38558

**SHAW, KIMBERLY**

## Daily Details

7/4/2017 6:20 AM - 7/4/2017 7:51 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 2.7 |
| OA: | 1.3 |
| H: | 0.0 |
| FL: | 0.0 |
| VS: | 0.7 |
| RE: | 0.0 |
| **AHI:** | **4.0** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit  Breathing not detected  Large Leak (LL)  Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/4/2017 8:50 PM - 7/5/2017 5:30 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.2 |
| OA: | 0.0 |
| H: | 0.5 |
| FL: | 0.0 |
| VS: | 0.5 |
| RE: | 0.5 |
| **AHI:** | **0.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit Breathing not detected Large Leak (LL) Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.0



This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/5/2017 2:35 PM - 7/6/2017 5:30 AM












This report is only one of several elements to consider when evaluating therapy effectiveness and is not a substitute for diagnostic data.

**Lincoln/ Shaw 2470**

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**

7/6/2017 11:16 PM - 7/7/2017 6:20 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB
CA: 0.9
OA: 0.9
H: 1.7
FL: 0.0
VS: 1.4
RE: 0.0
**AHI: 3.5**

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
29.2

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/7/2017 9:38 PM - 7/8/2017 5:21 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 1.2 |
| H: | 0.9 |
| FL: | 0.0 |
| VS: | 0.9 |
| RE: | 0.1 |
| **AHI:** | **2.7** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**

Normal Mask Fit Breathing not detected Large Leak (LL) Total Leak




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
31.0

Patient ID: 38558 **SHAW, KIMBERLY**

## Daily Details

7/8/2017 9:00 PM - 7/9/2017 6:49 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.6 |
| OA: | 0.1 |
| H: | 0.4 |
| FL: | 0.0 |
| VS: | 0.6 |
| RE: | 0.3 |
| **AHI:** | **1.1** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.4

Patient ID: 38558 **SHAW, KIMBERLY**

**Daily Details**

7/9/2017 11:00 PM - 7/10/2017 5:52 AM

C-Flex+

**Pressure (cmH2O)** **Mode: CPAP with C-Flex+**




CPAP
10.0

**Sleep Therapy Flags**




Indices
0.0 % of Night in PB

| | |
|---|---|
| CA: | 0.0 |
| OA: | 1.5 |
| H: | 0.7 |
| FL: | 0.0 |
| VS: | 1.0 |
| RE: | 0.3 |
| **AHI:** | **2.2** |

FL - Flow Limitation, VS - Vibratory Snore, PB - Periodic Breathing, CA - Clear Airway Apnea, RE - RERA, H - Hypopnea, OA - Obstructed Airway Apnea, AHI - Apnea/Hypopnea Index

**Total Leak (LPM)**




Min in Large Leak
0.0 mins.

% of Night in Large Leak
0 % of Night

Average Total Leak
28.0

Patient ID: 38558 **SHAW, KIMBERLY**

| **Compliance Summary** | |
|---|---|
| Date Range | 6/10/2017 - 7/9/2017 (30 days) |
| Days with Device Usage | 29 days |
| Days without Device Usage | 1 day |
| Percent Days with Device Usage | 96.7% |
| Cumulative Usage | 8 days 5 hrs. 13 mins. 17 secs. |
| Maximum Usage (1 Day) | 10 hrs. 41 mins. 30 secs. |
| Average Usage (All Days) | 6 hrs. 34 mins. 26 secs. |
| Average Usage (Days Used) | 6 hrs. 48 mins. 2 secs. |
| Minimum Usage (1 Day) | 13 mins. 59 secs. |
| Percent of Days with Usage >= 4 Hours | 83.3% |
| Percent of Days with Usage < 4 Hours | 16.7% |
| Total Blower Time | 8 days 7 hrs. 31 mins. 25 secs. |

| **Sleep Therapy Statistics** | |
|---|---|
| Average Time in Large Leak Per Day | 4 secs. |
| Average AHI | 2.6 |
| CPAP | 10.0 cmH2O |

Device Settings as of 7/9/2017

**Device Mode** CPAP - C-Flex+

Device Settings

| **Parameter** | **Value** |
|---|---|
| Auto-Trial | Off |
| **CPAP Pressure** | 10 cmH2O |
| **C-Flex+ Setting** | 3 |
| Auto Off | Off |
| Auto On | On |
| View Optional Screens | On |
| Ramp Type | Linear |
| Ramp Time | 45 minutes |
| Ramp Start Pressure | 4.0 cmH2O |
| Mask Resistance | Off |
| Mask Resistance Lock | Off |
| Tubing Type | 15 HT |
| Tubing Type Lock | Off |
| EZ-Start | Disabled |
| Tube Temperature | 3 |
| Humidifier | 3 |
| Humidification Mode on Heated Tube Disconnect | Adaptive |

## SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM

(#1122708, 05/20/2017 12:00am)

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** **Gender: F** **Athena ID: 38558**

# SPLIT NIGIIT POLYSOMNOGRAPIIY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The **Pre-treatment** portion is the diagnostic part of the study and the **Treatment** portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

**PROCEDURE**
An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3.scoring guidelines.

## PRETREATMENT ANALYSIS

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Distnrbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

Sleep
HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** **Gender: F** **Athena ID: 38558**

## SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

### TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

**RESULTS**

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA) , respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

**Patient: Kimberly Shaw** **Referring Physician: Jacqueline Sedgwick, MD**
**DOB:** **Gender: F** **Athena ID: 38558**

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

**RECOMMENDATIONS:**

CPAP should be set to a pressure of 10 cm.$H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

## SPLIT NIGHT REPORT

**Patient Name :** Shaw, Kimberly
**Hospital # :**
**Study Date :** 5/20/2017
**SSC/SIN :**
**Gender :** F
**D.O.B. :**
**Age :** 50 years
**Height :** 69.0
**Weight :** 200.0
**B.M.I. :** 29.5

**Project :** Split Night
**Referring Physician :** Jacqueline Sedgwick, MD
**Sleep Specialist :** Aaron Morse, MD, FCCP
**Study Indications :**
**Physical Findings :**
**Medications :** Montelukast Tramadol Valacyclovir Clotrimazole Duloxetine Gabapentin Trazodone Zolpidem 5 mg sample Zyrtec Zantac

**Recording Technologist Matthew Minugh, RPSGT**

**Scoring Technologist Lindsey May, RPSGT, RST**

Sleep onset was greatly delayed. During the dx portion, OH, RERA and few OA noted. Respiratory events were greatly improved with CPAP. Few REM related CA noted at the final pressure. PLM with associated arousals and awakenings noted during both portions of the study. EKG revealed NSR.

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

### Pre-Treatment Analysis

**Lights Out:** 10:44:37 PM
**Lights On:** 1:41:01 AM

**# REM Episodes:** 0
**# of Awakenings*:** 3

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| **Total Recording Time (TRT):** | 176.4 | | | 100% |
| **Total Sleep Time (TST):** | 96.0 | 100% | | |
| **Total Stage N1:** | 6.5 | 6.8 | 03-09% | 3.7 |
| **Total Stage N2:** | 84.5 | 88.0 | 47-67% | 47.9 |
| **Total Stage N3:** | 5.0 | 5.2 | 03-21% | 2.8 |
| **Total Stage R:** | 0.0 | 0.0 | 20-29% | 0.0 |
| **Total Movement Time:** | 0.0 | | | |
| **Total Wake Time:** | 80.4 | | | |
| **WASO:** | 11.7 | | | |
| **Wake Time During SPT:** | 2.0 | | | |
| **Latency to Sleep Onset:** | 68.7 | | | |
| **Latency to REM Sleep:** | | | | |
| **Latency to Persistent Sleep:** | 3.0 | | | |
| **Sleep Efficiency:** | 54.4% | | | |
| **Sleep Maintenance:** | 98.0% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| **Sleep Time (min):** | 96.0 | 0.0 | 57.90 | 38.1 | 96.0 |
| **Obstructive Apnea:** | 2 | | 1.00 | 1 | 2 |
| **Mixed Apnea:** | 0 | | 0.00 | 0 | 0 |
| **Central Apnea:** | 0 | | 0.00 | 0 | 0 |
| **All Apneas:** | 2 | | 1.00 | 1 | 2 |
| **Hypopneas:** | 71 | | 37.00 | 35 | 72 |
| **Apneas+Hypopneas:** | 73 | | 38.00 | 36 | 74 |
| **Apneas+Hypop+RERAs:** | 82 | | 45.00 | 38 | 83 |
| **RERA:** | 9 | | 7.00 | 2 | 9 |
| **Apnea Index:** | 1.3 | | 0.63 | 1.6 | 1.3 |
| **Hypopnea Index:** | 44.4 | | 23.13 | 55.1 | 45.0 |
| **A/H Index:** | 45.6 | | 23.75 | 56.7 | **46.3** |
| **RDI:** | 51.3 | | 28.13 | 59.8 | **51.9** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly Study Date: 5/20/2017

# SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 14.3 | 0.0 | 14.3 |
| Max Dur (sec) | 0.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.5 | 0.0 | 16.5 |
| Max Dur (sec) | 0.0 | 25.0 | 0.0 | 25.0 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals** *

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 44.4 | 71 |
| Non-REM Events: | 44.4 | 71 |
| REM Events: | 0.0 | 0 |

** **Respiratory Arousals** = Apnea Arousals + Hypopnea Arousals + RERA's.*

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly — Study Date: 5/20/2017

## SPLIT NIGHT REPORT
### Pre-Treatment Analysis

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 85 | 53.1 |
| Leg movements meeting PLM criteria | 78 | 48.8 |
| Leg movements NOT meeting PLM criteria | 7 | 4.4 |
| Leg movements with arousal meeting PLM criteria | 1 | 0.6 |
| Leg movements without arousal meeting PLM criteria | 77 | 48.1 |

**SPONTANEOUS EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 7.5 | 12 |
| Non-REM Events: | 7.5 | 12 |
| REM Events: | 0.0 | 0 |

** **EEG Arousals** not associated with Respiratory or PLMs activity.*

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 94 | | 95 | 94 |
| Min. SpO2%: | - | - | - | 85 | 85 |
| SpO2% <=89% (min): | 0.8 | 0.5 | 0.0 | 1.3 | 0.50 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 73.40 | 95.50 | 0.00 | 168.90 | 95.50 |
| 80 – 89% (min): | 0.50 | 0.50 | 0.00 | 1.00 | 0.50 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| < 50% (min): | 0.4 | 0.0 | 0.0 | 0.4 | 0.00 |
| % Artifact / Bad Data: | 6.1 | 0.0 | 0.0 | 6.1 | 0.00 |

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <60 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <70 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <75 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <80 | 0.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.2 |
| <85 | 0.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.3 |
| <90 | 0.9 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.4 | 0.8 |
| <95 | 6.3 | 3.6 | 0.0 | 0.0 | 56.7 | 32.1 | 63.0 | 35.7 |
| <89 | 0.8 | 0.5 | 0.0 | 0.0 | 0.5 | 0.3 | 1.3 | 0.7 |

## Supplemental Oxygen

*(Based on custom state #1 event set in Sleepware)*

| | | Sleep Distribution | | | | Apneas | | | Hypopneas | | RERA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | Liters | Dur (min) | % Sleep | % REM | % SWS | # CA | # OA | # MA | Count | AHI | Count | RDI | # Desat |
| 0 | | | | | | | | | | | | | |



**Lincoln/ Shaw 2484**

Sleep
HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly | Study Date: 5/20/2017

## SPLIT NIGHT REPORT
### Treatment Analysis

**Lights Out:** 1:41:01 AM
**Lights On:** 5:52:31 AM

**# REM Episodes:** 4
**# of Awakenings*:** 9

| | Time (min.) | % of TST | %Norm | % of TRT |
|---|---|---|---|---|
| **Total Recording Time (TRT):** | 251.5 | | | 100% |
| **Total Sleep Time (TST):** | 225.7 | 100% | | |
| **Total Stage N1:** | 21.0 | 9.3 | 03-09% | 8.3 |
| **Total Stage N2:** | 119.5 | 52.9 | 47-67% | 47.5 |
| **Total Stage N3:** | 19.5 | 8.6 | 03-21% | 7.8 |
| **Total Stage R:** | 65.7 | 29.1 | 20-29% | 26.1 |
| **Total Movement Time:** | 0.0 | | | |
| **Total Wake Time:** | 25.8 | | | |
| **WASO:** | 17.5 | | | |
| **Wake Time During SPT:** | 7.2 | | | |
| **Latency to Sleep Onset:** | 8.3 | | | |
| **Latency to REM Sleep:** | 86.5 | | | |
| **Latency to Persistent Sleep:** | 0.5 | | | |
| **Sleep Efficiency:** | 89.7% | | | |
| **Sleep Maintenance:** | 92.8% | | | |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Non-Supine | Supine | |
| **Sleep Time (min):** | 160.0 | 65.7 | 163.20 | 62.5 | 225.7 |
| **Obstructive Apnea:** | 1 | 0 | 1.00 | 0 | 1 |
| **Mixed Apnea:** | 0 | 0 | 0.00 | 0 | 0 |
| **Central Apnea:** | 0 | 3 | 3.00 | 0 | 3 |
| **All Apneas:** | 1 | 3 | 4.00 | 0 | 4 |
| **Hypopneas:** | 22 | 1 | 17.00 | 6 | 23 |
| **Apneas+Hypopneas:** | 23 | 4 | 21.00 | 6 | 27 |
| **Apneas+Hypop+RERAs:** | 44 | 5 | 37.00 | 12 | 49 |
| **RERA:** | 21 | 1 | 16.00 | 6 | 22 |
| **Apnea Index:** | 0.4 | 2.7 | 1.06 | 0.0 | 1.1 |
| **Hypopnea Index:** | 8.3 | 0.9 | 4.52 | 5.8 | 6.1 |
| **A/H Index:** | 8.6 | 3.7 | 5.58 | 5.8 | **7.2** |
| **RDI:** | 16.5 | 4.6 | 9.84 | 11.5 | **13.0** |

**RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Apnea Events**

| | Central | Obstructive | Mixed | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 12.7 | 16.0 | 0.0 | 13.5 |
| Max Dur (sec) | 16.0 | 16.0 | 0.0 | 16.0 |

**Hypopnea Events**

| | Central | Obstructive | Unclassified | TOTAL |
|---|---|---|---|---|
| Mean Dur (sec) | 0.0 | 16.6 | 0.0 | 16.6 |
| Max Dur (sec) | 0.0 | 20.5 | 0.0 | 20.5 |

**Central Hypopnea summary**

| | Total |
|---|---|
| Total number | 0 |
| Max length (sec) | 0.0 |

**Respiratory Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 21.5 | 81 |
| Non-REM Events: | 26.3 | 70 |
| REM Events: | 5.5 | 6 |

** **Respiratory Arousals** = Apnea Arousals + Hypopnea Arousals + RERA's.*

**PLMs Analysis (by Sleep Stage)**

| | Count | Index (#/h) |
|---|---|---|
| Leg movements | 33 | 8.8 |
| Leg movements meeting PLM criteria | 32 | 8.5 |
| Leg movements NOT meeting PLM criteria | 1 | 0.3 |
| Leg movements with arousal meeting PLM criteria | 3 | 0.8 |
| Leg movements without arousal meeting PLM criteria | 29 | 7.7 |

**Spontaneous EEG Arousals ***

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events: | 34 | 9.0 |
| Non-REM Events: | 9.4 | 25 |
| REM Events: | 4.6 | 5 |

** **EEG Arousals** not associated with Respiratory or PLMs activity.*



**Lincoln/ Shaw 2486**

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly

Study Date: 5/20/2017

## SPLIT NIGHT REPORT

**Oxygen Saturation**

| | WAKE | NON-REM | REM | TIB | TST |
|---|---|---|---|---|---|
| Mean SpO2%: | 96 | 96 | 96 | 96 | 96.00 |
| Min. SpO2%: | - | - | - | 93 | 93 |
| SpO2% <=89% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| **Time in Range** | | | | | |
| 90 – 100% (min): | 24.60 | 160.00 | 65.70 | 250.30 | 225.70 |
| 80 – 89% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 – 79% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 – 69% (min): | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 – 59% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| < 50% (min): | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 |
| % Artifact / Bad Data: | 1.2 | 0.0 | 0.0 | 1.2 | 0.00 |

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <60 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <70 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <75 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <80 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <85 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <90 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <95 | 1.1 | 0.4 | 0.0 | 0.0 | 4.3 | 1.7 | 5.4 | 2.1 |
| <89 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Sleep HEALTH MD

**AARON B. MORSE, M.D., FCCP**
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient Name: Shaw, Kimberly Study Date: 5/20/2017

## SPLIT NIGHT REPORT

### Treatment Analysis

**TITRATION (CPAP & Bi-Level) Analysis**

| IPAP | EPAP | TIB (min) | REM (min) | NREM (min) | Apneas CA# | OA# | MA# | Index | Hypopneas # | Index | RERAs # | Index | All AHI | Resp | RDI | Arsl Index | Min SpO2 | Mean SpO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4 | 2.8 | 0.0 | 2.8 | 0 | 0 | 0 | 0.0 | 2 | 42.9 | 0 | 0.0 | 42.9 | 2 | 42.9 | 42.9 | 93 | 95 |
| 5 | 5 | 18.2 | 0.0 | 18.2 | 0 | 0 | 0 | 0.0 | 1 | 3.3 | 5 | 16.5 | 3.3 | 6 | 19.8 | 36.3 | 94 | 95 |
| 6 | 6 | 30.4 | 0.0 | 28.4 | 0 | 0 | 0 | 0.0 | 5 | 10.6 | 1 | 2.1 | 10.6 | 6 | 12.7 | 14.8 | 94 | 95 |
| 7 | 7 | 21.4 | 0.0 | 21.4 | 0 | 1 | 0 | 2.8 | 0 | 0.0 | 1 | 2.8 | 2.8 | 2 | 5.6 | 8.4 | 95 | 96 |
| 8 | 8 | 44.4 | 20.0 | 12.4 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 7 | 13.0 | 0.0 | 7 | 13.0 | 25.9 | 95 | 96 |
| 9 | 9 | 5.9 | 0.0 | 5.9 | 0 | 0 | 0 | 0.0 | 5 | 50.8 | 0 | 0.0 | 50.8 | 5 | 50.8 | 50.8 | 93 | 97 |
| 10 | 10 | 11.6 | 0.0 | 11.6 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 2 | 10.3 | 0.0 | 2 | 10.3 | 20.7 | 93 | 97 |
| 11 | 11 | 17.5 | 0.0 | 16.5 | 0 | 0 | 0 | 0.0 | 4 | 14.5 | 5 | 18.2 | 14.5 | 9 | 32.7 | 50.9 | 96 | 97 |
| 12 | 12 | 14.1 | 0.0 | 14.1 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 4.3 | 96 | 97 |
| 13 | 13 | 12.4 | 0.0 | 11.4 | 0 | 0 | 0 | 0.0 | 5 | 26.3 | 1 | 5.3 | 26.3 | 6 | 31.6 | 47.4 | 95 | 96 |
| 14 | 14 | 61.3 | 45.7 | 14.1 | 3 | 0 | 0 | 3.0 | 1 | 1.0 | 0 | 0.0 | 4.0 | 4 | 4.0 | 10.0 | 95 | 97 |

**Supplemental Oxygen**
*(Based on custom state #1 event set in Sleepware)*

| State | Liters | Sleep Distribution Dur (min) | % Sleep | % REM | % SWS | Apneas # CA | # OA | # MA | Hypopneas Count | AHI | RERA Count | RDI | # Desat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | | | | | |

**AARON B. MORSE, M.D., FCCP**
DIRECTOR
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

All Night Hypnogram






## Encounters and Procedures

Clinical Encounter Summaries

**Lincoln/ Shaw 2489**

**SHAW, KIMBERLY (id #38558, dob:**

**Encounter Date: 07/10/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 07/10/2017 01:30PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : SEDGWICK, JACQUELINE<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 07/10/2017 01:34 pm | **Wt:** | 204 lbs 07/10/2017 01:38 pm | **BMI:** | 30.1 07/10/2017 01:38 pm |
| **BP:** | 118/64 sitting L arm 07/10/2017 01:39 pm | **Pulse:** | 82 bpm regular 07/10/2017 01:38 pm | **O2Sat:** | 96% Room Air at Rest 07/10/2017 01:38 pm |
| **RR:** | 16 07/10/2017 01:39 pm | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**XOLAIR**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |

**Lincoln/ Shaw 2490**

| | | |
|---|---|---|
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 07/02/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

norco 3-325
turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 05/19/2017)

Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty

- Tonsillectomy

GYN History

(not configured)

Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

Screening

None recorded.

HPI

The patient underwent a split study which showed severe obstructive sleep apnea and a therapeutic pressure of 10 cm. H2O pressure

She has been using her CPAP all night, every night

She feels that fatigue is less . She has chronic pain and is on Norco

There have been no problems with the mask, CPAP pressure, humidifier or machine

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. The patient arises around 730 AM

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab. Past medical, social and family history reviewed and unchanged from the note of 5-19-17

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin.
She has a history of anemia

She has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

The CPAP compliance report was reviewed in detail, including all graphs and tables.

COMPLIANCE RPT 07/10/2017 USED 29/30 NIGHTS ; AVERAGE USED: 06 HRS AND 34 MINS PER NIGHT, APNEA HYPOPNEA INDEX: 2.6 COMPLIANCE: 83.3%

ROS

Patient reports **weight gain (4lbs)**. She reports **dry mouth** but reports no sore throat. She reports **shortness of breath** but reports no cough; **Shehas asthma**. She reports no chest pain and no palpitations.

Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and

**Mallampati score of** (1).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

## Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab..

There is excellent compliance and clinical response with CPAP.

She has met CPAP compliance requirement

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Various aspects of use and compliance with CPAP were reviewed with the patient.

Iron will be continued.

Return in 3 months

**1. Obstructive sleep apnea of adult**
G47.33: Obstructive sleep apnea (adult) (pediatric)

### Return to Office

- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 08/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 09/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 10/05/2017 at 02:00 AM
- Helena P. Norris, NP for FOLLOWUP at SANTA CRUZ OFFICE on 10/13/2017 at 11:30 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 11/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 12/05/2017 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 01/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 02/05/2018 at 02:00 AM
- DME BILLING WALK INS for RENTAL/PURCHASE at SANTA CRUZ OFFICE on 03/05/2018 at 02:00 AM

## Encounter Sign-Off

Encounter signed-off by Helena P. Norris, NP, 07/10/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 07/10/2017 at 1:59pm

**Encounter Date: 05/31/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/31/2017 03:00PM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911,**

**Fax (831) 425-2074**

Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 9 in 05/31/2017 03:02 pm | **Wt:** 200 lbs 05/31/2017 03:09 pm | **BMI:** 29.5 05/31/2017 03:09 pm |
| **BP:** 122/72 sitting L arm 05/31/2017 03:06 pm | **Pulse:** 70 bpm regular 05/31/2017 03:06 pm | **O2Sat:** 98% Room Air at Rest 05/31/2017 03:07 pm |
| **RR:** 14 05/31/2017 03:07 pm | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**XOLAIR**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation** INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet** Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet** Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule** Take by oral route. | 05/19/17 | entered |

norco 3-325

turmeric
b-12 complex
fish oil
magnesium
iron
d 3
calicum

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Social History not reviewed (last reviewed 05/21/2017)
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin.
She has a history of anemia

has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

## ROS

Patient reports **snoring and dry mouth** but reports no sore throat. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports no significant weight gain. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no palpitations.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**HEENT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of** (**1**).

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::** Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

## Assessment / Plan

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

**3. Fatigue**
R53.83: Other fatigue

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD
  Pressure (cm H2O): 10 cm. H2O pressure
- SLEEP APNEA: CARE INSTRUCTIONS
- CPAP PROTOCOL

Return to Office
- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

## Encounter Sign-Off
Encounter signed-off by Aaron B. Morse, MD, 05/31/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Aaron B. Morse, MD on 05/31/2017 at 3:25pm

**Encounter Date: 05/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/20/2017 08:45PM |
| **DOB** | 03/21/1967 | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | AARON B. MORSE, MD | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: check now | | |

## Chief Complaint
PSG Split test

## Patient's Care Team
**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies
**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals
None recorded.

## Measurements
None recorded.

## Allergies
Allergies not reviewed (last reviewed 05/19/2017)
**XOLAIR**

## Medications

Medications not reviewed (last reviewed 05/19/2017)

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 05/19/2017)

## Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y
Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N

Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y
Please run a Dx study. 5/19/17 dar

## Surgical History

Surgical History not reviewed (last reviewed 05/19/2017)
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/19/2017)
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

———

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

## ROS

**ROS as noted in the HPI**

## Physical Exam

None recorded.

## Procedure Documentation

**PSG Tech Report v2:**

**General**
Technician Name: Matthew K. Minugh, RPSGT

Lab: SC
Bed: 1

Study Performed PSG-Split Night

PSG- DX

Lights Out (Epoch/Time) Epoch: 154/ 10:44 pm
Lights On (Epoch/Time) Epoch: 487/ 1:30 am

Lights Out (Epoch/Time) Epoch: 503/ 1:39 am
Lights On (Epoch/Time) Epoch: 1010/ 5:52 am

**Medications**
What medications/dosage, if any, were taken prior to the study? Please see medications list, only sleep aid taken at sleep center.
Did the patient take any sleep aid?

If, Yes, Which One: Patient took 5mg Zolpidem.

**Snoring**
Identify snoring volume supine (scale 1 mild to 10 severe): 4
Identify snoring volume non-supine (scale 1 mild to 10 severe): 6
If either Snorting, Gasping, Wheezing or Stridor were present, identify Epoch and position: Snorting occurred in supine and lateral positions.

**PLMS**
Were periodic limb movements present? If Yes, when did it occur?:No Occurred, position/EPOCH? N/A.
Did these limb jerk appear to promote arousal? No

**Respiratory Distrubance Index (RDI)**
Estimated Respiratory Disturbance Index (RDI) : Uncalculated.
Identify the type of events observed (OSA, CSA, OSH, RERAs) and when (position): Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions.

**Oxygen Saturation**
Estimated low saturation: 87%
Was the oxygen saturation apnea related? Yes.
Was the patient placed on oxygen? No. If Yes, what was the reason & LPM (Epoch/Time) N/A.

**Electrocardiogram**
Identify EKG events or NSR and provide example epoch(s): NSR

**Treatment Component**
Was a CPAP Trial done? Yes.
Did the patient have a mask fitting prior to tonight's study? No.
-How did that mask work out for the patient? N/A.
Was the mask the patient's own? No.
What was the make, style, size? ResMed Airfit P10 nasal pillow mask with XS cushion.
Was the CPAP Trial successful? Yes. If No, please document N/A.
Was humidification used? Yes. If Yes at what temperature/setting?: 2-3
Was a chin strap applied? No. Type & Size? N/A.

List the pressure, time, epoch of application:

Mode - CPAP
CPAP Comfort Time
4.0 cm H2O C-Flex+ (3) 1:37 AM
5.0 cm H2O C-Flex+ (3) 1:52 AM
6.0 cm H2O C-Flex+ (3) 2:10 AM
7.0 cm H2O C-Flex+ (3) 2:41 AM
8.0 cm H2O C-Flex+ (3) 3:03 AM
9.0 cm H2O C-Flex+ (3) 3:48 AM
10.0 cm H2O C-Flex+ (3) 3:54 AM
11.0 cm H2O C-Flex+ (3) 4:06 AM
12.0 cm H2O C-Flex+ (3) 4:24 AM
13.0 cm H2O C-Flex+ (3) 4:38 AM
14.0 cm H2O C-Flex+ (3) 4:50 AM

Final Therapy Settings:

Mode: CPAP
CPAP: 14.0 cm H2O
Press. Test Pulse: Off
Comfort: C-Flex+ (3)

Was Bilevel implemented? No. If Yes, explain the reason: N/A.
Was the optimal pressure achieved? Yes

Final Pressure: 14cm H2O
Recommended Pressure: 14cm H2O
Expiratory Pressure Relief: C-Flex 3
Was REM Rebound Present? No.
Was Delta Rebound Present? No.

**Quality Assurance**
Chart Notes/special Needs
-Recording Tech : No issues/ Complete.

Hook Up/Recording
-Recording Tech : No issues/ Complete.

Paper Work/Tagging Patient Information Study
-Recording Tech : No issues/ Complete.

Recording/Technical
-Recording Tech : No issues/ Complete.

Titration/O2 Administration
-Recording Tech : No issues/ Complete.

**General Information and Observations**
General:

When running Titration studies: Please ask the patient if they would like to use the mask worn during the study when setup with PAP or if they would prefer a mask fitting appointment?

Observations: Hypopnea, RERA and moderate snore with arousal occurred in supine and lateral positions. SPO2 nadir of 87% was related to respiratory events. NSR noted. No PLM's noted. Patient appeared to meet criteria for a split night study. Patient tried on a Respironics Wisp nasal mask with s/m cushion and a ResMed Airfit P10 nasal pillow mask with XS cushion, patient chose the nasal pillows. Patient was started on a CPAP pressure of 4cm H2O and titrated to a pressure of 14cm H2O which appeared to eliminate most respiratory events. Patient developed a mouth leak during her last session of REM and would most likely benefit from use of a chinstrap, but time ran out to apply one. Patient appeared to tolerate mask, pressure and testing procedure well.

## Assessment / Plan

None recorded.

### Return to Office

- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

## Encounter Sign-Off

Encounter signed-off by Julie Pitman, 05/22/2017.

Encounter performed and documented by Aaron B. Morse, MD
Encounter reviewed & signed by Julie Pitman on 05/22/2017 at 8:36am

**Encounter Date: 05/19/2017 (Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm Last amended by Helena P. Norris, NP on 05/19/2017 at 12:04pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHAW, KIMBERLY (50yo, F) ID# 38558 | **Appt. Date/Time** | 05/19/2017 09:15AM |
| **DOB** | | **Service Dept.** | SANTA CRUZ OFFICE |
| **Provider** | HELENA P. NORRIS, NP | | |
| **Insurance** | Med Primary: PHYSICIANS MEDICAL GROUP OF SANTA CRUZ COUNTY (HMO)<br>Insurance # : XDM667A24343<br>Policy/Group # : 174023HCA1<br>PCP : BANNAN, BARBARA JEAN<br>Referring Provider Name : SEDGWICK, JACQUELINE<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** BANNAN, BARBARA JEAN: 9515 SOQUEL DR STE 100, APTOS, CA 95003, Ph 831-661-6020, Fax 831-688-1359
**Referring Provider (Primary Insurance):** SEDGWICK, JACQUELINE: 528 CAPITOLA AVE, CAPITOLA, CA 95010, Ph (831) 475-1630, Fax (831) 475-1629
**Other:** ANDREA LING MD: 700 FREDERICK ST STE 203, SANTA CRUZ, CA 95062-2239, Ph (831) 425-1906, Fax (831) 423-7579 NPI: 1699099192
**Notes:** Cardiologist: No
Pulmonologist: Ling

## Patient's Pharmacies

**WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 9 in 05/19/2017 09:32 am | **Wt:** | 200.5 lbs 05/19/2017 09:32 am | **BMI:** | 29.6 05/19/2017 09:32 am |
| **BP:** | 110/74 sitting L arm 05/19/2017 09:37 am | **Pulse:** | 65 bpm regular 05/19/2017 09:37 am | **O2Sat:** | 98% Room Air at Rest 05/19/2017 09:37 am |
| **RR:** | 16 05/19/2017 09:37 am | | | | |

## Measurements

| | |
|---|---|
| **NC:** | 14.25 in 05/19/2017 12:38 pm |

## Allergies

Reviewed Allergies
**XOLAIR**

**Lincoln/ Shaw 2502**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **albuterol sulfate 1.25 mg/3 mL solution for nebulization** | 06/09/16 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 04/24/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 04/24/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |
| **Zantac 150 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/19/17 | entered |
| **zolpidem 5 mg tablet**<br>Take 1 tablet before bedtime | 05/19/17 | dispensed |
| **ZyrTEC 10 mg capsule**<br>Take by oral route. | 05/19/17 | entered |

## Problems

Reviewed Problems

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**General IM and Special Needs**
Smoking Status: Never smoker
Alcohol intake: Occasional
Do you have any infectious diseases? If yes, please explain/describe.: N
Do you make frequent restroom trips during the night?: Y (Notes: sometimes)
Do you need assistance getting to the restroom?: N
Do you use a cane or a wheelchair?: N
Do you need help in or getting out of bed?: N
Do you speak and understand English?: Y

Do you take sleep medications? If so which ones and dosage:: N
Are you on supplemental oxygen?: N
Are you allergic to any medical supplies? Latex, Alcohol, Adhesives, other- what reactions do you have?: N
Do you have panic attacks?: Y (Notes: sometimes)
Are you claustrophobic? Small Rooms, Anything on face? Document:: N
Do you have back problems? Document:: Y (Notes: L5/S1)
Have you had any recent medical procedures that may affect your comfort in bed? If YES, please explain:: N
What is your normal bed time?: 10-11:30PM
What is your normal wake up time?: 6:30-7:30AM
Emergency Contact / Relation:: Jamie Shaw-Spouse (Notes: 831-346-2312)
Height: 5'9
Weight: 200
Was the access code to the elevator given?: Y

## Surgical History

Reviewed Surgical History
- Rhinoplasty
- Tonsillectomy

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Asthma: **Y**
Depression: **Y**

## Screening

None recorded.

## HPI

The patient presents for evaluation of daytime fatigue and heavy snoring

HISTORY OF PRESENT ILLNESS

---

She reports her symptoms have been present for several years

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

There is no awakening with chest pain. There is no awakening with heartburn. There is awakening with dry mouth. There is awakening with nasal congestion.

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does not nod off at work.

She does not fall asleep easily with quiet activities such as reading or watching TV.

She does take naps 3-5 x a week for 2 hours

There is no reported sleepiness driving.

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome.. She has a history of anemia

There are no symptoms of hypnogogic hallucinations , sleep paralysis or cataplexy

Her weight has not been stable.

She has gained 20 lbs in the last 5 years.

PAST MEDICAL HISTORY
There is no history of hypertension, cardiovascular disease, diabetes, nasal allergies or obstruction, asthma, COPD, bronchitis, strokes, thyroid problems or sexual problems.

There is a history of nasal allergies, asthma, depression, chronic fatigue. She had her tonsils removed as a child. She has a history of Pulmonary embolism
.

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

## ROS

Patient reports **weight gain (20lbs)**. She reports **snoring and dry mouth** but reports no sore throat and no teeth problems. She reports **wheezing and shortness of breath** but reports no cough; **Shehas asthma**. She reports **headache and restless legs** but reports no headaches. She reports **depression and restless sleep** but reports no alcohol abuse. She reports **fatigue**. She reports no chest pain, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and heartburn. She reports (normal) changes in urinary habits: urinary frequency: more than twice at night (nocturia). She reports no swelling in the extremities. She reports no runny nose, no sinus pressure, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: active and alert and normal affect. Insight: good judgement.

**Head:** Head: normocephalic and atraumatic.

**HEENT:** Nose: no lesions on external nose, sinus tenderness, or nasal discharge and **deviated septum** and **nasal obstruction**. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates, **recessive chin** and **Mallampati score of** (**3**), and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck supple, trachea midline, and no masses. Thyroid no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck Vessels No carotid bruits. Extremities no edema.

**Abdomen:** Inspection and Palpation: soft, non-distended, no tenderness, and bowel sounds.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Extremities: no cyanosis or varicosities. Gait And Stance normal gait.

**Neurologic:** Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor. Sensation normal to light touch.

**Eyes:** Pupils PERRLA. Lids aand Conjunctivae no discharge or pallor and non-injected.

## Assessment / Plan

The patient's history and clinical presentation are consistent with obstructive sleep apnea. She has excessive daytime sleepiness and fatigue

A sleep study will be ordered. If sleep apnea is present, all therapeutic options will be discussed.

.She has nightly symptoms of restless legs syndrome. A serum ferritin will be obtained as a low serum ferritin may be associated with restless leg syndrome. Treatment with iron may result in improvement of symptoms. She takes Gabapentin TID

**Lincoln/ Shaw 2505**

The risks associated with driving or operating machinery while sleepy were discussed with the patient, who understands and agrees to take measures to eliminate these risks.

Thank you for your consultation request. We will be happy to follow the patient with you as necessary.

**1. Hypersomnia**
G47.10: Hypersomnia, unspecified
- SLEEP STUDY, BASELINE DIAGNOSTIC POLYSOMNOGRAM
- zolpidem 5 mg tablet - Take 1 tablet before bedtime Dispensed. Dispense Qty: 1 tablet(s)

**2. Restless legs**
G25.81: Restless legs syndrome
- RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS
- FERRITIN

**3. Fatigue**
R53.83: Other fatigue

Return to Office
- NIGHT TESTING SCHEDULE for ATTENDED DX at SANTA CRUZ OFFICE on 05/20/2017 at 08:45 PM
- Helena P. Norris, NP for F/U AFTER DX at SANTA CRUZ OFFICE on 06/14/2017 at 02:45 PM

Amendment Sign-Off
Encounter signed-off by Helena P. Norris, NP, 05/19/2017.

Encounter performed and documented by Helena P. Norris, NP
Encounter reviewed & signed by Helena P. Norris, NP on 05/19/2017 at 11:48am
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:03pm
Amendment closed by Helena P. Norris, NP on 05/19/2017 at 12:04pm

**Clinical Case Review:** Yong-Sung Chyun, M.D. LMCP

**Referred by:** Kristie La Rocca
**Report Date:** 9/27/17
**Insured's Name**: Kimberly Shaw
**DOB:**
**Claim Number:** 3840737

**Employer:** Dignity Health
**Job Title/Occupation:** Clinical coordinator pulmonary
**DOD:** 4/21/17
**Type of Claim:** LTD

*1. Please contact treating provider(s) When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

The office of Dr. Jacqueline Sedgewick, PCP, was contacted on 9/26/17 at 831-475-1630. A message was left requesting a call back. Second call will be placed if no response is received within 2 days. If contact is successful, an addendum will be filed.

*2. What diagnosis is supported by the medical evidence in the file?*

Asthma J45
Fatigue R55.82
Weakness R53.1
Obstructive sleep apnea G47.33
Depression
Lumbar radiculopathy
Arthralgia
History of pulmonary embolism

*3. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence. Please include the duration.*

Fatigue R55.82
Weakness R53.1

The impairment is based on self-reported symptoms of fatigue and muscle weakness/pain. Restriction to sedentary activities with weight restriction of 20 pounds for occasional lifting, carrying, pushing and pulling is recommended. Occasional is defined as three times per hour. Walking is restricted to 30 minutes per hour. Standing is unrestricted. Crouching, squatting, bending, climbing of ladder and stair are limited. These restrictions and limitations are recommended for a period of 3 months from the

time of this review. It is anticipated full time work capacity of 36 to 40 hours per week would be sustainable within these parameters. A re-evaluation of the claimant's functional status at the end of the 3 months is also recommended.

**Analysis:**

Asthma is well documented in the records as a diagnosis for the claimant. Records indicate multiple emergency room visits for asthma from December 2015 to March 2016 as well as an admission in January 2016 for asthma and a pulmonary embolus. It is stated the symptoms of muscle pain, weakness and fatigue began after these exacerbations of asthma that required a prolonged course of high dose anti-inflammatory steroid therapy. Steroid induced myopathy was suspected initially but even with eventual cessation of steroid, the symptoms did not improve and have persisted. In addition, difficulty with short term memory, concentration and loss of interest in intellectual activities are reported by the claimant. Extensive evaluations that include MRI scan of the brain and lab testing have failed to provide a diagnosis for these symptoms. Lumbar disc disease and mild bilateral sensory deficits of both legs were found during a neurological evaluation earlier in 2017. Cervical spine spondylosis was found by MRI scan in June 2017.

The lack of objective evidence of an underlying rheumatologic or inflammatory condition to explain the claimant's symptoms makes the assessment of her impairment difficult. Entities such as chronic fatigue syndrome or fibromyalgia are often used in this type of clinical situation but these diagnoses are made by a process of elimination and are not based on any specific objective criteria. The American College of Rheumatology guidelines for the diagnosis of fibromyalgia are based on clinical observations and history and do not attain the level of objective criteria. There is also a lack of consensus among medical providers that chronic fatigue syndrome and fibromyalgia are true disease entities.

The diagnoses of asthma and obstructive sleep apnea are supported by the records. The use of CPAP has improved the quality of the sleep. Sustained impairment as a result of these conditions is not supported by the records. The most recent records of the PCP from 7/20/17 indicate the claimant was advised to complete additional evaluations by subspecialty providers. The outcomes of any such assessments are not included in the records.

**Case Summary:**

The claimant is a 50 year old female with history of asthma. She developed persistent myalgia, weakness and fatigue since January 2016.

**Records Reviewed/Historical:**

Employee activities questionnaire: 8/17/17
Hub Enterprises investigative report: 8/14/17
Dr. Andrea Ling, pulmonary: 1/19/16-5/31/17
Dr. Aaron Morse: sleep study 5/31/17
Dominican Hospital: ER/admissions 12/30/15-3/3/16
Dr. Princy Arora, neurology: 5/23/17-8/21/17
Dr. Jacqueline Sedgwick, Dr. Milan Patel, PCP: 7/20/17, 7/31/17
Occupational analysis/vocational review: 7/28/17

Electronically signed,
Yong-Sung Chyun, M.D.
Board Certified Internal Medicine and Endocrinology
Consulting Physician, Liberty Mutual

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

Return To: Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – 3-13-17
DATE LAST TREATED – 8-18-17
NEXT OFFICE VISIT – 9-15-17

M25.50, R26.2, R53.82
Chronic pain, fatigue, ambulatory dysfunction
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

NA Patient now using cane to ambulate off work.

- ☒ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Patient develops weakness, tremor and pain with any repetitive activity, She had abnormal sensory NCV testing and L-S nerve compression at Neurologists, her symptoms have progressively worsened, now she is depressed.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

The Neurologist recommended further evaluation at Stanford, she has been referred again (insurance denied)

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

See #3

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| Jacqueline Sedgwick | MD General Preventive Medicine | * |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 528 Capitola Ave | 831-475-1630 | 831-475-1629 |
| Street Address | Telephone Number | Fax Number |

* I work for Dignity Health/Santa Cruz Medical Group

| Capitola CA 95010 | [signature] | 8/29/17 |
|---|---|---|
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2510

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship:

Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7511
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

____________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: __________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth: ______

Other Names: — Telephone #: ______

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS ~~- Center for Lifestyle Management~~ (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ______________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ___________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- At the request of the patient or personal representative; ***OR***
- Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw, Date: 8/3/17
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the substance abuse treatment information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________ Date of Birth: ____________

Other Names: ______________________ Telephone #: ____________

Medical Record or Account#: ______________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________
(Persons/organizations authorized to *receive* the information)

______________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

- ☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:
  - o Discharge summary
  - o Progress Notes
  - o Consultation Reports
  - o Emergency Room
  - o Other: ______________________
  - o Resting/Exercise EKG
  - o History and Physical
  - o Laboratory Tests

- ☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.



H:\WPDOCS\POLICIES\Medical Release\ Authorization.doc

Lincoln/ Shaw 2518

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

1137 1144
9/6/17
CA

August 28, 2017

Jacqueline Sedgwick

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberlv Shaw
Claimant D.O.B.

Dear Jacqueline Sedgwick:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present
- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

→ Please send all

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | JACQUELINE SEDGWICK |
| Attn: | medical records |
| Fax: | (831) 475-1629 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Allscripts

# Chart Print Cover Page

| | |
|---|---|
| **Patient:** | **SHAW, KIMBERLY** |
| **MRN:** | **11371144** |
| **Organization:** | **Dominican Medical Group** |
| **View:** | **All by Section*** |
| **Print Server:** | **HIM Printers** |
| **Printer:** | **DMFPRTMR01** |

| | |
|---|---|
| **Document Count:** | **19** |
| **Result Count:** | **20** |
| **Encounter Form Count:** | **0** |
| **Total:** | **39** |

Printed: 9/18/2017 8:11:00AM
By: Federico, Chantel

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN149114S
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 5/12/2017 11:39:00AM
**Resulted:** 5/13/2017 3:00:00AM
**Verified By:** Chen, Robert
**Auto Verify:** N

**CK Total**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CK TOTAL | 62 | U/L | | 29-143 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** MCF_858A5784-30AE-4C77-B7
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Other

**Collected:** 4/14/2017 7:54:00AM
**Resulted:** 4/14/2017 7:54:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**ASCVD Risk** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CV Calculator Lifetime Risk | 27 | % | | |
| Age: 50<br>Sex: F<br>Race: WH<br>Total Cholesterol: 173<br>HDL Cholesterol: 50<br>Systolic Blood Pressure: 128<br>Being treated for hypertension: No<br>Diabetes: No<br>Smoker: No | | | | |
| CV Calculator Ten Year Risk | 1.15 | % | | |
| Age: 50<br>Sex: F<br>Race: WH<br>Total Cholesterol: 173<br>HDL Cholesterol: 50<br>Systolic Blood Pressure: 128<br>Being treated for hypertension: No<br>Diabetes: No<br>Smoker: No | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Focus Diagnostics
Hollis Batterman, MD, 33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/15/2017 7:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Parvovirus B19 DNA Qual RT PCR**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PARVOVIRUS B19 DNA, QL PCR | NOT DETECTED | | | |

REFERENCE RANGE: NOT DETECTED
This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| | |
|---|---|
| SOURCE | PLASMA |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:** ` ,
**Work:**

---

## Results

**Lab Accession #** EN314002Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/14/2017 12:12:00PM
**Resulted:** 4/15/2017 3:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**H pylori Ag EIA Stool**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RESULT: | Detected | | A | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130840Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:48:00AM
**Resulted:** 4/17/2017 5:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**QuantiFERON (R) TB Gold**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QUANTIFERON(R)-TB GOLD<br>Negative test result. M. tuberculosis complex infection unlikely. | NEGATIVE | | | NEGATIVE |
| NIL | 0.04 | IU/mL | | |
| TB-NIL<br>The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.) | 0.01 | IU/mL | | |
| MITOGEN-NIL | >10.00 | IU/mL | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Focus Diagnostics
Hollis Batterman, MD, 33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/17/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Coccidioides Ab Panel Serum**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CF TITER • | <1:2 | | | |
| IGG ID (F ANTIGEN) | NEGATIVE | | | |
| IGM ID (TP ANTIGEN) | NEGATIVE | | | |

REFERENCE RANGES: CF titer: <1:2
IgG ID (F antigen): NEGATIVE
IgM ID (TP antigen): NEGATIVE

The Complement Fixation (CF) assay was developed and its performance characteristics have been determined by Quest Diagnostics Infectious Disease. Performance characteristics refer to the analytical performance of the test.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN350751R
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 5/1/2017 3:02:00PM
**Resulted:** 5/9/2017 2:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Fecal Globin Occult Blood InSureFIT**

**Stage:** Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| FECAL GLOBIN | Not Detected | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F .
**EMRN:** 11371144
**OMRN:** 11371144
**Home:** (831) 600-5145
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 5:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**RPR Screen (Dx) wRfx Titer /FTA / TPPA**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RPR (STS), QUAL | NON-REACTIVE | . | | NON-REACTIVE |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 8:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Hepatitis Acute Panel**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HEPATITIS A Ab IgM | NON-REACTIVE | | | NON-REACTIVE |
| HEP B CORE Ab, IgM | NON-REACTIVE | | | NON-REACTIVE |
| HEPATITIS C Ab | NON-REACTIVE | | | NON-REACTIVE |
| SIGNAL TO CUT-OFF | 0.03 | | | <1.00 |
| HEPATITIS B SURFACE Ag | NON-REACTIVE | | | NON-REACTIVE |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 11:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**ASO Anti-Streptolysin O Ab**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ANTI-STREPTOLYSIN O (ASO) | 32 | IU/mL | | < OR = 200 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW. KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

---

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 11:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**CRP C-Reactive Protein ( Non High Sensitivity )**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-REACTIVE PROTEIN | 0.26 | mg/dL | | <0.80 |

Please be advised that patients taking Carboxypenicillins may exhibit falsely decreased C-Reactive Protein levels due to an analytical interference in this assay.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 12:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Lipid Panel wRfx Direct LDL**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 173 | mg/dL | | 125-200 |
| TRIGLYCERIDES | 196 | mg/dL | H | <150 |
| HDL CHOLESTEROL | 50 | mg/dL | | > OR = 46 |
| LDL CHOLESTEROL (CALC) | 84 | mg/dL (calc) | | <130 |
| Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease. | | | | |
| CHOLESTEROL/HDL RATIO | 3.5 | (calc) | | < OR = 5.0 |
| Non-HDL Cholesterol | 123 | mg/dL (calc) | | |
| Target for non-HDL cholesterol is 30 mg/dL higher than LDL cholesterol target. | | | | |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

| | | | |
|---|---|---|---|
| Patient: | SHAW KIMBERLY | Age/Sex/DOB: | 50 yrs F |
| | | EMRN: | 11371144 |
| | | OMRN: | 11371144 |
| | | Home: | |
| | | Work: | |

---

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | EN130738Q | Collected: | 4/12/2017 10:44:00AM |
| Ordering Provider: | Sedgwick,Jacqueline H | Resulted: | 4/13/2017 12:00:00AM |
| Performing Location: | QUEST DIAGNOSTICS SACRAMENTO<br>3714 NORTHGATE BLVD<br>SACRAMENTO, CA 95834-1617 | Verified By: | Sedgwick, Jacqueline H |
| | | Auto Verify: | N |

**LD ( LDH )**     **Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| LACTATE DEHYDROGENASE (LDH) | 176 | U/L | | 120-250 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**IgE Immunoglobulin E** **Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| IMMUNOGLOBULIN E (IgE) | 204 | kU/L | H | <OR=114 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 11:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Protein Electrophoresis Serum**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PROTEIN, TOTAL | 6.8 | g/dL | | 6.1-8.1 |
| ALBUMIN | 4.0 | g/dL | | 3.8-4.8 |
| ALPHA-1-GLOBULIN | 0.3 | g/dL | | 0.2-0.3 |
| ALPHA-2-GLOBULIN | 0.7 | g/dL | | 0.5-0.9 |
| GAMMA GLOBULIN | 0.8 | g/dL | | 0.8-1.7 |
| INTERPRETATION | Normal Electrophoretic Pattern | | | |
| BETA 1 GLOBULIN | 0.6 | g/dL | | 0.4-0.6 |
| BETA 2 GLOBULIN | 0.4 | g/dL | | 0.2-0.5 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 1:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**PTH Intact wCalcium**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PTH INTACT | 52 | pg/mL | | 14-64 |

| Interpretive Guide | Intact PTH | Calcium |
|---|---|---|
| Normal Parathyroid | Normal | Normal |
| Hypoparathyroidism | Low or Low Normal | Low |
| Hyperparathyroidism | | |
| Primary | Normal or High | High |
| Secondary | High | Normal or Low |
| Tertiary | High | High |
| Non-Parathyroid | | |
| Hypercalcemia | Low or Low Normal | High |

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CALCIUM, SERUM | 9.4 | mg/dL | | 8.6-10.4 |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 2:00:00AM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

UA wMicroscopic and Cult If Ind

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| UR APPEARANCE | CLEAR | | | CLEAR |
| UR COLOR | YELLOW | | | YELLOW |
| UR SPECIFIC GRAV | 1.017 | | | 1.001-1.035 |
| UR PH | 5.5 | | | 5.0-8.0 |
| OCCULT BLOOD UR | NEGATIVE | | | NEGATIVE |
| UR BILIRUBIN | NEGATIVE | | | NEGATIVE |
| UR GLUCOSE | NEGATIVE | | | NEGATIVE |
| UR KETONES | NEGATIVE | | | NEGATIVE |
| PROTEIN | NEGATIVE | | | NEGATIVE |
| UR RBC | NONE SEEN | /HPF | | < OR = 2 |
| WBC | NONE SEEN | /HPF | | < OR = 5 |
| BACTERIA | NONE SEEN | /HPF | | NONE SEEN |
| UR SQUAMOUS EPITH | NONE SEEN | /HPF | | < OR = 5 |
| UR HYALINE CASTS | NONE SEEN | /LPF | | NONE SEEN |
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | | |
| NITRITE | NEGATIVE | | | NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE |

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW. KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** QUEST DIAGNOSTICS SACRAMENTO
3714 NORTHGATE BLVD
SACRAMENTO, CA 95834-1617

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/13/2017 1:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**HIV 1/2 Ag/Ab 4th Gen wRfx**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HIV AG/AB, 4TH GEN | NON-REACTIVE | | | NON-REACTIVE |

HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.

PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)

The performance of this assay has not been clinically validated in patients less than 2 years old.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Focus Diagnostics
Hollis Batterman, MD, 33608 Ortega Highway
San Juan Capistrano, CA 92675-2042

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/15/2017 8:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**Lyme Abs Total wRfx to Blot IgG/IgM**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| LYME AB SCREEN | <0.90 | INDEX | | |

REFERENCE RANGE: <0.90

| Index | Interpretation |
|---|---|
| < 0.90 | NEGATIVE |
| 0.90-1.09 | EQUIVOCAL |
| > 1.09 | POSITIVE |

As recommended by the Food and Drug Administration (FDA), all samples with positive or equivocal results in a Borrelia burgdorferi antibody screen will be tested using a blot method. Positive or equivocal screening test results should not be interpreted as truly positive until verified as such using a supplemental assay (e.g., B. burgdorferi blot).

The screening test and/or blot for B. burgdorferi antibodies may be falsely negative in early stages of Lyme disease, including the period when erythema migrans is apparent.

# Capitola Family Practice

528 Capitola Ave
Capitola,CA 95010
(831) 475-1630

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN130738Q
**Ordering Provider:** Sedgwick,Jacqueline H
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 4/12/2017 10:44:00AM
**Resulted:** 4/14/2017 9:00:00PM
**Verified By:** Sedgwick, Jacqueline H
**Auto Verify:** N

**EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG)**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| EBV VCA AB (IgM)<br>Value Interpretation<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | < OR = 0.90 | | | |
| EBV VCA AB (IgG)<br>Value Interpretation<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | 4.23 | | H | |
| EBV EBNA AB (IgG)<br>Value Interpretation<br>< or = 0.90 Negative<br>0.91-1.09 Equivocal<br>> or = 1.10 Positive | 4.50 | | H | |
| INTERPRETATION | Suggestive of a past Epstein-Barr virus infection. In infants, a similar pattern may occur as a result of passive maternal transfer of antibody. | | | |

MILAN C. PATEL, M.D., INC. - MILAN C. PATEL, M.D., SOQUEL CA 95073-2473

**SHAW, KIMBERLY D (id #7259, dob: 03/21/1967)**

# SCAN

MRN # 11371144

Milan C. Patel, M.D. Board Certified
4767 Soquel Drive
Soquel, CA 95073
831-477-9912 FAX 831-476-2815

Date: 08/28/2017

RE: Kimberly Shaw. DOB: . PT ID #7259

Dear Dr. Jacqueline Sedgwick.

I would like to thank you for referring Kimberly Shaw to our practice for consultation and evaluation of chronic pain . on 07/31/2017. I have enclosed a copy of the office evaluation for your records. Once again. thank you for allowing me to participate in the care of this patient.

Sincerely.

Electronically Signed by: MILAN C. PATEL, MD

Milan C. Patel MD

ENCOUNTER REASON/DATE

chronic pain
07/31/2017 - 02:15PM - DR. PATEL, MD

PROBLEMS:

Reviewed Problems
- Fatigue - Onset: 08/28/2017

9/8/17 Scan

ALLERGIES:

Reviewed Allergies
**XOLAIR:** Wheezing (Moderate to severe)

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **acyclovir 5 % topical ointment**<br>APPLY A SMALL AMOUNT TID UTD | 12/16/16 | filled |
| **Advair Diskus 250 mcg-50 mcg/dose powder for inhalation** | 04/18/17 | filled |
| **Advair Diskus 500 mcg-50 mcg/dose powder for inhalation** | 07/20/16 | filled |

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/19/17 | filled |
| **azithromycin 250 mg tablet** | 10/02/16 | filled |
| **azithromycin 500 mg tablet** | 11/04/16 | filled |
| **clarithromycin 500 mg tablet** | 04/19/17 | filled |
| **clotrimazole 10 mg troche** | 04/22/17 | filled |
| **DULoxetine 30 mg capsule,delayed release** | 12/15/16 | filled |
| **DULoxetine 60 mg capsule,delayed release** | 04/18/17 | filled |
| **EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector** | 01/09/17 | filled |
| **FLUoxetine 20 mg capsule** | 10/13/16 | filled |
| **gabapentin 300 mg capsule** | 04/18/17 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 05/31/17 | filled |
| **levoFLOXacin 500 mg tablet** | 10/03/16 | filled |
| **LORazepam 0.5 mg tablet** | 12/20/16 | filled |
| **metroNIDAZOLE 0.75 % topical cream** | 08/17/16 | filled |
| **montelukast 10 mg tablet** | 04/27/17 | filled |
| **predniSONE 1 mg tablet** | 03/24/17 | filled |
| **predniSONE 20 mg tablet** | 09/01/16 | filled |
| **predniSONE 5 mg tablet** | 09/01/16 | filled |
| **Qvar 80 mcg/actuation Metered Aerosol oral inhaler** | 09/20/16 | filled |
| **Spiriva Respimat 1.25 mcg/actuation solution for inhalation**<br>INHALE 2 INHALATIONS BY MOUTH DAILY | 05/26/17 | filled |
| **tiZANidine 4 mg tablet** | 12/14/16 | filled |
| **traMADol 50 mg tablet** | 05/25/17 | filled |
| **traZODone 50 mg tablet** | 03/24/17 | filled |
| **valACYclovir 1 gram tablet** | 04/22/17 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 08/13/16 | filled |

FAMILY HISTORY:

Reviewed Family History

| | |
|---|---|
| Mother | - Depressive disorder |
| Father | - Heart disease |

SOCIAL HISTORY:

Reviewed Social History

Smoking Status: Never smoker
Marital status: Married
Occupation: full time (Notes: clinical coordinator-Pulmonary rehab)
Alcohol intake: Occasional (Notes: 30 yrs, 1 per week)
Caffeine intake: Moderate (Notes: 2-3 cups for 30yrs)
Exercise level: None

## SURGICAL HISTORY

Reviewed Surgical History
- Cholecystectomy
- Appendectomy
- Tonsillectomy

## ADDITIONAL HISTORY

None recorded

## HISTORY OF PRESENT ILLNESS:

**Generic HPI Template**
Reported by patient.

Notes:

07/31/2017: Patient was ill after christmas of 2015 for status asthmaticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.

Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.

on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.

She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.

**New Sleep Problems**
Reported by patient.

Notes:

07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .

Right handed Caucasian female

## REVIEW OF SYSTEMS:

Patient reports **night sweats and exercise intolerance** but reports no fever, no significant weight gain, and no significant weight loss. She reports **difficulty hearing** but reports no ear pain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports **wheezing and sleep apnea** but reports no cough, no shortness of breath, and no coughing up blood. She reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities. She reports **weakness, numbness, and restless legs** but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue and cold intolerance**. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## PHYSICAL EXAM

Patient is a 50-year-old female.

**Constitutional:**
Weight: well-nourished. Ambulation: ambulates independently.

**Head:**
Size/Trauma: normocephalic and atraumatic.

**Mental Status:**
Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:**
Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Lungs:**
Auscultation: normal breath sounds.

**Heart:**
Rate And Rhythm: RRR. Murmurs: none.

**Skin:**
Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:**
CN II Right: pupil normal size and reactive to light and dark: visual acuity 20/20 without correction and intact to confrontation: and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark: visual acuity 20/20 without correction and intact to confrontation: and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Spine:**
Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.

**Motor Exam:**
Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:**
Reflexes Right: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Reflexes Left: **biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4**, and **achilles 1/4**. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.

**Coordination:**
Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.

**Sensation:**
Sensation (normal) pinprick, temperature, vibration, position, and light touch.

**Gait/Posture:**
Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

## PROCEDURE DOCUMENTATION

None recorded

ASSESSMENT/PLAN

**1. Chronic fatigue syndrome -**

Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.

R53.82: Chronic fatigue, unspecified

**2. Muscle weakness -**

Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.

M62.81: Muscle weakness (generalized)

**Discussion Notes**

1. We will request medical records from Dr. Aurora and review those when available.

2. Patient does not need regular neurological followup at this time.

3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.

The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded

# nChart Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Sep 15 2017 1:40PM

**Reason For Visit**
KIMBERLY is here today for follow up.
**HPI**
This patient is a 50 year old who has had progressively worsening fatigue, arthralgias, weakness and tremors with muscular activity. These symptoms have progressed since I began caring for her in March, 2017, despite agressive attempts at pain managment' and initially began in January, 2016 after being hospitalized for severe asthma and a Pulmonary Embolus with severe respiratory distress. Apparantly, post-hospitalization symptoms were initially attributed to steroid induced myopathy, but due to protracted sympthoms and clinical findings I felt further evaluations were warranted.

an MRI of Brain in 2017 was normal, and a spinal MRI showed:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

She saw a neurologist who did EMG/NCV which were consistent with mild sensory neuropathy. This neurologist recommended referral to a tertiary care center, her insurance denied, and without further clinical testing a second local neurologist felt she did not have a neurologic problem.

A sleep study demonstrated sleep apnea, and multiple lab tests did not identify etiology. She is still awaiting an appointment to see a rheumatologist and appeal to see a neurologist at a tertiary medical center. Now depression due to pain and illness process is understandably complicating diagnosis and contributing to symptoms, but this was not a major problem when I initially began seeing patient this March.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Sep 15 2017 1:40PM | WMH MRN: | |

Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.

### Immunizations

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

### Active Problems

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology; Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Chronic pain (338.29) (G89.29); Pain medications given until Sept. 15
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)

## nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Sep 15 2017 1:40PM | WMH MRN: | |

Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Sensory neuropathy (356.9) (G62.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Tremor (781.0) (R25.1)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Acute bronchitis, unspecified organism (466.0) (J20.9); Resolved: 25Aug2017
Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

**nChart Note**

| | | | |
|---|---|---|---|
| **Patient:** | KIMBERLY SHAW | MRN: | 11371144 |
| **Encounter:** | Sep 15 2017 1:40PM | WMH MRN: | |

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Adult Female Vital Signs Recorded by Tapia, Joel on September 15,2017 01:51 PM
Height: 69 in, Weight: 198 lb, BMI: 29.24 , BSA: 2.06
BP: 117/78 mm Hg
Temp: 97.6 F
HR: 66 b/min ;
Resp: 15 r/min ;
O2 Sat: 98 (%SpO2)
.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular:RRR- Normal heart sounds, no murmurs, no bruits, no edema
Abdomen: BS+, Soft
Musculoskeletal: Difficulty standing from sitting position, gait is stiff and rather wide based, muscular strength 5/5 upper extremities and right leg, 4/5 left leg and EHL, tremor less pronounced today, no pronator drift, CN 2-12 intact, no joint effusions nor erythema of visible joints but pain with ROM
Psych: Alert and Oriented x3, normal affect.

**Results**

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H
- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1

- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

Fecal Globin Occult Blood InSureFIT 01 May 2017 03:02 PM
- FECAL GLOBIN: Not Detected

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N
- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Parvovirus B19 DNA Qual RT PCR 12 Apr 2017 10:44 AM
- PARVOVIRUS B19 DNA, QL PCR: NOT DETECTED
- SOURCE: PLASMA

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90

Coccidioides Ab Panel Serum 12 Apr 2017 10:44 AM
- CF TITER: <1:2
- IGG ID (F ANTIGEN): NEGATIVE
- IGM ID (TP ANTIGEN): NEGATIVE

Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative

ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40

Thyroid Stimulating Hormone 25 Jul 2016 02:41 PM
- TSH: 0.72 Reference Range: 0.35-4.94

FREE T4 25 Jul 2016 02:41 PM
- FT4: 0.87 Reference Range: 0.70-1.48.

**Assessment**

Chronic fatigue (780.79) (R53.82).
Chronic pain (338.29) (G89.29); Pain medications given until Oct. 15, 2017.
Complaints of memory disturbance (780.93) (R41.3).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Generalized weakness (780.79) (R53.1).
Obstructive sleep apnea syndrome (327.23) (G47.33).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Sensory neuropathy (356.9) (G62.9).
Tremor (781.0) (R25.1).

**Orders**

EBV Capsid Ag VCA Abs IgG/IgM; Requested for: 15 Sep 2017.
EBV Quant RT PCR; Requested for: 15 Sep 2017.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

**Discussed**

Patient offered EBV testing as per Social Security form which she brought to office. She will also need repeat lab testing of thyroid and blood sugar, along with follow up testing to ensure H pylori infection did not recur. As she will be moving to Kentucky she will plan on continuing care there, no testing today. Request she keep me posted as to her progress -- I recommend as soon as possible repeat neurology evaluation and send best wishes for her and her wife.

**Signature**

**nChart Note**

| | | | |
|---|---|---|---|
| **Patient:** | **KIMBERLY SHAW** | **MRN:** | **11371144** |
| **Encounter:** | **Sep 15 2017 1:40PM** | **WMH MRN:** | |

**Electronically signed by : Jacqueline H Sedgwick M.D.; 09/17/2017 7:55 AM PST; Author.**

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group

**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: Aug 18 2017 3:00PM

**Reason For Visit**
KIMBERLY is here for follow up.
**HPI**
This patient is a 50-year-old woman who has had progressively worsening pain, muscle tremors with movement and changing position, such as from sit to stand, fatigue and weakness who presents in follow-up. Her symptoms have progressed and she is only able to do about 2 hours per day of activity. She does not have swollen red joints, and the symptoms are not associated with a headache. But her symptoms are more pronounced on the left side.

I have not received a note from Dr. Patel. We will request this.

Her asthma has been well controlled.

.
**Allergies**
Xolair.
**Current Meds**
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx

## nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 18 2017 3:00PM WMH MRN:

TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Aug 18 2017 3:00PM | WMH MRN: | |

Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary emholism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.

.

**Vital Signs**

Recorded by Tapia,Joel on 18 Aug 2017 03:15 PM
BP:110/67,
HR: 57 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Aug 18 2017 3:00PM WMH MRN:

O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Grossly equal strength and tone, but tremor on left thigh and right arm when he goes from sitting to standing and also with initial steps of ambulation to exam table, no swelling or erythema of visible joints, ambulatory with cane, but unsteady gait Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar disc disease however patient also has more diffuse symptoms and needs further evaluation.
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology.
Chronic fatigue (780.79) (R53.82).
Complaints of memory disturbance (780.93) (R41.3).
Tremor (781.0) (R25.1).

**Orders**

Renew Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Qty540; R3; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.
Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty90; R3; Rx.
Renew Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Qty3; R3; Rx.
Rheumatology Referral; Requested for: 18 Aug 2017.

**Discussed**

Patient was put off work effective today. She is anticipated to go through further evaluations and a possible return date was January 15 of 2018 although that will be dependent on results of further studies.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 08/18/2017 5:18 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jul 20 2017 8:40AM

**Reason For Visit**
KIMBERLY is here to discuss long term disability, she also would like to have placard form filled out.
**HPI**
This patient is a 50-year-old woman with progressively worsening pain and weakness who presents in follow-up.

The symptoms began after an extended hospital course for persistent asthma and have progressed over the past 14 months. Initially it was felt that she had steroid induced myopathy, however her symptoms have persisted. They interfere with her activities of daily living. She currently cannot work for more than 4 hours without experiencing extreme fatigue, weakness, and muscle pain. This does remit with rest, but recurs when she resumes activities.

Of late she has been having worsening left thigh pain and weakness. This is intermittent, caused by standing or walking, and at times she feels so weak when she squats she cannot get back up. She has not had any new injury, was unable to complete the EMG/nerve conduction velocity test due to pain. When she is experiencing weakness and pain she cannot walk for more than half a block. She would like a wheelchair in case she needs to be mobile during those times. She is awaiting appointments at Stanford, our local neurologist was uncertain of the etiology. She did not have mass lesions on MRIs of her brain or spinal cord. Her symptoms are not associated with headaches, although at times she does experience a headache.

She was diagnosed with severe sleep apnea and she is feeling at least 25% more refreshed when she wakens since she began the CPAP. She has been using CPAP for 2 months.

She has also been experiencing short-term memory issues with difficulty in word finding as well. She notes that she can read a medical record, correctly direct a referral, but later in the day does not recollect the information. She also notes new difficulties with concentration, having difficulty focusing on a complete article. She previously had no difficulties and was working full time as a respiratory therapist.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

## nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx.

### Immunizations

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

### Active Problems

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or unexpected weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea. Asthma is well controlled on current medications.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.
GU: No dysuria, no hematuria, no urgency or incontinence.
.

**Vital Signs**

Recorded by Tapia,Joel on 20 Jul 2017 08:38 AM
BP:115/75,
HR: 60 b/min,
Resp: 15 r/min,
Temp: 97.2 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,
O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy, supple

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, no bruits, no JVD, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Equal muscle tone all extremities, mild decreased strength in left upper extremity with grip of left hand and right lower extremity with extension and flexion of lower leg but without EHL weakness, tremor, or joint instability; gait stable with cane, weakness with weighthearing on left leg

Skin: No rashes, lesions, nor erythema of visible skin.

**Results**

MR Brain wo+w Con 12 Jun 2017 03:20 PM
- MR Brain wo+w Con

Report
MRI brain with and without contrast performed 12 June 2017.

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

*** F I N A L ***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25
*** F I N A L ***
MR C Spine wo+w Con 12 Jun 2017 02:54 PM
- MR C Spine wo+w Con
Report
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06
***FINAL***
CT Head wo Con 12 Jun 2017 10:44 AM
- CT Head wo Con

Report
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

***FINAL***
Dictated by: Williams, Richard A.MD
Electronically signed by: Williams, Richard A.MD
Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02
***FINAL***
Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H

- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

QuantiFERON (R) TB Gold 12 Apr 2017 10:48 AM
- QUANTIFERON(R)-TB GOLD: NEGATIVE Reference Range: NEGATIVE Flag: N
- NIL: 0.04 Flag: N
- MITOGEN-NIL: >10.00 Flag: N
- TB-NIL: 0.01 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

ASO Anti-Streptolysin O Ab 12 Apr 2017 10:44 AM
- ANTI-STREPTOLYSIN O (ASO): 32 Reference Range: < OR = 200 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N
- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM

- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM

- LYME AB SCREEN: <0.90.

**Assessment**

Thigh pain, musculoskeletal, left (729.5) (M79.652).
Ambulatory dysfunction (719.7) (R26.2).
Arthralgia of multiple sites (719.49) (M25.50).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Neuropathic pain of left thigh (355.8) (G57.92).
Complaints of memory disturbance (780.93) (R41.3).
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Generalized weakness (780.79) (R53.1).
Chronic fatigue (780.79) (R53.82).

**Orders**

Specials Referral; Requested for: 20 Jul 2017.
Follow-up visit in 1 month; Requested for: 20 Jul 2017.
Specials Referral; Requested for: 20 Jul 2017.

**Discussed**

We discussed the referral process is for Stanford. I filled out a temporary disability form for DMV. I also advised patient to drop off any other form she needs completed. She is aware that as a primary care doctor I'm uncertain of her diagnosis, I'm also troubled that her symptoms have progressively worsened, and want her to have specialty evaluation--and she is very amenable to this plan.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 07/20/2017 1:47 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F

Home:
Work:

Encounter Date: May 31 2017 8:40AM

**Reason For Visit**
KIMBERLY is here for follow up of multiple issues. she recently had apt with neurologist and she also had sleep study. Recorded PMH of Recommendation to reduce weight.

**HPI**
This patient is a 50-year-old with multiple medical problems who presents in follow-up.

She has recently had a sleep study showing severe obstructive sleep apnea and will be getting her fitting for CPAP. It is anticipated that this should really help a lot of her symptoms of fatigue.

She also saw the neurologist and is scheduled to have EMG and nerve conduction velocity testing of her lower extremities. It is unclear why the physician did not choose to do upper and lower extremities, but the patient did report that the neurologist also does not feel that her symptoms are due to steroid-induced myopathy. We are still awaiting the report.

We discussed her fatigue and pain and her partner also was here. She does feel able to work 4 hours but then is exhausted and needs to take a nap. She is able to do more ADL's after she takes a tramadol--we discussed the potential side effects, and although she does not feel she is having any I am particualarly concerned re depression. She plans to stop it and try a different pain med--she realizes these are addictive and should be taken sparingly.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY;

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 31 2017 8:40AM | WMH MRN: | |

Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
TraMADol HCl - 50 MG Oral Tablet (Ultram);TAKE ONE TABLET twice daily as needed for pain. stop if causes depression. do not drive if take.; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT.

**Immunizations**
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**
Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodoue due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 31 2017 8:40AM | WMH MRN: | |

Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection. Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insuffiation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

## nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | May 31 2017 8:40AM | WMH MRN: | |

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 31 May 2017 08:52 AM
BP:111/75,
HR: 79 b/min,
Resp: 14 r/min,
Temp: 97.7 F,
Height: 69.00 in, Weight: 202.000 lb, BMI: 29.8 kg/m2,
BMI Calculated: 29.83 ,
BSA Calculated: 2.07 ,
O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear, non-icteric
ENMT: Lips without lesions, mmm
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular: RRR, Normal heart sounds, no murmurs, no edema, no venous cording
Abdomen: BS+
Neuromuscular: No joint swelling at exts but pain at elbows and ankles
Psych: Alert and Oriented x3, normal affect.

**Assessment**

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Arthralgia of multiple sites (719.49) (M25.50).
Chronic fatigue (780.79) (R53.82).
Elbow tendinitis (727.09) (M77.8); Resolved: 29Aug2017.
Strain of groin (848.8) (S76.219A).
Strain of calf muscle (844.8) (S86.819A).
Obstructive sleep apnea syndrome (327.23) (G47.33).

**Orders**

Physical Therapy Referral; Requested for: 31 May 2017.
Renew Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty60; R0; Rx.
Discontinue LORazepam 0.5 MG Oral Tablet.
Discontinue TraMADol HCl - 50 MG Oral Tablet(Ultram).

**Discussed**

Risks of pain medications discussed. Patient will stop tramadol, try hydrocodone which causes statistically less depression, aware of addiction potential, does not drink alcohol, will not drive if takes, will call if any problems. Follow up one month, sooner if new information or new symptoms.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 05/31/2017 8:26 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nPhone Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 10 2017 5:49PM

**Assessment**
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
**Orders**
CK Total; Requested for: 10 May 2017.
**Signature**
Electronically signed by : Jacqueline H Sedgwick M.D.; 05/10/2017 5:57 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nPhone Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 4 2017 5:41PM

**Message**

Patient worked full 8 hours yesterday, and the past days when she has this greatly exacerbated pain and fatigue. She feels fine if works 6 hours and does not feel pain has been exacerbated by lifting - she states lifting oxygen tanks which is the only lifting she does does not change her pain. Unable to get neurology appt. until 5-23-17. She is willing to try accupuncture but has not scheduled. I would like to make sure she has alternatives to pain meds and a clear diagnosis. We discussed putting her on a shortened work schedule for evaluation and anticipated treatment - she was denied an appt. at Stanford, has not seen a specialist yet, I put her on shortened work schedule with weekly appts for accupuncture trial until 10-20-17 but continuing this length of time will depend on ultimate diagnosis and treatment plan with specialists.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 05/04/2017 5:47 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Apr 19 2017 8:00AM

**Reason For Visit**
KIMBERLY is here for follow up of labs done on 4/14/2017.
**HPI**
This patient is a 50-year-old who has had 1 year of unrelenting chronic pain after having severe asthma requiring hospitalization and multiple treatments with steroids who presents to follow-up on her lab results.

1. She has persistent pain, it does not appear to be due to an inflammatory process. All lab results are reviewed. She was given a diagnosis of steroid myopathy, however she has not been on steroids for quite some time, her asthma is not active, and I would like her to be evaluated with an electromyelogram and nerve conduction velocity testing to further evaluate her pain. She has no joint swelling, and although she was given a diagnosis of fibromyalgia by a doctor previously, this is a diagnosis of exclusion, and her pain pattern is not typical.

The patient does say that increasing her gabapentin has really helped her, and she is rarely using tramadol. She states that in the past she has seen a pain management specialist when she lived out of the area, and had some nerve blocks, although the pain was quite different.

2. Patient states her asthma is well controlled on her current medications. Her IgE is very elevated, she has a follow-up with her allergist in about 2 weeks and will discuss this with him.

3. The patient is always fatigued. Her lab test results do reveal that she previously had EBV, and a review suggests that she is not having symptoms of an active infection. As a diagnosis of chronic EBV is very controversy all and the NIH does not believe it exists we will not explore this at this time. She does suffer from insomnia and I believe she should have a sleep study as sleep apnea is likely a component of her fatigue.

4. The patient has H. pylori infection. The symptoms and treatment are discussed.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Apr 19 2017 8:00AM WMH MRN:

Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
TraMADol HCl - 50 MG Oral Tablet (Ultram);take 1 to 2 tabs every 8 hours PRN for pain; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Chronic pain (338.29) (G89.29)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fihromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)

## nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Apr 19 2017 8:00AM | WMH MRN: | |

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 19 Apr 2017 08:15 AM
BP:110/76,
HR: 66 b/min,
Resp: 15 r/min,
Temp: 97.7 F,
Height: 69.00 in, Weight: 204.000 lb, BMI: 30.1 kg/m2,
BMI Calculated: 30.12 ,
BSA Calculated: 2.08 ,
O2 Sat: 97 (%SpO2), RA.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
Psych: Alert and Oriented x3, normal affect.

**Results**

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

ASCVD Risk 14 Apr 2017 07:54 AM
- CV Calculator Ten Year Risk: 1.15
- CV Calculator Lifetime Risk: 27

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Apr 19 2017 8:00AM WMH MRN:

- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***F I N A L***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14,
S: 12/12/2016 14:57
***F I N A L***.

**Assessment**
History of EBV infection (075) (B27.90).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
Chronic fatigue (780.79) (R53.82).
Arthralgia of multiple sites (719.49) (M25.50).
Moderate persistent asthma (493.90) (J45.40).
H. pylori infection (041.86) (A04.8).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Chronic pain (338.29) (G89.29); Resolved: 08May2017.

**Orders**

nChart Note

Patient: KIMBERLY SHAW
Encounter: Apr 19 2017 8:00AM

MRN: 11371144
WMH MRN:

Clarithromycin 500 MG Oral Tablet(Biaxin);TAKE 1 TABLET TWICE DAILY UNTIL FINISHED; Qty20; R0; Rx.
Amoxicillin 500 MG Oral Capsule;2 p0 bid for ten days, take with biaxin and omeprazole; Qty40; R0; Rx.
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Qty60; R0; Rx.
Neurology Referral; Requested for: 19 Apr 2017.
Sleep Study Referral; Requested for: 19 Apr 2017.

**Discussed**

The purpose of referrals as discussed. The risks of side effects with tramadol including addiction are discussed. Patient does not want a refill at this time and is using it sparingly. Patient has been having great difficulty with fatigue and has been missing work. She also has a lot of pain and needs further evaluations. She would like to go on FMLA on a part-time basis that she can complete her evaluation and rest. This seems very reasonable considering the extent and length of her symptoms. The patient will bring in paperwork.

If you experience new or worsening illness symptoms please call our office; after hours urgent care is available at 1820 41st Ave. in Capitola (for emergencies please go to the hospital).

If you had lab or radiology studies done and do not receive the results within 2 weeks, please contact our office and schedule an appointment to discuss results.
~If you have been referred to a specialist, please check with your insurance to make sure they contract with the specialist -- let us know if you would like us to refer you to a different specialist. Our referral coordinator will obtain authorization for referrals or special studies if required by your insurance. Please let us know if you have problems making an appointment.

Please bring a list of all your medications to every healthcare visit. Check with your pharmacist before starting new medications regarding your insurance coverage and any potential drug interactions; call us if you have a problem with your prescription.

Please keep regular healthcare appointments and schedule an annual physical to review your health status, check your blood pressure, refill your prescriptions, etc.

This note has been created with voice recognition software; please excuse any spelling or punctuation errors.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 04/19/2017 10:07 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nPhone Note

## Dominican Medical Group
528 Capitola Ave ~
Capitola CA 95010
(831) 475-1630

Patient: KIMBERLY SHAW
MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Apr 12 2017 8:07AM

**Message**
Additional labs (along with those from patients specialist):

**Assessment**
Acute bronchitis, unspecified organism (466.0) (J20.9).
Chronic fatigue (780.79) (R53.82).
Arthralgia of multiple sites (719.49) (M25.50).

**Orders**
Protein Electrophoresis Serum; Requested for: 12 Apr 2017.
H pylori Ag EIA Stool; Requested for: 12 Apr 2017.
Fecal Globin Occult Blood InSureFIT; Requested for: 12 Apr 2017.
UA wMicroscopic and Cult If Ind; Requested for: 12 Apr 2017.
QuantiFERON (R) TB Gold; Requested for: 12 Apr 2017.
Lyme DNA Qual RT PCR Tick; Requested for: 12 Apr 2017.
HIV 1/2 Ag/Ab 4th Gen wRfx; Requested for: 12 Apr 2017.
RPR Screen (Dx) wRfx Titer /FTA / TPPA; Requested for: 12 Apr 2017.
Hepatitis Acute Panel; Requested for: 12 Apr 2017.
Coccidioides Ab Panel Serum; Requested for: 12 Apr 2017.
PTH Intact wCalcium; Requested for: 12 Apr 2017.
LD ( LDH ); Requested for: 12 Apr 2017.
CRP C-Reactive Protein ( Non High Sensitivity ); Requested for: 12 Apr 2017.
IgE Immunoglobulin E; Requested for: 12 Apr 2017.
Lipid Panel wRfx Direct LDL; Requested for: 12 Apr 2017.
EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG); Requested for: 12 Apr 2017.
ASO Anti-Streptolysin O Ab; Requested for: 12 Apr 2017.
Parvovirus B19 DNA Qual RT PCR; Requested for: 12 Apr 2017.

**Signature**
Electronically signed by : Jacqueline H Sedgwick M.D.; 04/12/2017 8:37 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

## Dominican Medical Group
**528 Capitola Ave ~**
**Capitola CA 95010**
**(831) 475-1630**

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Mar 31 2017 1:40PM

**Reason For Visit**
KIMBERLY is here for establish care. she would like to be evaluated of diffuse pain.

**HPI**
This patient is a 50-year-old woman who has had diffuse pain which has been quite extensively evaluated in the past; she presents to establish care as her primary care doctor has moved on. She has no acute complaints, but would rather like further evaluation regarding her chronic pain.

Past medical and surgical history, along with medications are listed below.

Of note she experienced much worsening symptoms after being on chronic steroids for recurrent bouts of asthma. She ended up being hospitalized for 10 days for severe asthma exasperate patient. She is maintained ongoing care with her pulmonologist who was diagnosed her with steroid myopathy.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Mar 31 2017 1:40PM | WMH MRN: | |

PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)

## nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Mar 31 2017 1:40PM WMH MRN:

Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

History of Rosacea (695.3) (L71.9); Resolved: 31Mar2017.
History of Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017.
History of Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
History of Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017.
History of Fatigue (780.79) (R53.83); Resolved: 03Apr2017.
History of Oral thrush (112.0) (B37.0); Resolved: 03Apr2017.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insuffiation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Recorded by Tapia,Joel on 31 Mar 2017 01:48 PM
BP:123/77,
HR: 69 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 204.000 lb, BMI: 30.1 kg/m2,
BMI Calculated: 30.12 ,
BSA Calculated: 2.08 ,
O2 Sat: 99 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Mar 31 2017 1:40PM | WMH MRN: | |

Abdomen: Bowel sounds present, soft, non-distended, no masses, no hepatosplenomegaly, non-tender

Neuromuscular: Grossly equal strength and tone, no swelling or erythema of visible joints, ambulatory

Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Arthralgia of multiple sites (719.49) (M25.50).
Chronic fatigue (780.79) (R53.82).
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
History of Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016.
Moderate persistent asthma (493.90) (J45.40).

**Discussed**

Patient has had extensive studies, I will review her prior records and consider further evaluation. Patient agrees with this plan.

If you experience new or worsening illness symptoms please call our office; after hours urgent care is available at 1820 41st Ave. in Capitola (for emergencies please go to the hospital).
~If you have been referred to a specialist, please check with your insurance to make sure they contract with the specialist -- let us know if you would like us to refer you to a different specialist. Our referral coordinator will obtain authorization for referrals or special studies if required by your insurance. Please let us know if you have problems making an appointment.

Please bring a list of all your medications to every healthcare visit. Check with your pharmacist before starting new medications regarding your insurance coverage and any potential drug interactions; call us if you have a problem with your prescription.

Please keep regular healthcare appointments and schedule an annual physical to review your health status, check your blood pressure, refill your prescriptions, etc.

This note has been created with voice recognition software; please excuse any spelling or punctuation errors.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 04/03/2017 7:23 AM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Aug 18 2017 3:00PM

**Reason For Visit**
KIMBERLY is here for follow up.
**HPI**
This patient is a 50-year-old woman who has had progressively worsening pain, muscle tremors with movement and changing position, such as from sit to stand, fatigue and weakness who presents in follow-up. Her symptoms have progressed and she is only able to do about 2 hours per day of activity. She does not have swollen red joints, and the symptoms are not associated with a headache. But her symptoms are more pronounced on the left side.

I have not received a note from Dr. Patel. We will request this.

Her asthma has been well controlled.

.
**Allergies**
Xolair.
**Current Meds**
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Aug 18 2017 3:00PM

MRN: 11371144
WMH MRN:

TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Aug 18 2017 3:00PM

MRN: 11371144
WMH MRN:

Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)

Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.

EBV infection (075) (B27.90)

Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)

Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)

Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)

Oral thrush (112.0) (B37.0); Resolved: 03Apr2017

Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)

Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)

URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or weight loss.
CV: No chest pain, palpitations, shortness of breath or peripheral edema.
RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea.
GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.

**Vital Signs**

Recorded by Tapia,Joel on 18 Aug 2017 03:15 PM
BP:110/67,
HR: 57 b/min,
Resp: 15 r/min,
Temp: 97.4 F,
Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,
BMI Calculated: 29.53 ,
BSA Calculated: 2.06 ,

nChart Note

Patient: KIMBERLY SHAW
Encounter: Aug 18 2017 3:00PM
MRN: 11371144
WMH MRN:

O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, S1 and S2 within normal limits, no jugular venous distention, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Grossly equal strength and tone, but tremor on left thigh and right arm when he goes from sitting to standing and also with initial steps of ambulation to exam table, no swelling or erythema of visible joints, ambulatory with cane, but unsteady gait Skin: No rashes, lesions, nor erythema of visible skin.

**Assessment**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar disc disease however patient also has more diffuse symptoms and needs further evaluation.

Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology.

Chronic fatigue (780.79) (R53.82).

Complaints of memory disturbance (780.93) (R41.3).

Tremor (781.0) (R25.1).

**Orders**

Renew Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Qty540; R3; Rx.

Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

Renew TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Qty90; R3; Rx.

Renew Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Qty3; R3; Rx.

Rheumatology Referral; Requested for: 18 Aug 2017.

**Discussed**

Patient was put off work effective today. She is anticipated to go through further evaluations and a possible return date was January 15 of 2018 although that will be dependent on results of further studies.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 08/18/2017 5:18 PM PST; Author.

Jacqueline H Sedgwick M.D.

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F
Home:
Work:

Encounter Date: Sep 15 2017 1:40PM

**Reason For Visit**
KIMBERLY is here today for follow up.
**HPI**
This patient is a 50 year old who has had progressively worsening fatigue, arthralgias, weakness and tremors with muscular activity. These symptoms have progressed since I began caring for her in March, 2017, despite agressive attempts at pain managment' and initially began in January, 2016 after being hospitalized for severe asthma and a Pulmonary Embolus with severe respiratory distress. Apparantly, post-hospitalization symptoms were initially attributed to steroid induced myopathy, but due to protracted sympthoms and clinical findings I felt further evaluations were warranted.

an MRI of Brain in 2017 was normal, and a spinal MRI showed:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

She saw a neurologist who did EMG/NCV which were consistent with mild sensory neuropathy. This neurologist recommended referral to a tertiary care center, her insurance denied, and without further clinical testing a second local neurologist felt she did not have a neurologic problem.

A sleep study demonstrated sleep apnea, and multiple lab tests did not identify etiology. She is still awaiting an appointment to see a rheumatologist and appeal to see a neurologist at a tertiary medical center. Now depression due to pain and illness process is understandably complicating diagnosis and contributing to symptoms, but this was not a major problem when I initially began seeing patient this March.
**Allergies**
Xolair.
**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Ambulatory dysfunction (719.7) (R26.2); Progressively worsening, get neurologic evaluation results, off work was unable to ambulate without cane and does have pronounced tremor when initiating movement here and office, possibly due to spinal compression which is known and patient due to lumbar
Arthralgia of multiple sites (719.49) (M25.50); No visible joint swelling today, previous rheumatologic tests are negative, could be fibromyalgia or as yet undiagnosed rheumatologic syndrome, will refer to rheumatology; Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Chronic pain (338.29) (G89.29); Pain medications given until Sept. 15
Complaints of memory disturbance (780.93) (R41.3)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
Generalized weakness (780.79) (R53.1)
H. pylori infection (041.86) (A04.8)

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Sensory neuropathy (356.9) (G62.9)
Steroid-induced myopathy (359.4,E932.0) (G72.0,T38.0X5A); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Tremor (781.0) (R25.1)
Well woman exam with routine gynecological exam (V72.31) (Z01.419)

**PMH**

Acute bronchitis, unspecified organism (466.0) (J20.9); Resolved: 25Aug2017
Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discusse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).

**nChart Note**

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

Aside from the symptoms listed in the HPI section of this note, the patient reported no other pertinent cardiopulmonary, GI, neurologic, constitutional, dermatologic, and/or behavioral symptoms.

**Vital Signs**

Adult Female Vital Signs Recorded by Tapia, Joel on September 15,2017 01:51 PM
Height: 69 in, Weight: 198 lb, BMI: 29.24 , BSA: 2.06
BP: 117/78 mm Hg
Temp: 97.6 F
HR: 66 b/min ;
Resp: 15 r/min ;
O2 Sat: 98 (%SpO2)
.

**Physical Exam**

Constitutional: NAD
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjuntiva clear
ENMT: Lips without lesions
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular:RRR- Normal heart sounds, no murmurs, no bruits, no edema
Abdomen: BS+, Soft
Musculoskeletal: Difficulty standing from sitting position, gait is stiff and rather wide based, muscular strength 5/5 upper extremities and right leg, 4/5 left leg and EHL, tremor less pronounced today, no pronator drift, CN 2-12 intact, no joint effusions nor erythema of visible joints but pain with ROM
Psych: Alert and Oriented x3, normal affect.

**Results**

Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM

- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H
- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Sep 15 2017 1:40PM WMH MRN:

- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

Fecal Globin Occult Blood InSureFIT 01 May 2017 03:02 PM
- FECAL GLOBIN: Not Detected

H pylori Ag EIA Stool 14 Apr 2017 12:12 PM
- RESULT:: Detected Flag: A

Lipid Panel wRfx Direct LDL 12 Apr 2017 10:44 AM
- CHOLESTEROL, TOTAL: 173 Reference Range: 125-200 Flag: N
- TRIGLYCERIDES: 196 Reference Range: <150 Flag: H
- HDL CHOLESTEROL: 50 Reference Range: > OR = 46 Flag: N
- LDL CHOLESTEROL (CALC): 84 Reference Range: <130 Flag: N
- CHOLESTEROL/HDL RATIO: 3.5 Reference Range: < OR = 5.0 Flag: N
- Non-HDL Cholesterol: 123 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

IgE Immunoglobulin E 12 Apr 2017 10:44 AM
- IMMUNOGLOBULIN E (IgE): 204 Reference Range: <OR=114 Flag: H

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N
- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM
- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur as a resultof passive maternal transfer of antibody.

Parvovirus B19 DNA Qual RT PCR 12 Apr 2017 10:44 AM
- PARVOVIRUS B19 DNA, QL PCR: NOT DETECTED
- SOURCE: PLASMA

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM
- LYME AB SCREEN: <0.90

Coccidioides Ab Panel Serum 12 Apr 2017 10:44 AM
- CF TITER: <1:2
- IGG ID (F ANTIGEN): NEGATIVE
- IGM ID (TP ANTIGEN): NEGATIVE

Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative

ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40

Thyroid Stimulating Hormone 25 Jul 2016 02:41 PM
- TSH: 0.72 Reference Range: 0.35-4.94

FREE T4 25 Jul 2016 02:41 PM
- FT4: 0.87 Reference Range: 0.70-1.48.

**Assessment**

Chronic fatigue (780.79) (R53.82).
Chronic pain (338.29) (G89.29); Pain medications given until Oct. 15, 2017.
Complaints of memory disturbance (780.93) (R41.3).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Generalized weakness (780.79) (R53.1).
Obstructive sleep apnea syndrome (327.23) (G47.33).
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth.
Sensory neuropathy (356.9) (G62.9).
Tremor (781.0) (R25.1).

**Orders**

EBV Capsid Ag VCA Abs IgG/IgM; Requested for: 15 Sep 2017.
EBV Quant RT PCR; Requested for: 15 Sep 2017.
Renew TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Qty100; R1; Rx.
Renew Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Qty45; R0; Rx.

**Discussed**

Patient offered EBV testing as per Social Security form which she brought to office. She will also need repeat lab testing of thyroid and blood sugar, along with follow up testing to ensure H pylori infection did not recur. As she will be moving to Kentucky she will plan on continuing care there, no testing today. Request she keep me posted as to her progress -- I recommend as soon as possible repeat neurology evaluation and send best wishes for her and her wife.

**Signature**

nChart Note

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Sep 15 2017 1:40PM

MRN: 11371144
WMH MRN:

Electronically signed by : Jacqueline H Sedgwick M.D.; 09/17/2017 7:55 AM PST; Author.

Jacqueline H Sedgwick M.D.

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Internal Medicine/Family Practice**

Office: 0096

Claim #: 3840737

Claimant Name: KIMBERLY SHAW

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

| | | | |
|---|---|---|---|
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 4/21/2017 | Date Sent: | 9/18/2017 |
| Claimant SSN: | | Date Benefits Began: | 10/18/2017 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Policyholder/Self-Insured Plan Holder: DIGNITY HEALTH

Referred By: LA ROCCA, KRISTIE 096 8*731-6350

Assigned Nurse Case Manager:

Diagnosis: R53.82 Chronic fatigue, unspecified, G60.8 Other hereditary and idiopathic neuropathie

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

file discussed in Dr. Wager's consult. Full file review recommended with AP contact. Claimant out of work for chronic fatigue and weakness. Comorbids of asthma and osa. Currenlty using cpap with some improvement of symptoms. Records indicate etiology unclear with continued work-up. Claimant was working full time at 36hr/wk but is now working 20hr/wk. Questions for CP: Please provide your assessment and recommendations as well as answering the following questions, 1. Please contact treating provider(s) When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.
2. What diagnosis is supported by the medical evidence in the file? 3. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence. Please include the duration.

## CHRONIC FATIGUE SYNDROME/POSSIBLE DIAGNOSIS RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

To: Social Security Administration Re: Kimberly D. Shaw (Name of Patient)

9/15/17 Functional Capacity

(Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: monthly Since March 2017
2. Does your patient have Chronic Fatigue Syndrome? ✓ Yes ___ No
3. Other diagnoses: Arthralgia Multiple sites, Probable Fibromyalgia, depression, Degenerative Disk Disease
4. Prognosis: Uncertain - referred to specialists
5. Have the patient's impairments lasted or can they be expected to last at least 12 months? ✓ Yes ___ No
6. Does your patient have unexplained persistent or relapsing chronic fatigue that is of new or definite onset (has not been lifelong), is not the result of ongoing exertion, and results in substantial reduction in previous levels of occupational, educational, social, or personal activities? ✓ Yes ___ No
If yes, please describe your patient's history of fatigue. Began before March 2017 and was initially diagnosed as post-steroid myopathy but has progressively worsening weakness and fatigue
7. Have you been able to exclude any other impairments as a cause for your patient's fatigue such as HIV-AIDS, malignancy, parasitic disease (Lyme Disease), psychiatric disease, rheumatoid arthritis, drug or alcohol addiction or abuse, side effects of medications, etc.?
✓ Yes ___ No If yes, identify which impairments you have excluded and on what basis.
RA, SLE, Lyme's, HIV via blood tests
8. Does your patient have the *concurrent occurrence of four or more* of the following *symptoms*, all of which must have persisted or recurred during six or more consecutive months of illness and must not have predated the fatigue? ✓ Yes ___ No If yes, identify the symptoms:
   - ✓ Self-reported impairment in short-term memory or concentration severe enough to cause substantial reduction in previous levels of occupational, educational, social or personal activities;
   - ___ Sore throat;
   - ___ Tender cervical or axillary lymph nodes;
   - ✓ Muscle pain;
   - ✓ Multiple joint pain without joint swelling or redness;
   - ✓ Headaches of a new type, pattern or severity;
   - ✓ Unrefreshing sleep;
   - ✓ Post-exertional malaise lasting more than 24 hours.

   Patient has abnormal sensory findings on EMG/NCV testing; motor testing was inconclusive - needs repeat study.
9. Which of the following *signs* were clinically documented over a period of at least 6 consecutive months:
   - ___ Palpably swollen or tender lymph nodes on physical examination;
   - ___ Nonexudative pharyngitis;
   - ___ Persistent reproducible muscle tenderness on repeated examinations, including the presence of positive tender points.

   List any other *medical signs* that are consistent with medically acceptable clinical practice and are consistent with other evidence in the case record: Pain and stiffness with ROM / Stiff gait, tremor with exertion, muscle weakness with repetitive use even though use is limited.
10. Indicate which, if any, of the following *laboratory findings* are present:
   - ___ An elevated antibody titer to Epstein-Barr virus (EBV) capsid antigen equal to or greater than 1:5120, or early antigen equal to or greater than 1:640
   - ___ An abnormal magnetic resonance imagin g (MRI) brain scan
   - ___ Neurally mediated hypotension as shown by tilt table testing or another clinically accepted form of testing.

   List any other *laboratory findings* that are consistent with medically accepted clinical practice and are
   Diagnosis is not yet conclusive; Further Evaluations Pending; Improvement expected after identify etiology / initiate appropriate treatment.

Lincoln/ Shaw 2596

Kimberly Shaw

consistent with other evidence in the case record; for example, an abnormal exercise stress test or abnormal sleep studies, appropriately evaluated and consistent with the other evidence in the case record: OSA Requiring CPAP
RDI 47, AHI 52

11. Indicate which, if any, of the following *mental findings* have been documented by mental status examination or psychological testing:

___ Short term memory deficit
___ Visual-spatial difficulties
✓ Concentration limitations
✓ Depression
✓ Information processing limitations
✓ Comprehension problems
✓ Anxiety
___ Identify any other *mental findings* suggesting persistent neurocognitive impairment: ______

12. Treatment and response, including list of medication(s) prescribed and their *side effects* on your patient: See Records

13. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations? ✓ Yes ___ No

14. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation? ✓ Yes ___ No
If no, please explain: ______

15. How often during a typical workday is your patient's experience of fatigue or other symptoms severe enough to interfere with attention and concentration needed to perform even simple work tasks?

Constantly ___ Never ___ Rarely ___ Occasionally ✓ Frequently to ✓ Progressive Since 3/2017.

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

16. To what degree can your patient tolerate work stress?
✓ Incapable of even "low stress" jobs
___ Moderate stress is okay
___ Capable of low stress jobs
___ Capable of high stress work
Please explain the reasons for your conclusion: Patient develops progressive weakness, distress and problems with concentration with any activity.

17. As a result of your patient's impairments, estimate as best you can your patient's functional limitations if your patient were placed in a competitive work situation:

a. How many city blocks can your patient walk without rest? <1

b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc. Patient Reports.
Sit: 0 5 10 15 20 30 45 (Minutes) 1 2 More than 2 (Hours)

c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc. Patient Reports:
Stand: 0 5 10 15 20 30 45 (Minutes) 1 2 More than 2 (Hours)

d. Please indicate how long your patient can sit and stand/walk *total in an 8 hour working day* (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| X | X | less than 2 hours |
| ___ | ___ | about 2 hours |

Patient reports needing to lay down becoming exhausted with any activity.



© COPYRIGHT M. Murburg (Rev 08/31/09)

Lincoln/ Shaw 2597

Kimberly Shaw

about 4 hours
at least 6 hours

e. Does the patient need a job which permits shifting positions *at will* from sitting, standing or walking? X Yes ___ No

f. Will your patient sometimes need to take unscheduled breaks during an 8 hour working day? X Yes ___ No If yes, 1) how *often* do you think this will happen? Patient has tremor and currently 2) how *long* (on average) will your patient weakness onset have to rest before returning to work? within 30 to 60 mins.

g. While engaging in occasional standing/walking, must your patient use a cane or other assistive device? X Yes ___ No

h. How many pounds can your patient lift and carry in a ~~competitive work~~ situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | | | | |
| ~~10 lbs.~~ | | | | |
| 20 lbs. | | | | |
| 50 lbs. | | | | |

Patient has developed progressive weakness, tremor and ex

i. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | | | | |
| Stoop (bend) | | | | |
| Crouch | | | | |
| Climb ladders | | | | |
| Climb stairs | | | | |

Currently not able in work setting as currently needs help to stand / get up; is unsteady.

j. Does your patient have *significant limitations* in doing *repetitive* reaching, handling or fingering? X Yes ___ No If yes, please indicate the percentage of time during an 8-hour working day on a competitive job that your patient can use hands/fingers/arms for the following repetitive activities: Patient Reports exhaustion + tremor with prolonged activity

| | HANDS: Grasp, Turn, Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching (incl. Overhead) |
|---|---|---|---|
| Right: | 10 % | 10 % | 5 % |
| Left: | 10 % | 10 % | 5 % |

k. Are the patient's impairments likely to produce "good days" and "bad days"? X Yes ___ No

If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

___ Never
___ About one day per month
___ About two days per month
___ About three days per month
___ About four days per month
X More than four days per month despite current treatments.

19. Please attach an additional page to describe any other limitations (such as limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis.

20. What is the earliest date the description of symptoms and limitations stated above applies? Patient's symptoms progressed to this level of weakness and tremor from March 2017 when I initially examined patient to August 2017. Some symptoms due to pain, others due to muscle exhaustion/tremor. 3/4



© COPYRIGHT M. Murburg (Rev 08/31/09)

Kimberly Shaw

Physician's Signature ______ MD ______ Date form completed

Printed/Typed Name: Jacqueline Sedgwick MD

Address:

Dignity Health Medical Group - Dominican
A Service of Dignity Health Medical Foundation
528 Capitola Avenue
Capitola, CA 95010

 © COPYRIGHT M. Murburg (Rev 08/31/09)

## nPhone Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: May 10 2017 5:49PM

**Assessment**
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0).
**Orders**
CK Total; Requested for: 10 May 2017.
**Signature**
Electronically signed by : Jacqueline H Sedgwick M.D.; 05/10/2017 5:57 PM PST; Author.

Jacqueline H Sedgwick M.D.

Lincoln/ Shaw 2600

# nChart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 1137I144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Jul 20 2017 8:40AM

**Reason For Visit**
KIMBERLY is here to discuss long term disability, she also would like to have placard form filled out.
**HPI**
This patient is a 50-year-old woman with progressively worsening pain and weakness who presents in follow-up.

The symptoms began after an extended hospital course for persistent asthma and have progressed over the past 14 months. Initially it was felt that she had steroid induced myopathy, however her symptoms have persisted. They interfere with her activities of daily living. She currently cannot work for more than 4 hours without experiencing extreme fatigue, weakness, and muscle pain. This does remit with rest, but recurs when she resumes activities.

Of late she has been having worsening left thigh pain and weakness. This is intermittent, caused by standing or walking, and at times she feels so weak when she squats she cannot get back up. She has not had any new injury, was unable to complete the EMG nerve conduction velocity test due to pain. When she is experiencing weakness and pain she cannot walk for more than half a block. She would like a wheelchair in case she needs to be mobile during those times. She is awaiting appointments at Stanford, our local neurologist was uncertain of the etiology. She did not have mass lesions on MRIs of her brain or spinal cord. Her symptoms are not associated with headaches, although at times she does experience a headache.

She was diagnosed with severe sleep apnea and she is feeling at least 25% more refreshed when she wakens since she began the CPAP. She has been using CPAP for 2 months.

She has also been experiencing short-term memory issues with difficulty in word finding as well. She notes that she can read a medical record, correctly direct a referral, but later in the day does not recollect the information. She also notes new difficulties with concentration, having difficulty focusing on a complete article. She previously had no difficulties and was working full time as a respiratory therapist.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM
MRN: 11371144
WMH MRN:

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
Calcium 500+D 500-400 MG-UNIT Oral Tablet;TAKE 1 TABLET DAILY; RPT
Omeprazole 20 MG Oral Capsule Delayed Release;1 p0 BID; Rx
Fish Oil 1000 MG Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Turmeric Curcumin Oral Capsule;TAKE 1 CAPSULE TWICE DAILY; RPT
Magnesium 200 MG Oral Tablet;TAKE 1 TABLET DAILY AS DIRECTED.; RPT
Ferrous Bisglycinate Chelate Powder;1 twice daily; RPT
Vitamin B Complex Oral Tablet;TAKE 1 TABLET DAILY; RPT
Hydrocodone-Acetaminophen 5-325 MG Oral Tablet;1/2 to 1 p0 BID prn pain; Rx.

**Immunizations**

PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Active Problems**

Acute bronchitis, unspecified organism (466.0) (J20.9)
Ambulatory dysfunction (719.7) (R26.2)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M21.619); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)
Chronic fatigue (780.79) (R53.82)
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain; Last Impression: 28 Dec 2016 | Seems to be responding to Cymbalta early on. Agreed with patient's partner that she should get cognitive behavioral therapy in addition to continuing the Cymbalta. | Haubach, Carol M (Family Medicine)
Elbow tendinitis (727.09) (M77.8)
Fibromyalgia (729.1) (M79.7); Last Impression: 28 Dec 2016 | Adequate sleep, regular exercise and Cymbalta. | Haubach, Carol M (Family Medicine)
H. pylori infection (041.86) (A04.8)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)

nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM
MRN: 11371144
WMH MRN:

Moderate persistent asthma (493.90) (J45.40)
Neuropathic pain of left thigh (355.8) (G57.92)
Obstructive sleep apnea syndrome (327.23) (G47.33)
Personal history of pulmonary embolism (V12.55) (Z86.711); due to immobility hosp for asthma had 3 mos anticoag
Post-nasal drip (784.91) (R09.82)
Rosacea (695.3) (L71.9)
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending
Strain of calf muscle (844.8) (S86.819A)
Strain of groin (848.8) (S76.219A)
Thigh pain, musculoskeletal, left (729.5) (M79.652)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Asthma, mild intermittent (493.90) (J45.20); Resolved: 03Apr2017; Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Cough variant asthma (493.82) (J45.991); Resolved: 03Apr2017; Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
EBV infection (075) (B27.90)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Resolved: 03Apr2017; Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Resolved: 03Apr2017; Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discuse | Haubach, Carol M (Family Medicine)
Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Resolved: 03Apr2017; Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Oral thrush (112.0) (B37.0); Resolved: 03Apr2017
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
Rosacea (695.3) (L71.9); Resolved: 31Mar2017; Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013

nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Jul 20 2017 8:40AM | WMH MRN: | |

Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid

Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**ROS**

CONSTITUTIONAL: Appetite is good, no fevers, night sweats or unexpected weight loss.

CV: No chest pain, palpitations, shortness of breath or peripheral edema.

RESPIRATORY: No shortness of breath, no cough, wheezing or dyspnea. Asthma is well controlled on current medications.

GI: No nausea/vomiting, abdominal pain, diarrhea or change in bowel habits.

GU: No dysuria, no hematuria, no urgency or incontinence.

.

**Vital Signs**

Recorded by Tapia,Joel on 20 Jul 2017 08:38 AM

BP:115/75,

HR: 60 b/min,

Resp: 15 r/min,

Temp: 97.2 F,

Height: 69.00 in, Weight: 200.000 lb, BMI: 29.5 kg/m2,

BMI Calculated: 29.53 ,

BSA Calculated: 2.06 ,

O2 Sat: 98 (%SpO2), RA.

**Physical Exam**

General Appearance: Alert, interactive, no acute distress

HEENT: PERRL positive bilaterally, EOMI, non-icteric

Neck: No mass, no adenopathy, no thyroid enlargement, no adenopathy, supple

Chest and Lungs: Breathing is not labored; good breath sounds throughout lung fields without crackles, rhonchi, wheezes, or retractions

Cardiovascular: Regular rate and rhythm without murmur or added sounds, no bruits, no JVD, no edema of lower extremities

Abdomen: Bowel sounds present, soft

Neuromuscular: Equal muscle tone all extremities, mild decreased strength in left upper extremity with grip of left hand and right lower extremity with extension and flexion of lower leg but without EHL weakness, tremor, or joint instability; gait stable with cane, weakness with weightbearing on left leg

Skin: No rashes, lesions, nor erythema of visible skin.

**Results**

MR Brain wo+w Con 12 Jun 2017 03:20 PM

- MR Brain wo+w Con

Report

MRI brain with and without contrast performed 12 June 2017.

uChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

***FINAL***

Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25

***FINAL***

MR C Spine wo+w Con 12 Jun 2017 02:54 PM
- MR C Spine wo+w Con

Report
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

nChart Note

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Jul 20 2017 8:40AM WMH MRN:

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminal impingement was demonstrated.

At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:

nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by:IP , D: 06/12/2017 15:09, T: 06/12/2017 15:09, S: 06/12/2017 15:06
***FINAL***
CT Head wo Con 12 Jun 2017 10:44 AM
- CT Head wo Con
Report
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 60 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

***FINAL***
Dictated by: Williams, Richard A.MD
Electronically signed by: Williams, Richard A.MD
Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02
***FINAL***
Comprehensive Metabolic Panel 12 Jun 2017 10:22 AM
- Sodium: 141 Reference Range: 136-145
- Potassium: 4.1 Reference Range: 3.4-5.0
- Chloride: 108 Reference Range: 98-107 Flag: H
- CO2: 25 Reference Range: 19-27
- Glucose Level: 114 Reference Range: 70-99 Flag: H

nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

- BUN: 10.0 Reference Range: 9.8-20.1
- Creatinine: 0.8 Reference Range: 0.6-1.1
- Calcium: 9.2 Reference Range: 8.4-10.2
- Protein, Total: 6.90 Reference Range: 6.40-8.30
- Albumin: 3.9 Reference Range: 3.5-5.0
- Alkphos: 56.0 Reference Range: 40.0-150.0
- ALT: 37 Reference Range: 0-55
- AST: 22 Reference Range: 5-34
- Bili Total: 0.5 Reference Range: 0.2-1.2
- eGFR Afr/Am: >60 Reference Range: >=60
- eGFR NonAfr/Am: >60 Reference Range: >=60

CBC Hemogram 12 Jun 2017 10:22 AM
- WBC: 6.0 Reference Range: 5.0-11.0
- RBC: 4.75 Reference Range: 4.20-5.40
- Hgb: 13.6 Reference Range: 12.0-16.0
- Hct: 40.8 Reference Range: 36.0-48.0
- MCV: 85.8 Reference Range: 83.0-99.0
- MCH: 28.5 Reference Range: 27.0-32.0
- MCHC: 33.3 Reference Range: 32.0-36.0
- RDW: 14.4 Reference Range: 11.5-14.5
- Plt: 306 Reference Range: 130-400
- MPV: 7.4 Reference Range: 6.0-10.0

CK Total 12 May 2017 11:39 AM
- CK TOTAL: 62 Reference Range: 29-143 Flag: N

QuantiFERON (R) TB Gold 12 Apr 2017 10:48 AM
- QUANTIFERON(R)-TB GOLD: NEGATIVE Reference Range: NEGATIVE Flag: N
- NIL: 0.04 Flag: N
- MITOGEN-NIL: >10.00 Flag: N
- TB-NIL: 0.01 Flag: N

RPR Screen (Dx) wRfx Titer /FTA / TPPA 12 Apr 2017 10:44 AM
- RPR (STS), QUAL: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Hepatitis Acute Panel 12 Apr 2017 10:44 AM
- HEPATITIS A Ab IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS B SURFACE Ag: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEP B CORE Ab, IgM: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- HEPATITIS C Ab: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N
- SIGNAL TO CUT-OFF: 0.03 Reference Range: <1.00 Flag: N

ASO Anti-Streptolysin O Ab 12 Apr 2017 10:44 AM
- ANTI-STREPTOLYSIN O (ASO): 32 Reference Range: < OR = 200 Flag: N

CRP C-Reactive Protein ( Non High Sensitivity ) 12 Apr 2017 10:44 AM
- C-REACTIVE PROTEIN: 0.26 Reference Range: <0.80 Flag: N

HIV 1/2 Ag/Ab 4th Gen wRfx 12 Apr 2017 10:44 AM
- HIV AG/AB, 4TH GEN: NON-REACTIVE Reference Range: NON-REACTIVE Flag: N

Protein Electrophoresis Serum 12 Apr 2017 10:44 AM
- PROTEIN, TOTAL: 6.8 Reference Range: 6.1-8.1 Flag: N
- ALBUMIN: 4.0 Reference Range: 3.8-4.8 Flag: N
- ALPHA-1-GLOBULIN: 0.3 Reference Range: 0.2-0.3 Flag: N
- ALPHA-2-GLOBULIN: 0.7 Reference Range: 0.5-0.9 Flag: N
- GAMMA GLOBULIN: 0.8 Reference Range: 0.8-1.7 Flag: N
- INTERPRETATION: Normal Electrophoretic Pattern
- BETA 1 GLOBULIN: 0.6 Reference Range: 0.4-0.6 Flag: N

nChart Note

Patient: KIMBERLY SHAW
Encounter: Jul 20 2017 8:40AM

MRN: 11371144
WMH MRN:

- BETA 2 GLOBULIN: 0.4 Reference Range: 0.2-0.5 Flag: N

EBV Ab Panel (EBVCA IgG/IgM, EBNA IgG) 12 Apr 2017 10:44 AM

- EBV VCA AB (IgM): < OR = 0.90 Flag: N
- EBV VCA AB (IgG): 4.23 Flag: H
- EBV EBNA AB (IgG): 4.50 Flag: H
- INTERPRETATION: Suggestive of a past Epstein-Barr virus infection.In infants, a similar pattern may occur a resultof passive maternal transfer of antibody.

Lyme Abs Total wRfx to Blot IgG/IgM 12 Apr 2017 10:44 AM

- LYME AB SCREEN: <0.90.

**Assessment**

Thigh pain, musculoskeletal, left (729.5) (M79.652).
Ambulatory dysfunction (719.7) (R26.2).
Arthralgia of multiple sites (719.49) (M25.50).
Lumbar degenerative disc disease (722.52) (M51.36); L5-S1 annular tear.
Neuropathic pain of left thigh (355.8) (G57.92).
Complaints of memory disturbance (780.93) (R41.3).
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT , rhyzotomy, facet injecitons.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0); possible, but not typical picture--needs further evaluation, EMG and NCV are pending.
Generalized weakness (780.79) (R53.1).
Chronic fatigue (780.79) (R53.82).

**Orders**

Specials Referral; Requested for: 20 Jul 2017.
Follow-up visit in 1 month; Requested for: 20 Jul 2017.
Specials Referral; Requested for: 20 Jul 2017.

**Discussed**

We discussed the referral process is for Stanford. I filled out a temporary disability form for DMV. I also adv patient to drop off any other form she needs completed. She is aware that as a primary care doctor I'm uncertai her diagnosis, I'm also troubled that her symptoms have progressively worsened, and want her to have specialt evaluation--and she is very amenable to this plan.

**Signature**

Electronically signed by : Jacqueline H Sedgwick M.D.; 07/20/2017 1:47 PM PST; Author.

Jacqueline H Sedgwick M.D.

SCAN
MRN # 1137144

Sleep
HEALTH MD
Better Sleep for Life

AARON B. MORSE MD,INC
1665 DOMINICAN WAY SUITE 222A
SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337, Fax: (831) 476-5292

Date: 05/31/2017

RE: Kimberly Shaw, DOB: PT ID #38558

Andrea Ling MD,

FOLLOW UP PROGRESS NOTE

## ENCOUNTER REASON/DATE

None recorded
05/31/2017 - 03:00PM - SANTA CRUZ OFFICE

## HISTORY OF PRESENT ILLNESS

She goes to bed at 9PM and usually takes 10-30 minutes to fall asleep. She awakens 3-5 times per night due to need to urinate and pain

Snoring is reported to be heavy and witnessed apneas have been reported

The patient arises around 730 AM feeling groggy and fatigued

She does awaken with morning headaches 2x a week

The patient works for Dominican Hospital as a pulmonary clinical coordinator in pulmonary rehab

During the day, she is frequently fatigued. She reports her symptoms are worst in the afternoon

She does take naps 3-5 x a week for 2 hours

The patient has had recent problems with ability to concentrate , depression , memory problems and irritability

The Epworth Sleepiness Scale score is 10 (Normal is less than 10).

She does experience leg restlessness and discomfort that can be bothersome for which she takes gabapentin. She has a history of anemia

has a history of Pulmonary embolism

SOCIAL HISTORY
She does drink alcohol rarely

The patient has not smoked cigarettes

She does not exercise. due to her asthma and fatigue

FAMILY HISTORY
There is no a family history of sleep disorders.

Sleep Study (events per hour of sleep)
SPLIT DOS: 05/20/17
Respiratory disturbance index: 51.9
Apnea hypopnea index: 46.3
Periodic limb movement: 48.8

CPAP/BIPAP PRESSURE
SPLIT DOS: 05/20/2017
CPAP 10cm H2O

PHYSICAL EXAM

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: healthy-appearing, well-developed, and **obese**. Level of Distress: NAD.
Ambulation: ambulating normally.

**Psychiatric:**
Insight: good judgement. Mental Status: normal mood and affect and active and alert.
Orientation: to time, place, and person.

**HEENT:**
Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition and **overbite is present**. Oropharynx: no erythema or exudates and moist mucous membranes, tonsils not enlarged, and **Mallampati score of** (1).

**Lungs:**
Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:**
Heart Auscultation: no rubs, gallops, murmurs, or edema and RRR.

**Musculoskeletal::**
Extremities: no cyanosis or varicosities. Gait and Station normal gait and station.

ASSESSMENT/PLAN

There is severe obstructive sleep apnea present. The patient has been titrated to a CPAP pressure of 10 cm. H2O pressure and tolerated it well in the sleep lab.

There is restless legs syndrome that is very symptomatic. Her ferritin was low and she has already started iron.

Plan

The physiology, clinical implications, cardiovascular risks, epidemiology and treatment options for sleep apnea were reviewed. The patient will be started on CPAP and will be followed closely to assure comfort and adherence to treatment.

When her obstructive sleep apnea is treated , her symptoms of restless legs syndrome may also improve.

Iron will be continued.

Return in 6-8 weeks.

athena



1. **Hypersomnia**
   G47.10: Hypersomnia, unspecified

2. **Restless legs**
   G25.81: Restless legs syndrome
   - RESTLESS LEGS SYNDROME: CARE INSTRUCTIONS

3. **Fatigue**
   R53.83: Other fatigue

4. **Obstructive sleep apnea syndrome**
   G47.33: Obstructive sleep apnea (adult) (pediatric)
   - CPAP MACHINE - Qty: 1 Unit Refills: 0 Supplier: AARON B MORSE MD
     Pressure (cm H2O): 10 cm. H2O pressure
   - SLEEP APNEA: CARE INSTRUCTIONS
   - CPAP PROTOCOL

Return to Office

- DME SC for CPAPSETUP at SANTA CRUZ OFFICE on 06/05/2017 at 08:30 AM
- Helena P. Norris, NP for F/U AFTER TITRATION at SANTA CRUZ OFFICE on 07/10/2017 at 01:30 PM
- to see Aaron B. Morse, MD at SANTA CRUZ OFFICE on or around 07/19/2017

Sincerely,

Electronically Signed by: AARON B. MORSE, MD

Lincoln/ Shaw 2612

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5292

Patient: Kimberly Shaw
DOB Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

Report of complete split night polysomnogram performed on 5/20/2017. The **Pre-treatment** portion is the diagnostic part of the study and the **Treatment** portion is the subsequent CPAP calibration.

The patient's Epworth Sleepiness Scale is 10. Normal is less than 10.

## PROCEDURE

An all night comprehensive sleep study was performed for the evaluation of a possible sleep disorder. Recording parameters included: left and right frontal EEG (F3, F4), left and right central EEG (C3, C4), left and right occipital EEG (O1, O2), left and right outer canthi to record eye movements, electrocardiogram, submental and anterior tibialis electromyograms, oral airflow, nasal pressure monitoring, oxygen saturation, (pulse oximetry) chest and abdominal un-calibrated respiratory inductance plethysmographic (RIP) belts, and sonogram (snoring). CPAP was then initiated and adjusted to eliminate respiratory obstructive events, snoring, and hypoxemia.

The study was attended by a Polysomnographic Technologist and the raw data was manually viewed and interpreted by Lindsey May, RPSGT, RST and Aaron B. Morse, M.D., FCCP, DABSM.

A 30% reduction in airflow and 3% oxygen desaturation or an arousal are used as criteria to score hypopneas, as per AASM Manual for the Scoring of Sleep and Associated Events, Version 2.3 scoring guidelines.

## PRETREATMENT ANALYSIS

### SLEEP ARCHITECTURE:

The patient had sleep onset at 68.7 minutes after the lights were turned off. REM sleep occurred N/A The patient's total sleep time was 96.0 minutes. The sleep efficiency was 54.4%.

## RESULTS

### DISTURBANCES OF SLEEP:

The minimum oxygen saturation during the entire study was 85%. The mean saturation during the entire study was 95%. Snoring was present.

The Respiratory Disturbance Index (RDI) was 51.9. The Apnea Hypopnea Index (AHI) was 46.3.

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR

1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5792

Patient: Kimberly Shaw
DOB: Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

The overall Periodic Limb Movement Index (PLMI) was 48.8. The PLM Arousal Index was 0.6, while the PLM Non-Arousal Index 48.8.

**IMPRESSION:**
This recording is consistent with severe obstructive sleep apnea (OSA) and moderate periodic limb movement disorder.

## TREATMENT ANALYSIS

CPAP was initiated at 4 cm.$H_2O$.

**SLEEP ARCHITECTURE:**
The patient had sleep onset at 8.3 minutes after the lights were turned off. REM sleep occurred 86.5 minutes later. The patient's total sleep time was 225.7 minutes. The sleep efficiency was 89.7%.

## RESULTS

**DISTURBANCES OF SLEEP:**
The minimum oxygen saturation during the entire study was 93%. The mean saturation during the entire study was 96%.

The Respiratory Disturbance Index (RDI) was 13.0. The Apnea Hypopnea Index (AHI) was 7.2.

The overall Periodic Limb Movement Index (PLMI) was 8.5. The PLM Arousal Index was 0.8, while the PLM Non-Arousal Index 8.5.

**TITRATION ANALYSIS:**
CPAP was initiated at 4 cm.$H_2O$ and was titrated to 10 cm.$H_2O$. This resulted in improvement in snoring, apnea and hypopneas, and improvement in oxygen saturation. Some respiratory events persisted at this pressure.

**IMPRESSION:**
In this patient with severe obstructive sleep apnea (OSA), respiratory disturbances were reduced and sleep architecture was improved at a CPAP pressure of 10 cm.$H_2O$. Some respiratory events persisted at the final CPAP pressure.

Mild periodic limb movement disorder was present.

# Chart Note

## Dominican Medical Group



Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP
DIRECTOR
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065 • TELEPHONE: (831) 465-0586 • FAX: (831) 476-5202

Patient: Kimberly Shaw
DOB: Gender: F

Referring Physician: Jacqueline Sedgwick, MD
Athena ID: 38558

# SPLIT NIGHT POLYSOMNOGRAPHY REPORT

RECOMMENDATIONS:

CPAP should be set to a pressure of 10 cm $H_2O$, and the patient will have medical follow-up to assess clinical response and assure compliance.

Persistent symptoms or poor compliance require further clinical evaluation.

If the patient remains symptomatic, a higher CPAP pressure may be necessary.

Periodic Limb Movement Disorder may be asymptomatic. Treatment should only be considered if the patient has symptoms consistent with the disorder. These include insomnia, sleepiness, or leg restlessness.

Please contact Sleep Health MD at Tel: (831) 465-0586 for any questions.

Electronically signed by:
Aaron B. Morse MD FCCP
May 30, 2017
Diplomate of the American Board of Sleep Medicine

# Chart Note

**Dominican Medical Group**
**528 Capitola Ave ~**
**Capitola CA 95010**
(831) 475-1630

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:
Sex: F
Home:
Work:

Encounter Date: Jul 31 2017 5:06PM

MILAN PATEL
PATIENT:
Name : SHAW, KIMBERLY (50yo, F) ID# 7259
Appt. Date/Time : 07/31/2017 02:15PM
DOB : 03/21/1967
Service Dept. : DR. PATEL, MD
Provider : MILAN C. PATEL, MD
CHIEF COMPLAINT:
chronic pain

PATIENT'S CARE TEAM:
Primary Care Provider (Primary Insurance): SEDGWICK, JACQUELINE: 528 CAPITOLA AVE 95010, Ph (831) 475-1630, Fax (831) 475-1629

PATIENT'S PHARMACIES:
WALGREENS DRUG STORE 03158 (ERX): 1718 SOQUEL AVE, SANTA CRUZ CA 95062, Ph (831) 425-3911, Fax (831) 425-2074

MEDICATIONS:
Reviewed Medications
Name: acyclovir 5 % topical ointment APPLY A SMALL AMOUNT TID UTD
Date: 12/16/16 filled
Source: surescripts
Name: Advair Diskus 250 mcg-50 mcg/dose powder for inhalation
Date: 04/18/17 filled
Source: MEDCO
Name: Advair Diskus 500 mcg-50 mcg/dose powder for inhalation
Date: 07/20/16 filled
Source: MEDCO
Name: amoxicillin 500 mg capsule
Date: 04/19/17 filled
Source: MEDCO
Name: azithromycin 250 mg tablet
Date: 10/02/16 filled
Source: MEDCO
Name: azithromycin 500 mg tablet
Date: 11/04/16 filled
Source: MEDCO
Name: clarithromycin 500 mg tablet
Date: 04/19/17 filled
Source: MEDCO
Name: clotrimazole 10 mg troche
Date: 04/22/17 filled
Source: MEDCO
Name: DULoxetine 30 mg capsule,delayed release
Date: 12/15/16 filled

Chart Note

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 11371144
WMH MRN:

Source: MEDCO
Name: DULoxetine 60 mg capsule,delayed release
Date: 04/18/17 filled
Source: MEDCO
Name: EpiPen 2-Pak 0.3 mg/0.3 mL injection, auto-injector
Date: 01/09/17 filled
Source: MEDCO
Name: FLUoxetine 20 mg capsule
Date: 10/13/16 filled
Source: MEDCO
Name: gabapentin 300 mg capsule
Date: 04/18/17 filled
Source: MEDCO
Name: HYDROcodone 5 mg-acetaminophen 325 mg tablet
Date: 05/31/17 filled
Source: MEDCO
Name: levoFLOXacin 500 mg tablet
Date: 10/03/16 filled
Source: MEDCO
Name: LORazepam 0.5 mg tablet
Date: 12/20/16 filled
Source: MEDCO
Name: metroNIDAZOLE 0.75 % topical cream
Date: 08/17/16 filled
Source: MEDCO
Name: montelukast 10 mg tablet
Date: 04/27/17 filled
Source: MEDCO
Name: predniSONE 1 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: predniSONE 20 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: predniSONE 5 mg tablet
Date: 09/01/16 filled
Source: MEDCO
Name: Qvar 80 mcg/actuation Metered Aerosol oral inhaler
Date: 09/20/16 filled
Source: MEDCO
Name: Spiriva Respimat 1.25 mcg/actuation solution for inhalation INHALE 2 INHALATIONS BY MOUTH DAILY
Date: 05/26/17 filled
Source: MEDCO
Name: tiZANidine 4 mg tablet
Date: 12/14/16 filled
Source: MEDCO
Name: traMADol 50 mg tablet
Date: 05/25/17 filled
Source: MEDCO
Name: traZODone 50 mg tablet
Date: 03/24/17 filled
Source: MEDCO
Name: valACYclovir 1 gram tablet
Date: 04/22/17 filled
Source: MEDCO
Name: Ventolin HFA 90 mcg/actuation aerosol inhaler
Date: 08/13/16 filled

**Chart Note**

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM

MRN: 11371144
WMH MRN:

Source: MEDCO

HPI:
Generic HPI Template
Reported by patient.
Notes:
07/31/2017: Patient was ill after christmas of 2015 for status asth?maticus for 10 days and she was treated with high dose of steroids and antibiotics. She got out of hospital and then 3 days later, hospitalized again for PE. She was put on high dose of steroids. Took 4 weeks to wean off steroid from 5 mg qd to be off. 95% of the times, she has had some type of generalized body pain, weakness and fatigue. She goes to gym and goes for work out and would be down for weeks due to fatigued profoundly. Even if she did light workout, it would put her down for a week due to fatigue. Progressively worse this year and even worse since middle of March, 2017. She would come home and fall sleep. She can't even take a dog around the block and she feels fatigued and short-winded. It takes her one hour to get ready due to fatigue. She gets very severe pain in quads if she stands or walks for more than 5 minutes. 75% of times she needs help from squatting position due to deep pain in the quads. Pain
medications don't help, including hydrocodone. Arms fatigue has also worsened. If she walks, she gets 8/10 pain in hip flexors, hip and low back. Sharp, aching, stabbing pain in different body parts. Long term memory is fine. She is a respiratory therapist. Off of steroid since november, 2016.
Her short term memory is bad. If she doesn't take note when reviewing patient's chart then she can't remember. She didn't have that problem. Her balance is not very good. She had depression when she was on steroid but better with cymbalta.
on June 17, 2017, she had numbness of around the eye and she gets wave off and on from the back of the head to the front of head.
She has MBA and now difficult in reading the article and getting through it without losing interest, even with the topics she enjoys. No motivation.
New Sleep Problems
Reported by patient.
Notes:
07/31/2017: She was diagnosed with severe sleep apnea and using CPAP since last several months. She is very compliant. Her morning fatigue is improved but still has the rest of the symptoms .
Right handed Caucasian female

ROS:
Patient reports night sweats and exercise intolerance but reports no fever, no significant weight gain, and no significant weight loss. She reports difficulty hearing but reports no ear pain. She reports nose/sinus problems but reports no frequent nosebleeds. She reports snoring but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports shortness of breath when walking but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports wheezing and sleep apnea but reports no cough, no shortness of breath, and no coughing up blood. She reports muscle aches, muscle weakness, arthralgias/joint pain, and back pain but reports no swelling in the extremities. She reports weakness, numbness, and restless legs but reports no loss of consciousness, no seizures, no dizziness, and no headaches. She reports depression and restless sleep but
reports feeling safe in relationship and no alcohol abuse. She reports fatigue and cold intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no abdominal pain, no vomiting, normal appetite, no

Chart Note

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM
MRN: 11371144
WMH MRN:

diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no abnormal mole, no jaundice, and no rashes. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

PHYSICAL EXAM:
Patient is a 50-year-old female.
Constitutional: Weight: well-nourished. Ambulation: ambulates independently.
Head: Size/Trauma: normocephalic and atraumatic.
Mental Status: Orientation oriented to person, place, problem, and time.
Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.
Neck: Appearance/Palpation/Auscultation: supple and no carotid bruits.
Lungs: Auscultation: normal breath sounds.
Heart: Rate And Rhythm: RRR. Murmurs: none.
Skin: Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos.
Extremity Edema Right none. Extremity Edema Left none.
Cranial Nerves: CN II Right: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN II Left: pupil normal size and reactive to light and dark; visual acuity 20/20 without correction and intact to confrontation; and fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of
the tongue or fasciculation of the tongue and tongue protrudes midline.
Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.
Spine: Cervical Spine: FROM and no tenderness. Back: no tenderness, spasms, or bony abnormalties and FROM and normal curvature. Low Back: no pain, spasms, or bony abnormalties and FROM.
Motor Exam: Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar
flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.
Reflexes: Reflexes Right: biceps 1/4, triceps 1/4, brachial radialis 1/4, patellar 1/4, and achilles 1/4. Reflexes Left: biceps 1/4, triceps 1/4,

## Chart Note

Patient: KIMBERLY SHAW
Encounter: Jul 31 2017 5:06PM
MRN: 11371144
WMH MRN:

brachial radialis 1/4, patellar 1/4, and achilles 1/4. Plantar Reflex Right: response downgoing. Plantar Reflex Left: response downgoing.
Coordination: Coordination / Cerebellum Normal finger-to-nose and heel-to-shin, no clonus or pronator drift, and rapid alternating movement normal.
Sensation: Sensation (normal) pinprick, temperature, vibration, position, and light touch.
Gait/Posture: Gait/Posture tiptoe normal, heel walk normal, tandem gait normal, gait normal, and station normal.

ASSESSMENT / PLAN:
1. Chronic fatigue syndrome -
Patient has multiple somatic complaints including chronic pain and chronic fatigue. She might have had previous ICU neuropathy or myopathy. However, she does not have any focal neurological deficit at present time. She has normal neurological examination. Patient had workup per Dr. Aurora previously, including electrodiagnostic studies. However, I do not have her medical records at the time of evaluation.
R53.82: Chronic fatigue, unspecified
2. Muscle weakness -
Patient has complained of generalized pain and weakness. Pain seems to be limiting her activities. No objective weakness noted on examination.
M62.81: Muscle weakness (generalized)
Discussion Notes
1. We will request medical records from Dr. Aurora and review those when available.
2. Patient does not need regular neurological followup at this time.
3. She will followup with her primary care physician and followup with me on an as-needed basis or if future neurological reevaluation is needed.
The clinical findings of today's visit and planned treatment were discussed with the patient. All questions were answered. The patient understood and agreed to the proposed treatment plan. Spent 60 minutes with evaluation, discussion and reviewing medical records. More than 50% of the time spent face-to-face.
Thank you for allowing me to participate in the care of your patient. If I can be of further assistance, please feel free to contact me.

Return to Office
None recorded.

ENCOUNTER SIGN-OFF:
Encounter signed-off by Milan C. Patel, MD, 08/28/2017.

Milan Patel M.D.

# Medical Records - CONFIDENTIAL

**FROM:** CA - Sleep Health MD
Yareth S
1665 DOMINICAN WAY, SANTA CRUZ, CA 95065-1580
Phone: (844)387-5337
Fax: (831) 476-5292

**TO:**

**Attention: Kristie Larocce**

**Name: SHAW, KIMBERLY**

**DOB:**

**Date Range: to 09/01/2017**

**This document contains the following records of the patient:**

- **Admin Documents**

**Note:** I show that medical record is needed by 9/5/17. You may also call 844-387-3890 to pay by credit card so we can expedite your request. Thank you!

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:38558-A-2256]

**Admin Documents**

Sleep HEALTH MD

AARON B. MORSE, M.D., FCCP, DIRECTOR
TONY J. MASRI, M.D. • HELENA NORRIS, FNP, MSN
1665 DOMINICAN WAY, SUITE 222 • SANTA CRUZ, CA 95065
150 CARNATION DRIVE, SUITE 4 • FREEDOM, CA 95019
TELEPHONE (831) 465-0586 FAX (831) 476-5292
www.sleephealthmd.com

September 1, 2017

RE: Kimberly Shaw
DOB:

Please remit $50 for medical records that were requested on August 28, 2017. Records will be sent once payment is received, please make check payable to:

AARON B. MORSE M.D
1665 DOMINICAN WAY #222
SANTA CRUZ, CA 95065

Thank You,
Medical Records Department
Sleep Health MD
1665 Dominican Way Suite 222
Santa Cruz, CA 95060

Aaron B. Morse, M.D., FCCP
Diplomate of the American Board of Sleep Medicine

Lincoln/ Shaw 2622

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | AARON MORSE<br>SLEEP MEDICINE |
| Attn: | medical records |
| Fax: | (866) 264-3890 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 28, 2017

Aaron Morse
Sleep Medicine

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Aaron Morse:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2626**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):
Kimberly D. Shaw

Name of legal representative, if applicable (print):
________________________

Relationship:
Self

Signature of claimant or legal representative:
Kimberly D. Shaw

Date of Birth: ____________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

7Z237170521

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

7Z237170521

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

72237170521

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth: ______

Other Names: — Telephone #: ______

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS ~~+ Center for Lifestyle Management~~ (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.



H:\WPDOCS\POLICIES\Medical Release\ Authorization.doc

Lincoln/ Shaw 2631

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative — Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ____________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

7223717052I

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- At the request of the patient or personal representative; ***OR***
- Other: ______

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

______ Print name of personal representative ______ Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**



H:\WPDOCS\POLICIES\Medical Release Authorization.doc

**Lincoln/ Shaw 2633**

722371 70521

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________ Date of Birth: ____________

Other Names: ______________________ Telephone #: ____________

Medical Record or Account#: ______________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________
(Persons/organizations authorized to *receive* the information)

______________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☐ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

☐ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | AARON MORSE<br>SLEEP MEDICINE |
| Attn: | medical records |
| Fax: | (866) 264-3890 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 28, 2017

Aaron Morse
Sleep Medicine

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Aaron Morse:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| Kimberly Shaw | | 3840737 |

**To be completed by physician:**

1. **DATE FIRST TREATED** — __________
   **DATE LAST TREATED** — __________
   **NEXT OFFICE VISIT** — __________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** __________ **TO** __________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** __________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2638**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):
Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:
Self

Signature of claimant or legal representative:
Kimberly D. Shaw

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ______________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: — Telephone #:

Medical Record or Account#: ____________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS ~~- Center for Lifestyle Management~~ (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

____________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests
- Other: ____________________

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ____________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ___________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ◻ At the request of the patient or personal representative; ***OR***
- ◻ Other: ______________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw (Patient/or personal representative) Date: 8/3/17

______________________ Print name of personal representative

______________________ Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________________ Date of Birth: ______________

Other Names: ________________________________ Telephone #: _____________

Medical Record or Account#: ________________________________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________________________________
(Persons/organizations authorized to *receive* the information)

______________________________________________________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________________________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | JACQUELINE SEDGWICK |
| Attn: | medical records |
| Fax: | (831) 475-1629 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 28, 2017

Jacqueline Sedgwick

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Jacqueline Sedgwick:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2650**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D Shaw

Date of Birth: ____ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

_______________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: _______________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: — Telephone #:

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS ~~+ Center for Lifestyle Management~~ KS

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests
- o Other: ______

KDS ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* __________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ▫ At the request of the patient or personal representative; ***OR***
- ▫ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw, Date: 8/3/17
(Patient/or personal representative)

______________________________ ______________________________
Print name of personal representative — Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________ Date of Birth: ____________

Other Names: ______________________ Telephone #: ____________

Medical Record or Account#: ______________________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________________
(Persons/organizations authorized to *receive* the information)

______________________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 28, 2017 |
| To: | DR MILAN PATEL |
| Attn: | medical records |
| Fax: | (831) 476-2815 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 28, 2017

Dr. Milan Patel

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Milan Patel:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from January 1, 2017 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by September 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.25.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2662**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):
Kimberly D. Shaw

Name of legal representative, if applicable (print):
________________________________

Relationship:
Self

Signature of claimant or legal representative:
Kimberly D. Shaw

Date of Birth: _____ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

________________________________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: _______________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: — Telephone #:

Medical Record or Account#: ____________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~- Center for Lifestyle Management~~ ALL IP & OP RECORDS (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

____________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests
- o Other: ____________________

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ◻ At the request of the patient or personal representative; ***OR***
- ◻ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ___________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw, ______________ Date: 8/3/17
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ______________________ Date of Birth: ____________

Other Names: ________________________ Telephone #: ____________

Medical Record or Account#: ______________________________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________________________________
(Persons/organizations authorized to *receive* the information)

______________________________________________________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 21, 2017

Princy Arora

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Princy Arora:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes/emails/phone calls, diagnostic test results, admit/discharge summaries, consultation reports and procedure reports from November 1, 2016 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by August 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.21.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

Return To: Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 5/23/2017
DATE LAST TREATED — 06/27/2017
NEXT OFFICE VISIT — Ø

Sensory Neuropathy - G60.8
Disorder Lombar Disc - M51.9
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☒ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Not able to bend, grasp. sit, stand, walk no more then 15 min

4. RESTRICTIONS IMPOSED FROM 5/23/17 TO Unknown Sent out to Stanford Clinics

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

On 6/27/17 came in for an office visit, I referred her to Stanford Clinic for a 2nd opinion. Labs / MRI's

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

Sensory Neuropathy, Disc Bulge. L-4-5.
(EMG NCV test) (MRI L-Spine)

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5/23/17 TO 6/27/17.

| Prince Arora MD | MD/Neurology | 77-0517716 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 64 Aspen way Ste 101 | (831) 786-1660 | (831) 786-1663 |
| Street Address | Telephone Number | Fax Number |
| Watsonville CA, 95076 | [signature] | 8/21/2017 |
| City, State & Zip Code | Signature | Date |

Lincoln/ Shaw 2673

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

06/27/2017

---

06/27/17 : 03:53pm
FOLLOW UP OFFICE VISIT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 06/27/17

Dear: JACQUELINE SEDGWICK

**FOLLOW UP VISIT:**
The patient is here for followup. The nerve conduction studies are consistent with mild sensory neuropathy. She had an MRI which showed a small disc bulge at L4-5.

Allergies:
XOLAIR

Review of Systems:
General: Well appearing, well nourished in no distress.
Constitutional: negative
Head: negative
Eyes: negative, conjunctiva clear, EOM intact, PERRL
Ears: negative, Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Nose: negative, no external lesions, mucosa non-inflamed, septum and turbinates normal
Mouth: Mucous membranes moist, no mucosal lesions.
Throat: no erythema, exudates or lesions.
Neck: Supple without lymphadenopathy.
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Breast: negative
Neurological: negative
Psychiatric: negative
Hematologic/Lymphatic: negative
Allergic/Immunologic: negative
Heart: RRR, no murmur or gallop. Normal S1, S2. No S3, S4.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Abdomen: Soft, NT/ND, no HSM, no masses

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthria.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Progress Note**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

06/27/2017

---

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +2. Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical. intact vibration and proprioception.

Gait: gait normal

**IMPRESSION/PLAN:**

Generalized weakness. In my opinion, I think the weakness is not secondary to any underlying sensory neuropathy. My recommendations are to do B12, folate, RPR, serum, and urine protein electrophoresis to evaluate for any underlying neuropathy workup. My other recommendations are to send the patient to Stanford for a second opinion.

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

Patient education information given.
Y

**Follow-up:** STANFORD REFERRAL

**With best regards,**

PRINCY ARORA M.D

# SIGNED BY PRINCY ARORA, MD (PA) 08/01/2017 03:56PM

**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**MRI/CT/X-rays**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

06/26/2017

---

06/26/17 : 09:15am
MRI Lumbar Spine
PA
Status: F

Patient Name:SHAW, KIMBERLY
DOB: 03/21/1967 Age: 50 Sex: F
Chart#: 109688
Accession Number: 682753
Procedure: MRI Lumbar Spine
Date of Service: Jun 26, 2017
Referring Physician:PRINCY ARORA, MD

South County Imaging
108 Green Valley Rd. #B
Freedom , CA 95019-3110
Phone #: 831-476-7711
Fax #: 831-476-6189

EXAM DATE: 6/26/2017 9:15 AM
PROCEDURE: MRI Lumbar Spine
CLINICAL INDICATION: Low back pain DDD
COMPARISON: None

TECHNIQUE: On a 1.5 Tesla MRI, the following sequences were performed: Sagittal T1, sagittal T2, sagittal STIR, axial proton density stacked and axial T2 images angled to the disc space.

FINDINGS: The vertebral bodies demonstrate normal height and alignment with no fracture and no spondylolisthesis. There is normal marrow signal with no mass or edema. Minimal disc space narrowing is present at the L3-4 level with disc desiccation at this level as well as disc desiccation at the L5-S1. The conus is normal in appearance and ends posterior to the L1-L2 level.
L1-L2: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L2-L3: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L3-L4: Demonstrates minimal disc bulge with no canal stenosis or neuroforaminal narrowing.
L4-L5: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
L5-S1: Disc is normal with no significant bulge or herniation. There is no significant spinal canal stenosis. Bilateral neural foramina are normal.
The surrounding soft tissues are within normal limits.

IMPRESSION: L3-L4 disc does demonstrate minimal broad-based disc bulge with no significant spinal canal stenosis. Remaining levels are well maintained.

Thank you for referring your patient to us.

Dictated: 6/26/2017 10:11 AM
Electronically Signed by: Kevin McHugh, MD 6/26/2017 10:13 AM
Dictated by:

Performed by: Radiology Medical Group of Santa Cruz County, 1661 Soquel Dr, Santa Cruz, CA 95065

# SIGNED BY PRINCY ARORA, MD (PA) 06/26/2017 11:27AM

6/8/2017

**Pajaro Valley Neurology**
**Medical Assoc.**
**64 Aspen Way Ste. 101**
**Watsonville, CA 95076**
**831-786-1660 Fax 831-786-1663**

**Patient:** SHAW, KIMBERLY **DOB:** **Physician:** Princy Arora, M.D.
**SEX:** Female **Ref. Phys:**DR.SEDGWICK temp.34.2

**Chief Complaint:**
Patient is a 50 year old Female who presents with numbness tingling pain in the bilateral lower extremity .

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 4.92 | <6.0 | 8.53 | >3.0 | 4.38 | Knee-Ankle | 9.06 | 36 | 39.74 | >41.0 |
| Knee | | 13.98 | | 3.02 | | 6.64 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 4.30 | <5.5 | 4.53 | >2.5 | 6.09 | B Fib-Ankle | 7.58 | 35 | 46.17 | >40.0 |
| B Fib | | 11.88 | | 3.44 | | 7.27 | | | | | |
| **Left Tibial (AHB)** | | | | | | | | | | | |
| Ankle | | 6.02 | <6.0 | 10.93 | >3.0 | 3.13 | | | | | |
| **Left Peroneal (EDB)** | | | | | | | | | | | |
| Ankle | | 3.91 | <5.5 | 3.72 | >2.5 | 5.39 | B Fib-Ankle | 7.81 | 33 | 42.25 | >40.0 |
| B Fib | | 11.72 | | 2.43 | | 6.09 | | | | | |

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Right Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.19 | <4.6 | 12.08 | >5.0 | 14 cm-Ant Lat Mall | 2.19 | 14 | 63.93 | |
| **Right Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |
| **Left Sup Peron (Ant Lat Mall)** | | | | | | | | | | |
| 14 cm | | 2.50 | <4.6 | 8.14 | >5.0 | 14 cm-Ant Lat Mall | 2.50 | 14 | 56.00 | |
| **Left Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | NR | | <4.0 | | >75.0 | | | | | |

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (µV) |
|---|---|---|---|---|

**Lincoln/ Shaw 2677**

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 2

**Right Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 34.80 | 0.00 | 34.80 | 0.00 |

**Left Tibial H (Gastroc)**

| | | | |
|---|---|---|---|
| 35.10 | 0.00 | 35.10 | 0.00 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | RectFemoris | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibiailis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

### NCV Findings:

the right tibial motor decreased velocity. The right peroneal motor normal latency, normal amplitude and normal velocity. The right sup peron sensory normal latency, normal amplitude and normal velocity. The right sural sensory no response. The left tibial motor increased latency. The left peroneal motor normal latency, normal amplitude and normal velocity. The left sup peron sensory normal latency, normal amplitude and normal velocity. The left sural sensory no response.

### EMG Findings:

Needle exam of the left AntTibialis, the left PostTibiailis, the left VastusMed, the left RectFemoris, the right AntTibialis, the right PostTibiailis and the right VastusMed were unremarkable.

### Impression:Polyneuropathy

The above electrodiagnostic study reveals evidence of mild sensory peripheral neuropathy of bilateral lower extremities.

Princy Arora M.D.

**Lincoln/ Shaw 2678**

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 **p.** 3




Lincoln/ Shaw 2679

**Patient:** SHAW, KIMBERLY **Test Date:** 6/8/2017 p. 4



**PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES**
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

05/23/2017

---

05/23/17 : 03:15pm
NEURO CONSULT

PATIENT: KIMBERLY SHAW
DATE OF BIRTH:
OFFICE VISIT: 05/23/17

Dear: Dr. JACQUELINE SEDGWICK

## HISTORY OF PRESENT ILLNESS

The patient is here for neurological consultation. The patient is a 50-year-old female with past medical history of asthma. The patient is here for evaluation of chronic pain and muscle weakness. The patient reports that she was admitted at Dominican for status asthmaticus in January 2016 and had been on steroids for several months after that. In November 2016, she was trying to get weaned off the steroids and she started having muscle pains. She was presumed to have some steroid myopathy; however, no formal testing was done. The pain started after that where she would have sharp shooting pain in her feet, both calves, and also in upper extremities. The pain has been off and on, getting worse. She feels increased stiffness, muscle achiness, and fatigue. She denies any headaches, any double vision, or any lateralizing type of weakness. She has been taking tramadol, which helps her with the pain.

## PAST MEDICAL HISTORY

Significant for asthma.

## MEDICATIONS

She is currently on gabapentin, Cymbalta, Singulair, and Zyrtec.

## SOCIAL HISTORY

Works as a respiratory therapist.

**Review of Systems**:
Constitutional: fatigue
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Neurological: pain in the foot/feet

**NEUROLOGICAL EXAMINATION:**
The patient was alert, awake, and oriented x3.
There was no aphasia, no dysarthria.

Cranial Nerves II-XII: The pupils were 2mm reactive bilaterally. There was no ptosis, no nystagmus. Extraocular movements were intact. Visual fields were intact. Visual acuity was /20 uncorrected bilaterally. Fundus normal. Intact corneals. Pinprick, light touch, and temperature were intact in V1, V2, and V3 distributions bilaterally. There was no facial

PAJARO VALLEY NEUROLOGY MEDICAL ASSOCIATES
64 ASPEN WAY STE. 101
WATSONVILLE, CA 95076-3084
(831) 786-1660 FAX (831) 786-1663

**Neuro Consultation**
SHAW, KIMBERLY
**Patient ID:** 0000013909
**DOB:**
**Age:** 50 years **Gender:** F

05/23/2017

droop. Intact hearing, intact gag, tongue is in midline, and symmetrical shoulder shrug.

Motor examination: Motor Examination of bilateral upper extremities, deltoids, biceps, brachioradialis, and wrist flexors and extensors were 5/5. I did not appreciatea and pronator drift. In the lower extremity exam bilaterally, hip flexors and extensors, knee flexors and extensors, tibialis anterior, and gastrocnemius were 5/5. Tone was normal.

Deep tendon: Deep tendon reflexes were +1 Plantars were flexors.

On cerebellar exam: On cerebellar exam, finger-to-nose and heel-to-shin tests were negative. There was no ataxia or dysmetria present.

On sensory exam: On sensory exam normal pinprick, light touch, and temperature 2 inches above the ankles bilaterally symmetrical, dec vibration and proprioception.

Gait: gait normal

## IMPRESSION

Chronic pain/possible underlying fibromyalgia.

## PLAN

In summary, this is a 50-year-old female with chronic pain for the past several months. On exam, seems to be tender at multiple points and having difficulty moving around secondary to underlying pain. She does not have any focal weakness. She does have decreased vibration sensation in lower extremities. In my opinion, most likely she may have underlying fibromyalgia and chronic fatigue syndrome. However, I will do nerve conduction studies of the lower extremities to evaluate for any underlying neuropathy as well as myopathy. The rest of the plan can be made after that.

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Patient education information given.
Y

**Follow-up**: Per clinical course and NCV studies

With best regards,

PRINCY ARORA M.D

# SIGNED BY PRINCY ARORA, MD (PA) 05/24/2017 09:13AM

Printed On: 08/22/2017



**Lincoln/ Shaw 2682**

7Z2371 70522

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Return to: Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw **CLAIM #:** 3840737
**EMPLOYER:** Dignity Health **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) SHAW, KIMBERLY D. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
| Spouse's Full Name and Date of Birth JAIMIE K. SHAW | Number of Children Ø | Dates of Birth of Children N/A |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name JAIMIE K. SHAW Relationship to you? SPOUSE Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO - SINCE 8-17-17

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? YES, RESPIRATORY CARE PRACTITIONER

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability Short Term | $ 937/wk | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Kimberly D. Shaw

**DATE:** 8/17/17 **EMPLOYEE'S SIGNATURE:** [signature]

DB 400

7Z2371 70522

# ACTIVITIES QUESTIONNAIRF

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719



Return To: Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw

CLAIM NO: 3840737 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 10-15 MIN GOOD OR BAD DAY stand 5-10 MIN GOOD OR BAD DAY walk 5 MIN = ON BAD DAY 10-15 MIN = ON GOOD DAY

How many hours a day do you:

sit 2-24 stand 1-2 walk 1 WHEN @ WORK FULL TIME

Do you take a nap during the day?

Yes X No ______

If Yes, for how long? 1-2 HRS At what time of the day? 1400-1500

How many hours a day do you spend in bed? 12

Do you require any assistive devices such as a:

cane YES walker ― crutches ― wheelchair YES other ______

How long are you able to sit in a car? 30 MIN

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 30-60 MIN ON A GOOD DAY <30 MIN ON A BAD DAY

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

No

Do you have children?

Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? ~~4-5~~ 2-3

On the weekends? Ø-1

How often do you run errands? 1x / WK

Please describe what errands you most commonly run: GROCERY STORE

Lincoln/ Shaw 2684

7Z2371 70522

Liberty Mutual. INSURANCE

***ACTIVITIES QUESTIONNAIRE***
***page 2 of 3***

How often do you get outdoors? 1-2x/wk

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles X Use search engines ____ Send emails UNABLE TO CONCENTRATE LONG ENOUGH TO READ MORE THAN SHORT ARTICLES.
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: For my wife's business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | KIM | MOTORIZED CART |
| Carrying groceries into the house | KIM & JAIMIE | JAIMIE CARRIES 90% |
| Cooking meals | KIM & JAIMIE | NO |
| Cleaning after meals | JAIMIE | SOMETIMES |
| Cleaning bathrooms | JAIMIE | YES- |
| Vacuuming | JAIMIE | |
| Doing the laundry | JAIMIE | FOLDING LAUNDRY IS TOO FATIGUE INDUCING. |
| Opening and responding to mail | KIM | NO |
| Managing your finances | KIM & JAIMIE | NO |
| Balancing your checkbook | KIM & JAIMIE | NO |
| Bathing yourself | KIM | NO |
| Styling your own hair | KIM | NO |
| Getting dressed | KIM | NO |
| Going up and down stairs | KIM | CANE |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

**Lincoln/ Shaw 2685**

7Z237170522

Liberty Mutual.
INSURANCE

**ACTIVITIES QUESTIONNAIRE**


How often do you travel or take vacation? LESS THAN 1X/YR

Where do you go? How do you get there (transportation method)? Camping on beach, Drive

Are you able to pursue your hobbies? Yes X No X

If Yes, please describe I am still able to take photos; I am unable to kayak.

Do you participate in an exercise program? Yes ____ No X FATIGUE INDUCING

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X I TRIED TO VOL @ COUNTY ANIMAL SHELTER IN MARCH 2017; TO FATIGUE & PAIN INDUCING TO CONTINUE.

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes X - MODIFIED/REDUCED SCHEDULE No ____

If Yes, please provide employer's name DIGNITY HEALTH DOMINICAN HOSPITAL, SANTA CRUZ, CA.

**Describe in your own words, what prevents you from engaging in any gainful employment.**

It is increasingly difficult to concentrate (I am having trouble completing this form). more than 10 min. My wife has noticed a decline in my short term memory in the last 4-6 months. Standing & teaching x 1 hr has become too painful; the pain in my legs & hips ↑↑ with standing. I was given a tall chair to use, however, getting up & down from chair only exacerbates the pain & discomfort. I am unable to rise from a squatting position with assistance, & weakness. —OVER—

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake @ 0630. Shower/Dress @ 0700. Work @ 0800-0830 Chart review x 1-1.5 hours.

M/W (1) 1000 2 day/wk: Patient evaluation x 1.5-2 hrs; perform patient history, health condition medications & goals. Perform functional assessment (walk and monitor patient x 10 min).

Tu/Th (2) 1000 2 day/wk: Teach group education x 60 min. followed immediately by 60 minutes of patient monitoring & exercise instruction. 1200-1300 Lunch — over —

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

JAIMIE SHAW

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Kimberly D. Shaw    Date: 8/17/17

Signature: [signature]

Lincoln/ Shaw 2686

Kimberly Shaw

Walking >100 ft. becomes painful and my legs become weak; my balance is affected & I have to use a cane full-time since the last week of July. I have a fear of falling without the cane.
Sitting > 20 minutes - it is difficult to stand. My quadriceps become weak and oftentimes "quiver" when I stand. > 50% of the time, I require assistance to stand.
Working or errands > 2 hrs is followed by severe fatigue into the next day, > 3-4 hours and the severe fatigue lasts 2-3 days with me sleeping or too tired/fatigued to leave bed or recliner.
I, my family, and coworkers have noticed a decline in my ability to tolerate any activity, and some ADLs including cooking & cleaning, since the end of July. It now take me twice the time to shower & dress due do frequent need to sit & rest.

1300-1600 Round on inpatients with pulmonary disease, perform patient education & chart.

1600-1630 Home - usually nap.

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Return To: Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Jacqueline Sedgwick M.D.
Specialty: Internal Medicine
Address: 528 Capitola Ave
Capitola, CA 95010
Telephone No.: (831) 475-1630 Fax No.: ~~831-475-1629~~ 831-475-1629

Name: Jeffery Kishiyama M.D.
Specialty: Allergy / Asthma
Address: 3329 Mission Ave
Santa Cruz, CA 95065
Telephone No.: (831) 479-1983 Fax No.: ( )

Name: Princy Arora M.D.
Specialty: Neurology
Address: 64 Aspen Way #101
Watsonville, CA
Telephone No.: (831) 786-1660 Fax No.: ( )

Name: Milan C. Patel
Specialty: Neurology
Address: 4767 Soquel Dr.
Soquel, CA 95073
Telephone No.: (831) 477-9912 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aaron Morse, M.D.
Specialty: Sleep Medicine
Address: 1665 Dominican Way
Santa Cruz, CA 95065
Telephone No.: (831) 387 5337 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 8/17/17

Lincoln/ Shaw 2688

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Return to: Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: JAIME SHAW DOB: ____

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (If applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Kimberly D. Shaw Date: 8/17/17

Lincoln/ Shaw 2689

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: M.B.A. 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Certificate Program completed:

(Associates Degree) RESPIRATORY CARE College: number of years: 7

(Bachelor's Degree) BA (BS) Major: HUMAN SERVICES MANAGEMENT (Graduate School:) MA ☐ MS☐ CAGS☐ PHD Degree: MBA.

Professional Training, License, Certificates(s): RESPIRATORY CARE PRACTITIONER : CALIFORNIA

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: —

Additional Skills, Hobbies & Volunteer Work LOCAL ANIMAL SHELTER (ended April 2017)

Did you serve in the Armed Forces? ☐ Y ☒ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: DOMINICAN Department: LIFESTYLE MANAGEMENT From: 8/26/14 To: PRESENT 3
   Job Title(s): PULMONARY CLINICAL COORDINATOR
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): ASSESS PATIENTS, PROVIDE DISEASE EDUCATION, DEVELOP & MONITOR PATIENT EXERCISE PLAN, MAINTAIN PATIENT & STAFF SCHEDULES ROUND ON INPATIENTS.
2. Company: PIKEVILLE HOSPITAL Department: PULMONARY From: JAN 2012 To: AUGUST 2014
   Job Title(s): DIRECTOR PULMONARY SERVICES
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): DEVELOP BUDGET $6.8 MILLION, OVERSEE STAFF OF 60. MAINTAIN/REVIEW/UPDATE POLICY & PROCEDURE

A Liberty Mutual Company

7Z2371 70522

3. Company: St. Francis Hospital Department: Pulmonary Rehab From: 2009 To: December 2011
Job Title(s): Pulmonary Education Coordinator
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): Maintain patient & staff schedule, productivity, order supplies.

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | | | |
| Spread Sheet (MS Excel) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) 30
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ com Work: ______

SIGNATURE: [signature] PHONE NO ______



Lincoln/ Shaw 2691

I **understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

________________________________________

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D. Shaw

Date of Birth: [illegible] Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

Kimberly D Shaw

Date of Birth: __________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: — Telephone #:

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~+ Center for Lifestyle Management~~ ALL IP & OP RECORDS (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to ***receive*** the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests
- o Other: ______

(KS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE**: ______________________________ Date: ____________
(Patient or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* _____ *Dept:* ___________

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

______________________ ______________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: ____________________ Date of Birth: ____________

Other Names: ____________________ Telephone #: ____________

Medical Record or Account#: ______________________________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL – Center for Lifestyle Management

TO DISCLOSE TO: ______________________________
(Persons/organizations authorized to *receive* the information)

______________________________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

❑ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______________________________
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

❑ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 21, 2017 |
| To: | PRINCY ARORA |
| Attn: | medical records |
| Fax: | (831) 786-1663 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages<br>(Including Cover): | 10 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 21, 2017

Princy Arora

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Princy Arora:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All treatment notes/emails/phone calls, diagnostic test results, admit/discharge summaries, consultation reports and procedure reports from November 1, 2016 to the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  X Please return the requested records with the form

We ask that you provide this information by August 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Shaw allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Shaw's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form
3840737-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.21.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2703**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

Self

Signature of claimant or legal representative:

Kimberly D Shaw

Date of Birth: ______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship: Self

Signature of claimant or legal representative:

Date of Birth: Claim Number: 3840737

Date: 8/1/17

A copy of this authorization will be considered as valid as the original.

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: Telephone #:

Medical Record or Account#: ______________ (Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~- Center for Lifestyle Management~~ all IP & OP Records

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______________
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.



H:\WP\DOCS\PU\ECP\SM\Medical Release\ Authorization.doc

Lincoln/ Shaw 2708

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ▫ At the request of the patient or personal representative; *OR*
- ▫ Other: ____________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________________ (Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

____________________ ____________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

**Lincoln/ Shaw 2710**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 21, 2017

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

We are writing with a status update of your LTD claim. Your claim is currently pending an initial claim determination. We have issued a deadline for all medical records to be submitted to Liberty on or before September 9, 2017.

The following medical records have been received:

- Medical records through May 3, 2017 from Dr. Kishyinia and Dr. Wolf.
- Medical records through March 20, 2017 from Dr. Ling.
- Medical records from December 30, 2015 through June 12, 2017 from Dominican Hospital.

**We are still awaiting medical records from Dr. ARora. Please contact their office and ensure they are submitting your records no later than September 9, 2017.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Dignity Health Medical Group Dominican
A Service of Dignity Health Medical Foundation

700 Frederick Street, Suite 203
Santa Cruz, CA 95062
*Direct*: (831) 226.3225
***Fax*: (831) 423-7579**

**Date:** 8/18/17

**To:** Liberty Mutual Insurance

**Fax:** (603) 334-5719 **Phone:**

**From:** Dr. Andrea Ling

**# Of Pages:** 3
*(Including Cover Page)*

**Subject:** Kimberly Shaw Claim # 384 073 7

**If you have trouble receiving this facsimile, please contact sender.*

□ **URGENT** □ **FOR REVIEW** □ **PLEASE COMMENT** □ **PLEASE REPLY**

**CAUTION:** This facsimile message is **CONFIDENTIAL** and may be of a nature that is **LEGALLY PRIVILEGED**. The information contained in this facsimile message is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient or an agent responsible for the delivering it to the intended recipient, you have received this document in error. Any further review, dissemination, distribution, or coping of this message is **STRICTLY PROHIBITED.** If you have received this communication in error, please notify us immediately by telephone. If you are a regular recipient of confidential or privileged facsimiles from us and you intend to change your facsimile number, it is your responsibility to alert us before the change.

***Every effort has been made to insure that this document has been sent to the intended recipient. In the event that you are not the intended recipient, please check the box below and fax this document back to: 831-423-7579***

☐ THIS FAX WAS NOT SENT TO THE CORRECT RECIPIENT.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 10/18/2016
   **DATE LAST TREATED** — 3/20/2017
   **NEXT OFFICE VISIT** — 

   Asthma 545.902
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).* 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Chronic steroids required for treatment of asthma render walking, lifting/carrying constantly a difficulty

4. **RESTRICTIONS IMPOSED FROM** 3/20/17 **TO** Current.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**

   physical therapy, steroid ucstration.
   Estimated return to work 1 year

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   recurrent hospitalizations & office visits

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** 1/2016 (Kipps) **TO** Current.

| Andrea Ling MD | PhD Pulmonology | 32-0201951 |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 100 Frederick St., Ste 203 | 831-226-3225 | 831-423-7579 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Santa Cruz, CA 95062 | [signature] | 8/17/17 |
| **City, State & Zip Code** | **Signature** | **Date** |

# FAX

Aug 18, 2017
16 Pages

TO Kristie Larocca
(603) 334-5719

FROM Kimberly Shaw
831-600-5145
@gmail.com

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

*page 1 of 3*

Return To: Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737 DATE OF BIRTH: 03/21/1967
EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 10-15 MIN GOOD OR BAD DAY stand 5-10 MIN GOOD OR BAD DAY walk 5 MIN = ON BAD DAY 10-15 MIN = ON GOOD DAY

How many hours a day do you:

sit 2-2½ stand 1-2 walk 1 WHEN @ WORK FULL TIME

Do you take a nap during the day?

Yes X No

If Yes, for how long? 1-2 HRS At what time of the day? 1400-1500

How many hours a day do you spend in bed? 12

Do you require any assistive devices such as a:

cane YES walker — crutches — wheelchair YES other

How long are you able to sit in a car? 30 MIN

Do you hold a valid driver's license?

Yes X No

If No, please explain:

If Yes, how long are you able to drive a car? 30-60 MIN ON A GOOD DAY <30 MIN ON A BAD DAY
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
No

Do you have children?

Yes No X If Yes, what are their dates of birth

Do you need help caring for your children?

Yes No

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes No X If Yes, please explain

How many times a day do you leave the house during the week? ~~4-5~~ 2-3

On the weekends? Ø-1

How often do you run errands? 1x/wk

Please describe what errands you most commonly run: GROCERY STORE

Lincoln/ Shaw 2715

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE
page 2 of 4

How often do you get outdoors? 1-2x/wk

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ____ | Right X |
| Are you able to work in your garden? | Yes ____ | No X |
| Are you able to work on your house? | Yes ____ | No X |
| Are you able to wash your car? | Yes ____ | No X |

How much time is spent daily on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles X Use search engines ____ Send emails UNABLE TO CONCENTRATE LONG ENOUGH TO READ MORE THAN SHORT ARTICLES.
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: For my wife's business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Kim | MOTORIZED CART |
| Carrying groceries into the house | Kim & Jaimie | JAIMIE CARRIES 90% |
| Cooking meals | Kim & Jaimie | No |
| Cleaning after meals | Jaimie | SOMETIMES |
| Cleaning bathrooms | Jaimie | YES- |
| Vacuuming | Jaimie | |
| Doing the laundry | Jaimie | FOLDING LAUNDRY IS THE [illegible] |
| Opening and responding to mail | Kim | No |
| Managing your finances | Kim & Jaimie | No |
| Balancing your checkbook | Kim & Jaimie | No |
| Bathing yourself | Kim | No |
| Styling your own hair | Kim | No |
| Getting dressed | Kim | No |
| Going up and down stairs | Kim | CANE |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Lincoln/ Shaw 2716

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? LESS THAN 1X/YR
Where do you go? How do you get there (transportation method)? Camping on beach, Drive

Are you able to pursue your hobbies? Yes X No X
If Yes, please describe I am still able to take photos; I am unable to kayak.

Do you participate in an exercise program? Yes ____ No X FATIGUE INDUCING
If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X
I TRIED TO VOL @ COUNTY ANIMAL SHELTER IN MARCH 2017, TO FATIGUE & PAIN INDUCING TO CONTINUE.
If Yes:
how many hours per day? ____
how many hours per week? ____
for whom? ____

Are you working for wages? Yes X - MODIFIED/REDUCED SCHEDULE No
If Yes, please provide employer's name DIGNITY HEALTH DOMINICAN HOSPITAL, SANTA CRUZ, CA.

**Describe in your own words, what prevents you from engaging in any gainful employment.**
It is increasingly difficult to concentrate (I am having trouble completing this form). more than 10 min. My wife has noticed a decline in my short-term memory in the last 4-6 months. Standing & teaching x 1 hr has become too painful; the pain in my legs & hips ↑↑ with standing. I was given a tall chair to use, however, getting up & down from chair only exacerbates the pain & discomfort. I am unable to rise from a squatting position with assistance, & weakness. —OVER—

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
Wake @ 0630. Shower/Dress @ 0700. Work @ 0800-0830 Chart review x 1-1.5 hours.
M/W (1) 1000 2day/wk: Patient evaluation x 1.5-2 hrs; perform patient history, health condition medications & goals. Perform functional assessment (walk and monitor patient x 10 min).
Tu/Th (2) 1000 2day/wk: Teach group education x 60 min. followed immediately by 60 minutes of patient monitoring & exercise instruction. 1200-1300 Lunch —over—

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
JAIMIE SHAW

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Kimberly D. Shaw Date: 8/17/17

Signature: [signature]

**Lincoln/ Shaw 2717**

Kimberly Shaw

Walking > 100 ft. becomes painful and my legs become weak; my balance is affected & I have to use a cane full-time since the last week of July. I have a fear of falling without the cane.
Sitting > 20 minutes - it is difficult to stand. My quadriceps become weak and oftentimes "quiver" when I stand. > 50% of the time, I require assistance to stand.
Working or errands > 2 hrs is followed by severe fatigue into the next day, > 3-4 hours and the severe fatigue lasts 2-3 days with me sleeping or too tired/fatigued to leave bed or recliner.
I, my family, and coworkers have noticed a decline in my ability to tolerate any activity, and some ADLs including cooking & cleaning, since the end of July. It now take me twice the time to shower & dress due to frequent need to sit & rest.

1300-1600 Round on inpatients with pulmonary disease, perform patient education & chart.

1600-1630 Home - usually nap.

Lincoln/ Shaw 2718

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Return To: Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Jacqueline Sedgwick M.D.
Specialty: Internal Medicine
Address: 528 Capitola Ave
Capitola, CA 95010
Telephone No.: (831) 475-1630 Fax No.: ~~(831) 475-1629~~ 831-475-1629

Name: Jeffery Kishiyama M.D.
Specialty: Allergy / Asthma
Address: 3329 Mission Ave
Santa Cruz, CA 95065
Telephone No.: (831) 479-1933 Fax No.: ( )

Name: Princy Arora M.D.
Specialty: Neurology
Address: 64 Aspen Way #101
Watsonville, CA
Telephone No.: (831) 786-1660 Fax No.: ( )

Name: Milan C. Patel
Specialty: Neurology
Address: 4767 Soquel Dr.
Soquel, CA 95073
Telephone No.: (831) 477-9912 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aaron Morse, M.D.
Specialty: Sleep Medicine
Address: 1665 Dominican Way
Santa Cruz, CA 95065
Telephone No.: (831) 387-5337 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 8/17/17

**Lincoln/ Shaw 2719**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7511
Secure Fax No.: (603) 334-5719

Return to: Kristie Lanocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw **CLAIM #:** 3342737
**EMPLOYER:** Dignity Health **DATE OF BIRTH:** 03/21/1957

| | | |
|---|---|---|
| Full Name (Last, First, Middle Init.) SHAW, KIMBERLY D. | Social Security # | Email Address |
| Street Address | City | State Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |

Spouse's Full Name and Date of Birth: JAIMIE K. SHAW | Number of Children: Ø | Dates of Birth of Children: N/A

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: JAIMIE K. SHAW Relationship to you? SPOUSE Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per week and rate of pay. NO – SINCE 8-17-17

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? YES, RESPIRATORY CARE PRACTITIONER

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability Short Term | $ 937/wk | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Kimberly D. Shaw

**DATE:** 8/19/17 **EMPLOYEE'S SIGNATURE:** [signature]

Lincoln/ Shaw 2720

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

Return to: Kristie Larocca

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Kimberly Shaw | |
| CLAIM NO: 3840737 | |
| EMPLOYER/SPONSOR: Dignity Health | DATE OF BIRTH: |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: JAIMIE SHAW DOB:

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Kimberly D. Shaw Date: 8/17/17

Lincoln/ Shaw 2721

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: 03/21/1967

**Please fill out each section completely**

EDUCATIONAL BACKGROUND: (If you have a resume, please attach)

Highest Grade Completed: M.B.A. 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: RESPIRATORY CARE College: number of years: 7

Bachelor's Degree: BA (BS) Major: HUMAN SERVICES MANAGEMENT Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: MBA

Professional Training, License, Certificates(s): RESPIRATORY CARE PRACTITIONER : CALIFORNI

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work LOCAL ANIMAL SHELTER (ended April 2017)

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: DOMINICAN Department: LIFESTYLE MANAGEMENT From: 8/26/14 To: PRESENT 3
   Job Title(s): PULMONARY CLINICAL COORDINATOR
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): ASSESS PATIENTS, PROVIDE DISEASE EDUCATION, DEVELOP & MONITOR PATIENT EXERCISE PLAN, MAINTAIN PATIENT & STAFF SCHEDULES ROUND ON INPATIENTS.
2. Company: PIKEVILLE HOSPITAL Department: PULMONARY From: JAN 2012 To: AUGUST 2014
   Job Title(s): DIRECTOR PULMONARY SERVICES
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): DEVELOP BUDGET $6.8 MILLION, OVERSEE STAFF OF 60. MAINTAIN | REVIEW | UPDATE POLICY & PROCEDURE

A Liberty Mutual Company

Lincoln/ Shaw 2722

3. Company: ST. FRANCIS HOSPITAL Department: PULMONARY REHAB From: 2004 To: DECEMBER 2011
Job Title(s): PULMONARY EDUCATION COORDINATOR
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): MAINTAIN PATIENT & STAFF SCHEDULE, PRODUCTIVITY, ORDER SUPPLIES.

4. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

5. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☑ | ☑ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours
How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) 30
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: a... AIL.COM Work:

SIGNATURE: [signature] PHONE NO: (



Lincoln/ Shaw 2723

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

Relationship:

SELF

Signature of claimant or legal representative:

Kimberly D Shaw

Date of Birth: [illegible] Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

____________________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: __________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: ______ Telephone #:

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~- Center for Lifestyle Management~~ ALL IP & OP RECORDS (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- Discharge summary
- Progress Notes
- Consultation Reports
- Emergency Room
- Other: ______
- Resting/Exercise EKG
- History and Physical
- Laboratory Tests

(KS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

______________________________

Relationship:

Self

Signature of claimant or legal representative:

[signature]

Date of Birth: ____________ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Kimberly D. Shaw

Name of legal representative, if applicable (print):

_______________

Relationship: Self

Signature of claimant or legal representative:

[signature]

Date of Birth: _______ Claim Number: 3840737

Date: 8/1/17

**A copy of this authorization will be considered as valid as the original.**

Dignity Health.
Dominican Hospital

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth:

Other Names: ______ Telephone #: ______

Medical Record or Account#: ______
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ~~+ Center for Lifestyle Management~~ ALL IP & OP RECORDS (KS)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- ☐ At the request of the patient or personal representative; ***OR***
- ☐ Other: ______________________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ______________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw Date: 8/3/17
(Patient/or personal representative)

______________________________ ______________________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

Note: If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

LMG 8/4/2017 3:02:49 PM PAGE 1/003 Fax Server

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 4, 2017 |
| To: | DOMINICAN HOSPITAL MEDICAL RECORDS<br>1555 SOCAL DRIVE<br>SANTA CRUZ CA 95065 |
| Attn: | medical records |
| Fax: | (831) 462-7628 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

18013

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 4, 2017

Dominican Hospital Medical Records
1555 SOCAL DRIVE
SANTA CRUZ, CA 95065

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All admit/discharge summaries, diagnostic test results, lab results, and procedure reports from December 1, 2015 through February 28, 2016. ***PLEASE NOTE: THE PATIENT HAS PROVIDED YOU WITH A RELEASE FORM. THIS SHOULD BE ON FILE***

We ask that you provide this information by August 11, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

527866 (B)

Dignity Health.
Dominican Hospital

# AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide *all* information requested may invalidate this authorization.

## USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: Kimberly D. Shaw Date of Birth: _

Other Names: ______________ Telephone #: ______________

Medical Record or Account#: ______________
(Hospital use only)

I AUTHORIZE: DOMINICAN HOSPITAL ALL IP & OP RECORDS. ~~+ Center for Lifestyle Management~~ (B)

TO DISCLOSE TO: Liberty Mutual
(Persons/organizations authorized to *receive* the information)

______________
(Street, city, state and zip code)

the following information contained in the records specified below (check box and initial applicable lines below):

☒ **THE FOLLOWING RECORDS,** specific types of health information, or records for the date(s) of treatment as specified:

- o Discharge summary
- o Progress Notes
- o Consultation Reports
- o Emergency Room
- o Other: ______________
- o Resting/Exercise EKG
- o History and Physical
- o Laboratory Tests

(KDS) ☒ **ALL RECORDS** regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**PURPOSE:** The purpose and limitations (if any) of the requested use or disclosure is:

- At the request of the patient or personal representative; ***OR***
- Other: ____________________

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different end date is specified: ____________
(Date)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address: **Dominican Hospital, Health Information Management, 1555 Soquel Dr., Santa Cruz, CA 95065.** My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by California law and may no longer be protected by federal confidentiality law (HIPAA). If this authorization is for the disclosure of substance abuse information, the recipient may be prohibited from disclosing the information under 42 C.F.R. part 2.

**SIGNATURE:** [signature] Kimberly Shaw Date: 8/3/17
(Patient or personal representative)

______________________ ______________________
Print name of personal representative Relationship to patient

Patient/Representative Identification Verified. *Initials:* KS *Dept:* CLM

**Note:** If the **substance abuse treatment** information is protected by federal confidentiality rules (42 C.F.R. part 2) the following prohibition of re-disclosure statements must be provided to the recipient of the information:

**The federal rules prohibit the recipient from making any further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 C.F.R. part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 67696902; 40070682; 87722890; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD ; Seegwaldt,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Discharge Summary*

| | |
|---|---|
| DOCUMENT NAME: | Discharge Summary |
| RECEIVED DATE/TIME: | 1/22/2016 16:18 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Bhuria,Himanshu MD (1/23/2016 14:10 PST) |
| SIGN INFORMATION: | Bhuria,Himanshu MD (1/23/2016 14:32 PST) |

**Hospitalist Discharge Summary**

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40070682

ATTENDING PHYSICIAN: Himanshu Bhuria, MD

ADMISSION DATE: 01/19/2016

DISCHARGE DATE: 01/22/2016

ADMISSION DIAGNOSIS:
PE.

DISCHARGE DIAGNOSIS:
1. Subsegmental acute right lower lobe PE, provoked, given her recent hospitalization.
2. Asthma with recent exacerbation.
3. Elevated lactate without sepsis, resolved post hydration.
4. Leukocytosis from corticosteroids.
5. History of asthma.
6. History of chronic back pain.
7. History of depression.

CONSULTATION:
Patient was seen by a and Dr. Andrea Ling and Dr. Michael Ellison from Pulmonary who were covering for patient's pulmonologist, Dr. David Kipps.

PROCEDURES:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Legend: | C=Corrected | *=Comment | | H=High | L=Low | | |
| Lab Legend: | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD ; Kipps,David L MD ; Sedgwick,Jacqueline MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## Discharge Summary

None.

DIET:
Regular.

ACTIVITY:
As tolerated.

FOLLOWUP:
1. Followup with her PCP, Dr. Carol Haubach, on 01/27/2016.
2. Followup with Dr. David Kipps on 01/26/2016 for.

DISCHARGE MEDICATIONS:
She will continue her home medications as follows:
1. Albuterol inhaler 2 puffs q.4 hours p.r.n.
2. Prozac 40 mg daily.
3. Breo Ellipta 200/25 mcg inhalation daily.
4. Gabapentin 600 mg 3 times a day.
5. Ipratropium nebs as needed.
6. Lorazepam 1 mg 3 times a day.
7. Singulair 10 mg q.p.m.
8. MiraLAX daily.
9. She will continue on prednisone taper which was prescribed during her recent last hospitalization.
10. Theophylline was increased to 400 mg b.i.d. by Dr. Ellison.
11. Tizanidine 4 mg q.8 hours as needed.
12. Trazodone 50 mg as needed for sleep.
13. Ambien 5 mg q.h.s. p.r.n. for sleep.

New prescriptions are
1. Xarelto 15 mg p.o. b.i.d. for 3 weeks followed by Xarelto 20 mg p.o. daily with a plan for anticoagulation for 3 months for her PE.

HOSPITAL COURSE:
The patient is a 48-year-old white female with history of asthma, was discharged 10 days ago on January 9 after being treated for status asthmaticus and she presented back to the ER on January 19 with pleuritic right-sided chest pain and increasing shortness of breath. She was evaluated in the ER with a CT angiogram of the chest which showed small pulmonary emboli in right lower lobe segmental arteries. Chest x-ray showed no acute cardiopulmonary disease. Bilateral lower extremity venous Doppler showed no DVT. Echo showed normal EF without any evidence of right heart strain. Her troponin and BNP were negative. She was admitted with acute PE which was provoked given her recent hospitalization. She was started on therapeutic Lovenox and was seen by Dr. Ling from Pulmonary Service who recommended giving her Xarelto for a total of 3 months for her PE. She also had recent asthma exacerbation and was continued on corticosteroids and

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041984; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ;
PCP: Sedgwick,Jacqueline MD
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Discharge Summary*

she has leukocytosis from corticosteroid. She also has slightly elevated lactate which resolved with hydration. Procalcitonin was normal and there was no evidence of infection. This morning patient had no chest pain or dyspnea and she was evaluated by Dr. Ellison who cleared her for discharge and she is being discharged home. Her Xarelto was preapproved through her insurance and the prescription was sent to Plaza Pharmacy. The patient understands the bleeding risks with Xarelto and was advised to seek medical care if she notices any bleeding.
Total time spent on discharge: More than 30 minutes.

HIMANSHU BHURIA, MD

HB/AL
D: 01/22/2016 16:18:27
T: 01/23/2016 14:10:39

Internal Job: 685457963
External Job: 1264837

cc:
Carol Haubach, MD

David L. Kipps, MD
CAROL HAUBACH

*Electronically Signed By:*
*Bhuria, Himanshu MD*
*On 01/23/16 14:32*
*Co Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhagia,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Discharge Summary*

| | |
|---|---|
| DOCUMENT NAME: | Discharge Summary |
| RECEIVED DATE/TIME: | 1/9/2016 11:17 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Farquharson,Hannah MD (1/13/2016 11:33 PST) |
| SIGN INFORMATION: | Farquharson,Hannah MD (1/13/2016 11:33 PST) |

Admission Information
The patient presents with 48 y/o F
long h/o asthma, no prior intubations and has not been in the ED in several years for her asthma
3 d pta pt developed prod cough, no fevers, and exacerbation of her asthma
has been using alb nebs and her own mdi's at home w/o relief
has been on 40 mg of prednisone and doxy for the last 2 days from her pmd [1]

Hospital Course
Kim Shaw is a pleasant 48yoF RT with chronic severe persistent asthma her entire life and excellent compliance in her asthma care plan that had an acute exacerbation over the holidays. Initial management in the outpatient setting including a prednisone burst and oral antibiotics without improvement for which she was referred to the ER and admitted with support of the pulmonary service in status asthmaticus. Treated with supplemental oxygen support, high dose parenteral corticosteroids and around the clock nebulized treatments with minimal response. Subsequent addition of oral theophylline, still minimal improvement then started a theophylline IV drip, requiring for a total 3 days prior to being weaned to a oral/inhaled regimen.

Patient is stabilized to discharge and follow up with her pirmary physician and pulmonologist within 7 days on slow outpatient prednisone taper.

Consults: Dr. Kipps, Pulmonary service.

Discharge Diagnosis:
1. Status asthmaticus
2. Acute resp distress
3. depression: exacerbation with acute resp distress
4. Chronic severe persistent asthma
[2]

Significant Findings
CXR Impression:
1. No acute cardiopulmonary disease. [3]

Physical Exam
GEN: No acute distress, alert and oriented x 3
HEENT: oropharynx clear, mucous membranes moist
NECK: supple, no jugular venous distention
CV: regular rate and rhythm, no rubs or gallops
PULM: good air movement bilaterally with scattered insp/exp wheeze
ABD: soft, nontender, nondistended, normoactive bowel sounds, no guarding or rebound.
EXTR: no cyanosis, clubbing or edema
NEURO: Non-focal, moves all extremities

Discharge Plan
Patietnt is discharged in good condition to follow up with Dr. Kipps in 3-5 days and Dr. Haubach's office within 7 days.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-76-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Seagwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## *Discharge Summary*

Diet:
Heart healthy.

Activity:
Advance at home as tolerates.

Medication reconciliation performed.

New Medications:
1. Theophylline 24 ER 300mg po qday.
2. Advair 500-50 1 INH bid.
3. Prednisone taper as written out.
4. Lorazepam 0.5mg po q4hour prn anxiety.

Resume previous home medications:
1. Albuterol HFA 1-2 puffs q4 hours prn sob/wheeze.
2. Albuterol nebulized q4 hours prn sob/wheeze.
3. Prozac 40mg po qday.
4. Gabapentin 600 mg t.i.d. p.r.n. pain.
5. Baclofen 5-10 mg q.4-6h. p.r.n. spasm.
6. Ambien 5 mg q.h.s.
7. Zanaflex 4 mg 1-2 caps at bedtime p.r.n. muscle spasm.
8. Naprosyn one tablet q.12h. p.r.n. pain.

Discontinue:
1. Breo Elipta 100/25 inhaler.

40 minute visit > 50% time spent direct counselling patient and family regarding treatment plan, medications and goal of care, all questions answered.

[1] Dyspnea *ED; Tsukamaki, Jason MD 12/30/2015 11:54
[2] APSO Note; Farquharson, Hannah MD 01/08/2016 22:08

*Electronically Signed By:*
*Farquharson, Hannah MD*
*On 01/13/16 11:33*
*Co Signature By:*
*Proxy Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902: 40070682: 87722690: 40816746:
Pt loc: 87540340; 40041964: 87765319: 87666293: 40133571

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe.James D.MD ; Haubach.Carol MD :
PCP: Bhuyia,Himanshu MD Sedgwick,Jacqueline MD ; Kipps,David L MD :
Whaley.Bradley D.MD : Suval,Michael DO :

## *History and Physical*

| | |
|---|---|
| DOCUMENT NAME: | History and Physical |
| RECEIVED DATE/TIME: | 1/20/2016 05:31 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Butler.Jenifer MD (1/20/2016 05:48 PST) |
| SIGN INFORMATION: | Butler.Jenifer MD (1/21/2016 04:27 PST) |

**Chief Complaint**
PCP AUBACH, CAROL MD

Pulmonologist Kipps MD, David

**History of Present Illness**
48 year old lifelong asthmatic just discharged 1/9/16 after a 10 day stay for Status asthmaticus. She was discharged on theophylline and prednisone taper along with her usual inhalers.
She states she never really improved and today tried to walk outside and has not been able to catch her breath since.
She reports pleuritic right sided Chest pain and dizziness but no syncope.
SOB worse when lying flat Denies LE swelling, trauma, or pain.
no fevers.
In ED she was found to have PE. She was given Lovenox, solumedrol, magnesium, Ativan and breathing treatments

**Review of Systems**
Constitutional: No fevers, chills, sweats, +states 14 lb weight loss in the past couple of weeks, low energy
Eye: No blurry vision
ENMT: No ear pain, nasal congestion, sore throat
Respiratory: No cough, hemoptysis + SoB
Cardiovascular: No palpitations, syncope +right side pleuritic CP
Gastrointestinal: No nausea, vomiting, diarrhea, abdominal pain +constipation
Genitourinary: No dysuria, No hematuria
Hema/Lymph: Negative for bruising tendency, swollen lymph glands
Endocrine: Negative for excessive thirst, excessive hunger
, Musculoskeletal: No back pain, arthritis
Integumentary: No rash, pruritus, abrasions
Neurologic: No numbness, no syncope, +dizziness
Psychiatric: +anxiety and depression

**Physical Exam**

**Vitals & Measurements**
T: 36.6 °C (Oral) HR: 86 RR: 18 BP: 145 / 71 SpO2: 100% Oxygen Amount: 3 L/min
GENERAL: appears anxious with increased respiratory rate but no respiratory distress
HEENT: Normocephalic, atraumatic, no scleral icterus. Mucus membranes moist
NECK: supple, no rigidity. No lymphadenopathy
LUNGS: no wheezes or crackles. Good air movement.
CV: S1S2 RRR no murmurs rubs or gallops .
GI: soft, nontender, normoactive bowel sounds, no rebound, guarding or masses
GU: no suprapubic or flank tenderness.

**Problem List/Past Medical History**
**Ongoing**
Asthma
Back pain
Depression

**Procedure/Surgical History**
Cholecystectomy (05/01/2015), Appendectomy.

**Medications**
**Home**
Advair Diskus 500 mcg-50 mcg inh, 1 Puff, INH, BID
albuterol 0.083% NEB, 2.5 mg, 3 mL, INH, q4hr, PRN
Ambien, 5 mg, PO, qHS, PRN
Ambien 5 mg oral tablet, 5 mg, 1 Tab, PO, qHS, PRN, rarely uses
gabapentin 300 mg oral capsule, 600 mg, 2 Cap, PO, TID, PRN
LORazepam, 1 mg, PO, TID, PRN
MiraLax, PO
montelukast 10 mg oral tablet, 10 mg, 1 Tab, PO, qPM
predniSONE 20 mg oral tablet, See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days
PROzac 20 mg oral capsule, 40 mg, 2 Cap, PO, qDay
theophylline, 300 mg, PO, BID
Ventolin (90mcg/dose) MDI, 2 Puff, INH, PRN, q4 to 6 hours as needed

**Allergies**
NKA

**Social History**
RT therapist. Denies smoking ETOH drugs
Married. Recently adopted 4 year old girl

**Family History**
No blood clots in the family

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuda,Himanshu MD ; Sedgwick,Jacqueline MD Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

BACK: no spinal or paraspinal tenderness.
EXT: No edema, clubbing or cyanosis. well perfused.
SKIN: warm and dry, no ulcerations. no rash
NEURO: Alert and oriented x3. Face without asymmetries. Speech fluent and appropriate. Follows commands appropriately. Moving all 4 ext.

Lab Results
WBC 16.1 thousand/uL 01/19/2016 17:38 (High)
RBC 4.68 million/uL 01/19/2016 17:38
Hgb 13.8 gm/dL 01/19/2016 17:38
Hct 41.7 % 01/19/2016 17:38
Plt 281 thousand/uL 01/19/2016 17:38
D-Dimer, Quant. 710 ng/mL 01/19/2016 18:11 (High)
Sodium 136 mMOL/L 01/19/2016 17:38
Potassium 4.0 mMOL/L 01/19/2016 17:38
Chloride 105 mMOL/L 01/19/2016 17:38
CO2 18 mmol/L 01/19/2016 17:38 (Low)
Glucose Level 165 mg/dL 01/19/2016 17:38 (High)
BUN 15.0 mg/dL 01/19/2016 17:38
Creatinine 0.8 mg/dL 01/19/2016 17:38
GFR Estimated >60 mL/min/1.73m2 01/19/2016 17:38
Calcium 10.0 mg/dL 01/19/2016 17:38
Protein, Total 6.90 gm/dL 01/19/2016 17:38
Albumin 3.5 gm/dL 01/19/2016 17:38
Bili Total 0.3 mg/dL 01/19/2016 17:38
ALT 21 Units/L 01/19/2016 17:38
AST 9 Units/L 01/19/2016 17:38
Alkphos 65.0 Units/L 01/19/2016 17:38
Lactic Acid 3.8 mMOL/L 01/19/2016 18:11 (Critical)

Diagnostic Results
CT chest Positive for tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 95-101. No other pulmonary emboli seen. Minor bilateral para bronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear.
[1]

Assessment/Plan
Acute PE with R sided pleuritic CP. Lovenox 1mg/kg
will check echo, troponin, BNP, and Bilateral LE doppler
Consider consultation with dr Kipps

Anxiety with hyperventilation.

Elevated lactic acid. Will hydrate and trend. She does not appear septic or toxic at this time.

Asthma. no wheezing at this time but patient states she is extreely sob. Will continue solumedrol and theophyline and consider discussion with dr Kipps.

full code, by default
Estimated lenght of stay 2-3 midnights.

[1] SOB - Shortness of breath; Wentling, Christopher 01/19/2016 18:53

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87686293; 40133571
Pt loc: n/a

DOB
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shukla,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *History and Physical*

*Electronically Signed By:*
*Butler, Jenifer MD*
*On 01/21/16 04:27*
*Co Signature By:*
*Proxy Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 67666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuda,Himanshu MD ; Kipps,David L MD ;
PCP: Sedgwick,Jacqueline MD
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

| | |
|---|---|
| DOCUMENT NAME: | History and Physical |
| RECEIVED DATE/TIME: | 12/30/2015 17:28 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Suval,Michael MD (12/30/2015 20:20 PST) |
| SIGN INFORMATION: | Suval,Michael MD (12/31/2015 06:31 PST) |

**History and Physical**

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40041964

PATIENT LOCATION: EDIP 09 00

ATTENDING PHYSICIAN: Michael Suval, DO

ADMISSION DATE: 12/30/2015

ADMITTING DIAGNOSIS:
Status asthmaticus.

HISTORY OF PRESENT ILLNESS:
This patient is a 48-year-old woman who has a long history of asthma who presents to the emergency department for worsening symptoms of asthma. The patient states that she initially developed symptoms approximately 4 days ago in which she had a loose cough and noticed increased wheezing. The patient uses both rescue as well as control inhalers at home and noted that she was not getting better. The patient presented to her primary care physician's office 2 days ago, was placed on doxycycline and oral prednisone 40 mg daily. The patient continued to do poorly at home having significant bronchospasm specifically with movement and with cough. She states she has had cough productive of yellow sputum. She denies hemoptysis.

As her symptoms were not improving, the patient went to her primary care physician today for further evaluation. Patient was given a single treatment in her primary care physician's office without significant relief. The patient was then directed to the emergency department. While in the emergency department, the patient was given multiple med neb treatments, as well as 60 mg of prednisone IV without significant resolution of symptoms. Patient continues to be markedly bronchospastic particularly with any exertion. Given the patient's

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: ge: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

failure at outpatient therapy, the patient is admitted to the hospital for further evaluation and treatment.

PAST MEDICAL HISTORY:
Significant for:
1. The usual childhood diseases.
2. Asthma for greater than 30 years. Patient was last seen in a hospital setting for asthma approximately 10 years ago. Patient has never been intubated. Patient rarely uses home oral steroids.
3. Depression.

The patient denies history of other cardiac, pulmonary, renal, or endocrine disease.

PAST SURGICAL HISTORY:
Significant for foot surgery as well as removal of a ganglion cyst.

ALLERGIES:
The patient has no known drug allergies.

MEDICATIONS ON ADMISSION:
1. Gabapentin 600 mg t.i.d. p.r.n. pain.
2. Baclofen 5-10 mg q.4-6h. p.r.n. spasm.
3. Prozac 40 mg daily.
4. Ventolin inhaler p.r.n.
5. Ambien 5 mg q.h.s.
6. Breo inhaler 100/25 mcg one puff daily.
7. As previously stated, both prednisone and doxycycline.
8. Zanaflex 4 mg 1-2 caps at bedtime p.r.n. muscle spasm.
9. Naprosyn one tablet q.12h. p.r.n. pain.

SOCIAL HISTORY:
Patient is a nonsmoker and rarely drinks alcohol. She lives in a very supportive household with her partner, who is present at bedside. The patient is employed as respiratory therapist.

FAMILY HISTORY:
Reviewed and noncontributory to the current disease process.

REVIEW OF SYSTEMS:
A 10-point review of systems is conducted at time of admission including HEENT, cardiovascular, pulmonary, GI, GU, endocrine, musculoskeletal and psychiatric. These are all negative except for that which is mentioned in history of present illness and past medical history.

PHYSICAL EXAMINATION:

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOE Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

GENERAL: This patient is a pleasant appearing 48-year-old woman she is alert and oriented x3. She is in moderate distress secondary to bronchospasm.
VITAL SIGNS: Blood pressure is 130/62, apical rate is 82, respirations are 18 and unlabored. O2 saturation is 98% on room air. Patient is afebrile.
HEENT: Normocephalic, atraumatic. PERRLA. EOMI. Funduscopic exam is unremarkable. Mucous membranes are moist. EACs are patent. Tympanic membranes are intact.
NECK: Supple without jugular venous distention or hepatojugular reflux. There is no thyromegaly or cervical lymphadenopathy appreciated. Carotids are 2/4 and without evidence of bruit.
Cardiovascular: Normal sinus rhythm. S1 and S2 are clearly auscultated without S3, S4, murmur, gallop, thrill, click, or rub.
LUNGS: Diminished breath sounds bilaterally with poor air exchange specifically in the bases. The patient has both inspiratory and expiratory wheezing. No rhonchi or rales are appreciated.
ABDOMEN: Soft, nontender. Bowel sounds auscultated x4. There is no hepatosplenomegaly appreciated on this examination.
EXTREMITIES: No cyanosis, clubbing, or edema. Strength is 5/5 and bilaterally symmetrical in both upper and lower extremities. Distal pulses are intact.
NEUROLOGIC: Exam is without focal deficit or lateralizing signs. Cranial nerves 2-12 are tested and are intact.
GU, breast and rectal exam were deferred at this time.

LABORATORY DATA:
WBCs are 11.5, hemoglobin 12.3, hematocrit 36.9, platelet count is 351,000. Indices are normochromic and normocytic. Differential is unremarkable.

Sodium is 138, potassium 3.2, chloride 106, bicarbonate is 20, BUN of 12, creatinine 0.8. Calcium is 9.3.

Chest x-ray is unremarkable.

IMPRESSION:
1. Acute exacerbation of chronic asthma.
2. Asthma.
3. Depression.

PLAN:
Patient is admitted to a general medical floor bed. She will be treated aggressively with the use of beta agonist therapy, inhaled steroids, IV steroids and IV antibiotics. Respiratory Therapy has been consulted to assist in this patient's management. VTE prophylaxis will be done with sequential compression devices.

CODE STATUS:

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Bhandari,Himanshu MD

## *History and Physical*

Patient is a FULL CODE.

LENGTH OF STAY:
It is anticipated this patient's hospital stay will be greater than two midnights.

MICHAEL SUVAL, DO

MS/EG
D: 12/30/2015 17:28:56
T: 12/30/2015 20:20:45

Internal Job: 682752853
External Job: 1261156

cc:

CAROL HAUBACH

*Electronically Signed By:*
*Suval, Michael MD*
*On 12/31/15 06:31*
*Co Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

| | |
|---|---|
| DOCUMENT NAME: | ER History and Physical |
| RECEIVED DATE/TIME: | 3/3/2016 17:30 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Keenan,David PA (3/3/2016 20:35 PST) |
| SIGN INFORMATION: | Feldmann,Sarah DO (4/28/2016 22:48 PDT); Keenan,David PA (3/4/2016 13:42 PST) |

**ER History & Physical**

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH: 03/21/1967

BILLING NUMBER: 40133571

ATTENDING PHYSICIAN: SARAH FELDMANN

ADMISSION DATE: 03/03/2016

My Supervising Physician is SARAH FELDMANN.

CHIEF COMPLAINT:
Pleuritic chest pain and dyspnea.

HISTORY OF PRESENT ILLNESS:
The patient had a severe asthma episode in the late 2015 resulting in a 10-day hospital admission at the termination of which she had an episode of dyspnea and pleuritic chest pain to the right side which was diagnosed by CT angio as being a right subsegmental pulmonary embolus, at which point she was started on Eliquis. Since then she has been off recuperating, has returned to work earlier this week, and today in the course of her normal work without any injury, overuse activities, or physical strain, started to have right sternal border and right thoracic paraspinous pain which was quite acute, pleuritic and reminded her of prior PE. She came to the ER for evaluation. She has had no other symptoms associated with this and no missed medications or new hypercoagulability risks such as prolonged immobilization, tobacco use or recent cancer diagnosis. She is still on steroids for her asthma exacerbation and she was on theophylline as recently as January.

PAST MEDICAL HISTORY:
Asthma, chronic back pain and depression.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 67722690; 40816746;
Pt loc: 87540340; 40041954; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *History and Physical*

SURGICAL HISTORY:
Cholecystectomy and appendectomy.

SOCIAL HISTORY:
Married. Recent adoption of a 4-year-old. She is a respiratory therapist by trade. Says that she does no tobacco, alcohol or drugs. She is followed by Dr. Carol Haubach for primary care and by Dr. David Kipps for asthmatic and lung disease.

REVIEW OF SYSTEMS:
GENERAL: No recent weight change, fever, night sweats or prolonged immobilization. Fair amount of anxiety.
SKIN: No new rash, lesions, petechiae, clotting episodes, etc.
EYES: No visual disturbance.
ENT: No coryzal symptoms or sore throat.
RESPIRATORY: No purulent sputum, hemoptysis or increased wheezing. There has been dyspnea and shortness of breath today.
CV: No palpitations. No presyncopal symptoms. No history of known valvular or rhythmic heart disease.
GI: No new vomiting or diarrhea. No bleeding symptoms such as black or bloody stools.
GU: No urinary tract bleeding.
ENDO: No diabetic disease.
MUSCULOSKELETAL: No new edema. Some bilateral medial calf tenderness noted on exam.
NEUROLOGIC: No new acute headache, weakness, numbness or stroke symptoms.
PSYCHIATRIC: Ongoing anxiety.

PHYSICAL EXAMINATION:
VITAL SIGNS: Vital signs reviewed in the EHR are normal. Saturation 99 on room air with a respiratory rate of 24. She is normotensive and not tachycardic as well as afebrile. Pain is a 7.
GENERAL: This is an alert, anxious young woman.
SKIN: Warm, pink, and dry. Quick cap refill. Moist mucous membranes.
EYES: PERRL. EOMs are intact. Pupils are brisk and equal. No photophobia or nystagmus.
HENT: TMs pale. Nares dry. Mouth, teeth, gums well hydrated.
NECK: Supple, nontender. No JVD.
RESPIRATORY: CTA all fields. Normal rate, effort, and tidal volume. Apical sounds clear and equal.
CV: Regular rate and rhythm. Sharp, clear, S1, S2. No rubs, thrills, or murmurs. Ribcage stable. The patient's pain to some extent is reproduced with right parasternal costochondral palpation as well as right thoracic paraspinous costovertebral palpation. Barrel hoop testing is negative. There is no splint or flail.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40616746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## History and Physical

CV: Regular rate and rhythm. Sharp, clear, S1, S2. Extremity cap refill less than 2 seconds. No pedal edema. Bilateral Homans sign. Bilateral calf tenderness to palpation. No swelling. No vascular cord appreciated.
GI: Positive bowel sounds. Soft, nontender. No enlarged or tender liver or spleen. MUSCULOSKELETAL: MAE, FROM, CSM intact and equal.
NEUROLOGIC: Nonfocal.
PSYCHIATRIC: Anxious, calm, cooperative woman.

MEDICAL DECISION-MAKING:
Included pneumonia, pneumothorax, empyema, effusion, cancer, PE, and pulmonary bleed secondary to anticoagulation. White count elevated at 7.1. Patient is on steroids making this difficult to interpret. Red cell indices and differential normal. INR 1.9 reflecting Eliquis use. Large panel is essentially normal. Troponin less than 0.01. HCG was negative.

CT angio of the chest was negative apart from prior resolution of subsegmental PE. Ultrasound bilateral lower extremities was negative for DVT.

Single-view chest x-ray showed no pneumothorax, infiltrate or altered cardiopulmonary silhouette.

CARE:
The patient was treated with narcotics and Valium as well as Ativan and finally with Dilaudid for pain control. She was mildly sedated following workup but alert, calm and responsive reporting her symptoms noticeably better with 3/10 chest pain. Quality, location, severity all improved as was respiratory exam with improved tidal volume and less sensation of dyspnea. A 12-lead cardiogram obtained and reviewed with Dr. Feldman showed sinus rhythm with a short PR, some ST abnormalities. She is not on digoxin. Abnormal ECG when compared with prior shows interval increase in anterior lead ST elevation requiring followup.

IMPRESSION:
1. Pleuritic chest pain without evidence of cardiac ischemia on troponin testing nor evidence of blood clot formation on CT angio.
2. History of PE, on anticoagulation.
3. Asthma history.
4. Anxiety episode.

TREATMENT PLAN:
The patient was given pain medications to use as needed. Asked to follow with her family physician Monday of the coming week and her pulmonologist the following day. Interval EKGs will be discussed with ER physicians at this point for comparative purposes. She was stable at time of discharge. Left with aftercare instructions, recheck warnings as usual.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## History and Physical

DAVID KEENAN, PA-C

DK/SR
D: 03/03/2016 17:30:57
T: 03/03/2016 20:35:41

Internal Job: 690452856
External Job: 1271572

cc:
CAROL HAUBACH

*Electronically Signed By:*
*Keenan, David PA*
*On 03/04/16 13:42*
*Co Signature By:*
*Feldmann, Sarah DO*
*On 04/28/16 22:48*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

DOCUMENT NAME: ED Physician Notes
RECEIVED DATE/TIME: 6/12/2017 11:11 PDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hencke,Richard MD (6/12/2017 11:12 PDT)
SIGN INFORMATION: Hencke,Richard MD (6/27/2017 06:15 PDT)

**Neurologic problem**

Patient: SHAW, KIMBERLY D MRN: 52-78-66(D) FIN: 40816746
Age: 50 years Sex: F DOB:
Associated Diagnoses: None
Author: Hencke, Richard MD

Basic Information
Time seen: Provider Initial Contact Time
06/12/2017 09:58.
History source: Patient, spouse.
History limitation: None.
Additional information: Chief Complaint (ST)
Chief Complaint ED: FACIAL NUMBNESS 06/12/17 09:43,
Subjective Nursing Assessment: BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43
.

History of Present Illness
The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolerate the test and did not finish secondary to significant pain to RLE.
Mother with hx of MS
.

Review of Systems
Constitutional symptoms: No fever, no chills, no sweats.
Skin symptoms: Pruritus, No rash,
Eye symptoms: Vision unchanged, no diplopia, no blurred vision.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shude,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

ENMT symptoms: No sore throat,
Respiratory symptoms: No shortness of breath, no cough.
Cardiovascular symptoms: No chest pain,
Gastrointestinal symptoms: Nausea, no abdominal pain, no vomiting.
Genitourinary symptoms: No dysuria, no hematuria.
Musculoskeletal symptoms: Muscle pain, Joint pain.
Neurologic symptoms: Headache, numbness, abnormal balance, no weakness, no vision changes, no speech problem.
Endocrine symptoms: no diabetes.
Hematologic/Lymphatic symptoms: hx of blood clots, decreased iron.
Allergy/immunologic symptoms: No impaired immunity,

Health Status
Allergies:
Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..
Medications: Per nurse's notes.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed, PE.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Family history:
No family history items have been selected or recorded..
Social history:
**Social & Psychosocial Habits**

**Alcohol**
01/19/2016 **Use:** Denies

03/03/2016 **Use:** Unknown alcohol history

**Home/Environment**
12/30/2015 **Religious restrictions/concerns:** None
**Lives with:** Children, Significant other
**Living situation:** Home/Independent

01/19/2016 **Religious restrictions/concerns:** None

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB    Age: n/a    Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

03/03/2016 **Religious restrictions/concerns**: None

**Substance Abuse**
12/30/2015 **Use**: Denies

01/19/2016 **Use**: Denies

03/03/2016 **Use**: Denies

**Tobacco**
01/07/2016 **Use**: Never used tobacco
**Type**: Never used tobacco, Unknown history
**Previous treatment**: None

01/19/2016 **Use**: Never used tobacco
**Type**: Never used tobacco

03/03/2016 **Use**: Unknown tobacco history
**Type**: Denies
, Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

Physical Examination

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | Glucose Level | 114 mg/dL H |
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

.
Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

.
Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Skin: Warm, dry, pink.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87698902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## Emergency Documentation - MD

Head: Normocephalic, atraumatic.
Eye: Pupils are equal, round and reactive to light, normal conjunctiva.
Ears, nose, mouth and throat: DMM.
Cardiovascular: Regular rate and rhythm, No murmur.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
Neurological: Alert and oriented to person, place, time, and situation, normal speech observed, hyperesthesia of L 5th dermatone
hypoesthesia of medial aspect of L knee.
Psychiatric: Cooperative, appropriate mood & affect, normal judgment.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Orders Launch Order Profile (Selected)
Inpatient Orders
Ordered
ED Patient Reassessment:
EKG:
Completed
*Differential Automated:
CBC w/Diff (man diff if indicated):
CT Head wo Con:
Comprehensive Metabolic Panel: .
Electrocardiogram: Time 06/12/17 11:03:00, rate 53, normal sinus rhythm, No ST-T changes, no ectopy, normal PR & QRS intervals, EP Interp.
Results review: Lab results : Laboratory

| | | |
|---|---|---|
| 06/12/2017 10:22 PDT | WBC | 6.0 thousand/uL |
| | RBC | 4.75 million/uL |
| | Hgb | 13.6 gm/dL |
| | Hct | 40.8 % |
| | MCV | 85.8 fL |
| | MCH | 28.5 pg |
| | MCHC | 33.3 gm/dL |
| | RDW | 14.4 % |
| | Plt | 306 thousand/uL |
| | MPV | 7.4 fL |
| | ABS Neut | 3.4 thousand/uL |
| | ABS Lymph | 2.0 thousand/uL |
| | ABS Mono | 0.4 thousand/uL |
| | ABS Eos | 0.2 thousand/uL |
| | ABS Baso | 0.1 thousand/uL |
| | Neut% | 56.7 % |
| | Lymph% | 33.2 % |
| | Mono% | 6.2 % |
| | Eos% | 2.9 % |
| | Baso% | 1.0 % |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

| | |
|---|---|
| nRBC Auto | 0.0 Per 100 WBC |
| Sodium | 141 mMOL/L |
| Potassium | 4.1 mMOL/L |
| Chloride | 108 mMOL/L H |
| CO2 | 25 mmol/L |
| Glucose Level | 114 mg/dL H |
| BUN | 10.0 mg/dL |
| Creatinine | 0.8 mg/dL |
| eGFR Afr/Am | >60 mL/min/1.73m2 |
| eGFR NonAfr/Am | >60 mL/min/1.73m2 |
| Calcium | 9.2 mg/dL |
| Protein, Total | 6.90 gm/dL |
| Albumin | 3.9 gm/dL |
| Bili Total | 0.5 mg/dL |
| ALT | 37 Units/L |
| AST | 22 Units/L |
| Alkphos | 56.0 Units/L |

, Interpretation Labs unremarkable.
Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
**Account:** 40816746
**MRN:** 527866
**DOB:**

========================

**Result Date:** 06/12/17 10:45
**Verified By:** Williams, Richard A.MD at 06/12/17 11:02

**Report :** CT Head wo Con
IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass. 06/12/17 11:02
++++++++++++++++++++++++++++++++++++++++++++++++++++

, MRI of brain is negative. MRI of cervical spine shows multilevel cervical disc disease with some degree of foraminal impingement on including the C5-6 disc space. Studies were performed with and without contrast. There was no sign of demyelination..

Reexamination/ Reevaluation
Time: 06/12/17 15:52:00 .
Interventions: Patient is already on maximal doses of gabapentin will continue. She has prednisone at home and I have advised her what dose to take for a week. She will get a contoured pillow to sleep on..
Notes: medical decision making.

Impression and Plan
Diagnosis

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## Emergency Documentation - MD

Cervical disc disease. Fibromyalgia versus chronic fatigue syndrome.

Plan

Condition: Stable.
Disposition: Discharged: to home.
Patient was given the following educational materials: Cervical Radiculopathy.
Follow up with: Primary Care Physician.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
HIV prophylaxis
Notes: This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Hencke, Richard M.D..

*Electronically Signed By:*
*Hencke, Richard MD*
*On 06/27/17 06:15*
*Co Signature By:*
*Modified Signature By:*
*Chan, Christine*
*On 06/12/17 11:13*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Neme: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 6/12/2017 09:52 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Whaley,Bradley D.MD (6/12/2017 09:55 PDT) |
| SIGN INFORMATION: | Whaley,Bradley D.MD (6/12/2017 14:12 PDT); Whaley,Bradley D. MD (6/12/2017 13:50 PDT) |

**RME - Neurologic problem**

Patient: SHAW, KIMBERLY D MRN: 52-78-66(D) FIN: 40816746
Age: 50 years Sex: F DOB:
Associated Diagnoses: None
Author: Whaley, Bradley D.MD

Basic Information
Time seen: Provider Initial Contact Time 06/12/2017 09:58.
History source: Patient, spouse.
History limitation: None.
Additional information: Chief Complaint (ST)
**Chief Complaint ED:** FACIAL NUMBNESS 06/12/17 09:43,
**Subjective Nursing Assessment:** BIB SPOUSE W/ ABOVE CONCERN, REPORTS ONSET CA 8AM. REPORTS NUMBNESS TO TOP OF HEAD AND L. FACE. NO DRIFT/DROOP OR SLURRING. PUPILS PERLA 06/12/17 09:43
,
The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.
.

History of Present Illness
The patient presents with facial numbness/tingling. The pt is a 50 y/o female in-house respiratory therapist with a hx of OSA, asthma, and PE who presents with acute onset of facial numbness/paresthesias after going in to work this morning. Pt notes she sat down at her desk at 08:00, and then felt the sensation begin at the top of her head and radiates down her bilateral cheeks down to her chin; left much worse than right. Pt reports she has been getting more headaches recently as well. No blurred/double vision. Pt has been having balance problems recently as well and has been having to ambulate with a cane as of late.
No slurred speech, pronator drift, or facial droop.

Pt notes she and her physicians are currently in the process of "ruling out everything".
So far they have ruled out Lymes and certain diseases, but pt has to have an MRI scheduled with her PCP Jacquelin Sedgewick at PMG Capitola for further neurologic workup. Pt unsure if Myesthenia Gravis or MS in her physicians DDx.
Pt reports she was here in January 2016 "status asthmaticus" with a subsequent PE and had been on steroids for the entire 2016 year. She has since been having problems with muscle pain, joint pain, balance, and fatigue. Pt reports she is only capable of working 4 hours/day due to the fatigue. Pt had a nerve conduction procedure this past week but pt was unable to tolarate the test and did not finish.
She notes she becomes easily fatigued with normal everyday tasks, and the fatigue has been a hinderance on her everyday life and work.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D** DOB: -.-.. Age: n/a Sex:F
MRN: 52-78-66(D) Admit Date: n/a
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571 Disch Date: n/a
Pt loc: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## *Emergency Documentation - MD*

She reports she has not had a full workup in the past 2-3 months.

**Review of Systems**

Eye symptoms: No diplopia, no blurred vision.
Musculoskeletal symptoms: Muscle pain, Joint pain.
Neurologic symptoms: Headache, numbness, abnormal balance, no vision changes, no speech problem.

**Health Status**

Allergies:
Allergic Reactions (Selected)
Unknown
Xolair- No reactions were documented..
Medications: Per nurse's notes.

**Past Medical/ Family/ Social History**

Medical history:
All Problems
Depression / SNOMED CT 59212011 / Confirmed
Back pain / SNOMED CT 252311015 / Confirmed
Asthma / SNOMED CT 301485011 / Confirmed, PE.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Social history: Alcohol use: rarely, Tobacco use: Denies, Occupation: Employed, In house RT, Family/social situation: BIB spouse.

**Physical Examination**

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Oxygen Amount | Room air |
| | SPO2 | 97 % |
| | Heart Rate | 68 bpm |
| | NIBP Systolic | 127 mm Hg |
| | NIBP Diastolic | 83 mm Hg |
| | Resp Rate (Monitor) | 16 Breaths/Min |
| | Temperature PO | 36.8 deg C |

.
Height/Weight

| | | |
|---|---|---|
| 06/12/2017 09:43 PDT | Weight Method | Stated |
| | Drug Calc Weight (kg) | 90.909 kg |
| | Height | 172.72 cm |

.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-68(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87686293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Klipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

Oxygen saturation: 97 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Skin: Warm, dry, pink.
Head: Normocephalic, atraumatic.
Eye: Pupils are equal, round and reactive to light, normal conjunctiva.
Neurological: Alert and oriented to person, place, time, and situation, numbness to face L>R, Speech: Normal.
Psychiatric: Cooperative, appropriate mood & affect, normal judgment.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Notes: THIS IS AN RME EXAM ONLY. REMAINDER OF ED EVALUATION, MANAGEMENT/TREATMENT AND DISPOSITION WILL BE COMPLETED BY ED MEDICAL STAFF.

Impression and Plan
Plan
Notes: This document was transcribed by scribe Paul Namkoong
Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assitant Name: Keenan, David P.A-C
Patient care supervised by: Danish, David D.O.

*Electronically Signed By:*
*Whaley, Bradley D.MD*
On *06/12/17 13:50*
*Co Signature By:*
*Whaley, Bradley D.MD*
On *06/12/17 14:12*
*Modified Signature By:*
*Namkoong, Paul Scribe*
On *06/12/17 10:11*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Klipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Shukla,Himanshu MD

## Emergency Documentation - MD

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 3/4/2016 13:41 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Keenan,David PA (3/4/2016 13:42 PST) |
| SIGN INFORMATION: | Keenan,David PA (3/4/2016 13:42 PST) |

LMTC.

*Electronically Signed By:*
*Keenan, David PA*
*On 03/04/16 13:42*
*Co Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40616746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shukla,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 3/3/2016 17:31 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Keenan,David PA (3/3/2016 17:31 PST) |
| SIGN INFORMATION: | Keenan,David PA (3/3/2016 17:31 PST) |

1271572, supervised by DR. Feldmann.

*Electronically Signed By:*
Keenan, *David PA*
On *03/03/16 17:31*
Co *Signature By:*
*Modified Signature By:*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 67696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 3/3/2016 10:14 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Lapid,Terry B.MD (3/3/2016 10:17 PST) |
| SIGN INFORMATION: | Lapid,Terry B.MD (3/5/2016 13:11 PST) |

**RME Shortness of breath**

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40133571
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Lapid, Terry B.MD

Basic Information
Time seen: Date & time 03/03/16 10:15:00.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Chief Complaint (ST)
**Chief Complaint ED:** DIFFICULTY BREATHING 03/03/16 09:59

,
**ED Triage Assessment:** PT REPORTS DIFFICULTY BREATHING X90 MINS. STARTED WHILE AT WORK. SIMILAR SYMPTOMS IN JANUARY, DX'D W/ A P.E. TAKING XARELTO 03/03/16 09:59

, The below information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP.
.

History of Present Illness
The patient presents with shortness of breath. Pt is a 48 y/o female with hx of PE who developed SOB 90 minutes ago while at work. Pt's PE was in January, currently on Xarelto. Pt reports right upper chest pain.

Review of Systems
Respiratory symptoms: Shortness of breath, orthopnea.

Health Status
Allergies:
Allergic Reactions (Selected)
NKA.

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 03/03/2016 09:59 | Oxygen Amount | Room air |
| | SPO2 | 99 % |
| | Heart Rate | 73 bpm |
| | NIBP Diastolic | 75 mm Hg |
| | NIBP Systolic | 120 mm Hg |
| | Resp Rate (Monitor) | 24 Breaths/Min H |
| | Temperature PO | 36.7 deg C |

.
Oxygen saturation: 99 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.
Neck: Supple.
Cardiovascular: Regular rate and rhythm.
Respiratory: Lungs are clear to auscultation.

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.

Impression and Plan
Plan
Notes: This document was transcribed by scribe Christine Chan, Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name: Lapid, Terry B. M.D.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Bhuda,Himanshu MD

## *Emergency Documentation - MD*

*Electronically Signed By:*
*Lapid, Terry B.MD*
*On 03/05/16 13:11*
*Co Signature By:*
*Modified Signature By:*
*Lapid, Terry B.MD*
*On 03/05/16 13:11*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 1/19/2016 18:53 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Grady,John MD (1/19/2016 19:03 PST) |
| SIGN INFORMATION: | Grady,John MD (1/28/2016 01:18 PST) |

**SOB - Shortness of breath**

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Grady, John MD

Basic Information
Time seen: Provider Initial Contact Time 01/19/2016 17:26.
History source: Patient.
Arrival mode: Wheelchair.
History limitation: None.

History of Present Illness
The patient presents with SOB. Patient is a 48 yo female with Hx of asthma, depression and anxiety that presents with SOB. Pt was admitted for 10 days, discharged 1/9/16 with dx of status asthmaticus and has been on prednisone taper. Today she became SOB after a walk around the block this afternoon. Her pulmonologist is Dr Kipps. Has never been intubated or on BIPAP
.

Review of Systems
Respiratory symptoms: Shortness of breath, No cough,
Cardiovascular symptoms: No chest pain, no palpitations.
Gastrointestinal symptoms: No nausea, no vomiting.
Musculoskeletal symptoms: No Muscle pain, no Joint pain.
Neurologic symptoms: No headache, no altered level of consciousness.
Psychiatric symptoms: No substance abuse,

Health Status
Allergies: No known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab
predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle
Documented Medications

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40818746;
Pt loc: 87540340; 40041964; 87785319; 87686293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

Documented
Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep
Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay
Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History
Medical history:
All Problems
Depression / 59212011 / Confirmed
Back pain / 252311015 / Confirmed
Asthma / 301485011 / Confirmed.
Surgical history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..
Family history: Unknown.
Social history: Tobacco use: Denies, Occupation: Employed, Respiratory therapist, Family/social situation: Married.

Physical Examination

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 01/19/2016 17:38 | Glucose Level | 165 mg/dL H |
| 01/19/2016 17:16 | SPO2 | 100 % |
| | Heart Rate | 91 bpm |
| | NIBP Diastolic | 93 mm Hg |
| | NIBP Systolic | 129 mm Hg |
| | Resp Rate (Monitor) | 20 Breaths/Min |

.
Height/Weight

| | | |
|---|---|---|
| 01/19/2016 17:16 | Weight Method | Stated |
| | Drug Calc Weight (kg) | 75 kg |
| | Height | 165.1 cm |

.
Oxygen saturation: 100 %.
O2 sat normal on room air.
General: Alert.
Skin: Warm, dry, intact, no pallor, no rash.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shugart,Jacqueline MD ; Phipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Emergency Documentation - MD

Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva, vision grossly normal.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Back: Nontender, Normal range of motion.
Musculoskeletal: Normal ROM, no tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal motor observed, normal speech observed.
Lymphatics: No lymphadenopathy.
Psychiatric: Cooperative, Mood and affect: Anxious.

Medical Decision Making
Results review: Lab results : Laboratory

| | | |
|---|---|---|
| 01/19/2016 20:52 | Lactic Acid (POCT) | 3.8 mmol/L CRIT |
| | Specimen Type | ARTERIAL |
| | Site of Draw | lr |
| | Allen's Test | Normal |
| | Specimen Comment | see comments |
| | pH Bld Gas | 7.637 CRIT |
| | pCO2. | 17.8 mm Hg CRIT |
| | pO2. | 118.7 mm Hg H |
| | HCO3 | 18.6 mMOL/L L |
| | BE | 0.3 mMOL/L |
| | FiO2 | 21 % NA |
| | tHb | 14.1 gm/dL |
| | O2Hb | 98.1 % H |
| | COHb | 0.1 % |
| | MetHb | 0.4 % |
| | Ionized Ca Bld Gas | 4.60 mg/dL |
| 01/19/2016 18:11 | D-Dimer, Quant. | 710 ng/mL H |
| | Lactic Acid | 3.8 mMOL/L CRIT |
| 01/19/2016 17:38 | WBC | 16.1 thousand/uL H |
| | RBC | 4.68 million/uL |
| | Hgb | 13.8 gm/dL |
| | Hct | 41.7 % |
| | Plt | 281 thousand/uL |
| | MCV | 89.1 fL |
| | MCH | 29.5 pg |
| | MCHC | 33.1 gm/dL |
| | RDW | 13.6 % |
| | MPV | 7.3 fL |
| | Sodium | 136 mMOL/L |
| | Potassium | 4.0 mMOL/L |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 67754974; 87696902; 40070682; 87722690; 40816746; 87540340: 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe.James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Shugie,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## Emergency Documentation - MD

| | |
|---|---|
| Chloride | 105 mMOL/L |
| CO2 | 18 mmol/L L |
| Glucose Level | 165 mg/dL H |
| BUN | 15.0 mg/dL |
| Creatinine | 0.8 mg/dL |
| GFR Estimated | >60 mL/min/1.73m2 |
| Calcium | 10.0 mg/dL |
| Protein, Total | 6.90 gm/dL |
| Albumin | 3.5 gm/dL |
| Bili Total | 0.3 mg/dL |
| ALT | 21 Units/L |
| AST | 9 Units/L |
| Alkphos | 65.0 Units/L |

.
**Radiology results:** Radiologist's interpretation
**Name:** SHAW, KIMBERLY D
**Account:** 40070682
**MRN:** 527866
**DOB:**

=========================

**Result Date:**
**Verified By:** Astromoff, Nicholas MD at 01/19/16 18:11

**Report :** XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

.
Radiology results: Reported at 01/19/16 22:35:00, Computed tomography, pulmonary angiogram, with contrast, Betsy Bronson, MD;
Positive for tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 95-101. No other pulmonary emboli seen. Minor bilateral para bronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear. , for full report see night shift radiology report.

Reexamination/ Reevaluation
Time: 01/19/16 20:05:00 .
Notes: Patient is still extremely anxious. now about the idea of being intubated. Pt also has moderate to severe right sided CP that is palpable.

Impression and Plan
Diagnosis
Acute pulmonary embolus (ICD10-CM I26.99, Discharge, Medical)

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

**_Emergency Documentation - MD_**

SOB (shortness of breath) (ICD10-CM R06.02, Discharge, Medical)
Right-sided chest pain (ICD10-CM R07.9, Discharge, Medical)

Plan

Condition: Improved, Stable.
Disposition: Admit: Time 01/19/16 22:47:00, to Inpatient Telemetry Unit.
Counseled: Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
Orders: Launch Orders
Admit/Transfer/Discharge:
Intent to Admit (ED only) (Order Processing): 01/19/2016 22:47, Level of Care: Intermediate (monitored), PE, right chest pain, SOB, anxiety.
Notes: This document was transcribed by scribe Chris Wentling. Attestation: All medical record entries made by the scribe were at my direction. Ihave reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Name:Dr. John Grady.

*Electronically Signed By:*
*Grady, John MD*
*On 01/28/16 01:18*
*Co Signature By:*
*Modified Signature By:*
*Wentling, Christopher*
*On 01/19/16 19:50*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ;
PCP: Sedgwick,Jacqueline MD
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| RECEIVED DATE/TIME: | 1/19/2016 18:46 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | GORSHE,JULIE PA (1/19/2016 18:46 PST) |
| SIGN INFORMATION: | GORSHE,JULIE PA (1/22/2016 16:05 PST) |

**RME Shortness of breath**

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: GORSHE, JULIE PA

**Basic Information**
Time seen: Provider Initial Contact Time
01/19/2016 17:26.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Patient's physician(s): The above information is a Provider at Triage Exam. See further documentation by ED Physician, PA or NP., Chief Complaint (ST)
Chief Complaint ED: sob 01/19/16 17:16.

**History of Present Illness**
The patient presents with sob. Pt complains of sob beginning this morning. She reports she was admitted here and discharged 1/9/15 with diagnosis of status asthmatic. Pt currently on prednisone 40 mg daily. She denies nasal congestion, sore throat, cough, leg swelling, or chest pain. Pt admits to "feeling lung fatigued".

Hx anxiety/depression. .

**Review of Systems**
Respiratory symptoms: Shortness of breath.

**Health Status**
Allergies:
Allergic Reactions (All)
NKA, no known allergies.
Medications: Include documented meds (Selected)
Prescriptions
Prescribed
Advair Diskus 500 mcg-50 mcg inh: 1 Puff, INH, BID, 60 Each
albuterol 0.083% NEB: 3 mL, INH, q4hr, 540 mL, PRN: Cough/Wheezing
montelukast 10 mg oral tablet: 1 Tab, PO, qPM, 30 Tab

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

predniSONE 20 mg oral tablet: See Instructions, PO, Daily, Disp Qty Sufficient 60_ mg PO daily x 5 days 40_ mg PO daily x 5_ days 20_ mg PO daily x _5 days 10_ mg PO daily x _5 days, 1 Bottle

Documented Medications

Documented

Ambien 5 mg oral tablet: 1 Tab, PO, qHS, rarely uses, PRN: as needed for sleep
Breo Ellipta 100 mcg-25 mcg Inh Pwd: 1 Puff, INH, qHS
PROzac 20 mg oral capsule: 1 Cap, PO, qDay
Ventolin (90mcg/dose) MDI: 2 Puff, INH, q4 to 6 hours as needed, 17 gm, PRN: Wheezing
baclofen: 5 to 10 mg, PO, every 4 to 6 hours as needed, PRN: Spasms
gabapentin 300 mg oral capsule: 2 Cap, PO, TID, PRN: Pain
naproxen 500 mg oral tablet: 1 Tab, PO, q12hr, PRN: as needed for pain
tiZANidine 4 mg oral capsule: 1-2 cap, PO, qHS, PRN: Muscle spasm
traZODone 50 mg oral tablet: 1 Tab, PO, PRN: Sleep.

Past Medical/ Family/ Social History

Medical history:

All Problems

Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.

Surgical history:

Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011)..

Physical Examination

Vital Signs

Vital-Signs

| | | |
|---|---|---|
| 01/19/2016 17:38 | Glucose Level | 165 mg/dL H |
| 01/19/2016 17:16 | SPO2 | 100 % |
| | Heart Rate | 91 bpm |
| | NIBP Diastolic | 93 mm Hg |
| | NIBP Systolic | 129 mm Hg |
| | Resp Rate (Monitor) | 20 Breaths/Min |

.

Height/Weight

| | | |
|---|---|---|
| 01/19/2016 17:16 | Weight Method | Stated |
| | Drug Calc Weight (kg) | 75 kg |
| | Height | 165.1 cm |

.

Oxygen saturation: 100 %.
O2 sat on RA is normal.
Vital signs were reviewed.
General: Alert.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

Medical Decision Making
Documents reviewed: Emergency department nurses' notes.
Electrocardiogram: Time 01/19/16 17:44:00, rate 69, normal sinus rhythm, P wave and PR interval PR short.

Impression and Plan
Plan
Notes: Authentication: All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally directed, reviewed, and agree with the discharge instructions and disposition.

Physician Assistant: Julie Gorshe, P.A.
Scribe Name: Meagan Davis
Supervising Physician: Terry Lapid, M.D..

*Electronically Signed By:*
*GORSHE, JULIE PA*
On *01/22/16 16:05*
*Co Signature By:*
*Modified Signature By:*
*GORSHE, JULIE PA*
On *01/22/16 16:05*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD Sedgwick,Jacqueline MD Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

DOCUMENT NAME: ED Physician Notes
RECEIVED DATE/TIME: 12/30/2015 11:54 PST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tsukamaki,Jason MD (12/30/2015 11:58 PST)
SIGN INFORMATION: Tsukamaki,Jason MD (12/30/2015 20:10 PST)

**Dyspnea *ED**

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40041964
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Tsukamakl, Jason MD

**Basic Information**
Time seen: Provider Initial Contact Time
12/30/2015 11:29.
Additional Information: Chief Complaint (ST)
Chief Complaint ED: ASTHMA EXACERBATION 12/30/15 11:16.

**History of Present Illness**
The patiant presents with 48 y/o F
long h/o asthma, no prior intubations and has not been in the ED in several years for her asthma
3 d pta pt developed prod cough, no fevers, and exacerbation of her asthma
has been using alb nebs and her own mdi's at home w/o relief
has been on 40 mg of prednisone and doxy for the last 2 days from her pmd
no cxr has been done
pt felt worsening sob today not relieved w/ her meds, went to clinic and was sent here
no LE swelling or pain
no cp
no abd pain
no n/v/f/d
no urine or stool complaints
+ anxiety .

**Review of Systems**
Constitutional symptoms: No fever,
Respiratory symptoms: Shortness of breath, cough, Sputum production: Yellow.
Cardiovascular symptoms: No chest pain,
Gastrointestinal symptoms: Negative except as documented in HPI.
Neurologic symptoms: Negative except as documented in HPI.

**Health Status**
Allergies: No known allergies.
Medications: Per nurse's notes.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 67722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc:

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shuda,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Seagwick,Jacqueline MD

## Emergency Documentation - MD

Past Medical/ Family/ Social History
Medical history:
All Problems
Asthma / 301485011 / Confirmed
Back pain / 252311015 / Confirmed
Depression / 59212011 / Confirmed.
Surgical history:
Appendectomy (132967011)..
Family history:
No family history items have been selected or recorded..
Social history: Not significant.

Physical Examination

Vital Signs
Vital-Signs

| | | |
|---|---|---|
| 12/30/2015 11:16 | Oxygen Amount | Room air |
| | SPO2 | 100 % |
| | Heart Rate | 78 bpm |
| | NIBP Diastolic | 69 mm Hg |
| | NIBP Systolic | 143 mm Hg |
| | Resp Rate (Monitor) | 18 Breaths/Min |
| | Temperature PO | 36.7 deg C |

.
Height/Weight

| | | |
|---|---|---|
| 12/30/2015 11:16 | Weight Method | Stated |
| | Drug Calc Weight (kg) | 83 kg |
| | Height | 175 cm |

.
O2 sat on RA is normal.
General: Alert, mild distress.
Skin: Warm, dry.
Ears, nose, mouth and throat: Oral mucosa moist, no pharyngeal erythema or exudate.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: slight exp wheezing
moving good air
no rales/ronchi
tachypnea and incr wob.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Musculoskeletal: Normal ROM, no tenderness.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal motor observed, normal speech observed.

Medical Decision Making

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shudar,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Emergency Documentation - MD

Differential Diagnosis: Pneumonia, bronchitis, asthma, upper respiratory infection.
Electrocardiogram: Rate 61, nl axis/intervals
no acute ste or std, nonspecific st t changes
? U waves.
Results review: Lab results : Laboratory

| | | |
|---|---|---|
| 12/30/2015 19:16 | Potassium | 3.8 mMOL/L |
| 12/30/2015 13:42 | WBC | 11.5 thousand/uL H |
| | RBC | 4.10 million/uL L |
| | Hgb | 12.3 gm/dL |
| | Hct | 36.9 % |
| | Plt | 351 thousand/uL |
| | MCV | 89.9 fL |
| | MCH | 30.0 pg |
| | MCHC | 33.4 gm/dL |
| | RDW | 13.2 % |
| | MPV | 7.4 fL |
| | ABS Neut | 9.3 thousand/uL H |
| | ABS Lymph | 1.5 thousand/uL |
| | ABS Mono | 0.6 thousand/uL |
| | ABS Eos | 0.1 thousand/uL |
| | ABS Baso | 0.1 thousand/uL |
| | Neut% | 80.5 % H |
| | Lymph% | 13.3 % L |
| | Mono% | 5.1 % |
| | Eos% | 0.5 % |
| | Baso% | 0.6 % |
| | nRBC Auto | 0.1 Per 100 WBC |
| | Sodium | 138 mMOL/L |
| | Potassium | 3.2 mMOL/L L |
| | Chloride | 106 mMOL/L |
| | CO2 | 20 mmol/L |
| | Glucose Level | 111 mg/dL H |
| | BUN | 12.0 mg/dL |
| | Creatinine | 0.8 mg/dL |
| | GFR Estimated | >60 mL/min/1.73m2 |
| | Calcium | 9.3 mg/dL |

, Interpretation.
Radiology results: Radiologist's interpretation
Name: SHAW, KIMBERLY D
Account: 40041964
MRN: 527866
DOB:

========================

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Shukla,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Emergency Documentation - MD*

**Result Date:**
**Verified By:** Schmetz, Mark MD at 12/30/15 12:29

**Report :** XR Chest 2 Views
Impression:1. No acute cardiopulmonary disease. 12/30/15 12:29
++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

Reexamination/ Reevaluation
Notes: overall pts wheezing is much improved but is still having intermittent wheezing here
w/u overall unremarkable
pt cont to feel sob even when her wheezing is resolved
plan for admission.

Impression and Plan
Diagnosis
status asthmaticus
cough
bronchitis
Plan
Condition: Stable.
Disposition: Admit: to Inpatient Unit, Patient care transitioned to: Suval, Michael MD.

*Electronically Signed By:*
*Tsukamaki, Jason MD*
*On 12/30/15 20:10*
*Co Signature By:*
*Modified Signature By:*
*Tsukamaki, Jason MD*
*On 12/30/15 13:40*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87785319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD ; Kipps,David L MD ; Sedgwick,Jacqueline MD
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Consultation

DOCUMENT NAME: Consultation
RECEIVED DATE/TIME: 1/20/2016 13:41 PST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Ling,Andrea MD (1/20/2016 13:58 PST)
SIGN INFORMATION: Ling,Andrea MD (1/20/2016 14:44 PST)

**Consultation Note**

Patient: SHAW, KIMBERLY D MRN: 52-78-66 FIN: 40070682
Age: 48 years Sex: F DOB:
Associated Diagnoses: None
Author: Ling, Andrea MD

Admission Information
Date of Service:
01/20/2016 13:41.
Consultant: Pulmonary.

History of Present Illness
I was kindly asked by Dr. Bhuria to evaluate Kimbery Shaw.

Patient is a delightful 49 year old woman with long standing asthma. Patient was recently admitted from 12/30/15-1/9/16 for status asthmaticus triggered by a viral upper respiratory infection. She was seen by my partner Dr. David Kipps during that admission and was maintained on breo ellipta, systemic steroids, albuterol nebulizers. Patient only had minimal improvement and subsequently started on a theophylline drip. Patient was discharged with advair 500/50 BID, prednisone taper (currently on 40mg daily), singulair and theophylline 24 ER 300mg daily.

Patient reports that she was still wheezing when she left and continued to be quite fatigued. During her first admission she was complaining of right sided pleuritic chest pain which continued after discharge. Patient reported continued difficulty concentrating, unsteady on her feet and difficulty laying flat. Her oxygenation was never an issue.

Yesterday, patient was trying to walk and was not able to catch her breath. She tried using her nebulizer and taking a ativan to see if that will calm her breathing down. She still wasn't able to breath well and asked her partner to take her to the emergency room.

In the emergency room patient was noted to be extremely tachypnic with a respiratory alkalosis and small subsegmental pulmonary emboli right lower lobe. She was given increased doses of systemic steroids, heliox and started on lovenox for anticoagulation. Her troponin and BNP were not elevated and her LE dopplers did not show DVT.

Currently, patient feels okay. She just has low energy

Pulm ROS:
-has had asthma since a child
-has never required intubation

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Shuda,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

**Consultation**

-has required hospitalization for status asthmaticus
-has pet poodles. No exposures to birds or fish
-works in pulmonary rehabilitation
-denies smoking history
-some snoring
-no gasping arousals
.

Review of Systems
Respiratory: Shortness of breath, Wheezing.
Cardiovascular: Chest pain: Right sided, Lateral.
Gastrointestinal: Negative.
Psychiatric: Anxiety.

Histories
Past Medical History:
No active or resolved past medical history items have been selected or recorded., depression
asthma

Procedure history:
Cholecystectomy (64698015) on 05/01/2015 at 48 Years.
Appendectomy (132967011).
Social History
Denies alcohol, tobacco and drug use.

Health Status
Intake and Output
24 hour I&O data

24 hour I&O

Yesterday: Intake: 221.00 Output: 0.00 Balance: 221.00

Today: Intake: 252.00 Output: 0.00 Balance: 252.00

Allergies:
Allergic Reactions (Selected)
NKA,

| Allergies (1) Active | Reaction |
|---|---|
| NKA | None Documented |

VS/Measurements

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 67696902; 40070682; 87722690; 40816746; 87540340; 40041964; 67765319; 87666293; 40133571
Pt loc: n/a

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Consultation*

24 hr vital signs
(All documented values resulted over the prior 24 hours)

| | Low | High | Last |
|---|---|---|---|
| | 36.5 (01/20 02:00) Temperature PO | 36.9 (01/20 08:00) Temperature PO | 36.8 (01/20 12:01) Temperature PO |
| HR | 77 (01/19 22:01) | 106 (01/20 08:00) | 106 (01/20 08:00) |
| RR | 16 (01/20 12:01) | 24 (01/19 19:46) | 16 (01/20 12:01) |
| NIBP | 120/58 (01/20 12:01) | 145/71 (01/20 03:00) | 120/58 (01/20 12:01) |
| NIBP Mean | 85 (01/20 08:00) | 87 (01/20 03:00) | 85 (01/20 08:00) |

Weight (kg)

| | | |
|---|---|---|
| Admit | 75.00 | (01/19 17:16) |
| Current | 80.91 | (01/20 01:38) |
| Previous | 75.00 | (01/19 17:16) |
| Gain/Loss | 5.91 | |

BMI = 26.34 01/20/16 01:38 BMI

| Ventilation | Low | High | Last |
|---|---|---|---|
| SaO2 | 95 (01/20 12:01) | 100 (01/20 03:00) | 95 (01/20 12:01) |
| L/min | (01/20 12:01) | 3 (01/20 03:00) | (01/20 12:01) |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 67666293; 40133571

DOB
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shugwood,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Consultation

Current medications: Home Meds
**Home Medications (15) Active**
Advair Diskus 500 mcg-50 mcg inh 1 Puff, INH, BID
albuterol 0.083% NEB 2.5 mg = 3 mL, PRN, INH, q4hr
Ambien 5 mg, PRN, PO, qHS
baclofen 10 mg oral tablet
gabapentin 300 mg oral capsule 600 mg = 2 Cap, PRN, PO, TID
ipratropium (0.02%) NEB , PRN, NEB - inhalation
LORazepam 1 mg, PRN, PO, TID
MiraLax , PO
montelukast 10 mg oral tablet 10 mg = 1 Tab, PO, qPM
predniSONE 20 mg oral tablet See Instructions, PO, Daily
PROzac 20 mg oral capsule 40 mg = 2 Cap, PO, qDay
theophylline 300 mg, PO, BID
tiZANidine 4 mg oral tablet
traZODone 50 mg oral tablet
Ventolin (90mcg/dose) MDI 2 Puff, PRN, INH

,

**Scheduled**
**albuterol (0.5%) 2.5 mg/ 0.5mL** 2.5 mg, 0.5 mL, NEB - inhalation, q4hr
**enoxaparin:** 75 mg, SUBCUT, q12hr
**FLUoxetine 10 mg Cap:** 40 mg, PO, qDay
**gabapentin 300 mg Cap:** 600 mg, PO, TID
**ipratropium 0.02% 2.5mL Inh So** 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
**methylPREDNISolone Na succ 40m** 60 mg, IV Push, q8hr
**montelukast 10 mg Tab:** 10 mg, PO, qPM
**polyethylene glycol 3350 17gm** 17 gm, PO, qDay
**theophylline 300 mg ER Tab:** 300 mg, PO, BID
**Discontinued**
**albuterol (0.5%) 2.5 mg/ 0.5mL** 5 mg, 1 mL, NEB - inhalation, q4hr
**ipratropium 0.02% 2.5mL Inh So** 0.5 mg, 2.5 mL, NEB - inhalation, q4hr
**PRN Meds**
**HYDROcod/acetamin (10/325) mg** 1 Tab, PO, q4hr, PRN: Pain
**HYDROmorphone 1 mg/mL 1mL Inj:** 0.5 mg, IV Push, q4hr, PRN: Pain
**LORazepam 1 mg Tab:** 1 mg, PO, TID, PRN: Anxiety
**LORazepam 2 mg/mL 1mL Inj:** 1 mg, IV Push, q4hr, PRN: Anxiety
**magnesium sulfate / D5W:** 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Other (see Comments)
**ondansetron 2 mg/mL Inj 2mL:** 4 mg, IV Push, x1, PRN: Nausea / Vomiting 1st Choice
**potassium chloride / SW:** 20 mEq, 100 mL, 50 mL/hr, IV, Per Parameter, PRN: Hypokalemia
**potassium chloride 20 mEq Pwd:** 20 - 40 mEQ, PO, Per Parameter, PRN: Hypokalemia
**zolpidem 5 mg Tab:** 5 mg, PO, qHS, PRN: Sleep
**Discontinued**
**gabapentin 300 mg Cap:** 600 mg, PO, TID, PRN: Pain
**IV Medications**
**NaCl 0.9%:** 1,000 mL/hr, IV, Stop: 01/20/16 6:37:00

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87698902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Sedgwick,Jacqueline MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## Consultation

.

Physical Examination
General: No acute distress.
Integumentary: Warm, Dry, Pink.
HENT: Oral mucosa is moist.
Eye: Extraocular movements are intact.
Respiratory: good air movement. Prolonged expiratory phase. Forced expiratory maneuver illicited end expiratory wheeze. .
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender, Non-distended.
Neurologic: Alert.
Psychiatric: Cooperative.

Review / Management
Results Review: 24 hr Labs
Labs (All documented values resulted over the prior 24 hours..)

| Hematology | | Chemistry | | Enzymes | |
|---|---|---|---|---|---|
| WBC | H 15.40H | Na | 134.00L | Alkphos | 55.00 |
| Hgb | 12.60 | K | 3.80 | ALT | , 18 |
| Hct | 38.20 | Cl | 102.00 | Trop.I. | <0.01 |
| Plt | 239.00 | CO2 | 18.00L | AST | , 7 |
| | | Gluc | 182.00H | | |
| | | Bun | 12.00 | | |
| | | Cr | 0.80 | | |
| | | Ca | 8.80 | | |

T Bili 0.40

Coagulation
PT 14.50H INR 1.10
Proteins
Alb 3.30L (01/20 05:33)

Arterial Blood Gases

PH: 7.64C (01/19 20:52)
PCO2: C 17.80 (01/19 20:52)
PO2: H 118.70 (01/19 20:52)
HC03: L 18.60 (01/19 20:52)
BE: 0.30 (01/19 20:52)

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Consultation*

.
Radiology Results
Radiologist's interpretation
**Name:** SHAW, KIMBERLY D
**Account:** 40070682
**MRN:** 527866
**DOB:** 03/21/1967

=========================

**Result Date:**
**Verified By:** Lin, Jennifer MD at 01/20/16 10:57

**Report :** CT Angio Chest w Con
Impression:1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries. These findings are consistent with the preliminary report provided by Nightshift radiology. 01/20/16 10:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Result Date:**
**Verified By:** Martinez, Roy MD at 01/20/16 08:55

**Report :** US Lower Extrem Venous Duplex Bilat
IMPRESSION:1. Unremarkable, bilateral lower extremity deep venous ultrasound. 01/20/16 08:55
++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Result Date:**
**Verified By:** Astromoff, Nicholas MD at 01/19/16 18:11

**Report :** XR Chest 2 Views
Impression: No evidence of acute cardiopulmonary disease or significant interval change 01/19/16 18:10
++++++++++++++++++++++++++++++++++++++++++++++++++++++

Impression and Plan
Plan:
Patient is a delightful 48 year old woman with history of severe asthma with recent status asthmaticus admission now found to have small pulmonary emboli.

1) pulmonary emboli without evidence of right heart strain given normal cardiac indices. No evidence of LE DVT
-would start xarelto tomorrow and stop lovenox
-discussed with patient that suspect that these clots were provoked 2/2 immobility during recent hospitalization (despite walking and wearing SCD's)

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD ; Kipps,David L MD ; Sedgwick,Jacqueline MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## Consultation

-duration of therapy 3 months
-will f/u echocardiogram

2) severe asthma with recent status
-start breo ellipta 200 daily
-cont singular, theophylline
-can likely wean steroids down tomorrow if without significant wheezing
-will check IgE and aspergillus specific antibodies to evaluate for allergic bronchopulmonary aspergillosis
-check theophylline level

3) lactic acidosis: may be related to increase WOB or albuterol. Doubt sepsis.
-check lactic acid in am

Thank you very much for allowing me to participate in this lovely patients care.

*Electronically Signed By:*
*Ling, Andrea MD*
*On 01/20/16 14:44*
*Co Signature By:*
*Modified Signature By:*
*Ling, Andrea MD*
*On 01/20/16 14:44*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 67666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Consultation*

| | |
|---|---|
| DOCUMENT NAME: | Consultation |
| RECEIVED DATE/TIME: | 1/1/2016 12:33 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Kipps MD,David L (1/1/2016 13:56 PST) |
| SIGN INFORMATION: | Kipps MD,David L (1/2/2016 07:12 PST) |

**PULMONARY CONSULTATION**

PATIENT: SHAW, KIMBERLY D

NUMBER: 527866

DATE OF BIRTH:

BILLING NUMBER: 40041964

PATIENT LOCATION: 2NE 2323 00

ATTENDING PHYSICIAN:

REFERRING PHYSICIAN:

CONSULTANT: David L. Kipps, M.D.

DATE OF CONSULTATION: 01/01/2016

ATTENDING PHYSICIAN:
Dr. Michael Suval

REASON FOR CONSULTATION:
Pulmonary consultation requested today by Dr. Suval for assistance in management of decompensated asthmatic bronchitis, apparently triggered by a viral upper respiratory infection occurring on 12/27/2015.

HISTORY OF PRESENT ILLNESS:
This is the third Dominican hospitalization for this depressed appearing 48-year-old married white female, a nonsmoker, who has a lifelong history of asthma. She has been hospitalized since 12/30/2015 when admitted via the emergency department in status asthmaticus.

She is a Dominican respiratory therapist who primarily works in the pulmonary rehabilitation program at the Community Hospital campus. She has never been previously intubated for asthma, and was last hospitalized overnight for acute

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhugra,Himanshu MD / Sedgwick,Jacqueline MD ; Hipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Consultation*

asthma 18 years ago, and was last seen in the emergency department for asthma in 2006.

She appears to be quite compliant with her inhalers which include non-absorbed corticosteroids, having been well maintained on either Advair 250/50 or 500/50 one inhalation twice daily, the higher dose Advair used during winter months. For the past 6 months, she has been switched to Breo Ellipta at beginning dose of 100/25 mcg 1 inhalation daily. With this medication, she noted a recent flare in her asthma occurring around Thanksgiving time this year, which was treated with increased use of albuterol inhaler and 5 days of prednisone, continuing to use her Breo Ellipta 100/25, at standard dose. She improved and felt to be at baseline status until she became sick again on 12/27/2015 when she shared a respiratory infection with her wife, developing quickly worsening chest congestion, productive cough of yellow mucus, and worsening exertional dyspnea. She was seen the next day by her primary physician, Carol Haubach MD, who placed her on prednisone 40 mg daily and doxycycline 100 mg b.i.d. Patient began to use also nebulized albuterol at home which is unusual for her. She continued on the same dose of Breo Ellipta. Despite this therapy, she continued to worsen, with markedly increased exertional dyspnea which scared her, and was seen again by her physician on the morning of 12/30, who referred to Dominican Emergency Department, arriving there at 1116 hours, with initial temperature of 36.7 degrees centigrade, heart rate is 78 and regular, respiratory rate 18, and blood pressure 143/69 with a room air oxygen saturation of 100%. While in the emergency department, she received two respiratory treatments containing albuterol 5 mg mixed with ipratropium 0.5 mg, with partial relief. She also was given 60 mg of prednisone shortly before noon.

Two-view chest x-ray showed normal size heart with clear lung fields, interpretation being no acute cardiopulmonary disease. Her EKG was also unremarkable, showing sinus arrhythmia, heart rate is 61 per minute, with QRS axis of +45 degrees showing isoelectric ST segments with biphasic T-wave inversions in the anterior precordial leads and lead 3. She remained quite bronchospastic and exertionally dyspneic, requiring hospitalization.

Since admission she has received IV Solu-Medrol 60 mg q.6h., IV antibiotics (azithromycin and ceftriaxone) for the past 3 days, and routinely administered DuoNeb by nebulization. She continues also on Breo Ellipta at her dose of 100/25 mcg daily. Since admission, she has noted worsening sore throat, and has oral monilia evident by exam. She was started on fluconazole yesterday, at 100 mg daily.

She has never used higher doses of Breo Ellipta, having used in the past variable doses Advair Diskus. She has a history of allergic rhinitis and took montelukast in the past, drug discontinued for unclear reasons.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shugart,Jacquelin MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Consultation

ALLERGIES:
She has no known drug allergies.

PAST MEDICAL HISTORY:
She has a long history of depression which she feels has worsened being perimenopausal. She has taken Prozac 20 mg daily for some time. As noted, there is a lifelong history of asthma requiring multiple hospitalizations in childhood. She has had an appendectomy in 2002 and most recently underwent laparoscopic cholecystectomy on 05/21/2015 by Dr. Louis Lee.

SOCIAL HISTORY:
She is employed by Dominican as a respiratory therapist, directing the outpatient pulmonary rehabilitation program. She is a nonsmoker, and no one else smokes at her residence. She is married, patient's wife has recently been ill with a respiratory infection, not treated with antibiotics. They recently adopted a young daughter, child has been healthy.

CURRENT MEDICATIONS:
Taken at time of admission consist of the following:
1. Breo Ellipta 100/25 mcg one inhalation daily.
2. Nebulized albuterol 2.5 mg every 2-4 hours.
3. Prozac 20 mg daily.
4. Baclofen 5-10 mg q. 4-6h. p.r.n. muscle spasm.
5. Gabapentin 600 mg t.i.d. p.r.n. muscle pain.
6. Ambien 5 mg q.h.s.
7. Recently used prednisone 40 mg daily beginning on 05/28/2015.
8. Naprosyn 500 mg q.12h. p.r.n. muscle pain.

PHYSICAL EXAMINATION:
GENERAL: The patient is an alert and cooperative white female who is breathing easily room air, yet still remains exertionally dyspneic.
VITAL SIGNS: Temperature 36.9 degrees centigrade, heart rate 90, respiratory rate 20, blood pressure 135/81 and room air oxygen saturation 95%.
HEAD: Atraumatic, no sinus tenderness.
EYES: Sclerae nonicteric, pupils equal and briskly reactive.
MOUTH: Excoriations over the hard palate, with monilial exudate evident along the uvula and posterior pharyngeal wall. She had a brisk gag response. Her voice is mildly hoarse.
Neck: Supple, no palpable adenopathy or neck vein distention.
LUNGS: Symmetric chest expansion without splinting, bilateral moderate pitched expiratory wheezing in all lung fields with no tubular breath sounds or crackles appreciated. Heart: Regular heart tones without murmur or gallop.
ABDOMEN: Soft, nontender, with well-healed laparoscopic cholecystectomy scars. She has normoactive bowel sounds.
EXTREMITIES: Show no peripheral edema, calf asymmetry or compression

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Consultation*

tenderness. There is no digital clubbing.

PERTINENT LABORATORY DATA:
Serum electrolytes this morning show mild elevation in serum chloride due to IV normal saline use: Sodium 141, potassium 4.2, chloride 110 and serum CO2 23; BUN 12, with serum creatinine of 0.8. She has fasting hyperglycemia from IV Solu-Medrol with a sugar today of 175 mg/dL. Large panel otherwise unremarkable with normal serum magnesium of 2.3 mg/dL and calcium 9.0 mg/dL. Her serum albumin is mildly reduced from IV hydration to 3.4 g/dL. Her white blood count is elevated this morning to 14,400, believed secondary to IV steroid use: White cell differential is left-shifted with lymphopenia. Her hemoglobin/hematocrit have remained stable at 11.8/36.2% and platelet count also normal at 377,000. No arterial blood gases have been drawn.

IMPRESSION:
This lifelong asthmatic required hospitalization 2 days ago for status asthmaticus, apparently triggered by a likely viral upper respiratory infection shared with her partner. Her admission 2 view chest x-ray was completely clear, and pneumonia is doubted. In retrospect, she is underdosed on Breo Ellipta 100/25 mcg used once daily, and apparently needs higher maintenance dose inhaled corticosteroids. She can resume use of Advair 250/50 or 500/50 twice daily or use higher dose Breo Ellipta 200/25 mcg once daily. This was discussed in detail with the patient. She has steroid hyperglycemia and oral monilial pharyngitis is evident. Finally, she notes worsening depression and may benefit from increased doses of Prozac.

PLAN:
1. Discontinue azithromycin and ceftriaxone as pneumonia unlikely, continue fluconazole for oral monilia.
2. Reduce IV Solu-Medrol by 50%, and double dose of Prozac to 40 mg daily.
3. Resume montelukast, used in the past without side effects, dose 10 mg each evening.
4. Needs to either resume after discharge twice daily Advair Diskus or use higher dose Breo Ellipta as discussed above.
5. Home in several days when largely wheeze free, anticipate 2-3 more days in the hospital.

Thank you for requesting pulmonary consultation. I will follow and assist in her respiratory management.

DAVID L. KIPPS, M.D., FCCP

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070662; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *Consultation*

DLK/EG
D: 01/01/2016 12:33:46
T: 01/01/2016 13:56:35

Internal Job: 682908237
External Job: 1261468

cc:
Michael Suval, D.O.

Carol Haubach, M.D.
CAROL HAUBACH

*Electronically Signed By:*
*Kipps MD, David L*
*On 01/02/16 07:12*
*Co Signature By:*
*Modified Signature By:*
*Kipps MD, David L*
*On 01/02/16 07:12*

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shukla,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Cardiology Reports*

| | |
|---|---|
| DOCUMENT NAME: | Echocardiogram, Transthoracic |
| RECEIVED DATE/TIME: | 1/20/2016 08:46 PST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Contributor_system,DSCHTRAN (1/20/2016 08:46 PST) |
| SIGN INFORMATION: | |

**Echocardiogram Transthoracic**

CONCLUSIONS
Normal LV systolic function. No sig valvular issues noted. Trace TR suggestive of normal PA pressure. No evidence of RV enlargment or strain. No pericardial effusion.

MEASUREMENTS
EDV(Teich): 80.7 ml
IVSd: 0.9 cm
LVIDd: 4.2 cm
LVPWd: 0.9 cm
%FS: 37.3 %
EF(Cube): 75.3 %
EF(Teich): 67.6 %
ESV(Cube): 18.8 ml
ESV(Teich): 26.0 ml
LVIDs: 2.6 cm
LVIDs Index: 1.4 cm/m2
SI(Cube): 31.7 ml/m2
SI(Teich): 30.0 ml/m2
SV(Cube): 57.8 ml
SV(Teich): 54.6 ml
LAESV(A-L): 37.8 ml
LAESV Index (A-L): 20.8 ml/m2
LAAs A2C: 13.9 cm2
LAESV A-L A2C: 31.9 ml
LAESV MOD A2C: 31.3 ml
LALs A2C: 5.1 cm
LAAs A4C: 16.5 cm2
LAESV A-L A4C: 43.6 ml
LAESV MOD A4C: 41.3 ml
LALs A4C: 5.3 cm
TAPSE: 1.6 cm
MV A Vel: 0.9 m/s
MV Dec Slope: 3.8 m/s2
MV DecT: 203.4 ms
MV E Vel: 0.7 m/s
MV E/A Ratio: 0.8

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816748; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Shudra,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## *Cardiology Reports*

E/E': 5.5
E': 0.1 m/s
MV PHT: 53.2 ms
MVA By PHT: 4.1 cm2
P Vein D: 0.5 m/s
P Vein S/D Ratio: 1.8
P Vein S: 0.9 m/s
TR maxPG: 39.3 mmHg
TR Vmax: 3.1 m/s

STRUCTURED FINDINGS

ECG RHYTHM: Sinus rhythm.

STUDY QUALITY: This was a technically adequate study.

LEFT VENTRICLE: The left ventricular size is normal.
Left ventricular wall thickness is normal.
LV systolic function is hyperdynamic.
Left ventricular systolic function is hyperdynamic with an estimated EF of >70%.
The diastolic filling pattern indicates impaired relaxation.

RIGHT VENTRICLE: The right ventricle is normal in size.

LEFT ATRIUM: The left atrium is normal in size.

RIGHT ATRIUM: The right atrial size is normal.

AORTIC VALVE: The aortic valve is trileaflet and appears structurally normal.
There is no evidence of aortic regurgitation.
There is no evidence of aortic stenosis.

MITRAL VALVE: The mitral valve is normal.
There is trace mitral regurgitation.

TRICUSPID VALVE: The tricuspid valve appears structurally normal.
Trace tricuspid regurgitation present.

PULMONIC VALVE: There is no pulmonic regurgitation present.

AORTA: The aortic root size is normal.

IVC/HEPATIC VEINS: Normal inferior vena cava with normal inspiratory

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhugra,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *Cardiology Reports*

collapse consistent with estimated right atrial pressure of 3-8 mmHg.

PERICARDIUM: There is no pericardial effusion.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Bhuria,Himanshu MD

## *Cardiology Reports*

| | |
|---|---|
| DOCUMENT NAME: | Electrocardiogram |
| RECEIVED DATE/TIME: | 6/12/2017 11:03 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Singh,Rajinder MD (6/13/2017 19:03 PDT) |
| SIGN INFORMATION: | |

**EKG**

Stationary ECG Study
DSC

| | | | |
|---|---|---|---|
| | | Test Date: | 2017-06-12 |
| Pat Name: | KIMBERLY SHAW | Department: | |
| Patient ID: | 527866 | Room: | ED |
| Gender: | F | Technician: | 5895 |
| DOB: | | Requested By: | Bradley Whaley |
| Order Number: | 5706566069 | Reading MD: | Raj Singh |

Measurements

| Intervals | | Axis | |
|---|---|---|---|
| Rate: | 53 | P: | 39 |
| PR: | 120 | QRS: | 40 |
| QRSD: | 84 | T: | 63 |
| QT: | 488 | | |
| QTc: | 457 | Severity: | Otherwise Normal ECG |

Interpretive Statements

Sinus bradycardia
Otherwise normal ECG
No previous ECG available for comparison

Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh

* Auth (Verified) *

Pat ID: DSC-527888    06/12/2017 11:03:00    SHAW, KIMBERLY
50 yrs

RX:
DX:

Dominican Hospital Santa Cruz
Dept
Room ED
Tech 5895

Req Provider: Bradley Whaley
Visit: 40816746
Location: ED
Accession#:

| | | |
|---|---|---|
| Rate | 53 | Sinus bradycardia |
| PR | 120 | Otherwise normal ECG |
| QRSd | 84 | No previous ECG available for comparison |
| QT | 488 | |
| QTc | 457 | Electronically Signed On 6-13-2017 19:03:59 PDT by Raj Singh |
| --Axis-- | | |
| P | 39 | |
| QRS | 40 | |
| T | 63 | |

\- Otherwise Normal ECG -

Confirmed By: Raj Singh 06/13/2017 19:03:59




GE MAC55-6    25 mm/sec    10.0 mm/mV    60~ 0.16 - 150 Hz

Facility: n/a



7L230170010

Lincoln/ Shaw 2799

* Auth (Verified) *

SHAW, KIMBERLY ID:52-78-66 03-MAR-2016 10:10:59 DOMINICAN SANTA CRUZ HOSPITAL-ER ROUTINE RECORD

Female (48 yr)

Room:24
Loc:2

| | | |
|---|---|---|
| Vent. rate | 66 | BPM |
| PR interval | 108 | ms |
| QRS duration | 74 | ms |
| QT/QTc | 428/448 | ms |
| P-R-T axes | 49 39 | 90 |

Sinus rhythm with short PR
ST abnormality, possible digitalis effect
Abnormal ECG
When compared with ECG of 19-JAN-2016 17:44,
No significant change was found
Confirmed by Brandt, M.D., Ryan (11) on 3/3/2016 7:50:07 PM

Technician: TK
Test ind:

ACCT.#:40133571 Referred by: ED Confirmed By: Ryan Brandt, M.D.




25mm/s 10mm/mV 150Hz 7.1.1 12SL 239 CID: 5

EID:11 EDT: 19:50 03-MAR-2016 ORDER:
Page 1 of 1

Patient Name: SHAW, KIMBERLY D
Date of Birth:

MRN: 52-78-66(D)
FIN: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87668293; 40133571

* Auth (Verified) *






**Lincoln/ Shaw 2801**

Patient Name: SHAW, KIMBERLY D
Date of Birth:

MRN: 52-78-66(D)
FIN: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571

* Auth (Verified) *

2213

Medical Record Number: 52-78-66

SHAW, KIMBERLY

Alarm Review




Dominican S Cruz Hospital

TCU

ge 1 of 1

* Auth (Verified) *

SHAW, KIMBERLY (48 yr)
Female
Room:EDWR
Loc:2

ID:52-78-66

| | | |
|---|---|---|
| Vent. rate | 69 | BPM |
| PR interval | 96 | ms |
| QRS duration | 88 | ms |
| QT/QTc | 390/417 | ms |
| P-R-T axes | 55 48 | 54 |

19-JAN-2016 17:44:30

DOMINICAN SANTA CRUZ HOSPITAL-ER ROUTINE RECORD

Sinus rhythm with short PR
Otherwise normal ECG
When compared with ECG of 30-DEC-2015 13:19,
Nonspecific T wave abnormality no longer evident in Inferior leads
T wave inversion no longer evident in Anterior leads
Confirmed by Sturzu MD, Anthony (8562) on 1/19/2016 9:03:19 PM

Technician:Cindy Brockett
Test ind:

ACCT.#:40070682

Referred by: ED

Confirmed By: Anthony Sturzu MD




25mm/s 10mm/mV 150Hz 7.1.1 12SL 239 CID: 6

EID:8562 EDT: 21:03 19-JAN-2016 ORDER:
Page 1 of 1

7L230170010



Lincoln/ Shaw 2803

Patient Name: SHAW, KIMBERLY D
Date of Birth: [illegible]

MRN: 52-78-66(D)
FIN: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87668293; 40133571

* Auth (Verified) *

SHAW, KIM — ID:52-78-66 — 30-DEC-2015 13:19:25 — DOMINICAN SANTA CRUZ HOSPITAL-ER ROUTINE RECORD

Female (48 yr)

Room:9
Loc:2

| | | |
|---|---|---|
| Vent. rate | 61 | BPM |
| PR interval | 120 | ms |
| QRS duration | 88 | ms |
| QT/QTc | 456/459 | ms |
| P-R-T axes | 47 46 | 35 |

Normal sinus rhythm with sinus arrhythmia
Normal ECG
When compared with ECG of 22-MAY-2015 12:15,
Nonspecific T wave abnormality now evident in Inferior leads
T wave inversion now evident in Anterior leads
Confirmed by Johnson MD, Jay (20) on 12/31/2015 10:51:40 AM

Technician: YS
Test ind:

ACCT.#:40041964

Referred by:

Confirmed By: Jay Johnson MD




25mm/s 10mm/mV 150Hz 7.1.1 12SL 239 CID: 6

EID:20 EDT: 10:51 31-DEC-2015 ORDER:

Page 1 of 1

Facility: n/a



7L230170010

Lincoln/ Shaw 2804

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Bhuria,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Head wo Con | 01-CT-17-137843 | 6/12/2017 10:45 PDT | Auth (Verified) | Whaley,Bradley D.MD |

**Reason For Exam**
(CT Head wo Con) facial paresthesia, HA

**Report**
CT Head wo Con

6/12/2017 10:44 AM PDT

CLINICAL INDICATION: Headache.

Noncontrast axial CT imaging obtained through the head. Low-dose protocol. DLP 872 mgy-centimeter, CTD/volume 80 mgy.

No prior head CT scan available for comparison.

Ventricles are normal in size and midline in position. No acute intracranial hemorrhage, focus of edema, or mass. Large calcification within the tentorium posteriorly. Visualized orbits and paranasal sinuses clear. Hyperostosis frontalis.

IMPRESSION: No acute intracranial hemorrhage, focus of edema, or mass.

****FINAL****
*Dictated by: Williams, Richard A.MD*
*Electronically signed by: Williams, Richard A.MD*
*Transcribed by:IP , D: 06/12/2017 11:01, T: 06/12/2017 11:01, S: 06/12/2017 11:02*
****FINAL****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhagwat,Himanshu MD ; Klipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## Computerized Tomography

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Chest wo Con/Hi Res | 01-CT-18-277509 | 12/12/2016 08:44 PST | Auth (Verified) | Non Staff,Dr DSCH |

**Reason For Exam**
(CT Chest wo Con/Hi Res) on going asmathic exacerbation with constant cough post treatment, bronchiectasis/ J47.9, J45.51, J45.40

**Report**
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***F I N A L****
*Dictated by: Rodriguez, Juan MD*
*Electronically signed by: Rodriguez, Juan MD*
*Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57*
***F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40616746;
Pt loc: 87640340; 40041964; 67765319; 87666293; 40133571

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Computerized Tomography

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Sinus Comp/Facial Ltd wo Cont | 01-CT-16-258814 | 11/18/2016 10:09 PST | Auth (Verified) | Non Staff,Physician |

**Reason For Exam**
(CT Sinus Comp/Facial Ltd wo Cont) asthmatic with daily cough, J32.9, J33.0, J45.51

**Report**
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

****F I N A L****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17, S: 11/18/2016 10:20*
****F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Chest wo Con | 01-CT-16-258709 | 11/18/2016 08:37 PST | Auth (Verified) | Non Staff,Physician |

**Reason For Exam**
(CT Chest wo Con) asthmatic with daily cough, J32.9, J33.0, J45.51

**Report**
CT chest without contrast performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: 3 mm axial images were performed from the lung apices through the adrenal glands. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 653 mGy-cm.
2. CT DI. 19.8 mGy.

FINDINGS: Evaluation of the mediastinal windows demonstretes the heart and great vessels to be normal. No suspicious axillary, hilar or mediastinal adenopathy was identified. There is no evidence of a pericardial effusion.

Assessment of the lung windows demonstrates a large airways to be patent. No pleurel effusions, infiltrates or suspicious pulmonary nodules were identified.

Within the visualized portions of the upper abdomen, the visualized portions of the liver, spleen, pancreas and adrenal glands are grossly normal.

Assessment of the bone windows demonstrates no acute osseous abnormalities.

IMPRESSION:
1. Normal noncontrast CT of the chest.

****F I N A L****
*Dictated by:* *Schmetz, Mark MD*
*Electronically signed by:* *Schmetz, Mark MD*
*Transcribed by: IP, D: 11/18/2016 09:48, T: 11/18/2016 09:48, S: 11/18/2016 09:50*
****F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070662; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhugra,Hkrmanchu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Computerized Tomography*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Angio Chest w Con | 01-CT-16-046763 | 3/3/2016 12:20 PST | Auth (Verified) | Keenan,David PA |

**Reason For Exam**
(CT Angio Chest w Con) recurrence of chest pain, dyspnea, reminiscent of past PE

**Report**
Radiologist: Sirc, Evan
CT Pulmonary Angiogram (CT angiogram of the chest with attention to the pulmonary arteries).

Clinical Indication: recurrence of chest pain, dyspnea, reminiscent of past PE

Technique: After the administration of 100 ml of Isovue 370 intravenous contrast, multiple thin section contiguous axial images were obtained through the chest with a timed bolus in the pulmonary arteries. Coronel and sagittal reformations were performed. 3D-reconstructions were also acquired.

Dose report:
Total DLP = 601.14 mGy-cm
CTDIvol = 54.76 mGy

Comparison: Chest radiograph done earlier today as well as a prior CT pulmonary angiogram done January 19, 2016

Findings:

Vasculature: The pulmonary artery contrast bolus is adequate for evaluation to the level of the distal segmental pulmonary arteries. The smaller subsegmental vessels are not well opacified. No acute PE demonstrated. The previously described small volume of thrombus within the right lower lobe segmental arteries has resolved.

No thoracic aortic aneurysm or dissection. Heart size is within normal limits.

Lungs: Lungs are clear.
Pleura: No pleural effusion or pneumothorax.
Mediastinum: No adenopathy or mass.
Bones: No suspicious lytic or blastic bone lesions.
Upper abdomen: Grossly unremarkable.

Impression:

Resolution of the previously described small segmental PE in the right lower lobe. No acute PE demonstrated.

***F I N A L***
*Dictated by: Sirc, Evan MD, ECISA CPOE MD #3453*
*Electronically signed by: Sirc, Evan MD*
*, D: 03/03/2016 12:55, T: 03/03/2016 12:55, S: 03/03/2016 12:57*
***F I N A L***

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex: F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuta,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

**Computerized Tomography**

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Bhuda,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Computerized Tomography

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| CT Angio Chest w Con | 01-CT-16-013679 | 1/19/2016 21:58 PST | Auth (Verified) | Grady,John MD |

**Reason For Exam**
(CT Angio Chest w Con) Shortness of breath, suspect PE

**Report**
Radiologist: Lin, Jennifer
CT Chest with Contrast

Clinical Indication: Shortness of breath, suspect PE

Techniques: Axial images were obtained at one mm slice thicknesses from the thoracic outlet to the upper abdomen following the administration of 100cc of Isovue 300 intravenous contrast. Sagittal and coronal reconstructed images were also performed.

Dose report:
DLP = 587 mGy-cm
CTDI = 27.0, 18.4 mGy

Findings:

There are small filling defects within the right lower lobe segmental pulmonary arteries consistent with pulmonary emboli. No filling defects are noted on the left. The pulmonary arteries are normal in size.

The aorta is normal in size and appearance.

The lungs are clear. There is no pleural effusion. The heart is normal in size. There is no pericardial effusion.

There is no hilar, mediastinal or axillary lymphadenopathy.

Mild degenerative changes are noted throughout the thoracic spine.

Impression:
1. Small pulmonary emboli within the right lower lobe segmental pulmonary arteries.

These findings are consistent with the preliminary report provided by Nightshift radiology.

****FINAL****
*Dictated by: Lin, Jennifer MD, MD*
*Electronically signed by: Lin, Jennifer MD*
, D: *01/20/2016 10:55, T: 01/20/2016 10:55, S: 01/20/2016 10:57*
****FINAL****

**Dignity Health.**

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 67754974; 87696902; 40070662; 67722690; 40616746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuda,Himanshu MD / Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Magnetic Resonance Imaging*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR Brain wo+w Con | 01-MR-17-025649 | 6/12/2017 15:20 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR Brain wo+w Con) Sensory changes rule out MS

**Report**
MRI brain with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the brain was performed on a GE LX HiSpeed 1.5 T magnet utilizing the following sequences:

1. T2 FLAIR coronal.
2. T2 FLAIR sagittal.
3. Fast spin-echo T2 axial.
4. T1 FLAIR axial.
5. Diffusion-weighted EPI axial.
6. T1 sagittal after IV contrast administration.
7. T1 coronal after IV contrast administration.
8. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: The ventricles were of normal size and configuration without evidence of hydrocephalus. No suspicious intraparenchymal masses, mass effect or abnormal signal was demonstrated within the brain parenchyma. There is normal gray-white differentiation. No extra-axial fluid collections or masses were noted.

Diffusion weighted API axial images demonstrate no region of diffusion restriction. Evaluation of the orbits and paranasal sinuses demonstrates no abnormalities. Normal large flow voids were seen intracranially.

After the intravenous administration of IV contrast, there are no areas of abnormal enhancement within the brain parenchyma or extra-axial spaces.

IMPRESSION:
1. Normal MRI of the brain, demonstrating no evidence of demyelinating disease.

****FINAL****
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:22, T: 06/12/2017 15:22, S: 06/12/2017 15:25*
****FINAL****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shugart,Jacque MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## Magnetic Resonance Imaging

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR C Spine wo+w Con | 01-MR-17-025648 | 6/12/2017 14:54 PDT | Auth (Verified) | Hencke,Richard MD |

**Reason For Exam**
(MR C Spine wo+w Con) Sensory changes rule out MS

**Report**
MRI cervical spine with and without contrast performed 12 June 2017.

CLINICAL HISTORY: Sensory changes. Evaluate for demyelinating disease.

TECHNIQUE: An MRI of the cervical spine was performed on a GE LX HiSpeed 1.5 Tesla magnet utilizing the following sequences:

1. T1 FLAIR sagittal. #2 fast echo T2 sagittal.
3. T2 inversion recovery sagittal.
4. T1 axial. #5 fast echo T2 axial.
6. T2 star gradient echo axial.
7. T1 sagittal after IV contrast demonstration with fat saturation.
6. T1 axial after IV contrast administration.

Contrast given: 9 cc of gadavist.

FINDINGS: Evaluation of the sagittal images demonstrates normal vertebral alignment with preservation of the vertebral body height and mild diffuse loss of disc height throughout the cervical disks with associated desiccation. No suspicious T2 signal abnormality was seen within the cervical vertebral bodies or cervical cord. The cerebellar tonsils terminate at the appropriate level.

Evaluation of the axial images demonstrates the following:

At the C2/C3 level, no abnormalities were demonstrated.

At the C3/C4 level, there is minimal spondylitic changes without focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C4/C5 level, there is mild spondylytic changes without evidence of focal disc protrusions, central canal stenosis or neural foraminal impingement.

At the C5/C6 level, there is broad-based right paracentral subligamentous disc osteophyte complex which is abutting the ventral aspect of the cervical cord. There is no evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy. Associated uncovertebral osteophyte formation is causing moderate right and mild left neural foraminal impingement.

At C5/C6 level, there is minimal broad-based subligamentous disc osteophyte complex which does not efface the ventral aspect of the cervical cord. No focal disc protrusions, central canal stenosis or neural foraminel impingement was demonstrated.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## ***Magnetic Resonance Imaging***

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| MR C Spine wo+w Con | 01-MR-17-025648 | 6/12/2017 14:54 PDT | Auth (Verified) | Hencke,Richard MD |

**Report**
At the C7/T1 level, no abnormalities were demonstrated.

After the intravenous administration of contrast, there are no areas of abnormal enhancement involving the cervical vertebral bodies, cervical discs, or cervical cord.

IMPRESSION:
1. Mild diffuse spondylosis throughout the cervical spine, with the findings most prevalent at the C5/C6 level. Associated . uncovertebral osteophyte formation is causing moderate right neural foraminal impingement.
2. No evidence of focal disc protrusions, central canal stenosis or focal cervical cord myelopathy.
3. No evidence of demyelinating disease or abnormal enhancement within the cervical cord.

******FINAL******
*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*Transcribed by:IP , D: 06/12/2017 15:00, T: 06/12/2017 15:00, S: 06/12/2017 15:06*
******FINAL******

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816748;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD / Sedgwick,Jacqueline MD Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Ultrasound*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| US Lower Extrem Venous Duplex Bilat | 01-US-16-032407 | 3/3/2016 12:04 PST | Auth (Verified) | Keenan,David PA |

**Reason For Exam**
(US Lower Extrem Venous Duplex Bilat) bilat calf pain, c/p

**Report**
Radiologist: Sirc, Evan
US Lower Extrem Venous Duplex Bil

INDICATIONS:
bilat calf pain, c/p

TECHNIQUE:
Multiple sonographic images of the lower extremity deep venous system were obtained utilizing grayscale, compressive sonography, as well as color flow and spectral wave Doppler imaging with augmentation.

COMPARISON: None.

FINDINGS:

There is normal compressibility within the bilateral common femoral, deep femoral, superficial femoral and popliteal veins. These vessels demonstrate normal color flow and spectral waveforms on Doppler interrogation.

The visualized proximal calf veins were difficult to compress but demonstrated normal appearing color flow.

IMPRESSION:

No sonographic evidence for DVT.

***F I N A L***
*Dictated by: Sirc, Evan MD, ECISA CPOE MD #3453*
*Electronically signed by: Sirc, Evan MD*
*, D: 03/03/2016 12:07, T: 03/03/2016 12:07, S: 03/03/2016 12:07*
****F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816748; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *Ultrasound*

| PROCEDURE | ACCESSION | EXAM DATE/TIME | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| US Lower Extrem Venous Duplex Bilat | 01-US-16-009492 | 1/20/2016 08:22 PST | Auth (Verified) | Butler,Jenifer MD |

**Reason For Exam**
(US Lower Extrem Venous Duplex Bilat) PE, eval for DVT

**Report**
Radiologist: Martinez, Roy
US Lower Extrem Venous Duplex Bil

INDICATIONS:
PE, eval for DVT

TECHNIQUE:
Multiple sonographic images of the lower extremity deep venous system was obtained utilizing grayscale, color-flow, compressive sonography and doppler imaging with augmentation. The images were reviewed on a PACS workstation.

COMPARISON:
None

FINDINGS:
There is normal compressibility and flow within the common femoral, deep femoral, superficial femoral and popliteal veins bilaterally.

IMPRESSION:
1. Unremarkable, bilateral lower extremity deep venous ultrasound.

. *** *F I N A L* ***
*Dictated by: Martinez, Roy MD*
*Electronically signed by: Martinez, Roy MD*
*, D: 01/20/2016 08:55, T: 01/20/2016 08:55, S: 01/20/2016 08:55*
*** *F I N A L* ***

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP:

## General Radiology

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-16-549421 | 10/5/2016 13:17 PDT | Auth (Verified) | Kipps MD,David L |

**Reason For Exam**
(XR Chest 2 Views) Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospitalized twice earlier this year.

**Report**
COMPARISONS: March 3, 2016

PROCEDURE: AP and lateral radiograph obtained in the upright position..

CLINICAL HISTORY: Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospitalized twice earlier this year.

FINDINGS:
The lungs are clear. Cardiac silhouette is normal in size. Bones and soft tissues demonstrate no definite acute findings.

CONCLUSIONS:
No acute cardiopulmonary disease noted.

***FINAL***
*Dictated by: Martinez, Roy MD*
*Electronically signed by: Martinez, Roy MD*
*Transcribed by: IP, D: 10/05/2016 13:28, T: 10/05/2016 13:28, S: 10/05/2016 13:28*
***FINAL***

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shuda,Himanshu MD ; Kipps,David L MD ;
PCP: Sedgwick,Jacqueline MD
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *General Radiology*

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 1 View Portable | 01-XR-16-117332 | 3/3/2016 10:56 PST | Auth (Verified) | Lapid,Terry B.MD |

**Reason For Exam**
(XR Chest 1 View Portable) SOB

**Report**
Radiologist: Martinez, Roy
Chest x-ray single view

Clinical Indication: Shortness of breath and 48-year-old.

Procedure: portable AP sitting chest radiograph obtained at 1051 hours.

Comparison examination: February 16 , 2016

Findings: The soft tissues and osseous structures are unremarkable. The costophrenic angles are clear and heart size is normal. Pulmonary pregnant displays no acute infiltrates.

Impression: No active disease.

***FINAL***

*Dictated by: Martinez, Roy MD*
*Electronically signed by: Martinez, Roy MD*
*, D: 03/03/2016 11:10, T: 03/03/2016 11:10, S: 03/03/2016 11:10*
****FINAL****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87640340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuria,Himanshu MD Sedgwick,Jacqueline MD Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *General Radiology*

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-16-085506 | 2/16/2016 13:58 PST | Auth (Verified) | Kipps MD,David L |

**Reason For Exam**
(XR Chest 2 Views) R06.02, Z86.711 has recurrent exertional dyspnea since Feb 11, 2016

**Report**
Radiologist: Erdman, Daniel
Clinical Indication: R06.02, Z86.711 has recurrent exertional dyspnea since Feb 11, 2016

Technique: PA and lateral chest radiographs are submitted.

Comparisons: Chest exam dated January 19, 2016.

Findings: The heart appears normal in size. The lungs appear clear with no definite significant consolidation or atelectasis and no definite suspicious pulmonary nodules or masses are identified. Pulmonary vascular markings are within normal limits. There is no evidence of pleural effusion or pneumothorax. Degenerative changes of the thoracic spine are again apparent. No acute osseous abnormalities are identified.

Conclusions: No evidence of significant acute cardiopulmonary disease. Other findings discussed above.

****FINAL****
*Dictated by: Erdman, Daniel E MD*
*Electronically signed by: Erdman, Daniel E MD*
*, D: 02/16/2016 14:23, T: 02/16/2016 14:23, S: 02/16/2016 14:24*
****FINAL****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816748;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuda,Himanshu MD / Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *General Radiology*

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-16-033406 | 1/19/2016 18:04 PST | Auth (Verified) | GORSHE,JULIE PA |

**Reason For Exam**
(XR Chest 2 Views) sob

**Report**
Radiologist: Astromoff, Nicholas
PA and lateral chest on 1/19/2016.

History: Shortness of breath.

Comparison is made to 1/5/2016.

Findings: There are no focal infiltrates or effusions. The cardiomediastinal silhouette and pulmonary vasculature are within normal limits.

Impression: No evidence of acute cardiopulmonary disease or significant interval change

****FINAL****
*Dictated by: Astromoff, Nicholas MD*
*Electronically signed by: Astromoff, Nicholas MD*
*, D: 01/19/2016 18:10, T: 01/19/2016 18:10, S: 01/19/2016 18:11*
****FINAL****

**Dignity Health.**

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD Bhuda,Himanshu MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *General Radiology*

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-16-005139 | 1/5/2016 07:46 PST | Auth (Verified) | Kipps MD,David L |

**Reason For Exam**
(XR Chest 2 Views) Slow to resolve acute esthmatic bronchitis. Compare with admission CXR done 12/30/15.

**Report**
Radiologist: Rodriguez, Juan
History: 48-year-old female with bronchitis.

Findings: 2 views of the patient's chest. Exam is compared with prior study dated December 30. Trachea is midline. Unchanged appearance of the cardiovascular silhouette. Symmetric lung volumes with no areas of consolidation, effusion or pneumothorax. No signs of failure. No gross bony abnormalities

Impression: Stable appearance

****F I N A L****
*Dictated by: Rodriguez, Juan MD*
*Electronically signed by: Rodriguez, Juan MD*
*, D: 01/05/2016 08:45, T: 01/05/2016 08:45, S: 01/05/2016 12:35*
****F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shukla,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## General Radiology

| PROCEDURE | ACCESSION | EXAM DATE | STATUS | ORDERING PROVIDER |
|---|---|---|---|---|
| XR Chest 2 Views | 01-XR-15-545098 | 12/30/2015 12:19 PST | Auth (Verified) | Tsukamaki,Jason MD |

**Reason For Exam**
(XR Chest 2 Views) cough/asthma

**Report**
Radiologist: Schmetz, Mark
Chest 2 views performed 30 December 2015.

Clinical History: Cough.

Technique: 2 views of the chest was submitted.

Findings: The cardiomediastinal silhouette was of normal size and configuration. No focal consolidations or effusions were demonstrated.

The osseous structures demonstrates mild diffuse spondylosis throughout the thoracic spine.

Impression:
1. No acute cardiopulmonary disease.

****F I N A L****

*Dictated by: Schmetz, Mark MD*
*Electronically signed by: Schmetz, Mark MD*
*, D: 12/30/2015 12:29, T: 12/30/2015 12:29, S: 12/30/2015 12:29*
****F I N A L****

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuria,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## *Scanned Doc Radiology*

Patient Name: SHAW, KIMBERLY D
Date of Birth: 3/21/1967

MRN: 52-78-66(D)
FIN: 87754974; 87696902; 40070682; 87722690; 40816748; 87540340; 40041984; 87765319; 87666293; 40133571

* Auth (Verified) *

# NIGHTSHIFT RADIOLOGY

## *** Preliminary Report ***

**Dominican Hospital**

**Patient:** Shaw Kimberly D
**MR #:** 527866
**Accession:** 01CT16013679
**Exam Date:** 01/19/2016
**Radiologist:** Betsy Bronson, M.D.

CT PULMONARY ANGIOGRAM

**Physician contact number regarding this report:**
**Voice (855) 243-3158**
Physician number listed is to only be used on the date of this report – for all other times or issues, please call the main business number at (858) 318-6900

HISTORY: Shortness of breath, possible pulmonary emboli.

FINDINGS: No thoracic aortic aneurysm or dissection. Proximal abdominal aorta are unremarkable.
No mediastinal or hilar adenopathy or masses. No pericardial effusion.
Tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 85-101.
No other pulmonary emboli seen.
No pneumothorax. Minor bilateral parabronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear. No pleural fluid.
Scans continued into the upper abdomen show prior cholecystectomy, visualized liver, adrenals, pancreas, and upper pole left kidney unremarkable. Spleen is mottled due to the earliness of IV contrast injection.

IMPRESSION: Positive for tiny distal segmental and subsegmental pulmonary emboli in the right lower lobe images 85-101.
No other pulmonary emboli seen.

Minor bilateral parabronchial cuffing which can be seen with minor bronchitis or minor bronchiectasis. Lungs otherwise clear.

This report was transmitted to the emergency room at 1/19/2016 - 10:34:45 PM PST.

******* *This report constitutes a preliminary interpretation only* *******

Non acute findings felt to be unrelated to the clinical presentation may not be discussed in this report. The study will be interpreted and a final report will be generated by the local Radiologist the following shift.

INTERPRETING RADIOLOGIST: If there is a significant discrepancy between this report and your interpretation please fill out and send the NightShift Discrepancy Form.

CONFIDENTIAL
This transmission contains information that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this Hospital ... received this telecopy in error, please notify us by telephone immediately, so that we can arrange

SHAW, KIMBERLY D
DOB
Sex: F Age: 48 years
M#: 52-78-66
DOS: 01/19/2016
A#: 40070682



10:35 PM (PST)

Facility: n/a



Lincoln/ Shaw 2824

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D** | DOB: | Age: n/a | Sex:F
MRN: 52-78-66(D) | Admit Date: n/a
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; | Disch Date: n/a
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571 | Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Nipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;

## CBC

| Collected Date | 6/12/2017 | 7/25/2016 | 3/3/2016 | 2/16/2016 | 1/21/2016 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 10:22 PDT | 14:41 PDT | 10:28 PST | 14:00 PST | 06:45 PST | | |
| Procedure | | | | | | Units | Reference Range |
| WBC | 6.0 | 10.1 | **17.1 H** | **11.9 H** | **16.7 H** | thousand/uL | 5.0-11.0 |
| RBC | 4.75 | 4.94 | 4.90 | 4.54 | **4.12 L** | million/uL | 4.20-5.40 |
| Hgb | 13.6 | 14.3 | 14.5 | 13.7 | 12.4 | gm/dL | 12.0-16.0 |
| Hct | 40.8 | 42.7 | 43.2 | 41.1 | 37.4 | % | 36.0-48.0 |
| MCV | 85.8 | 86.6 | 88.1 | 90.5 | 90.6 | fL | 83.0-99.0 |
| MCH | 28.5 | 28.9 | 29.6 | 30.1 | 30.0 | pg | 27.0-32.0 |
| MCHC | 33.3 | 33.4 | 33.7 | 33.3 | 33.1 | gm/dL | 32.0-36.0 |
| RDW | 14.4 | **15.8 H** | 14.4 | **14.6 H** | 13.6 | % | 11.5-14.5 |
| Plt | 306 | **410 H** | 391 | 328 | 271 | thousand/uL | 130-400 |
| MPV | 7.4 | 8.1 | 7.7 | 7.0 | 7.2 | fL | 6.0-10.0 |
| ABS Neut | 3.4 | **8.4 H** | **12.7 H** | - | **15.6 H** | thousand/uL | 1.9-8.0 |
| ABS Lymph | 2.0 | 1.3 | 3.3 | - | **0.6 L** | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.4 | 0.3 | 0.9 | - | 0.4 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.2 | 0.0 | 0.1 | - | 0.0 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.1 | 0.1 | 0.1 | - | 0.0 | thousand/uL | 0.0-0.2 |
| Neut% | 56.7 | **82.7 H** | 74.0 | - | **93.6 H** | % | 40.0-74.0 |
| Lymph% | 33.2 | **13.1 L** | 19.5 | - | **3.6 L** | % | 19.0-48.0 |
| Mono% | 6.2 | **3.1 L** | 5.2 | - | **2.6 L** | % | 3.5-9.0 |
| Eos% | 2.9 | 0.4 | 0.6 | - | 0.0 | % | 0.0-7.0 |
| Baso% | 1.0 | 0.7 | 0.7 | - | 0.2 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | 0.0 | 0.0 | - | 0.0 | Per 100 WBC | 0.0-1.0 |

| Collected Date | 1/20/2016 | 1/19/2016 | 1/9/2016 | 1/4/2016 | 1/3/2016 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 05:33 PST | 17:38 PST | 06:44 PST | 06:49 PST | 06:44 PST | | |
| Procedure | | | | | | Units | Reference Range |
| WBC | **15.4 H** | **16.1 H** | **22.3 H** | **14.6 H** | **13.4 H** | thousand/uL | 5.0-11.0 |
| RBC | **4.18 L** | 4.68 | **4.16 L** | 4.21 | 4.46 | million/uL | 4.20-5.40 |
| Hgb | 12.6 | 13.8 | 12.6 | 12.3 | 13.2 | gm/dL | 12.0-16.0 |
| Hct | 38.2 | 41.7 | 37.9 | 38.3 | 40.4 | % | 36.0-48.0 |
| MCV | 91.3 | 89.1 | 91.0 | 90.9 | 90.7 | fL | 83.0-99.0 |
| MCH | 30.1 | 29.5 | 30.3 | 29.3 | 29.6 | pg | 27.0-32.0 |
| MCHC | 32.9 | 33.1 | 33.3 | 32.2 | 32.7 | gm/dL | 32.0-36.0 |
| RDW | 14.0 | 13.6 | 12.9 | 13.1 | 13.2 | % | 11.5-14.5 |
| Plt | 239 | 281 | 297 | 366 | **407 H** | thousand/uL | 130-400 |
| MPV | 7.9 | 7.3 | 7.3 | 7.5 | 7.7 | fL | 6.0-10.0 |
| ABS Neut | **14.8 HH** | - | **19.5 HH** | **11.5 H** | **10.5 H** | thousand/uL | 1.9-8.0 |
| ABS Lymph | **0.4 L** | - | 1.9 | 2.1 | 2.2 | thousand/uL | 0.9-5.2 |
| ABS Mono | **0.1 L** | - | 0.8 | 0.9 | 0.7 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.0 | - | 0.0 | 0.0 | 0.0 | thousand/uL | 0.0-0.8 |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *CBC*

| Collected Date | 1/20/2016 | 1/19/2016 | 1/9/2016 | 1/4/2016 | 1/3/2016 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 05:33 PST | 17:38 PST | 06:44 PST | 06:49 PST | 06:44 PST | | |
| Procedure | | | | | | Units | Reference Range |
| ABS Baso | 0.0 | - | 0.1 | 0.0 | 0.0 | thousand/uL | 0.0-0.2 |
| Neut% | 96.6 H | - | 87.6 H | 79.1 H | 78.1 H | % | 40.0-74.0 |
| Lymph% | 2.5 L | - | 8.6 L | 14.6 L | 16.4 L | % | 19.0-48.0 |
| Mono% | 0.8 L | - | 3.5 | 6.2 | 5.4 | % | 3.5-9.0 |
| Eos% | 0.0 | - | 0.0 | 0.1 | 0.0 | % | 0.0-7.0 |
| Baso% | 0.1 | - | 0.3 | 0.0 | 0.1 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | - | 0.1 | 0.0 | 0.0 | Per 100 WBC | 0.0-1.0 |

Result Comments
f1: ABS Neut
Auto-Differential confirmed by Smear review. No significant leukocyte abnormalities seen. Manual Differential not indicated.

| Collected Date | 1/2/2016 | 1/1/2016 | 12/31/2015 | 12/30/2015 | | |
|---|---|---|---|---|---|---|
| Collected Time | 06:53 PST | 06:50 PST | 06:44 PST | 13:42 PST | | |
| Procedure | | | | | Units | Reference Range |
| WBC | 12.2 H | 14.4 H | 8.4 | 11.5 H | thousand/uL | 5.0-11.0 |
| RBC | 3.89 L | 3.99 L | 3.99 L | 4.10 L | million/uL | 4.20-5.40 |
| Hgb | 11.5 L | 11.8 L | 12.2 | 12.3 | gm/dL | 12.0-16.0 |
| Hct | 35.6 L | 36.2 | 36.3 | 36.9 | % | 36.0-48.0 |
| MCV | 91.5 | 90.9 | 90.8 | 89.9 | fL | 83.0-99.0 |
| MCH | 29.5 | 29.6 | 30.6 | 30.0 | pg | 27.0-32.0 |
| MCHC | 32.2 | 32.5 | 33.7 | 33.4 | gm/dL | 32.0-36.0 |
| RDW | 13.3 | 13.4 | 13.2 | 13.2 | % | 11.5-14.5 |
| Plt | 334 | 377 | 358 | 351 | thousand/uL | 130-400 |
| MPV | 7.6 | 7.7 | 7.9 | 7.4 | fL | 6.0-10.0 |
| ABS Neut | 9.7 H | 13.2 H f2 | 7.6 | 9.3 H | thousand/uL | 1.9-8.0 |
| ABS Lymph | 1.7 | 0.7 L | 0.6 L | 1.5 | thousand/uL | 0.9-5.2 |
| ABS Mono | 0.8 | 0.5 | 0.2 | 0.6 | thousand/uL | 0.2-1.0 |
| ABS Eos | 0.0 | 0.0 | 0.0 | 0.1 | thousand/uL | 0.0-0.8 |
| ABS Baso | 0.0 | 0.0 | 0.0 | 0.1 | thousand/uL | 0.0-0.2 |
| Neut% | 79.5 H | 91.7 H | 90.1 H | 80.5 H | % | 40.0-74.0 |
| Lymph% | 14.2 L | 4.9 L | 7.1 L | 13.3 L | % | 19.0-48.0 |
| Mono% | 6.3 | 3.3 L | 2.7 L | 5.1 | % | 3.5-9.0 |
| Eos% | 0.0 | 0.0 | 0.0 | 0.5 | % | 0.0-7.0 |
| Baso% | 0.0 | 0.1 | 0.1 | 0.6 | % | 0.0-1.5 |
| nRBC Auto | 0.0 | 0.0 | 0.0 | 0.1 | Per 100 WBC | 0.0-1.0 |

Result Comments
f2: ABS Neut
Previous Results Reviewed_

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-68(D)
Acct #: 87754974: 87696902: 40070682: 87722890: 40816746:
Pt loc: 87540340: 40041964; 87765319; 87666293: 40133571

DOB:
Age: n/a
Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Shuda,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Seegmiller,Jacqueline MD

## Hematology Other

Collected Date 8/31/2016
Collected Time 15:05 PDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| ESR | 11 | mm/hr | 0-20 |

## Coagulation

| Collected Date | 3/3/2016 | 2/16/2016 | 1/21/2016 | 1/20/2016 | 1/19/2016 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 10:28 PST | 14:00 PST | 06:45 PST | 05:33 PST | 18:11 PST | | |
| Procedure | | | | | | Units | Reference Range |
| PT | 21.5 H | 19.6 H | 14.4 H | 14.5 H | - | seconds | 12.1-14.1 |
| INR | 1.9 I1 | 1.7 I1 | 1.1 I1 | 1.1 I1 | - | Unit | |
| PTT | - | 33 | - | - | - | seconds | 23-36 |
| D-Dimer,Quant. | - | - | - | - | 710 H | ng/mL | 0-474 |

| Collected Date | 12/31/2015 | | |
|---|---|---|---|
| Collected Time | 06:44 PST | | |
| Procedure | | Units | Reference Range |
| PT | 12.9 | seconds | 12.1-14.1 |
| INR | 1.0 I1 | Unit | |

Interpretive Data
I1: INR
Suggested Therapeutic Ranges for International Normalized Ratio (INR)
Low Intensity Anticoagulation: 2.0 - 3.0
- Treatment/Prevention of Deep Venous Thrombosis (DVT)
- Treatment following pulmonary embolism due to DVT
- Prevention of systemic embolism with atrial fibrillation, tissue prosthetic heart valves, valvular heart disease, or post-acute myocardial infarction.
- Treatment of recurrent systemic thromboembolism
Moderate Intensity Anticoagulation: 2.5 - 3.5
- Prevention of embolism with mechanical heart valves

## Chemistry General

| Collected Date | 6/12/2017 | 8/31/2016 | 7/25/2016 | 3/3/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 10:22 PDT | 15:05 PDT | 14:41 PDT | 10:28 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | 141 | - | 141 | 141 | mMOL/L | 136-145 |
| Potassium | 4.1 | - | 4.3 | 3.5 | mMOL/L | 3.4-5.0 |
| Chloride | 108 H | - | 106 | 106 | mMOL/L | 98-107 |
| CO2 | 25 | - | 23 | 22 | mmol/L | 19-27 |
| Glucose Level | 114 H | - | 118 H | 141 H | mg/dL | 70-99 |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: [illegible] ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Chemistry General*

| Collected Date | 6/12/2017 | 8/31/2016 | 7/25/2016 | 3/3/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 10:22 PDT | 15:05 PDT | 14:41 PDT | 10:28 PST | | |
| Procedure | | | | | Units | Reference Range |
| BUN | - | - | 11.0 | 12.0 | mg/dL | 7.0-18.7 |
| BUN | 10.0 | - | - | - | mg/dL | 9.8-20.1 |
| Creatinine | 0.8 | - | 0.8 | 0.9 | mg/dL | 0.6-1.1 |
| GFR Estimated | - | - | >60 [f2] | >60 [f2] | mL/min/1.73m2 | >=60 |
| eGFR Afr/Am | >60 [f3] | - | - | - | mL/min/1.73m2 | >=60 |
| eGFR NonAfr/Am | >60 [f3] | - | - | - | mL/min/1.73m2 | >=60 |
| Calcium | 9.2 | - | 9.3 | 10.0 | mg/dL | 8.4-10.2 |
| Uric Acid | - | 5.8 | - | - | mg/dL | 3.5-7.2 |
| Protein,Total | 6.90 | - | 7.20 | 7.10 | gm/dL | 6.40-8.30 |
| Albumin | 3.9 [f5] | - | 4.1 [f5] | 3.8 [f5] | gm/dL | 3.5-5.0 |
| Bili Total | 0.5 | - | 0.3 | 0.5 | mg/dL | 0.2-1.2 |
| ALT | 37 | - | 22 | 20 | Units/L | 0-55 |
| AST | 22 | - | 16 | 14 | Units/L | 5-34 |
| Alkphos | 56.0 | - | 62.0 | 62.0 | Units/L | 40.0-150.0 |

| Collected Date | 1/22/2016 | 1/21/2016 | 1/20/2016 | 1/20/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 07:05 PST | 06:45 PST | 12:57 PST | 08:43 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | - | 138 | - | - | mMOL/L | 136-145 |
| Potassium | - | 4.3 | - | - | mMOL/L | 3.4-5.0 |
| Chloride | - | 108 [H] | - | - | mMOL/L | 98-107 |
| CO2 | - | 23 | - | - | mmol/L | 19-27 |
| Glucose Level | - | 168 [H] | - | - | mg/dL | 70-99 |
| BUN | - | 14.0 | - | - | mg/dL | 7.0-18.7 |
| Creatinine | - | 0.7 | - | - | mg/dL | 0.6-1.1 |
| GFR Estimated | - | >60 [f2] | - | - | mL/min/1.73m2 | >=60 |
| Calcium | - | 8.7 | - | - | mg/dL | 8.4-10.2 |
| Mg | 2.2 [H] | 2.3 [H] | - | - | mg/dL | 1.6-2.6 |
| Protein,Total | - | 5.70 [L] | - | - | gm/dL | 6.40-8.30 |
| Albumin | - | 3.0 [L f5] | - | - | gm/dL | 3.5-5.0 |
| Bili Total | - | 0.4 | - | - | mg/dL | 0.2-1.2 |
| ALT | - | 18 | - | - | Units/L | 0-55 |
| AST | - | 7 | - | - | Units/L | 5-34 |
| Alkphos | - | 50.0 | - | - | Units/L | 40.0-150.0 |
| Lactic Acid | 2.1 [H] | 2.0 | *3.7* [C f3] | 2.5 [H] | mMOL/L | 0.5-2.0 |

Result Comments
f3: Lactic Acid
LACT results called (read-back confirmed) to LANI/CIU @ 01/20/2016 13:40:15 PST by AS.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sharda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Chemistry General*

| Collected Date | 1/20/2016 | 1/19/2016 | 1/19/2016 | 1/19/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 05:33 PST | 20:52 PST | 18:11 PST | 17:38 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | 134 L | - | - | 136 | mMOL/L | 136-145 |
| Potassium | 3.8 | - | - | 4.0 | mMOL/L | 3.4-5.0 |
| Chloride | 102 | - | - | 105 | mMOL/L | 98-107 |
| CO2 | 18 L | - | - | 18 L | mmol/L | 19-27 |
| Glucose Level | 182 H | - | - | 165 H | mg/dL | 70-99 |
| BUN | 12.0 | - | - | 15.0 | mg/dL | 7.0-18.7 |
| Creatinine | 0.8 | - | - | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | >60 f2 | - | - | >60 f2 | mL/min/1.73m2 | >=60 |
| Calcium | 8.8 | - | - | 10.0 | mg/dL | 8.4-10.2 |
| Mg | 2.4 f4 | - | - | - | mg/dL | 1.6-2.6 |
| Protein,Total | 6.20 L | - | - | 6.90 | gm/dL | 6.40-8.30 |
| Albumin | 3.3 L f5 | - | - | 3.5 f5 | gm/dL | 3.5-5.0 |
| Bili Total | 0.4 | - | - | 0.3 | mg/dL | 0.2-1.2 |
| ALT | 18 | - | - | 21 | Units/L | 0-55 |
| AST | 7 | - | - | 9 | Units/L | 5-34 |
| Alkphos | 55.0 | - | - | 65.0 | Units/L | 40.0-150.0 |
| Lactic Acid | - | - | *3.8 C f4* | - | mMOL/L | 0.5-2.0 |
| Lactic Acid (POCT) | - | *3.8 C f5* | - | - | mmol/L | 0.5-2.2 |

Result Comments
f4: Lactic Acid
Lactic Acid results called (read-back confirmed) to Dr. Grady/ED @ 01/19/2016 19:14:08 PST by wm.
f5: Lactic Acid (POCT)
Critical Results Called(Read-Back Confirmed)to Dr. Grady @2100 by cp .

| Collected Date | 1/9/2016 | 1/8/2016 | 1/8/2016 | 1/8/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 06:44 PST | 17:10 PST | 10:39 PST | 06:29 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | 134 L | - | - | 135 L | mMOL/L | 136-145 |
| Potassium | 4.2 | 4.4 | 3.7 | 3.8 | mMOL/L | 3.4-5.0 |
| Chloride | 102 | - | - | 103 | mMOL/L | 98-107 |
| CO2 | 23 | - | - | 26 | mmol/L | 19-27 |
| Glucose Level | 180 H | - | - | 155 H | mg/dL | 70-99 |
| BUN | 12.0 | - | - | 11.0 | mg/dL | 7.0-18.7 |
| Creatinine | 0.9 | - | - | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | >60 f2 | - | - | >60 f2 | mL/min/1.73m2 | >=60 |
| Calcium | 8.8 | - | - | 8.5 | mg/dL | 8.4-10.2 |
| Mg | - | - | - | 2.2 f4 | mg/dL | 1.6-2.6 |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubech,Carol MD ; Bhardwaj,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Sedgwick,Jacqueline MD

## Chemistry General

| Collected Date | 1/7/2016 | 1/6/2016 | 1/5/2016 | 1/4/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 06:25 PST | 06:48 PST | 07:19 PST | 06:49 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | - | 136 | - | 136 | mMOL/L | 136-145 |
| Potassium | 4.0 | 4.4 | 4.1 | 4.2 | mMOL/L | 3.4-5.0 |
| Chloride | - | 102 | - | 105 | mMOL/L | 98-107 |
| CO2 | - | 26 | - | 24 | mmol/L | 19-27 |
| Glucose Level | - | 148[H] | - | 124[H] | mg/dL | 70-99 |
| BUN | - | 8.0 | - | 10.0 | mg/dL | 7.0-18.7 |
| Creatinine | - | 1.0 | - | 1.0 | mg/dL | 0.6-1.1 |
| GFR Estimated | - | 59[L,12] | - | >60[12] | mL/min/1.73m2 | >=60 |
| Calcium | - | 9.1 | - | 8.9 | mg/dL | 8.4-10.2 |
| Mg | 2.3[H] | 2.4[H] | 2.1[H] | 2.3[H] | mg/dL | 1.6-2.6 |
| Protein,Total | - | - | - | 6.00[L] | gm/dL | 6.40-8.30 |
| Albumin | - | - | - | 3.4[L,15] | gm/dL | 3.5-5.0 |
| Bili Total | - | - | - | 0.3 | mg/dL | 0.2-1.2 |
| ALT | - | - | - | 15 | Units/L | 0-55 |
| AST | - | - | - | 9 | Units/L | 5-34 |
| Alkphos | - | - | - | 51.0 | Units/L | 40.0-150.0 |

| Collected Date | 1/3/2016 | 1/2/2016 | 1/1/2016 | 12/31/2015 | | |
|---|---|---|---|---|---|---|
| Collected Time | 06:44 PST | 06:53 PST | 06:50 PST | 06:44 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | 139 | 138 | 141 | - | mMOL/L | 136-145 |
| Potassium | 4.4 | 4.7 | 4.2 | - | mMOL/L | 3.4-5.0 |
| Chloride | 104 | 111[H] | 110[H] | - | mMOL/L | 98-107 |
| CO2 | 25 | 22 | 23 | - | mmol/L | 19-27 |
| Glucose Level | 129[H] | 126[H] | 175[H] | - | mg/dL | 70-99 |
| BUN | 10.0 | 9.0 | 12.0 | - | mg/dL | 7.0-18.7 |
| Creatinine | 0.8 | 0.7 | 0.8 | - | mg/dL | 0.6-1.1 |
| GFR Estimated | >60[12] | >60[12] | >60[12] | >60[12] | mL/min/1.73m2 | >=60 |
| Calcium | 9.3 | 8.2[L] | 9.0 | - | mg/dL | 8.4-10.2 |
| Phosphorus | 5.3[H] | - | - | - | mg/dL | 2.3-4.7 |
| Mg | 2.4[H] | 2.1[H] | 2.3[H] | 2.3[H] | mg/dL | 1.6-2.6 |
| Protein,Total | 6.80 | 5.50[L] | 6.10[L] | - | gm/dL | 6.40-8.30 |
| Albumin | 3.7[15] | 3.1[L,15] | 3.4[L,15] | - | gm/dL | 3.5-5.0 |
| Bili Total | 0.4 | 0.3 | 0.3 | - | mg/dL | 0.2-1.2 |
| ALT | 16 | 12 | 13 | - | Units/L | 0-55 |
| AST | 9 | 8 | 8 | - | Units/L | 5-34 |
| Alkphos | 60.0 | 45.0 | 52.0 | - | Units/L | 40.0-150.0 |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

| | | | |
|---|---|---|---|
| Name: | SHAW, KIMBERLY D | DOB | Age: n/a Sex:F |
| MRN: | 52-78-66(D) | Admit Date: | n/a |
| Acct #: | 87754974; 87696902; 40070682; 87722690; 40816746; | Disch Date: | n/a |
| Pt loc: | 87540340; 40041964; 87765319; 87866293; 40133571 | Physician: | Wolfe,James D.MD ; Haubach,Carol MD ; |
| | | PCP: | Sedgwick,Jacqueline MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ; |

## Chemistry General

| Collected Date | 12/31/2015 | 12/31/2015 | 12/30/2015 | 12/30/2015 | | |
|---|---|---|---|---|---|---|
| Collected Time | 06:44 PST | 06:44 PST | 19:16 PST | 13:42 PST | | |
| Procedure | | | | | Units | Reference Range |
| Sodium | 141 | - | - | 138 | mMOL/L | 136-145 |
| Potassium | 3.8 | 3.8 | 3.8 | 3.2 L | mMOL/L | 3.4-5.0 |
| Chloride | 113 H | - | - | 106 | mMOL/L | 98-107 |
| CO2 | 19 | - | - | 20 | mmol/L | 19-27 |
| Glucose Level | 173 H | - | - | 111 H | mg/dL | 70-99 |
| BUN | 10.0 | - | - | 12.0 | mg/dL | 7.0-16.7 |
| Creatinine | 0.8 | - | - | 0.8 | mg/dL | 0.6-1.1 |
| GFR Estimated | - | - | - | >60 i2 | mL/min/1.73m2 | >=60 |
| Calcium | 9.0 | - | - | 9.3 | mg/dL | 8.4-10.2 |
| Protein,Total | 6.70 | - | - | - | gm/dL | 6.40-8.30 |
| Albumin | 3.7 i5 | - | - | - | gm/dL | 3.5-5.0 |
| Bili Total | 0.5 | - | - | - | mg/dL | 0.2-1.2 |
| ALT | 15 | - | - | - | Units/L | 0-55 |
| AST | 9 | - | - | - | Units/L | 5-34 |
| Alkphos | 59.0 | - | - | - | Units/L | 40.0-150.0 |

Interpretive Data

i2: GFR Estimated

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

For African-American patients, multiply the eGFR result by 1.210.

The eGFR should only be used in individuals ages 18 to 70. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.

i3: eGFR Afr/Am, eGFR NonAfr/Am

| | |
|---|---|
| >60 | Normal |
| 30-59 | Moderately Reduced |
| 15-29 | Severely Reduced |
| <15 | Kidney Failure |

Estimated GFR (eGFR) is calculated from plasma or serum creatinine, age, gender, and average surface area for adults (1.73 m2) using the IDMS-traceable MDRD equation.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Chemistry General*

Interpretive Data
i3: eGFR Afr/Am, eGFR NonAfr/Am
The eGFR should only be used in individuals ages 18 to 85. In addition, the eGFR has not been validated for use with pregnant women, patients with serious co-morbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. eGFR estimating equations have poorer agreement with measured GFR for ill hospitalized patients and for people with near normal kidney function.
i4: Mg
THERAPEUTIC RANGE FOR OB/GYN:

4.0 - 7.0 mg/dL
i5: Albumin
Values are on average approximately 0.3 g/dL higher in ambulatory patients.

## *Cardiac Testing*

| Collected Date | 3/3/2016 | 1/19/2016 | | |
|---|---|---|---|---|
| Collected Time | 10:28 PST | 23:53 PST | | |
| Procedure | | | Units | Reference Range |
| B-Natriuretic Peptide | - | 20.3 | pg/mL | 0.0-100.0 |
| Troponin I | <0.01 [i6] | <0.01 [i6] | ng/mL | <=0.03 |

Interpretive Data
i6: Troponin I
Negative: <0.03 ng/mL (99% of healthy people will be below 0.03 ng/mL)

0.03 - 0.30 ng/mL represents a continuum of patients from normal to unstable angina to acute myocardial infarction

>0.30 ng/mL is suggestive of acute myocardial infarction

## *Special Chemistry Other*

| Collected Date | 8/31/2016 | 7/25/2016 | 3/3/2016 | 1/20/2016 | | |
|---|---|---|---|---|---|---|
| Collected Time | 15:05 PDT | 14:41 PDT | 10:28 PST | 12:57 PST | | |
| Procedure | | | | | Units | Reference Range |
| Immunoglobulin E. | - | - | - | 58 [i5] | kU/L | <=214 |
| FT4 | - | 0.87 [i7] | - | - | ng/dL | 0.70-1.48 |
| TSH | - | 0.72 | - | - | uIU/mL | 0.35-4.94 |
| CRP hs Inflam/Infect | 2.5 | - | - | - | mg/L | 0.0-5.0 |
| HgbA1C | - | 5.9 [i8] | - | - | % | 4.0-6.0 |
| Procalcitonin Lvl | - | - | - | <0.05 [i9] | ng/mL | <=0.10 |
| hCG Qual | - | - | Negative | - | | |

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Shudja,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Special Chemistry Other*

Result Comments
f6: Immunoglobulin E.
REFERENCE INTERVAL: Immunoglobulin E, Serum
Access complete set of age- and/or gender-specific reference
intervals for this test in the ARUP Laboratory Test Directory
(aruplab.com).
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jerry W. Hussong, MD - Lab. Director

Interpretive Data
i7: FT4
Performance of this test has not been established with neonatal specimens.
i8: HgbA1C
The presence of hemoglobin variants, such as sickle cell trait (HbAS), may interfere with HbA1c measurements obtained by the methodology used at Dominican Hospital Laboratory. If this patient has a known or suspected hemoglobin variant, a sample may be referred for testing on methodologies not affected by such interferences.
i9: Procalcitonin Lvl
Normal (adults): <0.1 ng/ml

Suspected Lower Respiratory Tract Infection (adults):
0.1 - 0,25 ng/ml: Low likelihood for bacterial infection; Antibiotics discouraged.
>0.25 ng/ml: Increased likelihood of bacterial infection: Antibiotics encouraged.

Suspected Sepsis (adults):
0.1 - 0.5 ng/ml: Low likelihood for sepsis; Antibiotics discouraged.
>0.5 ng/ml - 2.0 ng/ml: Increased likelihood for sepsis; Antibiotics encouraged.
>2.0 ng/ml: High risk of sepsis/septic shock; Antibiotics encouraged.

Interpretation of Procalcitonin results should always be performed in conjunction with evaluation of signs and symptoms that may suggest the presence of bacterial infection as well as diseases and conditions that may account for a patient's apparent systemic inflammatory response. Conditions associated with falsely elevated Procalcitonin include recent trauma/burns, recent major surgery, pancreatitis, cardiogenic shock, certain malignancies, or treatment with drugs that stimulate release of pro-inflammatory cytokines.

Clinical follow-up with re-measurement of Procalcitonin should be performed in all patients in whom antibiotics were withheld and who show no clinical improvement.

For more information on ordering and interpretations of Procalcitonin levels please refer to the Dignity health Antimicrobial Stewardship Guidelines for Procalcitonin Algorithm and Guidelines for Antibiotic Therapy Decisions.

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746; 87540340; 40041964; 87765319; 87666293; 40133571
Pt loc: n/a

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ; Bhuta,Himanshu MD ; Kipps,David L MD ; Whaley,Bradley D.MD ; Suval,Michael DO ;
PCP: Staugaitis,Jacqueline MD

## *Therapeutic Drug Monitoring/Toxicology*

| Collected Date | 1/20/2016 | 1/8/2016 | 1/7/2016 | 1/6/2016 | 1/5/2016 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 12:57 PST | 06:29 PST | 06:25 PST | 06:48 PST | 07:19 PST | | |
| Procedure | | | | | | Units | Reference Range |
| Theophylline Level | 2.8 L | 9.4 L | 9.3 L | 9.6 L | 11.6 | mcg/mL | 10.0-20.0 |

| Collected Date | 1/4/2016 | | |
|---|---|---|---|
| Collected Time | 16:07 PST | | |
| Procedure | | Units | Reference Range |
| Theophylline Level | 13.0 | mcg/mL | 10.0-20.0 |

## *Immunology*

| Collected Date | 8/31/2016 | 1/20/2016 | | |
|---|---|---|---|---|
| Collected Time | 15:05 PDT | 12:57 PST | | |
| Procedure | | | Units | Reference Range |
| Rheumatoid Factor | Negative | - | | Negative |
| Aspergillus Ab by CF. | - | <1:8 f7 | | <1:8 |
| ANA by IFA,IgG Titer. | <1:40 f8 | - | | <1:40 |

Result Comments

f7: Aspergillus Ab by CF.

Testing performed on a previously submitted specimen. Repeated temperature fluctuations (refrigerated-frozen-ambient cycles) may adversely affect the validity of results for some assays.
Interpret results with caution.
INTERPRETIVE INFORMATION: Aspergillus Antibody by Complement Fixation (CF)
Cross-reactions with dimorphic fungi are not unusual within the genus Aspergillus. A negative test does not exclude infection, especially in immuno- compromised patients. Best use of test is with paired sera taken three weeks apart to detect a rise in titer against a single antigen.

f8: ANA by IFA, IgG Titer.
<1:40
INTERPRETIVE INFORMATION: ANA by IFA, IgG
Anti-nuclear antibodies (ANA) are seen in a variety of systemic rheumatic diseases and are determined by indirect fluorescence assay (IFA) using HEp-2 substrate with an IgG-specific conjugate. ANA titers less than or equal to 1:80 have variable relevance while titers greater than or equal to 1:160 are considered clinically significant. These antibodies may precede clinical disease onset; however, healthy individuals and those with

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: **SHAW, KIMBERLY D**
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070682; 87722690; 40816746;
Pt loc: 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Immunology*

Result Comments
f8: ANA by IFA, IgG Titer.
advanced age have been reported to be positive for ANA. When observed, one of the five basic patterns is reported: homogeneous, peripheral/rim, speckled, centromere, or nucleolar. If cytoplasmic fluorescence is observed, it is noted. IFA methodology is subjective and has occasionally been shown to lack sensitivity for anti-SSA/Ro antibodies.
Negative results do not necessarily rule out the presence of SSc. If clinical suspicion remains, consider further testing for U3-RNP, PM/Scl, or Th/To antibodies associated with SSc.
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84106 800-522-2787
www.aruplab.com, Jerry W. Hussong, MD - Lab. Director

## *Microbiology*

PROCEDURE: Culture Blood
SOURCE: Blood
FREE TEXT SOURCE:
BODY SITE:

COLLECTED DATE/TIME: 1/19/2016 18:17 PST
START DATE/TIME: 1/19/2016 18:36 PST
ACCESSION: 01-16-019-00798

***FINAL REPORTS***
Final Report
Verified Date/Time: 1/25/2016 07:01 PST
No growth at 132 Hours

---

PROCEDURE: Culture Blood
SOURCE: Blood
FREE TEXT SOURCE:
BODY SITE:

COLLECTED DATE/TIME: 1/19/2016 18:11 PST
START DATE/TIME: 1/19/2016 18:36 PST
ACCESSION: 01-16-019-00797

***FINAL REPORTS***
Final Report
Verified Date/Time: 1/25/2016 07:01 PST
No growth at 132 Hours

---

Dignity Health.

n/a
n/a
n/a
Facility Phone #: n/a

Name: SHAW, KIMBERLY D
MRN: 52-78-66(D)
Acct #: 87754974; 87696902; 40070662; 87722690; 40816746;
Pt loc: n/a 87540340; 40041964; 87765319; 87666293; 40133571

DOB: Age: n/a Sex:F
Admit Date: n/a
Disch Date: n/a
Physician: Wolfe,James D.MD ; Haubach,Carol MD ;
PCP: Bhuda,Himanshu MD ; Sedgwick,Jacqueline MD ; Kipps,David L MD ;
Whaley,Bradley D.MD ; Suval,Michael DO ;

## *Microbiology*

PROCEDURE: Culture Respiratory/Gram
SOURCE: Sputum
FREE TEXT SOURCE:
BODY SITE:

COLLECTED DATE/TIME: 1/3/2016 19:35 PST
START DATE/TIME: 1/3/2016 20:30 PST
ACCESSION: 01-16-003-00421

***FINAL REPORTS***
Final Report
Verified Date/Time: 1/5/2016 14:04 PST
2+ Normal upper respiratory flora
Resembling Strep. viridans Group

***STAINS***
Gram Stain
Verified Date/Time: 1/3/2016 23:04 PST
>25 White Blood Cells/LPF seen, and <10 Epithelial cells/LPF seen.
Moderate Gram Positive Cocci
Culture in progress

## *Blood Gases/Oximetry*

| | | | |
|---|---|---|---|
| Collected Date | 1/19/2016 | | |
| Collected Time | 20:52 PST | | |
| Procedure | | Units | Reference Range |
| Specimen Type | ARTERIAL | | |
| Site of Draw | lr | | |
| Allen's Test | Normal | | Normal |
| Specimen Comment | see comments f9 | | |
| pH Bld Gas | *7.637* C f5 | | 7.350-7.450 |
| pCO2. | *17.8* C f5 | mm Hg | 35.0-45.0 |
| pO2. | 118.7 H | mm Hg | 75.0-100.0 |
| HCO3 | 18.6 L | mMOL/L | 22.0-26.0 |
| BE | 0.3 | mMOL/L | -2.0-2.0 |
| FiO2 | 21 | % | |
| tHb | 14.1 | gm/dL | 14.0-18.0 |
| O2Hb | 98.1 H | % | 94.0-97.0 |
| COHb | 0.1 | % | <=1.5 |
| MetHb | 0.4 | % | 0.0-1.5 |
| Ionized Ca Bld Gas | 4.60 | mg/dL | 4.50-5.30 |

Result Comments
f5: pCO2., pH Bld Gas
Critical Results Called(Read-Back Confirmed)to Dr. Grady @2100 by cp .
f9: Specimen Comment
Room air abg

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 235036 |
| **DATE** | 08/15/17 |

**CUSTOMER**

Kristie Larocca
Liberty Mutual Disability
P. O. Box 1525
Dover, NH 03821

Re: Kimberly Shaw
vs. Dignity Health
Santa Cruz, CA 95062

| **TERMS:** | **CUSTOMER NO.** | **JOB NO.** | **P.O. No. / Claim No.** |
|---|---|---|---|
| Due Upon Receipt | LMD0010 | 1708000143 | 3840737 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 8/11/17 | | | | |
| Surveillance Hours - Operative 01587 | 8.00 | | | 560.00 |
| 8/12/17 | | | | |
| Surveillance Hours - Operative 01587 | 8.00 | | | 560.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 1,120.00 |
| **Sales Tax** | |
| **TOTAL** | $1,120.00 |



**Lincoln/ Shaw 2837**

Case 1:21-cv-00251-DCLC-SKL Document 22-5 Filed 11/01/22 Page 922 of 1041
PageID #: 2910

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

August 14, 2017

**LIBERTY MUTUAL DISABILITY**
13830 BALLANTYNE CORPORATE PLACE, SUITE 400
CHARLOTTE, NC 28277

| | |
|---|---|
| Adjuster: | Kristie Larocca |
| Insured: | Dignity Health |
| Claim Number: | 3840737 |

**Kimberly Shaw**

| | |
|---|---|
| Date of Loss: | April 21, 2017 |
| Injury: | Chronic Fatigue |
| Authorization: | 16 Hours |
| Status: | Final |
| Received: | August 1, 2017 |
| Investigator: | Thomas Sivils |
| HUB Case: | 1708000143 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

**NATURE OF ASSIGNMENT:**

On August 1, 2017, HUB Enterprises received an assignment requesting 16 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 50-year-old female and was believed to reside at

The claimant is alleging a chronic fatigue injury, as of April 21, 2017.

**PRE SURVEILLANCE INVESTIGATION:**

We conducted pre-investigative research for information associated with the claimant; Kimberly Shaw, and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Kimberly Dawn Kennedy, 50 years old. The alias reported for the claimant is Kimberly Dawn Kennedy Shaw and Kimberly Dawn McClendon.

The area of the provided address,

, appeared to be a multi-family dwelling. There is visible on street parking available.
https://goo.gl/maps/jU2GhwESs312

**Address History:**

6 ( ) (05/2014 - 07/2017 )

**Possible Telephone Numbers:**

(PDT) (Phones Plus) (KIM SHAW )
(EDT) (Phones Plus) (KIMBERLY KENNEDY )

(PDT) (Phones Plus) (KENNEDY KIM )

(EDT) (Phones Plus) (KIM KENNEDY-SHAW )

(EDT) (Old Phone) (11/2004 - 07/2006 )

(PDT) (Old Phone) (07/2004 - 03/2005 )

**Possible Relatives:**

JAIMIE K SHAW (1st)

MARTY LADON KENNEDY (1st)

JAMES OKANE KENNEDY (1st)

BILLY JOE KENNEDY (1st)

**Driver's License:**

None found

**Professional License:**

None found

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the claimant. The following vehicle was located:

1999 Honda CRV

KIMBERLY DAWN KENNEDYSHAW JAMIE

2004 Chrysler PT Cruiser

TN-UNK

KIMBERLY D KENNEDY

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible url and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, and YouTube.

We located a possible Facebook profile associated with the claimant. The profile name is Kim Shaw. The profile associated with the provided telephone number of The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:







**Kim Shaw**
July 26 at 9:20am ·

Healthcare institutions DO NOT support what is going on in the U.S. Senate. I work for Dignity Health, one of the largest healthcare systems in the U.S.; this is their (and other top healthcare systems) stand on the subject:

"Our Response to the Senate's Better Care Reconciliation Act
At Dignity Health, we have long believed that access to health care is a basic human right. The Senate's draft legislation to repeal and replace the Affordable Care Act with the "The Better Car... See More



Health system CEOs: Senate bill will not resolve healthcare challenges

OPINION | Under the Senate GOP's health plan, coverage depends on where people live — and many covered now would face a drastically new reality.

THEHILL.COM

https://www.facebook.com/kimshaw1019

We located a possible Facebook profile associated with the claimant's partner, Jaimie Shaw. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:




https://www.facebook.com/jaimiekshaw

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities Santa Cruz, CA. The social profiles listed are verified to be associated with the claimant. The following information was located:




https://www.mylife.com/Fname-Lname/kdkennedy78289ur

An internet search was conducted by utilizing the claimant's name variations; possible email address; address history; possible url and usernames; business or employment affiliation; and possible telephone numbers.

We located the telephone numbers and , which is listed to the claimant at the provided address. The following information was located:




http://whitepages.dexknows.com/name/Kim-K-Shaw/Santa-Cruz-CA/7px6nvj

**SUMMARY OF INVESTIGATION:**

Surveillance was conducted on Friday, August 11, 2017 from 6:02 a.m. to 2:02 p.m. and on Saturday, August 12, 2017 from 7:00 a.m. to 3:06 p.m. On Friday, August 11, 2017, the claimant was observed and **VIDEO** was obtained as she walked utilizing a cane, carried a blanket, and opened the front door of the residence. On Saturday, August 12, 2017, the claimant was not observed; however; her registered Ford vehicle was present.

**VIDEO:**

The below link will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

**Friday, August 11, 2017**

- Total claimant **VIDEO** is approximately 18 seconds.
- **VIDEO** depicts the claimant as she ascended steps, utilized a cane, carried a blanket over her left arm, and entered the residence.
- The claimant appeared to ambulate in a restrictive manner as the claimant utilized a cane.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 50-year-old Caucasian female, approximately 5’5” in height and weighing approximately 150 pounds with dark hair.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a tan, multi-family apartment structure.

**DIRECTIONS TO THE RESIDENCE**

- From the
  Street.
- Turn righ
  S / S 0.6.
- Keep strai
- Take ram
- Take ram

- At exit
- At exit
- Turn lef
- Turn rig
- Turn lef
- Turn rig
- Turn rig
- Turn lef

**<u>Friday, August 11, 2017</u>**

Cloudy and Hot-85F

05:17AM Investigator Thomas Sivils departed the area, en route to the claimant's provided address, located at .

06:02AM Upon arrival, the Investigator observed a silver Ford SUV, bearing California license number , registered to the claimant and Jaimie Shaw, parked in the carport area next to the claimant's apartment, which was located at the rear of the residence on the bottom floor. The driveway was located on the left side of the front residence. The Investigator also observed a Honda CR-V, bearing California license number , registered to the claimant, parked on the street near the residence. Direct surveillance was established with a view of the Honda CR-V and the driveway. Dark area video was obtained.

06:08AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:02AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:01AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:04AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:06AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:16AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:55AM The Investigator observed as the Ford SUV departed the area; however, the Investigator was unable to observe the occupants. Mobile surveillance was established.

11:58AM The Investigator was delayed by a traffic light and observed the vehicle travel out of view. The Investigator canvassed the area; however, did not locate the vehicle. The Investigator departed, en route to the provided address. Area video was obtained.

12:10PM Upon returning, the Investigator did not observed the Ford SUV.

12:35PM The Investigator observed as the vehicle returned to the residence.

12:42PM **VIDEO** was obtained as the claimant utilized a cane in her right hand, slightly bent at the waist, ascended two steps, carried what appeared to be a blanket on her left arm, opened the front door with her right hand, and slowly entered the residence with a black dog and an unidentified Caucasian female believed to be her partner. The claimant wore a gray long sleeve shirt, dark shorts, and a baseball cap.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:02PM Area video was obtained. Investigator Thomas Sivils discontinued surveillance and departed, en route to the area.

**<u>Saturday, August 12, 2017</u>**

Cloudy and Hot-85F

06:15AM Investigator Thomas Sivils departed the San Jose, California area, en route to the claimant's provided address, located at

07:00AM Upon arrival, the Investigator observed the silver Ford SUV was parked in the carport area and the Honda CR-V was parked on the street near the residence. No lights or activity were observed. Direct surveillance was established, with a view of the Honda CR-V and the driveway. Area video was obtained.

08:06AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:06AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:03AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:05AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:21PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:03PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:06PM Area video was obtained. Investigator Thomas Sivils discontinued surveillance and departed, en route to the area.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Joani Romero
Case Manager

HR/JR: tsf
Enclosures: **None**

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Kimberly Shaw          Case Number: 1708000143
Client's Case Number: 3840737




Claimant bending at the waist




Claimant utilizing a cane in her right hand




Claimant carrying a blanket over left arm




Claimant extending right hand




Claimant raising right hand



Claimant entering residence

**C O N F I D E N T I A L**

**Lincoln/ Shaw 2850**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 14, 2017 |
| To: | DR DR KISHYINIA |
| Attn: | |
| Fax: | (831) 479-6940 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 14, 2017

Dr. Dr Kishyinia

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Dr Kishyinia:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by August 21, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist

Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ______
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2854**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 14, 2017 |
| To: | DR. ANDREA LING |
| Attn: | Dr. Ling |
| Fax: | (831) 423-7579 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 14, 2017

Dr. Andrea Ling

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Andrea Ling:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by August 21, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist

Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# Restrictions Form

**Return To:** Kristie Larocca

| Kimberly Shaw | | 3840737 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/ Shaw 2858**

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician: Wager, Gilbert**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 3840737 |
| Claimant Name: | KIMBERLY SHAW | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 4/21/2017 | Date Sent: | 8/14/2017 |
| Claimant SSN: | | Date Benefits Began: | 10/18/2017 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: DIGNITY HEALTH

Referred By: LA ROCCA, KRISTIE 096 8*731-6350

Assigned Nurse Case Manager:

Diagnosis: R53.82 Chronic fatigue, unspecified,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

**Lincoln/ Shaw 2859**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5719

| | |
|---|---|
| Date: | August 4, 2017 |
| To: | DOMINICAN HOSPITAL MEDICAL RECORDS<br>1555 SOCAL DRIVE<br>SANTA CRUZ CA 95065 |
| Attn: | medical records |
| Fax: | (831) 462-7628 |
| From: | Kristie Larocca<br>Disability Claims Tech Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5719 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

August 4, 2017

Dominican Hospital Medical Records
1555 SOCAL DRIVE
SANTA CRUZ, CA 95065

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All admit/discharge summaries, diagnostic test results, lab results, and procedure reports from December 1, 2015 through February 28, 2016. ***PLEASE NOTE: THE PATIENT HAS PROVIDED YOU WITH A RELEASE FORM. THIS SHOULD BE ON FILE***

We ask that you provide this information by August 11, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5719 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

JUL 2 4 2017
CA

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4190

July 21, 2017

Dr. Andrea Ling

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Andrea Ling:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 21, 2016 through the present.

We ask that you provide this information by August 4, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Disability Claims Long Term Case Manager I
Phone No.: (800) 320-7585 Ext. 41433
Secure Fax No.: (603) 334-4190

# nChart Note

## Dominican Medical Group
**700 Frederick Street ~Suite 203**
**Santa Cruz CA 95062**
**(831) 425-1906**

Patient: KIMBERLY SHAW MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Mar 20 2017 9:00AM

**Reason For Visit**
Follow up
Patient is a delightful 49 year old woman with history of asthma since childhood here for follow up.

Patient was last seen in clinic on 12/23/16 at which point she was continued on advair 250 spiriva 1.25 and singulair for asthma and flonase and zyrtec for PND.

She has been off prednisone since end of November 2016. However, unfortunately she developed anaphylaxis with a xolair injection at Dr. Wolfe's office on 2/6/17 which required a 10 day taper off prednisone.

Since that time patient has been well. She denies wheezing, night time awakenings or a need for rescue inhalers. However, currently with her menstural cycle she has to use albuterol. She also notes that her myalgias and bone pain worsen at that time too.

She will be celebrating her birthday tomorrow.

Her mood has improved, and suspect her depression was related to steroids. Remains on cymbalta.

**Allergies**
Xolair.

**Current Meds**
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx
Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
TraZODone HCl - 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Mar 20 2017 9:00AM | WMH MRN: | |

Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;USE 1 INHALATION TWO TIMES A DAY (RINSE MOUTH AFTERWARDS); Rx
DULoxetine HCl - 60 MG Oral Capsule Delayed Release Particles;one by mouth daily; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector;INJECT INTRAMUSCULARLY AS DIRECTED PRN REACTION TO XOLAIR; RPT
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Recorded by Monjaras-Cermeno,Magali on 20 Mar 2017 09:04 AM
BP:114/71, Left Upper Extremity,
HR: 58 b/min,
Temp: 98.3 F,
Weight: 200 lb,
BMI Calculated: 29.54 ,
BSA Calculated: 2.07 ,
O2 Sat: 97 (%SpO2).

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi. Slight wheeze on forced expir maneuver on right
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft
Psych: Alert and Oriented x3, normal affect.

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Mar 20 2017 9:00AM | WMH MRN: | |

**Results**
CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res
Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis.
No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***FINAL***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
***FINAL***
CT Sinus Comp/Facial Ltd wo Cont 18 Nov 2016 09:09 AM
- CT Sinus Comp/Facial Ltd wo Cont
Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:

**nChart Note**

Patient: KIMBERLY SHAW
Encounter: Mar 20 2017 9:00AM

MRN: 11371144
WMH MRN:

1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

***F I N A L***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17, S: 11/18/2016 10:20
***F I N A L***.

**Assessment**
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016 Amended By: Ling, Andrea W 03/20/2017 09:35:45 AM PST.
Post-nasal drip (784.91) (R09.82) Amended By: Ling, Andrea W 03/20/2017 09:35:56 AM PST.
Steroid-induced myopathy (359.4,E980.4) (T38.0X1A,G72.0) Amended By: Ling, Andrea W 03/20/2017 09:36:23 AM PST.

**Immunizations**
PREVNAR 13
Pneumo (Pneumovax); 29Oct2014 03:02PM
PPD; 07 Apr 2015
PPD; 07Apr2015 11:00AM
Fluarix; Oct 2015
Influenza (Whole); Sep 2016
PREVNAR 13; 28Dec2016 11:05AM.

**Plan**
Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: appears more moderate persistent at this point. Has history of severe flares requiring systemic steroids. Possibly stress induced.
-prednisone for emergencies
-cont advair 250, spiriva, and singulair. Will keep advair at current dose since she had been on it since it came out
-HAS ALLERGY TO XOLAIR
-Dr. Kishiyama is getting more lab work, will have them fax to us

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Mar 20 2017 9:00AM | WMH MRN: | |

2) Thrush: resolved
-clotrimazole lozenges PRN

3) PND:
-cont flonase and zyrtec back up

4) Vaccines:
shot 8/2016

5) Anxiety 2/2 steroids. Now improved
-ativan PRN

6) PE: s/p three months therapy. PRovoked 2/2 to immobility

7) Depression: improving now off steroids
-on ymbalta

8) CIM:
-cont vitamin D and Calcium
-advised will likely need dexa scan soon

-f/u PRN or q 1 year.

**Signature**
Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:34 AM PST; Author.
Electronically signed by : Andrea W Ling M.D.; 03/20/2017 9:36 AM PST; Author.

Andrea W Ling M.D.

# nChart Note

## Dominican Medical Group

700 Frederick Street ~Suite 203
Santa Cruz CA 95062
(831) 425-1906

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Dec 23 2016 10:00AM

**Reason For Visit**
Follow up

Patient is a delightful 49 year old woman with severe asthma.

Patient was last seen on 11/18/16.

Off prednisone X 4 weeks!.

Arthralgia, myopathy is intermittently debilitating. Tuesday had to come home at noon.

Hips shoulders and knees and feet.

Depression worse and changed to cymbalta at SNRI.

Going swimming at the gym and some bike.

Not on vitamin D or calcium. Was on vitamin K2. Hasn't had a bone scan.

Feels different than plantar faciitis.

Had autoimmune w/u which was negative.

Saw Dr. Wolfe, trying to get on xolair. IgE was 26 (supposed to be 30).

Emphasizes she does NOT have sinusitis.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
Montelukast Sodium 10 MG Oral Tablet;TAKE 1 TABLET BY MOUTH EVERY DAY; Rx
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles;1 po q d for one week then 2 po q d for depression; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses for cold sores; Rx

## nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Dec 23 2016 10:00AM | WMH MRN: | |

Acyclovir 5 % External Ointment;APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Rx
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx.
Cymbalta 60 MG Oral Capsule Delayed Release Particles(DULoxetine HCl);TAKE 1 CAPSULE TWICE DAILY; Qty0; R0; RPT.

### PMH

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

### PSH

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

### Family Hx

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

### Personal Hx

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

### Vital Signs

Adult Female Vital Signs Recorded by Den Uijl, Kacey on December 23,2016 09:01 AM
Height: 69 in, Weight: 210.25 lb, BMI: 31.05 , BSA: 2.11
BP: 107/66 mm Hg Left Upper Extremity Sitting
Temp: 97.6 F Oral
HR: 65 b/min R Radial ;
O2 Sat: 96 (%SpO2) RA

### Physical Exam

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear

## nChart Note

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Dec 23 2016 10:00AM | WMH MRN: | |

Neck: Trachea midline, no masses or thyromegaly
Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sound
Psych: Alert and Oriented x3, normal affect.

**Results**

CT Chest wo Con/Hi Res 12 Dec 2016 07:44 AM
- CT Chest wo Con/Hi Res

Report
History: 49-year-old female with asthma exacerbation. Persistent cough.

Technique: Axial tomographic images of chest obtained following high-resolution protocol. Exam is compared with radiographs of chest performed October 5, and CT chest performed November 18. Supine images obtained on expiration; prone images on inspiration.

Visualized portions of thyroid gland appear unremarkable. No axillary or supraclavicular adenopathy. No mediastinal masses or adenopathy. Trachea and proximal bronchi are normal. No areas of consolidation or interstitial lung disease. No bronchiectasis. No pulmonary nodules or focal areas of groundglass attenuation identified. No pleural effusion. No hiatal hernia or retrocrural adenopathy. Patient status post cholecystectomy.

IMPRESSION: Unremarkable high-resolution CT of chest
Dose:

CTDIvol: 6.92 mGy
DLP: 1083.51 mGy- centimeter

One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and or kV according to patient's size.

***FINAL***
Dictated by: Rodriguez, Juan MD
Electronically signed by: Rodriguez, Juan MD
Transcribed by: IP, D: 12/12/2016 14:14, T: 12/12/2016 14:14, S: 12/12/2016 14:57
***FINAL***

CT Sinus Comp/Facial Ltd wo Cont 18 Nov 2016 09:09 AM
- CT Sinus Comp/Facial Ltd wo Cont

Report
CT sinuses performed 18 November 2016.

CLINICAL HISTORY: Asthmatic with daily cough.

TECHNIQUE: Thin section axial images were performed through the paranasal sinuses. Images were reviewed in both soft tissue and

bone algorithm. Multiplanar reformation was performed in the coronal plane. Low-dose CT protocol was employed with dose reduction technique.

Dose:
1. DLP 255 mGy-cm.
2. CT DI. 17.2 mGy.

FINDINGS: There is some minimal mucosal thickening involving the inferior right maxillary sinus without air-fluid levels. The left maxillary sinus is well pneumatized without air-fluid levels or mucosal thickening. The ethmoid, sphenoid and frontal sinuses are well pneumatized without air-fluid levels or mucosal thickening. The mastoid air cells are well pneumatized.

The ostiomeatal complexes are patent. There is a congenital concha bullosa involving the left middle turbinate. There is congenital septal deviation to the left with a congenital bony bar. The osseous structures demonstrated no evidence of expansion or erosions.

IMPRESSION:
1. Minimal mucosal thickening involving the inferior right maxillary sinus without evidence of acute sinusitis.
2. Patency of the ostiomeatal complexes.

***FINAL***
Dictated by: Schmetz, Mark MD
Electronically signed by: Schmetz, Mark MD
Transcribed by: IP, D: 11/18/2016 10:17, T: 11/18/2016 10:17,
S: 11/18/2016 10:20
***FINAL***.

**Assessment**
Arthralgia of multiple sites (719.49) (M25.50).
Asthma, mild intermittent (493.90) (J45.20).
Chronic fatigue (780.79) (R53.82).
Depression (311) (F32.9); no hospitalizations or suicide attempts; with anxiety and chronic pain.
Fatigue (780.79) (R53.83).
Personal history of pulmonary embolism (V12.55) (Z86.711).

**Plan**
Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: thus far tolerating off steroids X 4 weeks
-prednisone for emergencies
-cont advair 250, spiriva, and singulair
- Dr. Wolfe working on candidacy for xolair

2) Thrush: resolved
-clotrimazole lozenges PRN

3) PND:

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Dec 23 2016 10:00AM | WMH MRN: | |

-cont flonase and zyrtec back up

4) Vaccines:
-will eval if had flu shot

5) Anxiety 2/2 steroids
-ativan PRN

6) PE: s/p three months therapy. PRovoked 2/2 to immobility

7) Depression: had some suicidal ideation but no intent
-recently changed to cymbalta

8) CIM:
-emphasized merits of exercise
-start vitamin D and Calcium
-advised will likely need dexa scan soon

-f/u 1 month or PRN.

**Signature**
Electronically signed by : Andrea W Ling M.D.; 12/23/2016 10:46 AM PST; Author.

Andrea W Ling M.D.

# nChart Note

**Dominican Medical Group**
**700 Frederick Street ~Suite 203**
**Santa Cruz CA 95062**
**(831) 425-1906**

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Nov 18 2016 10:00AM

**Reason For Visit**
Follow up

Patient is a delightful 49 year old woman with history of long standing asthma.

Patient was last seen on 10/18/16 at which time we continued advair 250/50, albuterol Started spiriva, flonase and zyrtec. And continued to wean prednisone. She was referred to Dr. Wolfe with allergy to see if she may benefit from allergy shots.

Going to Sierra foothills. Overlooking a lake for one week.

Breathing is okay.

Saw Dr. Wolfe. Inability to wean off prednisone isn't c/w asthma per him. Perforated septum with history of turbinate reduction and septoplasty. He's wondering if she has a infection in sinus that won't go away.

Had a chest CT and sinus CT at Dominican.

Got immunoglobulins checked and has f/u with Dr. Wolfe in a week or so.

She is now on 1mg of prenisone and hasn't had to use albuterol too frequently.

**Allergies**
No Known Drug Allergies.

**Current Meds**
Rec: 18Nov2016. List Reconciled and Reviewed.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx

**nChart Note**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Nov 18 2016 10:00AM | WMH MRN: | |

FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
* Dup resent for 90d/s to ES, 13 Oct 2016
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; RPT
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Rx
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY; Rx
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Rx
PredniSONE 1 MG Oral Tablet;TAKE AS DIRECTED; Rx
PredniSONE 1 MG Oral Tablet;1-2 tablets daily as directed; Rx
Azithromycin 500 MG Oral Tablet (Zithromax Tri-Pak);TAKE 1 TABLET BY MOUTH ONCE A DAY FOR 3 DAYS; Rx.

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection . Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**Vital Signs**

Adult Female Vital Signs Recorded by Den Uijl, Kacey on November 18,2016 08:59 AM
Height: 69 in, Weight: 204.375 lb, BMI: 30.18 , BSA: 2.08
BP: 102/66 mm Hg Left Upper Extremity Sitting
Temp: 97.9 F Oral
HR: 59 b/min L Radial ;
O2 Sat: 97 (%SpO2) RA

**Physical Exam**

Constitutional: NAD, weight stable, room air oximetry normal
Skin: Warm, dry, no rashes in visible areas
Eye: Equal, round and reactive, conjunctiva clear
ENMT: Lips without lesions, good dentition, oropharynx clear
Neck: Trachea midline, no masses or thyromegaly

## nChart Note

Patient: KIMBERLY SHAW
Encounter: Nov 18 2016 10:00AM

MRN: 11371144
WMH MRN:

Respiratory: Unlabored respirations, lungs clear to auscultation, no wheezes, no rales or rhonchi. Has expiratory wheeze on forced expiration
Cardiovascular: Normal heart sounds, no murmurs, no edema, no pedal edema
Abdomen: Soft, non-tender, no masses, normal bowel sound
Psych: Alert and Oriented x3, normal affect.

**Results**

ANCA Abs ( Total w MPO and PR3 ) 19 Oct 2016 12:51 PM
- MYELOPEROXIDASE AB: <1.0 Flag: N
- PROTEINASE-3 AB: <1.0 Flag: N.

Personally reviewed chest CT from today: no evidence of ILD, or consolidation or concerning pathology.

Sinus report pending.

**Assessment**

Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016.
Personal history of pulmonary embolism (V12.55) (Z86.711).
Oral thrush (112.0) (B37.0).
Post-nasal drip (784.91) (R09.82).

**Orders**

Discontinue Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated.

**Plan**

Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: thus far tolerating steroid wean
-cont steroid wean, has emergency prednisone and nebs for her trip
-cont advair 250, spiriva, and singulair
-f/u with Dr. Wolfe regarding candidacy for xolair or cinquair

2) Thrush: resolved
-clotrimazole lozenges

3) PND:
-cont flonase and zyrtec back up

4) Vaccines:
-holding off influenza given s/p recent illness

5) Anxiety 2/2 steroids
-ativan PRN

6) PE: s/p three months therapy

-f/u 1 month or PRN

**Signature**

Electronically signed by : Andrea W Ling M.D.; 11/18/2016 9:42 AM PST; Author.

**nChart Note**

| | | | |
|---|---|---|---|
| **Patient:** | **KIMBERLY SHAW** | **MRN:** | **11371144** |
| **Encounter:** | **Nov 18 2016 10:00AM** | **WMH MRN:** | |

Andrea W Ling M.D.

# nConsultation Report

**Dominican Medical Group**
**700 Frederick Street ~Suite 203**
**Santa Cruz CA 95062**
**(831) 425-1906**

Patient: KIMBERLY SHAW

MRN: 11371144
WMH MRN:

Sex: F

Home:
Work:

Encounter Date: Oct 18 2016 1:00PM

**Reason For Visit**
Seeking second opinion

Patient isa delightful 49 year old woman with history of longstanding asthma.

Initially very well controlled but starting last November she developed what sounds like viral illness. She required admission early January at which point she was treated for an asthma exacerbation with systemic steroids and a theophylline drip. Unfortunately a few weeks later she developed a pulmonary embolus from her immobility. Her echocardiogram at that time was normal. Patient stopped her anticoagulation after 3 months of therapy.

Patient currently, has been off and and systemic steroids since late last year.

Remains on prednisone 10mg and has been on it for over 2 weeks.

28th had a sore throat which she thought was related to Qvar. Then developed a cough which was intially dry but then filled up and coughing up thick yellow sputum. This is the point she started prednisone and then a zpak and then levaquin X 10 days.

Was around 2 weeks that she was coughing.

Qvar was added to ADvair 500/50 BID. Used an entire ventolin inhaler. Stopped qvar.

Currently uses ventolin q daily. Not waking up at night time. Wheezing improved. Cough has been gone X 2 days.

Still gets SOB with exertion and she had to stop 2/2 chest tightness.

Off theophylline since January.

Getting full body pain with weaning of prednisone. Has been on oral prednisone the majority of this year, has been off for maybe 8 weeks total since November 2015.

Goes crazy on prednisone. It is really troubling her psyche and her wifes.

There is likely mold and stagnant water in the building she works in. Symptoms used to get worse when she was at work.

**ROS**
Asthma: Yes 45 years
COPD:
INH: Yes has been on steroid inhaler since pre teen
Hospitalizations: Yes

**nConsultation Report**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Oct 18 2016 1:00PM | WMH MRN: | |

Pets: Yes two poodles
Jacuzzi: No
Stagnant water: No
Dust/fumes/down/mold: No
States: Tennessee, Kentucky, WA, and a traveler FL, AZ, MA, HI
Travel: Yes
Occupation: respiratory therapist
Apnea: Yes
Snoring: Yes no gasping arousals, has had a septoplasty. Feels somewhat rested and sleeps around 8 hours. sometimes gets daytime headaches.
Sinus: Yes not taking anything for it at this point as it has improved
GERD: Yes takes zantac
Tobacco: No never
ETOH:No rare
Drugs:
Hobbies: would like to camping
Vaccines: No.

**Allergies**

No Known Drug Allergies.

**Current Meds**

Rec: 18Oct2016. List Reconciled and Reviewed.
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; Qty26; R0; RPT.
ValACYclovir HCl - 1 GM Oral Tablet;TAKE 2 TABLETS EVERY 12 HOURS for 2 doses as needed for cold sores; Rx
Nebulizer/Tubing/Mouthpiece KIT;USE AS DIRECTED.; Rx
Montelukast Sodium 10 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
Albuterol Sulfate 1.25 MG/3ML Inhalation Nebulization Solution;USE 1 UNIT DOSE VIA NEBULIZER 4 TIMES A DAY AS NEEDED; Rx
Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;INHALE ONE PUFF BY MOUTH TWICE DAILY; Rx
ProAir RespiClick 108 (90 Base) MCG/ACT Inhalation Aerosol Powder Breath Activated;INHALE 2 PUFFS EVERY 4 HOURS PRN; Rx
Gabapentin 300 MG Oral Capsule;take 2 capsules three times a day; Rx
MetroNIDAZOLE 0.75 % External Cream;APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) ONCE DAILY.; RPT
LORazepam 0.5 MG Oral Tablet (Ativan);Take 1 every 6-8 hours as needed.; Rx
FLUoxetine HCl - 20 MG Oral Capsule;take 1 capsule by mouth daily; Rx
* Dup resent for 90d/s to ES, 13 Oct 2016
TiZANidine HCl - 4 MG Oral Tablet;TAKE 2 TABLETs EVERY 8 HOURS AS NEEDED; Rx
Qvar 80 MCG/ACT Inhalation Aerosol Solution;; RPT.

**Active Problems**

Acute hronchitis, unspecified organism (466.0) (J20.9)
Arthralgia of multiple sites (719.49) (M25.50); Last Impression: 30 Aug 2016 | Rule out lupus - given facial rash | Haubach, Carol M (Family Medicine)
Asthma, mild intermittent (493.90) (J45.20); Last Impression: 30 Aug 2016 | Currently controlled with high-dose Advair she is going to taper down to 250/50 twice a day if tolerated | Haubach, Carol M (Family Medicine)
Asthmaticus, status (493.91) (J45.902); Hospitalized x 10 days, sees Kipps, d/c 1/9/2016; readmitted 1/2016 with small PE
Bunion (727.1) (M20.10); Last Impression: 29 Oct 2014 | Symptomatic- requests referral to podiatry | Haubach, Carol M (Family Medicine)

# nConsultation Report

Patient: KIMBERLY SHAW MRN: 11371144
Encounter: Oct 18 2016 1:00PM WMH MRN:

Chronic fatigue (780.79) (R53.82)
Cough variant asthma (493.82) (J45.991); Last PFT done in office on 2-16-2016 showing then normal spirometry and single breath diffusion capacity. Her FEV1 pre-bronchodilator was 3.24 L or 108% pred. and 3.94 L or 100% predicted, DLCO 22.25 or 103% pred.
Depression (311) (F32.9); no hospitalizations or suicide attempts; Last Impression: 30 Aug 2016 | Mood is normalized. Patient wants to discontinue Prozac. Risks and benefits reviewed tapering reviewed | Haubach, Carol M (Family Medicine)
Exacerbation of RAD (reactive airway disease) (493.92) (J45.901); Last Impression: 27 Jan 2016 | Improved -in care with pulmonology. recent hospitalization for status asthmaticus with slow improvement now currently improving currently on slow prednisone taper, theophylline and higher dose Advair. | Haubach, Carol M (Family Medicine)
Fatigue (780.79) (R53.83); Last Impression: 20 Jul 2016 | Multi-Factorial suspect prednisone weight gain depression all contributing. Consider adrenal insufficiency due to taper of prednisone. Patient is advised to follow very closely Dr. Kip's recommendations for slow taper off of the prednisone. We discuss | Haubach, Carol M (Family Medicine)
Insomnia (780.52) (G47.00); Failed trial of trazodone due to excessive sedation in the mornings and dry mouth; Last Impression: 27 Jan 2016 | Situational exacerbation Ambien prescribed | Haubach, Carol M (Family Medicine)
Lumbago (724.2) (M54.5)
Lumbar disc herniation (722.10) (M51.26); MRI x2 2006 no records but states L5/S1 disc bulge, has had PT, rhyzotomy, facet injecitons; Last Impression: 07 Apr 2015 | Pain controlled on gabapentin 600 mg 3 times a day | Haubach, Carol M (Family Medicine)
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016; Last Impression: 20 Jul 2016 | Inadequate control despite 5 mg of prednisone daily and Advair 250/50 twice a day., And Singulair. We'll increase her Advair to 500/50 one twice a day have her see her pulmonologist Dr. kipps next week. Hopefully we will be able to wean her off prednis | Haubach, Carol M (Family Medicine)
Rosacea (695.3) (L71.9)
Rosacea (695.3) (L71.9); Last Impression: 30 Aug 2016 | Has been responding to topical metronidazole | Haubach, Carol M (Family Medicine)
Well woman exam with routine gynecological exam (V72.31) (Z01.419).

**PMH**

Influenza-like illness (799.89) (R69); Resolved: 27Jan2016; Last Impression: 29 Dec 2014 | With mild exacerbation of reactive airways. Suspect viral. Was given prescription for Augmentin in case she does not improve in 10 days may needed for sinus infection. Also patient advised if she does not improve or has more shortness of breath or whe | Haubach, Carol M (Family Medicine)
Other specified health status (V49.89) (Z78.9); Resolved: 27Jan2016; Last Impression: 07 Apr 2015 | No contraindication to foster parenting. form signed off | Haubach, Carol M (Family Medicine)
Pulmonary embolism (415.19) (I26.99); February, 2016 and treated with three months of Xarelto (rivaroxaban).
URI, acute (465.9) (J06.9); Resolved: 27Jan2016.

**PSH**

Appendectomy; 2003
Cholecystectomy Laparoscopic; may 2015; Last Impression: 01 Jun 2015 | Complicated by postoperative chest pain related to CO2 insufflation during procedure. Patient ruled out for MI. Currently doing well requiring minimal medication for pain. | Haubach, Carol M (Family Medicine)
Hand Excision Of Tendon Cyst; R wrist 21012
Nerve Block Paravert Facet Joint Ultrasound Guidance Cerv Additional Level; 2010, 2013
Rhizotomy; L5/S1 2006.

**Family Hx**

CAD (coronary artery disease): Father (I25.10); CABG in 50s, hyperlipid
Family history of depression: Mother,Father (V17.0) (Z81.8); and possible MS.

**Personal Hx**

Never a smoker; lives with wife, program director at Dominican, pulmonary rehab, no drugs, occ etoh, walks daily.

**nConsultation Report**

Patient: KIMBERLY SHAW
Encounter: Oct 18 2016 1:00PM

MRN: 11371144
WMH MRN:

**Vital Signs**
Adult Female Vital Signs Recorded by Den Uijl, Kacey on October 18,2016 01:08 PM
Height: 69 in, Weight: 199.125 lb, BMI: 29.41 , BSA: 2.06
BP: 119/72 mm Hg Right Upper Extremity Sitting
Temp: 98.7 F Oral
HR: 68 b/min R Radial ;
O2 Sat: 97 (%SpO2) RA
.

**Results**
XR Chest 2 Views 05 Oct 2016 01:17 PM
- XR Chest 2 Views

Report
COMPARISONS: March 3, 2016

PROCEDURE: AP and lateral radiograph obtained in the upright position..

CLINICAL HISTORY: Recurrent asthma exacerbations, evaluate for pneumonia. Prior chest xrays at Dominican Hospital, hospiitalized twice earlier this year.

FINDINGS:
The lungs are clear. Cardiac silhouette is normal in size. Bones and soft tissues demonstrate no definite acute findings.

CONCLUSIONS:
No acute cardiopulmonary disease noted.

***F I N A L***
Dictated by: Martinez, Roy MD
Electronically signed by: Martinez, Roy MD
Transcribed by: IP, D: 10/05/2016 13:28, T: 10/05/2016 13:28,
S: 10/05/2016 13:28
***F I N A L***

Sedimentation Rate 31 Aug 2016 03:05 PM
- ESR: 11 Reference Range: 0-20

CRP High Sensitivity 31 Aug 2016 03:05 PM
- CRP hs Inflam/Infect: 2.5 Reference Range: 0.0-5.0

Rheumatoid Factor Qual 31 Aug 2016 03:05 PM
- Rheumatoid Factor: Negative^Negative Reference Range: Negative

ANA by IFA, IgG 31 Aug 2016 03:05 PM
- ANA by IFA, IgG Titer.: <1:40 Reference Range: <1:40.

**Assessment**
Oral thrush (112.0) (B37.0).
Moderate persistent asthma (493.90) (J45.40); Steroid-dependent July 2016.

**Orders**
ANCA Abs ( Total w MPO and PR3 ); Requested for: 18 Oct 2016.
Spiriva Respimat 1.25 MCG/ACT Inhalation Aerosol Solution;INHALE 2 INHALATIONS BY MOUTH DAILY;

**nConsultation Report**

| | | | |
|---|---|---|---|
| Patient: | KIMBERLY SHAW | MRN: | 11371144 |
| Encounter: | Oct 18 2016 1:00PM | WMH MRN: | |

Qty1; R3; Rx.
Clotrimazole 10 MG Mouth/Throat Lozenge;ALLOW 1 LOZENGE TO DISSOLVE SLOWLY IN MOUTH FIVE TIMES DAILY AS DIRECTED; Qty50; R2; Rx.
LORazepam 0.5 MG Oral Tablet;1/2 TO 1 TAB BY MOUTH EVERY 6 TO 8HRS AS NEEDED FOR ANXIETY; Qty20; R1; Rx.
PredniSONE 1 MG Oral Tablet;TAKE AS DIRECTED; Qty100; R2; Rx.

**Plan**

Patient is a delightful 49 year old woman with history of moderate persistant now severe asthma here for evaluation.

1) asthma: appears severe at this point. Difficulty weaning off and staying off prednisone.
-I have counseled patient and her partner regarding natural progression of asthma.
-We discussed possible therapies including nucala or xolair if she qualifies. To check tests such as eosinophil and IgE we need to get her off steroids completely
-will refer to Dr. James Wolfe with allergy to see if she may benefit from allergy shots
-will cont wean prednisone to 5mg X 7 days and then wean by 1mg per week
-cont advair and albuterol PRN
-will add on spiriva
-cont singulair
-hold off PFTs for now

2) weakness: I suspect a possible myopathy. Brief autoimmune panel negative consisting of ESR, CRP, RF, ANA
-will obtain an ANCA
-hold off immunoglobulin test for now given on steroids

3) Thrush
-clotrimazole lozenges

4) PND:
-start flonase and zyrtec back up

5) Vaccines:
-holding off influenza given s/p recent illness

6) Anxiety 2/2 steroids
-ativan PRN

7) fatigue: likely multifactorial from deconditioning and steroid myopathy vs. possible OSA
-can consider sleep study in future

-f/u 1 month or PRN
Amended : Andrea W Ling M.D.; 10/18/2016 2:39 PM PST.

**Signature**

Electronically signed by : Andrea W Ling M.D.; 10/18/2016 2:38 PM PST; Author.
Electronically signed by : Andrea W Ling M.D.; 10/18/2016 2:39 PM PST; Author.

Andrea W Ling M.D.

# DHMG Dominican DFS

700 Frederick Street, Suite 203
Santa Cruz,CA 95062
(831) 425-1906

**Patient:** SHAW, KIMBERLY

**Age/Sex/DOB:** 50 yrs F 21-Mar-1967
**EMRN:** 11371144
**OMRN:** 11371144
**Home:**
**Work:**

## Results

**Lab Accession #** EN792695E
**Ordering Provider:** Ling,Andrea W
**Performing Location:** Quest Diagnostics - West Hills
Enrique Terrazas, MD, 8401 Fallbrook Avenue
West Hills, CA 91304-3226

**Collected:** 10/19/2016 12:51:00PM
**Resulted:** 10/21/2016 2:00:00PM
**Verified By:** Ling, Andrea W
**Auto Verify:** N

ANCA Abs ( Total w MPO and PR3 )

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| MYELOPEROXIDASE AB | <1.0 | AI | | |

Value Interpretation
----- ----------
<1.0 No Antibody Detected
> or = 1.0 Antibody Detected

Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally Wegeners granulomatosis. The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves as the primary antigen.

These autoantibodies are present in active disease state.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| PROTEINASE-3 AB | <1.0 | AI | | |

**Patient:** **SHAW, KIMBERLY** **EMRN:** **11371144**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

| Value | Interpretation |
|---|---|
| <1.0 | No Antibody Detected |
| > or = 1.0 | Antibody Detected |

Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic for granulomatosis with polyangiitis (Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern,(c-ANCA), is based largely on autoantibody to PR-3 which serves as the primary antigen.

These autoantibodies are present in active disease state.

# Liberty Mutual Investigation Referral

Requested By: Kristie LaRocca
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16350

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | DIGNITY HEALTH | Date Sent: | 8/1/2017 |
| Funding type: | FI: YES ASO: NO | Coverage Type: | STD: NO LTD: YES |
| Claimant Name: | KIMBERLY SHAW | Claim #: | 3840737 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Date of Hire: | 8/26/2014 |
| Zip: | | Date of Disability: | 4/21/2017 |
| Gender: | FEMALE | Injury/Illness: | Chronic fatigue, unspecified |
| Marital Status: | M | Job Description: | CLINICAL COORDINATOR PULMONARY |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | 50 yof | | |

Describe Reason For Referral:

claimant working part time. Duration exceeds diagnosis

Instructions For Vendor: Vendor Chosen: HUB ENTERPRISES

Please conduct 2 consecutive days of surveillance if claimant's neighborhood is conducive to such activity. Please include at least one weekend day and vary start time depending on activity level. Please observe claimants ability to move fluidly, upper and lower extremities, ability to stand, sit, walk, twist, bend and lift. Please contact the disability case manager with any questions. Disability case manager is Kristie at Kristie.larocca@libertymutual.com or 888-437-7611 ext. 16350.

**Lincoln/ Shaw 2885**

**Liberty Life Assurance Company of Boston**

Nancy L. Sullivan MSEd, CDMS
Group Disability Claims
Liberty Life Assurance Company of Boston
Phone: (800) 291-0112, Ext. 14183
Fax: (203) 294-4298
E-Mail: Nancy.Sullivan@LibertyMutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

Claimant Name: Kimberly Shaw
Claim Number: 3840737
Technical Clams Consultant: Kristie Larocca
Date of Report: 7/28/2017

## FILE REVIEW/SUMMARY

### DEMOGRAPHICS

Ms. Kimberly Shaw is a 50 year old Clinical Coordinator Pulmonary at Dignity Health who went out of work due to a chronic fatigue syndrome. In preparation for this report, I have reviewed the claim file and researched standard vocational resources ( e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration (GOE) and Internet job boards.

### JOB

The details of Ms. Shaw' job as a Clinical Coordinator Pulmonary were obtained from a narrative job description found in the claim file. Ms. Shaw was responsible for,

> Under the direction of the Center for Lifestyle Management (CLM) Manager, the Pulmonary Clinical Coordinator (PCC) is responsible for coordinating, implementing and maintaining all clinical pulmonary services provided by the CLM including the Pulmonary Rehabilitation and Asthma Management services. Responsible for overseeing patient assessment, case management, behavior modification, education, exercise prescription/progression, and staffing in all phases of the programs. The PCC collaborates with the multi-disciplinary team to provide comprehensive disease management for individuals with chronic pulmonary disease. The PCC serves as a Respiratory Therapist on the Lifestyle Management Team and participates in clinical and program decisions made by the Lifestyle Management Team. The PCC also provides quality respiratory care services including routine and complex diagnostic and therapeutic procedures designed to evaluate, stabilize, prevent or remedy patient cardiopulmonary problems. The PCC works closely with the CLM Manager in program design, development, implementation and evaluation. Provides care for children/infants, adolescents, adults and geriatric populations.

©Liberty Life Assurance Company of Boston, A Liberty Mutual Company

The PCC works closely with the Pulmonary Rehabilitation medical director to develop program decisions and the review of patient care/progress.

## ASSESSMENT / ANALYSIS

### OCCUPATION

The occupation falls under the DOT description of Respiratory Therapist (076.361-014) and the SOC/O*NET classification of Respiratory Therapists (29-1126.00). The O*NET describes this occupation, along with a sample of reported job titles as,

> "Assess, treat, and care for patients with breathing disorders. Assume primary responsibility for all respiratory care modalities, including the supervision of respiratory therapy technicians. Initiate and conduct therapeutic procedures; maintain patient records; and select, assemble, check, and operate equipment.

**Sample of reported job titles:** Cardiopulmonary Rehabilitation Respiratory Therapist, Cardiopulmonary Technician and EEG Tech (Cardiopulmonary Technician and Electroencephalogram Technician), Certified Respiratory Therapist (CRT), Clinical Coordinator of Respiratory Therapy, Registered Respiratory Therapist (RRT), Respiratory Care Practitioner (RCP), Respiratory Therapist (RT), Respiratory Therapy Director, Staff Respiratory Therapist, Staff Therapist"

The occupation falls under the OOH description of Respiratory Therapists.

Internet research was completed utilizing the mega job search Indeed.com. Twenty-five job postings were reviewed for Respiratory Therapist. Twenty-four of these job postings provided information regarding physical demands. The Internet research concluded this occupation is most often performed at a medium physical demand level.

### PHYSICAL DEMANDS

The DOT, OOH, Internet research, and a 2013 O*NET survey of incumbents were consulted regarding the physical demands of this occupation. Based on this information, this occupation is most often performed at a medium level of physical demand based on Department of Labor descriptions found in the DOT with the following requirements. Requirements may vary by job within the occupation.

The Department of Labor defines medium work as,

> "**M-Medium Work -** Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional requirements of this occupation include:

- ! **Frequent and Constant** handling, walking
- ! **Frequent** standing, reaching, fingering, bending/stooping, twisting
- ! **Occasional** sitting, kneeling, crouching/squatting, crawling, balancing
- ! **No** climbing

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

**COGNITIVE DEMANDS**

A 2013 O*NET survey of incumbents was consulted regarding the mental/cognitive demands of the occupation. The O*NET survey data reports the following activities to be of importance for this occupation: constant contact with others; frequently making decisions that affect other people, the financial resources, and/or the image and reputation of the organization; very to extremely important to be very exact or highly accurate; very to extremely important to work with others in a group or team; the consequence of error is extremely serious; important to very important impact of decisions on other people or the image or reputation or financial resources of the employer; and ability to meet strict deadlines in accomplishing the tasks with which the Respiratory Therapist is charged.

**SUMMARY AND CONCLUSION**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Shaw's occupation of Respiratory Therapist are most often performed at the medium level physical demand in the national economy. The positional requirements are outlined above.

I have not met with Ms. Shaw for the purpose of this review. All opinions are based on a review of the medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance.

Respectfully submitted,

Nancy L Sullivan MSEd, CDMS
Vocational Case Manager
Vocational Case Management Services
SDN # 8-732-0419
Group Disability Claims
Liberty Life Assurance Company of Boston

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☑ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Kristie LaRocca DATE: Thursday, July 27, 2017

## CLAIM BACKGROUND

Claimant Name: KIMBERLY SHAW Claim Number: 3840737

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: DIGNITY HEALTH

Change In DEF. Date: 10/18/2019

Pre-Disability Earnings: $8,452.80 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

please indicate mental and physical demands of occ

DP 512

**Lincoln/ Shaw 2889**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KIMBERLY SHAW

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

July 27, 2017

Ms. Kimberly Shaw

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737

Dear Ms. Kimberly Shaw:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dignity Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you have been unable to work since April 21, 2017 due to your condition.

Please note that receipt of benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

> *"Disability" or "Disabled" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

In order to consider your claim for disability benefits, we are requesting medical documentation from your treating providers.

On July 21, 2017, we contacted Dr. Ling, Dr. Kishyinia and Dr. Chen requesting copies of your medical records in order to support your claim for disability benefits. We have received records from Dr. Kishyinia. Please contact all other treating providers and request that this information be sent to us within the timeframe specified below.

Additionally, please complete and return the enclosed claimant forms as soon as possible but no later than the timeframe specified below.

The Dignity Health LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than September 9, 2017 as required under the terms of your Policy.

Although you have until September 9, 2017, under the terms of your Policy to submit this information, as well as any other documentation supporting your claim for disability benefits, we ask that you submit this information as well as all other supporting documentation no later than August 15, 2017.

Please be advised until we have proof of disability and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

In the absence of this information, we will make a claim determination based on the information in our file.

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

This information is needed in order to make an initial determination on your claim.

Dignity Health's LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by September 9, 2017. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Kristie Larocca
Disability Claims Tech Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 334-5719

Attachments: Claimant Supplementary Statement
Claimant Information Form
Authorization - Medical CA
Activities Questionnaire Form
Training Education Experience
Authorization - CA
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719



**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw

CLAIM NO: 3840737 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Dignity Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

**Lincoln/ Shaw 2894**

Liberty Mutual INSURANCE



How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

**Lincoln/ Shaw 2895**

Liberty Mutual INSURANCE



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

**Lincoln/ Shaw 2896**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**Return To:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

**Lincoln/ Shaw 2897**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**Return to:** Kristie Larocca

**EMPLOYEE/CLAIMANT NAME:** Kimberly Shaw **CLAIM #:** 3840737
**EMPLOYER:** Dignity Health **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

**Lincoln/ Shaw 2898**

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

**Return to:** Kristie Larocca

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

**Lincoln/ Shaw 2899**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

EMPLOYEE/CLAIMANT NAME: Kimberly Shaw
CLAIM NO: 3840737
EMPLOYER/SPONSOR: Dignity Health DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: _______

Job Title(s): ______________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________________ Work: ________________________

**SIGNATURE:** ____________________________ **PHONE NO: (       )** ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

____________________________________________________

Name of legal representative, if applicable (print):

____________________________________________________

Relationship:

____________________________________________________

Signature of claimant or legal representative:

____________________________________________________

Date of Birth: __________________ Claim Number: 3840737

Date: _______________________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5719

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

____________________________________________________

Name of legal representative, if applicable (print):

____________________________________________________

Relationship: ________________________________________

Signature of claimant or legal representative:

____________________________________________________

Date of Birth: __________________ Claim Number: __3840737__________

Date: ________________________________

**A copy of this authorization will be considered as valid as the original.**

[redacted]

Liberty Mutual

| | | | |
|---|---|---|---|
| Claimant Name: | KIMBERLY SHAW | DOB: | |
| Claim #: | 3840737 | Diagnosis: | R53.82 Chronic fatigue, unspecified, |
| Date of Disab: | 4/21/2017 | Customer: | DIGNITY HEALTH |
| Office: | 0913 | Case Mgr: | Corie Gillham |

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (415) 438-5500 | Fax #: | |
| Customer Name: | Dignity Health | Special Handling: | | | |
| Address: | 185 Berry Street | | | | |
| | San Francisco, ca 941071773 | | | | |

Document Location

☑ Document List ☑ Correspondence ☐ Paper File

[redacted]

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

**Dominican Hospital**
**A Dignity Health member**

FACSIMILE

| | |
|---|---|
| To:<br>Cory @ Liberty Mutual | From:<br>Kim Shaw MBA, RRT |
| Company: | Number of pages (including cover page):<br>04 |
| Facsimile Number:<br>603-334-4190 | Facsimile Number:<br>831-457-7149 |
| Date:<br>Monday, July 24, 2017 1:20:06 PM | *If you have trouble receiving this facsimile please call 831-457-7075* |

Re: Claim #3840737
Kimberly D. Shaw
DOB:

Caution: This facsimile message is CONFIDENTIAL and may be of a nature that is LEGALLY PRIVILEGED. The information contained in this facsimile message is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error. Any further review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. If you are a regular recipient of confidential or privileged facsimiles from us and you intend to change your facsimile number, it is your responsibility to alert us before the change. Thank you.

1555 Soquel Drive
Santa Cruz, CA 95065
831.462.7700 direct

dominicanhospital.org

EDD Employment Development Department State of California

LIBERTY MUTUAL CLAIM# 384 6737

**Notice Of Computation (DE 429D)**

| | |
|---|---|
| Issue Date: | 04-27-2017 |

This notice does not establish your right to benefits. State Disability Insurance or Paid Family Leave benefits are paid to you only when you meet all the conditions of eligibility.

**Claimant Information**

| | | | |
|---|---|---|---|
| Name: | Kimberly D Shaw | Address: | :<br>:<br>:<br>United States |
| Social Security Number: | | ECN: | |
| EDDCAN: | 5192490545 | Claim ID: | DI-1003-950-822 |

**Benefit Information**

| | | | |
|---|---|---|---|
| Your Maximum Benefit Amount is ($): | **48724.00** | Your Weekly Benefit Amount is ($): | **937.00** |
| Your Daily Benefit Amount is ($): | **133.86** | Your Claim Effective Date: | **04-20-2017** |

**Wage Information**

| Your Name | Employer | Jan-Mar '16 ($) | Apr-Jun '16 ($) | Jul-Sep '16 ($) | Oct-Dec '16 ($) |
|---|---|---|---|---|---|
| *KIMBERLY SHAW | DIGNITY HEALTH | 9,814.46 | 20,789.14 | 17,786.87 | 22,133.78 |
| | | | | | |
| Quarter Total: | | 9,814.46 | 20,789.14 | 17,786.87 | 22,133.78 |
| Total Wages ($): | 70,524.25 | | | | |

You should:

1. See that your Social Security Number (SSN) is correctly shown.
2. Check any of the wages listed which you did not earn.
3. Check for any wages subject to the California Unemployment Insurance Code paid you during the quarters shown that are not listed.

Rev. 2 (8-12) 1 of 1

**Lincoln/ Shaw 2908**

Liberty Mutual. INSURANCE

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I nnderstand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have



Shaw 7/20/17 3840737

**Lincoln/ Shaw 2909**

submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print):

Kimberly D. Shaw

Name of Claimant/Personal Representative (Signature):

[signature]

Description (Title) of Personal Representative:

SELF

Date of Birth: ______________ Claim Number: 3840737

Date: 7/20/17

**A copy of this authorization will be considered as valid as the original.**

Quest Diagnostics

SHAW, KIMBERLY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SHAW, KIMBERLY<br>DOB AGE: 50<br>Gender: F<br>Phone: 831.600.5145<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN116134Q<br>Requisition: 0005691<br>Collected: 04/12/2017 / 07:55 PDT<br>Received: 04/13/2017 / 02:03 PDT<br>Reported: 04/19/2017 / 17:09 PDT | Client #: 70080676 MAIL001<br>KISHIYAMA, JEFFREY L<br>ALLERGY & ASTHMA ASSOC<br>3329 MISSION DR<br>SANTA CRUZ, CA 95065-1827 |

**COMMENTS:** FASTING:YES

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | UL |
| **GLUCOSE** | | **137 H** | 65-99 mg/dL<br>Fasting reference interval | |
| For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test. | | | | |
| UREA NITROGEN (BUN) | 12 | | 7-25 mg/dL | |
| CREATININE | 0.88 | | 0.50-1.05 mg/dL | |
| For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. | | | | |
| eGFR NON-AFR. AMERICAN | 77 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 89 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 20-31 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.4 mg/dL | |
| PROTEIN, TOTAL | 6.2 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.0 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.2 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 59 | | 33-130 U/L | |
| AST | 13 | | 10-35 U/L | |
| ALT | 12 | | 6-29 U/L | |
| PROTEIN, TOTAL AND PROTEIN ELECTROPHORESIS W/REFL IFE | | | | |
| PROTEIN, TOTAL, SERUM | | | | EZ |
| PROTEIN, TOTAL | 6.3 | | 6.1-8.1 g/dL | |
| PROTEIN ELECTROPHORESIS, SERUM | | | | EZ |
| **ALBUMIN** | | **3.7 L** | 3.8-4.8 g/dL | |
| ALPHA 1 GLOBULIN | 0.3 | | 0.2-0.3 g/dL | |
| ALPHA 2 GLOBULIN | 0.6 | | 0.5-0.9 g/dL | |
| BETA 1 GLOBULIN | 0.5 | | 0.4-0.6 g/dL | |
| BETA 2 GLOBULIN | 0.4 | | 0.2-0.5 g/dL | |
| GAMMA GLOBULIN | 0.8 | | 0.8-1.7 g/dL | |
| INTERPRETATION | SEE NOTE | | | |
| Evaluation reveals an isolated decrease in albumin. This pattern may be suggestive of decreased protein synthesis or protein loss. Consider ordering prealbumin quantitation. | | | | |
| IMMUNOGLOBULIN G SUBCLASSES PANEL | | | | EZ |
| IMMUNOGLOBULIN G | | | | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/ Shaw 2911

Quest Diagnostics

SHAW, KIMBERLY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHAW, KIMBERLY** | Specimen: EN116134Q | Client #: 70080676 |
| **DOB:** **AGE: 50** | Collected: 04/12/2017 / 07:55 PDT | KISHIYAMA, JEFFREY L |
| Gender: F | Received: 04/13/2017 / 02:03 PDT | |
| Patient ID: 11371144 | Reported: 04/19/2017 / 17:09 PDT | |
| Health ID: 8573016460771856 | | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SUBCLASS 1 | 462 | | 382-929 mg/dL | |
| **IMMUNOGLOBULIN G SUBCLASS 2** | | **204 L** | 241-700 mg/dL | |
| IMMUNOGLOBULIN G SUBCLASS 3 | 32 | | 22-178 mg/dL | |
| IMMUNOGLOBULIN G SUBCLASS 4 | 9.4 | | 4-86 mg/dL | |
| IMMUNOGLOBULIN G, SERUM | 753 | | 694-1618 mg/dL | EN |
| LYMPHOCYTE SUBSET PANEL 1 | | | | |
| % CD3 (MATURE T CELLS) | 79 | | 57-85 % | |
| ABSOLUTE CD3+ CELLS | 1916 | | 840-3060 cells/uL | |
| **% CD4 (HELPER CELLS)** | | **62 H** | 30-61 % | |
| ABSOLUTE CD4+ CELLS | 1578 | | 490-1740 cells/uL | |
| % CD8 (SUPPRESSOR T CELLS) | 19 | | 12-42 % | |
| ABSOLUTE CD8+ CELLS | 473 | | 180-1170 cells/uL | |
| HELPER/SUPPRESSOR RATIO | 3.34 | | 0.86-5.00 | |
| % CD16+CD56 (NATURAL KILLER CELLS) | 13 | | 4-25 % | |
| ABSOLUTE NK CELLS (CD16+CD56+CELLS) | 313 | | 70-760 cells/uL | |
| % CD19 (B CELLS) | 8 | | 6-29 % | |
| ABSOLUTE CD19+ CELLS | 182 | | 110-660 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2431 | | 850-3900 cells/uL | UL |
| SED RATE BY MODIFIED WESTERGREN | 11 | | < OR = 20 mm/h | UL |
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | 6.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.76 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.8 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 41.2 | | 35.0-45.0 % | |
| MCV | 86.6 | | 80.0-100.0 fL | |
| MCH | 29.0 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 379 | | 140-400 Thousand/uL | |
| MPV | 10.3 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 3491 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2385 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 369 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 328 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 127 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.1 | | % | |
| LYMPHOCYTES | 35.6 | | % | |
| MONOCYTES | 5.5 | | % | |
| EOSINOPHILS | 4.9 | | % | |
| BASOPHILS | 1.9 | | % | |
| ISOHEMAGGLUTININ TITER | | | | SLI |
| ISOHEMAGGLUTININ (A1) | <1:2 | | < 1:2 titer | |
| ISOHEMAGGLUTININ (A2) | <1:2 | | < 1:2 titer | |
| ISOHEMAGGLUTININ (B) | <1:2 | | < 1:2 titer | |

REFERENCE RANGE FOR ISOHEMAGGLUTININ TITER: In normal Group O individuals, titers of both anti-A and anti-B are detectable, with anti-A antibody responses generally within one dilution of anti-B titers. Anti-B is detected in only Group A individuals, and anti-A found only in those with Group B. After 6-9 months of



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

SHAW, KIMBERLY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SHAW, KIMBERLY<br>DOB: AGE: 50<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN116134Q<br>Collected: 04/12/2017 / 07:55 PDT<br>Received: 04/13/2017 / 02:03 PDT<br>Reported: 04/19/2017 / 17:09 PDT | Client #: 70080676<br>KISHIYAMA, JEFFREY L |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| age, titers of 1:4 or greater are considered normal. The median titers of 2-5 year-old blood Group O children are 1:128 for anti-B (range, 4 to 256), and 1:64 for anti-A (range, 16 to 256). Titers tend to peak at 5 to 10 years, and diminish with age. A low or non-existent titer in any but a blood Group AB patient may be indicative of immunosuppression or immunodeficiency. | | | | TXC |
| STREPTOCOCCUS PNEUMONIAE AB IGG (14 SEROTYPES) | | | | |
| SEROTYPE 1 (1) | 0.7 | | mcg/mL | |
| SEROTYPE 3 (3) | <0.3 | | mcg/mL | |
| SEROTYPE 4 (4) | 1.8 | | mcg/mL | |
| SEROTYPE 5 (5) | 1.8 | | mcg/mL | |
| SEROTYPE 8 (8) | 1.3 | | mcg/mL | |
| SEROTYPE 9 (9N) | 1.1 | | mcg/mL | |
| SEROTYPE 12 (12F) | <0.3 | | mcg/mL | |
| SEROTYPE 14 (14) | 0.8 | | mcg/mL | |
| SEROTYPE 19 (19F) | 0.7 | | mcg/mL | |
| SEROTYPE 23 (23F) | <0.3 | | mcg/mL | |
| SEROTYPE 26 (6B) | 2.0 | | mcg/mL | |
| SEROTYPE 51 (7F) | 1.3 | | mcg/mL | |
| SEROTYPE 56 (18C) | 4.2 | | mcg/mL | |
| SEROTYPE 68 (9V) | 2.2 | | mcg/mL | |

Although the minimum serum antibody concentration necessary for protection has not been rigorously established for any pneumococcal serotype, a value of greater than or equal to 0.3-0.50 mcg/mL is supported by peer reviewed publications and expert consensus.

This assay detects 11 of the 13 serotypes in the 13-valent conjugate vaccine, and 14 of the 23 serotypes in the 23-valent vaccine. Immune response to the vaccine should result in protection against at least 50% of the serotypes in the vaccine.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TETANUS ANTITOXOID | 0.89 | | IU/mL | TXC |

REFERENCE RANGE: > or = 0.50 IU/mL (Post-Vaccination)

INTERPRETIVE CRITERIA:
<0.05 IU/mL Nonprotective Antibody Level
0.05 - 0.49 IU/mL Indeterminate for Protective Antibody
> or = 0.50 IU/mL Protective Antibody Level

> or = 0.50 IU/mL Protective Antibody Level
Levels greater than or equal to 0.50 IU/mL are generally considered protective, whereas levels less than 0.05 IU/mL indicate a lack of protective antibody. Levels between 0.05 and 0.49 IU/mL are indeterminate for the presence of protective



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

SHAW, KIMBERLY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SHAW, KIMBERLY<br>DOB: AGE: 50<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN116134Q<br>Collected: 04/12/2017 / 07:55 PDT<br>Received: 04/13/2017 / 02:03 PDT<br>Reported: 04/19/2017 / 17:09 PDT | Client #: 70080676<br>KISHIYAMA, JEFFREY L |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| antibody and may indicate a need for further immunization to tetanus toxoid.<br><br>This test was developed and its analytical Performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | | |
| DIPHTHERIA ANTITOXOID | >2.00 | | IU/mL | TXC |

REFERENCE RANGE: > or = 0.01 IU/mL (Post-Vaccination)

INTERPRETIVE CRITERIA:
<0.01 IU/mL Nonprotective Antibody Level
> or = 0.01 IU/mL Protective Antibody Level

This test was developed and its analytical Performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

SHAW, KIMBERLY

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SHAW, KIMBERLY<br>DOB: AGE: 50<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN116134Q<br>Collected: 04/12/2017 / 07:55 PDT<br>Received: 04/13/2017 / 02:03 PDT<br>Reported: 04/19/2017 / 17:09 PDT | Client #: 70080676<br>KISHIYAMA, JEFFREY L |

# CYSTIC FIBROSIS SCREEN

Lab:EZ

**CF RESULT**

**NEGATIVE; NONE OF THE MUTATIONS LISTED BELOW WERE DETECTED**

**ETHNICITY:** C

**INTERPRETATION**

This result does not rule out the presence of a mutation or a diagnosis of cystic fibrosis disease (CF). The risk for mutations that cause CF other than the ones tested depends greatly on family history, clinical presentation, and ethnicity.

**Chance of Having a CF Mutation**

| Ethnic Group | Detection Rate | Before Test | After Negative Result |
|---|---|---|---|
| Ashkenazi Jewish | 94% | 1 in 24 | 1 in 400 |
| Non-Hispanic Caucasian | 88% | 1 in 25 | 1 in 208 |
| Hispanic-American | 72% | 1 in 46 | 1 in 164 |
| African-American | 65% | 1 in 65 | 1 in 186 |
| Asian-American | 49% | 1 in 94 | 1 in 184 |
| Other | Insufficient data available | | |

Health care providers, please contact your local Quest Diagnostics' genetic counselor or call Quest Genomics Client Services at 866-GENEINFO (866-436-3463) for assistance with interpretation of these results.

**MUTATIONS/POLYMORPHISMS**

MUTATIONS ANALYZED:

```
G85E (c.254G>A)           S549N (c.1646G>A)
394delTT (c.262delTT)     G551D (c.1652G>A)
R117H (c.350G>A)          R553X (c.1657C>T)
621+1 G>T (c.489+1G>T)    R560T (c.1679G>C)
711+1 G>T (c.579+1G>T)    1898+1 G>A (c.1766+1G>A)
1078delT (c.948delT)      2183AA>G (c.2051delAAinsG)
R334W (c.1000C>T)         2184delA (c.2052delA)
R347H (c.1040G>A)         2789+5 G>A (c.2657+5G>A)
R347P (c.1040G>C)         3120+1 G>A (c.2988+1G>A)
A455E (c.1364C>A)         R1162X (c.3484C>T)
I507del (c.1519delATC)    3659delC (c.3528delC)
F508del (c.1521delCTT)    3849+10kb C>T (c.3717+12191C>T)
V520F (c.1558G>T)             3876delA (c.3744delA)
1717-1 G>A (c.1585-1G>A)      3905insT (c.3773insT)
G542X (c.1624G>T)             W1282X (c.3846G>A)
S549R (c.1645A>C or c.1647T>G)  N1303K (c.3909C>G)
```

This assay detects thirty-two mutations, including the twenty-three core mutations recommended by the American College of Medical Genetics (ACMG) and the American Congress of Obstetricians and Gynecologists (ACOG) for population-based CF carrier screening. In addition to the ACMG/ACOG panel, this assay detects nine additional mutations. While these mutations are rare in the US population, the scientific and medical literature indicates that these mutations are not benign polymorphisms. The status of the intron 9 (formerly intron 8) polyT tract is reported only when the R117H mutation is detected.

**METHOD**

The mutations are detected by multiplex-polymerase chain reaction (PCR) amplification of specific CF gene regions, followed by nucleotide sequence analysis on a massively parallel sequencing platform. Although rare, false positive or false negative results may occur. All results should be interpreted in the context of clinical findings, relevant history, and other laboratory data.

**REVIEWER**

Laboratory testing supervised and results monitored by Felicitas L. Lacbawan, MD, FCAP, FACMG.

For additional information, please refer to http://education.questdiagnostics.com/faq/cfscreen (This link is being provided for informational/educational purposes only.)



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

Report Status: Final

**SHAW, KIMBERLY**

| **Patient Information** | **Specimen Information** | **Client Information** |
|---|---|---|
| **SHAW, KIMBERLY**<br>**DOB** **.GE: 50**<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN116134Q<br>Collected: 04/12/2017 / 07:55 PDT<br>Received: 04/13/2017 / 02:03 PDT<br>Reported: 04/19/2017 / 17:09 PDT | Client #: 70080676<br>KISHIYAMA, JEFFREY L |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

**PERFORMING SITE:**

EN QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: ENRIQUE TERRAZAS,MD, CLIA: 05D0642827
EZ QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director; JON NAKAMOTO, MD PHD, CLIA: 05D0643352
SLI QUEST DIAGNOSTICS NICHOLS VALENCIA, 27027 TOURNEY ROAD, VALENCIA, CA 91355-5386 Laboratory Director: BASEL KASHLAN,MD,FCAP, CLIA: 05D0550302
TXC QUEST DIAGNOSTICS INFECTIOUS DISEASE, INC, 33608 ORTEGA HIGHWAY BLD B-WEST WING, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: HOLLIS J BATTERMAN,MD, CLIA: 05D0644251
UL QUEST DIAGNOSTICS SACRAMENTO, 3714 NORTHGATE BLVD, SACRAMENTO, CA 95834-1617 Laboratory Director: M. ROSE AKIN, M.D., FCAP, CLIA: 05D0644209



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Lincoln/ Shaw 2916**

Diagnostics

**SHAW, KIMBERLY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHAW, KIMBERLY**<br>**DOB:** **AGE: 49**<br>Gender: F<br>Phone: 831.600.5145<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN541711G<br>Requisition: 0005549<br><br>Collected: 11/16/2016 / 10:09 PST<br>Received: 11/17/2016 / 02:43 PST<br>Faxed: 11/28/2016 / 17:01 PST | Client #: 70080676 MAIL001<br>WOLFE, JAMES D<br>ALLERGY & ASTHMA ASSOC<br>3329 MISSION DR<br>SANTA CRUZ, CA 95065-1827 |

**COMMENTS:** FASTING:NO

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| IMMUNOGLOBULINS | | | | UL |
| IMMUNOGLOBULIN A | 205 | | 81-463 mg/dL | |
| **IMMUNOGLOBULIN G** | | 619 L | 694-1618 mg/dL | |
| IMMUNOGLOBULIN M | 50 | | 48-271 mg/dL | |
| IMMUNOGLOBULIN E | 21 | | <OR=114 kU/L | UL |
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGE | | | | EZ |
| S CHARTARUM (RGM24) IGE | <0.10 | | KU/L | |
| CLASS | 0 | | | |

INTERPRETATION

| SPECIFIC IGE CLASS | kU/L | LEVEL OF ALLERGEN SPECIFIC IGE ANTIBODY |
|---|---|---|
| 0 | <0.10 | ABSENT/UNDETECTABLE |
| 0/1 | 0.10-0.34 | VERY LOW LEVEL |
| 1 | 0.35-0.69 | LOW LEVEL |
| 2 | 0.70-3.49 | MODERATE LEVEL |
| 3 | 3.50-17.4 | HIGH LEVEL |
| 4 | 17.5-49.9 | VERY HIGH LEVEL |
| 5 | 50-100 | VERY HIGH LEVEL |
| 6 | >100 | VERY HIGH LEVEL |

The clinical relevance of allergen results of 0.10-0.34 kU/L are undetermined and intended for specialist use.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| STACHYBOTRYS CHARTARUM/ ATRA (RGM24) IGG | 4.5 | | < OR = 17.2 mcg/mL | EZ |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | UL |
| WHITE BLOOD CELL COUNT | 7.8 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.58 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.4 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 41.1 | | 35.0-45.0 % | |
| MCV | 89.6 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 32.7 | | 32.0-36.0 g/dL | |
| RDW | 14.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 337 | | 140-400 Thousand/uL | |
| MPV | 8.8 | | 7.5-11.5 fL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Lincoln/ Shaw 2917**

Diagnostics

**SHAW, KIMBERLY**

| Patient Information | Specimen Information | Client Information |
| --- | --- | --- |
| **SHAW, KIMBERLY**<br>**DOB:** **AGE: 49**<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN541711G<br>Collected: 11/16/2016 / 10:09 PST<br>Received: 11/17/2016 / 02:43 PST<br>Faxed: 11/28/2016 / 17:01 PST | Client #: 70080676<br>WOLFE, JAMES D |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| ABSOLUTE NEUTROPHILS | 4664 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2519 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 398 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 187 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 31 | | 0-200 cells/uL | |
| NEUTROPHILS | 59.8 | | % | |
| LYMPHOCYTES | 32.3 | | % | |
| MONOCYTES | 5.1 | | % | |
| EOSINOPHILS | 2.4 | | % | |
| BASOPHILS | 0.4 | | % | |
| STREPTOCOCCUS PNEUMONIAE IGG AB (14 SEROTYPES) | | | | TXC |
| SEROTYPE 1 (1) | 0.3 | | mcg/mL | |
| SEROTYPE 3 (3) | <0.3 | | mcg/mL | |
| SEROTYPE 4 (4) | <0.3 | | mcg/mL | |
| SEROTYPE 5 (5) | 1.0 | | mcg/mL | |
| SEROTYPE 8 (8) | 1.6 | | mcg/mL | |
| SEROTYPE 9 (9N) | 1.2 | | mcg/mL | |
| SEROTYPE 12 (12F) | <0.3 | | mcg/mL | |
| SEROTYPE 14 (14) | <0.3 | | mcg/mL | |
| SEROTYPE 19 (19F) | 1.5 | | mcg/mL | |
| SEROTYPE 23 (23F) | <0.3 | | mcg/mL | |
| SEROTYPE 26 (6B) | 0.9 | | mcg/mL | |
| SEROTYPE 51 (7F) | 0.4 | | mcg/mL | |
| SEROTYPE 56 (18C) | 2.8 | | mcg/mL | |
| SEROTYPE 68 (9V) | 0.8 | | mcg/mL | |

Note: Serotype designations are American nomenclature, with Danish nomenclature in parentheses.

Studies from the 1980's using radioimmunoassay suggested that vaccine-induced S. pneumoniae type-specific antibody levels of approximately 2.0 mcg/mL were protective against invasive pneumococcal disease. Newer methods (ELISA and multiplexed immunoassay) incorporating an adsorption step to remove cross-reactive antibodies yield results that are comparable to each other, but are lower than those obtained with the original radioimmunoassay. Rigorous studies of protective antibody levels as determined by the newer methods have not been performed. In addition to antibody quantity, protection also depends on antibody avidity and opsonophagocytic activity.

Evaluation of the response to pneumococcal vaccination is best accomplished by comparing pre-vaccination and post-vaccination antibody levels. A 2- to 4-fold increase in type-specific antibodies measured 4-6 weeks after vaccination is expected in immunocompetent adults. The number of serotypes for which a 2- to 4-fold increase is observed varies greatly among individuals; a consensus panel has suggested that individuals older than 5 years should respond to at least approximately 70% of pneumococcal serotypes.



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Diagnostics

**SHAW, KIMBERLY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SHAW, KIMBERLY**<br>**DOB:** **AGE: 49**<br>Gender: F<br>Patient ID: 11371144<br>Health ID: 8573016460771856 | Specimen: EN541711G<br>Collected: 11/16/2016 / 10:09 PST<br>Received: 11/17/2016 / 02:43 PST<br>Faxed: 11/28/2016 / 17:01 PST | Client #: 70080676<br>WOLFE, JAMES D |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| Adults >65 years old may exhibit a smaller (<2-fold) increase in type-specific antibody levels. | | | | |
| This test was developed and its analytical performance characteristics have been determined by Focus Diagnostics. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. | | | | |

**PERFORMING SITE:**

EZ QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: JON NAKAMOTO, MD PHD, CLIA: 05D0643352

TXC FOCUS DIAGNOSTICS, 33608 ORTEGA HIGHWAY BLD B-WEST WING, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: HOLLIS BATTERMAN,MD, CLIA: 05D0644251

UL QUEST DIAGNOSTICS SACRAMENTO, 3714 NORTHGATE BLVD, SACRAMENTO, CA 95834-1617 Laboratory Director: M. ROSE AKIN, M.D., FCAP, CLIA: 05D0644209



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## XR CHEST 2 VIEWS Reported On:

ORGANIZER NOTES:

REPORT

COMPARISONS: MARCH 3, 2016

PROCEDURE: AP AND LATERAL RADIOGRAPH OBTAINED IN THE UPRIGHT POSITION..

CLINICAL HISTORY: RECURRENT ASTHMA EXACERBATIONS, EVALUATE FOR PNEUMONIA. PRIOR CHEST XRAYS AT DOMINICAN HOSPITAL, HOSPIITALIZED TWICE EARLIER THIS YEAR.

FINDINGS:
THE LUNGS ARE CLEAR. CARDIAC SILHOUETTE IS NORMAL IN SIZE. BONES AND SOFT TISSUES DEMONSTRATE NO DEFINITE ACUTE FINDINGS.

CONCLUSIONS:
NO ACUTE CARDIOPULMONARY DISEASE NOTED.

* * * F I N A L * * *

DICTATED BY: MARTINEZ, ROY MD
ELECTRONICALLY SIGNED BY: MARTINEZ, ROY MD
TRANSCRIBED BY: IP, D: 10/05/2016 13:28, T: 10/05/2016 13:28, S: 10/05/2016 13:28

* * * F I N A L * * *

## PERFORMING FACILITIES

DOMINICAN SANTA CRUZ HOSPITAL

1555 Soquel Dr.
Santa Cruz, CA 95065
(831) 462-7700

Flag: General, Low, High
Abnormal: I ↓ ↑ Critical: Severe:

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOB ________ Date: 11/14/16

| SELECT: | | (P/P) | ID |
|---|---|---|---|
| 1-1 | Milk | — | |
| 2 | Milk (Casein) | — | |
| 3 | Egg White | — | |
| 4 | Egg Yolk | — | |
| 5 | Peanut | ○ | |
| 6 | Soybean | ○ | |
| 7 | Wheat | + | |
| 8 | Rice | — | |
| 9 | Corn | — | |
| 10 | Oat | — | |
| 2-1 | Beef | — | |
| 2 | Pork | — | |
| 3 | Chicken | — | |
| 4 | Turkey | — | |
| 5 | Shrimp | — | |
| 6 | Codfish | — | |
| 7 | Salmon | — | |
| 8 | Tuna | — | |
| 9 | Chocolate | — | |
| 10 | Sesame Seed | — | |
| 3-1 | Almond | — | |
| 2 | Walnut | — | |
| 3 | Pecan | — | |
| 4 | Cashew | — | |
| 5 | Orange | — | |
| 6 | Banana | — | |
| 7 | Strawberry | — | |
| 8 | Cantaloupe | — | |
| 9 | Tomato | — | |
| 10 | Pea, Green | — | |

| SEAFOOD/MEAT: | | (P/P) | ID |
|---|---|---|---|
| 4-1 | Crab | | |
| 2 | Lobster | | |
| 3 | Oyster | | |
| 4 | Clam | | |
| 5 | Scallop | | |
| 6 | Perch | | |
| 7 | Bass | | |
| 8 | Catfish | | |
| 9 | Mackerel | | |
| 10 | Trout | | |
| 5-1 | Halibut | | |
| 2 | Lamb | | |

| SPICES: | | (P/P) | ID |
|---|---|---|---|
| 3 | Pepper | | |
| 4 | Onion | | |
| 5 | Garlic | | |
| 6 | Coconut | | |
| 7 | Cinnamon | | |
| 8 | Vanilla | | |
| 9 | Ginger | | |
| 10 | Gum (mix) | | |
| 6-1 | Mustard | | |
| 2 | Mushroom | | |
| 3 | Olive | | |

| BEVERAGES: | | (P/P) | ID |
|---|---|---|---|
| 4 | Coffee | | |
| 5 | Tea | | |
| 6 | Goats Milk | | |

| FRUITS: | | (P/P) | ID |
|---|---|---|---|
| 7 | Lemon | | |
| 8 | Grapefruit | | |
| 9 | Pineapple | | |
| 10 | Apple | | |
| 7-1 | Pear | | |
| 2 | Grape | | |
| 3 | Apricot | | |
| 4 | Peach | | |
| 5 | Plum | | |
| 6 | Cherry | | |
| 7 | Watermelon | | |
| 8 | Blueberry | | |
| 9 | Raspberry | | |
| 10 | Blackberry | | |
| 8-1 | Cranberry | | |
| 2 | Honeydew | | |
| 3 | Avocado | | |

| NUTS: | | (P/P) | ID |
|---|---|---|---|
| 4 | Hazelnut | | |
| 5 | Brazil Nut | | |
| 6 | Pistachio | | |

| LEGUMES/VEGETABLES: | | (P/P) | ID |
|---|---|---|---|
| 7 | Navy Bean | | |
| 8 | String Bean | | |
| 9 | Pinto Bean | | |
| 10 | Lima Bean | | |
| 9-1 | Kidney Bean | | |
| 2 | Lentil | | |
| 3 | Potato, White | | |
| 4 | Sweet Potato | | |
| 5 | Carrot | | |
| 6 | Celery | | |
| 7 | Lettuce | | |
| 8 | Squash | | |
| 9 | Asparagus | | |
| 10 | Cucumber | | |
| 10-1 | Broccoli | | |
| 2 | Cabbage | | |
| 3 | Cauliflower | | |
| 4 | Brussel Sprouts | | |
| 5 | Spinach | | |
| 6 | Pepper, Green | | |
| 7 | Eggplant | | |

| GRAINS: | | (P/P) | ID |
|---|---|---|---|
| 8 | Rye | | |
| 9 | Barley | | |
| 10 | Buckwheat | | |
| 11-1 | Yeast | | |
| 2 | Hops | | |
| 3 | Malt | | |
| 4 | Millet | | |

| SEEDS: | | (P/P) | ID |
|---|---|---|---|
| 5 | Cottonseed | | |
| 6 | Flaxseed | | |
| 7 | Sunflower | | |
| 8 | Poppy Seed | | |
| 9 | Control | | |
| 10 | Histamine | | |

BB
P/P Applied By

ID Applied By

BB
P/P Read By

ID Read By

**Lincoln/ Shaw 2921**

«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

KIMBERLY SHAW

0000

*4000000200002913*

**Lincoln/ Shaw 2922**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 24, 2017

KIMBERLY SHAW

0000

RE: DIGNITY HEALTH
Long Term Disability Benefits
Claim #: 3840737

MS. SHAW

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Sincerely,

Corie Gillham
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4190

July 21, 2017

Dr. Dr Kishyinia

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Dr Kishyinia:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 21, 2016 through the present.

We ask that you provide this information by August 4, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Disability Claims Long Term Case Manager I
Phone No.: (800) 320-7585 Ext. 41433
Secure Fax No.: (603) 334-4190

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-4190

| | |
|---|---|
| Date: July 21, 2017 | |
| To: | DR DR KISHYINIA |
| Attn: | |
| Fax: | (831) 479-6940 |
| From: | Corie Gillham<br>Disability Claims Long Term Case Manager I<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4190 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

1/14/16 Shaw, Kimberley

| | | |
|---|---|---|
| T 97.7°F P 60 | R 16 | BP 112/64 oct 2016 |
| TB: Neg | CXR: Dominican chest xray SXR: Ø | |
| Compl | Inhal | Foods |
| Inter | Inter II | Sel Foods |
| Survey | Calif & Fds | Pedi/Multi |
| Other: | | |

#130GB - Rev 7/11

Lincoln/ Shaw 2926

154116 Shaw, Kimberley

| | | | |
|---|---|---|---|
| T 97.7 | P 61 | R 16 | BP 112/64 |
| TB: Neg | | CXR: Dominican chest x-ray | |
| | | SXR: Ø | |
| Compl | Inhal | Foods | |
| Inter | Inter II | Sel Foods | |
| Survey | Calif & Fds | Pedi/Multi | |
| Other: | | | |

[illegible]

11-17-16

5-3-16 CXR

CBC

11-18-16

#130GB - Rev 7/11

Lincoln/ Shaw 2927

DATE: 11/14 [illegible] BIRTH DATE:
REFERRED: Dr. Ling → Pulm [illegible] GEOGRAPHY: [illegible]
CC PCP Habach
recurring bronchitis

49 y/o m [illegible]

PI
Nose: Stuffy / Runny / Sneeze / PND / Sinus
Eyes: Itch / Watery
Ears: Plugged/Pop / Hearing / OM
Chest: Wheeze / Cough / Dyspnea / Exercise
Skin

Spring / Summer / Fall / Winter
AM/PM

Medicines Used: Ventolin HFA ~ 3-4x/day · today 2p [illegible]
Prednisone 2mg qd x4 days (tapering)
Advair 250/50 1p bid x 15 yrs
Spiriva 2p qd x 1 wk
Prozac 20 qd x 30 yrs
Singulair 10mg qd x 1 yr
Zyrtec 10mg qd x 5 days
Flonase 2/2 [illegible] x 4 days
gabapentin 600 tid (neuropathy x3 yrs)
Ranifiex 4mg prn (muscle spasm) x3 yrs
Ativan .5 prn [illegible]

Drug Allergy PCN ASA
Food Allergy Ø

Hospitalizations x gallbladder removed 2015
status asthmaticus 12/15
P.E. Jan 2016

Family 1 aunt has asthma
Father Ø
Mother Ø
Siblings 1 sister Ø A/AS
Children Ø

Habits x occ EtOH
Ø smoker.

Environment
Trees
Bedroom Carpet Wood
Other

ANIMALS out in BR
Cat
Dog x2 ✓ ✓

Lincoln/ Shaw 2928

As taper OTD
Ded - Add
Supp [illegible]

Cont 1y

SOB some w/
tight up [illegible]
[illegible] 1-2mo [illegible]
find yellow
1° [illegible]
[illegible]

[illegible] 60 - ADD cuts =>
OTD [illegible] back into it

Lot of [illegible]
Bones hurt
↓ strength
Still weak
1/2 [illegible]

[illegible]
Cancer of
[illegible]
S2 - [illegible]
[illegible]
small [illegible]

[illegible] [illegible] lost was 20ct =>
spots [illegible] yellow - Med 4/2y [illegible]
End 60ths => 2y [illegible] => 1 [illegible] more

[illegible] at Freebird
2yr
water floor
rain
thru lights

Here 2yr
[illegible] E Kimbell 3y
Before that [illegible]

# ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

## PULMONARY FUNCTION FLOW SHEET

Patient: Shaw Kimberly  Birth Date: ______

| Date | Age | Ht. | Wt. | FVC actual | FVC %pred | FEV1 actual | FEV1 %pred | FEV1/FVC% | FEF 25-75% actual | FEF 25-75% %pred | WPF | 02 Sat | BP | eNO | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/16 | 49 | 69 | 208 | 4.49 | 113 | 3.32 | 105 | .74 | 2.40 | 77 | 8.55/130 | 98% | 112/64 | 19 | BB-MD |
| 11/28/16 | 49 | / | 200 | 4.12 | 104 | 3.18 | 100 | .77 | 2.73 | 87 | 9.25/141 | 96% | 115/67 | 21 | [illegible] |
| 1/19/17 | 49 | | 206 | 4.27 | 108 | 3.24 | 102 | .76 | 2.62 | 84 | 9.69/148 | 98% | 116/73 | | Xolair MC |
| 2/16/17 | 49 | | 201 | 4.38 | 111 | 3.34 | 105 | .76 | 2.78 | 89 | 8.55/130 | 97% | 111/70 | | Xolair MC |
| 2/16/17 | | | | 4.21 | 106 | 3.25 | 103 | .77 | 2.87 | 92 | 7.99/122 | | | | post Xolair |
| 2/27/17 | 49 | | — | 4.50 | 114 | 3.44 | 109 | .76 | 2.86 | 92 | 8.92/136 | 96% | 116/75 | | [illegible] |
| 3/16/17 | 49 | | | 4.56 | 115 | 3.46 | 109 | .76 | 2.82 | 90 | 8.06/123 | 98% | 123/80 | | JC |
| 5/3/17 | 50 | | | 4.50 | 114 | 3.42 | 109 | .76 | 2.76 | 89 | 9.39/144 | 97% | 122/87 | | LT |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Form 1

**Lincoln/ Shaw 2930**

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

Arthur A. Biedermann, M.D. James D. Wolfe, M.D. Alan B. Goldsobel, M.D.
Robert T. Torrano, M.D. Toby Levenson, M.D. Jeffrey L. Kishiyama, M.D. Roxanne S. Leung, M.D.

Patient Name: Kimberly Shaw DOE ate: 11/14/16

**TREES:**

| | | P/P | ID |
|---|---|---|---|
| 1-1 | Oak (mix) | | |
| 2 | Walnut (mix) | | |
| 3 | Olive | | |
| 4 | Ash | | |
| 5 | Privet | | |
| 6 | Acacia (mix) | | |
| 7 | Mulberry | | |
| 8 | Elm (American) | | |
| 9 | Elm (Fallblooming) | | |
| 10 | Birch | | |
| 2-1 | Alder | | |
| 2 | Cottonwood | | |
| 3 | Willow | | |
| 4 | Maple | | |
| 5 | Box Elder | | |
| 6 | Sycamore | – | |
| 7 | Pepper Tree | | |
| 8 | Pine (mix) | | |
| 9 | Juniper | | |
| 10 | Cedar | | |
| 3-1 | Sweet Gum | | |
| 2 | Eucalyptus | | |

**GRASSES:**

| | | P/P | ID |
|---|---|---|---|
| 3 | Bermuda | | |
| 4 | June (Kentucky) | | |
| 5 | Brome | | |
| 6 | Cultivated Oat | | |
| 7 | Meadow Fescue | | |
| 8 | Red Top | | |
| 9 | Perennial Rye | | |
| 10 | Timothy | | |
| 4-1 | Johnson | | |

**WEEDS:**

| | | P/P | ID |
|---|---|---|---|
| 2 | Sage (mix) | | |
| 3 | Nettle | – | |
| 4 | Mugwort | | |
| 5 | Western Ragweed | | |
| 6 | False Ragweed | – | |
| 7 | Cocklebur | – | |
| 8 | Marshelder | | |
| 9 | Russian Thistle | | |
| 10 | Atriplex (Scale) | | |
| 5-1 | Lamb's Quarters | – | |
| 2 | Pigweed (Redroot) | | |
| 3 | Palmer's Amaranth | | |
| 4 | Sheep Sorrel | | |
| 5 | Yellow Dock | | |
| 6 | English Plantain | | |
| 7 | Hemp | | |
| 8 | Mustard | | |

**PERENNIALS:**

| | | P/P | ID |
|---|---|---|---|
| ~~9~~ | ~~House Dust~~ | | |
| 10 | Dust Mite (f) | | |
| 6-1 | Dust Mite (p) | | |
| 2 | Cat (Hair) | | |
| 3 | Dog | | |
| 4 | Horse | | |
| 5 | Rabbit | | |
| 6 | Guinea Pig | – | |
| 7 | Hamster | | |
| 8 | Cockroach (mix) | | |
| 9 | Control 3 | – | — |
| 10 | Histamine | | |
| 7-1 | Feather (Chicken) | – | |
| 2 | Feather (mix) | – | — |
| 3 | Tobacco | – | |

**MOLDS:**

| | | P/P | ID |
|---|---|---|---|
| 4 | Dematiaceae | – | |
| 5 | Alternaria | – | |
| 6 | Hormodendrum | – | |
| 7 | Helminthosporium | – | |
| 8 | Aspergillus | – | |
| 9 | Aspergillus Fumigatus | – | |
| 10 | Penicillium Mold | – | |
| 8-1 | Curvularia | – | |
| 2 | Candida Albicans | – | |
| 3 | Paecilomyces | – | |
| 4 | Botrytis | – | |
| 5 | Trichophyton | – | |
| 6 | Fusarium | – | |
| 7 | Chaetomium | – | |
| 8 | Phycomycetes | – | |
| 9 | Rhizopus | – | |
| 10 | Mycogone | – | |

**INTRADERMALS:**

| | |
|---|---|
| Tree Mix | |
| Grass Mix | |
| Weed Mix | |
| Mold Mix 2 | — |

BB
P/P Applied By

BB
ID Applied By

BB
P/P Read By

BB
ID Read By

**Lincoln/ Shaw 2931**

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
WHITNEY M. RASSBACH, M.D.
KRISTI M. ANNECONE, F.N.P.
CARRIE A. KAUFMANN, P.N.P.-B.C.
KINGA P. OLSON, F.N.P.-C.

MINORU YAMATE, M.D.
*FOUNDER*

December 28, 2016

Andrea Ling, M.D.
700 Frederick Street, Ste. 203
Santa Cruz, CA 95062

RE: Kimberly ("Kim") SHAW
DOB:

Dear Andrea,

I saw Ms. Kimberly Shaw, a 49-year-old pulmonary coordinator at Dominican Hospital, at your kind request on November 14 and November 28, 2016 for allergy evaluation. The patient came to the office with her female married partner who was helpful in providing part of the history for the patient.

Pertinent findings at the initial PHYSICAL EXAMINATION included normal vital signs, an excessive weight of 208 pounds on a 69-inch frame, a mild leftward septal deflection, a small perforation in the mid-septum and mild polyps in both middle meatii on anterior rhinoscopy and a normal chest examination except for a mild wet-sounding cough.

SKIN TESTS to an extensive battery of inhalant allergens revealed prominent reactivity to oak, olive, ash, elm, birch, alder and grasses. There was mild to moderate reactivity to weeds, dust mite, cat and dog dander. Skin tests to molds were found to be negative.

PULMONARY FUNCTION TESTS revealed a normal vital capacity and $FEV_1$; the mid-flow rate was mildly reduced at 87% of predicted. Pulse oximetry revealed an $O_2$ sat of 99%.

An eNO level (exhaled fraction of nitric oxide) was found to be normal at 21 ppb.

Blood laboratory studies obtained on November 16, 2016 included a normal CBC without significant eosinophilia, normal quantitative immunoglobulins except for a mildly reduced IgG of 619, a normal IgE of 24, 1 of 14 pneumococcal serotypes in the low seroprotective range and negative IgG and IgE antibodies to Stachybotrys.

Previous blood laboratory studies obtained by yourself on August 31, 2016 included a normal sed rate of 11, a normal CRP of 2.5, a negative rheumatoid factor and negative ANA.

Chest x-rays obtained on March 3 and October 5, 2016 were found to be normal.

A CT scan of the sinuses obtained on November 18, 2016 was reviewed and found to be normal except for minimal thickening at the base of the right maxillary sinus and a mild leftward septal deflection. There was no evidence of previous endoscopic sinus surgery. A CT scan of the chest obtained on November 18, 2016 and a high resolution CT scan of the chest obtained on December 12, 2016 were reviewed and found to be completely normal.

MOORPARK OFFICE: 4050 MOORPARK AVENUE, SAN JOSE, CALIFORNIA 95117-1840 TELEPHONE (408) 243-2700 FAX (408) 984-1594
BLOSSOM HILL OFFICE: 393 BLOSSOM HILL ROAD, SUITE 315, SAN JOSE, CALIFORNIA 95123-1654 TELEPHONE (408) 281-7400 FAX (408) 281-2443
REGIONAL OFFICE: 200 JOSE FIGUERES AVENUE, SUITE 470, SAN JOSE CALIFORNIA 95116-1593 TELEPHONE (408) 254-0300 FAX (408) 254-2300
GILROY OFFICE: 9360 NO NAME UNO, SUITE 250, GILROY, CALIFORNIA 95020-3535 TELEPHONE (408) 848-1800 FAX (408) 848-1840
SANTA CRUZ OFFICE: 3329 MISSION DRIVE, SANTA CRUZ, CALIFORNIA 95065-1827 TELEPHONE (831) 479-6933 FAX (831) 479-6940
FREMONT OFFICE: 2287 MOWRY AVENUE, SUITE E, FREMONT, CALIFORNIA 94538-1622 TELEPHONE (510) 797-5555 FAX (510) 797-5596
MOUNTAIN VIEW OFFICE: 285 SOUTH DRIVE, SUITE 1, MOUNTAIN VIEW, CALIFORNIA 94040-4318 TELEPHONE (650) 210-9292 FAX (650) 968-1632
MONTEREY OFFICE: 337 EL DORADO STREET, SUITE A-1, MONTEREY, CA 93940-4638 TELEPHONE (831) 649-4044 FAX (831) 649-6340
RESEARCH CENTER: 4050 MOORPARK AVENUE, SUITE 6, SAN JOSE, CALIFORNIA 95117-1840 TELEPHONE (408) 553-0709 FAX (408) 553-0757

6. Blood laboratory studies revealed a mild decrease in IgG and, except for one mildly elevated pneumococcal serotype, no evidence of immunity to Strep pneumoniae despite the fact that the patient indicated that she previously was treated with Pneumovax.

RECOMMENDATIONS: I had a long discussion with the patient about the fact that her frequent pulmonary symptoms and need for numerous medications including repeated courses of prednisone are out of proportion to the current normal chest examination, normal spirometric indices and normal eNO level. I suspect that the patient's underlying heightened level of anxiety and depression for which she is being treated with Xanax and Prozac is contributing in a major way to her chronic pulmonary symptoms. Although the patient has been concerned that exposure to possible mold in the workplace as a consequence of a water leak may be contributing to her symptoms, I doubt this is the case given the negative skin tests to molds and negative immunologic studies to Stachybotrys.

I asked the patient to continue Advair 250/50 one spray b.i.d., Spiriva one spray q.d., Singulair 10 mg q.d. and albuterol on an as-needed rather than regular basis. Also, I asked the patient to continue Flonase and Zyrtec on an as-needed or regular basis for relief of the upper airway symptoms. Additionally, I understand that the patient is continuing to taper off prednisone per your schedule. When I saw the patient at the follow-up visit on November 28, 2016, she was on prednisone one mg q.d.

In view of the normal CT scan of the sinuses and normal high resolution CT of the chest, I indicated to the patient that there is no role at this time for a prolonged course of antibiotics.

Preventative dust and dog dander control measures were discussed with the patient and her partner. In an attempt to decrease the contribution of inhalant allergy to the chronic nasopulmonary disorder, a course of allergy immunotherapy will be instituted. I see from your notes that you raised the possibility of use of biologic agents including Xolair and Nucala. However, at this time the low IgE level is below the minimum level of 30 kU/L required by insurance companies to administer Xolair. Additionally, the patient does not have evidence of significant peripheral eosinophilia that is a requirement for use of IL5 antibodies such as Nucala. However, since prednisone may be contributing to both a low IgE level and normal eosinophil count, these studies will be repeated several weeks after prednisone is eventually discontinued. If the patient is noted to have a higher IgE level and/or evidence of peripheral eosinophilia off prednisone, consideration will be given to use of one of the latter biologics.

After the patient comes off prednisone, she will be immunized with Pneumovax and repeat pneumococcal serotypes will be obtained one month thereafter to assess the humoral arm of the immune system.

The patient was scheduled for a follow-up visit in one month.

Best regards,

James D. Wolfe, M.D.

JDW:jk

cc: Carol Haubach, M.D.

# Santa Cruz

EMERGENCY VISIT NAME: Kim Shaw #54379 HEIGHT: _____in. WEIGHT: ____lbs

DATE: 2/16/17

5:15 pm pt voiced ↓ SOB and cough lessened - very minimal to none

5:20 - pt noted that she still has scratchy throat c̄ mild tingling, numbness of tongue. Continues to deny itching of injection sites. me

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | |
| Time | 5:15 | 5:20 | 5:34 | 5:38 | | | |
| Pulse | 97 | 92 | 79 | 77 | | | |
| Respir. Rate | | | | | | | |
| Blood Pressure | 142/80 | 143/81 | 130/91 | 134/76 | | | |
| 02 Sat | 98% | 98% | 96% | 97% | | | |
| 02 (Liters) | | | | | | | |
| Wheeze | | | | | | | |
| | | | | | | | |
| Epinephrine | | | | | | | |
| Albuter./Atrovent | | | | | | | |
| D5/00.2% NaCL | | | | | | | |
| Aminophylline | | | | | | | |
| Solu-Medrol | | | | | | | |
| Prednisone | | | | 40 mg | | | |
| Antihistamine | | | | | | | |
| Sus-Phrine | | | | | | | |
| | | | | | | | |

5:38 pt released by MD to self and spouse. me

Stable on D/C

See next page

4-6 Shot Reaction Visit Santa Cruz

Lincoln/ Shaw 2934

# Santa Cruz

**EMERGENCY VISIT** NAME: Kim Shaw #54379 HEIGHT: _____ in. WEIGHT: _____ lbs

DATE: 2/16/17

↑ cough Dry
↑ mild itchy throat - tingling @ 30 minutes.. Cough

Xolair 300 mg given @ 3:25pm - started c̄ S/s - mild chest tightness, mild SOB, coughing c̄ wheezing. New S/s - had no problems prior to injections. Intermittent lightheadedness now.
(−) generalized pruritus
(−) Mod sx
⊘ beta blockers
⊘ DM Med

Meds
Advair 250/50 1p bid
Spiriva 1.25 2p qd
Zyrtec 10mg ↑ qd
Singulair 10mg ↑ qd
Flonase 2/2 qd
Gabapentin 600mg ti
Cymbalta 60mg ↑ qd
Zanaflex q hs prn
Trazadone 50mg prn

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | |
| Time | 4:28pm | 4:36pm | 440pm | 445pm | 455pm | 505pm | 510pm |
| Pulse | 81 | 79 | | 91 | | 93 | |
| Respir. Rate | | | | | | | |
| Blood Pressure | 133/79 | 144/78 | | 115/79 | 124/75 | 120/74 | 128/79 |
| 02 Sat | 96% | 97% | | 97% | 98% | 98% | 97% |
| 02 (Liters) | | | | | | | |
| Wheeze | | | | | | | |
| | | | | | Tylenol 500mg MC | | |
| Epinephrine | | | | | ii po | | .30mL IM |
| Albuter./Atrovent | | | Albuterol neb tx MC | | | | L) deltoid MC |
| D5/00.2% NaCL | | | | | | | |
| Aminophylline | | | | | | | |
| Solu-Medrol | | | | | | | |
| Prednisone | | | | | | | Claritin 10mg po |
| Antihistamine | | | | | | | Hydroxyzine po |
| Sus-Phrine | | | | | | | 25mg/12.5mL MC |
| | | | | | | | |

A/P ① acute paroxysmal cough ? Xolair
Possible hypersensitivity rxn, although atypically she has had no skin sx, pruritus, erythema, hives.
However did not respond to albut but ++ [illegible] response to epi + antihistamine
Pt warned of possible relapse later and even worsening over next few days if true hypersensitivity to Xolair.
Overall still some question as to nature of rxn

4-6 Shot Reaction Visit Santa Cruz

Lincoln/ Shaw 2935

Shaw, Kimberly

11-28-16

Re Eval of AS/Sinusitis

R. 60

C/O: pt is here for a F/U
⊕ s/s to report
Finished pred taper Sat 11/26/16

Meds

Pred Img last ~~week~~ Sat
Ventolin HFA 2p 3x/wk
advair 250/50 ↓p bid
Spiriva 2p qd
prozac 20 qd
singulair 10 qd
Zyrtec 10 ↓qd
Flonase 2/2 qd
gabapentin 600 TID
Xanaflex 4 prn
ativan 0.5 prn

[illegible]

Lincoln/ Shaw 2936

DOB

Shaw Kimberly

3/16/17

Referral AR. AS - transfer of care

denies probs today
"symptoms controlled c current meds"

Asthma skills

last Xolair 2/16/17 → [illegible] cough/[illegible]
did not need [illegible]
did [illegible] xqd [illegible]

(Hx hospital 12/15 for ① Asthma ② PE)
(2x)

∅ other [illegible]

prior [illegible] ER [illegible] ~2006
[illegible] Asthma [illegible]
only [illegible] infections; [illegible] pneumonia '16 ?. [illegible]
recur [illegible] 2016, [illegible]
[illegible]
[illegible]

A/P ① not-severe persist Asthma c Severe [illegible], PFA, [illegible]
[illegible] + Xolair, [illegible]
② recur bronchit [illegible] yr, [illegible]
③ hx PE [illegible]
④ CT [illegible], CT sinus [illegible]
If not [illegible] ?

Xolair - 2x's and D/c'd
Ventolin [illegible]
- Advair 250/50 1 P bid
- Spiriva 1.25 2 P qd
Flonase 2/2 qd
Singulair 10 qd
Zyrtec qd
Cymbalta 60 qd
Gabapentin 600 tid
Zanaflex PRN for sleep
Calcium qd
Probiotics qd

PSH
LS disc dz
[illegible]
depression

[illegible]
and Xolair

Lincoln/ Shaw 2937

Shaw, Kimberly

2-27-17

**Sts**

Ø cough
Ø SOB
Ø wheeze
Ø chest tightness
runny nose
PND occ
Ø sinus pressure
HA since Saturday

sleep fine

**Med**

Ø Pred on Friday
Ventolin on hand last use ~~4 days~~ ago
Advair 250 i p BID
Spiriva 1.25 2p QD
Flonase 2/2 QD
Singulair 10 QD
Zyrtec QD
Cymbalta 60 QD
Gabapentin QD
Xaniflex last use last night
Ca QD
Probiotic QD

[illegible]

Lincoln/ Shaw 2938

5-3-17
SX
Asthma "great" but other body sx
Body pain
very joint aches.
Muscles fatigued
Bone pain burning
PND x 3wks
Had a start of migraine
- meds helped turn it around
Getting over H pylori - 10 days
of Rx.

Rx
Advair 250/50 T p BID
Ventolin X2wks
Spiriva 1.25 QD
Gabapentin 900mg tid
Flonase 2/2 QD
Singulair 10mg QD
Zyrtec 10mg QD
Cymbalta 60 QD
Xanaflex prn
Calcium QD
Probiotics QD
Tramadole prn

[illegible]

Please ask your doctor to affix this sticker to your file.
Total ACT™ score 25
Date: 5/3/17

[illegible]
If [illegible] are [illegible] will [illegible]
[illegible] hold [illegible]
① [illegible] back up [illegible]
② [illegible]
③ [illegible]

Lincoln/ Shaw 2939

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-4190

| | |
|---|---|
| Date: | July 21, 2017 |
| To: | DOCTOR CHEN<br>528 CAPITOLA AVENUE<br>CAPITOLA CA 95010 |
| Attn: | |
| Fax: | (831) 465-1693 |
| From: | Corie Gillham<br>Disability Claims Long Term Case Manager I<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4190 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4190

July 21, 2017

Doctor Chen
528 CAPITOLA AVENUE
CAPITOLA, CA 95010

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Doctor Chen:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 21, 2017 through the present.

We ask that you provide this information by August 4, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Disability Claims Long Term Case Manager I
Phone No.: (800) 320-7585 Ext. 41433
Secure Fax No.: (603) 334-4190

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-4190

| | |
|---|---|
| Date: | July 21, 2017 |
| To: | DR DR KISHYINIA |
| Attn: | |
| Fax: | (831) 479-6940 |
| From: | Corie Gillham<br>Disability Claims Long Term Case Manager I<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4190 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4190

July 21, 2017

Dr. Dr Kishyinia

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Dr Kishyinia:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 21, 2016 through the present.

We ask that you provide this information by August 4, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Disability Claims Long Term Case Manager I
Phone No.: (800) 320-7585 Ext. 41433
Secure Fax No.: (603) 334-4190

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-4190

| | |
|---|---|
| Date: | July 21, 2017 |
| To: | DR. ANDREA LING |
| Attn: | |
| Fax: | (831) 423-7579 |
| From: | Corie Gillham<br>Disability Claims Long Term Case Manager I<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-4190 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3840737<br>Claimant: Kimberly Shaw<br><br>Dignity Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/ Shaw 2944**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-4190

July 21, 2017

Dr. Andrea Ling

RE: Long Term Disability (LTD) Benefits
Dignity Health
Claim #: 3840737
Claimant: Kimberly Shaw
Claimant D.O.B.:

Dear Dr. Andrea Ling:

We are the Disability Claim Administrator for your patient, Kimberly Shaw.

To evaluate Ms. Shaw's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 21, 2016 through the present.

We ask that you provide this information by August 4, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4190 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corie Gillham
Disability Claims Long Term Case Manager I
Phone No.: (800) 320-7585 Ext. 41433
Secure Fax No.: (603) 334-4190

Message | Kimberly Shaw JD.pdf (516 KB)

**From:** Gillham, Corie [mailto:CORIE.GILLHAM@LibertyMutual.com]
**Sent:** Thursday, July 20, 2017 11:48 AM
**To:** HRServiceCenter <HRServiceCenter@Dignityhealth.org>
**Subject:** Kimberly Shaw, Employee ID: 179278, LTD: 3840737

Dignityhealth.org made the following annotations
---------------------------------------------------------------------
STOP, THINK, READ. This is an external email. Exercise extra caution responding to it, opening attachments and following links.
---------------------------------------------------------------------

Hello I am handing a Long term Disability (LTD) claim for Kimberly and need the following information to process LTD benefits. Please complete and send back at your earliest convenience. Thank you!

Employee: Kimberly Shaw
Employee #: 179278

Date of Hire: 10/12/2009 = Original; Termed 12/22/2011; Rehired 8/26/2014

Please provide a 3 year history of the employee's LTD coverage percentage(s) and effective date(s) of coverage: 60% Coverage from 10/1/2014 to current

Physical Last Day Worked: 12/23/15

Weekly or bi-weekly scheduled hours: 72 hours bi-weekly

Date of fulltime Return to Work (if applicable): 2/28/16

Date of termination (if applicable): Still Employed
Hourly wages or Yearly Salary: $52.8390/hour
Phone number: 831-600-5145
Job Title/position and job description: CLINICAL COORDINATOR PULMONARY/ PULMONARY FUNCTION TCHNLGST-SR
Name of employee's workplace facility: Dominican Hospital Santa Cruz
Location code: 253-DHSC

A screenshot of the Employee file with the Pay tab displayed confirming the employee's Rate of Pay and annual hours effective xx/xx/xxxx. (day before DOD)

Date of termination (if applicable): Still Employed
Hourly wages or Yearly Salary: $52.8390/hour
Phone number: 831-600-5145
Job Title/position and job description: CLINICAL COORDINATOR PULMONARY/ PULMONARY FUNCTION TCHNLGST-SR
Name of employee's workplace facility: Dominican Hospital Santa Cruz
Location code: 253-DHSC

A screenshot of the Employee file with the Pay tab displayed confirming the employee's Rate of Pay and annual hours effective xx/xx/xxxx. (day before DOD)

**Current Pay/Hours Analysis Screen shot**

| | | | | |
|---|---|---|---|---|
| Employee | SHAW, KIMBERLY | | | |
| Position Level | 1 | | | |
| Salary Class | Hourly | | | |
| Rate of Pay | | 52.8390 | USD | Dollars |
| Annual Hours | 2080.0000 | | | |
| Daily Scheduled Hours | | | | |
| FTE | .900000 | | | |
| Prorated Salary | | 98914.61 | | Dollars |
| Total Prorated Salary | | 98914.61 | | Dollars |
| Job Code | 11899793 | PULMONARY FUNCTION TCHNLGST-SR | | |

**Pay History Screen Shot**

Employee [illegible] SHAW, KIMBERLY

| Effective | Rate |
|---|---|
| 10/16/2016 | 52.8390 |
| 06/28/2015 | 51.5000 |

**Lincoln/ Shaw 2947**

| | |
|---|---|
| Position Title: | Clinical Coordinator Pulmonary<br>253-75932-LIFESTYLE MANAGEMENT |
| Creation Date: | May 20, 2014 03:27:52pm |
| Last Updated: | Aug 04, 2014 01:18:24pm |
| Position Code: | 253-24361-75932 Aug 04, 2014 01:18:24pm up to present |
| Department: | 253-75932-LIFESTYLE MANAGEMENT |
| FLSA Exempt Status: | Non Exempt |
| Job Summary: | Under the direction of the Center for Lifestyle Management (CLM) Manager, the Pulmonary Clinical Coordinator (PCC) is responsible for coordinating, implementing and maintaining all clinical pulmonary services provided by the CLM including the Pulmonary Rehabilitation and Asthma Management services. Responsible for overseeing patient assessment, case management, behavior modification, education, exercise prescription/progression, and staffing in all phases of the programs. The PCC collaborates with the multi-disciplinary team to provide comprehensive disease management for individuals with chronic pulmonary disease. The PCC serves as a Respiratory Therapist on the Lifestyle Management Team and participates in clinical and program decisions made by the Lifestyle Management Team. The PCC also provides quality respiratory care services including routine and complex diagnostic and therapeutic procedures designed to evaluate, stabilize, prevent or remedy patient cardiopulmonary problems. The PCC works closely with the CLM Manager in program design, development, implementation and evaluation. Provides care for children/infants, adolescents, adults and geriatric populations. The PCC works closely with the Pulmonary Rehabilitation medical director to develop program decisions and the review of patient care/progress. |
| Require Patient Population tab: | Yes |

**SPECIFICATIONS**

| Description | Minimum Required | Preferred / Desired |
|---|---|---|
| **Experience** | | |
| | • Two years experience required in pulmonary rehabilitation, including exercise training, patient education and case management.<br>• Demonstrated clinical competence in pulmonary disease with a minimum of two years experience in lifestyle management, case management, and exercise training, physiology, prescription and supervision for pulmonary patients.<br>• Demonstrated effective teaching (individual and group), communication, and behavior modification skills.<br>• Demonstrated computer skills/competence including Microsoft Word, Excel and developing forms and templates.<br>• Ability to develop professional audio-visuals using a variety of tools, such as Power Point, and/or other graphics software, and LCD projector. | |

**Education**

**Training**

**Special Skills**

- Current California Respiratory Care Practitioner (RCP) License
- Current CPR certification
- Current ACLS certification
- Registered Respiratory Therapist (RRT)
- Certified Pulmonary Function Therapist (CPFT)
- Certified Asthma Educator (AE-C)

**Licensure**

- Current California Respiratory Care Practitioner (RCP) License
- Current CPR certification
- Current ACLS certification
- Registered Respiratory Therapist (RRT)
- Certified Pulmonary Function Therapist (CPFT)
- Certified Asthma Educator (AE-C)

CT ACLS, CT CPRBLS, CT RCP

RG RRT

**Reporting Relationships**

Does this position formally supervise employees? Yes

*If set to YES, then this position has the authority (delegated) to hire, terminate, discipline, promote or effectively recommend such to manager.*

**WORK ENVIRONMENT**

| **Functional Demands** | Patient Handler |
|---|---|

| **Label** | **Short Description** | **Full Description** |
|---|---|---|
| Sedentary | Minimal Exertion | [Occasional 0-33% / 10 lbs] [Frequent 34-66% / Negligible Load] [Constant 67%-100% / Negligible Load] |
| Light | Light Exertion | [Occasional 0-33% / 20 lbs] [Frequent 34-66% / 10 lbs] [Constant 67%-100% / Negligible Load] |
| Medium | Moderate Exertion | [Occasional 0-33% / 51 lbs] [Frequent 34-66% / 20 lbs] [Constant 67%-100% / 10 lbs] |
| Patient Handler | Patient Handler | [Occasional 0-33% / 35 lbs] [Frequent 34-66% / 20 lbs] [Constant 67%-100% / 10 lbs] |
| Not in LPMH | Not in LPMH | Functional Demands are not being tracked in the LPMH system |

**Activity Level Throughout Workday**

| **Physical Activity Requirements** | **Occasional (0-35% of day)** | **Frequent (36-66% of day)** | **Continuous (67-100% of day)** | **Not Applicable** |
|---|---|---|---|---|
| Sitting | | X | | |
| Standing | X | | | |
| Walking | X | | | |
| Climbing (e.g., stairs or ladders) | X | | | |
| Lifting - Floor to waist level | 10 lbs. | 0 lbs. | 0 lbs. | |
| Lifting - Waist level and above | 0 lbs. | 0 lbs. | 0 lbs. | |
| Carry objects | X | | | |
| Push/Pull | X | | | |
| Twisting | X | | | |
| Bending | X | | | |
| Reaching forward | X | | | |
| Reaching overhead | X | | | |
| Squat/kneel/crawl | X | | | |
| Wrist position deviation | | X | | |
| Pinching/fine motor activities | | X | | |

| | | |
|---|---|---|
| Keyboard use/repetitive motion | X | |
| Taste or Smell | X | |
| Talk or Hear | | X |

**Sensory Requirements**

| | Minimal | Moderate | Accurate | Not Applicable |
|---|---|---|---|---|
| Depth perception | | X | | |
| Hearing | | | X | |

| | Yes | No | Not Applicable |
|---|---|---|---|
| Color Discrimination | | X | |

| | Accurate 20/40 | Very Accurate 20/20 | Not Applicable |
|---|---|---|---|
| Near Vision | X | | |
| Far Vision | X | | |

**Environment Requirements**

| **Occupational Exposure Risk Potential** | **Reasonably Anticipated** | **Not Anticipated** |
|---|---|---|
| Bloodborne pathogens | | X |
| Chemical | | X |
| Airborne communicable diseases | | X |
| Extreme temperatures | | X |
| Radiation | | X |
| Uneven surfaces or elevations | | X |
| Extreme noise levels | | X |
| Dust/particular matter | | X |
| Usual workday hours | 8 | |
| Other (List) | 0 | |

**JOB STANDARDS**

Total Weight 70%

| **Job Standards** | | **Weight** |
|---|---|---|
| 1. | ESSENTIAL DUTIES AND RESPONSIBILITIES | 70.0% |

| | **Performance Expectations** |
|---|---|
| 1.1 | Utilizes the AIDET principle to communicate with others, with a focus on patients and their families.<br>• Acknowledge Introduce Explain Duration Thank |
| 1.2 | Oversees scheduling of pulmonary clinical staff adequately and cost-effectively for pulmonary services. |
| 1.3 | Oversees all aspects of the pulmonary education classes, scheduling class content, professional and quality presentations, outlines and evaluations. |
| 1.4 | Responsible for reporting accurate biweekly statistics and billing all services accurately. |
| 1.5 | Conducts clinical team meetings on a regular basis to review current case load. |
| 1.6 | Responsible for designating/delegating specific functions, assignments and tasks to appropriate pulmonary team members and tracking projects and job assignments. |
| 1.7 | Assists Program Manager with performance evaluations, counseling, discipline, creating positive leadership, and promoting professional behavior and collaboration for the pulmonary team members. |
| 1.8 | Participates in overseeing facility cleanliness, gym temperature and pulmonary clinical supplies. |
| 1.9 | Oversees all aspects of the bi-monthly Better Breather's Support Group. |
| 1.10 | Accurately assesses pulmonary clients' status and documents on appropriate forms. |
| 1.11 | Responsible for developing, overseeing and implementing an appropriate, comprehensive case management and treatment plan for pulmonary/asthma patients based on assessment and follows the NAEPP guidelines. |
| 1.12 | Adjusts treatment plans in accordance with established protocols, co-morbidities, client goals/ needs, medical history, and current "best practice." |
| 1.13 | Directs the education process of clients and their families regarding their disease, process, progress, and treatment plan. |
| 1.14 | Provides individual pulmonary health education and training to pulmonary clients and their families as needed. |

| | |
|---|---|
| 1.15 | Understands, implements and oversees behavior modification techniques. |
| 1.16 | Oversees and directs supervised exercise sessions for pulmonary clients. |
| 1.17 | Recognizes abnormal signs/symptoms and appropriately responds according to established protocols. |
| 1.18 | Keeps accurate patient medical records and timely entry of data entry in electronic chart. |
| 1.19 | Oversees instruction to patients on proper use and safety precautions on exercise equipment. |
| 1.20 | Accurately documents/reports patient progress/problems with appropriate staff, services and physicians and in a timely manner. |
| 1.21 | Oversees follow-up for all pulmonary clients. |
| 1.22 | Oversees all aspects of the Pulmonary Maintenance Program. |
| 1.23 | Oversees accurate completion of third party payers documentation. |
| 1.24 | Participates with medical director in discussing/reviewing clinical issues as needed. |
| 1.25 | Maintains an emergency resuscitation cart for area including a system of checking cart and insuring that all equipment is maintained and medications current. |
| 1.26 | Assists in the development of policies, procedures and processes for the Lifestyle Management Programs. |
| 1.27 | Keeps CLM Manager informed and reports on processes, problems, staffing, and other issues in a timely manner. |
| 1.28 | Responsible for Pulmonary Rehab Program Certification including gathering appropriate information for submission to AACVPR.<br>• Understands and implements accurate clinical data entry for outcome measurements. |
| 1.29 | Demonstrates professional and timely communication skills utilizing emails, meetings, reports. |
| 1.30 | Actively participates in all staff/clinical meetings. |
| 1.31 | Initiates and tracks pulmonary clinical process improvement activities. |
| 1.32 | Responsible for maintaining work schedule on department scheduling software. |
| 1.33 | Has met and completed all initital and annual compentency validations as required by position. |

**PATIENT POPULATION JOB STANDARDS** Not Weighted

**Patient Population Section**

Data in the Organizational Population section defines all recognized groups serviced by the organization. Not all positions will have contact with all recognized groups. (i.e. A Pediatrics Nurse may not have contact with Geriatric patients) There is an option for the manager, during an employee's performance appraisal, to indicate that the employee being evaluated does not have contact with one or more of the organizationally recognized groups.

| **Patient Population** | |
|---|---|
| Description | This section identifies population-specific competencies defined by the organization. This includes patient population aspects such as family, religion/spirituality, ethnicity, education, language spoken, socioeconomic status, gender, and age-specific care. Not all positions will have clinical contact with all populations (e.g.: clinicians working in a SNF will not have contact with pediatric patients). Select the appropriate response under patient population and frequency.<br><br>To show competence in treat our diverse and vulnerable patient populations, the employee:<br><br>* Incorporates cultural, spiritual, ethnic , and other factors into assessment, care, and teaching of patients<br><br>* Integrates cultural awareness and sensitivity into all patient care interventions and interactions<br><br>* Demonstrates both clinical and communication skill in providing age-related care<br><br>Assessment and Care Delivery/Service: Assesses data and provides patient population specific care. A "Yes" in the "Patient Contact" column below validates that the employee has successfully demonstrated competency in providing patient care, treatment, or services to the following populations: |

| **Performance Expectations** | **Patient Contact** | **Frequency** |
|---|---|---|
| Diverse ethnic and cultural groups | Yes | Regularly |

| | | |
|---|---|---|
| Non-English speaking and those who need other translation services (sign language, etc.) | Yes | Regularly |
| Poor, disenfranchised, and/or vulnerable | Yes | Regularly |
| Dying | Yes | Regularly |
| Bariatric | Yes | Regularly |
| Childbearing | Yes | Regularly |
| Those with psycho-emotional pathology or disorders | Yes | Regularly |
| Geriatric | Yes | Regularly |
| Adult | Yes | Regularly |
| Adolescent | Yes | Regularly |
| Pediatric | Yes | Regularly |

**ORG. STANDARDS** Total Weight 30%

| **Job Standards** | | **Weight** |
|---|---|---|
| 1. | **Dignity Health Values** | 4.50% |

| **Performance Expectations** | |
|---|---|
| 1.1 | **Dignity** - Respecting the inherent value and worth of each person.<br><br>**Justice** - Advocating for social change and acting in ways that promote respect for all persons and demonstrate compassion for our sisters and brothers who are powerless.<br><br>**Stewardship** - Cultivating the resources entrusted to us to promote healing and wholeness.<br><br>**Collaboration** - Working together with people who support common values and vision to achieve shared goals.<br><br>**Excellence** - Exceeding expectations through teamwork and innovation |

| **Job Standards** | | **Weight** |
|---|---|---|
| 2. | **Teamwork**<br>The employee consistently demonstrates the understanding and practice of the general standard listed below: | 4.40% |

| **Performance Expectations** | |
|---|---|
| 2.1 | Consistently and positively communicates and collaborates with colleagues, supervisor, and customers (internal and external).<br>Communicates collaboratively in situations involving conflict so the conflict de-escalates and is resolved. |

| **Job Standards** | | **Weight** |
|---|---|---|
| 3. | **Time Management and Reliability**<br>The employee consistently demonstrates the understanding and practice of the general standard listed below: | 4.40% |

| **Performance Expectations** | |
|---|---|
| 3.1 | Efficiently and independently plans time to accomplish job duties within departmental standards.<br>Employee is punctual, meets deadlines, initiates and follows through on tasks, and needs little supervision. |

| Job Standards | | Weight |
|---|---|---|
| 4. | **Behavioral Standards and Customer Service**<br>The employee consistently demonstrates the understanding and practice of the general standard listed below: | 4.40% |

| Performance Expectations | |
|---|---|
| 4.1 | Meets or exceeds behavioral standards to work effectively with internal and external customers.<br>Is professional and courteous in all situations.<br>Anticipates needs of others and works to fulfull them.<br>Listens respectfully and carefully, demonstrating flexibility in working with others. |

| Job Standards | | Weight |
|---|---|---|
| 5. | **Embracing Diversity**<br>The employee consistently demonstrates the understanding and practice of the general standard listed below: | 4.40% |

| Performance Expectations | |
|---|---|
| 5.1 | Demonstrates sensitivity to people of different cultures and works effectively with them. |

| Job Standards | | Weight |
|---|---|---|
| 6. | **Policy and Regulatory Compliance** | 4.40% |

| Performance Expectations | |
|---|---|
| 6.1 | **Attendance and Timekeeping**<br>Meets attendance standards, and uses timekeeping system accurately and consistently. |
| 6.2 | **Qualifications**<br>As required, updates license, certifications, competencies, employee health (ppd, fit testing, etc.) and other job-related qualifications |
| 6.3 | **HIPAA**<br>Maintains current knowledge of and consistently follows HIPAA requirements to insure privacy |
| 6.4 | **Safety and Disaster Preparedness**<br>Follows safety and disaster-related policies and procedures, actively participating in training and drills to maintain knowledge.<br>Completes Safety quiz annually. |
| 6.5 | **Compliance**<br>Demonstrates adherence to Standards of Conduct<br>Completes and turns in standards of conduct asknowledgement card<br>Fulfills compliance requirements as directed by the Compliance Officer or department manager. |
| 6.6 | **Other**<br>Meets agency (such as Joint Commission, etc) Dignity Health, and hospital-specific compliance standards. |

| Job Standards | | Weight |
|---|---|---|
| 7. | Incumbents in this position shall comply with all applicable laws and rules including the Dignity Health Standards of Conduct and Dignity Health policies and procedures that apply to his/her job responsibilities, seek guidance when in doubt, promptly report any potential or suspected violation of Dignity Health Standards of Conduct, Dignity Health policy or procedure or applicable laws/regulations and when requested, assist Dignity Health personnel in investigating all allegations of violation. When called upon, the incumbent shall assist in risk evaluation and work collaboratively with facility/entity leaders to implement, monitor and mitigate risk corrective plans outlined by the Compliance program. | 3.50% |

| Performance Expectations | |
|---|---|
| 7.1 | 1) Take responsibility for his/her own actions<br>2) Know and comply with applicable laws and rules, including applicable Federal health care program requirements, the Dignity Health Standards of Conduct and Dignity Health policies and procedures as they apply to his/her particular job responsibilities<br>3) Seek guidance as provided in the Dignity Health Standards of Conduct and/or policies when in doubt about his/her responsibilities<br>4) Refrain from involvement in illegal, unethical or otherwise improper acts<br>5) Promptly report any potential or suspected violation of Dignity Health Standards of Conduct, Dignity Health policy or applicable laws or regulations<br>6) As requested, assist Dignity Health personnel and authorized outside personnel in investigating all allegations of violations |

| | |
|---|---|
| | 7) Meet training requirements within designated timelines assigned<br>8) Understand and accept consequences for failure to comply with Dignity Health Standards of Conduct |

-- End --

**n0205211**

---

**From:** Gillham, Corie
**Sent:** Thursday, July 20, 2017 2:48:26 PM
**To:** 'HRServiceCenter'
**Subject:** Kimberly Shaw, Employee ID: 179278, LTD: 3840737

Hello I am handing a Long term Disability (LTD) claim for Kimberly and need the following information to process LTD benefits. Please complete and send back at your earliest convenience. Thank you!

Employee:
Employee #:

- Date of Hire:
- Please provide a 3 year history of the employee's LTD coverage percentage(s) and effective date(s) of coverage:
- Physical Last Day Worked:
- Weekly or bi-weekly scheduled hours:
- Date of fulltime Return to Work (if applicable):
- Date of termination (if applicable):
- Hourly wages or Yearly Salary
- Phone number:
- Job Title/position and job description
- Name of employee's workplace facility:
- Location code:
- A screenshot of the Employee file with the Pay tab displayed confirming the employee's Rate of Pay and annual hours effective xx/xx/xxxx. (day before DOD)

Thank you,

*Corie D. Gillham*
Disability Claims Long Term Case Manager I / Group Benefits Claims / Phoenix, AZ
Liberty Life Assurance Company of Boston, A Liberty Mutual Company
P.O. Box 7209, London, KY, 40742-7209
(P) 800-320-7585 Ext. 41433 (F) 603-334-4190 (SDN) 8-7341433
Corie.Gillham@LibertyMutual.com

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41433. Permanently delete the original and any copy of the e-mail along with any printout thereof.