**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **KIMBERLY SHAW,** | ) | |
| | ) | CIVIL ACTION NO. 1:21cv00251-DCLC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Clifton L. Corker |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION TO EXTEND SCHEDULING ORDER DEALINES</u>**

COME NOW Plaintiff, Kimberly Shaw ("Plaintiff"), and Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), by and through their undersigned counsel of record, file this Joint Motion to Extend Scheduling Order Deadlines and would show unto the Court as follows:

1. On April 18, 2022, the Court entered a Scheduling Order (dkt 20) containing deadlines for the Parties to submit the stipulated record to the Court and to file cross motions for summary judgment.

2. The Joint Stipulated Record was filed on November 1, 2022 (dkt 22) and the only remaining deadlines are for the Parties to file cross motions for summary judgment by November 21, 2022, file response briefs by December 5, 2022, and to file reply briefs by December 12, 2022.

3. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing the briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request a 30-day extension of the briefing deadlines.

4. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the remaining deadlines set in this case as follows:

- The parties will have up to and including **December 21, 2022**, to file cross motions for summary judgment;
- The parties will have up to and including **January 4, 2022**, to file a response to each motion for summary judgment, and up to and including **January 11, 2022,** to file their reply briefs.

Respectfully submitted this 15th day of November 2022.

**ERIC BUCHANAN & ASSOCIATES, PLLC**

By: /s/ R. Chandler Wilson
R. Chandler Wilson (Tenn. Bar #034491
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
PH: (423) 634-2505
Email: cwilson@buchanandisability.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **15th day of November 2022**, a true and correct copy of the foregoing **JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

R. Chandler Wilson, Esq.
e-mail: cwilson@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers