UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KIMBERLY SHAW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | No. 1:21-cv-0251-DCLC-SKL |

**ORDER**

Before the Court is the parties' joint motion for a 30-day extension of the scheduling order deadlines for the filing of the parties' cross motions for summary judgment, response briefs, and reply briefs [Doc. 23]. The parties seek to extend the deadlines because they are discussing resolution of the case and the requested extensions would save resources.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). For good cause shown and because the parties are in agreement, the parties' joint motion [Doc. 23] is **GRANTED** and the Scheduling Order [Doc. 20] is hereby amended as follows: the parties will have up to and including **December 21, 2022**, to file cross motions for summary judgment; up to and including **January 4, 2023**, to file responses, and up to and including **January 11, 2023** to file any reply briefs. All other deadlines and requirements set forth in the Scheduling Order remain in effect.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE