**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| **KIMBERLY SHAW,** | ) |
| | ) CIVIL ACTION NO. 1:21cv00251-DCLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Clifton L. Corker |
| | ) |
| **LINCOLN LIFE ASSURANCE** | **)** |
| **COMPANY OF BOSTON,** | **)** Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Kimberly Shaw and Defendant Lincoln National Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 20th day of December 2022.

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/ R. Chandler Wilson
R. Chandler Wilson (Tenn. Bar #034491

ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
PH: (423) 634-2505
Email: cwilson@buchanandisability.com

COUNSEL FOR PLAINTIFF