UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| KIMBERLY SHAW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:21-CV-00251-DCLC-SKL |

**ORDER**

The Court has received a Joint Notice of Settlement [Doc. 25], which informs the Court that the parties have settled the case. It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal on or before **January 20, 2023**. If additional time is needed to file the Stipulation, the parties may so notify the Court and request an extension. If a Stipulation is not filed and an extension is not requested, the Court will dismiss this case after 30 days based upon the Joint Notice of Settlement [Doc. 25].

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge